J. Gordon Cooney, Jr., Esquire (*pro hac vice*)
Franco A. Corrado, Esquire
MORGAN, LEWIS & BOCKIUS, LLP
1701 Market Street
Philadelphia, PA 19103
(215) 963-5000
Email: gordon.cooney@morganlewis.com
       franco.corrado@morganlewis.com

*Attorneys for Defendant NIBCO INC.*
(additional counsel listed in signature block)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **KIMBERLY COLE and ALAN COLE,** *et al.*, on behalf of themselves and all others similarly situated, | : CIVIL ACTION NO.<br>: 13-CV-07871-FLW-TJB<br>:<br>: NOTICE OF NIBCO<br>: INC.'S MOTION FOR |
| Plaintiffs, | : SUMMARY JUDGMENT<br>: |
| v. | : Document Electronically<br>: Filed |
| NIBCO INC., | : |
| Defendant. | : Oral Argument Requested<br>: |

TO:    Joseph G. Sauder
       Matthew D. Schelkopf
       McCUME WRIGHT, LLP
       555 Lancaster Ave
       Berwyn, PA 19312

       Benjamin F. Johns
       CHIMICLES & TIKELLIS LLP
       One Haverford Centre
       361 West Lancaster Avenue
       Haverford, PA 19041

Bruce D. Greenberg
LITE DEPALMA GREENBERG, LLC
Two Gateway Center, Suite 1201
Newark, NJ 07102

*Counsel for Plaintiffs*

**PLEASE TAKE NOTICE** that Defendant NIBCO INC. ("NIBCO"), by and through its undersigned attorneys, pursuant to Rule 56 of the Federal Rules of Civil Procedure and L. Civ. R. 7.1 and 56.1, and upon the accompanying Memorandum of Law, hereby gives notice of its intent to move this Court, before the Honorable Freda L. Wolfson, in the United States District Court for the District of New Jersey, at the Clarkson S. Fisher Building & U.S. Courthouse, 402 East State Street, Trenton, New Jersey, on or before August 21, 2017, or at a time to be designated by the Court, for an Order granting its Motion for Summary Judgment and entering judgment in favor of NIBCO on the following claims:  all of McCoy's claims; all of Sminkey's claims; all of Boyd's claims; all of the Coles' claims except their TPLA design defect claim in Count III; all of Monica's claims; all of the Pepernos' claims; all of McMahon's claims; and all of the Medders' claims.

**PLEASE TAKE FURTHER NOTICE** that NIBCO requests oral argument if opposition to this Motion is filed.

A proposed form of Order is attached.

Dated: June 9, 2017                            Respectfully Submitted,

<u>/s/ Franco A. Corrado</u>
J. Gordon Cooney, Jr. (*pro hac vice*)
Franco A. Corrado
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
(215) 963-5000
Email:  gordon.cooney@morganlewis.com
             franco.corrado@morganlewis.com

John McGahren
MORGAN, LEWIS & BOCKIUS LLP
502 Carnegie Center
Princeton, NJ 08540-6289
Tel: (609) 919-6600
Fax: (609) 919-6701
E-mail: john.mcgahren@morganlewis.com

Jean Paul Bradshaw (*pro hac vice*)
J.A. Felton (*pro hac vice*)
Kevin M. Kuhlman (*pro hac vice*)
Rachel E. Stephens (*pro hac vice*)
LATHROP & GAGE LLP
2345 Grand Boulevard, Suite 2800
Kansas City, MO 64108
(816) 292-2000
Email: jbradshaw@lathropgage.com
            jfelton@lathropgage.com
            kkuhlman@lathropgage.com
            rstephens@lathropgage.com

*Attorneys for Defendant NIBCO INC.*