## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| KIMBERLY COLE, ALAN COLE, JAMES MONICA, LINDA BOYD, MICHAEL MCMAHON, RAY SMINKEY, JAMES MEDDERS, JUDY MEDDERS, ROBERT PEPERNO, and SARAH PEPERNO, and KELLY MCCOY, on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs*,<br><br>vs.<br><br>NIBCO, Inc.,<br><br>*Defendant*. | No. 3:13-cv-07871-FLW-TJB<br><br><u>CLASS ACTION</u><br><br>**JOINT DISCOVERY PLAN** |

Counsel for the parties respectfully propose the following framework and dates for future proceedings in this case:

1) Deadline for Plaintiffs to (a) file a reply brief in support of their motion for class certification; and (b) file an opposition to NIBCO's summary judgment motion:

   - Current Deadline: **July 10, 2017**
   - Proposed Deadline: **July 28, 2017**

2) Deadline for the parties to file any *Daubert* motion(s):

   - Proposed Deadline: **July 28, 2017**

3) Deadline for the parties to file an opposition to any *Daubert* motion(s):

   - Proposed Deadline: **August 18, 2017**

1

688190.1

4) Deadline for NIBCO to file a reply in support of its summary judgment motion:

- Current Deadline: **August 4, 2017**
- Proposed Deadline: **August 28, 2017**

5) Deadline for the parties to file a reply brief in support of any *Daubert* motion(s):

- Proposed Deadline: **September 1, 2017**

**AGREED TO BY:**

By: */s/ Joseph G. Sauder*
Joseph G. Sauder
MCCUNEWRIGHT LLP
1055 Westlakes Drive, Suite 300
Berwyn, PA 19312
Email: JGS@mccunewright.com

Steven A. Schwartz
CHIMICLES & TIKELLIS, LLP
One Haverford Centre
361 West Lancaster Avenue
Haverford, PA 19041
Phone: (610) 642-8500
Email: SAS@Chimicles.com

Bruce Daniel Greenberg
LITE DEPALMA GREENBERG, LLC
570 Broad Street
Suite 1201
Newark, NJ 07102
Phone: (973) 623-3000
Email: bgreenberg@litedepalma.com

*Counsel for Plaintiffs and the Class*

By: */s/ John McGahren*
John McGahren
MORGAN LEWIS & BOCKIUS LLP
502 Carnegie Center
Princeton, NJ 08540
Phone: (609) 919-6641
Email: jmcgahren@morganlewis.com

J. Gordon Cooney, Jr. (*Pro Hac Vice*)
Franco A. Corrado
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
Phone: 215.963.5000
Email: jgcooney@morganlewis.com
          fcorrado@morganlewis.com

*Counsel for Defendant NIBCO Inc.*

2

## EXHIBIT A

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| KIMBERLY COLE, ALAN COLE, JAMES MONICA, LINDA BOYD, MICHAEL MCMAHON, RAY SMINKEY, JAMES MEDDERS, JUDY MEDDERS, ROBERT PEPERNO, and SARAH PEPERNO, and KELLY MCCOY, on behalf of themselves and all others similarly situated, | Civil Action No. 3:13-cv-07871-FLW-TJB<br><br>CLASS ACTION |
| Plaintiffs, | |
| vs. | |
| NIBCO, Inc., | |
| Defendant. | |

## **[PROPOSED] ORDER**

The Joint Discovery Plan is **GRANTED** and the Court hereby sets the following deadlines for future proceedings in this case:

1) Deadline for Plaintiffs to (a) file a reply brief in support of their motion for class certification; and (b) file an opposition to NIBCO's summary judgment motion:

_____.

1

2) Deadline for the parties to file any *Daubert* motion(s):

_____.

3) Deadline for the parties to file an opposition to any *Daubert* motion(s):

_____.

4) Deadline for NIBCO to file a reply in support of its summary judgment motion:

_____.

5) Deadline for the parties to file a reply brief in support of any *Daubert* motion(s):

_____.

**IT IS SO ORDERED on this _____ day of _____, 2017.**

_____
**Hon. Tonianne J. Bongiovanni
United States Magistrate Judge**

688190.1