~~EXHIBIT A~~

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| KIMBERLY COLE, ALAN COLE, JAMES MONICA, LINDA BOYD, MICHAEL MCMAHON, RAY SMINKEY, JAMES MEDDERS, JUDY MEDDERS, ROBERT PEPERNO, and SARAH PEPERNO, and KELLY MCCOY, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> NIBCO, Inc., <br><br> Defendant. | Civil Action No. 3:13-cv-07871-FLW-TJB <br><br> CLASS ACTION |

## [~~PROPOSED~~] ORDER

The Joint Discovery Plan is **GRANTED** and the Court hereby sets the following deadlines for future proceedings in this case:

1) Deadline for Plaintiffs to (a) file a reply brief in support of their motion for class certification; and (b) file an opposition to NIBCO's summary judgment motion:

_July 28, 2017_.

1

688190.1

2) Deadline for the parties to file any *Daubert* motion(s):

_____July 28, 2017_____.

3) Deadline for the parties to file an opposition to any *Daubert* motion(s):

_____August 18, 2017_____.

4) Deadline for NIBCO to file a reply in support of its summary judgment motion:

_____August 28, 2017_____.

5) Deadline for the parties to file a reply brief in support of any *Daubert* motion(s):

_____September 1, 2017_____.

IT IS SO ORDERED on this __19th__ day of __June__, 2017.

_____
Hon. Tonianne J. Bongiovanni
United States Magistrate Judge

**ORDER ON ORAL MOTION**