# EXHIBIT 2

Page 1

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

KIMBERLY COLE, ALAN COLE,      )
JAMES MONICA, LINDA BOYD,      )
MICHAEL MCMAHON, RAY SMINKEY,  )
JAMES MEDDERS, JUDY MEDDERS,   )
ROBERT PEPERNO, SARAH PEPERNO, )
and KELLY MCCOY, on behalf of  )
themselves and all other       )
similarly situated,            )
                               )
          Plaintiffs,          )
     vs.                       )   CIVIL ACTION NO.
                               )   13-7871(FLW)(TJB)
NIBCO, INC.,                   )
                               )
          Defendant.           )
_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ )

     The deposition of EARL HOWARD SEXTON, III
          Date:  Tuesday, October 11, 2016
          Time:  8:54 a.m.
          Place: Hilton Garden Inn
                 3401 Plaza Court
                 Elkhart, Indiana
          Called as a witness by the Plaintiffs
          in accordance with the Federal Rules of
          Civil Procedure for the District
          of New Jersey, pursuant to Notice


Before Michelle Soffa, Court Reporter
Notary Public, Porter County, Indiana



          MIDWEST REPORTING
          1448 Lincolnway East
          South Bend, Indiana 46613



```
                                                    Page 2
  1    APPEARANCES:
  2
              MR. KYLE SHAMBERG
  3              LITE, DEPALMA, GREENBERG
                 211 W. Wacker Drive, Suite 500
  4              Chicago, IL 60606
                 (312) 750-1265
  5              kshamberg@litedepalma.com
  6              on behalf of the Plaintiffs;
  7           MR. KEVIN KUHLMAN
                 LATHROP & GAGE, LLP
  8              2345 Grand Boulevard, Suite 2200
                 Kansas City, MO  64108
  9              (816) 292-2000
                 Kkuhlman@lathropgage.com
 10
                 and
 11
               MR. BEN ANDERSON
 12              NIBCO INC. WORLD HEADQUARTERS
                 1516 Middlebury Street
 13              Elkhart, IN  46514
                 andersonb@nibco.com
 14
             on behalf of the Defendant;
 15
 16
              ALSO PRESENT: MS. JENNIFER E. KELLY
 17                    Cuneo Gilbert & LaDuca, LLP
                       4725 Wisconsin Avenue, NW
 18                    Suite 200
                       Washington, DC  20016
 19
 20
 21
 22
 23
 24
 25
```



```
 1                    I   N   D   E   X
 2                 THE DEPOSITION OF
               EARL HOWARD SEXTON, III
 3
 4   DIRECT EXAMINATION
 5      By Mr. Shamberg........................ Page   5
 6   CROSS-EXAMINATION
 7      By Mr. Kuhlman........................ Page 145
 8   REDIRECT EXAMINATION
 9      By Mr. Shamberg........................ Page 152
10
                    E X H I B I T S
11                                         MARKED
12      Exhibit 17............................ Page   28
          (Email Chain, NIBCO-Cole 33648-33652)
13
          Exhibit 18............................ Page   33
14        (Email Chain, NIBCO-Cole 38615-38619)
15      Exhibit 19............................ Page   42
          (Email Chain, NIBCO-Cole 94921-94928)
16
          Exhibit 20............................ Page   58
17        (NSF Report, NIBCO-Cole 37749-37751)
18      Exhibit 21............................ Page   65
          (Email Chain, NIBCO-Cole 37118-37121)
19
          Exhibit 22............................ Page   75
20        (Email Chain, NIBCO-Cole 36892-36893)
21      Exhibit 23............................ Page 101
          (Email Chain, NIBCO-Cole 98928)
22
          Exhibit 24............................ Page 103
23        (JANA Laboratories Report, NIBCO-Cole
           98929-98932)
24
          Exhibit 25............................ Page 125
25        (JANA Laboratories Report, NIBCO-Cole
```



```
                                                   Page 4
 1              E X H I B I T S (Continued)

 2
                                        MARKED
 3
     Exhibit 26........................... Page 128
 4    (Email Chain, NIBCO-Cole 101593)

 5   Exhibit 27........................... Page 142
      (Email Chain, NIBCO-Cole 28122-28125)
 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```



Page 5

```
 1                      EARL HOWARD SEXTON, III,
 2              called as a witness by the Plaintiffs,
 3              having been first duly sworn, was examined
 4              and testified as follows:
 5                      DIRECT EXAMINATION
 6   BY MR. SHAMBERG:
 7   Q   Good morning, Mr. Sexton.  My name's Kyle Shamberg
 8       and I represent the plaintiffs in the class in this
 9       case.  I'm gonna be asking you some questions this
10       morning.  Before we do that I just want to make a
11       statement on the record.
12                  MR. SHAMBERG:  Jennifer Kelly from
13                  Cuneo Gilbert and LaDuca is in attendance
14                  this morning.  She does not represent any
15                  of the parties in the case.  And we have
16                  agreed with defense counsel that she's
17                  able to attend and observe today's
18                  deposition without prejudicing her rights
19                  to depose Mr. Sexton as well as Misters
20                  Clark and McCoy in her own case.
21                  Is that fair, Kevin?
22                  MR. KUHLMAN:  Yes.
23   BY MR. SHAMBERG:
24   Q   So Mr. Sexton, could you please state your full
25       name and your date of birth?
```



Page 6

```
 1   A   Earl Howard Sexton, III, December 29th, 1950.

 2   Q   Have you ever been deposed before?

 3   A   Yes.

 4   Q   How many times?

 5   A   Maybe half a dozen.

 6   Q   Okay.  Have any of those other depositions related

 7       to your employment at NIBCO?

 8   A   Yes.

 9   Q   Have any of those other depositions related to

10       PEX-C tubing?

11   A   Yes.

12   Q   How many of the depositions related to PEX-C

13       tubing?

14   A   I believe three others.

15   Q   Okay.  Do you recall the first?

16   A   That would be a case in Oklahoma, Abbot.

17   Q   That dealt with an alleged issue of field failure

18       with PEX-C tubing?

19   A   Yes, sir.

20   Q   What about the second case?

21   A   Second would be Pulte Homes in San Antonio, Texas.

22   Q   And same, dealt with field failures of PEX-C

23       tubing?

24   A   Yes, sir.

25   Q   Do you recall about how many field failures were
```



```
 1          involved in that case?

 2    A     No, sir, I do not.

 3    Q     No estimate?

 4    A     No estimate.

 5    Q     And the third case?

 6    A     The third case would be Christianson and that was

 7          also in San Antonio.

 8    Q     And, again, involved field failures of PEX-C

 9          tubing?

10    A     Yes, sir.

11    Q     Do you recall about how many failures were involved

12          in that case?

13    A     No, I don't.

14    Q     Was it multiple?

15    A     Multiple.

16    Q     Dozens?

17    A     As I said, I don't have a firm grasp of how many

18          were involved.

19    Q     But more than one?

20    A     Yes.

21    Q     All right.  So -- oh, have you ever given testimony

22          at a trial before?

23    A     No, sir.

24    Q     So I'm gonna go over some ground rules, I'm sure

25          you have heard these before.  When you respond to
```



Page 8

```
 1        my questions I'd ask that you do so verbally with a
 2        yes or no so the court reporter can take it down
 3        and it's clear to anyone looking at the transcript.
 4            You can take a break at any time but I just
 5        ask you not do so while the question is pending.
 6        And if I ask a question and you answer, I'll assume
 7        you understood it.  So if you don't understand
 8        anything I ask you or you want clarification, just
 9        let me know and I'm happy to do that for you.  Is
10        that fair?
11    A   Yes, sir.
12    Q   What's the highest education level you've achieved?
13    A   I have a bachelor of science degree in chemistry.
14    Q   Chemistry.  When did you receive that degree?
15    A   1974.
16    Q   Okay.  And after you finished school in 1974, did
17        you start work?
18    A   Yes, sir.
19    Q   Where were you working at that time?
20    A   I was employed at Crane Plastic in Columbus, Ohio.
21    Q   How long were you with Crane?
22    A   Twenty-six years.
23    Q   And what were your -- when you started at Crane,
24        what were your job duties?
25    A   I joined Crane as a lab technician.
```



1    Q    Okay.  And what did your duties involve as a lab

2         technician?

3    A    It was -- Crane was manufacturing its own compounds

4         as well as making product for the building trades

5         industry.  And I was involved in testing the

6         materials and sometimes the products that they

7         produced.

8    Q    Okay.  Did those job duties change at all during

9         your time at Crane?

10   A    Yes, sir.

11   Q    Okay.  When did they change?

12   A    I don't have a firm grasp of the dates, okay.  But

13        it was a gradual transition with more

14        responsibility to eventually I ended up as a

15        project manager there when I left Crane.

16   Q    Okay.  As a project manager, did your job involve

17        the same kinds of products that you previously

18        described as a lab technician?

19   A    Yes, sir.

20   Q    Did any of the product that you worked with at

21        Crane involve the use in plumbing applications?

22   A    No, sir.

23   Q    When did you start working at NIBCO?

24   A    In 2002.

25   Q    So that was immediately after you left Crane?



Page 10

```
 1    A    Yes, sir.

 2    Q    And what was your job title when you started at

 3         NIBCO?

 4    A    I was materials engineer in plastics.

 5    Q    In plastics?

 6    A    Yes, sir.

 7    Q    So similar to what you were doing at Crane?

 8    A    Yes, sir.

 9    Q    Were the plastics that you were working with at

10         NIBCO intended for plumbing applications?

11    A    Yes, sir.

12    Q    Okay.  How long did you work in plastics at --

13         well, how long did you work in that particular role

14         at NIBCO?

15    A    Until 2009.

16    Q    Two thousand nine.  Okay.  How did your role change

17         in 2009?

18    A    In 2009 I became the product engineer for PEX.

19    Q    Is that all PEX products?

20    A    I'm not sure I understand the question.

21    Q    Okay.  Does that involve -- does that cover PEX

22         tubing?

23    A    Yes, sir.

24    Q    What about PEX fittings?

25    A    Yes, sir.
```



Page 11

```
 1    Q    And PEX clamps?

 2    A    Yes, sir.

 3    Q    Are there any other products that are within your

 4         purview as project manager?

 5    A    The only additional one would be manifolds.

 6    Q    What are manifolds?

 7    A    Manifolds are basically a distribution center -- or

 8         system, okay, the feed would come in one end then

 9         the manifold allows you to distribute, okay, that

10         feed, okay, to different rooms in the house.

11    Q    Prior to the beginning of your employment at NIBCO,

12         did you have a background in failure analysis?

13    A    No, sir.

14    Q    We have kind of already discussed this but does

15         NIBCO manufacture PEX-C tubing?

16    A    Yes, sir.

17    Q    When did it begin manufacturing PEX-C tubing?

18    A    2006.

19    Q    Is that around the time when it purchased the

20         assets of CPI?

21    A    Yes.

22    Q    Was NIBCO selling PEX tubing prior to the date it

23         began manufacturing PEX tubing?

24    A    Yes, sir.

25    Q    When did NIBCO begin selling PEX tubing?
```



Page 12

```
 1    A    That I don't know.
 2    Q    Was NIBCO selling PEX tubing when you began in
 3         2002?
 4    A    That I don't know.
 5    Q    So after you began at NIBCO you don't recall -- do
 6         you recall a date or approximate time at which
 7         there were discussions about beginning to sell PEX
 8         tubing?
 9                        MR. KUHLMAN:  Object to form.
10    A    No, sir.
11    BY MR. SHAMBERG:
12    Q    When NIBCO began selling PEX tubing, where was that
13         tubing sourced from?
14    A    It was sourced out of a facility in Lebanon, Ohio.
15    Q    Was that a CPI facility?
16    A    It was a -- yes, it was.
17    Q    Are you aware of any other entities other than CPI
18         from which NIBCO sourced PEX tubing?
19    A    Yes, sir.
20    Q    Okay.  Let me just to clarify this, when I say "PEX
21         tubing," I've also said PEX-C.  Can we have the
22         understanding that if I say PEX tubing, I'm
23         referring to the PEX-C tubing and if I want to
24         reference PEX-A or PEX-B, I'll indicate that.  Is
25         that fair?
```



Page 13

```
 1    A    That's fair.

 2    Q    What qualifies you to make conclusions about the

 3         root causes of field failures in PEX tubing?

 4    A    My past -- past experience, okay, and both at

 5         Crane, okay, 'cause I stated that I had examined

 6         and tested products that was produced by Crane,

 7         okay, that were used in building product

 8         applications, okay, residential applications.

 9         Included as -- in that was, okay, evaluation

10         samples that were purposely exposed to -- to define

11         their performance, long-term performance out in the

12         field then also the examination of select samples

13         that have come into NIBCO at the -- been in the

14         field and gone through field failures.

15    Q    Okay.  So at Crane, the products you were testing,

16         those weren't field failure returned products, were

17         they?

18    A    There were a few, not a large number.

19    Q    Okay.

20    A    But most of these would be samples that we had

21         prepared and purposely submitted to exposure sites

22         or Beta sites or what have you and then brought

23         back in for testing.

24    Q    That would be prior to putting those products in

25         the market?  In other words, you're trying to
```



Page 14

```
 1        determine what the expected performance of the

 2        product would be in the field?

 3   A    Determine and also we use that data to improve the

 4        performance of our existing products.

 5   Q    How is the testing of existing or soon to be

 6        marketed products different from analyzing field

 7        failed returned products?

 8                   MR. KUHLMAN:   Object to form.

 9   A    Probably the largest difference would be the

10        cleanliness of the samples coming from the

11        laboratory.  Okay, we're -- when we send out

12        samples purposely, okay, they are exposed and under

13        very defined conditions, okay, depending on what we

14        were looking for.  And they are returned to us

15        basically just looking at those conditions that

16        they were exposed to, okay.

17             Field failures you can get samples that have

18        been buried, they have been under concrete, they

19        have been exposed in the sunlight, they have been

20        up in the attic.  So you get a variety of

21        conditions, okay, that you don't really plan for,

22        okay, and so that makes probably the biggest

23        difference.

24   Q    So the conditions in the field are different from

25        the conditions you would see in a lab?
```



Page 15

1   A   Yes, sir.

2   Q   Okay.  Did you meet with anybody or speak with

3       anybody to prepare for the deposition today?

4   A   I had a meeting with counsel yesterday.

5   Q   Okay.  And I don't want you to, obviously, tell me

6       about anything you discussed but about how long did

7       you meet with counsel?

8   A   About 45 minutes or so.

9   Q   Okay.  Was there anyone else you spoke with to

10      prepare for today?

11   A   No, sir.

12   Q   Did you review any documents?

13   A   I reviewed maybe half a dozen documents that

14      counsel forwarded to me yesterday.

15   Q   Okay.  Did you bring those documents with you?

16   A   No, sir.

17                MR. SHAMBERG:  Have those

18           documents -- Kevin, have those documents

19           been produced to us, do you know?

20                MR. KUHLMAN:  I don't know.  I

21           wasn't involved in that.

22                MR. SHAMBERG:  I would ask that

23           you -- if you could look into it and if

24           those documents aren't protected by any

25           confidentiality provision I'd ask that



1          they be produced if they haven't been.

2  BY MR. SHAMBERG:

3  Q  So I want to get back to the analysis of field

4     return tubing.  If you're looking at field return

5     PEX tubing that comes into you for analysis, what

6     are you gonna be looking for to determine the root

7     cause of the failure?

8  A  The typical evaluation would be we will do a

9     visual examination, okay, looking at the -- as I

10    stated the exterior condition of the tubing, okay,

11    if there is any evidence of abuse or obvious

12    defects in the outer wall of the tubing, if it is

13    visible to us, okay.  We will do the same on the

14    interior wall in the area of this split or crack or

15    whatever the defect or this failure is.  At that

16    point, okay, we will go in and also take dimensions

17    on that tubing, okay, to compare it back to the

18    dimensions of the specifications then also the

19    dimensions at the time that the tubing was

20    produced.  We will progress to doing the

21    microscopic examination of the failure site, okay.

22    Once again, this involves the outer wall, things

23    that we can readily see using a microscope, okay.

24    At that point we make a decision, okay, have we

25    found enough or have we found any indication of the



```
 1           cause of the defect, okay.

 2                If not then we will go back to the customer

 3           that's submitted the sample and ask for permission

 4           to destroy and we may take samples and begin to

 5           section them to allow a closer examination of the

 6           inner wall, okay, once again, looking for causes

 7           and defects and what have you associated with the

 8           failure.  And then that may progress to actually

 9           sectioning the part and begin to look at the

10           fracture surface.

11     Q     Okay.  How would you go about determining

12           whether -- for PEX tubing whether installation

13           error was the root cause of the failure?

14     A     You look for obvious defects in the area of the

15           failure, okay, is the tubing -- has the tubing

16           shown evidence of deformation, okay, in the wall,

17           okay.  If you see a crease running across, okay,

18           that suggests the tubing has been severely bent,

19           okay.  But the same thing, okay, if you see a

20           slight deformation, okay, that suggests that

21           perhaps it's been bent around a stud or something

22           like that.  So looking for deformations in both the

23           inner and outer wall is something that you look for

24           in terms of installation.

25     Q     Are there other potential causes of those
```



Page 18

```
 1            deformations that you're speaking of other than
 2            installation error?
 3     A      That's -- installation -- well, depends how you
 4            define installation, okay, meaning it's during
 5            handling, okay.  It could have been before the
 6            tubing was installed, okay.  It could have been
 7            rough handling by the plumber, okay, perhaps he --
 8            pulling off his truck.  It could be deformed during
 9            shipment.  It could be deformed, okay, in the
10            contractor's storage room, okay.  So, yeah, there
11            is other potential sources for that deformation.
12     Q      And this particular deformation that you're talking
13            about would that necessarily be caused by rough
14            handling or bending of the tubing?
15                      MR. KUHLMAN:  Object to form.
16     A      Yes, sir.
17     BY MR. SHAMBERG:
18     Q      So if you see one of these deformations you would
19            know that the cause was the physical handling of
20            the tubing?
21     A      Yes, sir.
22     Q      How would you be able to tell if over pressure --
23            over-pressurization contributed to a failure in the
24            field?
25     A      That is -- pressure is one of the attributes, okay.
```



Page 19

1           PEX tubing, if you're sewing into a potable water

2           application it has to meet a criteria for chlorine

3           resistance.  And pressure is one of the factors

4           that people control, test laboratories control to

5           accelerate that failure.  And so there is a direct

6           link between pressure and the time to failure due

7           to chlorine or oxidative attack.  And it's very

8           easy to define pressure because PEX tubing is

9           flexible.  As you begin to increase the pressure

10          either very rapidly or even slight increases over a

11          period of time, you will see an increase in OD.

12     Q    Okay.  So I think my question was a little bit

13          different.  I want to hone in on that.  I

14          understand the relationship between the standards

15          for chlorine resistance and how pressurization can

16          tie into that.  What I'm wondering is when you get

17          a field returned PEX tubing sample to analyze, how

18          do you make the determination that

19          over-pressurization was the cause of the failure?

20     A    Okay, we will start, once again, with the

21          dimensions that we take, okay.  If we see dramatic

22          shift in the OD, okay, increase in the OD, that's

23          an indication to us that perhaps

24          over-pressurization is a factor, okay.  At that

25          point, okay, we will forward that information onto



Page 20

```
 1        our tech services group and depending on the
 2        severity of the claim they will make a
 3        determination whether we should send
 4        representatives out to a site and we will actually
 5        do monitoring of the pressure at the residence.
 6   Q    Okay.  When you say increase in OD, OD, that's
 7        outer diameter of the tubing; is that correct?
 8   A    Yes, sir.
 9   Q    Can there be any other cause of an increase in a
10        tubing's outer diameter other than
11        over-pressurization?
12   A    I'm not aware of any.
13   Q    Would tubing that was returned from the field be
14        O -- have an outer diameter -- strike that.
15            Do you do on-site inspections of tubing in the
16        field?
17   A    I have done very few, okay.  We have other people,
18        okay, that we will typically send to do on-site
19        inspections of PEX.
20   Q    Okay.  You have done very few.  Do you know about
21        how many you have done?
22   A    The years I've been there probably less than five.
23   Q    Can you estimate when a PER comes in and the
24        determination is that over-pressurization
25        contributed to the failure, do you know what
```



Page 21

```
 1        percentage of the time NIBCO will send someone out

 2        into the field for further observation?

 3   A    Can you help me?  I'm not familiar with PVR.

 4   Q    PER.

 5   A    PER.  I'm sorry, I misunderstood.  No, I'm not -- I

 6        don't know, okay, all the factors that they look at

 7        in deciding whether to send people out there or how

 8        often that happens.

 9   Q    Would you agree that the best way to determine

10        whether or not PEX tubing is installed properly is

11        to go look at the tubing as it's installed?

12   A    Yes, sir.

13   Q    Let's say in 2006 when field returns came into

14        NIBCO where did they go for PEX tubing?

15   A    At that time they went to the facility in Lebanon.

16   Q    In Lebanon.  That's where the PEX tubing was being

17        manufactured?

18   A    Yes.

19   Q    After the acquisition of CPI?

20   A    Yes, sir.

21   Q    Had that been the case prior to 2006 as well where

22        field returns were going to the Lebanon facility?

23   A    That I don't know.

24   Q    Was there a point in time when PEX tubing field

25        returns stopped going to Lebanon?
```



MAGNA

LEGAL SERVICES

Page 22

```
 1    A    Yes, sir.

 2    Q    When was that?

 3    A    I don't know the exact date.

 4    Q    Okay.  About 2012 sound in the ballpark?

 5    A    I would've guessed around that range, 2012, 2013.

 6    Q    Okay.  And where did the field returns start going

 7         at that time?

 8    A    They started going -- they started going to world

 9         headquarters here in Elkhart.

10    Q    Who would those field returns have been sent to in

11         Elkhart?

12    A    Those -- we have a laboratory, okay, that is set up

13         to evaluate field returns, okay, that laboratory

14         goes through Scott Perry.

15    Q    Okay.  That's the Dare Lab?

16    A    Yes.

17    Q    How long has Scott Perry run the Dare Lab?

18    A    That I don't know.

19    Q    Before 2012?

20    A    As I said that I don't know.

21    Q    Why did NIBCO start sending the field return PEX

22         tubing to the Dare Lab rather than Lebanon in

23         around 2012?

24    A    It was a drive to try and make our evaluation more

25         consistent.  The problem being, okay, if you send
```



Page  23

```
 1          them into a plant, okay, the plant has a number of
 2          technicians, some that may or may not have
 3          experience in looking at field returns, okay,
 4          knowing what to look for, okay.  And this was a
 5          drive to try and bring it in, okay, to one group of
 6          people that are trained in looking at or examining
 7          products, looking for potential causes of failure
 8          and making the determination on those products.
 9    Q     So you said that the people at the manufacturing
10          facility might not have a background in failure
11          analysis?
12                        MR. KUHLMAN:  Object to form.
13    A     Yes, sir.
14   BY MR. SHAMBERG:
15    Q     Why was NIBCO having them analyze the field returns
16          up through 2012 if they lacked the appropriate
17          background?
18    A     That was just a continuation of the process that we
19          inherited from CPI.  But it was also, okay, just
20          the way NIBCO chose to do that evaluation at that
21          time.
22    Q     Okay.  Continuing the process from CPI, that was
23          sort of a common trend, right, in terms of the
24          PEX-C tubing manufacturing process and review
25          process?
```



Page 24

```
 1                    MR. KUHLMAN:  Object to form.
 2   A   I'm not sure I understand that question.
 3   BY MR. SHAMBERG:
 4   Q   When NIBCO purchased CPI in 2006, did NIBCO make
 5       any changes to the manufacturing process of the PEX
 6       tubing?
 7   A   No, sir.
 8   Q   Still used the same extrusion process as CPI?
 9   A   Yes.
10   Q   The same colorants?
11   A   Yes, sir.
12   Q   Same resin?
13   A   Yes, sir.
14   Q   Same cross-linking process?
15   A   Yes.
16   Q   And up until the PEX tubing was reformulated -- and
17       we'll talk about that -- but up until that point
18       there were no changes in the process for
19       manufacturing PEX tubing from how that process
20       functioned at CPI?
21                    MR. KUHLMAN:  Object to form.
22   A   Not being involved every -- on a daily basis at the
23       plant, okay, I can't make any comments regarding no
24       changes.
25   BY MR. SHAMBERG:
```



Page 25

 1    Q    To your knowledge there were no changes?

 2    A    To my knowledge there weren't.

 3    Q    Who's the most knowledgable person at NIBCO

 4         regarding failure analysis of field return PEX

 5         tubing?

 6                       MR. KUHLMAN:  Object to form.

 7    A    I would say either myself or Scott Perry.

 8    BY MR. SHAMBERG:

 9    Q    Okay.  And neither you nor Scott Perry were doing

10         the failure analysis for PEX tubing until 2012?

11    A    I would occasionally be asked to look at samples

12         that came in prior to 2012, okay, but it was not a

13         routine -- on a routine basis.

14    Q    Do you recall about how many times you would have

15         done that prior to 2012?

16    A    Maybe half a dozen times a year.

17    Q    Okay.  Prior to 2012 you were the product engineer

18         for PEX tubing?

19    A    Starting at about 2009.

20    Q    Okay.  So let's say from when you started at NIBCO

21         in 2002 up until 2012, what percentage of your time

22         was dedicated to failure analysis of field returned

23         PEX tubing?

24    A    Could you repeat that question, please?

25    Q    Yeah, from 2002 until 2012, what percentage of your



Page 26

```
 1          time was spent performing failure analyses for
 2          field returned PEX tubing?
 3     A    I'd say very minor, less than 10 percent.
 4     Q    Okay.  And how about from 2012 until now, about
 5          what percentage of your time was spent doing those
 6          failure analyses for PEX tubing?
 7     A    Still fairly minor, increased to maybe 15 to
 8          20 percent.
 9     Q    And has the time you spent conducting those failure
10          analyses for field-returned PEX tubing increased in
11          the last two years from where it would have been in
12          2013 or 2014?
13     A    No, sir.
14     Q    Okay.  Why did the percentage of the time increase
15          after 2012?
16     A    It was -- we were transitioning, brought the
17          testing, the field returns from the plants to Dare
18          Lab, okay.  There is obviously a training or
19          learning curve that technicians have to go through,
20          okay.  They have to become more familiar, okay, not
21          only with the testing of the PEX tubing but also
22          things to look for, okay.  So a lot of times I was
23          brought in on a lot of the field returns to look at
24          them but also to help train the people, educate the
25          lab technicians what to look for, okay.  As they
```



Page 27

```
 1        have gotten better, okay, my involvement is tapered
 2        off some.
 3    Q   Okay.  So are there other individuals at NIBCO now
 4        who are conducting these failure analyses for
 5        field-returned PEX tubing?
 6    A   Yes, sir.
 7    Q   Who are those people?
 8    A   Those would be the lab technicians that are in the
 9        Dare Lab.
10    Q   Do you know the names of any of those technicians?
11    A   I don't know all of them, okay, two current ones
12        would be Tim O'Brien and I can't remember the
13        gentleman -- the second gentleman's name.
14    Q   And will these lab technicians at the Dare Lab
15        report their findings to you?
16    A   No.  Those will go onto Scott Perry and Ken McCoy.
17    Q   And if you personally conduct a failure analysis,
18        will you also report those -- your findings to Ken
19        and to Scott?
20    A   Yes, sir.
21    Q   Do you have a counterpart -- so -- strike that.
22        You're a product engineer for PEX tubing.  Right?
23    A   Yes, sir.
24    Q   Is there a counterpart at NIBCO for PEX fittings?
25    A   PEX fittings also fall under my responsibilities
```



Page 28

1       these days.

2    Q   So the counterpart is you?

3    A   Yes.

4    Q   What about for PEX clamps?

5    A   Same.

6    Q   I just want to ask you a quick question about a

7        document here.

8               MR. SHAMBERG:  I'm gonna mark this

9                  as Plaintiff's Exhibit 17.

10       (Exhibit 17 was marked for identification.)

11   BY MR. SHAMBERG:

12   Q   So I have a couple questions but please take your

13       time and review the document and then let me know

14       when you're ready.

15   A   Okay.

16   Q   Okay.  Sir, this is an email chain and I just have

17       a couple specific questions about this so if you

18       can look at this first page, this is marked

19       NIBCO-Cole 33648.  The bottom here there's an

20       email that you wrote to Steve Noto and a couple

21       other people on July 23rd, 2008.  Do you see that

22       email?

23   A   Yes, sir.

24   Q   And you say in here, "Materials used in PEX fitting

25       applications are receiving a lot of attention due



Page 29

```
 1          to dezincification issues experienced by Zurn with
 2          their brass fittings."
 3              What were those dezincification issues that
 4          Zurn WAS experiencing?
 5     A    Zurn -- and I don't -- I don't know the exact dates
 6          but Zurn went through a class action lawsuit, okay,
 7          a number of dezincification complaints with their
 8          fittings installed in Las Vegas, Nevada.
 9     Q    Okay.  Do you have any knowledge about what the
10          failure mechanism was in that case?
11     A    No, sir, I do not.
12     Q    If you turn to the very next page here in the
13          document it's a continuation of that same email and
14          there is section "Conclusions."  And in that
15          section you say that, "TEA coated brass shows no
16          evidence of corrosion or scale build-up.  However,
17          the TEA coated samples have areas of inadequate TEA
18          coating and these areas perform similarly to
19          uncoated brass."
20              What's TEA?
21     A    TEA is -- it's an acronym and I don't recall what
22          that acronym exactly stands for.  But it was a
23          metallic coating or plating, if you will, that we
24          were looking at putting on the brass fittings,
25          okay, to -- and it was a coating designed to be
```



```
                                                        Page 30

 1          less resistant to corrosion attack.

 2    Q     Okay.  And your conclusion there then is that --

 3          well, let's go up to a following email there on the

 4          first page of this document here.  It's the email

 5          all the way at the top that you wrote on August 4,

 6          2008.  And the last sentence in this email you

 7          conclude, "In my opinion, the poor performance of

 8          the 26 wk 900 sec sample is due to inadequate TEA

 9          coating after initial treatment."

10              Is that 26 week?  Twenty-six wk does that

11          indicate 26 week?

12    A     Yes, sir.

13    Q     900 sec, 900 seconds, is that right?

14    A     Yes, sir.

15    Q     So your conclusion here is that the trouble with

16          these fittings was inadequate TEA coating; is that

17          correct?

18    A     Yes, sir.

19    Q     Okay.  And what happens if a fitting is

20          inadequately fitted with this TEA?

21                      MR. KUHLMAN:  Object to form.

22    A     If you're putting TEA -- or the coating on the

23          fitting to prevent corrosion and it's -- the

24          coating's not uniform or doesn't completely cover,

25          then it's not able to do its job.  Okay, whatever
```



```
 1        is attacking the underlying brass, okay, now has an
 2        avenue to attack even though you have coated it.
 3   BY MR. SHAMBERG:
 4   Q    Okay.  Does NIBCO currently manufacture fittings?
 5                  MR. KUHLMAN:  Object to form.
 6   A    Yes, sir.
 7   BY MR. SHAMBERG:
 8   Q    Okay.  What -- what kind of fittings does NIBCO
 9        currently manufacture?
10   A    Could you clarify that question, please?
11   Q    What materials comprise the fittings that NIBCO
12        currently manufactures?
13                  MR. KUHLMAN:  Object to form.
14   A    There is a wide variety of materials.
15   BY MR. SHAMBERG:
16   Q    Let's start here.  Are they plastic fittings?
17   A    They can be, yes, sir.
18   Q    So they are plastic fittings?  NIBCO currently
19        manufactures plastic fittings?
20   A    We manufacture both.  We manufacture metal and
21        plastic fittings.
22   Q    Okay.  What metal does NIBCO currently use in the
23        fittings it manufactures?
24   A    Largest would be copper.
25   Q    What -- are there -- are there others?
```



Page 32

```
 1   A   I believe they manufacture some fittings out of
 2       brass.
 3   Q   Does NIBCO currently source fittings from other
 4       manufacturers?
 5   A   Yes, sir.
 6   Q   Who are those manufacturers?
 7   A   I don't know all the manufactures.
 8   Q   Can you name the ones you do know?
 9   A   The two that I'm most familiar would be IDC and
10       Longda.
11   Q   And has NIBCO -- since 2002 since you began there
12       have there been other times when NIBCO has sourced
13       fittings from other manufacturers?
14   A   That I wouldn't have any information on.
15   Q   So you know the NIBCO currently sources fittings
16       from other manufacturers?
17   A   Yes, sir.
18   Q   But you don't know whether -- you don't know when
19       NIBCO began doing that?
20   A   That's correct.
21   Q   Do you know whether NIBCO was sourcing fittings
22       from other manufacturers in 2013?
23   A   Yes, sir.
24   Q   Were they?
25   A   Yes.
```



Page 33

1    Q    Or was it?  What does NIBCO do to monitor the
2         quality of the fittings it sources from other
3         manufacturers?
4    A    We started doing a metal analysis on the incoming
5         fittings to confirm that the alloy that the
6         fittings were made of conformed with the
7         requirements in our specifications.
8    Q    When did NIBCO begin doing that metal analysis?
9    A    That I don't have the exact date, that I don't
10        know.
11   Q    Can you approximate it, a year?
12   A    No, sir, I can't.
13   Q    Within the last five years?
14   A    Yes, that would be fair.
15        (Exhibit 18 was marked for identification.)
16   BY MR. SHAMBERG:
17   Q    This is Plaintiff's Exhibit 18.  Again, please take
18        a look at that then I'll ask you a few questions
19        about it.
20   A    Okay, sir.
21   Q    So okay is -- this is another email chain and
22        this -- this email chain indicates that you were
23        performing an analysis of certain fittings that had
24        been sourced from other manufacturers; is that
25        correct?



Page 34

1   A   Supplied by other manufacturers.

2   Q   Yes, that's correct.  That's supplied by other

3       manufacturers?

4                    MR. KUHLMAN:  Object to form.

5   A   I differentiate source versus supply.

6   BY MR. SHAMBERG:

7   Q   Okay.  Can you explain the distinction between --

8   A   Sourcings means we are actually purchasing.  Supply

9       means we may have gone out and asked for samples as

10      part of a request for a quote.

11  Q   Okay.  So you're performing an analysis on fittings

12      that were provided to NIBCO by other manufacturers?

13  A   Yes, sir.

14  Q   Okay.  And can you just -- in this email on the

15      second page of this document from 3:09 p.m. on

16      March 13th, can you -- there is data in here.  Can

17      you describe to me the analysis you were performing

18      on these fittings?

19  A   It looked like we were looking not only at the

20      metal analysis, okay, using x-ray fluorescent, that

21      would be the XRF on the following page.  We were

22      looking at the markings on the fittings, okay, to

23      make sure they conformed with our requirements.  We

24      used the metal analysis to confirm the alloy that

25      the fittings were made out of, that would be the



Page 35

```
 1        464, 465.  And then looks like we did
 2        dezincification testing for the NSF 14
 3        requirements.  We also did stress corrosion, which
 4        is also NSF 14 requirements.
 5    Q   Okay.  Did you perform dimensional checks of the
 6        fittings?
 7    A   I thought I saw a comment in here we had not at
 8        that time, okay, that was one of the areas that
 9        needed to be done.
10    Q   Were the dimensional checks done?
11    A   There is no data to that.  I don't recall this
12        evaluation so I don't know if it was done or not.
13    Q   You don't have a specific memory of conducting the
14        dimensional checks?
15    A   No, sir, I do not.
16    Q   That's not withstanding -- first of all, who is
17        Randy Doering?
18    A   Randy Doering was general manager at PEX.
19    Q   Okay.  So he was kind of in charge of the whole
20        product line; is that fair?
21    A   Yes, sir.
22    Q   Okay.  And in his email on March 13th, he's asking
23        why there were no dimensional test results and
24        suggesting that this should have been done first.
25        Correct?
```



Page 36

```
 1                    MR. KUHLMAN:  Object to form.
 2    A    That would be the question he's asking, yes, sir.
 3    BY MR. SHAMBERG:
 4    Q    But you're not aware today whether those
 5         dimensional checks were ever performed?
 6    A    No, sir, I'm not.
 7    Q    Okay.  Then if we turn to the first page, follow-up
 8         email from you the next day, March 14th at
 9         8:58 a.m.  And you say that the data suggests a
10         couple of things to you.  And if you go down to the
11         second kind of hash there you say, secondly, the
12         data, it gives some indication of the degree of
13         risk for us and the industry if others sell these
14         fittings.  Data suggests we could see significant
15         field issues with these fittings.  It's difficult
16         to quantity this risk.
17              What would those significant field issues be
18         in this context?
19    A    Well, looking at the data we were seeing
20         dezincification with these samples.  Okay,
21         dezincification, okay, once again, was exactly the
22         issue we ran into in Las Vegas.  So we were very
23         sensitive to that -- industry was very sensitive to
24         that.  And that's what prompted NSF to eventually
25         add those requirements to NSF 14.
```



Page 37

```
 1    Q    Do you know whether NIBCO ever sold these fittings?

