# EXHIBIT 4

Page 1

1              UNITED STATES DISTRICT COURT
                DISTRICT OF NEW JERSEY
2           CIVIL ACTION NO. 13-7871 (FLW)(TJB)

3

4

     KIMBERLY COLE, ALAN COLE,          )
5    JAMES MONICA, LINDA BOYD,          )
     MICHAEL MCMAHON, RAY SMINKEY,      )
6    JAMES MEDDERS, JUDY MEDDERS,       )
     ROBERT PEPERNO, SARAH PEPERNO,     )
7    AND KELLY MCCOY, on behalf         )
     of themselves and all others      )
8    similarly situated,               )
                                        )
9         Plaintiffs,                   )
                                        )
10   vs.                                )
                                        )
11   NIBCO, INC.,                       )
                                        )
12        Defendant.

13

14              DEPOSITION OF DAVID BOBO

15

16

17        The deposition of DAVID BOBO, a witness
18   produced and sworn before me, Richard Ehrlich,
19   RMR, CRR, a Notary Public in and for the County of
20   Lake, State of Indiana, taken on behalf of the
21   Plaintiffs, at the Hilton Garden Inn Elkhart, 3401
22   Plaza Court, Elkhart, Indiana, on the 2nd day of
23   February, 2017, at 9:00 a.m., pursuant to the
24   Federal Rules of Trial Procedure with written
25   notice as to time and place thereof.

Page 2

```
 1        A P P E A R A N C E S
 2
          FOR THE PLAINTIFFS:
 3
          Kyle A. Shamberg
 4        LITE DEPALMA GREENBERG
          211 W. Wacker Drive
 5        Suite 500
          Chicago, IL 60606
 6        312.750.1265
          kshamberg@litedepalma.com
 7
          Lawrence Deutsch
 8        Jacob M. Polakoff
          BERGER & MONTAGUE, P.C.
 9        1622 Locust Street
          Philadelphia, PA 19103-6305
10        215.875.3000
          ldeutsch@bm.net
11        jpolakoff@bm.net
12
13        FOR THE DEFENDANT:
14        Jean Paul Bradshaw
          LATHROP & GAGE, LLP
15        2345 Grand
          Kansas City, MO 64108
16        816.292.2000
          jpbradshaw@lathropgage.com
17
18
19            VERITEXT LEGAL SOLUTIONS
              MID-ATLANTIC REGION
20            1801 Market Street – Suite 1800
              Philadelphia, PA  19103
21
22
23
24
25
```

Page 3

```
 1        INDEX OF EXAM
 2   DIRECT EXAMINATION ...........................4
          Questions by MR. LAWRENCE DEUTSCH
 3
     CROSS-EXAMINATION ...........................214
 4        Questions by KYLE A. SHAMBERG
 5        INDEX OF EXHIBITS
 6   Exhibit 80 - NIBCO PEX Development Program, .....41
          Compilation Report
 7   Exhibit 81 - PEX Dev. Strategy, Executive .......91
          Review
 8   Exhibit 82 - Email chain ......................100
     Exhibit 83 - Email chain ......................119
 9   Exhibit 84 - PEX Dev. Strategy, Jana ..........126
          Program
10   Exhibit 85 - Total Petrochemicals, ............129
          Polyolefins Call Report
11   Exhibit 86 - Email chain ......................135
     Exhibit 87 - Email from David Bobo dated ......140
12        10/8/09
13   Exhibit 88 - Email from Patrick Vibien ........145
          dated 11/8/09
     Exhibit 89 - Email chain ......................148
14   Exhibit 90 - Email chain ......................157
     Exhibit 91 - PEX Development Strategy, .........158
15        April 2010
     Exhibit 92 - Flow chart .......................163
16   Exhibit 93 - Project 09-1159, Compilation .....170
          Report, E-Beam Process Improvement
17   Exhibit 94 - Email from David Bobo dated ......184
          12/1/10
18   Exhibit 95 - Email chain ......................188
     Exhibit 96 - Email chain ......................191
19   Exhibit 97 - Email chain ......................193
     Exhibit 98 - 651 PEXc Reformulation, ..........194
20        Tollgate 1
     Exhibit 99 - 651 PEXc Reformulation, ..........197
21        Tollgate 3
     Exhibit 100 - Email chain .....................200
22   Exhibit 101 - 651 PEXc Reformulation, .........202
          Tollgate 5
23   Exhibit 102 - Flow chart ......................207
     Exhibit 103 - Flow chart ......................208
24   Exhibit 104 - Flow chart ......................209
     Exhibit 105 - Flow chart ......................210
25
```

Page 4

```
 1            DAVID BOBO,
 2   having been duly sworn to tell the truth, the whole truth
 3   and nothing but the truth relating to said matter, was
 4   examined and testified as follows:
 5   DIRECT EXAMINATION
 6        QUESTIONS BY MR. LAWRENCE DEUTSCH:
 7   Q  Good morning, Mr. Bobo.  I am Larry Deutsch.  I
 8      represent the plaintiffs in the Meadow case, and
 9      we filed the case as a nationwide class action
10      regarding defects in NIBCO PEX plumbing.  So
11      we're here today to take your testimony.
12        And you've been deposed before, right?
13   A  One time, yes.
14   Q  One time.  And that was in the Christianson
15      case?
16   A  I believe so.
17   Q  Okay.  And I know you have competent counsel
18      here with you today, but just to review the
19      standards of a deposition, it's worth going over
20      one more time for you.
21        Obviously, you're under oath, so we expect
22      you to tell the truth in whatever question we
23      ask.
24        You know, we'll try not to talk over each
25      other.  I'll try to make sure I've completed my
```

Page 5

```
 1      question and fully get your answer before I ask
 2      you another question.
 3        If you don't understand a question, please
 4      feel free to ask me to clarify it, since we're
 5      going to assume you understood the question if
 6      you give an answer on it.
 7        And finally, if you need to take a break,
 8      you should let us know.  I would ask that you
 9      complete your answer to any pending question
10      before we take a break.
11        So do you understand those standards for
12      the deposition, right?
13   A  Yes.
14   Q  Okay.  Did you do anything in particular to
15      prepare to testify today?
16   A  Just met with counsel.
17   Q  Okay.  Did you look at any documents?
18   A  They asked me to review a couple of documents
19      that potentially could come up.
20   Q  Okay.  And which documents did you look at?
21   A  I think it was a report that I had written
22      early -- or early in 2009.
23   Q  Do you know the date of the report or just --
24   A  No.
25   Q  Okay.
```

2 (Pages 2 - 5)

1  A  I don't remember off the top of my head.
2  Q  Okay.  And -- so there was a report, and what
3     other documents did you look at to prepare for
4     today?
5  A  I believe it was just my previous deposition.
6  Q  In other words, in the Christianson case?
7  A  Yes, I believe so.
8  Q  Was there anything -- when you looked at the
9     Christianson transcript, was there any
10    corrections you thought you needed to make to
11    any of the statements you made on the record in
12    the Christianson case?
13 A  Not that I can recall.
14 Q  Anything besides the transcript and the report
15    that you said from -- your report from early
16    2009 that you reviewed for this deposition?
17 A  Not that I remember, no.
18 Q  Did you talk to anybody besides counsel about
19    the deposition you were going to give today?
20 A  No.
21 Q  Did you talk to Mr. Perry, who we deposed
22    yesterday?
23 A  I just asked him if he knew where we were
24    supposed to be at.
25 Q  And nothing else?

1  A  No.
2  Q  Okay.  Could you describe the report that you
3     say you reviewed in preparation for today's
4     deposition?  What's the substance of that
5     report?
6  A  I am really not sure what you're asking.
7  Q  Okay.  Since it's a very particular document
8     that you looked at, I guess I'm curious what the
9     significance of that document was for today's
10    deposition?
11 A  I believe it was a document that began kind of
12    the beginning of our reformulation project for
13    PEXc product.
14 Q  And you wrote that document, in other words?
15 A  Yes.
16 Q  Okay.  And did you write it -- was it your
17    initiative or did somebody say, hey, could you
18    focus on this and write a report about it?
19 A  There was not a request to write a report that I
20    can remember.
21 Q  And so why did you write the report in early
22    2009 about the reformulation?
23 A  Actually, I don't remember why.
24 Q  Did anybody assist you in writing the report or
25    was that entirely your work?

1  A  I don't remember.
2  Q  Okay.  So let's just focus for a second on your
3     background.  So could you briefly take me
4     through your educational history?
5  A  Okay.  I graduated high school from Hoxie High
6     School in Arkansas.  I graduated from Arkansas
7     State University with a Bachelor's of Science in
8     engineering with a professional concentration in
9     electrical, and I'm currently an MBA student at
10    Indiana University - South Bend.
11 Q  And when do you expect to complete your MBA
12    studies?
13 A  May.
14 Q  And are you taking the MBA partly due to a
15    suggestion by management at NIBCO that you
16    increase your education?
17 A  No.
18 Q  Okay.  It's self-initiated?
19 A  Sure.
20 Q  Why don't we also now take a look at your work
21    history after you graduated from college?
22 A  Okay.  I started my career with a company called
23    Marathon Electric in West Plains, Missouri; I
24    left there to go to work for Black & Decker
25    Corporation in Fayetteville, North Carolina; I

1     left Black & Decker to go to work for Rheem
2     Water Heating in Montgomery, Alabama; and left
3     Rheem Water Heating to go to work for NIBCO.
4  Q  Okay.  We can break that down a little.
5        So you went to work for Marathon Electric
6     in what year?
7  A  It would have been in March of 1995.
8  Q  And you worked there until when?
9  A  April of 1997.
10 Q  And what were your duties and responsibilities
11    at Marathon Electric?
12 A  I was a quality assurance engineer.
13 Q  And what were the products that you were quality
14    engineer for?
15 A  They manufactured induction electric motors.
16 Q  And why did you leave Marathon Electric?
17 A  I received a job offer from Black & Decker
18    Corporation.
19 Q  So that was in April of 1997?
20 A  Yes.
21 Q  And you worked for Black & Decker until when?
22 A  I believe it was until December of 2004.
23 Q  And what were your duties and responsibilities
24    at Black & Decker?
25 A  I started as a new products quality assurance

1  engineer and then was also a manufacturing
2  engineer and then became a productivity team
3  leader.
4  Q  Okay.  Can we break that down to each one?  So
5     new products quality assurance --
6  A  Engineer.
7  Q  Engineer.  And could you describe in detail what
8     that involved?
9  A  It's basically -- it was support of new product
10    development at Black & Decker Corporation and
11    specifically for the Fayetteville manufacturing
12    location.
13 Q  And what products did your work focus on?
14 A  Primarily the DeWalt product lines of power
15    tools.  I believe that we worked on -- while I
16    was there, I worked on actually a Black &
17    Decker Wood Hawk mitre saw -- or circular saw.
18       I worked on a -- the new product
19    development of a series of DeWalt cut saws or
20    reciprocating saws.
21       I worked for -- worked on the development
22    of several mitre saw projects, and I worked
23    on -- let's see.  Several -- I can't remember
24    all of them.
25 Q  So after doing that assignment for

1     Black & Decker, you said you became a
2     manufacturing engineer?
3  A  Manufacturing and project engineer.
4  Q  Okay.  And what did that involve?
5  A  It was -- instead of working just on the quality
6     side of new product development, I was
7     responsible for the manufacturing development of
8     new products for certain product lines.
9  Q  Okay.  When you say you were responsible for
10    manufacturing development, could you explain
11    what that means?
12 A  It means basically that we would work with the
13    design engineers to guide the design to
14    something that was more manufactural, and then
15    we were responsible for developing any of the
16    manufacturing processes that were in support of
17    that product development.  So responsible for
18    the assembly line, any kind of production
19    tooling, so on and so forth.
20 Q  Okay.  And then you mentioned that you then
21    became a productivity team leader at
22    Black & Decker.  What did that involve?
23 A  Yes.  It basically -- our goal was to reduce the
24    standard cost of the product, a mature
25    manufactured product, to become more cost

1     effective.
2  Q  Okay.  Now, were each of those roles you had at
3     Black & Decker, were they promotions for you?
4  A  They were different responsibilities in
5     different areas.  So I don't know if it can be
6     deemed a promotion or not.  They're different
7     responsibilities.
8  Q  And why did you leave Black & Decker?
9  A  I received a job offer from Rheem Water Heating.
10 Q  So did you begin working for Rheem in December
11    of 2004?
12 A  Actually, I believe it was in January of 2005
13    that I actually started there.
14 Q  And what were your duties and responsibilities
15    at Rheem Water Heater?
16 A  I was a senior manufacturing project engineer.
17 Q  And could you elaborate on what that involved?
18 A  We were responsible for developing the
19    manufacturing processes associated with new
20    product introductions.
21 Q  And what products did that encompass?
22 A  Water heaters.
23 Q  Was that the only role you had at Rheem Water
24    Heaters?
25 A  Yes.

1  Q  In any of your jobs that you've described,
2     Marathon Electric, Black & Decker, Rheem Water
3     Heater, did you have involvement with developing
4     or managing plastic products?
5  A  Sure.
6  Q  Okay.
7  A  Yes.
8  Q  Which ones?
9  A  Well, for Black & Decker Corporation, we
10    manufactured a lot of plastic components.
11 Q  And you stayed at Rheem Water Heater until when?
12 A  I believe it was until October of 2008.
13 Q  And why did you leave Rheem Water Heater?
14 A  I received a job offer from NIBCO.
15 Q  Okay.  And you began working at NIBCO when?
16 A  I believe it was in October of 2008.
17 Q  And could you describe in more detail how you
18    came to be hired at NIBCO?  Like who introduced
19    you and who did you interview with?
20 A  Actually, I worked with a headhunter.
21 Q  What was the name of the headhunter?
22 A  I believe his name was David Cole.
23 Q  Did he work for a certain company?
24 A  I can't remember the name of the company.
25 Q  And did you interview with people at NIBCO?

4 (Pages 10 - 13)

Page 14

1  A  Yes.
2  Q  Okay.  Who did you interview with?
3  A  I don't remember everybody at that point in
4     time.
5  Q  Okay.  Anybody?
6  A  Rick Noel, and I really don't remember their
7     name.  I'm sure there were several other people,
8     but I just don't remember off the top of my
9     head.
10 Q  And so was there a particular job you were
11    offered at NIBCO?
12 A  Yes.
13 Q  And what was that specific job?
14 A  It was to be a program manager.
15 Q  And how was it described to you what your
16    responsibilities would be as a program manager
17    at NIBCO?
18 A  It would be to lead cross-functional teams
19    associated with new product development.
20 Q  And so you accepted that job; is that right?
21 A  Yes.
22 Q  And what were your first duties at NIBCO as a
23    program manager?
24 A  I'm not sure I understand exactly what you're
25    asking there.

Page 15

1  Q  Okay.  Well, you described it as program manager
2     leads cross-functional teams for new products.
3        Were there certain new products you became
4     involved with right when you began at NIBCO in
5     October of 2008?
6  A  I can't remember all of the projects at that
7     point in time, no.
8  Q  Okay.  Any of them?
9  A  Well, I mean, the work with Jana Laboratories
10    relative to the PEX tubing was getting started
11    at that point in time.
12 Q  When you say it was getting started, was
13    somebody working on a project PEX tubing with
14    Jana when you first started at NIBCO?
15 A  I'm not sure on that.  I don't -- I don't
16    remember.
17 Q  All right.  Did anybody give you, like, I don't
18    know, background records for dealing with
19    Jana Labs on the PEX tubing project?
20 A  Not that I remember.
21 Q  Who did you report to in your first role at
22    NIBCO as program manager?
23 A  It was Rick Noel.
24 Q  And when you say, you know, one of the first
25    projects you worked on was Jana Labs regarding

Page 16

1     PEX tubing, what was the focus of that project?
2  A  NIBCO wanted to have -- gain market share with
3     the PEX tubing, and so it was trying to
4     understand the PEX business and then to
5     determine what was the best path forward to help
6     gain market share.
7  Q  And what were the initial ideas about how to
8     gain market share that were presented to you
9     when you first joined NIBCO as a program
10    manager?
11 A  I don't know that anyone presented anything to
12    me from that standpoint, no.
13 Q  But did somebody state that that was a goal for
14    the PEX business and they wanted you to pursue
15    that?
16 A  Not that I remember specifically that -- anyone
17    stating anything like that.  It was just more of
18    an understood that we wanted to -- with any
19    business, that we want to grow the business.
20 Q  Okay.  When you started as the program manager,
21    were there certain people that reported to you
22    initially?
23 A  No.  I had no direct reports.
24 Q  And when you say you worked as a -- you know,
25    you lead cross-functional teams, which teams

Page 17

1     were you involved with at this initial phase of
2     NIBCO?
3  A  I don't remember the specific projects.  I mean,
4     I'm sure there were other projects; I just don't
5     remember exactly what all they were.
6  Q  I'm asking at this early phase -- again, we're
7     talking about October 2008 or thereabouts --
8     were there certain members of NIBCO that you
9     were interfaced with on this, let's say, the
10    Jana Lab PEX tubing project?
11 A  I'm sure there were.  I mean, the members of the
12    team, as the team -- as the work progressed, but
13    primarily I believe it was interfacing directly
14    with Jana at that point in time and then working
15    with Rick Noel and I believe Gary Wilson and
16    probably Randy Doering, right, relative to,
17    okay, developing what did they -- what did --
18    was the recommendation going forward.
19 Q  By the way, what was Mr. Noel's title and role
20    at NIBCO when you first started working for him?
21 A  I don't remember his specific title.  I believe
22    it was director of product development.
23 Q  Who at Jana did you interface with when you
24    first started at NIBCO in October of 2008?
25 A  I'm not sure it actually was in October of 2008

5 (Pages 14 - 17)

1    that we started interfacing with Jana, but names
2    that were associated with the project were
3    Wayne Bryce, Patrick Vibien, Dr. Oliphant -- I
4    think his first name was Ken, I'm not sure --
5    and then as the project progressed there were
6    different people associated with it, but those
7    were probably the primary three at the
8    beginning.
9  Q  And what were their roles at Jana vis-a-vis
10    working with NIBCO?
11  A  Wayne Bryce, I believe, is the owner -- was the
12    owner of -- or half -- or one owner of
13    Jana Labs, and I think Dr. Oliphant was the
14    other owner, and then Patrick Vibien was their
15    lead person for at least the initial phase of
16    the project.
17  Q  And what's your understanding of Jana's
18    expertise?  What are they expert in?
19  A  I'm not sure what they're an expert in.
20  Q  Has anybody ever said to you, this is Jana's
21    realm of expertise?
22  A  I know they have a background in PEX tubing and
23    PEX in general, but I'm not sure that, you
24    know -- I don't know what the definition of
25    "expert" means, right, so --

1  Q  Does NIBCO still work with Jana?
2  A  I don't know.
3  Q  Did you stop working with them?
4  A  I believe Jana was purchased by -- at least the
5    testing labs portion of it -- was purchased by
6    NSF and so I'm not sure what the relationship
7    there is.
8      So their Jana Laboratories portion of it,
9    I'm sure -- since they're part of NSF, we still
10    work with NSF.
11  Q  But presently would only be working on
12    certification issues for when you work with Jana
13    as part of NSF now?
14  A  Well, we work with NSF.  We have a lot of
15    different products that have listings with NSF.
16  Q  But would NIBCO continue to hire Jana, even as a
17    sub of NSF, for other projects outside of
18    maintaining certifications?
19  A  I'm not aware of any.
20  Q  So after beginning your career at NIBCO as a
21    program manager, at some time did you change
22    duties?
23  A  I was promoted to director of the program
24    management office.
25  Q  And when did that occur?

1  A  I believe it was in April of 2009.
2      And then now I am director of product
3    engineering.
4  Q  And when did that occur, that you were promoted
5    to that position?
6  A  Well, I'm not sure it's a promotion; it's a
7    change of responsibilities.  And I believe it
8    occurred in December of 2011.
9  Q  And how did you come to become the director of
10    program -- of the program management office?
11  A  I was asked to.
12  Q  Somebody approached you?
13  A  Yes.
14  Q  And who was that?
15  A  I don't remember.
16  Q  And could you describe --
17  A  Oh, I'm sorry.  You asked how did I become the
18    director of the program --
19  Q  The program management office in April of 2009?
20  A  It was -- actually, from that one, it was a job
21    posting and I applied.
22  Q  And who did you interview with for that job?
23  A  I don't remember everybody that I interviewed
24    with.
25  Q  And who informed you that you were selected for

1    the -- your new position of director of program
2    office?
3  A  Gary Wilson.
4  Q  And did Gary Wilson become your new supervisor
5    in that position?
6  A  Yes.
7  Q  So can you describe your duties and
8    responsibilities as director of program
9    management office?
10  A  I had three program managers that reported to me
11    and then, as a result of that, I was their
12    supervisor as well as continued to lead
13    cross-functional teams and -- for various
14    projects.
15  Q  And who were the three program managers that
16    reported to you?
17  A  Well, it changed over different times.
18  Q  Okay.  Just describe what you can recall of who
19    initially and then, to the extent you can, who
20    took those roles.  I guess it's between
21    April 2009 and December 2011?
22  A  I believe that initially it was Rema Kunder.
23  Q  How do you spell that?
24  A  K-U-N-D-E-R.
25  Q  How do you spell the first name?

Page 22

1  A  R-E-M-A.
2  Q  Okay.
3  A  And Brent Eckerly and Doug -- I can't remember
4     Doug's last name. It's escaping me right now.
5  Q  Okay. Do you think those were the three initial
6     program managers?
7  A  Yes.
8  Q  How were the duties divided between those three
9     under your direction?
10  A  They were working on individual projects as they
11     came in. As new products, development projects
12     were approved, then they were then assigned.
13  Q  When you say when new products I guess
14     initiatives were approved, who would approve
15     them?
16  A  Upper management.
17  Q  And when you use that term "upper management,"
18     who are you incorporating?
19  A  In essence, it's a -- NIBCO follows a tollgate
20     process, and the projects are approved at a
21     Tollgate 0 process. So they're approved by the
22     new product committee.
23  Q  When you use the term "tollgate process," could
24     you describe what that means?
25  A  It is a very typical stage gate process that has

Page 23

1     different phases of product development and as
2     the -- as you progress through kind of different
3     stages of the product development, then there
4     are certain reviews and approvals -- tollgates,
5     i.e. -- tollgates that are given in order to
6     continue to move forward with the project; i.e.,
7     the product development.
8  Q  And I'm just trying to understand who were the
9     actual people that approve the new project -- or
10     continue to approve it through the various
11     stages that you've just described?
12  A  It's typically like the heads of the various, if
13     you will, functions, right, that sign off on the
14     tollgate approvals.
15  Q  I mean, is there a certain level of commitment
16     that it goes up to, say, Steve Malm?
17  A  Steve Malm is -- does participate in the
18     committee.
19  Q  Would it go up to Mr. Martin?
20  A  No, not the -- for the tollgates.
21  Q  Any project that you were involved with that
22     went to the board of directors for approval?
23  A  Any project that I'm involved with? I don't
24     know -- or I can't remember off the top of my
25     head.

Page 24

1  Q  Do you know who is on the board of directors
2     besides Mr. Martin?
3  A  I don't remember the name specifically. I know
4     a few of them, right, but there's been a recent
5     change and I'm not sure exactly everybody that's
6     on it now.
7  Q  Any of the names?
8  A  Well, I know Steve Malm, Rex Martin,
9     Alice Martin, Art Decio, and then I believe
10     there are two new members that I -- I can't --
11     the names escape me right now. There may be
12     more, right. I'm not certain.
13  Q  Okay. Well, again, focusing on this area where
14     you're the director of program management office
15     beginning April 2009, was there somebody
16     assigned to initiatives in the PEX products
17     business?
18  A  We had different projects moving forward with --
19     at various times, right, associated with PEX.
20  Q  Okay. And who among the program managers were
21     involved with those?
22  A  I don't remember.
23  Q  Do you remember any of them?
24  A  Well, I was involved in some of them, right, but
25     I don't remember everybody and every initiative

Page 25

1     that was -- at that point in time.
2  Q  Okay. Which PEX program initiatives were you
3     involved with?
4  A  Well, I was part of the reformulation project.
5  Q  And when did that begin?
6  A  Probably in March of 2009.
7  Q  And was that the earliest date that people in
8     NIBCO began to discuss the idea of a
9     reformulation of the PEX product?
10  A  I don't know.
11  Q  What was the earliest that you became aware of
12     the idea of a reformulation of the PEX product?
13  A  I don't remember the specific dates.
14  Q  At least by March of 2009?
15  A  I believe so.
16  Q  Now, you did use the term before, "new product
17     committee." Do you know who the members of that
18     committee were?
19  A  At that point in time, no, I don't remember
20     everybody. It's changed as people have come and
21     gone from NIBCO.
22  Q  All right. Well, who do you remember that has
23     been on the committee during your tenure at
24     NIBCO?
25  A  Steve Malm, Gary Wilson, Chris Mason, Rick Noel,

7 (Pages 22 - 25)

Page 26

1    Clyde Hayes would have been on it at one point
2    in time.  Let's see.  I mean, we had different
3    cast members.  There's additional cast members
4    now, right, or committee members.
5    Cody Huffines, Joel Perkins are on it now.
6    Todd Nowicki.  There's probably other names, but
7    they're escaping me right now.
8    Q   Okay.  And the new product committee, they were
9    in charge to look at any new products across the
10   spectrum of NIBCO's business; is that correct?
11   A   I'm not sure.
12   Q   Was there some other group or committee that
13   would evaluate NIBCO's products besides the new
14   products committee?
15   A   I'm -- I don't know.
16   Q   Okay.  So you never encountered that, in other
17   words?
18   A   Not that I'm aware of.
19   Q   Okay.  So when you say the reformulation of PEX
20   products was begun in March 2009, what happened
21   at that point in time?
22   A   The project began.
23   Q   Okay.  And what steps were taken to begin the
24   project?
25   A   Well, we had project team members,

Page 27

1    cross-functional team members assigned, and the
2    best I can recall then, you know, the work
3    started.
4    Q   And who were the cross-functional team members
5    at the initiation around March 2009?
6    A   It probably would have been Mark Clark,
7    Earl Sexton, myself, Joan Platz and Jana team
8    members.
9    Q   And who were the Jana team members?
10   A   Probably Patrick Vibien and Ken Oliphant, right.
11   Q   Anybody else?
12   A   Specifically to the reformulation project,
13   possibly.  There are probably different people
14   interacting, but at various times, I just don't
15   remember.
16   Q   Did the -- I guess this is like the working team
17   for the reformulation project.  Did the members
18   of the team change over time?
19   A   I don't remember.
20   Q   And was there like -- was there a mission
21   statement as to what the group was attempting to
22   do?
23   A   We had, I believe, a charter or a list of
24   deliverables that we were trying to achieve.
25   Q   And who developed that?

Page 28

1    A   I don't remember off the top of my head.  I'm
2    sure it was interaction between several people.
3    Q   Is there a specific document that would lay out
4    what the deliverables were at the initiation of
5    this PEX reformulation project?
6    A   Probably.  I believe that there was a charter; I
7    just don't remember specifically.
8    Q   And what do you recall as the deliverables that
9    you were trying to achieve?
10   A   I believe it was a PEXc product that met a --
11   had a chlorine-resistant certification level or
12   classification level 3 that was cost
13   competitive.
14   Q   And do you know who developed that as a goal,
15   chlorine resistance of 3, as a goal for the PEX
16   reformulation project?
17   A   It would have been a consensus of various people
18   associated with the PEX business at that time.
19   Q   I'm going to go back and focus on your career
20   track in NIBCO.  We'll get back to talking about
21   the PEX development.
22       Did your duties as director of program
23   management office change between April 2009
24   until you changed jobs in December 2011?
25   A   I'm not sure really what you're asking me.  In

Page 29

1    general, we still had program managers that I
2    was responsible -- that reported up through me.
3    I managed those and then I continued to work on
4    projects.
5    Q   But, in other words, it wasn't expanded?  You
6    didn't have more people reporting to you during
7    that tenure?
8    A   No.
9    Q   Okay.  But then you became director of product
10   engineering; is that right?
11   A   Yes.
12   Q   And it was December of 2011?
13   A   Yes.
14   Q   And how did you get that job?
15   A   I was asked.
16   Q   By?
17   A   Mr. David Goodling.
18   Q   And what was his position at that time?
19   A   I'm not exactly sure what his title is.
20   Q   How about what his role in the organization was?
21   A   He was responsible for manufacturing at several
22   manufacturing locations as well as a world
23   headquarters engineer.
24   Q   Was that a job you competed for?
25   A   Not that I'm aware of.

8 (Pages 26 - 29)

1  Q  Okay.  He just came to you and said, "We'd like
2     you to take this role"?
3  A  Yes.
4  Q  And could you describe what the duties and the
5     responsibilities of your new role were?
6  A  We have several functions that report through
7     me.  We have our -- what we now call product
8     compliance; we have our test lab -- our internal
9     test lab -- we have product engineers, and then
10    we have our design group as well as our
11    corporate quality group as well as our advanced
12    quality group.
13 Q  I'm sorry, what was the last one?
14 A  Advanced quality group.
15 Q  So at that point you had a lot of people
16    reporting to you?
17 A  There are a lot of people in our -- well, "a
18    lot" is a relative term, but I believe there are
19    35 to 40 people at any given time.
20 Q  And who became your direct reports at that time,
21    when you became director of --
22 A  I don't remember all the names.
23 Q  Okay.  The ones you do and what their positions
24    were?
25 A  Well, Andy Granzow is -- at the time his title

1     was standards and codes manager, now product
2     compliance manager; Roger Hawn is our test lab
3     manager; Scott Perry is our corporate quality
4     manager, and Derek -- at the time that I
5     received the promotion, Derek Oldsen was our
6     design manager, and then we have several product
7     engineers that report directly to me.
8  Q  And the product engineers that report directly
9     to you, could you describe what their functions
10    are?
11 A  They -- we have -- they work to support the
12    design of the product, manufactured product, for
13    the products that NIBCO manufactures, at least
14    domestically, and then for products that are
15    sourced externally, they help to determine or
16    audit those products before NIBCO starts to sell
17    them.
18       As -- for manufactured products, we also
19    look at potential changes to the products to
20    either improve the manufacturability, lower the
21    cost, or improve the products overall.
22 Q  And so in your functions in your new position as
23    director of product engineering, this covered
24    the scope of all of NIBCO's product lines; is
25    that right?

1  A  No.
2  Q  No, okay.  What product lines were you
3     responsible for?
4  A  It's really for the products that are primarily
5     manufactured and distributed within
6     North America under the -- as part of the NIBCO
7     brand.
8  Q  Now, you mentioned Roger Hawn reports to you in
9     the test lab.  Was he in charge of the Dare Lab?
10 A  Yes, that's the same.
11 Q  And could you describe -- you said Scott Perry
12    reported to you as quality control manager.
13    What were his duties and responsibilities?
14 A  Actually, I said he reported to me as corporate
15    quality manager.
16 Q  Okay.  And what were his duties and
17    responsibilities?
18 A  Well, at the time, whenever I started or took
19    over the role, Scott's group would have been
20    working to help support new product development
21    from a quality perspective and then helping to
22    assist or resolve issues that occurred with
23    maybe field issues that occurred or also to help
24    resolve or review products that were being
25    purchased and branded for NIBCO by an external

1     source.
2        His role is slightly different now.  He --
3     today he basically works to resolve our -- all
4     of the returned products come into Scott's
5     group, and they perform analysis on returned
6     products and provide, in essence, reports back
7     to technical services group.
8  Q  And by "returned products," you mean these are
9     products that were sold but the customer says
10    there's something wrong with the product; is
11    that right?
12 A  I'm not sure.  Not necessarily always in all
13    cases that they're saying something is wrong
14    with the product.  It's a product that needs --
15    would like for it to come back and be understood
16    what is occurring.  Right?
17       Sometimes it's not necessarily that there's
18    a bad product; maybe it's an installation issue
19    or something like that and they're wanting it to
20    be evaluated.
21 Q  And within that function of Mr. Perry, he helps
22    manage the PER system of NIBCO; is that right?
23 A  He is a -- I wouldn't say manage the PER system;
24    I would say that he is -- provides a support
25    role to the PER system.

9 (Pages 30 - 33)

Page 34

1  Q  And who would be in charge of managing the PER
2     system?
3  A  Well, the PER system is initiated by Ken McCoy
4     as the technical services manager, and then the
5     product -- like I said, the returns come in to
6     Scott Perry's group and they do the evaluation
7     that has been requested.
8  Q  Now, when you switched jobs to director of
9     product engineering, did your role in the PEX
10    reformulation project change?
11 A  I believe it was completed before then.  I'm not
12    sure, right, on the timing of that.
13 Q  So you think it was completed by December of
14    2011?
15 A  I believe so, yes.  I don't -- I don't remember
16    the specific dates that it ended.
17 Q  And is that your present role, you're director
18    of product engineering now?
19 A  Yes.
20 Q  And did your duties and responsibilities in that
21    job as director of program engineering change
22    from December 2011 until the present?
23 A  Can you say that one more time?
24    MR. DEUTSCH:  Could you read that back?
25    (The requested text was read by the court

Page 35

1     reporter.)
2     THE WITNESS:  Okay.  Well, it's not program
3     engineering, it's product engineering.
4  BY MR. DEUTSCH:
5  Q  Product engineering, I'm sorry.
6  A  And as far as -- no, I don't know of any change
7     in duties or responsibilities.
8  Q  And do you still have the same organizational
9     structure that you described of the different
10    managers reporting to you --
11 A  Yes.
12 Q  -- that continues to present?
13 A  Yes.
14 Q  Okay.
15 A  I mean, slight nuances may be different in their
16    titles but, in essence, the general scope of
17    what we were doing is the same.
18 Q  Now, in your jobs at NIBCO, were you involved
19    with maintaining certifications for NIBCO's PEX
20    products?
21 A  Yes.
22 Q  Could you describe your role in that function?
23 A  Well, Andy Granzow is our standards and -- or is
24    our product compliance manager.
25    One of the functions that we have of that

Page 36

1     is that we -- all of the -- all of NIBCO's
2     certifications -- well, I shouldn't say all, but
3     the vast majority of NIBCO's product
4     certifications and product listings are
5     maintained -- we play a part of that; meaning,
6     that different certifications are renewed either
7     on a yearly basis or on a multiyear basis, and
8     as those renewals come up, right, I mean, that
9     comes -- the invoices for that come into our
10    group and we pay for that.
11    If there's a change to a product that
12    requires recertification or a change to the
13    listing that requires retesting over and above
14    that, we are involved in that, and that's
15    primarily headed up through Andy's group.
16 Q  And what's Mark Clark's role in the
17    certification of NIBCO's products?
18 A  Mark is a standards and codes -- or product
19    compliance engineer that reports through Andy.
20    So we assist -- from that regard we assist
21    with helping determine -- or helping the product
22    development teams understand what the agencies
23    are asking for and helping to deliver that as
24    part of getting -- or obtaining or renewing a
25    certification.

Page 37

1  Q  Now, in the period 2008 to 2012, were you
2     involved with certification or recertification
3     of PEX products for NIBCO?
4  A  Which products?
5  Q  Any of the PEX products.
6  A  I'm sure that I was.
7  Q  Okay.  Were there areas of -- well, let's focus
8     on the 1006 tubing, okay?
9  A  Okay.
10 Q  Were there -- could you briefly take me through
11    the history of the certification of that
12    product, the 1006 tubing, from 2008 to 2012?
13    Like who it was certified with, whether there
14    were any issues or problems with getting the
15    certifications?
16 A  I believe -- I don't remember all of the
17    specifics, but I believe that the 1006 series of
18    tubing was listed with NSF, and then at some
19    point in time it was also listed with IAPMO and
20    that certification was dropped and then it was
21    reapplied, and I believe at some point in time
22    the certification was renewed with NSF in that
23    time period.
24 Q  Okay.  Now, could you explain -- when you say
25    they had -- it was certified by NSF and IAPMO,

10 (Pages 34 - 37)

Page 38

1 why did you have double certification there?
2 A Well, I believe that that had been inherited
3 from -- I don't know for sure, right, it was
4 there whenever I started.
5 Q Anybody ever explain why they had double
6 certification?
7 A No.
8 Q Did anybody ever discuss the certification
9 adopted from NIBCO's acquisition of CPI or CPI's
10 assets?
11 A I believe the only thing that was ever explained
12 or discussed was that the certifications were
13 just transferred.
14 Q From CPI to NIBCO?
15 A I believe so, but I don't know for sure.
16 Q And who told you that?
17 A I don't remember.
18 Q And why was IAPMO dropped?
19 A Well, if I remember correctly, I believe that at
20 that point in time NIBCO was trying to
21 consolidate its listings with one agency where
22 we had multiple listings for the same product.
23 In essence, to reduce the cost because there
24 was -- it was a replicated listing.
25 Q And NIBCO had the option to pick which

Page 39

1 certification agency it would use for its
2 products; is that right?
3 A I believe so.
4 Q And I think you mentioned that then NIBCO re- --
5 or NIBCO's PEX product was reapplied -- or
6 reapplied to be certified by IAPMO at some
7 point, right?
8 A I believe so.
9 Q Okay. And why was that?
10 A I believe that was a recommendation from Jana.
11 Q Okay. And did they say why?
12 A I don't remember specifically. I believe that
13 they were -- I believe at the point in time that
14 they were concerned about NSF and how NSF was
15 changing.
16 Q When you say they were concerned about NSF
17 because NSF was changing, what do you mean by
18 that?
19 A I believe it was Jana's belief at the time that
20 NSF was going to start doing their own testing
21 versus doing the testing at Jana, and they were
22 going to -- I don't know -- or I don't remember
23 specifically, but I just remember Jana being
24 concerned about NSF and maybe their policies.
25 Q Did Jana ever express concern that NIBCO's PEX

Page 40

1 product would not be certified by NSF?
2 A I don't remember. I just don't remember.
3 Q Do you remember any conversations within NIBCO
4 about concerns of losing certification of PEX
5 products?
6 A I don't remember specifically anything. I think
7 there was -- I think, you know, Jana was
8 promoting, like, you know, that -- NSF -- there
9 was just a -- they -- they -- I believe they
10 just had a general fear of NSF to begin with,
11 right, so --
12 Q Now, could you -- do you have an understanding
13 as to why NIBCO looked to NSF -- I'm sorry --
14 looked to Jana to assist with its determinations
15 of certifications?
16 A Can you say that one more time?
17 Q In other words, I'm just trying to understand
18 NIBCO's view of Jana as to why it looks to Jana
19 for guidance on how to do certifications?
20 A I don't remember specifically. It may have been
21 that we were still relatively new to the PEX
22 business, right, and that they had been around
23 for longer, had been involved in PEX business.
24 Q Did anybody say that to you?
25 A I don't remember specifically, no.

Page 41

1 Q Okay. Did anybody ever -- was there ever a
2 discussion about why NIBCO elected to use Jana
3 in its reformulation project?
4 A No, not that I remember.
5 Q Okay. Whose decision was it to incorporate Jana
6 into the reformulation team for NIBCO?
7 A I don't remember.
8 Q Was that a decision that had already been made
9 when you arrived?
10 A I'm not sure.
11 (Exhibit No. 80 was marked for
12 identification.)
13 BY MR. DEUTSCH:
14 Q I would like you to take a look at what we have
15 marked as Meadow 80, which is a document on the
16 first page that reads "NIBCO PEX Development
17 Program Compilation Report." It encompasses
18 Bates number NIBCO Meadow 133858 through 134121.
19 On the front page it's listed as Project
20 08-1136.
21 I would like you to take a look at this
22 document and tell me if you recognize it.
23 A I believe so.
24 Q Okay. And what do you understand this document
25 to be?

11 (Pages 38 - 41)

Page 42

1  A  I don't remember exactly everything that's in
2     it.
3  Q  This was a document produced by Jana?
4  A  I believe so.
5  Q  I take it you received this report while you
6     were working at NIBCO, right?
7  A  I believe so.
8  Q  Okay. And we're going to take a look at various
9     parts of this document.
10        Does looking at this in any way refresh
11    your memory as to who initiated the NIBCO
12    reformulation and related projects?
13 A  No. I don't remember exactly who initiated
14    them.
15 Q  Okay. All right. Well, if we turn to the
16    second page of the document, it describes the
17    project scope here and it says, "The project
18    scope was to support NIBCO in its development
19    effort in the selection and detailing of the
20    optimal path of the development of an improved
21    PEX resin while maintaining the existing
22    listings through the development process."
23        So would you agree that was the project
24    scope of the PEX development project?
25 A  I believe so.

Page 43

1  Q  Okay. And then the third page it lists various
2     personnel who are listed as the project team.
3     Does that conform with your understanding who
4     was involved with the PEX development project?
5  A  I believe so.
6  Q  Now, if we turn to -- I'm going to be referring
7     to the Bates number here (indicating), the one
8     in the lower right-hand corner, 133865, that at
9     the top says "Project Deliverables."
10    MR. BRADSHAW: Right there (indicating).
11 BY MR. DEUTSCH:
12 Q  Okay. Do you recognize and do you agree those
13    were the project deliverables, the five items?
14 A  I believe it may have been initially.
15 Q  But you think those changed over time?
16 A  I believe so.
17 Q  And how did they change?
18 A  Well, I don't believe that we moved forward with
19    a PEXb pipe greater than the one inch, and I
20    don't believe that we moved forward with barrier
21    pipe to be brought in-house, and I don't believe
22    that we actually -- I think we evaluated, but I
23    don't think we did anything relative to
24    reduction in long-term E-beam costs. I might be
25    wrong.

Page 44

1  Q  By the way, when you say "barrier pipe," could
2     you explain what that is?
3  A  Barrier tubing is typically a PEX tubing with a
4     -- that contains a -- or has an exterior coating
5     on it to help with the reduction of a permeation
6     of oxygen into the water that's flowing inside
7     the tubing.
8  Q  Would that describe NIBCO's PEXc tubing?
9  A  It's not a -- not the internal -- well, I'm not
10    sure exactly what you're asking there.
11 Q  Okay. I'm just trying to understand what
12    barrier pipe is.
13        Am I correct in understanding it's a more
14    expensive pipe because it, you know, has that
15    extra protection than, let's say, compared to
16    PEXc?
17 A  No, it can be PEXc as well.
18 Q  But is it a design that has more protection
19    against degradation?
20 A  No.
21 Q  Okay.
22 A  It is used for -- my understanding is that its
23    primary use is for the protection of boilers in
24    a closed loop system, right, from that
25    standpoint, for a radiant flooring primarily.

Page 45

1  Q  When you said item five here on deliverables,
2     reduction of long-term E-beam costs, do you have
3     an understanding of what the approximate annual
4     cost of the E-beam process was for NIBCO of its
5     PEX business?
6  A  I don't remember off the top of my head.
7  Q  Now, in this same page it has criteria for
8     success, and under number 3, pipe features, it
9     has an item, low coil set. What is that?
10 A  I'm not sure if I remember correctly, but I
11    believe that it's referring to whenever you -- a
12    coil that's uncoiled, it doesn't want to coil
13    back up again, right, or to some extent, right?
14 Q  Okay. And was that a feature of NIBCO's 1006
15    piping?
16 A  I don't know.
17 Q  Okay. Do you know if that was achieved for the
18    3308 piping?
19 A  I don't know.
20 Q  Now, at the bottom of the page it has the term
21    "EVOH barrier." What is that?
22 A  That is the barrier that is placed on a -- for
23    barrier tubing.
24 Q  I'm sorry, say that again?
25 A  It is the barrier that is barrier tubing.

12 (Pages 42 - 45)

1   Q   Okay.  Do you know what "EVOH" stands for?
2   A   Ethyl vinyl-something.
3   Q   Okay.
4   A   Too many syllables.
5   Q   What's that?
6   A   There's too many syllables.
7   Q   Okay.  That's fine.  A lot of acronyms.
8       Well, if you could turn to Bates number
9   133877, which turns out I guess to be also page
10  20 of the 261 pages of this Jana report.  Take a
11  look at that.  The title of the page is
12  "Improvement of E-beam Process."
13      And within that page, as a subsection on
14  deliverables, it lists three deliverables.  The
15  second one says, "An E-beam process that
16  cross-links the pipe uniformly around its
17  circumference."
18      Was the reason for that deliverables that
19  was a issue or concern with the current E-beam
20  process with the 1006 pipe at this point in
21  time?
22  A   No, I don't believe so.
23  Q   Do you know why that was being added as a -- or
24  being put as a deliverable in this February 2009
25  Jana document?

1   A   I don't remember specifically.  I believe Jana
2   had some theories about the E-beam process and
3   wanted to study it.
4   Q   Okay.  What were their theories of the E-beam
5   process, as you understand it?
6   A   I don't remember.
7   Q   Now, is there somebody at NIBCO who's -- a
8   person with the most expertise about the use and
9   impact of E-beam process?
10  A   I wouldn't -- I don't know who would be most
11  knowledgeable.
12  Q   It wouldn't be somebody that reported directly
13  to you?
14  A   I don't know off the top of my head who would be
15  the most knowledgeable.
16  Q   Now, the deliverable No. 3, it also says, "An
17  E-beam process that cross-links the pipe evenly
18  along the entire length of coil."
19      Now, was there ever a concern that
20  cross-linking was not occurring evenly along the
21  entire length of the coil with the 1006 piping?
22  A   Not that I remember.
23  Q   And down the page, just to touch on what we just
24  discussed, it says, "NIBCO will assign full-time
25  engineer to become an E-beam expert."

1       Do you know who that -- who was given that
2   assignment?
3   A   I don't remember.  I'm not sure that we did
4   that, quite honestly.
5   Q   How about to this day, is there somebody that
6   sort of leads the technology for NIBCO with its
7   use of the E-beam process?
8   A   It would -- well, relative to the PEX tubing,
9   Earl Sexton is our product engineer that
10  supports that product line.
11  Q   So you think he'd be the person most
12  knowledgeable on the E-beam process for NIBCO's
13  tubing?
14  A   I'm not going to say most knowledgeable; I'm
15  going to say that he's our engineer that
16  supports the PEX tubing line.
17  Q   Now, was Mr. Sexton a direct report to you?
18  A   Yes.
19  Q   Okay.  Once you took on your new position in
20  2011?
21  A   Yes.
22  Q   Okay.  I'd like you to take a look, again,
23  within this Meadow Exhibit No. 80, Bates number
24  133892, which is the 35th of the 261 pages of
25  this report by Jana, and the title of this page

1   is "Phase Two Proposal for NIBCO PEX Resin
2   Development."
3       Within that, in the third paragraph, it
4   says, "There is a clear opportunity to improve
5   the quality and performance of the current PEX
6   offering."
7       Then it goes on to -- continues on where it
8   says -- it lists criteria and then it says,
9   "NIBCO has decided to improve its offering to
10  meet the listed criteria."
11      Now, these criteria listed here, are these
12  the ones that are the basis for why NIBCO was
13  reformulating its product?
14  A   No.  I believe the basis for the reformulated
15  product was that it was due to NIBCO wanting to
16  grow its market share and to offer a higher
17  classification product.
18  Q   And by "higher classification," you mean one
19  that's more chlorine resistant; is that right?
20  A   No, I mean one that is more -- that has a higher
21  classification level.
22  Q   Okay.  Classification as to what criteria?
23  A   As to the -- as to the certification level
24  provided by the agency.
25  Q   Could you explain that, like, when you say

Page 50

1  "classification level," what --
2  A  Instead of it being a 1006 classified product,
3      it could be a -- the request was to have a 3 --
4      level 3 classified product.
5  Q  Okay.  And by "3," you mean -- doesn't that
6      refer to chlorine resistance?
7  A  It refers to the classification that's been
8      assigned to it by the agency.  Or the
9      certification agency.
10 Q  Okay.  And that classification indicates what to
11     the consumer of the product?
12 A  I am not sure what it indicates to the consumer.
13 Q  Or somebody buying the product from NIBCO?
14 A  Well, I mean, it means that it is at a higher
15     classification level.
16 Q  Okay.  I would like you to turn to Bates number
17     133895, which is the 38th of the 261-page
18     report by Jana.
19        The top of this page is entitled "Item A,
20     Maintain Listings Throughout Development."  Do
21     you know what that refers to?
22 A  Maintain -- to what refers to?
23 Q  I'm sorry.  The title at the top of this page,
24     133895, that says "Item A, Maintain Listings
25     Throughout Development" --

Page 51

1  A  Yes.
2  Q  -- do you have an understanding what that refers
3      to?
4  A  I believe so.
5  Q  Okay.  And what is that?
6  A  It meant that they would assist while we develop
7      the reformulation product or while the product
8      was being reformulated that -- to have a --
9      always have the product listed, the current
10     product.
11 Q  Okay.  And within this page it has deliverables,
12     and so No. 2 says, "DLT requirements are
13     improved to the degree that they no longer
14     threaten NIBCO's certification."
15        Now, what does that refer to?
16 A  Does what refer to?
17 Q  I'm sorry.  You have these deliverables in this
18     Jana report that's shared with NIBCO, and so
19     under this item of "Maintain Listings Throughout
20     the Development," it has deliverables, and I'm
21     looking at No. 2 of the deliverables and I'm
22     just asking you, could you explain what that's
23     referring to?
24 A  To which specific deliverable?
25 Q  I'm sorry.  No. 2, "DLT requirements are

Page 52

1      improved to the degree that they no longer
2      threaten NIBCO certification."
3  A  Okay.  Are you asking what a DLT is?
4  Q  Okay.  What's a DLT?
5  A  Dependent listing.
6  Q  Okay.  And what is that?
7  A  It is -- I believe that it is a product listing
8      for, like, a parent/child relationship between
9      different products, that the general basis of
10     the formulation is the same.
11 Q  Okay.  And how did that apply to NIBCO's
12     products here?
13 A  Well, typically, you have one product that has
14     an independent listing and then the additional
15     colors have a dependent listing.
16 Q  Okay.  And how did that apply here specifically
17     to NIBCO in terms of its certifications?
18 A  Well, we have -- or NIBCO had a independent
19     listing for one of the colors and dependent
20     listings for the additional colors.
21 Q  Okay.  And what was the color that it had an
22     independent listing for?
23 A  I don't remember off the top of my head.
24 Q  Okay.  And could you explain how that process
25     works?  So if you have an independent listing,

Page 53

1      how did they then give you certification for the
2      dependent listings?
3  A  Well, I can't tell -- I'm not a subject matter
4      expert.  So I can tell you my basic
5      understanding.
6  Q  Okay, fair enough.
7  A  Is that, in essence, that you have an
8      independent product -- or a tubing that is
9      tested, right, by the agency to the test
10     requirements, and that the listing is that, and
11     then I believe that there's a reduced number of
12     samples that are tested and that the data is
13     combined with the original data in order to say
14     that basically that there's not a significant
15     difference in the product and so, therefore, the
16     dependent listing is given.
17 Q  Now, is that a common approach that NIBCO would
18     have with its products; in other words, an
19     independent listing and the related product
20     having a dependent listing?
21 A  I'm not sure about what products -- are you --
22     what products are you talking about?
23 Q  I guess I'm talking more broadly now.  Like,
24     NIBCO gets a wide range of its products
25     certified, right, not just PEX, right?

14 (Pages 50 - 53)

1  A  Sure.
2  Q  So in its non-PEX business, are there lots of
3     instances where it gets an independent and a
4     dependent listing?
5  A  There are a multitude of agencies, their
6     policies and the standards by which the products
7     are approved by.  I think trying to characterize
8     one and say that something is more common than
9     another, I don't -- I guess I wouldn't do that.
10 Q  Okay.  How about in the products that were
11    competitive to NIBCO's PEXc products, are you
12    aware of if your competitors had certifications
13    that incorporated independent listings coupled
14    with dependent listings?
15 A  The standard for PEX offers that availability.
16    I believe that's their choice and their decision
17    at that point in time.  I have no idea what they
18    do.
19 Q  And you're saying the choice, meaning the
20    manufacturer or the certification body?
21 A  I believe probably both, right?  I don't know
22    for sure.
23 Q  Okay.  All right.  Well, if we could take a
24    look -- again, at the same page, 133895 of
25    Meadow 80 -- you have an item A1 on this that

1     says "Defense Plan," and then item A1.1 says
2     "Change DLT Requirements."
3        Do you know what this plan refers to here?
4  A  Only as it's written there, right.  I don't
5     remember the specifics, everything about it, no.
6  Q  Okay.  Because it says, "Jana will provide
7     engineering consulting services to develop a new
8     chlorine dependent listing transfer (DLT)
9     requirement and to change the current DLT
10    criteria in order to facilitate the maintenance
11    of the current listing and obtainment of future
12    listings."
13       So am I correct in understanding, like,
14    Jana was actually trying to get the
15    certification agency to change how they did the
16    dependent listing?
17 A  No, I don't believe so.
18 Q  Okay.
19 A  I believe that they were trying to change ASTM
20    F2023 and ASTM F876 because they believed that
21    there was something in those standards that
22    shouldn't have been there.
23 Q  Okay.  And what specifically?
24 A  I don't remember specifically.
25 Q  Do you remember any discussions about this with

1     Jana?
2  A  Not any specific details, right?  They -- that
3     was their proposal, I believe, and it went
4     through the ASTM process.
5  Q  Okay.  Did they -- is it your understanding
6     they, Jana, was taking this initiative based
7     upon their examination of NIBCO's certification
8     concerns?
9  A  Not that I'm aware of.
10 Q  Okay.  So I guess you're referring to -- and
11    this item A1, below the paragraph we were just
12    looking at, it says, "Jana will develop the
13    alternative criteria and manage the balloting
14    process for," and then it refers to ASTM 2023,
15    F876.  That's what you're referring to?
16 A  I believe so.
17 Q  That they were actually trying to change the
18    standard at that point in time.  And that
19    would've been beneficial to NIBCO seeking its
20    certification, right?
21 A  I believe that they believe that there were
22    problems in the standard in and of itself, and
23    they wanted to address those problems.  So I
24    think it would've benefited basically anyone,
25    right, because there were just problems in the

1     standard.
2  Q  If you turn to the next page, which is 133896 of
3     Meadow Exhibit 80, and again, it's under --
4     there's a topic "Assumptions" which, again, is
5     continuing with listing with alternative
6     agencies, and the first two bullet points -- one
7     reads, under "Assumptions," "Change of the DLT
8     requirements in NSF 14 will take 6 to 12
9     months."
10       You see that, right?
11 A  Uh-huh.
12 Q  Did that happen?
13 A  Did what happen?
14 Q  Well, what they're -- they're saying a change of
15    the DLT requirements in NSF 14.
16 A  There were changes to the standards going on at
17    that time, and I don't remember the specifics on
18    it.
19 Q  Okay.  How about the next bullet point where
20    they say, "Addition of the DLT requirements in
21    ASTM F2023 or ASTM F876 will take 12 to 24
22    months," do you know if that happened?
23 A  I know -- like I said, I know there were changes
24    to the standard; I don't remember the specifics.
25 Q  Okay.  If you could turn -- again, we're still

Page 58

1   in Meadow 80 -- and turn to page 133899, which
2   is the 42nd page of this report, and this
3   topic is under item C, "Improvement of E-beam
4   Process."
5       At this point in time, this is in 2009,
6   early in 2009, that was one of the goals of the
7   projects with Jana for NIBCO's PEX product,
8   right?
9   A   I'm sorry, say that one more time.
10  Q   I'm sorry.  This document has a number of goals
11  that were set forth, and one of them appears to
12  be improvement of the E-beam process; would you
13  agree with that?
14  A   I would -- at that point in time, that's how
15  it's titled, yes.
16  Q   Okay.  And within this -- again, on this page,
17  it says rationale.  This is for the improvement
18  of E-beam process.  In the first paragraph it
19  reads, "The E-beam process has been identified
20  as an opportunity to improve the quality of the
21  overall product."
22      Now, what's your understanding of the basis
23  for making that statement, that's an
24  opportunity, really, here to improve the
25  product?

Page 59

1   A   I think that they had some theories that
2   after -- I think that after we wound up studying
3   it, it was not really necessarily so.
4   Q   Okay.  You mean subsequent to this report --
5   A   Uh-huh.
6   Q   -- in January -- in February of 2008?
7   A   I believe so.  I mean, I believe so.  I can't
8   remember specifically.
9   Q   Okay.  Do you remember any of, you know, how you
10  reached that conclusion, that perhaps the E-beam
11  initiative was not really worth doing?
12  A   Well, I believe that we took -- undertook the
13  E-beam initiative is really more of a -- really
14  kind of to further our own internal knowledge of
15  what the E-beam process does, how it works, and
16  how it interacts with the tubing.
17  Q   Okay.  And what steps were taken to better
18  understand the E-beam process and apply it to
19  NIBCO's PEX products?
20  A   I don't remember specifically.  I do remember
21  that we ran several trials with different types
22  of configurations of how the tubing processes
23  through the E-beam and then trying to understand
24  what the output of that was.
25  Q   And was there any conclusions reached from the

Page 60

1   efforts done by NIBCO and Jana as to how the
2   E-beam process worked or how it could be
3   improved?
4   A   I believe we -- I believe that we under- -- you
5   know, I can't remember the specific actions that
6   were done as a result of it.  For the most part,
7   I believe that the E-beam process today is
8   essentially the same as what it started from.
9   Q   If you could turn to Bates number 133905 within
10  this Meadow Exhibit 80, which is the 48th page
11  of this 261-page document?
12      MR. BRADSHAW:  Would this be a good time to
13  take a short break?
14      MR. DEUTSCH:  Sure, absolutely.
15      (A recess was taken from 9:30 a.m. to
16  9:41 a.m.)
17  BY MR. DEUTSCH:
18  Q   Speaking of Scott Perry, I just want to go on a
19  slightly different topic.  Now, he reported to
20  you in your current role, right?
21  A   He does report to me.
22  Q   He reports to you.
23      So did his duties and responsibilities
24  change during your tenure of being his
25  supervisor?

Page 61

1   A   Yes.
2   Q   Okay.  And did he -- well, how did his duties
3   and responsibilities change?
4   A   Well, at some point we started to separate new
5   product development from maintenance of mature
6   product, and as a result of that, Scott focused
7   more on the mature product side versus the
8   advanced quality group focusing more on the new
9   product side.
10  Q   And why did you make that change?
11  A   It was more efficient from a resource allocation
12  so that we could force allocate resources to
13  supporting new product development versus
14  working through the mature product items.
15  Q   Was the decision to change his role at all
16  driven by an increased flow or concerns of
17  product that had already been sold into the
18  marketplace?
19  A   No.
20  Q   No, okay.  Now, again, just to jump to some
21  topics we talked about before.
22      On the new product committee, were there
23  written reports that were submitted to the
24  committee and then that the committee issued,
25  you know, based on which new products it was

16 (Pages 58 - 61)

1    evaluating or approving?

2  A  I'm not sure I'm following what you're asking.

3  Q  I'm just trying to find out, is there a written

4    record of what gets submitted to the new product

5    committee and then what the new product

6    committee's decisions are?

7  A  I'm not sure specifically on that.

8  Q  You haven't seen such documents?

9  A  I'm not -- yeah, I'm not sure exactly -- I

10    understand exactly what you're asking there,

11    right? I mean, as far as reports, no, right?

12    There might be presentations that may have been

13    made, but no.

14  Q  So normally there would be like a presentation

15    made to the committee about the new product; is

16    that right?

17  A  For the tollgate. There will be tollgate

18    presentations.

19  Q  And then is there write-up -- if the new product

20    committee says we're going to proceed with that

21    product, do they write -- do they or somebody

22    write an analysis that they're approving?

23  A  I would not characterize it as an analysis.

24  Q  Okay. Or at least a sign-off to say, go ahead

25    with the new product?

1  A  There's typically a sign-off, yes.

2  Q  Okay. And there's a written record of that,

3    right?

4  A  It may be electronic.

5  Q  Okay. Now, we touched on the idea of NIBCO

6    making PEXb products.

7    Did NIBCO ever develop a PEXb product for

8    something smaller than one inch?

9  A  I'm not sure what you're asking.

10  Q  Okay. Well, let's make it broader.

11    Has NIBCO ever developed or sold PEXb

12    product?

13  A  Yes.

14  Q  Okay. And what product has it sold or does it

15    sell?

16  A  It has sold -- NIBCO has sold PEXb tubing.

17  Q  And what -- could you describe the products that

18    are PEXb as opposed to the PEXc line that it

19    sells?

20  A  It's PEXb tubing versus PEXc tubing.

21  Q  Okay. Same diameters?

22  A  I believe so.

23  Q  Okay. And it buys the PEXb and resells it?

24  A  We have purchased PEXb and resold it, and we

25    have manufactured PEXb.

1  Q  And does NIBCO currently manufacture PEXb?

2  A  No, not that I'm aware of.

3  Q  Okay. And why doesn't it?

4  A  I'm not sure exactly.

5  Q  And what was the reason for NIBCO to produce or

6    sell PEXb as opposed to just selling PEXc

7    product?

8  A  I'm not sure 100 percent on it.

9  Q  Okay.

10  A  As far as, you know, why a PEXc versus PEXb.

11  Q  Is there some advantage to PEXb versus PEXc or

12    vice versa?

13  A  Not necessarily, no, not in my opinion.

14  Q  Okay. So you're not aware of any reason why

15    NIBCO would sell B even though it's selling C?

16  A  Not -- I mean, not off the top of my head,

17    right.

18  Q  Turning back to Meadow 80, No. 80, and maybe

19    taking you back slightly, but to page 133896.

20    And this is, again, "Listing with Alternative

21    Agencies" is the topic, and then under

22    "Assumptions," there's a third bullet point that

23    I wanted to focus you on.

24    And that one says, "All activity in this

25    area will be suspended once a positive and

1    sustainable position has been achieved by NIBCO

2    PEX product family in relation to these

3    requirements."

4    Do you see that?

5  A  I'm sorry, I just got to the page.

6  Q  Oh, sorry. So under "Assumptions," it's the

7    third bullet point down that I just read, if you

8    could focus on that.

9  A  Okay.

10  Q  Okay. So is it your understanding that this

11    assumption actually occurred so that NIBCO had

12    its certification and, therefore, Jana was not

13    going to continue with trying to change the DLT

14    requirements?

15  A  I don't believe so.

16  Q  I'm sorry, you don't believe that they suspended

17    their efforts?

18  A  No, I don't believe so.

19  Q  You think that Jana continued to change the

20    requirements?

21  A  I believe the requirements were -- I believe the

22    standards were changed or modified.

23  Q  Along the lines that Jana proposed?

24  A  I believe so.

25  Q  If you could turn to Bates number 133905, which

17 (Pages 62 - 65)

1   is titled at the top, "Project Risks And
2   Opportunities." Under this area of risks, it is
3   an item in this chart that it has where it says,
4   "Early NSF grab sample of existing product."
5   Then it says, "Risk loss of certification."
6   Then it says, "Impact inability to sell product.
7   Damage to reputation."
8       Now, do you know what that refers to?
9   A  Which aspect of it?
10  Q  I'm sorry. The third -- it's really the third
11     item here, "Early NSF grab sample of existing
12     product."
13         What was the concern stated here in this
14     report produced by Jana for NIBCO? What are
15     they focused on?
16  A  I'm not sure what they were referring to there
17     as far as -- I mean, it's just -- I think it
18     says exactly what it says there, right, early
19     NSF grab.
20  Q  Okay. There was a concern that NSF would come
21     in on an unannounced audit and test some of the
22     NIBCO pipe that there was concerns that it
23     probably wouldn't pass certification levels?
24  A  No, I wouldn't say that.
25  Q  Were there ever any concerns about that

1   happening? Did anybody express that to you?
2   A  Like I said, what I remember was Jana being just
3      concerned about NSF in general.
4   Q  But in their role as doing this work for NIBCO,
5      did they not come up with some strategies of how
6      to avoid decertification from NSF?
7   A  I'm not sure I remember things specifically like
8      that, right? You know, I believe they had some
9      strategies on how to -- you know, just how to
10     maintain the listing and things that they were
11     recommending, right, but I don't remember
12     specifically anything to avoid. I'm not sure
13     I'm following the words that you're saying.
14  Q  Okay. What's the term "TD" refer to?
15  A  I'm sorry?
16  Q  "TD"?
17  A  Where are we?
18  Q  I'll show you where it is. On page 133906 --
19     really the next page over -- it has this chart
20     of opportunities and then it says, "Early
21     preliminary certification based on TD listing."
22         What is that?
23  A  I don't remember.
24  Q  Okay. Now, within this document, Meadow 80, it
25     incorporates interviews of NIBCO employees.

1   Now, were you interviewed by Jana?
2   A  I don't remember being.
3   Q  Were you involved in helping to organize
4      interviews for Jana?
5   A  Just to coordinate, I believe, times, peoples,
6      and places schedule-wise.
7   Q  Do you have an understanding what the purpose of
8      the interviews was?
9   A  I don't remember specifically about it.
10  Q  Okay. I would like to draw your attention --
11     this is the part of this Meadow 80 that refers
12     to interviews, which begins on 133920.
13         And specifically within that section I want
14     to draw your attention to the next page, 133921.
15     There's a section here, "Jana Comments," which I
16     would understand as being drawn from their
17     interviews.
18         So in the second point under "Jana
19     Comments," under "Extrusion," it says,
20     "Pinholing has been observed in larger diameter
21     pipe as a result of oxidized material sloughing
22     off from the extruder/die and affecting the
23     E-beam process."
24         Do you know what that is based upon?
25  A  No, I don't remember.

1   Q  It also says down below on the E-beam process,
2      the second point they're making there is, "Based
3      on testing results, it is evident that the
4      E-beam process is consuming a significant part
5      of the stabilization package which affects
6      product quality and consistency. There is some
7      evidence that there is significant variability
8      around and along the pipe inclusion of
9      oxidation" -- I'm sorry -- "along the pipe."
10         That's that point.
11         Now, do you have an understanding of where
12     Jana drew that information from NIBCO?
13  A  No, I don't remember.
14  Q  Now, at the next point below it, under "E-beam"
15     refers to OIT, and do you know what that is,
16     oxidation induction time?
17  A  In general terms, but I'm not an expert.
18  Q  Okay. Explain to me your understanding of OIT.
19  A  Well, I mean, it's -- I believe that it is a
20     method to measure like how fast the antioxidants
21     are consumed, right. I'm not -- you know, I
22     don't remember specifically, so.
23  Q  Okay. Well, here it says, "Inclusion of OIT or
24     similar method as a measure of the residual
25     stabilizers in the pipe as recommended as part

18 (Pages 66 - 69)

1    of the QC program."
2        Is that your understanding of how OIT might
3    be used by NIBCO in its PEX products?
4  A  I'm sorry, say that one more time, because I'm
5    not sure I'm following what you're asking.
6  Q  Okay.  Well, I'm focused on that third point in
7    the E-beam process.
8        And why don't I change that question as to
9    how was OIT used by NIBCO in its quality control
10   processes?
11 A  Okay.  I'm still -- I'm not following the
12   question, right.
13 Q  Okay.  Was the OIT test ever used as a method to
14   help NIBCO determine the quality of its PEXc
15   tubing?
16 A  I believe in the reformulation we explored the
17   use of OIT, but then because of the significant
18   difficulties in trying to correlate the output
19   of that to other pipe characteristics that it
20   was drawn to.
21 Q  Okay.  Was it ever used as a quality control
22   tool for the 1006 tubing sold by NIBCO?
23 A  Can you clarify what you mean by "quality
24   control"?
25 Q  Well, I'm really referring to what Jana is

1    putting down here, which seems to be drawing
2    from the interviews they did of NIBCO personnel,
3    that they're recommending it as a part of the
4    quality control program.
5  A  I don't remember exactly what they're referring
6    to there as our quality control program.
7  Q  Okay.  If you could turn to 133923 which, again,
8    is within Meadow Exhibit 80.  This is a section
9    of the report that's called "Summary Based on
10   Interviews," and then they have a section on
11   this page 133923, a formulation history, and it
12   has a bullet point, "Original formulation
13   developed by Durapipe."  And the third bullet
14   point says, "Could not pass chlorine requirement
15   (UL tested) so moved to Finathene."
16       Do you know what that refers to?
17 A  No, I do not.
18 Q  Did anybody ever give you a synopsis of what the
19   process used by CPI was prior to the acquisition
20   of those assets by NIBCO for its PEX business?
21 A  I don't recall.
22 Q  Now, if you turn to page 133927.  Again, this is
23   all within the interview process that Jana
24   undertook, and this is their written document of
25   it.  It has a section called "QC Process," and

1    it has a bullet point that says "QC lab located
2    at Lebanon (to be relocated)."
3        What's the reason that the quality control
4    lab located at Lebanon was relocated?
5  A  I don't remember anything about that.
6  Q  Okay.  Were you involved in that decision?
7  A  No.
8  Q  Do you know who made that decision?
9  A  No, I don't remember anything about it.
10 Q  If you could turn to the next page, which is
11   133928, and this is all within Meadow 80, the
12   interview records developed by Jana from
13   interviews with NIBCO personnel.
14       And on that page it has a section "QC
15   Difficulties," and then it has a bullet point
16   that says "Pinholes," and below that it says,
17   "They have observed pinholes in large diameter
18   pipe, one-and-one-quarter inch pipe," and then
19   below that it says, "Thought it was a result of
20   overbeaming process."
21       Do you know what the underlying information
22   given to Jana that served as the basis of this
23   conclusion?
24 A  No, I don't.  I don't remember anything about
25   that.

1  Q  Now, above that on this same page, which is
2    actually a category called "QC Process," there's
3    a bullet point that says "Post E-beam."  And
4    then below it there's a bullet point that says,
5    "Pressure checked to identify pinholes, and then
6    typically every fifth reel, currently every
7    reel."
8        Do you know what that refers to?
9  A  The pressure check?
10 Q  Yes.
11 A  I believe they were basically doing a pressure
12   check on the entire reel.
13 Q  Okay.  Now, below it says, "Typically every
14   fifth reel."
15       That was the quality control system used by
16   NIBCO for its 1006 pipe?
17 A  I don't know for sure.
18 Q  Do you have an understanding of the testing done
19   of the manufactured 1006 pipe that was done at
20   NIBCO's facilities before it shipped its pipe?
21 A  I don't know all of the checks that were done.
22 Q  What checks do you know were done?
23 A  I mean, I don't know specifically what all the
24   checks are that they done.  Just casual
25   conversation.  I know that they check certain

19 (Pages 70 - 73)

1    things, right, I just don't know specifically
2    what it is.
3  Q  Okay.  Who at NIBCO would be the person most
4    knowledgeable on what quality control checks
5    were done on NIBCO's PEXc product before it was
6    shipped?
7  A  Probably somebody up in manufacturing facility.
8  Q  Names?
9  A  Probably the best name that I can give you would
10    probably be Debbie Premus.
11  Q  Have you ever talked to Debbie Premus about her
12    involvement with this litigation?
13  A  No.
14  Q  Or her involvement with any of the PEXc
15    litigations?
16  A  Not that I remember.
17  Q  Okay.  I would like to focus you now -- we're
18    still within Meadow 80.  Now I want to turn to
19    the section about the interview of Chris Mason,
20    vice president of supply chain, plant manager,
21    interview summary.
22      So I'm going to turn to page 133937, and
23    there's a box that reads, "How flexible do you
24    feel manufacturing is on taking on new materials
25    processes?"

1      And there's a bullet point that reads,
2    "Extrusion/Manufacturing:  Technical knowledge
3    is very weak with very limited resources (no
4    engineers on staff in Lebanon, extrusion
5    operators know how to make pipe, but there's
6    limited technical support on site) interviewing
7    for new production manager with more technical
8    background."
9      Do you agree with this analysis that Jana
10    is presenting based upon an interview of
11    Chris Mason?
12  A  I believe that they don't have any engineers on
13    staff in Lebanon.  I can't speak to the level of
14    knowledge about the extrusion operators.
15  Q  Okay.  Now, was Larry Smallwood the plant
16    manager at the time of this report?
17  A  I don't believe so.
18  Q  Okay.  He had left by then?
19  A  I don't believe he was the plant manager.
20  Q  Okay.  Or what was his role?
21  A  I'm not exactly sure what his title was.
22  Q  Do you know why he left NIBCO?
23  A  I believe he retired.
24  Q  Do you know where he went?
25  A  Someplace in Florida, I believe.  If I remember

1    correctly.
2  Q  But you don't remember where?
3  A  No.
4      MR. ANDERSON:  He's just playing the odds.
5  BY MR. DEUTSCH:
6  Q  Within this report, if you go back a number of
7    pages, they list Larry Smallwood as production
8    manager in the PEX product.
9      What's your understanding of what his role
10    was?
11  A  I believe that he was the production manager.
12  Q  Did that make him in charge of the plant, or
13    what were his duties?
14  A  I'm not exactly -- I don't know all of his
15    duties.
16  Q  I would like you to turn again within Meadow 80
17    to page 133943, and this is within an interview
18    section of Randy Doering.
19      So in these notes by Jana, it says --
20    there's a section, "Liability Returns," and
21    within that it says, "90 percent of returns are
22    installation-related."
23      Do you have any idea what that's based
24    upon?
25  A  No.

1  Q  And then it says -- below that there's a bullet
2    point that says, "PEX, two problems," and then
3    it has two problems.  One says "Pinhole leaks on
4    larger diameter" and then "Pipe would split."
5      Do you have knowledge of those being
6    problems with NIBCO's PEX product at this time?
7  A  Which one?
8  Q  I'm sorry, I'm on 133943.
9  A  Okay.
10  Q  And it says, "PEX tube problems," and then it
11    has a bullet point, "Pinhole leaks on larger
12    diameter," and then the second one would be,
13    "Pipe would split."
14  A  I don't have any specific knowledge of those.
15  Q  Did it ever come to your attention of certain
16    areas of the country that had significant
17    complaints about NIBCO's PEX pipe leaking?
18  A  Not that I'm really aware of other than, you
19    know, like the complaints relative to the -- my
20    previous deposition, right.  I believe that was
21    in the San Antonio area.  You know, I'm not
22    really aware of anything else.
23  Q  How was the suit in the San Antonio area, the
24    Christianson suit, how was that resolved?
25  A  I have no idea.

Page 78

1  Q  Now, if you could take a look within this
2     document at Bates number 133957.  And this is
3     within a section called "Key observations of
4     VOC".
5        And what is "VOC"?
6  A  I'm sorry?
7  Q  VOC, as used in --
8  A  Typically it refers to voice of the customer.
9  Q  Okay.  And what does that involve for NIBCO?
10 A  Are we looking at this here?  I'm trying to get
11    to the --
12 Q  I'm looking at -- I'm sorry, I'm going to draw
13    your attention to 133957.
14 A  Okay.
15 Q  Which is preceded by -- it appears to be this
16    section that focuses on VOC, "Key observations
17    from VOC."
18       I guess VOC really starts on 133952.  It
19    describes customer interview breakdown by type,
20    and it lists apparently who NIBCO reaches out
21    to, to get input on the product; is that fair?
22 A  Yes.
23 Q  Okay.  So it's a tool to try to understand how
24    customers are perceiving NIBCO's product; is
25    that right?

Page 79

1  A  Not necessarily, right.
2  Q  Okay.
3  A  It can be for anything, right.  It's not just --
4     it can be for -- to identify opportunities for
5     new products.
6  Q  Okay.  But it's to get customer feedback, in
7     other words?
8  A  Typically.
9  Q  Okay.  Were you involved with any VOC for PEX
10    products?
11 A  I don't remember, other -- I don't -- yeah, I
12    really don't remember.
13 Q  Okay.  I mean at any point for any product of
14    NIBCO?
15 A  Of actual doing interviews of people, no, not
16    that I remember.  I mean, I've been involved
17    from looking at these analysis and participating
18    upon the output of the VOC interviews, right,
19    product, but not necessarily in the interview
20    process.
21 Q  Okay.  All right.  Again, continuing with this
22    Meadow 80.  There's a section here that begins
23    on 13359 -- 133959.  It's entitled "NIBCO PEX
24    resin development."
25       So within that subsection of Meadow 80, I

Page 80

1     wanted to draw your attention to 133965, which
2     appears to be part of a presentation given, and
3     the title of this page is "Current Product."  Do
4     you see that?  And it has pluses is the way I'd
5     understand this presentation page.  You would
6     agree with that?
7  A  Yes.
8  Q  And it says -- under "Current Product," it says
9     "Flexibility and hold."
10       Were those positive characteristics of the
11    1006 product?
12 A  I'm not sure.  I believe that's what they are
13    saying here.
14 Q  Okay.  Did you have an understanding that that
15    was one of the attractions of the 1006 product,
16    was that it was flexible?
17 A  I wouldn't say in general in terms of the 1006
18    product.  I would say in general PEX in general,
19    right, that they would want something that's
20    flexible and holds.
21 Q  Okay.  So you can bend it and reach different
22    parts of the house when you're putting it in,
23    right?
24 A  Well, I think that's -- some of that is that,
25    and I think some of it is the hold portion of it

Page 81

1     is like when you make radiant floor loops, when
2     you lay it down, it stays where it's at.  It
3     doesn't want to coil back up.
4  Q  Okay.  So on the next page, which is 133966,
5     this is another part of a presentation
6     apparently that -- again, "Current Product," and
7     it seems to have the negatives.  You would agree
8     that that seems to be what it's showing here?
9  A  Uh-huh.
10 Q  And the second bullet point here says "Marginal
11    pass on chlorine resistance."
12       Would you agree that that was an issue of
13    the 1006 product, right?
14 A  I'm not sure it's an issue; I would say it was
15    just where it was at relative to the standard.
16 Q  Okay.  It marginally passed, right?
17 A  I'm not sure, right?  I don't know what
18    "marginal" really means in this sense.
19 Q  Okay.  And then the next bullet point regarding
20    the current product is that it's "AO package not
21    chlorine friendly."
22       What's your understanding of what that's
23    referring to?
24 A  I don't remember.
25 Q  Okay.  Would that be the antioxidant package

21 (Pages 78 - 81)

1  that it's referring to?
2  A  Most likely.
3  Q  Okay.  And then the last negative point about
4  the current product is it said "High product
5  variability."
6      That was an issue at the time when this
7  report was put together, right?
8  A  Or it may have been a perception of the product.
9  Q  Do you disagree with this presentation when it's
10  talking about high product variability?
11  A  Well, that's a relative term.
12  Q  Okay.  But variability in PEX product has
13  negative implications for the certification of
14  the product, right?
15  A  Not necessarily.
16  Q  Okay.  Is variability a good thing for the PEXc
17  product?
18  A  It depends in -- it's always in relationship.
19  Q  Okay.  Was there ever concerns about the
20  variability of the product that was brought to
21  your attention?
22  A  I don't recall anything specifically, right,
23  that I can remember.
24  Q  Okay.  Let's turn to another page within this
25  presentation, which is Bates number 133968.

1  It's talking about current process.  It appears
2  to be -- it's negatives.  You agree that that's
3  what it's at least presenting here, right?
4  A  Uh-huh.
5  Q  And it's -- bullet point it makes is "E-beam
6  process high source of variability," and then it
7  also says "Proper QC control not in place."
8      Were those concerns that you were aware of,
9  of NIBCO PEXc process for the 1006 product?
10  A  Okay.  I'm sorry.  You're going to have to ask
11  me the question one more time.
12  Q  I'm sorry.  Let me try that again.
13      So on this page that we're looking at,
14  "Current Process," it has negatives as to
15  what -- at this point in time, in the 2009 time
16  frame, it says, "E-beam process high source of
17  variability" and "Proper QC control not in
18  place."
19      Were those issues that you were aware of
20  during this time frame in 2009?
21  A  I believe that these were some postulates or
22  theories that Jana was theorizing.
23  Q  Did people at -- including yourself -- at NIBCO
24  disagree and object with Jana as to their
25  observations or conclusions as reflected in this

1      Meadow 80 document?
2  A  At different points and different times, I think
3  as we continued to learn, I think we learned
4  more about the processes and stuff like that
5  that, you know, some of the theories just
6  weren't correct.
7  Q  Okay.  And was there a written record made of
8  that?  In other words, when somebody said, you
9  know, we disagree with Jana's findings, we think
10  they're wrong and here's why?
11  A  I'm not sure about that.
12  Q  Now, at one point was it considered by NIBCO to
13  actually buy its own E-beam equipment?
14  A  I'm sorry?
15  Q  At one point was it ever considered by NIBCO to
16  buy its own E-beam facility and do it in-house?
17  A  Sure.
18  Q  Okay.  And that wasn't done because why?
19  A  Primarily because of the payback, the high cost
20  of capital.
21  Q  Did you ever get involved with the issue of what
22  the level of E-beam intensity should be?  For
23  instance, in the amount of Mrads that were used
24  to process the PEXc product?
25  A  Which PEXc product?

1  Q  Let's say the 1006 product?
2  A  I don't recall specifically other than I think
3  we -- I can't remember the details of it all at
4  this point.
5  Q  Okay.  Well, why don't we turn to, within this
6  Meadow 80, 134027, which at the top of the page
7  reads "NIBCO PEXc" --
8      MR. BRADSHAW:  Give me that number one more
9  time, I'm sorry.
10      MR. DEUTSCH:  I'm sorry.  134027.
11  BY MR. DEUTSCH:
12  Q  It's entitled "NIBCO PEXc formulations."  And if
13  you look on that, there's a section called
14  "Summary," and within "Summary" there's a bullet
15  point, "E-beam process history," and below that
16  it says, "From 2001 dosage has been increased
17  from 18 Mrads to between 24 and 28 Mrads."
18      Does that refresh your memory at all as to
19  issues about what the level of E-beam intensity
20  should be for the PEXc products?
21  A  No.  I mean, we developed what it should be for
22  the PEX 300 -- the new reformulation product.  I
23  don't recall anything relative to the PEX 1006.
24  Q  How is it set for the new 3008 product?
25  A  To the best of my memory, we did trials in

1 comparison to the PEX standard gel levels and
2 then relative to all the product certification
3 requirements.
4 Q  Okay.  Do you know what level of E-beam that
5 wound up calling for?
6 A  Well, what do you mean, what level of --
7 Q  I'm sorry.  I'm just trying to understand the
8 level of E-beam, I guess, the Mrads that were
9 used for the 3308 product.
10 A  You mean the amount of irradiation that it
11 receives?
12 Q  Yes.
13 A  Yes, we developed what that should be for the
14 new product, right, in relationship to the
15 product standards.  And like I said, the product
16 standards and the performance, right.
17 Q  Do you know what level it was set at, Mrad
18 level?
19 A  Not off the top of my head, no.
20 Q  Do you know if it was changed over time for the
21 3308?
22 A  I don't remember off the top of my head.
23 Q  Do you know if it was changed for the 1006
24 product?
25 A  Not off the top of my head.

1 Q  Now, did you have interaction with Colortech as
2 part of your work on the PEXc products?
3 A  Yes, on the reformulation project, yes.
4 Q  Who did you interface with there at Colortech?
5 A  I don't remember the gentleman's name.
6 Q  Okay.  And what were the -- were there certain
7 issues you had to cover with Colortech as part
8 of the reformulation?
9 A  Well, we just worked relative to the different
10 types of antioxidants that were commercially
11 available and what could be compounded into the
12 master batch that goes into the reformulation
13 product.
14 Q  Were there changes made to the formulation as
15 part of your dealings with Colortech?
16 A  Changes made?  Well, I mean, I'm not sure
17 exactly what you mean by that, but yeah, I mean,
18 they had some technical expertise, and it was
19 being provided, and I'm sure that went into some
20 of the thoughts relative to the reformulated
21 product.
22 Q  Now, were you ever involved in evaluations of
23 the flexibility of NIBCO's PEXc products versus
24 its competitors in the marketplace?
25 A  I recall some things about that, but I don't

1 remember anything specific.
2 Q  Okay.  Do you know if NIBCO was marketed as a
3 product that had more flexibility than its
4 competitors?
5 A  I don't believe so.
6 Q  Okay.  Again, within Meadow 80, I just wanted
7 you to take a look at page 134103, which is
8 entitled at the top of this chart "Pipes
9 flexibility test, PIB."
10 Have you ever seen this chart before?
11 A  I don't recall off the top of my head, no.
12 Q  Or other charts comparing the flexibility of
13 NIBCO's PEX products?
14 A  Well, like I said before, I remember
15 conversations and discussion; I don't remember
16 specifics of them.
17 Q  Now, when you look at this chart and it has the
18 products besides DuraPEX, do those encompass the
19 competitors of NIBCO's PEXc products?
20 A  I'm not sure who all these products are and what
21 they're marketed for.
22 Q  Do you have any idea who the competitors for
23 NIBCO's PEXc products have been?
24 A  Well, I believe the market leader is Uponar.
25 Q  Okay.  And who else would be a competitor?

1 A  I don't know everybody, but the names that I
2 believe typically come up are Zurn is, or was,
3 or has, and so is Rehau, right, would've been
4 another competitor.
5 Q  Anybody else?
6 A  I don't know.
7 Q  Do you know if any of the competitors' products
8 are PEXc products as opposed to A and B?
9 A  I don't know all -- what everybody's products
10 are.
11 Q  Okay.  Do you know if anybody else sells a PEXc
12 product besides NIBCO?
13 A  I believe there are some European manufacturers
14 of PEXc, but I don't know everybody else.
15 Q  Put this aside for a moment.
16 I would like you to take a look at what we
17 previously marked as Exhibit 30 in the Meadow
18 case.  And this is a confidential PEX pipe
19 development strategy with Jana Laboratories.  It
20 says revision date, January 28, 2009.  It was
21 created by Dave Bobo, which is obviously
22 yourself, and I just want to confirm you wrote
23 this, right?
24 A  I believe so, yes.
25 Q  Okay.  And when it says revision date.  Was

23 (Pages 86 - 89)

1     there an earlier version of this?
2  A   If there was, it would have been just keeping
3     track of our own internal drafts.
4  Q   Okay.  So this one was the one that was issued,
5     right?
6  A   I believe so.
7  Q   Okay.  And who did you send this to?
8  A   I don't remember who all I sent it to.
9  Q   Okay.  I assume everybody on the reformulation
10     team at least would've gotten this?
11  A   I don't remember who all.
12  Q   Okay.  And I assume this is the document you
13     reviewed while you were preparing for your
14     deposition today?
15  A   Yes.
16  Q   Okay.  And did you ever -- is there anything in
17     here that you would say is inaccurate of what
18     you wrote here?
19  A   Well, I'm not sure, right, what you mean by
20     that, right.
21  Q   Okay.  In other words, I mean, you wrote this in
22     January 2009, or you issued it in January 2009,
23     and this was the knowledge you had at that point
24     in time, right?
25  A   At that point in time, yes.

1  Q   Okay.  And --
2  A   Or it was my perception.
3  Q   And you base this upon, you know, information
4     you collected within NIBCO, right?
5  A   No, not just NIBCO.  It was also information or
6     perceptions, conversations with Jana as well.
7  Q   Okay.  Now, did you subsequently write any
8     updates to this development strategy that you
9     wrote?
10  A   No, not that I'm aware of.
11  Q   Okay.  So this served as kind of a baseline for
12     NIBCO moving forward with its PEX development
13     programs, right?
14  A   I believe so.
15     (Exhibit No. 81 was marked for
16     identification.)
17  BY MR. DEUTSCH:
18  Q   Okay.  I would like you to take a look at what
19     we've marked as Meadow Exhibit 81, which
20     encompasses NIBCO Meadow Bates numbers 15405
21     through 15423, and take a look at this document,
22     tell me if you recognize it, and if so, what it
23     is.  By the way, it's dated February 9, 2009.
24  A   This document?
25  Q   Yes.

1  A   Okay.  Yeah, I remember the document.
2  Q   You remember that?
3  A   Uh-huh.
4  Q   I see the title on the front page is "PEX
5     Development Strategy Executive Review,
6     February 9th, 2009."
7        Who wrote this or who prepared this?
8  A   I believe that it was prepared for or prepared
9     by myself and Randy Doering.
10  Q   And who was this presented to?
11  A   I don't remember everybody that it was presented
12     to.
13  Q   Okay.  Was it presented at a meeting in a
14     conference room and these were the slides shown
15     to people?
16  A   I believe so.
17  Q   Okay.  Do you remember anybody who was in the
18     audience?
19  A   Some, but I don't remember everybody.
20  Q   Okay.  Well, just who do you remember?
21  A   Randy Doering, Gary Wilson, Steve Malm,
22     David Goodling, Rex Martin, Chris Wynn.  I don't
23     remember anybody else.
24  Q   Okay.  So like you say, this is an exec --
25     you're presenting this to the executives of

1     NIBCO, right?
2  A   Some of them are a partial group, at least,
3     right.  Like I said, I don't remember everybody.
4  Q   Sure.  And obviously it's an important
5     presentation because you got all the senior
6     people -- or many of the senior people in the
7     audience, right?
8  A   Sure.
9  Q   Okay.  Now, on the third page of this, 154307,
10     you have PEX problem statement that you
11     presented to the group, and it says, "NIBCO is
12     at significant risk of losing the current
13     third-party certification (product listing.)"
14        Now, what is that referring to in this
15     presentation?
16  A   Well, I believe that was, you know, like I said,
17     some of the theories that Jana was -- because of
18     the policies and some of the actions that NSF
19     were undertaking as well as how the standard was
20     written, right, that there were problems in the
21     standard that needed to be addressed.
22  Q   Okay.  Were any of those attributable to
23     concerns about gel testing of NIBCO's PEX
24     products that fell below the 50-year projected
25     life of the product?

24 (Pages 90 - 93)

1   A   Gel testing is not related to that, so I don't
2       understand.
3   Q   Okay.  The concerns about losing certification,
4       were those at all related to tests that
5       indicated the product would not last 50 years?
6   A   Not that I remember.
7   Q   Okay.  Was the concern at all related to any OIT
8       testing that had been done of NIBCO's PEXc
9       product?
10  A   Not that I recall or remember.
11  Q   Okay.  Was there any discussion at the
12      presentation based upon this statement made
13      under the PEX problem statement either, you
14      know, you discussing it or the audience making
15      comments or making responses to it?
16  A   I'm not sure I'm following your question.
17  Q   Okay.  I'm just trying to picture this.  So I
18      assume you and/or Randy Doering are presenting
19      this to the group and you have these slides.
20          So I'm just trying to understand.  Was
21      there a discussion about this first bullet point
22      that you presented, that NIBCO is at significant
23      risk of losing the current third-party
24      certification?
25  A   Was there any discussion?

1   Q   At that meeting, yes.
2   A   I don't recall any specific conversations.
3   Q   Okay.  Anybody take notes or memorialize what
4       happened at that meeting?
5   A   I'm not sure I understand what you mean by
6       "memorialize."
7   Q   Somebody might summarize, here's what was said
8       at the meeting, or here was the conclusion of
9       the meeting and maybe circulate it around.  It
10      could be an email, it could be a memo.
11  A   Not that I remember.
12  Q   Now, the second bullet point you had under your
13      PEX problem statement is, "Issue is due to the
14      variation of current product's performance when
15      compared to current chlorine resistant standard
16      and code requirements."
17          Now, that was based on what?
18  A   Like I said, I believe that was based upon, you
19      know, Jana's theories at the time.
20  Q   Okay.  Anybody from Jana at this executive
21      meeting that occurred February 9th, 2009?
22  A   Not that I recall.
23  Q   Okay.  Any reason why they didn't participate
24      even though you're saying they had significant
25      input into the issues presented at this meeting?

1   A   I don't know why.
2   Q   Who determined to hold this meeting and have you
3       and Mr. Doering present this set of slides?
4   A   Well, actually, I didn't present.
5   Q   Okay.
6   A   I remember Randy presenting.
7   Q   Okay.  But you helped him develop the program?
8   A   Yes.
9   Q   Okay.  And do you know who initiated the idea of
10      having the meeting and making this presentation?
11  A   I believe it was Gary Wilson.  I believe so,
12      right.
13  Q   Okay.  Did he -- do you recall, was there some
14      conversation with Gary Wilson where he said we
15      need to put a presentation to the executive
16      committee about the status of the PEX products?
17  A   Well, I think the purpose of the meeting was to
18      gain consensus on the path forward.
19  Q   Okay.  But I'm just trying to understand who
20      said let's have the meeting and invite the
21      senior executives?
22  A   Like I said, I don't believe -- I believe it was
23      Gary Wilson, but I don't recall specifically.
24  Q   Okay.  And he was -- was he your direct report?
25      I mean, you reported to him at that time?

1   A   No.
2   Q   Okay.
3   A   I reported to Rick Noel and Rick Noel reported
4       to Gary Wilson.
5   Q   Okay.  Did you ever get any feedback from
6       Rex Martin as to what was presented at this
7       February 9th, 2009, meeting?
8   A   In terms of what?
9   Q   It was something he said at the meeting or
10      subsequent to the meeting, him reacting to the
11      issues presented in what's reflected in this
12      Meadow 81?
13  A   I don't recall anything specifically.
14  Q   Okay.  Or even generally, just that he responded
15      to the presentation?
16  A   I believe that they wanted to move forward with
17      the reformulation project, right.
18  Q   Okay.  Any specific reaction you got from
19      Steve Malm?
20  A   I don't remember.  I mean, the consensus was to
21      move forward with the reformulation project.
22  Q   Okay.  And that included authorizing the
23      expenditure of funds to do that project, right?
24  A   I believe so.
25  Q   Okay.  And do you know what level of approval

Page 98

1    was required to proceed with the reformulation
2    project? Like what's the highest level that was
3    needed to check off on it?
4    A  I don't remember off the top of my head.
5    Q  Now, on page 15413 of this Meadow Exhibit 81 you
6    have a slide that was presented that you worked
7    on called "Options Reviewed," and you list some
8    options.
9       Do you recall what the discussion was after
10   you presented this slide?
11   A  No.
12   Q  Okay. And what did -- among these options, what
13   did NIBCO choose to do?
14   A  Well, we moved forward with the reformulation
15   project.
16   Q  That would be really the third bullet point, I
17   guess, right?
18   A  No, not necessarily, because it has two aspects
19   of that, and the reality is we went after the
20   proprietary PEXc, and what was proprietary about
21   it was not necessarily the resin but the
22   additive package in combination with the resin.
23   Q  Now, if you turn to 15416, you have a slide here
24   that you presented that said "Selected path,
25   five aspects," and one of the bullet points

Page 99

1    says, "Maintain third-party listing during
2    development." Below it, it says, "Seek
3    additional third-party certification (IAPMO),"
4    and then "Defensive plan with NSF."
5       Now, why did you present this at this point
6    in time, February of 2009?
7    A  Well, I believe that it was put together just to
8    show the different aspects of the project moving
9    forward.
10   Q  But these specific points were because there was
11   concern about losing NSF certification, right?
12   A  Well, I think it was -- it was -- you know, like
13   I said, Jana was promoting -- NSF was -- I'm
14   trying to think of what's the right words to
15   use.
16      They weren't a fan of NSF because of how
17   NSF was changing and didn't think that they were
18   doing the right things, right, relative, so --
19   Q  Okay. Am I correct in understanding Jana's part
20   of NSF now?
21   A  No, I don't believe that to be the case.
22   Q  Okay. Jana is part of what organization now?
23   A  Jana -- I think Jana is Jana, and I think that
24   they sold the testing facilities to NSF.
25   Q  I see. Okay. So there's still a freestanding

Page 100

1    Jana business?
2    A  I can't say for sure.
3       (Exhibit No. 82 was marked for
4    identification.)
5    BY MR. DEUTSCH:
6    Q  Okay. If you could take a look at what we've
7    marked as Meadow 82, which is a two-page
8    document encompassing NIBCO Meadow 134660
9    through 61. It's an email chain that you're at
10   the top of the chain.
11      Tell me if you recognize this document and
12   what it concerns.
13   A  I don't remember the specifics of it. I mean,
14   it looks like an email where we're trying to
15   coordinate a meeting time.
16   Q  Okay. And that's with Aleesha Valentine?
17   A  Uh-huh.
18   Q  And she's a Jana person?
19   A  I believe so, yeah.
20   Q  Okay. And you worked with her from when to when
21   on project for NIBCO?
22   A  It would have just been part of the
23   reformulation project.
24   Q  Okay. So over the few years, like 2009 to 2011
25   or '12?

Page 101

1    A  I don't know -- remember the specific dates, but
2    in general.
3    Q  But she stayed with the project while it was
4    being developed, right?
5    A  I believe so.
6    Q  Okay. Among the Jana people, who did you work
7    primarily with on the NIBCO PEX projects?
8    A  Well, like I said before, it was -- Wayne Bryce
9    was involved, Patrick Vibien, Dr. Oliphant, I
10   think, Dr. Ken Oliphant -- I don't remember his
11   first name. It's been too long.
12      Aleesha Valentine was involved. There are
13   some other people. Scott Tordoff I think is his
14   name, and then maybe Sarah Chung, right, for
15   different aspects, different times.
16      There were different people coming and
17   going, right, so I don't remember everybody.
18   Q  Okay. Was Aleesha Valentine kind of the point
19   person for coordination with NIBCO on the PEX
20   projects?
21   A  No.
22   Q  Was there a person who was the point person on
23   Jana's side?
24   A  Well, it started with Wayne Bryce, and then it
25   was moved to Patrick Vibien. And then there

26 (Pages 98 - 101)

Page 102

1 were some different people handling different
2 aspects of it, if you will.
3 Q Okay. Now, on the second page of this Meadow 82
4 there's an email from Aleesha Valentine to you
5 where she's obviously coordinating a -- sort of
6 a conference call with NIBCO people, right?
7 A I believe so.
8 Q Okay. And what do you remember as the content
9 and purpose of that call?
10 A I don't really remember.
11 Q Do you remember at all the content of who
12 said what on that call?
13 A No.
14 Q All right. If you can take a look at what's
15 been previously marked as 40 in this case. If
16 you can look at what's been previously marked as
17 Exhibit 40, which is a March 30, 2009, Jana
18 Laboratories document produced by NIBCO in this
19 case with the title at the top "NIBCO
20 Certifications" and tell me if you recognize
21 this document, if you've seen it before?
22 A I don't remember this specific document. I'm
23 not going to say that I haven't seen it in the
24 past.
25 Q Right. And indeed, if you look at Meadow 82

Page 103

1 where it refers to Aleesha Valentine sending to
2 you and to Mark Clark and Earl Sexton a document
3 on that day and it's concerning certification,
4 one would imagine it's this, Exhibit 40, right?
5 A I don't remember specifically.
6 Q Okay. Do you know who -- well, it looks like
7 the people copied on the email must have
8 received this document, right? By "the email,"
9 I mean the first email on Meadow 82, right?
10 A I'm not certain.
11 Q By that, I'm referring to the bottom email. It
12 seems to be a transmittal of this document and
13 then setting up a conference call with you and
14 other key people in NIBCO.
15 A Was that a question?
16 Q Yes. I have a question tone at the end.
17 I'm just trying to confirm, this -- what
18 appears to me that what's getting transmitted in
19 Meadow 82 must be this attachment that's also
20 dated March 30, 2009?
21 A I'm not certain.
22 Q Okay. Is there any aspect of this document that
23 was sent by Jana to NIBCO that you disagree
24 with? For instance, it lists the history.
25 I mean, is there any -- do you have any

Page 104

1 disagreement with the history that have they've
2 listed here?
3 A Oh, I don't know, right, for sure on that. I
4 mean, I don't know if what they're putting here
5 is correct or not.
6 Q Okay. Do you know if anybody at NIBCO responded
7 to this report and said, no, I think you and
8 Jana have it wrong?
9 A I don't know.
10 Q Okay. Now, in the second page of this it has a
11 section called "Path Forward," which obviously
12 has to do with NIBCO's certifications, and it
13 has an Option 1 under "Path Forward," and it
14 says, "With the failure of the red pipe to meet
15 the minimum lifetime requirement and the
16 potential of an NSF sample being collected at
17 any point, it is not safe to only maintain a
18 single source for certification of this product.
19 To this end, NIBCO must reestablish
20 certification of the PEXc product line at IAPMO.
21 The certification was withdrawn at the end of
22 2008, PER NIBCO's request, so reinstatement may
23 merely be a paperwork process."
24 Now, when you read that, particularly with
25 the concern that NSF might withdraw their

Page 105

1 certification, was there ever consideration of
2 disclosure of that concern to IAPMO by NIBCO?
3 A Well, I'm not sure -- knowing what I know now,
4 I'm not sure that I would agree with that
5 statement in the first place.
6 Q What's written here as the "Path Forward"?
7 A Yeah.
8 Q Okay. In what sense?
9 A Well, I'm not sure that -- the failure of red
10 pipe, I'm not sure it should be classified as a
11 failure.
12 Q Okay. And why do you say that?
13 A Well, because, you know -- well, the data and
14 the test results are upheld by NSF.
15 Q I'm sorry, are what?
16 A The data and the test results on what the
17 product is, is held, reviewed, and authorized by
18 NSF.
19 Q Okay.
20 A It's not our -- it's not really our data, right.
21 That's the way I understand it.
22 Q Okay.
23 A Right. I guess that's my understanding now.
24 It's really -- it's NSF that does the testing,
25 it's NSF that does -- that reviews the data and

27 (Pages 102 - 105)

Page 106

1  then just says whether or not the product is
2  compliant.
3  Q  So am I correct in understanding, the system
4     would be NSF will take some of the pipe and do
5     its own testing of NIBCO's pipe; is that right?
6  A  They do it.
7  Q  They do it?
8  A  Absolutely.
9  Q  Okay.  And do they -- but do they then share
10    what their findings were with NIBCO?
11 A  Well, they typically -- in general terms,
12    right -- and we're talking broader here than
13    that -- is that basically once a product is --
14    when we -- when a product is being applied for a
15    certification, the agency tests the product and
16    then basically says it's authorized or it's
17    deemed compliant and then, therefore, you can
18    apply these marks or these certification marks
19    to the product.
20 Q  Now, do you have some basis to doubt the
21    efficacy or the quality of NSF's testing of
22    NIBCO's PEXc pipe?
23 A  I'm not sure I understand exactly what you're
24    saying there, right.
25 Q  Okay.  I thought you were suggesting in your

Page 107

1  answer about this Option 1, raising the question
2  about NSF revoking its certification, that -- I
3  thought you were making a point that maybe you
4  questioned the quality of their testing?
5  A  No, I'm not questioning that.
6  Q  Okay.
7  A  I just -- the characterization that the red
8     failed, I would not characterize it that way.
9  Q  And what do you base that on?  Why?
10 A  Well, because the -- I mean, NSF has the data.
11    If they deem that it failed, they wouldn't have
12    issued the certification.
13 Q  Okay.  Now, you see in this Jana document that
14    was submitted to NIBCO, they provide seven
15    options.
16    Now, was there any discussion within NIBCO
17    about how to implement those options?
18 A  I don't recall.  I'm not sure exactly what
19    you're asking about there.
20 Q  Well, it seems like Jana --
21 A  I'm not sure that all of these options were -- I
22    think they were just options.
23 Q  Okay.  Well, to your understanding, were there
24    certain options that NIBCO adopted, based upon
25    these options presented by Jana, who is working

Page 108

1  with NIBCO on how to maintain its certifications
2  at this point in time?
3  A  Well, I believe that, you know, we did go and
4     reestablish the certification with IAPMO.  And I
5     believe -- let's see.  The Option 6 is really --
6     I believe that is getting into the changes to
7     the standard.
8  Q  Okay.  So you're saying that's one that NIBCO
9     and Jana were pursuing among these seven
10    options?
11 A  I remember that.  I can't say I remember
12    everything else.
13 Q  Okay.  Were there any of the options that were
14    rejected out of hand and communicated to Jana
15    that NIBCO wasn't going to do those options?
16 A  Well, this thing here, Option 7, I don't believe
17    that it was ever really feasible, right, because
18    of -- I mean, we manufacture red tubing all the
19    time.  To the best of my -- at least that's my
20    understanding.
21    Now, was there -- you asked the question
22    was it ever rejected and communicated back.
23 Q  Correct.
24 A  Communicated back, not that I have a record of,
25    right, but I just remember thinking that, okay,

Page 109

1  we're not going to be able to do that.
2  Q  And the purpose of that Option 7 was really --
3     proposed by Jana -- was a concern that NSF would
4     come in, find the red pipe, and test and reject
5     it, right?
6  A  I think that, yeah, Jana -- like I said, I
7     believe Jana was theorizing that, you know,
8     there were just problems at NSF to begin with,
9     right, and I hate to characterize it this way,
10    but I just don't believe that they trusted NSF.
11 Q  Okay.  Did they ever -- did Jana ever express
12    concern about the pipe that NIBCO had might fail
13    the NSF test for its durability?
14 A  Well, you'd have to characterize what you mean
15    by "durability."
16 Q  Well, am I correct in understanding that the
17    pipe is supposed to be certified for at least 50
18    years of life, right?
19 A  I don't -- no, I'm not -- I'm not sure I would
20    agree with that statement.
21 Q  Okay.  Is there a durability level that you
22    would say that pipe would need to demonstrate to
23    be certified?
24 A  Well, it has to be -- to demonstrate to be in
25    compliance with the standard.

28 (Pages 106 - 109)

1  Q   And the standard doesn't include a durability
2      requirement that it should project out to a
3      50-year life of the pipe?
4  A   I don't believe I would characterize it that
5      way.
6  Q   Do you have an understanding what the standards
7      for certification of NIBCO's pipe was?
8  A   I'm sorry?
9  Q   In other words, what were the criteria that
10     NIBCO's pipe had to meet to satisfy
11     certification standards?
12 A   Well, it's part of -- I mean, the standards are
13     associated with ANSI/NSF 14, ASTM F876, and I
14     believe ASTM F2023.
15         It's been awhile since I've looked at
16     those, right, but that's what I remember off the
17     top of my head.
18 Q   Were you ever aware of the idea that the pipe
19     should last 50 years, as reflected in the
20     extrapolation of tests of the pipe that would
21     demonstrate it could last that long?
22 A   I'm not sure -- yeah, I'm not sure of any test
23     that says that -- of that, from that standpoint.
24 Q   Now, the last page of this Exhibit 40 that we've
25     been looking at, there's a section "How to Deal

1      with NSF," and it says, "Do not voluntarily
2      bring up the DOT issue to NSF.  Don't remind
3      them that the red pipe was granted a provisional
4      listing based on policy that no longer exists.
5      Avoid it like the plague."
6          Was that approach implemented by NIBCO?
7  A   I don't remember anything.  I mean -- and
8      typically, right, from that standpoint, we rely
9      upon the agencies to -- they come in and pull
10     the product whenever they deem it's necessary to
11     pull it.
12 Q   Do you have an understanding why she's -- why
13     whoever wrote this for Jana is trying to help
14     and warn NIBCO from -- in its dealings with NSF?
15 A   I really -- can you ask that question one more
16     time because I'm not sure I caught it the right
17     way?
18 Q   Well, obviously, you're getting some
19     instructions and warnings from NSF, which -- I'm
20     sorry -- from Jana as to dealings with NSF
21     which, on their face, seem a little odd, that
22     NIBCO dealing with its certification agency is
23     essentially trying to -- one could characterize
24     these as ducking the certifier, NSF, right?
25         MR. BRADSHAW:  I'm going to object to the

1      term "ducking" and asking him to make
2      assumptions of what's in their mind.
3          But you can answer the question.
4          THE WITNESS:  And you're going to have to
5      say it one more time because I lost my train of
6      thought.
7  BY MR. DEUTSCH:
8  Q   Okay.  I think one can read this on the last
9      page of 40 as a strategy proposed by Jana to
10     NIBCO to try to avoid dealing with NSF and
11     perhaps even ducking their inquiries.
12         So does that not strike you as odd for the
13     relationship between the plumbing manufacturer
14     and the certifying body?
15         MR. BRADSHAW:  Once again, just before you
16     answer, I object to calling for speculation and
17     argumentative and using the word "ducking."
18         But you can answer.
19         THE WITNESS:  Well, it didn't strike me as
20     odd because, like I said, I believe that Jana
21     had a general distrust of NSF.
22 BY MR. DEUTSCH:
23 Q   Okay.  And did you or people at NIBCO have any
24     discomfort about not disclosing these efforts to
25     deflect NSF while NIBCO was seeking its

1      recertification with IAPMO?
2          MR. BRADSHAW:  Object to the word "deflect"
3      as argumentative.
4          But you may answer.
5          THE WITNESS:  Yeah, I'm not sure I follow
6      what your question was.  I'm sorry.
7  BY MR. DEUTSCH:
8  Q   Okay.  It seems like what's going on here is,
9      you know, NIBCO has an NSF certification at this
10     time, right, but there's concerns about NSF
11     continuing the certification of NIBCO's PEX
12     product so, therefore, this strategy appears to
13     be, go to IAPMO and get that certification
14     reissued, right?
15         MR. BRADSHAW:  Object to speculation.
16         You can answer.
17         THE WITNESS:  Well, I believe that, you
18     know, they -- like I said, I believe that Jana
19     had a general distrust of NSF and basically was
20     promoting the IAPMO solution as a result of
21     that.
22 BY MR. DEUTSCH:
23 Q   Okay.  So that basically became the strategy of
24     NIBCO at this point in time, seek the IAPMO
25     recertification, right?

29 (Pages 110 - 113)

Page 114

1   A   Well, we did, and we did get the recertification
2       and then, you know, subsequently our product was
3       tested and recertified by NSF as well.
4   Q   But at this time was there any consideration of
5       disclosing to the IAPMO why NIBCO was returning
6       to IAPMO as its certifier?
7   A   Any concern in disclosing it?  I don't -- I
8       don't believe there was any conversation.
9   Q   In other words, disclosing this concern about
10      NSF as the basis for why, suddenly, NIBCO needed
11      to go back to IAPMO as its certification agency?
12  A   No, I don't believe so.
13  Q   Okay.  And that was never disclosed to IAPMO,
14      right?
15  A   I don't believe that there was ever any
16      conversation about it because it's pretty
17      natural to have the agencies compete amongst
18      themselves for the certifications.
19  Q   Is there any duty under the, I don't know, the
20      rules of the industry that if you're having some
21      problem that may cause you to lose
22      certification, that you need to share that and
23      disclose it to the certifying agencies?
24          MR. BRADSHAW:  Object to the term "rules of
25      the agency" as being -- "rules of the industry"

Page 115

1       as being vague and nonexistent, but vague.
2           But you can answer.
3           THE WITNESS:  I'm not aware of any rules or
4       anything associated with that.
5   BY MR. DEUTSCH:
6   Q   Okay.  How about NIBCO's internal ethical rules?
7       Is there any requirement that NIBCO should make
8       disclosure to IAPMO about its concerns with
9       NSF's certification of its product?
10  A   I'm not sure that we had a certain concern
11      about -- NIBCO had a concern about NIBCO's -- or
12      the certification, NSF's certification.  I think
13      that was -- like I said, that was more of a
14      theory that Jana was promoting.
15  Q   But indeed NIBCO did pursue IAPMO as its
16      certifying body in light of the concerns raised
17      by Jana, right?
18  A   We did go and reestablish the certification with
19      IAPMO.
20          MR. ANDERSON:  Do you want to take a break
21      for lunch?
22          MR. DEUTSCH:  It's up to you.  It's up to
23      the witness.  What is your preference?
24          THE WITNESS:  It doesn't matter to me.
25      Whatever you guys want to do.

Page 116

1           MR. ANDERSON:  Let's take a break.
2           (A recess was taken from 11:14 a.m. to
3       12:09 p.m.)
4           MR. DEUTSCH:  Back on the record.
5   BY MR. DEUTSCH:
6   Q   Now, am I correct in understanding that NIBCO's
7       PEXc products include fittings and clamps; is
8       that right?
9   A   No.
10  Q   No, that's not part of the products that it
11      sells to the public?
12  A   Well, the fittings and the clamps are not PEXc.
13  Q   Okay.  But if somebody is using NIBCO's PEXc
14      tubing, would they also use fittings and clamps
15      as part of the installation?
16  A   I believe so.  They can.  The tubing is -- can
17      be utilized with different fittings and clamping
18      systems.
19  Q   Right.  And if you use just NIBCO products in
20      your total plumbing installation, you get a
21      25-year warranty on the product, right?
22  A   I believe the warranty period is 25 years.
23  Q   Okay.  And if you use somebody else's parts, mix
24      them, it's reduced to 10 years, right?
25  A   I believe the 10-year warranty period is for

Page 117

1       mixed systems.
2   Q   Okay.
3   A   That's my understanding.
4   Q   So NIBCO, if I understand right, acquires clamps
5       and fittings from other producers and then sells
6       them as part of NIBCO's product line, right?
7   A   NIBCO manufactures some fittings and also
8       sources some fittings and clamps -- or clamping
9       systems.
10  Q   So you're saying they manufacture some of the
11      fittings or clamps for its PEXc system?
12  A   I'm saying that they manufacture some fittings
13      that are utilized with PEX systems.
14  Q   Okay.  The fittings and clamps used with NIBCO's
15      PEXc systems, is there a certain regimen of
16      inspection that's used for the products that are
17      acquired by NIBCO and then resold to the public?
18  A   I'm not certain of what you're asking there,
19      right, when you say a regimen of --
20  Q   I'm just trying to understand.
21          My understanding was that NIBCO purchases
22      fittings and clamps that are then used in a PEXc
23      installation with NIBCO piping; is that correct?
24  A   Well, there are multiple fittings out on the
25      market as well as NIBCO sources some fittings

30 (Pages 114 - 117)

Page 118

1    and manufactures some fittings for use within
2    PEX systems.
3  Q  And what are the sources they acquire them from?
4  A  I don't remember all of the places where.
5  Q  And is there a quality control system to, you
6    know, evaluate the ones that are sourced among
7    the fittings and clamps for the PEXc system?
8  A  I'm not aware of what the details of the -- what
9    you're calling the quality control systems are
10   for those.
11 Q  Who at NIBCO would be best able to answer that?
12 A  I'm not certain.
13 Q  Okay.  Anybody in your organization, you think?
14 A  I'm not certain.  There are different levels of
15   inspection and different systems in place, and
16   I'm not sure exactly who would be the best,
17   right, from that standpoint.
18 Q  Now, focusing again on the issues of
19   certification of the PEXc 1006 product.
20      So at some point NIBCO's strategy was to
21   get recertified by IAPMO, right?
22 A  It was to reestablish the certification with
23   IAPMO.
24 Q  Okay.  And could you describe for me the process
25   of how that occurred and ultimately allowed

Page 119

1    NIBCO to be recertified by IAPMO?
2  A  I don't remember all the specifics of it.
3  Q  Okay.  Do you remember any -- sort of the
4    evolution of what happened?  Who did what?
5  A  Well, I believe, in general, we requested a
6    project with IAPMO, and they did some initial
7    testings, per their policy, and then reevaluated
8    the tubing and then reestablished the
9    certification.
10 Q  Okay.  Are you saying they actually took the
11   pipe and retested it as part of their --
12 A  There would have been some testing, not
13   necessarily every single test in the standard,
14   but there would be some testing.  I remember
15   them doing some testing, right.
16    (Exhibit No. 83 was marked for
17   identification.)
18 BY MR. DEUTSCH:
19 Q  Let's take a look at what we've marked now as
20   Meadow 83.  Please take a look at what we've
21   marked as Meadow 83, which encompasses Bates
22   numbers NIBCO Meadow 134140 through 134145.
23    It's an email chain.  The top is an email
24   from Aleesha Valentine to you dated April 21,
25   2009.  It appears to me this must be printed out

Page 120

1    of your email system because it says
2    "David Bobo" at the top.
3      So if you could take a look at this, tell
4    me if you recognize this and what it concerns.
5  A  (Reviewing.)
6      Okay.
7  Q  Okay.  So do you recognize this email that you
8    received?
9  A  I don't remember the -- all the specifics about
10   it.
11 Q  Okay.  What's your understanding of what this
12   concerns, the email you received?
13 A  Like I said, I don't remember all of the
14   specifics about it, but it looks like it's some
15   conversation going back and forth between
16   Mark Clark and Aleesha relative to what IAPMO
17   would be asking for.
18 Q  Okay.  And Aleesha even writes a note for NIBCO
19   to send to IAPMO here, right?
20 A  I believe she's recommending that.
21 Q  Yes.  And was that sent; do you know?
22 A  I have a -- I don't know.
23 Q  Okay.  Now, on the second page of this
24   Mark Clark writes an email to Aleesha Valentine
25   where he concludes by saying, "To be honest, I'm

Page 121

1    not confident that we can get IAPMO to reinstate
2    the listing just for the PEX tubing without
3    triggering a need for new data."
4      Was there a concern at this time that
5    providing new data might imperil the
6    certification of NIBCO's PEXc product?
7  A  No, not that I'm aware of.
8  Q  Take a look at what's been previously marked as
9    43 in this case.
10    So if you can take a look at what's been
11   previously marked as Meadow 43 in this case
12   which is, again, an email chain that you're
13   copied on, including the top email that was
14   dated June 3, 2009.  Subject of the email is
15   "Reinstatement of NIBCO's PEX listing IAPMO."
16    If you can take a look at this and tell me
17   if you recognize this document and what it
18   concerns.
19 A  (Reviewing.)
20    Okay.
21 Q  Okay.  So do you recognize this document?
22 A  I don't remember it specifically.
23 Q  Okay.  Does it refresh your memory as to, you
24   know, your dealings with Aleesha Valentine in
25   terms of getting the IAPMO certification

31 (Pages 118 - 121)

Page 122

1  reinstated?
2  A  I'm sorry, could you ask that one more time?
3      MR. DEUTSCH:  Could you read that back?
4      (The requested text was read by the court
5  reporter.)
6      THE WITNESS:  Somewhat.  I mean, you know,
7  I don't remember everything about it.
8  BY MR. DEUTSCH:
9  Q  Okay.  Now, in this second page, an email you're
10  copied on is from Mark Clark -- I'm sorry -- he
11  sends it to you and he copies Aleesha Valentine
12  May 29th, 2009, and he states -- in his email
13  to you he says, "The problem that I believe we
14  will have come November is that we do not have
15  chlorine resistance test data for all colors
16  which is what got us to the point where we are
17  at with NSF."
18      Do you remember that being a concern at
19  this point in time, which is May 2009?
20  A  No, I don't recall.
21  Q  And do you know how that concern was ultimately
22  resolved?
23  A  Well, there was chlorine resistance data for all
24  of the colors.
25  Q  Okay.  And who had -- who had done the

Page 123

1  testing of those?
2  A  Well, it was listed with NSF.
3  Q  So it was testing done by NSF?
4  A  It would've been NSF's tests conducted.  I don't
5  know where the actual physical test -- product
6  was tested, if they had outsourced it or
7  whatever, but it was the data that they had on
8  file.
9  Q  Okay.  Which was tested from what time period?
10  A  You'd have to go -- I don't know of a specific
11  date or time period.
12  Q  NIBCO would have a copy of the test results from
13  NSF?
14  A  I'm not certain of having all of the actual test
15  reports.  So I'm not sure if they had all of the
16  test reports at that point in time.
17  Q  Is it your understanding that NSF wouldn't
18  necessarily share their test reports with NIBCO?
19  A  I'm not certain of how that would've occurred
20  because of the transition from CPI to NIBCO
21  and -- so I'm not sure how and when test reports
22  were transmitted, so on and so forth.
23  Q  Okay.  If you can take a look at what's been
24  marked as Meadow 41.  This is entitled "Update
25  NIBCO Certifications."  It has "Jana

Page 124

1  Laboratories, Inc." on the top page.  It's dated
2  June 17th, 2009.
3      If you can tell me if you recognize this
4  document, if you've seen it before?
5  A  (Reviewing.)
6      I can't recall.  I mean, I can't recall all
7  of the documents off the top of my head.
8  Q  But does it seem to be something that you had
9  received while, you know, engaging Jana with the
10  NIBCO PEX projects?
11  A  Like I said, I can't recall specifically all of
12  the documents that were sent to me or back and
13  forth at this point in time because it's been
14  too many years ago.
15  Q  Okay.  Well, given that Jana issues this report,
16  who would you expect, within NIBCO, that would
17  have received this?
18  A  I'm not certain.
19  Q  Was it routine that the project team that we saw
20  in this Exhibit 80 would be the recipients of
21  this update from Jana?
22  A  Not necessarily.
23  Q  No?  Would there be a narrower subgroup that
24  received this update from Jana?
25  A  It would probably most likely -- if it was

Page 125

1  issued to us, would've been issued to the
2  project team members that were working on it at
3  this time.
4  Q  Now, within this update it has the seven options
5  that are reflected in the June 30 version that
6  was previously sent to NIBCO as reflected in
7  Exhibit 40 on March 30th.
8      So was there somebody that was tasked in
9  NIBCO with tracking the options that Jana had
10  proposed or put forth to NIBCO?
11  A  I don't believe so.
12  Q  Now, in Option 6 listed on the first page of
13  this Meadow 41, this Option 6 concerns the, you
14  know, change in standards for ASTM relative to
15  NIBCO's PEX products.
16      So it says, "A task group meeting will be
17  held soon with a ballot to the rest of the
18  committee at ASTM following."
19      Did you have any idea who's on the ASTM
20  committee that's referred to here?
21  A  No.  You would have to get -- I believe that the
22  committee members are listed on the standard
23  itself.
24  Q  Are listed?
25  A  I believe they are, right.  The ASTM -- the

32 (Pages 122 - 125)

Page 126

1    committee members for that particular standard.
2  Q  Okay.  Now, do you know if NIBCO itself has a
3    representative on the standards relevant to its
4    PEX products?
5  A  NIBCO participates in a lot of standards
6    organizations.  So I don't know what all
7    committees that we sit on.
8  Q  So you're not sure if NIBCO's on the PEX
9    committee itself?
10  A  I'm not sure.
11  Q  Okay.  Now, on this first page of Meadow 41 it
12    has Option 7.  It says, "NIBCO has a plan
13    involving storage of the red pipe."
14      Do you know what that plan was?
15  A  I don't remember.
16      (Exhibit No. 84 was marked for
17    identification.)
18  BY MR. DEUTSCH:
19  Q  I would like you to take a look at what now has
20    been marked as Meadow Exhibit 84.  It's a
21    document on the first page that reads "PEX
22    Development Strategy Jana Program July 2009." It
23    encompasses Bates numbers NIBCO Meadow 16630
24    through 641.
25      If you could take a look at this document

Page 127

1    and tell me if you recognize it.
2  A  (Reviewing.)
3      No, I don't remember this.
4  Q  Okay.  Do you remember being involved in some
5    presentation around this time, July 2009, as
6    some kind of follow-up to the February 2009
7    presentation to the executives that you were
8    involved with?
9  A  I don't remember.
10  Q  Okay.  Do you have any idea who this
11    presentation was made to?
12  A  I don't remember that document.
13  Q  Well, after the February 2009 presentation you
14    were involved with, were there other
15    presentations you were involved with of
16    presenting the PEXc program and its development
17    to executives at NIBCO?
18  A  I don't recall specific presentations.
19  Q  Was there any process of updating the executives
20    who had participated in the February 2009
21    presentation about the PEXc program?
22  A  At that point we would have -- it became part of
23    our new product development committee reviews,
24    right, as we were working on the new product of
25    the PEX -- the 3 series PEX tubing.

Page 128

1  Q  So you're saying it would be presented to the
2    new product committee periodically?
3  A  Typically, yes.
4  Q  Okay.
5  A  Not necessarily a formal presentation; it was
6    just a status of it.
7  Q  Okay.  And that would be the target audience you
8    would be following through on, on the PEXc
9    initiatives, as opposed to other people in
10    NIBCO?
11  A  I'm sorry, I'm not sure I'm following what
12    you're asking.
13  Q  Okay.  I'm just trying to follow through on, you
14    know, you have the presentation February 2009.
15    Now I'm trying to follow who was kept informed
16    as to the progress on the PEXc initiatives, you
17    know, that were begun in early 2009?
18  A  Okay.  Well, we would have reported on the
19    status at the new product development committee.
20  Q  Now, I look on the third page of this document,
21    Meadow 84, and it has "PEX Problem Statement -
22    Review," and those seem to be the same problems
23    that were -- first two problems that were
24    identified in the earlier -- the February
25    version of the presentation, which is Meadow 81.

Page 129

1      You'd agree with that, right?  It still has
2    the same two problems?  One is risk of losing
3    the current third-party certification and a
4    question about the product's performance when
5    compared to the current chlorine resistance
6    standard and code requirements.
7  A  I'm sorry, I'm just trying -- is your question
8    are those the same slides?
9  Q  Basically, yes.  So, in other words, in July of
10    2009, those are still the same two problems that
11    are being identified for NIBCO, right?
12  A  I would say that they're the same slides.
13  Q  Okay.
14      (Exhibit No. 85 was marked for
15    identification.)
16  BY MR. DEUTSCH:
17  Q  I would like you to take a look at what's been
18    marked as Meadow 85.  And just to clarify the
19    record, this encompasses documents entitled
20    Total Meadow 1065 through 1068.
21      Now, the Bates numbers were cut off on the
22    copy that we have here for you, but I'm just
23    making it clear for the record.
24      So I would like you to take a look at
25    Meadow 85, which on the first page, this is a

33 (Pages 126 - 129)

Page 130

1    document from Total Petrochemicals, and it's
2    referring to a visitor meeting with NIBCO, and
3    you're included among the personnel that
4    apparently Total met with.  That is, Brian Coe
5    apparently from Total.
6        Do you remember meeting with Mr. Coe from
7    Total?
8  A  I don't remember the interaction at that point
9    in time.
10 Q  Do you ever remember meeting with anybody from
11   Total regarding the PEX products?
12 A  Well, I remember a couple of -- we most likely
13   had a couple conversations with Total because
14   they were the current resin supplier.  I'm
15   not -- I don't remember all the details of it.
16 Q  Okay.  Do you remember any communications to
17   Total regarding concerns or dissatisfactions
18   with the Total resins?
19 A  Not that I'm aware of.
20 Q  Okay.  And was there any particular reason why
21   NIBCO ceased using Total's resins?
22 A  Well, the reformulation product utilized a resin
23   from Dow.
24 Q  And why was that, why Dow rather than Total?
25 A  I don't remember the specifics about it.  I know

Page 131

1    we did several rounds of screening/testing with
2    different resins and formulations, and I can't
3    remember the specifics on why the Dow resin was
4    chosen.
5  Q  If you could turn to page 2 of Meadow 85.  It
6    has a headline -- it actually says "Call
7    Details."  So perhaps this reflected a call with
8    Total.
9        Does that refresh your memory in any way
10   about this call or meeting in July of 2009 with
11   Total?
12 A  No, I don't remember those details.
13 Q  Okay.  So in their section "Background" Mr. Coe
14   writes -- he says in the second paragraph, "In
15   recent years NIBCO had experienced several field
16   failures in pipe from CPI vintage.  In their
17   investigation they learned that CPI/NIBCO pipe
18   had characteristically lower OIT performance
19   than competitive grades, concluding the pipe is
20   less stabilized, although they had passed
21   NSF/ASTM chlorine test requirements.  They had
22   launched a project to improve oxidative
23   resistance in their pipe.  TPI had provided some
24   technical assistance in this effort in
25   analytical testing which confirmed that all

Page 132

1    CPI/NIBCO pipe had virtually no measurable AO."
2        Now, do you remember any communications or
3    discussions with Total about this description of
4    NIBCO's experience with its PEXc tubing at this
5    time?  This is, again, a letter written
6    July 2009.
7  A  No, I don't remember.
8  Q  Okay.  Now, are you aware of any steps taken by
9    NIBCO to address these concerns that are
10   reflected in this paragraph that we just read
11   from Total Petrochemicals?
12 A  Well, I'm not sure really what you're asking, I
13   mean, from that standpoint.  Can you say that
14   one more time?
15 Q  Okay.  Well, in this paragraph they're referring
16   to that CPI/NIBCO pipe had characteristically
17   lower OIT performance than competitive grades
18   and also that the pipe is less stabilized.
19       And so I'm asking:  Were there steps taken
20   by NIBCO to address these concerns that Total is
21   recording here?
22 A  Well, I believe the answer is yes.
23 Q  Okay.  And what steps were taken to address
24   those reflected concerns?
25 A  I believe as part of the reformulation project

Page 133

1    we tried to develop a better understanding of
2    OIT in relationship to chlorine resistance and
3    found that it probably wasn't a good measure.
4  Q  Was there -- in addition to the reformulation,
5    was there any effort to improve or correct the
6    existing product, the 1006 product, given these
7    concerns expressed in this Total letter?
8  A  Well, I don't believe that there were
9    corrections needed.
10 Q  Okay.  Even though they're stating that -- and
11   this apparently is based upon communications
12   with NIBCO saying that -- has low OIT
13   performance and is less stabilized.
14 A  I believe that's, you know, are working
15   theories, not necessarily facts.
16 Q  They're also commenting that NIBCO's pipe had
17   virtually no measurable AO.  Is that not a
18   concern?
19 A  I'm -- is what a concern?
20 Q  They're -- in this letter they're saying the
21   product that NIBCO has been selling to the
22   market doesn't have antioxidants or measurable
23   in it.  Wouldn't that be a concern to NIBCO?
24 A  Well, it depends.
25 Q  And antioxidants aren't important to maintaining

34 (Pages 130 - 133)

Page 134

1    the strength and stability of the pipe?
2  A  I'm not certain as to their entire role.
3  Q  Antioxidants?
4  A  I'm not certain to their role relative to --
5  Q  Okay.  All right.  Is there not -- in the
6    formulation of the PEX tubing, is there not an
7    effort to include antioxidants in the formula?
8  A  I believe there are.
9  Q  Okay.  And if it was determined that there were
10    no measurable antioxidants in the tested pipe,
11    would that not be a concern?
12  A  I'm not certain that that's a factual statement.
13  Q  Do you think that Total is misstating it here?
14  A  I don't know what data that they're referring
15    to.
16  Q  Now, in the next paragraph in this letter it
17    says, "Jana had recommended that changing to a
18    resin with higher slow crack growth resistance
19    (PENT) would help improve performance."
20      Do you know what "PENT" refers to?
21  A  "PENT"?
22  Q  Yes.
23  A  Not the actual specific acronym, what it stands
24    for.
25  Q  Do you know generally what that's referring to?

Page 135

1  A  PENT is -- basically it's a measure of a
2    material as how well that it -- how well cracks
3    will propagate throughout the material.
4  Q  Now, further down in this letter written by
5    Total, this meeting details, it says, "Electron
6    Beam Irradiation (crosslinking).  NIBCO targets
7    a gel content (crosslink density) range of
8    approximately 68 to 71 percent.  The path to
9    this level is a function of dosage (intensity of
10    irradiation) and rate (line speed through E-beam
11    unit, i.e., residence time).  They typically
12    irradiate CD 4300 with approximately 24 Mrad,
13    which they have been led to believe is very high
14    (vs 8 to 12 Mrad reported by various sources)."
15      Now, does that in any way refresh your
16    recollection about the level of Mrad used in
17    NIBCO's process for its PEXc tubing and concerns
18    about what the level of Mrads should be?
19  A  I don't recall any concerns about the level
20    of -- the dosage that's being applied to it.
21      (Exhibit No. 86 was marked for
22    identification.)
23  BY MR. DEUTSCH:
24  Q  If you can take a look at what's been marked as
25    Meadow 86, which is an email chain at the top

Page 136

1    with Aleesha Valentine sending you an email
2    dated September 9, 2009.
3      If you could take a look at this document
4    and tell me if you recognize it and what it
5    concerns.
6  A  (Reviewing.)
7      Okay.
8  Q  You received this email, right?
9  A  I'm not certain.  I believe since it was printed
10    off of mine, but I don't recall it directly.
11  Q  I assume you had -- during the PEX projects you
12    had regular contact with Aleesha Valentine,
13    right?
14  A  There would have been routine conversations,
15    phone calls, meetings.
16  Q  And this one seems to reflect she's following up
17    on a call that she had with you, right?
18  A  I'm not certain of what was ...
19  Q  Now, in the first -- she's numbered five items
20    in this email she's sending you on September 9.
21      So the first -- item one she refers to
22    somebody named Kelly.  Do you know who that is?
23    It's the first line of number one.
24  A  I believe Kelly was an NSF employee.
25  Q  Okay.  Now, did you ever have any direct

Page 137

1    dealings with Kelly?
2      Do you know what her last name was?
3  A  I do not remember her last name, and she was
4    NSF's prime contact for NIBCO.
5  Q  Okay.
6  A  At some point in time.
7  Q  Okay.  So did you have some direct dealings with
8    Kelly?
9  A  I have met Kelly.  I don't remember all the
10    details of any kind of interactions.
11  Q  Okay.  But at this point in time, we're in the
12    middle of 2009, you and NIBCO are looking to
13    Aleesha Valentine to help manage the process of
14    maintaining certifications; is that fair to say?
15  A  They had been employed to help with the
16    certification aspects.
17  Q  And in number one she concludes that paragraph
18    by saying, "We encourage Mark to communicate
19    with NSF entirely by email."
20      Do you know why she's giving you that
21    advice at this point?
22  A  I don't remember specifically.
23  Q  Was there any concern by she or you as to the
24    way Mark Clark was engaging NSF in the
25    certification process?

35 (Pages 134 - 137)

Page 138

1  A  I don't remember concerns.  I don't recall.
2  Q  Did you ever have any meetings or conversations
3     with Mark Clark about the process of
4     certifications for NIBCO's PEX products?
5  A  I'm sure Mark and I had discussed it, but I
6     don't recall specifics.
7  Q  Now, number two of her email to you in this
8     Meadow No. 86, she says, "If emails are being
9     sent to NSF, please send them to me for review
10    first, as we do with IAPMO."
11        And did you do that?
12  A  I don't recall specifically.
13  Q  Now, in number three of her email to you, in
14    item C she says, "If NSF does not agree to
15    accept the data or to retain sample, we need to
16    get clarification about whether NIBCO is to
17    submit a specific sample or whether NSF will
18    send an auditor to the plant to collect the
19    sample.  Actions will be identified for each
20    possible scenario."
21        What's your understanding of what she's
22    referring to there and what's happening in terms
23    of the certification process here in September
24    of 2009?
25  A  I'm sorry, where are we at again?

Page 139

1  Q  I'm sorry.  At the very bottom of the first page
2     she has a subparagraph C to her number three.
3  A  I'm not certain about it, really.
4  Q  Now, in the next page of Meadow 86,
5     Aleesha Valentine writes in her email to you
6     number four and -- first of all, she refers to
7     somebody Nassrin.  Do you know who that is?
8  A  Nassrin is an NSF employee.
9  Q  Have you had any dealings with him?
10  A  Possibly.  I don't recall specifically.
11  Q  Number four she writes, "Any discussions with
12    NSF around the ASTM standard change or NIBCO's
13    reformulation project should be avoided if at
14    all possible.  Discussing the ASTM standard
15    change exposes Jana's cards, exposes NIBCO's
16    relationship with Jana and could be detrimental
17    to our work there."
18        Do you have an understanding of why she's
19    giving this advice to you -- or she's following
20    up on a phone call with you about these issues?
21  A  Well, yes.  I believe it's reflective of Jana's
22    distrust of NSF at that point in time.
23  Q  Okay.  Now, did NIBCO share that concern about
24    dealing with NSF?
25  A  We deal with NSF on a significant number of

Page 140

1     products and projects continuously, so no.
2  Q  So did NIBCO reject Jana's advice on how to deal
3     with NSF?
4  A  I'm not certain.  You'd have to be more
5     specific.  I don't remember all the details of
6     everything that was done.
7  Q  I mean, did anybody say to Aleesha Valentine or
8     other people at Jana, no, we think you're
9     mistaken about the approach to dealing with NSF
10    that they were working with NIBCO to implement?
11  A  I don't recall anything.
12        (Exhibit No. 87 was marked for
13    identification.)
14  BY MR. DEUTSCH:
15  Q  If you could take a look at what we've marked as
16    Meadow Exhibit 87.  It's a one-page document.
17    It's Bates number NIBCO Meadow 98927.
18        It's dated October 8th, 2009.  It's a
19    email that you sent.  It says "Exchange
20    Administrative Group," and then it's directed to
21    Gary Wilson, Rick Noel, Chris Mason,
22    Randy Doering.  The subject is "NSF Status PEX
23    Pipe," and you listed it as high importance.
24        Could you take a look at this and tell me
25    if you recognize this as an email you had sent?

Page 141

1  A  (Reviewing.)
2        I don't remember all of the specifics about
3     it.
4  Q  Okay.  But do you remember sending this email?
5  A  I actually don't remember sending it.
6  Q  And what's the exchange administrative group?
7  A  I have no idea.
8  Q  Okay.  The people you sent this to were all
9     senior people at NIBCO, right?
10  A  I don't know what "senior" means.
11  Q  Well, they -- am I correct in characterizing
12    them as they're, at this point in time, on a
13    more senior level than you were?
14  A  Yes.
15  Q  Okay.  And at this point in time you were
16    reporting directly to whom?
17  A  I believe it was Gary Wilson at the time.
18  Q  Now, was there any response you got from anybody
19    you sent this email to about this report you
20    were giving them about the NSF status for the
21    PEX pipe?
22  A  I don't recall.
23  Q  Do you know if NSF ever tested the red pipe as
24    part of its process of examining NIBCO's PEX
25    pipe for certification?

36 (Pages 138 - 141)

1  A  It would've had to have been done if there was a
2     data set in there for the original data.
3  Q  And they tested red pipe at that time?
4  A  At what point in time?
5  Q  Well, we're here -- we're in mid to late 2009.
6  A  I believe they tested blue tubing at that point
7     in time.
8  Q  Okay.  But not red?
9  A  No.
10 Q  Now, you write in your email here in the second
11    paragraph, "The first quote will be overnighted
12    to Jana for immediate chlorine testing.  The
13    second coil will be shipped (via around the
14    world by donkey) to WHQ."
15       I guess that's World Headquarters.
16       "We are going to delay sending the pipe to
17    NSF for approximately three weeks (or until
18    October 29, 2009).  The delay in shipment to NSF
19    (plus additional delays at NSF and starting the
20    NSF coil on test at Jana) should allow us to
21    receive an indication of the test results prior
22    to NSF receiving."
23       So why did you employ that strategy at this
24    point in time with regards to NSF?
25 A  Well, we didn't ship it around the world via

1     donkey.  That was a joke.
2  Q  Okay.
3  A  It was the -- Jana had recommended -- if I
4     remember correctly, Jana had recommended to --
5     if within three weeks head start on the testing,
6     they would know -- well, should know what's
7     going to happen from the test results.
8  Q  And indeed, that was one of the options that
9     Jana put in its seven options, right, was to let
10    them test it before letting NSF test it?
11 A  Well, actually, no.  NSF does the testing --
12    yes.  Well, it would be done to run in parallel.
13 Q  Well, in this case it would be they would be
14    ahead of NSF, right?
15 A  But the testing would occur in parallel.  The
16    testing was going to occur for a significant
17    amount of time.
18 Q  Okay.  But they would have a three-week head
19    start under this plan of your Meadow 87, right?
20 A  I believe so.
21 Q  Okay.  And the point of that was just to be able
22    to have Jana evaluate the pipe before NSF did,
23    right?
24 A  No.  It would be done in parallel.
25 Q  Isn't that the whole point of this three-week

1     delay for NSF?
2  A  The evaluation or the testing would be going in
3     parallel; however, if we had an earlier
4     indication when the testing concluded, right,
5     then we would have an indication of what was
6     going to -- NSF was -- the results of NSF were
7     going to occur.
8  Q  In the final paragraph of your email to senior
9     personnel you sent this to, you say "The
10    positive is that if we pass, our listing should
11    be secure for another three years at NSF.  With
12    the current knowledge I'd give us a 25 percent
13    chance of passing."
14       Why did you say that?  Why 25 percent?
15 A  Well, I think it was -- I was just speculating,
16    right, based upon my knowledge of the DLT
17    standards and where they stood at that time and
18    the problems that were there, right, relative to
19    the standard that Jana was trying to change.
20       And anything, quite honestly, that was --
21    you know, it was just pure speculation, right,
22    which in turn proved to be wrong because it
23    passed.
24 Q  Do you recall getting any reaction from anybody
25    you sent this email to after you sent this?

1  A  I don't recall.
2  Q  One would imagine they would be concerned
3     getting this because if you didn't have
4     certification, you might not be able to sell the
5     product, right?
6  A  Well, I believe that we had already received
7     certification for it via IAPMO.
8  Q  Okay.  Then why at this point was there a
9     concern about NSF if you already had IAPMO
10    certification?
11 A  I don't really recall.  I mean, they're
12    competing agencies, right.
13 Q  Would that be a bad fact -- if you failed one of
14    the certifications, even if you had one in
15    place, wouldn't that be a bad fact that perhaps
16    you even have to disclose to customers?
17 A  I'm not certain of that because it didn't occur.
18 Q  Were there ever any conversations at NIBCO as to
19    if you had a failed certification, what
20    marketing steps the company had to take to deal
21    with that problem?
22 A  I don't recall, that I can remember.
23       (Exhibit No. 88 was marked for
24    identification.)
25 \\\

37 (Pages 142 - 145)

Page 146

1  BY MR. DEUTSCH:
2  Q  If you could take a look at what we've now
3     marked as Meadow 88, which is a two-page
4     document with Bates numbers NIBCO Meadow 134608
5     through 134609.
6        It's an email chain that -- you got an
7     email from Patrick Vibien dated November 8th,
8     2009, concerning NIBCO Jana project meeting.
9        If you could take a look at this document
10    and confirm that you received it and what it
11    concerns.
12 A  (Reviewing.)
13    I don't recall.  Honestly, this is an email
14    from -- that was received by Joan Platz.
15 Q  Okay.  Well, she -- I think what you mean is
16    that name at the top, I guess, indicates it must
17    have been printed from her files for this case,
18    right?
19 A  I'm not certain.
20 Q  Yes.  But you're one of the recipients, at least
21    as it shows on this email from Vibien to you and
22    Chris Mason, Wilson, Platz, Mark Clark, Krazit,
23    Steve Noto, Doering, right?
24 A  I don't recall.
25 Q  What's Mark Krazit's role at NIBCO during this

Page 147

1     time?
2  A  I don't know of a Mark Krazit.
3  Q  I'm sorry, Matthew Krazit.
4  A  Matt Krazit is a product engineer.
5  Q  Okay.  And did he focus on the PEX project?
6  A  I don't recall specifically Matthew's
7     involvement.  I don't -- I'm not sure.
8  Q  Do you know, did he have certain expertise in
9     any aspect of the PEX products?
10 A  Matt has worked on some of the products in the
11    past, but I'm not -- I don't recall
12    specifically.
13 Q  Okay.  In Vibien's email to you and other
14    people, he seems to be memorializing a
15    conversation everybody had, and he said, "We
16    took away two action items from the meeting.
17    Number one, communicate a strategy should the
18    blue DLT not pass during the current round of
19    chlorine testing.  We will work with Dave and
20    Mark to pull this strategy together and provide
21    strategic options by Friday, November 20th."
22       What does that action item concern?
23 A  I don't recall.
24 Q  Well, do you recall any -- developing some
25    strategic options for the blue pipe not passing?

Page 148

1  A  I don't remember.
2     (Exhibit No. 89 was marked for
3     identification.)
4  BY MR. DEUTSCH:
5  Q  If you can take a look at what we've marked as
6     Exhibit 89 in the Meadow case.  It's a document
7     that appears to be printed from your files
8     because it has "David Bobo" at the top, and the
9     top email in this chain is from Mark Clark to
10    you and Aleesha Valentine.  Subject is "PEX for
11    DLT testing NIBCO" and it encompasses Bates
12    numbers NIBCO Meadow 134189 through 134193.
13       If you can take a look at this document and
14    confirm that you've seen it.
15 A  (Reviewing.)
16       Okay.
17 Q  Okay.  So do you recognize this document?
18 A  I don't remember the specifics.  I mean, you
19    know, it's been too long ago.
20 Q  Okay.  But it's printed from your file
21    apparently, right?
22 A  I'm not certain.
23 Q  Okay.  Even though it says "David Bobo" on the
24    top of the document?
25 A  I'm not certain where it came from.

Page 149

1  Q  Okay.  And according to this document produced
2     by NIBCO, you're the recipient of the
3     December 17th, 2009, email from Mark Clark,
4     right?  That's at the top?
5  A  The top one?
6  Q  Yes.
7  A  Possibly, I guess.
8  Q  So if we could start with the first email, which
9     is really on page 134191 through 192, it says,
10    "The last time I spoke to Nassrin about this
11    testing, she indicated that there's a chance the
12    pipe will fail the testing based on the original
13    data set."
14       Do you understand what that's referring to?
15 A  (Reviewing.)
16       I'm not certain.  What was your question
17    again?
18 Q  On the second to the last page, I'm looking at
19    the way this is written, communication between
20    Mark Clark and Kelly Grostefen of NSF where he
21    says, "The last time I spoke to Nassrin about
22    this testing, she indicated there was a chance
23    the pipe will fail the testing based on the
24    original data set."
25       I'm asking if you have an understanding of

38 (Pages 146 - 149)

Page 150

1    what that's referring to.
2  A   Of which one -- which specifically, the last --
3  Q   Well, it's referring to -- well, first of all,
4      Nassrin, who I think you indicated is an NSF
5      person, seems to be indicating that there's
6      concern that NIBCO's pipe is going to fail the
7      test and it's also referring to the original
8      data set.
9          So are you familiar with what's being
10     discussed here?
11 A   I mean, they're talking -- looks -- it appears
12     that they're talking about the current testing
13     that's underway and comparing the results of
14     that back to the original data set.
15 Q   And the original data set was tests done when
16     CPI ran the -- you know, was in charge of the
17     pipe rather than NIBCO being in charge; is that
18     correct?
19 A   I'm not certain on that because it would have
20     been however that data set was generated.  I
21     don't know.
22 Q   Okay.  Did you ever have occasion to be involved
23     with evaluating what the test results of the
24     prior CPI pipe had been in terms of having
25     NIBCO's pipe certified or recertified?

Page 151

1  A   I'm not certain I'm sure I'm asking -- I know
2      what you're asking.
3  Q   Okay.  Let me try it again.
4          So in your role with NIBCO's PEX pipe, did
5      you ever have occasion to examine or discuss the
6      test data from the period when CPI was in charge
7      of the PEX products?
8  A   I mean, there were conversations about -- you
9      know, as we developed a better understanding of
10     the PEX tubing and the testing associated with
11     it, right, as part of that, as part of the
12     reformulation project.  So I'm not exactly sure
13     what you're asking me here.
14 Q   Okay.
15 A   You know, there would have been conversations.
16 Q   To begin with, I'm just trying to understand
17     that there was some historical record of CPI's
18     test of its PEX product that were then
19     essentially bought or adopted by NIBCO when it
20     first took over the CPI business, right?
21 A   NSF would've had all the test records for that.
22 Q   Right.  So NIBCO at that point was reliant upon
23     the tests done during the period when CPI was an
24     independent business before NIBCO took it,
25     right?

Page 152

1  A   Well, I think --
2          MR. BRADSHAW:  I just object to the
3      characterization of that, of it as "took it,"
4      but you may answer the question.
5          THE WITNESS:  Well, it's my understanding
6      that, you know, like, the agencies perform the
7      testing and then issue the certification.
8  BY MR. DEUTSCH:
9  Q   Was there some records that you saw or discussed
10     with your staff regarding the certification of
11     the CPI-issued pipes?
12 A   I don't remember specific things as far as the
13     testing goes.  I mean, again, I'm not exactly
14     sure I'm following what you're asking.
15 Q   Let me ask you this:  For a time NIBCO purchased
16     its PEXc tubing from CPI, right?
17 A   I'm not 100 percent sure of the relationship at
18     that point in time.
19 Q   Did anybody ever inform you that there was a
20     product DuraPEX that CPI was manufacturing for
21     NIBCO for it to sell its PEXc tubing?
22 A   I'm not certain.  I mean, I've heard of the
23     DuraPEX name; I don't know what the relationship
24     was.
25 Q   Okay.  Now, on the second page of this Meadow 89

Page 153

1      there's an email from Kelly Grostefen to
2      Mark Clark, December 17th, 2009, where she's
3      clarifying to Mark stating, "Our policy states
4      that you may not put the NSF mark on any product
5      that you know is noncompliant."
6          Do you recall any discussions within NIBCO
7      about a need to remove or discard product that
8      had "NSF" on it due to concerns about whether or
9      not the product was compliant?
10 A   Not to remove product, no.
11 Q   How about to remove the marking on tubing that
12     NIBCO had manufactured?
13 A   Yes.  We took -- for a period of time the "NSF"
14     mark was taken off of the tubing.  I mean, it
15     was for a period of time.
16 Q   And why was that done?
17 A   Well, until we had the test results completed,
18     right, I believe when the tubing started until
19     we got -- we were sure of what was going to
20     happen with the tubing.
21 Q   And what was the time frame when that --
22 A   I don't remember specifically.
23 Q   Okay.  So this is tubing that already had "NSF"
24     on it and then the marking was taken off?
25 A   No, that's not correct.

39 (Pages 150 - 153)

Page 154

1   Q  Oh.  You mean you just stopped putting "NSF" on
2      the tubing?
3   A  We stopped putting the NSF marks on the tubing.
4   Q  Okay.
5   A  For a period of time.  Because we had secured
6      the IAPMO listing.
7   Q  Okay.  So you're saying that pipe had "IAPMO"
8      printed on it rather than "NSF"?
9   A  It had IAPMO's certification marks printed on
10     the tubing.
11  Q  Okay.  Was there a time where you had "IAPMO"
12     plus "NSF" on tubing?
13  A  There would have been times, yes.
14  Q  Okay.  And that would be when both agencies had
15     certified the pipe, right?
16  A  Yes.  When the certification was in effect for
17     both tubings -- or from both agencies, correct.
18  Q  And so the event that triggered the need to
19     remove "NSF" from the printing was what?
20  A  I believe it was a recommendation from Jana, but
21     I don't recall specifically.
22  Q  Okay.  And that was based on what from Jana?
23  A  It was -- I don't recall specifically.  I
24     believe it was just because they had started
25     testing the tubing.

Page 155

1   Q  On the first page of this Meadow 89, in an email
2      to you from Aleesha Valentine, she says, "The
3      first sample failed near the EFT."
4         What does that mean?  What's "EFT"?
5   A  I think "EFT" means expected failure time, but
6      I'm not 100 percent.
7   Q  Now, in Mark Clark's email to you at the top of
8      Meadow 89 in this email chain, December 17th,
9      2009, he's directing it to Aleesha Valentine but
10     to you as well, he says, "You are correct.  If
11     the blue fails, the entire PEX line would be
12     placed on hold until the reason for the failure
13     is resolved."
14        What's your understanding of this concern,
15     really, at this point in time, December of 2009?
16  A  I believe that it -- the way in that the
17     products are listed, in that it's the
18     parent/child relationship and all of the
19     products are bracketed together.
20  Q  Meaning that one of them may have passed the
21     certification and, therefore, the related
22     products could also be sold?
23  A  No.  It means that whenever they do the
24     recertification aspect of it is if the product
25     that they're testing was to fail and then that

Page 156

1      failure was -- or the product was deemed to be
2      noncompliant, then it would impact all of the
3      products that were being associated with that.
4   Q  So in this context it would be they were -- they
5      were going to be testing the blue and so the
6      concern was whether or not the blue would fail
7      and that would sort of undermine certification
8      of all the pipe?
9   A  The concern -- if it was deemed to be
10     noncompliant, then yes, it would impact all of
11     the products regardless because of how the
12     independent/dependent listing process worked.
13  Q  Now, in the closing sentence of Mark Clark to
14     Aleesha and you he says, "To protect against
15     this from happening with our PEX, we would need
16     to initiate testing of all of the colors soon."
17        So did that happen?
18  A  I don't believe so.
19  Q  Okay.  And why not?
20  A  Because there wasn't really -- I guess it was
21     just a thought process that it wasn't needed.
22        MR. BRADSHAW:  Can we take a short break?
23        MR. DEUTSCH:  Sure.
24        (A recess was taken from 1:23 p.m. to
25     1:32 p.m.)

Page 157

1         (Exhibit No. 90 was marked for
2      identification.)
3   BY MR. DEUTSCH:
4   Q  If you can take a look at what we've marked as
5      Meadow 90 in this case, which is -- apparently
6      it's printed from your records; it has
7      "David Bobo" on the top.
8         The top email is from Mark Clark to you
9      dated February 27, 2010.  It's concerning DLT
10     update number 6, and it encompasses Bates
11     numbers NIBCO Meadow 134202 through 205.
12        If you can take a look at this document and
13     tell me if you recognize it and what it
14     concerns.
15  A  (Reviewing.)
16        Yeah, I think -- I remember it.
17  Q  Okay.
18  A  Somewhat.
19  Q  And what does it concern?
20  A  It looks like it's a -- basically, just a status
21     update as to where NSF was with their
22     recertification.
23  Q  And in your email to Aleesha Valentine,
24     February 25, 2010, you write -- you refer to all
25     the testing points are above the LPL or LPI?

40 (Pages 154 - 157)

Page 158

1    What is that?
2  A  I think it's LPL.
3  Q  And what does that mean?
4  A  Lower performance limit.
5  Q  Lower performance limit.  Okay.
6      And then you conclude that email by saying,
7  "My thought is that this is better coming from
8  me than from Mark, as I can always play the
9  ignorance card."
10     So what are you trying to do there?
11 A  I think it was a joke.
12 Q  Okay.  So this is -- again, this is all part of
13 the sequence of you're dealing with Jana and
14 particularly Aleesha Valentine over, it looks
15 like, almost a year of trying to manage the
16 certification processes, right?
17 A  To learn and to manage, yes.
18     (Exhibit No. 91 was marked for
19     identification.)
20 BY MR. DEUTSCH:
21 Q  If you can take a look at what I've marked as
22 Meadow 91, which on the cover page reads "PEX
23 Development Strategy April 2010."  It
24 encompasses Bates numbers NIBCO Meadow 2774
25 through 2780.

Page 159

1      If you could take a look at this and tell
2  me if you recognize this document.
3  A  (Reviewing.)
4      I don't recall the document specifically.
5  Q  Okay.  Do you think you had any part in
6  developing this presentation?
7  A  Possibly.  I just don't remember it
8  specifically.
9  Q  Okay.  Do you remember making a presentation to
10 anybody that incorporated these ideas that are
11 reflected in the document?
12 A  I don't recall.
13 Q  On the third page of this Meadow 91, at the top
14 it reads, "Project A - Maintain Product
15 Listing," and below it, it says, "Two-part
16 strategy to maintain viability of current PEXc
17 pipe while a new PEXc pipe is developed."
18     It goes on to say, "Eliminate current and
19 potential future threats posed by existing ASTM
20 and NSF standards and policies."
21     Then you have bullet points below that
22 saying, "ASTM standard modified to eliminate
23 Upper Performance Limit - Complete."
24     And then the second bullet point is "NSF
25 policy to be modified at August NSF policy

Page 160

1  review meeting."
2      At this point in time, this is April 2010,
3  what's your understanding of where these
4  initiatives then stand?
5  A  Which -- which initiative?
6  Q  I guess -- well, on this second bullet point
7  where it says, "NSF policy to be modified in
8  August NSF policy review meeting" -- let me ask
9  you a different question.  Forget that.
10     At this point in time where you already had
11 the IAPMO certification in place, why are there
12 still concerns about threats to maintaining the
13 product listing?
14 A  Well, I believe Jana had a general belief that
15 the -- that there were problems in the NSF -- or
16 the ASTM standards that needed to be addressed
17 so -- that were wrong, and that's why they
18 continued to work on it.
19 Q  But this is listed here as part of a strategy to
20 maintain the product listing.  So if you have
21 the IAPMO listing, what's the risk at this point
22 in time, April 2010, to being able to sell a
23 certified product?
24 A  Well, there wasn't a risk at that point in time.
25 It was more the risk -- or trying to clarify and

Page 161

1  correct some of the standards so that they
2  couldn't be misinterpreted, I believe.
3  Q  Do you know specifically what part of the
4  standards Jana was attempting to change that
5  would benefit NIBCO?
6  A  I think it was -- I'm not sure how that -- it
7  would've benefited anyone who manufactures PEX
8  tubing.
9  Q  Now, if we turn to page 2778 within this Meadow
10 91, there's a document that reads, "Project C -
11 E-beam processing improvements."
12     And then below that it says, "Determined
13 that current formulation (not E-beam processing)
14 is limiting product performance."
15     Now, do you know what that refers to?
16 A  Well, it was -- Jana had originally theorized
17 that there were something in the E-beam process
18 that was potentially impacting the product and
19 it was determined that it wasn't.
20 Q  Okay.  But this goes on to really say that the
21 current formulation -- not the E-beam
22 processing -- is limiting product performance.
23 So there's something with the formulation that's
24 a concern, right?
25 A  Not a concern, it was just if we want -- you

41 (Pages 158 - 161)

1    couldn't achieve a higher classification level
2    with the current product; hence, the -- and
3    that's the reason why we went with the
4    reformulation project.
5  Q  So you're saying the limiting product
6    performance, did that have to do with the
7    chlorine resistance of the tubing?
8  A  Well, yes.
9  Q  It was a 1 rather than a 3 at that point?
10 A  It was a 1 and then a 3, and we couldn't get it
11   to be a 3 with the current formulation.
12 Q  Okay.  Now, on page 2779 it refers at the top to
13   Project B - Replacement PEXc, and the goal
14   apparently here is to develop and implement a
15   new PEXc product with the chlorine resistance
16   rating supporting 100 percent recirculation.
17     So at this point in time that was the goal
18   of the PEXc replacement project, right?
19 A  The deliverable was to deliver a level 3.
20   However, if we could achieve a level 5, we would
21   have -- with the reformulation efforts, then we
22   would accept it.
23 Q  And was NIBCO ever able to produce a product
24   that was rated as 5 rather than 3?
25 A  There's PEXb product that was produced and it's

1    rated at a level 5.
2  Q  That NIBCO produced?
3  A  NIBCO produced a level 5 PEXb product.
4  Q  And how about the PEXc product?
5  A  Not to date, no.
6  Q  Was there ever an understanding as to why level
7    5 wasn't achieved for the PEXc product?
8  A  Well, the test results are what they weren't and
9    couldn't support the level 5.
10 Q  Was there ever an analysis done as to why some
11   of the competitors were able to get level 5
12   chlorine rating on their PEX products as opposed
13   to NIBCO achieving that?
14 A  Well, as part of the reformulation project, we
15   tried to study existing products and tried to
16   develop a formulation based upon that, but it
17   was accepted that it may take more than one
18   iterative on that in order to achieve a level 5.
19 Q  Is there any current initiative by NIBCO to
20   achieve a level 5 with their PEXc product?
21 A  Not that I'm aware of.
22     (Exhibit No. 92 was marked for
23   identification.)
24 BY MR. DEUTSCH:
25 Q  If you could take a look at what's been marked

1    as Meadow 92, which appears to be a document
2    produced by Jana.  It encompasses Bates numbers
3    NIBCO Meadow 134124 through 134131.
4      The first page is some kind of chart which
5    has as its objective, "Maintain certification of
6    PEX product through 2012."
7      If you could take a look at this and tell
8    me if you recognize this document and what it
9    is.
10 A  (Reviewing.)
11     I don't remember specifically the document.
12 Q  You don't recall seeing this at all?
13 A  I'm not going to say I haven't seen it; I just
14   don't recall specifically.
15 Q  Okay.  Do you remember ever getting a flowchart
16   like this to help manage the PEX initiatives by
17   NIBCO with Jana participating?
18 A  I don't recall that specifically.
19 Q  Okay.  Now, on the third page of this document,
20   which is 134136, at the top it says, "Option 2,
21   NSF does not accept JR data but accepts retained
22   sample."
23     First of all, what's JR data?
24 A  I'm not sure.
25 Q  Okay.  And what's retained sample?

1  A  I don't know what that is.
2  Q  Now, in the next page, which is 134127, up at
3    the top it has "NSF Certification" as a
4    category.  It says, "DLT sample is due this
5    year," and then, "Estimated lifetimes from
6    original chlorine resistance testing 2005," and
7    below that it says, "Red 44 years, orange 47
8    years."
9      Now, isn't it correct that those figures of
10   below 50 years render them inadequate
11   performance for those pipes?
12 A  I don't believe so, no.
13 Q  And the standard isn't 50 years for the life of
14   the pipe as extrapolated from the tests?
15 A  Say that one more time.
16     MR. DEUTSCH:  Could you repeat that?
17     (The requested text was read by the court
18   reporter.)
19     THE WITNESS:  I believe that the standard
20   requires a 50-year minimum extrapolated timeline
21   relative to the testing standards that it's
22   done.
23 BY MR. DEUTSCH:
24 Q  Okay.  So when it says "red 44 years," doesn't
25   that indicate it's below the standard of 50

Page 166

1    years?
2  A  Well, it must have been deemed compliant
3    because, otherwise, the standard -- the
4    certification wouldn't have been issued by NSF.
5  Q  Okay.  Was there any change in the standard over
6    time to your understanding from, let's say, 2004
7    forward to 2012?
8  A  I'm sorry?
9  Q  Was there any change in the standard that would
10   render from what you're saying that, for
11   instance, the red pipe at 44 years might have
12   been acceptable earlier but was becoming
13   unacceptable due to changes in the standards?
14  A  I'm not aware of that.  I believe that the 44
15   years and the reason that it shows that is
16   because the red pipe was lasting longer than the
17   other colors and, with the combination of the
18   data, was negatively impacting the regression.
19  Q  Okay.  Could you explain that in more detail?
20  A  Probably not.
21  Q  Okay.
22  A  Meaning that -- I can try, but I'm not an
23   expert, right?
24      The data set that shows what the
25   extrapolated time is, is a combination of the

Page 167

1    independent data set and the dependent data set.
2    If -- in which case the DLT testing is done at
3    the -- I believe the higher pressure and
4    temperature limits, and when that is shown in
5    combination, if it lasts longer than the data
6    set that it's being merged with, it will
7    negatively impact the regression.
8      So the slope of the line, in essence, will
9    become longer, right, or more steep, right, even
10   though it lasts at a longer time.
11  Q  Okay.  What's your understanding of the
12   difference between the independent test and the
13   dependent test?  Like, what's involved in each
14   category?
15  A  Well, it's outlined per the standard.
16  Q  Okay.  Can you explain that to me as we sit
17   here?
18  A  I'm not an expert --
19  Q  Yes.
20  A  -- right, and I'm going to quantify my
21   statements from that standpoint.
22  Q  Okay.
23  A  And I have not read the standard in a while --
24  Q  Okay.
25  A  -- right, but the -- there are pressures and

Page 168

1    temp- -- the product is tested at various
2    pressures and temperatures to where an
3    extrapolated timeline is generated, right?
4      So you test for an independent data set, I
5    believe that it is a minimum of 12 data points
6    at three different pressures and temperatures,
7    in which case the extrapolation is occurred from
8    that.
9      The dependent set is only tested at the
10   most aggressive or highest pressure/temperature
11   points, in which case that is then merged with
12   the original data from the independent testing.
13      And that's really only specific to the
14   chlorine resistance testing.
15  Q  Seemed like a fairly thorough response.
16  A  Well, I'm sure I'm -- I am in no means a
17   mathematician, right, relative to that, so I --
18   there's probably -- that's my, you know,
19   kindergartner level understanding of it.
20  Q  Now, below where we were just looking, at "NSF
21   Certification," there's a section "Notes and
22   Questions."
23      There's a bullet that says, "Jana should
24   have a technical argument to support maintenance
25   of certification of other colors which may

Page 169

1    include DLTs on each color as proof."
2      Do you have an understanding what that
3    refers to?
4  A  I'm not 100 percent certain on it but, in
5    essence, it's a technical argument as to why
6    because one DLT would fail, why is it acceptable
7    to reject the entire product line.
8      That's my understanding of it.
9  Q  Now, do you understand what NSF 61 covers?
10  A  In general terms, yes.
11  Q  Could you describe that?
12  A  NSF 61 is a toxicity standard associated with
13   the extraction of products that are used in
14   polymer water systems.
15  Q  Now, at the end of this document, the last two
16   pages of Meadow 92, it's showing PEXb
17   certification.
18      Now, what's the advantage or disadvantage
19   of PEXb versus PEXc as a product?
20  A  I don't believe there is an advantage of PEXb
21   over PEXc.
22  Q  Do you think they're just equivalent?
23  A  I believe that, relative to the standards, PEX
24   is PEX.
25  Q  How about any other -- forget about the

43 (Pages 166 - 169)

Page 170

1    certification, just the performance of the
2    products.  Is there some differentiation between
3    PEXb and PEXc?
4  A  PEXb and PEXc are PEX.  You can have products
5    tested to generate whatever level certification
6    that you're entitled, that you want to.
7  Q  Is it less expensive to produce PEXc than PEXb?
8  A  I don't have the numbers off the top of my head
9    to know exactly.  They're very competitive
10   products.
11      (Exhibit No. 93 was marked for
12   identification.)
13 BY MR. DEUTSCH:
14 Q  I would like you to take a look at what we've
15   marked as Meadow Exhibit 93.  This is a document
16   on the first page reads, "Project 09-1159
17   Compilation Report E-beam Process Improvement."
18   It shows "Jana" on the cover page, and the
19   document encompasses NIBCO Meadow 16181 through
20   16509.
21      So I would like you to take a look at this,
22   tell me if you recognize this document, and if
23   so, what is it?
24 A  (Reviewing.)
25      I remember the document, but I don't

Page 171

1    remember all of the specifics about it.
2  Q  But you received this, right?
3  A  I believe we did.  I don't remember the timing
4    of it.
5  Q  Besides you getting a copy, who else within
6    NIBCO received a copy of this to your
7    understanding?
8  A  I'm not -- I don't remember who received a copy.
9  Q  Now, do you know who initiated the idea of this
10   E-beam process improvement?
11 A  Well, it was initiated -- or it was one of
12   Jana's recommendations.
13 Q  And who approved going ahead with the E-beam
14   process improvement?
15 A  It would have been approved at the same time
16   that the reformulation project was approved.
17 Q  Okay.  So was that part of -- we looked at --
18   there was the meeting held in February of 2009
19   covering, you know, various PEX initiatives.  So
20   would that have been approved at that time?
21 A  To the best of my recollection.
22 Q  Now, did you have any reaction to any of the
23   findings in this report?
24 A  I don't remember all of the details of the
25   report.

Page 172

1  Q  Do you know if anybody else had any reaction
2    they shared with this report?
3  A  I'm -- can you help me understand what you mean
4    by "reaction"?
5  Q  Well, I mean, this apparently was produced by
6    Jana, circulated to NIBCO, because it's a NIBCO
7    project.  So I'm just really asking how did
8    people react to this report?  Did they change
9    any practices?  Did they reject the findings?
10   Any reaction?
11 A  I don't remember specifically.
12 Q  So if we turn to the second page of this, 16182,
13   which is an executive summary, and it states in
14   the second paragraph, "The impetus for this
15   project was to resolve the difficulties
16   experienced by NIBCO in reliably meeting the NSF
17   standard 14 dependent listing transfer (DLT)
18   requirements with their current product in
19   anticipation of a next generation PEXc product
20   currently under development.  The difficulty was
21   hypothesized to be due to variability in the
22   NIBCO product, specifically the oxidation
23   induction time (OIT) and crosslink levels as
24   demonstrated by previous Jana projects, 07-2169
25   and 08-3777."

Page 173

1      So on that -- well, first of all, on that
2    statement, have you seen these other Jana
3    projects that are listed here?
4  A  I'm not sure what those projects are.
5  Q  And you're not sure what they're about, I take
6    it?
7  A  I don't -- I don't know what those projects are.
8  Q  Do you have any idea what Jana's -- how long
9    NIBCO's worked with Jana?
10 A  I don't know the extent of the relationship.
11 Q  But it predates your arriving at NIBCO?
12 A  I assume.  I don't know.
13 Q  And do you disagree with the -- with what I just
14   read here, where Jana is describing the basis
15   for this E-beam project that is reflected in
16   this Meadow 93?
17 A  Well, knowing what I know now, yes, I would
18   disagree with portions of it.
19 Q  Okay.  What would you disagree with now?
20 A  Well, the impetus for the project, I wouldn't
21   necessarily say -- I would not characterize the
22   impetus for the project as being the result of
23   difficulties experienced by NIBCO in reliably
24   meeting the NSF standard.  I would not.
25 Q  And how would you differ from what Jana is

44 (Pages 170 - 173)

1    presenting to NIBCO here?
2  A   Well, in essence, I believe that we really
3      wanted to understand the E-beam process better
4      inside of NIBCO, and that's how I would
5      characterize it.
6  Q   Do you know if anybody responded to Jana and
7      said we think you've misunderstood what this
8      assignment is?
9  A   I don't recall.
10 Q   So, again on this page, a little further down it
11     says, "The findings of the project are," and
12     then it has three items.
13         One of the items -- number three says, "The
14     variability associated with the current NIBCO
15     product is a combination of the inherent
16     material properties in the inherent variability
17     associated with electron irradiation.  The
18     current formulation appears to be more sensitive
19     to the radiation process than other competitive
20     materials."
21         So that appears to be the basis of, you
22     know, what Jana concluded here, right?
23 A   I'm not certain.
24 Q   In looking at this, do you know if other -- if
25     the other competitors of NIBCO's PEXc product

1      were using E-beam technology?
2  A   By definition, PEXc must use.
3  Q   Okay.  And which competitors used -- made PEXc?
4  A   I believe they're prim--- well, I believe that
5      there is several companies in Europe that
6      manufacture PEXc.
7  Q   But nobody in the United States?
8  A   I'm not going to sit here and say what everybody
9      does in the United States, right.  I do know
10     that there are other E-beam facilities out there
11     making variations of PEX via PEXc.
12 Q   Now, in this document on the same page, it
13     refers to a term "shadowing."  Do you know what
14     that's referring to?
15 A   Which specifically?
16 Q   Okay, I'm sorry.  Towards the end, the bottom of
17     the page where it says, "Based on the testing
18     and analysis completed in this project, the
19     following recommendations are made."
20         And then in number one it has the term
21     "shadowing" that's used in there.
22 A   The shadowing that -- it was another theory that
23     Jana had, that some -- that the variation or
24     some type of differences in the pipe or tubing
25     could be associated with the way that the tubing

1      processes through the E-beam equipment; i.e., in
2      terms of as it processes through the equipment,
3      the tubing goes in multiple layers.  And so
4      where one tube is over the top of another tube,
5      or partially over the top of another tube, could
6      that impact the E-beam process.  Or the tubing.
7  Q   Okay.  So on the next page, which is -- it's
8      page 2 of 329, and it's Bates number 161863, it
9      states "Project Objectives."
10         And here it's saying, "The primary
11     objective of this project was to reduce the
12     observed variability in OIT and crosslink levels
13     in the NIBCO product, which was believed to be
14     affecting NIBCO's ability to reliably meet the
15     NSF Standard 14 Dependent Listing Transfer (DLT)
16     test requirements."
17         Do you know if that objective was met?
18 A   I'm not certain because I believe that we, as
19     part of working on this and then trying to
20     understand the OIT, that we discounted its
21     importance as we moved through the project.
22 Q   The importance of OIT?
23 A   As a reliable measurement and correlation.
24 Q   And how was it determined that NIBCO decided
25     that was not a reliable determinative of product

1      quality?
2  A   Well, I don't remember specifically on that; I
3      just remember the general conversations or
4      consensus that OIT did.  It was not a very
5      useful measurement.
6  Q   Now, did Jana ultimately agree with your view
7      that OIT was not a good measurement tool?
8  A   I'm not certain if Jana did or not.  I don't
9      recall.
10 Q   Now, on page 1619 of this document --
11         MR. BRADSHAW:  Excuse me, 16?
12         MR. DEUTSCH:  16191, I'm sorry.
13 BY MR. DEUTSCH:
14 Q   Still in Meadow 93.  It has a section
15     "Irradiation Trials."  And number two within
16     that says, "The total dose supplied to the pipe
17     was high compared to industry benchmarks.
18     Current NIBCO formulation is irradiated to a
19     total dose between 24 and 28 Mrad, whereas based
20     on industry feedback it appeared that
21     approximately 12 to 18 Mrad should be sufficient
22     for the cross-linking of polyethylene."
23         So do you see that?
24 A   Yes.
25 Q   And do you have any reason to disagree with

Page 178

1    that?
2  A   Disagree with what?
3  Q   Well, I guess it's asserting that NIBCO is using
4      a high Mrad level as opposed to what they're
5      saying the industry normally uses?
6  A   Industry use -- industry -- I'm not sure what
7      they're meaning by that, but I do know that it
8      does take the 24 to 28 megarads to exceed with
9      the PEX 1006 formulation to achieve acceptable
10     gel level results.
11 Q   By that you mean gel level results above
12     65 percent?
13 A   Per the standard, yes.
14 Q   Now, if you turn to page 16201, which are the
15     appendixes to this report.
16         On page 16202 it shows the project team for
17     this E-beam process improvement project.  So it
18     has -- one of the participants is Matt Krazit.
19     What was his role in this project?
20 A   I don't remember for sure.  I don't believe Matt
21     was involved for an extended period of time.  I
22     can't remember for sure.  He may have been
23     someone that had been designated to become more
24     involved with the E-beam process, but I'm not
25     sure that that continued.

Page 179

1  Q   Okay.  In the project team it also shows
2      consultants.  Were those people involved in this
3      project?
4  A   We had talked with those people in relationship
5      to trying to better understand the E-beam
6      process.
7  Q   And what did you learn from them?
8  A   I'm not certain.
9  Q   Okay.  And who is IBA Industrial?
10 A   IBA Industrial is a company that manufactures
11     the E-beam irradiation equipment.
12 Q   And where is IBA Industrial located?
13 A   They have a U. S. facility I believe in
14     Rhode Island, but I believe their corporate
15     headquarters is in Belgium, but I'm not 100
16     percent certain.
17 Q   So turning to the next page, which is Appendix
18     B, that reads at the top "Comparison of Current
19     Irradiation Practice to Theory," it goes down
20     into the document and says, "Based on the
21     analysis, the following was observed."
22         And then the second bullet point says, "The
23     OIT of the current NIBCO product is shorter than
24     the competitive samples."
25         And then the bullet point below it says,

Page 180

1      "The OIT curves for the current NIBCO product
2      are less uniform than the competitive samples."
3         So upon receiving this report, were these
4      concerns addressed in any way?
5  A   I'm not sure they were concerns.
6  Q   Okay.  You don't think that was Jana indicating
7      that NIBCO's product was performing a lower
8      level than the competitors?
9  A   Not necessarily, no.
10 Q   And you say that because your view is that the
11     OIT test is not valid?
12 A   No, because it was being benchmarked against
13     3006 or 5006 product.
14 Q   You mean the competitive products that were used
15     in these tests and comparisons were the
16     competitors' 3 and 5 products, whereas NIBCO's
17     was the number-one-rated product?
18 A   I believe it was -- actually, I believe it was
19     primarily 5006, level 5 product, versus our
20     level 1, but I can't be for sure.  I'd have to
21     go back and study all 329 pages.
22 Q   Okay.  Now, if we turn to 16205, this is
23     entitled "Final Report" at the top.  And it has
24     "Problem Statement."  2.0.
25         It says, "Analysis of the current NIBCO PEX

Page 181

1      tubing indicates critically low residual
2      thermo-oxidative resistance at the inner pipe
3      surface with adequate stabilization through the
4      bulk.  This results in marginal and variable
5      product quality as assessed by chemical
6      oxidative tests."
7         Do you know if any steps were taken by
8      NIBCO with its current 1006 product at this time
9      to address the problem identified here?
10 A   I'm not sure it's being addressed as being
11     identified as a problem.
12 Q   You wouldn't agree that when it says,
13     "Critically low residual thermo-oxidative
14     resistance at the lower inner pipe surface"
15     indicates a problem?
16 A   No, because the product had been deemed
17     acceptable by meeting and complying with the
18     standards.
19 Q   But Jana is going on to say, "This results in
20     marginal and variable product quality."
21         That's not a concern for the manufacturer?
22 A   I'm not sure that that -- what they mean by
23     that.
24 Q   Okay.  But upon receiving this, did anybody look
25     at this and say, wow, we need to do a few things

46 (Pages 178 - 181)

Page 182

1    with our product to make sure we're matching the
2    competition?
3  A  Well, that's why we were under the reformulation
4    project, to have a new product.
5  Q  Reflective of this product is underperforming
6    relative to the competitors', right?
7  A  Well, they had a level 5 -- some of them had a
8    level 5 and we were at a level 1.
9  Q  Now, I realize -- I think you've testified you
10   don't necessarily abide by the OIT results that
11   NIBCO's looked at in its PEXc products, but
12   could you tell me what your understanding of the
13   standard for OIT is anyway?  Like at what level
14   is it an acceptable number and what below is at
15   least viewed as an unacceptable number?
16  A  I don't believe that there is such a thing.
17  Q  Okay.  If you can turn to page 16505 of this
18   Meadow 93, and this is a page that is entitled
19   "Conclusions of this Report."
20  A  Sorry.
21  Q  Page 16505.  Okay.
22      And so in this conclusions it lists nine
23   items here that is -- there are additional
24   measures that should be reviewed, considered,
25   and implemented according to Jana.

Page 183

1      Do you know which of these were done by
2    NIBCO?
3  A  I don't recall.
4  Q  Do you know if any of them were implemented?
5  A  I am not -- I don't recall.
6  Q  Okay.  Do you know if number five of these
7    conclusions which says, "Perform more frequent
8    crosslink testing to establish and understand
9    the cyclical and temporal variation of crosslink
10   levels, and to be in agreement with the ASTM
11   F876/NSF 14 standards."
12      Do you know if more frequent cross-link
13   testing was done subsequent to this report being
14   issued by Jana to NIBCO?
15  A  I do know that routine gel level testing is
16   conducted; I'm not -- I don't know the -- how
17   often that it's done.
18  Q  When you say "routine," do you have an idea of
19   what the frequency of testing or the amount of
20   testing that was done before this report?
21  A  I am not certain.
22  Q  Okay.  Or whether or not it increased after this
23   report?
24  A  I am not certain.
25      (Exhibit No. 94 was marked for

Page 184

1    identification.)
2  BY MR. DEUTSCH:
3  Q  If you can take a look at what we've marked as
4    Meadow 94.  It's an email at the top from you to
5    Gary Wilson, Rick Noel, Andrew Granzow,
6    Matt Krazit and Randy Doering.  The subject is
7    "Dezincification of Brass Alloys," and it
8    encompasses Bates numbers 24743 through 24745.
9      Would you take a look at this and tell me
10   if you recognize this email that you sent.
11  A  (Reviewing.)
12     I don't recall it.
13  Q  Do you recall being involved with issues of
14   dezincification regarding brass fittings of
15   NIBCO?
16  A  I don't recall issues with the dezincification.
17  Q  Were there ever any discussions within NIBCO
18   that you're aware of, of how to address the
19   problem of dezincification of brass fittings
20   that NIBCO had sold?
21  A  I don't remember a conversation about that.
22   There were changes to the standards relative to
23   PEX fittings, and I recall projects where we
24   undertook to have a product that was now
25   incompliant with that, but I don't recall a

Page 185

1    whole lot of conversation relative to any kind
2    of problems.
3  Q  Okay.  When you say there was a change in the
4    standards, when did that occur?
5  A  I'm not certain.  I don't recall.
6  Q  Approximately?
7  A  Well, between October 21st of 2008 -- I'm not
8    trying to be -- I just -- I don't recall
9    specifically --
10  Q  Okay.
11  A  -- when those -- those changes occurred.
12  Q  And so when you say there were changes in the
13   standard, did NIBCO then change the way it
14   produced the brass fittings?
15  A  We're not pro- -- we didn't produce the brass
16   fittings.
17  Q  Oh.  Those were acquired from other producers,
18   right?
19  A  They were sourced from other manufacturers.
20  Q  Okay.  And which sources did NIBCO use?
21  A  I don't remember all of the sources.
22  Q  Was Linx one of them?
23  A  I'm not certain.  I remember that name, but I
24   don't know exactly which -- what products were
25   sourced from them.

47 (Pages 182 - 185)

Page 186

1   Q   Or IDC?
2   A   We buy a lot of products from IDC.  I don't
3       remember all of them.
4   Q   How about from Mueller Brass, who's included in
5       this email chain, Meadow 94?
6   A   I don't -- I don't remember anything -- I mean,
7       we buy products, not necessarily PEX products,
8       from Mueller, so I'm not sure what products are
9       purchased from whom.
10  Q   So after -- do you have any idea after this
11      email you sent, December 2010, was there any
12      efforts to address the concern about
13      dezincification which, if I understand your
14      testimony, would be the materials you're
15      sourcing from some of these other producers,
16      right?
17  A   Okay.  I'm not sure what your question is.
18  Q   Okay.  My question would be -- or my question
19      is:  Were there steps taken with the companies
20      you sourced from to address the dezincification
21      concerns that were appearing in the marketplace?
22  A   I'm not certain that there were concerns.  I
23      mean, we took steps to have product that was in
24      compliance with the changing of the product
25      standards.

Page 187

1   Q   You had some testing protocol that made sure the
2       newer fittings you were getting complied with
3       the new standards to avoid dezincification?
4   A   Well, I believe that there are changes into the
5       fitting standard that required dezincification,
6       resistant alloys, and I believe that -- I know
7       we undertook projects to -- with suppliers that
8       may have been new suppliers, that may have been
9       existing suppliers, I don't remember, but
10      relative to having product that was compliant.
11  Q   Was there some initiative to try to determine
12      what to do with the fittings that had already
13      been received by NIBCO and sold to the public
14      that potentially had a risk of dezincification?
15  A   I am not aware of issues or anything associated
16      with that.
17  Q   Just so I'm clear, what PEX fittings did NIBCO
18      manufacture?
19  A   Well, recently we started manufacturing the PEX
20      poly fittings.
21  Q   In other words, made out of plastic?
22  A   They're made out of polyphenylsulfone.
23  Q   Okay.  And how about any other fittings that
24      NIBCO manufactured prior to these plastic ones
25      you just mentioned?

Page 188

1   A   PEX fittings?
2   Q   Yes.
3   A   I'm not certain on the details of all of those.
4       I mean, we manufacture a lot of fittings.  Some
5       of them could be used in PEX applications.  I
6       mean, we manufacture wrought, we manufacture
7       cast product, we manufacture -- I'm not certain
8       where -- all of the different configurations of
9       those, but the primary PEX metal fittings,
10      right, were primarily purchased.
11      (Exhibit No. 95 was marked for
12      identification.)
13  BY MR. DEUTSCH:
14  Q   If you could take a look at what we've marked as
15      Meadow 95, which is a two-page document Bates
16      numbers 27651 through 27652.  It's an email
17      chain that you're included in.
18          If you can take a look at this and tell me
19      if you recognize the emails that you're involved
20      with here and what it concerns.
21  A   (Reviewing.)
22          I don't recall what this is for.
23  Q   Now, in this document, the first page, it refers
24      to the NPC meeting.  What is that?
25  A   It's the new product development committee

Page 189

1       meeting.
2   Q   Do you remember having any dealings with
3       Asia Union over fittings?
4   A   I don't recall specifically or directly.
5   Q   Okay.  Do you remember having any business
6       dealings with Asia Union?
7   A   I know NIBCO has purchased product from them in
8       the past, I believe.  I don't know specifics.
9   Q   Do you have an idea what -- on the second page
10      where it says, "Asia Union fittings have had
11      some unacceptable results from the materials
12      analysis completed to date," do you know what
13      kind of tests NIBCO would do with the fittings
14      that just -- for its PEX products?
15  A   Well, typically there's a lot of testing that is
16      done.  Material tests would have been stress
17      corrosion cracking testing and dezincification
18      testing.
19  Q   Would they be testing a sample of the fittings
20      that come in with certain specific tests?
21  A   If there was an objective to purchase product
22      from them, they would have been tested prior to
23      purchasing the product.
24  Q   Okay.  But once you're getting in the shipments,
25      is there some process to test and make sure

48 (Pages 186 - 189)

Page 190

1    they're compliant with what you were expecting?
2  A   There are different things.  I mean, over what
3    time period are you talking about?  I mean, we
4    continually look at and evaluate and try to
5    change and improve.  So I'm not certain exactly
6    what was being done when.
7  Q   How about around this time period, March 2013,
8    when you get this email from Andrew Granzow?
9  A   As I said, I'm not certain what this is in
10    regards to, so I'm not really sure what it's --
11    it could be just something that we pulled
12    product in and -- I just don't know what it is.
13  Q   Do you know when it refers to thermocyclic tests
14    what that is?
15  A   Yeah.  In the PEX fitting standards, there are
16    thermocycling testing requirements.
17  Q   Okay.  And do you know what's involved in doing
18    that test?
19  A   In general.  I don't have the standard
20    memorized, but in general, it's an air test
21    and -- where the product is moved back and forth
22    between ambient, or slightly cooler than ambient
23    temperatures, to elevated temperatures.
24  Q   Are you aware of any fittings being returned to
25    NIBCO after they've been sold into the stream of

Page 191

1    commerce due to dezincification?
2  A   I don't know for sure.
3  Q   And who would know the answer to that?
4  A   I'm not certain, but I believe that any returns
5    would have records.
6  Q   Like in the PER system?
7  A   I believe so.
8       (Exhibit No. 96 was marked for
9    identification.)
10  BY MR. DEUTSCH:
11  Q   If you can take a look at what we've marked as
12    Meadow 96, which encompasses Bates numbers
13    135930 through 135934.  It's an email chain, and
14    you're sent an email from Earl Sexton, March 14,
15    2013.
16       If you could take a look at this and tell
17    me if you recognize this email that you received
18    and what it concerns.
19  A   (Reviewing.)
20       I don't remember the specifics of this one.
21  Q   Okay.  Do you remember anything about it?
22  A   I'm not going to say anything for certain, but I
23    believe we were doing a testing of fittings from
24    different suppliers and seeing if -- from
25    different suppliers of a particular alloy to see

Page 192

1    if we could characterize if that alloy would be
2    dezincification resistant or not.
3  Q   Okay.
4  A   To be in compliance with the standard.
5  Q   Were there other potential suppliers that you
6    were testing besides IDC and Longda in this
7    analysis?
8  A   I believe that there were products tested
9    from -- of the same alloy from other suppliers.
10    I don't remember the specifics on it, but I
11    believe there were other suppliers as well
12    utilizing the same alloy.  It was an
13    investigation to see whether or not that we
14    could utilize that alloy and have a compliant
15    product.
16  Q   And what was the conclusion from those tests?
17  A   Well, this was, I believe, if I remember
18    correctly, and it was a 46500 material that we
19    couldn't -- that did not appear to be where it
20    could routinely pass the 200-micron limit
21    associated with the dezincification
22    requirements.
23  Q   Okay.  Now, ultimately how did NIBCO address the
24    concerns over dezincification of brass fittings?
25  A   Well, like I said, I'm not sure that there were

Page 193

1    concerns.  Like I said, we changed -- I believe
2    that we changed alloys and potentially
3    manufacturers to be in compliance with the
4    standards.  Both the dezincification requirement
5    as well as the nationwide lead-free
6    requirements.
7  Q   And so where does NIBCO source those fittings
8    from now?
9  A   I don't remember the sources off the top of my
10    head.
11       (Exhibit No. 97 was marked for
12    identification.)
13  BY MR. DEUTSCH:
14  Q   If you can take a look at what we've marked as
15    Meadow No. 97.  It's a document encompassing
16    Bates numbers NIBCO Meadow 32283 through 86.
17    It's an email chain that you're in the middle of
18    on the second page.
19       If you can tell me if you recognize this
20    document 97 or any part of it and what it
21    concerns.
22  A   (Reviewing.)
23       I can't say for certain.  I don't recall
24    this specifically, but it appears to be where
25    they were testing some additional screws or some

49 (Pages 190 - 193)

Page 194

1    potential new screws to add to the product line.
2       MR. DEUTSCH:  Okay.  Let me take a
3    five-minute break.
4       (A recess was taken from 2:39 p.m. to
5    2:48 p.m.)
6       (Exhibit No. 98 was marked for
7    identification.)
8    BY MR. DEUTSCH:
9    Q   Why don't you take a look at what we've marked
10      as Meadow 98, which on the front page says "651
11      PEXc Reformulation Tollgate 1."  It encompasses
12      Bates numbers 15266 through 15282.
13         If you could take a look at this and tell
14      me if you recognize this document; and if so,
15      what it is.
16   A   (Reviewing.)
17         I don't remember the document specifically.
18   Q   Were you involved in developing Tollgate 1
19      information for the PEXc reformulation?
20   A   Yes, I would have been.
21   Q   Okay.  But you don't remember this specific
22      document?
23   A   I don't remember the specific document.
24   Q   Okay.  Do you remember making any presentation
25      regarding Tollgate 1 for PEXc reformulation?

Page 195

1    A   We would have presented it at the NPC meeting.
2    Q   And Tollgate 1 specifies what?
3    A   Tollgate 1 is -- it's just an arbitrary point in
4       the product development, typically associated
5       with concept development.
6    Q   Okay.  So in other words, once the concept is
7       developed, you say I'm at Tollgate 1 and you
8       present it to the committee for approval?
9    A   Sure.
10   Q   Okay.  So that's where -- with this is at this
11      stage.  I'm sorry, Meadow 98?
12   A   Tollgate 1, you know, if -- I don't remember it
13      specifically, but this being the Tollgate
14      document, but it would have been presented at
15      Tollgate 1.
16   Q   Okay.  And on page 15275 you have a page there
17      that reads, "Issues and Risk Summary," and
18      within that it says, "NIBCO is currently only
19      customer of CD 4300 resin."
20         Do you know why that was, why NIBCO was the
21      only buyer of that product from Total?
22   A   I don't know specifically, no.
23   Q   And why -- that resin could not be used for the
24      next generation of the product, right, the one
25      with 3 that you were trying to achieve?

Page 196

1    A   Well, I'm not going to say that it couldn't be.
2    Q   Okay.  Were there circumstances where it could
3       have been used for the new reformulation
4       product?
5    A   I'm sure that it could have been developed into
6       a higher classification, the resin itself.
7       However, right, there's a reason that we didn't
8       want to go with that was because we wanted to
9       utilize a more commercially available pipe resin
10      and not be the only -- not -- for commercial
11      reasons, not be the only purchaser of a
12      particular resin.
13   Q   Anybody ever explain to you why they selected
14      CD 4300 as the resin which, I understand, goes
15      back to the period of CPI?
16   A   I have no idea about that.
17   Q   And the resin that you currently buy from Dow is
18      one that other businesses purchase as well?
19   A   It's a commercially available pipe grade -- or
20      pipe grade resin, so --
21   Q   And can you buy it from other suppliers or just
22      from Dow?
23   A   It's a Dow material, so you buy it from Dow.
24      But they sell it to multiple manufacturers, not
25      just us.

Page 197

1    Q   Multiple manufacturers of PEXc product?
2    A   Multiple manufacturers of tubing and piping.
3       (Exhibit No. 99 was marked for
4       identification.)
5    BY MR. DEUTSCH:
6    Q   Okay.  I would like you to take a look at what
7       we've marked as Meadow 99.  It encompasses Bates
8       numbers NIBCO Meadow 134259 through 134286.
9       It's a document on the cover page reads "651
10      PEXc Reformulation Tollgate 3."  It's dated
11      May 7th, 2012.
12         Do you recognize this document?
13   A   (Reviewing.)
14         I don't recognize this specific document.
15   Q   Okay.  But this concerns the reformulation
16      project that you were working on, right?
17   A   It appears to be associated with a reformulation
18      project.
19   Q   And Tollgate 3 means what here?
20   A   In typical terms, Tollgate 3 means that we're
21      through the design portion of a product
22      development and that we're wanting to move
23      forward with production tooling of that process
24      for full production.
25   Q   Okay.  So this will be a presentation to the new

50 (Pages 194 - 197)

Page 198

1   product committee?
2   A  Yes.  It would have been a presentation to them.
3   Q  And it would be your expectation you were at the
4      new product committee meeting when this was
5      presented?
6   A  I would have been.
7   Q  And you would be at those meetings for any time
8      the issue of the PEXc development was presented,
9      right?
10  A  Well, not necessarily, right, because, I mean,
11     if I was out of the office or something like
12     that, there may have been someone else provided
13     the update.
14  Q  Now, you indicated that you changed jobs at the
15     end of 2011, but this is dated May 7th, 2012,
16     so you -- even though you had changed your
17     position, you were still actively involved with
18     the PEXc reformulation?
19  A  Yes.
20  Q  And you stayed with it through the completion of
21     the project?
22  A  Correct.
23  Q  Now, on page 134264, that page is entitled "Is
24     Marketing and Sales Prepared to Launch and
25     Support," and then it has a bullet point that

Page 199

1      says, "Quiet launch plan due to the rolling
2      change."  Then it says, "Minimize external
3      strife due to potential mix shipments of
4      product."
5          Could you explain what that's explaining to
6      the new product committee?
7   A  Yes, I can explain that.
8   Q  Okay.  And what is that?
9   A  It basically means that as the product was being
10     rolled out, instead of having a -- at the
11     beginning of the product introduction, it was
12     going to be done at the end of a product
13     introduction, right; meaning, that there would
14     be a running change from the old product to the
15     new product.
16         The reason for that being is that typically
17     when we -- when people introduce new products,
18     any existing inventory of old product, you know,
19     people seem to tend to want to return that.
20         That's not in all limited to -- it's just a
21     way of life.  It has nothing to do with
22     necessarily PEX or anything like that, it's with
23     any product introduction.
24  Q  And do you know how long the 1006 product was
25     sold by NIBCO until what time?

Page 200

1   A  I'm not for sure on that.
2   Q  So, in other words, NIBCO needed to sell out
3      whatever 1006 inventory it had while it's
4      converting to the 3308?
5   A  Yes.  It was going to be, yeah, a running change
6      to that -- to those product lines.
7   Q  And in addition -- strike that.
8          Did NIBCO have any process where they sort
9      of kept track of what the inventory held by its
10     distributors was?  Say of its 1006 product?
11  A  I'm not certain on that.
12         (Exhibit No. 100 was marked for
13     identification.)
14  BY MR. DEUTSCH:
15  Q  If you could take a look at what we've marked as
16     Meadow 100, which is an email chain that you're
17     copied at the top on an email from
18     Randy Doering to you.  It's entitled "Tollgate 5
19     for the PEXc Formulation Project."  It's dated
20     March 21, 2013.  It encompasses Bates numbers
21     NIBCO Meadow 134651 through 653.
22         Do you recognize this document?
23  A  (Reviewing.)
24         Not off the top of my head, no.
25  Q  And Tollgate 5 refers to what?

Page 201

1   A  Tollgate 5 is after the product has basically
2      launched and it has been on the market, and it's
3      a set time span after that point in time to go
4      back and look at like a lessons learned or
5      provide any kind of initial feedback that the
6      new product introduction has garnered.
7   Q  By the way, what's Tollgate 2?
8   A  Tollgate 2 is design finalization.
9   Q  And Tollgate 4?
10  A  Tollgate 4 is market launch.
11  Q  Now, in this email that Randy Doering sends to
12     you he says, "The reformulation was necessary
13     and had to be done.  We learned about PEXc in
14     our process.  My only regret is we did not make
15     getting a 5 on chlorine a goal, given what we
16     know today."
17         And what's your understanding of why he's
18     saying that to you?
19  A  My understanding is because the market leader
20     was Uponar, and they had a 1006 product at the
21     time that we started the reformulation project,
22     and in between -- or while our project was going
23     on, they developed a 5 series, and so they are
24     now the market leader.  And then we were, again,
25     kind of -- only had the 3 level series product.

51 (Pages 198 - 201)

Page 202

1  Q  And they sold what, PEXb?
2  A  No.  Upoman sells PEXa.
3  Q  PEXa.  Was that reconsidered by NIBCO of
4     possibly making PEXa rather than b and c?
5  A  No.  I mean, there had been conversations about
6     it, but it's always been not considered to be
7     the right way to go.
8  Q  And why is that?
9  A  Well, PEXa is a peroxide-cured chemical reaction
10    that is looked at quite ominously, right, from
11    that standpoint.
12 Q  And that's because of environmental concerns?
13 A  Just in general, it was a slower process, it's a
14    slower extrusion process, it has the chemicals.
15    That's always looked at as a negative from that
16    standpoint.
17 Q  Well, even though it's a negative view from that
18    standpoint, what gives Uponar the advantage in
19    the marketplace that it's the number one seller?
20 A  They were first and they're zealots.
21       (Exhibit No. 101 was marked for
22       identification.)
23 BY MR. DEUTSCH:
24 Q  Okay.  If you can take a look at what we've
25    marked as Meadow 101, which is a document on the

Page 203

1  face that says, "651 PEXc Reformulation.
2  Tollgate 5."  It's dated March 28th, 2013, and
3  encompasses Bates numbers NIBCO 20865 through
4  20874.
5     Tell me if you recognize this document.
6  A  (Reviewing.)
7     I don't remember this specific document.
8  Q  Do you remember attending the Tollgate 5
9  meeting?
10 A  I don't remember this specific meeting.
11 Q  Now, on page 20872 of this Meadow 101, it
12    says -- the topic is "Supply and Quality," and
13    it says, "No pinholes since converting to the
14    new resin."
15    So, in essence, this is -- you've succeeded
16    in making a better product at this point, right?
17 A  Well, it's a different product.
18 Q  Okay.  But isn't that an improvement, that it
19    doesn't have pinholes?
20 A  Well, I think it's a reflection on the quality
21    control checks.
22 Q  You mean you ascribe that to quality control
23    improvement rather than the change in resin?
24 A  Well, I mean -- no, I think it's a combination
25    of things, of which I'm not exactly sure what

Page 204

1  all contributed what at this point.
2  Q  Okay.  Because in this slide it appears to be
3  attributing it to the new resin.
4  A  Well, no -- well, I mean, no, I think it's a
5  combination of we also developed new extrusion
6  screws specifically for the product that we
7  were -- the new reformulation product.
8  Q  Now, when it refers to dimples here on the same
9  page, what is that?
10 A  I believe a dimple is a slight depression in the
11    outside of the tubing.
12 Q  Now, in this -- again, in "Supply and Quality"
13    it says here, "Dimples appeared to have dropped
14    significantly with the addition of surfactant."
15       And what is that referring to?
16 A  A surfactant is something that's used to break
17    up the surface tension of water.
18 Q  Okay.  Now, you mention that -- I think you
19    ascribe some of the improvement in the product
20    to new extrusion screws; is that fair?
21 A  Yes.
22 Q  Okay.  And could you explain how that works?
23    What's the effect of new extrusion screws?
24 A  Well, I mean, like I said, you know, we
25    purchased new extrusion screws that were

Page 205

1  developed specifically for our combination of
2  resin, master batch, and extrusion speeds.
3  Q  I just want to make sure I understand a concept
4  here.  You can have a product that meets
5  certification standards but that product could
6  still have a defect, right?
7  A  I'm not certain if I'm following what you're
8  saying.
9  Q  Okay.  I know sometimes in the testimony today,
10    you know, you've pointed out that the product
11    maintains certification or it satisfied one of
12    the agency's certification standards.
13       That's not a guarantee that the product is
14    defect-free, right?
15 A  You know, I'm not exactly sure how the warranty
16    is written relative to that.
17 Q  Okay.  I think I'm asking a simpler question,
18    which is just -- I mean, meeting a certification
19    standard means that you probably put the product
20    out into the marketplace, but that's not a
21    guarantee that the product doesn't have some
22    inherent defect in it, right?
23 A  Well, I wouldn't use the word "inherent."  I
24    mean, that's what the standard is out there to
25    be able to do so that if it is, you know,

52 (Pages 202 - 205)

Page 206

1    something that is inherently wrong with the
2    product, that the standard should -- it's there
3    to govern.
4  Q   Okay.
5  A   I'm not going to say that, you know, that the
6    standard doesn't guarantee that something can be
7    manufacturing defect-free.  I mean, those type
8    of things can occur, right, but that's what the
9    checks at the manufacturing locations are for.
10  Q   And similarly, when somebody sends in a product
11    that they say is not working properly that's
12    cataloged in your PER system, it's certainly
13    possible that there was something wrong with the
14    product that was sold, right?
15  A   Well, it depends, right.  It's possible that it
16    could be a lot of things.
17  Q   Right.  I think I'm really just trying to
18    confirm that even with the certification, the
19    product still could have some problem when it
20    gets sold to the marketplace?
21  A   It shouldn't be.  Not by design.
22  Q   Well, a certification is to address certain
23    known issues in the industry, right?
24  A   I believe that if you asked anybody associated
25    with the standards organizations, they would

Page 207

1    tell you that the standards are there for the
2    health, welfare, and safety of the end user and
3    consumer.
4  Q   Have you ever sat on any of these standards
5    committees?
6  A   Not personally, no.
7  Q   Okay.  Do you know if on the standards
8    committees there's participants who have no
9    connection with the industry itself?
10  A   I believe that even the committees, depending upon
11    the organization -- because there's a lot of
12    different committees and organizations out there
13    that write and govern standards -- that they all
14    have their own policies regarding the number of
15    manufacturers that can be associated with any
16    individual product standard.
17    (Exhibit No. 102 was marked for
18    identification.)
19  BY MR. DEUTSCH:
20  Q   All right.  I want you to take a look at 102.  I
21    was going to show you a series of organizational
22    charts just to make sure I understand your
23    position within the organization over time.
24    So on this one, which is Meadow 102, it
25    encompasses NIBCO Meadow 123104 through 123108.

Page 208

1    It appears to be a November 2008 organizational
2    chart of NIBCO.
3    Apparently from what you've testified, this
4    is shortly after you joined NIBCO, right?
5  A   I'm assuming, based upon the date on it.
6  Q   Yes.  And you seem to be, on page 4, under
7    "Program Managers."
8  A   Yes.
9  Q   So does this seem to be an accurate depiction
10    of, you know, where you fit in the organization
11    and who you reported to?
12  A   Yes.
13    (Exhibit No. 103 was marked for
14    identification.)
15  BY MR. DEUTSCH:
16  Q   Okay.  And now I'm showing you what's been
17    marked as Meadow 103, which is an organizational
18    chart which appears to be from April 2009.  It
19    encompasses Bates numbers NIBCO Meadow 123035
20    through 038, and you appear to be on the last
21    page of this document as Manager, Program
22    Management Office.
23    Is this an accurate depiction of your role
24    as of April 2009?
25  A   No, not really.

Page 209

1  Q   Okay.  Then what's wrong here?
2  A   Well, I was promoted to manager and then within
3    a week they changed the title to director.
4  Q   All right.
5  A   So --
6  Q   That must have been a good week.  You had a good
7    high performance for that week.
8    And at that point in time did you have
9    people reporting to you?  Because in this chart
10    it doesn't show that.
11  A   Yes, I did, because the problem is this is
12    really more the engineering side.  It's just not
13    showing the program managers.  They're
14    actually -- I'm not sure why it's shown off over
15    there like that.  I think that's a mistake.
16    (Exhibit No. 104 was marked for
17    identification.)
18  BY MR. DEUTSCH:
19  Q   Okay.  Now I'd like you to take a look at what
20    we've marked as Meadow Exhibit 104.  It's
21    another organizational chart.  This one appears
22    to be from June 2009.  It encompasses Bates
23    numbers NIBCO Meadow 123086 through 123089, and
24    you appear to be on the final page, in
25    engineering, listed as Director of Program

53 (Pages 206 - 209)

Page 210

1    Management.
2        Does this accurately depict your role in
3    the organization of June 2009?
4    A  I believe so.
5    Q  Now, was this also kind of a reorganization of
6    NIBCO that was occurring at this point?
7    A  I don't know what you mean by that.
8    Q  In other words, like, the layout of who reports
9    under whom seems to have shifted.  So you
10   have -- you're in your own wing here it appears?
11   A  The program management office was separated from
12   within engineering and as its own stand-alone
13   function.
14   Q  Okay.  And that's because it focused on new
15   projects?
16   A  No.  We were focused on projects, some of which
17   were new products.  The vision was that it could
18   serve any project.
19       (Exhibit No. 105 was marked for
20   identification.)
21   BY MR. DEUTSCH:
22   Q  If you can take a look at what we've now marked
23   Meadow 105, which now appears to be an
24   organizational chart of January 2012.  It
25   encompasses NIBCO Meadow 123073 through 123077.

Page 211

1        You appear to be in the first page as
2    Director of Product Engineering.  Does this seem
3    to be an accurate depiction of your role in the
4    organization at this point in time?
5    A  I believe so, except that you said Director of
6    Product Engineering.  It's really just like
7    Director, comma, Product Engineering.
8    Q  You're absolutely right.  Okay.
9        And again, is this also a reorganization of
10   engineering, that the boxes have been moved
11   around as well, not just you having a new title?
12   A  No.  They asked me to take over project
13   engineering from the program management group.
14   Q  Now, in your role related to this litigation,
15   did you have to locate or reserve any materials
16   that you had in your possession?
17   A  I mean, I was asked to provide any and all
18   documents that we have, right, so I believe
19   that's what was asked.
20   Q  I'm sorry, specifically what were you asked to
21   produce or reserve?
22   A  I believe it was anything associated with our
23   PEX products.  I'm not -- I mean, I don't
24   remember specifically.
25   Q  Okay.  Now, did you have to go search in your

Page 212

1    computer or did somebody search on a server to
2    collect your records?
3    A  I believe we searched for things at least
4    initially, right.  We were asked to do it on an
5    individual basis, and I believe we did that, and
6    we also looked for any and all engineering
7    documents that we might have associated with the
8    product lines.
9    Q  And was that just you personally or you --
10   everybody that reported to you?
11   A  I don't remember the specifics of that.
12   Q  You mean you remember that you were asked to
13   reserve things but you're not familiar with who
14   else may have been asked?
15   A  I'm not certain who all was asked.
16   Q  Is there any kind of central depository of
17   NIBCO's records that everybody can access and
18   share?
19   A  I mean, you'll have to be more specific than
20   that, right.  Each function has their own
21   document retention requirements.
22   Q  Ah.  So like in engineering, I don't know, is
23   there a master database that everybody in
24   engineering could access?
25   A  For engineering, drawings, specifications, and

Page 213

1    models, yes, and then also for any internal
2    testing, yes.
3    Q  And is there a -- could somebody centrally
4    search for everybody's emails?
5    A  I'm not certain about that.  That's probably a
6    better question for IS.
7    Q  Did you -- do you know if you did a specific
8    search for this case, the Meadow case?
9    A  I don't remember specifically.
10   Q  Okay.  How about -- do you know if you did any
11   searches in regards to other PEX product cases
12   that NIBCO has been sued on?
13   A  I don't remember the specifics, so, you know.
14       MR. DEUTSCH:  All right.  Why don't we take
15   a five-minute break.  I just want to see if we
16   can wrap up.
17       MR. BRADSHAW:  Sure.
18       (A recess was taken from 3:22 p.m. to
19   3:27 p.m.)
20       MR. DEUTSCH:  I don't have any further
21   questions at this time.
22       MR. SHAMBERG:  I just have a couple.
23
24
25

54 (Pages 210 - 213)

Page 214

1  CROSS-EXAMINATION
2       QUESTIONS BY MR. KYLE A. SHAMBERG:
3  Q  Good afternoon, Mr. Bobo, my name is
4     Kyle Shamberg, I represent the plaintiffs in the
5     Cole versus NIBCO matter.
6        Just a couple questions, much shorter than
7     Mr. Deutsch.
8        Earlier we were discussing some testing
9     that NSF was performing on NIBCO's half-inch
10    blue PEXc tubing in late 2009.
11       Do you recall that?
12 A  Uh-huh.
13 Q  And I believe you testified at that time that
14    NIBCO had that PEXc 1006 tubing certified by
15    IAPMO; is that correct?
16 A  At the same time, yes.
17 Q  So if NIBCO already had the certification by
18    IAPMO, why was NIBCO also continuing to pursue
19    certification with NSF?
20 A  Well, I don't recall specifically.  I believe it
21    was just to have the most flexibility possible.
22 Q  Okay.  Why would there be more flexibility
23    having two listings?
24 A  Well, from the aspect of you have the
25    certification -- or you have the standard and

Page 215

1     then you have the agency and then you have how
2     the agency -- the agency's policy regarding the
3     standard.
4  Q  Do you happen to know how the policies differ
5     between NSF and IAPMO for the relevant standard
6     or standards?
7  A  Not necessarily off the top of my head, no.
8  Q  Does it also give you some cushion, you know, if
9     you happen to lose one of the listings, you
10    still have the backup listing?
11 A  I think it was more in terms of if one of the
12    agencies had a more unfavorable cost structure
13    or more unfavorable policy relative to that as
14    far as then, you know, you would go with the
15    certification body that provides the best
16    value.
17 Q  Okay.  Did NIBCO ultimately obtain that
18    certification from NSF?
19 A  The product was recertified, yes.
20 Q  Okay.  So there was a period in time after late
21    2009 when the 1006 tubing was listed with both
22    IAPMO and NSF concurrently?
23 A  Correct.
24 Q  And that costs more to NIBCO than just having it
25    listed with one agency, correct?

Page 216

1  A  We pay for each agency independently.
2  Q  And I believe you also gave some testimony with
3     respect to Jana.  I don't want to
4     mischaracterize what you said, but I believe you
5     said that Jana, at least at the time of this
6     reformulation project, didn't trust NSF; is that
7     fair?
8  A  That's my perception looking back at it now.
9  Q  During that same period of time, did NIBCO trust
10    NSF?
11 A  I don't know that we didn't have a reason not to
12    trust NSF.  We work with NSF on a lot of
13    different products.
14 Q  Subsequent to that time, so through today --
15 A  Continue to work with them.
16 Q  -- do you have any reason to not trust NSF?  Or
17    does NIBCO have any reason not to trust NSF?
18 A  Not that I'm aware of.
19       MR. SHAMBERG:  Okay.  That's all the
20    questions I have.
21       MR. BRADSHAW:  No questions.
22       Read and sign.
23
   (Time noted 3:30 p.m.)
24
25       AND FURTHER THE DEPONENT SAITH NOT.

Page 218

1  STATE OF INDIANA         )
                            ) SS:
2  COUNTY OF LAKE           )
3
4     I, Richard D. Ehrlich, Notary Public in and
5  for the County of Lake, State of Indiana, at
6  large, do hereby certify that DAVID BOBO, the
7  deponent herein, was by me first duly sworn to
8  tell the truth, the whole truth and nothing but
9  the truth in the aforementioned matter;
10    That the foregoing deposition was taken on
11 behalf of the Plaintiffs, at the Hilton Garden Inn
12 Elkhart, 3401 Plaza Court, Elkhart, Indiana, on
13 the 1st day of February, 2017, at 9:00 a.m.
14 pursuant to the Federal Rules of Trial Procedure;
15    That said deposition was taken down in
16 stenograph notes and translated into an English
17 transcript under my direction, and that said
18 transcript is a true record of the testimony given
19 by the said deponent; and that signature was
20 reserved by the Defendant;
21    That the parties were represented by their
22 counsel as aforementioned.
23    I do further certify that I am a
24 disinterested person in this cause of action, that
25 I am not a relative or attorney of either party or

55 (Pages 214, 215, 216, 218)

Page 219

1 otherwise interested in the event of this action,
2 and that I am not in the employ of the attorneys
3 for any party.
4      IN WITNESS WHEREOF, I have hereunto set my
5 hand and affixed my notarial seal on this 15th day
6 of February, 2017.
7
8
9           N O T A R Y   P U B L I C
10
11 My Commission Expires:
12 November 22, 2024
13 County of Residence:
14 Lake County
15
16
17
18
19
20
21
22
23
24
25

Page 221

1              Meadow v. NIBCO
2              David Bobo
3           E R R A T A
4              - - - - -
5 PAGE  LINE  CHANGE
6 ___ ___  _____
7 Reason:_____
8 ___ ___  _____
9 Reason:_____
10 ___ ___  _____
11 Reason:_____
12 ___ ___  _____
13 Reason:_____
14 ___ ___  _____
15 Reason:_____
16 ___ ___  _____
17 Reason:_____
18 ___ ___  _____
19 Reason:_____
20 ___ ___  _____
21 Reason:_____
22 ___ ___  _____
23 Reason:_____
24 ___ ___  _____
25 2526857

Page 220

1              Meadow v. NIBCO
2              David Bobo
3   INSTRUCTIONS TO THE WITNESS
4      Please read your deposition over
5 carefully and make any necessary corrections.
6 You should state the reason in the
7 appropriate space on the errata sheet for any
8 corrections that are made.
9      After doing so, please sign the errata
10 sheet and date it.
11      You are signing same subject to the
12 changes you have noted on the errata sheet,
13 which will be attached to your deposition.
14      It is imperative that you return the
15 original errata sheet to the deposing
16 attorney within thirty (30) days of receipt
17 of the deposition transcript by you.  If you
18 fail to do so, the deposition transcript may
19 be deemed to be accurate and may be used in
20 court.
21
22
23
24
25 2526857

Page 222

1              Meadow v. NIBCO
2              David Bobo
3    ACKNOWLEDGMENT OF DEPONENT
4      I, _____, do
5 hereby certify that I have read the foregoing
6 pages and that the same is a correct
7 transcription of the answers given by
8 me to the questions therein propounded,
9 except for the corrections or changes in form
10 or substance, if any, noted in the attached
11 Errata Sheet.
12
13 _____    _____
14 DATE          SIGNATURE
15
16 Subscribed and sworn to before me this
17 _____ day of _____, 20___.
18
19 My commission expires: _____
20 _____
21 Notary Public
22
23
24
25 2526857

56 (Pages 219 - 222)

**[& - 1:32]**                                                                    Page 1

| & | | | |
|---|---|---|---|

**&**   2:8,14 8:24 9:1
  9:17,21,24 10:10
  10:16 11:1,22
  12:3,8 13:2,9

| 0 | | | |
|---|---|---|---|

**0**   22:21
**038**   208:20
**07-2169**   172:24
**08-1136**   41:20
**08-3777**   172:25
**09-1159**   3:16
  170:16

| 1 | | | |
|---|---|---|---|

**1**   3:20 104:13
  107:1 162:9,10
  180:20 182:8
  194:11,18,25
  195:2,3,7,12,15
**10**   116:24,25
**10/8/09**   3:12
**100**   3:8,21 64:8
  152:17 155:6
  162:16 169:4
  179:15 200:12,16
**1006**   37:8,12,17
  45:14 46:20 47:21
  50:2 70:22 73:16
  73:19 80:11,15,17
  81:13 83:9 85:1
  85:23 86:23
  118:19 133:6
  178:9 181:8
  199:24 200:3,10
  201:20 214:14
  215:21
**101**   3:22 202:21,25
  203:11
**102**   3:23 207:17,20
  207:24

**103**   3:23 208:13,17
**104**   3:24 209:16,20
**105**   3:24 210:19,23
**1065**   129:20
**1068**   129:20
**11/8/09**   3:13
**119**   3:8
**11:14**   116:2
**12**   57:8,21 100:25
  135:14 168:5
  177:21
**12/1/10**   3:17
**123035**   208:19
**123073**   210:25
**123077**   210:25
**123086**   209:23
**123089**   209:23
**123104**   207:25
**123108**   207:25
**126**   3:9
**129**   3:10
**12:09**   116:3
**13-7871**   1:2
**13359**   79:23
**133858**   41:18
**133865**   43:8
**133877**   46:9
**133892**   48:24
**133895**   50:17,24
  54:24
**133896**   57:2 64:19
**133899**   58:1
**133905**   60:9 65:25
**133906**   67:18
**133920**   68:12
**133921**   68:14
**133923**   71:7,11
**133927**   71:22
**133928**   72:11
**133937**   74:22

**133943**   76:17 77:8
**133952**   78:18
**133957**   78:2,13
**133959**   79:23
**133965**   80:1
**133966**   81:4
**133968**   82:25
**134027**   85:6,10
**134103**   88:7
**134121**   41:18
**134124**   164:3
**134127**   165:2
**134131**   164:3
**134136**   164:20
**134140**   119:22
**134145**   119:22
**134189**   148:12
**134191**   149:9
**134193**   148:12
**134202**   157:11
**134259**   197:8
**134264**   198:23
**134286**   197:8
**134608**   146:4
**134609**   146:5
**134651**   200:21
**134660**   100:8
**135**   3:11
**135930**   191:13
**135934**   191:13
**14**   57:8,15 110:13
  172:17 176:15
  183:11 191:14
**140**   3:11
**145**   3:12
**148**   3:13
**15266**   194:12
**15275**   195:16
**15282**   194:12
**15405**   91:20

**15413**   98:5
**15416**   98:23
**15423**   91:21
**154307**   93:9
**157**   3:14
**158**   3:14
**15th**   219:5
**16**   177:11
**16181**   170:19
**16182**   172:12
**161863**   176:8
**1619**   177:10
**16191**   177:12
**16201**   178:14
**16202**   178:16
**16205**   180:22
**1622**   2:9
**163**   3:15
**16505**   182:17,21
**16509**   170:20
**16630**   126:23
**170**   3:16
**17th**   124:2 149:3
  153:2 155:8
**18**   85:17 177:21
**1800**   2:20
**1801**   2:20
**184**   3:17
**188**   3:18
**191**   3:18
**19103**   2:20
**19103-6305**   2:9
**192**   149:9
**193**   3:19
**194**   3:19
**197**   3:20
**1995**   9:7
**1997**   9:9,19
**1:23**   156:24
**1:32**   156:25

**[1st - 61]**                                                                 Page 2

**1st**  218:13

**2**

**2**  51:12,21,25
  131:5 164:20
  176:8 201:7,8
**2.0.**  180:24
**20**  46:10 222:17
**200**  3:21 192:20
**2001**  85:16
**2004**  9:22 12:11
  166:6
**2005**  12:12 165:6
**2008**  13:12,16 15:5
  17:7,24,25 37:1,12
  59:6 104:22 185:7
  208:1
**2009**  5:22 6:16
  7:22 20:1,19
  21:21 24:15 25:6
  25:14 26:20 27:5
  28:23 46:24 58:5
  58:6 83:15,20
  89:20 90:22,22
  91:23 92:6 95:21
  97:7 99:6 100:24
  102:17 103:20
  119:25 121:14
  122:12,19 124:2
  126:22 127:5,6,13
  127:20 128:14,17
  129:10 131:10
  132:6 136:2
  137:12 138:24
  140:18 142:5,18
  146:8 149:3 153:2
  155:9,15 171:18
  208:18,24 209:22
  210:3 214:10
  215:21
**2010**  3:15 157:9,24
  158:23 160:2,22

186:11
**2011**  20:8 21:21
  28:24 29:12 34:14
  34:22 48:20
  100:24 198:15
**2012**  37:1,12 164:6
  166:7 197:11
  198:15 210:24
**2013**  190:7 191:15
  200:20 203:2
**2017**  1:23 218:13
  219:6
**202**  3:22
**2023**  56:14
**2024**  219:12
**205**  157:11
**207**  3:23
**208**  3:23
**20865**  203:3
**20872**  203:11
**20874**  203:4
**209**  3:24
**20th**  147:21
**21**  119:24 200:20
**210**  3:24
**211**  2:4
**214**  3:3
**215.875.3000**  2:10
**21st**  185:7
**22**  219:12
**2345**  2:15
**24**  57:21 85:17
  135:12 177:19
  178:8
**24743**  184:8
**24745**  184:8
**25**  116:21,22
  144:12,14 157:24
**2526857**  220:25
  221:25 222:25

**261**  46:10 48:24
  50:17 60:11
**27**  157:9
**27651**  188:16
**27652**  188:16
**2774**  158:24
**2778**  161:9
**2779**  162:12
**2780**  158:25
**28**  85:17 89:20
  177:19 178:8
**28th**  203:2
**29**  142:18
**29th**  122:12
**2:39**  194:4
**2:48**  194:5
**2nd**  1:22

**3**

**3**  3:21 28:12,15
  45:8 47:16 50:3,4
  50:5 121:14
  127:25 162:9,10
  162:11,19,24
  180:16 195:25
  197:10,19,20
  201:25
**30**  89:17 102:17
  103:20 125:5
  220:16
**300**  85:22
**3006**  180:13
**3008**  85:24
**30th**  125:7
**312.750.1265**  2:6
**32283**  193:16
**329**  176:8 180:21
**3308**  45:18 86:9,21
  200:4
**3401**  1:21 218:12
**35**  30:19

**35th**  48:24
**38th**  50:17
**3:22**  213:18
**3:27**  213:19
**3:30**  216:23

**4**

**4**  3:2 201:9,10
  208:6
**40**  30:19 102:15,17
  103:4 110:24
  112:9 125:7
**41**  3:6 123:24
  125:13 126:11
**42nd**  58:2
**43**  121:9,11
**4300**  135:12
  195:19 196:14
**44**  165:7,24 166:11
  166:14
**46500**  192:18
**47**  165:7
**48th**  60:10

**5**

**5**  3:22 162:20,24
  163:1,3,7,9,11,18
  163:20 180:16,19
  182:7,8 200:18,25
  201:1,15,23 203:2
  203:8
**50**  93:24 94:5
  109:17 110:3,19
  165:10,13,20,25
**500**  2:5
**5006**  180:13,19

**6**

**6**  57:8 108:5
  125:12,13 157:10
**60606**  2:5
**61**  100:9 169:9,12

[641 - agencies]                                                           Page 3

**641**   126:24
**64108**   2:15
**65**   178:12
**651**   3:19,20,22
   194:10 197:9
   203:1
**653**   200:21
**68**   135:8

**7**

**7**   108:16 109:2
   126:12
**71**   135:8
**7th**   197:11 198:15

**8**

**8**   135:14
**80**   3:6 41:11,15
   48:23 54:25 57:3
   58:1 60:10 64:18
   64:18 67:24 68:11
   71:8 72:11 74:18
   76:16 79:22,25
   84:1 85:6 88:6
   124:20
**81**   3:7 91:15,19
   97:12 98:5 128:25
**816.292.2000**   2:16
**82**   3:8 100:3,7
   102:3,25 103:9,19
**83**   3:8 119:16,20
   119:21
**84**   3:9 126:16,20
   128:21
**85**   3:10 129:14,18
   129:25 131:5
**86**   3:11 135:21,25
   138:8 139:4
   193:16
**87**   3:11 140:12,16
   143:19

**88**   3:12 145:23
   146:3
**89**   3:13 148:2,6
   152:25 155:1,8
**8th**   140:18 146:7

**9**

**9**   91:23 136:2,20
**90**   3:14 76:21
   157:1,5
**91**   3:7,14 158:18
   158:22 159:13
   161:10
**92**   3:15 163:22
   164:1 169:16
**93**   3:16 170:11,15
   173:16 177:14
   182:18
**94**   3:17 183:25
   184:4 186:5
**95**   3:18 188:11,15
**96**   3:18 191:8,12
**97**   3:19 193:11,15
   193:20
**98**   3:19 194:6,10
   195:11
**98927**   140:17
**99**   3:20 197:3,7
**9:00**   1:23 218:13
**9:30**   60:15
**9:41**   60:16
**9th**   92:6 95:21
   97:7

**a**

**a.m.**   1:23 60:15,16
   116:2 218:13
**a1**   54:25 56:11
**a1.1**   55:1
**abide**   182:10
**ability**   176:14

**able**   109:1 118:11
   143:21 145:4
   160:22 162:23
   163:11 205:25
**absolutely**   60:14
   106:8 211:8
**accept**   138:15
   162:22 164:21
**acceptable**   166:12
   169:6 178:9
   181:17 182:14
**accepted**   14:20
   163:17
**accepts**   164:21
**access**   212:17,24
**accurate**   208:9,23
   211:3 220:19
**accurately**   210:2
**achieve**   27:24 28:9
   162:1,20 163:18
   163:20 178:9
   195:25
**achieved**   45:17
   65:1 163:7
**achieving**   163:13
**acknowledgment**
   222:3
**acquire**   118:3
**acquired**   117:17
   185:17
**acquires**   117:4
**acquisition**   38:9
   71:19
**acronym**   134:23
**acronyms**   46:7
**action**   1:2 4:9
   147:16,22 218:24
   219:1
**actions**   60:5 93:18
   138:19

**actively**   198:17
**activity**   64:24
**actual**   23:9 79:15
   123:5,14 134:23
**add**   194:1
**added**   46:23
**addition**   57:20
   133:4 200:7
   204:14
**additional**   26:3
   52:14,20 99:3
   142:19 182:23
   193:25
**additive**   98:22
**address**   56:23
   132:9,20,23 181:9
   184:18 186:12,20
   192:23 206:22
**addressed**   93:21
   160:16 180:4
   181:10
**adequate**   181:3
**administrative**
   140:20 141:6
**adopted**   38:9
   107:24 151:19
**advanced**   30:11
   30:14 61:8
**advantage**   64:11
   169:18,20 202:18
**advice**   137:21
   139:19 140:2
**affixed**   219:5
**aforementioned**
   218:9,22
**afternoon**   214:3
**agencies**   36:22
   54:5 57:6 64:21
   111:9 114:17,23
   145:12 152:6
   154:14,17 215:12

[agency - aside]                                                      Page 4

**agency** 38:21 39:1
  49:24 50:8,9 53:9
  55:15 106:15
  111:22 114:11,25
  215:1,2,25 216:1
**agency's** 205:12
  215:2
**aggressive** 168:10
**ago** 124:14 148:19
**agree** 42:23 43:12
  58:13 75:9 80:6
  81:7,12 83:2
  105:4 109:20
  129:1 138:14
  177:6 181:12
**agreement** 183:10
**ah** 212:22
**ahead** 62:24
  143:14 171:13
**air** 190:20
**alabama** 9:2
**alan** 1:4
**aleesha** 100:16
  101:12,18 102:4
  103:1 119:24
  120:16,18,24
  121:24 122:11
  136:1,12 137:13
  139:5 140:7
  148:10 155:2,9
  156:14 157:23
  158:14
**alice** 24:9
**allocate** 61:12
**allocation** 61:11
**allow** 142:20
**allowed** 118:25
**alloy** 191:25 192:1
  192:9,12,14
**alloys** 184:7 187:6
  193:2

**alternative** 56:13
  57:5 64:20
**ambient** 190:22,22
**america** 32:6
**amount** 84:23
  86:10 143:17
  183:19
**analysis** 33:5
  62:22,23 75:9
  79:17 163:10
  175:18 179:21
  180:25 189:12
  192:7
**analytical** 131:25
**anderson** 76:4
  115:20 116:1
**andrew** 184:5
  190:8
**andy** 30:25 35:23
  36:19
**andy's** 36:15
**annual** 45:3
**ansi** 110:13
**answer** 5:1,6,9
  107:1 112:3,16,18
  113:4,16 115:2
  118:11 132:22
  152:4 191:3
**answers** 222:7
**anticipation**
  172:19
**antioxidant** 81:25
**antioxidants**
  69:20 87:10
  133:22,25 134:3,7
  134:10
**antonio** 77:21,23
**anybody** 6:18 7:24
  14:5 15:17 18:20
  27:11 38:5,8
  40:24 41:1 67:1

  71:18 89:5,11
  92:17,23 95:3,20
  104:6 118:13
  130:10 140:7
  141:18 144:24
  152:19 159:10
  172:1 174:6
  181:24 196:13
  206:24
**anyway** 182:13
**ao** 81:20 132:1
  133:17
**apparently** 78:20
  81:6 130:4,5
  133:11 148:21
  157:5 162:14
  172:5 208:3
**appear** 192:19
  208:20 209:24
  211:1
**appeared** 177:20
  204:13
**appearing** 186:21
**appears** 58:11
  78:15 80:2 83:1
  103:18 113:12
  119:25 148:7
  150:11 164:1
  174:18,21 193:24
  197:17 204:2
  208:1,18 209:21
  210:10,23
**appendix** 179:17
**appendixes**
  178:15
**applications** 188:5
**applied** 20:21
  106:14 135:20
**apply** 52:11,16
  59:18 106:18

**approach** 53:17
  111:6 140:9
**approached** 20:12
**appropriate** 220:7
**approval** 23:22
  97:25 195:8
**approvals** 23:4,14
**approve** 22:14
  23:9,10
**approved** 22:12
  22:14,20,21 54:7
  171:13,15,16,20
**approving** 62:1,22
**approximate** 45:3
**approximately**
  135:8,12 142:17
  177:21 185:6
**april** 3:15 9:9,19
  20:1,19 21:21
  24:15 28:23
  119:24 158:23
  160:2,22 208:18
  208:24
**arbitrary** 195:3
**area** 24:13 64:25
  66:2 77:21,23
**areas** 12:5 37:7
  77:16
**argument** 168:24
  169:5
**argumentative**
  112:17 113:3
**arkansas** 8:6,6
**arrived** 41:9
**arriving** 173:11
**art** 24:9
**ascribe** 203:22
  204:19
**asia** 189:3,6,10
**aside** 89:15

[asked - bates]                                                                 Page 5

**asked**  5:18 6:23
  20:11,17 29:15
  108:21 206:24
  211:12,17,19,20
  212:4,12,14,15
**asking**  7:6 14:25
  17:6 28:25 36:23
  44:10 51:22 52:3
  62:2,10 63:9 70:5
  107:19 112:1
  117:18 120:17
  128:12 132:12,19
  149:25 151:1,2,13
  152:14 172:7
  205:17
**aspect**  66:9 103:22
  147:9 155:24
  214:24
**aspects**  98:18,25
  99:8 101:15 102:2
  137:16
**assembly**  11:18
**asserting**  178:3
**assessed**  181:5
**assets**  38:10 71:20
**assign**  47:24
**assigned**  22:12
  24:16 27:1 50:8
**assignment**  10:25
  48:2 174:8
**assist**  7:24 32:22
  36:20,20 40:14
  51:6
**assistance**  131:24
**associated**  12:19
  14:19 18:2,6
  24:19 28:18
  110:13 115:4
  151:10 156:3
  169:12 174:14,17
  175:25 187:15

192:21 195:4
  197:17 206:24
  207:15 211:22
  212:7
**assume**  5:5 90:9
  90:12 94:18
  136:11 173:12
**assuming**  208:5
**assumption**  65:11
**assumptions**  57:4
  57:7 64:22 65:6
  112:2
**assurance**  9:12,25
  10:5
**astm**  55:19,20
  56:4,14 57:21,21
  110:13,14 125:14
  125:18,19,25
  131:21 139:12,14
  159:19,22 160:16
  183:10
**atlantic**  2:19
**attached**  220:13
  222:10
**attachment**
  103:19
**attempting**  27:21
  161:4
**attending**  203:8
**attention**  68:10,14
  77:15 78:13 80:1
  82:21
**attorney**  218:25
  220:16
**attorneys**  219:2
**attractions**  80:15
**attributable**  93:22
**attributing**  204:3
**audience**  92:18
  93:7 94:14 128:7

**audit**  31:16 66:21
**auditor**  138:18
**august**  159:25
  160:8
**authorized**  105:17
  106:16
**authorizing**  97:22
**availability**  54:15
**available**  87:11
  196:9,19
**avoid**  67:6,12
  111:5 112:10
  187:3
**avoided**  139:13
**aware**  19:19 25:11
  26:18 29:25 54:12
  56:9 64:2,14
  77:18,22 83:8,19
  91:10 110:18
  115:3 118:8 121:7
  130:19 132:8
  163:21 166:14
  184:18 187:15
  190:24 216:18
**awhile**  110:15

**b**

**b**  64:15 89:8
  162:13 179:18
  202:4 219:9
**bachelor's**  8:7
**back**  28:19,20
  33:6,15 34:24
  45:13 64:18,19
  76:6 81:3 108:22
  108:24 114:11
  116:4 120:15
  122:3 124:12
  150:14 180:21
  190:21 196:15
  201:4 216:8

**background**  8:3
  15:18 18:22 75:8
  131:13
**backup**  215:10
**bad**  33:18 145:13
  145:15
**ballot**  125:17
**balloting**  56:13
**barrier**  43:20 44:1
  44:3,12 45:21,22
  45:23,25,25
**base**  91:3 107:9
**based**  56:6 61:25
  67:21 68:24 69:2
  71:9 75:10 76:23
  94:12 95:17,18
  107:24 111:4
  133:11 144:16
  149:12,23 154:22
  163:16 175:17
  177:19 179:20
  208:5
**baseline**  91:11
**basic**  53:4
**basically**  10:9
  11:12,23 33:3
  53:14 56:24 73:11
  106:13,16 113:19
  113:23 129:9
  135:1 157:20
  199:9 201:1
**basis**  36:7,7 49:12
  49:14 52:9 58:22
  72:22 106:20
  114:10 173:14
  174:21 212:5
**batch**  87:12 205:2
**bates**  41:18 43:7
  46:8 48:23 50:16
  60:9 65:25 78:2
  82:25 91:20

119:21 126:23
129:21 140:17
146:4 148:11
157:10 158:24
164:2 176:8 184:8
188:15 191:12
193:16 194:12
197:7 200:20
203:3 208:19
209:22
**beam** 3:16 43:24
45:2,4 46:12,15,19
47:2,4,9,17,25
48:7,12 58:3,12,18
58:19 59:10,13,15
59:18,23 60:2,7
68:23 69:1,4,14
70:7 73:3 83:5,16
84:13,16,22 85:15
85:19 86:4,8
135:6,10 161:11
161:13,17,21
170:17 171:10,13
173:15 174:3
175:1,10 176:1,6
178:17,24 179:5
179:11
**becoming** 166:12
**began** 7:11 13:15
15:4 25:8 26:22
**beginning** 7:12
18:8 19:20 24:15
199:11
**begins** 68:12 79:22
**begun** 26:20
128:17
**behalf** 1:7,20
218:11
**belgium** 179:15
**belief** 39:19
160:14

**believe** 4:16 6:5,7
7:11 9:22 10:15
12:12 13:12,16,22
17:13,15,21 18:11
19:4 20:1,7 21:22
24:9 25:15 27:23
28:6,10 30:18
34:11,15 37:16,17
37:21 38:2,11,15
38:19 39:3,8,10,12
39:13,19 40:9
41:23 42:4,7,25
43:5,14,16,18,20
43:21 45:11 46:22
47:1 49:14 51:4
52:7 53:11 54:16
54:21 55:17,19
56:3,16,21,21 59:7
59:7,12 60:4,4,7
63:22 65:15,16,18
65:21,21,24 67:8
68:5 69:19 70:16
73:11 75:12,17,19
75:23,25 76:11
77:20 80:12 83:21
88:5,24 89:2,13,24
90:6 91:14 92:8
92:16 93:16 95:18
96:11,11,22,22
97:16,24 99:7,21
100:19 101:5
102:7 108:3,5,6,16
109:7,10 110:4,14
112:20 113:17,18
114:8,12,15
116:16,22,25
119:5 120:20
122:13 125:11,21
125:25 132:22,25
133:8,14 134:8
135:13 136:9,24

139:21 141:17
142:6 143:20
145:6 153:18
154:20,24 155:16
156:18 160:14
161:2 165:12,19
166:14 167:3
168:5 169:20,23
171:3 174:2 175:4
175:4 176:18
178:20 179:13,14
180:18,18 182:16
187:4,6 189:8
191:4,7,23 192:8
192:11,17 193:1
204:10 206:24
207:10 210:4
211:5,18,22 212:3
212:5 214:13,20
216:2,4
**believed** 55:20
176:13
**benchmarked**
180:12
**benchmarks**
177:17
**bend** 8:10 80:21
**beneficial** 56:19
**benefit** 161:5
**benefited** 56:24
161:7
**berger** 2:8
**best** 16:5 27:2 74:9
85:25 108:19
118:11,16 171:21
215:15
**better** 59:17 133:1
151:9 158:7 174:3
179:5 203:16
213:6

**black** 8:24 9:1,17
9:21,24 10:10,16
11:1,22 12:3,8
13:2,9
**blue** 142:6 147:18
147:25 155:11
156:5,6 214:10
**bm.net** 2:10,11
**board** 23:22 24:1
**bobo** 1:14,17 3:11
3:17 4:1,7 89:21
120:2 148:8,23
157:7 214:3 218:6
220:2 221:2 222:2
**body** 54:20 112:14
115:16 215:15
**boilers** 44:23
**bottom** 45:20
103:11 139:1
175:16
**bought** 151:19
**box** 74:23
**boxes** 211:10
**boyd** 1:5
**bracketed** 155:19
**bradshaw** 2:14
43:10 60:12 85:8
111:25 112:15
113:2,15 114:24
152:2 156:22
177:11 213:17
216:21
**brand** 32:7
**branded** 32:25
**brass** 184:7,14,19
185:14,15 186:4
192:24
**break** 5:7,10 9:4
10:4 60:13 115:20
116:1 156:22
194:3 204:16

[break - chain]

213:15
**breakdown** 78:19
**brent** 22:3
**brian** 130:4
**briefly** 8:3 37:10
**bring** 111:2
**broader** 63:10
106:12
**broadly** 53:23
**brought** 43:21
82:20
**bryce** 18:3,11
101:8,24
**bulk** 181:4
**bullet** 57:6,19
64:22 65:7 71:12
71:13 72:1,15
73:3,4 75:1 77:1
77:11 81:10,19
83:5 85:14 94:21
95:12 98:16,25
159:21,24 160:6
168:23 179:22,25
198:25
**business** 16:4,14
16:19,19 24:17
26:10 28:18 40:22
40:23 45:5 54:2
71:20 100:1
151:20,24 189:5
**businesses** 196:18
**buy** 84:13,16
186:2,7 196:17,21
196:23
**buyer** 195:21
**buying** 50:13
**buys** 63:23

**c**

**c** 2:1 58:3 64:15
138:14 139:2
161:10 202:4

219:9
**call** 3:10 30:7
102:6,9,12 103:13
131:6,7,10 136:17
139:20
**called** 8:22 71:9,25
73:2 78:3 85:13
98:7 104:11
**calling** 86:5
112:16 118:9
**calls** 136:15
**capital** 84:20
**card** 158:9
**cards** 139:15
**career** 8:22 19:20
28:19
**carefully** 220:5
**carolina** 8:25
**case** 4:8,9,15 6:6
6:12 89:18 99:21
102:15,19 121:9
121:11 143:13
146:17 148:6
157:5 167:2 168:7
168:11 213:8,8
**cases** 33:13 213:11
**cast** 26:3,3 188:7
**casual** 73:24
**cataloged** 206:12
**category** 73:2
165:4 167:14
**caught** 111:16
**cause** 114:21
218:24
**cd** 135:12 195:19
196:14
**ceased** 130:21
**central** 212:16
**centrally** 213:3
**certain** 11:8 13:23
15:3 16:21 17:8

23:4,15 24:12
73:25 77:15 87:6
103:10,21 107:24
115:10 117:15,18
118:12,14 123:14
123:19 124:18
134:2,4,12 136:9
136:18 139:3
140:4 145:17
146:19 147:8
148:22,25 149:16
150:19 151:1
152:22 169:4
174:23 176:18
177:8 179:8,16
183:21,24 185:5
185:23 186:22
188:3,7 189:20
190:5,9 191:4,22
193:23 200:11
205:7 206:22
212:15 213:5
**certainly** 206:12
**certification** 19:12
28:11 36:17,25
37:2,11,20,22 38:1
38:6,8 39:1 40:4
49:23 50:9 51:14
52:2 53:1 54:20
55:15 56:7,20
65:12 66:5,23
67:21 82:13 86:2
93:13 94:3,24
99:3,11 103:3
104:18,20,21
105:1 106:15,18
107:2,12 108:4
110:7,11 111:22
113:9,11,13
114:11,22 115:9
115:12,12,18

118:19,22 119:9
121:6,25 129:3
137:16,25 138:23
141:25 145:4,7,10
145:19 152:7,10
154:9,16 155:21
156:7 158:16
160:11 164:5
165:3 166:4
168:21,25 169:17
170:1,5 205:5,11
205:12,18 206:18
206:22 214:17,19
214:25 215:15,18
**certifications**
19:18 35:19 36:2
36:4,6 37:15
38:12 40:15,19
52:17 54:12
102:20 104:12
108:1 114:18
123:25 137:14
138:4 145:14
**certified** 37:13,25
39:6 40:1 53:25
109:17,23 150:25
154:15 160:23
214:14
**certifier** 111:24
114:6
**certify** 218:6,23
222:5
**certifying** 112:14
114:23 115:16
**chain** 3:8,8,11,13
3:14,18,18,19,21
74:20 100:9,10
119:23 121:12
135:25 146:6
148:9 155:8 186:5
188:17 191:13

[chain - commenting]                                    Page 8

193:17 200:16
**chance** 144:13
  149:11,22
**change** 19:21 20:7
  24:5 27:18 28:23
  34:10,21 35:6
  36:11,12 43:17
  55:2,9,15,19 56:17
  57:7,14 60:24
  61:3,10,15 65:13
  65:19 70:8 125:14
  139:12,15 144:19
  161:4 166:5,9
  172:8 185:3,13
  190:5 199:2,14
  200:5 203:23
  221:5
**changed** 21:17
  25:20 28:24 43:15
  65:22 86:20,23
  193:1,2 198:14,16
  209:3
**changes** 31:19
  57:16,23 87:14,16
  108:6 166:13
  184:22 185:11,12
  187:4 220:12
  222:9
**changing** 39:15,17
  99:17 134:17
  186:24
**characteristically**
  131:18 132:16
**characteristics**
  70:19 80:10
**characterization**
  107:7 152:3
**characterize** 54:7
  62:23 107:8 109:9
  109:14 110:4
  111:23 173:21

174:5 192:1
**characterizing**
  141:11
**charge** 26:9 32:9
  34:1 76:12 150:16
  150:17 151:6
**chart** 3:15,23,23
  3:24,24 66:3
  67:19 88:8,10,17
  164:4 208:2,18
  209:9,21 210:24
**charter** 27:23 28:6
**charts** 88:12
  207:22
**check** 73:9,12,25
  98:3
**checked** 73:5
**checks** 73:21,22
  73:24 74:4 203:21
  206:9
**chemical** 181:5
  202:9
**chemicals** 202:14
**chicago** 2:5
**child** 52:8 155:18
**chlorine** 28:11,15
  49:19 50:6 55:8
  71:14 81:11,21
  95:15 122:15,23
  129:5 131:21
  133:2 142:12
  147:19 162:7,15
  163:12 165:6
  168:14 201:15
**choice** 54:16,19
**choose** 98:13
**chosen** 131:4
**chris** 25:25 74:19
  75:11 92:22
  140:21 146:22

**christianson** 4:14
  6:6,9,12 77:24
**chung** 101:14
**circular** 10:17
**circulate** 95:9
**circulated** 172:6
**circumference**
  46:17
**circumstances**
  196:2
**city** 2:15
**civil** 1:2
**clamping** 116:17
  117:8
**clamps** 116:7,12
  116:14 117:4,8,11
  117:14,22 118:7
**clarification**
  138:16
**clarify** 5:4 70:23
  129:18 160:25
**clarifying** 153:3
**clark** 27:6 103:2
  120:16,24 122:10
  137:24 138:3
  146:22 148:9
  149:3,20 153:2
  156:13 157:8
**clark's** 36:16
  155:7
**class** 4:9
**classification**
  28:12 49:17,18,21
  49:22 50:1,7,10,15
  162:1 196:6
**classified** 50:2,4
  105:10
**clear** 49:4 129:23
  187:17
**closed** 44:24

**closing** 156:13
**clyde** 26:1
**coating** 44:4
**code** 95:16 129:6
**codes** 31:1 36:18
**cody** 26:5
**coe** 130:4,6 131:13
**coil** 45:9,12,12
  47:18,21 81:3
  142:13,20
**cole** 1:4,4 13:22
  214:5
**collect** 138:18
  212:2
**collected** 91:4
  104:16
**college** 8:21
**color** 52:21 169:1
**colors** 52:15,19,20
  122:15,24 156:16
  166:17 168:25
**colortech** 87:1,4,7
  87:15
**combination**
  98:22 166:17,25
  167:5 174:15
  203:24 204:5
  205:1
**combined** 53:13
**come** 5:19 20:9
  25:20 33:4,15
  34:5 36:8,9 66:20
  67:5 77:15 89:2
  109:4 111:9
  122:14 189:20
**comes** 36:9
**coming** 101:16
  158:7
**comma** 211:7
**commenting**
  133:16

[comments - considered] Page 9

comments 68:15
68:19 94:15
commerce 191:1
commercial
196:10
commercially
87:10 196:9,19
commission
219:11 222:19
commitment
23:15
committee 22:22
23:18 25:17,18,23
26:4,8,12,14 61:22
61:24,24 62:5,15
62:20 96:16
125:18,20,22
126:1,9 127:23
128:2,19 188:25
195:8 198:1,4
199:6
committee's 62:6
committees 126:7
207:5,8,10,12
common 53:17
54:8
communicate
137:18 147:17
communicated
108:14,22,24
communication
149:19
communications
130:16 132:2
133:11
companies 175:5
186:19
company 8:22
13:23,24 145:20
179:10

compared 44:15
95:15 129:5
177:17
comparing 88:12
150:13
comparison 86:1
179:18
comparisons
180:15
compete 114:17
competed 29:24
competent 4:17
competing 145:12
competition 182:2
competitive 28:13
54:11 131:19
132:17 170:9
174:19 179:24
180:2,14
competitor 88:25
89:4
competitors 54:12
87:24 88:4,19,22
89:7 163:11
174:25 175:3
180:8,16 182:6
compilation 3:6
3:16 41:17 170:17
complaints 77:17
77:19
complete 5:9 8:11
159:23
completed 4:25
34:11,13 153:17
175:18 189:12
completion 198:20
compliance 30:8
31:2 35:24 36:19
109:25 186:24
192:4 193:3

compliant 106:2
106:17 153:9
166:2 187:10
190:1 192:14
complied 187:2
complying 181:17
components 13:10
compounded
87:11
computer 212:1
concentration 8:8
concept 195:5,6
205:3
concern 39:25
46:19 47:19 66:13
66:20 94:7 99:11
104:25 105:2
109:3,12 114:7,9
115:10,11 121:4
122:18,21 133:18
133:19,23 134:11
137:23 139:23
145:9 147:22
150:6 155:14
156:6,9 157:19
161:24,25 181:21
186:12
concerned 39:14
39:16,24 67:3
145:2
concerning 103:3
146:8 157:9
concerns 40:4
56:8 61:16 66:22
66:25 82:19 83:8
93:23 94:3 100:12
113:10 115:8,16
120:4,12 121:18
125:13 130:17
132:9,20,24 133:7
135:17,19 136:5

138:1 146:11
153:8 157:14
160:12 180:4,5
186:21,22 188:20
191:18 192:24
193:1,21 197:15
202:12
conclude 158:6
concluded 144:4
174:22
concludes 120:25
137:17
concluding 131:19
conclusion 59:10
72:23 95:8 192:16
conclusions 59:25
83:25 182:19,22
183:7
concurrently
215:22
conducted 123:4
183:16
conference 92:14
102:6 103:13
confident 121:1
confidential 89:18
configurations
59:22 188:8
confirm 89:22
103:17 146:10
148:14 206:18
confirmed 131:25
conform 43:3
connection 207:9
consensus 28:17
96:18 97:20 177:4
consideration
105:1 114:4
considered 84:12
84:15 182:24
202:6

[consistency - cyclical]                                                              Page 10

**consistency** 69:6
**consolidate** 38:21
**consultants** 179:2
**consulting** 55:7
**consumed** 69:21
**consumer** 50:11
  50:12 207:3
**consuming** 69:4
**contact** 136:12
  137:4
**contains** 44:4
**content** 102:8,11
  135:7
**context** 156:4
**continually** 190:4
**continue** 19:16
  23:6,10 65:13
  216:15
**continued** 21:12
  29:3 65:19 84:3
  160:18 178:25
**continues** 35:12
  49:7
**continuing** 57:5
  79:21 113:11
  214:18
**continuously**
  140:1
**contributed** 204:1
**control** 32:12 70:9
  70:21,24 71:4,6
  72:3 73:15 74:4
  83:7,17 118:5,9
  203:21,22
**conversation**
  73:25 96:14 114:8
  114:16 120:15
  147:15 184:21
  185:1
**conversations**
  40:3 88:15 91:6

95:2 130:13
  136:14 138:2
  145:18 151:8,15
  177:3 202:5
**converting** 200:4
  203:13
**cooler** 190:22
**coordinate** 68:5
  100:15
**coordinating**
  102:5
**coordination**
  101:19
**copied** 103:7
  121:13 122:10
  200:17
**copies** 122:11
**copy** 123:12
  129:22 171:5,6,8
**corner** 43:8
**corporate** 30:11
  31:3 32:14 179:14
**corporation** 8:25
  9:18 10:10 13:9
**correct** 26:10
  44:13 55:13 84:6
  99:19 104:5 106:3
  108:23 109:16
  116:6 117:23
  133:5 141:11
  150:18 153:25
  154:17 155:10
  161:1 165:9
  198:22 214:15
  215:23,25 222:6
**corrections** 6:10
  133:9 220:5,8
  222:9
**correctly** 38:19
  45:10 76:1 143:4
  192:18

**correlate** 70:18
**correlation** 176:23
**corrosion** 189:17
**cost** 11:24,25
  28:12 31:21 38:23
  45:4 84:19 215:12
**costs** 43:24 45:2
  215:24
**counsel** 4:17 5:16
  6:18 218:22
**country** 77:16
**county** 1:19 218:2
  218:5 219:13,14
**couple** 5:18
  130:12,13 213:22
  214:6
**coupled** 54:13
**court** 1:1,22 34:25
  122:4 165:17
  218:12 220:20
**cover** 87:7 158:22
  170:18 197:9
**covered** 31:23
**covering** 171:19
**covers** 169:9
**cpi** 38:9,14 71:19
  123:20 131:16,17
  132:1,16 150:16
  150:24 151:6,20
  151:23 152:11,16
  152:20 196:15
**cpi's** 38:9 151:17
**crack** 134:18
**cracking** 189:17
**cracks** 135:2
**created** 89:21
**criteria** 45:7 49:8
  49:10,11,22 55:10
  56:13 110:9
**critically** 181:1,13

**cross** 3:3 14:18
  15:2 16:25 21:13
  27:1,4 46:16
  47:17,20 177:22
  183:12 214:1
**crosslink** 135:7
  172:23 176:12
  183:8,9
**crosslinking** 135:6
**crr** 1:19
**cured** 202:9
**curious** 7:8
**current** 46:19 49:5
  51:9 55:9,11
  60:20 80:3,8 81:6
  81:20 82:4 83:1
  83:14 93:12 94:23
  95:14,15 129:3,5
  130:14 144:12
  147:18 150:12
  159:16,18 161:13
  161:21 162:2,11
  163:19 172:18
  174:14,18 177:18
  179:18,23 180:1
  180:25 181:8
**currently** 8:9 64:1
  73:6 172:20
  195:18 196:17
**curves** 180:1
**cushion** 215:8
**customer** 33:9
  78:8,19 79:6
  195:19
**customers** 78:24
  145:16
**cut** 10:19 129:21
**cyclical** 183:9

| d | | | |
|---|---|---|---|
| **d** 21:24 218:4 | **days** 220:16 | **defendant** 1:12 | **deponent** 216:25 |
| **damage** 66:7 | **deal** 110:25 | 2:13 218:20 | 218:7,19 222:3 |
| **dare** 32:9 | 139:25 140:2 | **defense** 55:1 | **deposed** 4:12 6:21 |
| **data** 53:12,13 | 145:20 | **defensive** 99:4 | **deposing** 220:15 |
| 105:13,16,20,25 | **dealing** 15:18 | **definition** 18:24 | **deposition** 1:14,17 |
| 107:10 121:3,5 | 111:22 112:10 | 175:2 | 4:19 5:12 6:5,16 |
| 122:15,23 123:7 | 139:24 140:9 | **deflect** 112:25 | 6:19 7:4,10 77:20 |
| 134:14 138:15 | 158:13 | 113:2 | 90:14 218:10,15 |
| 142:2,2 149:13,24 | **dealings** 87:15 | **degradation** 44:19 | 220:4,13,17,18 |
| 150:8,14,15,20 | 111:14,20 121:24 | **degree** 51:13 52:1 | **depository** 212:16 |
| 151:6 164:21,23 | 137:1,7 139:9 | **delay** 142:16,18 | **depression** 204:10 |
| 166:18,24 167:1,1 | 189:2,6 | 144:1 | **derek** 31:4,5 |
| 167:5 168:4,5,12 | **debbie** 74:10,11 | **delays** 142:19 | **describe** 7:2 10:7 |
| **database** 212:23 | **december** 9:22 | **deliver** 36:23 | 13:17 20:16 21:7 |
| **date** 5:23 25:7 | 12:10 20:8 21:21 | 162:19 | 21:18 22:24 30:4 |
| 89:20,25 123:11 | 28:24 29:12 34:13 | **deliverable** 46:24 | 31:9 32:11 35:22 |
| 163:5 189:12 | 34:22 149:3 153:2 | 47:16 51:24 | 44:8 63:17 118:24 |
| 208:5 220:10 | 155:8,15 186:11 | 162:19 | 169:11 |
| 222:14 | **decertification** | **deliverables** 27:24 | **described** 13:1 |
| **dated** 3:11,13,17 | 67:6 | 28:4,8 43:9,13 | 14:15 15:1 23:11 |
| 91:23 103:20 | **decided** 49:9 | 45:1 46:14,14,18 | 35:9 |
| 119:24 121:14 | 176:24 | 51:11,17,20,21 | **describes** 42:16 |
| 124:1 136:2 | **decio** 24:9 | **demonstrate** | 78:19 |
| 140:18 146:7 | **decision** 41:5,8 | 109:22,24 110:21 | **describing** 173:14 |
| 157:9 197:10 | 54:16 61:15 72:6 | **demonstrated** | **description** 132:3 |
| 198:15 200:19 | 72:8 | 172:24 | **design** 11:13,13 |
| 203:2 | **decisions** 62:6 | **density** 135:7 | 30:10 31:6,12 |
| **dates** 25:13 34:16 | **decker** 8:24 9:1,17 | **depalma** 2:4 | 44:18 197:21 |
| 101:1 | 9:21,24 10:10,16 | **dependent** 52:5,15 | 201:8 206:21 |
| **dave** 89:21 147:19 | 11:1,22 12:3,8 | 52:19 53:2,16,20 | **designated** 178:23 |
| **david** 1:14,17 3:11 | 13:2,9 | 54:4,14 55:8,16 | **detail** 10:7 13:17 |
| 3:17 4:1 13:22 | **deem** 107:11 | 156:12 167:1,13 | 166:19 |
| 29:17 92:22 120:2 | 111:10 | 168:9 172:17 | **detailing** 42:19 |
| 148:8,23 157:7 | **deemed** 12:6 | 176:15 | **details** 56:2 85:3 |
| 218:6 220:2 221:2 | 106:17 156:1,9 | **depending** 207:10 | 118:8 130:15 |
| 222:2 | 166:2 181:16 | **depends** 82:18 | 131:7,12 135:5 |
| **day** 1:22 48:5 | 220:19 | 133:24 206:15 | 137:10 140:5 |
| 103:3 218:13 | **defect** 205:6,14,22 | **depict** 210:2 | 171:24 188:3 |
| 219:5 222:17 | 206:7 | **depiction** 208:9,23 | **determinations** |
| | **defects** 4:10 | 211:3 | 40:14 |

**determinative** 176:25

**determine** 16:5 31:15 36:21 70:14 187:11

**determined** 96:2 134:9 161:12,19 176:24

**detrimental** 139:16

**deutsch** 2:7 3:2 4:6,7 34:24 35:4 41:13 43:11 60:14 60:17 76:5 85:10 85:11 91:17 100:5 112:7,22 113:7,22 115:5,22 116:4,5 119:18 122:3,8 126:18 129:16 135:23 140:14 146:1 148:4 152:8 156:23 157:3 158:20 163:24 165:16,23 170:13 177:12,13 184:2 188:13 191:10 193:13 194:2,8 197:5 200:14 202:23 207:19 208:15 209:18 210:21 213:14,20 214:7

**dev** 3:7,9

**develop** 51:6 55:7 56:12 63:7 96:7 133:1 162:14 163:16

**developed** 27:25 28:14 63:11 71:13 72:12 85:21 86:13 101:4 151:9

159:17 195:7 196:5 201:23 204:5 205:1

**developing** 11:15 12:18 13:3 17:17 147:24 159:6 194:18

**development** 3:6 3:14 10:10,19,21 11:6,7,10,17 14:19 17:22 22:11 23:1 23:3,7 28:21 32:20 36:22 41:16 42:18,20,22,24 43:4 49:2 50:20 50:25 51:20 61:5 61:13 79:24 89:19 91:8,12 92:5 99:2 126:22 127:16,23 128:19 158:23 172:20 188:25 195:4,5 197:22 198:8

**dewalt** 10:14,19

**dezincification** 184:7,14,16,19 186:13,20 187:3,5 187:14 189:17 191:1 192:2,21,24 193:4

**diameter** 68:20 72:17 77:4,12

**diameters** 63:21

**die** 68:22

**differ** 173:25 215:4

**difference** 53:15 167:12

**differences** 175:24

**different** 12:4,5,6 18:6 19:15 21:17

23:1,2 24:18 26:2 27:13 33:2 35:9 35:15 36:6 52:9 59:21 60:19 80:21 84:2,2 87:9 99:8 101:15,15,16 102:1,1 116:17 118:14,15 131:2 160:9 168:6 188:8 190:2 191:24,25 203:17 207:12 216:13

**differentiation** 170:2

**difficulties** 70:18 72:15 172:15 173:23

**difficulty** 172:20

**dimple** 204:10

**dimples** 204:8,13

**direct** 3:2 4:5 16:23 30:20 48:17 96:24 136:25 137:7

**directed** 140:20

**directing** 155:9

**direction** 22:9 218:17

**directly** 17:13 31:7,8 47:12 136:10 141:16 189:4

**director** 17:22 19:23 20:2,9,18 21:1,8 24:14 28:22 29:9 30:21 31:23 34:8,17,21 209:3,25 211:2,5,7

**directors** 23:22 24:1

**disadvantage** 169:18

**disagree** 82:9 83:24 84:9 103:23 173:13,18,19 177:25 178:2

**disagreement** 104:1

**discard** 153:7

**disclose** 114:23 145:16

**disclosed** 114:13

**disclosing** 112:24 114:5,7,9

**disclosure** 105:2 115:8

**discomfort** 112:24

**discounted** 176:20

**discuss** 25:8 38:8 151:5

**discussed** 38:12 47:24 138:5 150:10 152:9

**discussing** 94:14 139:14 214:8

**discussion** 41:2 88:15 94:11,21,25 98:9 107:16

**discussions** 55:25 132:3 139:11 153:6 184:17

**disinterested** 218:24

**dissatisfactions** 130:17

**distributed** 32:5

**distributors** 200:10

**district** 1:1,1

**distrust** 112:21 113:19 139:22

| | | | |
|---|---|---|---|
| **divided**  22:8 | **doering**  17:16 | **ducking**  111:24 | 166:12 214:8 |
| **dlt**  51:12,25 52:3,4 | 76:18 92:9,21 | 112:1,11,17 | **earliest**  25:7,11 |
| 55:2,8,9 57:7,15 | 94:18 96:3 140:22 | **due**  8:14 49:15 | **early**  5:22,22 6:15 |
| 57:20 65:13 | 146:23 184:6 | 95:13 153:8 165:4 | 7:21 17:6 58:6 |
| 144:16 147:18 | 200:18 201:11 | 166:13 172:21 | 66:4,11,18 67:20 |
| 148:11 157:9 | **doing**  10:25 35:17 | 191:1 199:1,3 | 128:17 |
| 165:4 167:2 169:6 | 39:20,21 59:11 | **duly**  4:2 218:7 | **eckerly**  22:3 |
| 172:17 176:15 | 67:4 73:11 79:15 | **durability**  109:13 | **education**  8:16 |
| **dlts**  169:1 | 99:18 119:15 | 109:15,21 110:1 | **educational**  8:4 |
| **document**  7:7,9,11 | 190:17 191:23 | **durapex**  88:18 | **effect**  154:16 |
| 7:14 28:3 41:15 | 220:9 | 152:20,23 | 204:23 |
| 41:22,24 42:3,9,16 | **domestically** | **durapipe**  71:13 | **effective**  12:1 |
| 46:25 58:10 60:11 | 31:14 | **duties**  9:10,23 | **efficacy**  106:21 |
| 67:24 71:24 78:2 | **donkey**  142:14 | 12:14 14:22 19:22 | **efficient**  61:11 |
| 84:1 90:12 91:21 | 143:1 | 21:7 22:8 28:22 | **effort**  42:19 |
| 91:24 92:1 100:8 | **dosage**  85:16 | 30:4 32:13,16 | 131:24 133:5 |
| 100:11 102:18,21 | 135:9,20 | 34:20 35:7 60:23 | 134:7 |
| 102:22 103:2,8,12 | **dose**  177:16,19 | 61:2 76:13,15 | **efforts**  60:1 65:17 |
| 103:22 107:13 | **dot**  111:2 | **duty**  114:19 | 112:24 162:21 |
| 121:17,21 124:4 | **double**  38:1,5 | | 186:12 |
| 126:21,25 127:12 | **doubt**  106:20 | **e** | **eft**  155:3,4,5 |
| 128:20 130:1 | **doug**  22:3 | **e**  2:1,1 3:16 21:24 | **ehrlich**  1:18 218:4 |
| 136:3 140:16 | **doug's**  22:4 | 22:1 43:24 45:2,4 | **either**  31:20 36:6 |
| 146:4,9 148:6,13 | **dow**  130:23,24 | 46:12,15,19 47:2,4 | 94:13 218:25 |
| 148:17,24 149:1 | 131:3 196:17,22 | 47:9,17,25 48:7,12 | **elaborate**  12:17 |
| 157:12 159:2,4,11 | 196:23,23 | 58:3,12,18,19 | **elected**  41:2 |
| 161:10 164:1,8,11 | **dr**  18:3,13 101:9 | 59:10,13,15,18,23 | **electric**  8:23 9:5 |
| 164:19 169:15 | 101:10 | 60:2,7 68:23 69:1 | 9:11,15,16 13:2 |
| 170:15,19,22,25 | **drafts**  90:3 | 69:4,14 70:7 73:3 | **electrical**  8:9 |
| 175:12 177:10 | **draw**  68:10,14 | 83:5,16 84:13,16 | **electron**  135:5 |
| 179:20 188:15,23 | 78:12 80:1 | 84:22 85:15,19 | 174:17 |
| 193:15,20 194:14 | **drawing**  71:1 | 86:4,8 135:10 | **electronic**  63:4 |
| 194:17,22,23 | **drawings**  212:25 | 161:11,13,17,21 | **elevated**  190:23 |
| 195:14 197:9,12 | **drawn**  68:16 | 170:17 171:10,13 | **eliminate**  159:18 |
| 197:14 200:22 | 70:20 | 173:15 174:3 | 159:22 |
| 202:25 203:5,7 | **drew**  69:12 | 175:1,10 176:1,6 | **elkhart**  1:21,22 |
| 208:21 212:21 | **drive**  2:4 | 178:17,24 179:5 | 218:12,12 |
| **documents**  5:17 | **driven**  61:16 | 179:11 221:3 | **else's**  116:23 |
| 5:18,20 6:3 62:8 | **dropped**  37:20 | **earl**  27:7 48:9 | **email**  3:8,8,11,11 |
| 124:7,12 129:19 | 38:18 204:13 | 103:2 191:14 | 3:12,13,14,17,18 |
| 211:18 212:7 | | **earlier**  90:1 | 3:18,19,21 95:10 |
| | | 128:24 144:3 | |

100:9,14 102:4
103:7,8,9,11
119:23,23 120:1,7
120:12,24 121:12
121:13,14 122:9
122:12 135:25
136:1,8,20 137:19
138:7,13 139:5
140:19,25 141:4
141:19 142:10
144:8,25 146:6,7
146:13,21 147:13
148:9 149:3,8
153:1 155:1,7,8
157:8,23 158:6
184:4,10 186:5,11
188:16 190:8
191:13,14,17
193:17 200:16,17
201:11
**emails** 138:8
188:19 213:4
**employ** 142:23
219:2
**employed** 137:15
**employee** 136:24
139:8
**employees** 67:25
**encompass** 12:21
88:18
**encompasses**
41:17 91:20
119:21 126:23
129:19 148:11
157:10 158:24
164:2 170:19
184:8 191:12
194:11 197:7
200:20 203:3
207:25 208:19
209:22 210:25

**encompassing**
100:8 193:15
**encountered** 26:16
**encourage** 137:18
**ended** 34:16
**engaging** 124:9
137:24
**engineer** 9:12,14
10:1,2,6,7 11:2,3
12:16 29:23 36:19
47:25 48:9,15
147:4
**engineering** 8:8
20:3 29:10 31:23
34:9,18,21 35:3,3
35:5 55:7 209:12
209:25 210:12
211:2,6,7,10,13
212:6,22,24,25
**engineers** 11:13
30:9 31:7,8 75:4
75:12
**english** 218:16
**entire** 47:18,21
73:12 134:2
155:11 169:7
**entirely** 7:25
137:19
**entitled** 50:19
79:23 85:12 88:8
123:24 129:19
170:6 180:23
182:18 198:23
200:18
**environmental**
202:12
**equipment** 84:13
176:1,2 179:11
**equivalent** 169:22
**errata** 220:7,9,12
220:15 222:11

**escape** 24:11
**escaping** 22:4 26:7
**essence** 22:19 33:6
35:16 38:23 53:7
167:8 169:5 174:2
203:15
**essentially** 60:8
111:23 151:19
**establish** 183:8
**estimated** 165:5
**ethical** 115:6
**ethyl** 46:2
**europe** 175:5
**european** 89:13
**evaluate** 26:13
118:6 143:22
190:4
**evaluated** 33:20
43:22
**evaluating** 62:1
150:23
**evaluation** 34:6
144:2
**evaluations** 87:22
**evenly** 47:17,20
**event** 154:18
219:1
**everybody** 14:3
20:23 24:5,25
25:20 89:1,14
90:9 92:11,19
93:3 101:17
147:15 175:8
212:10,17,23
**everybody's** 89:9
213:4
**evidence** 69:7
**evident** 69:3
**evoh** 45:21 46:1
**evolution** 119:4

**exactly** 14:24 17:5
24:5 29:19 42:1
42:13 44:10 53:21
62:9,10 64:4
66:18 71:5 75:21
76:14 87:17
106:23 107:18
118:16 151:12
152:13 170:9
185:24 190:5
203:25 205:15
**exam** 3:1
**examination** 3:2,3
4:5 56:7 214:1
**examine** 151:5
**examined** 4:4
**examining** 141:24
**exceed** 178:8
**exchange** 140:19
141:6
**excuse** 177:11
**exec** 92:24
**executive** 3:7 92:5
95:20 96:15
172:13
**executives** 92:25
96:21 127:7,17,19
**exhibit** 3:6,7,8,8,9
3:10,11,11,12,13
3:14,14,15,16,17
3:18,18,19,19,20
3:21,22,23,23,24
3:24 41:11 48:23
57:3 60:10 71:8
89:17 91:15,19
98:5 100:3 102:17
103:4 110:24
119:16 124:20
125:7 126:16,20
129:14 135:21
140:12,16 145:23

148:2,6 157:1
158:18 163:22
170:11,15 183:25
188:11 191:8
193:11 194:6
197:3 200:12
202:21 207:17
208:13 209:16,20
210:19
**exhibits** 3:5
**existing** 42:21
66:4,11 133:6
159:19 163:15
187:9 199:18
**exists** 111:4
**expanded** 29:5
**expect** 4:21 8:11
124:16
**expectation** 198:3
**expected** 155:5
**expecting** 190:1
**expenditure** 97:23
**expensive** 44:14
170:7
**experience** 132:4
**experienced**
131:15 172:16
173:23
**expert** 18:18,19,25
47:25 53:4 69:17
166:23 167:18
**expertise** 18:18,21
47:8 87:18 147:8
**expires** 219:11
222:19
**explain** 11:10
37:24 38:5 44:2
49:25 51:22 52:24
69:18 166:19
167:16 196:13
199:5,7 204:22

**explained** 38:11
**explaining** 199:5
**explored** 70:16
**exposes** 139:15,15
**express** 39:25 67:1
109:11
**expressed** 133:7
**extended** 178:21
**extent** 21:19 45:13
173:10
**exterior** 44:4
**external** 32:25
199:2
**externally** 31:15
**extra** 44:15
**extraction** 169:13
**extrapolated**
165:14,20 166:25
168:3
**extrapolation**
110:20 168:7
**extruder** 68:22
**extrusion** 68:19
75:2,4,14 202:14
204:5,20,23,25
205:2

**f**

**f2023** 55:20 57:21
110:14
**f876** 55:20 56:15
57:21 110:13
183:11
**face** 111:21 203:1
**facilitate** 55:10
**facilities** 73:20
99:24 175:10
**facility** 74:7 84:16
179:13
**fact** 145:13,15
**facts** 133:15

**factual** 134:12
**fail** 109:12 149:12
149:23 150:6
155:25 156:6
169:6 220:18
**failed** 107:8,11
145:13,19 155:3
**fails** 155:11
**failure** 104:14
105:9,11 155:5,12
156:1
**failures** 131:16
**fair** 53:6 78:21
137:14 204:20
216:7
**fairly** 168:15
**familiar** 150:9
212:13
**family** 65:2
**fan** 99:16
**far** 35:6 62:11
64:10 66:17
152:12 215:14
**fast** 69:20
**fayetteville** 8:25
10:11
**fear** 40:10
**feasible** 108:17
**feature** 45:14
**features** 45:8
**february** 1:23
46:24 59:6 91:23
92:6 95:21 97:7
99:6 127:6,13,20
128:14,24 157:9
157:24 171:18
218:13 219:6
**federal** 1:24
218:14
**feedback** 79:6
97:5 177:20 201:5

**feel** 5:4 74:24
**fell** 93:24
**field** 32:23 131:15
**fifth** 73:6,14
**figures** 165:9
**file** 123:8 148:20
**filed** 4:9
**files** 146:17 148:7
**final** 144:8 180:23
209:24
**finalization** 201:8
**finally** 5:7
**finathene** 71:15
**find** 62:3 109:4
**findings** 84:9
106:10 171:23
172:9 174:11
**fine** 46:7
**first** 14:22 15:14
15:21,24 16:9
17:20,24 18:4
21:25 41:16 57:6
58:18 94:21
101:11 103:9
105:5 125:12
126:11,21 128:23
129:25 136:19,21
136:23 138:10
139:1,6 142:11
149:8 150:3
151:20 155:1,3
164:4,23 170:16
173:1 188:23
202:20 211:1
218:7
**fit** 208:10
**fitting** 187:5
190:15
**fittings** 116:7,12
116:14,17 117:5,7
117:8,11,12,14,22

117:24,25 118:1,7
184:14,19,23
185:14,16 187:2
187:12,17,20,23
188:1,4,9 189:3,10
189:13,19 190:24
191:23 192:24
193:7
**five** 43:13 45:1
98:25 136:19
183:6 194:3
213:15
**flexibility** 80:9
87:23 88:3,9,12
214:21,22
**flexible** 74:23
80:16,20
**floor** 81:1
**flooring** 44:25
**florida** 75:25
**flow** 3:15,23,23,24
3:24 61:16
**flowchart** 164:15
**flowing** 44:6
**flw** 1:2
**focus** 7:18 8:2
10:13 16:1 28:19
37:7 64:23 65:8
74:17 147:5
**focused** 61:6 66:15
70:6 210:14,16
**focuses** 78:16
**focusing** 24:13
61:8 118:18
**follow** 113:5 127:6
128:13,15
**following** 62:2
67:13 70:5,11
94:16 125:18
128:8,11 136:16
139:19 152:14

175:19 179:21
205:7
**follows** 4:4 22:19
**force** 61:12
**foregoing** 218:10
222:5
**forget** 160:9
169:25
**form** 222:9
**formal** 128:5
**formula** 134:7
**formulation** 52:10
71:11,12 87:14
134:6 161:13,21
161:23 162:11
163:16 174:18
177:18 178:9
200:19
**formulations**
85:12 131:2
**forth** 11:19 58:11
120:15 123:22
124:13 125:10
190:21
**forward** 16:5
17:18 23:6 24:18
43:18,20 91:12
96:18 97:16,21
98:14 99:9 104:11
104:13 105:6
166:7 197:23
**found** 133:3
**four** 139:6,11
**frame** 83:16,20
153:21
**free** 5:4 193:5
205:14 206:7
**freestanding**
99:25
**frequency** 183:19

**frequent** 183:7,12
**friday** 147:21
**friendly** 81:21
**front** 41:19 92:4
194:10
**full** 47:24 197:24
**fully** 5:1
**function** 33:21
35:22 135:9
210:13 212:20
**functional** 14:18
15:2 16:25 21:13
27:1,4
**functions** 23:13
30:6 31:9,22
35:25
**funds** 97:23
**further** 59:14
135:4 174:10
213:20 216:25
218:23
**future** 55:11
159:19

**g**

**gage** 2:14
**gain** 16:2,6,8
96:18
**garden** 1:21
218:11
**garnered** 201:6
**gary** 17:15 21:3,4
25:25 92:21 96:1
96:14,23 97:4
140:21 141:17
184:5
**gate** 22:25
**gel** 86:1 93:23 94:1
135:7 178:10,11
183:15
**general** 18:23 29:1
35:16 40:10 52:9

67:3 69:17 80:17
80:18,18 101:2
106:11 112:21
113:19 119:5
160:14 169:10
177:3 190:19,20
202:13
**generally** 97:14
134:25
**generate** 170:5
**generated** 150:20
168:3
**generation** 172:19
195:24
**gentleman's** 87:5
**getting** 15:10,12
36:24 37:14
103:18 108:6
111:18 121:25
144:24 145:3
164:15 171:5
187:2 189:24
201:15
**give** 5:6 6:19 15:17
53:1 71:18 74:9
85:8 144:12 215:8
**given** 23:5 30:19
48:1 53:16 72:22
80:2 124:15 133:6
201:15 218:18
222:7
**gives** 202:18
**giving** 137:20
139:19 141:20
**go** 8:24 9:1,3
23:19 28:19 60:18
62:24 76:6 108:3
113:13 114:11
115:18 123:10
180:21 196:8
201:3 202:7

211:25 215:14
**goal** 11:23 16:13
  28:14,15 162:13
  162:17 201:15
**goals** 58:6,10
**goes** 23:16 49:7
  87:12 152:13
  159:18 161:20
  176:3 179:19
  196:14
**going** 4:19 5:5
  6:19 17:18 28:19
  39:20,22 42:8
  43:6 48:14,15
  57:16 62:20 65:13
  74:22 78:12 83:10
  101:17 102:23
  108:15 109:1
  111:25 112:4
  113:8 120:15
  142:16 143:7,16
  144:2,6,7 150:6
  153:19 156:5
  164:13 167:20
  171:13 175:8
  181:19 191:22
  196:1 199:12
  200:5 201:22
  206:5 207:21
**good** 4:7 60:12
  82:16 133:3 177:7
  209:6,6 214:3
**goodling** 29:17
  92:22
**gotten** 90:10
**govern** 206:3
  207:13
**grab** 66:4,11,19
**grade** 196:19,20
**grades** 131:19
  132:17

**graduated** 8:5,6
  8:21
**grand** 2:15
**granted** 111:3
**granzow** 30:25
  35:23 184:5 190:8
**greater** 43:19
**greenberg** 2:4
**grostefen** 149:20
  153:1
**group** 26:12 27:21
  30:10,11,12,14
  32:19 33:5,7 34:6
  36:10,15 61:8
  93:2,11 94:19
  125:16 140:20
  141:6 211:13
**grow** 16:19 49:16
**growth** 134:18
**guarantee** 205:13
  205:21 206:6
**guess** 7:8 21:20
  22:13 27:16 46:9
  53:23 54:9 56:10
  78:18 86:8 98:17
  105:23 142:15
  146:16 149:7
  156:20 160:6
  178:3
**guidance** 40:19
**guide** 11:13
**guys** 115:25

### h

**half** 18:12 214:9
**hand** 43:8 108:14
  219:5
**handling** 102:1
**happen** 57:12,13
  143:7 153:20
  156:17 215:4,9

**happened** 26:20
  57:22 95:4 119:4
**happening** 67:1
  138:22 156:15
**hate** 109:9
**hawk** 10:17
**hawn** 31:2 32:8
**hayes** 26:1
**head** 6:1 14:9
  23:25 28:1 45:6
  47:14 52:23 64:16
  86:19,22,25 88:11
  98:4 110:17 124:7
  143:5,18 170:8
  193:10 200:24
  215:7
**headed** 36:15
**headhunter** 13:20
  13:21
**headline** 131:6
**headquarters**
  29:23 142:15
  179:15
**heads** 23:12
**health** 207:2
**heard** 152:22
**heater** 12:15 13:3
  13:11,13
**heaters** 12:22,24
**heating** 9:2,3 12:9
**held** 105:17
  125:17 171:18
  200:9
**help** 16:5 31:15
  32:20,23 44:5
  70:14 111:13
  134:19 137:13,15
  164:16 172:3
**helped** 96:7
**helping** 32:21
  36:21,21,23 68:3

**helps** 33:21
**hereunto** 219:4
**hey** 7:17
**high** 8:5,5 82:4,10
  83:6,16 84:19
  135:13 140:23
  177:17 178:4
  209:7
**higher** 49:16,18,20
  50:14 134:18
  162:1 167:3 196:6
**highest** 98:2
  168:10
**hilton** 1:21 218:11
**hire** 19:16
**hired** 13:18
**historical** 151:17
**history** 8:4,21
  37:11 71:11 85:15
  103:24 104:1
**hold** 80:9,25 96:2
  155:12
**holds** 80:20
**honest** 120:25
**honestly** 48:4
  144:20 146:13
**house** 43:21 80:22
  84:16
**hoxie** 8:5
**huffines** 26:5
**huh** 57:11 59:5
  81:9 83:4 92:3
  100:17 214:12
**hypothesized**
  172:21

### i

**i.e.** 23:5,6 135:11
  176:1
**iapmo** 37:19,25
  38:18 39:6 99:3
  104:20 105:2

108:4 113:1,13,20
113:24 114:5,6,11
114:13 115:8,15
115:19 118:21,23
119:1,6 120:16,19
121:1,15,25
138:10 145:7,9
154:6,7,11 160:11
160:21 214:15,18
215:5,22
**iapmo's**  154:9
**iba**  179:9,10,12
**idc**  186:1,2 192:6
**idea**  25:8,12 54:17
63:5 76:23 77:25
88:22 96:9 110:18
125:19 127:10
141:7 171:9 173:8
183:18 186:10
189:9 196:16
**ideas**  16:7 159:10
**identification**
41:12 91:16 100:4
119:17 126:17
129:15 135:22
140:13 145:24
148:3 157:2
158:19 163:23
170:12 184:1
188:12 191:9
193:12 194:7
197:4 200:13
202:22 207:18
208:14 209:17
210:20
**identified**  58:19
128:24 129:11
138:19 181:9,11
**identify**  73:5 79:4
**ignorance**  158:9

**il**  2:5
**imagine**  103:4
145:2
**immediate**  142:12
**impact**  47:9 66:6
156:2,10 167:7
176:6
**impacting**  161:18
166:18
**imperative**  220:14
**imperil**  121:5
**impetus**  172:14
173:20,22
**implement**  107:17
140:10 162:14
**implemented**
111:6 182:25
183:4
**implications**  82:13
**importance**
140:23 176:21,22
**important**  93:4
133:25
**improve**  31:20,21
49:4,9 58:20,24
131:22 133:5
134:19 190:5
**improved**  42:20
51:13 52:1 60:3
**improvement**  3:16
46:12 58:3,12,17
170:17 171:10,14
178:17 203:18,23
204:19
**improvements**
161:11
**inability**  66:6
**inaccurate**  90:17
**inadequate**  165:10
**inch**  43:19 63:8
72:18 214:9

**include**  110:1
116:7 134:7 169:1
**included**  97:22
130:3 186:4
188:17
**including**  83:23
121:13
**inclusion**  69:8,23
**incompliant**
184:25
**incorporate**  41:5
**incorporated**
54:13 159:10
**incorporates**
67:25
**incorporating**
22:18
**increase**  8:16
**increased**  61:16
85:16 183:22
**independent**  52:14
52:18,22,25 53:8
53:19 54:3,13
151:24 156:12
167:1,12 168:4,12
**independently**
216:1
**index**  3:1,5
**indiana**  1:20,22
8:10 218:1,5,12
**indicate**  165:25
**indicated**  94:5
149:11,22 150:4
198:14
**indicates**  50:10,12
146:16 181:1,15
**indicating**  43:7,10
150:5 180:6
**indication**  142:21
144:4,5

**individual**  22:10
207:16 212:5
**induction**  9:15
69:16 172:23
**industrial**  179:9
179:10,12
**industry**  114:20
114:25 177:17,20
178:5,6,6 206:23
207:9
**inform**  152:19
**information**  69:12
72:21 91:3,5
194:19
**informed**  20:25
128:15
**inherent**  174:15
174:16 205:22,23
**inherently**  206:1
**inherited**  38:2
**initial**  16:7 17:1
18:15 22:5 119:6
201:5
**initially**  16:22
21:19,22 43:14
212:4
**initiate**  156:16
**initiated**  8:18 34:3
42:11,13 96:9
171:9,11
**initiation**  27:5
28:4
**initiative**  7:17
24:25 56:6 59:11
59:13 160:5
163:19 187:11
**initiatives**  22:14
24:16 25:2 128:9
128:16 160:4
164:16 171:19

inn 1:21 218:11
inner 181:2,14
input 78:21 95:25
inquiries 112:11
inside 44:6 174:4
inspection 117:16
  118:15
installation 33:18
  76:22 116:15,20
  117:23
instance 84:23
  103:24 166:11
instances 54:3
instructions
  111:19 220:3
intensity 84:22
  85:19 135:9
interacting 27:14
interaction 28:2
  87:1 130:8
interactions
  137:10
interacts 59:16
interested 219:1
interface 17:23
  87:4
interfaced 17:9
interfacing 17:13
  18:1
internal 30:8 44:9
  59:14 90:3 115:6
  213:1
interview 13:19,25
  14:2 20:22 71:23
  72:12 74:19,21
  75:10 76:17 78:19
  79:19
interviewed 20:23
  68:1
interviewing 75:6

interviews 67:25
  68:4,8,12,17 71:2
  71:10 72:13 79:15
  79:18
introduce 199:17
introduced 13:18
introduction
  199:11,13,23
  201:6
introductions
  12:20
inventory 199:18
  200:3,9
investigation
  131:17 192:13
invite 96:20
invoices 36:9
involve 11:4,22
  78:9
involved 10:6
  12:17 15:4 17:1
  23:21,23 24:21,24
  25:3 35:18 36:14
  37:2 40:23 43:4
  68:3 72:6 79:9,16
  84:21 87:22 101:9
  101:12 127:4,8,14
  127:15 150:22
  167:13 178:21,24
  179:2 184:13
  188:19 190:17
  194:18 198:17
involvement 13:3
  74:12,14 147:7
involving 126:13
irradiate 135:12
irradiated 177:18
irradiation 86:10
  135:6,10 174:17
  177:15 179:11,19

island 179:14
issue 33:18 46:19
  81:12,14 82:6
  84:21 95:13 111:2
  152:7 198:8
issued 61:24 90:4
  90:22 107:12
  125:1,1 152:11
  166:4 183:14
issues 19:12 32:22
  32:23 37:14 83:19
  85:19 87:7 95:25
  97:11 118:18
  124:15 139:20
  184:13,16 187:15
  195:17 206:23
item 45:1,9 50:19
  50:24 51:19 54:25
  55:1 56:11 58:3
  66:3,11 136:21
  138:14 147:22
items 43:13 61:14
  136:19 147:16
  174:12,13 182:23
iterative 163:18

j

jacob 2:8
james 1:5,6
jana 3:9 15:9,14
  15:19,25 17:10,14
  17:23 18:1,9,13
  19:1,4,8,12,16
  27:7,9 39:10,21,23
  39:25 40:7,14,18
  40:18 41:2,5 42:3
  46:10,25 47:1
  48:25 50:18 51:18
  55:6,14 56:1,6,12
  58:7 60:1 65:12
  65:19,23 66:14
  67:2 68:1,4,15,18

69:12 70:25 71:23
  72:12,22 75:9
  76:19 83:22,24
  89:19 91:6 93:17
  95:20 99:13,22,23
  99:23,23 100:1,18
  101:6 102:17
  103:23 104:8
  107:13,20,25
  108:9,14 109:3,6,7
  109:11 111:13,20
  112:9,20 113:18
  115:14,17 123:25
  124:9,15,21,24
  125:9 126:22
  134:17 139:16
  140:8 142:12,20
  143:3,4,9,22
  144:19 146:8
  154:20,22 158:13
  160:14 161:4,16
  164:2,17 168:23
  170:18 172:6,24
  173:2,9,14,25
  174:6,22 175:23
  177:6,8 180:6
  181:19 182:25
  183:14 216:3,5
jana's 18:17,20
  39:19 84:9 95:19
  99:19 101:23
  139:15,21 140:2
  171:12 173:8
january 12:12
  59:6 89:20 90:22
  90:22 210:24
jean 2:14
jersey 1:1
joan 27:7 146:14
job 9:17 12:9
  13:14 14:10,13,20

20:20,22 29:14,24
34:21
**jobs**   13:1 28:24
   34:8 35:18 198:14
**joel**   26:5
**joined**   16:9 208:4
**joke**   143:1 158:11
**jpbradshaw**   2:16
**jpolakoff**   2:11
**jr**   164:21,23
**judy**   1:6
**july**   126:22 127:5
   129:9 131:10
   132:6
**jump**   61:20
**june**   121:14 124:2
   125:5 209:22
   210:3

**k**

**k**   21:24
**kansas**   2:15
**keeping**   90:2
**kelly**   1:7 136:22
   136:24 137:1,8,9
   149:20 153:1
**ken**   18:4 27:10
   34:3 101:10
**kept**   128:15 200:9
**key**   78:3,16
   103:14
**kimberly**   1:4
**kind**   7:11 11:18
   23:2 59:14 91:11
   101:18 127:6
   137:10 164:4
   185:1 189:13
   201:5,25 210:5
   212:16
**kindergartner**
   168:19

**knew**   6:23
**know**   4:17,24 5:8
   5:23 12:5 15:18
   15:24 16:11,24
   18:22,24,24 19:2
   23:24 24:1,3,8
   25:10,17 26:15
   27:2 28:14 35:6
   38:3,15 39:22
   40:7,8 44:14
   45:16,17,19 46:1
   46:23 47:10,14
   48:1 50:21 54:21
   55:3 57:22,23,23
   59:9 60:5 61:25
   64:10 66:8 67:8,9
   68:24 69:15,21
   71:16 72:8,21
   73:8,17,21,22,23
   73:25 74:1 75:5
   75:22,24 76:14
   77:19,21 81:17
   84:5,9 86:4,17,20
   86:23 88:2 89:1,6
   89:7,9,11,14 91:3
   93:16 94:14 95:19
   96:1,9 97:25
   99:12 101:1 103:6
   104:3,4,6,9 105:3
   105:13 108:3
   109:7 113:9,18
   114:2,19 118:6
   120:21,22 121:24
   122:6,21 123:5,10
   124:9 125:14
   126:2,6,14 128:14
   128:17 130:25
   133:14 134:14,20
   134:25 136:22
   137:2,20 139:7
   141:10,23 143:6,6

144:21 147:2,8
148:19 150:16,21
151:1,9,15 152:6
152:23 153:5
161:3,15 165:1
168:18 170:9
171:9,19 172:1
173:7,10,12,17
174:6,22,24 175:9
175:13 176:17
178:7 181:7 183:1
183:4,6,12,15,16
185:24 187:6
189:7,8,12 190:12
190:13,17 191:2,3
195:12,20,22
199:18,24 201:16
204:24 205:9,10
205:15,25 206:5
207:7 208:10
210:7 212:22
213:7,10,13 215:4
215:8,14 216:11
**knowing**   105:3
173:17
**knowledge**   59:14
75:2,14 77:5,14
90:23 144:12,16
**knowledgeable**
47:11,15 48:12,14
74:4
**known**   206:23
**krazit**   146:22
147:2,3,4 178:18
184:6
**krazit's**   146:25
**kshamberg**   2:6
**kunder**   21:22
**kyle**   2:3 3:4 214:2
214:4

**l**

**l**   219:9
**lab**   17:10 30:8,9
   31:2 32:9,9 72:1,4
**laboratories**   15:9
   19:8 89:19 102:18
   124:1
**labs**   15:19,25
   18:13 19:5
**lake**   1:20 218:2,5
   219:14
**large**   72:17 218:6
**larger**   68:20 77:4
   77:11
**larry**   4:7 75:15
   76:7
**lasting**   166:16
**lasts**   167:5,10
**late**   142:5 214:10
   215:20
**lathrop**   2:14
**lathropgage.com**
   2:16
**launch**   198:24
   199:1 201:10
**launched**   131:22
   201:2
**lawrence**   2:7 3:2
   4:6
**lay**   28:3 81:2
**layers**   176:3
**layout**   210:8
**ldeutsch**   2:10
**lead**   14:18 16:25
   18:15 21:12 193:5
**leader**   10:3 11:21
   88:24 201:19,24
**leads**   15:2 48:6
**leaking**   77:17
**leaks**   77:3,11

learn   84:3 158:17
  179:7
learned   84:3
  131:17 201:4,13
leave   9:16 12:8
  13:13
lebanon   72:2,4
  75:4,13
led   135:13
left   8:24 9:1,2
  75:18,22
legal   2:19
length   47:18,21
lessons   201:4
letter   132:5 133:7
  133:20 134:16
  135:4
letting   143:10
level   23:15 28:11
  28:12 49:21,23
  50:1,4,15 75:13
  84:22 85:19 86:4
  86:6,8,17,18 97:25
  98:2 109:21 135:9
  135:16,18,19
  141:13 162:1,19
  162:20 163:1,3,6,9
  163:11,18,20
  168:19 170:5
  178:4,10,11 180:8
  180:19,20 182:7,8
  182:8,13 183:15
  201:25
levels   66:23 86:1
  118:14 172:23
  176:12 183:10
liability   76:20
life   93:25 109:18
  110:3 165:13
  199:21

lifetime   104:15
lifetimes   165:5
light   115:16
limit   158:4,5
  159:23 192:20
limited   75:3,6
  199:20
limiting   161:14,22
  162:5
limits   167:4
linda   1:5
line   11:18 48:10
  48:16 63:18
  104:20 117:6
  135:10 136:23
  155:11 167:8
  169:7 194:1 221:5
lines   10:14 11:8
  31:24 32:2 65:23
  200:6 212:8
link   183:12
linking   47:20
  177:22
links   46:16 47:17
linx   185:22
list   27:23 76:7
  98:7
listed   37:18,19
  41:19 43:2 49:10
  49:11 51:9 104:2
  123:2 125:12,22
  125:24 140:23
  155:17 160:19
  173:3 209:25
  215:21,25
listing   36:13 38:24
  52:5,7,14,15,19,22
  52:25 53:10,16,19
  53:20 54:4 55:8
  55:11,16 57:5
  64:20 67:10,21

93:13 99:1 111:4
  121:2,15 144:10
  154:6 156:12
  159:15 160:13,20
  160:21 172:17
  176:15 215:10
listings   19:15 36:4
  38:21,22 42:22
  50:20,24 51:19
  52:20 53:2 54:13
  54:14 55:12
  214:23 215:9
lists   43:1 46:14
  49:8 78:20 103:24
  182:22
lite   2:4
litedepalma.com
  2:6
litigation   74:12
  211:14
litigations   74:15
little   9:4 111:21
  174:10
llp   2:14
locate   211:15
located   72:1,4
  179:12
location   10:12
locations   29:22
  206:9
locust   2:9
long   43:24 45:2
  101:11 110:21
  148:19 173:8
  199:24
longda   192:6
longer   40:23 51:13
  52:1 111:4 166:16
  167:5,9,10
look   5:17,20 6:3
  8:20 26:9 31:19

41:14,21 42:8
  46:11 48:22 54:24
  78:1 85:13 88:7
  88:17 89:16 91:18
  91:21 100:6
  102:14,16,25
  119:19,20 120:3
  121:8,10,16
  123:23 126:19,25
  128:20 129:17,24
  135:24 136:3
  140:15,24 146:2,9
  148:5,13 157:4,12
  158:21 159:1
  163:25 164:7
  170:14,21 181:24
  184:3,9 188:14,18
  190:4 191:11,16
  193:14 194:9,13
  197:6 200:15
  201:4 202:24
  207:20 209:19
  210:22
looked   6:8 7:8
  40:13,14 110:15
  171:17 182:11
  202:10,15 212:6
looking   42:10
  51:21 56:12 78:10
  78:12 79:17 83:13
  110:25 137:12
  149:18 168:20
  174:24 216:8
looks   40:18 100:14
  103:6 120:14
  150:11 157:20
  158:14
loop   44:24
loops   81:1
lose   114:21 215:9

**[losing - material]** Page 22

**losing** 40:4 93:12
94:3,23 99:11
129:2
**loss** 66:5
**lost** 112:5
**lot** 13:10 19:14
30:15,17,18 46:7
126:5 185:1 186:2
188:4 189:15
206:16 207:11
216:12
**lots** 54:2
**low** 45:9 133:12
181:1,13
**lower** 31:20 43:8
131:18 132:17
158:4,5 180:7
181:14
**lpi** 157:25
**lpl** 157:25 158:2
**lunch** 115:21

**m**

**m** 2:8 22:1
**maintain** 50:20,22
50:24 51:19 67:10
99:1 104:17 108:1
159:14,16 160:20
164:5
**maintained** 36:5
**maintaining** 19:18
35:19 42:21
133:25 137:14
160:12
**maintains** 205:11
**maintenance**
55:10 61:5 168:24
**majority** 36:3
**making** 58:23 63:6
69:2 94:14,15
96:10 107:3
129:23 159:9

175:11 194:24
202:4 203:16
**malm** 23:16,17
24:8 25:25 92:21
97:19
**manage** 33:22,23
56:13 137:13
158:15,17 164:16
**managed** 29:3
**management** 8:15
19:24 20:10,19
21:9 22:16,17
24:14 28:23
208:22 210:1,11
211:13
**manager** 14:14,16
14:23 15:1,22
16:10,20 19:21
31:1,2,3,4,6 32:12
32:15 34:4 35:24
74:20 75:7,16,19
76:8,11 208:21
209:2
**managers** 21:10
21:15 22:6 24:20
29:1 35:10 208:7
209:13
**managing** 13:4
34:1
**manufacturability**
31:20
**manufactural**
11:14
**manufacture** 64:1
108:18 117:10,12
175:6 187:18
188:4,6,6,7
**manufactured**
9:15 11:25 13:10
31:12,18 32:5
63:25 73:19

153:12 187:24
**manufacturer**
54:20 112:13
181:21
**manufacturers**
89:13 185:19
193:3 196:24
197:1,2 207:15
**manufactures**
31:13 117:7 118:1
161:7 179:10
**manufacturing**
10:1,11 11:2,3,7
11:10,16 12:16,19
29:21,22 74:7,24
75:2 152:20
187:19 206:7,9
**marathon** 8:23 9:5
9:11,16 13:2
**march** 9:7 25:6,14
26:20 27:5 102:17
103:20 125:7
190:7 191:14
200:20 203:2
**marginal** 81:10,18
181:4,20
**marginally** 81:16
**mark** 27:6 36:16
36:18 103:2
120:16,24 122:10
137:18,24 138:3,5
146:22,25 147:2
147:20 148:9
149:3,20 153:2,3,4
153:14 155:7
156:13 157:8
158:8
**marked** 41:11,15
89:17 91:15,19
100:3,7 102:15,16
119:16,19,21

121:8,11 123:24
126:16,20 129:14
129:18 135:21,24
140:12,15 145:23
146:3 148:2,5
157:1,4 158:18,21
163:22,25 170:11
170:15 183:25
184:3 188:11,14
191:8,11 193:11
193:14 194:6,9
197:3,7 200:12,15
202:21,25 207:17
208:13,17 209:16
209:20 210:19,22
**market** 2:20 16:2
16:6,8 49:16
88:24 117:25
133:22 201:2,10
201:19,24
**marketed** 88:2,21
**marketing** 145:20
198:24
**marketplace**
61:18 87:24
186:21 202:19
205:20 206:20
**marking** 153:11
153:24
**marks** 106:18,18
154:3,9
**martin** 23:19 24:2
24:8,9 92:22 97:6
**mason** 25:25
74:19 75:11
140:21 146:22
**master** 87:12
205:2 212:23
**matching** 182:1
**material** 68:21
135:2,3 174:16

189:16 192:18
196:23
**materials**  74:24
174:20 186:14
189:11 211:15
**mathematician**
168:17
**matt**  147:4,10
178:18,20 184:6
**matter**  4:3 53:3
115:24 214:5
218:9
**matthew**  147:3
**matthew's**  147:6
**mature**  11:24 61:5
61:7,14
**mba**  8:9,11,14
**mccoy**  1:7 34:3
**mcmahon**  1:5
**meadow**  4:8 41:15
41:18 48:23 54:25
57:3 58:1 60:10
64:18 67:24 68:11
71:8 72:11 74:18
76:16 79:22,25
84:1 85:6 88:6
89:17 91:19,20
97:12 98:5 100:7
100:8 102:3,25
103:9,19 119:20
119:21,22 121:11
123:24 125:13
126:11,20,23
128:21,25 129:18
129:20,25 131:5
135:25 138:8
139:4 140:16,17
143:19 146:3,4
148:6,12 152:25
155:1,8 157:5,11
158:22,24 159:13

161:9 164:1,3
169:16 170:15,19
173:16 177:14
182:18 184:4
186:5 188:15
191:12 193:15,16
194:10 195:11
197:7,8 200:16,21
202:25 203:11
207:24,25 208:17
208:19 209:20,23
210:23,25 213:8
220:1 221:1 222:1
**mean**  15:9 17:3,11
23:15 26:2 33:8
35:15 36:8 39:17
49:18,20 50:5,14
59:4,7 62:11
64:16 66:17 69:19
70:23 73:23 79:13
79:16 85:21 86:6
86:10 87:16,17,17
90:19,21 95:5
96:25 97:20
100:13 103:9,25
104:4 107:10
108:18 109:14
110:12 111:7
122:6 124:6
132:13 140:7
145:11 146:15
148:18 150:11
151:8 152:13,22
153:14 154:1
155:4 158:3 172:3
172:5 178:11
180:14 181:22
186:6,23 188:4,6
190:2,3 198:10
202:5 203:22,24
204:4,24 205:18

205:24 206:7
210:7 211:17,23
212:12,19
**meaning**  36:5
54:19 155:20
166:22 178:7
199:13
**means**  11:11,12
18:25 22:24 50:14
81:18 141:10
155:5,23 168:16
197:19,20 199:9
205:19
**meant**  51:6
**measurable**  132:1
133:17,22 134:10
**measure**  69:20,24
133:3 135:1
**measurement**
176:23 177:5,7
**measures**  182:24
**medders**  1:6,6
**meet**  49:10 104:14
110:10 176:14
**meeting**  92:13
95:1,4,8,9,21,25
96:2,10,17,20 97:7
97:9,10 100:15
125:16 130:2,6,10
131:10 135:5
146:8 147:16
160:1,8 171:18
172:16 173:24
181:17 188:24
189:1 195:1 198:4
203:9,10 205:18
**meetings**  136:15
138:2 198:7
**meets**  205:4
**megarads**  178:8

**members**  17:8,11
24:10 25:17 26:3
26:3,4,25 27:1,4,8
27:9,17 125:2,22
126:1
**memo**  95:10
**memorialize**  95:3
95:6
**memorializing**
147:14
**memorized**  190:20
**memory**  42:11
85:18,25 121:23
131:9
**mention**  204:18
**mentioned**  11:20
32:8 39:4 187:25
**merely**  104:23
**merged**  167:6
168:11
**met**  5:16 28:10
130:4 137:9
176:17
**metal**  188:9
**method**  69:20,24
70:13
**michael**  1:5
**micron**  192:20
**mid**  2:19 142:5
**middle**  137:12
193:17
**mind**  112:2
**mine**  136:10
**minimize**  199:2
**minimum**  104:15
165:20 168:5
**minute**  194:3
213:15
**mischaracterize**
216:4

misinterpreted 161:2
mission 27:20
missouri 8:23
misstating 134:13
mistake 209:15
mistaken 140:9
misunderstood 174:7
mitre 10:17,22
mix 116:23 199:3
mixed 117:1
mo 2:15
models 213:1
modified 65:22 159:22,25 160:7
moment 89:15
monica 1:5
montague 2:8
montgomery 9:2
months 57:9,22
morning 4:7
motors 9:15
move 23:6 97:16 97:21 197:22
moved 43:18,20 71:15 98:14 101:25 176:21 190:21 211:10
moving 24:18 91:12 99:8
mrad 86:17 135:12,14,16 177:19,21 178:4
mrads 84:23 85:17 85:17 86:8 135:18
mueller 186:4,8
multiple 38:22 117:24 176:3 196:24 197:1,2

multitude 54:5
multiyear 36:7

**n**

n 2:1 21:24 219:9
name 13:21,22,24 14:7 18:4 21:25 22:4 24:3 74:9 87:5 101:11,14 137:2,3 146:16 152:23 185:23 214:3
named 136:22
names 18:1 24:7 24:11 26:6 30:22 74:8 89:1
narrower 124:23
nassrin 139:7,8 149:10,21 150:4
nationwide 4:9 193:5
natural 114:17
near 155:3
necessarily 33:12 33:17 59:3 64:13 79:1,19 82:15 98:18,21 119:13 123:18 124:22 128:5 133:15 173:21 180:9 182:10 186:7 198:10 199:22 215:7
necessary 111:10 201:12 220:5
need 5:7 96:15 109:22 114:22 121:3 138:15 153:7 154:18 156:15 181:25
needed 6:10 93:21 98:3 114:10 133:9

156:21 160:16 200:2
needs 33:14
negative 82:3,13 202:15,17
negatively 166:18 167:7
negatives 81:7 83:2,14
never 26:16 114:13
new 1:1 9:25 10:5 10:9,18 11:6,8 12:19 14:19 15:2 15:3 21:1,4 22:11 22:13,22 23:9 24:10 25:16 26:8 26:9,13 30:5 31:22 32:20 40:21 48:19 55:7 61:4,8 61:13,22,25 62:4,5 62:15,19,25 74:24 75:7 79:5 85:22 85:24 86:14 121:3 121:5 127:23,24 128:2,19 159:17 162:15 182:4 187:3,8 188:25 194:1 196:3 197:25 198:4 199:6,15,17 201:6 203:14 204:3,5,7 204:20,23,25 210:14,17 211:11
newer 187:2
nibco 1:11 3:6 4:10 8:15 9:3 13:14,15,18,25 14:11,17,22 15:4 15:14,22 16:2,9 17:2,8,20,24 18:10

19:1,16,20 22:19 25:8,21,24 28:20 31:13,16 32:6,25 33:22 35:18 37:3 38:14,20,25 39:4 40:3,13 41:2,6,16 41:18 42:6,11,18 45:4 47:7,24 48:6 49:1,9,12,15 50:13 51:18 52:2,17,18 53:17,24 56:19 60:1 63:5,7,11,16 64:1,5,15 65:1,11 66:14,22 67:4,25 69:12 70:3,9,14,22 71:2,20 72:13 73:16 74:3 75:22 78:9,20 79:14,23 83:9,23 84:12,15 85:7,12 88:2 89:12 91:4,5,12,20 93:1,11 94:22 98:13 100:8,21 101:7,19 102:6,18 102:19 103:14,23 104:6,19 105:2 106:10 107:14,16 107:24 108:1,8,15 109:12 111:6,14 111:22 112:10,23 112:25 113:9,24 114:5,10 115:7,11 115:15 116:19 117:4,7,17,21,23 117:25 118:11 119:1,22 120:18 123:12,18,20,25 124:10,16 125:6,9 125:10 126:2,5,12 126:23 127:17 128:10 129:11

130:2,21 131:15
131:17 132:1,9,16
132:20 133:12,21
133:23 135:6
137:4,12 138:16
139:23 140:2,10
140:17 141:9
145:18 146:4,8,25
148:11,12 149:2
150:17 151:19,22
151:24 152:15,21
153:6,12 157:11
158:24 161:5
162:23 163:2,3,13
163:19 164:3,17
170:19 171:6
172:6,6,16,22
173:11,23 174:1,4
174:14 176:13,24
177:18 178:3
179:23 180:1,25
181:8 183:2,14
184:15,17,20
185:13,20 187:13
187:17,24 189:7
189:13 190:25
192:23 193:7,16
195:18,20 197:8
199:25 200:2,8,21
202:3 203:3
207:25 208:2,4,19
209:23 210:6,25
213:12 214:5,14
214:17,18 215:17
215:24 216:9,17
220:1 221:1 222:1
**nibco's**   26:10,13
31:24 35:19 36:1
36:3,17 38:9 39:5
39:25 40:18 44:8
45:14 48:12 51:14

52:11 54:11 56:7
58:7 59:19 73:20
74:5 77:6,17
78:24 87:23 88:13
88:19,23 93:23
94:8 104:12,22
106:5,22 110:7,10
113:11 115:6,11
116:6,13 117:6,14
118:20 121:6,15
125:15 126:8
132:4 133:16
135:17 138:4
139:12,15 141:24
150:6,25 151:4
173:9 174:25
176:14 180:7,16
182:11 212:17
214:9
**nine**   182:22
**noel**   14:6 15:23
17:15 25:25 97:3
97:3 140:21 184:5
**noel's**   17:19
**non**   54:2
**noncompliant**
153:5 156:2,10
**nonexistent**   115:1
**normally**   62:14
178:5
**north**   8:25 32:6
**notarial**   219:5
**notary**   1:19 218:4
222:21
**note**   120:18
**noted**   216:23
220:12 222:10
**notes**   76:19 95:3
168:21 218:16
**notice**   1:25

**noto**   146:23
**november**   122:14
146:7 147:21
208:1 219:12
**nowicki**   26:6
**npc**   188:24 195:1
**nsf**   19:6,9,10,13,14
19:15,17 37:18,22
37:25 39:14,14,16
39:17,20,24 40:1,8
40:10,13 57:8,15
66:4,11,19,20 67:3
67:6 93:18 99:4
99:11,13,16,17,20
99:24 104:16,25
105:14,18,24,25
106:4 107:2,10
109:3,8,10,13
110:13 111:1,2,14
111:19,20,24
112:10,21,25
113:9,10,19 114:3
114:10 122:17
123:2,3,13,17
131:21 136:24
137:19,24 138:9
138:14,17 139:8
139:12,22,24,25
140:3,9,22 141:20
141:23 142:17,18
142:19,20,22,24
143:10,11,14,22
144:1,6,6,11 145:9
149:20 150:4
151:21 153:4,8,13
153:23 154:1,3,8
154:12,19 157:21
159:20,24,25
160:7,8,15 164:21
165:3 166:4
168:20 169:9,12

172:16 173:24
176:15 183:11
214:9,19 215:5,18
215:22 216:6,10
216:12,12,16,17
**nsf's**   106:21 115:9
115:12 123:4
137:4
**nuances**   35:15
**number**   41:18
43:7 45:8 46:8
48:23 50:16 53:11
58:10 60:9 65:25
76:6 78:2 82:25
85:8 136:23
137:17 138:7,13
139:2,6,11,25
140:17 147:17
157:10 174:13
175:20 176:8
177:15 180:17
182:14,15 183:6
202:19 207:14
**numbered**   136:19
**numbers**   91:20
119:22 126:23
129:21 146:4
148:12 157:11
158:24 164:2
170:8 184:8
188:16 191:12
193:16 194:12
197:8 200:20
203:3 208:19
209:23

| **o** |

**o**   219:9
**oath**   4:21
**object**   83:24
111:25 112:16
113:2,15 114:24

152:2

objective 164:5
176:11,17 189:21

objectives 176:9

observations 78:3
78:16 83:25

observed 68:20
72:17 176:12
179:21

obtain 215:17

obtaining 36:24

obtainment 55:11

obviously 4:21
89:21 93:4 102:5
104:11 111:18

occasion 150:22
151:5

occur 19:25 20:4
143:15,16 144:7
145:17 185:4
206:8

occurred 20:8
32:22,23 65:11
95:21 118:25
123:19 168:7
185:11

occurring 33:16
47:20 210:6

october 13:12,16
15:5 17:7,24,25
140:18 142:18
185:7

odd 111:21 112:12
112:20

odds 76:4

offer 9:17 12:9
13:14 49:16

offered 14:11

offering 49:6,9

offers 54:15

office 19:24 20:10
20:19 21:2,9
24:14 28:23
198:11 208:22
210:11

oh 20:17 65:6
104:3 154:1
185:17

oit 69:15,18,23
70:2,9,13,17 94:7
131:18 132:17
133:2,12 172:23
176:12,20,22
177:4,7 179:23
180:1,11 182:10
182:13

okay 4:17 5:14,17
5:20,25 6:2 7:2,7
7:16 8:2,5,18,22
9:4 10:4 11:4,9,20
12:2 13:6,15 14:2
14:5 15:1,8 16:20
17:17 21:18 22:2
22:5 24:13,20
25:2 26:8,16,19,23
29:9 30:1,23 32:2
32:16 35:2,14
37:7,8,9,24 39:9
39:11 41:1,5,24
42:8,15 43:1,12
44:11,21 45:14,17
46:1,3,7 47:4
48:19,22 49:22
50:5,10,16 51:5,11
52:3,4,6,11,16,21
52:24 53:6 54:10
54:23 55:6,18,23
56:5,10 57:19,25
58:16 59:4,9,17
61:2,20 62:24
63:2,5,10,14,21,23

64:3,9,14 65:9,10
66:20 67:14,24
68:10 69:18,23
70:6,11,13,21 71:7
72:6 73:13 74:3
74:17 75:15,18,20
77:9 78:9,14,23
79:2,6,9,13,21
80:14,21 81:4,16
81:19,25 82:3,12
82:16,19,24 83:10
84:7,18 85:5 86:4
87:6 88:2,6,25
89:11,25 90:4,7,9
90:12,16,21 91:1,7
91:11,18 92:1,13
92:17,20,24 93:9
93:22 94:3,7,11,17
95:3,20,23 96:5,7
96:9,13,19,24 97:2
97:5,14,18,22,25
98:12 99:19,22,25
100:6,16,20,24
101:6,18 102:3,8
102:11 103:6,22
104:6,10 105:8,12
105:19,22 106:9
106:25 107:6,13
107:23 108:8,13
108:25 109:11,21
112:8,23 113:8,23
114:13 115:6
116:13,23 117:2
117:14 118:13,18
118:24 119:3,10
120:6,7,11,18,23
121:20,21,23
122:9,25 123:9,23
124:15 126:2,11
127:4,10 128:4,7
128:13,18 129:13

130:16,20 131:13
132:8,15,23
133:10 134:5,9
136:7,25 137:5,7
137:11 139:23
141:4,8,15 142:8
143:2,18,21 145:8
146:15 147:5,13
148:16,17,20,23
149:1 150:22
151:3,14 152:25
153:23 154:4,7,11
154:14,22 156:19
157:17 158:5,12
159:5,9 161:20
162:12 164:15,19
164:25 165:24
166:5,19,21
167:11,16,22,24
171:17 173:19
175:3,16 176:7
179:1,9 180:6,22
181:24 182:17,21
183:6,22 185:3,10
185:20 186:17,18
187:23 189:5,24
190:17 191:21
192:3,23 194:2,21
194:24 195:6,10
195:16 196:2
197:6,15,25 199:8
202:24 203:18
204:2,18,22 205:9
205:17 206:4
207:7 208:16
209:1,19 210:14
211:8,25 213:10
214:22 215:17,20
216:19

old 199:14,18

**[oldsen - particular]**                                                    Page 27

oldsen  31:5
oliphant  18:3,13
  27:10 101:9,10
ominously  202:10
once  48:19 64:25
  106:13 112:15
  189:24 195:6
ones  13:8 30:23
  49:12 118:6
  187:24
operators  75:5,14
opinion  64:13
opportunities  66:2
  67:20 79:4
opportunity  49:4
  58:20,24
opposed  63:18
  64:6 89:8 128:9
  163:12 178:4
optimal  42:20
option  38:25
  104:13 107:1
  108:5,16 109:2
  125:12,13 126:12
  164:20
options  98:7,8,12
  107:15,17,21,22
  107:24,25 108:10
  108:13,15 125:4,9
  143:8,9 147:21,25
orange  165:7
order  23:5 53:13
  55:10 163:18
organization
  29:20 99:22
  118:13 207:11,23
  208:10 210:3
  211:4
organizational
  35:8 207:21 208:1
  208:17 209:21

210:24
organizations
  126:6 206:25
  207:12
organize  68:3
original  53:13
  71:12 142:2
  149:12,24 150:7
  150:14,15 165:6
  168:12 220:15
originally  161:16
outlined  167:15
output  59:24
  70:18 79:18
outside  19:17
  204:11
outsourced  123:6
overall  31:21
  58:21
overbeaming
  72:20
overnighted
  142:11
owner  18:11,12,12
  18:14
oxidation  69:9,16
  172:22
oxidative  131:22
  181:2,6,13
oxidized  68:21
oxygen  44:6

**p**

p  2:1,1 219:9
p.c.  2:8
p.m.  116:3 156:24
  156:25 194:4,5
  213:18,19 216:23
pa  2:9,20
package  69:5
  81:20,25 98:22

page  41:16,19
  42:16 43:1 45:7
  45:20 46:9,11,13
  47:23 48:25 50:17
  50:19,23 51:11
  54:24 57:2 58:1,2
  58:16 60:10,11
  64:19 65:5 67:18
  67:19 68:14 71:11
  71:22 72:10,14
  73:1 74:22 76:17
  80:3,5 81:4 82:24
  83:13 85:6 88:7
  92:4 93:9 98:5
  100:7 102:3
  104:10 110:24
  112:9 120:23
  122:9 124:1
  125:12 126:11,21
  128:20 129:25
  131:5 139:1,4
  140:16 146:3
  149:9,18 152:25
  155:1 158:22
  159:13 161:9
  162:12 164:4,19
  165:2 170:16,18
  172:12 174:10
  175:12,17 176:7,8
  177:10 178:14,16
  179:17 182:17,18
  182:21 188:15,23
  189:9 193:18
  194:10 195:16,16
  197:9 198:23,23
  203:11 204:9
  208:6,21 209:24
  211:1 221:5
pages  46:10 48:24
  76:7 169:16
  180:21 222:6

paperwork  104:23
paragraph  49:3
  56:11 58:18
  131:14 132:10,15
  134:16 137:17
  142:11 144:8
  172:14
parallel  143:12,15
  143:24 144:3
parent  52:8
  155:18
part  19:9,13 25:4
  32:6 36:5,24 60:6
  68:11 69:4,25
  71:3 80:2 81:5
  87:2,7,15 99:19,22
  100:22 110:12
  116:10,15 117:6
  119:11 127:22
  132:25 141:24
  151:11,11 158:12
  159:5,15 160:19
  161:3 163:14
  171:17 176:19
  193:20
partial  93:2
partially  176:5
participants
  178:18 207:8
participate  23:17
  95:23
participated
  127:20
participates  126:5
participating
  79:17 164:17
particular  5:14
  7:7 14:10 126:1
  130:20 191:25
  196:12

**particularly**
104:24 158:14
**parties**  218:21
**partly**  8:14
**parts**  42:9 80:22
116:23
**party**  93:13 94:23
99:1,3 129:3
218:25 219:3
**pass**  66:23 71:14
81:11 144:10
147:18 192:20
**passed**  81:16
131:21 144:23
155:20
**passing**  144:13
147:25
**path**  16:5 42:20
96:18 98:24
104:11,13 105:6
135:8
**patrick**  3:12 18:3
18:14 27:10 101:9
101:25 146:7
**paul**  2:14
**pay**  36:10 216:1
**payback**  84:19
**pending**  5:9
**pent**  134:19,20,21
135:1
**people**  13:25 14:7
16:21 18:6 23:9
25:7,20 27:13
28:2,17 29:6
30:15,17,19 79:15
83:23 92:15 93:6
93:6 101:6,13,16
102:1,6 103:7,14
112:23 128:9
140:8 141:8,9
147:14 172:8

179:2,4 199:17,19
209:9
**peoples**  68:5
**peperno**  1:6,6
**perceiving**  78:24
**percent**  64:8 76:21
135:8 144:12,14
152:17 155:6
162:16 169:4
178:12 179:16
**perception**  82:8
91:2 216:8
**perceptions**  91:6
**perform**  33:5
152:6 183:7
**performance**  49:5
86:16 95:14 129:4
131:18 132:17
133:13 134:19
158:4,5 159:23
161:14,22 162:6
165:11 170:1
209:7
**performing**  180:7
214:9
**period**  37:1,23
116:22,25 123:9
123:11 151:6,23
153:13,15 154:5
178:21 190:3,7
196:15 215:20
216:9
**periodically**  128:2
**perkins**  26:5
**permeation**  44:5
**peroxide**  202:9
**perry**  6:21 31:3
32:11 33:21 60:18
**perry's**  34:6
**person**  18:15 47:8
48:11 74:3 100:18

101:19,22,22
150:5 218:24
**personally**  207:6
212:9
**personnel**  43:2
71:2 72:13 130:3
144:9
**perspective**  32:21
**petrochemicals**
3:10 130:1 132:11
**pex**  3:6,7,9,14
4:10 15:10,13,19
16:1,3,4,14 17:10
18:22,23 24:16,19
25:2,9,12 26:19
28:5,15,18,21 34:9
35:19 37:3,5 39:5
39:25 40:4,21,23
41:16 42:21,24
43:4 44:3 45:5
48:8,16 49:1,5
53:25 54:2,15
58:7 59:19 65:2
70:3 71:20 76:8
77:2,6,10,17 79:9
79:23 80:18 82:12
85:22,23 86:1
88:13 89:18 91:12
92:4 93:10,23
94:13 95:13 96:16
101:7,19 113:11
117:13 118:2
121:2,15 124:10
125:15 126:4,8,21
127:25,25 128:21
130:11 134:6
136:11 138:4
140:22 141:21,24
147:5,9 148:10
151:4,7,10,18
155:11 156:15

158:22 161:7
163:12 164:6,16
169:23,24 170:4
171:19 175:11
178:9 180:25
184:23 186:7
187:17,19 188:1,5
188:9 189:14
190:15 199:22
211:23 213:11
**pexa**  202:2,3,4,9
**pexb**  43:19 63:6,7
63:11,16,18,20,23
63:24,25 64:1,6,10
64:11 162:25
163:3 169:16,19
169:20 170:3,4,7
202:1
**pexc**  3:19,20,22
7:13 28:10 44:8
44:16,17 54:11
63:18,20 64:6,10
64:11 70:14 74:5
74:14 82:16 83:9
84:24,25 85:7,12
85:20 87:2,23
88:19,23 89:8,11
89:14 94:8 98:20
104:20 106:22
116:7,12,13
117:11,15,22
118:7,19 121:6
127:16,21 128:8
128:16 132:4
135:17 152:16,21
159:16,17 162:13
162:15,18 163:4,7
163:20 169:19,21
170:3,4,7 172:19
174:25 175:2,3,6
175:11 182:11

194:11,19,25
197:1,10 198:8,18
200:19 201:13
203:1 214:10,14
**phase**   17:1,6 18:15
49:1
**phases**   23:1
**philadelphia**   2:9
2:20
**phone**   136:15
139:20
**physical**   123:5
**pib**   88:9
**pick**   38:25
**picture**   94:17
**pinhole**   77:3,11
**pinholes**   72:16,17
73:5 203:13,19
**pinholing**   68:20
**pipe**   43:19,21 44:1
44:12,14 45:8
46:16,20 47:17
66:22 68:21 69:8
69:9,25 70:19
72:18,18 73:16,19
73:20 75:5 77:4
77:13,17 89:18
104:14 105:10
106:4,5,22 109:4
109:12,17,22
110:3,7,10,18,20
111:3 119:11
126:13 131:16,17
131:19,23 132:1
132:16,18 133:16
134:1,10 140:23
141:21,23,25
142:3,16 143:22
147:25 149:12,23
150:6,17,24,25
151:4 154:7,15

156:8 159:17,17
165:14 166:11,16
175:24 177:16
181:2,14 196:9,19
196:20
**pipes**   88:8 152:11
165:11
**piping**   45:15,18
47:21 117:23
197:2
**place**   1:25 83:7,18
105:5 118:15
145:15 160:11
**placed**   45:22
155:12
**places**   68:6 118:4
**plague**   111:5
**plains**   8:23
**plaintiffs**   1:9,21
2:2 4:8 214:4
218:11
**plan**   55:1,3 99:4
126:12,14 143:19
199:1
**plant**   74:20 75:15
75:19 76:12
138:18
**plastic**   13:4,10
187:21,24
**platz**   27:7 146:14
146:22
**play**   36:5 158:8
**playing**   76:4
**plaza**   1:22 218:12
**please**   5:3 119:20
138:9 220:4,9
**plumbing**   4:10
112:13 116:20
**plus**   142:19
154:12

**pluses**   80:4
**point**   14:3 15:7,11
17:14 25:1,19
26:1,21 30:15
37:19,21 38:20
39:7,13 46:20
54:17 56:18 57:19
58:5,14 61:4
64:22 65:7 68:18
69:2,10,14 70:6
71:12,14 72:1,15
73:3,4 75:1 77:2
77:11 79:13 81:10
81:19 82:3 83:5
83:15 84:12,15
85:4,15 90:23,25
94:21 95:12 98:16
99:5 101:18,22
104:17 107:3
108:2 113:24
118:20 122:16,19
123:16 124:13
127:22 130:8
137:6,11,21
139:22 141:12,15
142:4,6,24 143:21
143:25 145:8
151:22 152:18
155:15 159:24
160:2,6,10,21,24
162:9,17 179:22
179:25 195:3
198:25 201:3
203:16 204:1
209:8 210:6 211:4
**pointed**   205:10
**points**   57:6 84:2
98:25 99:10
157:25 159:21
168:5,11

**polakoff**   2:8
**policies**   39:24 54:6
93:18 159:20
207:14 215:4
**policy**   111:4 119:7
153:3 159:25,25
160:7,8 215:2,13
**poly**   187:20
**polyethylene**
177:22
**polymer**   169:14
**polyolefins**   3:10
**polyphenylsulfone**
187:22
**portion**   19:5,8
80:25 197:21
**portions**   173:18
**posed**   159:19
**position**   20:5 21:1
21:5 29:18 31:22
48:19 65:1 198:17
207:23
**positions**   30:23
**positive**   64:25
80:10 144:10
**possession**   211:16
**possible**   138:20
139:14 206:13,15
214:21
**possibly**   27:13
139:10 149:7
159:7 202:4
**post**   73:3
**posting**   20:21
**postulates**   83:21
**potential**   31:19
104:16 159:19
192:5 194:1 199:3
**potentially**   5:19
161:18 187:14
193:2

**power** 10:14
**practice** 179:19
**practices** 172:9
**preceded** 78:15
**predates** 173:11
**preference** 115:23
**preliminary** 67:21
**premus** 74:10,11
**preparation** 7:3
**prepare** 5:15 6:3
**prepared** 92:7,8,8
  198:24
**preparing** 90:13
**present** 34:17,22
  35:12 96:3,4 99:5
  195:8
**presentation**
  62:14 80:2,5 81:5
  82:9,25 93:5,15
  94:12 96:10,15
  97:15 127:5,7,11
  127:13,21 128:5
  128:14,25 159:6,9
  194:24 197:25
  198:2
**presentations**
  62:12,18 127:15
  127:18
**presented** 16:8,11
  92:10,11,13 93:11
  94:22 95:25 97:6
  97:11 98:6,10,24
  107:25 128:1
  195:1,14 198:5,8
**presenting** 75:10
  83:3 92:25 94:18
  96:6 127:16 174:1
**presently** 19:11
**president** 74:20
**pressure** 73:5,9,11
  167:3 168:10

**pressures** 167:25
  168:2,6
**pretty** 114:16
**previous** 6:5 77:20
  172:24
**previously** 89:17
  102:15,16 121:8
  121:11 125:6
**prim** 175:4
**primarily** 10:14
  17:13 32:4 36:15
  44:25 84:19 101:7
  180:19 188:10
**primary** 18:7
  44:23 176:10
  188:9
**prime** 137:4
**printed** 119:25
  136:9 146:17
  148:7,20 154:8,9
  157:6
**printing** 154:19
**prior** 71:19 142:21
  150:24 187:24
  189:22
**pro** 185:15
**probably** 17:16
  18:7 25:6 26:6
  27:6,10,13 28:6
  54:21 66:23 74:7
  74:9,10 124:25
  133:3 166:20
  168:18 205:19
  213:5
**problem** 93:10
  94:13 95:13
  114:21 122:13
  128:21 145:21
  180:24 181:9,11
  181:15 184:19
  206:19 209:11

**problems** 37:14
  56:22,23,25 77:2,3
  77:6,10 93:20
  109:8 128:22,23
  129:2,10 144:18
  160:15 185:2
**procedure** 1:24
  218:14
**proceed** 62:20
  98:1
**process** 3:16 22:20
  22:21,23,25 42:22
  45:4 46:12,15,20
  47:2,5,9,17 48:7
  48:12 52:24 56:4
  56:14 58:4,12,18
  58:19 59:15,18
  60:2,7 68:23 69:1
  69:4 70:7 71:19
  71:23,25 72:20
  73:2 79:20 83:1,6
  83:9,14,16 84:24
  85:15 104:23
  118:24 127:19
  135:17 137:13,25
  138:3,23 141:24
  156:12,21 161:17
  170:17 171:10,14
  174:3,19 176:6
  178:17,24 179:6
  189:25 197:23
  200:8 201:14
  202:13,14
**processes** 11:16
  12:19 59:22 70:10
  74:25 84:4 158:16
  176:1,2
**processing** 161:11
  161:13,22
**produce** 64:5
  162:23 170:7

  185:15 211:21
**produced** 1:18
  42:3 66:14 102:18
  149:1 162:25
  163:2,3 164:2
  172:5 185:14
**producers** 117:5
  185:17 186:15
**product** 7:13 10:9
  10:14,18 11:6,8,17
  11:24,25 12:20
  14:19 17:22 20:2
  22:22 23:1,3,7
  25:9,12,16 26:8
  28:10 29:9 30:7,9
  31:1,6,8,12,12,23
  31:24 32:2,20
  33:10,14,14,18
  34:5,9,18 35:3,5
  35:24 36:3,4,11,18
  36:21 37:12 38:22
  39:5 40:1 48:9,10
  49:13,15,17 50:2,4
  50:11,13 51:7,7,9
  51:10 52:7,13
  53:8,15,19 58:7,21
  58:25 61:5,6,7,9
  61:13,14,17,22
  62:4,5,15,19,21,25
  63:7,12,14 64:7
  65:2 66:4,6,12
  69:6 74:5 76:8
  77:6 78:21,24
  79:13,19 80:3,8,11
  80:15,18 81:6,13
  81:20 82:4,4,8,10
  82:12,14,17,20
  83:9 84:24,25
  85:1,22,24 86:2,9
  86:14,15,15,24
  87:13,21 88:3

89:12 93:13,25
94:5,9 104:18,20
105:17 106:1,13
106:14,15,19
111:10 113:12
114:2 115:9
116:21 117:6
118:19 121:6
123:5 127:23,24
128:2,19 130:22
133:6,6,21 145:5
147:4 151:18
152:20 153:4,7,9
153:10 155:24
156:1 159:14
160:13,20,23
161:14,18,22
162:2,5,15,23,25
163:3,4,7,20 164:6
168:1 169:7,19
172:18,19,22
174:15,25 176:13
176:25 179:23
180:1,7,13,17,19
181:5,8,16,20
182:1,4,5 184:24
186:23,24 187:10
188:7,25 189:7,21
189:23 190:12,21
192:15 194:1
195:4,21,24 196:4
197:1,21 198:1,4
199:4,6,9,11,12,14
199:15,18,23,24
200:6,10 201:1,6
201:20,25 203:16
203:17 204:6,7,19
205:4,5,10,13,19
205:21 206:2,10
206:14,19 207:16
211:2,6,7 212:8

213:11 215:19
**product's**  95:14
  129:4
**production**  11:18
  75:7 76:7,11
  197:23,24
**productivity**  10:2
  11:21
**products**  9:13,25
  10:5,13 11:8
  12:21 13:4 15:2,3
  19:15 22:11,13
  24:16 26:9,13,14
  26:20 31:13,14,16
  31:18,19,21 32:4
  32:24 33:4,6,8,9
  35:20 36:17 37:3
  37:4,5 39:2 40:5
  52:9,12 53:18,21
  53:22,24 54:6,10
  54:11 59:19 61:25
  63:6,17 70:3 79:5
  79:10 85:20 87:2
  87:23 88:13,18,19
  88:20,23 89:7,8,9
  93:24 96:16 116:7
  116:10,19 117:16
  125:15 126:4
  130:11 138:4
  140:1 147:9,10
  151:7 155:17,19
  155:22 156:3,11
  163:12,15 169:13
  170:2,4,10 180:14
  180:16 182:11
  185:24 186:2,7,7,8
  189:14 192:8
  199:17 210:17
  211:23 216:13
**professional**  8:8

**program**  3:6,9
  14:14,16,23 15:1
  15:22 16:9,20
  19:21,23 20:10,10
  20:18,19 21:1,8,10
  21:15 22:6 24:14
  24:20 25:2 28:22
  29:1 34:21 35:2
  41:17 70:1 71:4,6
  96:7 126:22
  127:16,21 208:7
  208:21 209:13,25
  210:11 211:13
**programs**  91:13
**progress**  23:2
  128:16
**progressed**  17:12
  18:5
**project**  3:16 7:12
  11:3 12:16 15:13
  15:19 16:1 17:10
  18:2,5,16 23:6,9
  23:21,23 25:4
  26:22,24,25 27:12
  27:17 28:5,16
  34:10 41:3,19
  42:17,17,23,24
  43:2,4,9,13 66:1
  87:3 97:17,21,23
  98:2,15 99:8
  100:21,23 101:3
  110:2 119:6
  124:19 125:2
  131:22 132:25
  139:13 146:8
  147:5 151:12
  159:14 161:10
  162:4,13,18
  163:14 170:16
  171:16 172:7,15
  173:15,20,22

174:11 175:18
  176:9,11,21
  178:16,17,19
  179:1,3 182:4
  197:16,18 198:21
  200:19 201:21,22
  210:18 211:12
  216:6
**projected**  93:24
**projects**  10:22
  15:6,25 17:3,4
  19:17 21:14 22:10
  22:11,20 24:18
  29:4 42:12 58:7
  101:7,20 124:10
  136:11 140:1
  172:24 173:3,4,7
  184:23 187:7
  210:15,16
**promoted**  19:23
  20:4 209:2
**promoting**  40:8
  99:13 113:20
  115:14
**promotion**  12:6
  20:6 31:5
**promotions**  12:3
**proof**  169:1
**propagate**  135:3
**proper**  83:7,17
**properly**  206:11
**properties**  174:16
**proposal**  49:1 56:3
**proposed**  65:23
  109:3 112:9
  125:10
**propounded**  222:8
**proprietary**  98:20
  98:20
**protect**  156:14

**protection** 44:15
44:18,23
**protocol** 187:1
**proved** 144:22
**provide** 33:6 55:6
107:14 147:20
201:5 211:17
**provided** 49:24
87:19 131:23
198:12
**provides** 33:24
215:15
**providing** 121:5
**provisional** 111:3
**public** 1:19 116:11
117:17 187:13
218:4 222:21
**pull** 111:9,11
147:20
**pulled** 190:11
**purchase** 189:21
196:18
**purchased** 19:4,5
32:25 63:24
152:15 186:9
188:10 189:7
204:25
**purchaser** 196:11
**purchases** 117:21
**purchasing** 189:23
**pure** 144:21
**purpose** 68:7
96:17 102:9 109:2
**pursuant** 1:23
218:14
**pursue** 16:14
115:15 214:18
**pursuing** 108:9
**put** 46:24 82:7
89:15 96:15 99:7
125:10 143:9

153:4 205:19
**putting** 71:1 80:22
104:4 154:1,3

**q**

**qc** 70:1 71:25 72:1
72:14 73:2 83:7
83:17
**quality** 9:12,13,25
10:5 11:5 30:11
30:12,14 31:3
32:12,15,21 49:5
58:20 61:8 69:6
70:9,14,21,23 71:4
71:6 72:3 73:15
74:4 106:21 107:4
118:5,9 177:1
181:5,20 203:12
203:20,22 204:12
**quantify** 167:20
**quarter** 72:18
**question** 4:22 5:1
5:2,3,5,9 70:8,12
83:11 94:16
103:15,16 107:1
108:21 111:15
112:3 113:6 129:4
129:7 149:16
152:4 160:9
186:17,18,18
205:17 213:6
**questioned** 107:4
**questioning** 107:5
**questions** 3:2,4 4:6
168:22 213:21
214:2,6 216:20,21
222:8
**quiet** 199:1
**quite** 48:4 144:20
202:10
**quote** 142:11

**r**

**r** 2:1 21:24 22:1
219:9 221:3,3
**radiant** 44:25 81:1
**radiation** 174:19
**raised** 115:16
**raising** 107:1
**ran** 59:21 150:16
**randy** 17:16 76:18
92:9,21 94:18
96:6 140:22 184:6
200:18 201:11
**range** 53:24 135:7
**rate** 135:10
**rated** 162:24
163:1 180:17
**rating** 162:16
163:12
**rationale** 58:17
**ray** 1:5
**reach** 80:21
**reached** 59:10,25
**reaches** 78:20
**react** 172:8
**reacting** 97:10
**reaction** 97:18
144:24 171:22
172:1,4,10 202:9
**read** 34:24,25 65:7
104:24 112:8
122:3,4 132:10
165:17 167:23
173:14 216:22
220:4 222:5
**reads** 41:16 57:7
58:19 74:23 75:1
85:7 126:21
158:22 159:14
161:10 170:16
179:18 195:17
197:9

**reality** 98:19
**realize** 182:9
**really** 7:6 14:6
28:25 32:4 58:24
59:3,11,13,13
66:10 67:19 70:25
77:18,22 78:18
79:12 81:18 98:16
102:10 105:20,24
108:5,17 109:2
111:15 132:12
139:3 145:11
149:9 155:15
156:20 161:20
168:13 172:7
174:2 190:10
206:17 208:25
209:12 211:6
**realm** 18:21
**reapplied** 37:21
39:5,6
**reason** 46:18 64:5
64:14 72:3 95:23
130:20 155:12
162:3 166:15
177:25 196:7
199:16 216:11,16
216:17 220:6
221:7,9,11,13,15
221:17,19,21,23
**reasons** 196:11
**recall** 6:13 21:18
27:2 28:8 71:21
82:22 85:2,23
87:25 88:11 94:10
95:2,22 96:13,23
97:13 98:9 107:18
122:20 124:6,6,11
127:18 135:19
136:10 138:1,6,12
139:10 140:11

141:22 144:24
145:1,11,22
146:13,24 147:6
147:11,23,24
153:6 154:21,23
159:4,12 164:12
164:14,18 174:9
177:9 183:3,5
184:12,13,16,23
184:25 185:5,8
188:22 189:4
193:23 214:11,20
**receipt** 220:16
**receive** 142:21
**received** 9:17 12:9
13:14 31:5 42:5
103:8 120:8,12
124:9,17,24 136:8
145:6 146:10,14
171:2,6,8 187:13
191:17
**receives** 86:11
**receiving** 142:22
180:3 181:24
**recertification**
36:12 37:2 113:1
113:25 114:1
155:24 157:22
**recertified** 114:3
118:21 119:1
150:25 215:19
**recess** 60:15 116:2
156:24 194:4
213:18
**recipient** 149:2
**recipients** 124:20
146:20
**reciprocating**
10:20
**recirculation**
162:16

**recognize** 41:22
43:12 91:22
100:11 102:20
120:4,7 121:17,21
124:3 127:1 136:4
140:25 148:17
157:13 159:2
164:8 170:22
184:10 188:19
191:17 193:19
194:14 197:12,14
200:22 203:5
**recollection**
135:16 171:21
**recommendation**
17:18 39:10
154:20
**recommendations**
171:12 175:19
**recommended**
69:25 134:17
143:3,4
**recommending**
67:11 71:3 120:20
**reconsidered**
202:3
**record** 6:11 62:4
63:2 84:7 108:24
116:4 129:19,23
151:17 218:18
**recording** 132:21
**records** 15:18
72:12 151:21
152:9 157:6 191:5
212:2,17
**red** 104:14 105:9
107:7 108:18
109:4 111:3
126:13 141:23
142:3,8 165:7,24
166:11,16

**reduce** 11:23
38:23 176:11
**reduced** 53:11
116:24
**reduction** 43:24
44:5 45:2
**reel** 73:6,7,12,14
**reestablish** 104:19
108:4 115:18
118:22
**reestablished**
119:8
**reevaluated** 119:7
**refer** 50:6 51:15
51:16 67:14
157:24
**referred** 125:20
**referring** 43:6
45:11 51:23 56:10
56:15 66:16 70:25
71:5 81:23 82:1
93:14 103:11
130:2 132:15
134:14,25 138:22
149:14 150:1,3,7
175:14 204:15
**refers** 50:7,21,22
51:2 55:3 56:14
66:8 68:11 69:15
71:16 73:8 78:8
103:1 134:20
136:21 139:6
161:15 162:12
169:3 175:13
188:23 190:13
200:25 204:8
**reflect** 136:16
**reflected** 83:25
97:11 110:19
125:5,6 131:7
132:10,24 159:11

173:15
**reflection** 203:20
**reflective** 139:21
182:5
**reformulated**
49:14 51:8 87:20
**reformulating**
49:13
**reformulation**
3:19,20,22 7:12,22
25:4,9,12 26:19
27:12,17 28:5,16
34:10 41:3,6
42:12 51:7 70:16
85:22 87:3,8,12
90:9 97:17,21
98:1,14 100:23
130:22 132:25
133:4 139:13
151:12 162:4,21
163:14 171:16
182:3 194:11,19
194:25 196:3
197:10,15,17
198:18 201:12,21
203:1 204:7 216:6
**refresh** 42:10
85:18 121:23
131:9 135:15
**regard** 36:20
**regarding** 4:10
15:25 81:19
130:11,17 152:10
184:14 194:25
207:14 215:2
**regardless** 156:11
**regards** 142:24
190:10 213:11
**regimen** 117:15,19
**region** 2:19

**regression** 166:18
  167:7
**regret** 201:14
**regular** 136:12
**rehau** 89:3
**reinstate** 121:1
**reinstated** 122:1
**reinstatement**
  104:22 121:15
**reissued** 113:14
**reject** 109:4 140:2
  169:7 172:9
**rejected** 108:14,22
**related** 42:12
  53:19 76:22 94:1
  94:4,7 155:21
  211:14
**relating** 4:3
**relation** 65:2
**relationship** 19:6
  52:8 82:18 86:14
  112:13 133:2
  139:16 152:17,23
  155:18 173:10
  179:4
**relative** 15:10
  17:16 30:18 43:23
  48:8 77:19 81:15
  82:11 85:23 86:2
  87:9,20 99:18
  120:16 125:14
  134:4 144:18
  165:21 168:17
  169:23 182:6
  184:22 185:1
  187:10 205:16
  215:13 218:25
**relatively** 40:21
**relevant** 126:3
  215:5

**reliable** 176:23,25
**reliably** 172:16
  173:23 176:14
**reliant** 151:22
**relocated** 72:2,4
**rely** 111:8
**rema** 21:22
**remember** 6:1,17
  7:20,23 8:1 10:23
  13:24 14:3,6,8
  15:6,16,20 16:16
  17:3,5,21 20:15,23
  22:3 23:24 24:3
  24:22,23,25 25:13
  25:19,22 27:15,19
  28:1,7 30:22
  34:15 37:16 38:17
  38:19 39:12,22,23
  40:2,2,3,6,20,25
  41:4,7 42:1,13
  45:6,10 47:1,6,22
  48:3 52:23 55:5
  55:24,25 57:17,24
  59:8,9,20,20 60:5
  67:2,7,11,23 68:2
  68:9,25 69:13,22
  71:5 72:5,9,24
  74:16 75:25 76:2
  79:11,12,16 81:24
  82:23 85:3 86:22
  87:5 88:1,14,15
  90:8,11 92:1,2,11
  92:17,19,20,23
  93:3 94:6,10
  95:11 96:6 97:20
  98:4 100:13 101:1
  101:10,17 102:8
  102:10,11,22
  103:5 108:11,11
  108:25 110:16
  111:7 118:4 119:2

119:3,14 120:9,13
  121:22 122:7,18
  126:15 127:3,4,9
  127:12 130:6,8,10
  130:12,15,16,25
  131:3,12 132:2,7
  137:3,9,22 138:1
  140:5 141:2,4,5
  143:4 145:22
  148:1,18 152:12
  153:22 157:16
  159:7,9 164:11,15
  170:25 171:1,3,8
  171:24 172:11
  177:2,3 178:20,22
  184:21 185:21,23
  186:3,6 187:9
  189:2,5 191:20,21
  192:10,17 193:9
  194:17,21,23,24
  195:12 203:7,8,10
  211:24 212:11,12
  213:9,13
**remind** 111:2
**remove** 153:7,10
  153:11 154:19
**render** 165:10
  166:10
**renewals** 36:8
**renewed** 36:6
  37:22
**renewing** 36:24
**reorganization**
  210:5 211:9
**repeat** 165:16
**replacement**
  162:13,18
**replicated** 38:24
**report** 3:6,10,16
  5:21,23 6:2,14,15
  7:2,5,18,19,21,24

15:21 30:6 31:7,8
  41:17 42:5 46:10
  48:17,25 50:18
  51:18 58:2 59:4
  60:21 66:14 71:9
  75:16 76:6 82:7
  96:24 104:7
  124:15 141:19
  170:17 171:23,25
  172:2,8 178:15
  180:3,23 182:19
  183:13,20,23
**reported** 16:21
  21:10,16 29:2
  32:12,14 47:12
  60:19 96:25 97:3
  97:3 128:18
  135:14 208:11
  212:10
**reporter** 35:1
  122:5 165:18
**reporting** 29:6
  30:16 35:10
  141:16 209:9
**reports** 16:23
  30:20 32:8 33:6
  36:19 60:22 61:23
  62:11 123:15,16
  123:18,21 210:8
**represent** 4:8
  214:4
**representative**
  126:3
**represented**
  218:21
**reputation** 66:7
**request** 7:19 50:3
  104:22
**requested** 34:7,25
  119:5 122:4
  165:17

**required** 98:1
  187:5
**requirement** 55:9
  71:14 104:15
  110:2 115:7 193:4
**requirements**
  51:12,25 53:10
  55:2 57:8,15,20
  65:3,14,20,21 86:3
  95:16 129:6
  131:21 172:18
  176:16 190:16
  192:22 193:6
  212:21
**requires** 36:12,13
  165:20
**resells** 63:23
**reserve** 211:15,21
  212:13
**reserved** 218:20
**residence** 135:11
  219:13
**residual** 69:24
  181:1,13
**resin** 42:21 49:1
  79:24 98:21,22
  130:14,22 131:3
  134:18 195:19,23
  196:6,9,12,14,17
  196:20 203:14,23
  204:3 205:2
**resins** 130:18,21
  131:2
**resistance** 28:15
  50:6 81:11 122:15
  122:23 129:5
  131:23 133:2
  134:18 162:7,15
  165:6 168:14
  181:2,14

**resistant** 28:11
  49:19 95:15 187:6
  192:2
**resold** 63:24
  117:17
**resolve** 32:22,24
  33:3 172:15
**resolved** 77:24
  122:22 155:13
**resource** 61:11
**resources** 61:12
  75:3
**respect** 216:3
**responded** 97:14
  104:6 174:6
**response** 141:18
  168:15
**responses** 94:15
**responsibilities**
  9:10,23 12:4,7,14
  14:16 20:7 21:8
  30:5 32:13,17
  34:20 35:7 60:23
  61:3
**responsible** 11:7,9
  11:15,17 12:18
  29:2,21 32:3
**rest** 125:17
**result** 21:11 60:6
  61:6 68:21 72:19
  113:20 173:22
**results** 69:3
  105:14,16 123:12
  142:21 143:7
  144:6 150:13,23
  153:17 163:8
  178:10,11 181:4
  181:19 182:10
  189:11
**retain** 138:15

**retained** 164:21
  164:25
**retention** 212:21
**retested** 119:11
**retesting** 36:13
**retired** 75:23
**return** 199:19
  220:14
**returned** 33:4,5,8
  190:24
**returning** 114:5
**returns** 34:5 76:20
  76:21 191:4
**review** 3:7 4:18
  5:18 32:24 92:5
  128:22 138:9
  160:1,8
**reviewed** 6:16 7:3
  90:13 98:7 105:17
  182:24
**reviewing** 120:5
  121:19 124:5
  127:2 136:6 141:1
  146:12 148:15
  149:15 157:15
  159:3 164:10
  170:24 184:11
  188:21 191:19
  193:22 194:16
  197:13 200:23
  203:6
**reviews** 23:4
  105:25 127:23
**revision** 89:20,25
**revoking** 107:2
**rex** 24:8 92:22
  97:6
**rheem** 9:1,3 12:9
  12:10,15,23 13:2
  13:11,13

**rhode** 179:14
**richard** 1:18 218:4
**rick** 14:6 15:23
  17:15 25:25 97:3
  97:3 140:21 184:5
**right** 4:12 5:12
  14:20 15:4,17
  17:16 18:25 22:4
  23:13 24:4,11,12
  24:19,24 25:22
  26:4,7 27:10
  29:10 31:25 33:11
  33:16,22 34:12
  36:8 38:3 39:2,7
  40:11,22 42:6,15
  43:8,10 44:24
  45:13,13 49:19
  53:9,25,25 54:21
  54:23 55:4 56:2
  56:20,25 57:10
  58:8 60:20 62:11
  62:11,16 63:3
  64:17 66:18 67:8
  67:11 69:21 70:12
  74:1 77:20 78:25
  79:1,3,18,21 80:19
  80:23 81:13,16,17
  82:7,14,22 83:3
  86:14,16 89:3,23
  90:5,19,20,24 91:4
  91:13 93:1,3,7,20
  96:12 97:17,23
  98:17 99:11,14,18
  99:18 101:4,14,17
  102:6,14,25 103:4
  103:8,9 104:3
  105:20,23 106:5
  106:12,24 108:17
  108:25 109:5,9,18
  110:16 111:8,16
  111:24 113:10,14

113:25 114:14
115:17 116:8,19
116:21,24 117:4,6
117:19 118:17,21
119:15 120:19
125:25 127:24
129:1,11 134:5
136:8,13,17 141:9
143:9,14,19,23
144:4,16,18,21
145:5,12 146:18
146:23 148:21
149:4 151:11,20
151:22,25 152:16
153:18 154:15
158:16 161:24
162:18 166:23
167:9,9,20,25
168:3,17 171:2
174:22 175:9
182:6 185:18
186:16 188:10
195:24 196:7
197:16 198:9,10
199:13 202:7,10
203:16 205:6,14
205:22 206:8,14
206:15,17,23
207:20 208:4
209:4 211:8,18
212:4,20 213:14
**risk**  66:5 93:12
94:23 129:2
160:21,24,25
187:14 195:17
**risks**  66:1,2
**rmr**  1:19
**robert**  1:6
**roger**  31:2 32:8
**role**  12:23 15:21
17:19 29:20 30:2

30:5 32:19 33:2
33:25 34:9,17
35:22 36:16 60:20
61:15 67:4 75:20
76:9 134:2,4
146:25 151:4
178:19 208:23
210:2 211:3,14
**roles**  12:2 18:9
21:20
**rolled**  199:10
**rolling**  199:1
**room**  92:14
**round**  147:18
**rounds**  131:1
**routine**  124:19
136:14 183:15,18
**routinely**  192:20
**rules**  1:24 114:20
114:24,25 115:3,6
218:14
**run**  143:12
**running**  199:14
200:5

**s**

**s**  2:1 179:13
**safe**  104:17
**safety**  207:2
**saith**  216:25
**sales**  198:24
**sample**  66:4,11
104:16 138:15,17
138:19 155:3
164:22,25 165:4
189:19
**samples**  53:12
179:24 180:2
**san**  77:21,23
**sarah**  1:6 101:14
**sat**  207:4

**satisfied**  205:11
**satisfy**  110:10
**saw**  10:17,17,22
124:19 152:9
**saws**  10:19,20
**saying**  33:13 54:19
57:14 67:13 80:13
95:24 106:24
108:8 117:10,12
119:10 120:25
128:1 133:12,20
137:18 154:7
158:6 159:22
162:5 166:10
176:10 178:5
201:18 205:8
**says**  33:9 42:17
43:9 46:15 47:16
47:24 49:4,8,8
50:24 51:12 55:1
55:1,6 56:12
58:17 62:20 64:24
66:3,5,6,18,18
67:20 68:19 69:1
69:23 71:14 72:1
72:16,16,19 73:3,4
73:13 76:19,21
77:1,2,3,10 80:8,8
81:10 83:7,16
85:16 89:20,25
93:11 99:1,2
104:14 106:1,16
110:23 111:1
120:1 122:13
125:16 126:12
131:6,14 134:17
135:5 138:8,14
140:19 148:23
149:9,21 155:2,10
156:14 159:15
160:7 161:12

164:20 165:4,7,24
168:23 174:11,13
175:17 177:16
179:20,22,25
180:25 181:12
183:7 189:10
194:10 195:18
199:1,2 201:12
203:1,12,13
204:13
**scenario**  138:20
**schedule**  68:6
**school**  8:5,6
**science**  8:7
**scope**  31:24 35:16
42:17,18,24
**scott**  31:3 32:11
34:6 60:18 61:6
101:13
**scott's**  32:19 33:4
**screening**  131:1
**screws**  193:25
194:1 204:6,20,23
204:25
**seal**  219:5
**search**  211:25
212:1 213:4,8
**searched**  212:3
**searches**  213:11
**second**  8:2 42:16
46:15 68:18 69:2
77:12 81:10 95:12
102:3 104:10
120:23 122:9
131:14 142:10,13
149:18 152:25
159:24 160:6
172:12,14 179:22
189:9 193:18
**section**  68:13,15
71:8,10,25 72:14

74:19 76:18,20
78:3,16 79:22
85:13 104:11
110:25 131:13
168:21 177:14
**secure** 144:11
**secured** 154:5
**see** 10:23 26:2
57:10 65:4 80:4
92:4 99:25 107:13
108:5 177:23
191:25 192:13
213:15
**seeing** 164:12
191:24
**seek** 99:2 113:24
**seeking** 56:19
112:25
**seen** 62:8 88:10
102:21,23 124:4
148:14 164:13
173:2
**selected** 20:25
98:24 196:13
**selection** 42:19
**self** 8:18
**sell** 31:16 63:15
64:6,15 66:6
145:4 152:21
160:22 196:24
200:2
**seller** 202:19
**selling** 64:6,15
133:21
**sells** 63:19 89:11
116:11 117:5
202:2
**send** 90:7 120:19
138:9,18
**sending** 103:1
136:1,20 141:4,5

142:16
**sends** 122:11
201:11 206:10
**senior** 12:16 93:5
93:6 96:21 141:9
141:10,13 144:8
**sense** 81:18 105:8
**sensitive** 174:18
**sent** 90:8 103:23
120:21 124:12
125:6 138:9
140:19,25 141:8
141:19 144:9,25
144:25 184:10
186:11 191:14
**sentence** 156:13
**separate** 61:4
**separated** 210:11
**september** 136:2
136:20 138:23
**sequence** 158:13
**series** 10:19 37:17
127:25 201:23,25
207:21
**serve** 210:18
**served** 72:22
91:11
**server** 212:1
**services** 33:7 34:4
55:7
**set** 45:9 58:11
85:24 86:17 96:3
142:2 149:13,24
150:8,14,15,20
166:24 167:1,1,6
168:4,9 201:3
219:4
**setting** 103:13
**seven** 107:14
108:9 125:4 143:9

**sexton** 27:7 48:9
48:17 103:2
191:14
**shadowing** 175:13
175:21,22
**shamberg** 2:3 3:4
213:22 214:2,4
216:19
**share** 16:2,6,8
49:16 106:9
114:22 123:18
139:23 212:18
**shared** 51:18
172:2
**sheet** 220:7,10,12
220:15 222:11
**shifted** 210:9
**ship** 142:25
**shipment** 142:18
**shipments** 189:24
199:3
**shipped** 73:20
74:6 142:13
**short** 60:13 156:22
**shorter** 179:23
214:6
**shortly** 208:4
**show** 67:18 99:8
207:21 209:10
**showing** 81:8
169:16 208:16
209:13
**shown** 92:14 167:4
209:14
**shows** 146:21
166:15,24 170:18
178:16 179:1
**side** 11:6 61:7,9
101:23 209:12
**sign** 23:13 62:24
63:1 216:22 220:9

**signature** 218:19
222:14
**significance** 7:9
**significant** 53:14
69:4,7 70:17
77:16 93:12 94:22
95:24 139:25
143:16
**significantly**
204:14
**signing** 220:11
**similar** 69:24
**similarly** 1:8
206:10
**simpler** 205:17
**single** 104:18
119:13
**sit** 126:7 167:16
175:8
**site** 75:6
**situated** 1:8
**slide** 98:6,10,23
204:2
**slides** 92:14 94:19
96:3 129:8,12
**slight** 35:15
204:10
**slightly** 33:2 60:19
64:19 190:22
**slope** 167:8
**sloughing** 68:21
**slow** 134:18
**slower** 202:13,14
**smaller** 63:8
**smallwood** 75:15
76:7
**sminkey** 1:5
**sold** 33:9 61:17
63:11,14,16,16
70:22 99:24
155:22 184:20

187:13 190:25
199:25 202:1
206:14,20
**solution** 113:20
**solutions** 2:19
**somebody** 7:17
15:13 16:13 20:12
24:15 47:7,12
48:5 50:13 62:21
74:7 84:8 95:7
116:13,23 125:8
136:22 139:7
206:10 212:1
213:3
**someplace** 75:25
**somewhat** 122:6
157:18
**soon** 125:17
156:16
**sorry** 20:17 30:13
35:5 40:13 45:24
50:23 51:17,25
58:9,10 65:5,6,16
66:10 67:15 69:9
70:4 77:8 78:6,12
83:10,12 84:14
85:9,10 86:7
105:15 110:8
111:20 113:6
122:2,10 128:11
129:7 138:25
139:1 147:3 166:8
175:16 177:12
182:20 195:11
211:20
**sort** 48:6 102:5
119:3 156:7 200:8
**source** 33:1 83:6
83:16 104:18
193:7

**sourced** 31:15
118:6 185:19,25
186:20
**sources** 117:8,25
118:3 135:14
185:20,21 193:9
**sourcing** 186:15
**south** 8:10
**space** 220:7
**span** 201:3
**speak** 75:13
**speaking** 60:18
**specific** 14:13 17:3
17:21 25:13 28:3
34:16 51:24 56:2
60:5 77:14 88:1
95:2 97:18 99:10
101:1 102:22
123:10 127:18
134:23 138:17
140:5 152:12
168:13 189:20
194:21,23 197:14
203:7,10 212:19
213:7
**specifically** 10:11
16:16 24:3 27:12
28:7 39:12,23
40:6,20,25 47:1
52:16 55:23,24
59:8,20 62:7 67:7
67:12 68:9,13
69:22 73:23 74:1
82:22 85:2 96:23
97:13 103:5
121:22 124:11
137:22 138:12
139:10 147:6,12
150:2 153:22
154:21,23 159:4,8
161:3 164:11,14

164:18 172:11,22
175:15 177:2
185:9 189:4
193:24 194:17
195:13,22 204:6
205:1 211:20,24
213:9 214:20
**specifications**
212:25
**specifics** 37:17
55:5 57:17,24
88:16 100:13
119:2 120:9,14
130:25 131:3
138:6 141:2
148:18 171:1
189:8 191:20
192:10 212:11
213:13
**specifies** 195:2
**spectrum** 26:10
**speculating**
144:15
**speculation**
112:16 113:15
144:21
**speed** 135:10
**speeds** 205:2
**spell** 21:23,25
**split** 77:4,13
**spoke** 149:10,21
**ss** 218:1
**stability** 134:1
**stabilization** 69:5
181:3
**stabilized** 131:20
132:18 133:13
**stabilizers** 69:25
**staff** 75:4,13
152:10

**stage** 22:25 195:11
**stages** 23:3,11
**stand** 160:4
210:12
**standard** 11:24
54:15 56:18,22
57:1,24 81:15
86:1 93:19,21
95:15 108:7
109:25 110:1
119:13 125:22
126:1 129:6
139:12,14 144:19
159:22 165:13,19
165:25 166:3,5,9
167:15,23 169:12
172:17 173:24
176:15 178:13
182:13 185:13
187:5 190:19
192:4 205:19,24
206:2,6 207:16
214:25 215:3,5
**standards** 4:19
5:11 31:1 35:23
36:18 54:6 55:21
57:16 65:22 86:15
86:16 110:6,11,12
125:14 126:3,5
144:17 159:20
160:16 161:1,4
165:21 166:13
169:23 181:18
183:11 184:22
185:4 186:25
187:3 190:15
193:4 205:5,12
206:25 207:1,4,7
207:13 215:6
**standpoint** 16:12
44:25 110:23

**[standpoint - sure]**                                                  Page 39

111:8 118:17
132:13 167:21
202:11,16,18
**stands**  46:1 134:23
**start**  39:20 143:5
143:19 149:8
**started**  8:22 9:25
12:13 15:10,12,14
16:20 17:20,24
18:1 27:3 32:18
38:4 60:8 61:4
101:24 153:18
154:24 187:19
201:21
**starting**  142:19
**starts**  31:16 78:18
**state**  1:20 8:7
16:13 218:1,5
220:6
**stated**  66:13
**statement**  27:21
58:23 93:10 94:12
94:13 95:13 105:5
109:20 128:21
134:12 173:2
180:24
**statements**  6:11
167:21
**states**  1:1 122:12
153:3 172:13
175:7,9 176:9
**stating**  16:17
133:10 153:3
**status**  96:16 128:6
128:19 140:22
141:20 157:20
**stayed**  13:11 101:3
198:20
**stays**  81:2
**steep**  167:9

**stenograph**  218:16
**steps**  26:23 59:17
132:8,19,23
145:20 181:7
186:19,23
**steve**  23:16,17
24:8 25:25 92:21
97:19 146:23
**stood**  144:17
**stop**  19:3
**stopped**  154:1,3
**storage**  126:13
**strategic**  147:21
147:25
**strategies**  67:5,9
**strategy**  3:7,9,14
89:19 91:8 92:5
112:9 113:12,23
118:20 126:22
142:23 147:17,20
158:23 159:16
160:19
**stream**  190:25
**street**  2:9,20
**strength**  134:1
**stress**  189:16
**strife**  199:3
**strike**  112:12,19
200:7
**structure**  35:9
215:12
**student**  8:9
**studies**  8:12
**study**  47:3 163:15
180:21
**studying**  59:2
**stuff**  84:4
**sub**  19:17
**subgroup**  124:23
**subject**  53:3
121:14 140:22

148:10 184:6
220:11
**submit**  138:17
**submitted**  61:23
62:4 107:14
**subparagraph**
139:2
**subscribed**  222:16
**subsection**  46:13
79:25
**subsequent**  59:4
97:10 183:13
216:14
**subsequently**  91:7
114:2
**substance**  7:4
222:10
**succeeded**  203:15
**success**  45:8
**suddenly**  114:10
**sued**  213:12
**sufficient**  177:21
**suggesting**  106:25
**suggestion**  8:15
**suit**  77:23,24
**suite**  2:5,20
**summarize**  95:7
**summary**  71:9
74:21 85:14,14
172:13 195:17
**supervisor**  21:4,12
60:25
**supplied**  177:16
**supplier**  130:14
**suppliers**  187:7,8
187:9 191:24,25
192:5,9,11 196:21
**supply**  74:20
203:12 204:12
**support**  10:9
11:16 31:11 32:20

33:24 42:18 75:6
163:9 168:24
198:25
**supporting**  61:13
162:16
**supports**  48:10,16
**supposed**  6:24
109:17
**sure**  4:25 7:6 8:19
13:5 14:7,24
15:15 17:4,11,25
18:4,19,23 19:6,9
20:6 24:5 26:11
28:2,25 29:19
33:12 34:12 37:6
38:3,15 41:10
44:10 45:10 48:3
50:12 53:21 54:1
54:22 60:14 62:2
62:7,9 63:9 64:4,8
66:16 67:7,12
70:5 73:17 75:21
80:12 81:14,17
84:11,17 87:16,19
88:20 90:19 93:4
93:8 94:16 95:5
100:2 104:3 105:3
105:4,9,10 106:23
107:18,21 109:19
110:22,22 111:16
113:5 115:10
118:16 123:15,21
126:8,10 128:11
132:12 138:5
147:7 151:1,12
152:14,17 153:19
156:23 161:6
164:24 168:16
173:4,5 178:6,20
178:22,25 180:5
180:20 181:10,22

182:1 186:8,17
187:1 189:25
190:10 191:2
192:25 195:9
196:5 200:1
203:25 205:3,15
207:22 209:14
213:17
**surface** 181:3,14
204:17
**surfactant** 204:14
204:16
**suspended** 64:25
65:16
**sustainable** 65:1
**switched** 34:8
**sworn** 1:18 4:2
218:7 222:16
**syllables** 46:4,6
**synopsis** 71:18
**system** 33:22,23
33:25 34:2,3
44:24 73:15 106:3
117:11 118:5,7
120:1 191:6
206:12
**systems** 116:18
117:1,9,13,15
118:2,9,15 169:14

**t**

**t** 219:9 221:3
**take** 4:11 5:7,10
8:3,20 30:2 37:10
41:14,21 42:5,8
46:10 48:22 54:23
57:8,21 60:13
78:1 88:7 89:16
91:18,21 95:3
100:6 102:14
106:4 115:20
116:1 119:19,20

120:3 121:8,10,16
123:23 126:19,25
129:17,24 135:24
136:3 140:15,24
145:20 146:2,9
148:5,13 156:22
157:4,12 158:21
159:1 163:17,25
164:7 170:14,21
173:5 178:8 184:3
184:9 188:14,18
191:11,16 193:14
194:2,9,13 197:6
200:15 202:24
207:20 209:19
210:22 211:12
213:14
**taken** 1:20 26:23
59:17 60:15 116:2
132:8,19,23
153:14,24 156:24
181:7 186:19
194:4 213:18
218:10,15
**talk** 4:24 6:18,21
**talked** 61:21 74:11
179:4
**talking** 17:7 28:20
53:22,23 82:10
83:1 106:12
150:11,12 190:3
**target** 128:7
**targets** 135:6
**task** 125:16
**tasked** 125:8
**td** 67:14,16,21
**team** 10:2 11:21
17:12,12 26:25
27:1,4,7,9,16,18
41:6 43:2 90:10
124:19 125:2

178:16 179:1
**teams** 14:18 15:2
16:25,25 21:13
36:22
**technical** 33:7
34:4 75:2,6,7
87:18 131:24
168:24 169:5
**technology** 48:6
175:1
**tell** 4:2,22 41:22
53:3,4 91:22
100:11 102:20
120:3 121:16
124:3 127:1 136:4
140:24 157:13
159:1 164:7
170:22 182:12
184:9 188:18
191:16 193:19
194:13 203:5
207:1 218:8
**temp** 168:1
**temperature**
167:4 168:10
**temperatures**
168:2,6 190:23,23
**temporal** 183:9
**tend** 199:19
**tension** 204:17
**tenure** 25:23 29:7
60:24
**term** 22:17,23
25:16 30:18 43:24
45:2,20 67:14
82:11 112:1
114:24 175:13,20
**terms** 52:17 69:17
80:17 97:8 106:11
121:25 138:22
150:24 169:10

176:2 197:20
215:11
**test** 30:8,9 31:2
32:9 53:9 66:21
70:13 88:9 105:14
105:16 109:4,13
110:22 119:13
122:15 123:5,12
123:14,16,18,21
131:21 142:20,21
143:7,10,10 150:7
150:23 151:6,18
151:21 153:17
163:8 167:12,13
168:4 176:16
180:11 189:25
190:18,20
**tested** 53:9,12
71:15 114:3 123:6
123:9 134:10
141:23 142:3,6
168:1,9 170:5
189:22 192:8
**testified** 4:4 182:9
208:3 214:13
**testify** 5:15
**testimony** 4:11
186:14 205:9
216:2 218:18
**testing** 19:5 39:20
39:21 69:3 73:18
93:23 94:1,8
99:24 105:24
106:5,21 107:4
119:12,14,15
123:1,3 131:1,25
142:14 143:5,11
143:15,16 144:2,4
147:19 148:11
149:11,12,22,23
150:12 151:10

152:7,13 154:25
155:25 156:5,16
157:25 165:6,21
167:2 168:12,14
175:17 183:8,13
183:15,19,20
187:1 189:15,17
189:18,19 190:16
191:23 192:6
193:25 213:2
214:8
**testings** 119:7
**tests** 94:4 106:15
110:20 123:4
150:15 151:23
165:14 180:15
181:6 189:13,16
189:20 190:13
192:16
**text** 34:25 122:4
165:17
**theories** 47:2,4
59:1 83:22 84:5
93:17 95:19
133:15
**theorized** 161:16
**theorizing** 83:22
109:7
**theory** 115:14
175:22 179:19
**thereabouts** 17:7
**thereof** 1:25
**thermo** 181:2,13
**thermocyclic**
190:13
**thermocycling**
190:16
**thing** 38:11 82:16
108:16 182:16
**things** 67:7,10
74:1 87:25 99:18

152:12 181:25
190:2 203:25
206:8,16 212:3,13
**think** 5:21 18:4,13
22:5 34:13 39:4
40:6,7 43:15,22,23
48:11 54:7 56:24
59:1,2 65:19
66:17 80:24,25
84:2,3,9 85:2
96:17 99:12,14,17
99:23,23 101:10
101:13 104:7
107:22 109:6
112:8 115:12
118:13 134:13
140:8 144:15
146:15 150:4
152:1 155:5
157:16 158:2,11
159:5 161:6
169:22 174:7
180:6 182:9
203:20,24 204:4
204:18 205:17
206:17 209:15
215:11
**thinking** 108:25
**third** 43:1 49:3
64:22 65:7 66:10
66:10 70:6 71:13
93:9,13 94:23
98:16 99:1,3
128:20 129:3
159:13 164:19
**thirty** 220:16
**thorough** 168:15
**thought** 6:10
72:19 106:25
107:3 112:6
156:21 158:7

**thoughts** 87:20
**threaten** 51:14
52:2
**threats** 159:19
160:12
**three** 18:7 21:10
21:15 22:5,8
46:14 138:13
139:2 142:17
143:5,18,25
144:11 168:6
174:12,13
**time** 1:25 4:13,14
4:20 14:4 15:7,11
17:14 19:21 25:1
25:19 26:2,21
27:18 28:18 29:18
30:19,20,25 31:4
32:18 34:23 37:19
37:21,23 38:20
39:13,19 40:16
43:15 46:21 47:24
54:17 56:18 57:17
58:5,9,14 60:12
69:16 70:4 75:16
77:6 82:6 83:11
83:15,15,20 85:9
86:20 90:24,25
95:19 96:25 99:6
100:15 108:2,19
111:16 112:5
113:10,24 114:4
121:4 122:2,19
123:9,11,16
124:13 125:3
127:5 130:9 132:5
132:14 135:11
137:6,11 139:22
141:12,15,17
142:3,4,7,24
143:17 144:17

147:1 149:10,21
152:15,18 153:13
153:15,21 154:5
154:11 155:5,15
160:2,10,22,24
162:17 165:15
166:6,25 167:10
171:15,20 172:23
178:21 181:8
190:3,7 198:7
199:25 201:3,3,21
207:23 209:8
211:4 213:21
214:13,16 215:20
216:5,9,14,23
**timeline** 165:20
168:3
**times** 21:17 24:19
27:14 68:5 84:2
101:15 154:13
**timing** 34:12
171:3
**title** 17:19,21
29:19 30:25 46:11
48:25 50:23 75:21
80:3 92:4 102:19
209:3 211:11
**titled** 58:15 66:1
**titles** 35:16
**tjb** 1:2
**today** 4:11,18 5:15
6:4,19 33:3 60:7
90:14 201:16
205:9 216:14
**today's** 7:3,9
**todd** 26:6
**told** 38:16
**tollgate** 3:20,21,22
22:19,21,23 23:14
62:17,17 194:11
194:18,25 195:2,3

**[tollgate - ultimately]** Page 42

195:7,12,13,15
197:10,19,20
200:18,25 201:1,7
201:8,9,10 203:2,8
**tollgates** 23:4,5,20
**tone** 103:16
**tool** 70:22 78:23
177:7
**tooling** 11:19
197:23
**tools** 10:15
**top** 6:1 14:8 23:24
28:1 43:9 45:6
47:14 50:19,23
52:23 64:16 66:1
85:6 86:19,22,25
88:8,11 98:4
100:10 102:19
110:17 119:23
120:2 121:13
124:1,7 135:25
146:16 148:8,9,24
149:4,5 155:7
157:7,8 159:13
162:12 164:20
165:3 170:8 176:4
176:5 179:18
180:23 184:4
193:9 200:17,24
215:7
**topic** 57:4 58:3
60:19 64:21
203:12
**topics** 61:21
**tordoff** 101:13
**total** 3:10 116:20
129:20 130:1,4,5,7
130:11,13,17,18
130:24 131:8,11
132:3,11,20 133:7
134:13 135:5

177:16,19 195:21
**total's** 130:21
**touch** 47:23
**touched** 63:5
**toxicity** 169:12
**tpi** 131:23
**track** 28:20 90:3
200:9
**tracking** 125:9
**train** 112:5
**transcript** 6:9,14
218:17,18 220:17
220:18
**transcription**
222:7
**transfer** 55:8
172:17 176:15
**transferred** 38:13
**transition** 123:20
**translated** 218:16
**transmittal** 103:12
**transmitted**
103:18 123:22
**trial** 1:24 218:14
**trials** 59:21 85:25
177:15
**tried** 133:1 163:15
163:15
**triggered** 154:18
**triggering** 121:3
**true** 218:18
**trust** 216:6,9,12
216:16,17
**trusted** 109:10
**truth** 4:2,2,3,22
218:8,8,9
**try** 4:24,25 78:23
83:12 112:10
151:3 166:22
187:11 190:4

**trying** 16:3 23:8
27:24 28:9 38:20
40:17 44:11 54:7
55:14,19 56:17
59:23 62:3 65:13
70:18 78:10 86:7
94:17,20 96:19
99:14 100:14
103:17 111:13,23
117:20 128:13,15
129:7 144:19
151:16 158:10,15
160:25 176:19
179:5 185:8
195:25 206:17
**tube** 77:10 176:4,4
176:5
**tubing** 15:10,13,19
16:1,3 17:10
18:22 37:8,12,18
44:3,3,7,8 45:23
45:25 48:8,13,16
53:8 59:16,22
63:16,20,20 70:15
70:22 108:18
116:14,16 119:8
121:2 127:25
132:4 134:6
135:17 142:6
151:10 152:16,21
153:11,14,18,20
153:23 154:2,3,10
154:12,25 161:8
162:7 175:24,25
176:3,6 181:1
197:2 204:11
214:10,14 215:21
**tubings** 154:17
**turn** 42:15 43:6
46:8 50:16 57:2
57:25 58:1 60:9

65:25 71:7,22
72:10 74:18,22
76:16 82:24 85:5
98:23 131:5
144:22 161:9
172:12 178:14
180:22 182:17
**turning** 64:18
179:17
**turns** 46:9
**two** 24:10 49:1
57:6 77:2,3 98:18
100:7 128:23
129:2,10 138:7
146:3 147:16
159:15 169:15
177:15 188:15
214:23
**type** 78:19 175:24
206:7
**types** 59:21 87:10
**typical** 22:25
197:20
**typically** 23:12
44:3 52:13 63:1
73:6,13 78:8 79:8
89:2 106:11 111:8
128:3 135:11
189:15 195:4
199:16

| u |
|---|

**u** 21:24 179:13
219:9
**uh** 57:11 59:5 81:9
83:4 92:3 100:17
214:12
**ul** 71:15
**ultimately** 118:25
122:21 177:6
192:23 215:17

**unacceptable**
166:13 182:15
189:11
**unannounced**
66:21
**uncoiled**  45:12
**underlying**  72:21
**undermine**  156:7
**underperforming**
182:5
**understand**  5:3,11
14:24 16:4 23:8
36:22 40:17 41:24
44:11 47:5 59:18
59:23 62:10 68:16
78:23 80:5 86:7
94:2,20 95:5
96:19 105:21
106:23 117:4,20
149:14 151:16
169:9 172:3 174:3
176:20 179:5
183:8 186:13
196:14 205:3
207:22
**understanding**
18:17 40:12 43:3
44:13,22 45:3
51:2 53:5 55:13
56:5 58:22 65:10
68:7 69:11,18
70:2 73:18 76:9
80:14 81:22 99:19
105:23 106:3
107:23 108:20
109:16 110:6
111:12 116:6
117:3,21 120:11
123:17 133:1
138:21 139:18
149:25 151:9

152:5 155:14
160:3 163:6 166:6
167:11 168:19
169:2,8 171:7
182:12 201:17,19
**understood**  5:5
16:18 33:15
**undertaking**  93:19
**undertook**  59:12
71:24 184:24
187:7
**underway**  150:13
**unfavorable**
215:12,13
**uniform**  180:2
**uniformly**  46:16
**union**  189:3,6,10
**unit**  135:11
**united**  1:1 175:7,9
**university**  8:7,10
**update**  123:24
124:21,24 125:4
157:10,21 198:13
**updates**  91:8
**updating**  127:19
**upheld**  105:14
**uponar**  88:24
201:20 202:2,18
**upper**  22:16,17
159:23
**use**  22:17,23 25:16
39:1 41:2 44:23
47:8 48:7 70:17
99:15 116:14,19
116:23 118:1
175:2 178:6
185:20 205:23
**useful**  177:5
**user**  207:2
**uses**  178:5

**utilize**  192:14
196:9
**utilized**  116:17
117:13 130:22
**utilizing**  192:12

**v**

**v**  220:1 221:1
222:1
**vague**  115:1,1
**valentine**  100:16
101:12,18 102:4
103:1 119:24
120:24 121:24
122:11 136:1,12
137:13 139:5
140:7 148:10
155:2,9 157:23
158:14
**valid**  180:11
**value**  215:16
**variability**  69:7
82:5,10,12,16,20
83:6,17 172:21
174:14,16 176:12
**variable**  181:4,20
**variation**  95:14
175:23 183:9
**variations**  175:11
**various**  21:13
23:10,12 24:19
27:14 28:17 42:8
43:1 135:14 168:1
171:19
**vast**  36:3
**veritext**  2:19
**versa**  64:12
**version**  90:1 125:5
128:25
**versus**  39:21 61:7
61:13 63:20 64:10
64:11 87:23

169:19 180:19
214:5
**viability**  159:16
**vibien**  3:12 18:3
18:14 27:10 101:9
101:25 146:7,21
**vibien's**  147:13
**vice**  64:12 74:20
**view**  40:18 177:6
180:10 202:17
**viewed**  182:15
**vintage**  131:16
**vinyl**  46:2
**virtually**  132:1
133:17
**vis**  18:9,9
**vision**  210:17
**visitor**  130:2
**voc**  78:4,5,7,16,17
78:18 79:9,18
**voice**  78:8
**voluntarily**  111:1
**vs**  1:10 135:14

**w**

**w**  2:4
**wacker**  2:4
**want**  16:19 45:12
60:18 68:13 74:18
80:19 81:3 89:22
115:20,25 161:25
170:6 196:8
199:19 205:3
207:20 213:15
216:3
**wanted**  16:2,14,18
47:3 56:23 64:23
80:1 88:6 97:16
174:3 196:8
**wanting**  33:19
49:15 197:22

**warn** 111:14
**warnings** 111:19
**warranty** 116:21
  116:22,25 205:15
**water** 9:2,3 12:9
  12:15,22,23 13:2
  13:11,13 44:6
  169:14 204:17
**way** 17:19 42:10
  44:1 80:4 91:23
  105:21 107:8
  109:9 110:5
  111:17 131:9
  135:15 137:24
  149:19 155:16
  175:25 180:4
  185:13 199:21
  201:7 202:7
**wayne** 18:3,11
  101:8,24
**we've** 91:19 100:6
  110:24 119:19,20
  140:15 146:2
  148:5 157:4
  170:14 184:3
  188:14 191:11
  193:14 194:9
  197:7 200:15
  202:24 209:20
  210:22
**weak** 75:3
**week** 143:18,25
  209:3,6,7
**weeks** 142:17
  143:5
**welfare** 207:2
**went** 9:5 23:22
  56:3 75:24 87:19
  98:19 162:3
**west** 8:23

**whereof** 219:4
**whq** 142:14
**wide** 53:24
**wilson** 17:15 21:3
  21:4 25:25 92:21
  96:11,14,23 97:4
  140:21 141:17
  146:22 184:5
**wing** 210:10
**wise** 68:6
**withdraw** 104:25
**withdrawn** 104:21
**witness** 1:17 35:2
  112:4,19 113:5,17
  115:3,23,24 122:6
  152:5 165:19
  219:4 220:3
**wood** 10:17
**word** 112:17 113:2
  205:23
**words** 6:6 7:14
  26:17 29:5 40:17
  53:18 67:13 79:7
  84:8 90:21 99:14
  110:9 114:9 129:9
  187:21 195:6
  200:2 210:8
**work** 7:25 8:20,24
  9:1,3,5 10:13
  11:12 13:23 15:9
  17:12 19:1,10,12
  19:14 27:2 29:3
  31:11 67:4 87:2
  101:6 139:17
  147:19 160:18
  216:12,15
**worked** 9:8,21
  10:15,16,18,21,21
  10:22 13:20 15:25
  16:24 60:2 87:9
  98:6 100:20

147:10 156:12
  173:9
**working** 11:5
  12:10 13:15 15:13
  17:14,20 18:10
  19:3,11 22:10
  27:16 32:20 42:6
  61:14 107:25
  125:2 127:24
  133:14 140:10
  176:19 197:16
  206:11
**works** 33:3 52:25
  59:15 204:22
**world** 29:22
  142:14,15,25
**worth** 4:19 59:11
**would've** 56:19,24
  89:3 90:10 123:4
  123:19 125:1
  142:1 151:21
  161:7
**wound** 59:2 86:5
**wow** 181:25
**wrap** 213:16
**write** 7:16,18,19
  7:21 62:19,21,22
  91:7 142:10
  157:24 207:13
**writes** 120:18,24
  131:14 139:5,11
**writing** 7:24
**written** 1:24 5:21
  55:4 61:23 62:3
  63:2 71:24 84:7
  93:20 105:6 132:5
  135:4 149:19
  205:16
**wrong** 33:10,13
  43:25 84:10 104:8
  144:22 160:17

206:1,13 209:1
**wrote** 7:14 89:22
  90:18,21 91:9
  92:7 111:13
**wrought** 188:6
**wynn** 92:22

### y

**y** 219:9
**yeah** 62:9 79:11
  87:17 92:1 100:19
  105:7 109:6
  110:22 113:5
  157:16 190:15
  200:5
**year** 9:6 93:24
  110:3 116:21,25
  158:15 165:5,20
**yearly** 36:7
**years** 94:5 100:24
  109:18 110:19
  116:22,24 124:14
  131:15 144:11
  165:7,8,10,13,24
  166:1,11,15
**yesterday** 6:22

### z

**zealots** 202:20
**zurn** 89:2

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.


DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF SEPTEMBER 1, 2016. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

## VERITEXT LEGAL SOLUTIONS
### COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.