 2    A    No, sir, I don't know.

 3    Q    It's possible NIBCO sold these fittings?

 4    A    That's a possibility, yes.

 5    Q    In order to determine whether these fittings may

 6         suffer from dezincification issues in the field,

 7         did you need to conduct the metals analysis that

 8         you did conduct?

 9    A    I'm not sure I understand that question.

10    Q    Without performing the metal analysis that you

11         described to me earlier, would you have been able

12         to determine that these fittings may suffer from

13         dezincification problems in the field?

14                    MR. KUHLMAN:  Object to form.

15    A    Yes, sir.

16    BY MR. SHAMBERG:

17    Q    You would have been able to determine that?

18    A    Yes, sir.

19    Q    How would you have done that?

20    A    It would have been evaluating via the two test

21         methods in NSF 14, the DZR test method as well as

22         the stress corrosion test method.  Those would be

23         the good indicators for potential for failure in

24         the field.

25    Q    Does NIBCO currently conduct those tests on all
```



Page 38

```
 1        fittings that are supplied by other manufacturers?
 2    A   Yes, sir.
 3                   MR. KUHLMAN:  Object to form.
 4   BY MR. SHAMBERG:
 5    Q   Has it always?
 6    A   I can't answer that, I don't know.
 7    Q   When did NIBCO begin performing these analyses for
 8        NSF 14 and the other standard you mentioned?
 9    A   Both of them -- both test methods are requirements,
10        okay, DZR and stress are in that NSF 14.
11    Q   When did NIBCO begin conducting those tests on
12        fittings supplied by other manufactures?
13    A   That I can't answer, okay, I'll leave it at that.
14        That I can't answer, I don't know.
15    Q   Okay.  How long have you been the product engineer
16        for PEX fittings?
17    A   Just about the time frame that this is dated, would
18        have been 20 -- probably 2012, 2013.
19    Q   Okay.  Who was in that role before you?
20    A   I'm not sure.  We had a person dedicated strictly
21        to PEX fittings, okay.  We do have on staff a
22        couple of metal experts, okay, that would have done
23        our alloy testing and approval.
24                   MR. SHAMBERG:  Can you read that
25             back?
```



Page 39

1              (The answer was read back.)

2    BY MR. SHAMBERG:

3    Q    Who were those metal experts?

4    A    Those would be Ben Lawrence and Jim Laforce.

5    Q    One more question about this document before we

6         move on.  In your email of March 14th after you

7         say, "Data suggest we could see significant field

8         issues with these fittings," you say, We are

9         conducting a significant amount of DZ and SCC

10        testing of these products to develop a good

11        understanding of expected performance.  To my

12        knowledge such comprehensive studies of other NIBCO

13        PEX fittings were not conducted.  We may want to

14        consider.

15             Sitting here today, do you have knowledge as

16        to whether any of these other PEX fittings that you

17        identified here, the C 377, C486 or C693 were

18        studied for potential dezincification issues in the

19        field?

20   A    The 693 was, okay, the other two, to my knowledge,

21        okay, I don't have any knowledge, okay, what

22        testing was done on those two alloys.  But the 693

23        was because that's the product we are currently

24        using.

25   Q    Does C377 and C486 --



Page 40

```
 1    A   Yes, sir.
 2    Q   -- were those products being sold to market as of
 3        the date of this email?
 4    A   That I don't have any knowledge of.  I can't state
 5        with any certainty what alloy we were using in
 6        2013, 2012.
 7    Q   Aside from me showing it to you today, do you have
 8        a memory of this email exchange?
 9    A   No, sir, I don't.
10    Q   So you don't know whether you were the product
11        engineer for PEX fittings as of the date of this
12        email?
13    A   It would have been very early -- if I was product
14        engineer at that time it would have been very
15        early.  I mean, I sort of took on the
16        responsibility when we transitioned over to the led
17        free and that would be the 693 alloy and that
18        happened probably in 2013.
19    Q   Okay.  And you had represented that the testing for
20        meeting the criteria in NSF 14 was conducted for
21        the C693?
22    A   Yes, sir.
23    Q   Who conducted that testing?
24    A   It was conducted over at their lab at my request.
25    Q   What were the conclusions?
```



Page 41

```
 1   A   I would have to see the test reports, okay, but I
 2       don't recall any issues.
 3   Q   Okay.  Do you know whether they passed?
 4   A   Yes.
 5   Q   They did pass?
 6   A   Yes, sir.
 7                   MR. SHAMBERG:  This is probably a
 8               good time for five minutes.
 9                   MR. KUHLMAN:  Okay.
10               (A short break was held.)
11   BY MR. SHAMBERG:
12   Q   Before we go on, Mr. Sexton, I had one follow-up
13       question.  Earlier you had testified from 2006 to
14       2012 you might perform about half a dozen failure
15       analyses of field-returned PEX tubing per year.
16       Does that sound about right?
17   A   Yes, sir.
18   Q   Under what circumstances would you have performed
19       those six or so failure analyses per year?
20   A   Those were specifically at the request of Randy
21       Doering.
22   Q   Why would Randy specifically request that you do a
23       particular failure analysis?
24   A   You would have to ask Randy.  Once again, I don't
25       know what all factors he considered in deciding
```



Page 42

 1         which samples to send to me or why he would send
 2         them to me.
 3    Q    Did he ever discuss that with you?
 4    A    No.  I mean, it was I would receive the samples,
 5         okay, do my evaluation as I pretty much outlined
 6         for you and send the results back to him.
 7    Q    And he never once told you, Earl, I want you to
 8         look at this, here's why?
 9    A    Not that I recall, no.
10    Q    Do you happen to recall whether the failure
11         analyses you performed as compared to the ones that
12         would have been performed by others at NIBCO dealt
13         with failures that could have resulted in
14         significant liabilities to NIBCO?
15    A    That I don't know.
16    Q    We will keep going with the email chains here.  I
17         will show you one more to take a look at.
18         (Exhibit 19 was marked for identification.)
19    BY MR. SHAMBERG:
20    Q    Mr. Sexton, I'll just let you know you should feel
21         free to review this document in its entirety, of
22         course.  My questions are gonna focus on your email
23         from June 29th on the first page.
24    A    Okay, sir.
25    Q    Okay.  So on the first page of this document, as I



Page 43

```
 1        indicated, there is an email from you to Ken McCoy
 2        and Jerrod Brigham on June 29, 2011, 11:24 a.m.
 3        And you say several things in here.  We will get
 4        into each of them but I want to ask specifically in
 5        the -- what would be the third paragraph, I
 6        suppose, in the email, the second sentence you say,
 7        "Both observations suggest exposure to aggressive
 8        water."  And then the bottom email, very last
 9        sentence of the email you say, "The observed
10        discoloration and microcracking of the inner wall
11        surface suggest attack by aggressive water."
12             What do you mean been when you say "aggressive
13        water"?
14   A    Aggressive water can be any number of things, can
15        be high levels of chlorine, high levels of
16        chlorine, it can be very aggressive -- what's the
17        word?  Ion activity as defined by ORP, can be high
18        temperatures, can be high pressure, so either
19        individually or a combination of those factors.
20   Q    Okay.  You said ion activity?
21   A    Yes, sir.
22   Q    What do you mean by ion activity?
23   A    Ion means water tends to be very corrosive, okay.
24        If you're running it through iron pipes, okay,
25        you're gonna get iron particles that are broken
```



Page 44

```
 1            off, okay, and that are in that water, okay, that
 2            increases its ion aggressiveness as defined by ORP.
 3            ORP is a measurment of that aggressiveness.  And
 4            the higher that ORP value is the more aggressive
 5            that water is the more likely you are to attack the
 6            PEX tubing.
 7       Q    Okay.  You also said that chlorine levels, heat --
 8       A    Yes, sir.
 9       Q    -- and pressures can all be factors?
10       A    Yes, sir.
11       Q    At what temperature does water become aggressive?
12       A    Any elevation of temperature makes water more
13            aggressive.  I mean, it starts at -- I mean, the --
14            chemically speaking, okay, there is an equation
15            called the Arrhenius equation that says that
16            chemical reactivity doubles with every 10 --
17            increase of 10 degrees Celsius in temperature.  So
18            any increase in temperature makes water more
19            aggressive.
20       Q    Would you describe water that was 50 degrees
21            Fahrenheit as aggressive?
22       A    Yes.
23       Q    Is there any water you wouldn't term aggressive?
24       A    No, sir.
25       Q    At what chlorine level does water become
```



Page 45

```
 1        aggressive?
 2                      MR. KUHLMAN:  Object to form.
 3   A    I'm not sure I can answer that question.
 4   BY MR. SHAMBERG:
 5   Q    Why not?
 6   A    I haven't seen any studies studying the effects
 7        of -- or I do not know the relationship between ORP
 8        and chlorine levels.
 9   Q    Okay.  So you couldn't say -- sitting here today
10        you couldn't give a chlorine level that would make
11        water aggressive versus non-aggressive?
12   A    No, sir.
13   Q    What about pressure, at what pressure does water
14        become aggressive?
15   A    Pressure -- pressure doesn't make water aggressive,
16        okay, but pressure, like temperature, accelerates
17        that reactivity, accelerates just like the
18        Arrhenius equation that we talked about.  Okay?
19        Temperature accelerates the chemical reaction.
20        Pressure does the same thing so individually they
21        don't make the product -- or don't make water
22        aggressive but they cause the reactivity to go up.
23   Q    I see.  So you couldn't state at X PSI water
24        becomes aggressive?
25   A    No.
```



Page 46

```
 1    Q    Okay.  So you have said that water can be
 2         aggressive at any temperature.  Correct?
 3    A    Yes, sir.
 4    Q    And that there isn't a particular chlorine level
 5         you could identify at which water would be become
 6         aggressive.  Correct?
 7    A    Yes, sir.
 8    Q    And there isn't a particular pressure at which
 9         water would become aggressive?
10    A    Right.
11    Q    So I'm just trying to understand.  In this email
12         that you sent on June 29 of 2011 when you
13         contribute certain of your observations to attack
14         by aggressive water, what are you trying to
15         indicate with that statement?
16    A    It's the combination of we did not see
17         manufacturing defects, we did not see any evidence
18         of physical abuse or deformation, okay, that would
19         suggest an installation error.  Okay, so water,
20         okay, the failure or the attack by the water was,
21         okay, what was left and the data supported that,
22         okay, the white residue that was observed and then
23         these other factors, okay, temperature, pressure,
24         the ion capability of the water, aggressiveness of
25         the water, those could also contribute to make the
```



MAGNA
LEGAL SERVICES

Page 47

```
 1        water aggressive.

 2   Q    Do you recall what the temperature of the water at

 3        issue in this particular PER was?

 4   A    No, sir, I do not.

 5   Q    Do you recall what the chlorine levels were?

 6   A    No, sir, I do not.

 7   Q    In your view does what would qualify as aggressive

 8        water differ between PEX-B and PEX-C tubing?

 9   A    Could you clarify that?  I'm not sure I understood

10        it.

11   Q    Sure.  If you have water at a particular

12        temperature at a particular chlorine level with a

13        particular pressure and with a particular ion

14        activity, could that water be aggressive when used

15        in PEX-C tubing but, say, not aggressive when used

16        with PEX-B tubing?

17   A    No.  It's gonna be aggressive for both.

18   Q    Okay.  So let me step back for a second.  NIBCO had

19        manufactured, beginning in 2006, and sold prior to

20        that a tubing with a designation of 1006; is that

21        right?

22   A    Yes, sir.

23   Q    Okay.  And that 1 at the beginning, does that

24        indicate the chlorine resistance of the tubing?

25   A    Yes, sir.
```



Page 48

```
 1    Q    And are there other numerical codes that are
 2         assigned to that chlorine resistance PEX tubing?
 3    A    Yes.
 4    Q    What are those numbers?
 5    A    Currently there are three different designations --
 6         four designations, okay.  There is a 0, there is a
 7         1, there is a 3 and a 5.
 8    Q    Okay.  And I'll let you handle three of them but 0,
 9         I believe, means it has never been tested for
10         chlorine resistance; is that correct?
11    A    That's correct.
12    Q    Can you describe what the 1, 3 and the 5 indicates?
13    A    It's -- all of them are measurements of allowed
14         exposure to hot water.  Okay, 1 allows a
15         25 percent -- or exposure to 140-degree water for
16         25 percent of the time, exposure to 73-degree water
17         for 75 percent of the time.  Three allows
18         exposure -- and it's split 50/50 to both 140 and
19         73-degree water.  Five is exposure 100 percent of
20         the time to 140-degree water.
21    Q    Okay.  So let's say, for example, you're looking at
22         tubing that has a 1 designation for chlorine
23         resistance versus another PEX tubing that has a 5
24         designation for chlorine resistance.  Will water
25         that is aggress -- deemed aggressive for a 1 rated
```



```
                                                        Page  49
   1            tubing necessarily mean that that water would be

   2            aggressive for a 5 rated tubing?

   3       A    Yes, sir.

   4       Q    So aggressive water always means the same thing no

   5            matter what the application is?

   6       A    Yes, sir.

   7       Q    What's a die line?

   8       A    Die line is a -- would be a manufacturing defect,

   9            okay, it's when either the extrusion tie is --

  10            become damaged or something has gotten caught in

  11            the die that puts an imperfection in the wall of

  12            the tubing.

  13       Q    So it's an -- essentially an imperfection in the

  14            extrusion process?

  15       A    Yes, sir.

  16       Q    How -- actually through that extrusion process, how

  17            does the die line form?  What happens that causes a

  18            die line to form?

  19       A    Well, you're pushing molten material, okay, through

  20            a die that is in the shape of a tube, okay, and if

  21            there is an imperfection in the die, okay, that

  22            material is forced around that imperfection, okay,

  23            and that will show up as a die line.

  24       Q    Can anything else cause a die line to form?

  25       A    By definition, no.
```



Page 50

```
 1    Q    Can a buildup of charred polymer cause a die line
 2         to form?
 3    A    Yes.
 4    Q    How would that happen?
 5    A    Charred material, if it sticks to the die, okay,
 6         surface of the die then that's possible, okay.
 7         It's sitting there, okay, once again, the material
 8         has to flow around it, okay.  Now unless there is
 9         evidence of char material in the sample you're
10         looking at, you're not gonna able to tell if it was
11         due to some sort of buildup on the die or a defect
12         in the die.
13    Q    So we were talking about aggressive water.
14              Is there an industry standard that defines
15         what aggressive water is?
16    A    There is not a standard.  There's a measure of
17         aggressiveness.
18    Q    What's that measure?
19    A    That would be an ORP, the Oxidative Reductive
20         Potential.
21    Q    I believe you mentioned that in relation to the ion
22         activity earlier; is that correct?
23    A    Yes, sir.
24    Q    And does that rating take into account the heat of
25         the water?
```



Page 51

```
 1   A   Does not take into account the heat, no.
 2   Q   Does it take into account the chlorine level of the
 3       water?
 4   A   Yes.
 5   Q   Does it take into the account the pressure that the
 6       water is under?
 7   A   No, sir.
 8   Q   What's the mechanism by which aggressive water will
 9       attack a PEX pipe?
10                   MR. KUHLMAN:  Object to form.
11   A   The chemical reaction?
12  BY MR. SHAMBERG:
13   Q   Yes.
14   A   Okay.  Basically you have got a charged particle or
15       an ion in the water, okay, chlorine, metal, others
16       that will come along and as it tries to get back to
17       a neutral state, okay, is taking off, likely,
18       hydrogen from the polymer backbone, okay.  That
19       removal of that hydrogen from the polymer, okay,
20       allows the polymer either -- it forces it to either
21       form a double bond or it breaks the chain, okay.
22       And either one eventually leads to weakening of
23       that chain, allows it to get into shorter and
24       shorter pieces, which reduces the strength.
25   Q   Okay.  Is there a term for that chemical process?
```



Page 52

```
 1    A    Eventually you get chain scission.  That's spelled
 2         S-C-I-S-S-I-O-N, I believe.
 3    Q    Why don't we get to that now.  What's chain
 4         scission?
 5    A    Where you break the chain.  Okay, polymers by
 6         definition, okay, are a bunch of individual monomer
 7         products that are linked together to form very
 8         large chains.  Okay, so it's chains that give a
 9         polymer its performance, okay, its strength,
10         chemical resistance, what have you.  And when you
11         start to shorten those chains, okay, those
12         properties tend to decrease so you're breaking the
13         chains up.
14    Q    Okay.  Is there any relationship between chain
15         scission and oxidative degradation?
16    A    Oxidative degradation can lead to chain scission.
17    Q    How does oxidative degradation lead to chain
18         scission?
19    A    Okay, oxidative attack, okay, as I explained, okay,
20         basically you're removing the hydrogen, okay, from
21         the polymer backbone, okay, forcing that polymer to
22         react, okay, either form a double bond or it may
23         split.  Okay, then, once again, just continue the
24         reaction to the point where that chain, okay, gets
25         weaker and weaker and be -- begins to break.
```



Page 53

1    Q    What is microcracking?

2    A    Microcracking is very small cracks usually not seen

3         by the visual eye, okay, seen like under

4         magnification.  But the very initial stages,

5         okay -- well, the initial stage would be what they

6         call crazing, okay, but in chemical cracks you go

7         crazing to microcracks.  Those cracks, now because

8         you actually have very small cracks in the surface,

9         okay, they will allow the media water, okay, to be

10        exposed to more surface area of the tubing, okay,

11        and that leads to the cracks opening, okay, more

12        areas for the water to attack the tubing.

13   Q    Okay.  What was that first word that you said for

14        microcracking?  Crazy?

15   A    Crazing.

16   Q    Crazy like loony?

17   A    No.  C -- well, spelled the same way,

18        C-R-A-Z-I-N-G.

19   Q    Crazing.  I see.

20   A    Crazing.

21   Q    Okay.  What's the mechanism of microcracking?

22                    MR. KUHLMAN:  Object to form.

23   A    Not sure I understand that question.

24   BY MR. SHAMBERG:

25   Q    What causes microcracking?



Page 54

1   A   It can be any variety of -- can be due to, okay, a

2       chemical attack such as what we were talking.  It

3       could be also due to over-pressurization.

4   Q   Okay.  So the oxidative degradation that we talked

5       about is a potential cause of microcracking?

6   A   Yes, sir.

7   Q   I just want to have a little bit better

8       understanding of kind of the issue you're

9       describing in this email that we were looking at.

10      So this is -- so you're doing an examination here

11      of a field return failed three-quarter inch terra

12      cotta PEX-C tubing.  You say, "Visual examination

13      of the questionable tubing shows a slit in the

14      outer wall approximately 1 inch in length running

15      in the flow direction.  This slit appears to be

16      aligned with a crack running along the inner wall

17      in the same direction."

18          So let's stop right there.  What does that

19      tell you, just that information?

20  A   It begins to eliminate some possibilities.  Okay?

21      It suggests that the -- this would be -- what

22      people would call a classical failure for tubing,

23      okay, in which the failure is going to be

24      predominantly hydrostatic based -- okay, so that

25      the pressure is on the inner wall of the failure,



Page 55

```
 1        okay, causes the split to run along the tubing as
 2        opposed to across.  So you begin to eliminate
 3        possibilities of causes.
 4   Q    Okay.  What possibilities do you eliminate at that
 5        point?
 6   A    At that time would be bending would be the biggest
 7        thing.
 8   Q    Okay.  So mishandling or an installation issue --
 9   A    Yes, sir.
10   Q    -- that kind of thing?
11   A    Yes, sir.
12   Q    Then you go on, "Microscopic examination shows the
13        inner wall to be discolored (whitish discoloration)
14        and microcracking.  Both observations suggest
15        exposure to aggressive water."
16             So I may know the answer here but when you see
17        that discoloration on the inner wall and
18        microcracking, what information does that give you
19        about the failure mechanism?
20   A    Okay.  Gives you some indication that there had
21        been some sort of chemical attack that's gone on.
22        There is something that has actually attacked the
23        polymer, causing the cracking, okay, the whitish
24        residue, okay.  Without analysis we don't know if
25        that's from something in the water or is that
```



Page 56

1          degraded polymer.

2      Q   You don't know if it's something in the water?

3      A   That's correct.

4      Q   But you can conclude that the cause is aggressive

5          water?

6      A   Yes, sir.

7      Q   What's the basis for that conclusion?

8      A   The fact that we still have the microcracking and

9          the whitish residue.  Something attacked the

10         tubing.

11     Q   Would this sort of failure mechanism occur if the

12         tubing was insufficiently stabilized?

13                      MR. KUHLMAN:  Object to form.

14     A   It can, yes, sir.

15  BY MR. SHAMBERG:

16     Q   That's a potential cause?

17     A   That's a potential cause.

18     Q   Did you -- in this particular instance did you rule

19         that cause out?

20     A   This specific sample, no, I don't believe so.

21     Q   Okay.  You just concluded that it was the

22         aggressive water?

23     A   Yes, sir.

24     Q   And aggressive water is sort of an amorphous term

25         as we've agreed.  Right?



Page 57

```
 1   A   Yes.
 2   Q   Is PEX-C tubing appropriate for use in residential
 3       plumbing applications?
 4   A   Yes, sir.
 5   Q   Okay.  Are there certain conditions that would make
 6       it not appropriate for use in a residential
 7       plumbing application?
 8   A   Yes, sir, there can be.
 9   Q   What would those conditions be?
10   A   Excessive pressure, elevated temperatures, very
11       high chlorine levels in the water, okay, very high
12       ion activity of the water.  So those are
13       applications or instances that are -- PEX is going
14       to be probably unacceptable.
15   Q   Okay.  Is PEX tubing appropriate for use in attics?
16   A   Yes, sir.
17   Q   Okay.  That's true of both the 1006 and the 3308
18       products?
19   A   Yes, sir.
20   Q   Does NIBCO provide installation manuals or
21       instructions on how the PEX-C products should
22       installed?
23   A   They do today, yes, sir.
24   Q   Okay.  When did NIBCO begin doing that?
25   A   That I do not know.
```



Page 58

1    Q    Was it after you started at NIBCO?

2    A    That I do not know.

3    Q    Have you been involved with the review or drafting

4         of any of the language for those manuals or

5         instructions?

6    A    No, sir.

7    Q    So you never looked at them?

8    A    No, sir.

9         (Exhibit 20 was marked for identification.)

10                   MR. KUHLMAN:  Are you familiar with

11                the origin of that document?

12                   MR. SHAMBERG:  It was produced to us

13                by NIBCO.

14                   MR. KUHLMAN:  Okay.

15                   MR. SHAMBERG:  I'm actually going to

16                ask him some questions about that.

17                   MR. KUHLMAN:  Okay.

18   BY MR. SHAMBERG:

19   Q    Okay.  So this first page of this document is a

20        letter, let's say, from NSF regarding new PEX

21        material designation codes; is that correct?

22   A    Yes, sir.

23   Q    And then the next two pages are a document with the

24        title "CHLORINE NOTES FOR PEX TUBING" and there is

25        a -- do you see a vertical line kind of it looks



Page 59

```
 1        from a printer or copier running up the right side
 2        of the page?
 3     A  Yes, sir.
 4     Q  That line also appears on the NSF letter at the
 5        beginning.  Correct?
 6     A  Yes, sir.
 7     Q  Have you ever seen this Chlorine Notes for PEX
 8        Tubing document before?
 9     A  No, sir.
10     Q  Okay.  So you have no idea when it was generated or
11        who generated it?
12     A  No, sir, I do not.
13     Q  And you understand that it was produced to us in
14        this litigation by the attorneys for NIBCO.
15        Correct?
16     A  No, sir.
17     Q  Well, I'll represent to you that it was provided to
18        us by NIBCO's attorneys.
19     A  Thank you.
20     Q  If we look at the Bates number 37750, the page that
21        has "CHLORINE NOTES FOR PEX TUBING" at the top?
22     A  Uh-huh.
23     Q  The fourth bullet point from the bottom starts with
24        "Tubing with the PEX 1006 and or NSF P-171 CL-TD
25        ratings are suitable for applications where hot
```



Page 60

1        water usage is intermittent and the tubing is run

2        in a basement or under the slab, where the water

3        temperature is allowed to cool down to ambient when

4        there is no hot water demand."

5             The next bullet goes on "These ratings are not

6        suitable for installation where domestic hot water

7        continuous circulation loops and or where water

8        lines are run in an attic space.  These types of

9        systems typically keep system hot water

10       temperatures from dropping back down to the rated

11       end use condition of 73 degrees Fahrenheit at 75

12       percent usage especially in Southern Climates."

13            Do you agree with the statements that I just

14       read?

15                     MR. KUHLMAN:  Object to form.

16   A   No, sir I do not.

17   BY MR. SHAMBERG:

18   Q   What do you disagree with?

19   A   In fact, if you go to the summary, the very first

20       bullet point in the summary says if the tubing is

21       labeled PEX 5006 or 1006 with a CL-R there is no

22       concern for installations in attic in hot water

23       recirculation systems.  I disagree with the

24       statement simply because, okay, there is millions

25       and millions of feet of 1006 tubing, okay,



Page 61

```
 1         produced not only by NIBCO but also by several

 2         other manufacturers that are installed and

 3         performed very acceptably in attic situations for a

 4         number of years.

 5   Q     Okay.  That part you read from in the summary at

 6         the end of the document refers to the PEX 5006 or

 7         1006 with CL-R?

 8   A     Yes.

 9   Q     What does that CL-R indicate?

10   A     That is -- that's a old designation from the P-171

11         test report.  I'm not sure what the CL-R translates

12         directly to or what that means.

13   Q     Okay.  So in your mind is there -- see, so at the

14         end of the summary if you look at the final bullet

15         there, it says, If the tubing is labeled PEX 1006

16         with no CL-R rating the tubing shall not exceed 75

17         percent usage at an end use condition of greater

18         than 73 degrees Fahrenheit.

19              Is there a difference then between PEX 1006

20         without that CL-R and PEX 1006 with the CL-R?

21   A     Once again, I'm not sure what the CL-R means, okay,

22         so I can't answer that question.  The 1006, the 1

23         designation means it has been tested for chlorine

24         resistance.  To my mind, okay, that means they're

25         equivalent.
```



Page 62

1    Q    There is also this term CL-TD?

2    A    Uh-huh.

3    Q    Do you know what CL-TD refers to?

4    A    That's the old traditional domestic designation.

5         Once again, that came out of the P-171 test

6         methodology, okay, and that's equivalent to the

7         today's 1000 series tube for chlorine resistance.

8         That would be the 75 percent time at 73 degrees,

9         25 percent at 140 degrees.

10   Q    Okay.  So do you know what the difference is

11        between CL-R and CL-TD PEX tubing?

12   A    No, sir, I do not.

13   Q    So the bullets that I was noting earlier with

14        respect to use in attics --

15   A    Uh-huh --

16   Q    -- the document states that tubing with the PEX one

17        1006 and or NSF than P171, CL-TD ratings are

18        suitable for applications where hot water usage is

19        intermittent.  These ratings are not suitable for

20        installation where domestic hot water continuous

21        circulation loops and or where water lines are run

22        in an attic space.

23             So that's referring to tubing with the PEX

24        1006 CL-TD rating.  Correct?

25                       MR. KUHLMAN:  Can I get a continuing



Page 63

```
 1                    objection just to the use of this

 2                    document as a single document suggesting

 3                    that it all came from NSF when --

 4                        MR. SHAMBERG:  Sure, yeah, you can

 5                    have that objection.

 6                        MR. KUHLMAN:  We can talk more about

 7                    it on the break but --

 8                        MR. SHAMBERG:  That's fine.

 9   BY MR. SHAMBERG:

10   Q   So this -- this particular bullet here is referring

11       to the PEX 1006 with that CL-TD rating.  Correct?

12   A   Yes, sir.

13   Q   And then you pointed out that that first bullet in

14       the summary that there are regarding no concerns

15       for installation in the attic or in hot water

16       recirculation systems?

17   A   Yes, sir.

18   Q   And that particular bullet is referring to PEX with

19       the 1006 with the CL-R rating.  Correct?

20   A   Yes, sir.

21   Q   Is PEX 1006 tubing appropriate for use in

22       residential plumbing applications that employ a

23       recirculation system?

24   A   If that recirculation system is on a timer.

25   Q   Okay.  What's the significance of the timer?
```



Page 64

```
 1   A   Timer, once again, draws the -- remember that the
 2       1000 is predicated only 25 percent of the time is
 3       it allowed to be at 140 degrees.
 4   Q   Okay.
 5   A   So, in fact, I believe our recommendations are that
 6       timer, the maximum during the day is six or eight
 7       hours that you're allowed to have that
 8       recirculation system on, okay.  Our recommendation
 9       is, folks, during the nighttime when you don't need
10       hot water or if you work during the day and aren't
11       home, turn that recirc system off.
12   Q   Okay.  Do you know whether NIBCO has ever advised
13       its customers that the PEX 1006 tubing should not
14       be used in homes that employ recirculation systems?
15   A   As I just stated, okay, we do recommend that it's
16       used in recirc systems but those recirc systems
17       have to be on a timer.
18   Q   Has NIBCO ever advised its customers that there are
19       certain restrictions in the use of PEX 1006 tubing
20       in a recirculation system?
21   A   That I cannot answer, that I don't know.
22   Q   Because you weren't involved in drafting any of the
23       language that would have gone to the customers?
24   A   That's correct.
25   Q   Who was responsible for that?
```



Page 65

```
 1    A    That would have been the general manager, Randy
 2         Doering at that time frame and or Tom Coe.
 3    Q    To your knowledge since NIBCO began selling PEX
 4         tubing, has anyone other than Mr. Doering or
 5         Mr. Coe been responsible for drafting the language
 6         included in the installation manuals?
 7    A    That I have no knowledge of, don't know.
 8    Q    Guess what?  Another email.
 9        (Exhibit 21 was marked for identification.)
10    A    Okay, sir.
11   BY MR. SHAMBERG:
12    Q    Okay.  So this is an email chain between yourself,
13         Debbie Premus and a few other NIBCO employees
14         regarding the oxidative stability of DURA-PEX terra
15         cotta tubing.  Correct?
16    A    Yes, sir.
17    Q    And I wanted to start with the first email
18         chronologically, which would be your email from
19         April 16 at 12:15 p.m.  It includes some data and
20         then on the final page here, 37121 is the Bates
21         number --
22    A    Okay.
23    Q    -- you have performed some OIT testing and you
24         state that that testing confirms the oxidative
25         stability time of terra cotta product is 10 minutes
```



Page 66

```
 1          or less falling into the marginal performance
 2          range.
 3               So essentially what you're finding that there
 4          are some low oxidative stability times with the
 5          terra cotta tubing here.  Right?
 6     A    Yes, sir.
 7     Q    If tubing is inadequately stabilized -- strike
 8          that.
 9               Can tubing fail in the field if it's
10          inadequately stabilized?
11     A    Yes, sir.
12     Q    And would oxidative degradation be a potential
13          cause of failure in insufficiently stabilized
14          tubing?
15                         MR. KUHLMAN:  Object to form.
16     A    No, sir.
17     BY MR. SHAMBERG:
18     Q    Why is that?
19     A    'Cause oxidative failure wouldn't be the cause.
20     Q    Why?
21     A    Because it goes the other way around.  Oxidative
22          failure is the result, not the cause.
23     Q    So could exposure to chlorine be a cause?
24     A    Exposure could be a contributing factor, yes.
25     Q    Is it possible that it could be the sole cause of a
```



Page 67

1           failure if tubing is insufficiently stabilized?

2                         MR. KUHLMAN:  Object to form.

3    A    No.

4    BY MR. SHAMBERG:

5    Q    Why not?

6    A    'Cause the failure in oxidative failure you need a

7           combination of not only of the environment, the

8           chlorine, but you also need a stress, which is

9           pressure.  So you need the combination of both.

10   Q    So exposure to chlorine in the field will not

11          result in failure of the PEX-C tubing unless

12          coupled with over-pressurization?

13   A    Over a very long period of time it would.

14   Q    What's a long period of time?

15   A    Some of the data I have seen you're talking

16          hundreds of years.

17   Q    Hundreds of years?

18   A    Yes, sir.

19   Q    And you're aware that the plaintiffs in this case,

20          their tubing has failed in significantly less than

21          hundreds of years.  Correct?

22   A    No, sir, I'm not aware of that.

23   Q    So you believe their tubing may have been in use

24          for hundreds of years?

25   A    No.  I don't know specifically what complaints this



Page 68

```
 1          is involving or how long it's been installed.
 2    Q    Okay.  I'll represent to you that it's been less
 3          than hundreds of years.
 4               So continuing on with this email you stated,
 5          "It's recommended we continue as we are and do not
 6          address the stability of the terra cotta product at
 7          this time."
 8               Why did you make that determination?
 9    A    Because OIT is not -- has never been a requirement
10          of 876, which is the requirement for PEX tubing
11          that all PEX manufacturers need to meet.  So
12          because it is not a requirement, okay, there is no
13          defined criteria for OIT testing for PEX tubing in
14          876.  Oxidative testing in 876 is defined by
15          chlorine resistance, defined -- which is tested
16          under F 2023, okay, which is that extrapolated 50
17          years to time -- or failure, okay.  Terra cotta has
18          always met that criteria.
19    Q    So is your sole concern with the quality of PEX-C
20          tubing meeting third-party certification standards?
21    A    No.  The concern is making good-performing tubing.
22    Q    You want to prevent failures in the field.  Right?
23    A    Yes, sir.
24    Q    You want to do everything you can to do that?
25                         MR. KUHLMAN:  Object to form.
```



Page 69

1    A    Yes, sir.

2    BY MR. SHAMBERG:

3    Q    So if we go to Debbie Premus' response to your

4         email --

5    A    Yes, sir.

6    Q    And who is Debbie Premus?

7    A    Debbie Premus is the quality manager at our Lebanon

8         facility?

9    Q    Was she previously employed by CPI?

10   A    Yes, sir, I believe so.

11   Q    And did she come over to NIBCO as part of the

12        acquisition of the CPI?

13   A    Yes, sir.

14   Q    So in Debbie's response the same day about a half

15        hour later addressed to you she says, "Why wouldn't

16        we want to look at improving the OIT for terra

17        cotta color pipe?  The chlorine test is only an

18        extrapolation, an estimation of the number of years

19        of service in specific water conditions.  Aren't we

20        concerned that if we continue to market

21        underprotected (sic) terra cotta in regions with

22        aggressive water (i.e. Charlotte and Mobile, etc.)

23        that a continued steady stream of oxidative

24        failures would cost more in the long run that

25        tweaks to the color formulation/UV/AO additive?



Page 70

```
 1    A    Just thinking out loud."

 2              So I have a couple questions here.  If the

 3         only way that insufficient stabilization can cause

 4         field failures is either coupled with

 5         over-pressurization or over the course of hundreds

 6         of years, why is Debbie concerned about the low

 7         stabilization of this tubing?

 8                        MR. KUHLMAN:  Object to form.

 9    A    You've have to ask Debbie that.

10    BY MR. SHAMBERG:

11    Q    But you weren't concerned?

12    A    No.  Based upon the results that we were seeing

13         from -- with 2023 and the requirements of 876.

14    Q    So you were meeting the standards?

15    A    We were meeting the standards.

16    Q    She describes the tubing here as under protected

17         terra cotta.

18              Would you similarly describe this terra cotta

19         tubing as under protected?

20    A    No, sir.

21    Q    Did you have any concern at this time that you

22         would see a continued steady stream of oxidative

23         type failures?

24    A    No, sir.

25    Q    Then she mentions these regions with aggressive
```



Page 71

```
 1        water and she identifies Charlotte and Mobile, I
 2        assume Mobile, Alabama.
 3             Were you aware at the time of this email that
 4        Charlotte was an area where there was aggressive
 5        water?
 6                  MR. KUHLMAN:  Object to form.
 7   A    I became aware that Charlotte was an area of
 8        concern, okay.  I do not recall when I became
 9        aware, if it was before or after this April 2008
10        date.
11   BY MR. SHAMBERG:
12   Q    Okay.  Why was Charlotte -- regardless of when you
13        became aware, why was Charlotte an area of concern?
14   A    Because there had been a cluster of failures, okay,
15        that not only NIBCO experienced but before us CPI
16        had experienced in this area.  As it was explained
17        to me, okay, most of those failures were due to the
18        contributing factors, people were installing the
19        tubing, okay, without pressure relief valves or
20        expansion tanks, okay, because they were not
21        required in the codes.  And, once again, as it was
22        explained to me, okay, NIBCO -- or CPI was
23        instrumental in working to get those requirements
24        written into building codes, okay, to address that
25        situation.
```



Page 72

1   Q   You said as explained to you, who explained that to
2       you?
3   A   I can't specifically remember who told me that.
4   Q   Are there certain people that you would have had
5       these discussions with?
6   A   Yes, sir.
7   Q   Who are those people?
8   A   Those -- that could have been Randy Doering, that
9       could have been Tom Coe, I believe one or two other
10      people involved with CPI, okay, that came along
11      with the acquisition that I might have had that
12      discussion with.  But a specific person or source
13      of that information, okay, I can't recall.
14  Q   To your knowledge were other manufacturers or
15      sellers of PEX tubing other than CPI or NIBCO
16      experiencing failures in the Charlotte area?
17  A   Not that I'm aware of.
18  Q   And there is also this reference to Mobile,
19      Alabama.  At the time of this email were you aware
20      that Mobile, Alabama was another trouble spot?
21  A   No, sir.
22  Q   Did you become aware of that fact?
23  A   No, sir.
24  Q   Are you aware of any other areas that have been
25      problematic for NIBCO or CPI PEX tubing?



Page 73

```
 1    A    No, sir.
 2    Q    So Charlotte's the only one you've ever been aware
 3         of that?
 4    A    Let me correct that.  The two depositions that I
 5         gave previous, okay, seemed like we had issues in
 6         San Antonio.
 7    Q    Okay.  And you only became aware of that through
 8         litigation?
 9    A    Yes, sir.
10    Q    Just, again, to confirm, you're the product
11         engineer for PEX tubing.  Correct?
12    A    Yes, sir.
13    Q    Okay.  So then we'll finish up with your email
14         response at 7:04 p.m. on April 16.  You say, "You
15         realize I was kidding about welcoming those
16         questions and comments."  I assume that was a joke?
17    A    Yes, sir.
18    Q    And you say, "You raise a good question about the
19         marginal performance of terra cotta products and
20         the potential for failures in aggressive water
21         locations.?
22              So when you wrote that did you believe there
23         was a potential for failure in aggressive water
24         locations of the terra cotta product?
25    A    Well, aggressive water is always going to cause
```



Page 74

```
 1        increased possibility for failure.
 2   Q    Okay.  So in that you're tying to acknowledge that
 3        Debbie's raising a fair point?
 4   A    Yes.
 5   Q    You identify there is a risk delaying reformulation
 6        of the terra cotta color but I'm also concerned
 7        about the possible need to reformulate all our
 8        cothers -- all our colors to address weatherability
 9        requirements being discussed for F876.  You say
10        you're working with JANA and you suggest that you
11        not -- you say, I propose we do not put ourselves
12        in a position of having to reformulate the terra
13        cotta colorant, testing for CL resistance and then
14        have to repeat the process again in six to 12
15        months.
16            So essentially are you saying here that
17        because you're working on this weatherability issue
18        and that's gonna take a little bit of time, you
19        don't have want to reformulate the product twice?
20   A    Yes, sir.
21   Q    Because that's gonna cost more.  Right?
22   A    Could cost more also takes extremely long periods
23        of time.
24   Q    Okay.  But you weren't concerned about that risk in
25        delaying the reformulation that you identified?
```



Page 75

```
 1    A    No, sir.

 2    Q    Okay.

 3         (Exhibit 22 was marked for identification.)

 4    A    Okay sir.

 5    BY MR. SHAMBERG:

 6    Q    Okay.  So this is another email chain in late

 7         August of 2008 with the subject line "PEX Terra

 8         Cotta Reformulation."  This is about four months

 9         after that email chain we were just discussing.

10         Right?

11    A    Yes, sir.

12    Q    About the terra cotta and low stability numbers?

13    A    Yes, sir.

14    Q    And in your email to Steve Noto -- first, am I

15         pronouncing that right?  Is it Noto?

16    A    Yes.

17    Q    Who's Steve Noto?

18    A    Steve was my -- at this time was my manager, okay,

19         I reported to him.

20    Q    Okay.  What would his job title have been at this

21         time?

22    A    That I don't recall.

23    Q    Is he still at NIBCO?

24    A    Yes, sir.

25    Q    Is he still in that same role that he was
```



Page 76

```
 1           regardless of what it was called?
 2    A      No.  He is now our -- I can't recall if it's
 3           manager or director but regards of advanced
 4           technology.  He gets involved with our plants.
 5    Q      So in your email to him here on August 20th, you
 6           say, "Steve, As you are aware, we have been working
 7           with Colortech to reformulate the Terra Cotta color
 8           and improve its chlorine resistance."
 9                 And then explain, "Colortech has provided 2
10           developmental formulations, which we extruded and
11           e-beamed."  Then you recommended that you put the
12           project on hold and do no further work evaluating
13           samples.
14                 I'm interested here in the second paragraph,
15           "Recall, this work was initiated following OIT
16           testing of our current Terra Cotta colorant and
17           JANA Lab's comments concerning its low OIT values
18           and the relationship to chlorine resistance."
19                 So were you sort of overruled here in your
20           recommendation to put off the terra cotta
21           reformulation?
22    A      Quite honestly, I don't recall any of this work so
23           I can't comment if I was overruled or how this work
24           initiated.
25    Q      But regardless, the reformulation project was
```



Page 77

```
 1      initiated?

 2   A  Yes.

 3   Q  So there it states that JANA Labs provided comments

 4      regarding the terra cotta products concerning low

 5      OIT values and the relationship to chlorine

 6      resistance.

 7          Do you have an understanding as to what that

 8      relationship was?

 9                  MR. KUHLMAN:   Object to form.

10   A  No, sir, I do not.

11  BY MR. SHAMBERG:

12   Q  And earlier you had said that the terra cotta

13      tubing has always passed third-party certification

14      testing requirements.   Right?

15   A  Yes, sir.

16   Q  So that next sentence it goes on, Our concerns were

17      magnified by field failures of terra cotta tubing

18      produced prior to formulation adjustments made by

19      CPI (circa 2004 to '05) to improve chlorine

20      resistance and OIT data showing little to no

21      difference in before and after samples.

22          So as of the date of this email in August of

23      2008, you were aware that field failures were

24      occurring with respect to the terra cotta PEX

25      tubing?
```



Page 78

```
 1    A    Yes, sir.

 2    Q    These form -- then you refer to these formulation

 3         adjustments made by CPI to improve chlorine

 4         resistance.

 5              Do you have any knowledge as to what those

 6         formulation adjustments were?

 7    A    I don't recall them, no.

 8    Q    Do you know who would be most knowledgable about

 9         those formulation adjustments?

10    A    No, I don't.

11    Q    When you say that these adjustments were made to

12         improve chlorine resistance in OIT data showing

13         little to no difference in before and after

14         samples, that "before and after samples," it's

15         referring to before and after what?

16                        MR. KUHLMAN:  Object to form.

17    A    That I don't know.

18   BY MR. SHAMBERG:

19    Q    You wrote this email.  Right?

20    A    Yes, sir.

21    Q    Would you have known what meant at the time?

22    A    At the time, yes.

23    Q    Could this mean, in your mind, that the OIT data

24         shows little to no difference before and after

25         those formulation adjustments were made by CPI?
```



Page 79

```
 1    A    As I stated, I have no idea what that means.

 2    Q    Okay.  Why did you recommend to put the project on

 3         hold?

 4    A    Because if you read the very next statement, okay,

 5         as we progressed in our study of stability, OIT,

 6         okay, it became very apparent that there was no

 7         relationship, okay, that our data showed or that

 8         studies showed that there was a correlation between

 9         OIT and the chlorine resistance requirement of 876.

10         And so although I have got data that says, hey, my

11         terra cotta at that time has extremely low OIT, my

12         chlorine resistance data, which is the requirement

13         of the standard, shows it to be acceptable.  And I

14         have got a red product that shows the same thing,

15         okay.  So data is beginning to come back in and

16         say, hey, there is no correlation between those two

17         datasets even though they're measuring stability of

18         the product.

19              And if you take that one step further, okay,

20         go and read the test method for OIT and they say it

21         is strictly a quality control test, okay.  It has

22         no validity in predicting or has -- validity is a

23         good word, validity in predicting long-term

24         performance of products, okay.  It is strictly a --

25         at this point in time, this is what the stability
```



Page 80

```
 1        of the product is.  I mean, that's its sole
 2        function.  So begin to take those -- all those
 3        pieces of data, begin to question, okay, what value
 4        is OIT testing bringing to the table, what is it
 5        telling us?  And my conclusion was rapidly becoming
 6        not very much when I look at -- my concern isn't
 7        what is the stability of the product today and how
 8        does it relate to long-term performance of the
 9        product.  My concern is long-term performance of
10        the product.  And everything I saw said, hey, we're
11        there, we have got product that meets the
12        requirements -- that meets the standards and that
13        testing isn't done by NIBCO.  That is done by a
14        third party.
15    Q   Okay.  That was a very comprehensive answer.  So
16        basically you're saying that there wasn't a need
17        for reformulation because terra cotta tubing was
18        meeting the applicable standard?
19    A   Yes, sir.
20    Q   You said that your concern is with the longevity
21        and performance of the tubing?
22    A   Yes, sir.
23    Q   There was no reformulation at this time, it was
24        determined that you would not reformulate the terra
25        cotta product?
```



Page 81

```
 1    A    Well, apparently there was some reformulation but

 2         that gets back to my comment or suggestion, okay,

 3         that we put this project on hold.

 4    Q    Let me go up then to the top email for a moment to

 5         Larry Smallwood.

 6    A    Uh-huh.

 7    Q    You say, "Larry, We are Killing the terra cotta

 8         reformulation project at this time."

 9              Did that, in fact, occur?

10    A    I have to take that statement as it's written so

11         sounds like, yes, that did happen.

12    Q    Do you recall the terra cotta -- NIBCO developing a

13         new terra cotta product in 2008?

14    A    No, sir, I do not.

15    Q    What did you do to address these field failures

16         that you had identified with the terra cotta

17         tubing?

18    A    At this time -- I'm not sure I understand the

19         question.  Could you rephrase that, please?

20    Q    Well, let's start here.  What did you do to try to

21         understand the failure mechanisms that were

22         involved with the terra cotta tubing in the field

23         at this time?

24                        MR. KUHLMAN:  Object to form.

25
```



Page 82

1   BY MR. SHAMBERG:

2   Q   If anything.

3   A   I think -- I don't recall any specific actions that

4       we took or that I took at that time.

5   Q   Were you concerned about the field failures?

6   A   Of course.

7   Q   But you didn't do anything?

8   A   I don't recall what I did.

9   Q   Okay.  But it may have been something, it may have

10      been nothing?

11  A   May have been, yes.

12  Q   Is it possible for PEX pipe to fail in the field

13      even if it meets third-party certification

14      standards?

15  A   Yes.

16  Q   Okay.  So meeting those third-party standards don't

17      guar -- doesn't guarantee that the product is gonna

18      perform -- strike that.

19          Meeting those third-party certification

20      standards doesn't mean that the product won't fail

21      in the field?

22  A   Yes, that's correct.

23  Q   So even if this terra cotta product was meeting the

24      standards the history -- this document suggests

25      that they were nevertheless failing in the field.



Page 83

1     Correct?

2                        MR. KUHLMAN:  Object to form.

3   A   Yes.

4   BY MR. SHAMBERG:

5   Q   Does that bother you?

6   A   It causes questions.  Does it bother me?  No.

7   Q   The field failures don't bother you?

8   A   Huh?

9   Q   The field failures don't bother you?

10  A   As I stated, it causes me to question why, okay.

11      Does it concern me?  No.  I mean, I have got the

12      product, the standards are written to a particular

13      performance in a normal installation okay.  If I

14      have got an instance where I've got a cluster of

15      complaints that's localized, okay, suggesting --

16      okay, 'cause that same product is performing

17      acceptably in the rest of the country.  Why is it

18      failing in Charlotte?  Okay.  There is something

19      about Charlotte that's different.  Okay, we need to

20      understand what's different about that.

21  Q   Is -- I didn't mean to cut you off.

22  A   No.

23  Q   Is Mobile, Alabama also different?

24  A   I don't have any knowledge about Mobile, okay, so I

25      can't really comment on that.



Page 84

```
 1    Q    What about Texas, do you know if any areas of Texas
 2         are different?
 3    A    There is something about San Antonio that appears
 4         to be different.
 5    Q    Las Vegas, is there something about Las Vegas?
 6    A    Apparently.  I don't have any information on that.
 7         But based on the experience that's been reported
 8         regarding Zurn sounds like there is something about
 9         Las Vegas that we need to understand.
10    Q    What about North Carolina?  Are you aware of any
11         issues with North Carolina?
12                   MR. KUHLMAN:  Object to form.
13    A    How do you differentiate between North Carolina and
14         Charlotte?
15  BY MR. SHAMBERG:
16    Q    Outside of Charlotte.
17    A    Not aware of any instances -- any problems outside
18         Charlotte.
19    Q    Okay.  Okay.  I want to ask you, you mentioned
20         earlier PERs?
21    A    Yes, sir.
22    Q    What is a PER?
23    A    Product evaluation request.
24    Q    Okay.  And --
25                   MR. KUHLMAN:  I'm sorry.  It sounds
```



MAGNA
LEGAL SERVICES

Page 85

```
 1                         like we are going into a new line of
 2                         questioning, I was wondering if we might
 3                         be at a good time for a two- or
 4                         three-minute break?
 5                             MR. SHAMBERG:  Yes, that's fine,
 6                         that's fine, we can go off.
 7                         (A short break was held.)
 8    BY MR. SHAMBERG:
 9    Q   When we left off I was asking you a little bit
10        about PERs and I had asked what -- why is a PER
11        created?
12    A   It is -- the ones I have seen are created, they are
13        a mechanism for identifying tracing, testing of
14        field return -- product that comes back from the
15        field that a customer has had an issue with.
16    Q   Okay.  So can you kind of walk me through the
17        process, to your knowledge, of how -- how -- you
18        know, start at step one.
19            How does the PER process work?
20    A   That I have very -- no knowledge of.  Okay.  I get
21        involved only with PER to the extent that there is
22        something unique that the lab technicians over in
23        the Dare lab have observed and they will come over
24        and ask me to take a look.  And at that time I will
25        do whatever evaluation or examination that I'm
```



Page 86

1          allowed to do or that I feel is appropriate, write

2          up my comments and, once again, that's sent back to

3          Scott Perry and Ken McCoy.  The complete format or

4          process of generating and following and tracking a

5          PER, I don't have any knowledge of.

6     Q    Okay.  Would Ken McCoy know about that process?

7     A    Yes, sir.

8     Q    In your understanding what's the purpose of

9          tracking PERs?

10    A    To help us identify potential problems, okay, with

11         the long-term goal of improving our products.

12    Q    Is anyone at NIBCO responsible for analyzing the

13         PERs to determine whether there are common trends

14         in the failures that are coming in?

15    A    That I don't know.

16    Q    That's not your role?

17    A    No, sir.

18    Q    And you're not aware of anyone who specifically

19         does that at NIBCO?

20    A    No, sir.

21    Q    Should NIBCO do that?

22              MR. KUHLMAN:  Object to form.

23    A    I would think common sense would say so, yes.

24    BY MR. SHAMBERG:

25    Q    And do you think if that kind of analysis of



Page 87

```
 1        incoming PERs were conducted you should be involved

 2        in that process?

 3   A    Not necessarily.

 4   Q    Why wouldn't you need to be involved?

 5   A    Because there are other factors besides, okay, what

 6        my area of expertise needs to go into that type of

 7        decision, okay.  Maybe I'm not -- don't have the

 8        experience or the knowledge to comment or make

 9        judgments on those other factors.

10   Q    Okay.  Let's be more specific, more specific.

11        You're the product engineer for NIBCO PEX tubing.

12        Right?

13   A    Yes, sir.

14   Q    So if there were a trend, say, of NIBCO terra cotta

15        PEX tubing having oxidative type failures in the

16        field, would that be the kind of, let's say, PER

17        trend that you would think you should be involved

18        with --

19   A    Yes, sir.

20   Q    -- were an analysis to occur?

21                   MR. KUHLMAN:  Object to form.

22   A    Yes, sir.

23   BY MR. SHAMBERG:

24   Q    Okay.  Did that kind of analysis with respect to

25        PEX tubing ever occur?
```



Page 88

1              MR. KUHLMAN:   Object to form.

2      A   Yes, I believe so.

3   BY MR. SHAMBERG:

4      Q   When did that occur?

5      A   That would have been prior to our reformulation

6          project.

7      Q   So before 2009?

8      A   Yes, sir.

9      Q   What did that analysis entail?

10     A   That I don't know.

11     Q   But you know that it occurred?

12     A   No, I don't.

13     Q   So you're speculating that it may have occurred?

14     A   It may have occurred.

15     Q   What are you basing that speculation on?

16     A   That's basically just my opinion.

17     Q   Sort of anything's possible in the world?

18     A   Yes.

19     Q   When you become involved in that process and create

20         a failure analysis or perform a failure analysis,

21         is your analysis shared with the customer?

22     A   That I do not know.

23     Q   You don't make that determination?

24     A   No, sir.

25     Q   Are you ever informed as to whether your analysis



Page 89

```
 1        will be shared with the customer?
 2    A   No, sir.
 3    Q   Are you aware of any particular instances where
 4        your analysis was shared with the customer?
 5    A   No, sir.
 6    Q   Why would NIBCO not want to share the analysis with
 7        the customer?
 8                        MR. KUHLMAN:   Object to form.
 9    A   That I don't know.
10   BY MR. SHAMBERG:
11    Q   Are you at all familiar with the plaintiffs in this
12        particular case?
13    A   No, sir.
14    Q   Have you studied any of their tubing or fittings
15        that have failed?
16    A   Not to my recollection.
17    Q   Have you been involved in discussions at NIBCO
18        regarding the products that are at issue in this
19        case, the plaintiffs' products in this case?
20                        MR. KUHLMAN:   Object to form.
21    A   Not knowing specifically what products are
22        involved, no, I can't comment, don't know.
23   BY MR. SHAMBERG:
24    Q   So you're not even sure what products are
25        specifically at issue in the case?
```



Page 90

```
 1    A    That's correct.
 2    Q    Have you read the complaint?
 3    A    No, sir.
 4    Q    Reviewed any documents relevant to this case at
 5         all?
 6    A    No, sir.
 7    Q    Okay.  So you mentioned the reformulation of the
 8         product.  Did that -- that process began in around
 9         2009; is that accurate?
10    A    Yes, sir.
11    Q    And how long did that reformulation project take to
12         complete?
13    A    Three years.
14    Q    Three years.  So in about 2012 it was completed?
15    A    Yes, sir.
16    Q    That was -- the tubing to that point had been rated
17         as 1006.  And then the rating for the reformulation
18         that was 3308.  Correct?
19    A    Yes, sir.
20    Q    Were you involved in that reformulation project?
21    A    Yes, sir.
22    Q    How were you involved?
23    A    I was technical formulation representative for
24         NIBCO.  I interacted with the folks at JANA in
25         developing the formulation.
```



Page 91

```
 1    Q    Okay.  And what -- what considerations went into
 2         the new formulation?
 3    A    Well, we were looking at a variety.  I mean, you're
 4         looking at extrusion processing conditions, okay,
 5         we are looking at how the product e-beamed.  We are
 6         looking at the conformance to 876 requirements,
 7         looking at weatherability, looking at chlorine
 8         resistance.  Those are the ones that come to mind
 9         right now.
10    Q    Why did NIBCO undertake the reformulation project?
11    A    Because the industry was moving towards the higher
12         end products, the products having higher numbers
13         for their chlorine resistance.
14    Q    Okay.  So it was to essentially create a
15         competitive -- more competitive product?
16    A    Yes, sir.
17    Q    And that's because the customers were looking for
18         products that had higher chlorine ratings?
19    A    The customers -- I can't say what the customers
20         were looking for.
21    Q    Well, didn't you say the reformulation project was
22         intended to create a new product that would be
23         competitive with other products?
24    A    Yes.
25    Q    In other words, to give the customer what they were
```



MAGNA
LEGAL SERVICES

Page 92

```
 1        asking for?
 2   A    Yes.
 3   Q    So what was the customer asking for?
 4   A    My understanding they were looking for higher
 5        numbers.
 6   Q    Higher numbers, okay.  It's your understanding.
 7        How did you gain that understanding?
 8   A    Just in general, I don't know that the customers,
 9        end users have a good understanding what the 5 --
10        1, 3, 5 mean.
11   Q   They don't have a good understanding?
12   A   Yes.
13   Q   But yet you said they were still asking for a
14        higher number?
15   A    Yes.  They figure 5 is larger than 3, 3 larger than
16        1, that has to be better.
17   Q    Okay.  How did you -- what leads you to believe
18        that the customers were saying, you know, I want a
19        5 instead of a 3 or 3 instead of --
20   A    Just the way it came in, okay, you would get those
21        comments, okay, I need a 5, okay, I need a 3, those
22        type of comments, okay.  It wasn't any better
23        chlorine resistance or I need better performance it
24        was always I need a higher number.
25   Q    Okay.  Who are NIBCO's biggest customers for PEX
```



Page 93

```
 1          tubing and -- well, let me clarify that.  Not in
 2          terms of specific entities but just is it the end
 3          user -- are end users the biggest customers for
 4          NIBCO?
 5                      MR. KUHLMAN:  Object to form.
 6     A    Help me understand what you mean by "end users."
 7    BY MR. SHAMBERG:
 8     Q    Let me try to ask it a different way.  Are
 9          NIBCO's -- are the majority of the NIBCO's
10          customers plumbers or plumbing outfits?
11     A    No.
12     Q    Okay.  Describe for me the types of entities that
13          make up the majority of NIBCO's PEX tubing sales?
14     A    For us there are two major outlets, okay.  One is
15          retail, okay, places like Home Depot, Lowe's,
16          Menards, Ace Hardware.  The other are -- not the
17          plumbers but the step above, okay, contractors, if
18          you will, or distribution centers.
19     Q    Okay.  So the retailers, Menards, Home Depot, those
20          kind of places, to your knowledge were they coming
21          to NIBCO and saying we want a higher number on the
22          pipe?
23     A    No.
24     Q    The distributors, were they coming to NIBCO and
25          saying we want a higher number on the pipe?
```



Page 94

```
 1   A   It was more likely the request was coming from the
 2       distributors.
 3   Q   Was more likely.  Are you aware of an instance
 4       where a distributor came to NIBCO and said I want a
 5       higher number?
 6   A   Specifically, no.
 7   Q   And you testified earlier, I think, that plumbers
 8       wouldn't know what these numbers signify?
 9                   MR. KUHLMAN:  Object to form.
10               Misstates prior testimony.
11   A   I don't know that they don't know what it means.
12       I'm not sure they understand what it means.
13   BY MR. SHAMBERG:
14   Q   Would the distributors who are coming to NIBCO and
15       saying I want a higher number, would they
16       understand what the numbers signify?
17   A   Not necessarily, no.
18   Q   Okay.  And let me just reask the question.
19       Would -- in your experience, would plumbers know
20       what those numbers signify?
21   A   Most cases I don't believe so.
22   Q   Okay.  Do you believe that the end users, say, you
23       know, a family in a home in a residential plumbing
24       application, would that family understand what
25       those numbers signify?
```



Page 95

 1   A   It's unlikely.

 2   Q   So who in this chain of distribution is saying I

 3       need to have a higher number?

 4   A   I -- it's probably an internal decision, okay, made

 5       to a -- react to what we were seeing from our

 6       competitors.

 7   Q   Okay.  So it's kind of a me, too, they were getting

 8       better ratings and you wanted to get the better

 9       rating, too?

10   A   Yes, sir.

11   Q   But there weren't -- it wasn't necessarily

12       customers coming to NIBCO and saying we need to

13       have a higher rating?

14   A   No, sir.

15   Q   Did you -- did you an involvement in selecting the

16       resin for the reformulation project?

17   A   Yes, sir.

18   Q   What was your role in that decision?

19   A   Once again, helping identify primarily the

20       processing characteristics of that resin.

21   Q   Okay.  Describe for me what process and

22       characteristics were developed.

23   A   First of all, we extrude the product and make good

24       tubing out of it.  And then, okay, in the active

25       extrusion what other -- are there other



Page 96

```
 1        considerations, okay, that would affect our ability
 2        to make that product and produce it.
 3   Q    For the 1006 tubing, were you using -- was NIBCO
 4        using a resin provided by Total?
 5   A    Yes, sir.
 6   Q    Is that the CD4300 resin?
 7   A    Yes, sir.
 8   Q    To your knowledge is that the only resin that NIBCO
 9        used to manufacture the 1006 tubing?
10   A    Yes, sir.
11   Q    And did you continue to use that resin in the 3308
12        tubing?
13   A    No, sir.
14   Q    Which resin did you use in the 3308?
15   A    We ultimately ended up using a Dow resin.
16   Q    Do you what the name would be of that resin?
17   A    It's DGDB 2480.
18   Q    The Total CD4300 resin that was in the 1006, is
19        that a pipe grade resin?
20   A    That I do not know.
21   Q    Do you know what it means -- what pipe grade resin
22        means?
23   A    Yes.
24   Q    Just not sure if that one --
25   A    I'm not sure.
```



Page 97

1   Q   -- fits that description?  So why don't we say what

2       is -- what would a pipe grade resin be, what does

3       that mean?

4   A   Pipe grade resin is a class of resins that have

5       undergone specific tests, okay, and primarily

6       hydrostatic -- long-term hydrostatic type tests and

7       they have been developed, okay, to have that

8       long-time performance, okay, and they are typically

9       identified or shown by performance numbers

10      developed by PPI.

11  Q   Plastic Piping Institute?

12  A   Plastic Pipe Institute.

13  Q   Plastic Pipe Institute, okay.  And so a resin that

14      is not --  don't know if certified is the right

15      word but a resin that's not given the

16      classification of pipe grade by the PPI wouldn't

17      have undergone that battery of tests you were just

18      describing?

19                  MR. KUHLMAN:  Object to form.

20  A   Not sure.

21  BY MR. SHAMBERG:

22  Q   It may have undergone those tests?

23  A   Yes, sir.

24  Q   And if it's not deemed pipe grade would that

25      indicate to you that it didn't pass the test?



Page 98

```
 1   A   No, sir.

 2   Q   Would there be a reason that a resin supplier or

 3       manufacturer would submit a resin for pipe grade

 4       testing, pass the test and then determine not to

 5       label the product as pipe grade?

 6   A   Yes, sir.

 7   Q   Okay.  Why would that be?

 8   A   Depends on what their target market is, okay.  If

 9       you're developing a resin, okay, specifically for

10       extruded profiles or for Lomodine or what have you

11       and the marketing people come back and say, well, I

12       don't really need the pipe grade material, okay,

13       you may have already tested it, okay, you just may

14       not promote that information in your technical

15       literature or have your people tell your

16       salespeople that, hey, this is a great resin, you

17       ought to be taking it to your pipe people if you

18       got other rates that meet their criteria.

19   Q   Okay.  And you're just -- you testified you're not

20       sure whether the Total CD4300 was a pipe grade

21       resin?

22   A   It's not listed as a pipe grade resin.

23   Q   Why did you need to change the resin for the 3308?

24               MR. KUHLMAN:  Object to form.

25   A   One of the areas that we identified as important,
```



Page 99

```
 1        okay, because as we are looking -- one of the areas
 2        we identify is important to us in reformulation
 3        because oxidative attack failure is a slow crack
 4        growth phenomenon.  Okay, we've identified what is
 5        called a pen value, which measures slow croak --
 6        slow crack growth, okay.  It's a test specifically
 7        for that characteristic and we identified criteria
 8        that we felt were necessary for us to obtain the
 9        improved chlorine resistance.
10   Q    Okay.  So improving chlorine resistance did play
11        into the selection of the new resin?
12   A    Yes, sir.
13   Q    And you made -- did you make the conclusion that
14        the Dow resin that was ultimately used in the 3308
15        provided better chlorine resistance than the Total
16        resin in the 1006?
17   A    Ultimately, yes.
18   Q    What led you to make that conclusion?
19   A    The results of the SF 23 testing.
20   Q    Was improving chlorine resistance a motivating
21        factor generally in the reformulation project?
22                    MR. KUHLMAN:  Object to form.
23   A    That was one factor, yes, sir.
24   BY MR. SHAMBERG:
25   Q    And you mentioned earlier the desire to be
```



Page 100

1       competitive with other manufacturers' products.

2       Right?

3   A   Yes, sir.

4   Q   Were there any other factors that played into it?

5   A   No, not that I'm aware of.

6   Q   Okay.  So as part of the reformulation project, did

7       NIBCO work with any outside entities?

8   A   Yes.  We worked with JANA Labs.

9   Q   Were you -- I think you stated you were involved in

10      the communications with JANA Labs --

11  A   Yes, sir.

12  Q   -- regarding the reformulation project?

13  A   Yes, sir.

14  Q   Who did you primarily communicate with at JANA?

15  A   It would be Ken Oliphant and Sarah Chung.

16  Q   While the reformulation project was under way, was

17      NIBCO also attempting to maintain its certification

18      for the 1006 pipe?

19  A   Yes, sir.

20  Q   And that was to ensure that there was a certified

21      pipe for sale up until the 3308 could be put to

22      market.  Correct?

23  A   Yes, sir.

24  Q   Did you ever communicate with someone named Aleesha

25      Valentine at JANA?



Page 101

```
 1   A   During the projects there were numerous conference

 2       calls and Aleesha would sit in on some of those

 3       conference calls.  Did I have personal

 4       communication with Aleesha?  Not that I recall.

 5   Q   Just aside from the conference calls?

 6   A   Yes.

 7   Q   You never met her in person?

 8   A   No.

 9   Q   And you don't recall having email exchanges with

10       her directly?

11   A   No, sir I, don't.

12   Q   I actually want to ask you about maybe one of those

13       calls that were involved in that project.

14       (Exhibit 23 was marked for identification.)

15   A   Okay.

16   BY MR. SHAMBERG:

17   Q   Okay.  So there is a couple emails here.  The

18       bottom of the page there is an email from Aleesha

19       Valentine to you, Mark Clark and bobod@NIBCO.com.

20       Is that David Bobo?

21   A   Yes.

22   Q   What -- at -- at the time of this email what would

23       Mr. Bobo's job title have been?

24   A   He was project manager for this project, the

25       reformulation.
```



Page 102

1    Q    So Aleesha writes to the three of you, Dave, Mark

2         and Earl, "Happy Monday.  Hope you guys had a

3         wonderful weekend.  I'm attaching a document that

4         details the history of CPI/NIBCO's certifications,

5         the current status of your certifications, our

6         proposed path forward, and guidance for talking to

7         NSF and IAPMO."  And then the sentence after next

8         she says, "I'd like to schedule a conference call

9         with the three of you once you've had chance to

10        review this document."  So then if we look up at

11        the next email in this chain from Aleesha it looks

12        like two days later and she is writing to David

13        Bobo and says, "Hi Dave, The updated document is

14        attached per our phone conference yesterday

15        afternoon."

16             Do you have a recollection of being involved

17        in that phone conference that she is referring to?

18                        MR. KUHLMAN:  Object to form.

19    A    No, sir, I don't.

20  BY MR. SHAMBERG:

21    Q    Do you know for a fact that you weren't on that

22        call or do you just not remember?

23    A    I just don't remember.

24    Q    It's possible you were on the call just not sure at

25        this point?



Page 103

1    A    That's correct.

2    Q    This document would seem to indicate Aleesha is at

3         least asking that the conference call involve all

4         three of you.  Right?

5    A    Yes.

6         (Exhibit 24 was marked for identification.)

7    A    Okay, sir.

8    BY MR. SHAMBERG:

9    Q    Okay.  So this is a document that I know you have

10        testified about before.  Do you remember when you

11        first saw this document?

12   A    My best recollection it was, I believe, part of the

13        Pulte deposition.

14   Q    Okay.  You don't have a recollection of seeing the

15        document before that deposition?

16   A    No, sir, I don't.

17   Q    Okay.  If you look at the bottom, say, of the first

18        page in the middle there is a date on there?

19   A    Yes, sir.

20   Q    March 30th, 2009, and is that the same date as the

21        email we were just discussing from Aleesha to you,

22        David Bobo and Mark Clark?

23   A    Yes, sir.

24   Q    So does that lead you to believe that this is the

25        document that she's referring to that was attached



Page 104

1         to the email?

2    A    Yes, it does.

3    Q    You think you just didn't read it at that time?

4    A    I just don't recall it.

5    Q    Do you feel that -- strike that.

6              Okay.  Let's talk about this document.  It

7         begins with the history of NIBCO certifications and

8         discusses past third-party certification efforts

9         and test results.  And in the first -- second full

10        paragraph here it says, a full chlorine resistance

11        dataset was run on the terra cotta pipe using

12        Equistar resin in August of 2004.  The terra cotta

13        pipe met the minimum lifetime requirement of ASTM

14        F876 at 50.3 years.

15             What is the minimum lifetime requirement of

16        ASTM F876?

17   A    50 years.

18   Q    Then next paragraph it says a full chlorine

19        resistance dataset was run on the terra cotta pipe

20        using Total resin in May 2005.  Do you see that?

21   A    Yes, sir.

22   Q    That Total was the supplier for the resin that was

23        used in the PEX tubing that NIBCO manufactured,

24        correct, the 1006 tubing?

25   A    Yes, sir.



Page 105

```
 1    Q    It says that the terra cotta blue and white pipes

 2         met the -- met the minimum lifetime requirement.

 3         The orange and red pipes failed to meet the 50-year

 4         lifetime requirement failing at 47 and 44 years

 5         respectively.

 6                        MR. KUHLMAN:  Object to form.

 7                        MR. SHAMBERG:  That wasn't a

 8               question.

 9                        MR. KUHLMAN:  I wasn't sure, there

10               was a pause.

11    BY MR. SHAMBERG:

12    Q    So if you hadn't seen this memo, were you aware at

13         the time that this memo was written that the orange

14         and red pipes had failed to meet the minimum

15         lifetime requirement of ASTM F876 when tested in

16         May of 2005 with the Total resin?

17                        MR. KUHLMAN:  Object to form.

18    A    Yes.

19    BY MR. SHAMBERG:

20    Q    Do you recall when you first became aware of that

21         fact?

22    A    I believe shortly before this, probably somewhere

23         in 2008, I believe.

24    Q    Okay.  How did you become aware of that fact in

25         2008?
```



Page 106

1    A    I went back and basically did exactly what Aleesha

2         or JANA or whoever wrote this document did, looked

3         at past reports that CPI had given us.

4    Q    Okay.  What was the impetus for you looking at

5         those reports at that time?

6    A    That I don't recall.

7    Q    When you looked at the reports and saw those

8         results, what, if anything, did you do?

9    A    That I don't recall either.

10   Q    Do you remember being concerned about the results?

11   A    We had questions -- or I had questions, okay, about

12        those results.  Because if you look at the test

13        data, okay, the test data shows the extrapolated

14        times to failure were longer than what the three

15        approvals that we had, terra cotta, white and blue.

16        And so we were wondering, okay, why, if the data is

17        better, those products did not pass.  So there were

18        questions about that.

19   Q    Okay.  What was the conclusion?

20   A    Huh?

21   Q    What did you conclude?

22   A    That the results that we were getting were because

23        of the mathematical calculations.  Because,

24        remember, this is an extrapolated test, okay,

25        you're not testing out for a full 50 years.  You're



Page 107

1     testing for a limited time then extrapolating that

2     data.  And it was the requirements that were put on

3     that extrapolation that was causing the labs

4     running the test to disregard certain data points.

5  Q  Okay.  Who -- who created the -- that extrapolation

6     method?

7  A  That I don't know.

8  Q  Okay.  It wasn't NIBCO?

9  A  No.

10 Q  It was -- could it have been JANA?

11 A  Could have been.

12 Q  JANA was also conducting the test.  Correct?

13 A  Yes.

14 Q  Is there any other entity that, in your mind, might

15    have created that extrapolation?

16 A  Yes, there is.

17 Q  What entity or entities?

18 A  Each of the test listing agencies, okay, have their

19    own criteria how they handle data.  It could have

20    been UL, could have been NSF, could have been

21    IAMPO, I-A-M-P-O.

22 Q  I-A-P-M-O.

23 A  Any of those agencies have the freedom to interpret

24    that data as they see fit it.  It could have come

25    from PPI or PPFA, okay, they could have written,



Page 108

```
 1         okay, the compilation criteria for that.
 2    Q    So this is, obviously, an important test?
 3    A    Yes.
 4    Q    Because it -- would NIBCO sell pipe that didn't
 5         meet third-party certification standards?
 6    A    That's correct, we would not.
 7    Q    So in order to have a market for the pipe, you need
 8         to meet these minimum lifetime requirements in ASTM
 9         F876?
10    A    Yes.
11    Q    And the -- whether or not the pipe passes that test
12         is determined, in part, by this mathematical
13         extrapolation.  Correct?
14    A    Yes, sir.
15    Q    But you don't know who developed that
16         extrapolation?
17    A    That's correct.
18    Q    How did you learn about it?  How did you first
19         become aware of this extrapolation test?
20    A    That is written into the 2023 test method.
21    Q    Okay.  Have you ever actually performed those
22         calculations yourself?
23    A    No, sir, I have not.
24    Q    Would you be able to do that?
25    A    I can't answer that not knowing, okay -- not having
```



Page 109

```
 1        done it.
 2    Q   Okay.  That's what I mean, just sitting here today
 3        if I gave you --
 4    A   No.
 5    Q   -- some data would you be able to do it?
 6    A   No, sir.
 7    Q   When these tests are run to determine the
 8        extrapolated lifetime, the numbers that you get,
 9        whether it's 50.3 or 78 years, whatever it may be
10        that's an average of different data points.
11        Correct?  Let me strike that.
12            The number that you get, the 78 years, the 50
13        years, that's an average of tests on different
14        samples.  Correct?
15                    MR. KUHLMAN:  Object to form.
16    A   No.
17  BY MR. SHAMBERG:
18    Q   Okay.  So is it just one sample you run through the
19        test and then you get the years extrapolation to
20        failure and that's it?
21    A   No, sir.
22    Q   How does it work?
23    A   You have a different formulation, okay, and you run
24        a whole series of tests, okay.  In fact, the
25        requirements, I think, are for 15 separate tests.
```



Page 110

```
 1          And you're testing a variety of combinations
 2          involving high pressures and elevated temperatures
 3          to accelerate the -- accelerate the failure, okay,
 4          'cause it is a test to failure.  So you have got
 5          things such as high pressure, high temperature,
 6          then low temperature, low pressure.  Then -- the
 7          entire test methods cover all combinations so that
 8          you have 15 data points.  You take those 15 data
 9          points and you develop the lifetime curve, okay,
10          which will end at the end of your testing, okay,
11          which is typically anywhere from 24 to probably 48
12          months.  You extrapolate that time or that curve
13          out to where it intersects the minimum stress
14          requirements for PEX tubing out to 15 or where does
15          that intersect.  And that gives you the time or
16          extrapolated time to failure, that extrapolation.
17     Q    Okay.  But, again, that's not -- JANA would have
18          conducted the mathma -- the math for that
19          extrapolation in this instance.  Correct?
20     A    Yes, sir.
21     Q    If we turn to the second page of this document it
22          says -- it's gonna be the second line of Page 2 of
23          4 of the document, says, "The orange and red pipes
24          were awarded a provisional listing based on an NSF
25          policy that was in the process of being changed."
```



Page 111

```
 1            What was that NSF policy that was being

 2       changed?

 3   A   That I have no knowledge of.

 4   Q   Okay.  Do you know what a provisional listing is?

 5   A   No, I don't.  I mean, I have never heard the phrase

 6       provisional listing until, as I stated, I saw this

 7       document about a year ago.

 8   Q   Do you now have an understanding of what

 9       provisional listing is?

10   A   Yes, I do.

11   Q   What is that?

12   A   Provisional is, as I stated, the interpretation of

13       the data.  At the time that this testing was done,

14       the interpretation of the test method and handling

15       their data stated that the data points of these

16       additional colors had to be within plus or minus

17       five percent of the extrapolation curve for the

18       master color.  Okay?  On -- for us on the red and

19       the orange, some of those data points were so good

20       they were more than five percent better than that

21       massive curve.  And JANA or NSF, whoever was

22       interpreting the data, chose to disregard those.

23            The provisional statement or provisional

24       criteria said if that happens you can take data at

25       points from a similar color and plug them into the
```



Page 112

```
 1              formula and recalculate your extrapolated time to

 2              failure.  And based upon that they granted us a

 3              listing provisional, the listing on the red and

 4              orange.

 5      Q       And this document indicates that at some point that

 6              policy changed but you're just not sure how it was

 7              changed, in what way?

 8      A       I don't know -- first of all, I don't know if it

 9              ever changed, if it did when or what was involved.

10      Q       So you mentioned the plus or minus five percent and

11              that the data points would need to be within that

12              plus or minus five percent to be considered for the

13              extrapolation?

14      A       Yes, sir.

15      Q       Do you know what an outlier is?

16      A       Yes, sir.

17      Q       What is an outlier?

18      A       Outlier follows the data point that does not follow

19              the trend and so far different from the trend that

20              you judge it to be non-acceptable or maybe a false

21              reading, if you will.

22      Q       So when the requirement for the testing method

23              involves this plus or minus five percent, would

24              that be to eliminate outlying data points?

25      A       Yes, it would.
```


MAGNA
LEGAL SERVICES

Page 113

1  Q  Is that a sound scientific method to not consider
2     outliers?
3  A  Yes, sir.
4  Q  But you're saying if those outliers had been
5     considered, then the red and orange would have
6     passed the test?
7  A  Yes, sir.
8  Q  Okay.  So then continuing on in this same paragraph
9     we were just discussing at the top of Page 2,
10    discussing the process being changed, it says,
11    "This change meant that red or orange pipes
12    selected for Chlorine Resistance testing in Year 3
13    of certification (2008) would likely have similar
14    results to the initial DLT testing and result in
15    NSF withdrawing the listing of the affected
16    products."
17       So in this here Aleesha is expressing a
18    concern that if the red and orange pipe are
19    retested by NSF then NSF could withdraw the
20    listing because they would fail the test.  Right?
21 A  Yes, sir.
22 Q  And then if we go down to the last full paragraph
23    under the "Current Status" section here it starts,
24    "Today, NIBCO maintains," the second to last
25    sentence Aleesha says, "Because the red pipe failed



Page 114

```
 1          to meet the minium lifetime requirement of 50 years

 2          when tested in 2005, we must be cautious if red

 3          pipe is selected by the NSF auditor."  And then

 4          again, "If the pipe fails the DLT testing, NIBCO'S

 5          certification of its red pipe is in danger of being

 6          withdrawn."

 7               When you first became aware of the -- the red

 8          and orange pipe having failed these tests you said

 9          that was in around 2008 when you gained that

10          awareness?

11                    MR. KUHLMAN:  Object to form.

12     A    Yes.

13   BY MR. SHAMBERG:

14     Q    Did that give you any concern about future testing

15          of the red and orange pipe for third-party

16          certification?

17     A    I don't recall any concern.

18     Q    Were you concerned that the failure to meet the

19          minimum lifetime requirements could lead to

20          failures in the field?

21     A    No, sir.

22     Q    Why not?

23     A    Because, as I stated, when I started looking at the

24          actual test data, the test data suggested it was

25          better than what I had my -- the terra cotta color,
```



Page 115

1        which is what the independent test data was.

2   Q    You were taking into account the outliers?

3   A    Well, all the trends.  I mean, when do you judge a

4        sample or data point to be an outlier?  I mean,

5        there are certain criteria that you can use.  But

6        if I have got five or six data points, all of them

7        are above the baseline and one happens to be just a

8        little bit further outside that baseline, okay, to

9        me that's not an outlier.

10  Q    But to whomever developed that test procedure and

11       extrapolation it was.  Right?

12  A    Yes.

13                    MR. KUHLMAN:  Object to form.

14  BY MR. SHAMBERG:

15  Q    Then continuing from this page onto the next page

16       there is a section "Path Forward" and there are a

17       number of different options laid out, seven

18       different options.  And I want to ask you about

19       option three.  Option three, "When the NSF auditor

20       collects a sample from NIBCO, NIBCO should

21       immediately send an identical sample to JANA for

22       comparison testing.  This would allow us to

23       identify a potential failure early and advise NSF

24       to stop their testing."

25            Do you know whether pipe was ultimately



Page 116

```
 1        selected -- NIBCO PEX tubing was ultimately
 2        selected by NSF for audit in 2008 or -- in 2009 or
 3        2010?
 4                    MR. KUHLMAN:  Object to form.
 5    A   Yes.
 6   BY MR. SHAMBERG:
 7    Q   It was?
 8    A   Yes.
 9    Q   Okay.  Do you recall which color pipe was selected?
10    A   Blue.
11    Q   Do you know how the blue pipe was selected?
12    A   That -- the selection process is at the discretion
13        of NSF.  Now from experience I can tell you that
14        NSF has a propensity to take blue samples when they
15        come and do their audits, okay.  Because obviously
16        you're audited every three years and I think every
17        time they have come in and audited us, okay, they
18        have taken a blue sample.  So maybe they know
19        something about the performance of blue or whatever
20        that causes them to select that.  But what that
21        would be, I don't know that.
22    Q   Okay.  So to your knowledge NSF has never selected
23        NIBCO red tubing for sampling?
24    A   Not for audit sampling.
25    Q   To your knowledge NSF has never selected terra
```



Page 117

```
 1        cotta tubing for audit?

 2    A   No, I don't believe so.

 3    Q   And NSF hasn't selected orange tubing for audit?

 4    A   We no longer produce orange, that's not --

 5    Q   When did you stop producing orange?

 6    A   That I can't recall.  It's been several years.

 7    Q   More than five?

 8    A   Yes.

 9    Q   Okay.  Okay.  Then I want to ask about one other of

10        these options which is option seven, NIBCO should

11        keep as little red pipe in storage at the

12        manufacturing facility as possible.  If NSF shows

13        up to collect a sample and red pipe isn't being

14        produced that day, there is nothing in the

15        warehouse and there's nothing for NSF to sample.

16            Do you have any knowledge as to whether NIBCO

17        altered its pipe storage processes at the Lebanon

18        facility as a result of this memo?

19    A   No, sir, I do not.

20    Q   You don't have knowledge?

21    A   I don't have knowledge, okay.  In hindsight, I

22        don't think it's a very feasible option in that in

23        our process we have -- we have to supply our

24        customers, okay, which means we have to have a

25        certain amount of inventory on the floor, okay, to
```



Page 118

```
 1          meet our supply agreements to those customers.  And
 2          so for us to completely eliminate any inventory of
 3          red on the floor or even have a reduced inventory
 4          of red on the floor, to me that doesn't sound very
 5          realistic.  But to answer your question, no, I'm
 6          not aware of any actions that were taken to do
 7          that.
 8     Q    But you also couldn't testify that it did not
 9          happen?
10     A    That's correct.
11     Q    Okay.  So then following that in the memo there is
12          a few suggestions on how to deal with various
13          third-party certifications entities, the first one
14          being IAPMO, which we mentioned earlier.  And so
15          what the memo states, says, "Mark" -- is that
16          referring to Mark Clark?
17     A    I believe so, yes.
18     Q    "Mark must call IAPMO to identify requirements for
19          reinstatement of the listings.  It is not unusual
20          for manufacturers to withdraw certifications and
21          then reinstate them, so this will not throw up any
22          flags for IAPMO."
23               Why would there be concerns about throwing up
24          flags for IAPMO?
25                         MR. KUHLMAN:  Object to form.
```


MAGNA
LEGAL SERVICES

Page 119

1    A   That I can't answer.

2    BY MR. SHAMBERG:

3    Q   Okay.  Let's think about it some more.  The next

4        paragraph has a note, says, according to my

5        discussions with Padanaplast, IAPMO will award

6        certification based on the acceptance of DLT data

7        from NSF in a specially formated report.  If the

8        listing cannot merely be reinstated based on the

9        listings that was withdrawn in 2008, this could

10       pose a problem as NSF does not have any passing

11       data on the red pipe.  Therefore, NIBCO must press

12       IAPMO hard for sample reinstatement.

13           So would you say that the flags, at least

14       according to the memo, that would be thrown up is

15       that if IAPMO had to do additional certification

16       testing on the pipe it might not pass the tests?

17   A   Once again, I can't answer what her definition of

18       flags is or what factors she considered.

19   Q   What do you understand this to mean?

20   A   That's not important, is it?  I didn't write this

21       memo, okay.  And as I stated, okay, until a year

22       ago I didn't know or I didn't recall ever seeing

23       this memo, okay.  So I have very limited knowledge

24       on what actions were taken as a result of it.  So I

25       don't feel qualified to answer that question.



Page 120

```
 1    Q    This was a memo that was emailed to you in March of

 2         2009.  Correct?

 3    A    I realize that but I don't recall it.

 4    Q    Do you think as the product engineer for PEX tubing

 5         at that time this is a communication that you

 6         should have been aware of?

 7                    MR. KUHLMAN:  Object to form.

 8    A    No, sir.

 9    BY MR. SHAMBERG:

10    Q    This isn't something you need to be aware of?

11    A    No, sir.

12    Q    Okay.  The last thing I want to talk about is on

13         the final page, Page 4 of 4, the section on how to

14         deal with NSF.  And if you haven't reviewed that

15         I'd ask that you please do.  I don't want to read

16         the whole thing but I do want to ask you a couple

17         questions about it.

18    A    Okay.

19    Q    Okay.  So there is a lot of kind of advice given

20         here as to how Aleesha believes that NIBCO should

21         deal with NSF.  And one specific that I want to ask

22         you about is in the third paragraph, starts on the

23         fourth line down.  Says avoid mentioning any

24         changes in resin, but it would be okay to say that

25         you are working with your master batch supplier if
```



Page 121

1        they push it that far.
2              Why would you need to avoid mentioning changes
3        in the resin to an NSF auditor?
4                        MR. KUHLMAN:  Object to form.
5     A   I'm not aware of any reason.
6     BY MR. SHAMBERG:
7     Q   So if an NSF auditor would have shown up at this
8        point -- well, strike that.
9              So let me ask you, generally in this section
10       on how to deal with NSF, are you aware of NIBCO
11       enacting any of the suggestions that are made here?
12                       MR. KUHLMAN:  Object to form.
13    A   No, sir, I'm not.
14    BY MR. SHAMBERG:
15    Q   Okay. But, again, you don't know that that didn't
16       happen you're just not aware specifically of --
17    A   I'm not aware.
18    Q   Even though you may not have seen this memo or had
19       recollection of seeing the memo until your
20       deposition, in 2009 were you involved in any
21       discussions about the content of this memo?
22    A   Not that I recall.
23    Q   So as far as know you just completely ignored this
24       memo and all of its contents in 2009?
25                       MR. KUHLMAN:  Object to form.



Page 122

```
 1    A    I don't know that I ignored, okay.  But I --
 2          personally I read through this memo, okay, it's all
 3          dealing with listing issues, okay, of which I
 4          wasn't directly involved with, okay.  And this gets
 5          back to my point, okay, should I have been copied
 6          or aware of this memo, okay, maybe as a side light.
 7          But am I going to be directly involved in any of
 8          the recommendations or the actions that come out of
 9          this?  No, very limited.
10    BY MR. SHAMBERG:
11    Q    Okay.  So as the PEX product engineer the failure
12          of PEX tubing -- red and orange PEX tubing to meet
13          the minimum lifetime requirements of ASTM F876
14          wasn't really of any concern to you?
15                         MR. KUHLMAN:  Object to form.
16    A    I did not say that.  I said this memo wasn't
17          because it addresses listing issues and how to deal
18          with listing agencies.  The fact that the red and
19          orange, okay, showed low numbers, okay, that was of
20          concern and that was being addressed.  That was the
21          purpose of the reformulation project, to drive
22          those numbers up.
23    BY MR. SHAMBERG:
24    Q    Okay.  So essentially you would say the only NIBCO
25          employee that should have had an interest in this
```



Page 123

```
 1        memo would have been Mark Clark?
 2   A    No.  There is a whole list of other people here,
 3        okay, I believe Mark Clark, Dave Bobo, Dave might
 4        forwarded it on to, looks like, some other
 5        recipients at NIBCO.
 6   Q    Well Aleesha sent it to you to.  Right?
 7   A    That's correct.
 8   Q    And you were working with her on the reformulation
 9        project.  Right?
10   A    Aleesha wasn't directly involved in the
11        reformulation.
12   Q    Was she involved in the product (sic) to maintain
13        the certification for the 1006 tubing?
14   A    I believe so, yes.
15   Q    Okay.  Did NIBCO -- after the date of this memo,
16        did NIBCO continue to do business with JANA?
17   A    Yes.
18   Q    Are you aware, maybe not yourself but are you aware
19        of anyone at NIBCO reaching out to JANA and saying,
20        this isn't how we do business here?
21   A    No, I'm not aware of that.
22   Q    Do you recall anybody from NIBCO reaching out to
23        JANA and saying we don't hide pipe from our
24        auditors?
25   A    No, sir, I'm not aware of that.
```



Page 124

1    Q    Do you think someone should have done that?

2    A    That I would have thought so but I wasn't -- my

3         opinion wasn't asked, so.

4                   MR. KUHLMAN:  Are we getting close

5              to a lunch stopping point?

6                   MR. SHAMBERG:  Can we go off for a

7              second?

8              (A short discussion was held.)

9    BY MR. SHAMBERG:

10   Q    So before we continue on, I just want to ask a

11        couple questions about your previous testimony.

12        You had stated that at some point more than five

13        years ago NIBCO stopped producing orange PEX

14        tubing; is that right?

15   A    Yes, sir.

16   Q    Why did NIBCO stop producing orange tubing?

17   A    Market demand.

18   Q    People weren't buying?

19   A    People weren't buying it.

20   Q    Do you know why that was?

21   A    No.

22   Q    Do you know if it had anything to do with the

23        chlorine resistance issues with the orange tubing?

24   A    What chlorine resistance issue?

25   Q    With the failure of the orange tubing to meet the



MAGNA
LEGAL SERVICES

Page 125

```
 1          ASTM F876 requirements for minimum lifetime.
 2     A    But it did meet requirements, it was listed as
 3          meeting those requirements.  The same was true with
 4          the red.  Both -- both red and orange, despite what
 5          the numbers say, were listed as meeting and
 6          conforming with 876 requirements including chlorine
 7          resistance.
 8     Q    Was there a concern within NIBCO that if those red
 9          and orange tubing products were retested they would
10          fail to meet lifetime requirements?
11     A    Not that I'm aware of.
12     Q    Would you consider JANA to be a well-respected
13          laboratory?
14     A    Yes, sir.
15     Q    Would you say you have confidence in its testing
16          and test results?
17     A    Yes, sir.
18          (Exhibit 25 was marked for identification.)
19     A    Okay.
20     BY MR. SHAMBERG:
21     Q    So earlier today we were discussing an email chain
22          from April of 2008 talking about the marginal
23          performance of the terra cotta PEX tubing with
24          respect to oxidative induction time.  Do you
25          remember that?
```



Page 126

1   A   Yes, sir.

2   Q   And you had said that at that time you weren't

3       concerned about that as a potential mechanism for

4       field failures is that right?

5   A   Yes, sir.

6   Q   So this document that I have shown you now is a --

7       looks like a -- it's a called final report that was

8       issued by JANA with respect to a certain project.

9       And if you look on the second page of this

10      document, the date of issue is June 13, 2008.

11      Correct?

12  A   Yes, sir.

13  Q   So this is about, you know, within a couple months

14      of that email chain about the -- about OIT.  Right?

15  A   Yes, sir.

16  Q   And the -- you know, the stated objective of this

17      project, according to the document, was to

18      determine the degree of cross-linking and oxidative

19      induction time of various PEX field failure pipe

20      samples.  Right?

21  A   Yes.

22  Q   And then sorry to flip back and forth there but

23      going back to the second page, there is a table,

24      table one, that shows the JANA sample IDs.  And it

25      looks like it's both white PEX and also terra cotta



Page 127

1        PEX pipe that's being tested; is that correct?

2    A   Yes, sir.

3    Q   And then back onto the first page in the final

4        paragraph of this executive summary, the second

5        sentence says, "The OIT results suggest that the

6        inner surfaces of the samples are largely

7        unprotected by stabilization against oxidative

8        degradation."

9    A   I'm sorry, where are you reading?

10   Q   It's the bottom paragraph on this first page.

11   A   Okay.

12   Q   The second sentence there that starts "The OIT

13       results."

14           "The OIT results suggest that the inner

15       surfaces of the samples are largely unprotected by

16       stabilization against oxidative degradation."

17       There is more and then it says, "The low level of

18       stabilizer and the pattern of micro-cracking are

19       not inconsistent with oxidative attack and suggest,

20       based on JANA's experience, that the cracking is

21       occurring at localized weak points or flaws."

22                       MR. KUHLMAN:   Is there a question?

23   BY MR. SHAMBERG:

24   Q   Do you have any reason to doubt the veracity of

25       JANA's conclusion here?



Page 128

1                          MR. KUHLMAN:  Object to form.

2    A   No.

3    BY MR. SHAMBERG:

4    Q   Do you remember seeing this report when it was

5        issued or around the time it was issued?

6    A   I likely did but I don't recall it specifically.

7    Q   Do you still believe that a low level of

8        stabilization cannot lead to oxidative degradation?

9                          MR. KUHLMAN:  Object to form.

10   Q   I still believe that they are not related.

11   BY MR. SHAMBERG:

12   Q   Not withstanding JANA's conclusions in this report?

13   A   That's correct.

14   Q   And, in fact, if we look at the first page again

15       under the heading "Gel Testing of the Pipe

16       Samples," it indicates that one of the samples,

17       this 071163, actually did not meet the minimum

18       cross-linking requirement of ASTM F876.  Right?

19                          MR. KUHLMAN:  Object to form.

20   A   Yes, sir.

21       (Exhibit 26 was marked for identification.)

22   BY MR. SHAMBERG:

23   Q   Okay.  So I'm showing you another email that you

24       wrote to a group of people at NIBCO in June of

25       2007.  Is that the correct date?



Page 129

1    A    Yes.

2    Q    The subject is in-house barrier PEX chlorine

3         resistance.  And I want to ask you about the second

4         paragraph in this e-mail.  You say, "I mention this

5         as our in-house orange product as a 'provisional'

6         listing for chlorine resistance."

7              First, at the time you wrote this did you have

8         an understanding of what a provisional listing for

9         chlorine resistance was?

10   A    I don't recall but -- yeah, I don't recall having

11        knowledge of what the provisional listing was.

12   Q    Then it goes on, "Testing has shown that this

13        product" -- that is the orange PEX tubing -- "will

14        not meet the requirements for chlorine resistance

15        and we run the risk of NSF revoking our listing or

16        losing it if/when we are audited by NSF."

17             How did you become aware of that testing?

18   A    Well, once again, that's reviewing the test -- that

19        report that we received from CPI.

20   Q    So it's the -- what we were discussing earlier when

21        you reviewed those test reports?

22   A    Yes, sir.

23   Q    You had said that was estimated that it was in

24        around 2008.  Would you now say it was more likely

25        in the first half of 2007?



Page 130

1   A   Dates would suggest that, yes, sir.

2   Q   And that was about two years, maybe a little bit

3       less than two years before Aleesha Valentine from

4       JANA raised the issue in the memo to NIBCO.  Right?

5   A   Yes, sir, in that time frame.

6   Q   And would this also suggest to you that as of

7       June 2007 NIBCO was still manufacturing and selling

8       the orange pipe?

9   A   Yes, sir.

10  Q   When you say the testing has shown that this

11      product will not meet the requirements for chlorine

12      resistance, as of the date you wrote this email,

13      did you give any consideration to discontinuing

14      selling the orange pipe?

15  A   I don't recall those discussions happening.

16  Q   Is it something you thought about even if you

17      didn't discuss it with anyone?

18  A   No.

19  Q   Were you concerned about the potential for that

20      orange pipe to fail in the field when exposed to

21      chlorine?

22  A   At that time I can't recall what my feelings were.

23      One of the questions, okay -- and this is addressed

24      in the first part was, okay, the need for any

25      chlorine resistance in -- for orange pipe, okay, in



Page 131

```
 1        that orange specifically for radiant heat

 2        applications.  And radiant heat applications

 3        typically do not use chlorinated water with closed

 4        systems.  So that's what prompted the very first

 5        question there.  Do we really need chlorine

 6        resistance on this color and on this product.  Once

 7        again, our marketing people determined that, yes,

 8        we did need that.  Now whether that need was driven

 9        by actual performance requirements or to respond to

10        a competitive situation, I can't answer.  I don't

11        know.

12   Q    Are certain colors of PEX tubing more appropriate

13        for one particular application versus another?

14   A    I don't know that they are more appropriate.  They

15        are sort of slotted by the market into that

16        situation.  Okay, you see orange in radiant heating

17        applications.  You see red, white and blue

18        typically in potable water applications.  Terra

19        cotta, which is one of our mainstays, is -- to use

20        your phrasing -- an outlier.  We are the only one

21        that -- to my knowledge we are the only one that

22        manufactures that color.  People, I think, choose

23        to use that wherever they wish.

24   Q    So on NIBCO's end in terms of the manufacturing of

25        the product, there wouldn't be any difference
```



Page 132

1    between the red, blue, white, orange, terra cotta

2    piping when used with hot water within typical

3    residential plumbing applications?

4  A  That's correct.

5  Q  So the fact that orange piping is typically used

6    for radiant heat applications, that fact alone

7    doesn't have any impact on how the pipe would

8    perform as compared to other colors.  Correct?

9  A  That's correct.

10 Q  So you said radiant heating applications typically

11    won't use chlorine but the orange pipe could be

12    used in chlorinated environments as well as any of

13    the other colors.  Correct?

14 A  Yes, sir.

15 Q  Do you remember having a conversation -- well, who

16    was in charge of dealing with the -- at NIBCO with

17    dealing with the third-party certification entities

18    at this point in time in June of 2007?

19 A  That would have been still Mark Clark.

20 Q  Do you remember having any conversation with Mark

21    saying, hey, you know, the orange tubing might not

22    meet the requirements for chlorine resistance.  How

23    are we gonna deal with this?

24 A  I don't recall.  I don't recall any conversations

25    to that effect.



Page 133

1    Q    Do you recall anything that you did at any point in
2         time to address the chlorine resistance --
3         potential chlorine resistance issues with the
4         orange PEX tubing?
5                        MR. KUHLMAN:  Object to form.
6    A    No, sir, I don't.
7    BY MR. SHAMBERG:
8    Q    Earlier we were discussing the extrusion process
9         and you explained to me what that entails and how
10        it works.
11             At what temperature was the 1006 PEX tubing
12        extruded?
13   A    It's in the region of, I believe, 440, 450 degrees
14        Fahrenheit.
15   Q    And was the 3308 tubing extruded at that same
16        temperature?
17   A    With some modifications, yes.
18   Q    What were those modification?
19   A    We had to change screw design using the Dow resin
20        to reduce the sheer during extruding process.
21   Q    You said screw design?
22   A    Yes, sir.
23   Q    What's that?
24   A    You're -- depending -- in extrusion you got a
25        heated barrel and a screw, which is basically as



Page 134

1     you envision, a threaded component that goes down

2     the center of that barrel.  That screw, by design,

3     okay, moves the material -- 'cause you're starting

4     with pellets, you're melting it, moves that

5     material down in the barrel.  Okay, but it also --

6     by design you can create sheer and help that barrel

7     heat the material and melt it by the design.  So by

8     affecting that design, you control and affect the

9     temperature that you're extruding the material.

10  Q  Okay.  You said sheer, can you define what sheer

11     is?

12  A  Sheer is the amount of work that is being put into

13     the material.

14  Q  Okay.

15  A  Mechanical work.

16  Q  So you said that it was extruded at the same

17     temperature but with these --

18  A  Mod --

19  Q  -- different modifications you described?

20  A  Yes, sir.

21  Q  How do those modifications affect the temperature,

22     if at all?

23  A  They brought it back down to the 440, 450

24     temperature range.

25  Q  Absent the modifications, how would the -- what



Page 135

```
 1         temperature would the 3308 have been extruded at?
 2    A    Using the same screws that we used for the Total
 3         material, melt temperature would have been up
 4         around 480, 490.
 5    Q    So about 40, 50 degrees higher than the 1006?
 6    A    Yes, sir.
 7    Q    Why -- absent the modifications, why would those
 8         temperatures be different?
 9    A    Because of the -- the way the polymer is made,
10         okay.  The Dow material is a much more viscus melt,
11         okay, I mean, it doesn't flow as readily as the
12         Total material.  And, once again, as you have got
13         the screw rotating in the barrel, okay, that
14         actually puts work in the material, more sheer,
15         you're creating, generating more.
16    Q    Essentially more energy output equals more heat?
17    A    Yes, sir.
18    Q    We have kind of touched on some of the
19         cross-linking.  Can you just describe to me what
20         cross-linking is?
21    A    Cross-linking is -- if you look at polyethylene
22         almost as a plate of spaghetti, okay,
23         cross-linking -- or -- cross-linking, what it does
24         is it actually forms chemical bonds, okay, between
25         those strands of spaghetti, okay, sort of locking
```


MAGNA
LEGAL SERVICES

Page 136

1       the molecules in place so that they don't slip and

2       move in relation to each other.

3    Q  Okay.  So it's essentially making pipe more stable?

4    A  Yes.

5    Q  Why is that necessary for PEX tubing?  In other

6       words, why do you have to cross-link PEX tubing?

7    A  Because it builds -- or improves the creep

8       resistance of the tubing.  Polyethylene, as I said,

9       without the cross-links those molecules will tend

10      to slide and -- under conditions, okay, of pressure

11      and -- those molecules will slide apart and

12      eventually you'll get failure with long periods of

13      time.  At higher temperatures you accelerate it and

14      so it occurs much faster.  The actual cross-linking

15      with those bridges between each of the molecules,

16      okay, tends to lock that material in place so it

17      can't move.  You reduce the creep.

18   Q  Okay.  So it increases the resistance to creep

19      rupture?

20   A  Yes, sir.

21   Q  Does the degree of cross-linking affect the

22      chlorine resistance of the pipe?

23   A  No, sir.

24   Q  How does cross-linking affect oxidation, if at all?

25   A  Not aware of any studies that says it does.



Page 137

1   Q  Can insufficient cross-linking in PEX tubing lead

2        to premature stress corrosion cracking from

3        chlorine exposure?

4                MR. KUHLMAN:  Can you read that

5          back?

6   A  I was gonna ask the same thing.

7        (The question was read back.)

8   A  You're gonna have to try that again.  I'm not

9        understanding what you're asking.

10  BY MR. SHAMBERG:

11   Q  Are you familiar with the term "stress corrosion

12        cracking"?

13   A  Yes, sir.

14   Q  What is stress corrosion cracking?

15   A  That is a failure -- the tendency of metal

16        components to fail under high levels of stress.

17   Q  So can an insufficient level of cross-linking in a

18        pipe lead to that premature stress corrosion

19        cracking when exposed to chlorine?

20                MR. KUHLMAN:  Object to form.

21   A  No, sir, I don't believe so.

22  BY MR. SHAMBERG:

23   Q  So there is really -- there is really, in your

24        view, no connection between the level of

25        cross-linking and, say, oxidative degradation in



Page 138

1          the pipe?

2     A    I have not seen any indication of that, no, sir.

3     Q    What's the significance of gel content?

4     A    Gel content is an indirect way of measuring the

5          degree of cross-linking in the tubing.

6     Q    Do you know how that measurment is performed?

7     A    Yes, sir.

8     Q    How is that?

9     A    Basically you're taking pieces of tubing and

10         because the act of cross-linking helps some of the

11         chemical resistance, okay, in terms of when it's

12         exposed to organic materials, okay, you're taking

13         that tubing, taking xylene or some other very

14         aggressive organic material and dissolving or

15         trying to trying to dissolve the material.  That

16         material that is not cross-linked will dissolve, go

17         into solution.  That material that is cross-linked

18         does not dissolve.

19              So at the end of your cook cycle you take the

20         residue, you dry it, you weigh it and you get some

21         relationship of some proportion of material that

22         has not dissolved and they say that is the portion

23         that is cross-linked.  That's why all the

24         cross-linking is in percent.

25    Q    Does NIBCO perform these gel content tests on PEX



1      tubing that it manufactures?

2   A   We do now.

3   Q   Okay.  Did a separate entity perform that testing

4      prior to NIBCO?

5   A   Yes, sir.

6   Q   What entity was that?

7   A   JANA Labs.

8   Q   And now NIBCO does it in-house?

9   A   Yes, sir.

10  Q   Does JANA do any gel content testing at this point

11     for NIBCO?

12  A   Only on special occasions for research projects.

13  Q   When did NIBCO begin doing that in-house?

14  A   I believe about two years ago.

15  Q   Do you know why NIBCO brought that testing

16     in-house?

17  A   Cost.  We can do it cheaper than paying JANA.

18  Q   Are there industry standards for gel content in PEX

19     tubing?

20  A   Yes, sir.  They're written into the F876.

21  Q   What are the standards in F876?

22  A   For PEX-B and C minimum gel content is 65 percent,

23     the PEX-A minimum is 70 percent, the maximum is

24     89 percent for all.

25  Q   Okay.  Do you know what NIBCO's historical gel



Page 140

1   content levels have been?

2        MR. KUHLMAN:  Object to form.

3 A Actual data, no, I don't.

4 BY MR. SHAMBERG:

5 Q Do you know whether they are on the upper end of

6   that range, the lower end of that range?

7 A We tend to target around 70 percent so probably at

8   the lower end of the range.

9 Q Okay.  So 70 would be kind of at the lower end?

10 A If we are targeting 65 is the absolute minimum,

11   okay, the range is 65 to 89, so sort of place 70 at

12   the lower end.

13 Q Would you say 70 is the ideal number for

14   cross-linking?

15 A I'm not sure it's ideal, okay.  Once again, we are

16   trying to assure we are meeting the requirements of

17   the specification.  Okay, we have our targets set

18   high enough so that any variation that is normal in

19   any manufacturing process that we overcome that and

20   assure we always are above that 65 percent.

21 Q To your knowledge has NIBCO ever considered

22   reducing the gel content below 70 in order to save

23   on costs?

24 A Yes, sir.

25 Q When did that occur?



Page 141

1    A    I don't recall specific dates but it was three,

2         maybe four years ago.

3    Q    Okay.  And in that -- in that JANA report that we

4         looked at from June 13, 2008, that was talking

5         about the OIT, one of the samples -- at least one

6         of the samples of the white PEX tubing was found

7         not to have met that 65 percent threshold.

8         Correct?

9                   MR. KUHLMAN:  Object to form.

10   A    Yes, sir.  It also noted that -- if I look at the

11        manufacturing dates of the tubing, okay, I mean,

12        the latest one, I believe, is 2003, so three years

13        before NIBCO owned this, okay, I'm not sure what

14        these products represent, okay.  Obviously they

15        were commercial 'cause it says it's field failures.

16        But in terms of formulation or what the

17        requirements for CPI, what type of gel targets they

18        have, I can't comment.  I have no -- no way of

19        putting this information into content.

20                  MR. SHAMBERG:  Move to strike as

21             nonresponsive.

22   BY MR. SHAMBERG:

23   Q    You testified earlier that to your knowledge there

24        were no changes made in the manufacturing process

25        of the PEX tubing after NIBCO acquired CPI assets.



Page 142

1         Correct?

2    A    Yes, sir.

3    Q    To follow-up on one point on the PERs that we were

4         discussing earlier, are there any ways outside of

5         the PER process that field failures are tracked

6         within NIBCO?

7    A    I don't have knowledge of that.

8    Q    Okay.  Have -- whenever you've become aware of

9         fields failures has that always been through a PER?

10   A    Yes, sir.

11   Q    To your knowledge, if a customer calls to complain

12        about a leak issue with PEX tubing but does not

13        provide a sample of that tubing to NIBCO, will a

14        PER be created?

15   A    That I do not know.

16   Q    I think I just have one more document, a couple

17        more questions and then we are done.

18        (Exhibit 27 was marked for identification.)

19   BY MR. SHAMBERG:

20   Q    Again, you know, please review the full document

21        but my question will be just about the first

22        sentence in the first email there.

23   A    Okay.

24   Q    Okay.  So I just want to ask you about this email

25        from January 5th, 2010, that you sent to Tom Coe



Page 143

```
 1         and Randy Doering in which you say, "As you are
 2         aware, we are working to remove reference to NSF
 3         from DURA-PEX markings and reference listing
 4         through IAPMO."
 5              Why were you working to remove the reference
 6         to NSF?
 7    A    'Cause we had shifted the listing of the PEX from
 8         NSF to IAPMO.
 9    Q    Okay.  Why did the listing shift from NSF to IAPMO?
10    A    Money.
11    Q    Many reasons?
12    A    Money.  IAPMO was cheaper.
13    Q    Didn't have anything to do with the chlorine
14         resistance in the tubing?
15    A    No, sir, not that I'm aware of.  The IAPMO --
16         because we are certified to the 876 has the same
17         chlorine resistance requirements as the NSF.
18    Q    Do you know whether the tubing would have had to
19         have been tested in order to change that listing
20         from NSF to IAPMO?
21    A    No, sir, I do not.
22    Q    No knowledge either way?
23    A    No knowledge.
24    Q    Who is Larry Smallwood?
25    A    Larry Smallwood was the plant manager at CPI.  When
```



Page 144

```
 1        we acquired he continued working at NIBCO until he

 2        retired maybe two years later.

 3   Q    Okay.  Two years later, so maybe in 2008 ish he

 4        would have retired?

 5   A    Somewhere in that time frame, yes, sir.

 6   Q    Do you know what he is up to these days?

 7   A    Last I heard he was down in Florida.  Maybe baling

 8        out his house by now but I don't know.

 9   Q    Tom Coe told me he was probably fishing.  Do you

10        think that's a possibility?

11   A    I don't know.  I don't know if he was a fisherman

12        or not.

13   Q    Grant Dow, do you know who Grant Dow is?

14   A    Grant was one of our salespeople.  I don't know --

15        I don't know exact title.  I don't know if he was a

16        sales manager or retail manager or whatever but he

17        worked in sales.

18   Q    Did -- was the PEX tubing one of the products that

19        he was responsible for selling?

20   A    Yes, I believe so.

21   Q    What about PEX fittings?

22   A    Yes, I believe so.

23   Q    And do you know what Grant does nowadays?

24   A    No, sir, I do not.

25   Q    Haven't been in touch with him since he left NIBCO?
```



Page 145

1    A    No, sir.

2    Q    Do you know when he left NIBCO?

3    A    No, I don't.

4                    MR. SHAMBERG:  Okay.  That's all the

5              questions I have right now.

6                    MR. KUHLMAN:  I've got a few

7              follow-up questions.  Do you want to take

8              a couple-minute break?  Let's take three

9              minutes.

10             (A short break was held.)

11                CROSS-EXAMINATION

12   BY MR. KUHLMAN:

13   Q    All righty.  I'd like to direct your attention to

14        Exhibit 65.  You were asked a few questions about

15        this document.  If you could, please turn to the

16        second page of the document.

17   A    I don't have a 65.

18   Q    Twenty-five.  I can't read my own handwriting.

19   A    Okay.

20   Q    This is a JANA Laboratories report with a date of

21        issue June 13, 2008; is that right?

22   A    Yes, sir.

23   Q    Okay.  And there is listed table one on Page 2 of

24        this document client sample IDs.  Do you see what

25        I'm looking at?



Page 146

1    A    Yes, sir.

2    Q    And this document lists date codes; is that right?

3    A    Yes, it does.

4    Q    And this document reflects that the products that

5         were manufac -- that are referenced here range in

6         date codes from October of 1998 up to October of

7         2003.  Is that about right?

8    A    Yes, that's correct.

9    Q    Was NIBCO manufacturing --

10                        MR. SHAMBERG:  Object to form.

11   BY MR. KUHLMAN:

12   Q    -- PEX tubing from 1998 to 2003 to the best of your

13        knowledge?

14   A    No, sir.

15   Q    To the best of your knowledge were any of these

16        samples manufactured by NIBCO?

17   A    No, sir.

18   Q    Do you know if these samples were manufactured

19        using the same formulation that was ultimately

20        acquired by NIBCO from CPI?

21   A    No, sir.

22   Q    And do you know if the manufacturer of these tubing

23        samples used the same manufacturing processes that

24        NIBCO started using when it acquired the assets of

25        CPI?



Page 147

1  A  No, sir, I do not.

2  Q  And when -- when NIBCO acquired the assets of CPI

3     had NSF already certified that the red and orange

4     tubing products met chlorine resistance

5     requirements found in NSF876?

6  A  Yes, sir, they did.

7  Q  Okay.  And the red and orange tubing products when

8     those were being manufactured by NIBCO -- the 1006

9     products, when those tubing products were being

10    manufactured by NIBCO at all times they were

11    certified by NSF as meeting those chlorine

12    resistance standards; is that fair?

13 A  Yes, sir.

14 Q  And that is based on data that NSF had in its

15    possession; is that fair?

16 A  Yes, sir.

17 Q  And that was based on NSF's interpretation of the

18    test data that it had on those products?

19 A  Yes, sir.  They -- the -- all the -- I believe all

20    the test reports, they were issued by NSF.

21 Q  Did NIBCO ever lose its NSF certifications with

22    respect to the red or orange 1006 PEX tubing?

23 A  No, sir, we did not.

24 Q  Now, you were asked a few questions about the

25    reformulation project for PEX.  Are you familiar



Page 148

```
 1       with that project?

 2   A   Yes, sir.

 3   Q   And as a result of that project, did NIBCO

 4       ultimately develop a 3308 PEX-C project?

 5   A   Yes, sir.

 6   Q   Was that project initiated to address a perceived

 7       quality problem with the 1006 product or to address

 8       a market need?

 9                   MR. SHAMBERG:  Object to form.

10   A   It was done to address market need, concerns that

11       were a desire to meet competitor's claims out in

12       the marketplace.

13   BY MR. KUHLMAN:

14   Q   Okay.  You were asked a few questions about what

15       plumbers may or may not be aware of with respect to

16       chlorine resistance standards.  Do you remember

17       talking about that generally?

18   A   Yes, sir.

19   Q   Okay.  Do you personally have any knowledge if

20       plumbers know what the 1006 rating or 3308 rating,

21       do you personally know if any plumbers know or

22       don't know what those mean?

23   A   No, sir, I don't.

24   Q   Same thing with respect to distributors.  Do you

25       have any personal knowledge about what they know
```



Page 149

```
 1          about what those ratings mean?

 2     A    No, sir.

 3     Q    You were asked a few questions about the Dare Lab.

 4          And specifically I'd like to ask you about the --

 5          the rationale for NIBCO transferring failure

 6          analysis from the production facilities to the Dare

 7          Lab.

 8               Do you remember answering a few questions

 9          about that?

10     A    Yes, I do.

11     Q    And when that occurred and the failure analysis for

12          the PEX product was moved from Lebanon, Ohio to

13          Elkhart, Indiana, to the Dare Lab, was that any

14          kind of commentary on the part of NIBCO with

15          respect to the quality of the analysis that they

16          were getting in Lebanon?

17     A    No, sir.  As I believe I stated, that was a drive

18          to improve our consistency and that move was not

19          just limited to NIBCO, okay, that was all 13 of our

20          manufacturing plants, everything from valves to

21          fittings to the tubing at Lebanon, okay, they all

22          came, okay, or started coming through Elkhart.

23     Q    So that was NIBCO wide that wasn't simply PEX?

24     A    That's correct.

25     Q    Okay.  You were asked a few questions about a
```



Page 150

1      document, the exhibit number is 17.  If you could

2      please take a look at that.

3   A  (Witness complies.)

4   Q  And Exhibit 17 refers to something called a TEA

5      coating?

6   A  Yes, sir.

7   Q  Were any fittings actually -- what became of this

8      TEA coating technology?  Was that used by NIBCO?

9   A  No, it wasn't.  NIBCO made substantial investments

10     in putting in the equipment and basically the

11     results showed what was repeated here, that unless

12     you were very good at making the coating uniform,

13     okay, you could not make it -- or achieve the

14     objectives of putting that coating on the products.

15     So the product was -- or the process was never

16     commercialized and I don't believe any of the

17     parts, okay, were ever sold.  I mean, eventually

18     the whole process or product line -- or process

19     line was mothballed.

20  Q  Okay.  You were also asked a few questions about

21     the existence of die lines.  And I'd like to ask

22     you a few questions about die lines.  Is a die line

23     necessarily -- strike that.  Let me start over.

24         Just because a die line is on a piece of

25     tubing, does that mean that the tubing is bad or



Page 151

1           would fail to meet the standard?

2                         MR. SHAMBERG:  Object to form.

3      A    No, sir.

4      BY MR. KUHLMAN:

5      Q    What does a die line mean?

6      A    Die lean means exactly, okay, I think what I tried

7           to explain, okay, there is either a defect in the

8           die, okay, it's been damaged in some way or there

9           has been buildup or it's dirty, okay, such as char,

10          what have you, that is causing the drag mark in the

11          tubing as it flows through the, die, okay.  And

12          fact that it's present, okay, does not really

13          detract or may not detract from the performance of

14          the tubing.

15     Q    So the existence of a die line doesn't necessarily

16          mean that the tubing is going to have a problem

17          down the road?

18     A    That's correct.

19     Q    You were also asked a few questions about gel

20          content.  And I'd like to ask you a few questions

21          about what this really means.  You mentioned that

22          there is a range on gel content for PEX-C tubing

23          that's permissible.  I think it's between 65

24          percent and 89 percent; is that right?

25     A    Yes, sir.



Page 152

1    Q    And 65 percent would be the minimum and 89 percent
2         would be the maximum?

3    A    Yes, sir.

4    Q    Does that mean that 65 percent is not as good as 89
5         percent, is it like a range of what's good and
6         what's best?

7    A    No.  It's not a measure of that.  Okay, in fact, 89
8         percent if you start approaching that, okay, you're
9         tendency to start to cause brittleness in the
10        tubing, okay, is increased.  So manufacturers
11        typically will try and identify a range, okay, that
12        gives them the performance that they need, okay, to
13        meet the 876 requirements, okay, and that they are
14        able to achieve consistently and that's what we
15        have done, okay, with our range, okay, kept it to
16        the point where we are consistently meeting the
17        requirements of 876 not only in gel but the
18        performance requirements but not so high, okay,
19        that you run the risk of causing other issues.

20                       MR. KUHLMAN:  That's all the

21               questions I have.

22                       REDIRECT EXAMINATION

23   BY MR. SHAMBERG:

24   Q    Just a couple follow-ups.  During your testimony
25        today we took a couple of short breaks.  During



Page 153

1      those breaks did you discuss your testimony this

2      morning with your attorneys?

3   A   Yes, sir.

4   Q   Does the fact that a product is third-party

5      certified guarantee performance in the field?

6   A   No, sir.

7               MR. SHAMBERG:  Okay, that's it for

8         me.

9               MR. KUHLMAN:  Okay.  We will read

10        and sign.

11        (Deposition concluded and Witness

12           excused at 1:12 p.m.)

13

14

15

16

17

18

19

20

21

22

23

24

25



Page 154

```
 1                   CERTIFICATE
 2        I, Michelle D. Soffa, a competent and duly
          qualified court Reporter and a Notary Public within
 3        and for the County of Porter, State of Indiana, do
          hereby certify that there appeared before me the
 4        deponent, EARL HOWARD SEXTON, III, at 3401 Plaza
          Court, Elkhart, Indiana on the 11th day of October
 5        2016, who was thereupon first duly sworn by me to
          testify the truth and nothing but the truth in
 6        response to questions propounded to said deponent
          relating to the above-captioned cause now pending
 7        and undetermined in said court.
 8        I further certify that I then and there
          reported in machine shorthand the testimony so
 9        given at said time and place, and that the
          testimony was then reduced to typewriting from my
10        original shorthand notes, and the foregoing
          transcript is a true and accurate record of said
11        testimony given by said deponent at said time and
          place.
12
          I further certify that I am not related by
13        blood or marriage to any of the parties to said
          suit, nor am I an employee of any of the parties or
14        of their attorneys or agents, nor am I interested
          in any way, financially or otherwise, in the
15        outcome of said litigation.
16        I further certify the reading and signing of
          the foregoing deposition by the witness was not
17        waived.
18        Dated at Elkhart, Indiana, this    21
19
20        day of    October        2016.
21
                                   _____
22                                 Michelle D. Soffa
23   My commission expires:
24   January 31, 2024
25   County of Residence:  Porter
```



Page 155

```
 1                UNITED STATES DISTRICT COURT
                     DISTRICT OF NEW JERSEY
 2
     KIMBERLY COLE, ALAN COLE,        )
 3   JAMES MONICA, LINDA BOYD,        )
     MICHAEL MCMAHON, RAY SMINKEY,    )
 4   JAMES MEDDERS, JUDY MEDDERS,     )
     ROBERT PEPERNO, SARAH PEPERNO,   )
 5   and KELLY MCCOY, on behalf of    )
     themselves and all other         )
 6   similarly situated,              )
                                      )
 7              Plaintiffs,           )
         vs.                          )  CIVIL ACTION NO.
 8                                    )  13-7871(FLW)(TJB)
     NIBCO, INC.,                     )
 9                                    )
                Defendant.            )
10   _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ )
11
12               EARL HOWARD SEXTON, III
13          I hereby acknowledge that I have read the
        foregoing deposition transcript regarding the case
14      of Cole v. NIBCO, taken on Tuesday, October 11,
        2016, and that the same is a true and correct
15      transcription of the answers given by me to the
        questions propounded, except for the additions of
16      or changes, if any, as noted on the attached errata
        sheet.
17
18                          _____
                            EARL HOWARD SEXTON, III
19
20                          Subscribed and sworn to me this
                            _____day of_____,
21
                            20_____,A.D.
22
23                          _____
                            Notary Public or Witness
24                          State of _____
                            County of _____
25                          My Commission expires:_____
```



## A

**abbot** 6:16
**ability** 96:1
**able** 5:17 18:22
  30:25 37:11,17
  50:10 108:24
  109:5 152:14
**abovecaptioned**
  154:6
**absent** 134:25
  135:7
**absolute** 140:10
**abuse** 16:11 46:18
**accelerate** 19:5
  110:3,3 136:13
**accelerates** 45:16
  45:17,19
**acceptable** 79:13
**acceptably** 61:3
  83:17
**acceptance** 119:6
**account** 50:24 51:1
  51:2,5 115:2
**accurate** 90:9
  154:10
**ace** 93:16
**achieve** 150:13
  152:14
**achieved** 8:12
**acknowledge** 74:2
  155:13
**acquired** 141:25
  144:1 146:20,24
  147:2
**acquisition** 21:19
  69:12 72:11
**acronym** 29:21,22
**act** 138:10
**action** 1:7 29:6
  155:7
**actions** 82:3 118:6
  119:24 122:8
**active** 95:24
**activity** 43:17,20,22
  47:14 50:22 57:12

**actual** 114:24 131:9
  136:14 140:3
**add** 36:25
**additional** 11:5
  111:16 119:15
**additions** 155:15
**additive** 69:25
**address** 68:6 71:24
  74:8 81:15 133:2
  148:6,7,10
**addressed** 69:15
  122:20 130:23
**addresses** 122:17
**adjustments** 77:18
  78:3,6,9,11,25
**advanced** 76:3
**advice** 120:19
**advise** 115:23
**advised** 64:12,18
**affect** 96:1 134:8,21
  136:21,24
**afternoon** 102:15
**agencies** 107:18,23
  122:18
**agents** 154:14
**aggress** 48:25
**aggressive** 43:7,11
  43:12,14,16 44:4
  44:11,13,19,21,23
  45:1,11,14,15,22
  45:24 46:2,6,9,14
  47:1,7,14,15,17
  48:25 49:2,4
  50:13,15 51:8
  55:15 56:4,22,24
  69:22 70:25 71:4
  73:20,23,25
  138:14
**aggressiveness** 44:2
  44:3 46:24 50:17
**ago** 111:7 119:22
  124:13 139:14
  141:2
**agree** 21:9 60:13
**agreed** 5:16 56:25
**agreements** 118:1

**alabama** 71:2
  72:19,20 83:23
**alan** 1:2 155:2
**aleesha** 100:24
  101:2,4,18 102:1
  102:11 103:2,21
  106:1 113:17,25
  120:20 123:6,10
  130:3
**aligned** 54:16
**alleged** 6:17
**allow** 17:5 53:9
  115:22
**allowed** 48:13 60:3
  64:3,7 86:1
**allows** 11:9 48:14
  48:17 51:20,23
**alloy** 33:5 34:24
  38:23 40:5,17
**alloys** 39:22
**altered** 117:17
**ambient** 60:3
**amorphous** 56:24
**amount** 39:9
  117:25 134:12
**analyses** 26:1,6,10
  27:4 38:7 41:15
  41:19 42:11
**analysis** 11:12 16:3
  16:5 23:11 25:4
  25:10,22 27:17
  33:4,8,23 34:11
  34:17,20,24 37:7
  37:10 41:23 55:24
  86:25 87:20,24
  88:9,20,20,21,25
  89:4,6 149:6,11
  149:15
**analyze** 19:17
  23:15
**analyzing** 14:6
  86:12
**anderson** 2:11
**andersonb** 2:13
**answer** 8:6 38:6,13
  38:14 39:1 45:3

  55:16 61:22 64:21
  80:15 108:25
  118:5 119:1,17,25
  131:10
**answering** 149:8
**answers** 155:15
**antonio** 6:21 7:7
  73:6 84:3
**anybody** 15:2,3
  123:22
**anythings** 88:17
**ao** 69:25
**apart** 136:11
**apparent** 79:6
**apparently** 81:1
  84:6
**appearances** 2:1
**appeared** 154:3
**appears** 54:15 59:4
  84:3
**applicable** 80:18
**application** 19:2
  49:5 57:7 94:24
  131:13
**applications** 9:21
  10:10 13:8,8
  28:25 57:3,13
  59:25 62:18 63:22
  131:2,2,17,18
  132:3,6,10
**approaching** 152:8
**appropriate** 23:16
  57:2,6,15 63:21
  86:1 131:12,14
**approval** 38:23
**approvals** 106:15
**approximate** 12:6
  33:11
**approximately**
  54:14
**april** 65:19 71:9
  73:14 125:22
**area** 16:14 17:14
  53:10 71:4,7,13
  71:16 72:16 87:6
**areas** 29:17,18 35:8

**53:12** 72:24 84:1
  98:25 99:1
**arent** 15:24 64:10
  69:19
**arrhenius** 44:15
  45:18
**aside** 40:7 101:5
**asked** 25:11 34:9
  85:10 124:3
  145:14 147:24
  148:14 149:3,25
  150:20 151:19
**asking** 5:9 35:22
  36:2 85:9 92:1,3
  92:13 103:3 137:9
**assets** 11:20 141:25
  146:24 147:2
**assigned** 48:2
**associated** 17:7
**assume** 8:6 71:2
  73:16
**assure** 140:16,20
**astm** 104:13,16
  105:15 108:8
  122:13 125:1
  128:18
**attached** 102:14
  103:25 155:16
**attaching** 102:3
**attack** 19:7 30:1
  31:2 43:11 44:5
  46:13,20 51:9
  52:19 53:12 54:2
  55:21 99:3 127:19
**attacked** 55:22
  56:9
**attacking** 31:1
**attempting** 100:17
**attend** 5:17
**attendance** 5:13
**attention** 28:25
  145:13
**attic** 14:20 60:8,22
  61:3 62:22 63:15
**attics** 57:15 62:14
**attorneys** 59:14,18



153:2 154:14
**attributes** 18:25
**audit** 116:2,24
    117:1,3
**audited** 116:16,17
    129:16
**auditor** 114:3
    115:19 121:3,7
**auditors** 123:24
**audits** 116:15
**august** 30:5 75:7
    76:5 77:22 104:12
**avenue** 2:17 31:2
**average** 109:10,13
**avoid** 120:23 121:2
**award** 119:5
**awarded** 110:24
**aware** 12:17 20:12
    36:4 67:19,22
    71:3,7,9,13 72:17
    72:19,22,24 73:2
    73:7 76:6 77:23
    84:10,17 86:18
    89:3 94:3 100:5
    105:12,20,24
    108:19 114:7
    118:6 120:6,10
    121:5,10,16,17
    122:6 123:18,18
    123:21,25 125:11
    129:17 136:25
    142:8 143:2,15
    148:15
**awareness** 114:10

**B**

**b** 3:10 4:1
**bachelor** 8:13
**back** 13:23 16:3,17
    17:2 38:25 39:1
    42:6 47:18 51:16
    60:10 79:15 81:2
    85:14 86:2 98:11
    106:1 122:5
    126:22,23 127:3
    134:23 137:5,7

**backbone** 51:18
    52:21
**background** 11:12
    23:10,17
**bad** 150:25
**baling** 144:7
**ballpark** 22:4
**barrel** 133:25
    134:2,5,6 135:13
**barrier** 129:2
**based** 54:24 70:12
    84:7 110:24 112:2
    119:6,8 127:20
    147:14,17
**baseline** 115:7,8
**basement** 60:2
**basically** 11:7
    14:15 51:14 52:20
    80:16 88:16 106:1
    133:25 138:9
    150:10
**basing** 88:15
**basis** 24:22 25:13
    56:7
**batch** 120:25
**bates** 59:20 65:20
**battery** 97:17
**becoming** 80:5
**began** 11:23 12:2,5
    12:12 32:11,19
    65:3 90:8
**beginning** 11:11
    12:7 47:19,23
    59:5 79:15
**begins** 52:25 54:20
    104:7
**behalf** 1:5 2:6,14
    155:5
**believe** 6:14 32:1
    48:9 50:21 52:2
    56:20 64:5 67:23
    69:10 72:9 73:22
    88:2 92:17 94:21
    94:22 103:12,24
    105:22,23 117:2
    118:17 123:3,14

**backbone** 128:7,10 133:13
    137:21 139:14
    141:12 144:20,22
    147:19 149:17
    150:16
**believes** 120:20
**ben** 2:11 39:4
**bend** 1:25
**bending** 18:14 55:6
**bent** 17:18,21
**best** 21:9 103:12
    146:12,15 152:6
**beta** 13:22
**better** 27:1 54:7
    92:16,22,23 95:8
    95:8 99:15 106:17
    111:20 114:25
**biggest** 14:22 55:6
    92:25 93:3
**birth** 5:25
**bit** 19:12 54:7
    74:18 85:9 115:8
    130:2
**blood** 154:13
**blue** 105:1 106:15
    116:10,11,14,18
    116:19 131:17
    132:1
**bobo** 101:20 102:13
    103:22 123:3
**bobod** 101:19
**bobos** 101:23
**bond** 51:21 52:22
**bonds** 135:24
**bother** 83:5,6,7,9
**bottom** 28:19 43:8
    59:23 101:18
    103:17 127:10
**boulevard** 2:8
**boyd** 1:3 155:3
**brass** 29:2,15,19,24
    31:1 32:2
**break** 8:4 41:10
    52:5,25 63:7 85:4
    85:7 145:8,10
**breaking** 52:12

**breaks** 51:21
    152:25 153:1
**bridges** 136:15
**brigham** 43:2
**bring** 15:15 23:5
**bringing** 80:4
**brittleness** 152:9
**broken** 43:25
**brought** 13:22
    26:16,23 134:23
    139:15
**building** 9:4 13:7
    71:24
**builds** 136:7
**buildup** 29:16 50:1
    50:11 151:9
**bullet** 59:23 60:5
    60:20 61:14 63:10
    63:13,18
**bullets** 62:13
**bunch** 52:6
**buried** 14:18
**business** 123:16,20
**buying** 124:18,19

**C**

**c** 39:17 53:17
    139:22
**c377** 39:25
**c486** 39:17,25
**c693** 39:17 40:21
**calculations** 106:23
    108:22
**call** 53:6 54:22
    102:8,22,24 103:3
    118:18
**called** 1:16 5:2
    44:15 76:1 99:5
    126:7 150:4
**calls** 101:2,3,5,13
    142:11
**cant** 24:23 27:12
    33:12 38:6,13,14
    40:4 61:22 72:3
    72:13 76:2,23
    83:25 89:22 91:19

108:25 117:6
    119:1,17 130:22
    131:10 136:17
    141:18 145:18
**capability** 46:24
**carolina** 84:10,11
    84:13
**case** 5:9,15,20 6:16
    6:20 7:1,5,6,12
    21:21 29:10 67:19
    89:12,19,19,25
    90:4 155:13
**cases** 94:21
**caught** 49:10
**cause** 13:5 16:7
    17:1,13 18:19
    19:19 20:9 45:22
    49:24 50:1 54:5
    56:4,16,17,19
    66:13,19,19,22,23
    66:25 67:6 70:3
    73:25 83:16 110:4
    134:3 141:15
    143:7 152:9 154:6
**caused** 18:13
**causes** 13:3 17:6,25
    23:7 49:17 53:25
    55:1,3 83:6,10
    116:20
**causing** 55:23
    107:3 151:10
    152:19
**cautious** 114:2
**cd4300** 96:6,18
    98:20
**celsius** 44:17
**center** 11:7 134:2
**centers** 93:18
**certain** 33:23 46:13
    57:5 64:19 72:4
    107:4 115:5
    117:25 126:8
    131:12
**certainty** 40:5
**certificate** 154:1
**certification** 68:20



77:13 82:13,19
100:17 104:8
108:5 113:13
114:5,16 119:6,15
123:13 132:17
**certifications** 102:4
102:5 104:7
118:13,20 147:21
**certified** 97:14
100:20 143:16
147:3,11 153:5
**certify** 154:3,8,12
154:16
**chain** 3:12,14,15,18
3:20,21 4:4,5
28:16 33:21,22
51:21,23 52:1,3,5
52:14,16,17,24
65:12 75:6,9 95:2
102:11 125:21
126:14
**chains** 42:16 52:8,8
52:11,13
**chance** 102:9
**change** 9:8,11
10:16 98:23
113:11 133:19
143:19
**changed** 110:25
111:2 112:6,7,9
113:10
**changes** 24:5,18,24
25:1 120:24 121:2
141:24 155:16
**char** 50:9 151:9
**characteristic** 99:7
**characteristics**
95:20,22
**charge** 35:19
132:16
**charged** 51:14
**charlotte** 69:22
71:1,4,7,12,13
72:16 83:18,19
84:14,16,18
**charlottes** 73:2

**charred** 50:1,5
**cheaper** 139:17
143:12
**checks** 35:5,10,14
36:5
**chemical** 44:16
45:19 51:11,25
52:10 53:6 54:2
55:21 135:24
138:11
**chemically** 44:14
**chemistry** 8:13,14
**chicago** 2:4
**chlorinated** 131:3
132:12
**chlorine** 19:2,7,15
43:15,16 44:7,25
45:8,10 46:4 47:5
47:12,24 48:2,10
48:22,24 51:2,15
57:11 58:24 59:7
59:21 61:23 62:7
66:23 67:8,10
68:15 69:17 76:8
76:18 77:5,19
78:3,12 79:9,12
91:7,13,18 92:23
99:9,10,15,20
104:10,18 113:12
124:23,24 125:6
129:2,6,9,14
130:11,21,25
131:5 132:11,22
133:2,3 136:22
137:3,19 143:13
143:17 147:4,11
148:16
**choose** 131:22
**chose** 23:20 111:22
**christianson** 7:6
**chronologically**
65:18
**chung** 100:15
**circa** 77:19
**circulation** 60:7
62:21

**circumstances**
41:18
**city** 2:8
**civil** 1:7,18 155:7
**cl** 74:13
**claim** 20:2
**claims** 148:11
**clamps** 11:1 28:4
**clarification** 8:8
**clarify** 12:20 31:10
47:9 93:1
**clark** 5:20 101:19
103:22 118:16
123:1,3 132:19
**class** 5:8 29:6 97:4
**classical** 54:22
**classification** 97:16
**cleanliness** 14:10
**clear** 8:3
**client** 145:24
**climates** 60:12
**close** 124:4
**closed** 131:3
**closer** 17:5
**clr** 60:21 61:7,9,11
61:16,20,20,21
62:11 63:19
**cltd** 59:24 62:1,3,11
62:17,24 63:11
**cluster** 71:14 83:14
**coated** 29:15,17
31:2
**coating** 29:18,23,25
30:9,16,22 150:5
150:8,12,14
**coatings** 30:24
**codes** 48:1 58:21
71:21,24 146:2,6
**coe** 65:2,5 72:9
142:25 144:9
**cole** 1:2,2 155:2,2
155:14
**collect** 117:13
**collects** 115:20
**color** 69:17,25 74:6
76:7 111:18,25

114:25 116:9
131:6,22
**colorant** 74:13
76:16
**colorants** 24:10
**colors** 74:8 111:16
131:12 132:8,13
**colortech** 76:7,9
**columbus** 8:20
**com** 2:5,9,13
101:19
**combination** 43:19
46:16 67:7,9
**combinations**
110:1,7
**come** 11:8 13:13
51:16 69:11 79:15
85:23 91:8 98:11
107:24 116:15,17
122:8
**comes** 16:5 20:23
85:14
**coming** 14:10 86:14
93:20,24 94:1,14
95:12 149:22
**comment** 35:7
76:23 81:2 83:25
87:8 89:22 141:18
**commentary**
149:14
**comments** 24:23
73:16 76:17 77:3
86:2 92:21,22
**commercial** 141:15
**commercialized**
150:16
**commission** 154:23
155:25
**common** 23:23
86:13,23
**communicate**
100:14,24
**communication**
101:4 120:5
**communications**
100:10

**compare** 16:17
**compared** 42:11
132:8
**comparison** 115:22
**competent** 154:2
**competitive** 91:15
91:15,23 100:1
131:10
**competitors** 95:6
148:11
**compilation** 108:1
**complain** 142:11
**complaint** 90:2
**complaints** 29:7
67:25 83:15
**complete** 86:3
90:12
**completed** 90:14
**completely** 30:24
118:2 121:23
**complies** 150:3
**component** 134:1
**components** 137:16
**compounds** 9:3
**comprehensive**
39:12 80:15
**comprise** 31:11
**concern** 60:22
68:19,21 70:21
71:8,13 80:6,9,20
83:11 113:18
114:14,17 122:14
122:20 125:8
**concerned** 69:20
70:6,11 74:6,24
82:5 106:10
114:18 126:3
130:19
**concerning** 76:17
77:4
**concerns** 63:14
77:16 118:23
148:10
**conclude** 30:7 56:4
106:21
**concluded** 56:21



153:11
**conclusion** 30:2,15
  56:7 80:5 99:13
  99:18 106:19
  127:25
**conclusions** 13:2
  29:14 40:25
  128:12
**concrete** 14:18
**condition** 16:10
  60:11 61:17
**conditions** 14:13,15
  14:21,24,25 57:5
  57:9 69:19 91:4
  136:10
**conduct** 27:17 37:7
  37:8,25
**conducted** 39:13
  40:20,23,24 87:1
  110:18
**conducting** 26:9
  27:4 35:13 38:11
  39:9 107:12
**conference** 101:1,3
  101:5 102:8,14,17
  103:3
**confidence** 125:15
**confidentiality**
  15:25
**confirm** 33:5 34:24
  73:10
**confirms** 65:24
**conformance** 91:6
**conformed** 33:6
  34:23
**conforming** 125:6
**connection** 137:24
**consider** 39:14
  113:1 125:12
**consideration**
  130:13
**considerations** 91:1
  96:1
**considered** 41:25
  112:12 113:5
  119:18 140:21

**consistency** 149:18
**consistent** 22:25
**consistently** 152:14
  152:16
**content** 121:21
  138:3,4,25 139:10
  139:18,22 140:1
  140:22 141:19
  151:20,22
**contents** 121:24
**context** 36:18
**continuation** 23:18
  29:13
**continue** 52:23
  68:5 69:20 96:11
  123:16 124:10
**continued** 4:1
  69:23 70:22 144:1
**continuing** 23:22
  62:25 68:4 113:8
  115:15
**continuous** 60:7
  62:20
**contractors** 18:10
  93:17
**contribute** 46:13
  46:25
**contributed** 18:23
  20:25
**contributing** 66:24
  71:18
**control** 19:4,4
  79:21 134:8
**conversation**
  132:15,20
**conversations**
  132:24
**cook** 138:19
**cool** 60:3
**copied** 122:5
**copier** 59:1
**copper** 31:24
**correct** 20:7 30:17
  32:20 33:25 34:2
  35:25 46:2,6
  48:10,11 50:22

56:3 58:21 59:5
  59:15 62:24 63:11
  63:19 64:24 65:15
  67:21 73:4,11
  82:22 83:1 90:1
  90:18 100:22
  103:1 104:24
  107:12 108:6,13
  108:17 109:11,14
  110:19 118:10
  120:2 123:7
  126:11 127:1
  128:13,25 132:4,8
  132:9,13 141:8
  142:1 146:8
  149:24 151:18
  155:14
**correlation** 79:8,16
**corrosion** 29:16
  30:1,23 35:3
  37:22 137:2,11,14
  137:18
**corrosive** 43:23
**cost** 69:24 74:21,22
  139:17
**costs** 140:23
**cothers** 74:8
**cotta** 54:12 65:15
  65:25 66:5 68:6
  68:17 69:17,21
  70:17,18 73:19,24
  74:6,13 75:8,12
  76:7,16,20 77:4
  77:12,17,24 79:11
  80:17,25 81:7,12
  81:13,16,22 82:23
  87:14 104:11,12
  104:19 105:1
  106:15 114:25
  117:1 125:23
  126:25 131:19
  132:1
**couldnt** 45:9,10,23
  118:8
**counsel** 5:16 15:4,7
  15:14

**counterpart** 27:21
  27:24 28:2
**country** 83:17
**county** 1:21 154:3
  154:25 155:24
**couple** 28:12,17,20
  36:10 38:22 70:2
  101:17 120:16
  124:11 126:13
  142:16 152:24,25
**coupled** 67:12 70:4
**coupleminute**
  145:8
**course** 42:22 70:5
  82:6
**court** 1:1,14,21 8:2
  154:2,4,7 155:1
**cover** 10:21 30:24
  110:7
**cpi** 11:20 12:15,17
  21:19 23:19,22
  24:4,8,20 69:9,12
  71:15,22 72:10,15
  72:25 77:19 78:3
  78:25 102:4 106:3
  129:19 141:17,25
  143:25 146:20,25
  147:2
**crack** 16:14 54:16
  99:3,6
**cracking** 55:23
  127:20 137:2,12
  137:14,19
**cracks** 53:2,6,7,8
  53:11
**crane** 8:20,21,23,25
  9:3,9,15,21,25
  10:7 13:5,6,15
**crazing** 53:6,7,15
  53:18,19,20
**crazy** 53:14,16
**crease** 17:17
**create** 88:19 91:14
  91:22 134:6
**created** 85:11,12
  107:5,15 142:14

**creating** 135:15
**creep** 136:7,17,18
**criteria** 19:2 40:20
  68:13,18 98:18
  99:7 107:19 108:1
  111:24 115:5
**croak** 99:5
**crossexamination**
  3:6 145:11
**crosslink** 136:6
**crosslinked** 138:16
  138:17,23
**crosslinking** 24:14
  126:18 128:18
  135:19,20,21,23
  135:23 136:14,21
  136:24 137:1,17
  137:25 138:5,10
  138:24 140:14
**crosslinks** 136:9
**cuneo** 2:17 5:13
**current** 27:11
  76:16 102:5
  113:23
**currently** 31:4,9,12
  31:18,22 32:3,15
  37:25 39:23 48:5
**curve** 26:19 110:9
  110:12 111:17,21
**customer** 17:2
  85:15 88:21 89:1
  89:4,7 91:25 92:3
  142:11
**customers** 64:13,18
  64:23 91:17,19,19
  92:8,18,25 93:3
  93:10 95:12
  117:24 118:1
**cut** 83:21
**cycle** 138:19

------

**D**

**d** 3:1 154:2,22
  155:21
**daily** 24:22
**damaged** 49:10



151:8
**danger** 114:5
**dare** 22:15,17,22
  26:17 27:9,14
  85:23 149:3,6,13
**data** 14:3 34:16
  35:11 36:9,12,14
  36:19 39:7 46:21
  65:19 67:15 77:20
  78:12,23 79:7,10
  79:12,15 80:3
  106:13,13,16
  107:2,4,19,24
  109:5,10 110:8,8
  111:13,15,15,19
  111:22,24 112:11
  112:18,24 114:24
  114:24 115:1,4,6
  119:6,11 140:3
  147:14,18
**dataset** 104:11,19
**datasets** 79:17
**date** 1:12 5:25
  11:22 12:6 22:3
  33:9 40:3,11
  71:10 77:22
  103:18,20 123:15
  126:10 128:25
  130:12 145:20
  146:2,6
**dated** 38:17 154:18
**dates** 9:12 29:5
  130:1 141:1,11
**dave** 102:1,13
  123:3,3
**david** 101:20
  102:12 103:22
**day** 36:8 64:6,10
  69:14 117:14
  154:4,20 155:20
**days** 28:1 102:12
  144:6
**dc** 2:18
**deal** 118:12 120:14
  120:21 121:10
  122:17 132:23

**dealing** 122:3
  132:16,17
**dealt** 6:17,22 42:12
**debbie** 65:13 69:3,6
  69:7 70:6,9
**debbies** 69:14 74:3
**december** 6:1
**deciding** 21:7 41:25
**decision** 16:24 87:7
  95:4,18
**decrease** 52:12
**dedicated** 25:22
  38:20
**deemed** 48:25
  97:24
**defect** 16:15 17:1
  49:8 50:11 151:7
**defects** 16:12 17:7
  17:14 46:17
**defendant** 1:9 2:14
  155:9
**defense** 5:16
**define** 13:10 18:4
  19:8 134:10
**defined** 14:13
  43:17 44:2 68:13
  68:14,15
**defines** 50:14
**definition** 49:25
  52:6 119:17
**deformation** 17:16
  17:20 18:11,12
  46:18
**deformations** 17:22
  18:1,18
**deformed** 18:8,9
**degradation** 52:15
  52:16,17 54:4
  66:12 127:8,16
  128:8 137:25
**degraded** 56:1
**degree** 8:13,14
  36:12 126:18
  136:21 138:5
**degrees** 44:17,20
  60:11 61:18 62:8

62:9 64:3 133:13
  135:5
**delaying** 74:5,25
**demand** 60:4
  124:17
**depalma** 2:3
**depending** 14:13
  20:1 133:24
**depends** 18:3 98:8
**deponent** 154:4,6
  154:11
**depose** 5:19
**deposed** 6:2
**deposition** 1:11 3:2
  5:18 15:3 103:13
  103:15 121:20
  153:11 154:16
  155:13
**depositions** 6:6,9
  6:12 73:4
**depot** 93:15,19
**describe** 34:17
  44:20 48:12 70:18
  93:12 95:21
  135:19
**described** 9:18
  37:11 134:19
**describes** 70:16
**describing** 54:9
  97:18
**description** 97:1
**design** 133:19,21
  134:2,6,7,8
**designation** 47:20
  48:22,24 58:21
  61:10,23 62:4
**designations** 48:5,6
**designed** 29:25
**desire** 99:25 148:11
**despite** 125:4
**destroy** 17:4
**details** 102:4
**determination**
  19:18 20:3,24
  23:8 68:8 88:23
**determine** 14:1,3

16:6 21:9 37:5,12
  37:17 86:13 98:4
  109:7 126:18
**determined** 80:24
  108:12 131:7
**determining** 17:11
**detract** 151:13,13
**develop** 39:10
  110:9 148:4
**developed** 95:22
  97:7,10 108:15
  115:10
**developing** 81:12
  90:25 98:9
**developmental**
  76:10
**dezincification**
  29:1,3,7 35:2
  36:20,21 37:6,13
  39:18
**dgdb** 96:17
**diameter** 20:7,10
  20:14
**didnt** 82:7 83:21
  91:21 97:25 104:3
  108:4 119:20,22
  119:22 121:15
  130:17 143:13
**die** 49:7,8,11,17,18
  49:20,21,23,24
  50:1,5,6,11,12
  150:21,22,22,24
  151:5,6,8,11,15
**differ** 47:8
**difference** 14:9,23
  61:19 62:10 77:21
  78:13,24 131:25
**different** 11:10
  14:6,24 19:13
  48:5 83:19,20,23
  84:2,4 93:8
  109:10,13,23
  112:19 115:17,18
  134:19 135:8
**differentiate** 34:5
  84:13

**difficult** 36:15
**dimensional** 35:5
  35:10,14,23 36:5
**dimensions** 16:16
  16:18,19 19:21
**direct** 3:4 5:5 19:5
  145:13
**direction** 54:15,17
**directly** 61:12
  101:10 122:4,7
  123:10
**director** 76:3
**dirty** 151:9
**disagree** 60:18,23
**discoloration** 43:10
  55:13,17
**discolored** 55:13
**discontinuing**
  130:13
**discretion** 116:12
**discuss** 42:3 130:17
  153:1
**discussed** 11:14
  15:6 74:9
**discusses** 104:8
**discussing** 75:9
  103:21 113:9,10
  125:21 129:20
  133:8 142:4
**discussion** 72:12
  124:8
**discussions** 12:7
  72:5 89:17 119:5
  121:21 130:15
**disregard** 107:4
  111:22
**dissolve** 138:15,16
  138:18
**dissolved** 138:22
**dissolving** 138:14
**distinction** 34:7
**distribute** 11:9
**distribution** 11:7
  93:18 95:2
**distributor** 94:4
**distributors** 93:24



94:2,14 148:24
**district** 1:1,1,18
  155:1,1
**dlt** 113:14 114:4
  119:6
**document** 28:7,13
  29:13 30:4 34:15
  39:5 42:21,25
  58:11,19,23 59:8
  61:6 62:16 63:2,2
  82:24 102:3,10,13
  103:2,9,11,15,25
  104:6 106:2
  110:21,23 111:7
  112:5 126:6,10,17
  142:16,20 145:15
  145:16,24 146:2,4
  150:1
**documents** 15:12
  15:13,15,18,18,24
  90:4
**doering** 35:17,18
  41:21 65:2,4 72:8
  143:1
**doesnt** 30:24 45:15
  82:17,20 118:4
  132:7 135:11
  151:15
**doing** 10:7 16:20
  25:9 26:5 32:19
  33:4,8 54:10
  57:24 139:13
**domestic** 60:6 62:4
  62:20
**dont** 7:13,17 8:7
  9:12 12:1,4,5
  14:21 15:5,20
  21:6,23 22:3,18
  22:20 27:11 29:5
  29:5,21 32:7,18
  32:18 33:9,9
  35:11,12,13 37:2
  38:6,14 39:21
  40:4,9,10 41:2,24
  42:15 45:21,21
  52:3 55:24 56:2

56:20 64:9,21
65:7 67:25 74:19
75:22 76:22 78:7
78:10,17 82:3,8
82:16 83:7,9,24
84:6 86:5,15 87:7
88:10,12,23 89:9
89:22 92:8,11
94:11,11,21 97:1
97:14 98:12 101:9
101:11 102:19,23
103:14,16 104:4
106:6,9 107:7
108:15 111:5
112:8,8 114:17
116:21 117:2,20
117:21,22 119:25
120:3,15 121:15
122:1 123:23
128:6 129:10,10
130:15 131:10,14
132:24,24 133:6
136:1 137:21
140:3 141:1 142:7
144:8,11,11,14,15
144:15 145:3,17
148:22,23 150:16
**double** 51:21 52:22
**doubles** 44:16
**doubt** 127:24
**dow** 96:15 99:14
  133:19 135:10
  144:13,13
**dozen** 6:5 15:13
  25:16 41:14
**dozens** 7:16
**drafting** 58:3 64:22
  65:5
**drag** 151:10
**dramatic** 19:21
**draws** 64:1
**drive** 2:3 22:24
  23:5 122:21
  149:17
**driven** 131:8
**dropping** 60:10

**dry** 138:20
**due** 19:6 28:25 30:8
  50:11 54:1,3
  71:17
**duly** 5:3 154:2,5
**durapex** 65:14
  143:3
**duties** 8:24 9:1,8
**dz** 39:9
**dzr** 37:21 38:10

---

**E**

**e** 2:16 3:1,10 4:1
  69:22
**earl** 1:11 3:2 5:1
  6:1 42:7 102:2
  154:4 155:12,18
**earlier** 37:11 41:13
  50:22 62:13 77:12
  84:20 94:7 99:25
  118:14 125:21
  129:20 133:8
  141:23 142:4
**early** 40:13,15
  115:23
**east** 1:24
**easy** 19:8
**ebeamed** 76:11
  91:5
**educate** 26:24
**education** 8:12
**effect** 132:25
**effects** 45:6
**efforts** 104:8
**eight** 64:6
**either** 19:10 25:7
  43:18 49:9 51:20
  51:20,22 52:22
  70:4 106:9 143:22
  151:7
**elevated** 57:10
  110:2
**elevation** 44:12
**eliminate** 54:20
  55:2,4 112:24
  118:2

**elkhart** 1:15 2:13
  22:9,11 149:13,22
  154:4,18
**email** 3:12,14,15,18
  3:20,21 4:4,5
  28:16,20,22 29:13
  30:3,4,6 33:21,22
  34:14 35:22 36:8
  39:6 40:3,8,12
  42:16,22 43:1,6,8
  43:9 46:11 54:9
  65:8,12,17,18
  68:4 69:4 71:3
  72:19 73:13 75:6
  75:9,14 76:5
  77:22 78:19 81:4
  101:9,18,22
  102:11 103:21
  104:1 125:21
  126:14 128:23
  129:4 130:12
  142:22,24
**emailed** 120:1
**emails** 101:17
**employ** 63:22 64:14
**employed** 8:20 69:9
**employee** 122:25
  154:13
**employees** 65:13
**employment** 6:7
  11:11
**enacting** 121:11
**ended** 9:14 96:15
**energy** 135:16
**engineer** 10:4,18
  25:17 27:22 38:15
  40:11,14 73:11
  87:11 120:4
  122:11
**ensure** 100:20
**entail** 88:9
**entails** 133:9
**entire** 110:7
**entirety** 42:21
**entities** 12:17 93:2
  93:12 100:7

107:17 118:13
132:17
**entity** 107:14,17
  139:3,6
**environment** 67:7
**environments**
  132:12
**envision** 134:1
**equals** 135:16
**equation** 44:14,15
  45:18
**equipment** 150:10
**equistar** 104:12
**equivalent** 61:25
  62:6
**errata** 155:16
**error** 17:13 18:2
  46:19
**especially** 60:12
**essentially** 49:13
  66:3 74:16 91:14
  122:24 135:16
  136:3
**estimate** 7:3,4
  20:23
**estimated** 129:23
**estimation** 69:18
**evaluate** 22:13
**evaluating** 37:20
  76:12
**evaluation** 13:9
  16:8 22:24 23:20
  35:12 42:5 84:23
  85:25
**eventually** 9:14
  36:24 51:22 52:1
  136:12 150:17
**evidence** 16:11
  17:16 29:16 46:17
  50:9
**exact** 22:3 29:5
  33:9 144:15
**exactly** 29:22 36:21
  106:1 151:6
**examination** 3:4,8
  5:5 13:12 16:9,21



17:5 54:10,12
55:12 85:25
152:22
**examined** 5:3 13:5
**examining** 23:6
**example** 48:21
**exceed** 61:16
**excessive** 57:10
**exchange** 40:8
**exchanges** 101:9
**excused** 153:12
**executive** 127:4
**exhibit** 3:12,13,15
3:16,18,19,21,22
3:24 4:3,5 28:9,10
33:15,17 42:18
58:9 65:9 75:3
101:14 103:6
125:18 128:21
142:18 145:14
150:1,4
**existence** 150:21
151:15
**existing** 14:4,5
**expansion** 71:20
**expected** 14:1
39:11
**experience** 13:4
23:3 84:7 87:8
94:19 116:13
127:20
**experienced** 29:1
71:15,16
**experiencing** 29:4
72:16
**expertise** 87:6
**experts** 38:22 39:3
**expires** 154:23
155:25
**explain** 34:7 76:9
151:7
**explained** 52:19
71:16,22 72:1,1
133:9
**exposed** 13:10
14:12,16,19 53:10

130:20 137:19
138:12
**exposure** 13:21
43:7 48:14,15,16
48:18,19 55:15
66:23,24 67:10
137:3
**expressing** 113:17
**extent** 85:21
**exterior** 16:10
**extrapolate** 110:12
**extrapolated** 68:16
106:13,24 109:8
110:16 112:1
**extrapolating**
107:1
**extrapolation**
69:18 107:3,5,15
108:13,16,19
109:19 110:16,19
111:17 112:13
115:11
**extremely** 74:22
79:11
**extrude** 95:23
**extruded** 76:10
98:10 133:12,15
134:16 135:1
**extruding** 133:20
134:9
**extrusion** 24:8 49:9
49:14,16 91:4
95:25 133:8,24
**eye** 53:3

———————
**F**
———————
**f** 68:16
**f876** 74:9 104:14,16
105:15 108:9
122:13 125:1
128:18 139:20,21
**facilities** 149:6
**facility** 12:14,15
21:15,22 23:10
69:8 117:12,18
**fact** 56:8 60:19 64:5

72:22 81:9 102:21
105:21,24 109:24
122:18 128:14
132:5,6 151:12
152:7 153:4
**factor** 19:24 66:24
99:21,23
**factors** 19:3 21:6
41:25 43:19 44:9
46:23 71:18 87:5
87:9 100:4 119:18
**fahrenheit** 44:21
60:11 61:18
133:14
**fail** 66:9 82:12,20
113:20 125:10
130:20 137:16
151:1
**failed** 14:7 54:11
67:20 89:15 105:3
105:14 113:25
114:8
**failing** 82:25 83:18
105:4
**fails** 114:4
**failure** 6:17 11:12
13:16 16:7,15,21
17:8,13,15 18:23
19:5,6,19 20:25
23:7,10 25:4,10
25:22 26:1,6,9
27:4,17 29:10
37:23 41:14,19,23
42:10 46:20 54:22
54:23,25 55:19
56:11 66:13,19,22
67:1,6,6,11 68:17
73:23 74:1 81:21
88:20,20 99:3
106:14 109:20
110:3,4,16 112:2
114:18 115:23
122:11 124:25
126:19 136:12
137:15 149:5,11
**failures** 6:22,25 7:8

7:11 13:3,14
14:17 42:13 68:22
69:24 70:4,23
71:14,17 72:16
73:20 77:17,23
81:15 82:5 83:7,9
86:14 87:15
114:20 126:4
141:15 142:5,9
**fair** 5:21 8:10 12:25
13:1 33:14 35:20
74:3 147:12,15
**fairly** 26:7
**fall** 27:25
**falling** 66:1
**false** 12:20
**familiar** 21:3 26:20
32:9 58:10 89:11
137:11 147:25
**family** 94:23,24
**far** 112:19 121:1,23
**faster** 136:14
**feasible** 117:22
**federal** 1:17
**feed** 11:8,10
**feel** 42:20 86:1
104:5 119:25
**feelings** 130:22
**feet** 60:25
**felt** 99:8
**field** 6:17,22,25 7:8
13:3,12,14,16,18
14:2,6,17,24 16:3
16:4 18:24 19:17
20:13,16 21:2,13
21:22,24 22:6,10
22:13,21 23:3,15
25:4,22 26:2,17
26:23 36:15,17
37:6,13,24 39:7
39:19 54:11 66:9
67:10 68:22 70:4
77:17,23 81:15,22
82:5,12,21,25
83:7,9 85:14,15
87:16 114:20

126:4,19 130:20
141:15 142:5
153:5
**fieldreturned** 26:10
27:5 41:15
**fields** 142:9
**figure** 92:15
**final** 61:14 65:20
120:13 126:7
127:3
**financially** 154:14
**finding** 66:3
**findings** 27:15,18
**fine** 63:8 85:5,6
**finish** 73:13
**finished** 8:16
**firm** 7:17 9:12
**first** 5:3 6:15 28:18
30:4 35:16,24
36:7 42:23,25
53:13 58:19 60:19
63:13 65:17 75:14
95:23 103:11,17
104:9 105:20
108:18 112:8
114:7 118:13
127:3,10 128:14
129:7,25 130:24
131:4 142:21,22
154:5
**fisherman** 144:11
**fishing** 144:9
**fit** 107:24
**fits** 97:1
**fitted** 30:20
**fitting** 28:24 30:19
30:23
**fittings** 10:24 27:24
27:25 29:2,8,24
30:16 31:4,8,11
31:16,18,19,21,23
32:1,3,13,15,21
33:2,5,6,23 34:11
34:18,22,25 35:6
36:14,15 37:1,3,5
37:12 38:1,12,16



38:21 39:8,13,16
40:11 89:14
144:21 149:21
150:7
**five** 20:22 33:13
41:8 48:19 111:17
111:20 112:10,12
112:23 115:6
117:7 124:12
**flags** 118:22,24
119:13,18
**flaws** 127:21
**flexible** 19:9
**flip** 126:22
**floor** 117:25 118:3
118:4
**florida** 144:7
**flow** 50:8 54:15
135:11
**flows** 151:11
**fluorescent** 34:20
**flw** 1:8 155:8
**focus** 42:22
**folks** 64:9 90:24
**follow** 112:18
**following** 30:3
34:21 76:15 86:4
118:11
**follows** 5:4 112:18
**followup** 36:7
41:12 142:3 145:7
**followups** 152:24
**forced** 49:22
**forces** 51:20
**forcing** 52:21
**foregoing** 154:10
154:16 155:13
**form** 12:9 14:8
18:15 23:12 24:1
24:21 25:6 30:21
31:5,13 34:4 36:1
37:14 38:3 45:2
49:17,18,24 50:2
51:10,21 52:7,22
53:22 56:13 60:15
66:15 67:2 68:25

70:8 71:6 77:9
78:2,16 81:24
83:2 84:12 86:22
87:21 88:1 89:8
89:20 93:5 94:9
97:19 98:24 99:22
102:18 105:6,17
109:15 114:11
115:13 116:4
118:25 120:7
121:4,12,25
122:15 128:1,9,19
133:5 137:20
140:2 141:9
146:10 148:9
151:2
**format** 86:3
**formated** 119:7
**forms** 135:24
**formula** 112:1
**formulation** 69:25
77:18 78:2,6,9,25
90:23,25 91:2
109:23 141:16
146:19
**formulations** 76:10
**forth** 126:22
**forward** 19:25
102:6 115:16
**forwarded** 15:14
123:4
**found** 16:25,25
141:6 147:5
**four** 48:6 75:8
141:2
**fourth** 59:23
120:23
**fracture** 17:10
**frame** 38:17 65:2
130:5 144:5
**free** 40:17 42:21
**freedom** 107:23
**full** 5:24 104:9,10
104:18 106:25
113:22 142:20
**function** 80:2

**functioned** 24:20
**further** 21:2 76:12
79:19 115:8 154:8
154:12,16
**future** 114:14

---

## G

**gage** 2:7
**gain** 92:7
**gained** 114:9
**garden** 1:14
**gel** 128:15 138:3,4
138:25 139:10,18
139:22,25 140:22
141:17 151:19,22
152:17
**general** 35:18 65:1
92:8
**generally** 99:21
121:9 148:17
**generated** 59:10,11
**generating** 86:4
135:15
**gentleman** 27:13
**gentlemans** 27:13
**getting** 95:7 106:22
124:4 149:16
**gilbert** 2:17 5:13
**give** 45:10 52:8
55:18 91:25
114:14 130:13
**given** 7:21 97:15
106:3 120:19
154:9,11 155:15
**gives** 36:12 55:20
110:15 152:12
**go** 7:24 16:16 17:2
17:11 21:11,14
26:19 27:16 30:3
36:10 41:12 45:22
53:6 55:12 60:19
69:3 79:20 81:4
85:6 87:6 113:22
124:6 138:16
**goal** 86:11
**goes** 22:14 60:5

66:21 77:16
129:12 134:1
**going** 21:22,25 22:6
22:8,8 42:16
54:23 57:13 58:15
73:25 85:1 122:7
126:23 151:16
**gonna** 5:9 7:24 16:6
28:8 42:22 43:25
47:17 50:10 74:18
74:21 82:17
110:22 132:23
137:6,8
**good** 5:7 37:23
39:10 41:8 73:18
79:23 85:3 92:9
92:11 95:23
111:19 150:12
152:4,5
**goodperforming**
68:21
**gotten** 27:1 49:10
**grade** 96:19,21
97:2,4,16,24 98:3
98:5,12,20,22
**gradual** 9:13
**grand** 2:8
**grant** 144:13,13,14
144:23
**granted** 112:2
**grasp** 7:17 9:12
**great** 98:16
**greater** 61:17
**greenberg** 2:3
**ground** 7:24
**group** 20:1 23:5
128:24
**growth** 99:4,6
**guar** 82:17
**guarantee** 82:17
153:5
**guess** 65:8
**guessed** 22:5
**guidance** 102:6
**guys** 102:2

## H

**h** 3:10 4:1
**hadnt** 105:12
**half** 6:5 15:13
25:16 41:14 69:14
129:25
**handle** 48:8 107:19
**handling** 18:5,7,14
18:19 111:14
**handwriting**
145:18
**happen** 42:10 50:4
81:11 118:9
121:16
**happened** 40:18
**happening** 130:15
**happens** 21:8 30:19
49:17 111:24
115:7
**happy** 8:9 102:2
**hard** 119:12
**hardware** 93:16
**hash** 36:11
**hasnt** 117:3
**havent** 16:1 45:6
120:14 144:25
**heading** 128:15
**headquarters** 2:12
22:9
**heard** 7:25 111:5
144:7
**heat** 44:7 50:24
51:1 131:1,2
132:6 134:7
135:16
**heated** 133:25
**heating** 131:16
132:10
**held** 41:10 85:7
124:8 145:10
**help** 21:3 26:24
86:10 93:6 134:6
**helping** 95:19
**helps** 138:10
**heres** 42:8



**hes** 35:22 36:2
**hey** 79:10,16 80:10
  98:16 132:21
**hi** 102:13
**hide** 123:23
**high** 43:15,15,17,18
  57:11,11 110:2,5
  110:5 137:16
  140:18 152:18
**higher** 44:4 91:11
  91:12,18 92:4,6
  92:14,24 93:21,25
  94:5,15 95:3,13
  135:5 136:13
**highest** 8:12
**hilton** 1:14
**hindsight** 117:21
**historical** 139:25
**history** 82:24 102:4
  104:7
**hold** 76:12 79:3
  81:3
**home** 64:11 93:15
  93:19 94:23
**homes** 6:21 64:14
**hone** 19:13
**honestly** 76:22
**hope** 102:2
**hot** 48:14 59:25
  60:4,6,9,22 62:18
  62:20 63:15 64:10
  132:2
**hour** 69:15
**hours** 64:7
**house** 11:10 144:8
**howard** 1:11 3:2
  5:1 6:1 154:4
  155:12,18
**huh** 83:8 106:20
**hundreds** 67:16,17
  67:21,24 68:3
  70:5
**hydrogen** 51:18,19
  52:20
**hydrostatic** 54:24
  97:6,6

**I**

**iampo** 107:21,21
**iapmo** 102:7
  107:22 118:14,18
  118:22,24 119:5
  119:12,15 143:4,8
  143:9,12,15,20
**id** 8:1 15:25 26:3
  102:8 120:15
  145:13 149:4
  150:21 151:20
**idc** 32:9
**idea** 59:10 79:1
**ideal** 140:13,15
**identical** 115:21
**identification** 28:10
  33:15 42:18 58:9
  65:9 75:3 101:14
  103:6 125:18
  128:21 142:18
**identified** 39:17
  74:25 81:16 97:9
  98:25 99:4,7
**identifies** 71:1
**identify** 46:5 74:5
  86:10 95:19 99:2
  115:23 118:18
  152:11
**identifying** 85:13
**ids** 126:24 145:24
**ignored** 121:23
  122:1
**iii** 1:11 3:2 5:1 6:1
  154:4 155:12,18
**il** 2:4
**ill** 8:6 12:24 33:18
  38:13 42:20 48:8
  59:17 68:2
**im** 5:9 7:24,24 8:9
  10:20 12:22 19:16
  20:12 21:3,5,5
  24:2 28:8 32:9
  36:6 37:9 38:20
  45:3 46:11 47:9
  58:15 61:11,21

**67:22 72:17 74:6**
  76:14 81:18 84:25
  85:25 87:7 94:12
  96:25 100:5 102:3
  118:5 121:5,13,17
  123:21,25 125:11
  127:9 128:23
  137:8 140:15
  141:13 143:15
  145:25
**immediately** 9:25
  115:21
**impact** 132:7
**imperfection** 49:11
  49:13,21,22
**impetus** 106:4
**important** 98:25
  99:2 108:2 119:20
**improve** 14:3 76:8
  77:19 78:3,12
  149:18
**improved** 99:9
**improves** 136:7
**improving** 69:16
  86:11 99:10,20
**inadequate** 29:17
  30:8,16
**inadequately** 30:20
  66:7,10
**inch** 54:11,14
**included** 13:9 65:6
**includes** 65:19
**including** 125:6
**incoming** 33:4 87:1
**inconsistent** 127:19
**increase** 19:9,11,22
  20:6,9 26:14
  44:17,18
**increased** 26:7,10
  74:1 152:10
**increases** 19:10
  44:2 136:18
**independent** 115:1
**indiana** 1:15,21,25
  149:13 154:3,4,18
**indicate** 12:24

**30:11 46:15 47:24**
  61:9 97:25 103:2
**indicated** 43:1
**indicates** 33:22
  48:12 112:5
  128:16
**indication** 16:25
  19:23 36:12 55:20
  138:2
**indicators** 37:23
**indirect** 138:4
**individual** 52:6
**individually** 43:19
  45:20
**individuals** 27:3
**induction** 125:24
  126:19
**industry** 9:5 36:13
  36:23 50:14 91:11
  139:18
**information** 19:25
  32:14 54:19 55:18
  72:13 84:6 98:14
  141:19
**informed** 88:25
**inherited** 23:19
**inhouse** 129:2,5
  139:8,13,16
**initial** 30:9 53:4,5
  113:14
**initiated** 76:15,24
  77:1 148:6
**inn** 1:14
**inner** 17:6,23 43:10
  54:16,25 55:13,17
  127:6,14
**inspections** 20:15
  20:19
**installation** 17:12
  17:24 18:2,3,4
  46:19 55:8 57:20
  60:6 62:20 63:15
  65:6 83:13
**installations** 60:22
**installed** 18:6 21:10
  21:11 29:8 57:22

**61:2 68:1**
**installing** 71:18
**instance** 56:18
  83:14 94:3 110:19
**instances** 57:13
  84:17 89:3
**institute** 97:11,12
  97:13
**instructions** 57:21
  58:5
**instrumental** 71:23
**insufficient** 70:3
  137:1,17
**insufficiently** 56:12
  66:13 67:1
**intended** 10:10
  91:22
**interacted** 90:24
**interest** 122:25
**interested** 76:14
  154:14
**interior** 16:14
**intermittent** 60:1
  62:19
**internal** 95:4
**interpret** 107:23
**interpretation**
  111:12,14 147:17
**interpreting** 111:22
**intersect** 110:15
**intersects** 110:13
**inventory** 117:25
  118:2,3
**investments** 150:9
**involve** 9:1,16,21
  10:21 103:3
**involved** 7:1,8,11
  7:18 9:5 15:21
  24:22 58:3 64:22
  72:10 76:4 81:22
  85:21 87:1,4,17
  88:19 89:17,22
  90:20,22 100:9
  101:13 102:16
  112:9 121:20
  122:4,7 123:10,12



**involvement** 27:1
 95:15
**involves** 16:22
 112:23
**involving** 68:1
 110:2
**ion** 43:17,20,22,23
 44:2 46:24 47:13
 50:21 51:15 57:12
**iron** 43:24,25
**ish** 144:3
**isnt** 46:4,8 80:6,13
 117:13 120:10
 123:20
**issue** 6:17 36:22
 47:3 54:8 55:8
 74:17 85:15 89:18
 89:25 124:24
 126:10 130:4
 142:12 145:21
**issued** 126:8 128:5
 128:5 147:20
**issues** 29:1,3 36:15
 36:17 37:6 39:8
 39:18 41:2 73:5
 84:11 122:3,17
 124:23 133:3
 152:19
**ive** 12:21 20:22
 83:14 145:6

---
**J**
---
**james** 1:3,4 155:3,4
**jana** 3:23,25 74:10
 76:17 77:3 90:24
 100:8,10,14,25
 106:2 107:10,12
 110:17 111:21
 115:21 123:16,19
 123:23 125:12
 126:8,24 130:4
 139:7,10,17 141:3
 145:20
**janas** 127:20,25
 128:12
**january** 142:25

154:24
**jennifer** 2:16 5:12
**jerrod** 43:2
**jersey** 1:1,19 155:1
**jim** 39:4
**job** 8:24 9:8,16
 10:2 30:25 75:20
 101:23
**joined** 8:25
**joke** 73:16
**judge** 112:20 115:3
**judgments** 87:9
**judy** 1:4 155:4
**july** 28:21
**june** 42:23 43:2
 46:12 126:10
 128:24 130:7
 132:18 141:4
 145:21

---
**K**
---
**kansas** 2:8
**keep** 42:16 60:9
 117:11
**kelly** 1:5 2:16 5:12
 155:5
**ken** 27:16,18 43:1
 86:3,6 100:15
**kept** 152:15
**kevin** 2:7 5:21
 15:18
**kidding** 73:15
**killing** 81:7
**kimberly** 1:2 155:2
**kind** 11:14 31:8
 35:19 36:11 54:8
 55:10 58:25 85:16
 86:25 87:16,24
 93:20 95:7 120:19
 135:18 140:9
 149:14
**kinds** 9:17
**kkuhlman** 2:9
**know** 8:9 12:1,4
 15:19,20 18:19
 20:20,25 21:6,23

22:3,18,20 27:10
 27:11 28:13 29:5
 32:7,8,15,18,18
 32:21 33:10 35:12
 37:1,2 38:6,14
 40:10 41:3,25
 42:15,20 45:7
 55:16,24 56:2
 57:25 58:2 62:3
 62:10 64:12,21
 65:7 67:25 78:8
 78:17 84:1 85:18
 86:6,15 88:10,11
 88:22 89:9,22
 92:8,18 94:8,11
 94:11,19,23 96:20
 96:21 97:14
 102:21 103:9
 107:7 108:15
 111:4 112:8,8,15
 115:25 116:11,18
 116:21 119:22
 121:15,23 122:1
 124:20,22 126:13
 126:16 131:11,14
 132:21 138:6
 139:15,25 140:5
 142:15,20 143:18
 144:6,8,11,11,13
 144:14,15,15,23
 145:2 146:18,22
 148:20,21,21,22
 148:25
**knowing** 23:4
 89:21 108:25
**knowledgable** 25:3
 78:8
**knowledge** 25:1,2
 29:9 39:12,15,20
 39:21 40:4 65:3,7
 72:14 78:5 83:24
 85:17,20 86:5
 87:8 93:20 96:8
 111:3 116:22,25
 117:16,20,21
 119:23 129:11

131:21 140:21
 141:23 142:7,11
 143:22,23 146:13
 146:15 148:19,25
**known** 78:21
**kshamberg** 2:5
**kuhlman** 2:7 3:7
 5:22 12:9 14:8
 15:20 18:15 23:12
 24:1,21 25:6
 30:21 31:5,13
 34:4 36:1 37:14
 38:3 41:9 45:2
 51:10 53:22 56:13
 58:10,14,17 60:15
 62:25 63:6 66:15
 67:2 68:25 70:8
 71:6 77:9 78:16
 81:24 83:2 84:12
 84:25 86:22 87:21
 88:1 89:8,20 93:5
 94:9 97:19 98:24
 99:22 102:18
 105:6,9,17 109:15
 114:11 115:13
 116:4 118:25
 120:7 121:4,12,25
 122:15 124:4
 127:22 128:1,9,19
 133:5 137:4,20
 140:2 141:9 145:6
 145:12 146:11
 148:13 151:4
 152:20 153:9
**kyle** 2:2 5:7

---
**L**
---
**lab** 8:25 9:1,18
 14:25 22:15,17,22
 26:18,25 27:8,9
 27:14,14 40:24
 85:22,23 149:3,7
 149:13
**label** 98:5
**labeled** 60:21 61:15
**laboratories** 3:23

3:25 19:4 145:20
**laboratory** 14:11
 22:12,13 125:13
**labs** 76:17 77:3
 100:8,10 107:3
 139:7
**lacked** 23:16
**laduca** 2:17 5:13
**laforce** 39:4
**laid** 115:17
**language** 58:4
 64:23 65:5
**large** 13:18 52:8
**largely** 127:6,15
**larger** 92:15,15
**largest** 14:9 31:24
**larry** 81:5,7 143:24
 143:25
**las** 29:8 36:22 84:5
 84:5,9
**late** 75:6
**latest** 141:12
**lathrop** 2:7
**lathropgage** 2:9
**lawrence** 39:4
**lawsuit** 29:6
**lead** 52:16,17
 103:24 114:19
 128:8 137:1,18
**leads** 51:22 53:11
 92:17
**leak** 142:12
**lean** 151:6
**learn** 108:18
**learning** 26:19
**leave** 38:13
**lebanon** 12:14
 21:15,16,22,25
 22:22 69:7 117:17
 149:12,16,21
**led** 40:16 99:18
**left** 9:15,25 46:21
 85:9 144:25 145:2
**length** 54:14
**letter** 58:20 59:4
**level** 8:12 44:25



45:10 46:4 47:12 51:2 127:17 128:7 137:17,24
**levels** 43:15,15 44:7 45:8 47:5 57:11 137:16 140:1
**liabilities** 42:14
**lifetime** 104:13,15 105:2,4,15 108:8 109:8 110:9 114:1 114:19 122:13 125:1,10
**light** 122:6
**limited** 107:1 119:23 122:9 149:19
**lincolnway** 1:24
**linda** 1:3 155:3
**line** 35:20 49:7,8,17 49:18,23,24 50:1 58:25 59:4 75:7 85:1 110:22 120:23 150:18,19 150:22,24 151:5 151:15
**lines** 60:8 62:21 150:21,22
**link** 19:6
**linked** 52:7
**list** 123:2
**listed** 98:22 125:2,5 145:23
**listing** 107:18 110:24 111:4,6,9 112:3,3 113:15,20 119:8 122:3,17,18 129:6,8,11,15 143:3,7,9,19
**listings** 118:19 119:9
**lists** 146:2
**lite** 2:3
**litedepalma** 2:5
**literature** 98:15
**litigation** 59:14 73:8 154:15

**little** 19:12 54:7 74:18 77:20 78:13 78:24 85:9 115:8 117:11 130:2
**llp** 2:7,17
**localized** 83:15 127:21
**locations** 73:21,24
**lock** 136:16
**locking** 135:25
**lomodine** 98:10
**long** 8:21 10:12,13 15:6 22:17 38:15 67:13,14 68:1 69:24 74:22 90:11 136:12
**longda** 32:10
**longer** 106:14 117:4
**longevity** 80:20
**longterm** 13:11 79:23 80:8,9 86:11 97:6
**longtime** 97:8
**look** 15:23 17:9,14 17:23 21:6,11 23:4 25:11 26:22 26:23,25 28:18 33:18 42:8,17 59:20 61:14 69:16 80:6 85:24 102:10 103:17 106:12 126:9 128:14 135:21 141:10 150:2
**looked** 34:19 58:7 106:2,7 141:4
**looking** 8:3 14:14 14:15 16:4,6,9 17:6,22 23:3,6,7 29:24 34:19,22 36:19 48:21 50:10 54:9 91:3,4,5,6,7 91:7,17,20 92:4 99:1 106:4 114:23 145:25

**looks** 35:1 58:25 102:11 123:4 126:7,25
**loony** 53:16
**loops** 60:7 62:21
**lose** 147:21
**losing** 129:16
**lot** 26:22,23 28:25 120:19
**loud** 70:1
**low** 66:4 70:6 75:12 76:17 77:4 79:11 110:6,6 122:19 127:17 128:7
**lower** 140:6,8,9,12
**lowes** 93:15
**lunch** 124:5

---

**M**

**m** 1:13 34:15 36:9 43:2 65:19 73:14 153:12
**machine** 154:8
**magnification** 53:4
**magnified** 77:17
**mainstays** 131:19
**maintain** 100:17 123:12
**maintains** 113:24
**major** 93:14
**majority** 93:9,13
**making** 9:4 23:8 68:21 136:3 150:12
**manager** 9:15,16 11:4 35:18 65:1 69:7 75:18 76:3 101:24 143:25 144:16,16
**manifold** 11:9
**manifolds** 11:5,6,7
**manuals** 57:20 58:4 65:6
**manufac** 146:5
**manufacture** 11:15 31:4,9,20,20 32:1

96:9
**manufactured** 21:17 47:19 104:23 146:16,18 147:8,10
**manufacturer** 98:3 146:22
**manufacturers** 32:4,6,13,16,22 33:3,24 34:1,3,12 38:1 61:2 68:11 72:14 100:1 118:20 152:10
**manufactures** 31:12,19,23 32:7 38:12 131:22 139:1
**manufacturing** 9:3 11:17,23 23:9,24 24:5,19 46:17 49:8 117:12 130:7 131:24 140:19 141:11,24 146:9 146:23 149:20
**march** 34:16 35:22 36:8 39:6 103:20 120:1
**marginal** 66:1 73:19 125:22
**mark** 28:8 101:19 102:1 103:22 118:15,16,18 123:1,3 132:19,20 151:10
**marked** 3:11 4:2 28:10,18 33:15 42:18 58:9 65:9 75:3 101:14 103:6 125:18 128:21 142:18
**market** 13:25 40:2 69:20 98:8 100:22 108:7 124:17 131:15 148:8,10
**marketed** 14:6
**marketing** 98:11

131:7
**marketplace** 148:12
**markings** 34:22 143:3
**marriage** 154:13
**massive** 111:21
**master** 111:18 120:25
**material** 49:19,22 50:5,7,9 58:21 98:12 134:3,5,7,9 134:13 135:3,10 135:12,14 136:16 138:14,15,16,17 138:21
**materials** 9:6 10:4 28:24 31:11,14 138:12
**math** 110:18
**mathematical** 106:23 108:12
**mathma** 110:18
**matter** 49:5
**maximum** 64:6 139:23 152:2
**mccoy** 1:5 5:20 27:16 43:1 86:3,6 155:5
**mcmahon** 1:3 155:3
**mean** 40:15 42:4 43:12,22 44:13,13 49:1 78:23 80:1 82:20 83:11,21 91:3 92:10 93:6 97:3 109:2 111:5 115:3,4 119:19 135:11 141:11 148:22 149:1 150:17,25 151:5 151:16 152:4
**meaning** 18:4
**means** 34:8,9 43:23 48:9 49:4 61:12 61:21,23,24 79:1



94:11,12 96:21,22
117:24 151:6,21
**meant** 78:21
113:11
**measure** 50:16,18
152:7
**measurements**
48:13
**measures** 99:5
**measuring** 79:17
138:4
**measurment** 44:3
138:6
**mechanical** 134:15
**mechanism** 29:10
51:8 53:21 55:19
56:11 85:13 126:3
**mechanisms** 81:21
**medders** 1:4,4
155:4,4
**media** 53:9
**meet** 15:2,7 19:2
68:11 98:18 105:3
105:14 108:5,8
114:1,18 118:1
122:12 124:25
125:2,10 128:17
129:14 130:11
132:22 148:11
151:1 152:13
**meeting** 15:4 40:20
68:20 70:14,15
80:18 82:16,19,23
125:3,5 140:16
147:11 152:16
**meets** 80:11,12
82:13
**melt** 134:7 135:3,10
**melting** 134:4
**memo** 105:12,13
117:18 118:11,15
119:14,21,23
120:1 121:18,19
121:21,24 122:2,6
122:16 123:1,15
130:4

**memory** 35:13 40:8
**menards** 93:16,19
**mention** 129:4
**mentioned** 38:8
50:21 84:19 90:7
99:25 112:10
118:14 151:21
**mentioning** 120:23
121:2
**mentions** 70:25
**merely** 119:8
**met** 68:18 101:7
104:13 105:2,2
141:7 147:4
**metal** 31:20,22 33:4
33:8 34:20,24
37:10 38:22 39:3
51:15 137:15
**metallic** 29:23
**metals** 37:7
**method** 37:21,22
79:20 107:6
108:20 111:14
112:22 113:1
**methodology** 62:6
**methods** 37:21 38:9
110:7
**michael** 1:3 155:3
**michelle** 1:21 154:2
154:22
**microcracking**
43:10 53:1,2,14
53:21,25 54:5
55:14,18 56:8
127:18
**microcracks** 53:7
**microscope** 16:23
**microscopic** 16:21
55:12
**middle** 103:18
**middlebury** 2:12
**midwest** 1:24
**millions** 60:24,25
**mind** 61:13,24
78:23 91:8 107:14
**minimum** 104:13

104:15 105:2,14
108:8 110:13
114:19 122:13
125:1 128:17
139:22,23 140:10
152:1
**minium** 114:1
**minor** 26:3,7
**minus** 111:16
112:10,12,23
**minutes** 15:8 41:8
65:25 145:9
**mishandling** 55:8
**misstates** 94:10
**misters** 5:19
**misunderstood**
21:5
**mo** 2:8
**mobile** 69:22 71:1,2
72:18,20 83:23,24
**mod** 134:18
**modification**
133:18
**modifications**
133:17 134:19,21
134:25 135:7
**molecules** 136:1,9
136:11,15
**molten** 49:19
**moment** 81:4
**monday** 102:2
**money** 143:10,12
**monica** 1:3 155:3
**monitor** 33:1
**monitoring** 20:5
**monomer** 52:6
**months** 74:15 75:8
110:12 126:13
**morning** 5:7,10,14
153:2
**mothballed** 150:19
**motivating** 99:20
**move** 39:6 136:2,17
141:20 149:18
**moved** 149:12
**moves** 134:3,4

**moving** 91:11
**multiple** 7:14,15

_____

**N**

_____

**n** 3:1
**name** 5:25 27:13
32:8 96:16
**named** 100:24
**names** 5:7 27:10
**necessarily** 18:13
49:1 87:3 94:17
95:11 150:23
151:15
**necessary** 99:8
136:5
**need** 37:7 64:9 67:6
67:8,9 68:11 74:7
80:16 83:19 84:9
87:4 92:21,21,23
92:24 95:3,12
98:12,23 108:7
112:11 120:10
121:2 130:24
131:5,8,8 148:8
148:10 152:12
**needed** 35:9
**needs** 87:6
**neither** 25:9
**neutral** 51:17
**nevada** 29:8
**never** 42:7 48:9
58:7 68:9 101:7
111:5 116:22,25
150:15
**nevertheless** 82:25
**new** 1:1,19 58:20
81:13 85:1 91:2
91:22 99:11 155:1
**nibco** 1:8 2:12,13
6:7 9:23 10:3,10
10:14 11:11,15,22
11:25 12:2,5,12
12:18 13:13 21:1
21:14 22:21 23:15
23:20 24:4,4 25:3
25:20 27:3,24

31:4,8,11,18,22
32:3,11,12,15,19
32:21 33:1,8
34:12 37:1,3,25
38:7,11 39:12
42:12,14 47:18
57:20,24 58:1,13
59:14 61:1 64:12
64:18 65:3,13
69:11 71:15,22
72:15,25 75:23
80:13 81:12 86:12
86:19,21 87:11,14
89:6,17 90:24
91:10 93:4,21,24
94:4,14 95:12
96:3,8 100:7,17
101:19 104:7,23
107:8 108:4
113:24 115:20,20
116:1,23 117:10
117:16 119:11
120:20 121:10
122:24 123:5,15
123:16,19,22
124:13,16 125:8
128:24 130:4,7
132:16 138:25
139:4,8,11,13,15
140:21 141:13,25
142:6,13 144:1,25
145:2 146:9,16,20
146:24 147:2,8,10
147:21 148:3
149:5,14,19,23
150:8,9 155:8,14
**nibcocole** 3:12,14
3:15,17,18,20,21
3:23,25 4:4,5
28:19
**nibcos** 59:18 92:25
93:9,9,13 102:4
114:4 131:24
139:25
**nighttime** 64:9
**nine** 10:16



**nonacceptable**
112:20
**nonaggressive**
45:11
**nonresponsive**
141:21
**normal** 83:13
140:18
**north** 84:10,11,13
**notary** 1:21 154:2
155:23
**note** 119:4
**noted** 141:10
155:16
**notes** 58:24 59:7,21
154:10
**notice** 1:19
**noting** 62:13
**noto** 28:20 75:14,15
75:17
**nowadays** 144:23
**nsf** 3:17 35:2,4
36:24,25 37:21
38:8,10 40:20
58:20 59:4,24
62:17 63:3 102:7
107:20 110:24
111:1,21 113:15
113:19,19 114:3
115:19,23 116:2
116:13,14,22,25
117:3,12,15 119:7
119:10 120:14,21
121:3,7,10 129:15
129:16 143:2,6,8
143:9,17,20 147:3
147:11,14,20,21
**nsf876** 147:5
**nsfs** 147:17
**number** 13:18 23:1
29:7 43:14 59:20
61:4 65:21 69:18
92:14,24 93:21,25
94:5,15 95:3
109:12 115:17
140:13 150:1

**numbers** 48:4
75:12 91:12 92:5
92:6 94:8,16,20
94:25 97:9 109:8
122:19,22 125:5
**numerical** 48:1
**numerous** 101:1
**nw** 2:17

## O

**o** 20:14
**object** 12:9 14:8
18:15 23:12 24:1
24:21 25:6 30:21
31:5,13 34:4 36:1
37:14 38:3 45:2
51:10 53:22 56:13
60:15 66:15 67:2
68:25 70:8 71:6
77:9 78:16 81:24
83:2 84:12 86:22
87:21 88:1 89:8
89:20 93:5 94:9
97:19 98:24 99:22
102:18 105:6,17
109:15 114:11
115:13 116:4
118:25 120:7
121:4,12,25
122:15 128:1,9,19
133:5 137:20
140:2 141:9
146:10 148:9
151:2
**objection** 63:1,5
**objective** 126:16
**objectives** 150:14
**obrien** 27:12
**observation** 21:2
**observations** 43:7
46:13 55:14
**observe** 5:17
**observed** 43:9
46:22 85:23
**obtain** 99:8
**obvious** 16:11

17:14
**obviously** 15:5
26:18 108:2
116:15 141:14
**occasionally** 25:11
**occasions** 139:12
**occur** 56:11 81:9
87:20,25 88:4
140:25
**occurred** 88:11,13
88:14 149:11
**occurring** 77:24
127:21
**occurs** 136:14
**october** 1:12 146:6
146:6 154:4,20
155:14
**od** 19:11,22,22 20:6
20:6
**oh** 7:21
**ohio** 8:20 12:14
149:12
**oit** 65:23 68:9,13
69:16 76:15,17
77:5,20 78:12,23
79:5,9,11,20 80:4
126:14 127:5,12
127:14 141:5
**okay** 6:6,15 8:16
9:1,8,11,12,16
10:12,16,21 11:8
11:9,10 12:20
13:4,5,7,8,9,15,19
14:11,12,13,16,21
14:22 15:2,5,9,15
16:9,10,13,16,17
16:21,23,24 17:1
17:6,11,15,16,17
17:17,19,19,20
18:4,5,6,7,9,10,25
19:12,20,21,22,24
19:25 20:6,17,18
20:20 21:6 22:4,6
22:12,13,15,25
23:1,3,4,5,19,22
24:23 25:9,12,17

25:20 26:4,14,18
26:20,20,22,25
27:1,3,11 28:15
28:16 29:6,9,25
30:2,19,25 31:1,4
31:8,22 33:20,21
34:7,11,14,20,22
35:5,8,19,22 36:7
36:20,21 38:10,13
38:15,19,21,22
39:20,21,21 40:19
41:1,3,9 42:5,24
42:25 43:20,23,24
44:1,1,7,14 45:9
45:16,18 46:1,18
46:19,20,21,22,23
47:18,23 48:6,8
48:14,21 49:9,19
49:20,21,22 50:5
50:6,7,8 51:14,15
51:17,18,19,21,25
52:5,6,8,9,11,14
52:19,19,19,20,21
52:22,23,24 53:3
53:5,6,9,9,10,11
53:13,21 54:1,4
54:20,23,24 55:1
55:4,8,20,23,24
56:21 57:5,11,15
57:17,24 58:14,17
58:19 59:10 60:24
60:25 61:5,13,21
61:24 62:6,10
63:25 64:4,8,12
64:15 65:10,12,22
68:2,12,16,17
71:8,12,14,17,19
71:20,22,24 72:10
72:13 73:5,7,13
74:2,24 75:2,4,6
75:18,20 79:2,4,6
79:7,15,19,21,24
80:3,15 81:2 82:9
82:16 83:10,13,15
83:16,18,19,24
84:19,19,24 85:16

85:20 86:6,10
87:5,7,10,24 90:7
91:1,4,14 92:6,17
92:20,21,21,22,25
93:12,14,15,17,19
94:18,22 95:4,7
95:21,24 96:1
97:5,7,8,13 98:7,8
98:9,12,13,19
99:1,4,6,10 100:6
101:15,17 103:7,9
103:14,17 104:6
105:24 106:4,11
106:13,16,19,24
107:5,8,18,25
108:1,21,25 109:2
109:18,23,24
110:3,9,10,17
111:4,18 113:8
115:8 116:9,15,17
116:22 117:9,9,21
117:24,25 118:11
119:3,21,21,23
120:12,18,19,24
121:15 122:1,2,3
122:4,5,6,11,19
122:19,24 123:3
123:15 125:19
127:11 128:23
130:23,24,25
131:16 134:3,5,10
134:14 135:10,11
135:13,22,24,25
136:3,10,16,18
138:11,12 139:3
139:25 140:9,11
140:15,17 141:3
141:11,13,14
142:8,23,24 143:9
144:3 145:4,19,23
147:7 148:14,19
149:19,21,22,25
150:13,17,20
151:6,7,8,9,11,12
152:7,8,10,11,12
152:13,15,15,18



153:7,9
**oklahoma** 6:16
**old** 61:10 62:4
**oliphant** 100:15
**once** 16:22 17:6
  19:20 36:21 41:24
  42:7 50:7 52:23
  61:21 62:5 64:1
  71:21 86:2 95:19
  102:9 119:17
  129:18 131:6
  135:12 140:15
**ones** 27:11 32:8
  42:11 85:12 91:8
**onsite** 20:15,18
**opening** 53:11
**opinion** 30:7 88:16
  124:3
**opposed** 55:2
**option** 115:19,19
  117:10,22
**options** 115:17,18
  117:10
**orange** 105:3,13
  110:23 111:19
  112:4 113:5,11,18
  114:8,15 117:3,4
  117:5 122:12,19
  124:13,16,23,25
  125:4,9 129:5,13
  130:8,14,20,25
  131:1,16 132:1,5
  132:11,21 133:4
  147:3,7,22
**order** 37:5 108:7
  140:22 143:19
**organic** 138:12,14
**origin** 58:11
**original** 154:10
**orp** 43:17 44:2,3,4
  45:7 50:19
**ought** 98:17
**outcome** 154:15
**outer** 16:12,22
  17:23 20:7,10,14
  54:14

**outfits** 93:10
**outlets** 93:14
**outlier** 112:15,17
  112:18 115:4,9
  131:20
**outliers** 113:2,4
  115:2
**outlined** 42:5
**outlying** 112:24
**output** 135:16
**outside** 84:16,17
  100:7 115:8 142:4
**overcome** 140:19
**overpressurization**
  18:23 19:19,24
  20:11,24 54:3
  67:12 70:5
**overruled** 76:19,23
**owned** 141:13
**oxidation** 136:24
**oxidative** 19:7
  50:19 52:15,16,17
  52:19 54:4 65:14
  65:24 66:4,12,19
  66:21 67:6 68:14
  69:23 70:22 87:15
  99:3 125:24
  126:18 127:7,16
  127:19 128:8
  137:25

—————————
**P**
—————————
**p** 34:15 65:19 73:14
  153:12
**p171** 59:24 61:10
  62:5,17
**padanaplast** 119:5
**page** 3:5,7,9,12,13
  3:15,16,18,19,21
  3:22,24 4:3,5
  28:18 29:12 30:4
  34:15,21 36:7
  42:23,25 58:19
  59:2,20 65:20
  101:18 103:18
  110:21,22 113:9

115:15,15 120:13
  120:13 126:9,23
  127:3,10 128:14
  145:16,23
**pages** 58:23
**paragraph** 43:5
  76:14 104:10,18
  113:8,22 119:4
  120:22 127:4,10
  129:4
**part** 17:9 34:10
  61:5 69:11 100:6
  103:12 108:12
  130:24 149:14
**particle** 51:14
**particles** 43:25
**particular** 10:13
  18:12 41:23 46:4
  46:8 47:3,11,12
  47:13,13 56:18
  63:10,18 83:12
  89:3,12 131:13
**parties** 5:15 154:13
  154:13
**parts** 150:17
**party** 80:14
**pass** 41:5 97:25
  98:4 106:17
  119:16
**passed** 41:3 77:13
  113:6
**passes** 108:11
**passing** 119:10
**path** 102:6 115:16
**pattern** 127:18
**pause** 105:10
**paying** 139:17
**pellets** 134:4
**pen** 99:5
**pending** 8:5 154:6
**people** 19:4 20:17
  21:7 23:6,9 26:24
  27:7 28:21 54:22
  71:18 72:4,7,10
  98:11,15,17 123:2
  124:18,19 128:24

131:7,22
**peperno** 1:4,4
  155:4,4
**perceived** 148:6
**percent** 26:3,8
  48:15,16,17,19
  60:12 61:17 62:8
  62:9 64:2 111:17
  111:20 112:10,12
  112:23 138:24
  139:22,23,24
  140:7,20 141:7
  151:24,24 152:1,1
  152:4,5,8
**percentage** 21:1
  25:21,25 26:5,14
**perform** 29:18 35:5
  41:14 82:18 88:20
  132:8 138:25
  139:3
**performance** 13:11
  13:11 14:1,4 30:7
  39:11 52:9 66:1
  73:19 79:24 80:8
  80:9,21 83:13
  92:23 97:8,9
  116:19 125:23
  131:9 151:13
  152:12,18 153:5
**performed** 36:5
  41:18 42:11,12
  61:3 65:23 108:21
  138:6
**performing** 26:1
  33:23 34:11,17
  37:10 38:7 83:16
**period** 19:11 67:13
  67:14
**periods** 74:22
  136:12
**permissible** 151:23
**permission** 17:3
**perry** 22:14,17 25:7
  25:9 27:16 86:3
**pers** 84:20 85:10
  86:9,13 87:1

142:3
**person** 25:3 38:20
  72:12 101:7
**personal** 101:3
  148:25
**personally** 27:17
  122:1 148:19,21
**pex** 10:18,19,21,24
  11:1,22,23,25
  12:2,7,12,18,20
  12:22 13:3 16:5
  17:12 19:1,8,17
  20:19 21:10,14,16
  21:24 22:21 24:5
  24:16,19 25:4,10
  25:18,23 26:2,6
  26:10,21 27:5,22
  27:24,25 28:4,24
  35:18 38:16,21
  39:13,16 40:11
  41:15 44:6 48:2
  48:23 51:9 57:13
  57:15 58:20,24
  59:7,21,24 60:21
  61:6,15,19,20
  62:11,16,23 63:11
  63:18,21 64:13,19
  65:3 68:10,11,13
  72:15,25 73:11
  75:7 77:24 82:12
  87:11,15,25 92:25
  93:13 104:23
  110:14 116:1
  120:4 122:11,12
  122:12 124:13
  125:23 126:19,25
  127:1 129:2,13
  131:12 133:4,11
  136:5,6 137:1
  138:25 139:18
  141:6,25 142:12
  143:7 144:18,21
  146:12 147:22,25
  149:12,23
**pexa** 12:24 139:23
**pexb** 12:24 47:8,16



139:22
**pexc** 6:10,12,18,22
  7:8 11:15,17
  12:21,23 23:24
  47:8,15 54:12
  57:2,21 67:11
  68:19 148:4
  151:22
**phenomenon** 99:4
**phone** 102:14,17
**phrase** 111:5
**phrasing** 131:20
**physical** 18:19
  46:18
**piece** 150:24
**pieces** 51:24 80:3
  138:9
**pipe** 51:9 69:17
  82:12 93:22,25
  96:19,21 97:2,4
  97:12,13,16,24
  98:3,5,12,17,20
  98:22 100:18,21
  104:11,13,19
  108:4,7,11 113:18
  113:25 114:3,4,5
  114:8,15 115:25
  116:9,11 117:11
  117:13,17 119:11
  119:16 123:23
  126:19 127:1
  128:15 130:8,14
  130:20,25 132:7
  132:11 136:3,22
  137:18 138:1
**pipes** 43:24 105:1,3
  105:14 110:23
  113:11
**piping** 97:11 132:2
  132:5
**place** 1:14 136:1,16
  140:11 154:9,11
**places** 93:15,20
**plaintiffs** 1:7,16 2:6
  5:2,8 28:9 33:17
  67:19 89:11,19

155:7
**plan** 14:21
**plant** 23:1,1 24:23
  143:25
**plants** 26:17 76:4
  149:20
**plastic** 8:20 31:16
  31:18,19,21 97:11
  97:12,13
**plastics** 10:4,5,9,12
**plate** 135:22
**plating** 29:23
**play** 99:10
**played** 100:4
**plaza** 1:14 154:4
**please** 5:24 25:24
  28:12 31:10 33:17
  81:19 120:15
  142:20 145:15
  150:2
**plug** 111:25
**plumber** 18:7
**plumbers** 93:10,17
  94:7,19 148:15,20
  148:21
**plumbing** 9:21
  10:10 57:3,7
  63:22 93:10 94:23
  132:3
**plus** 111:16 112:10
  112:12,23
**point** 16:16,24
  19:25 21:24 24:17
  52:24 55:5 59:23
  60:20 74:3 79:25
  90:16 102:25
  112:5,18 115:4
  121:8 122:5 124:5
  124:12 132:18
  133:1 139:10
  142:3 152:16
**pointed** 63:13
**points** 107:4 109:10
  110:8,9 111:15,19
  111:25 112:11,24
  115:6 127:21

**policy** 110:25 111:1
  112:6
**polyethylene**
  135:21 136:8
**polymer** 50:1 51:18
  51:19,20 52:9,21
  52:21 55:23 56:1
  135:9
**polymers** 52:5
**poor** 30:7
**porter** 1:21 154:3
  154:25
**portion** 138:22
**pose** 119:10
**position** 74:12
**possession** 147:15
**possibilities** 54:20
  55:3,4
**possibility** 37:4
  74:1 144:10
**possible** 37:3 50:6
  66:25 74:7 82:12
  88:17 102:24
  117:12
**potable** 19:1
  131:18
**potential** 17:25
  18:11 23:7 37:23
  39:18 50:20 54:5
  56:16,17 66:12
  73:20,23 86:10
  115:23 126:3
  130:19 133:3
**ppfa** 107:25
**ppi** 97:10,16 107:25
**predicated** 64:2
**predicting** 79:22,23
**predominantly**
  54:24
**prejudicing** 5:18
**premature** 137:2
  137:18
**premus** 65:13 69:3
  69:6,7
**prepare** 15:3,10
**prepared** 13:21

**present** 2:16
  151:12
**press** 119:11
**pressure** 18:22,25
  19:3,6,8,9 20:5
  43:18 45:13,13,15
  45:15,16,20 46:8
  46:23 47:13 51:5
  54:25 57:10 67:9
  71:19 110:5,6
  136:10
**pressures** 44:9
  110:2
**pressurization**
  19:15
**pretty** 42:5
**prevent** 30:23
  68:22
**previous** 73:5
  124:11
**previously** 9:17
  69:9
**primarily** 95:19
  97:5 100:14
**printer** 59:1
**prior** 11:11,22
  13:24 21:21 25:12
  25:15,17 47:19
  77:18 88:5 94:10
  139:4
**probably** 14:9,22
  20:22 38:18 40:18
  41:7 57:14 95:4
  105:22 110:11
  140:7 144:9
**problem** 22:25
  119:10 148:7
  151:16
**problematic** 72:25
**problems** 37:13
  84:17 86:10
**procedure** 1:18
  115:10
**process** 23:18,22,24
  23:25 24:5,8,14
  24:18,19 49:14,16

51:25 74:14 85:17
  85:19 86:4,6 87:2
  88:19 90:8 95:21
  110:25 113:10
  116:12 117:23
  133:8,20 140:19
  141:24 142:5
  150:15,18,18
**processes** 117:17
  146:23
**processing** 91:4
  95:20
**produce** 96:2 117:4
**produced** 9:7 13:6
  15:19 16:1,20
  58:12 59:13 61:1
  77:18 117:14
**producing** 117:5
  124:13,16
**product** 9:4,20
  10:18 13:7 14:2
  25:17 27:22 35:20
  38:15 39:23 40:10
  40:13 45:21 65:25
  68:6 73:10,24
  74:19 79:14,18
  80:1,7,9,10,11,25
  81:13 82:17,20,23
  83:12,16 84:23
  85:14 87:11 90:8
  91:5,15,22 95:23
  96:2 98:5 120:4
  122:11 123:12
  129:5,13 130:11
  131:6,25 148:7
  149:12 150:15,18
  153:4
**production** 149:6
**products** 9:6,17
  10:19 11:3 13:6
  13:15,16,24 14:4
  14:6,7 23:7,8
  39:10 40:2 52:7
  57:18,21 73:19
  77:4 79:24 86:11
  89:18,19,21,24



91:12,12,18,23
100:1 106:17
113:16 125:9
141:14 144:18
146:4 147:4,7,9,9
147:18 150:14
**profiles** 98:10
**progress** 16:20
17:8
**progressed** 79:5
**project** 9:15,16
11:4 76:12,25
79:2 81:3,8 88:6
90:11,20 91:10,21
95:16 99:21 100:6
100:12,16 101:13
101:24,24 122:21
123:9 126:8,17
147:25 148:1,3,4
148:6
**projects** 101:1
139:12
**promote** 98:14
**prompted** 36:24
131:4
**pronouncing** 75:15
**propensity** 116:14
**properly** 21:10
**properties** 52:12
**proportion** 138:21
**propose** 74:11
**proposed** 102:6
**propounded** 154:6
155:15
**protected** 15:24
70:16,19
**provide** 57:20
142:13
**provided** 34:12
59:17 76:9 77:3
96:4 99:15
**provision** 15:25
**provisional** 110:24
111:4,6,9,12,23
111:23 112:3
129:5,8,11

**psi** 45:23
**public** 1:21 154:2
155:23
**pulling** 18:8
**pulte** 6:21 103:13
**purchased** 11:19
24:4
**purchasing** 34:8
**purpose** 86:8
122:21
**purposely** 13:10,21
14:12
**pursuant** 1:19
**purview** 11:4
**push** 121:1
**pushing** 49:19
**put** 74:11 76:11,20
79:2 81:3 100:21
107:2 134:12
**puts** 49:11 135:14
**putting** 13:24 29:24
30:22 141:19
150:10,14
**pvr** 21:3

**Q**

**qualified** 119:25
154:2
**qualifies** 13:2
**qualify** 47:7
**quality** 33:2 68:19
69:7 79:21 148:7
149:15
**quantity** 36:16
**question** 8:5,6
10:20 19:12 24:2
25:24 28:6 31:10
36:2 37:9 39:5
41:13 45:3 53:23
61:22 73:18 80:3
81:19 83:10 94:18
105:8 118:5
119:25 127:22
131:5 137:7
142:21
**questionable** 54:13

**questioning** 85:2
**questions** 5:9 8:1
28:12,17 33:18
42:22 58:16 70:2
73:16 83:6 106:11
106:11,18 120:17
124:11 130:23
142:17 145:5,7,14
147:24 148:14
149:3,8,25 150:20
150:22 151:19,20
152:21 154:6
155:15
**quick** 28:6
**quite** 76:22
**quote** 34:10

**R**

**radiant** 131:1,2,16
132:6,10
**raise** 73:18
**raised** 130:4
**raising** 74:3
**ran** 36:22
**randy** 35:17,18
41:20,22,24 65:1
72:8 143:1
**range** 22:5 66:2
134:24 140:6,6,8
140:11 146:5
151:22 152:5,11
152:15
**rapidly** 19:10 80:5
**rated** 48:25 49:2
60:10 90:16
**rates** 98:18
**rating** 50:24 61:16
62:24 63:11,19
90:17 95:9,13
148:20,20
**ratings** 59:25 60:5
62:17,19 91:18
95:8 149:1
**rationale** 149:5
**ray** 1:3 155:3
**reaching** 123:19,22

**react** 52:22 95:5
**reaction** 45:19
51:11 52:24
**reactivity** 44:16
45:17,22
**read** 38:24 39:1
60:14 61:5 79:4
79:20 90:2 104:3
120:15 122:2
137:4,7 145:18
153:9 155:13
**readily** 16:23
135:11
**reading** 112:21
127:9 154:16
**ready** 28:14
**realistic** 118:5
**realize** 73:15 120:3
**really** 14:21 83:25
98:12 122:14
131:5 137:23,23
151:12,21
**reask** 94:18
**reason** 98:2 121:5
127:24
**reasons** 143:11
**recalculate** 112:1
**recall** 6:15,25 7:11
12:5,6 25:14
29:21 35:11 41:2
42:9,10 47:2,5
71:8 72:13 75:22
76:2,15,22 78:7
81:12 82:3,8
101:4,9 104:4
105:20 106:6,9
114:17 116:9
117:6 119:22
120:3 121:22
123:22 128:6
129:10,10 130:15
130:22 132:24,24
133:1 141:1
**receive** 8:14 42:4
**received** 129:19
**receiving** 28:25

**recipients** 123:5
**recirc** 64:11,16,16
**recirculation** 60:23
63:16,23,24 64:8
64:14,20
**recollection** 89:16
102:16 103:12,14
121:19
**recommend** 64:15
79:2
**recommendation**
64:8 76:20
**recommendations**
64:5 122:8
**recommended** 68:5
76:11
**record** 5:11 154:10
**red** 79:14 105:3,14
110:23 111:18
112:3 113:5,11,18
113:25 114:2,5,7
114:15 116:23
117:11,13 118:3,4
119:11 122:12,18
125:4,4,8 131:17
132:1 147:3,7,22
**redirect** 3:8 152:22
**reduce** 133:20
136:17
**reduced** 118:3
154:9
**reduces** 51:24
**reducing** 140:22
**reductive** 50:19
**refer** 78:2
**reference** 12:24
72:18 143:2,3,5
**referenced** 146:5
**referring** 12:23
62:23 63:10,18
78:15 102:17
103:25 118:16
**refers** 61:6 62:3
150:4
**reflects** 146:4
**reformulate** 74:7



74:12,19 76:7 80:24
**reformulated** 24:16
**reformulation** 74:5
74:25 75:8 76:21 76:25 80:17,23 81:1,8 88:5 90:7 90:11,17,20 91:10 91:21 95:16 99:2 99:21 100:6,12,16 101:25 122:21 123:8,11 147:25
**regarding** 24:23 25:4 58:20 63:14 65:14 77:4 84:8 89:18 100:12 155:13
**regardless** 71:12 76:1,25
**regards** 76:3
**region** 133:13
**regions** 69:21 70:25
**reinstate** 118:21
**reinstated** 119:8
**reinstatement** 118:19 119:12
**relate** 80:8
**related** 6:6,9,12 128:10 154:12
**relating** 154:6
**relation** 50:21 136:2
**relationship** 19:14 45:7 52:14 76:18 77:5,8 79:7 138:21
**relevant** 90:4
**relief** 71:19
**remember** 27:12 64:1 72:3 102:22 102:23 103:10 106:10,24 125:25 128:4 132:15,20 148:16 149:8
**removal** 51:19
**remove** 143:2,5

**removing** 52:20
**repeat** 25:24 74:14
**repeated** 150:11
**rephrase** 81:19
**report** 3:17,23,25 27:15,18 61:11 119:7 126:7 128:4 128:12 129:19 141:3 145:20
**reported** 75:19 84:7 154:8
**reporter** 1:21 8:2 154:2
**reporting** 1:24
**reports** 41:1 106:3 106:5,7 129:21 147:20
**represent** 5:8,14 59:17 68:2 141:14
**representative** 90:23
**representatives** 20:4
**represented** 40:19
**request** 34:10 40:24 41:20,22 84:23 94:1
**required** 71:21
**requirement** 68:9 68:10,12 79:9,12 104:13,15 105:2,4 105:15 112:22 114:1 128:18
**requirements** 33:7 34:23 35:3,4 36:25 38:9 70:13 71:23 74:9 77:14 80:12 91:6 107:2 108:8 109:25 110:14 114:19 118:18 122:13 125:1,2,3,6,10 129:14 130:11 131:9 132:22 140:16 141:17 143:17 147:5

152:13,17,18
**research** 139:12
**residence** 20:5 154:25
**residential** 13:8 57:2,6 63:22 94:23 132:3
**residue** 46:22 55:24 56:9 138:20
**resin** 24:12 95:16 95:20 96:4,6,8,11 96:14,15,16,18,19 96:21 97:2,4,13 97:15 98:2,3,9,16 98:21,22,23 99:11 99:14,16 104:12 104:20,22 105:16 120:24 121:3 133:19
**resins** 97:4
**resistance** 19:3,15 47:24 48:2,10,23 48:24 52:10 61:24 62:7 68:15 74:13 76:8,18 77:6,20 78:4,12 79:9,12 91:8,13 92:23 99:9,10,15,20 104:10,19 113:12 124:23,24 125:7 129:3,6,9,14 130:12,25 131:6 132:22 133:2,3 136:8,18,22 138:11 143:14,17 147:4,12 148:16
**resistant** 30:1
**respect** 62:14 77:24 87:24 125:24 126:8 147:22 148:15,24 149:15
**respectively** 105:5
**respond** 7:25 131:9
**response** 69:3,14 73:14 154:6
**responsibilities**

27:25
**responsibility** 9:14 40:16
**responsible** 64:25 65:5 86:12 144:19
**rest** 83:17
**restrictions** 64:19
**result** 66:22 67:11 113:14 117:18 119:24 148:3
**resulted** 42:13
**results** 35:23 42:6 70:12 99:19 104:9 106:8,10,12,22 113:14 125:16 127:5,13,14 150:11
**retail** 93:15 144:16
**retailers** 93:19
**retested** 113:19 125:9
**retired** 144:2,4
**return** 16:4,4 22:21 25:4 54:11 85:14
**returned** 13:16 14:7,14 19:17 20:13 25:22 26:2
**returns** 21:13,22,25 22:6,10,13 23:3 23:15 26:17,23
**review** 15:12 23:24 28:13 42:21 58:3 102:10 142:20
**reviewed** 15:13 90:4 120:14 129:21
**reviewing** 129:18
**revoking** 129:15
**right** 7:21 23:23 27:22 30:13 41:16 46:10 47:21 54:18 56:25 59:1 66:5 68:22 74:21 75:10 75:15 77:14 78:19 87:12 91:9 97:14 100:2 103:4

113:20 115:11 123:6,9 124:14 126:4,14,20 128:18 130:4 145:5,21 146:2,7 151:24
**rights** 5:18
**righty** 145:13
**risk** 36:13,16 74:5 74:24 129:15 152:19
**road** 151:17
**robert** 1:4 155:4
**role** 10:13,16 38:19 75:25 86:16 95:18
**room** 18:10
**rooms** 11:10
**root** 13:3 16:6 17:13
**rotating** 135:13
**rough** 18:7,13
**routine** 25:13,13
**rule** 56:18
**rules** 1:17 7:24
**run** 22:17 55:1 60:1 60:8 62:21 69:24 104:11,19 109:7 109:18,23 129:15 152:19
**running** 17:17 43:24 54:14,16 59:1 107:4
**rupture** 136:19

---

**S**

**s** 3:10 4:1
**sale** 100:21
**sales** 93:13 144:16 144:17
**salespeople** 98:16 144:14
**sample** 17:3 19:17 30:8 50:9 56:20 109:18 115:4,20 115:21 116:18 117:13,15 119:12



126:24 142:13
145:24
**samples** 13:10,12
13:20 14:10,12,17
17:4 25:11 29:17
34:9 36:20 42:1,4
76:13 77:21 78:14
78:14 109:14
116:14 126:20
127:6,15 128:16
128:16 141:5,6
146:16,18,23
**sampling** 116:23,24
**san** 6:21 7:7 73:6
84:3
**sarah** 1:4 100:15
155:4
**save** 140:22
**saw** 35:7 80:10
103:11 106:7
111:6
**saying** 74:16 80:16
92:18 93:21,25
94:15 95:2,12
113:4 123:19,23
132:21
**says** 44:15 60:20
61:15 69:15 79:10
102:8,13 104:10
104:18 105:1
110:22,23 113:10
113:25 118:15
119:4 120:23
127:5,17 136:25
141:15
**scale** 29:16
**scc** 39:9
**schedule** 102:8
**school** 8:16
**science** 8:13
**scientific** 113:1
**scission** 52:1,2,4,15
52:16,18
**scott** 22:14,17 25:7
25:9 27:16,19
86:3

**screw** 133:19,21,25
134:2 135:13
**screws** 135:2
**sec** 30:8,13
**second** 6:20,21
27:13 34:15 36:11
43:6 47:18 76:14
104:9 110:21,22
113:24 124:7
126:9,23 127:4,12
129:3 145:16
**secondly** 36:11
**seconds** 30:13
**section** 17:5 29:14
29:15 113:23
115:16 120:13
121:9
**sectioning** 17:9
**see** 14:25 16:23
17:17,19 18:18
19:11,21 28:21
36:14 39:7 41:1
45:23 46:16,17
53:19 55:16 58:25
61:13 70:22
104:20 107:24
131:16,17 145:24
**seeing** 36:19 70:12
95:5 103:14
119:22 121:19
128:4
**seen** 45:6 53:2,3
59:7 67:15 85:12
105:12 121:18
138:2
**select** 13:12 116:20
**selected** 113:12
114:3 116:1,2,9
116:11,22,25
117:3
**selecting** 95:15
**selection** 99:11
116:12
**sell** 12:7 36:13
108:4
**sellers** 72:15

**selling** 11:22,25
12:2,12 65:3
130:7,14 144:19
**send** 14:11 20:3,18
21:1,7 22:25 42:1
42:1,6 115:21
**sending** 22:21
**sense** 86:23
**sensitive** 36:23,23
**sent** 22:10 46:12
86:2 123:6 142:25
**sentence** 30:6 43:6
43:9 77:16 102:7
113:25 127:5,12
142:22
**separate** 109:25
139:3
**series** 62:7 109:24
**service** 69:19
**services** 20:1
**set** 22:12 140:17
**seven** 115:17
117:10
**severely** 17:18
**severity** 20:2
**sewing** 19:1
**sexton** 1:11 3:2 5:1
5:7,19,24 6:1
41:12 42:20 154:4
155:12,18
**sf** 99:19
**shamberg** 2:2 3:5,9
5:6,7,12,23 12:11
15:17,22 16:2
18:17 23:14 24:3
24:25 25:8 28:8
28:11 31:3,7,15
33:16 34:6 36:3
37:16 38:4,24
39:2 41:7,11
42:19 45:4 51:12
53:24 56:15 58:12
58:15,18 60:17
63:4,8,9 65:11
66:17 67:4 69:2
70:10 71:11 75:5

77:11 78:18 82:1
83:4 84:15 85:5,8
86:24 87:23 88:3
89:10,23 93:7
94:13 97:21 99:24
101:16 102:20
103:8 105:7,11,19
109:17 114:13
115:14 116:6
119:2 120:9 121:6
121:14 122:10,23
124:6,9 125:20
127:23 128:3,11
128:22 133:7
137:10,22 140:4
141:20,22 142:19
145:4 146:10
148:9 151:2
152:23 153:7
**shape** 49:20
**share** 89:6
**shared** 88:21 89:1,4
**sheer** 133:20 134:6
134:10,10,12
135:14
**sheet** 155:16
**shes** 5:16 103:25
**shift** 19:22 143:9
**shifted** 143:7
**shipment** 18:9
**short** 41:10 85:7
124:8 145:10
152:25
**shorten** 52:11
**shorter** 51:23,24
**shorthand** 154:8,10
**shortly** 105:22
**show** 42:17 49:23
**showed** 79:7,8
122:19 150:11
**showing** 40:7 77:20
78:12 128:23
**shown** 17:16 97:9
121:7 126:6
129:12 130:10
**shows** 29:15 54:13

55:12 78:24 79:13
79:14 106:13
117:12 126:24
**sic** 69:21 123:12
**side** 59:1 122:6
**sign** 153:10
**significance** 63:25
138:3
**significant** 36:14
36:17 39:7,9
42:14
**significantly** 67:20
**signify** 94:8,16,20
94:25
**signing** 154:16
**similar** 10:7 111:25
113:13
**similarly** 1:6 29:18
70:18 155:6
**simply** 60:24
149:23
**single** 63:2
**sir** 6:19,24 7:2,10
7:23 8:11,18 9:10
9:19,22 10:1,6,8
10:11,23,25 11:2
11:13,16,24 12:10
12:19 15:1,11,16
18:16,21 20:8
21:12,20 22:1
23:13 24:7,11,13
26:13 27:6,20,23
28:16,23 29:11
30:12,14,18 31:6
31:17 32:5,17,23
33:12,20 34:13
35:15,21 36:2,6
37:2,15,18 38:2
40:1,9,22 41:6,17
42:24 43:21 44:8
44:10,24 45:12
46:3,7 47:4,6,22
47:25 49:3,6,15
50:23 51:7 54:6
55:9,11 56:6,14
56:23 57:4,8,16



57:19,23 58:6,8
58:22 59:3,6,9,12
59:16 60:16 62:12
63:12,17,20 65:10
65:16 66:6,11,16
67:18,22 68:23
69:1,5,10,13
70:20,24 72:6,21
72:23 73:1,9,12
73:17 74:20 75:1
75:4,11,13,24
77:10,15 78:1,20
80:19,22 81:14
84:21 86:7,17,20
87:13,19,22 88:8
88:24 89:2,5,13
90:3,6,10,15,19
90:21 91:16 95:10
95:14,17 96:5,7
96:10,13 97:23
98:1,6 99:12,23
100:3,11,13,19,23
101:11 102:19
103:7,16,19,23
104:21,25 108:14
108:23 109:6,21
110:20 112:14,16
113:3,7,21 114:21
117:19 120:8,11
121:13 123:25
124:15 125:14,17
126:1,5,12,15
127:2 128:20
129:22 130:1,5,9
132:14 133:6,22
134:20 135:6,17
136:20,23 137:13
137:21 138:2,7
139:5,9,20 140:24
141:10 142:2,10
143:15,21 144:5
144:24 145:1,22
146:1,14,17,21
147:1,6,13,16,19
147:23 148:2,5,18
148:23 149:2,17

150:6 151:3,25
152:3 153:3,6
**sit** 101:2
**site** 16:21 20:4
**sites** 13:21,22
**sitting** 39:15 45:9
  50:7 109:2
**situated** 1:6 155:6
**situation** 71:25
  131:10,16
**situations** 61:3
**six** 41:19 64:6
  74:14 115:6
**slab** 60:2
**slide** 136:10,11
**slight** 17:20 19:10
**slip** 136:1
**slit** 54:13,15
**slotted** 131:15
**slow** 99:3,5,6
**small** 53:2,8
**smallwood** 81:5
  143:24,25
**sminkey** 1:3 155:3
**soffa** 1:21 154:2,22
**sold** 37:1,3 40:2
  47:19 150:17
**sole** 66:25 68:19
  80:1
**solution** 138:17
**soon** 14:5
**sorry** 21:5 84:25
  126:22 127:9
**sort** 23:23 40:15
  50:11 55:21 56:11
  56:24 76:19 88:17
  131:15 135:25
  140:11
**sound** 22:4 41:16
  113:1 118:4
**sounds** 81:11 84:8
  84:25
**source** 32:3 34:5
  72:12
**sourced** 12:13,14
  12:18 32:12 33:24

**sources** 18:11
  32:15 33:2
**sourcing** 32:21
**sourcings** 34:8
**south** 1:25
**southern** 60:12
**space** 60:8 62:22
**spaghetti** 135:22,25
**speak** 15:2
**speaking** 18:1
  44:14
**special** 139:12
**specially** 119:7
**specific** 28:17
  35:13 56:20 69:19
  72:12 82:3 87:10
  87:10 93:2 97:5
  120:21 141:1
**specifically** 41:20
  41:22 43:4 67:25
  72:3 86:18 89:21
  89:25 94:6 98:9
  99:6 121:16 128:6
  131:1 149:4
**specification**
  140:17
**specifications**
  16:18 33:7
**speculating** 88:13
**speculation** 88:15
**spelled** 52:1 53:17
**spent** 26:1,5,9
**split** 16:14 48:18
  52:23 55:1
**spoke** 15:9
**spot** 72:20
**stability** 65:14,25
  66:4 68:6 75:12
  79:5,17,25 80:7
**stabilization** 70:3,7
  127:7,16 128:8
**stabilized** 56:12
  66:7,10,13 67:1
**stabilizer** 127:18
**stable** 136:3
**staff** 38:21

**stage** 53:5
**stages** 53:4
**standard** 38:8
  50:14,16 79:13
  80:18 151:1
**standards** 19:14
  68:20 70:14,15
  80:12 82:14,16,20
  82:24 83:12 108:5
  139:18,21 147:12
  148:16
**stands** 29:22
**start** 8:17 9:23
  19:20 22:6,21
  31:16 52:11 65:17
  81:20 85:18
  150:23 152:8,9
**started** 8:23 10:2
  22:8,8 25:20 33:4
  58:1 114:23
  146:24 149:22
**starting** 25:19
  134:3
**starts** 44:13 59:23
  113:23 120:22
  127:12
**state** 5:24 40:4
  45:23 51:17 65:24
  154:3 155:24
**stated** 13:5 16:10
  64:15 68:4 79:1
  83:10 100:9 111:6
  111:12,15 114:23
  119:21 124:12
  126:16 149:17
**statement** 5:11
  46:15 60:24 79:4
  81:10 111:23
**statements** 60:13
**states** 1:1 62:16
  77:3 118:15 155:1
**status** 102:5 113:23
**steady** 69:23 70:22
**step** 47:18 79:19
  85:18 93:17
**steve** 28:20 75:14

75:17,18 76:6
**sticks** 50:5
**stop** 54:18 115:24
  117:5 124:16
**stopped** 21:25
  124:13
**stopping** 124:5
**storage** 18:10
  117:11,17
**strands** 135:25
**stream** 69:23 70:22
**street** 2:12
**strength** 51:24 52:9
**stress** 35:3 37:22
  38:10 67:8 110:13
  137:2,11,14,16,18
**strictly** 38:20 79:21
  79:24
**strike** 20:14 27:21
  66:7 82:18 104:5
  109:11 121:8
  141:20 150:23
**stud** 17:21
**studied** 39:18 89:14
**studies** 39:12 45:6
  79:8 136:25
**study** 79:5
**studying** 45:6
**subject** 75:7 129:2
**submit** 98:3
**submitted** 13:21
  17:3
**subscribed** 155:20
**substantial** 150:9
**suffer** 37:6,12
**suggest** 39:7 43:7
  43:11 46:19 55:14
  74:10 127:5,14,19
  130:1,6
**suggested** 114:24
**suggesting** 35:24
  63:2 83:15
**suggestion** 81:2
**suggestions** 118:12
  121:11
**suggests** 17:18,20



36:9,14 54:21 82:24
**suit** 154:13
**suitable** 59:25 60:6 62:18,19
**suite** 2:3,8,18
**summary** 60:19,20 61:5,14 63:14 127:4
**sunlight** 14:19
**supplied** 34:1,2 38:1,12
**supplier** 98:2 104:22 120:25
**supply** 34:5,8 117:23 118:1
**supported** 46:21
**suppose** 43:6
**sure** 7:24 10:20 24:2 34:23 37:9 38:20 45:3 47:9 47:11 53:23 61:11 61:21 63:4 81:18 89:24 94:12 96:24 96:25 97:20 98:20 102:24 105:9 112:6 140:15 141:13
**surface** 17:10 43:11 50:6 53:8,10
**surfaces** 127:6,15
**sworn** 5:3 154:5 155:20
**system** 11:8 60:9 63:23,24 64:8,11 64:20
**systems** 60:9,23 63:16 64:14,16,16 131:4

**T**
**t** 3:10 4:1
**table** 80:4 126:23 126:24 145:23
**take** 8:2,4 16:16 17:4 19:21 28:12

33:17 42:17 50:24 51:1,2,5 74:18 79:19 80:2 81:10 85:24 90:11 110:8 111:24 116:14 138:19 145:7,8 150:2
**taken** 116:18 118:6 119:24 155:14
**takes** 74:22
**talk** 24:17 63:6 104:6 120:12
**talked** 45:18 54:4
**talking** 18:12 50:13 54:2 67:15 102:6 125:22 141:4 148:17
**tanks** 71:20
**tapered** 27:1
**target** 98:8 140:7
**targeting** 140:10
**targets** 140:17 141:17
**tea** 29:15,17,17,20 29:21 30:8,16,20 30:22 150:4,8
**tech** 20:1
**technical** 90:23 98:14
**technician** 8:25 9:2 9:18
**technicians** 23:2 26:19,25 27:8,10 27:14 85:22
**technology** 76:4 150:8
**tell** 15:5 18:22 50:10 54:19 98:15 116:13
**telling** 80:5
**temperature** 44:11 44:12,17,18 45:16 45:19 46:2,23 47:2,12 60:3 110:5,6 133:11,16 134:9,17,21,24

135:1,3
**temperatures** 43:18 57:10 60:10 110:2 135:8 136:13
**tend** 52:12 136:9 140:7
**tendency** 137:15 152:9
**tends** 43:23 136:16
**term** 44:23 51:25 56:24 62:1 137:11
**terms** 17:24 23:23 93:2 131:24 138:11 141:16
**terra** 54:11 65:14 65:25 66:5 68:6 68:17 69:16,21 70:17,18 73:19,24 74:6,12 75:7,12 76:7,16,20 77:4 77:12,17,24 79:11 80:17,24 81:7,12 81:13,16,22 82:23 87:14 104:11,12 104:19 105:1 106:15 114:25 116:25 125:23 126:25 131:18 132:1
**test** 19:4 35:23 37:20,21,22 38:9 41:1 61:11 62:5 69:17 79:20,21 97:25 98:4 99:6 104:9 106:12,13 106:24 107:4,12 107:18 108:2,11 108:19,20 109:19 110:4,7 111:14 113:6,20 114:24 114:24 115:1,10 125:16 129:18,21 147:18,20
**tested** 13:6 48:9 61:23 68:15 98:13

105:15 114:2 127:1 143:19
**testified** 5:4 41:13 94:7 98:19 103:10 141:23
**testify** 118:8 154:5
**testimony** 7:21 94:10 124:11 152:24 153:1 154:8,9,11
**testing** 9:5 13:15,23 14:5 26:17,21 35:2 38:23 39:10 39:22 40:19,23 65:23,24 68:13,14 74:13 76:16 77:14 80:4,13 85:13 98:4 99:19 106:25 107:1 110:1,10 111:13 112:22 113:12,14 114:4 114:14 115:22,24 119:16 125:15 128:15 129:12,17 130:10 139:3,10 139:15
**tests** 37:25 38:11 97:5,6,17,22 109:7,13,24,25 114:8 119:16 138:25
**texas** 6:21 84:1,1
**thank** 59:19
**thats** 13:1 17:3 18:3 19:22 20:6 21:16 22:15 32:20 34:2 34:2 35:16 36:24 37:4 39:23 48:11 50:6 52:1 55:21 55:25 56:3,16,17 57:17 61:10 62:4 62:6,23 63:8 64:24 74:18,21 80:1 82:22 83:15 83:19 84:7 85:5,6 86:2,16 88:16

90:1 91:17 97:15 103:1 108:6,17 109:2,10,13,20 110:17 115:9 117:4 118:10 119:20 123:7 127:1 128:13 129:18 131:4 132:4,9 138:23 144:10 145:4 146:8 149:24 151:18,23 152:14 152:20 153:7
**theres** 28:19 50:16 117:15
**theyre** 61:24 79:17 139:20
**thing** 17:19 45:20 49:4 55:7,10 79:14 120:12,16 137:6 148:24
**things** 16:22 26:22 36:10 43:3,14 110:5
**think** 19:12 82:3 86:23,25 87:17 94:7 100:9 104:3 109:25 116:16 117:22 119:3 120:4 124:1 131:22 142:16 144:10 151:6,23
**thinking** 70:1
**third** 7:5,6 43:5 80:14 120:22
**thirdparty** 68:20 77:13 82:13,16,19 104:8 108:5 114:15 118:13 132:17 153:4
**thought** 35:7 124:2 130:16
**thousand** 10:16
**threaded** 134:1
**three** 6:14 48:5,8 48:17 90:13,14



102:1,9 103:4
106:14 115:19,19
116:16 141:1,12
145:8
**threeminute** 85:4
**threequarter** 54:11
**threshold** 141:7
**throw** 118:21
**throwing** 118:23
**thrown** 119:14
**tie** 19:16 49:9
**tim** 27:12
**time** 1:13 8:4,19
9:9 11:19 12:6
16:19 19:6,11
21:1,15,24 22:7
23:21 25:21 26:1
26:5,9,14 28:13
35:8 38:17 40:14
41:8 48:16,17,20
55:6 62:8 64:2
65:2,25 67:13,14
68:7,17 70:21
71:3 72:19 74:18
74:23 75:18,21
78:21,22 79:11,25
80:23 81:8,18,23
82:4 85:3,24
101:22 104:3
105:13 106:5
107:1 110:12,15
110:16 111:13
112:1 116:17
120:5 125:24
126:2,19 128:5
129:7 130:5,22
132:18 133:2
136:13 144:5
154:9,11
**timer** 63:24,25 64:1
64:6,17
**times** 6:4 25:14,16
26:22 32:12 66:4
106:14 147:10
**title** 10:2 58:24
75:20 101:23

144:15
**tjb** 1:8 155:8
**today** 15:3,10 36:4
39:15 40:7 45:9
57:23 80:7 109:2
113:24 125:21
152:25
**todays** 5:17 62:7
**told** 42:7 72:3
144:9
**tom** 65:2 72:9
142:25 144:9
**top** 30:5 59:21 81:4
113:9
**total** 96:4,18 98:20
99:15 104:20,22
105:16 135:2,12
**touch** 144:25
**touched** 135:18
**tracing** 85:13
**tracked** 142:5
**tracking** 86:4,9
**trades** 9:4
**traditional** 62:4
**train** 26:24
**trained** 23:6
**training** 26:18
**transcript** 8:3
154:10 155:13
**transcription**
155:15
**transferring** 149:5
**transition** 9:13
**transitioned** 40:16
**transitioning** 26:16
**translates** 61:11
**treatment** 30:9
**trend** 23:23 87:14
87:17 112:19,19
**trends** 86:13 115:3
**trial** 7:22
**tried** 151:6
**tries** 51:16
**trouble** 30:15 72:20
**truck** 18:8
**true** 57:17 125:3

154:10 155:14
**truth** 154:5,5
**try** 22:24 23:5
81:20 93:8 137:8
152:11
**trying** 13:25 46:11
46:14 138:15,15
140:16
**tube** 49:20 62:7
**tubing** 6:10,13,18
6:23 7:9 10:22
11:15,17,22,23,25
12:2,8,12,13,18
12:21,22,23 13:3
16:4,5,10,12,17
16:19 17:12,15,15
17:18 18:6,14,20
19:1,8,17 20:7,13
20:15 21:10,11,14
21:16,24 22:22
23:24 24:6,16,19
25:5,10,18,23
26:2,6,10,21 27:5
27:22 41:15 44:6
47:8,15,16,20,24
48:2,22,23 49:1,2
49:12 53:10,12
54:12,13,22 55:1
56:10,12 57:2,15
58:24 59:8,21,24
60:1,20,25 61:15
61:16 62:11,16,23
63:21 64:13,19
65:4,15 66:5,7,9
66:14 67:1,11,20
67:23 68:10,13,20
68:21 70:7,16,19
71:19 72:15,25
73:11 77:13,17,25
80:17,21 81:17,22
87:11,15,25 89:14
90:16 93:1,13
95:24 96:3,9,12
104:23,24 110:14
116:1,23 117:1,3
120:4 122:12,12

123:13 124:14,16
124:23,25 125:9
125:23 129:13
131:12 132:21
133:4,11,15 136:5
136:6,8 137:1
138:5,9,13 139:1
139:19 141:6,11
141:25 142:12,13
143:14,18 144:18
146:12,22 147:4,7
147:9,22 149:21
150:25,25 151:11
151:14,16,22
152:10
**tubings** 20:10
**tuesday** 1:12
155:14
**turn** 29:12 36:7
64:11 110:21
145:15
**tweaks** 69:25
**twentyfive** 145:18
**twentysix** 8:22
30:10
**twice** 74:19
**two** 10:16 26:11
27:11 32:9 37:20
39:20,22 58:23
72:9 73:4 79:16
85:3 93:14 102:12
130:2,3 139:14
144:2,3
**tying** 74:2
**type** 70:23 87:6,15
92:22 97:6 141:17
**types** 60:8 93:12
**typewriting** 154:9
**typical** 16:8 132:2
**typically** 20:18
60:9 97:8 110:11
131:3,18 132:5,10
152:11

---

**U**

**uhhuh** 59:22 62:2

62:15 81:6
**ul** 107:20
**ultimately** 96:15
99:14,17 115:25
116:1 146:19
148:4
**unacceptable** 57:14
**uncoated** 29:19
**undergone** 97:5,17
97:22
**underlying** 31:1
**underprotected**
69:21
**understand** 8:7
10:20 19:14 24:2
37:9 46:11 53:23
59:13 81:18,21
83:20 84:9 93:6
94:12,16,24
119:19
**understanding**
12:22 39:11 54:8
77:7 86:8 92:4,6,7
92:9,11 111:8
129:8 137:9
**understood** 8:7
47:9
**undertake** 91:10
**undetermined**
154:7
**uniform** 30:24
150:12
**unique** 85:22
**united** 1:1 155:1
**unprotected** 127:7
127:15
**unusual** 118:19
**updated** 102:13
**upper** 140:5
**usage** 60:1,12 61:17
62:18
**use** 9:21 14:3 31:22
57:2,6,15 60:11
61:17 62:14 63:1
63:21 64:19 67:23
96:11,14 115:5



131:3,19,23
132:11
**user** 93:3
**users** 92:9 93:3,6
94:22
**usually** 53:2
**uv** 69:25

---
**V**
---

**v** 155:14
**valentine** 100:25
101:19 130:3
**validity** 79:22,22
79:23
**value** 44:4 80:3
99:5
**values** 76:17 77:5
**valves** 71:19 149:20
**variation** 140:18
**variety** 14:20 31:14
54:1 91:3 110:1
**various** 118:12
126:19
**vegas** 29:8 36:22
84:5,5,9
**veracity** 127:24
**verbally** 8:1
**versus** 34:5 45:11
48:23 131:13
**vertical** 58:25
**view** 47:7 137:24
**viscus** 135:10
**visible** 16:13
**visual** 16:9 53:3
54:12
**vs** 1:7 155:7

---
**W**
---

**w** 2:3
**wacker** 2:3
**waived** 154:17
**walk** 85:16
**wall** 16:12,14,22
17:6,16,23 43:10
49:11 54:14,16,25
55:13,17

**want** 5:10 8:8 12:23
15:5 16:3 19:13
28:6 39:13 42:7
43:4 54:7 68:22
68:24 69:16 74:19
84:19 89:6 92:18
93:21,25 94:4,15
101:12 115:18
117:9 120:12,15
120:16,21 124:10
129:3 142:24
145:7
**wanted** 65:17 95:8
**warehouse** 117:15
**washington** 2:18
**wasnt** 15:21 80:16
92:22 95:11 105:7
105:9 107:8 122:4
122:14,16 123:10
124:2,3 149:23
150:9
**water** 19:1 43:8,11
43:13,14,23 44:1
44:5,11,12,18,20
44:23,25 45:11,13
45:15,21,23 46:1
46:5,9,14,19,20
46:24,25 47:1,2,8
47:11,14 48:14,15
48:16,19,20,24
49:1,4 50:13,15
50:25 51:3,6,8,15
53:9,12 55:15,25
56:2,5,22,24
57:11,12 60:1,2,4
60:6,7,9,22 62:18
62:20,21 63:15
64:10 69:19,22
71:1,5 73:20,23
73:25 131:3,18
132:2
**way** 21:9 23:20
30:5 53:17 66:21
70:3 92:20 93:8
100:16 112:7
135:9 138:4

141:18 143:22
151:8 154:14
**ways** 142:4
**weak** 127:21
**weakening** 51:22
**weaker** 52:25,25
**weatherability** 74:8
74:17 91:7
**week** 30:10,11
**weekend** 102:3
**weigh** 138:20
**welcoming** 73:15
**wellrespected**
125:12
**went** 21:15 29:6
91:1 106:1
**weve** 56:25 99:4
**whats** 8:12 29:20
43:16 49:7 50:18
51:8 52:3 53:21
56:7 63:25 67:14
83:20 86:8 133:23
138:3 152:5,6
**white** 46:22 105:1
106:15 126:25
131:17 132:1
141:6
**whitish** 55:13,23
56:9
**whos** 25:3 75:17
**wide** 31:14 149:23
**wisconsin** 2:17
**wish** 131:23
**withdraw** 113:19
118:20
**withdrawing**
113:15
**withdrawn** 114:6
119:9
**withstanding** 35:16
128:12
**witness** 1:16 5:2
150:3 153:11
154:16 155:23
**wk** 30:8,10
**wonderful** 102:3

**wondering** 19:16
85:2 106:16
**wont** 82:20 132:11
**word** 43:17 53:13
79:23 97:15
**words** 13:25 91:25
136:6
**work** 8:17 10:12,13
64:10 76:12,15,22
76:23 85:19 100:7
109:22 134:12,15
135:14
**worked** 9:20 100:8
144:17
**working** 8:19 9:23
10:9 71:23 74:10
74:17 76:6 120:25
123:8 143:2,5
144:1
**works** 133:10
**world** 2:12 22:8
88:17
**wouldnt** 32:14
44:23 66:19 69:15
87:4 94:8 97:16
131:25
**wouldve** 22:5
**write** 86:1 119:20
**writes** 102:1
**writing** 102:12
**written** 71:24 81:10
83:12 105:13
107:25 108:20
139:20
**wrote** 28:20 30:5
73:22 78:19 106:2
128:24 129:7
130:12

---
**X**
---

**x** 3:1,10 4:1 45:23
**xray** 34:20
**xrf** 34:21
**xylene** 138:13

---
**Y**
---

**yeah** 18:10 25:25
63:4 129:10
**year** 25:16 33:11
41:15,19 111:7
113:12 119:21
**years** 8:22 20:22
26:11 33:13 61:4
67:16,17,21,24
68:3,17 69:18
70:6 90:13,14
104:14,17 105:4
106:25 109:9,12
109:13,19 114:1
116:16 117:6
124:13 130:2,3
139:14 141:2,12
144:2,3
**yesterday** 15:4,14
102:14
**youll** 136:12
**youre** 13:25 16:4
18:1,12 19:1
27:22 28:14 30:22
34:11 36:4 43:24
43:25 48:21 49:19
50:9,10 52:12,20
54:8,10 64:7 66:3
67:15,19 73:10
74:2,10,17 80:16
86:18 87:11 88:13
89:24 91:3 98:9
98:19,19 106:25
106:25 110:1
112:6 113:4
116:16 121:16
133:24 134:3,4,9
135:15 137:8,9
138:9,12 152:8
**youve** 8:12 70:9
73:2 102:9 142:8

---
**Z**
---

**zurn** 29:1,4,5,6
84:8

---
**0**
---



MAGNA
LEGAL SERVICES

**0** 48:6,8
**04** 73:14
**05** 77:19
**071163** 128:17
**09** 34:15

---
**1**

**1** 47:23 48:7,12,14
   48:22,25 54:14
   61:22 92:10,16
   153:12
**10** 26:3 44:16,17
   65:25
**100** 48:19
**1000** 62:7 64:2
**1006** 47:20 57:17
   59:24 60:21,25
   61:7,15,19,20,22
   62:17,24 63:11,19
   63:21 64:13,19
   90:17 96:3,9,18
   99:16 100:18
   104:24 123:13
   133:11 135:5
   147:8,22 148:7,20
**101** 3:21
**101593** 4:4
**103** 3:22
**11** 1:12 43:2 155:14
**11th** 154:4
**12** 65:19 74:14
   153:12
**125** 3:24
**128** 4:3
**13** 126:10 141:4
   145:21 149:19
**137871** 1:8 155:8
**13th** 34:16 35:22
**14** 35:2,4 36:25
   37:21 38:8,10
   40:20
**140** 48:18 62:9 64:3
**140degree** 48:15,20
**142** 4:5
**1448** 1:24
**145** 3:7

**14th** 36:8 39:6
**15** 26:7 65:19
   109:25 110:8,8,14
**1516** 2:12
**152** 3:9
**16** 65:19 73:14
**17** 3:12 28:9,10
   150:1,4
**18** 3:13 33:15,17
**19** 3:15 42:18
**1950** 6:1
**1974** 8:15,16
**1998** 146:6,12

---
**2**

**2** 76:9 110:22 113:9
   145:23
**20** 3:16 26:8 38:18
   58:9 155:21
**200** 2:18
**20016** 2:18
**2002** 9:24 12:3
   25:21,25 32:11
**2003** 141:12 146:7
   146:12
**2004** 77:19 104:12
**2005** 104:20 105:16
   114:2
**2006** 11:18 21:13
   21:21 24:4 41:13
   47:19
**2007** 128:25 129:25
   130:7 132:18
**2008** 28:21 30:6
   71:9 75:7 77:23
   81:13 105:23,25
   113:13 114:9
   116:2 119:9
   125:22 126:10
   129:24 141:4
   144:3 145:21
**2009** 10:15,17,18
   25:19 88:7 90:9
   103:20 116:2
   120:2 121:20,24
**2010** 116:3 142:25

**2011** 43:2 46:12
**2012** 22:4,5,19,23
   23:16 25:10,12,15
   25:17,21,25 26:4
   26:15 38:18 40:6
   41:14 90:14
**2013** 22:5 26:12
   32:22 38:18 40:6
   40:18
**2014** 26:12
**2016** 1:12 154:5,20
   155:14
**2023** 68:16 70:13
   108:20
**2024** 154:24
**20th** 76:5
**21** 3:18 65:9 154:18
**211** 2:3
**22** 3:19 75:3
**2200** 2:8
**23** 3:21 99:19
   101:14
**2345** 2:8
**23rd** 28:21
**24** 3:22 43:2 103:6
   110:11
**2480** 96:17
**25** 3:24 48:15,16
   62:9 64:2 125:18
**26** 4:3 30:8,10,11
   128:21
**27** 4:5 142:18
**28** 3:12
**2812228125** 4:5
**29** 43:2 46:12
**2922000** 2:9
**29th** 6:1 42:23

---
**3**

**3** 34:15 48:7,12
   92:10,15,15,19,19
   92:21 104:14
   109:9 113:12
**30th** 103:20
**31** 154:24
**312** 2:4

**33** 3:13
**3308** 57:17 90:18
   96:11,14 98:23
   99:14 100:21
   133:15 135:1
   148:4,20
**33648** 28:19
**3364833652** 3:12
**3401** 1:14 154:4
**3689236893** 3:20
**3711837121** 3:18
**37121** 65:20
**377** 39:17
**3774937751** 3:17
**37750** 59:20
**3861538619** 3:14

---
**4**

**4** 30:5 110:23
   120:13,13
**40** 135:5
**42** 3:15
**44** 105:4
**440** 133:13 134:23
**45** 15:8
**450** 133:13 134:23
**464** 35:1
**465** 35:1
**46514** 2:13
**46613** 1:25
**47** 105:4
**4725** 2:17
**48** 110:11
**480** 135:4
**490** 135:4

---
**5**

**5** 3:5 48:7,12,23
   49:2 92:9,10,15
   92:19,21
**50** 44:20 48:18,18
   68:16 104:14,17
   106:25 109:9,12
   114:1 135:5
**500** 2:3
**5006** 60:21 61:6

**50year** 105:3
**54** 1:13
**58** 3:16 36:9
**5th** 142:25

---
**6**

**60606** 2:4
**64108** 2:8
**65** 3:18 139:22
   140:10,11,20
   141:7 145:14,17
   151:23 152:1,4
**693** 39:20,22 40:17

---
**7**

**7** 73:14
**70** 139:23 140:7,9
   140:11,13,22
**73** 60:11 61:18 62:8
**73degree** 48:16,19
**75** 3:19 48:17 60:11
   61:16 62:8
**7501265** 2:2
**78** 109:9,12

---
**8**

**8** 1:13 36:9
**816** 2:9
**876** 68:10,14,14
   70:13 79:9 91:6
   125:6 143:16
   152:13,17
**89** 139:24 140:11
   151:24 152:1,4,7

---
**9**

**900** 30:8,13,13
**9492194928** 3:15
**98928** 3:21
**9892998932** 3:23

