# EXHIBIT 13

```
                IN THE UNITED STATES DISTRICT COURT
                FOR THE MIDDLE DISTRICT OF TENNESSEE
                         NASHVILLE DIVISION


                                       )
CHAD MEADOW, JOHN AND SUSAN            )
PLISKO AND KENNETH MCLAUGHLIN,        ) Case No. 3:15-cv-1124
INDIVIDUALLY AND ON BEHALF OF         )
ALL OTHERS SIMILARLY SITUATED,        )
                                       )
          PLAINTIFFS,                  )
                                       )
v                                      )
                                       )
NIBCO, INC.,                           )
                                       )
          DEFENDANT.                   )
---------------------------------


                UNITED STATES DISTRICT COURT
                   DISTRICT OF NEW JERSEY
                                       )
KIMBERLY COLE, ALAN COLE, JAMES       )
MONICA, LINDA BOYD, MICHAEL           ) Case No. 13-cv-07871
MCMAHON, RAY SMINKEY, JAMES           )
MEDDERS, JUDY MEDDERS, ROBERT         )
PEPERNO, SARAH PEPERNO, AND           )
KELLY MCCOY, ON BEHALF OF             )
THEMSELVES AND ALL OTHERS             )
SIMILARLY SITUATED,                    )
                                       )
          PLAINTIFFS,                  )
                                       )
v                                      )
                                       )
NIBCO, INC.,                           )
                                       )
          DEFENDANT.                   )
---------------------------------
                DEPOSITION OF CYNTHIA SMITH
                         VOLUME I
                    (TAKEN by DEFENDANT)
                  CHARLOTTE, NORTH CAROLINA
                       MAY 24, 2017


REPORTED BY:        Meredith R. Schramek
                    Registered Professional Reporter
                    Notary Public
```

Page 2

1        Deposition of Cynthia Smith, taken by the

2    defendant at Robinson Bradshaw & Hinson, P.A.,

3    101 North Tryon Street, Charlotte, North Carolina, on

4    the 24th day of May, 2017, at 9:06 a.m., before

5    Meredith R. Schramek, RPR, Notary Public.

6

7                    C O N T E N T S

8    The Witness:     CYNTHIA SMITH

9    Examination By Mr. Kuhlman ......................5

10

11          I N D E X  of the  E X H I B I T S

12    NUMBER          DESCRIPTION                  PAGE

13    Exhibit 1       Notice of deposition ............5

14    Exhibit 2       Analysis of NIBCO PEX Plumbing ..10
                      Companies
15
      Exhibit 3       First supplemental report of ....10
16                    Cynthia Smith

17    Exhibit 4       ASTM Standard F1807 - 10 ........25

18    Exhibit 5       ASTM Designation D3895 - 07 ....117

19    Exhibit 6       NIBCO PEX Warranty ............150

20    Exhibit 7       Relative oxidative .............183
                      aggressiveness of chloramines
21                    and free chlorine
                      disinfectants used in treated
22                    potable water on crosslinked
                      PEX pipe
23
      Exhibit 8       FT-IR spectroscopy technical ...213
24                    note

25    Exhibit 9       ASTM Standard F 2102 - 06 ......215

```
 1    Exhibit 10      Vanguard Material Sciences .....226
                      Report Number 2014235
 2
      Exhibit 11      Supplemental report ...........227
 3
      Exhibit 12      ASTM Standard Designation ......245
 4                    F2098 - 08

 5    Exhibit 13      Affidavit .....................264

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Page 4

1                      A P P E A R A N C E S

2

    For the Defendant:
3

4                KEVIN M. KUHLMAN, ESQ.
                 Lathrop & Gage LLP
5                2345 Grand Boulevard
                 Suite 2200
6                Kansas City, Missouri 64108
                 816-292-2000
7                kkuhlman@lathropgage.com

8                FRANCO A. CORRADO, ESQ.
                 Morgan, Lewis, & Bockius
9                1701 Market Street
                 Philadelphia, Pennsylvania 19103
10               267-218-0589
                 franco.corrado@morganlewis.com
11

12    For the Plaintiffs:

13

                 JACOB M. POLAKOFF, ESQ.
14               Berger & Montague, P.C.
                 1622 Locust Street
15               Philadelphia, Pennsylvania 19103
                 215-875-3000
16               jpolakoff@bm.net

17  ADAM A. EDWARDS, ESQ.
                 Greg Coleman Law, PC
18               First Tennessee Plaza
                 800 South Gay Street
19               Suite 1100
                 Knoxville, Tennessee 37929
20               865-247-0080
                 adam@gregcolemanlaw.com
21

                 KYLE A. SHAMBERG, ESQ.
22               Lite DePalma Greenberg, LLC
                 211 West Wacker Drive
23               Suite 500
                 Chicago, Illinois 60606
24               312-750-1265
                 kshamberg@litedepalma.com
25

Page 5

1                        P R O C E E D I N G S

2                           CYNTHIA SMITH,

3                      having been duly sworn,

4              was examined and testified as follows:

5                  EXAMINATION BY COUNSEL FOR DEFENDANT

6      BY MR. KUHLMAN:

7          Q    Please go ahead and introduce yourself for

8      the record.

9          **A    Cynthia Leann Smith.**

10         Q    And, Ms. Smith, do you go by Cynthia or

11     Cindy?

12         **A    Either is fine.**

13              **(Exhibit 1 Marked for Identification.)**

14     BY MR. KUHLMAN:

15         Q    Super.  My name is Kevin Kuhlman and I

16     represent NIBCO in this case.  I'm going to hand you a

17     document that we've already marked as Exhibit 1.

18     Please take a quick look at that.

19              Have you seen this before?

20         **A    Yes.**

21         Q    Okay.  And this is a notice for your

22     deposition today; is that right?

23         **A    Yes.**

24         Q    And did you bring any documents with you

25     today to your deposition?

1          **A      I did not.**

2          Q      Okay.  Did you do anything specific to

3     prepare for your deposition today?

4          **A      I reviewed the reports that I have written in**

5     **relation to this case.**

6          Q      And when you say "reports," are you referring

7     to just the written reports or also the appendices?

8          **A      The reports and some of the appendices.  I**

9     **did not review all of them.**

10         Q      Okay.  Which appendices did you review?

11         **A      I do not recall specifically.**

12         Q      Okay.  And aside from the reports and some of

13    the appendices, did you review any additional documents

14    to prepare for today?

15         **A      Not specifically.  I have recently reviewed**

16    **portions of some of the ESI reports but I did not**

17    **review them end to end as a deliberate effort to**

18    **prepare for today.**

19         Q      Okay.  Do you recall which sections of the

20    ESI reports you looked at --

21         **A      Not specifically.  I would have reviewed them**

22    **in preparing the supplemental report.**

23         Q      Okay.  Before we get too much further, I'll

24    run through a couple ground rules.  I know you've been

25    deposed before, but we'll just run through them really

Page 7

1    quickly.

2              You understand you're under oath today;

3    right?

4        A    I do.

5        Q    And you'll be telling the truth; correct?

6        A    Always.

7        Q    And you tell the truth in all your

8    depositions I'm sure.

9        A    I do.

10       Q    And do you understand that, if you need to

11   take a break, just let us know and we'll take a break?

12       A    I will.

13       Q    And if you don't understand a question, I

14   would ask that you ask me to rephrase it.  I will try

15   to do better.  Is that fair?

16       A    I will.

17       Q    All right.  And if you answer a question, I'm

18   going to assume you understood it.  Is that fair?

19       A    Yes.

20       Q    All right.  And for the purpose of today's

21   deposition, we're going to be talking about the Meadow

22   case.  Are you familiar with the Meadow case?

23       A    I am.

24       Q    And are you familiar with who the plaintiffs

25   are in the Meadow case?

Page 8

1          **A      I am.**

2          Q      And who are the plaintiffs in the Meadow

3     case?

4          **A      The named plaintiffs are Chad Meadow, John**

5     **and Susan Plisko, and Kenneth McLaughlin.**

6          Q      And are there only three different homes at

7     issue with the named plaintiffs in this case?

8                 MR. EDWARDS:  Object to the form.

9                 THE WITNESS:  My understanding is that there

10    are three named plaintiffs but that the case also

11    involves other similarly situated homeowners who are

12    not named.

13    BY MR. KUHLMAN:

14         Q      But with respect to the named plaintiffs,

15    there are three separate houses.  Is that fair?

16         **A      There are three houses that I evaluated.  I**

17    **don't know if those are the only three houses that they**

18    **own or that may have this plumbing.**

19         Q      Okay.  When did you first learn about the

20    Meadow case?

21                MR. EDWARDS:  Object to the form.

22                THE WITNESS:  I don't recall with certainty.

23    I believe my first -- I believe my first contact with

24    any of the attorneys associated in that case may have

25    been spring of last year but I don't recall

Page 9

1    specifically when.

2    BY MR. KUHLMAN:

3         Q    Do you remember who contacted you for this

4    case?

5         **A    I spoke with Larry Deutsche.**

6         Q    Do you remember what you two talked about?

7         **A    Not specifically, no.**

8         Q    Did he tell you anything about the case?

9              MR. EDWARDS:  I'm just going to interpose an

10   objection there just to make sure you don't get into

11   the content of the conversation.  You can answer yes or

12   no.  But I'm going to instruct you not to answer about

13   any communications between you and your attorneys.

14             THE WITNESS:  I don't recall specifically the

15   content of the conversation or what he may have said.

16   BY MR. KUHLMAN:

17        Q    Did he provide you with any facts or data

18   that you relied upon in forming your opinions?

19        **A    No.**

20        Q    Generally speaking, with respect to the

21   attorneys that you've talked to with respect to the

22   Meadow case, have any of them provided you with any

23   facts or data that you relied on in forming your

24   opinions?

25        **A    No.  Not that I recall, no.**

Page 10

1          **(Exhibit 2 Marked for Identification.)**

2               MR. KUHLMAN:  All right.  I'm going to go

3     ahead and hand you a document that we've marked as

4     Exhibit 2.  And this is the report.  So I don't have an

5     extra copy for you.

6               MR. EDWARDS:  That's fine.  Thanks.

7          (Exhibit 3 Marked for Identification.)

8     BY MR. KUHLMAN:

9          Q    Will you please take a moment and look

10    through that document.  And while we're at it, I'm just

11    going to hand you a document that we've marked as

12    Exhibit 3 for this case.  We'll have you flip through

13    that one next.  And I'm not trying to trick you here.

14    I just want to make sure that to the best of your

15    knowledge looking at this right now it appears to be a

16    complete copy of your expert report minus some of the

17    appendices.

18         **A    Thank you for clarifying.  It does not appear**

19    **to be a complete copy.  It's missing all but, it**

20    **appears, the first three appendices for the original**

21    **report.**

22         Q    It is?

23         **A    I only see the first three appendices.**

24         Q    You see the first three appendices, but it

25    doesn't have the materials that were provided in

1   electronic format?

2       **A      That appears to be the case.  It appears to**

3   **only include my CV, my fee schedule and my history of**

4   **expert testimony.  None of the technical appendices are**

5   **provided.**

6       Q    Right.  And those were documents that were

7   produced in electronic format through an FTP site; is

8   that right?

9       **A      Well, even the report was produced in**

10  **electronic format via FTP site.  I believe that some of**

11  **these appendices were included within the report and**

12  **others were produced separately at the FTP site in**

13  **separate folders.**

14      Q    And what is Exhibit 3?

15      **A      Exhibit 3 is my first supplemental report in**

16  **this case, again, minus the appendices.  It also**

17  **appears to have some appendices but not all.**

18      Q    And I'll represent to you that this is the

19  format that we received these documents that were

20  marked as the report.  So that's the way we produced

21  them.  I understand there are additional files for the

22  appendices.

23      **A      They were produced in their entirety as a**

24  **complete set on the FTP site.  The appendices were**

25  **produced with the report on the FTP site.  They are not**

Page 12

1    produced here.  So I would have to disagree with you

2    that they are being produced in the format in which you

3    received them.  You did receive them with the

4    appendices.

5         Q    All right.  Aside from the appendices, do

6    these appear to be complete copies of the actual

7    written report that you prepared?

8         A    To the extent that I can tell just by

9    thumbing through them, yes.

10        Q    All right.  Let's take a look here at your CV

11   here at the back.  I believe it's marked as Appendix 1

12   and it starts on page 74 of this report.

13        A    I'm sorry.  Which report are you looking at?

14        Q    Exhibit 2, your report.

15        A    And page 71, you said?

16        Q    I believe it's 74.

17        A    74?

18        Q    Yeah.  Appendix 1, your CV.

19        A    Okay.

20        Q    Is this your current CV?

21        A    It is.

22        Q    Has anything changed since this document was

23   produced to us?

24        A    No.

25        Q    Would you like to add anything to this CV?

1        **A       No.**

2        Q      All right.  With respect to publications, the

3    CV indicates that you have not authored any

4    publications during the last 10 years.  Have you

5    authored any peer-reviewed research papers during your

6    career at all?

7        **A       Define what you mean by "peer-reviewed**

8    **research paper."**

9        Q      A research paper that would have gone out

10   generally to the academic community.

11       **A       There are a number of things that I published**

12   **that I would consider to be peer reviewed.  In fact,**

13   **every expert report I write is arguably peer reviewed.**

14   **Certainly they're being reviewed by others in the**

15   **technical community who would be critiquing them quite**

16   **harshly in some cases or in an effort to be harsh.**

17            **I have also prepared, for example, technical**

18   **reports related to failure analysis that have been**

19   **submitted to technical paper competitions and have been**

20   **awarded awards through those competitions.  I do not**

21   **publish things for technical groups or for books and**

22   **that type of thing as a general rule.  That's not the**

23   **focus of my business.**

24       Q      Okay.  And the technical reports that you

25   mentioned that you submitted for publication or for an

1   award, did any of those deal with PEX products at all?

2        **A    Not to my knowledge.**

3        Q    And with respect to the expert reports that

4   you referenced, are those generally made available to

5   the public or are those usually only provided to the

6   attorneys and experts involved in a specific case?

7        **A    I would not distribute them to the public.**

8   **What other people do with them, I do not have any**

9   **visibility to or control.  I know that at least in one**

10  **case, one of my affidavits or reports was published to**

11  **the Internet and made publicly available by an attorney**

12  **involved in the case.**

13       Q    And which case was that?

14       **A    That was a case involving Unique Industrial**

15  **Products and Uponor.**

16       Q    And you said there was an affidavit that you

17  prepared that was published on the Internet?

18       **A    Yes.**

19       Q    And what did that affidavit discuss?

20       **A    It discussed litigation that Unique and**

21  **Uponor were engaged in.**

22       Q    Could you describe the type of litigation?

23       **A    It involved brass pipe fittings and threaded**

24  **plastic nuts as I recall that were used in plumbing**

25  **systems or heating systems.**

1       Q     And on what topics were you opining in that

2   affidavit?

3       **A     I don't understand your question.**

4       Q     Did you discuss brass plumbing products in

5   that affidavit?

6       **A     Yes.**

7       Q     What about the -- what was the other product

8   that you mentioned?

9       **A     They were threaded plastic nuts.**

10      Q     All right.  Were you expressing some sort of

11  expert opinion in this affidavit?

12      **A     I was expressing technical opinions.  I don't**

13  **recall at this point if I was serving as a fact witness**

14  **or an expert witness in that case.  I would have to go**

15  **back and look.  I believe it was as an expert.**

16      Q     Okay.  And were these brass plumbing

17  fixtures?

18      **A     They were brass plumbing fittings.  They are**

19  **ASTM F1807 style brass insert fittings.**

20            MR. EDWARDS:  When you read off a long number

21  like that, do it slower for our court reporter.

22  BY MR. KUHLMAN:

23      Q     All right.  So let's just talk very briefly

24  about F1807 while we're at it.  What is F1807?

25      **A     That is an ASTM standard that governs brass**

Page 16

1    insert fittings that are used with PEX plumbing

2    systems.

3         Q    Okay.  And what is an ASTM standard?

4         A    It's an industry standard that offers

5    guidelines regarding certain aspects of testing or

6    materials related to different products.

7         Q    And how are these ASTM standards prepared?

8    Who authors them?

9         A    They're authored by different people and

10   groups of people with a specific interest or specific

11   knowledge related to that topic.  It's a variety of

12   people.

13        Q    Would there be a committee of some sort that

14   would author these ASTM standards?

15        A    There is a committee that oversees the charge

16   for authoring them with input from other people who are

17   ASTM members.  There is a specific committee that's

18   tasked with the effort of managing the process of

19   authoring these.  They don't necessarily in a vacuum

20   author them by themselves.

21        Q    And do you know what the name of the

22   committee is that would have responsibility over F1807?

23        A    Not off the top of my head.  I would have

24   to --

25        Q    Are you on that committee?

1        A    I am on the F17 pipe committee.

2        Q    And what is the F17 pipe committee?

3        A    It's a committee that governs polymer pipe

4   standards for ASTM.

5        Q    And specifically, which standards are you

6   referring to that are governed by F17?

7        A    The standards that would begin with F17.

8        Q    And are any of those standards relevant to

9   this case?

10            MR. EDWARDS:  Object to the form.

11            THE WITNESS:  I'm sorry.  I was distracted by

12   the -- could you please --

13   BY MR. KUHLMAN:

14        Q    Did you rely on any of the standards that

15   would be overseen by the F17 pipe committee in reaching

16   your opinions in this case?

17        A    Quite likely.  I would need to go back and

18   look.  I would have to go back and look and see which

19   standards fall under different committee.  Standards

20   sometimes get moved around from one committee to

21   another.  And I would have to look at timing and so

22   forth.  Certainly there would be standards that would

23   be applicable to PEX pipe that would fall under that

24   committee's charter.

25        Q    So, for example, F876, would that fall under

1    the charter of the F17 pipe committee?

2         A    Yes.  I believe that it has and does.

3         Q    Okay.  So it doesn't start with F17.  It

4    starts with F876?

5         A    That is correct.  I believe I misspoke a

6    moment ago regarding what standards.  The committee is

7    the F17 committee governing pipe.  And I would have to

8    look and see what all falls under that specifically.

9    My involvement in that committee is I receive e-mail

10   notifications from them, as I did this morning, saying

11   "There's a new standard that we need you to review and

12   comment on if you feel inclined to comment on that."

13   So I don't have visibility to anything that would show

14   a full listing of ASTM standards that are dedicated at

15   the moment to that committee.  Or if I do, that is not

16   something that I have specifically gone to look for.

17   So that's not a question I feel like I can answer as we

18   sit here.

19        Q    Okay.  So to the best of your recollection

20   have you voted on making any changes to F876 from 2006

21   to the present?

22        A    I don't recall.  I have voted on some

23   standards and not others dependent upon my work level

24   at the time a standard rolls out.  I don't review all

25   the standards that come my way.  I review some of them

1    in great detail.  I have made comments on certain

2    standards.  I have made suggestions for changes to

3    certain standards.  I don't recall which standards as

4    we sit here today.

5         Q    Have you made any comments with respect to

6    F2023?

7         A    I don't recall what standards I have

8    commented on.

9         Q    Do you recall which standards you believe

10   needed revision over the years?

11        A    I don't recall which standards I believed

12   needed revision.

13        Q    Sitting here right now, do you take issue

14   with the F2023 testing and its use with respect to PEX

15   water piping?

16             MR. EDWARDS:  Object to the form.

17             THE WITNESS:  I need you to be a little more

18   specific.  I don't understand what you mean when you

19   say do I take issue with it.

20   BY MR. KUHLMAN:

21        Q    Well, over the years, have you had concerns

22   about the validity of F2023 test results?

23        A    I do have some concerns.

24        Q    Okay.  And is that with respect to the actual

25   test procedure or something else?

1      A    It's with respect to the empirical experience

2   with NIBCO pipe not matching what the ASTM standard has

3   led NIBCO to believe they could expect.

4      Q    Tell me what you mean by that.

5      A    NIBCO has repeatedly asserted that they

6   believed that their product should last at least

7   50 years during service based upon a very, very limited

8   number of samples being subjected to the chlorine

9   resistance test and demonstrating a predicted

10   extrapolated life greater than 50 years as a result of

11   that test.  Empirical experience has shown that pipes

12   that were formulated reportedly identically and

13   manufactured reportedly identically to the samples that

14   were subjected to that test have failed in as little as

15   one to two years in actual field service conditions.

16   That's a pretty big disconnect.

17      Q    Do you know how many -- you mentioned a

18   limited number of samples being tested.  Do you know

19   how many samples NIBCO has tested pursuant to F2023

20   through NSF?

21      A    Not off the top of my head.

22      Q    Do you know how many samples are required to

23   be tested pursuant to F2023 to receive the independent

24   listing for a PEX product?

25      A    Not off the top of my head.  But if you have

1    a document you'd like me to review, I'd be happy to

2    review it.

3        Q    We'll get to that here in a little while.

4    Does 16 sound right for the independent listing?

5            MR. EDWARDS:  Object to the form.

6            THE WITNESS:  Again, if you have a document

7    you'd like me to review, I'd be happy to review it.

8    BY MR. KUHLMAN:

9        Q    Okay.  So sitting here right now, you're not

10   able to tell me how many samples are required to be

11   tested for an entity to obtain an F2023 certification

12   on a product?  Is that fair?

13       A    Sitting here right now, I don't feel

14   comfortable trying to rely on my memory to give you a

15   number, no.

16       Q    To the best of your recollection, have you

17   raised any of your concerns over F2023 and how it has

18   played out with respect to NIBCO's experience?  Have

19   you raised any of those concerns to anyone at NSF or

20   ASTM?

21       A    Not yet.

22       Q    Do you plan on doing that?

23       A    I don't know what I plan to do just yet.

24   Right now I'm focused on this case and trying to learn

25   what it's telling us.

Page 22

1        Q    What is the purpose of obtaining a

2    certification on a plumbing product?

3              MR. EDWARDS:  Object to the form.

4              THE WITNESS:  There can be many purposes.

5    You need to clarify your question, please.

6    BY MR. KUHLMAN:

7        Q    Well, when NSF tests and certifies a product,

8    a company can reasonably rely on that -- right? -- to

9    provide them with some comfort that the product is

10   meeting the standards set forth by ASTM?

11             MR. EDWARDS:  Object to the form of that

12   question.  Calls for a legal conclusion.

13             THE WITNESS:  From a technical perspective, I

14   would disagree with what you just said.

15   BY MR. KUHLMAN:

16       Q    Okay.  Why?

17       **A    Well, could you please restate the question?**

18   **And we'll delve into that.**

19       Q    Can a company rely on a certification issued

20   by NSF that a product complies with the standards that

21   are applicable to that product?

22             MR. EDWARDS:  Same objection.

23             THE WITNESS:  A company can rely on anything

24   they choose to rely on from a matter of day-to-day

25   business.  And I'm not rendering a legal conclusion or

1    argument here.  However, it would be unwise for a

2    manufacturer to assume that whatever has happened in

3    that certification testing is necessarily

4    representative of what is happening day to day in their

5    process.  Most manufacturing operations exhibit some

6    level of upset from time to time, for example.  And if

7    they aren't doing ongoing quality assurance testing to

8    monitor for that, I would think they would certainly be

9    remiss in assuming that no upset could ever happen in

10   their manufacturing process because they may have

11   demonstrated a certain performance in a single test or

12   even a single set of tests that were performed at some

13   prior point in time.  So speaking from a technical

14   perspective and not a legal perspective at all, I think

15   it would be unwise for a manufacturer to make any kind

16   of assumption like that.

17   BY MR. KUHLMAN:

18        Q    And is that uncertainty or the possibility of

19   disruption in the manufacturing process is that the

20   reason why NSF or other certifying entities would

21   conduct periodic audits of a manufacturing policy?

22        **A    You would need to ask NSF what their reasons**

23   **are for conducting audits.**

24        Q    Okay.  Have you ever been involved in -- I

25   know you worked at Uponor for a number of years.

Page 24

1    During your time at Uponor, were you involved in

2    assisting auditors with either IAPMO or NSF?

3        **A    No.  Our quality assurance department would**

4    **typically handle that.**

5        Q    Did you review any of the audit records that

6    were produced in this case from NIBCO?

7        **A    Quite likely.  I don't recall specifically as**

8    **we sit here, but quite likely if they were produced.**

9        Q    And do you have any understanding of what

10   happens if a certifying entity performs an audit and

11   that audit is failed by a manufacturer?

12       **A    I have some visibility to what may happen to**

13   **specific organizations but I would need you to be more**

14   **specific.**

15       Q    Okay.  So with respect to NIBCO, if an audit

16   was underway with respect to its PEX products and that

17   audit was failed, what would happen?

18       **A    It would depend on what organization and what**

19   **audit and what aspect a failure occurred and so forth.**

20   **There's no one set answer to that question.**

21       Q    Okay.  But would an entity be able to or be

22   permitted by a certifying entity to continue

23   manufacturing its product and marking it with their

24   label if the manufacturer consistently failed to meet

25   the requirements at an audit?

1          MR. EDWARDS:  Object to the form.

2          THE WITNESS:  Again, it would depend on the

3     organization and what their set rules are.  You would

4     have to be far more specific.  If you have something

5     you would like me to review, I'm happy to review it.

6          (Exhibit 4 Marked for Identification.)

7     BY MR. KUHLMAN:

8     Q    We've gotten off course here.  So let's try

9     to circle back around to what we were talking about.

10    You mentioned that you prepared an affidavit that

11    discussed F1807, compliant brass fittings.  So I'm

12    going to hand you a document that we will mark as

13    Exhibit 4.  What is Exhibit 4?

14    **A    This is a copy of ASTM F1807, the 2010**

15    **revision.**

16    Q    Okay.  And F1807 is the standard

17    specification for metal insert fittings utilizing a

18    copper crimp ring for SDR9 cross-linked polyethylene

19    tubing; is that right?

20    **A    And SDR9 polyethylene of raised temperature**

21    **(PE-RT) tubing.**

22    Q    And the tubing at issue in this case, is it

23    SDR9 cross-linked polyethylene?

24    **A    It is.**

25    Q    And the fittings that are addressed in your

Page 26

1    report, are those fittings that are compliant with

2    F1807?

3        A    They are fittings that were likely

4    manufactured prior to 2010.  So it may not be this

5    exact revision that would be applicable.  But yes, they

6    were marketed by NIBCO as being compliant with ASTM

7    F1807.

8        Q    Are you aware of any changes of significance

9    to the alloys that are specified in F1807 during the

10   time that NIBCO was manufacturing its 1006 tubing

11   products, fittings?

12            MR. EDWARDS:  Object to the form of the

13   question.

14            THE WITNESS:  I would need to review the

15   redlined version of the standard to make that

16   determination.  If you have those redlined versions

17   available, I'm happy to review them.

18   BY MR. KUHLMAN:

19       Q    Well, sitting here right now, are you aware

20   of any changes as to what alloys were permissible to be

21   used in these particular types of copper crimp rings?

22       A    I'm not aware as we sit here today of any

23   changes that have occurred.  But I can't guarantee that

24   they didn't occur without looking at the redlined

25   versions of the standards.

1      Q     So you just don't know one way or the other

2    if there were changes to the permissible alloys for

3    this fitting -- for this standard during the time NIBCO

4    was manufacturing its 1006 product?

5      **A     What I said was I'm not aware of any changes**

6    **that have occurred.  But to be certain that no changes**

7    **occurred, I would want to review the redlined versions**

8    **of the standards.**

9      Q     Okay.  If you could, please turn to the

10   second page of this document.

11     **A     Okay.**

12     Q     And if you could, please look down to 5.1.3

13   for machined brass.

14     **A     Yes.**

15     Q     And it indicates that "Machined brass

16   fittings shall be made from materials meeting the

17   requirements of Specification B 140/B 140M copper alloy

18   UNS 31400 or Specification B 16/B 16M copper alloy UNS

19   36000"; is that right?

20     **A     That is what it states.**

21     Q     Okay.  Are you aware of any changes to that

22   particular part of this standard from 2006 to 2012?

23     **A     I'm not.**

24     Q     And would this standard have been created as

25   part of a committee process?

Page 28

1          **A      I'm sorry.  If I may back you up.  For**
2     **completeness, we should enter into the record that that**
3     **is not all that that section of the standard states.**
4     **It goes on to state that "machine brass alloys UNS**
5     **C35330 or Specification B 371/B 371M copper alloy UNS**
6     **Number C6930 or Standard EN 12164, copper alloy CW 614N**
7     **or CW 602N."**
8          Q    Okay.  And would this standard have been
9     prepared as part of a committee process?
10         **A     All ASTM standards are prepared through a**
11    **committee process.**
12         Q    Okay.  And so how does that work?  Who would
13    have selected that these particular alloys needed to be
14    used in making these particular types of fittings?
15         **A     I can't speak to who sat on that committee or**
16    **who made those decisions.  I wasn't part of that.**
17         Q    Would that have been a group process with
18    people making comments like you described?  Someone
19    might send out an e-mail and there would be comments
20    about it?
21              MR. EDWARDS:  Object to the form.  Calls for
22    speculation.
23              THE WITNESS:  It does call for speculation.
24    I can't assume that other committees would operate in a
25    manner similar to my experiences.

Page 29

1    BY MR. KUHLMAN:

2         Q    You do not sit on the committee that

3    addressed what alloy should be used in machined brass

4    fittings.  Fair?

5         **A    I don't recall ever reviewing this standard.**

6    **So whether it was ever under any other committee that I**

7    **may have sat on, I don't know.  But I don't recall**

8    **having to review this standard as part of the committee**

9    **action.**

10        Q    Okay.  Did you sit on any committee or were

11   you a member of any committee that dealt with alloys

12   that are used in PEX fittings to the best of your

13   knowledge?

14        **A    Not that I recall.**

15        Q    Okay.  And is it your understanding that

16   NIBCO utilized the C36000 alloy for its machine

17   fittings?

18        **A    It's my understanding that a variety of**

19   **alloys may have been used for their fittings.**

20        Q    Okay.  Which ones?

21        **A    We would have to look at the chemical**

22   **analysis results to see what the results showed.**

23        Q    Okay.

24        **A    Those are documented in my report and ESI's**

25   **report.**

1        Q    And did you test any unused fittings to

2   determine what the alloys were that were being used?

3        **A    I don't believe that I tested any unused**

4   **fittings.**

5        Q    With respect to fittings that were removed

6   from any of the Meadow plaintiff homes, did you perform

7   any chemical analysis on those fittings to determine

8   what alloys were used?

9        **A    From which home?**

10       Q    The Meadow plaintiff homes.

11       **A    As I recall, the Meadow home had been**

12   **entirely replumbed, and I don't believe we tested any**

13   **fittings from the Meadow residence.**

14       Q    What about Plisko?

15       **A    We did test fittings from the Plisko**

16   **residence.  I believe at least one.  Again, I would**

17   **like to reference my report.  I have not tried to**

18   **commit to memory what testing was performed for each**

19   **home.  So if you have specific questions, we need to**

20   **refer to the report.**

21       Q    Okay.  And with -- did you say you believe

22   you removed a fitting from the Plisko home?

23       **A    We did remove a NIBCO brass fitting from the**

24   **Plisko home and we did evaluate that fitting.  I just**

25   **don't recall whether we did chemical analysis**

Page 31

1    specifically of that brass fitting material.

2        Q    Is it your opinion that NIBCO was making

3    fittings that failed to comply with the F1807 standard?

4        A    Some of them may have failed to comply with

5    the standard.  That was not the focus of my

6    investigation of those fittings.  My focus of the

7    investigation was to determine whether or not there was

8    an inherent vulnerability to dezincification and stress

9    corrosion cracking related to the alloy chemistry.  And

10   indeed, those tests showed that there was.

11       Q    Do you have any evidence that some of the

12   NIBCO fittings failed to comply with F1807, the

13   standard for the alloy usage?

14       A    We would have to review the chemical analysis

15   results to make that determination.

16       Q    Okay.  And those are contained in the report?

17       A    They are contained in the report.  They were

18   in the appendix.  I don't know if you have provided a

19   copy here today, but I produced those results.

20       Q    Well, let me just ask you this:  If -- does

21   the compliance with F1807 bear on your opinions in any

22   way with respect to the NIBCO fittings at issue in this

23   case?

24            MR. EDWARDS:  Object to the form.

25            THE WITNESS:  I need you to be more specific

1    with your question, please.

2    BY MR. KUHLMAN:

3        Q    In your opinion, if a fitting complies with

4    F807 [sic] with respect to alloy usage, can it still be

5    defective for use in a potable water application?

6             MR. EDWARDS:  Object to the form.

7             THE WITNESS:  It is my opinion that a fitting

8    could comply with the standard and still fail due to

9    dezincification or stress corrosion cracking in a

10   potable water application.  Not all of the alloys

11   specified will exhibit uniform resistance to

12   dezincification and stress corrosion cracking.

13   BY MR. KUHLMAN:

14       Q    So the fact that NIBCO was using different

15   alloys in its fitting would suggest that the different

16   fittings would react differently to potable water?

17            MR. EDWARDS:  Object to the form.

18   BY MR. KUHLMAN:

19       Q    In your opinion.

20       **A    Certainly alloy chemistry will affect the**

21   **dezincification behavior and stress corrosion cracking**

22   **resistance of brass plumbing fittings in contact with**

23   **potable water.  They are not the only things that can**

24   **influence that.  But certainly chemistry plays a big**

25   **role and is an important factor.  And those mechanisms**

1   **can be avoided through control of alloy chemistry.**

2        Q    Is it your opinion that a manufacturer is

3   making an improper material choice if it manufactures

4   its machine brass fittings with the C36000 alloy?  Is

5   that your opinion?

6        **A    I don't understand your question.  Is there a**

7   **question in that?**

8        Q    If NIBCO was manufacturing its fitting to

9   comply with this standard, F1807, is it your opinion

10  that that fitting is still defectively designed because

11  it is using this alloy that is specified?

12           MR. EDWARDS:  Object to the form of the

13  question.

14           THE WITNESS:  If the use of that alloy

15  renders it vulnerable to premature failure in the

16  intended service environment and prohibits that fitting

17  from performing in the manner that the manufacturer

18  advertised that it would perform, then yes, I would

19  consider that to be a defective choice of material for

20  that application.

21  BY MR. KUHLMAN:

22       Q    In your opinion, is this 36000 alloy ever

23  appropriate to be used in potable water applications?

24           MR. EDWARDS:  Object to the form.

25           THE WITNESS:  Answer?

1          MR. EDWARDS:  If you can.

2          THE WITNESS:  Knowing what we know today

3    about changes that have occurred in water chemistry, it

4    is not an alloy that I would recommend a manufacturer

5    utilize for potable water applications.

6    BY MR. KUHLMAN:

7        Q    Well, I think you answered a question that

8    was a little different than what I asked.  Is the

9    C36000 ever an appropriate alloy to be used in a

10   fitting that goes into a potable water application?

11         MR. EDWARDS:  Object to the form.

12         THE WITNESS:  It would depend upon a number

13   of other factors.

14   BY MR. KUHLMAN:

15       Q    What factors would that depend on?

16       A    For example, it would depend upon the wall

17   thickness of that fitting.  It would depend upon the

18   level of residual stress in that material.  It would

19   depend upon the microstructure of that fitting perhaps

20   as to whether or not you would see different behavior.

21   But knowing what we know today, there would be an

22   inherent underlying vulnerability to stress corrosion

23   cracking and dezincification in any potable water

24   application.  So my inclination would be to say that

25   they would be inherently inappropriate for that

1      application.

2          Q      Have you advised anyone at ASTM that you

3      think that this standard is essentially completely

4      wrong with respect to that alloy?

5          **A      I have not yet.**

6          Q      Do you plan to do that?

7          **A      I don't have any plans for what I will do in**

8      **the future, but it is certainly on my radar that there**

9      **is some concern.**

10         Q      Are there other alloys in the specification

11     for machined brass that you have concerns about being

12     used in potable water applications?

13         **A      Any alloy containing greater than 15 percent**

14     **zinc is going to be vulnerable to dezincification and**

15     **stress corrosion cracking in a potable water**

16     **application.**

17         Q      Okay.  So is it your opinion that a fitting

18     that's manufactured to comply with this standard may be

19     appropriate or it may not be appropriate.  It's going

20     to depend on the environmental factors to which that

21     fitting is subjected to?

22              MR. EDWARDS:  Object to the form.

23              THE WITNESS:  Well, it depends in part on

24     what the manufacturer's holding that fitting out to do.

25     When you say could it ever be appropriate?  Sure.  If

Page 36

1    you're going to use it for a week and that's your

2    intended goal, to have something that could survive a

3    week, it might be appropriate for that.  But if you're

4    putting it into a potable water application where

5    you're advertising it will perform for, you know, 10,

6    15, 20, 25, 30, 40, 50 years, no, it would not be

7    appropriate if it has more than 15 percent zinc.  It's

8    going to be vulnerable to dezincification and stress

9    corrosion cracking occurring over time.

10   BY MR. KUHLMAN:

11       Q    What does that mean, that it would be

12   vulnerable to dezincification or stress corrosion

13   cracking?

14       **A    It means that those failure mechanisms are**

15   **likely to lead to premature failure in those**

16   **components.**

17       Q    What do you consider to be a failure of the

18   component?

19       **A    It means that water is allowed to get out of**

20   **that component, which is designed to retain water, or**

21   **it becomes weakened or fractured in some manner that**

22   **allows the fitting to break in two in some cases**

23   **resulting in high volume loss of water.**

24       Q    So if it fails in such a way that it allows

25   water to get out of the system, that's a failure?

1        **A     Certainly.  It's designed to retain water.**

2        Q    If water does not escape the system, has the

3    fitting failed?

4             MR. EDWARDS:  Object to the form.

5             THE WITNESS:  It is not a on-and-off switch.

6    Failure happens through a process.  So we know in this

7    case, for example, we have fittings that are

8    experiencing active dezincification corrosion.  I would

9    describe those as being in the process of failing.

10   They are failing.  So have they failed?  Yes.  The

11   failure process has begun.  Have they leaked yet?  Not

12   yet, but it's coming.  It's a question of time and when

13   that will happen and what the magnitude of that water

14   loss will be.

15   BY MR. KUHLMAN:

16       Q    So I just want to make sure that we're on the

17   same page so that when I'm using words, I'm using a

18   word that means the same thing to you that it means to

19   me.  And I'm trying to understand to you what it means

20   for a brass fitting to fail.

21            What is a failure of a brass fitting?  And

22   let's be specific and let's stick with the fittings at

23   issue in this case, the NIBCO fittings that were used

24   in the Meadow plaintiff residences.

25            MR. EDWARDS:  Objection.  It's asked and

1    answered.

2            THE WITNESS:  I believe I have already

3    answered that, yes.

4    BY MR. KUHLMAN:

5        Q    Well, I disagree.  What do you consider to be

6    a failure in a NIBCO brass fitting?

7            MR. EDWARDS:  Same objection.

8    BY MR. KUHLMAN:

9        Q    You can answer the question.

10       **A    Would you mind reading back my prior answer?**

11       Q    You can answer the question.

12       **A    I've already said that I believe that a**

13   **failure is when any water leaks through that fitting in**

14   **any way or the fitting is exhibiting a corrosion**

15   **process that would be expected to allow it to leak or**

16   **to weaken the fitting such that it would be rendered**

17   **vulnerable to cracking or fracturing during service.**

18   **The dezincification process clearly weakens the**

19   **fittings.  Stress corrosion cracking weakens the**

20   **fittings.  And it also leads to fracture ultimately**

21   **leading to water loss.  It is not an on-and-off**

22   **process.  There isn't a moment that we say failure**

23   **didn't occur five minutes ago and now it has.  It is a**

24   **process of failure.  And many of the fittings, if not**

25   **all of the fittings that we evaluated in this case that**

Page 39

1    **were manufactured by NIBCO, indeed exhibited active**

2    **dezincification corrosion to some degree or another.**

3        Q    So in your opinion, a NIBCO fitting could be

4    in use for 50 years, and if it shows any sign of

5    dezincification, in your mind, it's failed?

6            MR. EDWARDS:  Object to the form.

7            THE WITNESS:  In my mind, it exhibits the

8    same defective vulnerability to dezincification

9    corrosion.  All brass fittings containing greater than

10   15 percent zinc will be universally vulnerable to

11   dezincification corrosion and stress corrosion

12   cracking.  And that defective vulnerability exists

13   whether failure has occurred or not.

14   BY MR. KUHLMAN:

15       Q    Would you agree with me that a vulnerability

16   to dezincification doesn't necessarily mean that a

17   fitting is going to fail in such a way that water will

18   escape from the system during a normal anticipated life

19   for a fitting?

20           MR. EDWARDS:  Object to the form.

21           THE WITNESS:  We don't have enough experience

22   yet with NIBCO's PEX fittings to know whether or not

23   they are all going to fail within a 50-year period or

24   not.  What we do know is that some of them have failed

25   in as little as two years.  And what we do know is that

Page 40

```
 1    all fittings that contain greater than 15 percent zinc
 2    will exhibit that same defect in the design and
 3    material selection and that that defect is present
 4    whether failure occurs or not.  That defect is present
 5    whether it ever leaks or doesn't leak or if it leaks
 6    due to some other reason.  That defect is still present
 7    in that fitting.
 8    BY MR. KUHLMAN:
 9        Q    So do you have an opinion as to why some
10    NIBCO fittings have failed and some haven't?
11        A    You need to be more specific in your
12    question, please.  I have lots of opinions.
13        Q    Well, you said that some of the NIBCO
14    fittings have failed in two years and some of the
15    fittings are still actively in service without showing
16    any signs of dezincification.
17             Do you have an opinion as to why that's true?
18             MR. EDWARDS:  Object to the form.
19    Mischaracterizes her testimony.
20             THE WITNESS:  It does mischaracterize my
21    testimony.  I don't believe I have said that I did not
22    see evidence of dezincification in any of the NIBCO
23    fittings.  I believe my report documents that we saw
24    some evidence of dezincification in every fitting that
25    we looked at.
```

Page 41

1    BY MR. KUHLMAN:

2         Q    Okay.  Do you have an opinion as to why some

3    fittings have actually failed in such a way that water

4    has been released from the system and others only show

5    signs of dezincification and haven't failed?

6         A    I didn't say they hadn't failed necessarily.

7    I have not excluded the water loss.  In fact, I believe

8    that many of the fittings that did not show

9    through-wall dezincification within the plaintiff cross

10   section that we looked at, it did show evidence of

11   water leakage at the outside surface of the fitting,

12   which is what caught my eye to begin with to look at

13   those fittings.  So please don't overread into what the

14   data tells us.  I certainly have not within my report.

15             In terms of your question, I would need you

16   to repeat that for me, please.

17        Q    What steps did you take to determine how the

18   dezincification that you saw on the NIBCO fittings

19   impacted the strength of the fitting?

20        A    Well, some of the fittings broke in two.

21   They fractured due to stress corrosion cracking.  And

22   some of them had such extensive dezincification

23   corrosion that they literally were crumbling in any

24   hands.  So there's no question that the strength of the

25   fitting was detrimentally impacted by dezincification

1    **corrosion.  I cannot normally break a fitting in my**

2    **hands unless it's in a weakened corroded state.**

3         Q    For the purpose of my questions moving

4    forward unless I mention otherwise, when I refer to the

5    fittings at issue in this case or NIBCO's fittings that

6    you've analyzed, I'm referring to the materials that

7    you actually reviewed that came out of the Meadow

8    plaintiffs' homes.  Okay?  Or the tubing that came out

9    of the Meadow plaintiffs' homes.  Can we have that

10   understanding moving forward?

11        **A    I don't know that I can accommodate that**

12   **understanding.  I didn't approach my analysis with that**

13   **respect.  And I don't know that, as we sit here today,**

14   **I am prepared to be able to segregate those.**

15        Q    Okay.  Well, please do your best.  With

16   respect to the fitting that -- well, first, were there

17   any fittings that you observed that had failed in such

18   a way that water had escaped a system in any of the

19   Meadow plaintiff homes?

20        **A    Yes.**

21        Q    Really?  Which home showed signs of a fitting

22   failure that caused a water leak?

23        **A    I didn't say that they caused a water leak in**

24   **the sense that I believe you're trying to define it.**

25   **That would be a leak that a homeowner had reported.**

1    But there was evidence of water seepage on the exterior

2    surface of the Plisko fittings.  There was evidence of

3    dezincification corrosion on the exterior surface of

4    some of the Plisko fittings.  It was that evidence that

5    led me to cross section the fittings where I did.

6        Q    Okay.  And with respect to the fittings that

7    you observed out of the Plisko home, did you perform

8    any testing on those fittings to determine how the

9    different amounts of dezincification that you saw

10   affected the strength of those fittings?

11       A    No.  It's apparent in looking at the

12   metallographic cross sections that the fittings would

13   be weakened through that corrosion mechanism.

14       Q    And what studies do you rely on to show that

15   it's apparent that a fitting is weakened simply because

16   there is some dezincification present?

17       A    First of all, the dezincification that was

18   present in the Plisko fittings extended more than

19   50 percent through the wall of the fitting.  Secondly,

20   we don't need to do a separate study to do that.  It's

21   commonly held in published literature that the very

22   nature of the dezincification corrosion process weakens

23   the fitting.  You are literately leeching zinc out of

24   that fitting and redepositing a porous copper structure

25   in its place.  When you look at that under the

Page 44

1    microscope, you see that it is a spongy structure that

2    is left behind.  And lots and lots and lots of

3    published literature exists to address the detrimental

4    effects of that.

5         Q    And did you do anything to attempt to

6    quantify how the strength of the fitting had changed as

7    a result of dezincification?

8         A    No.  There would be no reason to do that.

9         Q    And did you do anything to attempt to

10   determine when a fitting that was showing signs of

11   dezincification would ultimately fail in service to

12   where there would be a water leak?

13        A    The mechanism does not lend itself to that

14   type of an analysis.  What we do know is that in the

15   Monica residence and in the Medder residence, fittings

16   have fractured in as little as two years.  So empirical

17   experience in other homes leads us to know that stress

18   corrosion cracking can cause a fitting to snap in two

19   in that short of a time frame.

20        Q    And the Monica home that you referenced

21   there, that's part of the Cole case; is that right?

22        A    That's correct.

23        Q    And the Medder house, that's also part of the

24   Cole case?

25        A    That's correct.

1      Q    And with respect to the homes in the Meadow

2  case, none of those fittings had snapped or broken in

3  such a way that there was a water loss into the

4  property.  Is that fair?

5      **A    Not yet.  That's correct.**

6      Q    And you're not able to tell me with any

7  degree of certainty when those fittings might fail?

8          MR. EDWARDS:  Object to the form.

9          THE WITNESS:  Thank you.  No.  Not with the

10  testing that has been done thus far.  We have only

11  looked at one single plane of cross section to verify

12  that active dezincification is, in fact, occurring in

13  those fittings.  That plane of cross section was never

14  intended to reveal the maximum depth or the minimum

15  depth of corrosion penetration.  They were simply meant

16  to determine whether or not, in fact, there is active

17  dezincification occurring in those fittings.  What we

18  do know is that in the time that those fittings have

19  been in service, the dezincification corrosion within

20  that plane of cross section extends more than

21  50 percent through wall.  So certainly the depth has at

22  least gone that far.

23          If we were to look in the immediate adjacent

24  plane, it is quite conceivable that it has already gone

25  through wall.  And, in fact, the exterior appearance of

1    the fitting suggests that, indeed, it had.  So based

2    upon that, we would assume that leakage had occurred in

3    that fitting and had simply not yet been detected by

4    the homeowner.

5            When dezincification first goes through wall,

6    it typically goes through the small plug-shaped area,

7    and water will tend to wick through and evaporate off

8    about as fast as it comes out.  So that dezincification

9    corrosion tends to sit there for an extended period of

10   time before it would ever be noticed by a homeowner or

11   be reported as a leak.

12   BY MR. KUHLMAN:

13       Q   So I'm a little confused by what you just

14   said because I thought you started out by saying that

15   the fitting that you observed out of the Plisko home

16   had more than -- had dezincification going through more

17   than 50 percent of the fitting, and then I thought you

18   said that you saw signs that it had gone completely

19   through the fitting.  And I'm trying to understand

20   which is which.

21           Did you observe dezincification all the way

22   through the fitting or more than 50 percent?

23       A   Yes and yes.

24       Q   Okay.

25       A   When you look at the exterior surface of the

1    fitting, it was evident that dezincification had

2    occurred and that it had penetrated through the wall of

3    the fitting as evidenced by discoloration of the

4    exterior of the fitting.  When we prepared cross

5    sections, the cross sections demonstrate that it

6    extends at least 50 percent through the wall of the

7    fitting in that plane of cross section.

8           If you look at any of these polished cross

9    sections, you will see that dezincification corrosion

10   typically manifests as a highly variable line of

11   corrosion.  It looks very much like the pattern that

12   the waves would leave on the sand at the beach.  It's

13   not a uniformly shaped corrosion front.  So the depth

14   varies widely along any outlet of the fitting with

15   respect to the depth of penetration.  It will also vary

16   circumferentially around the fitting.

17          So you may have, you know, 5 percent depth of

18   penetration in one area of a polished cross section.

19   And somewhere else in that very same plane of cross

20   section, the corrosion may extend at least 50 percent

21   through wall or even 100 percent through wall as shown

22   in some of these fittings.

23      Q    Is it your opinion that dezincification is a

24   linear process?  So if it starts on day one and it

25   shows 50 percent by day 50, that by day a hundred, it's

1      going to be all the way through?

2          **A     No.  It would not necessarily be a linear**

3      **process.**

4          Q     And so dezincification can slow down or speed

5      up as the process is underway.  Is that fair?

6          **A     Dezincification will be influenced by many**

7      **different factors within that fitting.  And --**

8          Q     And what factors will impact dezincification?

9          **A     For example, microstructure can play a big**

10     **role in the rate at which dezincification will migrate**

11     **through the wall of the fitting.  The microstructure in**

12     **and of itself is not necessarily a causative agent but**

13     **it will, in fact, affect the rate of growth through the**

14     **wall of the fitting.  If you have a high degree of beta**

15     **phase in any portion of that fitting, the**

16     **dezincification will move very quickly through the beta**

17     **phase portions of the alloy in comparison to the alpha**

18     **portions of the microstructure.**

19         Q     Okay.  Are there environmental factors that

20     can affect the speed with which dezincification will

21     occur?

22         **A     There can be.**

23         Q     Such as?

24         **A     Such as if you have something that would**

25     **change your oxygen concentration in the system.  Those**

1    types of changes could locally at an area of the

2    fitting cause dezincification to initiate a little

3    sooner or initiate a little later.  Again, it's not

4    going to be a causative factor but it could influence

5    the rate locally.  If you were to have something, for

6    example, stick to the wall of the fitting, it could

7    cause that little area to behave differently from

8    surrounding material.

9         Q    Okay.  What is an acceptable corrosion rate

10   for plumbing materials in water?

11             MR. EDWARDS:  Object to the form.

12             THE WITNESS:  There's no universal answer to

13   that question.

14   BY MR. KUHLMAN:

15        Q    How would you answer the question?

16             MR. EDWARDS:  Same objection.

17             THE WITNESS:  I would not answer that

18   question.  That's an ill-defined question.  Could you

19   please be more specific?

20   BY MR. KUHLMAN:

21        Q    Is any corrosion in a brass plumbing fixture

22   acceptable in your opinion?

23             MR. EDWARDS:  Object to the form.

24             THE WITNESS:  In my opinion, the fittings

25   need to perform as the manufacturer has advertised that

Page 50

1   they will perform.  And in this case, NIBCO's fittings

2   did not.

3   BY MR. KUHLMAN:

4       Q    And how many fittings do you contend that

5   NIBCO sold that did not comply with what NIBCO was

6   saying about how long they would last?

7            MR. EDWARDS:  Object to the form.

8            THE WITNESS:  It is my opinion that none of

9   the NIBCO fittings that were manufactured using brass

10  alloys containing greater than 15 percent zinc were

11  suitable for the intended application and that all of

12  them were defectively designed.

13  BY MR. KUHLMAN:

14      Q    That's a different question.  We were talking

15  about fitting performance, and then you changed into a

16  fitting being defective.  And I'm asking you how many

17  NIBCO fittings that you observed failed to meet the

18  performance standards that NIBCO outlined?

19      **A    I don't know that I'm prepared to answer that**

20  **question without reviewing the data in the report.**

21      Q    And what's your opinion with respect to how

22  NIBCO advertised these fittings?

23      **A    NIBCO advertised them as being suitable for**

24  **the PEX plumbing application.  They have advertised**

25  **their plumbing systems as being reliable, as being**

1   suitable for aggressive water applications.  They've

2   advertised them as being warranted by their company, to

3   be free of any manufacturing defects or material

4   defects for a period of 25 years if NIBCO products are

5   used in the system, solely NIBCO products.  And, in

6   fact, these plumbing fittings are failing in as little

7   as two years.

8        Q    How many fittings have you observed that have

9   actually failed, NIBCO fittings?

10       A    All of them exhibit the evidence of the

11   failure process.

12       Q    How many?

13       A    We'd have to go back and look and see how

14   many were analyzed.  I don't know the answer to that as

15   we sit here.

16       Q    So the only fittings that NIBCO sold that

17   you've analyzed would be the ones that are in the homes

18   at issue in these two cases -- is that fair? -- in the

19   Cole and the Meadow case?

20       A    I don't know that those are the only ones

21   I've analyzed.  I've analyzed components from other

22   cases as well.

23       Q    Okay.  And were you looking at those

24   components to see if the fitting showed signs of

25   dezincification?

Page 52

1        **A    I have noticed signs of dezincification in**

2   **many of those components whether I was asked to**

3   **specifically look for that or not.**

4        Q    Okay.  I'm trying to understand the facts and

5   the data that you're relying on for your opinions.  And

6   you're saying that every fitting that you've looked at

7   has shown some signs of dezincification.  And I'm

8   trying to figure out what that means.  How many

9   approximately have you looked at that showed signs of

10  dezincification?

11           MR. EDWARDS:  Object to the form.

12           THE WITNESS:  I do not know the number of

13  fittings without reviewing the report and counting them

14  and looking at how many we've analyzed here and how

15  many were analyzed at ESI with me present to observe

16  that analysis.  I don't know the answer to that

17  question as I sit here.

18           What I do know with certainty is that the

19  number that we have looked at is irrelevant to the

20  defect that exists in those fittings.  NIBCO has

21  affirmed that they made many, many fittings using

22  alloys that contain greater than 15 percent zinc and

23  that all of those fittings will exhibit the same

24  inherent vulnerability to dezincification corrosion and

25  that every fitting that we have looked at, in fact,

Page 53

1    showed evidence of active dezincification corrosion.

2            So your questions are a little -- I'm not

3    sure I understand what you're asking me, what you would

4    want me to tell you differently.  You seem to feel like

5    I have an answer to your question.  Maybe I don't

6    understand it.

7    BY MR. KUHLMAN:

8        Q    How many fittings have you looked at that

9    NIBCO manufactured that exhibited signs of

10   dezincification?

11           MR. EDWARDS:  Object to the form.

12           THE WITNESS:  I do not know.

13           MR. EDWARDS:  It's asked and answered.

14   BY MR. KUHLMAN:

15       Q    And would it be safe to say that it's under a

16   hundred?

17       **A    I believe that it could be under a hundred.**

18   **I can't say with certainty that it is.**

19       Q    Could you say with certainty that it would be

20   under 200?

21       **A    Not with certainty.  Not if I look at the**

22   **full scope of what I have seen of NIBCO fittings**

23   **through the course of my career.**

24       Q    And how many NIBCO fittings have you actually

25   analyzed with a microscope to actually see what type of

Page 54

1    dezincification might be present?

2         A    I don't need to analyze them with a

3    microscope to see if dezincification is present.

4         Q    Okay.  Is any amount of dezincification in a

5    fitting okay?

6              MR. EDWARDS:  Object to the form as to what

7    is meant by "okay."

8              THE WITNESS:  I would agree.  Could you

9    please clarify what you mean by "okay"?

10   BY MR. KUHLMAN:

11        Q    Is there any amount of dezincification in a

12   fitting that you believe wouldn't necessarily impact

13   the performance of the fitting during its anticipated

14   life?

15        A    No.

16        Q    How do you define a fitting's anticipated

17   life for NIBCO?  For NIBCO's fittings, how do you

18   define at what point it has performed to its life

19   expectancy?

20        A    I'm not certain I'm understanding you.  Could

21   you please restate that?

22        Q    At what point has a NIBCO fitting that was

23   used in a 1006 system performed to its expectation?

24             MR. EDWARDS:  Object to the form.

25             THE WITNESS:  Specific to the fitting?

Page 55

1    BY MR. KUHLMAN:

2         Q    Mm-hmm.

3         **A    Certainly -- if I were buying that fitting to**

4    **put into my house, I would certainly expect it to last**

5    **as long as the manufacturer has advertised and what**

6    **they have warranted.  So if a manufacturer tells me**

7    **they're warranted for 25 years, that suggests to me**

8    **that the manufacturer has an expectation that their**

9    **product will perform at least that long.**

10        Q    And when you say that it will last as long,

11   does it mean that it won't fail in such a way that you

12   have a water leak?

13        **A    I would certainly expect my plumbing system**

14   **not to leak water if the manufacturer tells me it's**

15   **going to hold water for at least 25 years.**

16        Q    So if you have a system in a house and it

17   performs without a water leak for 25 years, at that

18   point in your mind the NIBCO fittings that were used in

19   that system would have met their obligation, if you

20   will?

21             MR. EDWARDS:  Object to the form.

22             THE WITNESS:  I don't believe that was the

23   question that you had asked me previously.  And I don't

24   know that I would necessarily wholly agree with that

25   statement.

1    BY MR. KUHLMAN:

2        Q    Earlier when we were talking about alloys,

3    you mentioned knowing what we know today, you would

4    advise against the use of C36000 alloy in plumbing

5    components.  And I'm curious what you mean by "knowing

6    what we know today."  Has something changed over the

7    last 10 years such that that alloy is no longer

8    appropriate but may have been appropriate 10 years ago?

9        A    The vulnerability to dezincification, stress

10   corrosion cracking is dependent upon the alloy

11   chemistry.  All brass fittings that are made with more

12   than 15 percent zinc will exhibit that same

13   vulnerability to dezincification corrosion and stress

14   corrosion cracking.  That is true and always has been

15   true.

16            What has changed that has influenced

17   particularly stress corrosion cracking behavior more so

18   than dezincification -- in fact, one could argue not at

19   all with dezincification -- with stress corrosion

20   cracking in particular, we know that the introduction

21   of chloramines and the increases in chlorine levels

22   that are used and the urban sprawl effect that

23   influences chlorine depletion and the depletion of

24   chemical treatments that are added to water affects the

25   water chemistry.  We know that the water chemistry

Page 57

1      today is different from what it might have been 50 or

2      60 or 70 or 80 years ago.

3              That being said, we also know that NIBCO's

4      brass fittings have failed even in the absence of

5      chlorinated water or chloramines.  It has failed even

6      in well water where no chemical agents have been added

7      to the water.

8      Q    So with respect to additional knowledge in

9      the industry, have you learned anything over the last

10     10 years that impacts your opinion on whether or not

11     the alloy C36000 would suffer from dezincification when

12     used in potable water service?

13             MR. EDWARDS:  Object to the form.

14             THE WITNESS:  I'm not sure I understood it.

15     Could you say it again, please?

16     BY MR. KUHLMAN:

17     Q    Has anything changed?  Have you learned

18     anything over the last 10 years that would suggest to

19     you that using the alloy C36000 may not be appropriate

20     because it will be more likely to experience

21     dezincification than what you would have expected

22     10 years ago?

23             MR. EDWARDS:  Same objection.

24             THE WITNESS:  The one trend I have seen in

25     the past 10 or 15 years that I think has influenced

1   things is a lot of our production for these commodity

2   plumbing fittings has moved overseas.  Many of them are

3   being manufactured in countries that don't seem to

4   demonstrate the same commitment to quality that has

5   typically been demonstrated by American companies in

6   the past.  We are seeing far more fittings come out of

7   the manufacturing process with higher levels of

8   residual stress from machining with dull tools.  We're

9   seeing them come out of the manufacturing process in

10  some cases with detrimental amine-related compounds

11  that had been introduced during the manufacturing

12  process that have initiated the stress corrosion

13  cracking process.

14          We have also seen in many cases fittings that

15  are coming out with a very high level of trace

16  contaminants in the alloy that we did not typically see

17  many years ago.  We're seeing the introduction of more

18  minor constituents in the alloys that play a very big

19  role in the dezincification and stress corrosion

20  cracking in those alloys.  Again, that's all about

21  alloy chemistry.  And none of those things would be

22  able to lead to dezincification or stress corrosion

23  cracking if the alloy did not contain greater than

24  15 percent zinc.

25  BY MR. KUHLMAN:

1      Q    And I'm not sure you actually answered my

2    question there.

3      **A    I believe that I did.  So if we need to**

4    **clarify --**

5      Q    I'm asking specifically about this particular

6    alloy, this C36000 alloy.  Assuming it's manufactured

7    properly and to standard, did you learn something over

8    the last 10 years that would suggest to you that, well,

9    this is more prone to dezincification than we would

10   have thought 10 years ago?

11     **A    Yes.  For the reasons that we just stated.**

12   **We are seeing 360 brass alloys that are coming back**

13   **with a higher degree of continuous beta phase, which is**

14   **related to the way the material is heat treated during**

15   **manufacturing.  We're also seeing them come back with a**

16   **higher level of trace constituents in the alloy that**

17   **may still conform to the standard, but it's still**

18   **higher than what we've seen before.  We see them often**

19   **come back with a higher level of iron than what we've**

20   **seen in the past.  And all of those things influence**

21   **the corrosion behavior of that alloy.  And the residual**

22   **stress that's introduced during manufacturing plays a**

23   **pivotal role in the stress corrosion cracking**

24   **vulnerability.**

25     Q    And so the fitting may comply with the

Page 60

1    standard and still show signs of these residual

2    stresses or detrimental amine compounds, trace

3    contaminants, et cetera, the things you just mentioned.

4              MR. EDWARDS:  I think she was still in the

5    middle of giving her answer when you jumped in there.

6    I just ask that we let her finish her answer, please.

7              THE WITNESS:  Yes, I was.  And I've lost my

8    train of thought.

9              Would you mind reading back what I said,

10   please?

11              (Record read as requested.)

12              THE WITNESS:  So the answer to your question

13   is yes, I have seen things that have changed.  All of

14   that aside, you're focusing on 360 brass materials when

15   that is not even the only material that would contain

16   greater than 15 percent zinc.  All of those things are

17   exacerbating conditions.  But the underlying issue

18   related to the vulnerability of those fittings is zinc

19   content.

20              When you get that zinc content down below

21   15 percent, the materials are generally regarded as

22   immune to dezincification and stress corrosion cracking

23   in most applications including potable water

24   applications.

25

1   BY MR. KUHLMAN:

2       Q    Okay.  Let's just cover some of these other

3   alloys really quickly.  In Section 5.1.4, it talks

4   about forged brass.  And would you agree that NIBCO

5   utilized, let's see, C36500 and C37700 for its

6   forgings?

7       A    Again, I would need to reference the actual

8   chemical analysis results.  I don't recall the alloy

9   compositions as we sit here.

10      Q    Is it your opinion generally that NIBCO

11  failed to manufacture its fittings in compliance with

12  F1807?

13      A    No, not necessarily.  Some of them may not

14  have complied.  But certainly the failure mechanism is

15  not dependent upon compliance or not complying with the

16  standard.  NIBCO had a variety of material options at

17  their disposal.  They chose the material that they were

18  going to use and they represented what their life

19  expectation was for that material when they marketed

20  and sold the product.  The fitting as sold did not

21  exhibit suitable material composition to withstand the

22  intended service environment.

23      Q    So compliance with the standard is not

24  particularly relevant to your opinions --

25           MR. EDWARDS:  Object to the form.

Page 62

1    BY MR. KUHLMAN:

2        Q    -- with respect to alloy selection?

3        **A    Compliance with the standard is inadequate to**

4    **ensure that the material is going to perform as**

5    **intended.**

6        Q    When you say some of the fittings may not

7    have complied with the standard, just speaking broadly

8    with respect to all NIBCO fittings, have you done any

9    type of analysis of the documents to determine what

10   percentage of NIBCO's fittings that were sold during

11   this 2006 to 2012 time period failed to meet the F1807

12   standard?

13       **A    I have not.**

14       Q    Do you have any opinion on that?

15       **A    Not as we sit here today.**

16       Q    And I assume based on what you just said that

17   it's your opinion that using these higher zinc content

18   brasses and forged brass fittings is also

19   inappropriate?

20       **A    Correct.**

21       Q    And is that something that you have advised

22   anyone at ASTM about?

23       **A    Not yet.**

24           MR. EDWARDS:  Kevin, are you at a good

25   stopping point?  It's 10:20 now.  I think it's time for

Page 63

1    a break.

2             MR. KUHLMAN:  Let's take a break.

3          (Off the record 10:21 a.m. to 10:39 a.m.)

4    BY MR. KUHLMAN:

5       Q    We're back on the record after a short break.

6    I'd like to circle your attention back over to

7    Exhibit 4, the ASTM F1807.  And if you could, please

8    turn to the fourth page of this document and look at

9    Section 9.1.1 for me.  It's labeled "Crimping

10   Procedure."

11       **A    It's actually labeled "Crimp Joints."**

12       Q    9.1.1?

13       **A    9.1.1.  Thank you.  "Crimping Procedure."  I**

14   **see it.**

15       Q    Is a proper crimp important to the

16   performance of a fitting?

17       **A    No.  Not for the fitting itself.**

18       Q    Why is a proper crimp important?

19             MR. EDWARDS:  Object to the form.

20             THE WITNESS:  Could you be more specific,

21   please?

22   BY MR. KUHLMAN:

23       Q    Is a proper crimp important to the

24   performance -- are proper crimps on the fittings and

25   the crimp rings important for the performance of a

1    plumbing system?

2                 MR. EDWARDS:   Same objection.

3                 THE WITNESS:   Could you clarify?   I'm not

4    sure what you mean when you say it's important to the

5    plumbing system.

6    BY MR. KUHLMAN:

7         Q    You understand what a crimp ring is; right?

8         **A    Of course.**

9         Q    And is it important to properly put that on

10   the tubing?

11        **A    It is important for certain reasons to put it**

12   **on the tubing --**

13        Q    Is it important to follow an appropriate

14   procedure when doing that process?

15        **A    It is important that you have a crimp that is**

16   **properly placed to create an adequate seal and properly**

17   **crimp to sufficiently seal the pipe against the sealing**

18   **barbs on a fitting to create a watertight seal.**

19        Q    So why is that important?

20        **A    Because if you don't create a watertight**

21   **seal, it won't hold water.**

22        Q    And the standard states that "The crimp ring

23   shall be positioned on the tubing so the edge of the

24   crimp ring is one eighth to a quarter inch from the end

25   of the tube."

Page 65

1          Is that your understanding of where a crimp

2    ring needs to be positioned when you perform a proper

3    crimp?

4        **A     The standard states that "The crimping shall**

5    **be positioned on the tubing so the edge of the crimp**

6    **ring is one eighth to one quarter inch, 3.2 to**

7    **6.4 millimeters, from the end of the tube."**

8            **It is important to ensure that it's**

9    **positioned properly over the sealing barbs to achieve a**

10   **seal, which is why that language is in there.**

11       Q    And is it important that installers comply

12   with this requirement?

13       **A     If they want to achieve a watertight seal,**

14   **yes.**

15       Q    That's important in a plumbing system; right?

16       **A     Certainly.**

17       Q    To have a watertight seal?

18       **A     Yeah.**

19       Q    You mentioned your plumbing system earlier.

20   If you went to your plumbing system, you would want --

21   if you had PEX crimp rings, you'd want them to be

22   positioned in accordance with the standard.  Fair?

23       **A     I would want them to be positioned in**

24   **whatever manner is needed to achieve a watertight seal.**

25   **That's what I would care about.**

Page 66

1      Q     And do you have an opinion about what happens

2   if an installer fails to comply with this standard and

3   the crimp ring is not placed in that range?

4      **A     With respect to what?**

5      Q     With respect to NIBCO fittings, what would

6   happen?

7      **A     That's a very broad question.  I don't know**

8   **what you mean when you say "what would happen."**

9      Q     Would it decrease what you would expect -- if

10  the crimp ring is not properly placed on the fitting,

11  would you expect there to be a watertight seal?

12         MR. EDWARDS:  Object to the form.

13         THE WITNESS:  There can be.

14  BY MR. KUHLMAN:

15     Q     And would you expect that watertight seal to

16  last as long as a properly placed and crimped ring?

17     **A     It certainly can.**

18     Q     But it certainly couldn't as well.  Is that

19  fair?

20     **A     It is possible that, if it is outside of that**

21  **tolerance, it might not seal.  It would depend upon how**

22  **far out of tolerance it is.  It's a range.  And**

23  **certainly I have seen plumbers miss the mark and still,**

24  **you know, manage to achieve a seal that lasted for a**

25  **very, very long period of time with no problem.**

1          I've seen other cases where they completely

2     miss the mark and it didn't seal from day one.  It

3     depends upon how far off they are and so forth as to

4     whether or not they will adequately compress the pipe

5     against the sealing barbs.

6          Q    So with respect to NIBCO fittings, how far

7     out of tolerance is sufficient to create an appropriate

8     watertight seal in your opinion?

9          A    I haven't looked at these fittings for that

10    purpose.  What I have looked at is the incident

11    hardware.  I've examined the pipe.  I've examined the

12    fittings.  I've examined the witness marks inside the

13    pipes to determine if, in fact, a proper seal was

14    achieved.  And I have examined the fittings, the pipe,

15    and the clamps to determine if the manner of

16    installation influenced the failure mechanisms that are

17    at issue in this case.

18         Q    Can a leak occur in plumbing if the crimp or

19    clamp is not installed properly?

20         A    Sure.

21         Q    Would you agree that the crimp or clamp seals

22    the fitting to the tube assembly?

23         A    The crimp or the clamp would be utilized to

24    seal the assembly, yes.

25         Q    Is the first barb in an F1807 fitting a

Page 68

1    sealing barb?

2        A    Define, please, what you mean when you say

3    "first barb."  Do you have a picture that you're

4    referring to?

5        Q    Are you familiar with what a fitting looks

6    like?

7        A    Yes, Kevin.  After working with PEX plumbing

8    systems for 16-plus years, I'm familiar with what a

9    fitting looks like.

10       Q    And are you familiar with the number of barbs

11   that are on the fitting?

12       A    I am familiar with the design of the fitting.

13   I'm not sure that we use the same terminology.  So

14   please clarify for me.

15       Q    The first barb from the outside working in.

16       A    Could you please point me to a picture and

17   identify exactly what you're referring to so that I can

18   ensure we're on the same page?

19       Q    Have you seen the barbs on a fitting before?

20       A    Yes.

21       Q    How would you define the first barb?

22       A    I define them from the end of the outlet.

23   But we may not define them in the same way.  There's a

24   picture in the ASTM standard on Section 7, Figure 1,

25   that shows the barbs on the end of the fitting.  If you

Page 69

1      could show me what you're referring to when you asked

2      the question, that would be appreciated.

3          Q    So it's your position that -- just the

4      question, "Is the first barb a sealing barb?" is too

5      vague for you to answer?

6          A    Yes.

7          Q    How did you eliminate workmanship and

8      installation issues from your analysis as a potential

9      cause of a failure in a fitting?

10              MR. EDWARDS:   Object to the form.

11              THE WITNESS:   Could you please clarify what

12     you're asking?

13     BY MR. KUHLMAN:

14         Q    You said that you looked at installation

15     practices on a fitting to see if they played a role in

16     the failure.  Did I hear that correctly?

17         A    If you could point me to where you're

18     referring in my report, I'd be happy to review the

19     specific language that you're referring to.  I looked

20     at all of the plumbing assemblies to determine if any

21     improper installation contributed significantly to the

22     root cause of failure.

23         Q    And did you determine that any installation

24     failures contributed to the failure of any fittings?

25         A    I did not find any evidence of any

1    installation issue that contributed significantly to

2    the cause of failure for the fittings.

3         Q    And which of the Meadow plaintiff homes, in

4    your opinion, had a fitting failure?

5         A    Susan Plisko was the only -- the Pliskos are

6    the only plaintiffs in the Meadow case who had brass

7    fittings that were available for inspection.  The

8    Meadow residence had already been completely replumbed.

9    The McLaughlin residence did not utilize NIBCO brass

10   fittings.  So of the three plaintiffs, named plaintiffs

11   associated with the Meadow class action, the Plisko

12   residence was the only residence that had NIBCO brass

13   fittings in it for examination.

14        Q    And were you able to observe those brass

15   fittings as they were positioned in service?

16        A    There were some brass fittings that were in

17   service that we were able to observe.

18        Q    Do you recall how many?

19        A    I don't recall off the top of my head how

20   many.  What I do know is that dezincification corrosion

21   and stress corrosion cracking, which are the failure

22   mechanisms that are occurring in those brass fittings,

23   are not in any way caused by installation issues.  The

24   installation issues that you have addressed thus far in

25   terms of placement of a clamp over the fitting would

1    **not in any way significantly influence, let alone**

2    **cause, dezincification.  That is an alloy composition**

3    **issue.  So any influence at all from the manner of**

4    **installation would be negligible at best in terms of**

5    **influencing dezincification corrosion or stress**

6    **corrosion cracking.**

7         Q    Aside from a failure associated with

8    dezincification, a fitting could leak if there's not a

9    proper seal; right?

10        **A    A fitting can leak due to a variety of**

11   **conditions that are not at issue in this case.**

12   **Somebody could drill a hole in a fitting.  But just**

13   **because it can leak or maybe even did leak due to a**

14   **different mechanism tells us absolutely nothing**

15   **regarding the inherent defect in the design of that**

16   **fitting.**

17        Q    If a fitting leaks for a reason other than

18   dezincification, like if there's an improper crimp or

19   some other improper installation practice that causes a

20   leak, is that something that NIBCO should be held

21   responsible for?

22             MR. EDWARDS:  Object to the form.

23             THE WITNESS:  You're asking me to render a

24   legal opinion that is not for me to render.  From a

25   technical perspective, it seems that you are confusing

Page 72

1    the manifestation of a leak with the presence or

2    absence of an underlying defect that was there at the

3    point of sale.  These fittings are inherently

4    universally defective in design.  They are inherently

5    and universally vulnerable to dezincification and

6    stress corrosion cracking in potable water

7    applications.  And whether or not coincidently a

8    plumber may have had an installation defect that

9    allowed it to leak for some other reason has absolutely

10   no bearing on that vulnerability at all.  It simply

11   would indicate that there are two competing processes

12   going on that could have allowed that fitting to leak

13   and one process manifested faster than the other.

14   They're not related.

15   BY MR. KUHLMAN:

16        Q    But that could happen where there's two

17   different processes working and the one unassociated

18   with the design of the fitting happens to cause a leak

19   first.  I mean, that could happen; right?

20        **A    That could happen in any product.  Somebody**

21   **could put a nail through one.  That can happen.  It**

22   **could happen from the day they install it.  Somebody**

23   **could put a nail in one.  That doesn't mean that that**

24   **fitting wasn't equally defective.**

25        Q    And failures like that can take time to

1    manifest as well; right?

2        A    They can.

3        Q    So the simple fact that there is a failure in

4    a fitting doesn't necessarily mean that that failure

5    that caused the water to leak was the result of

6    dezincification.  Is that fair?

7        A    Certainly components and assemblies can leak

8    for a variety of reasons.  The issue in this case is

9    whether or not the fittings are inherently defective

10   and whether or not the leaks that have occurred in

11   these class actions demonstrate that vulnerability and

12   resulted from it.

13           In this case the Plisko fittings are failing

14   due to dezincification corrosion.  The Monica

15   residence, the fittings failed due to the combined

16   effects of dezincification and stress corrosion

17   cracking.  In the Medder residence, the fittings

18   failed, snapped in two in two years due to

19   dezincification and stress corrosion cracking.  Those

20   failures absolutely specifically resulted from the

21   alloy chemistry.  They did not result from improper

22   installation in any way.  Even if they had, however,

23   they still exhibit the same defect and the same

24   vulnerability to failure.

25       Q    Just because something has a vulnerability to

Page 74

1  failure doesn't mean it's going to fail.  Is that fair?

2          MR. EDWARDS:  Object to the form.

3          THE WITNESS:  It means it's unsuitable for

4  the intended application.

5  BY MR. KUHLMAN:

6      Q   So to answer my question, just because

7  something is vulnerable to a failure doesn't mean it's

8  going to fail.  Is that fair?

9          MR. EDWARDS:  Objection.  Asked and answered.

10         THE WITNESS:  It is fair.  Not every product

11 that is defective will necessarily fail.  A classic

12 example of that would be the old Pintos that had a

13 clear defect in their design.  You know, there are a

14 variety of examples where products are defective that,

15 you know, maybe by luck or some other factor managed to

16 perform.  But that does not negate the fact that they

17 were defective.

18 BY MR. KUHLMAN:

19     Q   And so you're saying here that the NIBCO

20 fittings are defective in their design because of the

21 material selection.  Is that fair?

22     **A   That's correct.**

23     Q   And the existence of that defect doesn't

24 necessarily mean that the fitting will fail in such a

25 way that it will cause a leak?

1        **A    It doesn't mean there aren't other failure**

2    **processes that can also cause a leak before that**

3    **mechanism leads to a leak.**

4        Q    But it also doesn't mean that the fitting

5    will fail and cause a leak as a result of

6    dezincification?

7            MR. EDWARDS:  Object to the form.

8    BY MR. KUHLMAN:

9        Q    Is that fair?

10       A    I don't know that that is fair based on my

11   empirical experience with these products.  So far every

12   single fitting that we have looked at that contained

13   greater than 15 percent zinc manufactured by NIBCO

14   exhibited active dezincification corrosion to varying

15   degrees around the circumference and length of the

16   fitting outlets.  Most of them exhibited significant

17   dezincification in a variety of water conditions and in

18   a variety of installations and so forth.

19           So when we're seeing that level of corrosion

20   happening over a span of only a few years in service, I

21   would be very, very doubtful that any of them actually

22   are going to survive the intended period of time

23   without leaking.  Whether they do actually leak or not,

24   however, that same vulnerability is still there.  They

25   were still in the universally defective condition at

1    the time they were sold.

2        Q    But you can't say with any degree of

3    certainty how long these fittings will last before a

4    water leak happens?

5        A    I can say with absolute certainty.  They

6    lasted two years in the Monica residence.  I can say

7    with absolute certainty that they lasted two years in

8    the Medders residence.  I can say with absolute

9    certainty that in the Plisko residence after six years

10   we see evidence of through-wall dezincification and we

11   see evidence of penetration in cross sections extending

12   at least 50 percent through wall.  I can say that none

13   of the homes that we evaluated had fittings that had

14   been in service for longer than seven years, and every

15   one of them showed evidence of active dezincification

16   corrosion.

17       Q    And with respect to the Plisko home, which is

18   the only home that's included in the plaintiffs' homes

19   for this Meadow case, that fitting, although showing

20   signs of dezincification according to you, has not

21   failed in such a way that water has leaked?

22       A    I said before water clearly had gone through

23   the wall of that fitting.  We could see that on the

24   outside of the fitting.  It did not manifest as a leak

25   that was noticed or reported by the homeowner.  But

1  **from a technical perspective, yes, there was evidence**

2  **that water had made it through the wall of the fitting.**

3      Q    Some of the fittings -- some of these NIBCO

4  fittings that are out there that you're saying are

5  defective have lasted longer than 10 years in service.

6          Is that fair?

7      A    **Could you repeat that?**

8      Q    Would you agree that NIBCO has sold fittings

9  that you are claiming are defective that have lasted

10  for more than 10 years in service?

11          MR. EDWARDS:  Object to the form.

12          THE WITNESS:  I don't know that to be true.

13  Maybe they have.  I don't know that with certainty as

14  we sit here today.  If you have a particular document

15  you'd like me to look at, I'm happy to review it.

16  BY MR. KUHLMAN:

17      Q    Do you know the dates when any of the Meadow

18  plaintiffs' homes were piped?

19      A    **I do in the report.  They're documented.  I**

20  **don't know them off the top of my head.**

21      Q    Okay.  We'll get back to the report here in a

22  little while.

23      A    **Okay.**

24      Q    Let's go back to the question that I asked

25  because I don't think you answered it.  With respect to

Page 78

1    all the other fittings that were sold across the United

2    States by NIBCO that have this level of zinc that

3    you're claiming is defective, the ones that you haven't

4    seen before, are you able to say with any degree of

5    certainty how long those fittings will last in service?

6              MR. EDWARDS:  Object to the form of that

7    question and the commentary that preceded it.

8              THE WITNESS:  No.  I can't say how long those

9    fittings that I have not looked at would last.  What we

10   can say with certainty is that the fittings at issue in

11   this case are failing after only six years in service

12   in the Plisko residence and that they have snapped in

13   two, resulting in very high volume losses of water in

14   the Medder residence and the Monica residence after

15   only two years.

16             Based upon what we have seen in this case, I

17   would believe that there are a number of failures

18   happening all over the United States that may or may

19   not be recognized or reported to NIBCO.

20        Q    Do you have evidence of how many failures

21   that might be or is that just something that you

22   believe might exist out there?

23        **A    I don't have anything quantifiable in terms**

24   **of numbers.  I do know if you go on the Internet and**

25   **you Google NIBCO plumbing products, you will find many,**

Page 79

1    many reports of complaints about a variety of plumbing

2    components that are failing.  And not all of those

3    complaints appear to be in NIBCO's PER database.

4          Q    Do you believe everything you read on the

5    Internet?

6          A    No.  But I believe that those claims are

7    likely happening.

8          Q    But you don't have any specific evidence of

9    it -- is that fair? -- other than what's reported on

10   the Internet?

11         A    I know that what they are reporting is

12   consistent with my experience in dealing with ASTM

13   F1807, NIBCO brass fittings in terms of the

14   descriptions that they offer, and so forth.

15         Q    Is Internet commentary something an expert

16   would normally rely upon in reaching their opinions

17   with respect to a product?

18              MR. EDWARDS:  Object to the form.

19              THE WITNESS:  No.  And I did not rely upon it

20   in reaching my opinions.  However, you're asking about

21   fittings that I have not evaluated.  So if we're going

22   to discuss fittings that are outside the scope of what

23   I've relied upon, then let's discuss that universally

24   and completely.

25

Page 80

1   BY MR. KUHLMAN:

2       Q    Well, with respect to the Plisko fitting --

3   well, okay.

4            Do you know if the original Meadow home had

5   any brass fittings manufactured by NIBCO?

6       A    I do not.

7       Q    Okay.  Well, all of this got started because

8   you were talking about an affidavit that you prepared

9   in a case involving Uponor.  And so I'd like to circle

10  back around to that, to where we started here.

11           So who asked you to prepare an affidavit?

12      A    I don't recall.

13      Q    Were you doing that for Uponor or for a

14  different company?

15      A    It was done on behalf of Uponor.  I don't

16  recall who specifically asked me to prepare it.

17      Q    And where were you working at the time that

18  you prepared that affidavit?

19      A    Metallurgical Technologies.

20      Q    And what is Metallurgical Technologies?

21      A    It's a consulting firm and material test

22  laboratory.

23      Q    And were you paid -- was Uponor paying

24  Metallurgical Technologies for the time you spent to

25  work on that affidavit, or was that something that kind

Page 81

1    of flowed from your time working at Uponor before that?

2        **A     Uponor would have paid Metallurgical**

3    **Technologies for the time I spent working on that.**

4        Q     Were you an employee of Metallurgical

5    Technologies or a partner or a part owner of some sort?

6        **A     I was an employee.**

7        Q     What was your title at the time that you

8    prepared this affidavit?

9        **A     I don't recall.**

10       Q     Okay.

11       **A     I would have to look at my CV.**

12       Q     Let's go ahead and do that.  I believe it was

13   on page 74, we said.  All right.  And this CV indicates

14   you were the technical manager and senior materials

15   engineer at Metallurgical Technologies, Inc., from

16   October of 2007 to June of 2009; is that right?

17       **A     That's correct.**

18       Q     And were you asked to prepare some sort of

19   root cause analysis with respect to brass fittings as

20   part of preparation of that affidavit?

21       **A     I had already investigated those brass**

22   **fittings.  I am a former employee of Uponor.  And**

23   **during my time at Uponor, I investigated brass fittings**

24   **and plastic threaded coupling nuts.  And I continued**

25   **that effort when I went to work for Metallurgical**

1     Technologies.

2          Q     And what specific types of brass fittings are

3     we talking about here that you were analyzing when you

4     were at Uponor and that that analysis carried over when

5     you went to Metallurgical Technologies?

6          A     When you say "what specific type," what do

7     you mean?

8          Q     Are we talking about like Ts or elbows?  What

9     type of fitting are we talking about?

10         A     Yes.  All of -- any.

11         Q     Okay.  So just brass fittings that would be

12    used in a PEX plumbing systems?

13         A     These were specifically brass fittings that

14    were sold to Uponor by Unique Industrial Products as

15    being compliant with ASTM F1807.

16         Q     Okay.  And what was -- what were your

17    opinions that you reached after analyzing these

18    1807-compliant brass fittings?

19         A     I don't recall as we sit here today.  But if

20    you have something you'd like me to review, I'm happy

21    to.

22         Q     Was it your position at that time that those

23    fittings would have been defective because they

24    contained zinc levels higher than 15 percent?

25         A     I do not recall as we sit here today what the

1    **issues were in that matter specifically.**

2         Q    Do you believe you would have concluded that

3    the fittings that Uponor sold were defective because of

4    their design?

5              MR. EDWARDS:  Object to the form.

6              THE WITNESS:  I do not recall what the

7    specific issues were in that case or what conclusions I

8    reached in that case.  That's going back 10 years or

9    more.

10   BY MR. KUHLMAN:

11        Q    Okay.  Well, sitting here right now, today,

12   you know that those fittings were compliant with F1807

13   or at least they were supposed to be.  Based on that

14   knowledge, would you conclude that those fittings would

15   be defective because of the alloy selection?

16             MR. EDWARDS:  Object to the form.

17             THE WITNESS:  I believe that those fittings

18   were not compliant to ASTM F1807.  I believe that that

19   was part of the issues of the case.

20   BY MR. KUHLMAN:

21        Q    Okay.  And were they not compliant because of

22   the alloy used?

23        **A    There were issues with the alloy.**

24        Q    Did you -- to the best of your recollection

25   when you were working at Uponor, did you ever advise

1   them that they shouldn't be manufacturing or purchasing

2   fittings that used high zinc yellow brass?

3       **A    Yes.**

4       Q    Okay.  When did you do that?

5       **A    I don't recall the dates.  On multiple**

6   **occasions.**

7       Q    Multiple occasions.  And would you have

8   written a memo about it?  An e-mail?  How would you

9   have communicated that to someone at Uponor?

10      **A    I have no idea as we sit here today.  It's**

11  **unlikely that I would have communicated that in**

12  **writing, but it's possible that I did.**

13      Q    Okay.  And do you know at that time if --

14  well, let's just back up.  Let's talk about your time

15  at Uponor.  Your CV says that you started at Uponor in

16  July of 2002 and you were there until October of 2007.

17          Does that sound right?

18      **A    Yes.**

19      Q    And it says you created and managed the

20  material analysis laboratory at Uponor North America.

21          And what is the material analysis laboratory?

22      **A    It was an engineering services laboratory**

23  **dedicated to failure analysis of metals and the**

24  **extruded injection molded polymers, investigative**

25  **chemistry, process research and development, and**

Page 85

1      **materials engineering related to warranty claims**

2      **resolution and new product development as stated in my**

3      **CV.**

4          Q     Okay.  And prior to working at Uponor, did

5      you at any of these other jobs perform any kind of

6      failure analysis on any PEX components?

7          A     **Probably, yes.**

8          Q     Okay.  Which jobs would you have done that

9      at?

10         A     **Through Stork Twin City Testing.**

11         Q     And that was -- you worked at that location,

12     Stork Twin City Testing, from October 2001 to

13     July 2002; is that right?

14         A     **Correct.**

15         Q     To the best of your knowledge during your

16     time at Stork Twin City Testing, did you perform

17     failure analysis on PEX tubing?

18         A     **I believe that I did.**

19         Q     Okay.  And was any of that NIBCO or CPI

20     tubing?

21         A     **I don't recall.  It would not have been NIBCO**

22     **tubing because NIBCO was not manufacturing tubing at**

23     **that time.**

24         Q     Do you have any recollection of whose tubing

25     that was?

1    **A     I do not.**

2    Q    Do you remember if that testing had to do

3   with any certifications or do you just remember doing

4   it at some point?

5    **A    I have very little recollection of the**

6   **details of that.  I believe that it was a field**

7   **returned plumbing pipe but I can't even say that with**

8   **certainty.  Again, we're going back to 2001 and 2002.**

9    Q    Okay.  So moving forward to Uponor, did you

10   review and evaluate field returned samples?

11    **A    I did.**

12    Q    Were any of those alleged failures?

13    **A    Yes.**

14    Q    And did you have a process that you employed

15   when you were working at Uponor to analyze a warranty

16   return?

17    **A    Can you be more specific with your question?**

18    Q    Did you ever review any field returns that

19   were part of a warranty claim?

20    **A    Quite certainly, yes.**

21    Q    And did any of those claims involve PEX

22   products?

23    **A    Yes.**

24    Q    Did any of those claims involve PEX fittings?

25    **A    Yes.**

Page 87

1        Q     Okay.  Did any of those claims involve

2     F1807-compliant high zinc content yellow brass

3     fittings?

4        **A     They would have involved ASTM F1807 style**

5     **fittings that were made from alloys that would be**

6     **expected to contain greater than 15 percent zinc.**

7     **Whether or not they were compliant with that, I can't**

8     **tell you as we sit here today.**

9        Q     But to the best of your knowledge when you

10    were working at Uponor, you did have an opportunity to

11    review warranty claims involving F1807-type fittings

12    that would have been made with an alloy including more

13    than 15 percent zinc.  Fair?

14       **A     It's fair to say I evaluated field returned**

15    **product.  Whether they were submitted under a warranty**

16    **claim or whether they were submitted by a sales rep to**

17    **say, hey, you might want to take a look at this or**

18    **whether they were submitted under a tort claim, I**

19    **wouldn't necessarily always know.**

20       Q     So during that time you did evaluate F1807

21    fittings that were made with alloys containing more

22    than 15 percent zinc?

23       **A     Yes.**

24       Q     And did you universally determine that those

25    were defective in their design?

Page 88

1    **A    I don't recall what I would have determined**

2    **or what I was asked to determine or asked to evaluate.**

3        Q    At any time did you recommend that a warranty

4    or a plaintiff be paid because they had purchased F1807

5    fittings that contained more than 15 percent zinc?

6            MR. EDWARDS:  Object to the form.

7            THE WITNESS:  I don't recall off the top of

8    my head what I would have recommended specifically nor

9    would I be in a position to be able to disclose to you

10   what I may have recommended to Uponor beyond what has

11   been published on the Internet through my affidavit.

12   BY MR. KUHLMAN:

13       Q    Was it Uponor's position when you were there

14   that any fitting containing more than 15 percent zinc

15   was defective in its design?

16       **A    I'm sorry.  Ask again, please.**

17       Q    Was it your understanding at Uponor that any

18   fitting that it sold that contained more than

19   15 percent zinc was defective?

20       **A    Again, I don't recall what I would have said**

21   **to them specifically.  You asked earlier if I ever**

22   **recommended that they use a different alloy.  The**

23   **answer to that was yes.**

24       Q    Let's circle back to that.  When do you

25   believe you recommended -- just ballpark it -- that

Page 89

1    Uponor stop manufacturing fittings using yellow brass

2    with zinc more than 15 percent?

3         A    I don't recall, first of all.  Secondly, I do

4    not believe that I am at liberty to go into detail

5    regarding anything that I communicated to Uponor.  I

6    believe that the confidentiality agreement that I

7    signed when I went to work with them prohibits me from

8    being able to discuss that in any manner of detail

9    beyond what has been made public on the Internet.

10             If you would like to provide a copy of that

11   affidavit that has been made public, I'm happy to

12   review it and answer any questions you have to about

13   it.  Beyond that, I believe that we would have to put

14   NIBCO on notice and give them the opportunity to object

15   to any testimony I render regarding communications I

16   had with them while working in their employment.

17        Q    Do you have a copy of that confidentiality

18   agreement?

19        A    Not with me, no.

20        Q    Do you have one at your office?

21        A    I doubt it.  I don't recall having a copy of

22   it with me after I left Uponor.

23        Q    Do you remember what the terms of that were?

24        A    I do not.

25        Q    Do you know that it -- well, all right.

Page 90

1        **A        But I'm uncomfortable risking violating that**

2     **without clarifying it.**

3        Q     And you understand that there's a protective

4     order in place in this case; right?

5        **A        I do, but Uponor's not a party to that**

6     **protective order.**

7        Q     You understand that a protective order

8     prevents the disclosure of materials that are marked as

9     confidential for disclosure to third parties?

10          MR. EDWARDS:   Object to the form.

11          THE WITNESS:   I understand what I signed.   I

12     do not believe that that alleviates my obligation to

13     protect Uponor's confidentiality.

14     BY MR. KUHLMAN:

15        Q     And you understand that during the entire

16     time you were working at Uponor it was selling F1807

17     style fittings that had zinc in excess of 15 percent;

18     right?

19        **A        They were selling some fittings that**

20     **contained more than 15 percent zinc.  They also sold**

21     **fittings that contained less than 15 percent zinc.  And**

22     **they sold fittings that were made from plastics.**

23        Q     And you understand that it sold those

24     fittings with more than 15 percent zinc the entire time

25     you were there.   Fair?

1          A    That is not correct.

2          Q    Did they stop selling fittings that were in

3     excess of 15 percent zinc during your employment?

4          A    Let me clarify that.  When I first began

5     working for Uponor, I worked for Wirsbo, which was a

6     division of Uponor.  The division that I worked in did

7     not sell the higher zinc brass fittings, I believe if

8     memory serves me correctly, initially.  It's -- at a

9     later point in time they were merged with another

10    division of Uponor that did offer the F1807 style

11    insert fittings.

12          Uponor may have sold higher -- I'm sorry.

13    Wirsbo may have sold higher zinc alloy fittings of a

14    different design prior to that merger.  I'm not certain

15    of that.  I would have to go back and look at my

16    records on that.  But after the merger, they began

17    selling the F1807 style fittings that are at issue in

18    this case.

19          Q    Okay.  So was it your opinion when you were

20    working at Uponor that the design that is specified in

21    F1807 for fittings containing an excess of 15 percent

22    zinc was defective?

23          MR. EDWARDS:  Object to the form.

24          THE WITNESS:  Could you clarify your

25    question, please?

Page 92

1    BY MR. KUHLMAN:

2        Q    Sure.  At the time you were working for

3    Uponor -- so during this 2002 to 2007 time period --

4    was it your opinion that the design for fittings

5    outlined in F1807 was defective because it permitted

6    the use of alloys containing an excess of 15 percent

7    zinc?

8                MR. EDWARDS:  Same objection.

9                THE WITNESS:  I don't know that I ever

10   rendered an opinion that stated that I considered the

11   design to be defective.  I certainly rendered an

12   opinion that we had some defective fittings that were

13   defective in their alloy composition.  They did not

14   conform to the requirements of ASTM F1807, and I

15   recommended that we steer away from alloys that

16   contained greater than 15 percent zinc.  I don't know

17   that I ever would have said specifically I consider

18   that to be defective in that role nor do I know that I

19   was ever asked to assess that.

20   BY MR. KUHLMAN:

21       Q    And I'm not necessarily asking what

22   specifically you told anyone.  I'm just saying during

23   that time period, had you formed an opinion that you

24   believed that the F1807 fittings were defective in

25   their design because of the alloy provision that allows

Page 93

1    for an alloy in excess of 15 percent zinc?

2         A    And I'm responding to you and telling you I

3    don't know that I formed it worded the way you have

4    worded it either in my head or in a communication.   I

5    don't know that I thought of it that way.

6              What I concluded was, if we manufacture these

7    fittings with these high zinc alloys based on what

8    we're seeing, they're going to fail and we should not

9    be doing that.   That was what I concluded, that these

10   F1807 fittings are going to fail if we manufacture them

11   from high zinc alloys.   That's what I concluded.

12        Q    Okay.   So during your time at Uponor, it was

13   your belief that these F1807 fittings that were

14   manufactured using alloys with more than 15 percent

15   zinc would have been defective in their design?

16        A    Again, I don't think I formed the opinion

17   worded the way you are wording it now either in my head

18   or in a communication.   What I knew was that I was

19   empirically seeing dezincification and stress corrosion

20   cracking issues in those fittings.   And that's what I

21   concluded.

22        Q    It was your opinion then that utilizing those

23   alloys that were in excess of 15 percent zinc was not

24   the right path for the company?

25        A    Correct.

Page 94

1        Q     All right.  It mentions here that you worked

2    on expert witnessing in litigation-related claims.

3              MR. EDWARDS:  Could you --

4              THE WITNESS:  I'm sorry.  Where are you

5    looking?

6    BY MR. KUHLMAN:

7        Q     On your CV, discussion of your time at Uponor

8    North America, it says one of the things you did was

9    expert witnessing in litigation-related claims.  And

10   we've talked about this affidavit that you prepared

11   when you were working at Metallurgical Technologies.

12             Did you also serve as an expert witness for

13   Uponor during your tenure there?

14       **A     I believe so, yes.**

15       Q     And how many times do you remember doing

16   that?

17       **A     I don't recall.**

18       Q     And do you recall if those expert witness

19   events involved PEX-related claims?

20       **A     Not that I recall, but I can't say that with**

21   **certainty.**

22       Q     What about PEX fittings?

23       **A     I believe so.  My uncertainty here is falling**

24   **under when they would have actually disclosed me as an**

25   **expert.  Was that when I worked for Uponor?  Was that**

1       after I left and went to Metallurgical Technologies?  I

2       don't know timing-wise when all of that happened.  And

3       I don't know with certainty in what capacity I was

4       identified, if it was as a consulting expert or as a

5       testifying expert or if the depositions I gave were as

6       a fact witness or as an expert.

7            My dedication is to honestly reporting the

8       facts that as they exist.  And I don't put a lot of

9       time or attention on how someone else has defined my

10      role.  When I'm asked to do something, I do it to the

11      best of my ability.  And if I'm told to show up for a

12      deposition, I don't answer the questions differently if

13      I'm a fact witness versus an expert witness.  So that's

14      not something that is important to me or that sticks in

15      my head.

16           Q    Okay.  And approximately how many times do

17      you believe you've testified in a deposition or at

18      trial with respect to PEX fittings during your time

19      period at Uponor?

20           A    In a deposition?

21           Q    Or at trial.

22           A    Never at a trial.  I believe that there were

23      at least two, possibly three depositions related to

24      fittings.

25           Q    And did any of those depositions involve the

Page 96

1    propriety of using an alloy that contained more than

2    15 percent zinc in a fitting?

3        **A    At least one of those depositions involved**

4    **fittings that would have contained more than 15 percent**

5    **zinc.  I don't recall, as I've said before, what the**

6    **specific issues were or what the specific conclusions**

7    **were beyond recalling that one of the issues was**

8    **noncompliance with ASTM F1807 with regard to alloy**

9    **chemistry.  And not all of those fittings were F1807**

10   **fittings.  At least one of them was a plastic fitting.**

11       Q    Okay.  Did you work with any of the engineers

12   at Uponor to develop a new PEX fitting that contained a

13   different alloy that had less than 15 percent zinc?

14       **A    I would have contributed to design issues**

15   **related to different materials and different components**

16   **including fittings that would have contained less than**

17   **15 percent zinc.**

18       Q    So if you were going to take this concern of

19   yours over the content of zinc in the fittings at

20   Uponor up the chain to someone, who would you have

21   reported that to?

22       **A    For what purpose?**

23       Q    For the purpose of protecting the company

24   because you believed that this amount of zinc in the

25   fittings was inappropriate.

1           MR. EDWARDS:  Object to the form.

2           THE WITNESS:  There are a variety of people

3     that I may have spoken with with regard to alloy

4     composition for various purposes depending upon what

5     question was being asked or what issue was being

6     addressed.  If it was -- there's no single answer to

7     that question.  You're going to need to be more precise

8     in your question for me to be able to answer that.

9     BY MR. KUHLMAN:

10         Q    Who did you tell at Uponor that it shouldn't

11    be selling fittings that contain more than 15 percent

12    zinc?

13         **A    A, I don't recall.  And, B, I don't believe**

14    **that that is something I could disclose to you even if**

15    **I did for the reasons we've already discussed in terms**

16    **of the confidentiality order that I signed -- the**

17    **confidentiality agreement, I should say, that I signed.**

18         Q    When you were at Uponor -- I think you told

19    me this before -- that the quality assurance people

20    would have been handling certification audits; is that

21    right?

22         **A    Generally, yes.  They would be the most**

23    **likely people.  There may have been others as well.**

24         Q    And would there also have been other people

25    that handled the testing required for obtaining and

1   maintaining certifications?

2       **A      In what respect?**

3       Q    Well, would you have been working with either

4   NSF or IAPMO or UL to ensure that Uponor's products

5   were certified to the standards and maintained those

6   certifications?

7       **A      That would not have been my responsibility.**

8   **I would have had peripheral involvement with those**

9   **organizations and reports generated by them.  But**

10  **working directly with them for the purpose of**

11  **maintaining certification or obtaining any**

12  **certification would not have been within the scope of**

13  **what I did at Uponor.**

14      Q    So you might have reviewed the reports that

15  were generated, but you wouldn't have been dealing

16  directly with them.  Is that fair?

17      **A      I did deal directly with them at times on**

18  **certain issues but not specifically related to**

19  **certification issues.**

20      Q    Did you have the opportunity to review any

21  NIBCO stainless steel clamps in any of the three

22  plaintiffs' homes in the Meadow case?

23      **A      Not that I recall.  I don't believe that they**

24  **had the stainless steel clamps.**

25      Q    At Uponor would you have been the person

Page 99

1    responsible for saying yes or no on a warranty claim?

2         A    Not solely, no.  I would make a technical

3    finding regarding the root cause of failure if a

4    failure had occurred or was at issue and I would

5    communicate that to others in the company who would

6    ultimately make a decision on whether or not to pay a

7    claim.

8         Q    With respect to -- did you review any PEX

9    tubing failures when you were at Uponor?

10        A    Yes.

11        Q    Did you have a process that you followed in

12   attempting to determine what the root cause of failure

13   was?

14        A    Not a universal specific process.  The

15   process would vary depending on what was alleged.

16        Q    Were there a few standards, these are things

17   I'm always going to do?

18        A    Yes.  I would always do a visual inspection.

19        Q    Okay.  Why?

20        A    Because I need to look at it and see what has

21   happened.

22        Q    And what would you be looking for?

23        A    I would be looking to see if it leaked.  And

24   if so, what the leak path looked like and what we could

25   learn from that.

1    Q    Okay.  And would that just be a visual

2    inspection or would you look at it under a microscope?

3    A    It would depend on what was there.  Typically

4    I would start with a visual inspection and then may go

5    to a microscope for further information if it wasn't

6    obvious what had happened.

7    Q    Did you ever do gel testing?

8    A    Yes.

9    Q    Why?

10    A    To determine the gel content.

11    Q    Why is that important?

12    A    Because we certify our product as conforming

13    to the cross-linking requirements of ASTM F876, and

14    certain failure mechanisms can occur at different rates

15    depending upon the degree of cross-linking.  And Uponor

16    wanted to make sure their product was, in fact,

17    conforming.

18    Q    Okay.  How does gel content impact the rate

19    of oxidation -- oxidative degradation in a PEX tube?

20    MR. EDWARDS:  Are we still talking about what

21    she was doing at Uponor?

22    MR. KUHLMAN:  No.  This is a different

23    question.  I mean, it relates but it's a follow-up

24    question to what we're talking about because she just

25    said that certain factors could impact failure

Page 101

1    mechanisms.  So I'm trying to understand what she's

2    talking about.

3              THE WITNESS:  So to clarify, we're now

4    talking about the NIBCO PEX 1006 pipe.  Is that what

5    you're asking me?

6    BY MR. KUHLMAN:

7         Q    No, I'm not.  I'm asking you how the gel

8    content of tubing --

9         A    **Whose tubing?**

10        Q    Any tubing.  How the gel content of tubing

11   relates to the rate of oxidative degradation in a piece

12   of PEX pipe?

13        A    **Generally speaking the gel content in and of**

14   **itself will not influence oxidation of PEX material to**

15   **an appreciable degree.  What it will influence is the**

16   **rate with which an oxidative crack will grow through**

17   **the wall of the pipe.**

18        Q    Okay.  So would a crack propagate through the

19   wall of the pipe faster or slower if the gel content is

20   lower?

21        A    **If the gel content, meaning the degree of**

22   **cross-linking is lower, all other things being equal,**

23   **the crack will grow more quickly and more easily**

24   **through the wall of the pipe.**

25        Q    And what -- how do you know that?

1          **A    How do I know that?  It's a basic fundamental**

2     **principle of material science.**

3          Q    Okay.  Where would I look if I wanted to see

4     someone who had talked about that before?

5          **A    There are any number of places you could**

6     **look.  Could you be more specific?  I would recommend a**

7     **technical library.**

8          Q    Can you identify any authors who have written

9     on the subject of the level of cross-linking impacting

10    the speed with which a crack will propagate through an

11    oxidated piece of tubing?

12         **A    Not as we sit here today.  But the whole**

13    **reason for cross-linking PEX pipe is to improve the**

14    **resistance to creep and to improve the strength of the**

15    **pipe.  When an oxidative crack forms, it grows**

16    **primarily through creep rupture and stress rupture.  So**

17    **when the pipe is cross-linked to a lesser degree, it is**

18    **less resistant to that propagation mechanism.**

19         Q    At some point as you're cross-linking tubing,

20    does it become more brittle?

21         **A    I would not call it more brittle.  It becomes**

22    **more rigid and less flexible.**

23         Q    So if we got up into the 80 percent

24    cross-linked, would that have a slower rate of crack

25    propagation if the tubing became oxidized than a

1    65 percent sample that was tested?

2              MR. EDWARDS:  Object to the form.

3              THE WITNESS:  It depends on a number of

4    factors including the specific formulation of the pipe

5    and the method of cross-linking that is employed.  But

6    as a general trend, generally speaking, the higher the

7    degree of cross-linking, the stronger that material

8    becomes and the more resistant to crack propagation by

9    creep or stress rupture the material becomes.

10   BY MR. KUHLMAN:

11        Q    Are you able to quantify how changes in the

12   degree of cross-linking below 65 percent impact the

13   rate of crack growth in NIBCO's PEX tubing?

14        A    No.

15        Q    For any PEX tubing?

16        A    Not quantify it.

17        Q    Has -- to the best of your knowledge, has

18   anyone sought to do that as part of a technical paper

19   or research study?

20        A    I don't know if anyone has sought to do it or

21   not.  I will tell you there are other variables that

22   will influence that that would make such an assessment

23   precarious at best.  It would have to be done in a much

24   more controlled way than working with field returned

25   product.

Page 104

1    Q    And I'm not talking about with field returned

2    product.  I'm just talking about generally are you

3    aware of any studies that people have performed to

4    assess if lower levels of cross-linking -- or to assess

5    how specifically lower levels of cross-linking impact

6    crack growth speed?

7    **A    I believe that studies have been done**

8    **evaluating that.  I don't know if it was specifically a**

9    **NIBCO pipe and I can't point you to specific studies.**

10   **But as I sit here today, I believe I have reviewed**

11   **articles that do address that.**

12   Q    You can't tell me which ones or who wrote

13   them?

14   **A    Not as I sit here today, no.**

15   Q    And do you think those studies that you

16   reviewed would have addressed the differences, for

17   example, between 63 percent gel content, 65 percent gel

18   content and how that difference might impact crack

19   growth?

20   **A    Any differences that would be assessed like**

21   **that would be very, very specific to the pipe being**

22   **evaluated because of differences in things like**

23   **molecular weight in the resin and a variety of other**

24   **factors.  It would be likely that the answer to that**

25   **question would vary certainly from one manufacturer to**

1    another and one formulation to another.

2        Q    And so you're not aware of anyone doing that

3    study or a study like that?

4        A    As we sit here today, I can't think of a

5    specific study that has been done to that effect.

6        Q    Did you attempt to quantify in any way how

7    gel content findings lower than 65 percent impacted the

8    rate with which a failure may have occurred in NIBCO

9    tubing as part of this Meadow case?

10       A    No.  No attempt was made to quantify that.

11   What we do know is that, on average, roughly 22 percent

12   of the pipe sold by NIBCO did not conform to the

13   cross-linking requirements of ASTM F876.  That's based

14   upon our cumulative experience with cross-linking

15   studies done on NIBCO pipe between this case and other

16   cases that I have been involved in addition to cases

17   involving other plaintiffs that I was not involved in

18   directly but have seen reports for.  When we look at

19   them as a whole, roughly 22 percent of the pipes that

20   have been evaluated and documented in various expert

21   reports have shown under cross-linking.  We know that

22   some but not all failed pipes will show under

23   cross-linking.

24           We know that under cross-linking can

25   influence the rate at which oxidative degradation will

1    manifest as a leak in the pipe.  We know that it's not

2    a necessary condition for failure to occur.  We know

3    that it doesn't in and of itself cause oxidation to

4    occur.  But it would rather be an exacerbating

5    condition that could influence why some houses might

6    experience earlier leaks than others.

7        Q    Let me ask you this:  I want to circle back

8    around to this 22 percent number you just gave me.  You

9    mentioned that that number includes pipe samples that

10   have been tested as a result of ongoing litigation; is

11   that right?

12       A    I don't believe that's exactly what I said.

13       Q    Or at least claims being made and these are

14   experts that were hired by either plaintiffs or

15   claimants who are doing the testing.  Is that fair?

16       A    It's based upon testing that I myself have

17   done in this case, in the Christensen case.  It is

18   based upon testing that NIBCO's experts, ESI, have done

19   in the Christensen case.  And it's based upon testing

20   that was done in relation to the Pulte Homes case in

21   San Antonio against NIBCO.

22       Q    So that includes those sources that you just

23   mentioned and that's how you formed this 22 percent

24   number.  But I want to ask you about some additional

25   data that I know you have access to and I'm wondering

1   how this fits into your 22 percent number.  During the

2   course of discovery in this and other cases, NIBCO has

3   produced its gel testing results that it took on a

4   weekly or a twice-a-week basis over the course of many

5   years of manufacturing this tubing.

6           Did you consider all those passing results

7   over the years in assessing the gel content of the

8   tubing that was going on?

9       A    Well, the number that I threw out was not

10   related to those test results.  I believe my answer was

11   specific to field returned product.  I believe I said

12   what we know is that roughly 22 percent of these field

13   returned pipes that have been evaluated have

14   demonstrated insufficient cross-linking.  So that's an

15   important clarification.

16           Did I consider -- please let me finish my

17   answer.  Did I consider the data that you're referring

18   to?  Yes.  I did consider their passing results.  I

19   also considered the fact that Jana documented that they

20   did not always conform to the cross-linking

21   requirements of ASTM F876, and that Jana also evaluated

22   field returned product where they too concluded that a

23   low level of cross-linking existed in those products

24   and that low level of cross-linking likely influenced

25   the rate of propagation to the pipe.

Page 108

1      Q    So just so we're clear, when you were

2    testifying earlier you said that you know -- and I

3    wrote it down.  You said 22 percent of the tubing sold

4    by NIBCO did not meet the gel content requirements.

5           MR. EDWARDS:  Object to the form.

6    BY MR. KUHLMAN:

7      Q    I just want to make sure, that's not your

8    testimony.

9      **A    I don't believe that is what I said.  I don't**

10   **believe that is what I said.**

11     Q    Just so we're clear, your opinion is not that

12   22 percent of the tubing sold by NIBCO failed to meet

13   the cross-linking requirement.  Is that fair?

14     **A    I have not done an assessment of all tubing**

15   **manufactured by NIBCO to determine what degree of**

16   **cross-linking did or did not conform.  What we know is**

17   **that roughly 22 percent of the field returned pipe that**

18   **has been evaluated for cross-linking demonstrated**

19   **unsufficient cross-linking.**

20     Q    And those were samples either selected by

21   plaintiffs or plaintiffs' experts for testing.  Fair?

22     **A    Some of them were and some of them were also**

23   **selected by NIBCO's experts for testing.  And those**

24   **samples also demonstrated nonconforming cross-linking**

25   **in some cases.**

1      Q      And if we wanted to look at the data --

2  right? -- the actual test reports might be the best

3  source of that data -- is that fair? -- for those other

4  cases?

5      **A      I would like to think that those experts**

6  **accurately reported what is in the test reports, but**

7  **certainly it would not be a bad idea to look at the**

8  **test reports.**

9      Q      But you're not able to extrapolate that

10  number that you've come up with for the field returned

11  products to the overall amount of tubing sold by NIBCO?

12      **A      No.  And the important thing to recognize or**

13  **remember is that the degree of cross-linking is not**

14  **critical to the failure that has occurred in these**

15  **pipes.  It's an exacerbating condition.  It's a**

16  **condition that may help explain why some failures occur**

17  **sooner or earlier than others in an installation.  But**

18  **empirical experience has taught very clearly that it is**

19  **not a necessary condition for failure to occur.  The**

20  **underlying inherent defect that has caused these pipes**

21  **to fail exists without regard to whether there is or is**

22  **not insufficient cross-linking.**

23      Q      So what is the underlying defect with the

24  NIBCO 1006 tubing in your opinion?

25      **A      The tubes were insufficiently stabilized and**

1    **improperly designed in terms of the whole manufacturing**

2    **process to allow the tubing to perform as intended in a**

3    **potable water application.**

4        Q    So what does it mean when you say that the

5    tubing had an improper design in its manufacturing

6    process?  What does that mean?

7        **A    I believe I've defined that in the report if**

8    **we can turn to that page.  Bear with me while I find**

9    **it.**

10              MR. KUHLMAN:  Let's go off the record.

11          (Off the record 11:39 a.m. to 11:44 a.m.)

12    BY MR. KUHLMAN:

13        Q    Okay.  We are back on the record after a

14    short break.  And before the break, I'd asked you what

15    you meant when you used the term "manufacturing design

16    process for the tubing."  And you were going to look in

17    the report and see if you could find where you talked

18    about it there.

19              Have you had a chance to look through the

20    report?

21        **A    I have.**

22        Q    Are you ready to proceed?

23        **A    Yes.**

24        Q    And so when you say that "The NIBCO PEX was

25    defective in its design manufacturing process," what

1    does that mean?

2        A    It means as stated on page 17 and 18 of my

3    report that, when a manufacturer designs their process

4    by which they make PEX tubing, they have to make a

5    variety of decisions that will ultimately affect the

6    performance of that pipe and that will ultimately

7    determine whether or not the pipe performs as they

8    expect it to and intend for it to.

9            Those decisions begin with deciding what

10   resin they're going to use.  For example, not all high

11   density polyethylene resins or ultra high density

12   polyethylene resins are created equally.  They have to

13   select what resin they're going to use.  They have to

14   select what method of cross-linking they're going to

15   use.

16           There are three different types of PEX on the

17   market right now.  There's PEX-A, PEX-B, and PEX-C.

18   Those letter designations identify three different

19   cross-linking processes.  And the pipe that results

20   from those processes have unique properties and they

21   have unique challenges and unique benefits associated

22   with each cross-linking process.  So that's another

23   decision that the manufacturer has to make, what

24   process am I going to rely upon to achieve

25   cross-linking?

1          Then they have to decide what they're going

2     to do to protect that material from oxidation in a

3     potable water service environment because it's

4     well-known in the industry that polyethylene resins,

5     high density included, and ultra high molecular weight

6     polyethylenes included, will degrade in the presence of

7     potable water if they don't take additional steps to

8     protect that material.

9          So the manufacturer would decide what do I

10    need to add?  Am I going to add UV stabilizers?  Am I

11    going to add antioxidants?  Am I going to add other

12    compounds that may help extend the life of my pipe?  If

13    so, what I am going to select for those additives?  How

14    am I going to introduce those?  How am I going to go

15    about compounding that material and mixing it?

16          And then they have to make decisions

17    regarding their extrusion process.  What temperature am

18    I going to operate under?  What kind of pressure am I

19    going to use for my extruder?  How am I going to go

20    about cooling that material?  All of those decisions

21    will ultimately affect the performance of the pipe that

22    comes out at the end of that process.  All of that

23    together is the manufacturing design for that pipe.

24    Q    Okay.  So selecting a resin, that's

25    essentially picking one of your ingredients for the

Page 113

1    tubing; right?

2          A    One of your ingredients.

3          Q    Do you contend that NIBCO 1006 tubing is

4    defective because of the resin it selected?

5          A    That is a part of it.

6          Q    Okay.  Why?

7          A    Well, the resin that they selected was not as

8    high in molecular weight as it could be.  The higher

9    the molecular weight, the stronger it will be and the

10   higher resistant it will be in general to cracking.  If

11   the resin that they used according to documents

12   produced by Total was not a resin that was being

13   commonly used by other manufacturers in the industry.

14   According to documents produced by Jana Laboratories,

15   testing that they performed revealed that the NIBCO

16   pipe responded uniquely and differently to the e-beam

17   process than other pipes manufactured by the same

18   cross-linking process made by other manufacturers.

19          We also know from documents that were

20   produced by I believe it was Total, although I may be

21   wrong about that, that this particular resin may not

22   have even been a pipe-grade resin.  So certainly they

23   had more robust resin options available to them at the

24   time they began manufacturing NIBCO pipe.

25          Q    Okay.  And is it your understanding that

Page 114

1    NIBCO's tubing had to undergo testing so that it could

2    be marked in compliance with F876?

3         A    Yes.

4         Q    And was some of that testing intended to

5    address the adequacy of the resin for use in PEX

6    piping?

7         A    The testing was intended to address the

8    adequacy of the finished product.

9         Q    And based on -- well, let me ask you this:

10   NSF concluded based on its testing that the resin was

11   adequate for use in NIBCO's finished product; is that

12   true?

13             MR. EDWARDS:  Object to the form.

14             THE WITNESS:  I believe NSF concluded that

15   the product passed their test parameters, the finished

16   pipe.

17   BY MR. KUHLMAN:

18        Q    And the finished pipe ended up being

19   certified by NSF?

20        A    That's correct.

21        Q    Okay.  So we have the resin.  Do you contend

22   that all PEX-C is defective?

23        A    No.

24        Q    Do you contend that NIBCO shouldn't have used

25   E-BEAM Services to perform the irradiation on its

Page 115

1   tubing?

2        A    No.  What I contend is that the process that

3   they were utilizing did not allow them to manufacture

4   pipe that would survive the intended application for

5   the advertised and expected period of time.  There were

6   a variety of decisions that influenced the final

7   properties of that pipe, and I have not made an effort

8   in this assessment to ferret out the degree of

9   contribution from each of those different decisions.

10       Q    Okay.  Do you contend that e-beam services

11   failed to properly irradiate the tubing that NIBCO was

12   selling as its 1006 product?

13       A    I don't know what e-beam did or didn't do.  I

14   haven't evaluated e-beam's process.  What we do know is

15   that pipes manufactured by NIBCO have failed due to

16   oxidative degradation in as little as one year after

17   being placed into service when they were advertised as

18   being suitable for aggressive water applications and

19   that they were advertised to be free of defects for a

20   period of 25 years.

21       Q    Okay.  But the point is a manufacturer can

22   use irradiation to make PEX-C in a way that you would

23   believe is appropriate.  That's possible.

24       A    Sure.  Other manufacturers have done that.

25       Q    Okay.  And so if there was an appropriate

1    resin and there were appropriate antioxidants, the

2    actual fact that you're cross-linking something doesn't

3    necessarily make the pipe defective.  It's your

4    position that, with respect to NIBCO's 1006 tubing, the

5    combination of the resin and the antioxidant package

6    reacted uniquely to the cross-linking and resulted in a

7    product that wasn't suitable for potable water

8    applications?

9         A    That is a piece of what made it unsuitable.

10   If you look at the graph in the report -- in my report,

11   it is shown -- sorry.  I'll have to find it.  Where is

12   it?  Here we go.  If you would, please turn to page 21.

13        Q    Go ahead.

14        A    You see two figures here that are copied from

15   a Jana Laboratory report that is generated on behalf of

16   NIBCO and provided to NIBCO comparing by OIT --

17   oxidation induction time -- testing how NIBCO's PEX

18   products, at least two of them, compared to three other

19   products that were generated using the PEX-C process.

20   And you can see graphically that within the wall of the

21   pipe and around the circumference of the pipe, NIBCO's

22   product exhibited a much higher degree of variability

23   in terms of oxidation induction time, which is a

24   reflection of the degree of stabilization in the pipe

25   than their competitor products did.

1          And if you flip to the next page, on page 22,

2    within a box there is quoted language from that same

3    report where Jana Laboratories states "Based on the

4    above, the current NIBCO formulation appears similar to

5    competitive samples with respect to both the bulk and

6    circumferential cross-link level albeit with slightly

7    greater variation for the NIBCO formulation.  The OIT,

8    and by inference, the residual stabilizer level for the

9    current NIBCO formulation displays much greater

10   variation than the competitive samples.  Ultimately it

11   was concluded that the circumferential variation in

12   cross-linking is, in fact, a characteristic of the

13   electron irradiation process and most likely cannot be

14   eliminated and did not warrant at this time process

15   changes to reduce the variation.  It was also concluded

16   that the current NIBCO product formulation has a

17   characteristically different response to the

18   irradiation process resulting in the highly variable

19   OIT values."

20          (Exhibit 5 Marked for Identification.)

21   BY MR. KUHLMAN:

22     Q    Let's talk about OIT just for a quick minute

23   and then we'll circle back to this.  Hand you a

24   document that we'll mark as Exhibit 5.  Okay.  I have

25   handed you a document that is marked as

1    Designation D3895; is that right?

2         **A    Dash 07.**

3         Q    Dash 07.  Is there a difference between a

4    designation and a standard?

5         **A    I'm not sure I understand your question.**

6         Q    Well, when we looked at F1807, I guess it did

7    say "designation."

8              All right.  Moving forward.  Have you

9    reviewed this standard before?

10        **A    I have.**

11        Q    Is this the standard that deals with

12   oxidative induction time of polyolefins by differential

13   scanning calorimetry?

14        **A    Yes.**

15        Q    And is -- that oxidative induction time, is

16   that the OIT testing that you're talking about?

17        **A    Yes.**

18        Q    And I'd like to ask you to turn the page on

19   this to the second page of the document where it

20   says -- actually, let's look at Note 3.  I'm just going

21   to ask you if you agree with this.  The standard here

22   says "There is no accepted sampling procedure nor have

23   any definitive relationships been established for

24   comparing OIT values on field samples to those of

25   unused product.  Hence the use of such values for

1   determining life expectancy is uncertain and

2   subjective."

3            Do you agree with that?

4       **A    I agree that that is what that says.  And I**

5   **agree that you cannot use it to determine life**

6   **expectancy which are the key words from that paragraph.**

7       Q    Right.  So we can't use OIT testing to

8   determine the life expectancy of the NIBCO 1006 tubing,

9   can we?

10      **A    That's correct.**

11      Q    And would you agree with what it says here in

12  Note 2 that "Volatile antioxidants may generate poor

13  OIT results, even though they may perform adequately at

14  the intended use temperature of the finished product"?

15           Do you agree with that?

16      **A    That is correct.**

17      Q    Did you make any assessment of the

18  antioxidants used in NIBCO's 1006 tubing to determine

19  if any of those antioxidants were volatile antioxidants

20  that may generate poor OIT test results?

21      **A    We have not evaluated specifically their**

22  **antioxidants.  What we have evaluated not in any way in**

23  **relation to life expectancy or specifically the**

24  **antioxidant is the uniformity of the distribution of**

25  **stabilizers within the wall of the pipe, which is not**

1    in contradiction to what you have read.  What you have

2    read is speaking to the magnitude of the height of the

3    boxes on this graph.

4              What we're referring to is within any given

5    set of pipe, the distribution, we're not comparing one

6    pipe to another or different formulations to another.

7    We're comparing within a given pipe where presumably

8    the same antioxidants should have been used throughout

9    since ASTM F876 requires that pipe wall to be

10   homogeneous and uniform.  What we're looking at is,

11   within that pipe wall, how uniform was the degree of

12   stabilization.  And what we see is that it was not

13   uniform at all.  In fact, it was virtually not existent

14   at the interior surface of the pipe where the cracks at

15   issue in this case initiated.

16        Q    And as we know from Note 3, the fact that

17   it's virtually nonexistent at the interior surface

18   doesn't necessarily mean that that pipe is going to

19   fail in any set period of time.  Fair?

20        A    We know empirically that it did fail.  We

21   know empirically that all of the incident pipes at

22   issue in the case failed multiple times at multiple

23   locations, in fact, sometimes at hundreds of locations

24   within only a few inches to a foot of pipe length.

25        Q    But we're not using OIT for that purpose, to

1    determine how long it's going to last.  Is that fair?

2        A    We're not using OIT to in any way quantify

3    how long it's going to last.  Although we should note

4    for the record that NIBCO's experts, in fact, did do

5    that incorrectly.

6        Q    So the answer to my prior question -- and

7    this is a yes or no question.  Did you check to see

8    what antioxidants NIBCO used in its 1006 tubing to

9    determine if any of those antioxidants were volatile

10   antioxidants that may generate poor OIT results?

11       A    No.  It is worth noting that this OIT test is

12   conducted at 200 degrees C.  So if those antioxidants

13   were detrimentally impacted by a 200-degree C exposure

14   in a short-term OIT test, they would also be expected

15   to be detrimentally impacted by extrusion temperatures

16   in excess of 200 degrees C.

17            NIBCO has represented in various documents

18   and testimony that the extrusion temperature was

19   anywhere from 40 to 60 degrees higher than the

20   temperature used in oxidation induction time tests.  So

21   the point that you're making may be very important and

22   a big part of why the pipe is behaving in the manner

23   that it is.

24       Q    Based on what you just said, are you able to

25   determine if the extrusion process at the higher

Page 122

1    temperature depletes all of the antioxidants or if some

2    remain after the extrusion's done?

3        A    It's very clear that some remains after

4    extrusion.  The OIT testing demonstrates that

5    effectively.

6        Q    And are you able to determine how much of the

7    remaining antioxidants are depleted as a result of the

8    OIT testing?

9        A    No.  What we know is that it is non-uniformly

10   distributed within the pipe wall.  That is the extent

11   of what we conclude from OIT testing, that it shows

12   relatively very, very little residual stabilization at

13   the interior surface of the pipe in comparison to the

14   degree of stabilization that remains at mid wall within

15   the pipe.  And we see that there is also a reduction at

16   the OD surface of the pipe in as-manufactured pipe

17   that's never been exposed to water.

18       Q    And you understand that antioxidants within

19   tubing can migrate from the outer diameter to the inner

20   diameter as antioxidants at the interior surface of the

21   tubing are depleted in service.

22       A    For the antioxidant to work effectively, it

23   must be able to migrate and redistribute within the

24   wall of the pipe.  It's intended to migrate.  These

25   results suggest that their antioxidant maybe was not

1    migrating very effectively within the pipe wall, and

2    that may be a piece of the problem.

3        Q    And would you agree with this statement from

4    the standard:  "The OIT measurement is an accelerated

5    thermal aging test and as such can be misleading"?

6        A    It can be.

7        Q    Okay.  And you can't assess the amount of

8    antioxidants that are depleted as a result of the OIT

9    test process itself.  Is that fair?

10       A    That's correct.  Not by itself.  There are

11   other methods that can and have been employed, not by

12   me but by others, to assess that.  For example, Total

13   at, I think, NIBCO's request analyzed some of the NIBCO

14   pipe for residual antioxidant by a method known as

15   HPLC.  They reported detecting no antioxidant at the

16   interior surface, but I personally have not done that

17   testing.

18       Q    And that testing would be inconsistent with

19   all of your OIT test results that showed at least some

20   level of antioxidants at the inner surface; correct?

21       A    I would not call it inconsistent, no.  I

22   don't know what methodology they used.  If anything, I

23   would call it consistent with these results.  We

24   would --

25       Q    So given --

1       **A     I'm sorry.  May I finish?**

2       Q     Sure.

3       **A     We would expect in a situation where we see**

4       **little to no residual stabilization, it would not in**

5       **any way be surprising for them not to detect**

6       **antioxidant at the ID surface.  In fact, it would be**

7       **far more surprising if they did.**

8       Q     Well, OIT test results, regardless of what

9       they show for the NIBCO tubing, you would agree with me

10      that NIBCO tubing as extruded and as e-beamed, this

11      1006 tubing was certified by NSF to meet the chlorine

12      resistance standard for one designation.

13              You'd agree with that; right?

14              MR. EDWARDS:  Object to the form.  Compound

15      question.

16              THE WITNESS:  I would agree that CPI obtained

17      a certification from NSF that included some testing

18      related to chlorine.  Not all of CPI's pipes or NIBCO's

19      pipes passed the chlorine test.  That is clear from the

20      evidence in this case.  But they did manage to maintain

21      a certification.  They did not necessarily maintain

22      that certification because they were making pipe that

23      was compliant.  They did manage to maintain it for a

24      variety of reasons that I'll be happy to discuss with

25      you, but it would be misleading to assume that the fact

1    that they maintained certification in any way implies

2    that they did not make pipe that exhibited insufficient

3    resistance to oxidation.

4    BY MR. KUHLMAN:

5         Q    Do you consider yourself to be an expert on

6    the statistical methods that are used by NSF in

7    interpreting the data for the F2023 testing?

8         **A    No.**

9         Q    And do you consider yourself to be an expert

10   on the plastics policies that were in place that

11   addressed how that data was to be interpreted in order

12   to assess if tubing passed the test?

13             MR. EDWARDS:  Object to the form.

14             THE WITNESS:  I don't understand your

15   question.

16   BY MR. KUHLMAN:

17        Q    Do you consider yourself to be an expert in

18   the specific standards that pertain to chlorine

19   resistance testing and how the policies that NSF

20   employs impacts the assessment of tubing that's tested

21   pursuant to those standards?

22             MR. EDWARDS:  Same objection.

23             THE WITNESS:  I can't speak to NSF's

24   policies.  I don't work for NSF.  I didn't set their

25   policies.  You would have to speak with NSF regarding

Page 126

1    their policies.

2    BY MR. KUHLMAN:

3        Q    You testified just a moment ago that not all

4    the pipes passed the chlorine resistance test.

5            Did I hear that correctly?

6        **A    That is correct.  There's evidence produced**

7    **by NIBCO and in this case that demonstrates that.**

8        Q    And you would agree with me that NSF, which

9    is the entity that's responsible for determining if a

10   tubing passes the test, concluded based on the data

11   that was available to it that NIBCO's 1006 tubing in

12   all colors passed the test such that it could be

13   certified accordingly?

14       **A    NIBCO obtained a dependent transfer listing**

15   **for the certification from NSF based upon CPI's prior**

16   **certification result.  That does not imply or mean that**

17   **NSF tested all colors of their pipe on an ongoing basis**

18   **throughout the duration of time over which these**

19   **defective pipes were manufactured.  In fact, NSF was**

20   **due to perform an audit of NSF's pipe that fortuitously**

21   **did not happen.  And NSF was very clearly and keenly**

22   **concerned that, if that audit happened, there was a**

23   **very high likelihood that they would lose that**

24   **certification.**

25           Documentation and communication between Jana

1    Laboratories and NIBCO clearly demonstrates that there

2    was a tremendous amount of time and energy and

3    handwringing going on associated with that and that

4    that was the impetus for redesigning their PEX product.

5    And we see terms in those communications talking about

6    developing PEX-B as a backup plan in case we lose our

7    certification and documentation that clearly indicates

8    that that was a fear if not an expectation.

9            So I don't in any way feel like I can agree

10   with you that the fact that they maintained a

11   certification tells us anything about the quality of

12   what was being produced on an ongoing basis.

13       Q    Let me break it down into real small

14   pieces --

15       A    Please.

16       Q    -- and I'll try to ask very simple yes or no

17   questions.  And I would appreciate if you would try to

18   answer in a yes or no fashion as appropriate.

19       A    I will answer as needed to completely and

20   wholly answer your question.

21       Q    CPI had the entire battery of F2023 tests

22   performed on its terra cotta product.  True or false?

23       A    I don't recall as we sit here to the extent

24   of that testing.  If you have a document you'd like me

25   to review, I'd be happy to review it.

1    Q    So is it your position right now that you

2    don't remember which product CPI had tested for F2023?

3        **A    Not as we sit here right now.**

4    Q    Okay.  All right.  So this doesn't take

5    forever, I'm going to clean these up while we're at

6    lunch.  So let's circle back to this manufacturing

7    design issue really quickly if we could.  You mentioned

8    that the extrusion process, the temperatures and the

9    pressures and the cooling, as things that a

10    manufacturer needs to consider when assessing how to

11    manufacture PEX pipe; is that right?

12        **A    Correct.**

13    Q    And those things work into this manufacturing

14    design process that you described?

15        **A    Correct.**

16    Q    Is it your position that NIBCO had a

17    problematic extrusion process, that there was something

18    wrong with it with respect to its 1006 tubing?

19        **A    We know that we do see defects that came out**

20    **of the extrusion process that served at preferential**

21    **sites for crack initiation and that likely reduced the**

22    **time required for cracks to initiate.  Yes.  We do see**

23    **evidence of extrusion defects that entered the process**

24    **stream.**

25            **We should add to what I said earlier that the**

1   **quality assurance process is also part of that**

2   **manufacturing design process.  They are supposed to be**

3   **inspecting that product to weed out any of that kind of**

4   **thing in the field.**

5        Q    So you would need to look at a sample that

6   had failed to determine if there was some manufacturing

7   defect that impacted the longevity of that tubing?

8             MR. EDWARDS:  Object to the form.

9             THE WITNESS:  It depends upon what issue

10  you're talking about.  Could you be more specific?

11  BY MR. KUHLMAN:

12       Q    Can you determine if there is an extrusion

13  line on a piece of tubing if you don't look at it?

14       A    **You would have to look at it to determine if**

15  **there is an extrusion defect there.  That is part of**

16  **what the quality assurance program is about, and NIBCO**

17  **has internal specifications for that visual inspection**

18  **process.**

19       Q    And you would need to look at a piece of

20  tubing to determine if, for example, a piece of, you

21  know, burnt resin got into the pipe wall and caused a

22  pinhole of some sort during the irradiation process;

23  right?

24       A    **You're maybe misspeaking a little bit.  We**

25  **would have to look at it to determine if there was a**

1    chunk of charred polymer there.  And looking at it

2    would allow us to determine if that chunk of charred

3    polymer may have promoted crack initiation.  It would

4    not be fair necessarily to say that we would have to

5    look at it to determine if it caused a failure.  We

6    know in analyzing this pipe and all of our empirical

7    experience with pipe that the pipe is wholly

8    insufficiently stabilized to prevent oxidative

9    degradation during service in the intended service

10   environment.

11            The presence or absence of an extrusion

12   defect of any kind or a manufacturing defect that would

13   be visually observed does not influence the presence or

14   absence of that inherent defect.  It merely would

15   affect the rate at which that defect might manifest as

16   a failure.

17       Q    So let me ask you this:  The tubing that

18   NIBCO was manufacturing, this 1006 tubing, are you

19   saying that NIBCO could have actually performed the

20   manufacturing process on that resin or antioxidant

21   package in such a way that it would not have been

22   insufficiently stabilized?

23       A    I don't understand your question.

24       Q    Well, is it your opinion that NIBCO's

25   formulation could be made on a different set of

Page 131

1     extruders and e-beamed by a different company and it

2     would have been fine?

3              MR. EDWARDS:  Object to the form.

4              THE WITNESS:  I have not rendered that

5     opinion, no.

6     BY MR. KUHLMAN:

7         Q    So is your opinion that -- okay.  So if

8     you're going to assess whether something failed as a

9     result of a manufacturing defect or as a result of

10    insufficient stabilization, is that something that you

11    would need to look at the tubing and find out?

12        **A    Not at this point.**

13        Q    If a manufacturing defect played a role in

14    the failure, or would the failure have been caused

15    because of the insufficient stabilization?

16             MR. EDWARDS:  Object to the form.

17             THE WITNESS:  The failures that we have

18    evaluated have clearly universally failed due to the

19    underlying insufficient stabilization and insufficient

20    design of manufacture for the tubing to survive in the

21    intended service environment as advertised and

22    expected.

23             What we do know is that, if there

24    coincidently happens to be a defect of any kind at the

25    surface that can locally increase the stresses at that

Page 132

1    location, that that can allow that crack to show up a

2    little earlier or maybe be oriented differently or be

3    located in a certain place because of that local stress

4    riser, but we also know that that is not a necessary

5    condition for these failures to occur.  The bulk of

6    these failures have occurred in the absence of any such

7    manufacturing defect.  It is the failure process.  The

8    degradation, oxidative degradation process is not

9    related to the presence of any manufacturing defect.

10   BY MR. KUHLMAN:

11       Q    Is a manufacturing defect different than a

12   manufacturing design defect?

13            MR. EDWARDS:  Object to the form.  Calls for

14   a legal conclusion.

15            THE WITNESS:  From a technical perspective,

16   the design includes many, many things beyond the

17   presence or absence of any kind of a manufacturing

18   defect and would not really include a manufacturing

19   defect.  One is on the front end of the process and one

20   is on the back end of the process.

21   BY MR. KUHLMAN:

22       Q    Okay.  Are you saying that NIBCO's tubing is

23   insufficiently stabilized because of the manner in

24   which the antioxidant package was mixed with the resin

25   and the extruders?

1        A     That's a piece of it but it's not the only

2    piece of it.  It is insufficiently stabilized as a

3    complete finished product, which includes all of those

4    parameters, the type of resin that they chose, the

5    specific antioxidants that they did or didn't choose,

6    the molecular weight of that resin.  It's influenced by

7    the fact that they were using a beam process that

8    didn't interact well or in a uniform manner as it has

9    with other combinations of ingredients.  It's about the

10   level of residual stress that's being imparted into

11   that material through the manufacturing process which

12   further influences all of this.  It's all of that

13   together.  I've made no attempt to isolate out, as I've

14   said before, what degree of contribution each of those

15   aspects may have had with the total problem that exists

16   in the pipe.

17        What we know is that that combination of

18   design parameters for the process did not allow them to

19   achieve a pipe that could withstand the intended

20   service environment as advertised.  Clearly that pipe

21   is not chlorine resistant and suitable for aggressive

22   water applications as NIBCO advertised and asserted.

23   It's failing in as little as one year after

24   installation due to oxidative degradation.

25        Q     So your opinion is that the defect here that

1    was ultimately causing these leaks was all part of this

2    front-end setup process?

3        **A    Yes.**

4        Q    Okay.  We talked a little bit about how you

5    define a failure.  And I want to ask you a question

6    about something different and see what you think it is.

7            So is it your opinion that the fact that

8    something might fail at some point renders that product

9    defective?

10           MR. EDWARDS:  Object to the form.

11           THE WITNESS:  I'm not sure I understand your

12   question.  Could you be more specific, please?

13   BY MR. KUHLMAN:

14       Q    The fact that something is ultimately

15   susceptible to a certain type of failure, does that

16   make it defective in its design?

17       **A    Not necessarily.**

18       Q    Okay.  You talked about a Pinto.  So I'm

19   going to ask you about a car question; right?  So you

20   would agree with me that any kind of mechanical

21   component is ultimately going to fail; right?

22       **A    Not necessarily.**

23       Q    Okay.  Would you agree with me that plumbing

24   components at some point if they're used, they're

25   ultimately probably going to fail?

1      **A    Eventually all materials will degrade, but it**

2   **may take hundreds and hundreds of years for that to**

3   **happen.**

4      Q    Okay.  And the actual process that something

5   undergoes where it's starting to degrade, does that

6   itself equal failure even if it takes hundreds of years

7   for it to happen?

8           MR. EDWARDS:  Object to the form.

9           THE WITNESS:  Define "failure" in your

10   question.

11   BY MR. KUHLMAN:

12      Q    In your mind, if something is put into

13   service and it starts the process of wearing down, if

14   it's going to last for however long it's going to last,

15   the fact that that process of wearing down has started,

16   does that render the product defective?

17      **A    You're not giving me enough information to be**

18   **able to answer that question in an accurate or**

19   **meaningful way.**

20      Q    All right.  So you have said a few times that

21   you don't believe -- you don't believe NIBCO's tubing

22   to be chlorine resistant.  Have I heard that correctly?

23      **A    I believe that the tubing has not exhibited**

24   **adequate resistance to oxidation during service**

25   **particularly in the presence of chlorinated potable**

Page 136

1    water but not exclusively in the presence of

2    chlorinated water.

3            We also see evidence in the Medder residence

4    of similar oxidative degradation in the pipe and

5    similar craze cracking, albeit to a lesser degree, in

6    the absence of chlorinated water.  So chlorine is an

7    exacerbating condition but clearly not a necessary

8    condition.

9        Q    And the Medder home, that's part of the Cole

10   case; is that right?

11       A    It is part of the Cole case, but it's exactly

12   formulated in the same manner as the pipes that are at

13   issue in this case.  Therefore, we would not expect it

14   to perform differently just because it's in a different

15   house or associated with a different lawsuit.

16       Q    Okay.  Aside from yellow brass, can other

17   widely used plumbing components corrode?

18       A    You're going to need to be more specific in

19   your question.

20       Q    Okay.  Can copper corrode?

21       A    Copper can corrode under certain

22   circumstances.

23       Q    Is copper defective?

24       A    I haven't been asked to evaluate something

25   that's copper.  You're going to have to be more

1       **specific in that.**

2            Q    I'm asking you now.  Does the fact that

3       copper can corrode render it to be defective for use in

4       potable water applications?

5            MR. EDWARDS:  Object to the form.

6            THE WITNESS:  Again, you're giving me

7       insufficient information to render any kind of

8       meaningful answer at all.

9       BY MR. KUHLMAN:

10           Q    Is dezincification a type of corrosion?

11           **A    Dezincification is a type of corrosion, yes.**

12           Q    And is it your opinion that because these

13      brass fittings with more than 15 percent zinc are

14      vulnerable to dezincification that that renders them

15      defective?  That's your opinion; right?

16           MR. EDWARDS:  Object to the form.

17           THE WITNESS:  That is not exactly my opinion,

18      no.  That is one thing that we have looked at.  We have

19      looked at the alloy composition.  We have looked at the

20      failure mechanisms.  But an important piece of that is

21      that brass fittings are failing during service, as in

22      snapping in two and allowing a large volume of release

23      of water, in as little as two years after installation.

24      That's a really important piece that must not be

25      overlooked.

Page 138

1            The dezincification that is occurring in

2      these fittings is real.  It's present.  And that

3      vulnerability has universally been demonstrated in

4      every NIBCO brass fitting that we've looked at.  And

5      that observation is exactly what we would expect based

6      upon published literature that commonly holds that all

7      brass alloys with greater than 15 percent zinc are

8      known to be vulnerable to stress corrosion cracking and

9      dezincification corrosion in potable water

10     environments.

11            Therefore, if you're making a plumbing

12     fitting that is intended to be used in a potable water

13     environment and it contains greater than 15 percent

14     zinc, that was the expected outcome.  Premature failure

15     was the likely predicted expectable outcome based on

16     what we know.

17     BY MR. KUHLMAN:

18       Q    Based on what you know, you told me that you

19     can't determine when a yellow brass fitting is going to

20     fail.

21       **A    That's correct.  What we do know is that they**

22     **have failed repeatedly in less than seven years.  I**

23     **can't tell you for a specific fitting when it will**

24     **fail.  What I can tell you is that I have yet to see a**

25     **NIBCO field returned brass fitting that did not show**

1    evidence of the failure mechanism in process, which is

2    exactly what we would expect for alloys containing

3    greater than 15 percent zinc and that every NIBCO brass

4    fitting out there that contains greater than 15 percent

5    zinc has the inherent defect that renders it vulnerable

6    to this failure mechanism -- these failure mechanisms.

7    There are actually two of them.

8        Q    As we talked about earlier, the fact that

9    this failure mechanism is present in some degree

10   doesn't tell you when the fitting is going to fail;

11   right?  We agree on that?

12       A    It doesn't tell you when the fitting may

13   leak.  But the defect exists whether it leaks or not.

14   That vulnerability is there.

15       Q    So is copper vulnerable to corrosion in

16   certain environments?

17       A    Certainly.

18       Q    Which ones?

19       A    To be clear, I have not been asked to render

20   opinions related to copper in this case.  And NIBCO --

21       Q    I'm asking you now.

22       A    -- products are not made from copper.  So

23   yes, copper can corrode under certain circumstances.

24       Q    And how quickly would it corrode in an

25   aggressive environment?

Page 140

1          MR. EDWARDS:  Object to the form.

2          THE WITNESS:  You're providing way too little

3     information to provide any kind of a meaningful answer.

4     What does "aggressive" mean to you?

5     BY MR. KUHLMAN:

6          Q    What type of water chemistry would be the

7     most aggressive to copper?

8          **A    There are a variety of water chemistries that**

9     **can be aggressive to copper in different ways --**

10         Q    Such as?

11         **A    -- so you will have to be specific in your**

12    **question.**

13         Q    So which type of water environment would be

14    most likely to cause some type of corrosion in copper?

15         **A    The type of water chemistry that would**

16    **contribute to corrosion would depend upon what**

17    **corrosion mechanism we're talking about.  Which**

18    **corrosion mechanism are you asking me about?**

19         Q    Are there any corrosion mechanisms that can

20    occur in copper that would result in it leaking?

21         **A    Yes.  And not all of them relate to water.**

22    **So what corrosion mechanism are you referring to?**

23         Q    What type of environment could copper be

24    placed in where it may develop a leak because of

25    corrosion?  Would there be something specific that you

Page 141

1    would be looking for if you were investigating a copper

2    failure?

3        **A    There are a variety of corrosion mechanisms**

4    **that may occur in copper.  You have to be more specific**

5    **in your question for me to be able to answer that.**

6        Q    If copper is used in one of these

7    environments where there is the potential for a

8    failure, is that copper defective because it's starting

9    to show signs of corrosion?

10           MR. EDWARDS:  Objection.

11           THE WITNESS:  What environment?  What alloy?

12   What stress?  You're giving me way too little

13   information to give you any kind of meaningful answer.

14   You can't -- you can't ask an ill-defined question and

15   expect me to give you any kind of meaningful answer.

16   What are you asking me?

17   BY MR. KUHLMAN:

18       Q    Is any amount of corrosion okay in a copper

19   component?

20       **A    Under what circumstances?  In what**

21   **application?**

22       Q    In a potable water application.  For a

23   potable water application, if the copper piping is at

24   somebody's house and it's starting to corrode in some

25   fashion, is that ever okay?

Page 142

1          MR. EDWARDS:  Object to the form.

2          THE WITNESS:  I have no idea.  Give me the

3     full scope of the scenario.

4     BY MR. KUHLMAN:

5     Q    That's the scenario.  Copper is installed in

6     someone's house and it's starting to corrode.  It

7     hasn't failed but it's starting to corrode.  Is that

8     copper defective?

9          MR. EDWARDS:  Same objection.

10          THE WITNESS:  I can't answer that question

11     with the information you've given me.  I'm sorry.

12     BY MR. KUHLMAN:

13     Q    What additional information would you need to

14     answer that question?

15     A    Everything.  Define the application.  Define

16     what you mean by "failure."  Define what copper alloy

17     you're talking about.  Where was the corrosion?  Was it

18     at the outside?  Was it at the inside?  Were there

19     other metals involved in the system?  What was the

20     water chemistry?  What's the oxygen concentration?

21     What's the relevance?

22          We've not investigated copper failures.

23     They're not at issue in this case.  We've not

24     investigated them in any way.  I've not rendered any

25     opinions about any kind of copper failure and I'm not

1    **comfortable trying to render any kind of an opinion**

2    **based upon some ill-defined hypothetical condition that**

3    **doesn't give me any adequate information.**

4         Q    So if you're going to assess a zinc fitting

5    that's used in a potable water application, you would

6    need to look at a lot of these factors to determine

7    what was causing a problem with the fitting, would you

8    not?

9              MR. EDWARDS:  Objection.

10   BY MR. KUHLMAN:

11        Q    You'd have to look at the water chemistry.

12   You'd have to look at the flow rates for that

13   particular fitting.  You'd want to look to see if it's

14   close to the water heater.  You'd want to look to see

15   how the corrosion was showing up.  You'd want to look

16   at the crimp on the fitting, maybe stresses on the

17   fitting.  Wouldn't you want to look at all those things

18   to determine what was causing the particular issue with

19   the fitting?

20             MR. EDWARDS:  Object to that question as

21   multiply compound in nature.

22             THE WITNESS:  Would you please clarify your

23   question and ask that in smaller pieces?  Break that

24   down in a format that I could actually respond to it.

25             MR. KUHLMAN:  I disagree.  I think the

Page 144

1   question's fine.  Can we read it back and answer it if

2   you can?

3                    (Record read as requested.)

4                    MR. EDWARDS:  Same objection as to form.

5                    THE WITNESS:  That is a mind-bogglingly

6   complicated question.  I will answer it in this way

7   since you are insisting upon an answer.  Copper

8   corrosion is not exactly like zinc corrosion with

9   respect to potable water applications.  They experience

10  different failure mechanisms.  Copper cannot dezincify.

11  It is not vulnerable to dezincification corrosion.  It

12  does not experience stress corrosion cracking in the

13  same way and due to the same reasons as brass could

14  experience stress corrosion cracking, first of all.

15                   Secondly, the dezincification issue in brass

16  fittings has been studied and documented extensively in

17  published literature already as has stress corrosion

18  cracking and brass plumbing fittings in particular in a

19  variety of water chemistries, under a variety of water

20  temperature conditions, under a variety of stress

21  applications, and a variety of manufacturing

22  conditions.

23                   We know not only how the material responds.

24  We know how microstructure affects that.  We know how

25  trace metal constituents affect that.  We do know how

1    water chemistry affects that.  We know how temperature

2    affects that.  We know how the oxygen concentration in

3    the water affects that.  We know how any

4    installation-related stresses might or might not affect

5    that.  All of that is already known for brass plumbing

6    fittings and well established in the industry.

7           That being said, in these cases, we have

8    looked at those things.  We have looked at the manner

9    of installation.  We have looked at proximity to the

10   water heater.  We have looked at the water chemistry

11   and the degree of oxidation and the pH and the

12   temperature.  We have looked at the microstructure of

13   these materials and the composition of these materials.

14   And all of those results were 100 percent consistent

15   with what we expected to see going into the analysis

16   based upon what has already been investigated ad

17   nauseam within the body of published literature.

18          So in this case, we know within a reasonable

19   degree of scientific certainty that those fittings are

20   failing in very short order due to dezincification

21   corrosion and stress corrosion cracking.  And we know

22   that those mechanisms could not have occurred if they

23   had made those fittings out of plastic instead.  And we

24   know that they almost certainly would not have occurred

25   in these potable water environments had they been made

Page 146

1    from a brass alloy that contained less than 15 percent

2    zinc.

3              We also know that there was nothing unusual

4    about the water that would have caused these failure

5    mechanisms.  We know there was nothing unusual about

6    the manner of installation or the proximity to the

7    water heater or any of the other conditions that you

8    have cited that would have caused these failure

9    mechanisms when they wouldn't have occurred otherwise.

10             Does that answer your question?

11   BY MR. KUHLMAN:

12        Q    Sure.  And if you were going to --

13        **A    Thank you.**

14        Q    -- assess other failures that you've never

15   seen before, you would want to look at some of these

16   factors to determine what caused the problem, would you

17   not?

18             MR. EDWARDS:  Object to the form.

19             THE WITNESS:  What problem are you referring

20   to?

21   BY MR. KUHLMAN:

22        Q    Well, first, if someone is claiming a fitting

23   failure, you would want to look and see if there was

24   evidence of dezincification, would you not?

25             MR. EDWARDS:  Object to the form.

1           THE WITNESS:  I would not need to look to

2    know that that fitting exhibits the same defective

3    vulnerability to dezincification corrosion and stress

4    corrosion cracking.

5    BY MR. KUHLMAN:

6       Q    So whether it has it or not, it's vulnerable

7    to it, and in your mind that makes it a problem.

8           MR. EDWARDS:  Object to the form.

9           THE WITNESS:  The defective design exists

10   whether it leaks or doesn't leak or whether it leaks

11   first due to some other reason.  That same

12   vulnerability to dezincification corrosion and stress

13   corrosion cracking will exist in every NIBCO fitting

14   that contains greater than 15 percent zinc.

15   BY MR. KUHLMAN:

16      Q    Is there any plumbing material that can't

17   fail?

18          MR. EDWARDS:  Object to the form.

19          THE WITNESS:  You'll have to define what you

20   mean by "failure."

21   BY MR. KUHLMAN:

22      Q    Break in some fashion that results in water

23   exiting the system.

24      **A    Sure.  There are components that won't break**

25   **perhaps.**

Page 148

1    Q     Are there any components that won't

2    ultimately break down in such a way that water might

3    exit a system?

4         A     As we've said before, given sufficient time,

5    which may be hundreds of years, eventually all

6    materials will alter their state or arguably degrade in

7    some manner.  The question is how long does that take

8    and whether or not that matters in any way.  If

9    something takes 250 to 300 years for it to begin to

10   show any detectable sign of degradation, that's

11   probably a pretty good run for a component of any kind.

12   The NIBCO products, however, have not done that.

13        Q     And for the Meadow houses, none of the

14   fittings have actually failed in such a way that there

15   was a catastrophic leak or water dripping on the walls.

16             Is that fair?

17        A     Susan Plisko did report that she had had a

18   fitting failure.  I believe she indicated that she

19   thought that it was in plastic and not brass.  I don't

20   think we know that with certainty.  That fitting has

21   not been made available to me for inspection.  We are

22   not aware of any brass fitting that is alleged to have

23   caused a detected leak in any of these houses.

24        Q     Can you assess the cause of a failure when

25   you don't have access to the component that failed?

Page 149

1            MR. EDWARDS:  Object to the form.

2            THE WITNESS:  I don't understand your

3     question.  In some cases perhaps.

4     BY MR. KUHLMAN:

5            Q    How?

6            A    What do you mean "how"?

7            Q    How would you assess what caused a fitting to

8     fail if you're never provided access to the fitting?

9            A    I don't think your earlier question was

10    specific to a fitting.

11           Q    I'm asking you a different question.

12           A    But I might ask you some questions about that

13    failure.  And dependent upon your answers, I might be

14    able to give you a reasonable conclusion for why that

15    failed.

16           Q    So for you as an expert to determine what

17    caused a failure in a fitting, you need to know more

18    than it's a fitting.  Is that fair?

19           MR. EDWARDS:  Object to the form.

20           THE WITNESS:  Please ask me a specific

21    question.  I'll be happy to try to answer it.  I feel

22    like you're --

23    BY MR. KUHLMAN:

24           Q    Let me ask you this:  If someone says, "I've

25    got a NIBCO fitting and it failed," could you sit there

1    on the phone in response to that question to a

2    reasonable degree of scientific certainty and say, "I

3    know why it failed" and provide a specific, reliable

4    response to that question?

5              MR. EDWARDS:  Object to the form.

6              THE WITNESS:  I would begin by asking you

7    what you mean when you say it failed.  So if you would

8    like to answer that and give me more information, we

9    can explore that.

10   BY MR. KUHLMAN:

11        Q    So you would need to explore the details of

12   the situation for that fitting.  Fair?

13             MR. EDWARDS:  Object to the form.

14             THE WITNESS:  If you want to ask me why my

15   fitting failed and you give me no other information,

16   then I would probably ask you some follow-on questions.

17   If you instead said to me, "I have a NIBCO 1006 insert

18   brass fitting that's made from a high zinc brass, is

19   that fitting going to perform as I expect it to in my

20   potable water application?" I would feel very

21   comfortable telling you no based upon what we know.

22   Those are very different questions.

23             MR. KUHLMAN:  Why don't we break for lunch?

24             MR. EDWARDS:  Okay.

25             (Off the record 12:41 p.m. to 1:51 p.m.)

1          (Exhibit 6 Marked for Identification.)

2     BY MR. KUHLMAN:

3          Q    We're back on the record after a short lunch

4     break.  And, Ms. Smith, I'm going to hand you a

5     document that we'll go ahead and mark as Exhibit 6.

6               Ms. Smith, have you seen this document

7     before?

8          **A    I believe so.**

9          Q    I'll represent to you that this was copied in

10    your file for this matter.  And is it your

11    understanding that NIBCO offered either a 25-year

12    warranty or a 10-year warranty on the PEX products at

13    issue in this case depending on certain

14    installation-related issues?

15         **A    It's my understanding that they offered a**

16    **25-year warranty if all NIBCO products were used in the**

17    **system and a 10-year warranty if components from other**

18    **manufacturers were used in the system.**

19         Q    So if NIBCO components were installed in 2006

20    and they're still functioning properly and they're

21    mixed in with components from other systems, would

22    NIBCO have satisfied its warranty obligations at this

23    point as far as you're concerned?

24              MR. EDWARDS:  Object to the form of the

25    question.  Calls for a legal conclusion.

Page 152

1               THE WITNESS:  I don't believe I have the

2       information I would need to make that determination in

3       and of itself just looking at this warranty.

4       BY MR. KUHLMAN:

5          Q    Okay.  And I'd like to direct your attention

6       to the first section that appears to be a little bit

7       more bold and it's in all caps.  It's the third

8       paragraph down.  And it says "In order for this limited

9       warranty to apply, the above-referenced products must

10      be installed by a licensed professional plumber in

11      accordance with NIBCO installation instructions and in

12      compliance with all applicable code requirements.

13      Failure to do so will void all applicable warranties."

14              Did I read that correctly?

15         **A    You did read that correctly.**

16         Q    Okay.  And do you believe that it's important

17      for PEX products to be installed in compliance with

18      applicable code requirements?

19              MR. EDWARDS:  Object to the form.  And it's

20      asked and answered.

21              THE WITNESS:  Important in what respect?

22      BY MR. KUHLMAN:

23         Q    Do you believe that it's important for the

24      overall health of a plumbing system that it be

25      installed in a manner consistent with the applicable

1    code requirements?

2              MR. EDWARDS:  Same objection.

3              THE WITNESS:  Not necessarily.  It depends on

4    what aspect of the health of the plumbing system you're

5    referring to.

6    BY MR. KUHLMAN:

7         Q    Okay.  Do you think that a plumbing system

8    that fails to meet code with respect to excessive

9    pressure could fail sooner than one that complies with

10   the code?

11        **A    By what mechanism?**

12        Q    As a result of excessive pressure causing

13   cracks in PEX tubing.

14        **A    What types of cracks?  You've got to give**

15   **more information for that.  Certainly excessive**

16   **pressure isn't going to cause, for example,**

17   **dezincification corrosion.  You're asking some**

18   **open-ended questions.  With respect to tubing, can you**

19   **make it more specific, please?**

20        Q    Sure.  With respect to -- hold on.  Okay.

21   When you were conducting your failure analyses at the

22   Meadow homes with respect to these PEX products at

23   issue, did you evaluate the water pressure?

24        **A    I did not conduct any failure analyses at the**

25   **Meadow home.  We conducted a site inspection of the**

1    **plumbing installation and together with NIBCO's**

2    **experts, ESI, we evaluated water pressure.**

3         Q    Okay.  And I was referring to the Meadow

4    homes in general, all three of them.  During your site

5    inspections, did you take a reading for the water

6    pressure at the house?

7         A    **With ESI.  We used their gauge and ESI was**

8    **the one who put it on.  But we together were observing**

9    **that measurement and recording it.**

10        Q    And why did you evaluate the pressures in the

11   system at the Meadow homes when you performed the site

12   inspection?

13        A    **Because we wanted to know what the pressure**

14   **was.**

15        Q    Okay.  From a pipe perspective, if the system

16   is allowed to remain with elevated pressure for any

17   appreciable amount of time, a significant amount of

18   damage would occur to the pipe, would it not?

19        A    **Not necessarily.**

20        Q    Why not?

21        A    **Depends on the magnitude of the pressure and**

22   **a number of other conditions.**

23        Q    Okay.  But with respect to the NIBCO tubing,

24   if a system is allowed to remain at an elevated

25   pressure around a hundred PSI for any appreciable

1    amount of time, could that cause cracks and damage to

2    the tubing?

3              MR. EDWARDS:   Object to the form as to

4    "appreciable time."

5              THE WITNESS:   What type of cracks are you

6    referring to?

7    BY MR. KUHLMAN:

8        Q    Could cracks initiate in the wall of the

9    tubing?

10       A    By what mechanism?  That's an important

11   distinction.  If you're asking me if creep rupture

12   cracks can form in insufficiently cross-linked NIBCO

13   PEX tubing over time exposed to static pressure,

14   hydrostatic pressure, the answer would be eventually

15   that could happen.  I don't know at what magnitude of

16   pressure that would necessarily happen.

17             However, that is not the failure mechanism

18   that we have observed in the initiation region for the

19   incident fractures.  These fractures have initiated by

20   a different mechanism that is far less dependent upon

21   pressure.  So you need to be specific, please, in the

22   question you're asking.

23       Q    And what was the crack mechanism that you

24   claimed to have observed in these houses?

25       A    Oxidative degradation.

1          Q     Are there other potential crack mechanisms

2     that you've observed in PEX tubing aside from creep

3     rupture cracks and oxidative degradation?

4               MR. EDWARDS:  Object to the form.

5               THE WITNESS:  Not in NIBCO PEX tubing.

6     BY MR. KUHLMAN:

7          Q     Okay.  What about other PEX tubing?

8          A     In other PEX tubing, I have seen different

9     crack mechanisms.

10         Q     Such as?

11         A     I have seen UV exposure cause cracks, for

12    example, in field returned samples that were submitted

13    for UV exposure testing.

14         Q     Okay.  Any others?

15         A     Not as I recall as we sit here today.

16         Q     Okay.  So let's talk specifically about creep

17    rupture testing.  Would -- if NIBCO 1006 PEX pipe is

18    allowed to remain at a hundred PSI for any appreciable

19    amount of time, would that be sufficient to initiate

20    creep rupture cracks in the system, in the tubing?

21              MR. EDWARDS:  Object to the form.

22              THE WITNESS:  I was not asked to evaluate

23    that in this case.

24    BY MR. KUHLMAN:

25         Q     I'm asking you right now.

1          **A      And I'm telling you I have insufficient**

2     **information to answer that.  I have not evaluated that**

3     **in this case.**

4          Q      You've analyzed the NIBCO tubing before;

5     right?

6          **A      I've analyzed certain aspects of the NIBCO**

7     **tubing but I've not analyzed all aspects of the NIBCO**

8     **tubing.  I've only analyzed aspects that I believe to**

9     **be relevant to the cause of failure that's at issue in**

10    **this case.**

11         Q      Is it your position that NIBCO 1006 PEX

12    tubing cannot fail as a result of creep rupture

13    cracking without the presence of oxidative degradation?

14         **A      I don't believe I have asserted that opinion**

15    **anywhere, no.**

16         Q      So is that an opinion that you hold?

17         **A      Under some circumstances I'm sure that that**

18    **could happen.  I don't know at what pressure that would**

19    **happen or at what level of cross-linking that would**

20    **happen or under what specific circumstances it would**

21    **happen, but certainly it's possible.  Anything is**

22    **possible.**

23         Q      Okay.  In NIBCO 1006 PEX pipe, can high

24    pressure in a pipe result in the initiation of a crack?

25              MR. EDWARDS:  Object to the form.

1          THE WITNESS:  I'm sorry.  Could you ask

2     again, please?

3     BY MR. KUHLMAN:

4          Q     In the NIBCO 1006 tubing, can high pressure

5     in the pipe result in the initiation of a crack?

6          **A     Are you asking if it can or if it did?**

7          Q     If it can.

8          **A     Again, in theory, anything is possible under**

9     **certain circumstances that I can't even begin to define**

10    **as we sit here today.  It's probably possible.**

11         Q     And that could happen --

12         **A     And we do know within a reasonable degree of**

13    **scientific certainty that that is not what happened**

14    **with the incident pipes that are at issue in this case.**

15         Q     If you bring the pressure down in a system

16    after it has been at an elevated pressure, would it

17    essentially heal the damage to the pipe or is it

18    something where once the damage is done, it's done?

19              MR. EDWARDS:  Object to the form.

20              THE WITNESS:  What type of damage are you

21    referring to when you say "damage"?

22    BY MR. KUHLMAN:

23         Q     If you have a system operating a NIBCO 1006

24    pipe system and it's operating at elevated pressures,

25    upwards of a hundred PSI and you install a PRV after

Page 159

1    that's been in place and the system pressure comes

2    down, will the tubing heal itself, or if there are

3    cracks that have already started, will they continue to

4    propagate?

5         MR. EDWARDS:  Same objection.

6         THE WITNESS:  You're asking a different

7    question from what you asked a moment ago.  If cracks

8    are present due to any mechanism, whether they

9    initiated due to oxidative degradation or whether they

10   initiated due to creep rupture or any other condition,

11   they would be expected to grow at some rate if

12   subjected to any hydrostatic stress that is sufficient

13   to propagate the crack.  So as long as the level of

14   stress at the crack tip remains sufficiently high with

15   whatever pressure you achieved after installing a PRV,

16   that crack would continue to grow.

17        Does that answer your question?

18   BY MR. KUHLMAN:

19        Q    At what pressure in a chlorinated water

20   system using NIBCO 1006 pipe would you expect for there

21   to be a ductile creep rupture crack before there would

22   be evidence of oxidative degradation?

23        **A    I don't understand your question.**

24        Q    With NIBCO's 1006 PEX piping, how high would

25   the pressure need to be in a system for there to be a

1    failure of the tubing, cracks, that initiate and go all

2    the way through the wall --

3              MR. EDWARDS:  Object to the form.

4    BY MR. KUHLMAN:

5         Q    -- without the evidence of oxidative

6    degradation?

7         **A    I don't believe I have ever yet seen a NIBCO**

8    **pipe that has been in service that didn't have evidence**

9    **of oxidative degradation.  And so I don't know that**

10   **there is an answer to that question.**

11        Q    If a pipe is being operated in a chlorinated

12   water situation without a PRV and it's in excess of

13   80 PSI, can that cause any kind of damage to the

14   tubing?

15        **A    How far in excess of 80 PSI?**

16        Q    Ninety.

17        **A    I have no idea as we sit here what level of**

18   **damage because it would depend upon the molecular**

19   **weight that they chose for that material and a number**

20   **of other factors.**

21             **What we do know with certainty is that the**

22   **cracks that have been at issue in this case did not**

23   **form due to creep rupture, due to pressure alone.  They**

24   **all exhibit evidence of crazing and oxidative**

25   **degradation at the interior surface of the pipe in a**

Page 161

1    **very distinctive, well-defined initiation region that**

2    **is distinctly different from the creep rupture**

3    **morphology that we see at the outer edge of the**

4    **fracture.**

5         Q    So as far as you've seen, you've not been

6    able to analyze all incident pipe and some has been

7    discarded.  Is that fair?

8              MR. EDWARDS:  Object to the form.

9              THE WITNESS:  I don't know that that is a

10   fair response.  We did not see incident pipes from the

11   Boyd residence.  We have certainly looked at many, many

12   incident pipes from this case and a number of other

13   cases.  In fact, I have personally inspected upwards of

14   a thousand incident pipes that have leaked during

15   service, and they have all exhibited tremendous

16   uniformity and very, very similar characteristics with

17   regard to the manifestation of the defect that exists

18   in these pipes and the cracks that have resulted from

19   that process.  They've been strikingly similar to the

20   point that, if we were to lay out photos, I don't

21   believe any of us would know which home they came from

22   if they were not specifically identified.

23              And so I would think it quite reasonable to

24   conclude that other pipes that have failed in the same

25   manner from the Boyd residence in a similar time frame

Page 162

1    with the same formulation that were reported to also

2    have linear cracks in them would not exhibit something

3    distinctly different.  And then truth be told, whether

4    they did or they didn't, the underlying defects still

5    existed in those pipes.  We know that because it's

6    formulation and manufacturing-process specific.

7    BY MR. KUHLMAN:

8        Q    NIBCO tubing can fail for reasons completely

9    aside from the formulation of the tubing, can it not?

10       **A    It can.**

11       Q    And what are some of the different ways --

12   some of the different things that can cause PEX

13   failures?

14       **A    Please define what you mean by a "failure."**

15       Q    Well, if the PEX freezes -- if the water

16   inside PEX freezes, that can cause damage to the

17   tubing, can it not?

18       **A    Again, define what you mean by "damage."**

19       Q    How would you assess the condition of a piece

20   of NIBCO PEX tubing if it had been frozen?

21       **A    It would typically deform in a characteristic**

22   **manner that would be very distinctive for a freeze**

23   **failure.**

24       Q    Okay.  And that can happen to NIBCO PEX

25   tubing; right?

Page 163

1      **A     Yes.**

2      Q     And does that weaken the tube if it's

3      deformed like that or does that make it stronger?

4      **A     It can weaken it.  It won't make it stronger.**

5      **It could also have no appreciable effect on it**

6      **depending upon the degree of freeze and the degree of**

7      **expansion.**

8      Q     And if it deforms in such a way that it

9      weakens the tubing, that can result in a failure.

10     Fair?

11     **A     If the freeze or the ice dam inside the pipe**

12     **or the pressure inside the pipe is sufficient, it can**

13     **result in a rupture through the wall of the tubing.**

14     Q     And mechanical damage can cause a failure in

15     NIBCO PEX tubing.  Fair?

16     **A     You'll have to be more specific.  When you**

17     **say "mechanical damage," what do you mean?**

18     Q     Someone accidentally hits the tubing with a

19     hammer as they're installing it.

20     **A     Hitting it with a hammer should not**

21     **appreciably affect the tubing.**

22     Q     How about a nail?

23     **A     A nail can penetrate the wall of the tubing.**

24     Q     And that can cause a failure in the tubing?

25     **A     Again, "failure of the tubing" is a**

1    subjective term.  It can cause a through-wall leak path

2    in the tubing over time.

3        Q    Insects can cause through-wall leaks in NIBCO

4    PEX tubing, can they not?

5        A    Certain insects can.  Not all.

6        Q    If a pipe is compressed, that can result in a

7    through-wall crack in the NIBCO PEX tubing.

8            Is that fair?

9        A    Compressed in what manner and to what extent?

10       Q    It can be compressed to an extent sufficient

11   to cause a weakness in the tubing that might result in

12   a crack initiating and propagating through the wall.

13           Is that fair?

14       A    Again, in theory, anything is possible.  It

15   would take a high level of compression to cause

16   appreciable damage.  And the tubing is advertised as

17   being resistant to certainly light surface damage and

18   compression.

19       Q    If someone steps on the tubing on accident --

20   someone, say, my size steps on the tubing and then

21   installs it, would you expect that to be a sufficient

22   compression to cause a weak spot in that tubing?

23       A    I would not, based on my experience.

24       Q    Can excessive bends result in cracks forming

25   in the tubing?

1        A     Excessive bends can result in localized

2   stress concentrations that can promote creep rupture in

3   the tubing.

4        Q     And that can cause a through-wall crack that

5   results in a leak.  Fair?

6        A     It can over time.

7        Q     And then oxidative degradation can cause a

8   crack to form in NIBCO tubing and result in a

9   through-wall crack, can it not?

10       A     Clearly can and has in many instances.

11       Q     What are some of the potential causes of

12  oxidative degradation?

13       A     Insufficient stabilization of the PEX

14  material and an insufficiently designed manufacturing

15  process.

16       Q     Can UV exposure cause oxidative degradation

17  in NIBCO's PEX tubing?

18       A     Not of the type that we observed in this

19  case.  It can cause oxidative degradation, but it would

20  not manifest in the manner that it has in this case.

21       Q     Can excessive temperatures result in

22  oxidative degradation of NIBCO's PEX tubing?

23       A     Excessive temperature can accelerate the

24  oxidation of PEX.  Again, we have found no evidence

25  that that, in fact, did occur in this case to any

1    **appreciable extent.**

2         Q    How high would a temperature need to be for

3    there to be an increase in the rate of oxidation of

4    NIBCO PEX tubing?

5              MR. EDWARDS:  Object to the form.

6              THE WITNESS:  There is no set answer to that.

7    Could you be more specific, please?

8    BY MR. KUHLMAN:

9         Q    Well, if you increase the temperature from,

10   let's say, 140 degrees to 150 degrees and the system is

11   operating at 80 PSI, would you expect that to result in

12   any type of acceleration for oxidative degradation in

13   NIBCO PEX tubing?

14        **A    Relative to what?**

15        Q    Relative to a piece of tubing that's

16   operating within the temperature specification for the

17   tubing.  So 80 and 140 for chlorinated water versus 80

18   and 150 in chlorinated water.

19        **A    If you're comparing 140 and 150, there can be**

20   **some slight effect from that.  Calculations that were**

21   **performed by NIBCO's experts in this case represented**

22   **that, if a temperature in a system, all other things**

23   **being equal, were 160 degrees instead of 140 degrees,**

24   **that the anticipated life for well-made,**

25   **well-stabilized PEX would go from 50 years to 22 years.**

1      Q     Can transition metal oxides in the water

2   result in oxidative degradation of NIBCO's 1006 PEX

3   tubing?

4      **A     Insufficient -- I'm sorry.  Metal oxides can**

5   **promote autocatalytic oxidation in a material that is**

6   **vulnerable to oxidation.  But you have to have material**

7   **that is sufficiently vulnerable to start with for that**

8   **to occur.  The same is true for all of these effects.**

9            **NIBCO PEX pipe is to be designed to withstand**

10  **the anticipated service environment.  And transition**

11  **metal oxides are certainly an anticipated part of a**

12  **plumbing system and they're seen fairly frequently.  So**

13  **the pipe would need to be insufficiently stabilized for**

14  **that to play a significant role generally.**

15     Q     Now, we've talked about a number of different

16  ways that NIBCO's 1006 PEX tubing could crack with or

17  without oxidative degradation being present.  Is there

18  any way for the untrained eye to know the reason why

19  the crack in their pipe formed?

20            MR. EDWARDS:  Object to the form.

21            THE WITNESS:  Could you ask that again,

22  please?  I'm trying to make sure I understand you.

23            MR. KUHLMAN:  Could you just read it back?

24            (Record read as requested.)

25            THE WITNESS:  Define what you mean by

Page 168

1    "untrained."  Untrained relative to what?

2    BY MR. KUHLMAN:

3         Q    Is there any way for a consumer who's looking

4    at a failure of their NIBCO 1006 PEX pipe to determine

5    why the crack in their pipe formed just looking at it?

6         **A    In my experience, I don't know that there's a**

7    **set answer to that question.  I have encountered some**

8    **consumers who were trained and skilled in any number of**

9    **issues related to engineering and materials who would**

10   **be able to determine that.  And I have met other**

11   **consumers who, you know, looked at something that I**

12   **would think that would be obvious that they were not**

13   **able to interpret.  I don't know that there's a set**

14   **answer to that question.**

15        Q    Well, if you hadn't conducted all the

16   research that you conducted and reviewed all the test

17   reports that you've conducted, if you'd just looked at

18   a piece of pipe that had failed, would you be able to

19   determine what caused the failure without doing more?

20             MR. EDWARDS:  Object to the form.

21             THE WITNESS:  It would depend upon what the

22   failure mechanism is and what the characteristics of

23   that are.  You know, certainly if you bring me a NIBCO

24   brass fitting and it's filled with white crusty

25   deposits adhering to the interior surface of the

Page 169

1    fitting and it's plugged with those deposits, yeah, I'm

2    going to pretty much know right off the bat that that's

3    probably dezincification.

4    BY MR. KUHLMAN:

5        Q    And if you're looking at a piece of 1006 PEX

6    tubing, can you determine the cause of the failure

7    without doing more than just looking at it with your

8    eye?

9            MR. EDWARDS:  Object to the form.

10           THE WITNESS:  I can at this point with regard

11   to this failure mechanism because it's been studied

12   exhaustively and extensively and we understand it fully

13   and we know now what the underlying mechanism is.  So

14   when we see longitudinal brittle slits in the pipe wall

15   initiating at the interior surface of the pipe, we can

16   have reasonable confidence, if it's a 1006 formulation,

17   that's going to tie back to the defects in the

18   formulation for the product.  That product we know was

19   inherently insufficiently stabilized going into the

20   process.

21           Furthermore, the cause of the leak -- you

22   seem to be confusing failure mechanism with root cause.

23   And we need to be very careful about that distinction.

24   You're asking me, I believe, if I can determine the

25   failure mechanism.

Page 170

1    BY MR. KUHLMAN:

2        Q    Well, I think I want to ask you the other

3    way.  If you're just looking at a piece of NIBCO 1006

4    PEX tubing that has a failure in it, can you determine

5    just by looking at it with your eye what the root cause

6    of that failure was?

7        **A    I can determine it looking just simply at the**

8    **labeling on the pipe that it is insufficiently**

9    **stabilized for the intended application.  I can look at**

10   **the 1006 rating knowing what I know today and know that**

11   **that pipe is inherently defective for that application.**

12   **That, I know.**

13       Q    But that wasn't my question.  My question was

14   can you --

15            MR. EDWARDS:  Please let her finish her

16   answer, Kevin.

17   BY MR. KUHLMAN:

18       Q    My question was can you determine the root

19   cause of the failure?

20       **A    In that case, yes.  I would know that the**

21   **root cause is the insufficient stabilization of the**

22   **pipe if I'm seeing oxidative cracking, brittle**

23   **cracking, through-wall cracking of that type.  All of**

24   **the different factors that you have mentioned, be it**

25   **transition metal oxides, be it creep rupture, all of**

1   those things are going to be secondary to oxidative

2   degradation occurring in that material.  And whether or

3   not the leak ever manifests in the pipe, that defective

4   condition still exists as a root cause in the NIBCO

5   pipe.

6           If you're asking me the cause of a leak,

7   that's a different question from the underlying defect.

8   I'm not sure we're on the same page here with what

9   you're asking.  If there's a nail hole in the pipe, I

10  can tell you that just by looking at it, yes.  Is that

11  what you're asking me?

12      Q    That's something that you wouldn't hold NIBCO

13  responsible for.  Is that fair?

14          MR. EDWARDS:  Object to the form.

15          THE WITNESS:  I don't hold or not hold NIBCO

16  responsible for any of these.  I have been asked to

17  render an opinion regarding the root cause of failure.

18  That is my role.  My role is technical.

19  BY MR. KUHLMAN:

20      Q    And we've talked about different causes of

21  oxidative degradation.  If you're just looking at the

22  tubing, how do you rule out the various other ways that

23  tubing can suffer from oxidative degradation like UV

24  exposure, high temperatures, transition metal oxides?

25  How do you rule those out?

1        A     We have ruled them out for the types of

2    failures that are at issue in this case through the

3    testing that has been performed to date in various

4    cases and looking at the consistent results.  We have

5    considered those.  We have used, for example, energy

6    dispersive x-ray spectroscopy to look for evidence of

7    transition metal oxides of the interior surface coupled

8    with stereomicroscopy and scanning electron microscopy.

9    We've ruled that out as a contributing factor.  We've

10   ruled it out in multiple instances, multiple potable

11   water systems, multiple incident pipes.  The same is

12   true for creep rupture.  We've ruled that out as an

13   initiating mechanism by examining the fracture

14   surfaces.

15            Now that all of that work has been done, we

16   know that none of those are common to these failures

17   that are occurring in the NIBCO pipe.  And we know that

18   none of those factors caused the pipe to be

19   insufficiently stabilized and vulnerable to oxidation.

20   That is a result of the design and manufacturing

21   process for the pipe.  These other conditions may

22   exacerbate the failures but they do not cause them.

23       Q    So is it your position that elevated pressure

24   in a NIBCO 1006 piping pressure that's above the

25   plumbing code requirement for chlorinated water that

1    that cannot cause cracks to initiate?

2        **A    That is not my position.  If you ramp the**

3    **pressure up to 8- or 900 PSI, it will burst.**

4        Q    Well, what about 90 or a hundred PSI?  Could

5    that cause the tubing to fail before oxidative

6    degradation becomes an issue?

7        **A    Experience has taught, no, that it would not.**

8        Q    Have you examined any homes where you

9    believed that the failures in NIBCO 1006 tubing were

10   the result of excessive pressures in the system and not

11   oxidative degradation?

12       **A    Ask that again, please.**

13       Q    Have you analyzed any homes where you

14   concluded that the failure in the NIBCO 1006 piping

15   system was a result of excessive pressure in the system

16   and not oxidative degradation?

17       **A    Yes.**

18       Q    Okay.  When was that?

19       **A    In the Molony case.**

20       Q    Okay.  And who retained you in the Molony

21   case?

22       **A    I don't remember the gentleman's name.**

23       Q    Were you testifying for the plaintiff or the

24   defendant?

25       **A    I believe it was for the plaintiff.  Again,**

Page 174

1    those are not things that stick for me because my

2    answers don't depend upon who I'm representing.  They

3    depend upon the facts in the case.

4        Q    Okay.  And what were the facts in the Molony

5    case as best you can recall?

6        A    It's been a long time since I dealt with the

7    Molony case.  But as I recall, there was clear evidence

8    of excessive pressure in the system as documented by

9    pressure monitoring.  There were some very unique

10   installation conditions involving three separate water

11   heaters, and we saw very distinctive ductile rupture

12   failures in the piping from those homes.

13       Q    And was it your opinion that those failures

14   were caused by the design of the NIBCO tubing?

15       A    No.

16       Q    And so under the right circumstances, in a

17   normal homeowner's house, there could be a scenario or

18   a setup for a plumbing system where failures in NIBCO

19   1006 tubing can occur that fall outside the design

20   issues and manufacturing issues of the tubing that

21   we've talked about.  Fair?

22            MR. EDWARDS:  Object to the form.  And asked

23   and answered.

24            THE WITNESS:  The tubing in the Molony case

25   also showed evidence of oxidative degradation.  The

Page 175

1    same underlying defect existed in that pipe.  And we

2    were seeing evidence of that in that pipe.  However,

3    the thing that was different in that case was that it

4    did not reflect what most would consider a normal

5    plumbing application.  The pressures were very, very

6    high as evidenced by the failures themselves and

7    through pressure monitoring, though I don't know to

8    what degree.  And we also, in that case, saw the

9    pressure being the predominating mechanism for

10   propagation through the wall.

11   BY MR. KUHLMAN:

12        Q    Would you be surprised if your report in that

13   case indicated that the pressure readings were at

14   100 PSI in that system?

15        **A    I don't believe that is what my report**

16   **stated.  But if you have a copy, I'd be happy to review**

17   **it with you.**

18        Q    Okay.  We'll get to that in a little bit.

19             Do you believe that 100 PSI would be adequate

20   to cause a NIBCO 1006 PEX system to fail in a manner

21   other than oxidative degradation?

22        **A    Experience has taught that it likely would**

23   **not be.**

24        Q    But it could?

25        **A    I don't believe that it could, not in a**

1    **manner we have seen in the incident pipes at issue in**

2    **this case.**

3         Q    But in other pipes that you've seen in other

4    cases, if it does turn out that the pressure readings

5    for the Molony case indicated the system was at a

6    hundred PSI, in other cases where you've looked at

7    other pipes, that could be sufficient to cause those

8    failures?

9              MR. EDWARDS:  Object to the form.

10             THE WITNESS:  You're asking me to speculate

11   on a hypothetical that doesn't exist.  Again, as I've

12   said before, anything is possible.  If they neglected

13   to cross-link the pipe, maybe it could fail at a

14   hundred PSI due to overpressurization.  I don't know.

15   I suppose anything is possible.  But I'm not aware of

16   any instance in field returned pipe where a hundred PSI

17   has led to a ductile rupture due to overpressurization

18   in NIBCO pipe.  And, in fact, burst testing that we

19   have performed in multiple cases has indicated that the

20   pressure would need to be more on the order of 8- to

21   900 PSI for such a failure to occur.

22   BY MR. KUHLMAN:

23        Q    That's for a burst failure; right?

24        **A    That's exactly the mechanism you're referring**

25   **to.  You're referring to a burst mechanism.**

1      Q    So are you saying that in the Molony case the

2   failure was akin to a failure that you might see as a

3   result of a burst test?

4      **A    Yes, I am.**

5      Q    Have you maintained your file for that

6   matter?

7      **A    I have no idea.  I don't know if it's been**

8   **discarded at this point or not.**

9      Q    Okay.  All right.  Let's talk about your

10  report for a little while.  We seem to have been

11  neglecting it for some time.  If you could, please turn

12  to page 12 of your report.

13     **A    Which report are you referring to?**

14     Q    The report that you drafted in this matter.

15  Your initial report, not the supplemental report.

16  March 2, 2007, Exhibit 2.

17     **A    Okay.  For the record, I feel certain the**

18  **Molony report does not state that the pressure was**

19  **100 PSI.**

20     Q    Okay.  Well, we'll find out.

21          Before we talk about page 12, what are some

22  of the disinfectants that are used by water treatment

23  facilities in the U.S.?

24     **A    Chlorine and chloramine are the two most**

25  **common disinfectants.**

1        Q     And do those two disinfectants react to PEX

2   tubing in the same way?

3        A     The PEX tubing reacts to the disinfectant

4   more so than the disinfectant reacting to the tubing.

5   The tubing does not necessarily react in the same way

6   to each of those disinfectants.  Chlorine is considered

7   to be the more aggressive disinfectant.

8        Q     And is it your opinion that the NIBCO PEX

9   tubing is insufficient for use in water systems that

10  are sanitized using chlorines?

11       A     It is my opinion that the NIBCO tubing is

12  insufficiently stabilized for potable water

13  applications, period, whether a disinfectant is present

14  or not as demonstrated by the oxidative degradation and

15  crazing observed in the Medder residence.

16       Q     How many tubing samples have you looked at

17  that were in service in a home where chloramines were

18  used to disinfect the tubing -- or to disinfect the

19  water in the system?  I'm sorry.

20       A     I don't know that I have an answer to that

21  question.  We were focused primarily on chlorine.

22       Q     So it's your opinion based on an analysis of

23  zero tubing samples that were in systems where

24  chloramines were the disinfectant used by the

25  municipality that NIBCO tubing was insufficient for

Page 179

1    that purpose?

2         A    The only installation where I would have any

3    confidence in saying chloramine may not have been used

4    would be the Medder residence where they utilized well

5    water.  There are other -- there are other

6    municipalities associated with the incident pipes at

7    issue in these cases where chloramines were reportedly

8    used.

9         Q    In addition to chlorine?

10        A    In addition to or possibly instead of.  It is

11   not uncommon for both disinfecting agents to be used

12   simultaneously by municipalities.

13        Q    Which municipality specifically relied

14   exclusively on chloramines?

15        A    I don't know that any of them relied

16   exclusively on any one disinfectant or another.  I know

17   that the Sminkey residence, that municipality has

18   reported that they at times will incorporate chloramine

19   and may be doing that routinely now.  The water

20   chemistry testing also suggested that there may have

21   been some chloramine interference going on in that

22   home.

23             What we do know is that chlorine is the more

24   aggressive condition.  And it is typical in the

25   industry to focus interest on chlorine rather than

1    chloramine as we have done in this case, which is why

2    the chlorine resistant standard exists.

3              What we also know is that the presence or

4    absence of the insufficient stabilization that has

5    rendered these pipes vulnerable to failure is not

6    dependent upon the water chemistry.

7         Q    And the water chemistry, let's talk about

8    that just a little bit more.  You said that it's not

9    dependent on the water chemistry.

10             How many homes have you analyzed where

11   chlorine was not used as a disinfectant in the water

12   system?

13        A    I don't recall as we sit here today.

14        Q    In all the pipes samples that you've looked

15   at, how many of them were in use in a system that

16   didn't have chlorine at all?

17             MR. EDWARDS:  Objection.  Asked and answered.

18             THE WITNESS:  I don't recall as we sit here

19   today.

20   BY MR. KUHLMAN:

21        Q    Can you think of any other than the Medders'

22   house that had the well water?

23             MR. EDWARDS:  Objection.

24             THE WITNESS:  I don't recall as we sit here

25   today.

1    BY MR. KUHLMAN:

2         Q    Do you remember your work on the Christensen

3    case?

4         **A    Vaguely.**

5         Q    And do you remember that Christensen had

6    operations in both Austin and in San Antonio?

7         **A    I do.**

8         Q    And do you remember how Christensen used

9    NIBCO's 1006 product in Austin in over 18,000 houses?

10        **A    I don't recall specific numbers.  I don't**

11   **recall necessarily what was installed where.**

12        Q    Does that sound vaguely familiar to you that

13   there were many, many, many houses piped by Christensen

14   in Austin with 1006 tubing?

15             MR. EDWARDS:  Object to the form.

16             THE WITNESS:  Actually, it doesn't sound

17   familiar to me.

18   BY MR. KUHLMAN:

19        Q    And in the Christensen case, do you recall

20   how in that 18,000-house set of houses in Austin there

21   were only three failures in all the NIBCO PEX

22   installations?  Do you remember that?

23        **A    I don't recall your number being accurate.  I**

24   **have no idea whether it's accurate or not.  It may be.**

25   **I do not recall.**

1              **What I do recall is that there was a group of**

2      **houses -- whether they were in Austin or not, I don't**

3      **recall -- in an area that was believed to have been**

4      **treated primarily with chloramines that, as we would**

5      **expect, appeared to be showing a slower rate of**

6      **failure.  I also understand that that situation may**

7      **have changed since the Christensen case.**

8      BY MR. KUHLMAN:

9          Q    Are you aware of any failures at all of NIBCO

10     1006 tubing that was in use in a strictly chloramine

11     system?

12         **A    I don't know that I know the answer to that**

13     **question.**

14         Q    The question is do you know of a single

15     failure of NIBCO 1006 tubing in a system where it was

16     disinfected with chlorine?

17             MR. EDWARDS:  Object to the form.

18             THE WITNESS:  And I answered the question.

19     The question was -- I don't know the answer to that

20     question.  I don't know whether there have been any

21     pipes that I have looked at that there were in systems

22     that were exclusively treated with chloramine or not.

23     I don't recall.

24     BY MR. KUHLMAN:

25         Q    So based on the fact -- are you relying on

1    this one house, the Medder home with well water, to

2    conclude that NIBCO 1006 tubing is insufficient for all

3    houses that are disinfected with something other than

4    chlorine or use no disinfectant whatsoever?

5         **A    No.  As well established in my report, the**

6    **bases for my opinions are very clearly outlined in the**

7    **reports and they clearly go well beyond the Medder**

8    **residence.**

9         Q    What's the difference with respect to how

10   aggressive chloramines are compared to chlorine?

11        **A    I don't recall off the top of my head.  But**

12   **it has been studied and there's literature addressing**

13   **the differences that was published by PPI.  There's a**

14   **position paper that was published by PPI addressing**

15   **that very issue.  And that was part of the impetus for**

16   **the development of the chlorine resistance test.**

17            **(Exhibit 7 Marked for Identification.)**

18   BY MR. KUHLMAN:

19        Q    All right.  We'll mark this as Exhibit 7.

20   You referred to a statement put out by the Plastic Pipe

21   Institute addressing the difference in aggressiveness

22   between chloramines and chlorine.  I've handed you a

23   document that's marked as Exhibit 7.  Does this appear

24   to be the revised version of that statement that was

25   prepared and circulated -- prepared for circulation on

1    July 9, 2013?

2        **A    It appears to be the revised version, yes,**

3    **issued in 2013 as you said.**

4        Q    Okay.  And then in the results section of

5    this, it says "After the testing was completed, failure

6    times of the PEX pipe specimens tested with the free

7    chlorine test fluid were compared to failure times of

8    the PEX pipe specimens tested the chlorines test fluid,

9    the results showed pipe failure times approximately

10   40 percent longer when tested chlorines compared to

11   testing with free chlorine in otherwise identical test

12   conditions."  Do you see that?

13       **A    I do see that.**

14       Q    Do you disagree with these findings?

15       **A    I don't agree or disagree.  I didn't**

16   **participate in that testing at all.  I accept that**

17   **that's what they've said here.**

18       Q    Did you take any steps to assess how

19   chloramines impact the life expectancy of NIBCO 1006

20   PEX tubing?

21       **A    Not in this case.  We know from empirical**

22   **experience in the field that the anticipated result so**

23   **far with NIBCO pipe would reflect what has been**

24   **projected here, that we would expect pipes that are in**

25   **a primarily chloramine environment to generally oxidize**

Page 185

1    more slowly than pipes that are subjected to a

2    primarily chlorinated environment.

3        Q    And you're not aware of a single

4    chloramine-induced failure in NIBCO PEX tubing.

5             Is that fair?

6             MR. EDWARDS:  Object to the form.  Asked and

7    answered.

8             THE WITNESS:  I don't believe that is fair to

9    say, no.

10   BY MR. KUHLMAN:

11       Q    Okay.  Can you tell me where one NIBCO 1006

12   piece of PEX tubing failed as a result of oxidative

13   degradation in a chloramine disinfectant system?

14       A    I believe that the Sminkey residence would be

15   one example where there was a significant level of

16   chloramine present and we saw rapid oxidative

17   degradation.  I don't know if it was exclusively

18   chloramine.  I've said before I don't know if there are

19   any that I've looked at that were exclusively

20   chloramine.  If there's something specific you'd like

21   to point me to from my past work, I'll be happy to

22   review it.  But I don't recall as we sit here today.

23       Q    So if I understand your answer, as you sit

24   here today, you can't say with certainty that you've

25   inspected a tubing sample that failed as a result of

1    oxidative degradation in a system that was exclusively

2    disinfected by chloramines?

3         A    I cannot say that with certainty as we sit

4    here today.  What I can say with certainty is --

5         Q    Let's just get to the question.

6         A    Let me finish.  What I can say with certainty

7    is that I have evaluated pipe that was exposed to

8    neither chlorine nor chloramine, which would clearly be

9    the less aggressive environmental condition than either

10   of those two disinfectants being present.  And even

11   when neither of those disinfectants was present in any

12   detectable concentration, we saw evidence of oxidative

13   degradation and craze cracking happening in less than

14   10 years of service in a normal potable water

15   environment in the absence of elevated pressure and in

16   the absence of elevated temperature.  We know that the

17   pipe was insufficiently stabilized for the intended

18   application.

19         Whether you have no disinfectant present or

20   whether you have chloramine or whether you have

21   chlorine really doesn't affect that conclusion in any

22   way.  At best, it might affect your time to failure.

23   But it's not going to mean the difference in pipe being

24   in a defective condition and oxidation occurring or it

25   not being defective and it not occurring.

1      Q     And you base that conclusion on an analysis

2    of zero tubing samples that you are sure failed in a

3    chloramine disinfectant system.

4            MR. EDWARDS:  Object to the form.

5            THE WITNESS:  No, sir.  I base that

6    conclusion upon my thorough inspection of nearly a

7    thousand pieces of field returned NIBCO pipe of various

8    sizes, various colors, various years of manufacture,

9    coupled with my analysis of testing that was performed

10   by NIBCO, a review of the documents that have been

11   produced in this case, communications between NIBCO and

12   other agencies validating all of that.  My conclusions

13   are not in any way based upon the findings related to

14   any specific home.  Please don't misrepresent that.

15   BY MR. KUHLMAN:

16     Q     Okay.  Of the thousand tubing samples that

17   you've looked at, how many of those pertained to the

18   Christensen case?

19     **A     I don't recall specifically.  I believe it**

20   **was -- it was hundreds.  I don't recall the number.**

21     Q     Would it be the overwhelming majority of

22   these thousand samples?

23     **A     I wouldn't necessarily say it was the**

24   **overwhelming majority.  It may have been a majority.**

25   **But there were also hundreds associated with Mi Casita,**

Page 188

1   and there were over 150 associated with these two class

2   actions.

3          What we do know is we have now looked at pipe

4   from roughly 11 different states and they have all

5   looked the same from Pennsylvania to Baja Mexico and

6   different water municipalities with different treatment

7   practices, different installation practices, some with

8   cold water applications where failures have occurred,

9   some with hot water applications, some with recirc,

10  some with not -- no recirc.  And we have found only one

11  common thread that weaved these unique failures and

12  that is the design and formulation of the 1006 pipe.

13     Q    You would agree with me that installation

14  errors can accelerate the rate of failure in NIBCO's

15  1006 tubing, would you not?

16     A    I wouldn't agree with that as a whole

17  statement categorically.  There are some types of

18  installation issues --

19     Q    Such as?

20     A    -- that can influence the rate, such as if

21  you have any degree of bend in the pipe, that would be

22  a natural point of increased stress with the degree of

23  increase of stress being relative to the degree of

24  bend.  That could influence the rate of propagation

25  through the wall or the time to initiation or the

Page 189

1   orientation of the crack.  It does not cause the

2   material to oxidize however.

3        Q    Have you done anything to attempt to quantify

4   how installation stresses that you've seen in the field

5   can shorten the life expectancy of NIBCO's 1006 PEX

6   pipe?

7        A    To what extent?  In what manner?

8        Q    At all.  Have you attempted to quantify how a

9   bend, for example, might impact the rate to failure for

10  one of these NIBCO tubing pieces?

11       A    It's been qualitatively assessed through

12  examination of the failures.  We know that the degree

13  of bend or lack thereof can certainly influence the

14  orientation of a crack.  As a rule, cracks that occur

15  in regions of bend typically will occur in the

16  circumferential direction across the pipe or possibly

17  at a 30 to 45-degree angle, whereas cracks that form in

18  straighter sections of pipe tend to form in the

19  longitudinal direction.  We do know that.

20            And we know that, if there is any appreciable

21  bend, whether it's an acceptable degree of bend or an

22  excessive degree, we tend to see clusters of cracks

23  that may form at that location.  So certainly bending

24  can influence the location or orientation of where

25  cracking might manifest through wall first.

1        Q      Do you have an opinion with respect to how

2   long NIBCO's 1006 tubing would last in a system that

3   was disinfected with chlorines exclusively?

4        **A      Based upon our cumulative experience with**

5   **these products, I would have to say less than 10 years**

6   **in many cases.**

7        Q      Okay.  And --

8        **A      There is no one set answer for that, though,**

9   **you understand.**

10       Q      And you say that, and yet this product has

11  been on the market since at least 2006.  And you've

12  traveled to 11 different states and have looked at a

13  thousand different samples and you haven't seen a

14  single failure in a chloramine piece of tubing?

15            MR. EDWARDS:  Object to the form.

16            THE WITNESS:  I disagree with what you're

17  saying.  I don't believe that's what I have said in any

18  way.

19  BY MR. KUHLMAN:

20       Q      Or at least you can't identify one for me.

21       **A      Chloramines have absolutely been used in**

22  **these homes.  I did look at the Christensen case at**

23  **some of the homes from wherever the area was that was**

24  **believed to have had primarily chloramine treatments.**

25  **So I disagree with what you are saying and I believe**

Page 191

1    you are mischaracterizing my testimony.

2         Q    Is it your opinion today that in any of the

3    homes in the Meadow case that an extrusion defect was

4    the cause of a failure?

5         A    I don't recall seeing any failure that I

6    believed an extrusion defect was the root cause of

7    failure.  There may have been cases.  Certainly there

8    were cases collectively among the class actions where

9    extrusion defects were exacerbating factors where we

10   saw extrusion lines, we saw chunks of charred polymer,

11   we saw dimples that had clearly served as preferential

12   sites for initiation.  But again, that is merely an

13   exacerbating condition where localized stresses would

14   make it easier for that crack to initiate sooner and/or

15   to grow more quickly than it might have in the absence

16   of that condition.  But I have not assigned that as a

17   root cause in any way.

18        Q    Okay.  You've referred to residual stresses a

19   few times during the course of this deposition.  And

20   it's your opinion, is it not, that NIBCO's

21   manufacturing process resulted in residual stresses

22   being present in these tubing samples; is that right?

23        A    Yes.

24        Q    And my question is did you take any steps to

25   measure the amount of residual stress that was observed

1    in the NIBCO 1006 PEX tubing?

2         A    Not in a quantitative manner, although we can

3    and reserve the right to do so if we feel it necessary.

4    In this particular case, the fact that the cracks are

5    gaping wide open clearly reveals that there was an

6    unusually high level of residual stress in those pipes

7    in contrast to my prior experience with PEX pipe.  It's

8    very clear that there was a high level of residual

9    stress relative to the norm.

10        Q    Do PEX pipes gape wide open as a result of

11   burst testing?

12        A    Not in the manner that these pipes did.  They

13   will look very different when they fail due to burst

14   testing.  That's not gaping.  That's deformation.

15   They're different.

16        Q    Okay.  So do you actually plan on measuring

17   the residual stresses in the pipe?

18        A    I don't have a plan for how we will move

19   forward after today.  We'll see what happens in the

20   case.  And I plan to do whatever I am required to do or

21   need to do in order to address the issues that arise.

22        Q    Okay.  And you talked a little bit about

23   NIBCO selling tubing that was out of round in your

24   report.  And I'm looking on page 68 if you want to

25   bring it up.  And what you state here in Number 18 on

Page 193

1    page 68 is "Many of the incident pipes and companion

2    pipes examined from the Meadow and Cole class actions

3    were found to exhibit a greater degree of out of

4    roundness than the maximum permitted by ASTM 876."

5              How did you measure for out of roundness?

6         A    What do you mean when you say how did I

7    measure?  I used a caliper and measured in accordance

8    with the governing ASTM standard.

9         Q    And did you take an average?

10        A    We measured at five different locations and

11   evaluated that in accordance with the standard.  If you

12   have a copy of the standard, I'd be happy to walk you

13   through the process.

14        Q    Is it your opinion that this out of roundness

15   was the root cause of any of the failures in the Meadow

16   plaintiff homes?

17        A    No.

18        Q    In Number 19 you state "No evidence was found

19   to suggest that overpressurization, excessive water

20   temperature, excessive UV exposure, or atypical water

21   chemistry contributed significantly to failure of the

22   incident tubing in any of the pipes investigated from

23   the Meadow or Cole class actions."

24             When you were performing your home

25   inspections, you observed overpressurization in two out

Page 194

1    of the three homes in the Meadow class action case; is

2    that true?

3        **A     That is correct.  Slightly overpressurized.**

4    **Slightly.  Yes.**

5        Q    With one being as high as 92 PSI when you

6    measured it.  Does that sound right?

7        **A     I believe the Meadow residence was 92 PSI the**

8    **second time we measured it.**

9        Q    Okay.  And is it your understanding that on a

10   home, if you take a data logger, that the pressure can

11   fluctuate during the course of the day up and down in a

12   home?

13       **A     Sometimes it can.  It doesn't always**

14   **appreciably but sometimes it can.**

15       Q    Did you take any steps to determine if the

16   homes in the Meadow case had pressure spiking or

17   dropping lower than what you saw when you did your

18   reading?

19       **A     No.**

20       Q    But based on your understanding of how these

21   systems work, it could have gone higher than 92 and it

22   could have gone lower than 92 at the Meadow home, for

23   example?

24       **A     It could have.**

25       Q    And what steps did you take to determine that

1    the tubing at the Meadow house and those failures were

2    not contributed to significantly by overpressurization?

3         A    Well, several things.  One is the appearance

4    of the fractures and what's happening in the fracture

5    initiation region for the incident pipes.  Second thing

6    is the oxidation that was confirmed at the interior

7    surface of the pipe and the crazing and most

8    importantly the comparison of all of that data and the

9    characteristics of the incident pieces of pipe when

10   compared to other very similar, in fact, virtually

11   identical failures that occurred in homes where

12   pressures were as low as 35, 45, 55 PSI, in that range.

13   I don't recall the specific numbers.  The pressure was

14   roughly half in these other homes what we observed in

15   the Meadow residence, and yet the failures, the pipe

16   dimensions, and so forth were very, very similar,

17   strikingly similar.

18        Q    Why do you use the qualifier "significantly"

19   here when you say "contributed significantly to failure

20   of the incident tubing"?

21        A    "Significant" would imply that there is

22   something discernible that is different.  We saw that

23   there was real no discernible appreciable difference in

24   these pipes.  They failed in an essentially identical

25   manner.  So if there was any contribution at all from

1    pressure -- and there probably was in terms of the rate

2    maybe if they had initiated at exactly the same time,

3    which they probably did not -- we would expect it to in

4    theory increase the rate of propagation through the

5    wall of the pipe.  But it didn't significantly

6    contribute to it in the sense that it did not

7    contribute to the mechanism of crack initiation that

8    started the whole process.  It didn't cause the

9    oxidation to occur when it wouldn't have otherwise.  It

10   didn't cause the pipe to be insufficiently stabilized.

11   It didn't cause the pipe to exhibit nonuniform

12   distribution of stabilizer when tested by Jana before

13   it had been in contact with pressure or water.

14        Q    Jana didn't test the plaintiffs' houses pipe

15   samples.  Fair?

16        A    They tested other field returned pipe samples

17   and they also tested NIBCO's new as-manufactured pipe,

18   which is critical.  When we compare the new pipe that

19   had never been exposed to pressure in the Meadow

20   residence, we see very similar patterns of distribution

21   to the stabilizer when we look by OIT and we see

22   similarities with other homes that did not have high

23   pressure.

24        Q    Do you have any way of knowing how high the

25   pressure in the Meadow home got when the NIBCO 1006

1    tubing was installed there?

2         **A    I have no reason to believe that it got any**

3    **higher than what we measured that day, nor do I have**

4    **any reason to believe it went appreciably lower.**

5         Q    You just don't know either way.  You have no

6    way of knowing what the pressure was in that house when

7    you weren't there and no one was logging in?

8         **A    No.  What I do know is that the failure**

9    **mechanism that did --**

10        Q    I appreciate that you --

11        **A    Please let me finish my answer.**

12        Q    Please just answer the question and then we

13   won't have to do all this back and forth.  It was a

14   very simple question.

15             MR. EDWARDS:  She was in the process of

16   answering the question.

17   BY MR. KUHLMAN:

18        Q    I appreciate you want to expound on things.

19   But let's try to keep it limited to what the question

20   is, answer.  Let's do that.

21             MR. EDWARDS:  Your advice is noted.  Now feel

22   free to finish your answer.

23             THE WITNESS:  Could you please read it back?

24   I've completely lost my train of thought.

25                  (Record read as requested.)

Page 198

1            THE WITNESS:  What I do know is the failure

2    mechanism that did occur in that home was not in any

3    way discernibly different from the failure mechanisms

4    that occurred in homes that had half the pressure that

5    existed in that home.  Therefore, we know that pressure

6    really didn't matter.  I really don't care what the

7    pressure went to.  My goal is not to know what the

8    pressure was in that house.  My goal is to determine if

9    pressure was a root cause of failure in these pipes.

10           And we absolutely have sufficient information

11   to conclude within a reasonable degree of scientific

12   certainty that the answer is no.  It did not cause

13   these pipes to fail.  It did not contribute in a

14   significant way.  And clearly the manifestation of this

15   defect is not dependent upon having elevated pressure,

16   be it excessive or not excessive.  It's not dependent

17   upon pressure or temperature or the manner of

18   installation or the composition of the water or the

19   type of disinfectant that was used or the presence or

20   absence of a nail hole or anything else happening with

21   this pipe.  That defect exists universally from day one

22   without regard to the pressure.  I don't need to know

23   what the pressure went to in order to know that.

24   BY MR. KUHLMAN:

25           Q    In the Meadow homes -- you would agree with

Page 199

1    me that the installation that you observed in both

2    Meadow and I believe it was the -- was it the Plisko

3    home that had the other high pressure reading?

4         A    No.

5         Q    Which other house in the Meadow family of

6    cases or Meadow houses had high pressure when you took

7    the reading?

8         **A    If you would like to point me to a certain**

9    **place in my report where I state that, I'll be happy to**

10   **review it with you.**

11        Q    Okay.  Let's just move on.  Is it accurate

12   that oxidation can form in a piece of tubing after a

13   crack has initiated?

14        **A    By what mechanism?  Oxidation can occur under**

15   **any condition in the PEX tubing, the 1006 formulation.**

16        Q    My question is in the 1006 PEX tubing, it's

17   possible that a crack can initiate as a result of

18   overpressurization prior to there being oxidation

19   present in the tubing.  Fair?

20        **A    I've never seen that.  Anytime I have ever**

21   **seen a crack occur due to overpressurization, there was**

22   **also oxidation present.  Did I state that correctly?**

23        Q    And that's after the crack propagates all the

24   way through the wall; right?

25        **A    My investigation was done after the pipe had**

1    leaked, yes --

2         Q    Correct.

3         A    -- there was oxidation.  So we cannot say as

4    you did that the overpressurization occurred before the

5    oxidation.  They were both present when I evaluated the

6    pipe.

7         Q    Right.  And so my question is couldn't it

8    also be true that a crack could initiate prior to

9    oxidation being present in NIBCO's 1006 PEX tubing?

10        A    Based upon what we have seen empirically, I

11   don't believe that that is correct.  If you have my

12   Christensen report here, I would like to check one

13   thing to clarify that answer.

14        Q    Did you assess any locations in the tubing

15   for the Meadow class away from where the actual crack

16   was to determine if there was oxidation present?

17        A    I don't recall as we sit here today.  And

18   what do you mean by "away"?  Certainly we didn't test

19   anything right at the site of failure.  So we would

20   have been at least a few inches away when we prepped

21   our samples.  At best we would have been within an inch

22   and a half to 2 inches.

23        Q    And you would expect to see some level of

24   oxidation present on a piece of tubing that's been in

25   service for six or seven years.  Isn't that fair?

1      **A     In NIBCO's PEX 1006 pipe, yes, I would.  Yes,**

2      **I would.**

3          Q     And you would expect to see some level of

4      oxidation present on any type of PEX tubing that's been

5      installed for six or seven years; right?

6          **A     Not necessarily.  Based upon my experience, I**

7      **would not expect to necessarily see measurable**

8      **oxidation and certainly not to the degree that we have**

9      **in this case.  If you have the Christensen report,**

10     **there is something that I would be happy to go over**

11     **with you in relation to that.**

12         Q     So my question for you is -- I mean, it's

13     really kind of a chicken and egg question for me.  How

14     did you conclude that the oxidation occurred prior to

15     crack initiation when you haven't observed -- let me

16     just ask you that.

17             How did you conclude that the crack

18     initiation occurred prior to oxidation?

19             MR. EDWARDS:  Object to the form.

20             THE WITNESS:  I can't answer that question

21     adequately without the photos that were contained in my

22     appendices.  Do you have the scanning electron

23     microscope images?

24     BY MR. KUHLMAN:

25         Q     Which SEM images would you need to refer to

1    to assess that?

2         A    I don't know the file names but I will

3    recognize the image if you have them handy.  To answer

4    your question, we can look at the fracture surface and

5    we can see very clearly what was going on in the

6    initiation region.  We see a well-defined oxidized

7    layer that we can actually measure.  We know the depth

8    of it in many cases where we put those samples in the

9    scanning electron microscope.  There is no question

10   that these fractures initiated due to brittle oxidative

11   degradation in the PEX material and that that was the

12   initiating mechanism.

13         Studies have shown that the initiation life

14   in PEX pipe can account for 80 to 90 percent in some

15   cases of the pipe's life.  The bulk of the time in

16   failure is spent in the initiation process.  Once that

17   crack initiates and reaches a significant depth, which

18   will depend upon stresses acting on the crack, it will

19   then grow by creep rupture due to the hydrostatic

20   stress in the system.  We see very distinctly on those

21   fractures that two different mechanisms are at play.

22   So there is no question regarding the initiation

23   mechanism and whether or not oxidation occurred causing

24   the crazing that led to failure of the pipes.

25         Q    Are you aware of any studies that have been

1    conducted addressing how to determine which occurred

2    first?  A crack or oxidation?

3        **A    Which occurred first?  A crack or oxidation?**

4        Q    Right.

5        **A    The failure process as the material oxidizes**

6    **and craze cracks form.  Yes.  That's been documented**

7    **extensively.  In fact, there are pictures of that in**

8    **the supplemental report.**

9        Q    If you would, please turn to page 16 of the

10    supplemental report.

11            MR. EDWARDS:  That is Exhibit 3.

12            THE WITNESS:  The three pipes that are shown

13    at the top of these figures are from a pipe that was

14    reportedly exposed in the accelerated chlorine test by

15    Patrick Vibien at Jana Laboratories.  These are photos

16    that have been produced by Don Duvall in other prior

17    publications before this case, outside of this case, as

18    well as in -- within the Duvall and Shaw report that

19    was issued on behalf of NIBCO in this case.

20            These samples were deliberately oxidized in a

21    chlorine resistance test.  They were characterized by

22    NIBCO's experts as being severely oxidized in surface

23    and brittled.  And you can see very clearly, there are

24    many, many cracks present in these samples that form as

25    a part of the oxidative degradation process.

1          You seem in your question to be trying to

2     separate them, that cracks form before or after.  They

3     don't form before or after.  They form during as part

4     of a mechanism.  It is part of the oxidative

5     degradation process for these cracks to form and grow

6     through wall.  They happen concurrently.

7          And when you look below those pictures, what

8     you are seeing are virtually identical photos showing

9     field returned samples associated with the Meadow and

10    Cole plaintiffs.  You see on the left, the red pipe

11    with a number of arrows pointing to different cracks

12    that are propagating through wall.  Those are from the

13    Sminkey residence where we believe that there was

14    primarily a treatment process utilizing chloramines.

15    Whether it was exclusively chloramines or not, I don't

16    believe that it was.  I think they were used together.

17          In the next photo in the middle row, you see

18    samples from the Cole residence.  And in those photos,

19    you see very clearly -- I'll be happy to put arrows on

20    this if we need to.  You see very clearly a

21    well-defined layer of oxidation with crack growth

22    propagating off of that with numerous crazed cracks

23    that are virtually identical to the ones shown above

24    from the chlorine tested sample.

25          When you move to the right in the middle row,

Page 205

1    you're looking at a sample from the Plisko residence

2    where, again, you see extensive crazing and cracking

3    and you see a separation fracture at the top of the

4    image that is growing in a manner very similar to the

5    one shown above for the chlorine-tested sample.

6    BY MR. KUHLMAN:

7        Q    Let me ask you a question about these

8    pictures.  So I'm looking at the pictures that are in

9    the top row here and the pictures in the second row,

10   which are the ones that you included in your report,

11   claim to be identical.

12            What's the difference in a scale on these

13   photos?

14       A    I can't tell as we're sitting here today

15   looking at them.  What I can tell you is the scale

16   doesn't really matter.  If you look at the two on the

17   left, certainly you see the full thickness of the wall.

18   So what you should be focusing on is the depth of crack

19   penetration through the wall, the number of cracks that

20   are present, and the overall morphology of those cracks

21   in terms of their width, their pointed tips, their lack

22   of branching, their lack of ductility, their lack of

23   stress whitening, their lack of ductile fibrils.  Those

24   are all virtually identical between these photos.

25            It does appear as the one on the bottom row

1    is at a higher magnification, but you still see the

2    full thickness of the pipe wall.  So your eye should

3    readily accommodate that difference.

4         Q    And in the second one over from the right, is

5    that before or after a bend back test?

6         A    That was when a fracture was exposed.

7         Q    Okay.

8         A    So those cracks would have been effectively

9    subjected to a modified bend back test where they are

10   being opened up to some degree.

11        Q    And so --

12        A    Not exclusively.

13        Q    After you bent that tubing, you put it in the

14   SEM.  When you get that close to just about anything, I

15   mean, you're going so to see a lot of surface

16   characteristics that can look a little wonky, can you

17   not?

18        A    I would disagree with that wholeheartedly.

19   In fact, I'd be more than happy to review some lower

20   mag shots.  We certainly have them.  If you have them

21   with you, I'll be happy to go through those with you.

22             There's no question that these samples

23   exhibited numerous craze cracks.  So that's photo

24   documented in a variety of ranges.  And we reserve the

25   right to do further photo documentation if necessary.

1      Q    Slow crack growth can also cause cracks to

2    initiate in the tubing wall.  Fair?

3      **A    Slow crack growth is not a fracture**

4    **mechanism.  Slow crack growth is a term that describes**

5    **a rate of crack growth.**

6      Q    And cracks can initiate as a result of

7    excessive pressures in the system.  Fair?

8      **A    Not that I have seen in this case.  They can**

9    **if the pressures are high enough.  If you have a burst**

10   **test sample, for example, certainly they have initiated**

11   **and failed due to the burst stress.**

12     Q    Is it your position that excessive bending in

13   an installation cannot cause NIBCO 1006 PEX tubing to

14   have a crack initiate on the interior wall in the

15   absence of oxidative degradation?

16            MR. EDWARDS:  Object to the form.

17            THE WITNESS:  I have never seen a field

18   returned NIBCO pipe that did not exhibit oxidation at

19   the interior surface of the pipe.  Based on the

20   formulation of this pipe and the empirical experience,

21   I believe that it would be impossible for a crack to

22   form in the absence of oxidation because I believe that

23   they are going to be oxidizing from day one.

24   BY MR. KUHLMAN:

25     Q    What method are you using to assess the level

1    of oxidation on the interior wall of the PEX tubing?

2         A    To assess the level.  Could you be more

3    specific, please?

4         Q    You keep saying that you've observed

5    oxidation at the interior wall of the tubing.  And I'm

6    asking you what method you used to determine that

7    there's oxidation on the interior wall of the NIBCO

8    1006 PEX tubing you're looking at?

9         A    We've used multiple methods.

10        Q    Okay.  Let's start with the first.  What's

11   the first?

12        A    The first is we visually inspect these and we

13   look at the type of failure that has occurred with the

14   incident pipes and we see that they are consistent with

15   what we would expect for oxidative degradation.

16   They're brittle slits initiating at the interior

17   surface of the pipe as a rule.

18             Secondly, we look at the interior surface

19   under a stereomicroscope and we typically see

20   chalkiness to varying degrees.  And we see craze

21   cracking to the interior surface of the pipe that will

22   only form when there is a brittle oxidized layer at the

23   interior surface of the pipe.  We then open these

24   fractures up and we look at them in the scanning

25   electron microscope as we have done here.  And again,

1    we see evidence of extensive crazing with well-defined

2    depth that is further consistent with oxidative

3    degradation in the PEX material.

4              We've also analyzed those initiation regions

5    by energy dispersive x-ray spectroscopy and have found

6    increased levels of oxygen associated with those

7    initiation regions as we would expect for oxidative

8    degradation.

9         Q    Are you able to determine if that oxygen is

10   actually bound to the tubing wall or is just present?

11        A    I'm sorry.  I wasn't finished with my answer.

12   May I finish please?  And then I'll answer that

13   question.

14        Q    Sure.

15        A    We have further analyzed these pipe samples

16   by FT-IR to actually measure, if you will, a signal

17   that is indicative of oxidation in the PEX material.

18   Detecting the presence of a carbonyl peak in an FT-IR

19   spectra clearly demonstrates the presence of oxidation.

20   And based upon a relative comparison of the area under

21   that peak relative to another peak in the spectra that

22   isn't dependent upon sample thickness were able to get

23   a semiquantitative comparative measure that allows us

24   to draw some conclusions about that pipe.

25              And finally, we have looked at these pipes by

1    differential scanning calorimetry to determine the

2    oxidation induction time.  And we have found that the

3    loss of stabilization would support oxidation.  So it's

4    a variety of methods that have allowed us to conclude

5    that the pipes have failed due to oxidative

6    degradation.

7         Q    All right.  So could you answer my question

8    about the EDR work with respect to the oxygen?  Is that

9    something that's just observed on the surface of the

10   tubing such that it might be dissolved water, for

11   example, or is that something that was observed to be

12   bound to the tubing itself?

13        A    The test method is EDX not EDR.

14        Q    EDX.  I'm sorry.  I misspoke.

15        A    And in terms of the oxygen that is present,

16   EDX is not merely a surface analysis technique.  It

17   does penetrate into the surface of the sample.  And we

18   are not looking just at the interior surface of the

19   pipe.  We are looking at the actual fracture surface at

20   what is happening within the pipe wall on the exposed

21   fracture surface.  I believe that that oxygen is likely

22   bound.  It would not be from water.  Water does not

23   dissolve, and oxygen would not separate from water.

24   Water evaporates.  So no, it did not come from the

25   water.  Some portion of the oxygen could have been

Page 211

1    associated with a metal oxide, but the bulk of it would

2    have to relate to the PEX material just looking at the

3    volume of PEX material that's being analyzed relative

4    to a thin layer of surface deposits.

5         Q    And you said it's "likely bound."  How would

6    one determine with certainty that it is or isn't?

7         A    You would look for a carbonyl peak by FT-IR

8    which results from oxidation.  Oxidation results from

9    the oxygen being present.

10        Q    And it's your position that the FT-IR work

11   you did for the Meadow plaintiff homes showed the

12   presence of oxidation on the samples that you

13   inspected?

14        A    There is no question that these samples are

15   oxidized.  And I don't believe that that point has been

16   in dispute.  I believe that NIBCO's experts have agreed

17   that oxidation was detected in these samples.  In fact,

18   they went so far as to quantify the degree of oxidation

19   that exists in these samples.

20        Q    And do you rely on any kind of standard when

21   you perform your FT-IR work?

22        A    I do.

23        Q    Which one?

24        A    I don't recall as we sit here today.  I would

25   need to reference the report for the specific number to

Page 212

1    do that.

2        Q    Are you familiar or do you know what brand

3    FT-IR you use?

4        A    We used a PerkinElmer FT-IR for this

5    particular analysis, but I have used a variety of FT-IR

6    instruments.

7        Q    Okay.  And the FT-IR work you've done in this

8    case, has that all been part of the ATR method?

9        A    Not -- when you say "this case."

10       Q    For the Meadow case.

11       A    In evaluating NIBCO pipe, no, it has not

12   been.  Specific to Meadow, yes, we opted to use the ATR

13   method for expediency.

14       Q    And what about specific to Cole?

15       A    We used the ATR method for both of these

16   cases.

17       Q    And how deep does the -- how deep into the

18   pipe wall are you looking at when you're doing an

19   analysis using the ATR method of FT-IR?

20       A    It's very, very shallow.  I would have to

21   look at the manufacturer's specs to quantify the

22   specific depth of penetration but it is very, very

23   shallow.  It is essentially a surface analysis

24   technique.  It is not a technique that is dependent

25   upon the thickness of the sample, which is part of the

1    reason it's advantageous.

2            (Exhibit 8 Marked for Identification.)

3    BY MR. KUHLMAN:

4        Q    Okay.  If you could, please turn back to

5    page 3 in this document.  In here on the left-hand

6    column it says that "The evanescent wave or bubble only

7    extends beyond the crystal half of a micron to

8    5 microns"; is that right?

9        A    That is what it states.  And that's probably

10   applicable to the instrument I used as well.  I don't

11   know what model of instrument this is applicable to.

12   But it is a PerkinElmer brand, and that is

13   approximately the range that I had in my head.

14       Q    Okay.  And what is a micron?

15       A    It's a measure of length.

16       Q    Compared to, like, an inch.

17       A    It's a measure of length.  I would need to

18   look at the actual conversion factor for micron.  It's

19   very, very small.

20       Q    Can you do the conversion to a millimeter or

21   an inch?

22       A    Not as we sit here today.  If you want to let

23   me use your computer, I'd be happy to do it.

24       Q    So this FT-IR testing that you're doing with

25   the ATR method, it's assessing if there is the presence

1    of any oxidation at the half of a micron to 5-micron

2    deep range; is that right?

3         A    That's correct.  You can essentially have

4    confidence that you are looking at the surface you are

5    analyzing with very little influence from underlying

6    material.

7         Q    How much oxidation on a pipe surface is

8    necessary before it starts to degrade?

9         A    There's no set answer to that.  It is

10   degrading when it's oxidizing.  It is degrading.  And

11   there's no set answer to that question.

12        Q    How much oxidation needs to be present on the

13   surface of a NIBCO 1006 pipe sample before the pipe is

14   in danger of having a crack initiate?

15        A    There is no set answer to that either.

16        Q    Are you able to determine -- in your mind

17   does the presence of oxidation pursuant to this FT-IR

18   testing indicate to you how long a pipe might last?

19   Let me back up.

20             Have you done this FT-IR work on any sections

21   of tubing 3 or more feet away from a failure?

22             MR. EDWARDS:  Object to the form.

23             THE WITNESS:  I don't recall where the

24   samples came from specifically relative to a failure.

25   Our efforts would tend to be focused closer to a

Page 215

1    failure, but I can't guarantee that I haven't looked

2    further away.  I've looked at new pipe where no failure

3    had occurred in the Christensen matter.

4    BY MR. KUHLMAN:

5        Q    Okay.  When you looked at new pipe, was there

6    oxidation present on the surface layer?

7        **A    I don't recall.  But if you have my report**

8    **with you, I'd be happy to review it with you.**

9        Q    Have you taken any samples of the FT-IR on

10   the exterior of a pipe sample?

11       **A    We have.**

12       Q    Do you remember what you found?

13       **A    It's reported in my report.**

14       Q    Okay.  So that's in the Meadow case?

15       **A    Yes.  We've looked at the mid wall region,**

16   **we've looked at the OD surface, and we've looked at ID**

17   **surface.  And we've compared those both in the pipe**

18   **wall and at 90-degree intervals around the**

19   **circumference of the pipe.  You should have that data.**

20   **It was included in the appendices of the report,**

21   **although it's not produced here today.**

22           **(Exhibit 9 Marked for Identification.)**

23   BY MR. KUHLMAN:

24       Q    When you're performing this FT-IR work, let

25   me just hand you a document.  We'll mark it as

Page 216

1    Exhibit 9.

2         MR. EDWARDS:  We need to have a break soon.

3    Maybe after you --

4         MR. KUHLMAN:  Let's have a break now.  It's

5    as good as a time as any.

6         (Off the record 3:18 p.m. to 3:44 p.m.)

7    BY MR. KUHLMAN:

8    Q    All right.  We are back on the record after a

9    short break.  Ms. Smith, before the record [sic] handed

10   you a document that's been marked as Exhibit 9 I

11   believe.  And what is this document?

12   **A    It is ASTM Designation Standard F2102 - 06,**

13   **standard guide for evaluating the extent of oxidation**

14   **in ultra high molecular weight polyethylene fabricated**

15   **forms intended for surgical implants.**

16   Q    Okay.  And is this a standard or a standard

17   guide and is there a difference?

18   **A    It says standard guide, which means it's**

19   **offering guidance on a test methodology.**

20   Q    Okay.  So this wouldn't be a required test.

21   It would be -- this is just guiding someone, an option.

22   **A    It's offering an accepted test methodology.**

23   Q    And did you review this standard and attempt

24   to perform your FT-IR work in general accordance with

25   this standard?

1      A      Yes.

2      Q      And when you said you performed the work in

3    general accordance with this standard, what exactly

4    does that mean?  Which parts did you not follow

5    specifically?

6      A      Well, it's not uncommon to have to deviate

7    from any test standard in terms of sample preparation.

8    Primarily, most standards assume that a manufacturer is

9    starting with resin and that they have the ability to

10   make plaques or coupons or some type of specific test

11   sample.  When you're working with field returned

12   product, you have to modify that.  So that is the

13   primary deviation from this standard.

14     Q      So in terms of sample preparation?

15     A      Yes.  We were working with field returned

16   pipe and we're working with pipe, period.  We're not

17   working with resin at all.  We're working with field

18   returned product.

19     Q      And is there a difference between ultra high

20   molecular weight polyethylene and the polyethylene

21   resins that are used in PEX piping?

22     A      Specific to NIBCO PEX piping, yes.  They used

23   a high density polyethylene resin that may or may not

24   have had sufficiently high molecular weight to have

25   been classified as an ultra high molecular weight

Page 218

1   polyethylene.

2       Q    Do you know one way or the other if it had a

3   high enough density to be -- what is it you referred

4   to?  High density and what was the other?  Ultra high

5   molecular weight?

6       A    In many of the documents produced in this

7   case, NIBCO's resin was referred to as an HDPE

8   material, high density polyethylene.  I would have to

9   look at the manufacturer's specific information related

10  to that resin to know if that was a proper

11  representation of their material or not as to whether

12  it really was an ultra high molecular weight

13  polyethylene or not.  They refer to it in documents

14  that were produced as high density polyethylene.  But

15  polyethylene materials oxidize by forming carbonyl

16  peaks in consistent areas that are detected when you

17  analyze those by FT-IR.

18      Q    And is that also true with respect to

19  polyethylene once it's been cross-linked?

20      A    Yes.

21      Q    Did you review any studies that talked about

22  the use of this standard to analyze PEX tubing?

23      A    I don't understand your question.

24      Q    Are you aware of anyone in the scientific

25  community utilizing this standard to analyze oxidation

Page 219

1    in PEX tubing?

2         A    Yes.

3         Q    Who?

4         A    Me for one.  Other PEX manufacturers have in

5    certain cases used this same methodology.  It's not

6    uncommon to use this methodology for a wide variety of

7    applications related to the oxidation of polyethylene

8    components.

9         Q    Which other manufacturers utilize this

10   standard to analyze oxidation in PEX tubing?

11        A    We used a similar procedure at Uponor.

12        Q    Are you aware of any others in the PEX

13   industry that use this?

14        A    Not off the top of my head as we sit here,

15   but it would not at all be surprising if they do.  That

16   would not be at all surprising.

17        Q    Okay.  I'd like to direct your attention to

18   4.1.1.1 on page 1, and it states here that "Other modes

19   of collection, that is percent reflection, attenuated

20   total reflection, and so forth, and aperture in

21   increment sizes may be used to generate the samples'

22   absorption spectrum provided they can be demonstrated

23   to produce equivalent results as transmission

24   absorption spectrum."

25             What did you do to ensure that the ATR method

Page 220

1   you were using would produce equivalent results to the

2   transmission absorption spectrum with respect to the

3   samples in this case?

4          MR. EDWARDS:  Object to the form.

5          THE WITNESS:  I have used both methods for

6   many, many, many years to evaluate a variety of

7   polyolefin materials.  So first of all, based upon my

8   experience, I know that we get adequately equivalent

9   results for them to be sufficient for the purpose for

10  which we use this data.

11         Secondly, in the Christensen matter, we

12  analyzed certain pipe samples by both methods.  So we

13  know there that we got similar results.

14  BY MR. KUHLMAN:

15     Q    Okay.  And when you performed this testing,

16  did you calculate a surface oxidation index with

17  respect to the tubing samples at issue in these class

18  cases?

19     **A    We calculated a carbonyl index for the**

20  **surfaces and the areas of the pipe wall that were**

21  **analyzed.  It was not always considered a surface if it**

22  **was a mid wall sample.  But yes, we calculated a**

23  **carbonyl index.**

24     Q    And I was referring to the surface oxidation

25  index as it's defined here on page 1.  Was that one of

1      the calculations that you performed with respect to the

2      samples that you tested pursuant to this standard?

3          **A     Which section are you referring to?**

4          Q     3.1.5.

5          **A     Well, certainly the surface analyses that we**

6      **did would be a surface of interest.  But we also have**

7      **looked at the oxidation index at the mid wall region of**

8      **the pipe, which would not be considered a surface for**

9      **the pipe.**

10         Q     Okay.  If you could, please turn to -- keep

11     this out because we're going to come back to this.  But

12     turn to page 52 in your report.

13         **A     Which report?**

14         Q     Your Meadow report, the original one, the

15     March 2, 2017, report.

16             MR. EDWARDS:  What page?

17             MR. KUHLMAN:  52.

18             THE WITNESS:  Okay.

19     BY MR. KUHLMAN:

20         Q     Okay.  And it looks like this is a table.

21     This is Table 5 in your report.  And does this reflect

22     the results that you obtained from your FT-IR work that

23     was done in general accordance with this standard guide

24     that we're talking about here, Exhibit 9?

25         **A     It is a reflection of my calculations that**

1       were done in accordance with the 2013 version of this

2       standard.  We are looking at the '06 version.

3            Q    Okay.  I don't have the '13 version with me.

4       Are you aware of any changes between '06 and '13 with

5       respect to this standard?

6            A    I haven't looked.  We would have to look at a

7       redlined version to know if anything changed.

8            Q    That's fine.  And I see here we have the

9       oxidation index as the far right column on this table.

10           A    Yes.

11           Q    All right.  And so what to you is the

12      oxidation index and what does it mean with respect to

13      these NIBCO 1006 tubing samples?

14           A    I don't think I understand your question.

15      Could you please clarify that?

16           Q    Okay.  What is an oxidation index as you've

17      used this term in Table 5 of your report?

18           A    It is a ratio of the area, the oxidation peak

19      area for the peak centered around 1720 inverse

20      centimeters in the FT-IR spectra divided by the

21      normalization peak area for the peak that is centered

22      around 1370 inverse centimeters in the same FT-IR

23      spectra.  It is a ratio of those two peak areas.

24           Q    Okay.  Is there a -- what's the significance

25      of these numbers?  Is higher more oxidation?  Is lower

Page 223

1    more oxidation?  What does that mean?

2        A    A bigger number would indicate a greater

3    degree of oxidation.

4        Q    And does a sample have to have a zero here to

5    indicate that there is no effect of oxidation on the

6    tubing sample?

7        A    We have not evaluated these numbers to assess

8    the degree of effect on the sample.  We have evaluated

9    these numbers to affect the -- to reflect the

10   distribution of oxidation within the wall of the pipe

11   and around the circumference of the pipe.

12       Q    Is there a number that can be calculated

13   here, you know, as you move up the scale -- well,

14   strike that.  Let me start over.

15            Is any amount over zero significant to you in

16   terms of how the oxidation will impact performance on

17   NIBCO's 1006 pipe?

18       A    Any number over zero tells me that there is

19   detectable oxidation in that pipe at the point where we

20   analyzed the sample.

21       Q    At what point, you know, is it a problem?

22       A    There is no defined point at which it's a

23   problem.  And it would be a gross error to suggest that

24   there is.

25       Q    Okay.  So this oxidation index only indicates

Page 224

1    that there is the presence of oxidation but it doesn't

2    necessarily signify an amount that would be -- an

3    amount of oxidation that's going to cause a failure,

4    for example?

5         A    It's not that it doesn't necessarily.  It

6    doesn't, period.  Because these samples are not created

7    equally.  They have varying degrees of residual stress.

8    They have varying degrees of the cross-linking.  They

9    have varying applied stresses associated with the

10   manner of installation.  And so the degree of oxidation

11   that can allow a crack to form in a brittle surface

12   layer will depend in large part upon the level of

13   stress that's acting at that specific location in the

14   pipe and whether or not there are any localized stress

15   risers that exist concurrently with those stresses.

16        Q    Would it be accurate to say that you can have

17   oxidation present in a tubing sample, but if there are

18   no stresses acting on that tubing, there won't be a

19   failure such that there's a leak?

20        A    You will never, ever have a piece of PEX

21   tubing that has no stress acting on it.  That scenario

22   will never exist.  It can never exist.  There will

23   always be stress acting on the tubing.

24        Q    And would that be from the water pressure

25   inside the tube?

1      A     For one.  But that's not the only source of

2      stress.

3      Q     What are the other sources of stress on,

4      let's say, NIBCO 1006 PEX tubing in a standard

5      installation?

6      A     There will be inherent residual stress that

7      exists in that PEX material before it ever even goes

8      into service.  And then you will have

9      installation-related stresses associated with that, and

10     you will also have hydrostatic acting on those

11     components.  So the total stress picture is a

12     combination of residual stress plus applied stress or

13     stresses in different orientations plus your

14     hydrostatic stress plus any localized stress

15     concentrations that exist within the wall of that pipe.

16     And those stresses may vary in any location within the

17     pipe wall based, in part, on the degree of

18     cross-linking that exists in the pipe and what else is

19     happening in the pipe.

20     Q     Given what you just said, I think you'll

21     agree with this.  But if you could, take a look back at

22     the standard, Exhibit 9.  Flip over to the back.  And

23     there's a section marked X 1.8 and it says "At the

24     present time, there's no clear correlation between the

25     extent of oxidation or the oxidation profile present in

Page 226

1    the sample of UHMWPE and its functional

2    characteristics.  For this reason, no maximum SOI, MOI,

3    or BOI has been specified in this document."

4         **A     Absolutely.  There is no way particularly**

5    **with field returned plumbing pipe that you could even**

6    **begin to try to say that there is some**

7    **one-size-fits-all threshold above or below which a**

8    **certain degree of oxidation would not matter under all**

9    **circumstances.**

10        Q    All right.  And I believe in your

11   supplemental report, you compared the relative accuracy

12   of your method of performing FT-IR work with the method

13   that was used by ESI.  Do you remember talking about

14   that in your supplemental report?

15        **A    I do.  If you could point me to the specific**

16   **page, that would be helpful.**

17        Q    Well, unfortunately I don't have that right

18   in front of me.  So I cannot.  All right.

19        **A    I may be able to find it.**

20        Q    That's okay.  Let's move on.  I appreciate

21   your looking.

22             MR. KUHLMAN:  Can we take a 30-second break?

23   Let's go off the record.

24             MR. EDWARDS:  Sure.

25             (Off the record 4:00 p.m. to 4:20 p.m.)

Page 227

1        (Exhibit 10 Marked for Identification.)

2        (Exhibit 11 Marked for Identification.)

3    BY MR. KUHLMAN:

4        Q    All right.  We are back on the record after a

5    quick break here.  Before we took a break, I handed you

6    two documents which we have marked as 10 and 11.

7    Exhibit 10 is a copy of a report.  Well, let me ask

8    you, what is Exhibit 10?

9        **A    It is Vanguard Material Sciences Report**

10   **Number 2014235, which is an inspection report related**

11   **to reportedly CPI Dura-PEX plumbing pipe from the**

12   **Michelle Molony, M-o-l-o-n-y, and Robert Ingraham --**

13   **the way I've spelled it here is I-n-g-r-a-h-a-m --**

14   **residence.**

15       Q    Okay.  And did you prepare this report?

16       **A    I did.**

17       Q    And did you prepare it for Attorney Kent

18   Smith?

19       **A    Yes.**

20       Q    Do you remember who Mr. Smith represented in

21   this case?

22       **A    I believe that he represented the homeowners**

23   **if I remember correctly.**

24       Q    Okay.  If you could, please turn to page 2 of

25   this document.  And three paragraphs down it says

1    "According to the homeowner, this plumbing system was

2    originally installed in 2007 by All Pro Plumbing.  From

3    December 2009 through June 2014, at least 23 leaks

4    occurred in various locations throughout the plumbing

5    system due to failure of the PEX pipe."

6             Did I read that right?

7        **A    Yes.  You did read that right.  I'm sorry.  I**

8    **have to say I'm a little bit distracted wondering if**

9    **there is any kind of a protective order related to**

10   **this.  I don't recall specifically if there is or if**

11   **there is not.  Do we know?**

12            MR. EDWARDS:  I don't know.

13            MR. KUHLMAN:  I received it from your

14   attorney.  So I assume it's okay for me to have it.

15            THE WITNESS:  I have permission to produce

16   the report.  I don't recall if there is a protective

17   order.  I do have written permission to release the

18   report.  Am I okay to talk about this?

19            MR. POLAKOFF:  Can we go off the record for a

20   second?

21            MR. KUHLMAN:  Sure.

22            (Off the record 4:22 p.m. to 4:24 p.m.)

23   BY MR. KUHLMAN:

24        Q    Okay.  We are back on the record here after a

25   quick break.  And we talked about off the record if the

1    reports that were marked as Exhibit 10 and 11 needed to

2    be treated as confidential.  And I believe what we all

3    agreed on is that, once the transcript comes in, we'll

4    all collectively have an opportunity to look at the

5    testimony and the reports and mark it as confidential

6    or not pursuant to the protective orders that are in

7    place in our respective cases.  So with that

8    understanding, I think we can move forward and talk

9    about these a little bit more.

10          So this -- first, where did this inspection

11   take -- well, first, did you inspect this plumbing

12   system at the home?

13        **A    I did not.**

14        Q    Okay.  Do you know where this home is

15   located?

16        **A    I believe the report documents that somewhere**

17   **if I remember correctly.  I don't recall where it was**

18   **located.**

19        Q    I show it says it here on page 2 in the

20   second paragraph.  "The samples were removed from

21   service at a residential plumbing application at

22   8 Spring Valley Court, Pinehurst, North Carolina."

23          Do you have any reason to dispute that

24   sitting here today?

25        **A    No, I do not.**

Page 230

1      Q    And this particular system had two different

2    recirculation loops; is that right?

3        A    As I recall, yes.  We refer to those as

4    Systems A and Systems B.  And there were three separate

5    water heaters associated with those two closed loop

6    systems.

7      Q    And at the time this installation went in,

8    there was no pressure relief valve installed in between

9    the house and the municipal water supply; is that

10   right?

11       A    That's what I was told, yes.

12     Q    And if you could please flip over to page 3.

13   I'd like to direct your attention down to Number 5.

14   And it indicates "Pressure gauges used to monitor the

15   water pressure in the incident plumbing system

16   documented system pressures greater than or equal to

17   100 PSI at a set temperature of approximately 125

18   degrees Fahrenheit.  Literature published by NIBCO,

19   Inc., who purchased the assets of CPI in 2006 and who

20   subsequently manufactured Dura-PEX using CPI's process

21   and formulation states that the operating pressure

22   limit for Dura-PEX pipe exposed to chlorinated hot

23   water is 80 PSI."  Did I read that correctly?

24       A    I believe that you did.

25     Q    Does this refresh your recollection that the

Page 231

1   water pressure observed in this house was either

2   greater than or equal to 100 PSI?

3            MR. EDWARDS:  Object to the form.

4            THE WITNESS:  It refreshes my recollection

5   that the pressure gauges that were used to monitor the

6   water pressure only measured up to 100 PSI and that the

7   gauges were pegged when they were used.  The

8   pressure -- the needle on the pressure gauge was beyond

9   the 100 PSI number and it was pegged against the stop

10  peg.  It was positioned against the stop peg on the

11  gauge.  So the maximum number that the gauge offered

12  was a hundred PSI.  So we know that the pressure was

13  beyond that.  We know that it was greater than a

14  hundred PSI, certainly at the time that measurement was

15  made, and that at other times it was a hundred PSI or

16  below.

17  BY MR. KUHLMAN:

18     Q    Okay.  And so did you install any kind of

19  different pressure gauge to determine if the pressure

20  in the system went up or down during the course of the

21  day?

22     **A    I did not do a site inspection.  The**

23  **homeowner had reportedly monitored pressure using a**

24  **pressure gauge.  I don't remember now what his**

25  **background was, if it was as an engineer or as a**

Page 232

1    contractor.  I remember that he had experience with

2    that type of process and that he had been monitoring

3    the pressure.  And I know what he reported.  And

4    through the attorney, it was reported to me that they

5    also had an engineer go out to the site to inspect the

6    system who independently measured the pressure and

7    found the pressure to be in excess of a hundred PSI.

8    The gauge was pegged at that time as well.

9              The homeowner -- as I recall and I believe

10   this is addressed in here somewhere, the homeowner

11   reported measuring fluctuating pressures.

12        Q    And did you observe any pictures of the

13   gauge?  Or when you describe it as pegged, is that the

14   way it was described to you?

15        A    That's the way it was described to me.

16        Q    Okay.  So --

17        A    That's why it was in the background section.

18   It was presented to me as facts to rely upon.

19        Q    And did you take any steps to determine what

20   it meant when the gauge was pegged, for example?  Is

21   there any conclusion you can reach that tells you

22   specifically what the pressure was above 100?

23        A    It was above 100 at that time.

24        Q    Or it could have been 100?

25        A    No.  It was above 100 at that time.  If it

Page 233

1   was a hundred, it would sit at a hundred.

2        Q    When the pressure situation was described to

3   you as fluctuating, to me, it could only be fluctuating

4   down; right?  If it's pegged at a hundred, the only way

5   you know it's fluctuating is if the gauge goes down.

6             Is that fair that the pressure was going to a

7   hundred and then down below a hundred and back?

8        A    It's not going just down.  If it's

9   fluctuating, it's going down and up and down and up.

10  It's going both directions.  We need to try to find

11  where this is addressed in this report because I know

12  that it is.  The homeowner reported a range of

13  pressures that he asserted he had documented through

14  pressure testing.  So the pressures would have had to

15  have necessarily been at every level between those

16  numbers at some point.

17       Q    So it says here on page 2 "The homeowner

18  reportedly observed readings that fluctuated from

19  approximately 60 PSI to greater than or equal to

20  100 PSI, the gauge maximum."

21       A    Yes, yes.

22       Q    So within this house, pressure was

23  fluctuating as much as 40 PSI or more as reported by

24  this homeowner.  Is that fair?

25       A    Yes.

Page 234

1          Q     And do you consider that to be something

2     unique to this home?

3          A     In my experience, we don't normally see those

4     types of pressure fluctuations.  The pressure can

5     fluctuate, but it rarely fluctuates to that degree.

6     More importantly, we don't normally see pressure gauges

7     pegged beyond a hundred PSI in potable water systems.

8     That's certainly an unusual condition.

9          Q     And what steps specifically have you taken

10    over the course of your investigations regarding PEX to

11    determine how much pressure can fluctuate in the

12    system?

13         A     Well, I have 16 years of experience in the

14    PEX plumbing industry in which we have evaluated the

15    pressure in a number of homes using both single point

16    measurements and using pressure monitoring equipment to

17    observe what happens to pressure over time.

18         Q     And if you could, please turn to page 5.  So

19    it looks like you described a couple different samples

20    here that were submitted to you for examination.  And

21    my question for you is, is it your understanding that

22    these were tubing samples that were manufactured by CPI

23    or NIBCO or do you not know?

24         A     At the time I believed them to be

25    manufactured by CPI because CPI is what was printed on

1    the pipes.  When we get to the revised version of this

2    report, we will see that additional samples were

3    removed from the same residence that were also labeled

4    in some cases CPI but with date codes that correspond

5    to dates beyond the time when NIBCO purchased CPI's

6    assets.  I did not know all of that at the time.  What

7    I now know is that those particular pipes would had to

8    have been manufactured by NIBCO despite any labeling

9    that might be present on the pipe.

10         Q    All right.  If you could, please turn to

11   page 6.

12             MR. EDWARDS:  Are we still on Exhibit 10?

13             MR. KUHLMAN:  Yeah.  We're still on

14   Exhibit 10.

15   BY MR. KUHLMAN:

16         Q    And if you could please -- this is the

17   section entitled "Stereomicroscopy."  And I'd like to

18   direct your attention to the second paragraph of this

19   section.  This section describes where there's a crack

20   that is found to be longer and more open.  And I think

21   you described this previously as a gaping crack.

22             Is this what you were talking about?

23         A    I would have to look at the pictures.  But

24   no, not necessarily.  All cracks tend to grow in a --

25   in PEX tubing tend to grow with some degree or other of

Page 236

1    **V-shaped morphology.  If a crack exhibits any degree of**

2    **greater opening at the interior surface than the**

3    **exterior surface while simultaneously being longer at**

4    **the interior surface than at the exterior surface, that**

5    **is suggestive of interior surface initiation.**

6         Q    Would you still agree that you would expect

7    to see the crack initiate at the interior surface of

8    the pipe for a fracture resulting from excessive hoop

9    stress associated with elevated water pressure?

10        **A    Yes.**

11        Q    Okay.  And if you look down to the next

12   paragraph, it says "Little or no evidence of craze

13   cracking (which results from oxidative degradation of

14   the PEX material) was noted indicating that oxidation

15   of the PEX material did not contribute significantly to

16   the failure of the incident pipe."

17             As I read that sentence, you're concluding

18   that this failure was not caused as a result of

19   oxidation of the PEX material.

20        **A    I believe that that leak was not caused by**

21   **oxidation of the PEX material as a primary driver.**

22   **That would not be the predominant mechanism.**

23        Q    And if you look down two more paragraphs, it

24   says "Only very limited crazing was observed adjacent

25   to the incident crack further indicating that" --

1      **A     I'm sorry.  I need to find where you are.**

2      Q     I'm on page 6 down at the last paragraph.

3      **A     The last paragraph.  Okay.**

4      Q     It says "Only very limited crazing was

5      observed adjacent to the incident crack further

6      indicating that creep rupture was the predominant

7      failure mechanism for the incident pipe."

8             So is it fair -- it was your conclusion at

9      that time that limited amounts of crazing can be

10     observed on a NIBCO or CPI 1006 PEX tubing sample and

11     oxidation would not necessarily be the primary cause of

12     the failure?

13     **A     The primary cause of that leak.**

14     Q     Of that leak.

15     **A     As we said before, PEX tubing can fail due to**

16     **a variety of reasons, be it a nail hole, be it**

17     **overpressurization with stress rupture, a rodent**

18     **chewing the pipe.  And those processes can happen**

19     **concurrently and simultaneously.  So there's a**

20     **difference between determining if a manufacturing**

21     **defect exists within the pipe or design defect exists**

22     **within a pipe and determining the cause of a specific**

23     **leak.  In this case, I concluded that the cause of that**

24     **leak did not appear to be from the oxidation.**

25     Q     This section continues, "The few craze cracks

1    that were observed in the vicinity of the incident

2    crack were preferentially oriented parallel to the

3    longitudinal incident crack.  This indicated that hoop

4    stress significantly influenced the initiation and

5    propagation of both the incident crack and the adjacent

6    fine crazed cracks as craze cracks typically grow in

7    the radial direction in the absence of excessive hoop

8    stress and/or pronounced pressure fluctuations."

9        **A    It probably should have said "also grow in**

10   **the radial direction."  But yes, that's what it says.**

11       Q    And do you still agree with that as a general

12   proposition?

13       **A    Generally, yes.  Oxidative degradation**

14   **typically manifests as craze cracks that, in the**

15   **absence of influence from a particular stress field,**

16   **will grow in a grid-like pattern where they grow both**

17   **longitudinally and radially.  And when you see a**

18   **predominance of growth in one orientation only, that**

19   **tells you something important about the stresses that**

20   **are acting on the pipe causing those crazes to open up**

21   **in that brittle surface.**

22       Q    Okay.  If you could look down to the section

23   entitled "Dimensional Inspection."  And the second

24   paragraph there states "Each companion pipe was also

25   found to exhibit an excessively large outer diameter

1   suggesting that the entire plumbing system was exposed

2   to excessive water pressure due to the absence of a

3   whole home PRE."

4           Is it your opinion sitting here today that

5   excessive amounts of pressure in a system can cause an

6   excessively large outer diameter to be seen in pipes

7   that have been removed from service, PEX pipes?

8       A    It can particularly if the pressure is high

9   and particularly if the degree of cross-linking in a

10  pipe is low.  Yeah, it certainly can.

11      Q    All right.  If you could, please turn back to

12  page 8.  And this is in the section titled

13  "Conclusions" here.

14      A    I'm sorry.  I need to elaborate on that

15  answer a little bit if I'm going to provide a complete

16  answer.  Yes.  Elevated pressure can certainly expand

17  PEX tubing and it can cause the OD to be out of spec,

18  particularly if pressures are high and the degree of

19  cross-linking is low.  However, that is not the only

20  reason that PEX tubing can exhibit, particularly NIBCO

21  PEX tubing, can exhibit an excessive outer diameter.  A

22  review of NIBCO manufacturing records has demonstrated

23  in hindsight that many, many, many reels of NIBCO pipe

24  went out the door exhibiting an excessive outer

25  diameter.  So it's not the only condition that can

1    cause pipe diameter to be out of spec when we look at

2    field returned pipe.

3         Q    With respect to the many, many, many reels of

4    tubing that you just referenced, did any of those reels

5    at some point contain any of the tubing from any of the

6    plaintiffs' homes in these cases?

7         A    Yes.

8         Q    Okay.  Which plaintiffs had tubing samples

9    that exhibited an expanded outer diameter at the time

10   of manufacturing based on your review of NIBCO's

11   quality control records?

12        A    I don't recall as we sit here.  But it's

13   documented in my reports for the Meadow and Cole class

14   actions.  I don't recall which report or how many

15   reports, but it is documented specifically.

16        Q    And were those expanded outer diameters so

17   large that the crimp rings would no longer fit on the

18   tubing or were they able to connect the tubing to the

19   fittings?

20        A    They were able to connect the tubing to the

21   fittings.  The reason the outer diameter becomes

22   important relative to the Meadow and Cole class actions

23   and to other cases where NIBCO pipe has failed during

24   service is because NIBCO as a matter of routine when

25   they evaluate field returned products through their PER

Page 241

1    inspection process, they would measure outer diameter.

2    And if they found the outer diameter to be outside of

3    the specified range, in accordance with ASTM F876, they

4    concluded, from what I've been able to see, without

5    exception that that was an indicator that the system

6    was overpressurized and they have used that as their

7    reason to deny claims related to these products.

8            That clearly is not the case.  There have

9    been documented instances where incident pipe was found

10   to exhibit excessively sized outer diameters at the

11   time that pipe was sold before it ever went into

12   service.  So clearly those excessive diameters did not

13   result from exposure to excessive pressure.  Pressure

14   was not a significant factor.

15       Q    Did you determine if any of the claims -- or

16   any of the tubing samples that were returned as part of

17   warranty claims, did you attempt to determine if any

18   claims were denied on samples that were reported to

19   have an expanded outer diameter as a result of pressure

20   but when compared to the manufacturing records it

21   appeared that there was no expansion whatsoever of the

22   outer diameter?

23       A    I don't believe that I saw that.  There were

24   only a few field returned pipes where we had date codes

25   that I was able to find in the manufacturing records to

1    do that comparison.

2         Q    And when you did that comparison for the few

3    that you were able to do, what did you find?

4         A    I found that they were, indeed, excessive in

5    their outer diameter at the time of manufacture.

6         Q    Had they expanded further in service?

7         A    Not appreciably.  And in some cases, maybe

8    not all.  We would have to look back at the actual

9    numbers to see.  It would not be unexpected to see some

10   degree of expansion.

11            The point of that piece of knowledge and the

12   important takeaway from it is that we cannot assume

13   that, because pipe shows an out of spec diameter, that

14   that means the pipe was overpressurized.  Clearly it

15   does not.  It is equally probable, if not more so based

16   on what I've seen, that the pipe was likely made with

17   an excessively large outer diameter and/or with an

18   out-of-round condition that would at least give an

19   excessively large outer diameter on one plane.

20        Q    Okay.  Circling back to Exhibit 10, the date

21   on this report is September 16, 2014; right?

22        A    Correct.

23        Q    This is a fair and accurate copy of the

24   report that you prepared for this Molony matter; is

25   that right?

1          A     As far as I can tell as we sit here, yes.

2          Q     And looking back to your conclusions and

3     specifically the conclusions that are referenced here

4     on page 8, I'm looking at Number 4.  Your conclusion as

5     a result of your investigation in this Molony matter is

6     "It can be concluded with a reasonable degree of

7     scientific certainty that the primary cause of crack

8     propagation through the wall of the incident pipe was

9     excessive water pressure."

10          That was one of your conclusions, is it not?

11          A     Yes.

12          Q     And after you prepared this report --

13     actually, before we do that, if you could, flip back a

14     couple pages to page 13, please.  And I'd like you to

15     take a look at Images C, D, and E.

16          What are we looking at here in C, D, and E?

17          A     Well, the figure caption says "Closer views

18     of the incident pipe, Pipe A -- reference Figure 1 --

19     shown after the pipe was sectioned in two locations to

20     isolate areas of interest with crack-like linear

21     indications in the exterior surface of the pipe,

22     encircled, (Views C and D).  The linear indication

23     visible in View C proved to be scratch while the

24     indication shown in Views D and E proved to be

25     through-wall crack.  Magnified views of the crack are

Page 244

1    **provided in Figure 8."**

2        Q    And this was the report that you prepared in

3    September of 2014.  I've handed you another document.

4    It's marked as Exhibit 11.  And this is what appears to

5    be Revision A of the same report prepared on October 8,

6    2014; is that right?

7        **A    Yes.**

8        Q    Do you remember why you prepared a second

9    report for this case?

10       **A    Yes.**

11       Q    Why did you do a second report?

12       **A    Because they submitted additional samples.**

13   **So I was incorporating the additional findings related**

14   **to the supplemental samples.**

15       Q    Okay.  And so is this exhibit a fair and

16   accurate copy of that supplemental report you prepared?

17       **A    To the extent that I can tell, it appears to**

18   **be, yes.**

19       Q    And does this report -- without going through

20   it word by word, accurately describe the work, the

21   supplemental work that you did in response to receiving

22   those additional samples?

23       **A    I believe that it would, yes.**

24       Q    Okay.  And if you look back to -- well, let

25   me just ask you, as a result of doing the additional

1   work in this case, did your opinions appreciably

2   change?  The conclusions?

3        **A    I don't recall.  I would have to put them**

4   **side by side and compare them.**

5            **(Exhibit 12 Marked for Identification.)**

6   BY MR. KUHLMAN:

7        Q    Okay.  All right.  Let's move on.  I'd like

8   to ask you a few questions about a document I'm going

9   to go ahead and mark as Exhibit 12.

10           Okay.  What is Exhibit 12?

11       **A    It is ASTM Standard Designation F2098 - 08,**

12   **standard specification for stainless steel clamps for**

13   **securing SDR9 cross-linking polyethylene (PEX) tubing**

14   **to metal insert and plastic insert fittings.**

15       Q    Okay.  And you've expressed some opinions in

16   your report about stainless steel clamps that were

17   either manufactured or distributed by NIBCO, have you

18   not?

19       **A    I have.**

20       Q    All right.  And what's your opinion with

21   respect to the stainless steel clamps that were either

22   manufactured or distributed by NIBCO for its 1006

23   tubing products?

24       **A    With respect to what?  My opinion with**

25   **respect to what?**

Page 246

1      Q    With respect to those clamps.

2      **A    To what aspect of those clamps?**

3      Q    Is it your opinion that there's anything

4   wrong with them?

5      **A    I believe that they are defectively designed**

6   **due to the alloy that was specified in the clamps which**

7   **renders them susceptible to failure by stress corrosion**

8   **cracking in the presence of chlorides.**

9      Q    Okay.  So this is similar to your opinion

10   with respect to the F1807 fittings that we talked about

11   earlier.  It's your position that the stainless steel

12   clamps are defective in their design because of the

13   alloy selected and used?

14      **A    That is a part of it.  It is also because of**

15   **the design of the clamp itself which causes the clamp**

16   **when it's properly installed to be subjected to tensile**

17   **stresses that approach the yield strength for the**

18   **material.  The combination of the tensile stresses and**

19   **the susceptibility of the material renders it**

20   **vulnerable to failure in the presence of chlorides.**

21   **You have to have both, the stress and the**

22   **susceptibility of the material.**

23      Q    So this is my fault because I asked a bad

24   question.  Circling back over to the F1807 brass

25   fittings either manufactured or distributed by NIBCO

1    that had more than 15 percent zinc content in them, is

2    it your position that those were defectively designed

3    for some other reason aside from the alloy?

4         **A    The alloy composition in the brass is the key**

5    **factor.  If the composition were such that there was**

6    **less than 15 percent zinc, the fitting would not have**

7    **been susceptible to stress corrosion cracking or to**

8    **dezincification.  Both of those require the zinc**

9    **content to be higher than 15 percent for those**

10   **mechanisms to manifest in potable water applications as**

11   **a rule.**

12        Q    Does this F1807 essentially provide, like, a

13   guide for a manufacturer on here's the design of a

14   tubing -- not a tubing -- a copper -- or an insert

15   fitting that you can use in a potable water -- this is

16   a bad one.

17             MR. SHAMBERG:  Want to start over?

18   BY MR. KUHLMAN:

19        Q    That one got a little away from me there.

20   Let's leave that one alone.

21             Okay.  So if you'll look here on the first

22   page of Exhibit 12, down in Section 5.1, it says

23   "Clamps.  Clamps shall be made from material meeting

24   the requirements of specification A 240/A 240M

25   stainless steel UNS S304000."  Did I read that right?

1        **A     You did.**

2        Q     Is it your understanding that NIBCO used

3   stainless steel UNS S304000 for its stainless steel

4   clamps for its 1006 PEX clamp product?

5        **A     I believe they intended to use 304 stainless**

6   **steel, which would be UNS alloy, UNS S304000.  Specific**

7   **chemical analysis results indicate that not all of the**

8   **clamps necessarily conformed to that specification.**

9            **It's important to recognize, however, that**

10  **this standard is providing an option for a clamp**

11  **material.  It does not mean that the manufacturer must**

12  **use stainless steel clamps.  They have the option of**

13  **using copper crimp rings alternatively as they have**

14  **done.  They sell both.**

15       Q     Okay.

16       **A     "They" being NIBCO.  Sorry.**

17       Q     And with respect to the Cole and Meadow

18  plaintiffs, did you observe any stainless steel clamps

19  failures?

20       **A     In the Cole matter, yes, we did.**

21       Q     And which home exhibited that failure?

22       **A     I don't recall specifically which homes we**

23  **saw cracking in the clamps.  I know that certainly the**

24  **Monica residence did, but I believe there were others**

25  **as well.**

1      Q     And we can talk more specifically about the

2    individual homeowners tomorrow.  So explain to me, if

3    you will, why you believe the use of this stainless

4    steel that's specified here in F2098 is an improper

5    choice of material for this product.

6      A     Well, it begins with the product design,

7    because for stress corrosion cracking to occur, you

8    have to have three things in existence simultaneously.

9    You must have a vulnerable material that is susceptible

10   to stress corrosion cracking in the intended

11   environment.  You must have sufficiently high tensile

12   stress for stress corrosion cracking to occur.  And you

13   must have a detrimentally -- a detrimental chemical

14   agent present in sufficient concentration for stress

15   corrosion cracking to occur.  If any one of those three

16   things is not present, stress corrosion cracking can't

17   occur.

18            In this case, the design of the clamp renders

19   the stress condition to be present.  The tensile

20   stresses in that clamp were approaching the tensile

21   strength of the material as evidenced by necking that

22   occurs in the clamp when it's properly installed.  So

23   we had certainly high levels of tensile stress.  Stress

24   corrosion cracking by definition occurs at stresses

25   that are below the tensile strength for the material.

1    And we know that we had approached the yield strength,

2    which is very, very near the tensile strength.  So

3    certainly stresses were sufficiently high to cause

4    stress corrosion cracking.

5          We also know that we have a susceptible alloy

6    through the selection of this clamp by choosing to

7    offer a clamp that was made from an austenitic

8    stainless steel, 304 stainless steel, from that alloy.

9    They have provided a susceptible material.  That

10   material is known to be vulnerable to stress corrosion

11   cracking in the presence of chlorides and tensile

12   stress.

13         Remember, the standard is not a requirement

14   that they make the clamps out of stainless steel.  It's

15   an option that was offered.  It's up to the

16   manufacturer to decide whether or not that is going to

17   perform as they intend it to in their intended service

18   environment.

19   Q    So the simple fact that something may be

20   susceptible to this type of failure doesn't necessarily

21   mean that it is going to fail in practice.

22         Is that fair?

23   A    It probably will in some cases and may not in

24   all.  The inherent underlying vulnerability, though,

25   exists in every one of them at the time of sale.  The

Page 251

1    design defect is universally present at the time of

2    sale.

3         Q    Some will fail.  Some will not.

4         A    I didn't say "will."  I said "may."

5         Q    Some may fail.  Some may not.

6         A    It depends whether or not they are subjected

7    to the chlorides that are required for the failure

8    mechanism to occur.  You have to have all three.

9    Chlorides are very commonly found in plumbing systems.

10        Q    And they're normally kept in the plumbing

11   system; right?

12        A    Not necessarily.  Water is certainly one

13   potential source for chlorides.  It's not uncommon to

14   have high levels of chlorides in a plumbing system.  So

15   if the water is allowed to escape the plumbing system

16   for any reason, if that water is able to wet the clamp

17   and evaporate, you leave behind concentrated chloride

18   salts on the clamp.  So that is certainly one potential

19   source of chlorides.  And it is a source for chlorides

20   that frequently is introduced when the adjacent brass

21   fitting corrodes due to dezincification as has happened

22   in the Monica residence.

23             But it is by no means the only source of

24   chlorides.  In a typical residential plumbing

25   application or construction application, concrete

Page 252

1      curing accelerants, masonry materials, solder fluxes

2      that are often used to sweat the copper connections

3      that are used with these PEX plumbing systems will be

4      very rich in chlorides.  There are a variety of sources

5      for chlorides that may come into contact with those

6      clamps.

7           Q    Okay.  And sitting here right now, you can't

8      say with any degree of certainty how many of these

9      clamps will fail or when they might fail?

10          A    Because we don't know when or where the

11     chlorides will be introduced.  That's correct.

12          Q    So without these three factors that would

13     need to be present for stress corrosion cracking to

14     exist, those particular clamps probably won't fail.

15               Is that fair?

16               MR. EDWARDS:  Object to the form.

17               THE WITNESS:  I do not believe that's fair to

18     say.

19     BY MR. KUHLMAN:

20          Q    But in order for stress corrosion cracking to

21     occur, the environment has to include a susceptible

22     alloy, tensile stresses, and a deteriorating agent.

23               MR. EDWARDS:  Object to the form.  And you

24     didn't specify your question was about clamps.

25

1    BY MR. KUHLMAN:

2         Q    Clamps.

3         A    Every plumbing system that contains NIBCO

4    stainless steel clamps will have all three conditions

5    present.  Absolutely without doubt.  Chlorides will be

6    present in every plumbing installation.  The question

7    is whether or not they will accumulate on the clamp in

8    sufficient concentration to induce a failure.  The

9    vulnerability in the clamp exists in every one of those

10   homes.  A susceptible alloy exists in every clamp sold

11   by NIBCO.  The tensile stresses will be sufficiently

12   high in every installed clamp in the NIBCO plumbing

13   system that's functioning.

14             The water contained within those plumbing

15   systems will usually contain chlorides.  I don't

16   believe in my 16 years I have ever seen potable water

17   that didn't contain some measurable amount of chlorides

18   that can concentrate over time.

19             Certainly solder flux will have to be used in

20   at least the hot water connection in these homes

21   because you're not allowed to connect the PEX directly

22   to the hot water heater.  There should be sweat

23   connections in most, if not all, of these homes.  There

24   will be other chloride-containing agents in all of

25   these homes right down to the sweats that are on the

Page 254

1    plumbers hands when they install these products.  Most

2    of us have chlorides on our hands.

3           So it would be almost unimaginable to

4    conceive that any clamp could make its way into a

5    plumbing system without encountering chlorides.  And

6    likely they will come from multiple sources.

7       Q    Over the course of your various

8    investigations involving NIBCO's PEX tubing products,

9    how many failed clamps have you observed?

10      A    I don't recall as we sit here today.

11      Q    Is it --

12      A    And you would need to define "failure," how

13   you are asking the question.

14      Q    How would you define the failure of a

15   stainless steel clamp?

16      A    I don't know that I would just define a

17   failure in a stainless steel clamp.  Usually when I get

18   something, it has leaked and I'm asked to determine why

19   it leaked.

20      Q    Well, we can start there.  If it's leaked,

21   did it fail?

22      A    Usually.

23      Q    Is there a --

24      A    Usually, from what I've seen.

25      Q    Okay.  And can there be a situation where a

Page 255

1    leak will occur at a stainless steel clamp and there is

2    not a failure of the clamp?

3         A    Yes.

4         Q    When would that be?

5         A    If a plumber doesn't hit the sealing barb at

6    all and it doesn't seal, certainly it's going to fail

7    to seal and water's going to get out.  In this case we

8    looked for that or I looked for that specifically.  I

9    examined the pipes associated with the fittings that

10   had stainless steel clamps in the Cole and Meadow class

11   actions to determine if, in fact, the sealing barbs had

12   left continuous witness marks at the interior surfaces

13   of the pipes.  I looked specifically for any evidence

14   of a knicked barb or any type of a breach that would

15   indicate improper sealing and I did not find any

16   consistent trend that would indicate there was a

17   problem with installation that had caused these clamps

18   to crack.

19        Q    So are you familiar with ASM?

20        A    I am.

21        Q    Are you a member of ASM?

22        A    I am.

23        Q    Have you reviewed the ASM International

24   Metals Handbook at any time?

25        A    I have certainly reviewed portions of that

Page 256

1      handbook.  I don't know that I've read it cover to

2      cover.

3          Q    Are you familiar with the definition that the

4      ASM metals handbook has provided for failure?

5          A    Not off the top of my head, no.

6          Q    At least one version of this book defines

7      failure, the 9th edition, as "a general term used to

8      imply that a part in service, one, has become

9      completely inoperable; two, is still operable but is

10     incapable of satisfactorily performing its intended

11     function; or, three, has deteriorated seriously to the

12     point that it has become unreliable or unsafe for

13     continuous use."

14              Would you agree with that definition of

15     failure for the stainless steel clamps?

16         A    I neither agree or disagree with it.  I

17     accept it as being what you've read.

18         Q    Okay.  Well, is that what you consider to be

19     an industry-accepted definition of failure of a metal

20     component in a plumbing system?

21         A    It's probably a good definition for that

22     application, yes.  Certainly with respect to the

23     clamps, I would say if you see any evidence of

24     dezincification corrosion occurring, that would

25     indicate a failure process has begun.

1      Q     Are you talking about on the fittings?

2      **A     I'm talking fittings or clamps, either one.**

3  **If you see evidence of a failure mechanism at work, the**

4  **failure process has begun.**

5      Q     So if there's evidence of, like, meringue on

6  the clamp.  You said dezincification in a stainless

7  steel clamp, but maybe I misheard.

8      **A     I'm sorry.  If I said that, I misspoke.**

9  **Dezincification would apply to the brass fittings.**

10 **Stress corrosion cracking applies to both for different**

11 **reasons.**

12     Q     For any of these plaintiffs' homes, did you

13 observe any fittings that failed as a result of stress

14 corrosion cracking?

15     **A     I did.**

16     Q     Where was that?

17     **A     In the Monica residence and in the Medders**

18 **residence.**

19     Q     Okay.  We'll talk more about that tomorrow.

20           MR. EDWARDS:  Can we take a minute off the

21 record?

22           MR. KUHLMAN:  Sure.

23        (Off the record 5:06 p.m. to 5:15 p.m.)

24 BY MR. KUHLMAN:

25     Q     Okay.  We're back on the record after a short

Page 258

1   break.  And I'd like to direct your attention to

2   Exhibit 2.  And if you could, please turn to page 12 of

3   that document.

4        **A     Oh, the first one.**

5        Q     The first one.

6        **A     Page 12?**

7        Q     Mm-hmm.

8        **A     Okay.**

9        Q     Okay.  And what I'd like to ask you first is

10  with respect to the opinions that you generated in

11  these cases, are the facts and data that you're relying

12  on from these different cases that are outlined here

13  included in the report in the appendices that you've

14  provided us?

15       **A     There are some things included in Appendix 12**

16  **of the supplemental report, which is not this report,**

17  **from other cases.**

18       Q     Okay.  With --

19       **A     I'm sorry.  There's also information**

20  **contained in these reports related to -- certainly in**

21  **the background section related to these cases.  And**

22  **there is also some discussion regarding the new pipes**

23  **associated with the Christensen case that we**

24  **evaluated -- I evaluated -- Paragon/Vanguard evaluated.**

25       Q     I'm sorry.  Could you say that again?  The

Page 259

1      last part about Christensen.

2           A     In the Christensen matter in the report that

3      was produced in this case that I authored in relation

4      to the Christensen matter, we had analyzed two coils of

5      new, never installed -- I say new.  It was never

6      installed -- NIBCO PEX pipe of the 1006 formulation and

7      the 3308 formulation.  And those are also discussed in

8      some manner in these reports.

9           Q     Okay.  So with respect to what was considered

10     from these cases, the facts and data that you rely upon

11     are either included in this report or included in the

12     supplemental report or the Appendix 12 to the

13     supplemental report.

14          A     Only representative photos are included in

15     Appendix 12.  So no, they're not completely discussed.

16     What I have relied upon from those is what I've learned

17     from them and how they have shaped my understanding of

18     these pipes and what they look like when they fail and

19     what this failure mechanism does to the pipe in

20     response to bends or straight lengths and in different

21     service environments.  I've applied the collective

22     knowledge of what I have learned regarding the behavior

23     of NIBCO PEX 1006 pipe through all of these cases.  It

24     all helps form my knowledge base related to these NIBCO

25     pipes.

1       Q    Okay.  Did you produce any of the pictures or

2   data or other work product that you generated in the

3   Parsons case in this case?

4       **A    Possibly.  I don't recall.**

5       Q    For this discussion, since we're kind of

6   combining this, I'm talking about for Cole and Meadow

7   together for these class reports.  But did you produce

8   the pictures or data or work product from the Parsons

9   case as part of the class reports?

10      **A    I don't recall what specifically was**

11  **addressed from other cases.  If you have a particular**

12  **section you'd like to point me to, I'll be happy to**

13  **review it with you.**

14      Q    I'm just trying to understand if you have

15  pictures that you think are showing specific things

16  from these cases that haven't been produced to us.

17      **A    I certainly have pictures related to these**

18  **cases that have not been produced to you.  Any photos**

19  **that I would have put in Appendix 12 would have come**

20  **from my reports that were produced in this matter.**

21      Q    And that's what I'm getting at.  Aside from

22  the pictures that you're using in the report, are you

23  planning on relying on any other pictures that we've

24  never seen before to support your opinions in these

25  cases?

Page 261

1          A    I certainly may.  I will rely upon the full

2     breadth of my experience related to NIBCO pipe and I

3     reserve the right to rely upon the full breadth of

4     experience and to rely upon any documentation related

5     to that experience.

6          Q    Okay.  So do you still maintain your file for

7     the Parsons matter?

8          A    I believe so, yes.

9          Q    Do you still have a file for the Molony

10    matter?

11         A    I don't know with certainty.  That, I don't

12    know with certainty because we believed that to be CPI

13    product.  It may or may not still exist.

14         Q    Do you still have your file from the

15    Christensen case?

16         A    Yes.

17         Q    At any time after the resolution of that

18    case, did the attorneys ever ask you to return NIBCO's

19    documents?

20         A    Not that I recall.

21         Q    So you've had those the whole time?

22         A    I have them in the building.  They have not

23    been accessed.  They are boxed up and archived.  They

24    have not been referenced or accessed other than the

25    things that have been produced in this case in relation

Page 262

1    to Christensen.  Those I have reviewed and accessed.

2         Q    Okay.  But with respect to documents that

3    were specifically produced in the Christensen case, you

4    never sent those back to the attorneys.

5         A    They were not sent back to the attorneys.

6    They have been boxed up and archived and are in, you

7    know, sealed boxes.

8         Q    Okay.  Do you still have a file for the Comer

9    matter?

10        A    I believe so.

11        Q    And Mi Casita?

12        A    Yes.

13        Q    And is that case still ongoing?

14        A    To my knowledge, it is.

15        Q    Have you given a deposition in that case?

16        A    No.

17        Q    Is anything scheduled?

18        A    Not that I'm aware of.

19        Q    Have you prepared any reports?

20        A    I did.  It was produced in this case.

21        Q    Okay.  I thought I saw that.  All right.  And

22   so with respect to the first case on here, Uponor v.

23   Unique Industrial Product Company, what about that

24   experience working on that matter are you relying on in

25   this case?

Page 263

1      A    My knowledge and experience of brass fittings

2   and the way that they behave.

3      Q    Okay.

4      A    ASTM F1807 brass insert fittings.

5      Q    Okay.  And what did you learn about those

6   fittings with respect to during the course of that case

7   and analysis that you believe is relevant to this case?

8           MR. EDWARDS:  Object to the form.

9           THE WITNESS:  In that particular case, I

10  analyzed alloy chemistry extensively and the effect of

11  alloy chemistry on the dezincification and stress

12  corrosion cracking behavior of those insert fittings.

13  BY MR. KUHLMAN:

14     Q    Okay.  And did you address the design of the

15  fittings that would comply with F1807 and the alloys

16  that are referenced in there that permit or at least

17  indicate that a manufacturer can use an alloy with zinc

18  levels in excess of 15 percent?

19     A    I'm sorry.  If there was a question in that,

20  I missed it.  Could you please restate that?

21     Q    Did you form an opinion in that Uponor, Inc.,

22  v. Unique Industrial Product Company case about the use

23  of the alloys that are referenced in F1807 that

24  possessed more than 15 percent zinc?

25     A    I'm still not understanding your question.

1       Q     Did you form an opinion with respect to the

2    use of high zinc alloys in brass fittings as part of

3    your work in the Uponor, Inc., v. Unique Industrial

4    Product Company case?

5       **A     The fittings that I analyzed were high zinc**

6    **brass fittings.  Is that what you're asking me?**

7       Q     Well, no.  I'm asking if you formed an

8    opinion specifically with respect to the formulation of

9    the alloys and specifically the ones that are called

10   for in the standard and if those alloys that are called

11   for in the standard are appropriate for use in those

12   fittings?

13      **A     As I testified before, I don't recall the**

14   **full breadth or scope of the issues in that case or the**

15   **conclusions that I rendered in that case.  What I do**

16   **recall is that there were issues related to the**

17   **material not conforming to the spec.  But I don't know**

18   **what other additional issues I may have addressed or**

19   **what other additional opinions I may have offered.  I**

20   **don't recall.**

21          **(Exhibit 13 Marked for Identification.)**

22   BY MR. KUHLMAN:

23      Q     All right.  You referenced earlier an

24   affidavit that was circulating around on the Internet.

25   I'm going to hand you a document we will mark as

1    Exhibit 13.  You've been handed a document marked as

2    Exhibit 13.

3              First, is this an affidavit that you prepared

4    as part of the Uponor, Inc., v. Unique Industrial

5    Product Company case?

6         **A    Yes.**

7         Q    And is this your signature on page 6?

8         **A    Yes.**

9         Q    And it's a notarized signature.  Do you have

10   any reason to believe this is not a fair and accurate

11   copy of your affidavit that was prepared in that case?

12        **A    No.**

13        Q    Okay.  When was the last time you read this

14   document?

15        **A    I don't recall.**

16        Q    All right.  And you prepared this document

17   when you were working for MTI; is that right?

18        **A    Metallurgical Technologies, Incorporated,**

19   **which is called MTI.  Yes.**

20        Q    And Uponor had retained MTI and you to

21   prepare a report discussing certain brass fittings; is

22   that right?

23        **A    As I recall, yes.**

24        Q    And those were brass fittings that were

25   supposed to be made out of the same high zinc alloys

Page 266

1    that are at issue in this case.

2            Is that your understanding?

3        A    As I recall, that's correct.

4        Q    And at the time you prepared --

5        A    I'm sorry.  One of the high zinc alloys.

6    There are multiple specified in that standard.

7        Q    Okay.  So one of the high zinc alloys that's

8    at issue here?

9        A    Or more than one, but not necessarily all.

10       Q    And at the time you prepared this report --

11   well, let me ask you this:  What was the -- what was

12   the date?  It looks like you signed this on March 30,

13   2009.  Does that sound right?

14       A    That's the date it was notarized.  So I

15   assume that's correct.

16       Q    Okay.  And as of that time in 2009, you had

17   worked for Uponor for five years and then you had

18   worked for Metallurgical Technologies for around a year

19   and a half.  Is that fair?

20       A    That's approximately correct, yes.

21       Q    And at that time you'd conducted hundreds of

22   failure analyses and generated reports discussing

23   failures of metal and plastic products.  Is that fair?

24       A    I'm sure that it was hundreds, yes.

25       Q    Okay.  And one of the conclusions that you

Page 267

1    reached in this case, if you could, just turn back to

2    page 5.  It's Number 14.  You say "There was no reason

3    to investigate the specific design of the brass

4    fittings as that design has been successfully used in

5    the plumbing industry for a number of years without

6    incident."

7         A    Correct.

8         Q    Was that one of your opinions?

9         A    Yes.  In this case it was specific to those

10   fittings.

11        Q    And those are the same fittings that we're

12   talking about here; right?

13        A    No.

14        Q    What's the difference?

15        A    These were Uponor's fittings that were sold

16   to them by Unique Industrial Products not NIBCO's

17   fittings that were manufactured and distributed from

18   someone other than Unique Industrial Products.  We

19   cannot assume that, just because those fittings were

20   specified to use the material from the same ASTM

21   standard, that they were the same.  They are not the

22   same.

23        Q    So the fittings that you're referring to here

24   in paragraph 14, those were brass fittings that were

25   intended to be consistent with F1807; right?

PohlmanUSA Court Reporting
(877) 421-0099    www.PohlmanUSA.com

Page 268

1          A     Yep.

2          Q     And manufactured using a yellow brass that

3     had in excess of 15 percent zinc; right?

4          A     Correct.

5          Q     And the NIBCO fittings at issue in this case

6     are fittings intended for use in potable water systems

7     that are manufactured to comply with F1807; right?

8          A     Correct.

9          Q     And were intended to be made with a alloy

10    that contained zinc in excess of 15 percent?

11         A     Correct.  Those similarities exist but that

12    does not mean that they were equal.

13         Q     And that's -- but with respect to the design

14    of those fittings, that would be outlined in F1807,

15    would it not?

16         A     Partially but not wholly.

17         Q     How are they different?

18         A     They could be different in a variety of ways.

19    They could be different in wall thickness.  They could

20    be different in microstructure.  They could be

21    different in alloy compensation.  They could be

22    different in the degree of residual stress that exist

23    in those fittings.  They could be different in terms of

24    the way they were manufactured, be it forged or

25    machined or some combination thereof or cast.  They

1  could be different in the sense that one might have

2  machining marks at the interior surface that another

3  one doesn't have.  There are a whole host of

4  differences that could exist that could dramatically

5  influence those failure mechanisms.

6      Q    Well, during the time you worked at Uponor

7  and the time at Metallurgical Technologies, you

8  conducted hundreds of failure analyses on different

9  components and you looked at a whole bunch of these

10  fittings and you also have looked at NIBCO fittings.

11           How specifically are they different?

12      A    This case was not referencing anything other

13  than the brass fittings at issue in this case.  NIBCO's

14  brass fittings are different from Uponor's brass

15  fittings.  Uponor's brass fittings, as Uponor

16  controlled them and designed them, which often had

17  tighter parameters for many Uponor products.  They have

18  tighter parameters than what is required by the specs.

19  Uponor has higher quality standards in many cases than

20  would be required simply by an ASTM standard.

21           In this case when I say there was no reason

22  to investigate the specific design of the brass

23  fittings, I'm referring to the brass fittings at issue

24  in this case, which in this instance Uponor had been

25  selling for a number of years using their fixed

Page 270

1    process, their fixed design, their fixed set of QA

2    inspection parameters that held their microstructure

3    and their different characteristics within what they

4    deemed to be acceptable.  And that design had performed

5    successfully for them for a number of years.  And

6    suddenly they had -- I mean, suddenly, like in the span

7    of two, three weeks -- they experienced a rash of

8    failures.  And those failures were specifically

9    confined to a unique set of fittings within that design

10   that had a distinctive marking.

11            As you see in Bullet 15 "Uponor was able to

12   identify the brass fittings" -- I'm quoting here from

13   Bullet 15 -- "Uponor was able to identify the brass

14   fittings that were failing as having been supplied by

15   Unique based upon the distinctive USPW markings on

16   those fittings.  No company other than Unique had

17   supplied fittings to Uponor with the USPW marking and

18   the failed fittings that were being returned by

19   plumbers, wholesalers, and developers exhibited the

20   distinctive USPW marking."

21            This was a situation involving a specific

22   chemistry upset where the material did not conform to

23   the specifications of that standard.  That's not what

24   we're experiencing here with NIBCO.  Anytime you have a

25   product that has performed beautifully and suddenly it

1    doesn't in a very uniquely defined set of conditions,

2    that causes you to look first for what has changed in

3    that fitting.  And, in fact, in this case the change

4    was very tangible and demonstrable and ultimately

5    undisputed.

6         Q    So the Uponor fittings that were being

7    manufactured consistent with Uponor's quality control

8    processes, et cetera, even though they had more than

9    15 percent zinc in them performed beautifully for

10   years --

11        A    We talked about that --

12        Q    -- is that right?

13        A    We talked about that earlier.  We talked

14   about that earlier, how that was true for brass alloys.

15   They used to perform well in many cases or most cases

16   or in some cases, even all events for a manufacturer.

17   The water --

18        Q    As of 2009 when you prepared this affidavit,

19   you were still saying that the design of those brass

20   fittings was fine and had been successfully used in the

21   plumbing industry for a number of years without

22   incident; right?

23        A    What I say is there was no reason to

24   investigate the specific design of the brass fittings

25   as that design had been successfully used in the

1   **plumbing industry for a number of years without**

2   **incident.  That was true for Uponor's fittings.  And in**

3   **this case, we were trying to discover the root cause of**

4   **why those fittings were suddenly failing, and they did**

5   **address that.**

6          Q    Okay.  So let me ask you this:  You've looked

7   at Uponor fittings that were manufactured to Uponor's

8   quality control standards and you've looked at NIBCO

9   fittings.  What are the specific differences that lead

10  you to believe that the specific design that's outlined

11  in F1807 is good enough for Uponor and not good enough

12  for NIBCO?

13              MR. EDWARDS:  Object to the form.

14              THE WITNESS:  I don't know that it is good

15  enough for Uponor today.  As I've said before, I

16  recommended to Uponor you should not continue selling

17  high zinc brass fittings into the plumbing

18  applications.  Water chemistries are changing.  You

19  should be using brass fittings with less than

20  15 percent zinc.

21              The purpose of this investigation was to

22  understand this rash of failures and the cause of the

23  leaks.  There's a big difference here.  You're trying

24  to make them the same when, in fact, they're not.  The

25  goal of this investigation was to determine the failure

1    mechanism that caused those fittings to leak because

2    someone was going to resolve financial issues related

3    to that.

4    BY MR. KUHLMAN:

5        Q    And so it was in Uponor's best interest for

6    the design of those fittings to be adequate --

7        **A    I don't know whether it was in their best**

8    **interest or not.**

9        Q    -- so that Uponor wouldn't have to pay money?

10       **A    I have no idea if that was in their best**

11   **interest or not.  That was not my role.  My role --**

12       Q    But you were hired by Uponor.  Is that fair?

13       **A    I was hired by Uponor, yes.  May I finish**

14   **answering your question, please?  You asked a question.**

15   **I'd appreciate the opportunity to fully answer it.**

16            MR. EDWARDS:  You may answer.

17            THE WITNESS:  In this role, my job as a

18   scientist when we suddenly experience a rash of

19   failures that we have not seen when I have been with

20   the company for five years, I knew quite well how

21   frequently we did or did not see products come back in

22   from the field.  And when I suddenly see a rash of

23   something coming in that I'm not accustomed to seeing,

24   my flag goes up in a big hurry so say something's going

25   on.  There's a problem here.  What's going on?

Page 274

1           The fact that that same design had been in

2     service tells me as a scientist that's not where you

3     better be focusing your attention if you want to get to

4     the bottom of this quickly.  You need to be looking for

5     something that fits the failure scenario from a

6     technical perspective.

7           It was apparent from what we were seeing,

8     because the design had not changed, that a design issue

9     was not likely at play here.  And when we started

10    looking at the materials, the cause of the failure

11    became readily apparent.  There was nonconforming

12    chemistry and a very high level of residual stress from

13    the machining of those fittings.  And that was the

14    issue.  They had made some changes that I probably

15    can't discuss in greater detail than what is presented

16    here that had led to those issues.  That was what was

17    happening in this case.

18          That is a very different scenario from what

19    we're addressing in this case.  And we were dealing

20    with stress corrosion cracking.  Whereas in this case,

21    we were primarily dealing with dezincification issues

22    in these brass fittings with stress corrosion cracking

23    thrown in.

24    BY MR. KUHLMAN:

25          Q    So when did you tell Uponor to stop selling

1    yellow brass?

2         **A      I've said before I don't recall when, and I**

3    **wouldn't be at liberty to disclose if I did.**

4         Q     Was it before or after this affidavit when

5    you said that the yellow brass fittings were performing

6    successfully and there was no reason to even

7    investigate the design as a potential cause of

8    failures?

9              MR. EDWARDS:  Object to the form of the

10   question.  It was asked and answered.

11             THE WITNESS:  I don't recall when I told

12   them.  I don't recall when that was.

13   BY MR. KUHLMAN:

14        Q     Do you think that -- well, okay.  Well, you

15   still haven't answered my original question that I

16   asked a few minutes ago about the differences between

17   these components.

18        **A      I believe I did.**

19        Q     You analyzed Uponor fittings that were

20   manufactured to meet this F1807 standard and you

21   analyzed NIBCO fittings that were manufactured and

22   intended to meet this F1807 standard.

23             What specific differences have you seen in

24   these two components?

25        **A      First and foremost --**

Page 276

1          MR. EDWARDS:  Objection.  Asked and answered.

2          THE WITNESS:  First and foremost, we have no

3    reason based on the evidence that exists so far in the

4    NIBCO case to believe that there is a lot-specific

5    issue, which was the case with Uponor.  It was specific

6    to fittings that were labeled USPW.  We didn't have

7    these issues in the fittings that were not labeled

8    USPW.  We were only seeing them in USPW fittings.  That

9    may have changed.  In fact, I understand that it did

10   ultimately change.  I don't understand that directly

11   from Uponor.  I understand that from things I've been

12   told.  Knowing what we know now, I may render

13   additional conclusions about that.  But at that time,

14   the issues that we were addressing, it was clear that

15   this was not a design problem that we were dealing with

16   for that case.

17   BY MR. KUHLMAN:

18      Q    Were there any differences in the design of

19   the two products, the NIBCO product versus the Uponor

20   product?

21      **A    Yes.**

22      Q    What were the design differences between the

23   Uponor F1807 yellow brass fittings and the NIBCO F1807

24   yellow brass fittings you're talking about in this

25   case?

1      **A    I've already addressed that.  There could be**
2      **many differences in those fittings.**

3          Q    But specifically what are they?

4      **A    I've identified them already.  There may be**
5      **differences in wall thickness.  There may be**
6      **differences in microstructure.  There may be**
7      **differences in the method of manufacture, be it casting**
8      **or forging or machining or some combination thereof.**
9      **There may have been differences in surface finish at**
10     **the interior of the fitting.  There are a variety of**
11     **differences that may have existed with those.**

12         Q    I've heard you identify a lot of things that
13     may be different but I haven't heard you say one thing
14     that was different about the design of these two
15     fittings, Uponor versus NIBCO.

16     **A    I've given you as much information as I can**
17     **give you sitting here today on that.**

18         Q    So sitting here today you can't identify any
19     specific difference that actually existed between the
20     Uponor F1807 fittings that you said were successfully
21     used in the plumbing industry and the NIBCO F1807
22     fittings that you're saying are defective.

23     **A    No.**

24              MR. EDWARDS:  Object to the form.

25              THE WITNESS:  Because I did not analyze them

1   side by side and do a side-by-side comparison.  What I

2   can tell you is that the purpose of this investigation

3   was to understand why that rash of failures was

4   occurring.  It was not to assess whether or not there

5   was any type of underlying design deficiency in that

6   product.  That was not the purpose of this

7   investigation.  The purpose of this was to figure out

8   why those specific leaks were occurring.

9   BY MR. KUHLMAN:

10      Q    But you were specifically talking about F1807

11   in paragraph 14.

12      **A    No.  F1807 doesn't appear in paragraph 14.**

13   **It says there was no reason to investigate the specific**

14   **design of the brass fittings as that design has been**

15   **successfully used in the plumbing industry for a number**

16   **of years without incident.**

17        **The purpose of this investigation, as I've**

18   **said several times, was to understand the cause for**

19   **those leaks.  It was not to assess the overall design.**

20   **It was not to determine if there was any deficiency in**

21   **the design of any type or to determine if there was any**

22   **opportunity to make a better fitting.  The purpose of**

23   **that investigation was to determine why those leaks**

24   **were occurring.  And for that purpose in this**

25   **investigation, we already had enough information, I**

Page 279

1       **believed and I still believe, to know that those leaks**

2       **in those unique fittings were not a result of the**

3       **product design.  There was more to that story.**

4           Q     Because in your opinion, at that time in 2009

5       there was no defect associated with the Uponor fitting

6       that was manufactured to comply with Standard F1807

7       using yellow brass with more than 15 percent zinc?

8               MR. EDWARDS:  Object to the form.  It's asked

9       and answered.  Mischaracterizes testimony.

10              THE WITNESS:  That is not what I said.  What

11      you just stated is not what I said.  You have

12      misrepresented what I said before.

13      BY MR. KUHLMAN:

14          Q     You concluded based on your hundreds of

15      investigations and years of experience that the

16      specific design of the brass fitting didn't need to be

17      considered as that design has been successfully used in

18      the plumbing industry for a number of years without

19      incident.

20          **A     No.**

21              MR. EDWARDS:  Object to the form.

22              THE WITNESS:  No.  What I concluded was that

23      a design issue did not cause that rash of failures

24      because that exact design in fittings that were not

25      labeled USPW had been used for many years without

Page 280

1    incident.  And no one in this case alleged design

2    deficiency contributed.  That was never a question in

3    this case by any party.  So it's a bit odd to me that

4    you seem to want to make that suggestion when no one

5    else involved in that case did.  That was never a

6    question in this case at least not that I recall.

7    BY MR. KUHLMAN:

8        Q    But you concluded that there was no problem

9    with the design in this case.

10       **A    I concluded there was no need to assess the**

11   **design to determine the cause of failure for those**

12   **leaks occurring in fittings labeled USPW.  Please stop**

13   **mischaracterizing what I've said.  I've answered you**

14   **many times.  Please stop mischaracterizing it.  If you**

15   **have another question that you need me to answer to**

16   **clarify it, I'm happy to try.**

17            MR. KUHLMAN:  Well, it's 5:51.  It's

18   20 minutes past our closing time here at the office.

19   Let's break until tomorrow.

20                       (Signature reserved.)

21                       (Deposition adjourned at 5:51 p.m.)

22

23

24

25

Page 281

1                    CERTIFICATE OF REPORTER

2

3     STATE OF NORTH CAROLINA          )

4     COUNTY OF MECKLENBURG            )

5

6         I, MEREDITH R. SCHRAMEK, the officer before whom

7     the foregoing deposition was taken, do hereby certify

8     that the witness whose testimony appears in the

9     foregoing deposition was duly sworn by me; that the

10    testimony of said witness was taken by me to the best

11    of my ability and thereafter reduced to typewriting

12    under my direction; that I am neither counsel for,

13    related to, nor employed by any of the parties to the

14    action in which this deposition was taken, and further

15    that I am not a relative or employee of any attorney or

16    counsel employed by the parties thereto, nor

17    financially or otherwise interested in the outcome of

18    the action.

19        This, the 31st day of May, 2017.

20

21                    _____

22                    MEREDITH R. SCHRAMEK
                      Notary Public in and for
23                    County of Mecklenburg
                      State of North Carolina
24                    Notary Number 200814200186

25

Page 282

1                    WITNESS'S CERTIFICATE

2

3          I, CYNTHIA SMITH, do hereby certify

4     that I have read and understand the foregoing

5     transcript and believe it to be a true, accurate, and

6     complete transcript of my testimony, subject to

7     the attached list of changes, if any.

8

9                        _____
                             CYNTHIA SMITH

10

11         This deposition was signed in my presence by

12    _____, on the _____ day of

13    _____, 2017.

14

15

16                        _____
                             Notary Public

17

18    My commission expires:

19

20

21

22

23

24

25

**A**

a.m 2:4 63:3,3
110:11,11
ability 95:11
217:9 281:11
able 21:10 24:21
42:14 45:6
58:22 70:14,17
78:4 88:9 89:8
97:8 103:11
109:9 121:24
122:6,23
135:18 141:5
149:14 161:6
168:10,13,18
209:9,22
214:16 226:19
240:18,20
241:4,25 242:3
251:16 270:11
270:13
above-refere...
152:9
absence 57:4
72:2 130:11,14
132:6,17 136:6
180:4 186:15
186:16 191:15
198:20 207:15
207:22 238:7
238:15 239:2
absolute 76:5,7
76:8
absolutely 71:14
72:9 73:20
190:21 198:10
226:4 253:5
absorption
219:22,24
220:2
academic 13:10
accelerants
252:1
accelerate
165:23 188:14
accelerated
123:4 203:14
acceleration
166:12
accept 184:16
256:17
acceptable 49:9
49:22 189:21
270:4
accepted 118:22
216:22
access 106:25
148:25 149:8
accessed 261:23
261:24 262:1

accident 164:19
accidentally
163:18
accommodate
42:11 206:3
account 202:14
accumulate 253:7
accuracy 226:11
accurate 135:18
181:23,24
199:11 224:16
242:23 244:16
265:10 282:5
accurately 109:6
244:20
accustomed
273:23
achieve 65:9,13
65:24 66:24
111:24 133:19
159:15
achieved 67:14
159:15
acting 202:18
224:13,18,21
224:23 225:10
238:20
action 29:9
70:11 194:1
281:14,18
actions 73:11
188:2 191:8
193:2,23
240:14,22
255:11
active 37:8 39:1
45:12,16 53:1
75:14 76:15
actively 40:15
actual 12:6
19:24 20:15
61:7 109:2
116:2 135:4
200:15 210:19
213:18 242:8
ad 145:16
ADAM 4:17
adam@gregcol...
4:20
add 12:25 112:10
112:10,11,11
128:25
added 56:24 57:6
addition 105:16
179:9,10
additional 6:13
11:21 57:8
106:24 112:7
142:13 235:2
244:12,13,22
244:25 264:18

264:19 276:13
additives 112:13
address 44:3
104:11 114:5,7
192:21 263:14
272:5
addressed 25:25
29:3 70:24
97:6 104:16
125:11 232:10
233:11 260:11
264:18 277:1
addressing
183:12,14,21
203:1 274:19
276:14
adequacy 114:5,8
adequate 64:16
114:11 135:24
143:3 175:19
273:6
adequately 67:4
119:13 201:21
220:8
adhering 168:25
adjacent 45:23
236:24 237:5
238:5 251:20
adjourned 280:21
advantageous
213:1
advertised 33:18
49:25 50:22,23
50:24 51:2
55:5 115:5,17
115:19 131:21
133:20,22
164:16
advertising 36:5
advice 197:21
advise 56:4
83:25
advised 35:2
62:21
affect 32:20
48:13,20 111:5
112:21 130:15
144:25 145:4
163:21 186:21
186:22 223:9
affidavit 3:5
14:16,19 15:2
15:5,11 25:10
80:8,11,18,25
81:8,20 88:11
89:11 94:10
264:24 265:3
265:11 271:18
275:4
affidavits 14:10

affirmed 52:21
agencies 187:12
agent 48:12
249:14 252:22
agents 57:6
179:11 253:24
aggressive 51:1
115:18 133:21
139:25 140:4,7
140:9 178:7
179:24 183:10
186:9
aggressiveness
2:20 183:21
aging 123:5
ago 18:6 38:23
56:8 57:2,22
58:17 59:10
126:3 159:7
275:16
agree 39:15 54:8
55:24 61:4
67:21 77:8
118:21 119:3,4
119:5,11,15
123:3 124:9,13
124:16 126:8
127:9 134:20
134:23 139:11
184:15 188:13
188:16 198:25
225:21 236:6
238:11 256:14
256:16
agreed 211:16
229:3
agreement 89:6
89:18 97:17
ahead 5:7 10:3
81:12 116:13
151:5 245:9
akin 177:2
ALAN 1:12
albeit 117:6
136:5
alleged 86:12
99:15 148:22
280:1
alleviates 90:12
allow 38:15
110:2 115:3
130:2 132:1
133:18 224:11
allowed 36:19
72:9,12 154:16
154:24 156:18
210:4 251:15
253:21
allowing 137:22
allows 36:22,24

92:25 209:23
alloy 27:17,18
28:5,6 29:3,16
31:9,13 32:4
32:20 33:1,4
33:11,14,22
34:4,9 35:4,13
48:17 56:4,7
56:10 57:11,19
58:16,21,23
59:6,6,16,21
61:8 62:2 71:2
73:21 83:15,22
83:23 87:12
88:22 91:13
92:13,25 93:1
96:1,8,13 97:3
137:19 141:11
142:16 146:1
246:6,13 247:3
247:4 248:6
250:5,8 252:22
253:10 263:10
263:11,17
268:9,21
alloys 26:9,20
27:2 28:4,13
29:11,19 30:2
30:8 32:10,15
35:10 50:10
52:22 56:2
58:18,20 59:12
61:3 87:5,21
92:6,15 93:7
93:11,14,23
138:7 139:2
263:15,23
264:2,9,10
265:25 266:5,7
271:14
alpha 48:17
alter 148:6
alternatively
248:13
America 84:20
94:8
American 58:5
amine 60:2
amine-related
58:10
amount 54:4,11
96:24 109:11
123:7 127:2
141:18 154:17
154:17 155:1
156:19 191:25
223:15 224:2,3
253:17
amounts 43:9
237:9 239:5

analyses 153:21
153:24 221:5
266:22 269:8
analysis 2:14
13:18 29:22
30:7,25 31:14
42:12 44:14
52:16 61:8
62:9 69:8
81:19 82:4
84:20,21,23
85:6,17 145:15
178:22 187:1,9
210:16 212:5
212:19,23
248:7 263:7
analyze 54:2
86:15 161:6
218:17,22,25
219:10 277:25
analyzed 42:6
51:14,17,21,21
52:14,15 53:25
123:13 157:4,6
157:7,8 173:13
180:10 209:4
209:15 211:3
220:12,21
223:20 259:4
263:10 264:5
275:19,21
analyzing 82:3
82:17 130:6
214:5
and/or 191:14
238:8 242:17
angle 189:17
answer 7:17 9:11
9:12 18:17
24:20 33:25
38:9,10,11
49:12,15,17
50:19 51:14
52:16 53:5
60:5,6,12 69:5
74:6 88:23
89:12 95:12
97:6,8 104:24
107:10,17
121:6 127:18
127:19,20
135:18 137:8
140:3 141:5,13
141:15 142:10
142:14 144:1,6
144:7 146:10
149:21 150:8
155:14 157:2
159:17 160:10
166:6 168:7,14

170:16 178:20
182:12,19
185:23 190:8
197:11,12,20
197:22 198:12
200:13 201:20
202:3 209:11
209:12 210:7
214:9,11,15
239:15,16
273:15,16
280:15
answered 34:7
38:1,3 53:13
59:1 74:9
77:25 152:20
174:23 180:17
182:18 185:7
275:10,15
276:1 279:9
280:13
answering 197:16
273:14
answers 149:13
174:2
anticipated
39:18 54:13,16
166:24 167:10
167:11 184:22
antioxidant
116:5 119:24
122:22,25
123:14,15
124:6 130:20
132:24
antioxidants
112:11 116:1
119:12,18,19
119:19,22
120:8 121:8,9
121:10,12
122:1,7,18,20
123:8,20 133:5
Antonio 106:21
181:6
Anytime 199:20
270:24
aperture 219:20
apparent 43:11
43:15 274:7,11
appear 10:18
12:6 79:3
183:23 205:25
237:24 278:12
appearance 45:25
195:3
appeared 182:5
241:21
appears 10:15,20
11:2,2,17

117:4 152:6
184:2 244:4,17
281:8
appendices 6:7,8
6:10,13 10:17
10:20,23,24
11:4,11,16,17
11:22,24 12:4
12:5 201:22
215:20 258:13
appendix 12:11
12:18 31:18
258:15 259:12
259:15 260:19
applicable 17:23
22:21 26:5
152:12,13,18
152:25 213:10
213:11
application 32:5
32:10 33:20
34:10,24 35:1
35:16 36:4
50:11,24 74:4
110:3 115:4
141:21,22,23
142:15 143:5
150:20 170:9
170:11 175:5
186:18 229:21
251:25,25
256:22
applications
33:23 34:5
35:12 51:1
60:23,24 72:7
115:18 116:8
133:22 137:4
144:9,21
178:13 188:8,9
219:7 247:10
272:18
applied 224:9
225:12 259:21
applies 257:10
apply 152:9
257:9
appreciable
101:15 154:17
154:25 155:4
156:18 163:5
164:16 166:1
189:20 195:23
appreciably
163:21 194:14
197:4 242:7
245:1
appreciate
127:17 197:10
197:18 226:20

273:15
appreciated 69:2
approach 42:12
246:17
approached 250:1
approaching
249:20
appropriate
33:23 34:9
35:19,19,25
36:3,7 56:8,8
57:19 64:13
67:7 115:23,25
116:1 127:18
264:11
approximately
52:9 95:16
184:9 213:13
230:17 233:19
266:20
archived 261:23
262:6
area 46:6 47:18
49:1,7 182:3
190:23 209:20
222:18,19,21
243:20
areas 218:16
220:20 222:23
243:20
arguably 13:13
148:6
argue 56:18
argument 23:1
arrows 204:11,19
articles 104:11
as-manufactured
122:16 196:17
aside 6:12 12:5
60:14 71:7
136:16 156:2
162:9 247:3
260:21
asked 34:8 37:25
52:2 53:13
55:23 69:1
74:9 77:24
80:11,16 81:18
88:2,2,21
92:19 95:10
97:5 110:14
136:24 139:19
152:20 156:22
159:7 171:16
174:22 180:17
185:6 246:23
254:18 273:14
275:10,16
276:1 279:8
asking 50:16
53:3 59:5

69:12 71:23
79:20 92:21
101:5,7 137:2
139:21 140:18
141:16 149:11
150:6 153:17
155:11,22
156:25 158:6
159:6 169:24
171:6,9,11
176:10 208:6
254:13 264:6,7
ASM 255:19,21,23
256:4
aspect 24:19
153:4 246:2
aspects 16:5
133:15 157:6,7
157:8
assemblies 69:20
73:7
assembly 67:22
67:24
asserted 20:5
133:22 157:14
233:13
assess 92:19
104:4,4 123:7
123:12 125:12
131:8 143:4
146:14 148:24
149:7 162:19
184:18 200:14
202:1 207:25
208:2 223:7
278:4,19
280:10
assessed 104:20
189:11
assessing 107:7
128:10 213:25
assessment
103:22 108:14
115:8 119:17
125:20
assets 230:19
235:6
assigned 191:16
assisting 24:2
associated 8:24
70:11 71:7
111:21 127:3
136:15 179:6
187:25 188:1
204:9 209:6
211:1 224:9
225:9 230:5
236:9 255:9
258:23 279:5
assume 7:18 23:2

28:24 46:2
62:16 124:25
217:8 228:14
242:12 266:15
267:19
**assuming** 23:9
59:6
**assumption** 23:16
**assurance** 23:7
24:3 97:19
129:1,16
**ASTM** 2:17,18,25
3:3 15:19,25
16:3,7,14,17
17:4 18:14
20:2 21:20
22:10 25:14
26:6 28:10
35:2 62:22
63:7 68:24
79:12 82:15
83:18 87:4
92:14 96:8
100:13 105:13
107:21 120:9
193:4,8 216:12
241:3 245:11
263:4 267:20
269:20
**ATR** 212:8,12,15
212:19 213:25
219:25
**attached** 282:7
**attempt** 44:5,9
105:6,10
133:13 189:3
216:23 241:17
**attempted** 189:8
**attempting** 99:12
**attention** 63:6
95:9 152:5
219:17 230:13
235:18 258:1
274:3
**attenuated**
219:19
**attorney** 14:11
227:17 228:14
232:4 281:15
**attorneys** 8:24
9:13,21 14:6
261:18 262:4,5
**atypical** 193:20
**audit** 24:5,10,11
24:15,17,19,25
126:20,22
**auditors** 24:2
**audits** 23:21,23
97:20
**austenitic** 250:7

**Austin** 181:6,9
181:14,20
182:2
**author** 16:14,20
**authored** 13:3,5
16:9 259:3
**authoring** 16:16
16:19
**authors** 16:8
102:8
**autocatalytic**
167:5
**available** 14:4
14:11 26:17
70:7 113:23
126:11 148:21
**average** 105:11
193:9
**avoided** 33:1
**award** 14:1
**awarded** 13:20
**awards** 13:20
**aware** 26:8,19,22
27:5,21 104:3
105:2 148:22
176:15 182:9
185:3 202:25
218:24 219:12
222:4 262:18

---

**B**

**B** 2:11 27:17,18
28:5 97:13
230:4
**back** 12:11 15:15
17:17,18 25:9
28:1 38:10
51:13 59:12,15
59:19 60:9
63:5,6 77:21
77:24 80:10
83:8 84:14
86:8 88:24
91:15 106:7
110:13 117:23
128:6 132:20
144:1 151:3
167:23 169:17
197:13,23
206:5,9 213:4
214:19 216:8
221:11 225:21
225:22 227:4
228:24 233:7
239:11 242:8
242:20 243:2
243:13 244:24
246:24 257:25
262:4,5 267:1
273:21

**background**
231:25 232:17
258:21
**backup** 127:6
**bad** 109:7 246:23
247:16
**Baja** 188:5
**ballpark** 88:25
**barb** 67:25 68:1
68:3,15,21
69:4,4 255:5
255:14
**barbs** 64:18 65:9
67:5 68:10,19
68:25 255:11
**base** 187:1,5
259:24
**based** 20:7 46:1
62:16 75:10
78:16 83:13
93:7 105:13
106:16,18,19
114:9,10 117:3
121:24 126:10
126:15 138:5
138:15,18
143:2 145:16
150:21 164:23
178:22 182:25
187:13 190:4
194:20 200:10
201:6 207:19
209:20 220:7
225:17 240:10
242:15 270:15
276:3 279:14
**bases** 183:6
**basic** 102:1
**basis** 107:4
126:17 127:12
**bat** 169:2
**battery** 127:21
**beach** 47:12
**beam** 133:7
**bear** 31:21 110:8
**bearing** 72:10
**beautifully**
270:25 271:9
**began** 91:4,16
113:24
**begins** 249:6
**begun** 37:11
256:25 257:4
**behalf** 1:4,15
80:15 116:15
203:19
**behave** 49:7
263:2
**behaving** 121:22
**behavior** 32:21

34:20 56:17
59:21 259:22
263:12
**belief** 93:13
**believe** 8:23,23
11:10 12:11,16
15:15 18:2,5
19:9 20:3 30:3
30:12,16,21
38:2,12 40:21
40:23 41:7
42:24 53:17
54:12 55:22
59:3 78:17,22
79:4,6 81:12
83:2,17,18
85:18 86:6
88:25 89:4,6
89:13 90:12
91:7 94:14,23
95:17,22 97:13
98:23 104:7,10
106:12 107:10
107:11 108:9
108:10 110:7
113:20 114:14
115:23 135:21
135:21,23
148:18 151:8
152:1,16,23
157:8,14 160:7
161:21 169:24
173:25 175:15
175:19,25
185:8,14
187:19 190:17
190:25 194:7
197:2,4 199:2
200:11 204:13
204:16 207:21
207:22 210:21
211:15,16
216:11 226:10
227:22 229:2
229:16 230:24
232:9 236:20
241:23 244:23
246:5 248:5,24
249:3 252:17
253:16 261:8
262:10 263:7
265:10 272:10
275:18 276:4
279:1 282:5
**believed** 19:11
20:6 92:24
96:24 173:9
182:3 190:24
191:6 234:24
261:12 279:1

**bend** 188:21,24
189:9,13,15,21
189:21 206:5,9
**bending** 189:23
207:12
**bends** 164:24
165:1 259:20
**benefits** 111:21
**bent** 206:13
**Berger** 4:14
**best** 10:14 18:19
21:16 29:12
42:15 71:4
83:24 85:15
87:9 95:11
103:17,23
109:2 174:5
186:22 200:21
273:5,7,10
281:10
**beta** 48:14,16
59:13
**better** 7:15
274:3 278:22
**beyond** 88:10
89:9,13 96:7
132:16 183:7
213:7 231:8,13
234:7 235:5
**big** 20:16 32:24
48:9 58:18
121:22 272:23
273:24
**bigger** 223:2
**bit** 129:24 134:4
152:6 175:18
180:8 192:22
228:8 229:9
239:15 280:3
**Bockius** 4:8
**body** 145:17
**BOI** 226:3
**bold** 152:7
**book** 256:6
**books** 13:21
**bottom** 205:25
274:4
**Boulevard** 4:5
**bound** 209:10
210:12,22
211:5
**box** 117:2
**boxed** 261:23
262:6
**boxes** 120:3
262:7
**Boyd** 1:13 161:11
161:25
**Bradshaw** 2:2
**branching** 205:22

brand 212:2
  213:12
brass 14:23 15:4
  15:16,18,19,25
  25:11 27:13,15
  28:4 29:3
  30:23 31:1
  32:22 33:4
  35:11 37:20,21
  38:6 39:9
  49:21 50:9
  56:11 57:4
  59:12 60:14
  61:4 62:18
  70:6,9,12,14
  70:16,22 79:13
  80:5 81:19,21
  81:23 82:2,11
  82:13,18 84:2
  87:2 89:1 91:7
  136:16 137:13
  137:21 138:4,7
  138:19,25
  139:3 144:13
  144:15,18
  145:5 146:1
  148:19,22
  150:18,18
  168:24 246:24
  247:4 251:20
  257:9 263:1,4
  264:2,6 265:21
  265:24 267:3
  267:24 268:2
  269:13,14,14
  269:15,22,23
  270:12,13
  271:14,19,24
  272:17,19
  274:22 275:1,5
  276:23,24
  278:14 279:7
  279:16
brasses 62:18
breach 255:14
breadth 261:2,3
  264:14
break 7:11,11
  36:22 42:1
  63:1,2,5
  110:14,14
  127:13 143:23
  147:22,24
  148:2 150:23
  151:4 216:2,4
  216:9 226:22
  227:5,5 228:25
  258:1 280:19
briefly 15:23
bring 5:24

  158:15 168:23
  192:25
brittle 102:20
  102:21 169:14
  170:22 202:10
  208:16,22
  224:11 238:21
brittled 203:23
broad 66:7
broadly 62:7
broke 41:20
broken 45:2
bubble 213:6
building 261:22
bulk 117:5 132:5
  202:15 211:1
Bullet 270:11,13
bunch 269:9
burnt 129:21
burst 173:3
  176:18,23,25
  177:3 192:11
  192:13 207:9
  207:11
business 13:23
  22:25
buying 55:3

**C**

C 2:7 4:1 5:1
  121:12,13,16
  243:15,16,22
  243:23
C35330 28:5
C36000 29:16
  33:4 34:9 56:4
  57:11,19 59:6
C36500 61:5
C37700 61:5
C6930 28:6
calculate 220:16
calculated
  220:19,22
  223:12
calculations
  166:20 221:1
  221:25
caliper 193:7
call 28:23
  102:21 123:21
  123:23
called 264:9,10
  265:19
Calls 22:12
  28:21 132:13
  151:25
calorimetry
  118:13 210:1
capacity 95:3
caps 152:7

caption 243:17
car 134:19
carbonyl 209:18
  211:7 218:15
  220:19,23
care 65:25 198:6
career 13:6
  53:23
careful 169:23
Carolina 1:22
  2:3 229:22
  281:3,23
carried 82:4
case 1:4,13 5:16
  6:5 7:22,22,25
  8:3,7,10,20,24
  9:4,8,22 10:12
  11:2,16 14:6
  14:10,12,13,14
  15:14 17:9,16
  21:24 24:6
  25:22 31:23
  37:7,23 38:25
  42:5 44:21,24
  45:2 50:1
  51:19 67:17
  70:6 71:11
  73:8,13 76:19
  78:11,16 80:9
  83:7,8,19 90:4
  91:18 98:22
  105:9,15
  106:17,17,19
  106:20 120:15
  120:22 124:20
  126:7 127:6
  136:10,11,13
  139:20 142:23
  145:18 151:13
  156:23 157:3
  157:10 158:14
  160:22 161:12
  165:19,20,25
  166:21 170:20
  172:2 173:19
  173:21 174:3,5
  174:7,24 175:3
  175:8,13 176:2
  176:5 177:1
  180:1 181:3,19
  182:7 184:21
  187:11,18
  190:22 191:3
  192:4,20 194:1
  194:16 201:9
  203:17,17,19
  207:8 212:8,9
  212:10 215:14
  218:7 220:3
  227:21 237:23

  241:8 244:9
  245:1 249:18
  255:7 258:23
  259:3 260:3,3
  260:9 261:15
  261:18,25
  262:3,13,15,20
  262:22,25
  263:6,7,9,22
  264:4,14,15
  265:5,11 266:1
  267:1,9 268:5
  269:12,13,21
  269:24 271:3
  272:3 274:17
  274:19,20
  276:4,5,16,25
  280:1,3,5,6,9
cases 13:16
  36:22 51:18,22
  58:10,14 67:1
  105:16,16
  107:2 108:25
  109:4 145:7
  149:3 161:13
  172:4 176:4,6
  176:19 179:7
  190:6 191:7,8
  199:6 202:8,15
  212:16 219:5
  220:18 229:7
  235:4 240:6,23
  242:7 250:23
  258:11,12,17
  258:21 259:10
  259:23 260:11
  260:16,18,25
  269:19 271:15
  271:15,16
Casita 187:25
  262:11
cast 268:25
casting 277:7
catastrophic
  148:15
categorically
  188:17
caught 41:12
causative 48:12
  49:4
cause 44:18 49:2
  49:7 69:9,22
  70:2 71:2
  72:18 74:25
  75:2,5 81:19
  99:3,12 106:3
  140:14 148:24
  153:16 155:1
  156:11 157:9
  160:13 162:12

  162:16 163:14
  163:24 164:1,3
  164:11,15,22
  165:4,7,16,19
  169:6,21,22
  170:5,19,21
  171:4,6,17
  172:22 173:1,5
  175:20 176:7
  189:1 191:4,6
  191:17 193:15
  196:8,10,11
  198:9,12 207:1
  207:13 224:3
  237:11,13,22
  237:23 239:5
  239:17 240:1
  243:7 250:3
  272:3,22
  274:10 275:7
  278:18 279:23
  280:11
caused 42:22,23
  70:23 73:5
  109:20 129:21
  130:5 131:14
  146:4,8,16
  148:23 149:7
  149:17 168:19
  172:18 174:14
  236:18,20
  255:17 273:1
causes 71:19
  165:11 171:20
  246:15 271:2
causing 134:1
  143:7,18
  153:12 202:23
  238:20
centered 222:19
  222:21
centimeters
  222:20,22
certain 16:5
  19:1,3 23:11
  27:6 54:20
  64:11 91:14
  98:18 100:14
  100:25 132:3
  134:15 136:21
  139:16,23
  151:13 157:6
  158:9 164:5
  177:17 199:8
  219:5 220:12
  226:8 265:21
certainly 13:14
  17:22 23:8
  32:20,24 35:8
  37:1 41:14

```
45:21 55:3,4          chain 96:20              263:10,11            choose 22:24          246:15,15
55:13 61:14           chalkiness               270:22 274:12          133:5               248:4,10
65:16 66:17,18          208:20               chewing 237:18        choosing 250:6         249:18,20,22
66:23 73:7            challenges              Chicago 4:23          chose 61:17            250:6,7 251:16
86:20 92:11            111:21                 chicken 201:13        133:4 160:19           251:18 253:7,9
104:25 109:7          chance 110:19           chloramine           Christensen            253:10,12
113:22 139:17         change 48:25            177:24 179:3          106:17,19             254:4,15,17
145:24 153:15          245:2 271:3           179:18,21             181:2,5,8,13           255:1,2 257:6
157:21 161:11          276:10                180:1 182:10           181:19 182:7          257:7
164:17 167:11         changed 12:22           182:22 184:25         187:18 190:22        clamps 67:15
168:23 189:13          44:6 50:15            185:13,16,18           200:12 201:9           98:21,24
189:23 191:7           56:6,16 57:17         185:20 186:8           215:3 220:11          245:12,16,21
200:18 201:8           60:13 182:7            186:20 187:3          258:23 259:1,2        246:1,2,6,12
205:17 206:20          222:7 271:2            190:14,24             259:4 261:15          247:23,23
207:10 221:5           274:8 276:9          chloramine-i...        262:1,3                248:4,8,12,18
231:14 234:8          changes 18:20           185:4                chunk 130:1,2          248:23 250:14
239:10,16              19:2 26:8,20         chloramines 2:20        chunks 191:10          252:6,9,14,24
248:23 249:23          26:23 27:2,5,6        56:21 57:5            Cindy 5:11             253:2,4 254:9
250:3 251:12           27:21 34:3            178:17,24             circle 25:9 63:6        255:10,17
251:18 253:19          49:1 103:11           179:7,14 182:4         80:9 88:24            256:15,23
255:6,25               117:15 222:4          183:10,22              106:7 117:23          257:2
256:22 258:20          274:14 282:7          184:19 186:2           128:6               clarification
260:17 261:1          changing 272:18         190:21 204:14        Circling 242:20        107:15
certainty 8:22        characteristic          204:15                246:24              clarify 22:5
45:7 52:18             117:12 162:21         chloride 251:17       circulated             54:9 59:4 64:3
53:18,19,21          characterist...        chloride-con...         183:25                68:14 69:11
76:3,5,7,9            117:17                 253:24               circulating            91:4,24 101:3
77:13 78:5,10        characteristics        chlorides 246:8        264:24                143:22 200:13
86:8 94:21            161:16 168:22          246:20 250:11        circulation            222:15 280:16
95:3 145:19           195:9 206:16           251:7,9,13,14        183:25               clarifying 10:18
148:20 150:2          226:2 270:3            251:19,19,24         circumference          90:2
158:13 160:21        characterized           252:4,5,11          75:15 116:21          class 70:11
185:24 186:3,4        203:21                 253:5,15,17          215:19 223:11          73:11 188:1
186:6 198:12         charge 16:15            254:2,5             circumferential         191:8 193:2,23
211:6 243:7          Charlotte 1:22         chlorinated 57:5      117:6,11              194:1 200:15
252:8 261:11          2:3                    135:25 136:2,6        189:16                220:17 240:13
261:12               charred 130:1,2         159:19 160:11        circumferent...        240:22 255:10
CERTIFICATE           191:10                 166:17,18             47:16                 260:7,9
281:1 282:1          charter 17:24           172:25 185:2        circumstances          classic 74:11
certification         18:1                   230:22                136:22 139:23        classified
21:11 22:2,19        check 121:7            chlorine 2:21          141:20 157:17          217:25
23:3 97:20            200:12                 20:8 56:21,23         157:20 158:9         clean 128:5
98:11,12,19          chemical 29:21          124:11,18,19         174:16 226:9         clear 74:13
124:17,21,22          30:7,25 31:14          125:18 126:4         cited 146:8            108:1,11 122:3
125:1 126:15          56:24 57:6            133:21 135:22        City 4:6 85:10          124:19 139:19
126:16,24             61:8 248:7             136:6 177:24          85:12,16              174:7 192:8
127:7,11              249:13                 178:6,21 179:9       claim 86:19            225:24 276:14
certifications       chemistries             179:23,25             87:16,18 99:1       clearly 38:18
86:3 98:1,6          140:8 144:19            180:2,11,16          99:7 205:11            76:22 109:18
certified 98:5        272:18                 182:16 183:4        claimants 106:15        126:21 127:1,7
114:19 124:11        chemistry 31:9          183:10,16,22        claimed 155:24          131:18 133:20
126:13                32:20,24 33:1          184:7,11 186:8        claiming 77:9         136:7 165:10
certifies 22:7        34:3 56:11,25          186:21 203:14         78:3 146:22           183:6,7 186:8
certify 100:12        56:25 58:21            203:21 204:24       claims 79:6 85:1        191:11 192:5
281:7 282:3           73:21 84:25          chlorine-tested        86:21,24 87:1         198:14 202:5
certifying 23:20      96:9 140:6,15          205:5                87:11 94:2,9          203:23 204:19
24:10,22              142:20 143:11        chlorines 178:10        94:19 106:13          204:20 209:19
cetera 60:3           145:1,10              184:8,10 190:3        241:7,15,17,18         241:8,12
271:8                 179:20 180:6,7       choice 33:3,19        clamp 67:19,21         242:14
Chad 1:3 8:4          180:9 193:21          249:5                 67:23 70:25          close 143:14
```

206:14
**closed** 230:5
**closer** 214:25
243:17
**closing** 280:18
**clusters** 189:22
**code** 152:12,18
153:1,8,10
172:25
**codes** 235:4
241:24
**coils** 259:4
**coincidently**
72:7 131:24
**cold** 188:8
**Cole** 1:12,12
44:21,24 51:19
136:9,11 193:2
193:23 204:10
204:18 212:14
240:13,22
248:17,20
255:10 260:6
**Coleman** 4:17
**collection**
219:19
**collective**
259:21
**collectively**
191:8 229:4
**colors** 126:12,17
187:8
**column** 213:6
222:9
**combination**
116:5 133:17
225:12 246:18
268:25 277:8
**combinations**
133:9
**combined** 73:15
**combining** 260:6
**come** 18:25 58:6
58:9 59:15,19
109:10 210:24
221:11 252:5
254:6 260:19
273:21
**Comer** 262:8
**comes** 46:8
112:22 159:1
229:3
**comfort** 22:9
**comfortable**
21:14 143:1
150:21
**coming** 37:12
58:15 59:12
273:23
**comment** 18:12,12

**commentary** 78:7
79:15
**commented** 19:8
**comments** 19:1,5
28:18,19
**commission**
282:18
**commit** 30:18
**commitment** 58:4
**committee** 16:13
16:15,17,22,25
17:1,2,3,15,19
17:20 18:1,6,7
18:9,15 27:25
28:9,11,15
29:2,6,8,10,11
**committee's**
17:24
**committees** 28:24
**commodity** 58:1
**common** 172:16
177:25 188:11
**commonly** 43:21
113:13 138:6
251:9
**communicate** 99:5
**communicated**
84:9,11 89:5
**communication**
93:4,18 126:25
**communications**
9:13 89:15
127:5 187:11
**community** 13:10
13:15 218:25
**companies** 2:14
58:5
**companion** 193:1
238:24
**company** 22:8,19
22:23 51:2
80:14 93:24
96:23 99:5
131:1 262:23
263:22 264:4
265:5 270:16
273:20
**comparative**
209:23
**compare** 196:18
245:4
**compared** 116:18
183:10 184:7
184:10 195:10
213:16 215:17
226:11 241:20
**comparing** 116:16
118:24 120:5,7
166:19
**comparison** 48:17

122:13 195:8
209:20 242:1,2
278:1
**compensation**
268:21
**competing** 72:11
**competitions**
13:19,20
**competitive**
117:5,10
**competitor**
116:25
**complaints** 79:1
79:3
**complete** 10:16
10:19 11:24
12:6 133:3
239:15 282:6
**completed** 184:5
**completely** 35:3
46:18 67:1
70:8 79:24
127:19 162:8
197:24 256:9
259:15
**completeness**
28:2
**compliance** 31:21
61:11,15,23
62:3 114:2
152:12,17
**compliant** 25:11
26:1,6 82:15
83:12,18,21
87:7 124:23
**complicated**
144:6
**complied** 61:14
62:7
**complies** 22:20
32:3 153:9
**comply** 31:3,4,12
32:8 33:9
35:18 50:5
59:25 65:11
66:2 263:15
268:7 279:6
**complying** 61:15
**component** 36:18
36:20 134:21
141:19 148:11
148:25 256:20
**components** 36:16
51:21,24 52:2
56:5 73:7 79:2
85:6 96:15
134:24 136:17
147:24 148:1
151:17,19,21
219:8 225:11

269:9 275:17
275:24
**composition**
61:21 71:2
92:13 97:4
137:19 145:13
198:18 247:4,5
**compositions**
61:9
**compound** 124:14
143:21
**compounding**
112:15
**compounds** 58:10
60:2 112:12
**compress** 67:4
**compressed** 164:6
164:9,10
**compression**
164:15,18,22
**computer** 213:23
**conceivable**
45:24
**conceive** 254:4
**concentrate**
253:18
**concentrated**
251:17
**concentration**
48:25 142:20
145:2 186:12
249:14 253:8
**concentrations**
165:2 225:15
**concern** 35:9
96:18
**concerned** 126:22
151:23
**concerns** 19:21
19:23 21:17,19
35:11
**conclude** 83:14
122:11 161:24
183:2 198:11
201:14,17
210:4
**concluded** 83:2
93:6,9,11,21
107:22 114:10
114:14 117:11
117:15 126:10
173:14 237:23
241:4 243:6
279:14,22
280:8,10
**concluding**
236:17
**conclusion** 22:12
22:25 132:14
149:14 151:25

186:21 187:1,6
232:21 237:8
243:4
**conclusions** 83:7
96:6 187:12
209:24 239:13
243:2,3,10
245:2 264:15
266:25 276:13
**concrete** 251:25
**concurrently**
204:6 224:15
237:19
**condition** 75:25
106:2,5 109:15
109:16,19
132:5 136:7,8
143:2 159:10
162:19 171:4
179:24 186:9
186:24 191:13
191:16 199:15
234:8 239:25
242:18 249:19
**conditions** 20:15
60:17 71:11
75:17 144:20
144:22 146:7
154:22 172:21
174:10 184:12
253:4 271:1
**conduct** 23:21
153:24
**conducted** 121:12
153:25 168:15
168:16,17
203:1 266:21
269:8
**conducting** 23:23
153:21
**confidence**
169:16 179:3
214:4
**confidential**
90:9 229:2,5
**confidentiality**
89:6,17 90:13
97:16,17
**confined** 270:9
**confirmed** 195:6
**conform** 59:17
92:14 105:12
107:20 108:16
270:22
**conformed** 248:8
**conforming**
100:12,17
264:17
**confused** 46:13
**confusing** 71:25

169:22
**connect** 240:18
  240:20 253:21
**connection**
  253:20
**connections**
  252:2 253:23
**consider** 13:12
  33:19 36:17
  38:5 92:17
  107:6,16,17,18
  125:5,9,17
  128:10 175:4
  234:1 256:18
**considered** 92:10
  107:19 172:5
  178:6 220:21
  221:8 259:9
  279:17
**consistent** 79:12
  123:23 145:14
  152:25 172:4
  208:14 209:2
  218:16 255:16
  267:25 271:7
**consistently**
  24:24
**constituents**
  58:18 59:16
  144:25
**construction**
  251:25
**consulting** 80:21
  95:4
**consumer** 168:3
**consumers** 168:8
  168:11
**contact** 8:23
  32:22 196:13
  252:5
**contacted** 9:3
**contain** 40:1
  52:22 58:23
  60:15 87:6
  97:11 240:5
  253:15,17
**contained** 31:16
  31:17 75:12
  82:24 88:5,18
  90:20,21 92:16
  96:1,4,12,16
  146:1 201:21
  253:14 258:20
  268:10
**containing** 35:13
  39:9 50:10
  87:21 88:14
  91:21 92:6
  139:2
**contains** 138:13

139:4 147:14
  253:3
**contaminants**
  58:16 60:3
**contend** 50:4
  113:3 114:21
  114:24 115:2
  115:10
**content** 9:11,15
  60:19,20 62:17
  87:2 96:19
  100:10,18
  101:8,10,13,19
  101:21 104:17
  104:18 105:7
  107:7 108:4
  247:1,9
**continue** 24:22
  159:3,16
  272:16
**continued** 81:24
**continues** 237:25
**continuous** 59:13
  255:12 256:13
**contractor** 232:1
**contradiction**
  120:1
**contrast** 192:7
**contribute**
  140:16 196:6,7
  198:13 236:15
**contributed**
  69:21,24 70:1
  96:14 193:21
  195:2,19 280:2
**contributing**
  172:9
**contribution**
  115:9 133:14
  195:25
**control** 14:9
  33:1 240:11
  271:7 272:8
**controlled**
  103:24 269:16
**conversation**
  9:11,15
**conversion**
  213:18,20
**cooling** 112:20
  128:9
**copied** 116:14
  151:9
**copies** 12:6
**copper** 25:18
  26:21 27:17,18
  28:5,6 43:24
  136:20,21,23
  136:25 137:3
  139:15,20,22

139:23 140:7,9
  140:14,20,23
  141:1,4,6,8,18
  141:23 142:5,8
  142:16,22,25
  144:7,10
  247:14 248:13
  252:2
**copy** 10:5,16,19
  25:14 31:19
  89:10,17,21
  175:16 193:12
  227:7 242:23
  244:16 265:11
**CORRADO** 4:8
**correct** 7:5 18:5
  44:22,25 45:5
  62:20 74:22
  81:17 85:14
  91:1 93:25
  114:20 119:10
  119:16 123:10
  123:20 126:6
  128:12,15
  138:21 194:3
  200:2,11 214:3
  242:22 252:11
  266:3,15,20
  267:7 268:4,8
  268:11
**correctly** 69:16
  91:8 126:5
  135:22 152:14
  152:15 199:22
  227:23 229:17
  230:23
**correlation**
  225:24
**correspond** 235:4
**corrode** 136:17
  136:20,21
  137:3 139:23
  139:24 141:24
  142:6,7
**corroded** 42:2
**corrodes** 251:21
**corrosion** 31:9
  32:9,12,21
  34:22 35:15
  36:9,12 37:8
  38:14,19 39:2
  39:9,11,11
  41:21,23 42:1
  43:3,13,22
  44:18 45:15,19
  46:9 47:9,11
  47:13,20 49:9
  49:21 52:24
  53:1 56:10,13
  56:14,17,19

58:12,19,22
  59:21,23 60:22
  70:20,21 71:5
  71:6 72:6
  73:14,16,19
  75:14,19 76:16
  93:19 137:10
  137:11 138:8,9
  139:15 140:14
  140:16,17,18
  140:19,22,25
  141:3,9,18
  142:17 143:15
  144:8,8,11,12
  144:14,17
  145:21,21
  147:3,4,12,13
  153:17 246:7
  247:7 249:7,10
  249:12,15,16
  249:24 250:4
  250:10 252:13
  252:20 256:24
  257:10,14
  263:12 274:20
  274:22
**cotta** 127:22
**counsel** 5:5
  281:12,16
**counting** 52:13
**countries** 58:3
**County** 281:4,23
**couple** 6:24
  234:19 243:14
**coupled** 172:7
  187:9
**coupling** 81:24
**coupons** 217:10
**course** 25:8
  53:23 64:8
  107:2,4 191:19
  194:11 231:20
  234:10 254:7
  263:6
**court** 1:1,11
  15:21 229:22
**cover** 61:2 256:1
  256:2
**CPI** 85:19 124:16
  127:21 128:2
  227:11 230:19
  234:22,25,25
  235:4 237:10
  261:12
**CPI's** 124:18
  126:15 230:20
  235:5
**crack** 101:16,18
  101:23 102:10
  102:15,24

103:8,13 104:6
  104:18 128:21
  130:3 132:1
  155:23 156:1,9
  157:24 158:5
  159:13,14,16
  159:21 164:7
  164:12 165:4,8
  165:9 167:16
  167:19 168:5
  189:1,14
  191:14 196:7
  199:13,17,21
  199:23 200:8
  200:15 201:15
  201:17 202:17
  202:18 203:2,3
  204:21 205:18
  207:1,3,4,5,14
  207:21 214:14
  224:11 235:19
  235:21 236:1,7
  236:25 237:5
  238:2,3,5
  243:7,25,25
  255:18
**crack-like**
  243:20
**cracking** 31:9
  32:9,12,21
  34:23 35:15
  36:9,13 38:17
  38:19 39:12
  41:21 44:18
  56:10,14,17,20
  58:13,20,23
  59:23 60:22
  70:21 71:6
  72:6 73:17,19
  93:20 113:10
  136:5 138:8
  144:12,14,18
  145:21 147:4
  147:13 157:13
  170:22,23,23
  186:13 189:25
  205:2 208:21
  236:13 246:8
  247:7 248:23
  249:7,10,12,15
  249:16,24
  250:4,11
  257:10,14
  263:12 274:20
  274:22
**cracks** 120:14
  128:22 153:13
  153:14 155:1,5
  155:8,12 156:3

156:11,20
159:3,7 160:1
160:22 161:18
162:2 164:24
173:1 189:14
189:17,22
192:4 203:6,24
204:2,5,11,22
205:19,20
206:8,23 207:1
207:6 235:24
237:25 238:6,6
238:14
**craze** 136:5
186:13 203:6
206:23 208:20
236:12 237:25
238:6,14
**crazed** 204:22
238:6
**crazes** 238:20
**crazing** 160:24
178:15 195:7
202:24 205:2
209:1 236:24
237:4,9
**create** 64:16,18
64:20 67:7
**created** 27:24
84:19 111:12
224:6
**creep** 102:14,16
103:9 155:11
156:2,16,20
157:12 159:10
159:21 160:23
161:2 165:2
170:25 172:12
202:19 237:6
**crimp** 25:18
26:21 63:11,15
63:18,23,25
64:7,15,17,22
64:24 65:1,3,5
65:21 66:3,10
67:18,21,23
71:18 143:16
240:17 248:13
**crimped** 66:16
**crimping** 63:9,13
65:4
**crimps** 63:24
**critical** 109:14
196:18
**critiquing** 13:15
**cross** 41:9 43:5
43:12 45:11,13
45:20 47:4,5,7
47:8,18,19
76:11

**cross-link** 117:6
176:13
**cross-linked**
25:18,23
102:17,24
155:12 218:19
**cross-linking**
100:13,15
101:22 102:9
102:13,19
103:5,7,12
104:4,5 105:13
105:14,21,23
105:24 107:14
107:20,23,24
108:13,16,18
108:19,24
109:13,22
111:14,19,22
111:25 113:18
116:2,6 117:12
157:19 224:8
225:18 239:9
239:19 245:13
**crosslinked** 2:22
**crumbling** 41:23
**crusty** 168:24
**crystal** 213:7
**cumulative**
105:14 190:4
**curing** 252:1
**curious** 56:5
**current** 12:20
117:4,9,16
**CV** 11:3 12:10,18
12:20,25 13:3
81:11,13 84:15
85:3 94:7
**CW** 28:6,7
**Cynthia** 1:21 2:1
2:8,16 5:2,9
5:10 282:3,9

---
**D**
---

**D** 2:11 5:1
243:15,16,22
243:24
**D3895** 2:18 118:1
**dam** 163:11
**damage** 154:18
155:1 158:17
158:18,20,21
160:13,18
162:16,18
163:14,17
164:16,17
**danger** 214:14
**Dash** 118:2,3
**data** 9:17,23
41:14 50:20

52:5 106:25
107:17 109:1,3
125:7,11
126:10 194:10
195:8 215:19
220:10 258:11
259:10 260:2,8
**database** 79:3
**date** 172:3 235:4
241:24 242:20
266:12,14
**dates** 77:17 84:5
235:5
**day** 2:4 23:4,4
47:24,25,25
67:2 72:22
194:11 197:3
198:21 207:23
231:21 281:19
282:12
**day-to-day** 22:24
**deal** 14:1 98:17
**dealing** 79:12
98:15 274:19
274:21 276:15
**deals** 118:11
**dealt** 29:11
174:6
**December** 228:3
**decide** 112:1,9
250:16
**deciding** 111:9
**decision** 99:6
111:23
**decisions** 28:16
111:5,9 112:16
112:20 115:6,9
**decrease** 66:9
**dedicated** 18:14
84:23
**dedication** 95:7
**deemed** 270:4
**deep** 212:17,17
214:2
**defect** 40:2,3,4
40:6 52:20
71:15 72:2,8
73:23 74:13,23
109:20,23
129:7,15
130:12,12,14
130:15 131:9
131:13,24
132:7,9,11,12
132:18,19
133:25 139:5
139:13 161:17
171:7 175:1
191:3,6 198:15
198:21 237:21

237:21 251:1
279:5
**defective** 32:5
33:19 39:8,12
50:16 72:4,24
73:9 74:11,14
74:17,20 75:25
77:5,9 78:3
82:23 83:3,15
87:25 88:15,19
91:22 92:5,11
92:12,13,18,24
93:15 110:25
113:4 114:22
116:3 126:19
134:9,16
135:16 136:23
137:3,15 141:8
142:8 147:2,9
170:11 171:3
186:24,25
246:12 277:22
**defectively**
33:10 50:12
246:5 247:2
**defects** 51:3,4
115:19 128:19
128:23 162:4
169:17 191:9
**defendant** 1:9,20
1:22 2:2 4:2
5:5 173:24
**deficiency** 278:5
278:20 280:2
**define** 13:7
42:24 54:16,18
68:2,21,22,23
134:5 135:9
142:15,15,16
147:19 158:9
162:14,18
167:25 254:12
254:14,16
**defined** 95:9
110:7 220:25
223:22 271:1
**defines** 256:6
**definition**
249:24 256:3
256:14,19,21
**definitive**
118:23
**deform** 162:21
**deformation**
192:14
**deformed** 163:3
**deforms** 163:8
**degradation**
100:19 101:11
105:25 115:16

130:9 132:8,8
133:24 136:4
148:10 155:25
156:3 157:13
159:9,22 160:6
160:9,25 165:7
165:12,16,19
165:22 166:12
167:2,17 171:2
171:21,23
173:6,11,16
174:25 175:21
178:14 185:13
185:17 186:1
186:13 202:11
203:25 204:5
207:15 208:15
209:3,8 210:6
236:13 238:13
**degrade** 112:6
135:1,5 148:6
214:8
**degrading** 214:10
214:10
**degree** 39:2 45:7
48:14 59:13
76:2 78:4
100:15 101:15
101:21 102:17
103:7,12
108:15 109:13
115:8 116:22
116:24 120:11
122:14 133:14
136:5 139:9
145:11,19
150:2 158:12
163:6,6 175:8
188:21,22,23
189:12,21,22
193:3 198:11
201:8 206:10
211:18 223:3,8
224:10 225:17
226:8 234:5
235:25 236:1
239:9,18
242:10 243:6
252:8 268:22
**degrees** 75:15
121:12,16,19
166:10,10,23
166:23 208:20
224:7,8 230:18
**deliberate** 6:17
**deliberately**
203:20
**delve** 22:18
**demonstrable**
271:4

**demonstrate** 47:5
58:4 73:11
**demonstrated**
23:11 58:5
107:14 108:18
108:24 138:3
178:14 219:22
239:22
**demonstrates**
122:4 126:7
127:1 209:19
**demonstrating**
20:9
**denied** 241:18
**density** 111:11
111:11 112:5
217:23 218:3,4
218:8,14
**deny** 241:7
**DePalma** 4:22
**department** 24:3
**depend** 24:18
25:2 34:12,15
34:16,17,19
35:20 66:21
100:3 140:16
160:18 168:21
174:2,3 202:18
224:12
**dependent** 18:23
56:10 61:15
126:14 149:13
155:20 180:6,9
198:15,16
209:22 212:24
**depending** 97:4
99:15 100:15
151:13 163:6
**depends** 35:23
67:3 103:3
129:9 153:3
154:21 251:6
**depleted** 122:7
122:21 123:8
**depletes** 122:1
**depletion** 56:23
56:23
**deposed** 6:25
**deposition** 1:21
2:1,13 5:22,25
6:3 7:21 95:12
95:17,20
191:19 262:15
280:21 281:7,9
281:14 282:11
**depositions** 7:8
95:5,23,25
96:3
**deposits** 168:25
169:1 211:4

**depth** 45:14,15
45:21 47:13,15
47:17 202:7,17
205:18 209:2
212:22
**describe** 14:22
37:9 232:13
244:20
**described** 28:18
128:14 232:14
232:15 233:2
234:19 235:21
**describes** 207:4
235:19
**DESCRIPTION** 2:12
**descriptions**
79:14
**design** 40:2
68:12 71:15
72:4,18 74:13
74:20 83:4
87:25 88:15
91:14,20 92:4
92:11,25 93:15
96:14 110:5,15
110:25 112:23
128:7,14 129:2
131:20 132:12
132:16 133:18
134:16 147:9
172:20 174:14
174:19 188:12
237:21 246:12
246:15 247:13
249:6,18 251:1
263:14 267:3,4
268:13 269:22
270:1,4,9
271:19,24,25
272:10 273:6
274:1,8,8
275:7 276:15
276:18,22
277:14 278:5
278:14,14,19
278:21 279:3
279:16,17,23
279:24 280:1,9
280:11
**designation** 2:18
3:3 118:1,4,7
124:12 216:12
245:11
**designations**
111:18
**designed** 33:10
36:20 37:1
50:12 110:1
165:14 167:9
246:5 247:2

269:16
**designs** 111:3
**despite** 235:8
**detail** 19:1 89:4
89:8 274:15
**details** 86:6
150:11
**detect** 124:5
**detectable**
148:10 186:12
223:19
**detected** 46:3
148:23 211:17
218:16
**detecting** 123:15
209:18
**deteriorated**
256:11
**deteriorating**
252:22
**determination**
26:16 31:15
152:2
**determine** 30:2,7
31:7 41:17
43:8 44:10
45:16 62:9
67:13,15 69:20
69:23 87:24
88:2 99:12
100:10 108:15
111:7 119:5,8
119:18 121:1,9
121:25 122:6
129:6,12,14,20
129:25 130:2,5
138:19 143:6
143:18 146:16
149:16 168:4
168:10,19
169:6,24 170:4
170:7,18
194:15,25
198:8 200:16
203:1 208:6
209:9 210:1
211:6 214:16
231:19 232:19
234:11 241:15
241:17 254:18
255:11 272:25
278:20,21,23
280:11
**determined** 88:1
**determining**
119:1 126:9
237:20,22
**detrimental** 44:3
58:10 60:2
249:13

**detrimentally**
41:25 121:13
121:15 249:13
**Deutsche** 9:5
**develop** 96:12
140:24
**developers**
270:19
**developing** 127:6
**development**
84:25 85:2
183:16
**deviate** 217:6
**deviation** 217:13
**dezincification**
31:8 32:9,12
32:21 34:23
35:14 36:8,12
37:8 38:18
39:2,5,8,11,16
40:16,22,24
41:5,9,18,22
41:25 43:3,9
43:16,17,22
44:7,11 45:12
45:17,19 46:5
46:8,16,21
47:1,9,23 48:4
48:6,8,10,16
48:20 49:2
51:25 52:1,7
52:10,24 53:1
53:10 54:1,3,4
54:11 56:9,13
56:18,19 57:11
57:21 58:19,22
59:9 60:22
70:20 71:2,5,8
71:18 72:5
73:6,14,16,19
75:6,14,17
76:10,15,20
93:19 137:10
137:11,14
138:1,9 144:11
144:15 145:20
146:24 147:3
147:12 153:17
169:3 247:8
251:21 256:24
257:6,9 263:11
274:21
**dezincify** 144:10
**diameter** 122:19
122:20 238:25
239:6,21,25
240:1,9,21
241:1,2,19,22
242:5,13,17,19
**diameters** 240:16

241:10,12
**difference**
104:18 118:3
183:9,21
186:23 195:23
205:12 206:3
216:17 217:19
237:20 267:14
272:23 277:19
**differences**
104:16,20,22
183:13 269:4
272:9 275:16
275:23 276:18
276:22 277:2,5
277:6,7,9,11
**different** 8:6
16:6,9 17:19
32:14,15 34:8
34:20 43:9
48:7 50:14
57:1 71:14
72:17 80:14
88:22 91:14
96:13,15,15
100:14,22
111:16,18
115:9 117:17
120:6 130:25
131:1 132:11
134:6 136:14
136:15 140:9
144:10 149:11
150:22 155:20
156:8 159:6
161:2 162:3,11
162:12 167:15
170:24 171:7
171:20 175:3
188:4,6,6,7
190:12,13
192:13,15
193:10 195:22
198:3 202:21
204:11 225:13
230:1 231:19
234:19 257:10
258:12 259:20
268:17,18,19
268:20,21,22
268:23 269:1,8
269:11,14
270:3 274:18
277:13,14
**differential**
118:12 210:1
**differently**
32:16 49:7
53:4 95:12
113:16 132:2

136:14
**Dimensional** 238:23
**dimensions** 195:16
**dimples** 191:11
**direct** 152:5 219:17 230:13 235:18 258:1
**direction** 189:16 189:19 238:7 238:10 281:12
**directions** 233:10
**directly** 98:10 98:16,17 105:18 253:21 276:10
**disagree** 12:1 22:14 38:5 143:25 184:14 184:15 190:16 190:25 206:18 256:16
**discarded** 161:7 177:8
**discernible** 195:22,23
**discernibly** 198:3
**disclose** 88:9 97:14 275:3
**disclosed** 94:24
**disclosure** 90:8 90:9
**discoloration** 47:3
**disconnect** 20:16
**discover** 272:3
**discovery** 107:2
**discuss** 14:19 15:4 79:22,23 89:8 124:24 274:15
**discussed** 14:20 25:11 97:15 259:7,15
**discussing** 265:21 266:22
**discussion** 94:7 258:22 260:5
**disinfect** 178:18 178:18
**disinfectant** 178:3,4,7,13 178:24 179:16 180:11 183:4 185:13 186:19 187:3 198:19
**disinfectants**

2:21 177:22,25 178:1,6 186:10 186:11
**disinfected** 182:16 183:3 186:2 190:3
**disinfecting** 179:11
**dispersive** 172:6 209:5
**displays** 117:9
**disposal** 61:17
**dispute** 211:16 229:23
**disruption** 23:19
**dissolve** 210:23
**dissolved** 210:10
**distinction** 155:11 169:23
**distinctive** 161:1 162:22 174:11 270:10 270:15,20
**distinctly** 161:2 162:3 202:20
**distracted** 17:11 228:8
**distribute** 14:7
**distributed** 122:10 245:17 245:22 246:25 267:17
**distribution** 119:24 120:5 196:12,20 223:10
**DISTRICT** 1:1,1 1:11,11
**divided** 222:20
**division** 1:2 91:6,6,10
**document** 5:17 10:3,10,11 12:22 21:1,6 25:12 27:10 63:8 77:14 117:24,25 118:19 127:24 151:5,6 183:23 213:5 215:25 216:10,11 226:3 227:25 244:3 245:8 258:3 264:25 265:1,14,16
**documentation** 126:25 127:7 206:25 261:4
**documented** 29:24 77:19 105:20

107:19 144:16 174:8 203:6 206:24 230:16 233:13 240:13 240:15 241:9
**documents** 5:24 6:13 11:6,19 40:23 62:9 113:11,14,19 121:17 187:10 218:6,13 227:6 229:16 261:19 262:2
**doing** 21:22 23:7 64:14 80:13 86:3 93:9 94:15 100:21 105:2 106:15 168:19 169:7 179:19 212:18 213:24 244:25
**Don** 203:16
**door** 239:24
**doubt** 89:21 253:5
**doubtful** 75:21
**drafted** 177:14
**dramatically** 269:4
**draw** 209:24
**drill** 71:12
**dripping** 148:15
**Drive** 4:22
**driver** 236:21
**dropping** 194:17
**ductile** 159:21 174:11 176:17 205:23
**ductility** 205:22
**due** 32:8 40:6 41:21 71:10,13 73:14,15,18 115:15 126:20 131:18 133:24 144:13 145:20 147:11 159:8,9 159:10 160:23 160:23 176:14 176:17 192:13 199:21 202:10 202:19 207:11 210:5 228:5 237:15 239:2 246:6 251:21
**dull** 58:8
**duly** 5:3 281:9
**Dura-PEX** 227:11 230:20,22
**duration** 126:18
**Duvall** 203:16,18

**E**
**E** 2:7,11,11 4:1 4:1 5:1,1 243:15,16,24
**e-beam** 113:16 114:25 115:10 115:13
**e-beam's** 115:14
**e-beamed** 124:10 131:1
**e-mail** 18:9 28:19 84:8
**earlier** 56:2 65:19 88:21 106:6 108:2 109:17 128:25 132:2 139:8 149:9 246:11 264:23 271:13 271:14
**easier** 191:14
**easily** 101:23
**edge** 64:23 65:5 161:3
**edition** 256:7
**EDR** 210:8,13
**EDWARDS** 4:17 8:8 8:21 9:9 10:6 15:20 17:10 19:16 21:5 22:3,11,22 25:1 26:12 28:21 31:24 32:6,17 33:12 33:24 34:1,11 35:22 37:4,25 38:7 39:6,20 40:18 45:8 49:11,16,23 50:7 52:11 53:11,13 54:6 54:24 55:21 57:13,23 60:4 61:25 62:24 63:19 64:2 66:12 69:10 71:22 74:2,9 75:7 77:11 78:6 79:18 83:5,16 88:6 90:10 91:23 92:8 94:3 97:1 100:20 103:2 108:5 114:13 124:14 125:13 125:22 129:8 131:3,16 132:13 134:10 135:8 137:5,16 140:1 141:10

142:1,9 143:9 143:20 144:4 146:18,25 147:8,18 149:1 149:19 150:5 150:13,24 151:24 152:19 153:2 155:3 156:4,21 157:25 158:19 159:5 160:3 161:8 166:5 167:20 168:20 169:9 170:15 171:14 174:22 176:9 180:17 180:23 181:15 182:17 185:6 187:4 190:15 197:15,21 201:19 203:11 207:16 214:22 216:2 220:4 221:16 226:24 228:12 231:3 235:12 252:16 252:23 257:20 263:8 272:13 273:16 275:9 276:1 277:24 279:8,21
**EDX** 210:13,14,16
**effect** 56:22 105:5 163:5 166:20 223:5,8 263:10
**effectively** 122:5,22 123:1 206:8
**effects** 44:4 73:16 167:8
**effort** 6:17 13:16 16:18 81:25 115:7
**efforts** 214:25
**egg** 201:13
**eighth** 64:24 65:6
**either** 5:12 24:2 93:4,17 98:3 106:14 108:20 151:11 186:9 197:5 214:15 231:1 245:17 245:21 246:25 257:2 259:11
**elaborate** 239:14
**elbows** 82:8
**electron** 117:13 172:8 201:22

202:9 208:25
**electronic** 11:1
  11:7,10
**elevated** 154:16
  154:24 158:16
  158:24 172:23
  186:15,16
  198:15 236:9
  239:16
**eliminate** 69:7
**eliminated**
  117:14
**empirical** 20:1
  20:11 44:16
  75:11 109:18
  130:6 184:21
  207:20
**empirically**
  93:19 120:20
  120:21 200:10
**employed** 86:14
  103:5 123:11
  281:13,16
**employee** 81:4,6
  81:22 281:15
**employment** 89:16
  91:3
**employs** 125:20
**EN** 28:6
**encircled** 243:22
**encountered**
  168:7
**encountering**
  254:5
**ended** 114:18
**energy** 127:2
  172:5 209:5
**engaged** 14:21
**engineer** 81:15
  231:25 232:5
**engineering**
  84:22 85:1
  168:9
**engineers** 96:11
**ensure** 62:4 65:8
  68:18 98:4
  219:25
**enter** 28:2
**entered** 128:23
**entire** 90:15,24
  127:21 239:1
**entirely** 30:12
**entirety** 11:23
**entities** 23:20
**entitled** 235:17
  238:23
**entity** 21:11
  24:10,21,22
  126:9
**environment**

33:16 61:22
112:3 130:10
131:21 133:20
138:13 139:25
140:13,23
141:11 167:10
184:25 185:2
186:15 249:11
250:18 252:21
**environmental**
  35:20 48:19
  186:9
**environments**
  138:10 139:16
  141:7 145:25
  259:21
**equal** 101:22
  135:6 166:23
  230:16 231:2
  233:19 268:12
**equally** 72:24
  111:12 224:7
  242:15
**equipment** 234:16
**equivalent**
  219:23 220:1,8
**error** 223:23
**errors** 188:14
**escape** 37:2
  39:18 251:15
**escaped** 42:18
**ESI** 6:16,20
  52:15 106:18
  154:2,7,7
  226:13
**ESI's** 29:24
**ESQ** 4:4,8,13,17
  4:21
**essentially** 35:3
  112:25 158:17
  195:24 212:23
  214:3 247:12
**established**
  118:23 145:6
  183:5
**et** 60:3 271:8
**evaluate** 30:24
  86:10 87:20
  88:2 136:24
  153:23 154:10
  156:22 220:6
  240:25
**evaluated** 8:16
  38:25 76:13
  79:21 87:14
  104:22 105:20
  107:13,21
  108:18 115:14
  119:21,22
  131:18 154:2

157:2 186:7
193:11 200:5
223:7,8 234:14
258:24,24,24
**evaluating** 104:8
  212:11 216:13
**evanescent** 213:6
**evaporate** 46:7
  251:17
**evaporates**
  210:24
**events** 94:19
  271:16
**eventually** 135:1
  148:5 155:14
**evidence** 31:11
  40:22,24 41:10
  43:1,2,4 51:10
  53:1 69:25
  76:10,11,15
  77:1 78:20
  79:8 124:20
  126:6 128:23
  136:3 139:1
  146:24 159:22
  160:5,8,24
  165:24 172:6
  174:7,25 175:2
  186:12 193:18
  209:1 236:12
  255:13 256:23
  257:3,5 276:3
**evidenced** 47:3
  175:6 249:21
**evident** 47:1
**exacerbate**
  172:22
**exacerbating**
  60:17 106:4
  109:15 136:7
  191:9,13
**exact** 26:5
  279:24
**exactly** 68:17
  106:12 136:11
  137:17 138:5
  139:2 144:8
  176:24 196:2
  217:3
**examination** 2:9
  5:5 70:13
  189:12 234:20
**examined** 5:4
  67:11,11,12,14
  173:8 193:2
  255:9
**examining** 172:13
**example** 13:17
  17:25 23:6
  34:16 37:7

48:9 49:6
74:12 104:17
111:10 123:12
129:20 153:16
156:12 172:5
185:15 189:9
194:23 207:10
210:11 224:4
232:20
**examples** 74:14
**exception** 241:5
**excess** 90:17
  91:3,21 92:6
  93:1,23 121:16
  160:12,15
  232:7 263:18
  268:3,10
**excessive** 153:8
  153:12,15
  164:24 165:1
  165:21,23
  173:10,15
  174:8 189:22
  193:19,20
  198:16,16
  207:7,12 236:8
  238:7 239:2,5
  239:21,24
  241:12,13
  242:4 243:9
**excessively**
  238:25 239:6
  241:10 242:17
  242:19
**excluded** 41:7
**exclusively**
  136:1 179:14
  179:16 182:22
  185:17,19
  186:1 190:3
  204:15 206:12
**exhaustively**
  169:12
**exhibit** 2:13,14
  2:15,17,18,19
  2:20,23,25 3:1
  3:2,3,5 5:13
  5:17 10:1,4,7
  10:12 11:14,15
  12:14 23:5
  25:6,13,13
  32:11 40:2
  51:10 52:23
  56:12 61:21
  63:7 73:23
  117:20,24
  151:1,5 160:24
  162:2 177:16
  183:17,19,23
  193:3 196:11

203:11 207:18
213:2 215:22
216:1,10
221:24 225:22
227:1,2,7,8
229:1 235:12
235:14 238:25
239:20,21
241:10 242:20
244:4,15 245:5
245:9,10
247:22 258:2
264:21 265:1,2
**exhibited** 39:1
  53:9 75:14,16
  116:22 125:2
  135:23 161:15
  206:23 240:9
  248:21 270:19
**exhibiting** 38:14
  239:24
**exhibits** 39:7
  147:2 236:1
**exist** 78:22 95:8
  147:13 176:11
  224:15,22,22
  225:15 252:14
  261:13 268:11
  268:22 269:4
**existed** 107:23
  162:5 175:1
  198:5 277:11
  277:19
**existence** 74:23
  249:8
**existent** 120:13
**exists** 39:12
  44:3 52:20
  109:21 133:15
  139:13 147:9
  161:17 171:4
  180:2 198:21
  211:19 225:7
  225:18 237:21
  237:21 250:25
  253:9,10 276:3
**exit** 148:3
**exiting** 147:23
**expand** 239:16
**expanded** 240:9
  240:16 241:19
  242:6
**expansion** 163:7
  241:21 242:10
**expect** 20:3 55:4
  55:13 66:9,11
  66:15 111:8
  124:3 136:13
  138:5 139:2
  141:15 150:19

159:20 164:21
166:11 182:5
184:24 196:3
200:23 201:3,7
208:15 209:7
236:6
**expectable**
138:15
**expectancy** 54:19
119:1,6,8,23
184:19 189:5
**expectation**
54:23 55:8
61:19 127:8
**expected** 38:15
57:21 87:6
115:5 121:14
131:22 138:14
145:15 159:11
**expediency**
212:13
**experience** 20:1
20:11 21:18
39:21 44:17
57:20 75:11
79:12 105:14
106:6 109:18
130:7 144:9,12
144:14 164:23
168:6 173:7
175:22 184:22
190:4 192:7
201:6 207:20
220:8 232:1
234:3,13 261:2
261:4,5 262:24
263:1 273:18
279:15
**experienced**
270:7
**experiences**
28:25
**experiencing**
37:8 270:24
**expert** 10:16
11:4 13:13
14:3 15:11,14
15:15 79:15
94:2,9,12,18
94:25 95:4,5,6
95:13 105:20
125:5,9,17
149:16
**experts** 14:6
106:14,18
108:21,23
109:5 121:4
154:2 166:21
203:22 211:16
**expires** 282:18

**explain** 109:16
249:2
**explore** 150:9,11
**exposed** 122:17
155:13 186:7
196:19 203:14
206:6 210:20
230:22 239:1
**exposure** 121:13
156:11,13
165:16 171:24
193:20 241:13
**expound** 197:18
**expressed** 245:15
**expressing** 15:10
15:12
**extend** 47:20
112:12
**extended** 43:18
46:9
**extending** 76:11
**extends** 45:20
47:6 213:7
**extensive** 41:22
205:2 209:1
**extensively**
144:16 169:12
203:7 263:10
**extent** 12:8
122:10 127:23
164:9,10 166:1
189:7 216:13
225:25 244:17
**exterior** 43:1,3
45:25 46:25
47:4 215:10
236:3,4 243:21
**extra** 10:5
**extrapolate**
109:9
**extrapolated**
20:10
**extruded** 84:24
124:10
**extruder** 112:19
**extruders** 131:1
132:25
**extrusion** 112:17
121:15,18,25
122:4 128:8,17
128:20,23
129:12,15
130:11 191:3,6
191:9,10
**extrusion's**
122:2
**eye** 41:12 167:18
169:8 170:5
206:2

**F**

**F** 2:25
**F17** 17:1,2,6,7
17:15 18:1,3,7
**F1807** 2:17 15:19
15:24,24 16:22
25:11,14,16
26:2,7,9 31:3
31:12,21 33:9
61:12 62:11
63:7 67:25
79:13 82:15
83:12,18 87:4
87:20 88:4
90:16 91:10,17
91:21 92:5,14
92:24 93:10,13
96:8,9 118:6
246:10,24
247:12 263:4
263:15,23
267:25 268:7
268:14 272:11
275:20,22
276:23,23
277:20,21
278:10,12
279:6
**F1807-compliant**
87:2
**F1807-type** 87:11
**F2023** 19:6,14,22
20:19,23 21:11
21:17 125:7
127:21 128:2
**F2098** 3:4 245:11
249:4
**F2102** 216:12
**F807** 32:4
**F876** 17:25 18:4
18:20 100:13
105:13 107:21
114:2 120:9
241:3
**fabricated**
216:14
**facilities**
177:23
**fact** 13:12 15:13
32:14 41:7
45:12,16,25
48:13 51:6
52:25 56:18
67:13 73:3
74:16 95:6,13
100:16 107:19
116:2 117:12
120:13,16,23
121:4 124:6,25
126:19 127:10

133:7 134:7,14
135:15 137:2
139:8 161:13
165:25 176:18
182:25 192:4
195:10 203:7
206:19 211:17
250:19 255:11
271:3 272:24
274:1 276:9
**factor** 32:25
49:4 74:15
172:9 213:18
241:14 247:5
**factors** 34:13,15
35:20 48:7,8
48:19 100:25
103:4 104:24
143:6 146:16
160:20 170:24
172:18 191:9
252:12
**facts** 9:17,23
52:4 95:8
174:3,4 232:18
258:11 259:10
**Fahrenheit**
230:18
**fail** 32:8 37:20
39:17,23 44:11
45:7 55:11
74:1,8,11,24
75:5 93:8,10
109:21 120:19
120:20 134:8
134:21,25
138:20,24
139:10 147:17
149:8 153:9
157:12 162:8
173:5 175:20
176:13 192:13
198:13 237:15
250:21 251:3,5
252:9,9,14
254:21 255:6
259:18
**failed** 20:14
24:11,17,24
31:3,4,12 37:3
37:10 39:5,24
40:10,14 41:3
41:5,6 42:17
50:17 51:9
57:4,5 61:11
62:11 73:15,18
76:21 105:22
108:12 115:11
115:15 120:22
129:6 131:8,18

138:22 142:7
148:14,25
149:15,25
150:3,7,15
161:24 168:18
185:12,25
187:2 195:24
207:11 210:5
240:23 254:9
257:13 270:18
**failing** 37:9,10
51:6 73:13
78:11 79:2
133:23 137:21
145:20 270:14
272:4
**fails** 36:24 66:2
153:8
**failure** 13:18
24:19 33:15
36:14,15,17,25
37:6,11,21
38:6,13,22,24
39:13 40:4
42:22 51:11
61:14 67:16
69:9,16,22,24
70:2,4,21 71:7
73:3,4,24 74:1
74:7 75:1
84:23 85:6,17
99:3,4,12
100:14,25
105:8 106:2
109:14,19
130:5,16
131:14,14
132:7 134:5,15
135:6,9 137:20
138:14 139:1,6
139:6,9 141:2
141:8 142:16
142:25 144:10
146:4,8,23
147:20 148:18
148:24 149:13
149:17 152:13
153:21,24
155:17 157:9
160:1 162:14
162:23 163:9
163:14,24,25
168:4,19,22
169:6,11,22,25
170:4,6,19
171:17 173:14
176:21,23
177:2,2 180:5
182:6,15 184:5
184:7,9 185:4

186:22 188:14
189:9 190:14
191:4,5,7
193:21 195:19
197:8 198:1,3
198:9 200:19
202:16,24
203:5 208:13
214:21,24
215:1,2 224:3
224:19 228:5
236:16,18
237:7,12 246:7
246:20 248:21
250:20 251:7
253:8 254:12
254:14,17
255:2 256:4,7
256:15,19,25
257:3,4 259:19
266:22 269:5,8
272:25 274:5
274:10 280:11
**failures** 69:24
72:25 73:20
78:17,20 86:12
99:9 109:16
131:17 132:5,6
142:22 146:14
162:13 172:2
172:16,22
173:9 174:12
174:13,18
175:6 176:8
181:21 182:9
188:8,11
189:12 193:15
195:1,11,15
248:19 266:23
270:8,8 272:22
273:19 275:8
278:3 279:23
**fair** 7:15,18
8:15 21:12
29:4 45:4 48:5
51:18 65:22
66:19 73:6
74:1,8,10,21
75:9,10 77:6
79:9 87:13,14
90:25 98:16
106:15 108:13
108:21 109:3
120:19 121:1
123:9 130:4
148:16 149:18
150:12 161:7
161:10 163:10
163:15 164:8
164:13 165:5

171:13 174:21
185:5,8 196:15
199:19 200:25
207:2,7 233:6
233:24 237:8
242:23 244:15
250:22 252:15
252:17 265:10
266:19,23
273:12
**fairly** 167:12
**fall** 17:19,23,25
174:19
**falling** 94:23
**falls** 18:8
**false** 127:22
**familiar** 7:22,24
68:5,8,10,12
181:12,17
212:2 255:19
256:3
**family** 199:5
**far** 25:4 45:10
45:22 58:6
66:22 67:3,6
70:24 75:11
124:7 151:23
155:20 160:15
161:5 184:23
211:18 222:9
243:1 276:3
**fashion** 127:18
141:25 147:22
**fast** 46:8
**faster** 72:13
101:19
**fault** 246:23
**fear** 127:8
**fee** 11:3
**feel** 18:12,17
21:13 53:4
127:9 149:21
150:20 177:17
192:3 197:21
**feet** 214:21
**ferret** 115:8
**fibrils** 205:23
**field** 20:15 86:6
86:10,18 87:14
103:24 104:1
107:11,12,22
108:17 109:10
118:24 129:4
138:25 156:12
176:16 184:22
187:7 189:4
196:16 204:9
207:17 217:11
217:15,17
226:5 238:15

240:2,25
241:24 273:22
**figure** 52:8
68:24 243:17
243:18 244:1
278:7
**figures** 116:14
203:13
**file** 151:10
177:5 202:2
261:6,9,14
262:8
**files** 11:21
**filled** 168:24
**final** 115:6
**finally** 209:25
**financial** 273:2
**financially**
281:17
**find** 69:25 78:25
110:8,17
116:11 131:11
177:20 226:19
233:10 237:1
241:25 242:3
255:15
**finding** 99:3
**findings** 105:7
184:14 187:13
244:13
**fine** 5:12 10:6
131:2 144:1
222:8 238:6
271:20
**finish** 60:6
107:16 124:1
170:15 186:6
197:11,22
209:12 273:13
277:9
**finished** 114:8
114:11,15,18
119:14 133:3
209:11
**firm** 80:21
**first** 2:15 4:18
8:19,23,23
10:20,23,24
11:15 42:16
43:17 46:5
67:25 68:3,15
68:21 69:4
72:19 89:3
91:4 144:14
146:22 147:11
152:6 189:25
203:2,3 208:10
208:11,12
220:7 229:10
229:11 247:21

258:4,5,9
262:22 265:3
271:2 275:25
276:2
**fit** 240:17
**fits** 107:1 274:5
**fitting** 27:3
30:22,23,24
31:1 32:3,7,15
33:8,10,16
34:10,17,19
35:17,21,24
36:22 37:3,20
37:21 38:6,13
38:14,16 39:3
39:17,19 40:7
40:24 41:11,19
41:25 42:1,16
42:21 43:15,19
43:23,24 44:6
44:10,18 46:1
46:3,15,17,19
46:22 47:1,3,4
47:7,14,16
48:7,11,14,15
49:2,6 50:15
50:16 51:24
52:6,25 54:5
54:12,13,22,25
55:3 59:25
61:20 63:16,17
64:18 66:10
67:22,25 68:5
68:9,11,12,19
68:25 69:9,15
70:4,25 71:8
71:10,12,16,17
72:12,18,24
73:4 74:24
75:4,12,16
76:19,23,24
77:2 80:2 82:9
88:14,18 96:2
96:10,12 138:4
138:12,19,23
138:25 139:4
139:10,12
143:4,7,13,16
143:17,19
146:22 147:2
147:13 148:18
148:20,22
149:7,8,10,17
149:18,25
150:12,15,18
150:19 168:24
169:1 247:6,15
251:21 271:3
277:10 278:22
279:5,16

**fitting's** 54:16
**fittings** 14:23
15:18,19 16:1
25:11,17,25
26:1,3,11
27:16 28:14
29:4,12,17,19
30:1,4,5,7,13
30:15 31:3,6
31:12,22 32:16
32:22 33:4
37:7,22,23
38:19,20,24,25
39:9,22 40:1
40:10,14,15,23
41:3,8,13,18
41:20 42:5,5
42:17 43:2,4,5
43:6,8,10,12
43:18 44:15
45:2,7,13,17
45:18 47:22
49:24 50:1,4,9
50:17,22 51:6
51:8,9,16
52:13,20,21,23
53:8,22,24
54:17 55:18
56:11 57:4
58:2,6,14
60:18 61:11
62:6,8,10,18
63:24 66:5
67:6,9,12,14
69:24 70:2,7
70:10,13,15,16
70:22 72:3
73:9,13,15,17
74:20 76:3,13
77:3,4,8 78:1
78:5,9,10
79:13,21,22
80:5 81:19,22
81:23 82:2,11
82:13,18,23
83:3,12,14,17
84:2 86:24
87:3,5,11,21
88:5 89:1
90:17,19,21,22
90:24 91:2,7
91:11,13,17,21
92:4,12,24
93:7,10,13,20
94:22 95:18,24
96:4,9,10,16
96:19,25 97:17
137:13,21
138:2 144:16
144:18 145:6

145:19,23
148:14 240:19
240:21 245:14
246:10,25
255:9 257:1,2
257:9,13 263:1
263:4,6,12,15
264:2,5,6,12
265:21,24
267:4,10,11,15
267:17,19,23
267:24 268:5,6
268:14,23
269:10,10,13
269:14,15,15
269:23,23
270:9,12,14,16
270:17,18
271:6,20,24
272:2,4,7,9,17
272:19 273:1,6
274:13,22
275:5,19,21
276:6,7,8,23
276:24 277:2
277:15,20,22
278:14 279:2
279:24 280:12
**five** 38:23
193:10 266:17
273:20
**fixed** 269:25
270:1,1
**fixture** 49:21
**fixtures** 15:17
**flag** 273:24
**flexible** 102:22
**flip** 10:12 117:1
225:22 230:12
243:13
**flow** 143:12
**flowed** 81:1
**fluctuate** 194:11
234:5,11
**fluctuated**
233:18
**fluctuates** 234:5
**fluctuating**
232:11 233:3,3
233:5,9,23
**fluctuations**
234:4 238:8
**fluid** 184:7,8
**flux** 253:19
**fluxes** 252:1
**focus** 13:23 31:5
31:6 179:25
**focused** 21:24
178:21 214:25
**focusing** 60:14

205:18 274:3
**folders** 11:13
**follow** 64:13
217:4
**follow-on** 150:16
**follow-up** 100:23
**followed** 99:11
**follows** 5:4
**foot** 120:24
**foregoing** 281:7
281:9 282:4
**foremost** 275:25
276:2
**forever** 128:5
**forged** 61:4
62:18 268:24
**forging** 277:8
**forgings** 61:6
**form** 8:8,21
17:10 19:16
21:5 22:3,11
25:1 26:12
28:21 31:24
32:6,17 33:12
33:24 34:11
35:22 37:4
39:6,20 40:18
45:8 49:11,23
50:7 52:11
53:11 54:6,24
55:21 57:13
61:25 63:19
66:12 69:10
71:22 74:2
75:7 77:11
78:6 79:18
83:5,16 88:6
90:10 91:23
97:1 103:2
108:5 114:13
124:14 125:13
129:8 131:3,16
132:13 134:10
135:8 137:5,16
140:1 142:1
144:4 146:18
146:25 147:8
147:18 149:1
149:19 150:5
150:13 151:24
152:19 155:3
155:12 156:4
156:21 157:25
158:19 160:3
160:23 161:8
165:8 166:5
167:20 168:20
169:9 171:14
174:22 176:9
181:15 182:17

185:6 187:4
189:17,18,23
190:15 199:12
201:19 203:6
203:24 204:2,3
204:3,5 207:16
207:22 208:22
214:22 220:4
224:11 231:3
252:16,23
259:24 263:8
263:21 264:1
272:13 275:9
277:24 279:8
279:21
**format** 11:1,7,10
11:19 12:2
143:24
**formed** 92:23
93:3,16 106:23
167:19 168:5
264:7
**former** 81:22
**forming** 9:18,23
164:24 218:15
**forms** 102:15
216:15
**formulated** 20:12
136:12
**formulation**
103:4 105:1
117:4,7,9,16
130:25 162:1,6
162:9 169:16
169:18 188:12
199:15 207:20
230:21 259:6,7
264:8
**formulations**
120:6
**forth** 17:22
22:10 24:19
67:3 75:18
79:14 195:16
197:13 219:20
**fortuitously**
126:20
**forward** 42:4,10
86:9 118:8
192:19 229:8
**found** 165:24
188:10 193:3
193:18 209:5
210:2 215:12
232:7 235:20
238:25 241:2,9
242:4 251:9
**fourth** 63:8
**fracture** 38:20
161:14 172:13

195:4 202:4
205:3 206:6
207:3 210:19
210:21 236:8
**fractured** 36:21
41:21 44:16
**fractures** 155:19
155:19 195:4
202:10,21
208:24
**fracturing** 38:17
**frame** 44:19
161:25
**FRANCO** 4:8
**franco.corra...**
4:10
**free** 2:21 51:3
115:19 184:6
184:11 197:22
**freeze** 162:22
163:6,11
**freezes** 162:15
162:16
**frequently**
167:12 251:20
273:21
**front** 47:13
132:19 226:18
**front-end** 134:2
**frozen** 162:20
**FT-IR** 2:23
209:16,18
211:7,10,21
212:3,4,5,7,19
213:24 214:17
214:20 215:9
215:24 216:24
218:17 221:22
222:20,22
226:12
**FTP** 11:7,10,12
11:24,25
**full** 18:14 53:22
142:3 205:17
206:2 261:1,3
264:14
**fully** 169:12
273:15
**function** 256:11
**functional** 226:1
**functioning**
151:20 253:13
**fundamental**
102:1
**further** 6:23
100:5 133:12
206:25 209:2
209:15 215:2
236:25 237:5
242:6 281:14

**Furthermore**
169:21
**future** 35:8

---

**G**

---

**G** 5:1
**Gage** 4:4
**gape** 192:10
**gaping** 192:5,14
235:21
**gauge** 154:7
231:8,11,11,19
231:24 232:8
232:13,20
233:5,20
**gauges** 230:14
231:5,7 234:6
**Gay** 4:18
**gel** 100:7,10,18
101:7,10,13,19
101:21 104:17
104:17 105:7
107:3,7 108:4
**general** 13:22
103:6 113:10
154:4 216:24
217:3 221:23
238:11 256:7
**generally** 9:20
13:10 14:4
60:21 61:10
97:22 101:13
103:6 104:2
167:14 184:25
238:13
**generate** 119:12
119:20 121:10
219:21
**generated** 98:9
98:15 116:15
116:19 258:10
260:2 266:22
**gentleman's**
173:22
**getting** 260:21
**give** 21:14 89:14
141:13,15
142:2 143:3
149:14 150:8
150:15 153:14
242:18 277:17
**given** 120:4,7
123:25 142:11
148:4 225:20
262:15 277:16
**giving** 60:5
135:17 137:6
141:12
**go** 5:7,10 10:2
15:14 17:17,18

```
51:13 77:24
78:24 81:12
89:4 91:15
100:4 110:10
112:14,19
116:12,13
151:5 160:1
166:25 183:7
201:10 206:21
226:23 228:19
232:5 245:9
goal 36:2 198:7
198:8 272:25
goes 28:4 34:10
46:5,6 225:7
233:5 273:24
going 5:16 7:18
7:21 9:9,12
10:2,11 25:12
35:14,19 36:1
36:8 39:17,23
46:16 48:1
49:4 55:15
61:18 62:4
72:12 74:1,8
75:22 79:21
83:8 86:8 93:8
93:10 96:18
97:7 99:17
107:8 110:16
111:10,13,14
111:24 112:1
112:10,11,11
112:13,14,14
112:18,19,19
118:20 120:18
121:1,3 127:3
128:5 131:8
134:19,21,25
135:14,14
136:18,25
138:19 139:10
143:4 145:15
146:12 150:19
151:4 153:16
169:2,17,19
171:1 179:21
186:23 202:5
206:15 207:23
221:11 224:3
233:6,8,9,10
239:15 244:19
245:8 250:16
250:21 255:6,7
264:25 273:2
273:24,25
good 62:24
148:11 216:5
256:21 272:11
272:11,14
```

```
Google 78:25
gotten 25:8
governed 17:6
governing 18:7
193:8
governs 15:25
17:3
Grand 4:5
graph 116:10
120:3
graphically
116:20
great 19:1
greater 20:10
35:13 39:9
40:1 50:10
52:22 58:23
60:16 75:13
87:6 92:16
117:7,9 138:7
138:13 139:3,4
147:14 193:3
223:2 230:16
231:2,13
233:19 236:2
274:15
Greenberg 4:22
Greg 4:17
grid-like 238:16
gross 223:23
ground 6:24
group 28:17
182:1
groups 13:21
16:10
grow 101:16,23
159:11,16
191:15 202:19
204:5 235:24
235:25 238:6,9
238:16,16
growing 205:4
grows 102:15
growth 48:13
103:13 104:6
104:19 204:21
207:1,3,4,5
238:18
guarantee 26:23
215:1
guess 118:6
guidance 216:19
guide 216:13,17
216:18 221:23
247:13
guidelines 16:5
guiding 216:21
─────────────
H
H 2:11
```

```
half 195:14
198:4 200:22
213:7 214:1
266:19
hammer 163:19,20
hand 5:16 10:3
10:11 25:12
117:23 151:4
215:25 264:25
handbook 255:24
256:1,4
handed 117:25
183:22 216:9
227:5 244:3
265:1
handle 24:4
handled 97:25
handling 97:20
hands 41:24 42:2
254:1,2
handwringing
127:3
handy 202:3
happen 23:9
24:12,17 37:13
66:6,8 72:16
72:19,20,21,22
126:21 135:3,7
155:15,16
157:18,19,20
157:21 158:11
162:24 204:6
237:18
happened 23:2
95:2 99:21
100:6 126:22
158:13 251:21
happening 23:4
75:20 78:18
79:7 186:13
195:4 198:20
210:20 225:19
274:17
happens 24:10
37:6 66:1
72:18 76:4
131:24 192:19
234:17
happy 21:1,7
25:5 26:17
69:18 77:15
82:20 89:11
124:24 127:25
149:21 175:16
185:21 193:12
199:9 201:10
204:19 206:19
206:21 213:23
215:8 260:12
280:16
```

```
hardware 67:11
harsh 13:16
harshly 13:16
HDPE 218:7
head 16:23 20:21
20:25 70:19
77:20 88:8
93:4,17 95:15
183:11 213:13
219:14 256:5
heal 158:17
159:2
health 152:24
153:4
hear 69:16 126:5
heard 135:22
277:12,13
heat 59:14
heater 143:14
145:10 146:7
253:22
heaters 174:11
230:5
heating 14:25
height 120:2
held 43:21 71:20
270:2
help 109:16
112:12
helpful 226:16
helps 259:24
hey 87:17
high 36:23 48:14
58:15 78:13
84:2 87:2 93:7
93:11 111:10
111:11 112:5,5
113:8 126:23
150:18 157:23
158:4 159:14
159:24 164:15
166:2 171:24
175:6 192:6,8
194:5 196:22
196:24 199:3,6
207:9 216:14
217:19,23,24
217:25 218:3,4
218:4,8,12,14
239:8,18
249:11,23
250:3 251:14
253:12 264:2,5
265:25 266:5,7
272:17 274:12
higher 58:7
59:13,16,18,19
62:17 82:24
91:7,12,13
103:6 113:8,10
```

```
116:22 121:19
121:25 194:21
197:3 206:1
222:25 247:9
269:19
highly 47:10
117:18
hindsight 239:23
Hinson 2:2
hired 106:14
273:12,13
history 11:3
hit 255:5
hits 163:18
Hitting 163:20
hold 55:15 64:21
153:20 157:16
171:12,15,15
holding 35:24
holds 138:6
hole 71:12 171:9
198:20 237:16
home 30:9,11,19
30:22,24 42:21
43:7 44:20
46:15 76:17,18
80:4 136:9
153:25 161:21
178:17 179:22
183:1 187:14
193:24 194:10
194:12,22
196:25 198:2,5
199:3 229:12
229:14 234:2
239:3 248:21
homeowner 42:25
46:4,10 76:25
228:1 231:23
232:9,10
233:12,17,24
homeowner's
174:17
homeowners 8:11
227:22 249:2
homes 8:6 30:6
30:10 42:8,9
42:19 44:17
45:1 51:17
70:3 76:13,18
77:18 98:22
106:20 153:22
154:4,11 173:8
173:13 174:12
180:10 190:22
190:23 191:3
193:16 194:1
194:16 195:11
195:14 196:22
198:4,25
```

211:11 234:15
240:6 248:22
253:10,20,23
253:25 257:12
**homogeneous**
120:10
**honestly** 95:7
**hoop** 236:8 238:3
238:7
**host** 269:3
**hot** 188:9 230:22
253:20,22
**house** 44:23 55:4
55:16 136:15
141:24 142:6
154:6 174:17
180:22 183:1
195:1 197:6
198:8 199:5
230:9 231:1
233:22
**houses** 8:15,16
8:17 106:5
148:13,23
155:24 181:9
181:13,20
182:2 183:3
196:14 199:6
**HPLC** 123:15
**hundred** 47:25
53:16,17
154:25 156:18
158:25 173:4
176:6,14,16
231:12,14,15
232:7 233:1,1
233:4,7,7
234:7
**hundreds** 120:23
135:2,2,6
148:5 187:20
187:25 266:21
266:24 269:8
279:14
**hurry** 273:24
**hydrostatic**
155:14 159:12
202:19 225:10
225:14
**hypothetical**
143:2 176:11

**I**

**I-n-g-r-a-h-a-m**
227:13
**IAPMO** 24:2 98:4
**ice** 163:11
**ID** 124:6 215:16
**idea** 84:10 109:7
142:2 160:17

177:7 181:24
273:10
**identical** 184:11
195:11,24
204:8,23
205:11,24
**identically**
20:12,13
**Identification**
5:13 10:1,7
25:6 117:20
151:1 183:17
213:2 215:22
227:1,2 245:5
264:21
**identified** 95:4
161:22 277:4
**identify** 68:17
102:8 111:18
190:20 270:12
270:13 277:12
277:18
**ill-defined**
49:18 141:14
143:2
**Illinois** 4:23
**image** 202:3
205:4
**images** 201:23,25
243:15
**immediate** 45:23
**immune** 60:22
**impact** 48:8
54:12 100:18
100:25 103:12
104:5,18
184:19 189:9
223:16
**impacted** 41:19
41:25 105:7
121:13,15
129:7
**impacting** 102:9
**impacts** 57:10
125:20
**imparted** 133:10
**impetus** 127:4
183:15
**implants** 216:15
**implies** 125:1
**imply** 126:16
195:21 256:8
**important** 32:25
63:15,18,23,25
64:4,9,11,13
64:15,19 65:8
65:11,15 95:14
100:11 107:15
109:12 121:21
137:20,24

152:16,21,23
155:10 238:19
240:22 242:12
248:9
**importantly**
195:8 234:6
**impossible**
207:21
**improper** 33:3
69:21 71:18,19
73:21 110:5
249:4 255:15
**improperly** 110:1
**improve** 102:13
102:14
**inadequate** 62:3
**inappropriate**
34:25 62:19
96:25
**incapable** 256:10
**inch** 64:24 65:6
200:21 213:16
213:21
**inches** 120:24
200:20,22
**incident** 67:10
120:21 155:19
158:14 161:6
161:10,12,14
172:11 176:1
179:6 193:1,22
195:5,9,20
208:14 230:15
236:16,25
237:5,7 238:1
238:3,5 241:9
243:8,18 267:6
271:22 272:2
278:16 279:19
280:1
**inclination**
34:24
**inclined** 18:12
**include** 11:3
132:18 252:21
**included** 11:11
76:18 112:5,6
124:17 205:10
215:20 258:13
258:15 259:11
259:11,14
**includes** 106:9
106:22 132:16
133:3
**including** 60:23
87:12 96:16
103:4
**inconsistent**
123:18,21
**incorporate**

179:18
**Incorporated**
265:18
**incorporating**
244:13
**incorrectly**
121:5
**increase** 131:25
166:3,9 188:23
196:4
**increased** 188:22
209:6
**increases** 56:21
**increment** 219:21
**independent**
20:23 21:4
**independently**
232:6
**index** 220:16,19
220:23,25
221:7 222:9,12
222:16 223:25
**indicate** 72:11
214:18 223:2,5
248:7 255:15
255:16 256:25
263:17
**indicated** 148:18
175:13 176:5
176:19 238:3
**indicates** 13:3
27:15 81:13
127:7 223:25
230:14
**indicating**
236:14,25
237:6
**indication**
243:22,24
**indications**
243:21
**indicative**
209:17
**indicator** 241:5
**individual** 249:2
**INDIVIDUALLY** 1:4
**induce** 253:8
**induction** 116:17
116:23 118:12
118:15 121:20
210:2
**Industrial** 14:14
82:14 262:23
263:22 264:3
265:4 267:16
267:18
**industry** 16:4
57:9 112:4
113:13 145:6
179:25 219:13

234:14 267:5
271:21 272:1
277:21 278:15
279:18
**industry-acc...**
256:19
**inference** 117:8
**influence** 32:24
49:4 59:20
71:1,3 101:14
101:15 103:22
105:25 106:5
130:13 188:20
188:24 189:13
189:24 214:5
238:15 269:5
**influenced** 48:6
56:16 57:25
67:16 107:24
115:6 133:6
238:4
**influences** 56:23
133:12
**influencing** 71:5
**information**
100:5 135:17
137:7 140:3
141:13 142:11
142:13 143:3
150:8,15 152:2
153:15 157:2
198:10 218:9
258:19 277:16
278:25
**Ingraham** 227:12
**ingredients**
112:25 113:2
133:9
**inherent** 31:8
34:22 52:24
71:15 109:20
130:14 139:5
225:6 250:24
**inherently** 34:25
72:3,4 73:9
169:19 170:11
**initial** 177:15
**initially** 91:8
**initiate** 49:2,3
128:22 155:8
156:19 160:1
173:1 191:14
199:17 200:8
207:2,6,14
214:14 236:7
**initiated** 58:12
120:15 155:19
159:9,10 196:2
199:13 202:10
207:10

**initiates** 202:17
**initiating**
  164:12 169:15
  172:13 202:12
  208:16
**initiation**
  128:21 130:3
  155:18 157:24
  158:5 161:1
  188:25 191:12
  195:5 196:7
  201:15,18
  202:6,13,16,22
  209:4,7 236:5
  238:4
**injection** 84:24
**inner** 122:19
  123:20
**inoperable** 256:9
**input** 16:16
**insects** 164:3,5
**insert** 15:19
  16:1 25:17
  91:11 150:17
  245:14,14
  247:14 263:4
  263:12
**inside** 67:12
  142:18 162:16
  163:11,12
  224:25
**insisting** 144:7
**inspect** 208:12
  229:11 232:5
**inspected** 161:13
  185:25 211:13
**inspecting** 129:3
**inspection** 70:7
  99:18 100:2,4
  129:17 148:21
  153:25 154:12
  187:6 227:10
  229:10 231:22
  238:23 241:1
  270:2
**inspections**
  154:5 193:25
**install** 72:22
  158:25 231:18
  254:1
**installation**
  67:16 69:8,14
  69:21,23 70:1
  70:23,24 71:4
  71:19 72:8
  73:22 109:17
  133:24 137:23
  145:9 146:6
  152:11 154:1
  174:10 179:2

188:7,13,18
189:4 198:18
199:1 207:13
224:10 225:5
230:7 253:6
255:17
**installation...**
  145:4 151:14
  225:9
**installations**
  75:18 181:22
**installed** 67:19
  142:5 151:19
  152:10,17,25
  181:11 197:1
  201:5 228:2
  230:8 246:16
  249:22 253:12
  259:5,6
**installer** 66:2
**installers** 65:11
**installing**
  159:15 163:19
**installs** 164:21
**instance** 176:16
  269:24
**instances** 165:10
  172:10 241:9
**Institute** 183:21
**instruct** 9:12
**instructions**
  152:11
**instrument**
  213:10,11
**instruments**
  212:6
**insufficient**
  107:14 109:22
  125:2 131:10
  131:15,19,19
  137:7 157:1
  165:13 167:4
  170:21 178:9
  178:25 180:4
  183:2
**insufficiently**
  109:25 130:8
  130:22 132:23
  133:2 155:12
  165:14 167:13
  169:19 170:8
  172:19 178:12
  186:17 196:10
**intend** 111:8
  250:17
**intended** 33:16
  36:2 45:14
  50:11 61:22
  62:5 74:4
  75:22 110:2

114:4,7 115:4
119:14 122:24
130:9 131:21
133:19 138:12
170:9 186:17
216:15 248:5
249:10 250:17
256:10 267:25
268:6,9 275:22
**interact** 133:8
**interest** 16:10
  179:25 221:6
  243:20 273:5,8
  273:11
**interested**
  281:17
**interference**
  179:21
**interior** 120:14
  120:17 122:13
  122:20 123:16
  160:25 168:25
  169:15 172:7
  195:6 207:14
  207:19 208:1,5
  208:7,16,18,21
  208:23 210:18
  236:2,4,5,7
  255:12 269:2
  277:10
**internal** 129:17
**International**
  255:23
**Internet** 14:11
  14:17 78:24
  79:5,10,15
  88:11 89:9
  264:24
**interpose** 9:9
**interpret** 168:13
**interpreted**
  125:11
**interpreting**
  125:7
**intervals** 215:18
**introduce** 5:7
  112:14
**introduced** 58:11
  59:22 251:20
  252:11
**introduction**
  56:20 58:17
**inverse** 222:19
  222:22
**investigate**
  267:3 269:22
  271:24 275:7
  278:13
**investigated**
  81:21,23

142:22,24
145:16 193:22
**investigating**
  141:1
**investigation**
  31:6,7 199:25
  243:5 272:21
  272:25 278:2,7
  278:17,23,25
**investigations**
  234:10 254:8
  279:15
**investigative**
  84:24
**involve** 86:21,24
  87:1 95:25
**involved** 14:6,12
  14:23 23:24
  24:1 87:4
  94:19 96:3
  105:16,17
  142:19 280:5
**involvement** 18:9
  98:8
**involves** 8:11
**involving** 14:14
  80:9 87:11
  105:17 174:10
  254:8 270:21
**iron** 59:19
**irradiate** 115:11
**irradiation**
  114:25 115:22
  117:13,18
  129:22
**irrelevant** 52:19
**isolate** 133:13
  243:20
**issue** 8:7 19:13
  19:19 25:22
  31:22 37:23
  42:5 51:18
  60:17 67:17
  70:1 71:3,11
  73:8 78:10
  91:17 97:5
  99:4 120:15,22
  128:7 129:9
  136:13 142:23
  143:18 144:15
  151:13 153:23
  157:9 158:14
  160:22 172:2
  173:6 176:1
  179:7 183:15
  220:17 266:1,8
  268:5 269:13
  269:23 274:8
  274:14 276:5
  279:23

**issued** 22:19
  184:3 203:19
**issues** 69:8
  70:23,24 83:1
  83:7,19,23
  93:20 96:6,7
  96:14 98:18,19
  151:14 168:9
  174:20,20
  188:18 192:21
  264:14,16,18
  273:2 274:16
  274:21 276:7
  276:14

―――――――――――
         J
―――――――――――
**JACOB** 4:13
**JAMES** 1:12,13
**Jana** 107:19,21
  113:14 116:15
  117:3 126:25
  196:12,14
  203:15
**JERSEY** 1:11
**job** 273:17
**jobs** 85:5,8
**John** 1:3 8:4
**Joints** 63:11
**jpolakoff@bm...**
  4:16
**JUDY** 1:14
**July** 84:16 85:13
  184:1
**jumped** 60:5
**June** 81:16 228:3

―――――――――――
         K
―――――――――――
**Kansas** 4:6
**keenly** 126:21
**keep** 197:19
  208:4 221:10
**KELLY** 1:15
**Kenneth** 1:4 8:5
**Kent** 227:17
**kept** 251:10
**Kevin** 4:4 5:15
  62:24 68:7
  170:16
**key** 119:6 247:4
**KIMBERLY** 1:12
**kind** 23:15 80:25
  85:5 112:18
  129:3 130:12
  131:24 132:17
  134:20 137:7
  140:3 141:13
  141:15 142:25
  143:1 148:11
  160:13 201:13
  211:20 228:9

231:18 260:5
kkuhlman@lat...
  4:7
knew 93:18
  273:20
knicked 255:14
know 6:24 7:11
  8:17 14:9
  16:21 20:17,18
  20:22 21:23
  23:25 27:1
  29:7 31:18
  34:2,21 36:5
  37:6 39:22,24
  39:25 42:11,13
  44:14,17 45:18
  47:17 50:19
  51:14,20 52:12
  52:16,18 53:12
  55:24 56:3,6
  56:20,25 57:3
  66:7,24 70:20
  74:13,15 75:10
  77:12,13,17,20
  78:24 79:11
  80:4 83:12
  84:13 87:19
  89:25 92:9,16
  92:18 93:3,5
  95:2,3 101:25
  102:1 103:20
  104:8 105:11
  105:21,24
  106:1,2,25
  107:12 108:2
  108:16 113:19
  115:13,14
  120:16,20,21
  122:9 123:22
  128:19 129:21
  130:6 131:23
  132:4 133:17
  138:16,18,21
  144:23,24,24
  144:25 145:1,2
  145:3,18,21,24
  146:3,5 147:2
  148:20 149:17
  150:3,21
  154:13 155:15
  157:18 158:12
  160:9,21 161:9
  161:21 162:5
  167:18 168:6
  168:11,13,23
  169:2,13,18
  170:10,10,12
  170:20 172:16
  172:17 175:7
  176:14 177:7

178:20 179:15
  179:16,23
  180:3 182:12
  182:12,14,19
  182:20 184:21
  185:17,18
  186:16 188:3
  189:12,19,20
  197:5,8 198:1
  198:5,7,22,23
  202:2,7 212:2
  213:11 218:2
  218:10 220:8
  220:13 222:7
  223:13,21
  228:11,12
  229:14 231:12
  231:13 232:3
  233:5,11
  234:23 235:6,7
  248:23 250:1,5
  252:10 254:16
  256:1 261:11
  261:12 262:7
  264:17 272:14
  273:7 276:12
  279:1
knowing 34:2,21
  56:3,5 170:10
  196:24 197:6
  276:12
knowledge 10:15
  14:2 16:11
  29:13 57:8
  83:14 85:15
  87:9 103:17
  242:11 259:22
  259:24 262:14
  263:1
known 123:14
  138:8 145:5
  250:10
Knoxville 4:19
kshamberg@li...
  4:24
Kuhlman 2:9 4:4
  5:6,14,15 8:13
  9:2,16 10:2,8
  15:22 17:13
  19:20 21:8
  22:6,15 23:17
  25:7 26:18
  29:1 32:2,13
  32:18 33:21
  34:6,14 36:10
  37:15 38:4,8
  39:14 40:8
  41:1 46:12
  49:14,20 50:3
  50:13 53:7,14

54:10 55:1
  56:1 57:16
  58:25 61:1
  62:1 63:2,4,22
  64:6 66:14
  69:13 72:15
  74:5,18 75:8
  77:16 80:1
  83:10,20 88:12
  90:14 92:1,20
  94:6 97:9
  100:22 101:6
  103:10 108:6
  110:10,12
  114:17 117:21
  125:4,16 126:2
  129:11 131:6
  132:10,21
  134:13 135:11
  137:9 138:17
  140:5 141:17
  142:4,12
  143:10,25
  146:11,21
  147:5,15,21
  149:4,23
  150:10,23
  151:2 152:4,22
  153:6 155:7
  156:6,24 158:3
  158:22 159:18
  160:4 162:7
  166:8 167:23
  168:2 169:4
  170:1,17
  171:19 175:11
  176:22 180:20
  181:1,18 182:8
  182:24 183:18
  185:10 187:15
  190:19 197:17
  198:24 201:24
  205:6 207:24
  213:3 215:4,23
  216:4,7 220:14
  221:17,19
  226:22 227:3
  228:13,21,23
  231:17 235:13
  235:15 245:6
  247:18 252:19
  253:1 257:22
  257:24 263:13
  264:22 273:4
  274:24 275:13
  276:17 278:9
  279:13 280:7
  280:17
KYLE 4:21

                L
label 24:24
labeled 63:9,11
  235:3 276:6,7
  279:25 280:12
labeling 170:8
  235:8
Laboratories
  113:14 117:3
  127:1 203:15
laboratory 80:22
  84:20,21,22
  116:15
lack 189:13
  205:21,22,22
  205:23
language 65:10
  69:19 117:2
large 137:22
  224:12 238:25
  239:6 240:17
  242:17,19
Larry 9:5
lasted 66:24
  76:6,7 77:5,9
Lathrop 4:4
Law 4:17
lawsuit 136:15
lay 161:20
layer 202:7
  204:21 208:22
  211:4 215:6
  224:12
lead 36:15 58:22
  272:9
leading 38:21
leads 38:20
  44:17 75:3
leak 38:15 40:5
  42:22,23,25
  44:12 46:11
  55:12,14,17
  67:18 71:8,10
  71:13,13,20
  72:1,9,12,18
  73:5,7 74:25
  75:2,3,5,23
  76:4,24 99:24
  106:1 139:13
  140:24 147:10
  148:15,23
  164:1 165:5
  169:21 171:3,6
  224:19 236:20
  237:13,14,23
  237:24 255:1
  273:1
leakage 41:11
  46:2
leaked 37:11

76:21 99:23
  161:14 200:1
  254:18,19,20
leaking 75:23
  140:20
leaks 38:13 40:5
  40:5 71:17
  73:10 106:6
  134:1 139:13
  147:10,10
  164:3 228:3
  272:23 278:8
  278:19,23
  279:1 280:12
Leann 5:9
learn 8:19 21:24
  59:7 99:25
  263:5
learned 57:9,17
  259:16,22
leave 47:12
  247:20 251:17
led 20:3 43:5
  176:17 202:24
  274:16
leeching 43:23
left 44:2 89:22
  95:1 204:10
  205:17 255:12
left-hand 213:5
legal 22:12,25
  23:14 71:24
  132:14 151:25
lend 44:13
length 75:15
  120:24 213:15
  213:17
lengths 259:20
lesser 102:17
  136:5
let's 12:10
  15:23 25:8
  37:22,22 61:2
  61:5 63:2
  77:24 79:23
  81:12 84:14,14
  88:24 110:10
  117:22 118:20
  128:6 156:16
  166:10 177:9
  180:7 186:5
  197:19,20
  199:11 208:10
  216:4 225:4
  226:20,23
  245:7 247:20
  280:19
letter 111:18
level 18:23 23:6
  34:18 58:15

59:16,19 75:19
78:2 102:9
107:23,24
117:6,8 123:20
133:10 157:19
159:13 160:17
164:15 185:15
192:6,8 200:23
201:3 207:25
208:2 224:12
233:15 274:12
**levels** 56:21
58:7 82:24
104:4,5 209:6
249:23 251:14
263:18
**Lewis** 4:8
**liberty** 89:4
275:3
**library** 102:7
**licensed** 152:10
**life** 20:10 39:18
54:14,17,18
61:18 112:12
119:1,5,8,23
166:24 184:19
189:5 202:13
202:15
**light** 164:17
**likelihood**
126:23
**limit** 230:22
**limited** 20:7,18
152:8 197:19
236:24 237:4,9
**LINDA** 1:13
**line** 47:10
129:13
**linear** 47:24
48:2 162:2
243:20,22
**lines** 191:10
**list** 282:7
**listing** 18:14
20:24 21:4
126:14
**Lite** 4:22
**literally** 41:23
**literately** 43:23
**literature** 43:21
44:3 138:6
144:17 145:17
183:12 230:18
**litigation** 14:20
14:22 106:10
**litigation-r...**
94:2,9
**little** 19:17
20:14 21:3
34:8 39:25

44:16 46:13
49:2,3,7 51:6
53:2 77:22
86:5 115:16
122:12 124:4
129:24 132:2
133:23 134:4
137:23 140:2
141:12 152:6
175:18 177:10
180:8 192:22
206:16 214:5
228:8 229:9
236:12 239:15
247:19
**LLC** 4:22
**LLP** 4:4
**local** 132:3
**localized** 165:1
191:13 224:14
225:14
**locally** 49:1,5
131:25
**located** 132:3
229:15,18
**location** 85:11
132:1 189:23
189:24 224:13
225:16
**locations** 120:23
120:23 193:10
200:14 228:4
243:19
**Locust** 4:14
**logger** 194:10
**logging** 197:7
**long** 15:20 50:6
55:5,9,10
66:16,25 76:3
78:5,8 121:1,3
135:14 148:7
159:13 174:6
190:2 214:18
**longer** 56:7
76:14 77:5
184:10 235:20
236:3 240:17
**longevity** 129:7
**longitudinal**
169:14 189:19
238:3
**longitudinally**
238:17
**look** 5:18 10:9
12:10 15:15
17:18,18,21
18:8,16 27:12
29:21 41:12
43:25 45:23
46:25 47:8

51:13 52:3
53:21 63:8
77:15 81:11
87:17 91:15
99:20 100:2
102:3,6 105:18
109:1,7 110:16
110:19 116:10
118:20 129:5
129:13,14,19
129:25 130:5
131:11 143:6
143:11,12,13
143:14,15,17
146:15,23
147:1 170:9
172:6 190:22
192:13 196:21
202:4 204:7
205:16 206:16
208:13,18,24
211:7 212:21
213:18 218:9
222:6 225:21
229:4 235:23
236:11,23
238:22 240:1
242:8 243:15
244:24 247:21
259:18 271:2
**looked** 6:20
40:25 41:10
45:11 52:6,9
52:19,25 53:8
67:9,10 69:14
69:19 75:12
78:9 99:24
118:6 137:18
137:19,19
138:4 145:8,8
145:9,10,12
161:11 168:11
168:17 176:6
178:16 180:14
182:21 185:19
187:17 188:3,5
190:12 209:25
215:1,2,5,15
215:16,16
221:7 222:6
255:8,8,13
269:9,10 272:6
272:8
**looking** 10:15
12:13 26:24
43:11 51:23
52:14 94:5
99:22,23
120:10 130:1
141:1 152:3

168:3,5 169:5
169:7 170:3,5
170:7 171:10
171:21 172:4
192:24 205:1,8
205:15 208:8
210:18,19
211:2 212:18
214:4 222:2
226:21 243:2,4
243:16 274:4
274:10
**looks** 47:11 68:5
68:9 221:20
234:19 266:12
**loop** 230:5
**loops** 230:2
**lose** 126:23
127:6
**loss** 36:23 37:14
38:21 41:7
45:3 210:3
**losses** 78:13
**lost** 60:7 197:24
**lot** 58:1 95:8
143:6 206:15
277:12
**lot-specific**
276:4
**lots** 40:12 44:2
44:2,2
**low** 107:23,24
195:12 239:10
239:19
**lower** 101:20,22
104:4,5 105:7
194:17,22
197:4 206:19
222:25
**luck** 74:15
**lunch** 128:6
150:23 151:3

M

**M** 4:4,13
**M-o-l-o-n-y**
227:12
**machine** 28:4
29:16 33:4
**machined** 27:13
27:15 29:3
35:11 268:25
**machining** 58:8
269:2 274:13
277:8
**mag** 206:20
**magnification**
206:1
**Magnified** 243:25
**magnitude** 37:13

120:2 154:21
155:15
**maintain** 124:20
124:21,23
261:6
**maintained** 98:5
125:1 127:10
177:5
**maintaining** 98:1
98:11
**majority** 187:21
187:24,24
**making** 18:20
28:14,18 31:2
33:3 121:21
124:22 138:11
**manage** 66:24
124:20,23
**managed** 74:15
84:19
**manager** 81:14
**managing** 16:18
**manifest** 73:1
76:24 106:1
130:15 165:20
189:25 247:10
**manifestation**
72:1 161:17
198:14
**manifested** 72:13
**manifests** 47:10
171:3 238:14
**manner** 28:25
33:17 36:21
65:24 67:15
71:3 89:8
121:22 132:23
133:8 136:12
145:8 146:6
148:7 152:25
161:25 162:22
164:9 165:20
175:20 176:1
189:7 192:2,12
195:25 198:17
205:4 224:10
259:8
**manufacture**
61:11 93:6,10
115:3 128:11
131:20 187:8
242:5 277:7
**manufactured**
20:13 26:4
35:18 39:1
50:9 53:9 58:3
59:6 75:13
80:5 93:14
108:15 113:17
115:15 126:19

230:20 234:22
234:25 235:8
245:17,22
246:25 267:17
268:2,7,24
271:7 272:7
275:20,21
279:6
**manufacturer**
23:2,15 24:11
24:24 33:2,17
34:4 49:25
55:5,6,8,14
104:25 111:3
111:23 112:9
115:21 128:10
217:8 247:13
248:11 250:16
263:17 271:16
**manufacturer's**
35:24 212:21
218:9
**manufacturers**
113:13,18
115:24 151:18
219:4,9
**manufactures**
33:3
**manufacturing**
23:5,10,19,21
24:23 26:10
27:4 33:8 51:3
58:7,9,11
59:15,22 84:1
85:22 89:1
107:5 110:1,5
110:15,25
112:23 113:24
128:6,13 129:2
129:6 130:12
130:18,20
131:9,13 132:7
132:9,11,12,17
132:18 133:11
144:21 165:14
172:20 174:20
191:21 237:20
239:22 240:10
241:20,25
**manufacturin...**
162:6
**March** 177:16
221:15 266:12
**mark** 25:12 66:23
67:2 117:24
151:5 183:19
215:25 229:5
245:9 264:25
**marked** 5:13,17
10:1,3,7,11

11:20 12:11
25:6 90:8
114:2 117:20
117:25 151:1
183:17,23
213:2 215:22
216:10 225:23
227:1,2,6
229:1 244:4
245:5 264:21
265:1
**market** 4:9
111:17 190:11
**marketed** 26:6
61:19
**marking** 24:23
270:10,17,20
**markings** 270:15
**marks** 67:12
255:12 269:2
**masonry** 252:1
**matching** 20:2
**material** 3:1
31:1 33:3,19
34:18 40:3
49:8 51:3
59:14 60:15
61:16,17,19,21
62:4 74:21
80:21 84:20,21
101:14 102:2
103:7,9 112:2
112:8,15,20
133:11 144:23
147:16 160:19
165:14 167:5,6
171:2 189:2
202:11 203:5
209:3,17 211:2
211:3 214:6
218:8,11 225:7
227:9 236:14
236:15,19,21
246:18,19,22
247:23 248:11
249:5,9,21,25
250:9,10
264:17 267:20
270:22
**materials** 10:25
16:6 27:16
42:6 49:10
60:14,21 81:14
85:1 90:8
96:15 135:1
145:13,13
148:6 168:9
218:15 220:7
252:1 274:10
**matter** 22:24

83:1 151:10
177:6,14 198:6
205:16 215:3
220:11 226:8
240:24 242:24
243:5 248:20
259:2,4 260:20
261:7,10 262:9
262:24
**matters** 148:8
**maximum** 45:14
193:4 226:2
231:11 233:20
**MCCOY** 1:15
**McLaughlin** 1:4
8:5 70:9
**MCMAHON** 1:13
**Meadow** 1:3 7:21
7:22,25 8:2,4
8:20 9:22 30:6
30:10,11,13
37:24 42:7,9
42:19 45:1
51:19 70:3,6,8
70:11 76:19
77:17 80:4
98:22 105:9
148:13 153:22
153:25 154:3
154:11 191:3
193:2,15,23
194:1,7,16,22
195:1,15
196:19,25
198:25 199:2,5
199:6 200:15
204:9 211:11
212:10,12
215:14 221:14
240:13,22
248:17 255:10
260:6
**mean** 13:7 19:18
20:4 36:11
39:16 54:9
55:11 56:5
64:4 66:8 68:2
72:19,23 73:4
74:1,7,24 75:1
75:4 82:7
100:23 110:4,6
111:1 120:18
126:16 140:4
142:16 147:20
149:6 150:7
162:14,18
163:17 167:25
186:23 193:6
200:18 201:12
206:15 217:4

222:12 223:1
248:11 250:21
268:12 270:6
**meaning** 101:21
**meaningful**
135:19 137:8
140:3 141:13
141:15
**means** 36:14,19
37:18,18,19
52:8 74:3
111:2 216:18
242:14 251:23
**meant** 45:15 54:7
110:15 232:20
**measurable** 201:7
253:17
**measure** 191:25
193:5,7 202:7
209:16,23
213:15,17
241:1
**measured** 193:7
193:10 194:6,8
197:3 231:6
232:6
**measurement**
123:4 154:9
231:14
**measurements**
234:16
**measuring** 192:16
232:11
**mechanical**
134:20 163:14
163:17
**mechanism** 43:13
44:13 61:14
71:14 75:3
102:18 139:1,6
139:9 140:17
140:18,22
153:11 155:10
155:17,20,23
159:8 168:22
169:11,13,22
169:25 172:13
175:9 176:24
176:25 196:7
197:9 198:2
199:14 202:12
202:23 204:4
207:4 236:22
237:7 251:8
257:3 259:19
273:1
**mechanisms** 32:25
36:14 67:16
70:22 100:14
101:1 137:20

139:6 140:19
141:3 144:10
145:22 146:5,9
156:1,9 198:3
202:21 247:10
269:5
**Mecklenburg**
281:4,23
**Medder** 44:15,23
73:17 78:14
136:3,9 178:15
179:4 183:1,7
**Medders** 1:14,14
76:8 257:17
**Medders'** 180:21
**meet** 24:24 50:17
62:11 108:4,12
124:11 153:8
275:20,22
**meeting** 22:10
27:16 247:23
**member** 29:11
255:21
**members** 16:17
**memo** 84:8
**memory** 21:14
30:18 91:8
**mention** 42:4
**mentioned** 13:25
15:8 20:17
25:10 56:3
60:3 65:19
106:9,23 128:7
170:24
**mentions** 94:1
**Meredith** 1:24
2:5 281:6,22
**merely** 130:14
191:12 210:16
**merged** 91:9
**merger** 91:14,16
**meringue** 257:5
**met** 55:19 168:10
**metal** 25:17
144:25 167:1,4
167:11 170:25
171:24 172:7
211:1 245:14
256:19 266:23
**metallographic**
43:12
**Metallurgical**
80:19,20,24
81:2,4,15,25
82:5 94:11
95:1 265:18
266:18 269:7
**metals** 84:23
142:19 255:24
256:4

method 103:5
111:14 123:14
207:25 208:6
210:13 212:8
212:13,15,19
213:25 219:25
226:12,12
277:7
methodology
123:22 216:19
216:22 219:5,6
methods 123:11
125:6 208:9
210:4 220:5,12
Mexico 188:5
Mi 187:25 262:11
MICHAEL 1:13
Michelle 227:12
micron 213:7,14
213:18 214:1
microns 213:8
microscope 44:1
53:25 54:3
100:2,5 201:23
202:9 208:25
microscopy 172:8
microstructure
34:19 48:9,11
48:18 144:24
145:12 268:20
270:2 277:6
mid 122:14
215:15 220:22
221:7
middle 1:1 60:5
204:17,25
migrate 48:10
122:19,23,24
migrating 123:1
millimeter
213:20
millimeters 65:7
mind 38:10 39:5
39:7 55:18
60:9 135:12
147:7 214:16
mind-bogglingly
144:5
minimum 45:14
minor 58:18
minus 10:16
11:16
minute 117:22
257:20
minutes 38:23
275:16 280:18
mischaracterize
40:20
Mischaracter...
40:19 279:9

mischaracter...
191:1 280:13
280:14
misheard 257:7
misleading 123:5
124:25
misrepresent
187:14
misrepresented
279:12
missed 263:20
missing 10:19
Missouri 4:6
misspeaking
129:24
misspoke 18:5
210:14 257:8
mixed 132:24
151:21
mixing 112:15
Mm-hmm 55:2
258:7
model 213:11
modes 219:18
modified 206:9
modify 217:12
MOI 226:2
molded 84:24
molecular 104:23
112:5 113:8,9
133:6 160:18
216:14 217:20
217:24,25
218:5,12
Molony 173:19,20
174:4,7,24
176:5 177:1,18
227:12 242:24
243:5 261:9
moment 10:9 18:6
18:15 38:22
126:3 159:7
money 273:9
Monica 1:13
44:15,20 73:14
76:6 78:14
248:24 251:22
257:17
monitor 23:8
230:14 231:5
monitored 231:23
monitoring 174:9
175:7 232:2
234:16
Montague 4:14
Morgan 4:8
morning 18:10
morphology 161:3
205:20 236:1
move 48:16

192:18 199:11
204:25 223:13
226:20 229:8
245:7
moved 17:20 58:2
moving 42:3,10
86:9 118:8
MTI 265:17,19,20
multiple 84:5,7
120:22,22
172:10,10,11
176:19 208:9
254:6 266:6
multiply 143:21
municipal 230:9
municipalities
179:6,12 188:6
municipality
178:25 179:13
179:17

_____

N

N 2:7,7,11 4:1
5:1
nail 72:21,23
163:22,23
171:9 198:20
237:16
name 5:15 16:21
173:22
named 8:4,7,10
8:12,14 70:10
names 202:2
NASHVILLE 1:2
natural 188:22
nature 43:22
143:21
nauseam 145:17
near 250:2
nearly 187:6
necessarily
16:19 23:3
39:16 41:6
48:2,12 54:12
55:24 61:13
73:4 74:11,24
87:19 92:21
116:3 120:18
124:21 130:4
134:17,22
153:3 154:19
155:16 178:5
181:11 187:23
201:6,7 224:2
224:5 233:15
235:24 237:11
248:8 250:20
251:12 266:9
necessary 106:2
109:19 132:4

136:7 192:3
206:25 214:8
necking 249:21
need 7:10 17:17
18:11 19:17
22:5 23:22
24:13 26:14
30:19 31:25
40:11 41:15
43:20 49:25
54:2 59:3 61:7
97:7 99:20
112:10 129:5
129:19 131:11
136:18 142:13
143:6 147:1
149:17 150:11
152:2 155:21
159:25 166:2
167:13 169:23
176:20 192:21
198:22 201:25
204:20 211:25
213:17 216:2
233:10 237:1
239:14 252:13
254:12 274:4
279:16 280:10
280:15
needed 19:10,12
28:13 65:24
127:19 229:1
needle 231:8
needs 65:2
128:10 214:12
negate 74:16
neglected 176:12
neglecting
177:11
negligible 71:4
neither 186:8,11
256:16 281:12
never 45:13
95:22 122:17
146:14 149:8
196:19 199:20
207:17 224:20
224:22,22
259:5,5 260:24
262:4 280:2,5
new 1:11 18:11
85:2 96:12
196:17,18
215:2,5 258:22
259:5,5
NIBCO 1:8,19
2:14,19 5:16
20:2,3,5,19
24:6,15 26:6
26:10 27:3

29:16 30:23
31:2,12,22
32:14 33:8
37:23 38:6
39:1,3 40:10
40:13,22 41:18
50:5,5,9,17,18
50:22,23 51:4
51:5,9,16
52:20 53:9,22
53:24 54:17,22
55:18 61:4,10
61:16 62:8
66:5 67:6 70:9
70:12 71:20
74:19 75:13
77:3,8 78:2,19
78:25 79:13
80:5 85:19,21
85:22 89:14
98:21 101:4
104:9 105:8,12
105:15 106:21
107:2 108:4,12
108:15 109:11
109:24 110:24
113:3,15,24
114:24 115:11
115:15 116:16
116:16 117:4,7
117:9,16 119:8
121:8,17
123:13 124:9
124:10 126:7
126:14 127:1
128:16 129:16
130:18,19
133:22 138:4
138:25 139:3
139:20 147:13
148:12 149:25
150:17 151:11
151:16,19,22
152:11 154:23
155:12 156:5
156:17 157:4,6
157:7,11,23
158:4,23
159:20 160:7
162:8,20,24
163:15 164:3,7
165:8 166:4,13
167:9 168:4,23
170:3 171:4,12
171:15 172:17
172:24 173:9
173:14 174:14
174:18 175:20
176:18 178:8
178:11,25

181:21 182:9
182:15 183:2
184:19,23
185:4,11 187:7
187:10,11
189:10 192:1
192:23 196:25
203:19 207:13
207:18 208:7
212:11 214:13
217:22 222:13
225:4 230:18
234:23 235:5,8
237:10 239:20
239:22,23
240:23,24
245:17,22
246:25 248:2
248:16 253:3
253:11,12
259:6,23,24
261:2 268:5
269:10 270:24
272:8,12
275:21 276:4
276:19,23
277:15,21
**NIBCO's** 21:18
39:22 42:5
50:1 54:17
57:3 62:10
79:3 103:13
106:18 108:23
114:1,11 116:4
116:17,21
119:18 121:4
123:13 124:18
126:11 130:24
132:22 135:21
154:1 159:24
165:17,22
166:21 167:2
167:16 181:9
188:14 189:5
190:2 191:20
196:17 200:9
201:1 203:22
211:16 218:7
223:17 240:10
254:8 261:18
267:16 269:13
**Ninety** 160:16
**non-uniformly**
122:9
**noncompliance**
96:8
**nonconforming**
108:24 274:11
**nonexistent**
120:17

**nonuniform**
196:11
**norm** 192:9
**normal** 39:18
174:17 175:4
186:14
**normalization**
222:21
**normally** 42:1
79:16 234:3,6
251:10
**North** 1:22 2:3,3
84:20 94:8
229:22 281:3
281:23
**notarized** 265:9
266:14
**Notary** 1:25 2:5
281:22,24
282:16
**note** 2:24 118:20
119:12 120:16
121:3
**noted** 197:21
236:14
**notice** 2:13 5:21
89:14
**noticed** 46:10
52:1 76:25
**notifications**
18:10
**noting** 121:11
**NSF** 20:20 21:19
22:7,20 23:20
23:22 24:2
98:4 114:10,14
114:19 124:11
124:17 125:6
125:19,24,25
126:8,15,17,19
126:21
**NSF's** 125:23
126:20
**number** 2:12 3:1
13:11 15:20
20:8,18 21:15
23:25 28:6
34:12 52:12,19
68:10 78:17
102:5 103:3
106:8,9,24
107:1,9 109:10
154:22 160:19
161:12 167:15
168:8 181:23
187:20 192:25
193:18 204:11
205:19 211:25
223:2,12,18
227:10 230:13

231:9,11
234:15 243:4
267:2,5 269:25
270:5 271:21
272:1 278:15
279:18 281:24
**numbers** 78:24
181:10 195:13
222:25 223:7,9
233:16 242:9
**numerous** 204:22
206:23
**nuts** 14:24 15:9
81:24

---
**O**

**O** 2:7 5:1
**oath** 7:2
**object** 8:8,21
17:10 19:16
21:5 22:3,11
25:1 26:12
28:21 31:24
32:6,17 33:12
33:24 34:11
35:22 37:4
39:6,20 40:18
45:8 49:11,23
50:7 52:11
53:11 54:6,24
55:21 57:13
61:25 63:19
66:12 69:10
71:22 74:2
75:7 77:11
78:6 79:18
83:5,16 88:6
89:14 90:10
91:23 97:1
103:2 108:5
114:13 124:14
125:13 129:8
131:3,16
132:13 134:10
135:8 137:5,16
140:1 142:1
143:20 146:18
146:25 147:8
147:18 149:1
149:19 150:5
150:13 151:24
152:19 155:3
156:4,21
157:25 158:19
160:3 161:8
166:5 167:20
168:20 169:9
171:14 174:22
176:9 181:15
182:17 185:6

187:4 190:15
201:19 207:16
214:22 220:4
231:3 252:16
252:23 263:8
272:13 275:9
277:24 279:8
279:21
**objection** 9:10
22:22 37:25
38:7 49:16
57:23 64:2
74:9 92:8
125:22 141:10
142:9 143:9
144:4 153:2
159:5 180:17
180:23 276:1
**obligation** 55:19
90:12
**obligations**
151:22
**observation**
138:5
**observe** 46:21
52:15 70:14,17
232:12 234:17
248:18 257:13
**observed** 42:17
43:7 46:15
50:17 51:8
130:13 155:18
155:24 156:2
165:18 178:15
191:25 193:25
195:14 199:1
201:15 208:4
210:9,11 231:1
233:18 236:24
237:5,10 238:1
254:9
**observing** 154:8
**obtain** 21:11
**obtained** 124:16
126:14 221:22
**obtaining** 22:1
97:25 98:11
**obvious** 100:6
168:12
**occasions** 84:6,7
**occur** 26:24
38:23 48:21
67:18 100:14
106:2,4 109:16
109:19 132:5
140:20 141:4
154:18 165:25
167:8 174:19
176:21 189:14
189:15 196:9

198:2 199:14
199:21 249:7
249:12,15,17
251:8 252:21
255:1
**occurred** 24:19
26:23 27:6,7
34:3 39:13
46:2 47:2
73:10 99:4
105:8 109:14
132:6 145:22
145:24 146:9
188:8 195:11
198:4 200:4
201:14,18
202:23 203:1,3
208:13 215:3
228:4
**occurring** 36:9
45:12,17 70:22
138:1 171:2
172:17 186:24
186:25 256:24
278:4,8,24
280:12
**occurs** 40:4
249:22,24
**October** 81:16
84:16 85:12
244:5
**OD** 122:16 215:16
239:17
**odd** 280:3
**offer** 79:14
91:10 250:7
**offered** 151:11
151:15 231:11
250:15 264:19
**offering** 216:19
216:22
**offers** 16:4
**office** 89:20
280:18
**officer** 281:6
**Oh** 258:4
**OIT** 116:16 117:7
117:19,22
118:16,24
119:7,13,20
120:25 121:2
121:10,11,14
122:4,8,11
123:4,8,19
124:8 196:21
**okay** 5:21 6:2,10
6:12,19,23
8:19 12:19
13:24 15:16
16:3 18:3,19

19:24 21:9
22:16 23:24
24:15,21 25:16
27:9,11,21
28:8,12 29:10
29:15,20,23
30:21 31:16
35:17 41:2
42:8,15 43:6
46:24 48:19
49:9 51:23
52:4 54:4,5,7
54:9 61:2
77:21,23 80:3
80:7 81:10
82:11,16 83:11
83:21 84:4,13
85:4,8,19 86:9
87:1 91:19
93:12 95:16
96:11 99:19
100:1,18
101:18 102:3
110:13 112:24
113:6,25
114:21 115:10
115:21,25
117:24 123:7
128:4 131:7
132:22 134:4
134:18,23
135:4 136:16
136:20 141:18
141:25 150:24
152:5,16 153:7
153:20 154:3
154:15,23
156:7,14,16
157:23 162:24
173:18,20
174:4 175:18
177:9,17,20
184:4 185:11
187:16 190:7
191:18 192:16
192:22 194:9
199:11 206:7
208:10 212:7
213:4,14 215:5
215:14 216:16
216:20 219:17
220:15 221:10
221:18,20
222:3,16,24
223:25 226:20
227:15,24
228:14,18,24
229:14 231:18
232:16 236:11
237:3 238:22

240:8 242:20
244:15,24
245:7,10,15
246:9 247:21
248:15 252:7
254:25 256:18
257:19,25
258:8,9,18
259:9 260:1
261:6 262:2,8
262:21 263:3,5
263:14 265:13
266:7,16,25
272:6 275:14
old 74:12
on-and-off 37:5
38:21
once 158:18
202:16 218:19
229:3
one-size-fit...
226:7
ones 29:20 51:17
51:20 78:3
104:12 139:18
204:23 205:10
264:9
ongoing 23:7
106:10 126:17
127:12 262:13
open 192:5,10
208:23 235:20
238:20
open-ended
153:18
opened 206:10
opening 236:2
operable 256:9
operate 28:24
112:18
operated 160:11
operating 158:23
158:24 166:11
166:16 230:21
operations 23:5
181:6
opining 15:1
opinion 15:11
31:2 32:3,7,19
33:2,5,9,22
35:17 39:3
40:9,17 41:2
47:23 49:22,24
50:8,21 57:10
61:10 62:14,17
66:1 67:8 70:4
71:24 91:19
92:4,10,12,23
93:16,22
108:11 109:24

130:24 131:5,7
133:25 134:7
137:12,15,17
143:1 157:14
157:16 171:17
174:13 178:8
178:11,22
190:1 191:2,20
193:14 239:4
245:20,24
246:3,9 263:21
264:1,8 279:4
opinions 9:18,24
15:12 17:16
31:21 40:12
52:5 61:24
79:16,20 82:17
139:20 142:25
183:6 245:1,15
258:10 260:24
264:19 267:8
opportunity
87:10 89:14
98:20 229:4
273:15 278:22
opted 212:12
option 216:21
248:10,12
250:15
options 61:16
113:23
order 90:4,6,7
97:16 125:11
145:20 152:8
176:20 192:21
198:23 228:9
228:17 252:20
orders 229:6
organization
24:18 25:3
organizations
24:13 98:9
orientation
189:1,14,24
238:18
orientations
225:13
oriented 132:2
238:2
original 10:20
80:4 221:14
275:15
originally 228:2
out-of-round
242:18
outcome 138:14
138:15 281:17
outer 122:19
161:3 238:25
239:6,21,24

240:9,16,21
241:1,2,10,19
241:22 242:5
242:17,19
outlet 47:14
68:22
outlets 75:16
outlined 50:18
92:5 183:6
258:12 268:14
272:10
outside 41:11
66:20 68:15
76:24 79:22
142:18 174:19
203:17 241:2
overall 109:11
152:24 205:20
278:19
overlooked
137:25
overpressuri...
176:14,17
193:19,25
195:2 199:18
199:21 200:4
237:17
overpressurized
194:3 241:6
242:14
overread 41:13
overseas 58:2
overseen 17:15
oversees 16:15
overwhelming
187:21,24
owner 81:5
oxidated 102:11
oxidation 100:19
101:14 106:3
112:2 116:17
116:23 121:20
125:3 135:24
145:11 165:24
166:3 167:5,6
172:19 186:24
195:6 196:9
199:12,14,18
199:22 200:3,5
200:9,16,24
201:4,8,14,18
202:23 203:2,3
204:21 207:18
207:22 208:1,5
208:7 209:17
209:19 210:2,3
211:8,8,12,17
211:18 214:1,7
214:12,17
215:6 216:13

218:25 219:7
219:10 220:16
220:24 221:7
222:9,12,16,18
222:25 223:1,3
223:5,10,16,19
223:25 224:1,3
224:10,17
225:25,25
226:8 236:14
236:19,21
237:11,24
oxidative 2:20
100:19 101:11
101:16 102:15
105:25 115:16
118:12,15
130:8 132:8
133:24 136:4
155:25 156:3
157:13 159:9
159:22 160:5,9
160:24 165:7
165:12,16,19
165:22 166:12
167:2,17
170:22 171:1
171:21,23
173:5,11,16
174:25 175:21
178:14 185:12
185:16 186:1
186:12 202:10
203:25 204:4
207:15 208:15
209:2,7 210:5
236:13 238:13
oxide 211:1
oxides 167:1,4
167:11 170:25
171:24 172:7
oxidize 184:25
189:2 218:15
oxidized 102:25
202:6 203:20
203:22 208:22
211:15
oxidizes 203:5
oxidizing 207:23
214:10
oxygen 48:25
142:20 145:2
209:6,9 210:8
210:15,21,23
210:25 211:9

----

**P**

P 4:1,1 5:1
P.A 2:2
P.C 4:14

**p.m** 150:25,25
216:6,6 226:25
226:25 228:22
228:22 257:23
257:23 280:21
**package** 116:5
130:21 132:24
**page** 2:12 12:12
12:15 27:10
37:17 63:8
68:18 81:13
110:8 111:2
116:12 117:1,1
118:18,19
171:8 177:12
177:21 192:24
193:1 203:9
213:5 219:18
220:25 221:12
221:16 226:16
227:24 229:19
230:12 233:17
234:18 235:11
237:2 239:12
243:4,14
247:22 258:2,6
265:7 267:2
**pages** 243:14
**paid** 80:23 81:2
88:4
**paper** 13:8,9,19
103:18 183:14
**papers** 13:5
**Paragon/Vang...**
258:24
**paragraph** 119:6
152:8 229:20
235:18 236:12
237:2,3 238:24
267:24 278:11
278:12
**paragraphs**
227:25 236:23
**parallel** 238:2
**parameters**
114:15 133:4
133:18 269:17
269:18 270:2
**Parsons** 260:3,8
261:7
**part** 27:22,25
28:9,16 29:8
35:23 44:21,23
81:5,20 83:19
86:19 103:18
105:9 113:5
121:22 129:1
129:15 134:1
136:9,11
167:11 183:15

203:25 204:3,4
212:8,25
224:12 225:17
241:16 246:14
256:8 259:1
260:9 264:2
265:4
**Partially** 268:16
**participate**
184:16
**particular** 26:21
27:22 28:13,14
56:20 59:5
77:14 113:21
143:13,18
144:18 192:4
212:5 230:1
235:7 238:15
252:14 260:11
263:9
**particularly**
56:17 61:24
135:25 226:4
239:8,9,18,20
**parties** 90:9
281:13,16
**partner** 81:5
**parts** 217:4
**party** 90:5 280:3
**passed** 114:15
124:19 125:12
126:4,12
**passes** 126:10
**passing** 107:6,18
**path** 93:24 99:24
164:1
**Patrick** 203:15
**pattern** 47:11
238:16
**patterns** 196:20
**pay** 99:6 273:9
**paying** 80:23
**PC** 4:17
**PE-RT** 25:21
**peak** 209:18,21
209:21 211:7
222:18,19,21
222:21,23
**peaks** 218:16
**peer** 13:12,13
**peer-reviewed**
13:5,7
**peg** 231:10,10
**pegged** 231:7,9
232:8,13,20
233:4 234:7
**penetrate** 163:23
210:17
**penetrated** 47:2
**penetration**

45:15 47:15,18
76:11 205:19
212:22
**Pennsylvania** 4:9
4:15 188:5
**people** 14:8 16:9
16:10,12,16
28:18 97:2,19
97:23,24 104:3
**PEPERNO** 1:14,14
**percent** 35:13
36:7 39:10
40:1 43:19
45:21 46:17,22
47:6,17,20,21
47:25 50:10
52:22 56:12
58:24 60:16,21
75:13 76:12
82:24 87:6,13
87:22 88:5,14
88:19 89:2
90:17,20,21,24
91:3,21 92:6
92:16 93:1,14
93:23 96:2,4
96:13,17 97:11
102:23 103:1
103:12 104:17
104:17 105:7
105:11,19
106:8,23 107:1
107:12 108:3
108:12,17
137:13 138:7
138:13 139:3,4
145:14 146:1
147:14 184:10
202:14 219:19
247:1,6,9
263:18,24
268:3,10 271:9
272:20 279:7
**percentage** 62:10
**perform** 30:6
33:18 36:5
43:7 49:25
50:1 55:9 62:4
65:2 74:16
85:5,16 110:2
114:25 119:13
126:20 136:14
150:19 211:21
216:24 250:17
271:15
**performance**
23:11 50:15,18
54:13 63:16,24
63:25 111:6
112:21 223:16

**performed** 23:12
30:18 54:18,23
104:3 113:15
127:22 130:19
154:11 166:21
172:3 176:19
187:9 217:2
220:15 221:1
270:4,25 271:9
**performing** 33:17
193:24 215:24
226:12 256:10
275:5
**performs** 24:10
55:17 111:7
**period** 39:23
46:9 51:4
62:11 66:25
75:22 92:3,23
95:19 115:5,20
120:19 178:13
217:16 224:6
**periodic** 23:21
**peripheral** 98:8
**PerkinElmer**
212:4 213:12
**permissible**
26:20 27:2
**permission**
228:15,17
**permit** 263:16
**permitted** 24:22
92:5 193:4
**person** 98:25
**personally**
123:16 161:13
**perspective**
22:13 23:14,14
71:25 77:1
132:15 154:15
274:6
**pertain** 125:18
**pertained** 187:17
**PEX** 2:14,19,22
14:1 16:1
17:23 19:14
20:24 24:16
29:12 39:22
50:24 65:21
68:7 82:12
85:6,17 86:21
86:24 94:22
95:18 96:12
99:8 100:19
101:4,12,14
102:13 103:13
103:15 110:24
111:4,16 114:5
116:17 127:4
128:11 151:12

152:17 153:13
153:22 155:13
156:2,5,7,8,17
157:11,23
159:24 162:12
162:15,16,20
162:24 163:15
164:4,7 165:13
165:17,22,24
166:4,13,25
167:2,9,16
168:4 169:5
170:4 175:20
178:1,3,8
181:21 184:6,8
184:20 185:4
185:12 189:5
192:1,7,10
199:15,16
200:9 201:1,4
202:11,14
207:13 208:1,8
209:3,17 211:2
211:3 217:21
217:22 218:22
219:1,4,10,12
224:20 225:4,7
228:5 234:10
234:14 235:25
236:14,15,19
236:21 237:10
237:15 239:7
239:17,20,21
245:13 248:4
252:3 253:21
254:8 259:6,23
**PEX-A** 111:17
**PEX-B** 111:17
127:6
**PEX-C** 111:17
114:22 115:22
116:19
**PEX-related**
94:19
**pH** 145:11
**phase** 48:15,17
59:13
**Philadelphia** 4:9
4:15
**phone** 150:1
**photo** 204:17
206:23,25
**photos** 161:20
201:21 203:15
204:8,18
205:13,24
259:14 260:18
**picking** 112:25
**picture** 68:3,16
68:24 225:11

pictures 203:7
  204:7 205:8,8
  205:9 232:12
  235:23 260:1,8
  260:15,17,22
  260:23
piece 101:11
  102:11 116:9
  123:2 129:13
  129:19,20
  133:1,2 137:20
  137:24 162:19
  166:15 168:18
  169:5 170:3
  185:12 190:14
  199:12 200:24
  224:20 242:11
pieces 127:14
  143:23 187:7
  189:10 195:9
Pinehurst 229:22
pinhole 129:22
Pinto 134:18
Pintos 74:12
pipe 2:22 14:23
  17:1,2,3,15,23
  18:1,7 20:2
  64:17 67:4,11
  67:14 86:7
  101:4,12,17,19
  101:24 102:13
  102:15,17
  103:4 104:9,21
  105:12,15
  106:1,9 107:25
  108:17 111:6,7
  111:19 112:12
  112:21,23
  113:16,24
  114:16,18
  115:4,7 116:3
  116:21,21,24
  119:25 120:5,6
  120:7,9,11,14
  120:18,24
  121:22 122:10
  122:13,15,16
  122:16,24
  123:1,14
  124:22 125:2
  126:17,20
  128:11 129:21
  130:6,7,7
  133:16,19,20
  136:4 154:15
  154:18 156:17
  157:23,24
  158:5,17,24
  159:20 160:8
  160:11,25

161:6 163:11
163:12 164:6
167:9,13,19
168:4,5,18
169:14,15
170:8,11,22
171:3,5,9
172:17,18,21
175:1,2 176:13
176:16,18
183:20 184:6,8
184:9,23 186:7
186:17,23
187:7 188:3,12
188:21 189:6
189:16,18
192:7,17 195:7
195:9,15 196:5
196:10,11,14
196:16,17,18
198:21 199:25
200:6 201:1
202:14 203:13
204:10 206:2
207:18,19,20
208:17,21,23
209:15,24
210:19,20
212:11,18
214:7,13,13,18
215:2,5,10,17
215:19 217:16
217:16 220:12
220:20 221:8,9
223:10,11,17
223:19 224:14
225:15,17,18
225:19 226:5
227:11 228:5
230:22 235:9
236:8,16 237:7
237:18,21,22
238:20,24
239:10,23
240:1,2,23
241:9,11
242:13,14,16
243:8,18,18,19
243:21 259:6
259:19,23
261:2
pipe's 202:15
pipe-grade
  113:22
piped 77:18
  181:13
pipes 20:11
  67:13 105:19
  105:22 107:13
  109:15,20

113:17 115:15
120:21 124:18
124:19 126:4
126:19 136:12
158:14 161:10
161:12,14,18
161:24 162:5
172:11 176:1,3
176:7 179:6
180:5,14
182:21 184:24
185:1 192:6,10
192:12 193:1,2
193:22 195:5
195:24 198:9
198:13 202:24
203:12 208:14
209:25 210:5
235:1,7 239:6
239:7 241:24
255:9,13
258:22 259:18
259:25
piping 19:15
  114:6 141:23
  159:24 172:24
  173:14 174:12
  217:21,22
pivotal 59:23
place 43:25 90:4
  125:10 132:3
  159:1 199:9
  229:7
placed 64:16
  66:3,10,16
  115:17 140:24
placement 70:25
places 102:5
plaintiff 30:6
  30:10 37:24
  41:9 42:19
  70:3 88:4
  173:23,25
  193:16 211:11
plaintiffs 1:6
  1:17 4:12 7:24
  8:2,4,7,10,14
  70:6,10,10
  105:17 106:14
  108:21 204:10
  240:8 248:18
plaintiffs' 42:8
  42:9 76:18
  77:18 98:22
  108:21 196:14
  240:6 257:12
plan 21:22,23
  35:6 127:6
  192:16,18,20
plane 45:11,13

45:20,24 47:7
47:19 242:19
planning 260:23
plans 35:7
plaques 217:10
plastic 14:24
  15:9 81:24
  96:10 145:23
  148:19 183:20
  245:14 266:23
plastics 90:22
play 48:9 58:18
  167:14 202:21
  274:9
played 21:18
  69:15 131:13
plays 32:24
  59:22
Plaza 4:18
please 5:7,18
  10:9 17:12
  22:5,17 27:9
  27:12 32:1
  40:12 41:13,16
  42:15 49:19
  54:9,21 57:15
  60:6,10 63:7
  63:21 68:2,14
  68:16 69:11
  88:16 91:25
  107:16 116:12
  127:15 134:12
  143:22 149:20
  153:19 155:21
  158:2 162:14
  166:7 167:22
  170:15 173:12
  177:11 187:14
  197:11,12,23
  203:9 208:3
  209:12 213:4
  221:10 222:15
  227:24 230:12
  234:18 235:10
  235:16 239:11
  243:14 258:2
  263:20 273:14
  280:12,14
Plisko 1:4 8:5
  30:14,15,22,24
  43:2,4,7,18
  46:15 70:5,11
  73:13 76:9,17
  78:12 80:2
  148:17 199:2
  205:1
Pliskos 70:5
plug-shaped 46:6
plugged 169:1

plumber 72:8
  152:10 255:5
plumbers 66:23
  254:1 270:19
plumbing 2:14
  8:18 14:24
  15:4,16,18
  16:1 22:2
  32:22 49:10,21
  50:24,25 51:6
  55:13 56:4
  58:2 64:1,5
  65:15,19,20
  67:18 68:7
  69:20 78:25
  79:1 82:12
  86:7 134:23
  136:17 138:11
  144:18 145:5
  147:16 152:24
  153:4,7 154:1
  167:12 172:25
  174:18 175:5
  226:5 227:11
  228:1,2,4
  229:11,21
  230:15 234:14
  239:1 251:9,10
  251:14,15,24
  252:3 253:3,6
  253:12,14
  254:5 256:20
  267:5 271:21
  272:1,17
  277:21 278:15
  279:18
plus 225:12,13
  225:14
point 15:13
  23:13 54:18,22
  55:18 62:25
  68:16 69:17
  72:3 86:4 91:9
  102:19 104:9
  115:21 121:21
  131:12 134:8
  134:24 151:23
  161:20 169:10
  177:8 185:21
  188:22 199:8
  211:15 223:19
  223:21,22
  226:15 233:16
  234:15 240:5
  242:11 256:12
  260:12
pointed 205:21
pointing 204:11
POLAKOFF 4:13
  228:19

policies 125:10
  125:19,24,25
  126:1
policy 23:21
polished 47:8,18
polyethylene
  25:18,20,23
  111:11,12
  112:4 216:14
  217:20,20,23
  218:1,8,13,14
  218:15,19
  219:7 245:13
polyethylenes
  112:6
polymer 17:3
  130:1,3 191:10
polymers 84:24
polyolefin 220:7
polyolefins
  118:12
poor 119:12,20
  121:10
porous 43:24
portion 48:15
  210:25
portions 6:16
  48:17,18
  255:25
position 69:3
  82:22 88:9,13
  116:4 128:1,16
  157:11 172:23
  173:2 183:14
  207:12 211:10
  246:11 247:2
positioned 64:23
  65:2,5,9,22,23
  70:15 231:10
possessed 263:24
possibility
  23:18
possible 66:20
  84:12 115:23
  157:21,22
  158:8,10
  164:14 176:12
  176:15 199:17
possibly 95:23
  179:10 189:16
  260:4
potable 2:22
  32:5,10,16,23
  33:23 34:5,10
  34:23 35:12,15
  36:4 57:12
  60:23 72:6
  110:3 112:3,7
  116:7 135:25
  137:4 138:9,12

141:22,23
143:5 144:9
145:25 150:20
172:10 178:12
186:14 234:7
247:10,15
253:16 268:6
potential 69:8
  141:7 156:1
  165:11 251:13
  251:18 275:7
PPI 183:13,14
practice 71:19
  250:21
practices 69:15
  188:7,7
PRE 239:3
precarious
  103:23
preceded 78:7
precise 97:7
predicted 20:9
  138:15
predominance
  238:18
predominant
  236:22 237:6
predominating
  175:9
preferential
  128:20 191:11
preferentially
  238:2
premature 33:15
  36:15 138:14
preparation
  81:20 217:7,14
prepare 6:3,14
  6:18 80:11,16
  81:18 227:15
  227:17 265:21
prepared 12:7
  13:17 14:17
  16:7 25:10
  28:9,10 42:14
  47:4 50:19
  80:8,18 81:8
  94:10 183:25
  183:25 242:24
  243:12 244:2,5
  244:8,16
  262:19 265:3
  265:11,16
  266:4,10
  271:18
preparing 6:22
prepped 200:20
presence 72:1
  112:6 130:11
  130:13 132:9

132:17 135:25
136:1 157:13
180:3 198:19
209:18,19
211:12 213:25
214:17 224:1
246:8,20
250:11 282:11
present 18:21
  40:3,4,6 43:16
  43:18 52:15
  54:1,3 138:2
  139:9 159:8
  167:17 178:13
  185:16 186:10
  186:11,19
  191:22 199:19
  199:22 200:5,9
  200:16,24
  201:4 203:24
  205:20 209:10
  210:15 211:9
  214:12 215:6
  224:17 225:24
  225:25 235:9
  249:14,16,19
  251:1 252:13
  253:5,6
presented 232:18
  274:15
pressure 112:18
  153:9,12,16,23
  154:2,6,13,16
  154:21,25
  155:13,14,16
  155:21 157:18
  157:24 158:4
  158:15,16
  159:1,15,19,25
  160:23 163:12
  172:23,24
  173:3,15 174:8
  174:9 175:7,9
  175:13 176:4
  176:20 177:18
  186:15 194:10
  194:16 195:13
  196:1,13,19,23
  196:25 197:6
  198:4,5,7,8,9
  198:15,17,22
  198:23 199:3,6
  224:24 230:8
  230:14,15,21
  231:1,5,6,8,8
  231:12,19,19
  231:23,24
  232:3,6,7,22
  233:2,6,14,22
  234:4,4,6,11

234:15,16,17
236:9 238:8
239:2,5,8,16
241:13,13,19
243:9
pressures 128:9
  154:10 158:24
  173:10 175:5
  195:12 207:7,9
  230:16 232:11
  233:13,14
  239:18
presumably 120:7
pretty 20:16
  148:11 169:2
prevent 130:8
prevents 90:8
previously 55:23
  235:21
primarily 102:16
  178:21 182:4
  184:25 185:2
  190:24 204:14
  217:8 274:21
primary 217:13
  236:21 237:11
  237:13 243:7
principle 102:2
printed 234:25
prior 23:13 26:4
  38:10 85:4
  91:14 121:6
  126:15 192:7
  199:18 200:8
  201:14,18
  203:16
Pro 228:2
probable 242:15
probably 85:7
  134:25 148:11
  150:16 158:10
  169:3 196:1,3
  213:9 238:9
  250:23 252:14
  256:21 274:14
problem 66:25
  123:2 133:15
  143:7 146:16
  146:19 147:7
  223:21,23
  255:17 273:25
  276:15 280:8
problematic
  128:17
procedure 19:25
  63:10,13 64:14
  118:22 219:11
proceed 110:22
process 16:18
  23:5,10,19

27:25 28:9,11
28:17 37:6,9
37:11 38:15,18
38:22,24 43:22
47:24 48:3,5
51:11 58:7,9
58:12,13 64:14
72:13 84:25
86:14 99:11,14
99:15 110:2,6
110:16,25
111:3,22,24
112:17,22
113:17,18
115:2,14
116:19 117:13
117:14,18
121:25 123:9
128:8,14,17,20
128:23 129:1,2
129:18,22
130:20 132:7,8
132:19,20
133:7,11,18
134:2 135:4,13
135:15 139:1
161:19 165:15
169:20 172:21
191:21 193:13
196:8 197:15
202:16 203:5
203:25 204:5
204:14 230:20
232:2 241:1
256:25 257:4
270:1
processes 72:11
  72:17 75:2
  111:19,20
  237:18 271:8
produce 219:23
  220:1 228:15
  260:1,7
produced 11:7,9
  11:12,20,23,25
  12:1,2,23 24:6
  24:8 31:19
  107:3 113:12
  113:14,20
  126:6 127:12
  187:11 203:16
  215:21 218:6
  218:14 259:3
  260:16,18,20
  261:25 262:3
  262:20
product 15:7
  20:6,24 21:12
  22:2,7,9,20,21
  24:23 27:4

55:9 61:20
72:20 74:10
79:17 85:2
87:15 100:12
100:16 103:25
104:2 107:11
107:22 114:8
114:11,15
115:12 116:7
116:22 117:16
118:25 119:14
127:4,22 128:2
129:3 133:3
134:8 135:16
169:18,18
181:9 190:10
217:12,18
248:4 249:5,6
260:2,8 261:13
262:23 263:22
264:4 265:5
270:25 276:19
276:20 278:6
279:3
**production** 58:1
**products** 14:1,15
15:4 16:6
24:16 26:11
51:4,5 74:14
75:11 78:25
82:14 86:22
98:4 107:23
109:11 116:18
116:19,25
139:22 148:12
151:12,16
152:9,17
153:22 190:5
240:25 241:7
245:23 254:1,8
266:23 267:16
267:18 269:17
273:21 276:19
**professional**
1:24 152:10
**profile** 225:25
**program** 129:16
**prohibits** 33:16
89:7
**projected** 184:24
**promote** 165:2
167:5
**promoted** 130:3
**prone** 59:9
**pronounced** 238:8
**propagate** 101:18
102:10 159:4
159:13
**propagates**
199:23

**propagating**
164:12 204:12
204:22
**propagation**
102:18,25
103:8 107:25
175:10 188:24
196:4 238:5
243:8
**proper** 63:15,18
63:23,24 65:2
67:13 71:9
218:10
**properly** 59:7
64:9,16,16
65:9 66:10,16
67:19 115:11
151:20 246:16
249:22
**properties**
111:20 115:7
**property** 45:4
**proposition**
238:12
**propriety** 96:1
**protect** 90:13
112:2,8
**protecting** 96:23
**protective** 90:3
90:6,7 228:9
228:16 229:6
**proved** 243:23,24
**provide** 9:17
22:9 89:10
140:3 150:3
239:15 247:12
**provided** 9:22
10:25 11:5
14:5 31:18
116:16 149:8
219:22 244:1
250:9 256:4
258:14
**providing** 140:2
248:10
**provision** 92:25
**proximity** 145:9
146:6
**PRV** 158:25
159:15 160:12
**PSI** 154:25
156:18 158:25
160:13,15
166:11 173:3,4
175:14,19
176:6,14,16,21
177:19 194:5,7
195:12 230:17
230:23 231:2,6
231:9,12,14,15

232:7 233:19
233:20,23
234:7
**public** 1:25 2:5
14:5,7 89:9,11
281:22 282:16
**publication**
13:25
**publications**
13:2,4 203:17
**publicly** 14:11
**publish** 13:21
**published** 13:11
14:10,17 43:21
44:3 88:11
138:6 144:17
145:17 183:13
183:14 230:18
**Pulte** 106:20
**purchased** 88:4
230:19 235:5
**purchasing** 84:1
**purpose** 7:20
22:1 42:3
67:10 96:22,23
98:10 120:25
179:1 220:9
272:21 278:2,6
278:7,17,22,24
**purposes** 22:4
97:4
**pursuant** 20:19
20:23 125:21
214:17 221:2
229:6
**put** 55:4 64:9,11
72:21,23 89:13
95:8 135:12
154:8 183:20
202:8 204:19
206:13 245:3
260:19
**putting** 36:4

**Q**
**QA** 270:1
**qualifier** 195:18
**qualitatively**
189:11
**quality** 23:7
24:3 58:4
97:19 127:11
129:1,16
240:11 269:19
271:7 272:8
**quantifiable**
78:23
**quantify** 44:6
103:11,16
105:6,10 121:2

189:3,8 211:18
212:21
**quantitative**
192:2
**quarter** 64:24
65:6
**question** 7:13,17
15:3 18:17
22:5,12,17
24:20 26:13
32:1 33:6,7,13
34:7 37:12
38:9,11 40:12
41:15,24 49:13
49:15,18,18
50:14,20 52:17
53:5 55:23
59:2 60:12
66:7 69:2,4
74:6 77:24
78:7 86:17
91:25 97:5,7,8
100:23,24
104:25 118:5
121:6,7 124:15
125:15 127:20
130:23 134:5
134:12,19
135:10,18
136:19 140:12
141:5,14
142:10,14
143:20,23
144:6 146:10
148:7 149:3,9
149:11,21
150:1,4 151:25
155:22 159:7
159:17,23
160:10 168:7
168:14 170:13
170:13,18
171:7 178:21
182:13,14,18
182:19,20
186:5 191:24
197:12,14,16
197:19 199:16
200:7 201:12
201:13,20
202:4,9,22
204:1 205:7
206:22 209:13
210:7 211:14
214:11 218:23
222:14 234:21
246:24 252:24
253:6 254:13
263:19,25
273:14,14

275:10,15
280:2,6,15
**question's** 144:1
**questions** 30:19
42:3 53:2
89:12 95:12
127:17 149:12
150:16,22
153:18 245:8
**quick** 5:18
117:22 227:5
228:25
**quickly** 7:1
48:16 61:3
101:23 128:7
139:24 191:15
274:4
**quite** 13:15
17:17 24:7,8
45:24 86:20
161:23 273:20
**quoted** 117:2
**quoting** 270:12

**R**
**R** 1:24 2:5 4:1
5:1 281:6,22
**radar** 35:8
**radial** 238:7,10
**radially** 238:17
**raised** 21:17,19
25:20
**ramp** 173:2
**range** 66:3,22
195:12 213:13
214:2 233:12
241:3
**ranges** 206:24
**rapid** 185:16
**rarely** 234:5
**rash** 270:7
272:22 273:18
273:22 278:3
279:23
**rate** 48:10,13
49:5,9 100:18
101:11,16
102:24 103:13
105:8,25
107:25 130:15
159:11 166:3
182:5 188:14
188:20,24
189:9 196:1,4
207:5
**rates** 100:14
143:12
**rating** 170:10
**ratio** 222:18,23
**RAY** 1:13

**reach** 232:21
**reached** 82:17
  83:8 267:1
**reaches** 202:17
**reaching** 17:15
  79:16,20
**react** 32:16
  178:1,5
**reacted** 116:6
**reacting** 178:4
**reacts** 178:3
**read** 15:20 60:11
  79:4 120:1,2
  144:1,3 152:14
  152:15 167:23
  167:24 197:23
  197:25 228:6,7
  230:23 236:17
  247:25 256:1
  256:17 265:13
  282:4
**readily** 206:3
  274:11
**reading** 38:10
  60:9 154:5
  194:18 199:3,7
**readings** 175:13
  176:4 233:18
**ready** 110:22
**real** 127:13
  138:2 195:23
**really** 6:25
  42:21 61:3
  128:7 132:18
  137:24 186:21
  198:6,6 201:13
  205:16 218:12
**reason** 23:20
  40:6 44:8
  71:17 72:9
  102:13 147:11
  167:18 197:2,4
  213:1 226:2
  229:23 239:20
  240:21 241:7
  247:3 251:16
  265:10 267:2
  269:21 271:23
  275:6 276:3
  278:13
**reasonable**
  145:18 149:14
  150:2 158:12
  161:23 169:16
  198:11 243:6
**reasonably** 22:8
**reasons** 23:22
  59:11 64:11
  73:8 97:15
  124:24 144:13

162:8 237:16
  257:11
**recall** 6:11,19
  8:22,25 9:14
  9:25 14:24
  15:13 18:22
  19:3,7,9,11
  24:7 29:5,7,14
  30:11,25 61:8
  70:18,19 80:12
  80:16 81:9
  82:19,25 83:6
  84:5 85:21
  88:1,7,20 89:3
  89:21 94:17,18
  94:20 96:5
  97:13 98:23
  127:23 156:15
  174:5,7 180:13
  180:18,24
  181:10,11,19
  181:23,25
  182:1,3,23
  183:11 185:22
  187:19,20
  191:5 195:13
  200:17 211:24
  214:23 215:7
  228:10,16
  229:17 230:3
  232:9 240:12
  240:14 245:3
  248:22 254:10
  260:4,10
  261:20 264:13
  264:16,20
  265:15,23
  266:3 275:2,11
  275:12 280:6
**recalling** 96:7
**receive** 12:3
  18:9 20:23
**received** 11:19
  12:3 228:13
**receiving** 244:21
**recirc** 188:9,10
**recirculation**
  230:2
**recognize** 109:12
  202:3 248:9
**recognized** 78:19
**recollection**
  18:19 21:16
  83:24 85:24
  86:5 230:25
  231:4
**recommend** 34:4
  88:3 102:6
**recommended** 88:8
  88:10,22,25

92:15 272:16
**record** 5:8 28:2
  60:11 63:3,5
  110:10,11,13
  121:4 144:3
  150:25 151:3
  167:24 177:17
  197:25 216:6,8
  216:9 226:23
  226:25 227:4
  228:19,22,24
  228:25 257:21
  257:23,25
**recording** 154:9
**records** 24:5
  91:16 239:22
  240:11 241:20
  241:25
**red** 204:10
**redepositing**
  43:24
**redesigning**
  127:4
**redistribute**
  122:23
**redlined** 26:15
  26:16,24 27:7
  222:7
**reduce** 117:15
**reduced** 128:21
  281:11
**reduction** 122:15
**reels** 239:23
  240:3,4
**refer** 30:20 42:4
  201:25 218:13
  230:3
**reference** 30:17
  61:7 211:25
  243:18
**referenced** 14:4
  44:20 240:4
  243:3 261:24
  263:16,23
  264:23
**referencing**
  269:12
**referred** 183:20
  191:18 218:3,7
**referring** 6:6
  17:6 42:6 68:4
  68:17 69:1,18
  69:19 107:17
  120:4 140:22
  146:19 153:5
  154:3 155:6
  158:21 176:24
  176:25 177:13
  220:24 221:3
  267:23 269:23

**reflect** 175:4
  184:23 221:21
  223:9
**reflection**
  116:24 219:19
  219:20 221:25
**refresh** 230:25
**refreshes** 231:4
**regard** 96:8 97:3
  109:21 161:17
  169:10 198:22
**regarded** 60:21
**regarding** 16:5
  18:6 71:15
  89:5,15 99:3
  112:17 125:25
  171:17 202:22
  234:10 258:22
  259:22
**regardless** 124:8
**region** 155:18
  161:1 195:5
  202:6 215:15
  221:7
**regions** 189:15
  209:4,7
**Registered** 1:24
**relate** 140:21
  211:2
**related** 13:18
  16:6,11 31:9
  59:14 60:18
  72:14 85:1
  95:23 96:15
  98:18 107:10
  124:18 132:9
  139:20 168:9
  187:13 218:9
  219:7 227:10
  228:9 241:7
  244:13 258:20
  258:21 259:24
  260:17 261:2,4
  264:16 273:2
  281:13
**relates** 100:23
  101:11
**relation** 6:5
  106:20 119:23
  201:11 259:3
  261:25
**relationships**
  118:23
**relative** 2:20
  166:14,15
  168:1 188:23
  192:9 209:20
  209:21 211:3
  214:24 226:11
  240:22 281:15

**relatively**
  122:12
**release** 137:22
  228:17
**released** 41:4
**relevance** 142:21
**relevant** 17:8
  61:24 157:9
  263:7
**reliable** 50:25
  150:3
**relied** 9:18,23
  79:23 179:13
  179:15 259:16
**relief** 230:8
**rely** 17:14 21:14
  22:8,19,23,24
  43:14 79:16,19
  111:24 211:20
  232:18 259:10
  261:1,3,4
**relying** 52:5
  182:25 258:11
  260:23 262:24
**remain** 122:2
  154:16,24
  156:18
**remaining** 122:7
**remains** 122:3,14
  159:14
**remember** 9:3,6
  86:2,3 89:23
  94:15 109:13
  128:2 173:22
  181:2,5,8,22
  215:12 226:13
  227:20,23
  229:17 231:24
  232:1 244:8
  250:13
**remiss** 23:9
**remove** 30:23
**removed** 30:5,22
  229:20 235:3
  239:7
**render** 71:23,24
  89:15 135:16
  137:3,7 139:19
  143:1 171:17
  276:12
**rendered** 38:16
  92:10,11 131:4
  142:24 180:5
  264:15
**rendering** 22:25
**renders** 33:15
  134:8 137:14
  139:5 246:7,19
  249:18
**rep** 87:16

repeat 41:16
77:7
repeatedly 20:5
138:22
rephrase 7:14
replumbed 30:12
70:8
report 2:15 3:1
3:2 6:22 10:4
10:16,21 11:9
11:11,15,20,25
12:7,12,13,14
13:13 26:1
29:24,25 30:17
30:20 31:16,17
40:23 41:14
50:20 52:13
69:18 77:19,21
110:7,17,20
111:3 116:10
116:10,15
117:3 148:17
175:12,15
177:10,12,13
177:14,15,15
177:18 183:5
192:24 199:9
200:12 201:9
203:8,10,18
205:10 211:25
215:7,13,20
221:12,13,14
221:15,21
222:17 226:11
226:14 227:7,9
227:10,15
228:16,18
229:16 233:11
235:2 240:14
242:21,24
243:12 244:2,5
244:9,11,16,19
245:16 258:13
258:16,16
259:2,11,12,13
260:22 265:21
266:10
reported 1:24
42:25 46:11
76:25 78:19
79:9 96:21
109:6 123:15
162:1 179:18
215:13 232:3,4
232:11 233:12
233:23 241:18
reportedly 20:12
20:13 179:7
203:14 227:11
231:23 233:18

reporter 1:24
15:21 281:1
reporting 79:11
95:7
reports 6:4,6,7
6:8,12,16,20
13:18,24 14:3
14:10 79:1
98:9,14 105:18
105:21 109:2,6
109:8 168:17
183:7 229:1,5
240:13,15
258:20 259:8
260:7,9,20
262:19 266:22
represent 5:16
11:18 151:9
representation
218:11
representative
23:4 259:14
represented
61:18 121:17
166:21 227:20
227:22
representing
174:2
request 123:13
requested 60:11
144:3 167:24
197:25
require 247:8
required 20:22
21:10 97:25
128:22 192:20
216:20 251:7
269:18,20
requirement
65:12 108:13
172:25 250:13
requirements
24:25 27:17
92:14 100:13
105:13 107:21
108:4 152:12
152:18 153:1
247:24
requires 120:9
research 13:5,8
13:9 84:25
103:19 168:16
reserve 192:3
206:24 261:3
reserved 280:20
residence 30:13
30:16 44:15,15
70:8,9,12,12
73:15,17 76:6
76:8,9 78:12

78:14,14 136:3
161:11,25
178:15 179:4
179:17 183:8
185:14 194:7
195:15 196:20
204:13,18
205:1 227:14
235:3 248:24
251:22 257:17
257:18
residences 37:24
residential
229:21 251:24
residual 34:18
58:8 59:21
60:1 117:8
122:12 123:14
124:4 133:10
191:18,21,25
192:6,8,17
224:7 225:6,12
268:22 274:12
resin 104:23
111:10,13
112:24 113:4,7
113:11,12,21
113:22,23
114:5,10,21
116:1,5 129:21
130:20 132:24
133:4,6 217:9
217:17,23
218:7,10
resins 111:11,12
112:4 217:21
resistance 20:9
32:11,22
102:14 124:12
125:3,19 126:4
135:24 183:16
203:21
resistant 102:18
103:8 113:10
133:21 135:22
164:17 180:2
resolution 85:2
261:17
resolve 273:2
respect 8:14
9:20,21 13:2
14:3 19:5,14
19:24 20:1
21:18 24:15,16
30:5 31:22
32:4 35:4
42:13,16 43:6
45:1 47:15
50:21 57:8
62:2,8 66:4,5

67:6 76:17
77:25 79:17
80:2 81:19
95:18 98:2
99:8 116:4
117:5 128:18
144:9 152:21
153:8,18,20,22
154:23 183:9
190:1 210:8
218:18 220:2
220:17 221:1
222:5,12 240:3
245:21,24,25
246:1,10
248:17 256:22
258:10 259:9
262:2,22 263:6
264:1,8 268:13
respective 229:7
respond 143:24
responded 113:16
responding 93:2
responds 144:23
response 117:17
150:1,4 161:10
244:21 259:20
responsibility
16:22 98:7
responsible
71:21 99:1
126:9 171:13
171:16
restate 22:17
54:21 263:20
result 20:10
44:7 73:5,21
75:5 106:10
122:7 123:8
126:16 131:9,9
140:20 153:12
157:12,24
158:5 163:9,13
164:6,11,24
165:1,8,21
166:11 167:2
172:20 173:10
173:15 177:3
184:22 185:12
185:25 192:10
199:17 207:6
236:18 241:13
241:19 243:5
244:25 257:13
279:2
resulted 73:12
73:20 116:6
161:18 191:21
resulting 36:23
78:13 117:18

236:8
results 19:22
29:22,22 31:15
31:19 61:8
107:3,6,10,18
111:19 119:13
119:20 121:10
122:25 123:19
123:23 124:8
145:14 147:22
165:5 172:4
184:4,9 211:8
211:8 219:23
220:1,9,13
221:22 236:13
248:7
retain 36:20
37:1
retained 173:20
265:20
return 86:16
261:18
returned 86:7,10
87:14 103:24
104:1 107:11
107:13,22
108:17 109:10
138:25 156:12
176:16 187:7
196:16 204:9
207:18 217:11
217:15,18
226:5 240:2,25
241:16,24
270:18
returns 86:18
reveal 45:14
revealed 113:15
reveals 192:5
review 6:9,10,13
6:17 18:11,24
18:25 21:1,2,7
21:7 24:5 25:5
25:5 26:14,17
27:7 29:8
31:14 69:18
77:15 82:20
86:10,18 87:11
89:12 98:20
99:8 127:25,25
175:16 185:22
187:10 199:10
206:19 215:8
216:23 218:21
239:22 240:10
260:13
reviewed 6:4,15
6:21 13:12,13
13:14 42:7
98:14 104:10

104:16 118:9
168:16 255:23
255:25 262:1
**reviewing** 29:5
50:20 52:13
**revised** 183:24
184:2 235:1
**revision** 19:10
19:12 25:15
26:5 244:5
**rich** 252:4
**right** 5:22 7:3
7:17,20 10:2
10:15 11:6,8
12:5,10 13:2
15:10,23 19:13
21:4,9,13,24
22:8 25:19
26:19 27:19
44:21 64:7
65:15 71:9
72:19 73:1
81:13,16 83:11
84:17 85:13
89:25 90:4,18
93:24 94:1
97:21 106:11
109:2 111:17
113:1 118:1,8
119:7 124:13
128:1,3,4,11
129:23 134:19
134:21 135:20
136:10 137:15
139:11 156:25
157:5 162:25
169:2 174:16
176:23 177:9
183:19 191:22
192:3 194:6
199:24 200:7
200:19 201:5
203:4 204:25
206:4,25 210:7
213:8 214:2
216:8 222:9,11
226:10,17,18
227:4 228:6,7
230:2,10 233:4
235:10 239:11
242:21,25
244:6 245:7,20
247:25 251:11
252:7 253:25
261:3 262:21
264:23 265:16
265:17,22
266:13 267:12
267:25 268:3,7
271:12,22

**rigid** 102:22
**ring** 25:18 64:7
64:22,24 65:2
65:6 66:3,10
66:16
**rings** 26:21
63:25 65:21
240:17 248:13
**riser** 132:4
**risers** 224:15
**risking** 90:1
**Robert** 1:14
227:12
**Robinson** 2:2
**robust** 113:23
**rodent** 237:17
**role** 32:25 48:10
58:19 59:23
69:15 92:18
95:10 131:13
167:14 171:18
171:18 273:11
273:11,17
**rolls** 18:24
**root** 69:22 81:19
99:3,12 169:22
170:5,18,21
171:4,17 191:6
191:17 193:15
198:9 272:3
**roughly** 105:11
105:19 107:12
108:17 188:4
195:14
**round** 192:23
**roundness** 193:4
193:5,14
**routine** 240:24
**routinely** 179:19
**row** 204:17,25
205:9,9,25
**RPR** 2:5
**rule** 13:22
171:22,25
189:14 208:17
247:11
**ruled** 172:1,9,10
172:12
**rules** 6:24 25:3
**run** 6:24,25
148:11
**rupture** 102:16
102:16 103:9
155:11 156:3
156:17,20
157:12 159:10
159:21 160:23
161:2 163:13
165:2 170:25
172:12 174:11

176:17 202:19
237:6,17

---

**S**

**S** 2:7,11 4:1 5:1
**S304000** 247:25
248:3,6
**safe** 53:15
**sale** 72:3 250:25
251:2
**sales** 87:16
**salts** 251:18
**sample** 103:1
129:5 185:25
204:24 205:1,5
207:10 209:22
210:17 212:25
214:13 215:10
217:7,11,14
220:22 223:4,6
223:8,20
224:17 226:1
237:10
**samples** 20:8,13
20:18,19,22
21:10 86:10
106:9 108:20
108:24 117:5
117:10 118:24
156:12 178:16
178:23 180:14
187:2,16,22
190:13 191:22
196:15,16
200:21 202:8
203:20,24
204:9,18
206:22 209:15
211:12,14,17
211:19 214:24
215:9 220:3,12
220:17 221:2
222:13 224:6
229:20 234:19
234:22 235:2
240:8 241:16
241:18 244:12
244:14,22
**samples'** 219:21
**sampling** 118:22
**San** 106:21 181:6
**sand** 47:12
**sanitized** 178:10
**SARAH** 1:14
**sat** 28:15 29:7
**satisfactorily**
256:10
**satisfied** 151:22
**saw** 40:23 41:18
43:9 46:18

174:11 175:8
185:16 186:12
191:10,10,11
194:17 195:22
241:23 248:23
262:21
**saying** 18:10
46:14 50:6
52:6 74:19
77:4 92:22
99:1 130:19
132:22 177:1
179:3 190:17
190:25 208:4
271:19 277:22
**says** 84:15,19
94:8 118:20,22
119:4,11
149:24 152:8
184:5 213:6
216:18 225:23
227:25 229:19
233:17 236:12
236:24 237:4
238:10 243:17
247:22 278:13
**scale** 205:12,15
223:13
**scanning** 118:13
172:8 201:22
202:9 208:24
210:1
**scenario** 142:3,5
174:17 224:21
274:5,18
**schedule** 11:3
**scheduled** 262:17
**Schramek** 1:24
2:5 281:6,22
**science** 102:2
**Sciences** 3:1
227:9
**scientific**
145:19 150:2
158:13 198:11
218:24 243:7
**scientist** 273:18
274:2
**scope** 53:22
79:22 98:12
142:3 264:14
**scratch** 243:23
**SDR9** 25:18,20,23
245:13
**seal** 64:16,17,18
64:21 65:10,13
65:17,24 66:11
66:15,21,24
67:2,8,13,24
71:9 255:6,7

**sealed** 262:7
**sealing** 64:17
65:9 67:5 68:1
69:4 255:5,11
255:15
**seals** 67:21
**second** 27:10
118:19 194:8
195:5 205:9
206:4 228:20
229:20 235:18
238:23 244:8
244:11
**secondary** 171:1
**Secondly** 43:19
89:3 144:15
208:18 220:11
**section** 28:3
41:10 43:5
45:11,13,20
47:7,18,20
61:3 63:9
68:24 152:6
184:4 221:3
225:23 232:17
235:17,19,19
237:25 238:22
239:12 247:22
258:21 260:12
**sectioned** 243:19
**sections** 6:19
43:12 47:5,5,9
76:11 189:18
214:20
**securing** 245:13
**see** 10:23,24
17:18 18:8
29:22 34:20
40:22 44:1
47:9 51:13,24
53:25 54:3
58:16 59:18
61:5 63:14
69:15 76:10,11
76:23 99:20,23
102:3 110:17
116:14,20
120:12 121:7
122:15 124:3
127:5 128:19
128:22 134:6
136:3 138:24
143:13,14
145:15 146:23
161:3,10
169:14 177:2
184:12,13
189:22 192:19
196:20,21
200:23 201:3,7

202:5,6,20
203:23 204:10
204:17,19,20
205:2,3,17
206:1,15
208:14,19,20
209:1 222:8
234:3,6 235:2
236:7 238:17
241:4 242:9,9
256:23 257:3
270:11 273:21
273:22
**seeing** 58:6,9,17
59:12,15 75:19
93:8,19 170:22
175:2 191:5
204:8 273:23
274:7 276:8
**seen** 5:19 53:22
57:24 58:14
59:18,20 60:13
66:23 67:1
68:19 78:4,16
105:18 146:15
151:6 156:8,11
160:7 161:5
167:12 176:1,3
189:4 190:13
199:20,21
200:10 207:8
207:17 239:6
242:16 253:16
254:24 260:24
273:19 275:23
**seepage** 43:1
**segregate** 42:14
**select** 111:13,14
112:13
**selected** 28:13
108:20,23
113:4,7 246:13
**selecting** 112:24
**selection** 40:3
62:2 74:21
83:15 250:6
**sell** 91:7 248:14
**selling** 90:16,19
91:2,17 97:11
115:12 192:23
269:25 272:16
274:25
**SEM** 201:25
206:14
**semiquantita...**
209:23
**send** 28:19
**senior** 81:14
**sense** 42:24
196:6 269:1

**sent** 262:4,5
**sentence** 236:17
**separate** 8:15
11:13 43:20
174:10 204:2
210:23 230:4
**separately** 11:12
**separation** 205:3
**September** 242:21
244:3
**seriously** 256:11
**serve** 94:12
**served** 128:20
191:11
**serves** 91:8
**service** 20:7,15
33:16 38:17
40:15 44:11
45:19 57:12
61:22 70:15,17
75:20 76:14
77:5,10 78:5
78:11 112:3
115:17 122:21
130:9,9 131:21
133:20 135:13
135:24 137:21
160:8 161:15
167:10 178:17
186:14 200:25
225:8 229:21
239:7 240:24
241:12 242:6
250:17 256:8
259:21 274:2
**services** 84:22
114:25 115:10
**serving** 15:13
**set** 11:24 22:10
23:12 24:20
25:3 120:5,19
125:24 130:25
166:6 168:7,13
181:20 190:8
214:9,11,15
230:17 270:1,9
271:1
**setup** 134:2
174:18
**seven** 76:14
138:22 200:25
201:5
**severely** 203:22
**shallow** 212:20
212:23
**SHAMBERG** 4:21
247:17
**shaped** 47:13
259:17
**Shaw** 203:18

**short** 44:19 63:5
110:14 145:20
151:3 216:9
257:25
**short-term**
121:14
**shorten** 189:5
**shots** 206:20
**show** 18:13 41:4
41:8,10 43:14
60:1 69:1
95:11 105:22
124:9 132:1
138:25 141:9
148:10 229:19
**showed** 29:22
31:10 42:21
51:24 52:9
53:1 76:15
123:19 174:25
184:9 211:11
**showing** 40:15
44:10 76:19
143:15 182:5
204:8 260:15
**shown** 20:11
47:21 52:7
105:21 116:11
202:13 203:12
204:23 205:5
243:19,24
**shows** 39:4 47:25
68:25 122:11
242:13
**sic** 32:4 216:9
**side** 245:4,4
278:1,1
**side-by-side**
278:1
**sign** 39:4 148:10
**signal** 209:16
**signature** 265:7
265:9 280:20
**signed** 89:7
90:11 97:16,17
266:12 282:11
**significance**
26:8 222:24
**significant**
75:16 154:17
167:14 185:15
195:21 198:14
202:17 223:15
241:14
**significantly**
69:21 70:1
71:1 193:21
195:2,18,19
196:5 236:15
238:4

**signify** 224:2
**signs** 40:16 41:5
42:21 44:10
46:18 51:24
52:1,7,9 53:9
60:1 76:20
141:9
**similar** 28:25
117:4 136:4,5
161:16,19,25
195:10,16,17
196:20 205:4
219:11 220:13
246:9
**similarities**
196:22 268:11
**similarly** 1:5,16
8:11
**simple** 73:3
127:16 197:14
250:19
**simply** 43:15
45:15 46:3
72:10 170:7
269:20
**simultaneously**
179:12 236:3
237:19 249:8
**single** 23:11,12
45:11 75:12
97:6 182:14
185:3 190:14
234:15
**sir** 187:5
**sit** 18:18 19:4
24:8 26:22
29:2,10 42:13
46:9 51:15
52:17 61:9
62:15 77:14
82:19,25 84:10
87:8 102:12
104:10,14
105:4 127:23
128:3 149:25
156:15 158:10
160:17 180:13
180:18,24
185:22,23
186:3 200:17
211:24 213:22
219:14 233:1
240:12 243:1
254:10
**site** 11:7,10,12
11:24,25
153:25 154:4
154:11 200:19
231:22 232:5
**sites** 128:21

191:12
**sitting** 19:13
21:9,13 26:19
83:11 205:14
229:24 239:4
252:7 277:17
277:18
**situated** 1:5,16
8:11
**situation** 124:3
150:12 160:12
182:6 233:2
254:25 270:21
**six** 76:9 78:11
200:25 201:5
**size** 164:20
**sized** 241:10
**sizes** 187:8
219:21
**skilled** 168:8
**slight** 166:20
**slightly** 117:6
194:3,4
**slits** 169:14
208:16
**slow** 48:4 207:1
207:3,4
**slower** 15:21
101:19 102:24
182:5
**slowly** 185:1
**small** 46:6
127:13 213:19
**smaller** 143:23
**Sminkey** 1:13
179:17 185:14
204:13
**Smith** 1:21 2:1,8
2:16 5:2,9,10
151:4,6 216:9
227:18,20
282:3,9
**snap** 44:18
**snapped** 45:2
73:18 78:12
**snapping** 137:22
**SOI** 226:2
**sold** 50:5 51:16
61:20,20 62:10
76:1 77:8 78:1
82:14 83:3
88:18 90:20,22
90:23 91:12,13
105:12 108:3
108:12 109:11
241:11 253:10
267:15
**solder** 252:1
253:19
**solely** 51:5 99:2

**Somebody** 71:12
72:20,22
**somebody's**
141:24
**someone's** 142:6
**something's**
273:24
**soon** 216:2
**sooner** 49:3
109:17 153:9
191:14
**sorry** 12:13
17:11 28:1
88:16 91:12
94:4 116:11
124:1 142:11
158:1 167:4
178:19 209:11
210:14 228:7
237:1 239:14
248:16 257:8
258:19,25
263:19 266:5
**sort** 15:10 16:13
81:5,18 129:22
**sought** 103:18,20
**sound** 21:4 84:17
181:12,16
194:6 266:13
**source** 109:3
225:1 251:13
251:19,19,23
**sources** 106:22
225:3 252:4
254:6
**South** 4:18
**span** 75:20 270:6
**speak** 28:15
125:23,25
**speaking** 9:20
23:13 62:7
101:13 103:6
120:2
**spec** 239:17
240:1 242:13
264:17
**specific** 6:2
14:6 16:10,10
16:17 19:18
24:13,14 25:4
30:19 31:25
37:22 40:11
49:19 54:25
63:20 69:19
79:8 82:2,6
83:7 86:17
96:6,6 99:14
102:6 103:4
104:9,21 105:5
107:11 125:18

129:10 133:5
134:12 136:18
137:1 138:23
140:11,25
141:4 149:10
149:20 150:3
153:19 155:21
157:20 162:6
163:16 166:7
181:10 185:20
187:14 195:13
208:3 211:25
212:12,14,22
217:10,22
218:9 224:13
226:15 237:22
248:6 260:15
267:3,9 269:22
270:21 271:24
272:9,10
275:23 276:5
277:19 278:8
278:13 279:16
**specifically**
6:11,15,21 9:1
9:7,14 17:5
18:8,16 24:7
31:1 52:3 59:5
73:20 80:16
82:13 83:1
88:8,21 92:17
92:22 98:18
104:5,8 119:21
119:23 156:16
161:22 179:13
187:19 214:24
217:5 228:10
232:22 234:9
240:15 243:3
248:22 249:1
255:8,13
260:10 262:3
264:8,9 269:11
270:8 277:3
278:10
**specification**
25:17 27:17,18
28:5 35:10
166:16 245:12
247:24 248:8
**specifications**
129:17 270:23
**specified** 26:9
32:11 33:11
91:20 226:3
241:3 246:6
249:4 266:6
267:20
**specify** 252:24
**specimens** 184:6

184:8
**specs** 212:21
269:18
**spectra** 209:19
209:21 222:20
222:23
**spectroscopy**
2:23 172:6
209:5
**spectrum** 219:22
219:24 220:2
**speculate** 176:10
**speculation**
28:22,23
**speed** 48:4,20
102:10 104:6
**spelled** 227:13
**spent** 80:24 81:3
202:16
**spiking** 194:16
**spoke** 9:5
**spoken** 97:3
**spongy** 44:1
**spot** 10:11
**sprawl** 56:22
**spring** 8:25
229:22
**stabilization**
116:24 120:12
122:12,14
124:4 131:10
131:15,19
165:13 170:21
180:4 210:3
**stabilized**
109:25 130:8
130:22 132:23
133:2 167:13
169:19 170:9
172:19 178:12
186:17 196:10
**stabilizer** 117:8
196:12,21
**stabilizers**
112:10 119:25
**stainless** 98:21
98:24 245:12
245:16,21
246:11 247:25
248:3,3,5,12
248:18 249:3
250:8,8,14
253:4 254:15
254:17 255:1
255:10 256:15
257:6
**standard** 2:17,25
3:3 15:25 16:3
16:4 18:11,24
20:2 25:16

26:15 27:3,22
27:24 28:3,6,8
29:5,8 31:3,5
31:13 32:8
33:9 35:3,18
59:7,17 60:1
61:16,23 62:3
62:7,12 64:22
65:4,22 66:2
68:24 118:4,9
118:11,21
123:4 124:12
180:2 193:8,11
193:12 211:20
216:12,13,16
216:16,18,23
216:25 217:3,7
217:13 218:22
218:25 219:10
221:2,23 222:2
222:5 225:4,22
245:11,12
248:10 250:13
264:10,11
266:6 267:21
269:20 270:23
275:20,22
279:6
**standards** 16:7
16:14 17:4,5,7
17:8,14,19,19
17:22 18:6,14
18:23,25 19:2
19:3,3,7,9,11
22:10,20 26:25
27:8 28:10
50:18 98:5
99:16 125:18
125:21 217:8
269:19 272:8
**start** 18:3 100:4
167:7 208:10
223:14 247:17
254:20
**started** 46:14
80:7,10 84:15
135:15 159:3
196:8 274:9
**starting** 135:5
141:8,24 142:6
142:7 217:9
**starts** 12:12
18:4 47:24
135:13 214:8
**state** 28:4 42:2
148:6 177:18
192:25 193:18
199:9,22 281:3
281:23
**stated** 59:11

85:2 92:10
111:2 175:16
279:11
**statement** 55:25
123:3 183:20
183:24 188:17
**states** 1:1,11
27:20 28:3
64:22 65:4
78:2,18 117:3
188:4 190:12
213:9 219:18
230:21 238:24
**static** 155:13
**statistical**
125:6
**steel** 98:21,24
245:12,16,21
246:11 247:25
248:3,3,6,12
248:18 249:4
250:8,8,14
253:4 254:15
254:17 255:1
255:10 256:15
257:7
**steer** 92:15
**steps** 41:17
112:7 164:19
164:20 184:18
191:24 194:15
194:25 232:19
234:9
**stereomicros...**
208:19
**stereomicros...**
172:8 235:17
**stick** 37:22 49:6
174:1
**sticks** 95:14
**stop** 89:1 91:2
231:9,10
274:25 280:12
280:14
**stopping** 62:25
**Stork** 85:10,12
85:16
**story** 279:3
**straight** 259:20
**straighter**
189:18
**stream** 128:24
**Street** 2:3 4:9
4:14,18
**strength** 41:19
41:24 43:10
44:6 102:14
246:17 249:21
249:25 250:1,2
**stress** 31:8 32:9

32:12,21 34:18
34:22 35:15
36:8,12 38:19
39:11 41:21
44:17 56:9,13
56:17,19 58:8
58:12,19,22
59:22,23 60:22
70:21 71:5
72:6 73:16,19
93:19 102:16
103:9 132:3
133:10 138:8
141:12 144:12
144:14,17,20
145:21 147:3
147:12 159:12
159:14 165:2
188:22,23
191:25 192:6,9
202:20 205:23
207:11 224:7
224:13,14,21
224:23 225:2,3
225:6,11,12,12
225:14,14
236:9 237:17
238:4,8,15
246:7,21 247:7
249:7,10,12,12
249:14,16,19
249:23,23
250:4,10,12
252:13,20
257:10,13
263:11 268:22
274:12,20,22
**stresses** 60:2
131:25 143:16
145:4 189:4
191:13,18,21
192:17 202:18
224:9,15,18
225:9,13,16
238:19 246:17
246:18 249:20
249:24 250:3
252:22 253:11
**strictly** 182:10
**strike** 223:14
**strikingly**
161:19 195:17
**stronger** 103:7
113:9 163:3,4
**structure** 43:24
44:1
**studied** 144:16
169:11 183:12
**studies** 43:14
104:3,7,9,15

105:15 202:13
202:25 218:21
**study** 43:20
103:19 105:3,3
105:5
**style** 15:19 87:4
90:17 91:10,17
**subject** 102:9
282:6
**subjected** 20:8
20:14 35:21
159:12 185:1
206:9 246:16
251:6
**subjective** 119:2
164:1
**submitted** 13:19
13:25 87:15,16
87:18 156:12
234:20 244:12
**subsequently**
230:20
**successfully**
267:4 270:5
271:20,25
275:6 277:20
278:15 279:17
**suddenly** 270:6,6
270:25 272:4
273:18,22
**suffer** 57:11
171:23
**sufficient** 67:7
148:4 156:19
159:12 163:12
164:10,21
176:7 198:10
220:9 249:14
253:8
**sufficiently**
64:17 159:14
167:7 217:24
249:11 250:3
253:11
**suggest** 32:15
57:18 59:8
122:25 193:19
223:23
**suggested** 179:20
**suggesting** 239:1
**suggestion** 280:4
**suggestions** 19:2
**suggestive** 236:5
**suggests** 46:1
55:7
**suitable** 50:11
50:23 51:1
61:21 115:18
116:7 133:21
**Suite** 4:5,19,23

**Super** 5:15
**supplemental**
2:15 3:2 6:22
11:15 177:15
203:8,10
226:11,14
244:14,16,21
258:16 259:12
259:13
**supplied** 270:14
270:17
**supply** 230:9
**support** 210:3
260:24
**suppose** 176:15
**supposed** 83:13
129:2 265:25
**sure** 7:8 9:10
10:14 35:25
37:16 53:3
57:14 59:1
64:4 67:20
68:13 92:2
100:16 108:7
115:24 118:5
124:2 134:11
146:12 147:24
153:20 157:17
167:22 171:8
187:2 209:14
226:24 228:21
257:22 266:24
**surface** 41:11
43:2,3 46:25
120:14,17
122:13,16,20
123:16,20
124:6 131:25
160:25 164:17
168:25 169:15
172:7 195:7
202:4 203:22
206:15 207:19
208:17,18,21
208:23 210:9
210:16,17,18
210:19,21
211:4 212:23
214:4,7,13
215:6,16,17
220:16,21,24
221:5,6,8
224:11 236:2,3
236:4,4,5,7
238:21 243:21
269:2 277:9
**surfaces** 172:14
220:20 255:12
**surgical** 216:15
**surprised** 175:12

**surprising** 124:5
124:7 219:15
219:16
**surrounding** 49:8
**survive** 36:2
75:22 115:4
131:20
**Susan** 1:3 8:5
70:5 148:17
**susceptibility**
246:19,22
**susceptible**
134:15 246:7
247:7 249:9
250:5,9,20
252:21 253:10
**sweat** 252:2
253:22
**sweats** 253:25
**switch** 37:5
**sworn** 5:3 281:9
**system** 36:25
37:2 39:18
41:4 42:18
48:25 51:5
54:23 55:13,16
55:19 64:1,5
65:15,19,20
142:19 147:23
148:3 151:17
151:18 152:24
153:4,7 154:11
154:15,24
156:20 158:15
158:23,24
159:1,20,25
166:10,22
167:12 173:10
173:15,15
174:8,18
175:14,20
176:5 178:19
180:12,15
182:11,15
185:13 186:1
187:3 190:2
202:20 207:7
228:1,5 229:12
230:1,15,16
231:20 232:6
234:12 239:1,5
241:5 251:11
251:14,15
253:3,13 254:5
256:20
**systems** 14:25,25
16:2 50:25
68:8 82:12
151:21 172:11
178:9,23

182:21 194:21
230:4,4,6
234:7 251:9
252:3 253:15
268:6

| T |
|---|

**T** 2:7,7,11
**table** 221:20,21
222:9,17
**take** 5:18 7:11
7:11 10:9
12:10 19:13,19
41:17 63:2
72:25 87:17
96:18 112:7
128:4 135:2
148:7 154:5
164:15 184:18
191:24 193:9
194:10,15,25
225:21 226:22
229:11 232:19
243:15 257:20
**takeaway** 242:12
**taken** 1:22 2:1
215:9 234:9
281:7,10,14
**takes** 135:6
148:9
**talk** 15:23 84:14
117:22 156:16
177:9,21 180:7
228:18 229:8
249:1 257:19
**talked** 9:6,21
94:10 102:4
110:17 134:4
134:18 139:8
167:15 171:20
174:21 192:22
218:21 228:25
246:10 271:11
271:13,13
**talking** 7:21
25:9 50:14
56:2 80:8 82:3
82:8,9 100:20
100:24 101:2,4
104:1,2 118:16
127:5 129:10
140:17 142:17
221:24 226:13
235:22 257:1,2
260:6 267:12
276:24 278:10
**talks** 61:3
**tangible** 271:4
**tasked** 16:18
**taught** 109:18

173:7 175:22
**technical** 2:23
11:4 13:15,17
13:19,21,24
15:12 22:13
23:13 71:25
77:1 81:14
99:2 102:7
103:18 132:15
171:18 274:6
**technique** 210:16
212:24,24
**Technologies**
80:19,20,24
81:3,5,15 82:1
82:5 94:11
95:1 265:18
266:18 269:7
**tell** 7:7 9:8
12:8 20:4
21:10 45:6
53:4 87:8
97:10 103:21
104:12 138:23
138:24 139:10
139:12 171:10
185:11 205:14
205:15 243:1
244:17 274:25
278:2
**telling** 7:5
21:25 93:2
150:21 157:1
**tells** 41:14 55:6
55:14 71:14
127:11 223:18
232:21 238:19
274:2
**temperature**
25:20 112:17
119:14 121:18
121:20 122:1
144:20 145:1
145:12 165:23
166:2,9,16,22
186:16 193:20
198:17 230:17
**temperatures**
121:15 128:8
165:21 171:24
**tend** 46:7 189:18
189:22 214:25
235:24,25
**tends** 46:9
**Tennessee** 1:1
4:18,19
**tensile** 246:16
246:18 249:11
249:19,20,23
249:25 250:2

250:11 252:22
253:11
**tenure** 94:13
**term** 110:15
164:1 207:4
222:17 256:7
**terminology**
68:13
**terms** 41:15
70:25 71:4
78:23 79:13
89:23 97:15
110:1 116:23
127:5 196:1
205:21 210:15
217:7,14
223:16 268:23
**terra** 127:22
**test** 19:22,25
20:9,11,14
23:11 30:1,15
80:21 107:10
109:2,6,8
114:15 119:20
121:11,14
123:5,9,19
124:8,19
125:12 126:4
126:10,12
168:16 177:3
183:16 184:7,8
184:11 196:14
200:18 203:14
203:21 206:5,9
207:10 210:13
216:19,20,22
217:7,10
**tested** 20:18,19
20:23 21:11
30:3,12 103:1
106:10 125:20
126:17 128:2
184:6,8,10
196:12,16,17
204:24 221:2
**testified** 5:4
95:17 126:3
264:13
**testifying** 95:5
108:2 173:23
**testimony** 11:4
40:19,21 89:15
108:8 121:18
191:1 229:5
279:9 281:8,10
282:6
**testing** 16:5
19:14 23:3,7
30:18 43:8
45:10 85:10,12

85:16 86:2
97:25 100:7
106:15,16,18
106:19 107:3
108:21,23
113:15 114:1,4
114:7,10
116:17 118:16
119:7 122:4,8
122:11 123:17
123:18 124:17
125:7,19
127:24 156:13
156:17 172:3
176:18 179:20
184:5,11,16
187:9 192:11
192:14 213:24
214:18 220:15
233:14
**tests** 22:7 23:12
31:10 121:20
127:21
**Thank** 10:18 45:9
63:13 146:13
**Thanks** 10:6
**theory** 158:8
164:14 196:4
**thereof** 189:13
268:25 277:8
**thereto** 281:16
**thermal** 123:5
**thickness** 34:17
205:17 206:2
209:22 212:25
268:19 277:5
**thin** 211:4
**thing** 13:22
37:18 109:12
129:4 137:18
175:3 195:5
200:13 277:13
**things** 13:11,21
32:23 58:1,21
59:20 60:3,13
60:16 94:8
99:16 101:22
104:22 128:9
128:13 132:16
143:17 145:8
162:12 166:22
171:1 174:1
195:3 197:18
249:8,16
258:15 260:15
261:25 276:11
277:12
**think** 23:8,14
34:7 35:3
57:25 60:4

62:25 77:25
93:16 97:18
104:15 105:4
109:5 123:13
134:6 143:25
148:20 149:9
153:7 161:23
168:12 170:2
180:21 204:16
222:14 225:20
229:8 235:20
260:15 275:14
**third** 90:9 152:7
**thorough** 187:6
**thought** 46:14,17
59:10 60:8
93:5 148:19
197:24 262:21
**thousand** 161:14
187:7,16,22
190:13
**thread** 188:11
**threaded** 14:23
15:9 81:24
**three** 8:6,10,15
8:16,17 10:20
10:23,24 70:10
95:23 98:21
111:16,18
116:18 154:4
174:10 181:21
194:1 203:12
227:25 230:4
249:8,15 251:8
252:12 253:4
256:11 270:7
**threshold** 226:7
**threw** 107:9
**through-wall**
41:9 76:10
164:1,3,7
165:4,9 170:23
243:25
**thrown** 274:23
**thumbing** 12:9
**tie** 169:17
**tighter** 269:17
269:18
**time** 18:24 23:6
23:6,13 24:1
26:10 27:3
36:9 37:12
44:19 45:18
46:10 62:11,25
66:25 72:25
75:22 76:1
80:17,24 81:1
81:3,7,23
82:22 84:13,14
85:16,23 87:20

88:3 90:16,24
91:9 92:2,3,23
93:12 94:7
95:9,18 113:24
115:5 116:17
116:23 117:14
118:12,15
120:19 121:20
126:18 127:2
128:22 148:4
154:17 155:1,4
155:13 156:19
161:25 164:2
165:6 174:6
177:11 186:22
188:25 194:8
196:2 202:15
210:2 216:5
225:24 230:7
231:14 232:8
232:23,25
234:17,24
235:5,6 237:9
240:9 241:11
242:5 250:25
251:1 253:18
255:24 261:17
261:21 265:13
266:4,10,16,21
269:6,7 276:13
279:4 280:18
**times** 94:15
95:16 98:17
120:22 135:20
179:18 184:6,7
184:9 191:19
231:15 278:18
280:14
**timing** 17:21
**timing-wise** 95:2
**tip** 159:14
**tips** 205:21
**title** 81:7
**titled** 239:12
**today** 5:22,25
6:3,14,18 7:2
19:4 26:22
31:19 34:2,21
42:13 56:3,6
57:1 62:15
77:14 82:19,25
83:11 84:10
87:8 102:12
104:10,14
105:4 156:15
158:10 170:10
180:13,19,25
185:22,24
186:4 191:2
192:14 200:17

```
205:14 211:24        167:8 172:12        163:25 164:2,4       73:18,18 76:6         72:17
213:22 215:21        194:2 200:8         164:7,11,16,19       76:7 78:13,15         uncertain 119:1
229:24 239:4         218:18 271:14       164:20,22,25         95:23 116:14          uncertainty
254:10 272:15        272:2 282:5         165:3,8,17,22        116:18 137:22           23:18 94:23
277:17,18          truth 7:5,7           166:4,13,15,17       137:23 139:7          uncomfortable
today's 7:20         162:3               167:3,16 169:6       177:24 178:1            90:1
told 92:22 95:11   try 7:14 25:8         170:4 171:22         186:10 188:1          uncommon 179:11
97:18 138:18         127:16,17           171:23 173:5,9       193:25 202:21           217:6 219:6
162:3 230:11         149:21 197:19       174:14,19,20         205:16 222:23           251:13
275:11 276:12        226:6 233:10        174:24 178:2,3       227:6 230:1,5         undergo 114:1
tolerance 66:21      280:16              178:4,5,9,11         236:23 243:19         undergoes 135:5
66:22 67:7         trying 10:13          178:16,18,23         256:9 259:4           underlying 34:22
tomorrow 249:2       21:14,24 37:19      178:25 181:14        270:7 275:24            60:17 72:2
257:19 280:19        42:24 46:19         182:10,15            276:19 277:14           109:20,23
tools 58:8           52:4,8 101:1        183:2 184:20       type 13:22 14:22         131:19 162:4
top 16:23 20:21      143:1 167:22        185:4,12,25          44:14 53:25             169:13 171:7
20:25 70:19          204:1 260:14        187:2,16            62:9 82:6,9             175:1 214:5
77:20 88:7           272:3,23            188:15 189:10        133:4 134:15            250:24 278:5
183:11 203:13      Tryon 2:3             190:2,14             137:10,11             understand 7:2
205:3,9 219:14     Ts 82:8               191:22 192:1         140:6,13,14,15         7:10,13 11:21
256:5              tube 64:25 65:7       192:23 193:22        140:23 155:5            15:3 19:18
topic 16:11          67:22 100:19        195:1,20 197:1      158:20 165:18           33:6 37:19
topics 15:1          163:2 224:25        199:12,15,16        166:12 170:23           46:19 52:4
tort 87:18         tubes 109:25          199:19 200:9        198:19 201:4            53:3,6 64:7
total 113:12,20    tubing 25:19,21       200:14,24           208:13 217:10           90:3,7,11,15
123:12 133:15        25:22 26:10         201:4 206:13        232:2 250:20            90:23 101:1
219:20 225:11        42:8 64:10,12       207:2,13 208:1      255:14 278:5            118:5 122:18
trace 58:15          64:23 65:5          208:5,8 209:10      278:21                  125:14 130:23
59:16 60:2           85:17,20,22,22      210:10,12         types 26:21               134:11 149:2
144:25               85:24 99:9          214:21 218:22        28:14 49:1             159:23 167:22
train 60:8           101:8,9,10,10       219:1,10             82:2 111:16            169:12 182:6
197:24               102:11,19,25        220:17 222:13        153:14 172:1           185:23 190:9
trained 168:8        103:13,15           223:6 224:17         188:17 234:4           218:23 222:14
transcript 229:3     105:9 107:5,8       224:18,21,23      typewriting               260:14 272:22
282:5,6              108:3,12,14         225:4 234:22         281:11                  276:9,10,11
transfer 126:14      109:11,24           235:25 237:10     typical 179:24            278:3,18 282:4
transition 167:1     110:2,5,16          237:15 239:17       251:24                understanding
167:10 170:25        111:4 113:1,3       239:20,21        typically 24:4             8:9 24:9 29:15
171:24 172:7         114:1 115:1,11      240:4,5,8,18        46:6 47:10              29:18 42:10,12
transmission         116:4 119:8,18      240:18,20           58:5,16 100:3          54:20 65:1
219:23 220:2         121:8 122:19        241:16 245:13       162:21 189:15          88:17 113:25
traveled 190:12      122:21 124:9        245:23 247:14       208:19 238:6           151:11,15
treated 2:21         124:10,11           247:14 254:8        238:14                  194:9,20 229:8
59:14 182:4,22       125:12,20         turn 27:9 63:8                                234:21 248:2
229:2                126:10,11           110:8 116:12      _____               259:17 263:25
treatment 177:22     128:18 129:7        118:18 176:4          U                     266:2
188:6 204:14         129:13,20           177:11 203:9     U.S 177:23               understood 7:18
treatments 56:24     130:17,18           213:4 221:10     UHMWPE 226:1               57:14
190:24               131:11,20           221:12 227:24    UL 98:4                  underway 24:16
tremendous 127:2     132:22 135:21       234:18 235:10    ultimately 38:20           48:5
161:15               135:23 153:13       239:11 258:2        44:11 99:6            undisputed 271:5
trend 57:24          153:18 154:23       267:1               111:5,6 112:21        unexpected 242:9
103:6 255:16         155:2,9,13        twice-a-week          117:10 134:1         unfortunately
trial 95:18,21       156:2,5,7,8,20      107:4               134:14,21,25           226:17
95:22                157:4,7,8,12      Twin 85:10,12,16      148:2 271:4          uniform 32:11
trick 10:13          158:4 159:2       two 9:6 20:15        276:10                  120:10,11,13
tried 30:17          160:1,14 162:8      36:22 39:25      ultra 111:11              133:8
true 40:17 56:14     162:9,17,20,25      40:14 41:20         112:5 216:14         uniformity
56:15 77:12          163:9,13,15,18      44:16,18 51:7       217:19,25              119:24 161:16
114:12 127:22        163:21,23,24        51:18 72:11,16      218:4,12             uniformly 47:13
                                                          unassociated
```

unimaginable 254:3
unique 14:14,20 82:14 111:20 111:21,21 174:9 188:11 234:2 262:23 263:22 264:3 265:4 267:16 267:18 270:9 270:15,16 279:2
uniquely 113:16 116:6 271:1
United 1:1,11 78:1,18
universal 49:12 99:14
universally 39:10 72:4,5 75:25 79:23 87:24 131:18 138:3 198:21 251:1
unreliable 256:12
UNS 27:18,18 28:4,5 247:25 248:3,6,6
unsafe 256:12
unsufficient 108:19
unsuitable 74:3 116:9
untrained 167:18 168:1,1
unused 30:1,3 118:25
unusual 146:3,5 234:8
unusually 192:6
unwise 23:1,15
Upenor 270:11
Uponor 14:15,21 23:25 24:1 80:9,13,15,23 81:1,2,22,23 82:4,14 83:3 83:25 84:9,15 84:15,20 85:4 86:9,15 87:10 88:10,17 89:1 89:5,22 90:16 91:5,6,10,12 91:20 92:3 93:12 94:7,13 94:25 95:19 96:12,20 97:10 97:18 98:13,25 99:9 100:15,21

219:11 262:22 263:21 264:3 265:4,20 266:17 269:6 269:15,17,19 269:24 270:13 270:17 271:6 272:7,11,15,16 273:9,12,13 274:25 275:19 276:5,11,19,23 277:15,20 279:5
Uponor's 88:13 90:5,13 98:4 267:15 269:14 269:15 271:7 272:2,7 273:5
upset 23:6,9 270:22
upwards 158:25 161:13
urban 56:22
usage 31:13 32:4
use 19:14 32:5 33:14 36:1 39:4 56:4 61:18 68:13 88:22 92:6 111:10,13,15 112:19 114:5 114:11 115:22 118:25 119:5,7 119:14 137:3 178:9 180:15 182:10 183:4 195:18 212:3 212:12 213:23 218:22 219:6 219:13 220:10 247:15 248:5 248:12 249:3 256:13 263:17 263:22 264:2 264:11 267:20 268:6
USPW 270:15,17 270:20 276:6,8 276:8 279:25 280:12
usually 14:5 253:15 254:17 254:22,24
utilize 34:5 70:9 219:9
utilized 29:16 61:5 67:23 179:4
utilizing 25:17 93:22 115:3

204:14 218:25
UV 112:10 156:11 156:13 165:16 171:23 193:20

---

### V

v 1:7,18 262:22 263:22 264:3 265:4
V-shaped 236:1
vacuum 16:19
vague 69:5
vaguely 181:4,12
validating 187:12
validity 19:22
Valley 229:22
values 117:19 118:24,25
valve 230:8
Vanguard 3:1 227:9
variability 116:22
variable 47:10 117:18
variables 103:21
variation 117:7 117:10,11,15
varies 47:14
variety 16:11 29:18 61:16 71:10 73:8 74:14 75:17,18 79:1 97:2 104:23 111:5 115:6 124:24 140:8 141:3 144:19,19,20 144:21 206:24 210:4 212:5 219:6 220:6 237:16 252:4 268:18 277:10
various 97:4 105:20 121:17 171:22 172:3 187:7,8,8 228:4 254:7
vary 47:15 99:15 104:25 225:16
varying 75:14 208:20 224:7,8 224:9
verify 45:11
version 26:15 183:24 184:2 222:1,2,3,7 235:1 256:6
versions 26:16

26:25 27:7
versus 95:13 166:17 276:19 277:15
Vibien 203:15
vicinity 238:1
View 243:23
views 243:17,22 243:24,25
violating 90:1
virtually 120:13 120:17 195:10 204:8,23 205:24
visibility 14:9 18:13 24:12
visible 243:23
visual 99:18 100:1,4 129:17
visually 130:13 208:12
void 152:13
volatile 119:12 119:19 121:9
volume 1:21 36:23 78:13 137:22 211:3
voted 18:20,22
vulnerability 31:8 34:22 39:8,12,15 52:24 56:9,13 59:24 60:18 72:10 73:11,24 73:25 75:24 138:3 139:14 147:3,12 250:24 253:9
vulnerable 33:15 35:14 36:8,12 38:17 39:10 72:5 74:7 137:14 138:8 139:5,15 144:11 147:6 167:6,7 172:19 180:5 246:20 249:9 250:10

---

### W

Wacker 4:22
walk 193:12
wall 34:16 43:19 45:21,25 46:5 47:2,6,21,21 48:11,14 49:6 76:12,23 77:2 101:17,19,24 116:20 119:25 120:9,11

122:10,14,24
123:1 129:21
155:8 160:2
163:13,23
164:12 169:14
175:10 188:25
189:25 196:5
199:24 204:6
204:12 205:17
205:19 206:2
207:2,14 208:1
208:5,7 209:10
210:20 212:18
215:15,18
220:20,22
221:7 223:10
225:15,17
243:8 268:19
277:5
walls 148:15
want 10:14 27:7 37:16 53:4 65:13,20,21,23 87:17 106:7,24 108:7 134:5 143:13,14,15 143:17 146:15 146:23 150:14 170:2 192:24 197:18 213:22 247:17 274:3 280:4
wanted 100:16 102:3 109:1 154:13
warrant 117:14
warranted 51:2 55:6,7
warranties 152:13
warranty 2:19 85:1 86:15,19 87:11,15 88:3 99:1 151:12,12 151:16,17,22 152:3,9 241:17
wasn't 28:16 72:24 100:5 116:7 170:13 209:11
water 2:22 19:15 32:5,10,16,23 33:23 34:3,5 34:10,23 35:12 35:15 36:4,19 36:20,23,25 37:1,2,13 38:13,21 39:17 41:3,7,11 42:18,22,23

43:1 44:12
45:3 46:7
49:10 51:1
55:12,14,15,17
56:24,25,25
57:5,6,7,12
60:23 64:21
72:6 73:5
75:17 76:4,21
76:22 77:2
78:13 110:3
112:3,7 115:18
116:7 122:17
133:22 136:1,2
136:6 137:4,23
138:9,12 140:6
140:8,13,15,21
141:22,23
142:20 143:5
143:11,14
144:9,19,19
145:1,3,10,10
145:25 146:4,7
147:22 148:2
148:15 150:20
153:23 154:2,5
159:19 160:12
162:15 166:17
166:18 167:1
172:11,25
174:10 177:22
178:9,12,19
179:5,19 180:6
180:7,9,11,22
183:1 186:14
188:6,8,9
193:19,20
196:13 198:18
210:10,22,22
210:23,24,25
224:24 230:5,9
230:15,23
231:1,6 234:7
236:9 239:2
243:9 247:10
247:15 251:12
251:15,16
253:14,16,20
253:22 268:6
271:17 272:18
**water's** 255:7
**watertight** 64:18
64:20 65:13,17
65:24 66:11,15
67:8
**wave** 213:6
**waves** 47:12
**way** 11:20 18:25
27:1 31:22
36:24 38:14

39:17 41:3
42:18 45:3
46:21 48:1
55:11 59:14
68:23 70:23
71:1 73:22
74:25 76:21
93:3,5,17
103:24 105:6
115:22 119:22
121:2 124:5
125:1 127:9
130:21 135:19
140:2 141:12
142:24 144:6
144:13 148:2,8
148:14 160:2
163:8 167:18
168:3 170:3
178:2,5 186:22
187:13 190:18
191:17 196:24
197:5,6 198:3
198:14 199:24
218:2 226:4
227:13 232:14
232:15 233:4
254:4 263:2
268:24
**ways** 140:9
162:11 167:16
171:22 268:18
**we'll** 6:25 7:11
10:12 21:3
22:18 77:21
117:23,24
151:5 175:18
177:20 183:19
192:19 215:25
229:3 257:19
**we're** 7:21 10:10
15:24 37:16
58:8,17 59:15
63:5 68:18
75:19 79:21
86:8 93:8
100:24 101:3
108:1,11 120:4
120:5,7,10,25
121:2 128:5
140:17 151:3
171:8 205:14
217:16,16,17
221:11,24
235:13 257:25
260:5 267:11
270:24 274:19
**we've** 5:17 10:3
10:11 25:8
52:14 59:18,19

94:10 97:15
138:4 142:22
142:23 148:4
167:15 171:20
172:9,9,12
174:21 208:9
209:4 215:15
215:16,16,17
260:23
**weak** 164:22
**weaken** 38:16
163:2,4
**weakened** 36:21
42:2 43:13,15
**weakens** 38:18,19
43:22 163:9
**weakness** 164:11
**wearing** 135:13
135:15
**weaved** 188:11
**weed** 129:3
**week** 36:1,3
**weekly** 107:4
**weeks** 270:7
**weight** 104:23
112:5 113:8,9
133:6 160:19
216:14 217:20
217:24,25
218:5,12
**well-defined**
161:1 202:6
204:21 209:1
**well-known** 112:4
**well-made** 166:24
**well-stabilized**
166:25
**went** 65:20 81:25
82:5 89:7 95:1
197:4 198:7,23
211:18 230:7
231:20 239:24
241:11
**weren't** 197:7
**West** 4:22
**wet** 251:16
**whatsoever** 183:4
241:21
**white** 168:24
**whitening** 205:23
**wholeheartedly**
206:18
**wholesalers**
270:19
**wholly** 55:24
127:20 130:7
268:16
**wick** 46:7
**wide** 192:5,10
219:6

**widely** 47:14
136:17
**width** 205:21
**Wirsbo** 91:5,13
**withstand** 61:21
133:19 167:9
**witness** 2:8 8:9
8:22 9:14
15:13,14 17:11
19:17 21:6
22:4,13,23
25:2 26:14
28:23 31:25
32:7 33:14,25
34:2,12 35:23
37:5 38:2 39:7
39:21 40:20
45:9 49:12,17
49:24 50:8
52:12 53:12
54:8,25 55:22
57:14,24 60:7
60:12 63:20
64:3 66:13
67:12 69:11
71:23 74:3,10
77:12 78:8
79:19 83:6,17
88:7 90:11
91:24 92:9
94:4,12,18
95:6,13,13
97:2 101:3
103:3 114:14
124:16 125:14
125:23 129:9
131:4,17
132:15 134:11
135:9 137:6,17
140:2 141:11
142:2,10
143:22 144:5
146:19 147:1,9
147:19 149:2
149:20 150:6
150:14 152:1
152:21 153:3
155:5 156:5,22
158:1,20 159:6
161:9 166:6
167:21,25
168:21 169:10
171:15 174:24
176:10 180:18
180:24 181:16
182:18 185:8
187:5 190:16
197:23 198:1
201:20 203:12
207:17 214:23

220:5 221:18
228:15 231:4
252:17 255:12
263:9 272:14
273:17 275:11
276:2 277:25
279:10,22
281:8,10
**WITNESS'S** 282:1
**witnessing** 94:2
94:9
**wondering** 106:25
228:8
**wonky** 206:16
**word** 37:18
244:20,20
**worded** 93:3,4,17
**wording** 93:17
**words** 37:17
119:6
**work** 18:23 28:12
80:25 81:25
89:7 96:11
122:22 125:24
128:13 172:15
181:2 185:21
194:21 210:8
211:10,21
212:7 214:20
215:24 216:24
217:2 221:22
226:12 244:20
244:21 245:1
257:3 260:2,8
264:3
**worked** 23:25
85:11 91:5,6
94:1,25 266:17
266:18 269:6
**working** 68:7,15
72:17 80:17
81:1,3 83:25
85:4 86:15
87:10 89:16
90:16 91:5,20
92:2 94:11
98:3,10 103:24
217:11,15,16
217:17,17
262:24 265:17
**workmanship** 69:7
**worth** 121:11
**wouldn't** 54:12
87:19 98:15
143:17 146:9
171:12 187:23
188:16 196:9
216:20 273:9
275:3
**write** 13:13

**writing** 84:12
**written** 6:4,7
 12:7 84:8
 102:8 228:17
**wrong** 35:4
 113:21 128:18
 246:4
**wrote** 104:12
 108:3

---
**X**
**X** 2:11,11 225:23
**x-ray** 172:6
 209:5

---
**Y**
**yeah** 12:18 65:18
 169:1 235:13
 239:10
**year** 8:25 115:16
 133:23 266:18
**years** 13:4 19:10
 19:21 20:7,10
 20:15 23:25
 36:6 39:4,25
 40:14 44:16
 51:4,7 55:7,15
 55:17 56:7,8
 57:2,10,18,22
 57:25 58:17
 59:8,10 68:8
 73:18 75:20
 76:6,7,9,14
 77:5,10 78:11
 78:15 83:8
 107:5,7 115:20
 135:2,6 137:23
 138:22 148:5,9
 166:25,25
 186:14 187:8
 190:5 200:25
 201:5 220:6
 234:13 253:16
 266:17 267:5
 269:25 270:5
 271:10,21
 272:1 273:20
 278:16 279:15
 279:18,25
**yellow** 84:2 87:2
 89:1 136:16
 138:19 268:2
 275:1,5 276:23
 276:24 279:7
**Yep** 268:1
**yield** 246:17
 250:1

---
**Z**
**zero** 178:23

 187:2 223:4,15
 223:18
**zinc** 35:14 36:7
 39:10 40:1
 43:23 50:10
 52:22 56:12
 58:24 60:16,18
 60:20 62:17
 75:13 78:2
 82:24 84:2
 87:2,6,13,22
 88:5,14,19
 89:2 90:17,20
 90:21,24 91:3
 91:7,13,22
 92:7,16 93:1,7
 93:11,15,23
 96:2,5,13,17
 96:19,24 97:12
 137:13 138:7
 138:14 139:3,5
 143:4 144:8
 146:2 147:14
 150:18 247:1,6
 247:8 263:17
 263:24 264:2,5
 265:25 266:5,7
 268:3,10 271:9
 272:17,20
 279:7

---
**0**
**06** 2:25 216:12
 222:2,4
**07** 2:18 118:2,3
**08** 3:4 245:11

---
**1**
**1** 2:13 5:13,17
 12:11,18 68:24
 219:18 220:25
 243:18
**1.8** 225:23
**1:51** 150:25
**10** 2:14,15,17
 3:1 13:4 36:5
 56:7,8 57:10
 57:18,22,25
 59:8,10 77:5
 77:10 83:8
 186:14 190:5
 227:1,6,7,8
 229:1 235:12
 235:14 242:20
**10-year** 151:12
 151:17
**10:20** 62:25
**10:21** 63:3
**10:39** 63:3
**100** 47:21 145:14

 175:14,19
 177:19 230:17
 231:2,6,9
 232:22,23,24
 232:25 233:20
**1006** 26:10 27:4
 54:23 101:4
 109:24 113:3
 115:12 116:4
 119:8,18 121:8
 124:11 126:11
 128:18 130:18
 150:17 156:17
 157:11,23
 158:4,23
 159:20,24
 167:2,16 168:4
 169:5,16 170:3
 170:10 172:24
 173:9,14
 174:19 175:20
 181:9,14
 182:10,15
 183:2 184:19
 185:11 188:12
 188:15 189:5
 190:2 192:1
 196:25 199:15
 199:16 200:9
 201:1 207:13
 208:8 214:13
 222:13 223:17
 225:4 237:10
 245:22 248:4
 259:6,23
**101** 2:3
**11** 3:2 188:4
 190:12 227:2,6
 229:1 244:4
**11:39** 110:11
**11:44** 110:11
**1100** 4:19
**117** 2:18
**12** 3:3 177:12,21
 245:5,9,10
 247:22 258:2,6
 258:15 259:12
 259:15 260:19
**12:41** 150:25
**12164** 28:6
**125** 230:17
**13** 3:5 222:3,4
 243:14 264:21
 265:1,2
**13-cv-07871** 1:13
**1370** 222:22
**14** 267:2,24
 278:11,12
**140** 166:10,17,19
 166:23

 **140/B** 27:17
 **140M** 27:17
 **15** 35:13 36:6,7
 39:10 40:1
 50:10 52:22
 56:12 57:25
 58:24 60:16,21
 75:13 82:24
 87:6,13,22
 88:5,14,19
 89:2 90:17,20
 90:21,24 91:3
 91:21 92:6,16
 93:1,14,23
 96:2,4,13,17
 97:11 137:13
 138:7,13 139:3
 139:4 146:1
 147:14 247:1,6
 247:9 263:18
 263:24 268:3
 268:10 270:11
 270:13 271:9
 272:20 279:7
 **150** 2:19 166:10
 166:18,19
 188:1
 **16** 21:4 203:9
 234:13 242:21
 253:16
 **16-plus** 68:8
 **16/B** 27:18
 **160** 166:23
 **1622** 4:14
 **16M** 27:18
 **17** 111:2
 **1701** 4:9
 **1720** 222:19
 **18** 111:2 192:25
 **18,000** 181:9
 **18,000-house**
 181:20
 **1807-compliant**
 82:18
 **183** 2:20
 **19** 193:18
 **19103** 4:9,15

---
**2**
 **2** 2:14 10:1,4
 12:14 119:12
 177:16,16
 200:22 221:15
 227:24 229:19
 233:17 258:2
 **20** 36:6 280:18
 **200** 53:20 121:12
 121:16
 **200-degree**
 121:13

 **2001** 85:12 86:8
 **2002** 84:16 85:13
 86:8 92:3
 **2006** 18:20 27:22
 62:11 151:19
 190:11 230:19
 **2007** 81:16 84:16
 92:3 177:16
 228:2
 **200814200186**
 281:24
 **2009** 81:16 228:3
 266:13,16
 271:18 279:4
 **2010** 25:14 26:4
 **2012** 27:22 62:11
 **2013** 184:1,3
 222:1
 **2014** 228:3
 242:21 244:3,6
 **2014235** 3:1
 227:10
 **2017** 1:23 2:4
 221:15 281:19
 282:13
 **21** 116:12
 **2102** 2:25
 **211** 4:22
 **213** 2:23
 **215** 2:25
 **215-875-3000**
 4:15
 **22** 105:11,19
 106:8,23 107:1
 107:12 108:3
 108:12,17
 117:1 166:25
 **2200** 4:5
 **226** 3:1
 **227** 3:2
 **23** 228:3
 **2345** 4:5
 **24** 1:23
 **240/A** 247:24
 **240M** 247:24
 **245** 3:3
 **24th** 2:4
 **25** 2:17 36:6
 51:4 55:7,15
 55:17 115:20
 **25-year** 151:11
 151:16
 **250** 148:9
 **264** 3:5
 **267-218-0589**
 4:10

---
**3**
 **3** 2:15 10:7,12
 11:14,15

```
118:20 120:16
203:11 213:5
214:21 230:12
3.1.5 221:4
3.2 65:6
3:15-cv-1124 1:4
3:18 216:6
3:44 216:6
30 36:6 189:17
    266:12
30-second 226:22
300 148:9
304 248:5 250:8
312-750-1265
    4:24
31400 27:18
31st 281:19
3308 259:7
35 195:12
360 59:12 60:14
36000 27:19
    33:22
371/B 28:5
371M 28:5
37929 4:19
```

_____ 4 _____
```
4 2:17 25:6,13
    25:13 63:7
    243:4
4.1.1.1 219:18
4:00 226:25
4:20 226:25
4:22 228:22
4:24 228:22
40 36:6 121:19
    184:10 233:23
45 195:12
45-degree 189:17
```

_____ 5 _____
```
5 2:9,13,18
    47:17 117:20
    117:24 213:8
    221:21 222:17
    230:13 234:18
    267:2
5-micron 214:1
5.1 247:22
5.1.3 27:12
5.1.4 61:3
5:06 257:23
5:15 257:23
5:51 280:17,21
50 20:7,10 36:6
    39:4 43:19
    45:21 46:17,22
    47:6,20,25,25
    57:1 76:12
    166:25
```

```
50-year 39:23
500 4:23
52 221:12,17
55 195:12
```

_____ 6 _____
```
6 2:19 151:1,5
    235:11 237:2
    265:7
6.4 65:7
60 57:2 121:19
    233:19
602N 28:7
60606 4:23
614N 28:6
63 104:17
64108 4:6
65 103:1,12
    104:17 105:7
68 192:24 193:1
```

_____ 7 _____
```
7 2:20 68:24
    183:17,19,23
70 57:2
71 12:15
74 12:12,16,17
    81:13
```

_____ 8 _____
```
8 2:23 213:2
    229:22 239:12
    243:4 244:1,5
8- 173:3 176:20
80 57:2 102:23
    160:13,15
    166:11,17,17
    202:14 230:23
800 4:18
816-292-2000 4:6
865-247-0080
    4:20
876 193:4
```

_____ 9 _____
```
9 2:25 184:1
    215:22 216:1
    216:10 221:24
    225:22
9.1.1 63:9,12,13
9:06 2:4
90 173:4 202:14
90-degree 215:18
900 173:3 176:21
92 194:5,7,21,22
9th 256:7
```

```
                 IN THE UNITED STATES DISTRICT COURT
               FOR THE MIDDLE DISTRICT OF TENNESSEE
                          NASHVILLE DIVISION

CHAD MEADOW, JOHN AND SUSAN,      )
PLISKO AND KENNETH MCLAUGHLIN     )Case No. 3:15-cv-1124
INDIVIDUALLY AND ON BEHALF OF     )
ALL OTHERS SIMILARLY SITUATED,    )
                                  )
          PLAINTIFFS,             )
                                  )
V                                 )
                                  )
NIBCO, INC.,                      )
                                  )
          DEFENDANT.              )
_____

                  UNITED STATES DISTRICT COURT
                     DISTRICT OF NEW JERSEY

KIMBERLY COLE, ALAN COLE, JAMES )
MONICA, LINDA BOYD, MICHAEL     ) Case No. 13-cv-07871
MCMAHON, RAY SMINKEY, JAMES     )
MEDDERS, JUDY MEDDERS, ROBERT   )
PEPERNO, SARAH PEPERNO, AND     )
KELLY MCCOY, ON BEHALF OF       )
THEMSELVES AND ALL OTHERS       )
SIMILARLY SITUATED,             )
                                )
          PLAINTIFFS,           )
                                )
V                               )
                                )
NIBCO, INC.,                    )
                                )
          DEFENDANT.            )
_____ )

                 DEPOSITION OF CYNTHIA SMITH
                          VOLUME II
                     (TAKEN BY DEFENDANT)
                  CHARLOTTE, NORTH CAROLINA
                        MAY 25, 2017


REPORTED BY:  Mary L. Labonte
              Registered Professional Reporter
              Notary Public
```

Page 284

1                           INDEX

2                        EXAMINATION

3

4                                              PAGE

5    EXAMINATION BY MR. KUHLMAN   . . . . . . . . . .  286

6

7                         * * *

8                        EXHIBITS

9    EXHIBIT           DESCRIPTION              PAGE

10   Exhibit 14  Defendants' Notice of Deposition    286

11   Exhibit 15  Report No. 2013115 Analysis of      287

12               NIBCO PEX Plumbing Components

13   Exhibit 16  ASTM F876-09 Standard Specification  304

14               For Crosslinked Polyethylene (PEX) Tubing

15   Exhibit 17  Jana Laboratories, Inc. Report      312

16   Exhibit 18  ASTM Designation F 2023-05          370

17   Exhibit 19  Paragon Polymer Consultants 2016111  443

18               On-site Water Chemistry Testing Report

19

20

21

22

23

24

25

Page 285

1                         A P P E A R A N C E S

2

     For the Defendant:

3

4                     KEVIN M. KUHLMAN, ESQ.
                      Lathrop & Gage LLP
5                     2345 Grand Boulevard
                      Suite 2200
6                     Kansas City, Missouri 64108
                      816-292-2000
7                     kkuhlman@lathropgage.com

8                     FRANCO A. CORRADO, ESQ.
                      Morgan Lewis & Bockius
9                     1701 Market Street
                      Philadelphia, Pennsylvania 19103
10                    267-218-0589
                      franco.corrado@morganlewis.com

11

12     For the Plaintiffs:

13

14                    JACOB M. POLAKOFF, ESQ.
                      Berger & Montague, P.C.
                      1622 Locust Street
15                    Philadelphia, Pennsylvania 19103
                      215-875-3000
16                    jpolakoff@bm.net

17   ADAM A. EDWARDS, ESQ.
                      Greg Coleman Law, PC
18                    First Tennessee Plaza
                      800 South Gay Street
19                    Suite 1100
                      Knoxville, Tennessee 37929
20                    865-247-0080
                      adam@gregcolemanlaw.com

21

                      KYLE A. SHAMBERG, ESQ.
22                    Lite DePalma Greenberg, LLC
                      211 West Wacker Drive
23                    Suite 500
                      Chicago, Illinois 60606
24                    312-750-1265
                      kshamberg@litedepalma.com

25

Page 286

1          On May 25, 2017, continuing at 8:39 a.m., the

2     deposition of CYNTHIA SMITH was taken pursuant to

3     notice on behalf of the Defendants, at the law offices

4      of Robinson Bradshaw, 101 North Tryon Street, Suite

5               1900, Charlotte, North Carolina

6                       CYNTHIA SMITH,

7        having been first duly sworn, was examined and

8                    testified as follows:

9                        EXAMINATION

10    BY MR. KUHLMAN:

11         Q.  Good morning, Ms. Smith.

12         **A.  Good morning.**

13         Q.  We are here for the continuation of your

14    deposition that we got started yesterday.  I'd like to

15    start by doing this, I'm going to mark this document

16    here as Exhibit 14.  This is a copy of the notice of

17    the deposition for the Cole case.  And based on

18    discussions yesterday, we're going to actually be

19    using both portions of the depositions for both cases

20    and so we're going to use both captions on the

21    deposition when it ends up coming out.  You understand

22    that.  Right?

23         **A.  I do.**

24         Q.  Okay.  Super.

25              (Smith Exhibit Number 14 was marked for

Page 287

1      identification.)

2           Q.  Okay.  And next I'm going to hand you a

3      document that we will mark as Exhibit 15 and ask you

4      to take a quick look at that.

5                (Smith Exhibit Number 15 was marked for

6      identification.)

7           Q.  And what is Exhibit 15?

8           A.  It appears to be a portion of my report

9      number 2013115 related to the analysis of NIBCO PEX

10     plumbing products associated with the Cole class

11     action.

12          Q.  Okay.  And you say a portion because some of

13     the contents of the appendices have not been printed

14     out and included with the copy that you received.  Is

15     that right?

16          A.  Most of the appendices have not been printed

17     out or included with the report.

18          Q.  And instead of being copied and printed out,

19     it would say something along the lines of produced in

20     digital format.  Right?

21          A.  The cover page for the appendix may say

22     produced in digital format.  When the actual report

23     was produced, they were in fact produced with the

24     report.

25          Q.  In digital form.  Right?

1          A.   They were produced in digital form on the

2     FTP site as was the report.

3          Q.   Okay.  So with respect to what is actually

4     here, which is the entirety of the document, like a

5     single document that was labeled as the report, are

6     you claiming that there's any pages missing or that

7     this is not an accurate copy of the report?

8          A.   Yes.  It's clearly missing portions of the

9     report.

10          Q.   Okay.

11          A.   The report was produced in its entirety in

12     digital format on an FTP site, text and photos from

13     the appendices and documents associated with the

14     appendices.  And what you have given me is the text

15     portion only, without any of the appendices that were

16     produced simultaneously in digital format with the

17     digital report.

18          Q.   So is this a full and accurate copy of the

19     text of your report?

20          A.   To the extent that I can tell by flipping

21     through it, it appears to be a complete portion of the

22     text.

23          Q.   Okay.  And if we include the digital files

24     that encompassed the appendices, there would be a

25     whole copy.  Right?

1       **A.   If those were present --**

2       Q.   Right.

3       **A.   -- it would be a complete copy.**

4       Q.   Okay.  Yesterday during your deposition we

5       talked about an exhibit and it was marked as

6       Exhibit 3.  It was your first supplemental expert

7       report that was prepared in the Meadow case.  Have you

8       started preparing a supplemental expert report for the

9       Cole case?

10      **A.   I have not been asked to prepare a**

11      **supplemental report for the Cole case as yet.**

12      Q.   Okay.  Have you started working on one?

13      **A.   I have not on paper.  Certainly I have**

14      **thoughts in my head related to things that I would**

15      **likely address in the supplemental report if need be.**

16      Q.   Okay.  If you were -- are you planning on

17      doing additional tests on any samples that you have in

18      your possession?

19      **A.   I reserve the right to.  I don't have a plan**

20      **for anything at this point because I don't know where**

21      **this case is going to go.  My plan would be to respond**

22      **as needed based on the evidence that exists and to do**

23      **whatever additional work may be required to address**

24      **the issues that arise.**

25      Q.   Nothing is currently scheduled or planned to

1    happen but if someone asks you to do something, you

2    would probably do it?

3        A.  If this case were to move forward, there are

4    probably some additional tests that I would recommend

5    that we consider doing to respond to some assertions

6    in ESI's report.

7        Q.  What additional tests would you recommend

8    that the plaintiffs do in this case to respond to the

9    Cole report?

10       A.  For example I would probably section the

11   burst test samples and see what those samples show

12   with the interior surface of the pipe.  That would be

13   one example.

14       Q.  What would you be looking for?

15       A.  Whatever they show.

16       Q.  Are there any standards that address what

17   the interior of a burst test sample looks like?  What

18   specifically would you be looking for?

19       A.  I would be looking to see what the samples

20   show us.  I don't know what is going to be present

21   until we open them up and look.  I don't know what

22   they will show.

23       Q.  Would you be looking to see if they showed

24   you anything in particular?

25       A.  Not necessarily.  I would be looking to see

Page 291

1   what they show and how they look and what their

2   condition is.

3        Q.  What features would you be looking to see if

4   they exhibited?

5        A.  I would look at the entire interior surface.

6   I would look at the surface topography.  I would look

7   at the surface color.  I would look for any evidence

8   of cracking; if so, what those cracks looked like.  I

9   would look for any evidence of any rupture that's

10  occurring in that sample.  I would look for any manner

11  of things as we have in all the other pipes we

12  examined.

13           I would look to see what they show, do they

14  show any extrusion defects, are there any anomalies

15  here.  I would be open to whatever they show.

16       Q.  If you could please turn back to page 92 of

17  your report.

18       A.  Which report are you referring to?

19       Q.  I'm sorry.  You're right.  The Cole report,

20  Exhibit 15.

21       A.  Okay.

22       Q.  Okay.  Are these your ultimate conclusions

23  that you reached as part of your investigation in the

24  Cole case?

25       A.  We are looking at a section of the report

1    entitled conclusions so this would be a summary of the

2    overarching conclusions for this case.

3         Q.  And your first conclusion here that's marked

4    as A states all CPI and NIBCO PEX 1006 plumbing pipe

5    manufactured on or after May 15, 2006 and possibly

6    earlier is inherently defective due to improper

7    material selection and defective manufacturing design,

8    which renders the pipe insufficiently stabilized for

9    the intended application.  Let's start with that part

10   first.  Did I read that part of your conclusion

11   correctly?

12        A.  You did.

13        Q.  Does that remain your conclusion?

14        A.  Yes.

15        Q.  And is that the same conclusion that you

16   reached in the Meadow case?

17        A.  Essentially.  It may be worded slightly

18   differently perhaps, but essentially yes.

19        Q.  Okay.  So wording issues aside, the opinions

20   that you reached in the Meadow case are essentially

21   the same as the opinions you reached in the Cole case?

22        A.  Yes.  They were investigated simultaneously

23   and in my mind have been treated jointly.

24        Q.  And your opinion continues these pipes may

25   fail in as little as one to two years after

1       installation and typically experience recurrent fine

2       leaks until the plumbing system is replaced.  Is that

3       also one of your opinions from both of these cases?

4              A.  Yes.

5                  (There was an interruption in the

6       proceedings.)

7                  MR. KUHLMAN:  I'm sorry.  I'm turning my

8       ringer off here.

9              Q.  Okay.  So I'd like to ask you this:  How

10      many samples have you inspected that failed in as

11      little as one to two years after installation?

12             A.  I would have to review the specific data to

13      know an exact number.  I know for example the McCoy

14      residence experienced a failure after as little as one

15      year and the Cole residence also experienced a failure

16      in under two years.  There were other homes as well

17      that experienced failures in that two-year timeframe.

18      McLaughlin from the Meadow case I believe also

19      reported experiencing failures in that two- to

20      two-and-a-half-year timeframe.  There's a table in

21      this report that summarizes that data if you'd like us

22      to go through that in detail.

23             Q.  Okay.  Where is that?

24             A.  I'm looking.  If you could turn to page four

25      please.

Page 294

1      Q.  Okay.

2      A.  Specific to this case, the Coles reported

3    their first leak occurred approximately one-and-a-half

4    years after installation.  The McCoy residence

5    reported a leak that occurred approximately one year

6    after installation.  The Medders residence experienced

7    leaks in their fittings after less than two years,

8    1.8 years roughly, as did James Monica, roughly two

9    years to initial leaks in their brass fittings and

10   stainless steel clamps.  This data does not include

11   information from the Meadow case.  We would have to

12   refer to the Meadow report for that.

13     Q.  Did you have an opportunity to review any of

14   the samples from those earliest leaks that are

15   referenced on table one?

16     A.  I don't recall off the top of my head the

17   dates of the leaks for the samples that I saw.

18     Q.  Okay.  Okay.  So circling back to page 92 if

19   you could go back to that for me.  If you could please

20   describe for me the methodology that you followed to

21   reach your conclusion that the NIBCO 1006 plumbing

22   pipe is inherently defective due to improper material

23   selection and the defective manufacturing design,

24   which renders the pipe insufficiently stabilized for

25   the intended application.

1          A.   The methodology has been described in detail

2     in the reports that have been produced in this case

3     and in the Meadow case.  But as a summary, we could

4     say that the methodology has centered around

5     evaluation of numerous pipes in these cases as well as

6     from other cases where pipes failed in a similar

7     manner exhibiting the same NIBCO 1006 pipe

8     formulation.  And the collective evaluation of all of

9     the pipes that I have examined to date that have

10    failed during service NIBCO's pipes have demonstrated

11    that they're all failing in a very similar manner.

12          I performed home inspections in relation to

13    these cases and in other cases where we've gone in and

14    looked at the temperature of the systems, we've looked

15    at the pressure of the systems, we've looked at the

16    water chemistry, we've looked at the manner of

17    installation, we've looked in the laboratory for any

18    evidence of UV degradation.

19          We have examined the construction of these

20    pipes.  We have looked at the material composition of

21    the pipes.  We have measured the degree of oxidation

22    that the interior surface of the pipes as well as at

23    midwall and at the OD surface.  We have evaluated the

24    degree of residual stabilization in these pipes.  We

25    have considered the possibility that deposits from the

Page 296

1    water did or did not influence the failure of these

2    pipes.  We have evaluated that through energy

3    dispersive x-ray spectroscopy.

4              And through all of that, coupled with a

5    review of I forget now the number of pages of

6    documents in the volume of documents, but it was

7    upwards I believe of about 40- to 50,000 pages of

8    documents or more related to internal communications

9    with NIBCO reports that were produced by Jana

10   Laboratories and so forth, all of that led to the

11   basis for these opinions.

12             All of that information was considered and

13   it has shown that these pipes, no matter where they're

14   installed, no matter what state they're in, no matter

15   who the municipal purveyor is or even if it's well

16   water that was not treated by a municipal water

17   purveyor, whether it's a straight section or a bent

18   section of pipe, no matter what plumber installed it,

19   no matter what the temperature was, whether it was hot

20   water or cold water or whether there was a recirc

21   system or not, whether there was elevated pressure or

22   not, they're all failing in a virtually identical

23   manner both within this case and the Meadow case and

24   in comparison to other cases that I have been involved

25   with around the United States.  That has been true for

Page 297

1      pipes that have been installed from Pennsylvania to

2      the Baja Peninsula of Mexico.

3           Q.  So what test data are you relying on to

4      support your conclusion that the NIBCO 1006 plumbing

5      pipe is insufficiently stabilized for its intended

6      application?

7           A.  I'm relying on all of the test data

8      presented in these reports as well as the test data

9      presented in others reports that I prepared in other

10     cases as well as test data that has been prepared by

11     Jana Laboratories on behalf of NIBCO and NIBCO'S own

12     internal testing.

13          Q.  Let me be some more specific.  What tests

14     are you relying on data that was -- from which test --

15     no, let's not do it that way either.  You obtained

16     data from various sources regarding testing that you

17     performed.  Is that fair?

18               MR. SHAMBERG:  Object to form.

19               MR. KUHLMAN:  Thank you.

20          A.  No, I couldn't agree with that.

21          Q.  Okay.  What actual testing procedures are

22     you relying on to support your opinion that NIBCO's

23     1006 plumbing pipe is insufficiently stabilized for

24     its intended application?

25               MR. SHAMBERG:  Objection.  Vague.

1         You can answer.

2         A.  I believe I just answered that question.  If

3    there are specific places in this report you would

4    like to refer to me, I'm happy to try to answer

5    specific questions, but I believe I've already

6    answered the question that you asked.

7         Q.  I'm asking you specifically to identify the

8    tests that you performed that provided you with data

9    that you're relying on to support your conclusion that

10   NIBCO PEX 1006 plumbing pipe is insufficiently

11   stabilized for its intended application.

12        A.  Okay.  I performed site inspections in a

13   variety of homes.

14        Q.  Okay.  Let's stop there.

15        A.  Okay.

16        Q.  Let's do tests.  I'm asking specific tests.

17        A.  I tested water in those homes.

18        Q.  The tests.  Okay.  So water tests?

19        A.  I also tested the pH of the water.  We

20   examined the temperature of the system.  We tested the

21   pressure of the system in those homes.  We visually

22   inspected the plumbing systems in those homes.  We may

23   have even performed some dimensional inspections at

24   times in some of these homes.

25             I don't recall specifically exactly what we

1     did for the Christianson home inspections or at Mi

2     Casita, but certainly those inspections were performed

3     similarly, where we also evaluated pressure.  In the

4     Mi Casita case, we used data loggers to monitor

5     pressure over time.  In other cases we did a single

6     point pressure measurement.  So all of that site

7     testing was considered in my opinions.

8                We also performed laboratory testing where

9     we performed visual inspections of the pipes to

10    determine that the macroscopic appearance was

11    consistent with oxidative degradation.  I performed

12    stereo microscopy to determine that the interior

13    surface appearance of the pipes was consistent with

14    oxidative degradation and to determine that the

15    appearance and morphology and orientation of the

16    cracks that were observed within those pipes was

17    consistent with oxidative degradation.

18                I further performed stereo microscopy to

19    identify crazing at the interior surfaces of those

20    pipes, which was consistent with oxidative

21    degradation, and to evaluate the presence or absence

22    of any other type of anomalous conditions that may

23    have influenced those cracks be it some type of

24    mechanical damage or some type of crimp or rub as ESI

25    often asserts.

1    The pipes were examined for all of that to

2    determine if those were contributing factors.  We also

3    evaluated the pipes by Fourier, F-o-u-r-i-e-r,

4    transform infrared spectrometry to measure the degree

5    of oxidation at the interior surface of the pipe and

6    to map that around the pipe circumference and

7    throughout the pipe wall.

8        We also evaluated samples at the interior

9    surface of select pipe, samples from many different

10   cases, to look at the degree of -- or I'm sorry, the

11   loss of stabilization at the interior surface of the

12   pipe at midwall and at the outer diameter surface at

13   90-degree intervals around the pipe.

14       We used scanning electron microscopy to

15   evaluate the interior surface appearance of the pipes

16   to confirm that they were also consistent with

17   oxidative degradation.  We used energy dispersive

18   x-ray spectroscopy to evaluate the interior surface of

19   the pipes for the presence of chlorine or oxygen or

20   any other surface deposits that may have been present

21   to characterize those.  Those results were consistent

22   with oxidative degradation of the PEX material.

23       We also exposed fracture surfaces from the

24   incident pipes from this case and other cases and

25   examined those fracture surfaces with the stereo

1    microscope and with a scanning electron microscope to

2    see if the fracture features in the initiation region

3    were indicative of and consistent with cracking from

4    oxidative degradation followed by progression due to

5    creep rupture we would expect.  Indeed they were in

6    each and every case we evaluated.

7           We also used those exposed fracture surfaces

8    to further assess the depth of oxidative damage to

9    those pipes.  Oxidative damage was at least 100 -- I

10   believe it was a 100 microns.  We'll have to verify

11   that with the photos when those are made available,

12   but they were used for that purpose.

13          All of those results were again found to be

14   consistent with oxidative degradation in the pipes in

15   the absence of any other contributing factor.  We then

16   married all of that information and compared that to

17   test data that had been generated by NIBCO and by Jana

18   Laboratories and other agencies looking at their pipe

19   as manufactured before it had ever been installed in

20   service or ever been in contact with potable water or

21   pressure or temperature.

22          They had assessed, they being Jana, the

23   oxidative stability as measured by differential

24   scanning calorimetry for oxidation induction time.

25   Those test results showed similar patterns to what we

Page 302

1          had observed in field-return pipe.  We also evaluated

2          test reports that were generated by Jana Laboratories

3          and by NIBCO evaluating field-return product where

4          they had also done testing and concluded that those

5          pipes had failed due to oxidative degradation.

6                    We've also reviewed published literature

7          documenting the features of --

8               Q.   Okay.  I'm asking you specifically about

9          tests.

10                   MR. SHAMBERG:  Kevin, she's finishing her

11         answer.  Let her finish her answer.

12              Q.   All right.

13              A.   We've also reviewed published literature

14         documenting chlorine resistance tests that was

15         performed on crosslinked polyethylene pipes to show

16         what those pipes look like when they fail in a

17         chlorine resistance test due to oxidative degradation

18         caused by chlorine exposure and we have compared those

19         photos to what we have seen in the incident samples.

20         They were found to be virtually indistinguishable.

21                   We also performed cross-sections through the

22         incident pipes to look for evidence of cracks

23         penetrating into the pipe wall around the pipe

24         circumference.  That testing revealed again consistent

25         damage consistent with oxidative degradation with

1   cracks penetrating more than 50 percent through the

2   wall of the pipe in areas that had not yet leaked.

3   That's probably a pretty good overview of the testing

4   that was performed, though I can't, sitting here

5   recalling this off the top of my head, ensure that I

6   haven't left something out.

7          Dimensional testing was also performed to

8   determine what the effects of pressure, if any, may

9   have been on those pipes.

10      Q.  The testing you performed, was any of that

11  testing done on unused NIBCO pipe for this case?

12      A.  We did evaluate unused NIBCO pipe in

13  association with the Christianson matter and we relied

14  upon that data in this case as documented in each of

15  my reports.

16      Q.  What specific data did you obtain when you

17  analyzed unused pipe in the Christianson case that you

18  relied on in this case?

19      A.  We analyzed unused pipe in the 1006

20  formulation and the 2208 formulation, NIBCO pipe that

21  had never been installed.  We analyzed those pipes by

22  at least -- we'll have to pull those reports and see.

23  We analyzed them by oxidation induction time testing

24  through differential scanning calorimetry and I

25  believe also by Fourier transform infrared

Page 304

1    spectrometry.  We performed other tests on those pipes

2    as well, but those were -- those were the ones that

3    were related to oxidative damage or lack thereof.

4         Q.  Okay.  So with respect to the tubing

5    industry, there's a standard that outlines what is

6    required for PEX tubing, is there not?

7         A.  There are --

8         MR. SHAMBERG:  Object to form.

9         A.  -- standards related to PEX tubing.

10        Q.  All right.  Let's hand you a document we'll

11   mark as Exhibit 16.  Sorry.  I started to write on

12   that one.  Use this one.

13        (Smith Exhibit Number 16 was marked for

14   identification.)

15        Q.  Okay, what is Exhibit 16?

16        A.  It is ASTM standard designation F876-09,

17   standard specification for crosslinked polyethylene,

18   parentheses, PEX, P-E-X, tubing.

19        Q.  Okay.  And this specification is under the

20   jurisdiction of ASTM committee F17 on plastic piping

21   systems.  Is that right?

22        A.  Yes.

23        Q.  And you're on that committee.  Is that

24   right?

25        A.  Yes.

Page 305

1       Q.   And in order for a manufacturer to obtain

2   certification that its piping is consistent with F876,

3   it has to demonstrate to the certifying agency that

4   the tubing it's manufacturing passes a number of

5   tests.  Is that fair?

6       **A.   That it conforms to a number of test**

7   **requirements, yes.**

8       Q.   All right.  And so a manufacturer would need

9   to establish that the tubing has a minimum density of

10  .926 mg over meter square.  What is that?

11      **A.   Do you have a specific place you would like**

12  **to point me to?**

13      Q.   6.4 if you would like to look back at it.

14  Why don't you start at the top.  A tubing manufacturer

15  would need to demonstrate to the certifying agency

16  that it met the requirements for 6.1 for workmanship?

17  Is that fair?

18      **A.   The standard states that it must meet the**

19  **requirements for workmanship, which states the tubing**

20  **shall be homogenous throughout and free of visible**

21  **cracks, holes, foreign inclusions or other defects.**

22  **The pipe shall be as uniform as commercially**

23  **practicable in color, opacity, density and other**

24  **physical properties.**

25      Q.   And moving through the list, essentially a

Page 306

1    manufacturer would need to demonstrate to the

2    certifying agency that the tubing it's manufacturing

3    meets all the other tests here that are listed in

4    section 6 requirements.  Is that fair?

5         **A.  That is -- it requires that it meet these**

6    **requirements, yes.  The standard states it must meet**

7    **these requirements.**

8         Q.  Okay.  And you would agree with me that CPI

9    obtained certification from NSF that the 1006 tubing

10   it was manufacturing that ultimately became the 1006

11   tubing that NIBCO began manufacturing met the

12   requirements of F876?

13              MR. SHAMBERG:  Object to form.

14        **A.  I would not agree with that, no.**

15        Q.  Okay.  CPI submitted its tubing samples to

16   NSF for certification, the 1006 tubing.  Right?

17        **A.  That is my understanding.**

18        Q.  And NSF performs tests on that tubing to

19   confirm that the tubing samples that are provided meet

20   the requirements of the standard?

21              MR. SHAMBERG:  Object to form.

22        Q.  Are we still on the same page there?

23        **A.  NSF performs some testing.  Some other tests**

24   **they don't perform.**

25        Q.  Okay.

Page 307

1       **A.   They would maybe rely on testing performed**

2       **by someone else.**

3           Q.   That's fair.  NSF can rely on data that they

4       generate or data that is generated by an accredited

5       lab that is approved by them?

6           **A.   A lab that is approved by them.**

7           Q.   Right.

8           **A.   They may or may not require that lab to be**

9       **accredited.**

10          Q.   Fair enough.  So in order to obtain

11      certification, a manufacturer needs to demonstrate to

12      NSF that it meets these requirements.  Are we on the

13      same page so far?

14          **A.   Yes.**

15          Q.   All right.  When I'm talking about NIBCO's

16      1006 tubing or CPI's 1006 tubing, I'm specifically

17      referring to the tubing that was manufactured by NIBCO

18      as 1006 tubing.  Okay?

19          **A.   When you say CPI, you mean NIBCO?**

20          Q.   No, that's not what I'm saying.

21          **A.   Okay.**

22          Q.   What I'm saying is if I'm referring to 1006

23      tubing for this case, I'm referring to the formulation

24      that was used by CPI and then later used by NIBCO as

25      NIBCO's 1006 tubing.

1    **A.   Okay.**

2         Q.   So CPI submitted a 1006 tubing sample or a

3    sample that it wanted to have certified by NSF to meet

4    the standards of F876.  NSF ultimately certified that

5    product to meet the requirements of F876, did it not?

6              MR. SHAMBERG:   Object to form.

7         **A.   There were a variety of tests that would**

8    **have been performed at different times.**

9         Q.   Right.

10        **A.   This was not a sample that got submitted so**

11   **I have to disagree with you a little bit in the way**

12   **that you're presenting that scenario.**

13        Q.   Okay.  Let me do this, NSF certified the

14   1006 tubing?

15        **A.   Yes.**

16        Q.   And it certified the 1006 tubing indicating

17   that as far as it was concerned, the tubing met the

18   requirements of F876?

19        **A.   That is not wholly accurate.**

20        Q.   Why not?

21        **A.   Well, for example F876, the version of the**

22   **standard that you provided me, requires that the pipe**

23   **conform to chlorine resistance testing.  NSF actually**

24   **gave a provisional certification related to NIBCO's**

25   **red pipe and orange pipe when it relates to chlorine**

Page 309

1      resistance testing because those pipes had actually

2      failed the chlorine resistance testing.

3              There were other colors of pipes,

4      specifically terra cotta, that was subjected to a full

5      scope chlorine resistance test that did pass.  There

6      were some other colors that also passed with a more

7      limited scope of testing, although in the case of blue

8      pipe, it barely passed, and the red and the orange had

9      failed.

10             So they gave what's called a provisional

11     listing, which means we're going to go ahead and let

12     you sell that pipe, but you're kind of on notice

13     there's an issue here and we're going to retest that

14     pipe in three years and if it doesn't pass, you will

15     lose that certification for those products.

16             And that repeat test did not happen.  As of

17     March of 2009, which was past that three-year period,

18     that test still had not happened.  NIBCO expected it

19     to happen any moment and was very concerned that they

20     would lose that certification when that retest

21     happened.

22             There's a Jana document that was published

23     in I believe March of 2009 that lays out the complete

24     history of the chlorine testing.  I would be happy to

25     walk through that in greater detail if you have a copy

Page 310

1          of that document with you.

2              Q.  Are you relying on that history as part of

3          your opinion?

4              A.  Of course.

5              Q.  Okay.  So where did you hear that a

6          provisional listing was offered by NSF?

7              A.  It is in the Jana report.

8              Q.  All right.  And isn't it true that all --

9              A.  Among other places.

10             Q.  -- PEX tubing samples that are certified to

11         meet F2023 come up for an audit in three years?

12             A.  I would have to look back at the frequency.

13         I believe the frequency has changed through the years

14         as NSF has changed their policies.

15             Q.  Okay.

16             A.  The fact of the matter is that audit did not

17         happen.

18             Q.  Well, ultimately that audit did happen, did

19         it not?

20             A.  There was another set of testing I believe

21         that was done later.  However, that three-year audit

22         did not happen within the three-year period.  My point

23         here is you are misrepresenting the situation when you

24         assert that the NIBCO pipe wholly met all requirements

25         of the standard.  That is not actually accurate or

Page 311

1        correct.

2                There are certain NIBCO pipes that we know

3        did not pass the chlorine resistance testing although

4        they did achieve certification.  So we must be very

5        careful in separating product performance from

6        certification.  Having a product certified does not

7        universally tell you how products will perform, as

8        demonstrated by the differences in the chlorine

9        resistance test.

10               In one particular test not involving the

11       resin associated with these pipes, using Equistar

12       resin, terra cotta pipe exhibited many, many, many

13       years longer predicted life in the chlorine test.  If

14       you have that Jana report where we can look at

15       specific numbers, you will see that the same trends,

16       although at slightly different values, was observed.

17               When the specific resin at issue in this

18       case was used, the terra cotta pipe exhibited

19       significantly more life and passed the test, whereas

20       the orange and red pipe did not pass the test.

21          Q.  So the terra cotta tubing that was submitted

22       for a complete battery of F2023 tests by CPI met the

23       minimum requirements of F2023 according to NSF.  Fair?

24               MR. SHAMBERG:  Object to form.

25          A.  It passed the chlorine resistance test that

Page 312

1       was performed by Jana Laboratories.

2               Q.  So the terra cotta tubing passed the test,

3       the chlorine resistance test, according to the report

4       that you've seen.  Fair?

5               A.  At least prior to 2009.  Do you have a copy

6       of that report that we could reference?

7               Q.  We'll get to that.

8               A.  I prefer not to rely on memory for these.

9               Q.  Okay.  Let's take orange off the table

10      altogether, orange PEX, and let's focus on terra cotta

11      white, blue and red.  Based on the dependent transfer

12      listing tests that were performed, NSF concluded that

13      the white tubing met the extrapolated time to failure

14      requirement of F2023.  Fair?

15              A.  Again I'm going to ask for a copy of that

16      report so that we could look at what it really says

17      rather than trying to do this from memory.

18              Q.  Okay.  Let's do focus on what these reports

19      really say because I think that's important.  Let's go

20      ahead and mark this collection of documents as

21      Exhibit 17.

22                  (Smith Exhibit Number 17 was marked for

23      identification.)

24              Q.  Okay.

25              A.  I need a minute to look at what you've

Page 313

1      handed me please.

2          Q.  We'll walk through it together.

3          **A.  I would like a minute to look through it,**

4      **please.**

5              MR. KUHLMAN:  Okay.  Let's go off the

6      record.

7              (A recess was taken.)

8          Q.  Okay.  Ms. Smith, I have handed you a

9      document that we marked as Exhibit 17.  And this is a

10     collection of documents from a production that was

11     made by NSF and it includes a series of test reports

12     addressing the CPI tubing that was ultimately

13     certified by NSF as the 1006 tubing.  It includes the

14     test reports for terra cotta, red, white, and blue

15     tubing products and then also a copy of a

16     correspondence that outlines a certification.

17         **A.  Which page are you referring to, please?**

18         Q.  And then also a technical justification at

19     the conclusion of the document.  I'd like to ask you

20     some questions about these documents.  If you could

21     please turn to page NSF00002, it's the second page of

22     this document.  Have you ever reviewed these documents

23     before?

24         **A.  I believe that I have reviewed at least some**

25     **of them.**

Page 314

1    Q.  Okay.

2    A.  I would like to note for the record this is

3    not the Jana report that I had asked for a copy of to

4    reference.  This is an altogether different set of

5    documents.

6    Q.  So this is report for a project number

7    04-2566 and it states this is a DURA-PEX final report

8    and if you look at this report here, this is for the

9    terra cotta CPI tubing.  Is that right?

10   A.  It describes the tubing as half-inch CTS,

11   SDR-9 red-brown tubing.

12   Q.  Okay.  If you could please turn back to

13   NSF0004.  Well, first let me ask you this:  Is it your

14   understanding that they tested approximately 16

15   samples?  If you look at table two on page FSF0003, it

16   has the 16 different specimen IDs listed there.

17   A.  It does say, under test results, testing was

18   initiated for a total of 16 specimens.

19   Q.  So as part of this process, 16 specimens

20   were tested.  Is that fair?

21   A.  For this report.

22   Q.  Okay.  And if you look at page 4, FSF0004,

23   it has a data analysis section and for intermittent

24   hot water service, it has the extrapolated time to

25   failure of 78 years.  Is that right?

Page 315

1          A.   That is what it states, yes.  This is --

2          Q.   Okay.

3          A.   This is the result I was referring to

4      earlier.

5          Q.   If you could turn to page to NSF0005, the

6      conclusion of this report is based on the data and the

7      regression analysis.  The tested sample of DURA-PEX is

8      predicted to have an extrapolated test lifetime of

9      78 years; 25 percent service at 60 degrees C and

10     75 percent service at 23 degrees C; 80PSIG for SDR-R9

11     pipe, which is above the minimum requirement of

12     50 years.  Did I read that right?

13         A.   You did read that correctly.  And yet that

14     is the very same pipe that failed in the Plisko

15     residence after six years.

16         Q.   My question was:  Did I read that correctly?

17         A.   And the answer was yes.

18         Q.   Please answer the questions.

19         A.   I did.

20         Q.   So based on this test report, the terra

21     cotta tubing that CPI submitted for F2023 testing

22     passed the test with an extrapolated test lifetime of

23     78 years.  Right?

24         A.   That is correct.

25         Q.   It's common in the industry for tubing

1    manufacturers to submit one pipe for a complete

2    battery of F2023 tests and then additional colors

3    under a different set of tests that fall under 2023

4    for a dependent listing transfer.  Is that right?

5              MR. SHAMBERG:  Object to form.

6         **A.   For the purpose of certification, they do**

7    **have that option, yes.**

8         Q.   Okay.  And that's something -- all right.

9    So with respect to CPI's tubing, CPI submitted the

10   terra cotta tubing as the independent test sample and

11   it was submitted to a whole battery of F2023 tests.

12   And then CPI submitted its blue, white, red, and

13   orange tubing under the DLT process that's permitted

14   for manufacturers.  Right?

15        **A.   That is my understanding.**

16        Q.   Okay.  If you could turn back to page

17   NSF00022.  Actually, that's still the terra cotta one.

18   Sorry.  All right.  NSF00031.  All right.  And this

19   document is titled NSF international report for

20   chlorine resistance PSF number J-00014573.  Is that

21   right?

22        **A.   Yes.**

23        Q.   And it lists the material as ATOFINA.  Is it

24   your understanding that that's the Total resin, Total

25   and ATOFINA?

1          A.   I would have to double-check.  I don't

2     recall off the top of my head.  I refer to the Total

3     resin as Total resin.

4          Q.   Okay.  And this is for the white tubing

5     product.  Right?  Is that the product?

6          A.   Yes.

7          Q.   Okay.  The executive summary here at the

8     bottom, the fourth paragraph says when tested in

9     accordance with the ASTM F2023 test method and the NSF

10     policy number 55 for dependent transfer listing and

11     minor formulation changes, the PEX pipe sample tested

12     meets the requirements of the policy.  Is that right?

13          A.   Yes.

14          Q.   And is it your understanding that the white

15     tubing met the terms of that policy and was able to be

16     added to the certification?

17          A.   Yes.

18          Q.   All right.  Please turn the page over to

19     page NSF00035.  And according to the extrapolated time

20     to failure for this white PEX product, when analyzed

21     pursuant to this policy, the time to failure -- the

22     extrapolated time to failure is listed as 68 years.

23     Yes?

24          A.   For this product, yes, it is listed at 68

25     years, which is approximately ten years less than what

Page 318

1      was demonstrated for the terra cotta pipe, was it not?

2          Q.  If you could please turn to page NSF00037.

3          A.  I would like to verify.  Yes, the terra

4      cotta pipe demonstrated an extrapolated test time of

5      78 years and the white demonstrated a life of 68.

6      Which page did you want me to refer to?

7          Q.  Thirty-seven.

8          A.  Okay.

9          Q.  Do you understand how the data that's

10     obtained during the dependent transfer listing testing

11     is used in order to calculate that number, 68 years?

12         A.  I would not say particularly well.

13         Q.  Do you understand what it even means if the

14     white data reflects 68 years versus 77, how they

15     calculated that number?

16         A.  In essence.

17             MR. SHAMBERG:  Object to form.

18         Q.  Are you familiar with the regression

19     analysis that's performed as part of that dependent

20     transfer listing calculation?

21         A.  Yes.

22         Q.  Okay.  And do you understand that at this

23     time, in 2005, if there were data points that fell

24     outside above the predicted limit, it would penalize

25     the regression?  You understand that.  Right?

1          A.  I understand that the test was in a state of

2     flux and change during that time period.  I understand

3     that it was a brand new test.

4          Q.  Uh-huh.

5          A.  I understand that it was a test that,

6     particularly at that time, did not have a correlation

7     with field experience.  And I understand that as we

8     sit here today, the field experience for these very

9     same products that we're talking about that

10    demonstrated a 68- and 78-year life in this test have

11    demonstrated nowhere near that during service.

12         Q.  My question to you --

13         A.  And yes, I do understand they did toss out

14    data points in the regression analysis.

15         Q.  And that wasn't my question.  My question

16    was:  Do you understand that at this time, in 2005, if

17    you had data points that fell above the upper

18    predictive limit for the time to failure, it would

19    penalize the regression and cause the extrapolated

20    time to failure to be lower because of that penalty?

21         A.  I think you're misrepresenting what the data

22    showed and how the data was treated and the reasons

23    behind the data being treated in the manner it was.

24    If you have a specific regression analysis curve and

25    specific data points that you would like me to discuss

Page 320

1      with you, I'd be happy to look at that.

2              Q.  You sat on the committee that oversaw F2023.

3      Right?

4              A.  No, that's not correct.  I did not join that

5      committee until after the standard was developed.

6              Q.  Okay.  So were you on the committee in 2005?

7              A.  No.

8              Q.  When did you join the committee?

9              A.  Not until after 2009.  I don't recall the

10     specific date.  It was not until after I went into

11     business for myself.

12             Q.  Okay.  So at around that time, in 2009, had

13     NSF and the industry removed the penalty for the

14     regression for tubing samples that had failures above

15     the upper predictive limit that --

16             A.  I don't recall as we sit here today.

17             Q.  Okay.  Were you involved in making that

18     decision to have that penalty removed?

19             A.  No.

20             Q.  Okay.

21             A.  No.

22             Q.  Okay.  Let's talk about NSF37.

23             A.  Okay.

24             Q.  This is also on the ATOFINA resin.  Is that

25     right?

Page 321

1          A.   It does state ATOFINA.

2          Q.   Okay.

3          A.   It should be noted for the record as well

4     these reports are all dated prior to 2006 thus far so

5     these were all reports that were generated using pipe

6     that was manufactured by CPI rather than NIBCO.

7          Q.   Yeah.  It has CPI as the company name up at

8     the top, does it not?

9          A.   It does.

10         Q.   And these are samples that were submitted by

11    CPI in an effort to obtain certification.  Right?

12         A.   Correct.

13         Q.   All right.  So if you could turn the page

14    over to 38, this lists the report number at the top

15    and this is for November 4, 2005 and it lists at the

16    very stop ATOFINA blue.  Is that right?

17         A.   It does state ATOFINA blue.

18         Q.   So we talked about terra cotta and white.

19    Now we're talking about blue.  All right.  So does

20    this appear to you to be the test report issuing the

21    findings for the dependent listing transfer test for

22    the blue product?

23         A.   It appears to be a report issuing the

24    findings.  There may be more than one.

25         Q.   If you could turn back to NSF40.  And there

Page 322

1    in the middle, it has some of the -- it has the

2    extrapolated time to failure for intermittent hot

3    water conditions is 56 years?

4         **A.   56 years, yes.**

5         Q.   And the conclusion is when tested in

6    accordance with the ASTM F2023 and the NSF policy

7    number 55 for dependent transfer listing and minor

8    formulation changes, the PEX pipe sample tested meets

9    the requirements of the policy.  Is that right?

10        **A.   It did squeak by at 56 years, yes, it did.**

11        Q.   The terra cotta pipe met the requirements of

12   2023.  Right?

13        **A.   Demonstrating a predicted live of 78 years**

14   **versus 56, yes.**

15        Q.   Okay.  My question was:  The terra cotta

16   pipe, based on these reports, met the requirements of

17   F2023, did it not?

18        **A.   It did.**

19        Q.   The white CPI pipe met the requirements for

20   the dependent transfer listing, did it not?

21        **A.   It did.**

22        Q.   The blue CPI pipe met the requirements for

23   the dependent listing, did it not?

24        **A.   It did.**

25        Q.   All right.  Turn to page 42.

Page 323

1          A.   Okay.

2          Q.   This is the report for the CPI tubing sample

3     that was submitted with the ATOFINA resin issue date

4     November 4, 2005.  Is that right?

5          A.   Yes.

6          Q.   And this is for CPI's red PEX pipe, the top

7     line of the executive summary on the far right.

8          A.   CPI red PEX pipe, yes.

9          Q.   Right.  Okay.  So if you could look down at

10    the fourth paragraph it says, the data set does not

11    meet the criteria of section six of the policy that

12    states that the values of the combined data set shall

13    comply with the requirements of ASTM 2023 and ASTM

14    F876.  This is a result of the tested specimens

15    lasting longer than the original regression predicted.

16         This has penalized the regression as it has

17    reduced the R-squared value of the combined data set

18    to .887, which is below the .9 requirement of ASTM

19    F2023 and has reduced the extrapolated time to failure

20    of the combined data set to 44 years from the 78 years

21    of the original data set, which is below the 50-year

22    requirement of ASTM F876.  Did I read that right?

23         A.   You read what it says.

24         Q.   All right.  And you understand that the

25    tubing samples that resulted in that regression

1      penalty lasted longer on the test than the terra cotta

2      tubing samples.  Right?

3              A.  No, that is not my understanding of this.

4              Q.  Okay.

5              A.  You're again misrepresenting.

6              Q.  They lasted longer --

7              A.  The data -- they threw the data points out

8      for a reason.  There's a limit set for a reason.

9              Q.  Okay.

10             A.  And you have to delve in more deeply to this

11     and look at the condition of the samples and what the

12     samples actually showed to understand why those data

13     points were removed.  The takeaway from this is based

14     upon the standards as they existed at the time and

15     were universally applied.  They had foundation for

16     removing those data points and coming up with a number

17     that they did.  The number they ultimately came up

18     with for red pipe was 44 years, which did not meet the

19     50-year requirement.  The red pipe did not pass that

20     test.

21             Q.  So you understand that as of this time, it's

22     your position that those data points were tossed out

23     because they were over the upper predicted limit?

24             MR. SHAMBERG:  Object to form.

25             A.  It's my position that their final

Page 325

1    extrapolated time to failure that they reported on and

2    stood on and stood by was 44 years for the red pipe,

3    which did not meet the standard.  It's also my

4    position that meeting the standard clearly was not

5    predictive of what was actually going to happen in

6    real world applications.

7            The terra cotta pipe in Ms. Plisko's home

8    most absolutely did not last 78 years.  It failed due

9    to oxidative degradation, which is I think undisputed

10   in this case based on the ESI's report, in less than

11   ten years in fact, which is a fraction of what this

12   test suggested.  It's my opinion that whether or not

13   the pipe was certified in this test really is

14   irrelevant in terms of the field performance that we

15   have observed and that representing that that product

16   was somehow not defective because it was certified is

17   grossly misguided at best.

18       Q.  Has any Uponor tubing -- any Uponor PEX

19   product ever failed in the field?

20       A.  I have not worked with Uponor since 2007,

21   but prior to 2007 certainly there were PEX pipes that

22   failed in the field.

23       Q.  Okay.  And they didn't make the 50 years --

24   50-year anticipated life.  Right?

25       A.  The ones that were pierced by a bug

1       certainly did not.  Those are the ones that I'm

2       thinking of.

3               Q.  Are these the only failures that you're

4       aware of in Uponor PEX pipe?

5               A.  No.  There was another one that was used for

6       an outdoor wood chipper where it was exposed to

7       sunlight on a regular basis and it also failed.

8               Q.  And is that the only other failure you're

9       aware of with Uponor PEX pipe?

10              A.  There was another one used in a dishwasher

11      application, feeding a commercial dishwasher in a

12      restaurant, where it was injected with chlorine doses

13      and high temperatures.  It also failed.  That was not

14      an approved application for the product.  I am not

15      aware of Uponor having these types of failures in

16      their PEX pipe with pipes failing in less than ten

17      years due to oxidative degradation if that's the real

18      question you're trying to ask me.

19              Q.  Are you aware of Uponor PEX pipe failing

20      because of oxidative degradation at all to date?

21              A.  Actually I'm not, in the absence of an

22      anomalous condition like the ones we have just

23      discussed.  If they have had them, I'm not aware of

24      them.

25              Q.  But in the presence of elevated temperatures

1    or high chlorine levels, Uponor PEX pipe can fail as a

2    result of oxidative degradation as well.  Right?

3         A.  Under certain circumstance of improper

4    application, I believe that that is true.  We're here

5    today however to discuss NIBCO's pipe, not Uponor's

6    pipe.  And I'm bound by confidentiality with regard to

7    Uponor so if you'd like to discuss Uponor further,

8    we'll have to put their attorneys on notice before we

9    can do that.

10        Q.  So it's your position that NSF's final

11   position with respect to this red tubing is that it

12   did not meet the policy because the combined data set

13   resulted in a 44-year analysis.  That's your opinion?

14        A.  Correct.

15        Q.  In your mind, how is it that tubing that

16   lasts longer on a test results in a lower extrapolated

17   time to failure?

18        A.  I was not part of the regression analysis.

19   I'm not going to get into the mathematics behind what

20   they did with that test.  It's my opinion that this

21   test is essentially irrelevant to the field

22   performance of that product.  It is my opinion that a

23   manufacturer who has received data that says this pipe

24   is not meeting the 50-year requirement in this brand

25   new chlorine test that should have been a flag for

1    them to say, gosh, are we really okay selling this; if

2    we really want it to perform as we intend to during

3    service and we're holding it out as something that

4    will survive 50 years and we have data that suggests

5    that that might not really be the case, maybe we

6    shouldn't be selling this product or until we learn

7    something more or do something more to better

8    stabilize it.

9         Q.   Okay.

10        A.   It is further my opinion that it is never

11   sufficient for a manufacturer simply to defer to the

12   fact that they have a listing to assume that that

13   product is going to perform as intended, particularly

14   when they're relying on a brand new test that has

15   these kinds of variables at play and particularly when

16   the results of that test are showing them that

17   depending upon what color of pipe they've submitted in

18   that test, the results could range anywhere from a

19   predicted life of 44 years to 78 years.

20             That is a very big difference in predicted

21   life, 34 years in fact difference in predicted life.

22   That alone should have been a very big red flag to

23   them that either there is something amiss with the

24   test and it's not really telling us something valuable

25   regarding our expected life and/or there's something

1    really amiss with our formulation and our process that

2    is resulting in tremendous variability in our product

3    and we as a manufacturer would be wise to get our arms

4    around that before we put that product out into

5    people's homes where it could fail.

6         Q.  You have already admitted you're not an

7    expert with respect to the math being used to reach

8    these numbers.  Right?

9         A.  I don't believe I have admitted to something

10   as you say.

11        Q.  I thought you just said that a moment ago?

12        A.  I said I have not held myself out to be an

13   expert in statistics.

14        Q.  Do you consider --

15        A.  I said yesterday I do not consider myself to

16   be an expert in statistics.

17        Q.  Have you gone back and looked at the data

18   and looked -- plugged it in to see how different

19   numbers affected the regression analysis on these

20   tubing samples?

21        A.  Absolutely not.  My task is not to reassess

22   the chlorine standard.  My task is to evaluate the

23   field-return pipes and determine the root cause for

24   them.  And based on an in-depth analysis of that, I

25   feel very comfortable reaching the conclusion that

Page 330

1    terra cotta pipe in service has not demonstrated a

2    life of 78 years in the Plisko residence.

3              Further, I feel very comfortable concluding

4    that red pipe in the Sminkey residence and all these

5    other homes did not demonstrate anywhere even close to

6    44 years of life before failing due to oxidative

7    degradation.

8         Q.  You sit on the committee that oversees

9    F2023, right, currently?

10        A.  I sit on the committee that oversees all

11   standards related to polymer pipe.

12        Q.  And the testing that is used today under

13   F2023, it's essentially the same method that was used

14   in 2005.  Right?

15        A.  There have been some changes.

16        Q.  Okay.  But in large part, it's the same?

17        A.  I wouldn't necessarily say that.

18        Q.  Okay.

19        A.  There have been some changes.

20        Q.  What have been the changes from 2005 to the

21   current test that's used under 2023?

22        A.  I can't speak to that as we sit here today.

23   Do you have copies of each different standard?

24        Q.  I do not.

25        A.  Okay.  Then we can't discuss that.

Page 331

1     Q.  Can you think of any significant changes to

2     the test that has occurred from 2005 to the present

3     for F2023?

4         **A.  Not as we sit here today --**

5         MR. SHAMBERG:  Object to the term

6     "significant."

7         **A.  Not as we sit here today with nothing to**

8     **reference, no.**

9     Q.  Can you identify -- and you sit on this

10    committee.  Can you identify any specific changes to

11    the testing as performed under the standard from 2005

12    to the present?

13        **A.  Not as we sit here with no documents to**

14    **reference, no.  I answered that several times.**

15    Q.  Okay.  So with respect to the analysis of

16    the data, are you aware of changes from 2005 to the

17    present?

18        **A.  I believe that changes have occurred.**

19    Q.  And one of those changes was to remove this

20    penalty with respect to specimens that lasted longer

21    than the upper predictive limit.  Isn't that right?

22        **A.  I would need to reference the documents to**

23    **see what changes have occurred as I've said several**

24    **times.  If you have them, I'll be happy to try to look**

25    **at those with you.  But let me be very clear, the**

Page 332

1      standard that I sit on, first of all, is not dedicated

2      to this standard.  The committee I sit on is not

3      dedicated to this and my involvement with the

4      development of this standard, as I said before, was

5      very, very minimal.  And my future involvement with

6      this standard, if any, would be probably to express

7      concerns about it.

8          Q.  Okay.

9          A.  I have a lot of concerns about the fact that

10     we're seeing tremendous disconnects between what lives

11     are being predicted through these tests and what lives

12     we have seen empirically with the NIBCO products.

13     Clearly there is a disconnect.

14         Q.  How often does the committee meet?

15         A.  They typically meet a couple times a year.

16     I do not typically participate in those meetings.

17         Q.  Okay.  So you're on the committee, but --

18         A.  I'm a voting member.

19         Q.  -- you don't go to those meetings?

20         A.  I'm not a developing member.  I'm a voting

21     member.

22         Q.  Okay.

23         A.  My involvement with that committee is only

24     to the extent that they will send around standards for

25     review and comment and voting.  Some of the things

Page 333

1     that come around, I take the time to review; others I

2     don't take the time to review or vote on.  I abstain

3     from voting if I'm too busy to take time to review the

4     standard.

5             It's all done on a volunteer basis so I

6     don't review every standard that is put forth for

7     comment.  And I don't believe I have ever commented on

8     this specific standard.

9         Q.  Are you aware, yes or no, about what

10    happened to the penalty to the regression for tubing

11    samples that lasted longer than the upper predictive

12    limit?

13            MR. SHAMBERG:  Object to form.

14        A.  I have some awareness that changes have been

15    made to this standard over time.  I'm not comfortable

16    trying to respond to questions related to specific

17    changes when we don't even have copies of those

18    documents here to refer to.

19        Q.  I'm just asking if you're aware.  Do you

20    know what happened to that penalty?

21        A.  And I answered that.

22        Q.  To the regression --

23            MR. SHAMBERG:  Objection.  Asked and

24    answered several times.

25            MR. KUHLMAN:  It hasn't been answered at

Page 334

1      all.  That's the issue.  We ask a question and no

2      answer is provided that's responsive.

3             MR. SHAMBERG:  You asked a specific

4      question.

5             MR. KUHLMAN:  Let's try again.

6             MR. SHAMBERG:  She said she can't answer it

7      without referencing documents.

8         Q.  Then the answer is no?

9         **A.  No, that's not the answer.**

10        Q.  Sitting here today --

11        **A.  The answer was I have awareness that changes**

12   **have been made --**

13        Q.  I'm asking you, are aware of --

14        **A.  -- and that I am not comfortable with --**

15        Q.  Are you aware of any changes to that

16   specific part of the interpretation of the data?

17        **A.  And I have said several times I believe**

18   **multiple changes have occurred and I am not**

19   **comfortable addressing questions related to specific**

20   **changes when we have no documents here to reference.**

21        Q.  And are those changes that you're aware of

22   pertaining to how penalties were applied to regression

23   analyses when samples lasted longer than the upper

24   predictive limit?

25        **A.  I believe that there have been some changes**

1     made to the way that these values were treated I'm not

2     going to discuss those in any further detail without

3     any documents whatsoever here to reference.  I believe

4     that that is unfair I believe that you are

5     misrepresenting a lot of what has transpired with

6     regard to those standards.  I believe that that

7     terminology that you're using, even using the term

8     "penalty," is misrepresentative of what has actually

9     transpired so --

10        Q.  If you could please look at --

11        A.  We're not going to address that further.

12        Q.  If you could please look at NSF42.  Down

13     here in this fourth paragraph it says, this has

14     penalized the regression.  Now, when something is

15     penalized, that's a penalty.  Is that fair?

16        A.  You're talking about policy, not language

17     that's in this paragraph.  I don't believe there's

18     anything in the standard that uses the term

19     "penalizing" or something to that effect today --

20        Q.  Now, F876 --

21        A.  -- in this NSF letter.

22        MR. SHAMBERG:  Kevin, let her finish.

23        Q.  In fairness to NIBCO, NSF advised CPI in

24     this report that the reason why this data set had a

25     44-year extrapolated life is because the specimens

1    lasted longer than the original regression predicted,

2    resulting in the regression being penalized and

3    reducing the R-squared value.  That's what NSF is

4    conveying to NIBCO.  Fair?

5         **A.  This was the justification that was used to**

6    **give them a listing for the red pipe, despite the fact**

7    **that it had failed the test.  Yes, that is what it**

8    **says in this document.**

9         Q.  That's your opinion?

10        **A.  Yeah.  That's the facts.  That's the facts**

11   **as presented in the case.**

12        Q.  Let's keep looking at some additional

13   documents.

14        **A.  All that aside, the fact remains these red**

15   **pipes, during service, have failed due to oxidative**

16   **degradation in far less than 44 years.  In fact, they**

17   **have failed repeatedly from coast to coast in less**

18   **than ten years.  That is not just true for the red**

19   **pipe that you say was penalized, that's also true for**

20   **the blue pipe that wasn't penalized, that was deemed**

21   **to have passed.  It is also true for terra cotta pipe**

22   **that was deemed to perform the best of all of NIBCO's**

23   **products --**

24        Q.  Ms. Smith --

25        **A.  -- with an -- I'm sorry, but please let me**

Page 337

1    **finish my answer.**

2         Q.  This is not an answer to a question that is

3    pending.

4         **A.  To 78 years of predicted life.**

5         Q.  Ms. Smith, at this rate, we will be here all

6    day.  If you could please just try to answer the

7    questions and I appreciate that you want to advocate

8    your case and you want to get all these sound bites

9    out there, but please just let's focus on answering

10   the question so we can move on.

11        **A.  With all due respect --**

12        Q.  Okay.

13        **A.  -- you've asked me to testify that I will**

14   **answer questions completely and trying to focus in on**

15   **small, little snippets that are being misrepresented**

16   **and that are not consistent with what's actually**

17   **happening in the field is not providing you a complete**

18   **answer.  So if you want me to be truthful and**

19   **complete, then I will need to do that.**

20        Q.  Just please try to answer the question.

21   Okay?

22        **A.  Okay.**

23        Q.  If you could turn to page NSF76.  This is a

24   document that's produced by NSF and it appears to be a

25   letter to Debbie Premus.  Is that right?

Page 338

1       A.  It is addressed to Ms. Premus, yes.

2       Q.  Okay.  And this states here from NSF, this

3  letter is to inform you of the addition of Lebanon

4  production facility to the NSF standard 14 listings.

5  The listing of DURA-PEX PEX tubing produced using

6  Total Petrochemicals CD4300 HDPE material will appear

7  as follows and then it has a listing.  Is that right?

8       A.  Will appear as follows.  It has a box with

9  text in it.

10      Q.  It has a box with text in it.  Okay.  And

11 the box has pipe one-quarter inch through

12 one-and-a-quarter inch SDR9.  Is that right?

13      A.  Yes.

14      Q.  And then it has PEX DURA-PEX ASTM F876/877.

15 Right?

16      A.  Yes.

17      Q.  All right.  And then underneath that,

18 there's a plus, a number sign and a caret.  You see

19 those?

20      A.  I do.

21      Q.  And the number sign or hashtag as people

22 call it now, it says the product is authorized for

23 white, blue, red, and terra cotta colors.  Do you see

24 that?

25      A.  I do.

1          Q.   This was issued in June of 2005.   Right?

2          **A.   Yes.**

3          Q.   And that's before these test results came

4     out in November of 2005.   Fair?

5          **A.   Yes.**

6          Q.   And the caret indicates meets the chlorine

7     resistance requirements of ASTM F876 when tested in

8     accordance with ASTM F2023 is what it indicates.

9     Correct?

10         **A.   That's correct.   They issued a listing**

11    **before the thing was complete.**

12         Q.   Okay.   If you look down, the listing is

13    based on the following and it gets down into these

14    little symbols.   And if you look to the last one it

15    says assigned technical justification approving

16    preliminary data provided by Jana Laboratories as

17    sufficient data for the initial listings of red, blue

18    and white tubing.   The samples have met the minimum

19    requirements of ASTM F2023 though testing is not yet

20    complete.   Do you see that?

21         **A.   I do see that.**

22         Q.   So NSF is telling CPI that the tubing has

23    already lasted long enough to pass these tests.   That

24    what it says right here.   Right?

25         **A.   That is what it says.**

1      Q.  And then it says, the following samples are

2   being tested by Jana laboratories, it says blue, red

3   and white.  Right?

4      **A.  I see blue, red, white.**

5      Q.  All right.  So at the time, in 2005, NSF was

6   telling CPI the tubing has lasted long enough, it's

7   going to pass the test.  Right?

8      **A.  NSF was telling CPI that they were relying**

9   **on communications from Jana Laboratories indicating**

10  **that the data was consistent enough that they felt**

11  **that it was worthy of presenting this provisional**

12  **listing.**

13     Q.  Okay.  So is this?

14     **A.  And then it failed the test.**

15     Q.  Is this the provisional listing you're

16  talking about?

17     **A.  They're not using that term in this**

18  **document, no.**

19     Q.  But is that what that means to you?

20     **A.  That is what Jana referred to it as in a**

21  **2009 summary report.**

22     Q.  Okay.  So a listing or the testing, but

23  hasn't been done yet, that's, to you, a provisional

24  listing?

25     **A.  That Jana Laboratories referred to it as a**

Page 341

1    provisional listing in the 2009 report.

2        Q.  You referred to it as a provisional listing

3    in your testimony and I want to know what that means

4    to you.

5        A.  I just answered that.  I refer to that based

6    upon Jana's 2009 report that I asked for you to

7    produce so that I could reference, but you have not.

8    That is not that document.  If you have that document

9    and we can look at that you will see where that term

10   comes from.  It's a term Jana Laboratories used.

11       Q.  So if you could, let's flip the page back,

12   back to NSF83.  And this is a document titled

13   technical justification.  Is that right?

14       A.  Yes.

15       Q.  And we just talked about a technical

16   justification from Jana Labs in that prior

17   correspondence from June.  Right?

18       A.  I don't recall the date, but yes.

19       Q.  Okay.  Let's look -- let's make sure we're

20   clear on this.  The date on NSF76 that we were talking

21   about, that's June 2005.  Right?

22       A.  Yes, June 17, 2005.

23       Q.  And that's the day that CPI was told, hey,

24   look, the testing is ongoing but the samples have met

25   the minimum requirements even though the testing is

Page 342

1    not done.  Right?  That's in June.  Right?

2        A.  Yes.

3        Q.  All right.  And then there's this technical

4    justification, now this one is dated, according to the

5    signature block, December 2, 2005.  Right?

6        A.  Yes.  And it should be noted this was

7    submitted by Aleesha Valentine.

8        Q.  And Aleesha Valentine worked for NSF at the

9    time?

10        A.  At that time.

11        Q.  This is an NSF technical justification, not

12    a Jana technical justification, that was referenced

13    before.  Right?

14        A.  That is correct.

15        Q.  Okay.  So this is in December of 2005.

16    Correct?

17        A.  I'm looking.

18        Q.  It's at the bottom in the signature block?

19        A.  Yes.  Thank you.

20        Q.  Now, the blue -- the red test result was

21    released, and if you want to check my dates you can,

22    it's on NSF42, that was released on November 4th,

23    2005.  Is that right?

24        A.  What page?

25        Q.  Forty-two?

Page 343

1        A.  Yes.

2        Q.  All right.  So a few weeks later NSF is

3    looking at the data.  They have seen the data from the

4    red test and NSF prepares this technical

5    justification.  Fair?

6        A.  Apparently.

7        Q.  All right.  And it says here the DLT of

8    orange and red pipe meets the requirement of plastic

9    program policy 55 per plastics program policy 56.  A

10   combination of two colors was used in the DLT

11   calculations; orange and white for orange, red and

12   blue for red.  These products can be added to CPI's

13   official listing.  Is that what it says?

14       A.  That is what it says.

15       Q.  And the policies, the plastic program

16   policies, are what NSF uses to interpret the test

17   results, are they not?

18       A.  Do you have a copy of those policies with

19   you so that I can --

20       Q.  You can answer the question.

21       A.  I'm telling you --

22       Q.  The question doesn't pertain to the policy.

23       A.  I don't feel like I can answer the question

24   without the policy that is what they state they used

25   for this case or this --

Page 344

1        Q.   Okay.  And are you aware of what plastic

2    program policies are?

3        **A.   Not off the top of my head.  I want to**

4    **see --**

5        Q.   Okay.  So it's fair to say you're not

6    involved in reviewing plastic policy programs at NSF?

7        **A.   I have not --**

8        Q.   And you have not reviewed --

9        **A.   -- seen 55 and 56 to my knowledge.  It may**

10    **be that I have seen them and they have been called**

11    **something else, which is why I want to see them.**

12       Q.   With respect to tubing samples, you did not

13    review plastics program policy 55 or 56.  Is that

14    fair?

15       **A.   As I said, I may have reviewed them and they**

16    **were called something else or I'm just not recalling**

17    **that title.  If you have a copy, I would be happy to**

18    **look at them and see if it's something I have reviewed**

19    **and am familiar with or not.**

20       Q.   According to NSF per plastics program policy

21    55 per plastics program policy 56, the red pipe met

22    the requirements of F2023.  Right?

23       **A.   That is what they're saying here.  And yet**

24    **it still failed in less than ten years in the Sminkey**

25    **residence and others.**

Page 345

1        Q.   Please just answer the questions.

2        **A.   I'm answering it completely.**

3        Q.   So with respect to these test results and

4   what NSF was doing according to the policies that were

5   in place according to NSF the terra cotta, red, white,

6   and blue, NIBCO CPI 1006 PEX products met the

7   requirements of F2023 for the listing.  Right?

8            MR. SHAMBERG:   Object to form, foundation.

9        **A.   They managed to maintain -- or obtain a**

10  **listing based off of that testing.**

11       Q.   So CPI obtained a listing based on the data

12  and the reports that we just looked at, right, in

13  addition to --

14       **A.   They obtained.**

15       Q.   -- other things?

16       **A.   In addition to other things, yes, they**

17  **obtained a listing --**

18       Q.   All right.

19       **A.   -- a certification.**

20       Q.   And when the certification is listed

21  NIBCO -- not NIBCO.  Sorry.  Hold on.  All right.  So

22  in order to obtain a certification, CPI had to satisfy

23  NSF that its tubing resin met the density requirements

24  of F876.  Right?

25       **A.   You have switched documents.  Let me get**

Page 346

1      with you.

2           Q.  If you need the document, we marked it as

3      Exhibit --

4           A.  I have it here.

5           MR. SHAMBERG:  Sixteen.

6           Q.  -- 16.

7           A.  Yeah.  Okay.  So where are you?

8           Q.  We're on page four.

9           A.  Okay.

10          Q.  So to obtain the certification, CPI had to

11     satisfy NSF that its tubing resin met the density

12     requirements in 6.4.  Right?

13          A.  Among others, yes.

14          Q.  Well --

15          A.  Density is one of many.

16          Q.  And I have asked about one thing so let's

17     just focus on answering the question that's asked.

18     CPI had to satisfy NSF that its tubing met the

19     hydrostatic sustained pressure strength requirement of

20     6.5?

21          A.  Correct.

22          Q.  And CPI had to satisfy NSF that its tubing

23     met the hydrostatic burst pressure test in 6.6.

24     Right?

25          A.  Correct.

Page 347

1          Q.  And CPI had to establish to NSF's

2     satisfaction that its tubing met the requirements for

3     environmental stress cracking.  Right?

4          **A.  Correct.**

5          Q.  And degree of crosslinking?

6          **A.  Correct.**

7          Q.  Also stabilizer functionality.  Right?

8          **A.  Correct.**

9          Q.  And CPI had to satisfy NSF that its tubing

10    met the oxidative stability in the potable chlorinated

11    water application requirement in 6.10.  Right?

12         **A.  Correct.**

13         Q.  And that's the F2023 test we just talked

14    about.  Right?

15         **A.  Yes.**

16         Q.  And so when NSF issued this certification

17    for the tubing --

18         **A.  You left out a few things but --**

19         Q.  There are other requirements, but those are

20    the ones I wanted to ask you about so I did.  And with

21    respect CPI's tubing, when that certification was

22    issued for the 1006 tubing, it satisfied NSF that it

23    met the requirements of F876 in total?

24         **A.  For certification purposes, yes.**

25         Q.  For certification purposes.  And then in

1    order to maintain that listing, this certification

2    listing, CPI had to subject itself to periodic audits.

3    Right?

4         **A.  Correct.**

5         Q.  And NSF would conduct those when it felt

6    like doing so.  Fair?

7         **A.  It would conduct them in general in**

8    **accordance with the schedule in theory, though we know**

9    **from experience that didn't always happen.**

10        Q.  And they can do random audits if they are so

11   inclined.  Right?

12        **A.  If they choose to, that's correct.**

13        Q.  So pretty much per the schedule and when

14   they feel like it.  Right?

15        **A.  That's my understanding.**

16        Q.  All right.  And CPI, to the best of your

17   knowledge, NSF never took back CPI's certification for

18   this tubing.  Right?  They never canceled it.

19        **A.  They did not actually cancel it.  That would**

20   **be a correct statement.**

21        Q.  And then when NIBCO acquired the assets of

22   CPI, that listing, the certification was ultimately

23   transferred over to NIBCO, was it not?

24        **A.  That is my understanding.**

25        Q.  All right.  And NIBCO maintained that

Page 349

1        certification during the entire time it was

2        manufacturing this product.

3            A.  They did.

4            Q.  Right?

5            A.  They did manage to maintain it somewhat by

6        luck, but yes, they did manage to maintain it.  It was

7        maintained in part because a followup audit was not

8        performed within the scheduled timeframe as expected.

9            Q.  To be fair to NIBCO, a followup audit was

10       performed on blue tubing and it passed the

11       requirements of the chlorine test, did it not?

12           A.  Which test are you referring to?  I'd like

13       to look at the results, please.

14           Q.  Are you familiar with the audit that was

15       performed, yes or no?

16           A.  I understand that there was an additional

17       audit and additional testing performed, yes.

18           Q.  Is it your understanding that the tubing

19       samples tested for chlorine resistance as part of an

20       audit passed?

21           A.  I would like to know which test you're

22       referring to, but yes, I believe that it passed by the

23       skin of its teeth.

24           Q.  So it met the requirements?  Skin of its

25       teeth or not, it met the requirements?

1    **A.   It would have met that requirements of that**

2    **certification test, yes, although clearly it did not**

3    **meet that same demonstrated life in the field.**

4        Q.   And that's something that the standard

5    anticipates, is it not?

6        **A.   Apparently not.**

7        Q.   No.   The standard -- isn't it true that the

8    standard anticipated that the life expectancy in the

9    field will not match the test?

10       **A.   I don't believe in any way that that**

11   **standard anticipates that pipe is going to fail in as**

12   **little as one to two years in service.**

13       Q.   But that wasn't the question.

14       **A.   Well, I think it was.**

15       Q.   The question was:   Isn't it true that the

16   standard anticipates that tubing in the field will not

17   last as long as it does on the test if certain

18   environmental factors are present?

19       **A.   I don't believe that it does, but if you'd**

20   **like to point me to a certain portion of the standard,**

21   **I'll be happy to review it and see if that opinion may**

22   **change.**

23       Q.   Is it your opinion, and I'll show you the

24   document here in a minute, that the standard F2023,

25   which is under the jurisdiction of the committee that

1        you sit on, doesn't anticipate that the life of tubing

2        will be shorter in practice than it is on the test?

3              MR. SHAMBERG:  Object to form.

4              **A.  I don't necessarily recall any language that**

5        **specifically states there's some expectation that**

6        **there will be a significant difference.  It may have**

7        **language saying that there could be, but I don't**

8        **believe that it assumes that it necessarily will be.**

9              Q.  And the standard indicates that --

10             **A.  I'll be happy to review it.**

11             Q.  Installation stresses can reduce the

12       expected life of the product.  Right?

13             **A.  I would like to see the standard to see what**

14       **it actually says and reference it if I'm going to**

15       **answer your questions about the standard.  If you have**

16       **a copy you would like me to look at, I'll be happy to**

17       **discuss it with you.**

18             Q.  Okay.

19             MR. SHAMBERG:  I could use a bathroom break.

20             MR. KUHLMAN:  Okay.  Let's take one.

21             (A recess was taken.)

22             Q.  So I'd like to ask you a few more questions

23       about Exhibit 16 if I could.  Exhibit 16 is the F876

24       standard specification for crosslinked polyethylene

25       tubing.  Who developed this standard?

Page 352

1          A.  I'm not sure I understand your question.

2          Q.  I mean, is it developed by experts in the

3     piping field, plumbers' committees?

4          A.  It would be developed by a committee of

5     folks from the industry and from the field with input

6     from others.  Their responsibility is to draft

7     language.  I believe that the gentleman who initially

8     drafted the language in this document was an

9     individual and typically they would hire an individual

10    to draft proposed language.

11          The committee would oversee the development

12    of that and kind of lay some framework for that and

13    then others in the industry would comment on that.

14    The committee would be responsible for distributing

15    that for comment and reviewing the comments and

16    considering those comments and then ultimately working

17    together to finalize the document.  You're referring

18    to the '09 version.  I can't speak to who the

19    individuals were.

20          Q.  Right.  But generally speaking, with respect

21    to the original version and the versions that existed

22    in between '09 and the original and even the ones that

23    came thereafter, the people -- the types of people

24    that were involved in creating the standard and the

25    changes to the standard remain the same?

Page 353

1          A.   The original document was originally drafted

2     by a gentleman with expertise in the production of PEX

3     pipe.

4          Q.   Okay.  So it was drafted by someone with

5     expertise in PEX pipe and there are committees that

6     would include experts and industry members who would

7     provide comments on the language and ultimately once

8     everyone can reach an agreement on what it needs to

9     say, it becomes a standard?

10         A.   That has been my experience.

11         Q.   Okay.  So is it fair to say that in your

12    opinion, a lot of thought from a lot of experts went

13    into the drafting of the standard?

14         A.   Quite likely.  Again, I was not part of that

15    process at the time this was originally drafted so I'm

16    making the assumption that the process would be

17    similar to what I have experienced.  But if it were

18    similar to what I have experienced, then yes, that

19    would be true.

20         Q.   And you would be disappointed to find out

21    some person off the street wrote this.  Right?

22         A.   I don't believe a person off the street

23    wrote this.

24         Q.   Yeah.  I mean, this was a document prepared

25    by experts in the industry considering the impacts on

1       its words on manufacturers and the public.  Fair?

2            A.  I believe that to be fair, yes.

3            Q.  And these people were thinking not only

4       about the manufacturers, but they were also thinking

5       about the public and the safety of the public?

6            A.  You would have to ask them what they were

7       thinking.  I can't speak to what they were thinking.

8            Q.  What do you think?

9            A.  I doesn't matter what I think.  I wasn't

10      part of the committee.  You would have to ask them

11      what they think.

12           Q.  Do you think these standards are intended to

13      aid the public so that they understand if they're

14      getting a certified product, somebody put some thought

15      into it and made sure the certification meant

16      something?

17           MR. SHAMBERG:  Objection to form, calls for

18      speculation.

19           A.  I do not necessarily think that that is

20      across the board true for all ASTM standards, no.

21           Q.  Do you think people in the public look to

22      see if a product is certified when they're making

23      buying decisions?

24           A.  I think most people in the public, when

25      you're talking about plumbing pipe, don't make the

Page 355

1      buying decisions.  I think most of those decisions are

2      made by plumbers or builders and that most people in

3      the public may not even know what type of plumbing

4      pipe they had, let alone have any contribution to that

5      decision so probably not.

6           Q.  Fair enough.  In the plumbing industry, the

7      plumbers have to buy product that's been certified in

8      order to comply with the plumbing codes.  Right?

9           A.  In order to comply with the plumbing code,

10     yes.

11          Q.  So the consumers who are buying PEX for the

12     plumbers and the people who are looking at putting it

13     in, as professionals, they have to look to the

14     standards if they want to comply with the plumbing

15     code?

16          MR. SHAMBERG:  Object to form.

17          A.  I don't believe they look to their standards.

18     I believe that they look for pipe that is certified.

19          Q.  They look for a certification.  And

20     homeowners who are installing tubing should also try

21     to comply with the plumbing code, should they not?

22          A.  I have never encountered a homeowner yet

23     that was familiar with what the plumbing code says.

24          Q.  Do you think the plumbing code is designed

25     to make sure that people have quality plumbing systems

Page 356

1          in their houses?

2                    MR. SHAMBERG:   Objection.   Calls for

3          speculation.

4               Q.   I mean, what do you think?

5               A.   I have not contributed to the development of

6          plumbing codes.   If you would like to know why they

7          were developed or what the thought processes were, you

8          would have to ask the developers.

9               Q.   Have you reviewed it?

10              A.   I have reviewed portions of it.

11              Q.   And the parts that you have reviewed are

12         there to make sure that people are getting quality

13         plumbing systems?

14                   MR. SHAMBERG:   Objection.   Calls for

15         speculation.

16              A.   I can't speak to why they were developed or

17         what the thought processes were.   I can only speak to

18         what they state.

19              Q.   Okay.

20              A.   If you have a copy of it, I'd be happy to

21         review it with you and discuss any aspect of it that

22         you think we need to discuss.

23              Q.   Did you review any parts of it for your

24         analysis of the Meadow or Cole cases?

25              A.   Probably not specifically.   I have reviewed

1   them at various times through my career, but probably

2   not specifically as I recall.

3        Q.  Do you have an opinion about whether or not

4   any of the installations that you observed in the Cole

5   or Meadow plaintiffs' houses had violations of the

6   plumbing code?

7        A.  Some of them exceeded 80 PSI.  It is in the

8   plumbing code that for chlorinated water, the pressure

9   should not exceed 80 PSI or at least it has been in

10  some years.  I don't know if that language is still in

11  there today.  So some of them did not necessarily

12  conform, the day we measured them, regarding to

13  pressure.

14       Q.  Did you observe any other failures to comply

15  with the plumbing code in the Cole or Meadow

16  plaintiffs' houses?

17       A.  Not that I recall specifically as we sit

18  here.

19       Q.  What about temperatures in excess of

20  140 degrees for chlorinated water applications?

21       A.  We did some see some temperatures that were

22  in excess of 140 degrees.  Again, if you have a copy

23  of the plumbing code, we can see if it still verifies

24  the temperature limit.  I believe it does.

25       Q.  To the best of your knowledge, you believe

Page 358

1    temperatures in excess of 140 degrees for chlorinated

2    water is a violation of the code.  Right?

3        **A.  I believe that that aspect of the**

4    **installation manual for NIBCO came from the plumbing**

5    **code, yes.**

6        Q.  And you observed that in some of these

7    houses.  Right?

8        **A.  Yes, slightly.**

9        Q.  Can you think of any other failures that you

10   saw in the plaintiffs' homes that -- can you think of

11   any other things you saw in the plaintiffs' plumbing

12   systems that violated the plumbing code?

13       **A.  Not that I recall as we sit here today.**

14   **Again, if you have a copy of the plumbing code, I**

15   **would be happy to walk through it.  You're asking me**

16   **to just recall from memory what the plumbing code says**

17   **and it's rather lengthy.  I'm not comfortable relying**

18   **on my memory.  If I have a copy of it to refresh my**

19   **recollection of what it says, that might be helpful.**

20       Q.  Okay.  And what about PEX piping being

21   connected directly to a water heater?

22       **A.  It should not be.  The focus of my**

23   **inspection was to look at NIBCO's installation**

24   **guidelines and what it would state at different times,**

25   **different years.  But PEX piping should not be**

Page 359

1      connected directly to the hot water heater as a rule.

2          Q.  Okay.

3          A.  Most manufacturers specify some requirement

4      about that in their installation instructions.

5          Q.  Okay.  Well, let's talk about what you were

6      looking for then.  Did you look for installations that

7      were inconsistent with NIBCO's installation manual?

8          A.  What I looked for was whether or not there

9      was any evidence of any type of installation error

10     that could be a root cause of failure for the incident

11     pipes at issue in this case.  Certainly, we saw

12     different things that were not in keeping with NIBCO's

13     installation instructions in every aspect.

14             However, we found no correlation whatsoever

15     in a consistent trend as a root cause of failure for

16     those pipes.  We found, for example, some houses did

17     have elevated pressure about 80 PSI.  We found that

18     some houses had slightly elevated temperature for at

19     least some period of time.  Both of those conditions

20     are not in keeping with the installation instructions.

21             However, when we look at pipe that came from

22     a home that had elevated temperature and pressure such

23     as the Meadow residence, where both of those

24     conditions were in excess of the specified

25     requirements, that pipe still lasted longer than it

1    did in other homes where virtually identical failures

2    from the same failure mechanism occurred in the

3    absence of elevated pressure or temperature.

4              So what I was looking for was

5    characteristics that would reflect the root cause of

6    failure for the pipes.

7         Q.  So you were looking at things that you would

8    consider to be the root cause of a failure and not

9    necessarily things that might increase the rate within

10   which a failure were to occur?

11        A.  I looked for all of it.  I looked for any

12   evidence of excessive bending.  We looked for evidence

13   of excessive pressure.  We looked for evidence of

14   excessive temperature.  We looked to see whether or

15   not pressure relief valves were installed.  We looked

16   to see whether or not water chemistry was unusual in

17   some manner.  We evaluated the pH.  We evaluated

18   chlorine.  We evaluated oxygen.  A whole host of

19   parameters were evaluated with respect to water

20   chemistry.

21             We looked at the manner of installation to

22   see if that was consistent with the installation

23   guidelines, but more importantly if there were any

24   inconsistencies, were they inconsistencies that

25   mattered.  You know, it's not uncommon to see

1    deviations from the installation manual in plumbing

2    assemblies.

3            In fact, I don't know that I have walked

4    into a plumbing installation yet where I couldn't find

5    something I would point to to say that's not an ideal

6    condition or that's not in keeping with the

7    installation instruction.  But that does not

8    automatically mean that that contributed to failure so

9    you have to go that next step.

10       Q.  Did you observe any excessive bending in the

11   plaintiffs' homes that you inspected for this case?

12       A.  I did not.

13       Q.  When I say this case since, we combined

14   these two depositions together.  I'm talking about the

15   Meadow and the Cole claims together.

16       A.  I did not.

17       Q.  Okay.

18       A.  We certainly saw areas of bend and we saw

19   some cracks that occurred at bends, but I did not see

20   any bend that was in excess of the minimum bend radius

21   specified in the installation manual, certainly not

22   related to one of the incident pipes or failure.  I

23   didn't see it at all.

24       Q.  Okay.  And you did observe in at least a few

25   homes, in the plaintiffs' homes, recirculation

1    systems, did you not?

2        A.  I would have to look back at the specific

3    results.  I don't recall off the top of my head pipes

4    systems, but there may have been.

5        Q.  Okay.  And if a recirculation system was

6    installed in one of the plaintiff's homes and it was

7    set to circulate more than 25 percent of the time,

8    that would be a violation of NIBCO's installation

9    manual, would it not?

10       A.  It would.  Well, let me back up.  It depends

11   on which installation manual you look at.  Not all of

12   them specified a limit for the amount of time so it

13   would depend upon which specific installation manual

14   you're referring to.

15       Q.  When did NIBCO put that into its

16   installation manual?

17       A.  I don't recall off the top of my head if you

18   have a series of installation manuals from 2006

19   through say 2012.  I would be happy to look at them

20   and compare them.

21       Q.  Okay.  So if we looked, you know, later on

22   down the road and wanted to see if it was in there, we

23   could do a quick look, compare it to the installation

24   date and if it was in the manual at the time, it's a

25   violation and if it's not, it's not.  Fair?

Page 363

1        **A.   Fair enough in terms of comparing to the**

2        **installation manual.**

3            Q.   Okay.   Now, with respect to the standard --

4            **A.   Which standard are you referring to?**

5            Q.   The standard that's applicable to PEX

6        tubing.

7            **A.   There are many standards applicable to PEX**

8        **tubing.   Which specific standard are you referring to?**

9            Q.   Well, let's talk about F876.   Does, F876 --

10       well, strike that.   The NIBCO tube at issue here is

11       1006 tubing.   Right?

12           **A.   Yes.**

13           Q.   And that means when it's tested, it's met

14       the requirements for the 50-year extrapolated time to

15       failure under the circumstances with 75 percent of the

16       time at a lower temperature and 25 percent of the time

17       at a higher temperature.   Right?

18           **A.   That is what the numbers would indicate.**

19           Q.   And would you expect plumbers to select

20       material that is appropriate for their installation

21       such as if they're going to put a recirculation

22       system, they buy the right tube for the settings they

23       plan to employ?

24               MR. SHAMBERG:   Objection.   Calls for

25       speculation.

Page 364

1      A.  I can't speak to what plumbers think or what

2   plumbers do.  I can speak to what the numbers

3   represent on the pipe.

4      Q.  Well, you would expect that a plumber, as a

5   professional, should understand the reasons why

6   they're selecting the materials that they're using?

7      A.  Not necessarily.  I don't know why a plumber

8   would necessarily know what those numbers would mean.

9   I don't necessarily believe those numbers are taught

10  to them.  I've certainly had plenty of plumbers say to

11  me, I have no idea what those numbers mean.  I know

12  that not all plumbers do understand what those numbers

13  mean.  I'm not going to speculate as to whether or not

14  they should.  That's not my role.  I know that they do

15  not always know what those numbers mean.

16     Q.  Okay.  All right.  Would you agree with me

17  that certain installation methods can reduce the life

18  expectancy of NIBCO's PEX tubing?

19     A.  Yes.

20     Q.  Such as?

21     A.  Could you be specific, please.

22     Q.  What installation practices would you

23  consider to shorten the expected life of NIBCO tubing?

24     A.  Well, if you leave the tubing lying around

25  in the sun for a while you're hauling pipe around or

1   during the installation, that could deteriorate the

2   pipe.

3        Q.  What else?

4        A.  If you have significantly increased pressure

5   over time, that can lead to creep rupture of the pipe

6   or burst rupture of the pipe if the pressures are high

7   enough.  We talked about some of this yesterday.

8        Q.  Uh-huh.

9        A.  If you have excessive bending in pipe, it

10  can accelerate the rate of any cracks that might be

11  growing through the pipe, thereby speeding up the time

12  to failure.  Is there something more specific that you

13  would like to discuss?

14       Q.  Can you think of any more?

15       A.  There may be others.  If you poke it with a

16  nail, it'll leak.  If you cut it with a box cutter, it

17  could leak.  If you have something specific you'd like

18  to discuss, I'd be happy to.

19       Q.  Can excessive bending induce a crack?

20       A.  Under certain circumstances, anything is

21  possible, sure.

22       Q.  Would that be an unusual circumstance?

23       A.  Excessive bending, yes.

24       Q.  Well, I'm talking about excessive bending

25  inducing a crack.  In your mind, would that be a

1    farfetched idea?

2         A.  Well, it's not a given that it will.  It

3    can, particularly if the pipe is under-crosslinked.

4    If there's some other anomalous condition going on, if

5    there's a stress riser sitting there, sure.  Over

6    time, it can.  It doesn't mean it will, but it can.

7         Q.  Okay.  What about running the tube too close

8    to like a hot source of something, can that reduce the

9    life expectancy of the tubing?

10        A.  If you were to run it in the path of a gas

11   exhaust for a water heater for example, where it's

12   exposed to extended periods of elevated temperature,

13   yes, that can accelerate the degradation of the

14   product.

15        Q.  What about failing to allow for expansion

16   and contraction, could that cause premature failure in

17   a system?

18        A.  Typically more so for fittings than for the

19   pipe.  But it's a practice that we discourage.  We,

20   you know, put in expansion loops in PEX systems to

21   minimize the stresses, though it's usually a bigger

22   factor for fittings than for pipes.

23        Q.  And a failure to allow for expansion and

24   contraction of the tubing can cause a fitting to

25   prematurely fail?

1          A.   It puts unusual stresses on the fitting and

2     certainly it can contribute to failure in those

3     components.

4          Q.   And unusual stress was one of those things

5     we talked about as part of the stress corrosion

6     cracking and unusual stress might make that more

7     likely to happen?

8          A.   These would be applied stresses.  Where you

9     have a situation where PEX is run short, there's

10    cyclic stresses however.  So it would manifest

11    typically as a different type of failure from what we

12    have shown in this case.

13         Q.   Could -- did you say cyclic or cyclic or are

14    those the same thing?

15         A.   Tomato and tomato, pronounce it however you

16    want.

17         Q.   Can cyclic stresses result in stress

18    corrosion cracking or a manifestation of that?

19         A.   Not -- if there's a crack growing, it would

20    influence the growth of it.  But cyclic stress in and

21    of itself would not be sufficient to cause stress

22    corrosion cracking, no.

23         Q.   And if there's a crack growing and this kind

24    of cyclic stress, you know, increased the rate with

25    which it happened, it would look the same in the end,

Page 368

1       wouldn't it?

2            A.  Not necessarily.  The type of loading that

3       you get when you have short pipe tends to be more

4       reminiscent of fatigue-type loading and it would

5       manifest a little differently on the fracture surface.

6            Q.  Okay.

7            A.  You would tend to get a mixed-mode failure

8       on the fracture that we did not see in this case.

9            Q.  Okay.  So there are aspects of water quality

10      that could reduce the life expectancy of NIBCO's 1006

11      tubing.  Is that fair?

12           A.  Yes.

13           Q.  And higher chlorine concentrations might do

14      that.  Is that right?

15           A.  If you had very high levels of chlorine.

16      The product is designed for use in chlorinated potable

17      water so those chlorine levels, based upon the

18      chlorine resistance testing that we have been

19      discussing here this morning, that test I believe uses

20      a chlorine level of 4.4 parts per million if I'm not

21      mistaken.  Let me verify that.

22               The chlorine level in this particular test

23      report that I'm looking at, which is NSF report number

24      514910-04, the chlorine level for that test was

25      4.4 milligrams per liter.  Published literature

Page 369

1    commonly holds that chlorinated potable water may have

2    chlorine 4 parts per million in the United States so

3    to get an unexpected result, the chlorine level would

4    need to be substantially higher than that.

5         Q.  Localized stresses can cause NIBCO's 1006

6    PEX piping to prematurely fail, can it not?

7         A.  If you have to crimp the pipe or something

8    like that, yes.

9         Q.  Okay.  Or bend it too sharply across a

10   joist?

11        A.  The pipe is advertised as being bendable and

12   flexible.  It's also advertised as being abrasion

13   resistant and suitable for burial applications where

14   it would be expected to impinge upon rocks and so

15   forth so I would have to disagree with that.  The

16   product is being held out as being very tolerant to

17   scratches and rubs and localized surface deformation

18   and it's advertised as being bendable and flexible.

19             In my experience with other PEX products,

20   that should not be problematic and in fact, some of

21   NIBCO's marketing materials, they demonstrate with

22   photos, piping being simply bent in some of those

23   cases at or near or over or against wooden components

24   and various other impediments.

25        Q.  Let's talk about F2023 again.

Page 370

1          A.   I'm sorry.   Which -- which document are you

2     referring to?

3          Q.   I haven't handed it to you.   I'm going to

4     hand you a document we'll mark as Exhibit 18?

5               (Smith Exhibit Number 18 was marked for

6     identification.)

7          Q.   All right.   I have handed you a document.

8     We've marked it as Exhibit 18.   This is a copy of

9     F2023-05.   And is it your understanding that this

10    would have been the standard that was in place at the

11    time CPI submitted its tubing samples to NSF?

12         A.   Yes.

13         Q.   And what is F2023 generally?

14         A.   It's a standard ASTM standard test method

15    for evaluating oxidative resistance of crosslink

16    polyethylene tubing and systems to hot, chlorinated

17    water.

18         Q.   When we looked at those test reports earlier

19    that were submitted to CPI by NSF, they contained an

20    extrapolated time to failure based on this test

21    method.   Is that right?

22         A.   I believe that to be correct, yes.

23         Q.   If you could please -- well, let me first,

24    before we turn the page, with respect to the failures

25    that you observed in plaintiffs' homes here, did you

1      observe any kind of discoloration of the tubing at the

2      fracture surface?

3           A.   When you say at the fracture surface, I need

4      you to be a little more specific.  Do you mean on the

5      fracture surface or the interior surface of the pipe

6      where the cracks were occurring?

7           Q.   Let's call it the failure area.

8           A.   Again I need you to define what you're

9      referring to.

10          Q.   Does that term mean anything to you as an

11     expert, "the failure area"?

12          A.   It's a subjective term that does mean

13     something to me that may be different from what it

14     means to you or someone else so I would like to make

15     sure we're on the same page before I answer your

16     questions.

17          Q.   Tell me what it means to you.

18          A.   To me, it's the localized area around the

19     failure.  But the magnitude of that area would depend

20     upon the context upon which we're discussing that.

21          Q.   Let's use your definition.  Did you observe

22     any discoloration of the tubing in the plaintiffs'

23     homes in the -- around the failure area?

24          A.   Yes.

25          Q.   Okay.  And what colors did you observe?

Page 372

1       A.  I believe.

2       Q.  What color did you observe?

3       A.  It varied from pipe to pipe.  Do you have a

4   specific pipe you'd like to refer to?

5       Q.  No.

6       A.  Okay.  So it varied.

7       Q.  Can you recall seeing any specific colors or

8   any specific types of discoloration?

9       A.  Most of them exhibited a white, chalky

10  appearance to some degree or other, some more so than

11  others.

12      Q.  Okay.

13      A.  There was at least one pipe sample that

14  exhibited some brown deposits that are discussed in my

15  report.  I don't recall where those deposits were

16  relative to cracks that were in the pipe as we sit

17  here.  There was another pipe, again I don't recall

18  where this was relative to the leak in the pipe, but

19  it exhibited a discrete, round patch of what appeared

20  to be dried organic material.

21          There was no cracking right under that

22  patch.  I do recall that.  I don't know how close it

23  was to any cracking that may have been in the pipe.

24  And then many of the pipes exhibited some light tan

25  deposits that are typically seen as a result of water

Page 373

1    **deposits.**

2         Q.  Okay.  All right.  Turn the page and I'd

3    like to direct your attention to number five on page

4    two of this document.  And it refers to significance

5    of use.

6         **A.  Okay.**

7              MR. SHAMBERG:  Significance and use.

8              MR. KUHLMAN:  Significance and use.  Thank

9    you.

10        Q.  Okay.  And I just want to read you this and

11   I want you to tell me if you agree with the statement

12   generally.  It says, the performance of a material or

13   piping product under actual conditions of installation

14   and use is dependent upon a number of factors

15   including installation methods, use patterns, water

16   quality, nature and magnitude of localized stresses

17   and other variables of an actual operating hot and

18   cold water distribution system that are not addressed

19   in this test method.  As such the extrapolated values

20   do not constitute a representation that a PEX tube or

21   system with a given extrapolated time to failure value

22   will perform for that period of time under actual use

23   conditions.

24        **A.  Okay.**

25        Q.  Do you agree with that?

Page 374

1      A.  I agree that installation conditions and the
2  condition of the pipe itself can cause the performance
3  to vary, yes.  And I would agree generally with what
4  it's saying, yes.
5      Q.  Okay.
6      A.  However, if this is what you were referring
7  to earlier when you say the regression analysis
8  contemplates that, I think that would be a
9  misrepresentation of this language.  This standard
10  itself is simply saying, hey, there's more to it
11  that's not being represented in this test and that the
12  conditions may vary.  It is not accounting in some
13  miracle way for some difference or taking those
14  differences into account in calculating a predicted
15  life value, which is what I believed you were
16  asserting before.
17      Q.  I don't think that's what I said, but as a
18  practical matter, we're not talking about that anymore
19  and we're not going to ask her to go back and find it.
20      A.  Okay.  That's fine.
21      Q.  So let's just move forward.  Okay.  So the
22  test method acknowledges that there are factors and
23  actual installations that can lead to a tubing not
24  lasting for the same amount of time that's listed in
25  the result of the test.  Fair?

Page 375

1      A.   Correct.

2      Q.   And so the fact just generally speaking that

3   piece of tubing fails before its anticipated life

4   doesn't mean that the test method itself is invalid?

5      A.   Not in and of itself, no.

6      Q.   Okay.  Is it your position, as an expert in

7   the plastic piping industry, that F2023 is an invalid

8   test to determine if tubing is sufficiently able to

9   resist oxidative degradation?

10      A.   No.  It is my opinion as an expert that it

11   is unwise for a manufacturer to assume that meeting

12   the standard and getting certification provides

13   necessarily some assurance that their product will

14   perform in a similar manner in service.  And it's an

15   ill-advised approach for a manufacturer to assume that

16   their product will be a quality product if they merely

17   conform to the standard.

18      Q.   So is it your position that mere conformance

19   to a standard does not mean that a product is of any

20   degree of quality?

21      A.   I didn't say any degree.  I said of

22   sufficient degree.

23      Q.   Okay.

24      A.   I'm sure there are aspects of the pipe that

25   are made perfectly in conformance to standards and

Page 376

1      will perform as intended.  For example, wall

2      thickness, generally the wall thickness over the NIBCO

3      pipes didn't vary very much and generally met the

4      standard and whether it did or didn't appreciable

5      influence these failures.

6               However, the stabilization in these products

7      was found to vary widely in a variety of tests.  It

8      was found to vary widely when different colors of pipe

9      were subjected to this test, which in and of itself

10     was telling the manufacturer something really

11     important that I think they would have been wise to

12     have paid attention to.

13          Q.  Ultimately --

14          A.  It's --

15               MR. SHAMBERG:  Hang on a second, Kevin.

16               Were you done with your answer?

17          A.  It's a mistake for a manufacturer to assume

18     that meeting standards ensures that they have made a

19     quality product that will perform as they expect it to

20     during service.  They have a higher level of

21     responsibility to monitor that product and design it

22     and to think for themselves about whether the minimum

23     required for that standard is going to be good enough

24     for their product or not.  These standards don't limit

25     the manufacturer to merely passing the standard.  They

Page 377

1    have the latitude to exceed it and to go beyond what

2    is required for the standards and they have an

3    obligation to do that if that's what's necessary to

4    ensure that their product will perform as advertised.

5         Q.   Now, at the time this test method was in

6    place in 2005, if a manufacturer went too far above

7    and beyond on their dependent list, they get penalized

8    and their tubes fail.  Right?

9         A.   I don't believe that that was the case.

10        Q.   But that's true though.  Right?

11        A.   There were certainly other -- well,

12   according to the terra cotta pipe, they could have

13   gone as high as 78 years and passed without a problem

14   and yet the red pipe was only 44 years.

15        Q.   That's a different issue, isn't it?

16        A.   So they have an opportunity, without getting

17   to that point, so please don't raise that to suggest

18   that --

19        Q.   Well, we weren't talking about the years.

20        A.   -- they didn't have opportunity to go

21   higher.

22        Q.   We're talking about the upper predicted

23   limit, not the extrapolated time to failure.

24        A.   So again --

25        Q.   So the failure, exceeding the upper

1    predictive limit on the test that resulted in the

2    penalty to regression which reduced the time of the

3    failure, the extrapolated lifetime?

4         A.   I believe you're misrepresenting --

5         Q.   Okay.

6         A.   -- as I said before what that data shows.

7    If you have the curves, we can talk about what data

8    points were removed and why and what the effect was,

9    but without that, we should not try to have that

10   conversation from memory.

11        Q.   And you're not an expert in that anyway.

12   Right?

13        A.   I have not been part of the committee that

14   has done the regression analyses.

15        Q.   Okay.

16        A.   When you say you're not an expert in that, I

17   don't know what that means.

18        Q.   I'm talking about the regression analysis.

19        A.   I am aware of the data points and they were

20   removed because they were outliers.

21        Q.   Okay.  When this listing was transferred

22   from CPI over the NIBCO, NSF had the ability and

23   opportunity to audit NIBCO and its tubing products if

24   it was so inclined like we talked about earlier.

25   Right?

Page 379

1      **A.   I believe they had the opportunity to do**

2      **that, they had the latitude to do that.**

3      Q.   And over the years, NSF did review or did

4      come in and take samples and test them for various

5      things?

6      **A.   I don't recall when NSF came into their**

7      **facility or what tests they performed at what time.**

8      Q.   Okay.  And the NSF audit reports have been

9      produced in the case so if we wanted to, we could go

10     back and look at them and see what they did.  Fair?

11     **A.   I believe at least some have been produced.**

12     **I can't guarantee they all have.**

13     Q.   Okay.  And as a result of NSF's audits, is

14     it your understanding that NIBCO failed any of those

15     audits?

16     **A.   Again, I don't recall what audits were done**

17     **or when they were done.**

18     Q.   So you just don't know one way or the other?

19     **A.   As we sit here today, I don't recall what**

20     **was done when or what those results may have shown.**

21     **What I do know is that the products at issue in this**

22     **case are not performing very well in the field**

23     **regardless of what those audits showed.**

24     Q.   We're talking specifically about what NSF

25     did right now, we're not talking about the performance

Page 380

1      in the field.

2           **A.  Okay.**

3           Q.  I understand that you want to talk about

4      that, but we're talking about the NSF audits and what

5      you know about them or recall about them.

6           **A.  Okay.  And I have told you I don't recall**

7      **when they were done or what they showed.**

8           Q.  And that's okay.

9           **A.  Okay.**

10          Q.  I should have said that in the instructions,

11     if you don't know the answer or you can't recall,

12     that's okay.

13          **A.  I've said that several times.  I'm quite**

14     **comfortable saying that.**

15          Q.  All right.

16          MR. KUHLMAN:  Let's go off the record for

17     just one second.

18          (A recess was taken.)

19          MR. KUHLMAN:  We are back on the record

20     after a short break.

21          Q.  And I'd like to ask you about some of your

22     conclusions and before I do that I want to ask you

23     this:  Yesterday we spent quite a bit of time talking

24     about the failure mechanism that you've described as

25     dezincification in NIBCO fittings and I just want to

Page 381

1       make sure that your opinions with respect to

2       dezincification and the testimony that you would give

3       on that issue would essentially be the same in both of

4       these cases.  Since we were kind of talking about some

5       of the Meadow cases yesterday and we're talking about

6       Cole today, I just want to make sure that testimony

7       would be the same.

8            **A.  Yes.**

9            Q.  Okay.  And the same with respect to clamps?

10           **A.  Yes, to the extent they existed.  They**

11      **didn't exist in the Meadow case.**

12           Q.  Right.  But the general discussion of the

13      stainless steel and the stress corrosion cracking

14      mechanism and things of that nature, same testimony?

15           **A.  We've seen no difference in the plumbing**

16      **products between of the Cole case or the Meadow case**

17      **or any of the other cases in how they failed or the**

18      **mechanisms that are in play and the underlying defects**

19      **associated with those.**

20           Q.  Your testimony with respect to those both

21      cases, on those failure mechanisms that you've

22      outlined in your report, would be the same for both

23      cases?

24           **A.  Yes.**

25           Q.  Okay.  Great.  If you could, in your report

1    that's been marked as Exhibit 15, if you could please

2    flip back to page 90, I'd like to ask you about your

3    opinion that's labeled number 23.

4         **A.   Sorry.  I have to get to 95.**

5         Q.   I'll give you a second to read it.

6         **A.   Yes.**

7         Q.   So this opinion of yours states NIBCO knew

8    or should have known that the incident tubing

9    exhibited insufficient resistance to chlorine and that

10   the tubing was likely to fail prematurely in the

11   intended application.  From the day NIBCO acquired

12   CPI's assets in 2006, NIBCO knew or should have known

13   that red and orange CPI PEX pipes, which were

14   manufactured using the same formulation, same

15   processing equipment and same processing parameters

16   used for NIBCO's 1006 PEX pipe had failed chlorine

17   resistance testing performed in accordance with ASTM

18   2023 as required by ASTM F876.  Do you still hold that

19   opinion?

20        **A.   I do.  The red and the orange pipe did not**

21   **pass the chlorine test.**

22        Q.   And I'd like to ask you about this because

23   what do you base this opinion on that NIBCO knew or

24   should have known as of 2006 that the PEX pipes, the

25   red and orange, failed to pass chlorine testing?

1      A.  CPI performed testing that we have already

2   gone through on those pipes, showing an extrapolated

3   life of 44 years I believe it was if we look back, for

4   the red pipe.

5      Q.  And NSF --

6      A.  And --

7      Q.  -- as we talked about --

8      A.  Can I finish?

9      MR. SHAMBERG:  Yeah.

10      Q.  Go ahead.

11      A.  And in October I believe it was of 2006,

12   Debbie Premus, who would have been the person who

13   would have received those results at CPI, who went on

14   to work for NIBCO from day one, sent communication to

15   Larry Smallwood saying, hey, let's not forget, we're

16   due for an audit on these pipes and we didn't pass

17   that test so if they pull that pipe and they retest

18   it, we might be in trouble.

19      And there was a whole lot of discussion that

20   ensued over the next number of years within the NIBCO

21   organization and a whole lot of effort was undertaken

22   to try to develop a backup plan because they

23   anticipated losing the listing because of that very

24   fact.

25      Q.  As it turns out, Debbie was wrong, wasn't

Page 384

1    she?

2          **A.   I don't believe that she was wrong, no.**

3          Q.   Now, we have looked at these NSF documents

4    that were produced to CPI.  Right?  We just looked at

5    the NSF test reports, did we not?

6          **A.   We have looked at some of them.**

7          Q.   And the NSF test reports that you're saying

8    should have given NIBCO notice that there was an

9    issue, those ultimately say that the pipes lasted

10   longer on tests, did they not?  Just answer the

11   question.

12         **A.   They show different results later, yes.**

13         Q.   And they say that the red pipes lasted

14   longer.  Isn't that what they said?

15         **A.   I disagree that that's what they're actually**

16   **saying.**

17         Q.   All right.

18         **A.   That is what that one document said.  I**

19   **disagree that that's what a summation of all the**

20   **evidence tells us.**

21         Q.   I'll just read it.

22         **A.   Okay.**

23         Q.   Okay.  NSF was telling CPI that and they're

24   talking about the combined data set not complying with

25   the requirements of ASTM F2023 and it says, quote,

1    this is a result of the tested specimens lasting

2    longer than the original regression predicted, end

3    quote.

4          **A.   I believe you also need to look at those**

5    **samples and how they failed and what they say about**

6    **the failure mechanism and the way the fractures looked**

7    **and whether or not they were really considered valid**

8    **data points and why they were removed.  That is what**

9    **that document says.  I believe if we delve into that,**

10   **there's more to that story I believe.**

11         Q.   This is what NSF was telling CPI.  Right?

12         **A.   That is what NSF said to CPI, yes.**

13         Q.   I mean, in your experience, would NSF pick

14   up the pipes off the test and send them back to CPI

15   and say, hey, take a look at these?

16         **A.   I don't have experience what NSF did with**

17   **CPI.**

18         Q.   So is it --

19         **A.   Your question to me was --**

20         Q.   Let me ask the question.

21         **A.   Debbie was wrong, wasn't she?**

22         Q.   And we'll get back to that.

23         **A.   And my answer is no, I don't believe she was**

24   **for a variety of reasons.  My answer here or my**

25   **opinion here was also not based just upon that CPI**

1      test.  It's based upon their empirical experience.

2              Q.  What about --

3              A.  When you look at --

4              Q.  Okay.

5              A.  When you look at the PER database for CPI

6      and NIBCO, what you see is a history of pipe being

7      returned early in the field, in less than ten years,

8      with findings of oxidative degradation from NIBCO and

9      from CPI.  They concluded that the failures resulted

10     from oxidative degradation after being in service for

11     only a limited number of years.  That is an important

12     piece of it.

13              The communications that they had with Jana

14     Laboratories saying, hey, there's a problem here, your

15     pipe is not doing well in these tests, your pipe is

16     not responding to the beam in the same way as other

17     pipes.  When you look at the summation of all of the

18     evidence that exists in this case, not just that

19     communication from NSF to CPI, I absolutely don't

20     think Debbie was wrong.

21              In fact, my opinion is Debbie might have

22     been the one who had it most right in the organization

23     and the organization didn't listen to her when they

24     probably should have.

25              Q.  Let's talk about a couple of these things

1       real quick because I want to make sure that the record

2       is clear here and that I understand.  Okay.  So you're

3       telling me that NIBCO should have known that there was

4       an issue with tubing based on the PERs that existed in

5       2006.  Is that your opinion?

6              **A.  No, sir.  I said my opinion is they should**

7       **have considered all of that and collectively they had**

8       **many and multiple opportunities to realize that there**

9       **was a problem with these tubes and they ignored it.**

10             Q.  And I want to break these things down.

11             **A.  Okay.**

12             Q.  All right.  So let's talk about one and then

13      the next and we'll just kind of click through them.

14             **A.  Okay.**

15             Q.  If I miss something, you can tell me and

16      we'll circle back to it.  One of the things that

17      you're saying NIBCO should have considered in 2006

18      that you're saying should have given it knowledge

19      about this was failures in PEX products in early

20      returns.  Is that right?

21             **A.  Correct.**

22             Q.  So what's your understanding of when this

23      particular formulation was first sold by CPI, the one

24      that got the 1006 rating?

25             **A.  I don't recall the specific date --**

Page 388

1          Q.  Okay.

2          A.  -- not as I sit here.

3          Q.  You don't know when CPI started selling this

4     particular tubing?

5          A.  I don't recall when they started selling it

6     as we sit here today, the specific date.

7          Q.  It's okay not to know.

8          A.  What I do know is I said, I don't recall.

9     It is in the evidence.  I have reviewed it.  Thank

10    you.

11         Q.  Okay.

12         A.  They also manufactured NEXT-Pure pipe.

13         Q.  Was that the same formulation all along?

14         A.  It was the -- I believe the same formulation

15    in that 2005, 2006 timeframe, yes.

16         Q.  Okay.  So how many samples of this

17    formulation do you believe were returned

18    representing -- and ending in PERs at the time NIBCO

19    acquired CPI's assets?

20         A.  I don't have the PER database in front of

21    me.  I can't answer that question as we sit here.  Do

22    you have the PER database here?

23         Q.  I do not.

24         A.  Okay.  Then we can't answer that question as

25    we sit here.

Page 389

1      Q.   I'm trying to figure out did you review that

2  PER database and base that opinion on that at any

3  point?

4      **A.   It has contributed to my opinion, yes.**

5      Q.   What was your take on it when you saw the

6  PER database?   Were there a lot of failures of this

7  particular --

8      **A.   There were.**

9      Q.   As of what date?

10     **A.   As of many dates over a period of many**

11 **years.**

12     Q.   But I'm talking about in 2006.   What you

13 opined here is that when NIBCO acquired these assets,

14 it should have known and I want to know at that time,

15 how many PERs were there?

16     **A.   I don't recall how many there were, but what**

17 **you're trying to do right now is suggest that the PER**

18 **database alone should have been sufficient to have**

19 **alerted them in 2006 and that is not what I said.**

20     Q.   As I said, we're working through these.

21     **A.   Nor is it -- but if you're going to work**

22 **through it, you have to work through it in a manner**

23 **that's accurate and fair.   You're trying to pretend**

24 **that each one of those should have been a standalone**

25 **basis as of 2006.   That is not accurate.   That is not**

Page 390

1      what I've said.  That is not my opinion.  And I would

2      appreciate it if you didn't misrepresent it as such.

3              Collectively NIBCO had more than enough

4      experience and opportunity from certainly 2006 to the

5      time the 3308 formulation was introduced to have known

6      and in fact evidence indicates they did know there was

7      a problem with this pipe.  It was certainly on Debbie

8      Premus's radar in 2006 that there was concern they

9      might lose that certification.

10             If you have a copy of the communication she

11     had with Larry Smallwood, we can review specifically

12     what she said and who she sent it to and who knew

13     that.

14     Q.   Okay.  Circling back to what NIBCO knew or

15     should have known, at the time of the acquisition of

16     CPI's assets, NSF has certified the tubing to be

17     compliant with F876.  Right?

18         A.   Correct.

19     Q.   And NSF had sent correspondence to CPI in

20     June of 2005 saying the tubing at issue here is going

21     to pass the chlorine resistance tests.  Right?  That's

22     what they said?

23         A.   Correct.

24     Q.   And then the red test report comes out in

25     November of 2005 indicating that there's a 44-year

Page 391

1    extrapolated life on red product.  Right?

2        A.  Correct.

3        Q.  And do you know if NSF provides copies of

4    its technical justifications to its clients?

5        A.  I don't know.

6        Q.  Okay.  Well, I can represent to you that --

7    well, I don't even have to do that.  And then after

8    this test report comes out, NSF maintains its

9    certification of the tubing.  Correct?

10       A.  They did maintain it.

11       Q.  It stays certified?

12       A.  They did maintain it.

13       Q.  So when NIBCO acquired this tubing.  It was

14   certified by NSF to perform in accordance with the

15   standards set in ASTM F2023 according to NSF?

16       A.  According to NSF.

17       Q.  All right.  And that's something that NIBCO

18   should have known.  Right.  Because they have these

19   documents on it?

20       A.  Correct.

21       Q.  And there's this technical justification

22   that we looked at and if you could just flip back to

23   it here and I'd like you to look at page NSF84.

24       A.  Okay.

25       Q.  And this is for the red.  Are you able to --

1      what's that?

2            **A.   This goes behind here?**

3            MR. SHAMBERG:  Yeah.

4            Q.   Yeah.

5            **A.   Okay.  Pages 80 and 81 I'm missing.**

6            Q.   Right.  And there are certain materials that

7      were removed from the NSF production, for the purposes

8      of this exhibit, that dealt with other products and

9      some communications.  All right.  Well, anyway -- and

10     as of the date of the acquisition of these assets,

11     NIBCO would only have known about failures that would

12     have been reported to CPI.  Right?

13           **A.   Not necessarily.**

14           Q.   Okay.  So it's your opinion that someone may

15     have purchased CPI -- well --

16           **A.   NIBCO sold NEXT-Pure tubing prior to their**

17     **acquisition of CPI so they may well have had knowledge**

18     **of failures in NEXT-Pure pipe.  I have seen failures**

19     **in NEXT-Pure pipe that failed in an identical manner**

20     **to these.**

21           Q.   But sitting here right now, you can't tell

22     me how many PERS there were for this formulation at

23     the time of the acquisition?

24           **A.   No.**

25           MR. SHAMBERG:  Objection.  Asked and

Page 393

1        answered.

2            Q.   All right.   And you also mentioned the Jana

3        report.   Are you talking about the Jana report from

4        2007 that addresses some failures around North

5        Carolina, around Charlotte?

6            **A.   We have talked about many Jana reports and**

7        **there are many Jana reports that are important to me**

8        **in this case and that have influenced my opinions.**

9        **Which Jana report specifically are you wanting to**

10       **discuss?**

11           Q.   You referred to an early Jana report that

12       should have given NIBCO some notice that its tubing

13       wasn't performing properly.

14           **A.   There have been many reports from Jana that**

15       **I would be referring to when I say that over a variety**

16       **of years.**

17           Q.   Okay.   But which ones existed back in 2006?

18           **A.  I don't recall specifically as we sit here.**

19       **If you have the Jana reports, I will be happy to look**

20       **through them.   I don't recall the date of every Jana**

21       **report.   I recall the contents of what stood out to**

22       **me.   I don't recall the dates.**

23           Q.   Okay.   What's the first Jana report that you

24       can recall NIBCO receiving?

25           **A.   I don't remember the dates of Jana reports.**

1    If you have some reports, I would be happy to review

2    them.

3         Q.  Which one do you believe should have formed

4    NIBCO's knowledge about -- and I'm talking

5    specifically as to when they had knowledge of an issue

6    with its tubing.

7         A.  As we sit here today, I do not recall the

8    dates for Jana reports.  If you have the reports, I

9    would be happy to review them.  I'd be happy to review

10   them.  NIBCO also had the ability to do testing

11   anytime, anyplace they wanted to to understand their

12   product.  So they had the ability to evaluate their

13   product beyond what was required for certification

14   standards.  And they may or may not have done that.

15   They may or may not have exercised the option to

16   further evaluate their product.

17        It appeared to me that they really didn't

18   put much effort into designing a quality product or to

19   understanding their product before they went into the

20   manufacturing business for PEX pipe, that their focus

21   was indeed merely on passing the standard tests, just

22   get the listing so that we can sell pipe, and that

23   there really was no demonstrated effort of any

24   appreciable attempt to understand the pipe early on

25   and to make sure that they were in fact making a

Page 395

1      quality product early on.

2            So part of my opinion for the early work is

3      not based on what they did do, it's based on what they

4      didn't do that they could have done and should have

5      done.

6            Q.  All right.  Your opinion, number 24 is --

7            A.  I'm sorry.  What are you looking at now, the

8      report, my report?

9            Q.  Back to the report, page 90.  It talks about

10     safer alternative designs.  Now, those designs

11     wouldn't necessarily be available to NIBCO, would

12     they?  I mean, a manufacturer is not just going to

13     give up its trade secret design to PEX tubing, is it?

14            A.  Every PEX manufacturer develops their

15     design.

16            Q.  Right.

17            A.  There were other PEX companies making more

18     robust products at the time NIBCO was making these.

19     NIBCO had the same access to the information that

20     these other PEX manufacturers used to develop their

21     processes.

22            Q.  At the same time --

23            A.  No, they didn't just hand them their

24     process, but NIBCO had the same opportunity to develop

25     their process that these other companies had.

1          Q.  At the time, in 2006, are you aware of a

2     different manufacturer that was making PEX C with a

3     higher level of chlorine resistance?

4          A.  I don't know what the chlorine resistance

5     was of other PEX C manufacturers.  I do know how

6     Uponor's products were performing at that time using a

7     PEX A process and I know that PEX C was not the only

8     crosslinking process that was available to NIBCO.

9     NIBCO also had the opportunity to choose a PEX A

10    process or a PEX B process, which are most commonly

11    employed in the PEX industry in part because they

12    don't tend to be as problematic as the PEX C process.

13         Q.  And there are differences in those products,

14    right, PEX A, PEX B, PEX C?

15         A.  There are.  They have different properties

16    and different methodologies for producing them.

17         Q.  And NIBCO was manufacturing a PEX C and

18    that's the choice they made?

19         A.  That's correct, they chose the PEX C

20    process.

21         Q.  And are you aware of any alternative design

22    for a PEX C product that was being used at this time,

23    in 2006?

24         A.  Yes.

25         Q.  Whose?

1          A.   Hewing.   Hewing.

2          Q.   Hewing.   How do you spell that?

3          A.   H-e-w-i-n-g.

4          Q.   All right.   And what about that was -- what

5     was that rated at?

6          A.   I don't know their chlorine resistance

7     rating.   I know empirically their product was not

8     performing in a manner similar to NIBCO's.   That was

9     another Uponor company.

10         Q.   Where is it used?

11         A.   It was in Germany.   They were in Germany.

12    It was manufactured in Germany.   I don't know where

13    throughout Europe they distributed the product.

14         Q.   In Europe do they primarily use chlorine as

15    a disinfectant?

16         A.   They do use chlorine as a disinfectant but

17    not necessarily in the same degree as the U.S.

18         Q.   And do you have access to Hewing's warranty

19    claim information?

20         A.   Not as we sit here today, no.

21         Q.   And when did Hewing start selling its PEX C

22    product?

23         A.   I don't know.   Before I started with Uponor.

24         Q.   How much before?

25         A.   I don't recall.   I don't know.

Page 398

1    Q.   How many years of warranty claims data had

2    you reviewed in 2006 for Hewing?

3        **A.   I haven't reviewed their warranty claims**

4    **data.  I have spoken with their technical people on**

5    **occasions.  I worked with their technical people.**

6        Q.   When?

7        **A.   When I worked for Uponor.**

8        Q.   Have you spoken with them recently?

9        **A.   No, not recently.**

10       Q.   Have you spoken to them about their

11   experience with PEX C as of 2006?

12       **A.   I have reviewed test data generated by Jana**

13   **Laboratories comparing the response of their PEX C**

14   **pipe in comparison to NIBCO's pipe.  Would you like to**

15   **look at that?**

16       Q.   That wasn't my question.

17       **A.   That's what I have done most recently.**

18       Q.   So sitting here right now --

19       **A.   And other manufacturers as well.**

20       Q.   Do you have any data that shows that Hewing

21   pipe is performing better in the field than NIBCO's

22   pipe?

23       **A.   I have empirical data through the PEX**

24   **industry, my knowledge with other folks in the PEX**

25   **industry.**

1        Q.   Who specifically have you spoken to about

2    Hewing's performance in the PEX industry?

3        A.   What I know from the PEX industry is that

4    NIBCO's PEX C pipe is commonly viewed as the problem

5    pipe in the industry and that there are other PEX

6    manufacturers, including three or four that Jana

7    analyzed and compared to NIBCO's product, that not

8    only has demonstrated different field experience based

9    upon common knowledge in the industry but also that

10   has revealed different performance when subjected to

11   oxidation induction time testing.  It's revealed a

12   higher degree of stabilization and a more uniform

13   distribution of stabilization within the pipe wall.

14       Q.   What was the safer alternative design NIBCO

15   could have used in 2006?

16       A.   They could have chosen PEX A or PEX B as

17   their crosslinking process for starters.

18       Q.   So instead of manufacturing your product,

19   you want NIBCO to just make a different product?

20       A.   They could have used a different process

21   that is more forgiving to someone who doesn't really

22   understand what they are doing, which they have stated

23   in internal documents, internal communication that's

24   been produced in the case.  They also could have

25   chosen a higher molecular weight resin than what they

Page 400

1      did.  We talked through some of this yesterday and

2      it's already in the record.  They could have chosen a

3      higher molecular rate resin.  They could have chosen a

4      stabilizer with greater mobility.  They could have

5      crosslinked the pipe to a higher degree rather than

6      aiming for the minimum required to pass the test.

7             Q.  And all of these things take time to test --

8                 MR. SHAMBERG:  Were you done?

9             Q.  -- how they're going to respond --

10                THE WITNESS:  No.

11            Q.  -- to the irradiation process, do they not?

12                MR. SHAMBERG:  Before you answer that

13     question, were you done answering his previous

14     question with respect to alternative design?

15                THE WITNESS:  I was not.

16                MR. SHAMBERG:  Go ahead and finish.

17            A.  There were a variety of things that they

18     could have done.  They also could have paid higher

19     attention to ensuring that they were not selling pipe

20     that had extrusion lines and stress risers at the

21     interior surface of the pipe that promote crack

22     initiation, though that's not the design issues that

23     are problematic in this case.  It is part of their

24     process however, the design of the process.

25                There are a host of things that they could

1    and should have done and they absolutely could and

2    should have devoted more time and attention to upfront

3    development work on their product and their process

4    that they purchased from CPI to make sure that indeed

5    it was going to perform as intended before they put

6    that pipe out into service.  And that didn't happen.

7    All that should have been part of the design process.

8         Q.  How much of that had CPI done?

9         A.  I haven't seen much of anything produced in

10   the case related to what CPI did.

11        Q.  So how do you know one way or the other what

12   CPI did?

13        A.  I don't know what CPI did.  The concern in

14   this case is what NIBCO did.  NIBCO is the one who

15   sold those pipes, not CPI.  So if NIBCO relied upon

16   information that CPI did, it should have been in the

17   file produced.

18        Q.  Do you know if that information was

19   requested?

20        A.  I believe that it was through the questions

21   that were asked.

22        Q.  Do you know if that information was made

23   available by CPI if it still even existed?

24        A.  I do not know.  If it didn't exist however,

25   NIBCO most certainly would have been remiss in just

Page 402

1      assuming that it was fine.

2            Q.  Even though --

3            A.  If I were --

4            Q.  -- though the pipe is certified by NSF to

5      meet the applicable standard?

6            A.  Absolutely.  Obtaining a certification

7      clearly is not sufficient for a manufacturer to assume

8      that a product will perform well during service, it's

9      just not.

10           Q.  What is point of the certification?

11           A.  The point of the certification is you can't

12     sell pipe into the potable water industry without it

13     being certified.

14           Q.  Why not make a certification that results --

15           A.  And NIBCO knew that.

16           Q.  -- in a product that's good enough?

17           A.  That's for the standards committees to

18     address in developing their standards.  I wasn't part

19     of those committees who develop standards so I can't

20     speak to that.

21           Q.  But you're on this committee now.

22           A.  Yes, I am now, but I wasn't then.  But I

23     wasn't then.  And there are many PEX manufacturers out

24     there, Uponor being one of them, who absolutely

25     doesn't just adhere to the minimum of those standards.

1      When you aim for the minimum required in every area,

2      crosslinking, stabilization, chlorine resistance, when

3      you're aiming for the minimum to pass the test or

4      you're achieving the minimum to pass the test, what

5      you get on the backside is a really unforgiving

6      product that has essentially no factor of safety.

7              There are things that happen in an industry

8      that we know will happen whether we tell folks for

9      that not to happen or not.  We know that someone's

10     going to turn their water heater up to a setting C if

11     there is a setting C.  A responsible manufacturer

12     develops a product that's designed to withstand those

13     reasonably anticipated circumstance.

14              I've had the opportunity to work for two

15     different manufacturers and both of them held that

16     view.  We don't just design our product to meet the

17     minimum standards, we design it to be a quality

18     product that will perform well.  And if we need to

19     exceed these standards to do that, then that's what

20     we're going to do.  NIBCO clearly didn't adopt that

21     view or put forth significant effort to make that

22     happen.

23          Q.  Well, I want to ask you a specific question

24     and I would like an answer to this question.  Why have

25     you not raised what you believe to be inadequacies

1      with this test method to the F17 committee on plastic

2      piping systems?

3          A.   Because I've been too busy to take an active

4      role in that committee in the past year and a half.  I

5      have devoted all of my time and attention to

6      supporting my existing clients and my business and I

7      have not taken an active role in this committee to any

8      appreciable extent recently.  I do have concerns and I

9      may indeed address those concerns.  But my role is not

10     to be the savior for the PEX industry.  My role is not

11     to single handedly try to ensure that these standards

12     are adequate and so my business comes first.

13         Q.   How long have you been on the committee?

14         A.   I have been on the committee since roughly

15     2009 I believe or 2010.

16         Q.   How long have you been working on these

17     cases involving NIBCO?

18         A.   A while.

19         Q.   How long?

20         A.   I don't recall when I first became involved,

21     2013 I believe, 2014, something to that effect.  The

22     past few years.

23         Q.   Over the years -- you mentioned that your

24     business comes first -- how much have you been paid to

25     work on cases involving NIBCO PEX?

Page 405

1          A.  I can't tell you that as we sit here to

2     date.  My fee schedule is included in my reports and

3     the rate's changed from year to year.

4          Q.  How much have you been paid by the Cole

5     plaintiffs?

6          A.  I don't know as we sit here today.

7          Q.  $100,000?

8          A.  Potentially.

9          Q.  $200,000?

10         A.  Probably not but potentially over the course

11    of four years.

12         Q.  What about the Meadow plaintiffs?

13         A.  Well, that would be collectively, not a

14    specific.

15         Q.  Over the last few years, it could be as high

16    as $200,000 for these two cases?

17         A.  Possibly for four years, possibly.

18         Q.  And then what about Christianson?

19         A.  I don't recall.

20         Q.  100,000?

21         A.  Possibly.

22         Q.  200,000?

23         A.  For this case alone, I have pretty much

24    worked -- well, there have been times from January

25    through March where I worked full time plus just on

Page 406

1      this case.  For a period of three or four weeks, I was

2      working just about around the clock on this case.  So

3      yes, a tremendous number of hours have been invested.

4      I don't know what the total bill comes to.

5           Q.  When did you form the opinion that NIBCO PEX

6      was insufficiently stabilized?

7           A.  I don't know when I finally came to that

8      conclusion.  But to be very clear, there is no

9      obligation on me to express my concerns with this

10     committee.  I participate in the committee on a

11     volunteer basis as I see fit if.  And it is a

12     committee of people.

13          At some point, I will likely raise concerns

14     with this committee about what is going on, but it

15     would not be while active litigation relating to this

16     is going on.  I would not -- I would not be able to

17     relay findings related to what I'm doing when there's

18     active litigation pending.  I can raise concerns

19     later, but I would not do that as long as there is

20     active litigation pending where I'm testifying as an

21     expert.

22          Q.  How much were you paid in Mi Casita?

23          A.  I don't recall what I was paid.

24          Q.  50,000?

25          A.  No, it was not that much.  And out of what

1   was received came expenses and paying other people as

2   well.  So we need to be very clear, when you talk

3   about what were you paid, that's not money going in my

4   personal pocket.  Whatever the company is paid governs

5   a lot of things and goes to a lot of things beyond

6   just my time.

7       Q.  Sure.  But over the last few years, the last

8   three or four years, would it be safe to say that your

9   work on cases against NIBCO has generated your company

10  $500,000?

11      A.  I don't know what it's generated for the

12  company and I don't know what portion would actually

13  be profit versus expenses.  What I do know is that we

14  have invested a tremendous amount of time.  I do know

15  that we have covered a lot of expenses as well in

16  relation to that.  And there are accounting records

17  that I would be happy to produce --

18      Q.  Okay.

19      A.  -- if need be.  There's certainly nothing to

20  hide in what has been billed.  And I think I can

21  fairly say what my company has billed has been less

22  than what ESI's experts have billed looking at the fee

23  schedules.

24      Q.  Well, that would be great.  If you could

25  send those to the attorneys, that would be super so we

1    could take a look at them.

2        **A.  Once they're done.  These folks have not**

3    **been billed since January so I will have to prepare a**

4    **bill.**

5        Q.  Fair enough.  Isn't it true --

6        MR. SHAMBERG:  Just for the record, we're

7    not necessarily agreeing to produce these.  That's a

8    discussion we can have between the lawyers.

9        MR. KUHLMAN:  Okay.  All right.  Let's take

10    a five-minute break, put our orders in and then go

11    back on the record while we wait for lunch.  Is that

12    fair?

13        MR. SHAMBERG:  Yes.

14        THE WITNESS:  Okay.

15        (A recess was taken.)

16        Q.  We are back on the record after a short

17    break.  And before the break, we were talking a little

18    about F2023 and chlorine resistance testing and I'd

19    like to circle back and ask you a few more questions

20    about F2023.  Would you agree that F2023 is the

21    industry-accepted method for testing new products for

22    chlorine resistance?

23        **A.  I agree that it is a standard that is used**

24    **in the industry to attest for chlorine resistance.  It**

25    **may not be the only one used.**

1          Q.  Is there a different standard used in the

2     industry to test for chlorine resistance that's

3     accepted by certification entities?

4          **A.  I have not looked for that.  I don't know**

5     **the answer to that.  This is the standard that's**

6     **specified in ASTM 876.**

7          Q.  Are you aware of any other standards that

8     address chlorine testing in PEX pipe?

9          **A.  I haven't looked.  There very well maybe.**

10         Q.  Where would you look to find that?

11         **A.  I don't know where you would look to find**

12    **that.  There are a variety of places you could look.**

13         Q.  Where could I look?

14         **A.  On the Internet, in a technical library.**

15    **You could reach out to the agencies themselves I**

16    **suppose.**

17         Q.  Where would you look as the expert?

18         **A.  I haven't looked.  That's not the focus of**

19    **what I have been asked to do.**

20         Q.  That wasn't my question.  My question is:

21    As an expert, where would you look for an industry

22    acceptable chlorine resistance test?

23         **A.  I would look in any manner of places**

24    **including the ones I've cited.  I may go to ASTM.  I**

25    **may go to ISO.  I may go to PPI.  I may go to IATMO.**

Page 410

1    I may go to UL.  There are any number of places that

2    you could go that I would go.

3         Q.  To your knowledge, do any of those entities,

4    UL or any of the other entities you just listed,

5    IATMO, et cetera, do any of those entities have their

6    own standard method for testing PEX pipe for chlorine

7    resistance?

8         A.  I don't know.  I haven't looked at what

9    those particular agencies are doing in quite a while

10   related to chlorine testing.  I don't know what they

11   do or don't today.

12        Q.  To your knowledge, is F2023 generally

13   accepted in the industry as an appropriate way for

14   testing PEX tubing for chlorine resistance?

15        A.  I can't speak to what other people view

16   about the standard.  The standard is what is required

17   for ASTM F876.  And those in the PEX industry are

18   required to conform to ASTM F876 so they are testing

19   to it because they're required to test to it.  Whether

20   or not they view it in a certain way is not for me to

21   speculate on.

22        Q.  And the plumbing codes require PEX tubing to

23   comply with F876 in order to be used.  Right?

24        A.  Correct.

25        Q.  So, I mean, it's safe to say that in the

1    plumbing industry, if you're going to manufacture PEX

2    pipe, you have to test that tubing.  If you're going

3    to sell it to the public at least, you have to test

4    that tubing to F2023 for chlorine resistance?

5         A.  Correct.

6         Q.  Are there any other test methods that test

7    for chlorine resistance that are similarly required

8    for a manufacturer to sell its products to the public?

9         A.  Specific to PEX plumbing pipe?

10        Q.  Yes.

11        A.  Not that I am aware of, but I haven't looked

12   to see if other standards are available, which I think

13   was your earlier question.  I am not aware of other

14   chlorine-related standards that they are required to

15   test to.

16        Q.  Okay.  So the industry standard for testing

17   for chlorine resistance of PEX pipe is F2023.  Is that

18   fair?

19        A.  That is what is incorporated into F876

20   today, yes, that's correct.

21        Q.  And that's the standard in the industry?

22        A.  That is a standard in the industry.

23        Q.  And with respect to chlorine testing, it is

24   the standard in the industry.  Fair?

25             MR. SHAMBERG:  Object.  Asked and answered.

1      A.   That is a standard in the industry.   I

2    wouldn't call it the standard.   It is a standard in

3    the industry.

4      Q.   What is the standard in the industry for

5    chlorine resistance testing?

6      A.   I don't know that there is the standard.   I

7    wouldn't know what that would mean.   It is a standard

8    that is referenced in ASTM F876.

9      Q.   Any other standards for chlorine resistance

10   testing that is referenced in any of the ASTM

11   standards?

12     A.   Which specific version of the ASTM standard

13   are you referring to?

14     Q.   Any of them that you can think of as the

15   expert in this case.

16     A.   I haven't looked at every ASTM standard.

17   What I have focused on in this case is the standard

18   applicable to this case only.

19     Q.   Okay.

20     A.   And there are years of revisions that are

21   applicable to this case only so my focus has been on

22   ASTM standards that carry up through about 2012 and

23   not beyond.

24     Q.   Starting in what year?

25     A.   Back through about '05 to '07 depending on

Page 413

1    what standard we're looking at.  They have different

2    revision years.  Some of them were introduced prior to

3    '06.

4         Q.  Okay.  So from roughly 2005 to 2007 to 2012,

5    are there any ASTM standards that utilize a different

6    method for testing for chlorine resistance aside from

7    F2023?

8         A.  I don't know.  I know that that's what's

9    called out for in ASTM F876.  Could be other ASTM

10   standards that could be applicable to PEX pipe or

11   polyethylene materials related to chlorine testing.

12   This is what is called out in ASTM 876 and that has

13   been the focus of my efforts in this case, F876 and

14   its requirements.

15        Q.  Okay.  So to comply with F876, which is

16   required for selling pipe in the plumbing industry,

17   F2023 is the method to test for chlorine resistance?

18        A.  It is a method to test for chlorine

19   resistance that is called out in ASTM F876.  There are

20   other methods that are called out to test various

21   properties.  I believe within --

22        Q.  Are there other methods called for testing

23   for chlorine resistance that are relevant to F876?

24        A.  Not that are called out in F876.

25        Q.  Okay.  Why didn't you do the F2023 test on

Page 414

1      NIBCO's 1006 tubing?

2           A.  We're not set up to do that test.

3           Q.  You could pay someone to do it.  Right?

4           A.  We could.  We don't choose to.  There isn't

5      sufficient time to do that, for one, in the timing

6      that's involved in most of these cases and there's no

7      need to do it.  We have data already that tells us how

8      the pipe that's at issue in this performed in that

9      test so there's no added benefit to repeating that.

10     And you can't repeat it on field-returned pipe and

11     expect to get the same result now that it's oxidized

12     and cracked and so forth.  So the results would not be

13     meaningful.

14          Q.  Now, this case has been pending for a number

15     of years at this point.  And I believe you've probably

16     been working on this case for years.  How long does it

17     take to run an F2023 test?

18          A.  I have not been working on this case for a

19     period of years.  I have worked off and on through a

20     period of years.  We really only began working in

21     earnest with any actual product late last year.  We

22     only retrieved field-return product and had permission

23     to do destructive testing beginning in January of this

24     year so we weren't permitted to do any destructive

25     tests all through January of this year.

Page 415

1          Q.  Well, don't you have unused 1006 NIBCO PEX

2     pipe?

3          **A.  I have three inches of it.**

4          Q.  That's all that's left from the coils you

5     had?

6          **A.  I didn't have the coils.  The coils that**

7     **you're referring to are at Christianson Plumbing.**

8          Q.  Did you make any effort to get new or unused

9     NIBCO 1006 tubing so that you could run an F2023 test?

10         **A.  That would have been made back in 2006 or**

11    **2005?  I'm not aware that any such tubing exists**

12    **anywhere outside of Christianson so no.**

13         Q.  Did you try to get any whether it be 2006

14    or --

15         **A.  Absolutely not.  There would be no need to**

16    **do that testing or spend the money to do that testing.**

17    **There would be no benefit whatsoever so no I would**

18    **not, as a responsible expert, recommend to my client**

19    **that they do that nor would I waste their time for me**

20    **to even try to find pipe like that.  That would be**

21    **pointless.**

22         Q.  Are you aware of any published literature

23    outlining how you can assess if a used piece of pipe

24    was insufficiently stabilized at the time of its

25    manufacture?

Page 416

1      A.   Could you ask that again, please?

2           MR. KUHLMAN:  Can you read it back.

3           (The question was read by the court

4      reporter.)

5      A.   Yes, I am aware of published literature that

6      cites different methods of evaluating field-return

7      products to assess the distribution and degree of

8      stabilization using a variety of different techniques.

9           Q.   Okay.  What techniques do these published

10     articles -- are they articles?

11     A.   There's a variety of different pieces of

12     literature.

13          Q.   Like what?

14     A.   For example the ASTM standard that we looked

15     at yesterday related to using differential scanning

16     calorimetry to look at the OIT of field-return

17     product.  That's addressed in that particular standard

18     guideline.

19          Q.   No.  That standard guideline is actually to

20     assess shelf-aged implants made of ultra high weight

21     molecular polyethylene, aren't they?

22     A.   That's the title of it, but if you look

23     deeper into that standard, there's also language

24     addressing the assessment of field-return products.

25          Q.   So it's out of someone's body and then you

Page 417

1    do the test on it?

2         A.   There are actually two separate paragraphs,

3    one deals with products that are removed from bodies

4    and the other paragraph deals with similar products

5    that were not used for surgical implants and that were

6    not removed from bodies.

7         Q.   And that standard indicates that the results

8    cannot be used to determine the life expectancy of the

9    product.   Right?

10        A.   Correct.

11        Q.   Okay.   What other articles?

12        A.   There are any number of articles that have

13   been published, including some that have been

14   published by NIBCO's experts in this case, documenting

15   various methods of evaluating field-return product to

16   assess the degree of oxidation and residual

17   stabilization in those products.

18        Q.   Okay.   And what do those articles call for?

19        A.   Using primarily FTIR and OIT in combination,

20   using bend-back testing, using scanning electron

21   microscopy, using energy dispersive x-ray

22   spectroscopy -- I'm sorry, stereo microscopy, the

23   methods that we have used in this case, the very same

24   methods.

25        Q.   Is it your position that those articles

1    describe a manner of determining the level of

2    stabilization at the time of manufacture?

3         A.   No.   And that's not what we have done

4    either.   The methods are used to do a relative

5    comparison for stabilization within the pipe wall and

6    to assess what we see that would indicate that a loss

7    of stabilization has occurred.   If you detect

8    oxidation, insufficient stabilization has occurred at

9    that location.

10              Oxidation can't occur until you achieve loss

11   of stabilization.   So the detection of the oxidation

12   tells you, by definition, you've lost stabilization at

13   that location.   So it's a combination perhaps of

14   measuring residual stabilization, but more importantly

15   evaluating the presence of oxidation and oxidative

16   damage.

17        Q.   So when the pipe is sold, it's not

18   insufficiently stabilized at that time because there's

19   no oxidation present at that point?

20        A.   No, that's not a correct statement.

21        Q.   What of your tests address what the level of

22   stabilization was at the time the tubing was

23   originally manufactured?

24        A.   None of our testing was designed or able to

25   predict what the level of stabilization was at the

1    time of manufacture.  That's why we haven't relied

2    merely upon the testing that we performed for the

3    conclusions that were rendered in this case.

4              To know what was happening at the time the

5    product was manufactured, we have to compare what

6    we're seeing now with field-return products to what we

7    learned through testing that was done by other folks

8    on as-manufactured product.  It's when you compare

9    them that you begin to understand what was happening

10   at the time of manufacturing and how that relates to

11   what we see now in the field-return product.

12        Q.  So is it your opinion that there was an

13   insufficient level of antioxidants in the tubing, the

14   NIBCO 1006 tubing?

15        A.  It's my opinion that the level of

16   antioxidant that was added, the type of antioxidant

17   that was added, the type of resin that was used, the

18   degree of crosslinking in the material, the

19   distribution for all of that and any dezincification

20   that may have occurred during the manufacturing

21   process to change that picture culminated in the

22   production of a pipe that had insufficient residual

23   stabilization for the intended application.

24        Q.  What is insufficient residual stabilization?

25        A.  It was not able to resist oxidative failure

1    in less than ten years during the field.  And that is

2    not in keeping with what the pipe was advertised to be

3    able to do.  It was advertised as being resistant to

4    aggressive water.  It was advertised as being suitable

5    for chlorinated water.  It was advertised as being

6    bendable and flexible and able to withstand pressures

7    up to 85 PSI and temperatures up to 140 degrees F for

8    a period of at least 50 years when it was in potable

9    water applications, properly installed in accordance

10   with the chlorine test.

11        Q.  Would you agree that F876 provides for tests

12   that address stabilizer functionality in PEX?  Right?

13        A.  There is a test for stabilizer

14   functionality, yes.

15        Q.  Okay.  And NIBCO's tubing, as extruded and

16   manufactured, the 1006 PEX pipe, met those

17   requirements?

18        A.  The sample that they tested for the

19   conformance testing met those requirements, yes.

20        Q.  And NIBCO's PEX pipe, as manufactured, met

21   the requirements for oxidative stability in potable

22   chlorinated water applications per the analysis that

23   NSF performed on the 2023 testing.  Right?

24        A.  Based upon the documents that we have

25   discussed, they were able to obtain a certification as

1    such, yes, for that pipe that was tested.

2        Q.  And that is an accepted methodology, looking

3    at the testing requirements of F876, for determining

4    if a piece of PEX pipe, as manufactured, is

5    sufficiently stabilized for use in potable water

6    applications, is it not?

7        A.  It's suitable for determining that the pipe

8    that was tested for the purpose of that certification

9    test met those requirements.  We would be remiss in

10   assuming that that means that all other pipes

11   manufactured by NIBCO over the next three, four, five,

12   six years would behave similarly, as demonstrated by

13   the fact that in order to pass this test, they also

14   had to show sufficient levels of crosslinking and yet

15   we now know that approximately 22 percent of these

16   field-return pipes do not show sufficient levels of

17   crosslinking and would not have passed that test and

18   would not have achieved certification had they tested

19   that pipe instead.

20        We also know that 60 percentish,

21   approximately 60 percent of the pipes that were

22   removed from service did not conform to the

23   dimensional requirements of the standard.  And when we

24   compare those results to results that were measured by

25   NIBCO at the time of manufacture, we find that they

Page 422

1      were similar and that they also did not conform

2      dimensionally at the time of manufacture for both

3      outer diameter and out-of-roundness.

4              So clearly pipe that met all of these

5      requirements at the time it was tested cannot be

6      assumed to later meet those same requirements.  That's

7      part of the reason companies plan to do audits or

8      organizations plan to do audits and why companies have

9      quality assurance programs in place.

10             So, you know, if we know that dimensions

11     varied over time and did not always conform and we

12     know that the degree of crosslinking varied over time

13     and did not always perform -- conform to the standard,

14     we certainly should not assume that just because the

15     pipe they tested for the certification test, which

16     was, what, fewer than a dozen pipes over a period of a

17     few years, that those pipes were representative of all

18     pipe manufactured by NIBCO.

19        Q.  Okay.  Well, according to the standard,

20     that's how you determine if a tubing that's

21     manufactured is good enough.  Right?  I mean, the

22     standard includes provisions for workmanship and

23     audits and other things that a manufacturer needs to

24     do in order to comply with the standard.  I mean,

25     that's the purpose of the standard.  Right?

1    **A.   That is what the standard states, that the**

2    **manufacturer must meet these requirements.  The issue**

3    **in this case is not whether or not the pipe conformed**

4    **to the standard.**

5        Q.  And you --

6    **A.   The issue in this case is that it failed to**

7    **perform as represented during service.  And those are**

8    **two very different things.**

9        Q.  And for this case, for your analysis for

10   Cole and the Meadow class actions, you didn't actually

11   look at any new and unused NIBCO PEX tubing.  Is that

12   fair?

13   **A.   I don't believe that is fair.**

14       Q.  You did some work on unused tubing in the

15   Christianson matter?

16   **A.   And I relied upon that test.**

17       Q.  And you rely on that now --

18   **A.   Yes.**

19       Q.  -- but as far as what you have done in this

20   case, like in the last couple months that you

21   described, none of that dealt with new and unused

22   tubing?

23   **A.   I'm trying to recall if I dealt with any new**

24   **or unused tubing.  Let me think about that for just a**

25   **moment.  We did have samples of pipe that was held out**

Page 424

1      to be new, unused tubing that I would have visually

2      inspected.

3           Q.  Okay.  And the tubing samples for the most

4      part that you're describing here is as either not

5      complying with the dimensional requirements or

6      crosslinking, the ones that you actually measured --

7           A.  Yes.

8           Q.  -- those were all pipes that had been used

9      in a potable water system for at least some period of

10     time.  Right?

11          A.  The ones that I evaluated in this case, yes.

12          Q.  Yeah.  And we're talking about how many

13     samples, like 150?

14          A.  By what?  When you say how many samples --

15          Q.  That you looked at -- of tubing samples that

16     you looked at in these two cases?

17          A.  I don't recall the specific number, but it

18     was probably somewhere between 150 and 180.  I don't

19     know.

20          Q.  Okay.  And not all of them had crosslinking

21     issues.  Right?

22          A.  Not all of them did, but many of them did.

23          Q.  Well, to be fair, you did not do

24     crosslinking on all 150 of those samples.  Right?

25          A.  No, certainly not.

Page 425

1          Q.  You did a small subset --

2          **A.  Correct.**

3          Q.  -- for crosslinking?  And how did you pick

4     which ones you wanted to use?

5          **A.  I would have to go back and look, but the**

6     **aim of it was to pick a variety of sizes, a variety of**

7     **years of manufacture, a variety of colors and a**

8     **variety of homes to make sure that we were making the**

9     **samples that were tested as broadly representative of**

10     **the full scenario as possible.**

11          Q.  Okay.  And that 22-percent number you tossed

12     out, you'd agree that you can't take that number and

13     extrapolate it out to NIBCO's, you know, entire

14     universe of manufactured tubing.  You can't say that

15     22 percent of all the tubing had crosslinking issues.

16     Correct?

17          MR. SHAMBERG:  Objection.  Asked and

18     answered.

19          **A.  Not necessarily, no.**

20          Q.  Okay.

21          **A.  That's reflective of what we have examined**

22     **from the field.**

23          Q.  Yeah.  And how can you determine, as an

24     expert, by looking at 150 tubes, which of the millions

25     of feet that were sold are going to exhibit

Page 426

1    characteristics that would lead them to not conform to

2    the standard F876 at the time they were sold?

3         A.  I don't understand your question.

4         Q.  Can you say with any degree of certainty

5    that a set percentage of NIBCO's tubing failed to

6    comply with F876 at the time it was sold?

7         A.  No.  It would depend on what parameter you

8    were looking at and so forth.  We can look at the

9    dimensional records that were produced and we can make

10   some assessments based on that from the dimensional

11   inspection record to establish a percentage of what

12   pipes may not have conformed to the dimensional

13   requirements.  We know those numbers.

14        Q.  And the dimensional requirements that we're

15   talking about, if there's a difference in, you know, a

16   few percentage points off of the permitted dimension,

17   is that going to contribute to an oxidative

18   degradation issue?

19        A.  It can influence it.

20        Q.  Okay.  Do you believe that to be the root

21   cause in any of the failures in this case?

22        A.  No.

23        Q.  And you mentioned that the sample tested

24   with respect to the F2023 tests passed the test.

25   Right?

Page 427

1        A.   Some of the samples tested passed the test

2    and some of the samples tested did not pass the test.

3        Q.   Are you --

4        A.   Which sample are you referring to?

5        Q.   Are you referring to the red one when you

6    say the one that didn't pass the test?

7        A.   That is one of the ones that didn't pass.

8    The orange one also didn't pass.  They didn't pass on

9    multiple occasions with multiple different samples

10   with multiple different resins so which sample are you

11   referring to?

12       Q.   Now, are you taking the position that NSF

13   incorrectly interpreted the data when it concluded

14   that the red pipe actually passed and met the

15   standard?

16       A.   I'm not asserting anything about NSF or its

17   data beyond that passing that test does not really

18   necessarily tell you anything applicable to how it's

19   going to perform during service.

20       Q.   Right.  But you're making a point --

21       A.   That's the crux of this.

22       Q.   You're making a point to say not all of them

23   passed and we've looked at the report from NSF

24   concluding that it passed so I'm trying to understand

25   if you're telling me that you disagree with NSF's

Page 428

1     assessment of the data.

2          A.   No.   I'm telling you that you refer to that

3     as though there was one pipe.   You said the pipe that

4     was tested.

5          Q.   Well, okay.

6          A.   And I'm telling you there were multiple

7     pieces of the pipe that were tested, red and orange,

8     on more than one occasion, both with Total's resin and

9     with Equistar's resin, that did not yield a 50-year

10    predicted life when subjected to that test.   So it

11    wasn't just one sample, it wasn't just -- there is no

12    the sample --

13         Q.   Well --

14         A.   -- with regard to orange and red pipe.

15         Q.   The CPI 1006 PEX pipe that passed the F2023

16    test, is it your opinion that if you look at that pipe

17    and follow the methodology that you've come up with,

18    that it would yield the result that that pipe was

19    insufficiently stabilized?

20         A.   Not in and of itself.   There's more to the

21    story.   There's more to stabilization, too.

22    Stabilization is the entire process of what you do to

23    make a robust product.   It involves more than just the

24    chlorine resistance.   It also involves the degree of

25    crosslinking, it involves the resin itself, it

Page 429

1      involves a lot of different things.  And we know that

2      over time those things varied in this product.

3           Q.  Well, let me ask you this:  You've said that

4      there's a lot of things that go into stabilization and

5      one of those was the resin and one of those was the

6      extrusion and the manner of manufacturing and so on

7      and so forth.  I'm asking about a specific piece of

8      pipe.

9           A.  Which pipe?

10          Q.  The terra cotta tubing samples that were

11     subjected to F2023 testing and showed an extrapolated

12     life of 78 years.  Is it your opinion that if you took

13     that tubing sample that showed 78 years and subjected

14     it to your methodology, that it would suggest that

15     that particular piece of tubing was insufficiently

16     stabilized?

17          A.  I haven't evaluated that piece of tubing.  I

18     don't know what that piece of tubing would have shown.

19     I don't think anybody knows what that piece of tubing

20     would have shown from what I have seen that's been

21     produced in this case.  I don't think that single

22     piece of tubing was evaluated for that.  I don't think

23     it was evaluated for that from what we've seen.

24               What we do know is that the samples that we

25     have evaluated show insufficient stabilization.

Page 430

1       Whether that sample did or not really isn't the issue

2       in this case.  The issue in this case is what these

3       products that are now in the field that are failing

4       are showing and that's what we focused our efforts

5       on.

6            Q.  What about all the millions of feet that

7       aren't failing?

8            A.  I don't know that they aren't failing.  My

9       guess is many or most of them probably are from what

10      we've seen.

11           Q.  But you don't know.  Right?

12           A.  Based on my empirical experience, I bet I

13      could make a predictive estimate of what we're seeing

14      out there.

15           Q.  As a scientist, you can't tell me right now

16      that all of the millions of feet of NIBCO tubing in

17      the United States are currently failing?

18           A.  What I can tell you as we sit here right now

19      is that all of the millions of feet of tubing are

20      formulated and manufactured using an identical

21      formulation in an identical process to the pipes that

22      we have examined in multiple cases in nauseating

23      levels of detail and all of those have consistently

24      shown that they are oxidizing during service due to

25      insufficient stabilization and defectively formulated

Page 431

1       design of manufacture for the tubing.

2               I can tell you based on that, within a

3       reasonable degree of scientific certainty, that all of

4       those millions of feet of pipe will exhibit that same

5       defect whether they are failing or not.  They are

6       exhibiting the same defect.  They were sold with the

7       same defect.

8           Q.  So how can you say that all these millions

9       of feet of tubing out there exhibit the same defect

10      and yet you can't tell me if the terra cotta tubing

11      that was subjected to the F2023 test method and showed

12      extrapolated life expectancy of 78 had the same issue?

13          A.  What I can tell you is that that same

14      formulated pipe --

15          Q.  Yeah.

16          A.  -- that same manufactured pipe, manufactured

17      using the same process, failed in less than ten years

18      in the Plisko home in a dramatic way and that it

19      failed due to oxidative degradation.  There's no

20      question about that.  That is the failure mechanism.

21      That is what has happened.  That is what led to

22      failure in that home and it happened in short order.

23              Failures began appearing after only six

24      years in service with the same formulation as the pipe

25      that was tested in that chlorine test.  Whether those

Page 432

1    pipes were oxidized going into service nobody looked

2    at.  NIBCO should have looked.  I have seen no

3    evidence that they did.  They should have evaluated

4    those samples they should have known that before they

5    put those pipes into service.

6              I believe that Jana did some testing that

7    certainly hinted at that, that certainly suggested

8    there was a problem with insufficient distribution of

9    stabilization within the wall of that pipe.  And yet

10   the red flag still didn't go up to say, hey, maybe we

11   better be looking a little closer at this and

12   listening to what's been told to us.  Jana did express

13   concern about the field performance of these products.

14             At any point through the time the 3308

15   formulation was introduced, NIBCO had the opportunity

16   to stop selling this defective pipe.  They had lots

17   and lots and lots of notice from different people that

18   there was a problem with this pipe and they kept

19   selling it anyway and now it's out there.  And we base

20   our conclusions on what we're seeing happen

21   empirically with that product in part, coupled with

22   all of this other evidence that exists with testing

23   that was done during this whole process.

24        Q.  So is it your opinion that that piece of

25   terra cotta tubing that was subjected to the F2023

Page 433

1    test was defective?

2         A.  Yes, yes, it is.

3         Q.  And was it insufficiently stabilized, in

4    your opinion?

5         A.  Yes.  Based upon what we've seen with our

6    empirical experience and what we know, yes.

7         Q.  So how long does a pipe sample have to last

8    before it's good enough in your mind?

9         A.  NIBCO warranted it for a period of 25 years

10   if only NIBCO products were used in the system or for

11   10 years if other products were used in conjunction

12   with it.  I think for most homeowners, based on my

13   experience, they would then conclude that it should

14   have a life of at least 25 years.

15        Q.  At least 10 or 25 years depending on how

16   it's put together.  Right?

17        A.  Well, a knowledgeable homeowner would

18   reasonably conclude that using other people's products

19   isn't likely to affect the pipe itself.  Maybe they

20   would conclude ten.  Some of them I think would still

21   conclude 25.  But at a minimum they would expect it to

22   last ten years I believe based on my experience and

23   the pipes at issue in this case have not.  And yet

24   NIBCO did not honor those warranty claims.  They

25   blamed these failures on anything but their own

Page 434

1     product.

2          Q.  You would agree with me that there are a

3     number of homeowners who don't even know what their

4     plumbing system is made of?

5          A.  Correct.

6          Q.  Right?  Do you have PEX in your house?

7          A.  I do.

8          Q.  Do you have yellow brass fittings in your

9     house?

10         A.  I have plastic fittings in my house.

11         Q.  What kind of PEX do you have?

12         A.  Zurn.  I did not build my house I did not

13    specify my plumbing system, but I have Zurn pipe and

14    thus far it has performed well.

15         Q.  Well, we had a Zurn failure during an

16    inspection in one of these houses, did we not?

17         A.  We did.

18         Q.  Is Zurn insufficiently stabilized tubing?

19         A.  I have no idea.  I haven't evaluated

20    Zurn-type pipe.

21         Q.  Why not?

22         A.  I wasn't asked to evaluate Zurn pipe.  Zurn

23    pipe is not at issue in this case.  NIBCO pipe is at

24    issue in this case.

25         Q.  There was at least one failure of Zurn pipe

Page 435

1    in these houses and it failed in a similar way as what

2    the NIBCO pipes failed in that house.   Right?

3         **A.   Zurn pipe may be equally defective.   I have**

4    **no idea.   It may be sheer luck that my Zurn pipe has**

5    **so far lasted 11 years.   I hope not, but that's**

6    **certainly a possibility.**

7         Q.   Could it not also be a possibility that both

8    the Zurn pipe and the NIBCO pipe are fine and there's

9    a problem with the installation?

10        **A.   Based on the evidence that exists in this**

11   **case, absolutely not.   We know with certainty that the**

12   **NIBCO pipe is not fine.**

13        Q.   That's your opinion?

14        **A.   Absolutely that's my opinion.**

15        Q.   All right.   Let's talk about some site

16   inspections.   We've already talked about what you were

17   looking for at the site inspections and I'd like to

18   kind of just run through these real quick.   If there's

19   some specific pages in your report that you'd like to

20   look at to so that you're up to speed on what we're

21   talking about, feel free to do that.   Let's start with

22   the Meadow case.

23        **A.   Do you have my site inspection?**

24        Q.   I'm not looking at that, I'm looking at

25   something different, but you're welcome to review your

Page 436

1          report.

2                 **A.   Okay.   I don't know what pages you're**

3          **referring to in my report.**

4                 Q.   Okay.   I'm not referring to your report.

5          Okay.   Do you remember when you conducted your

6          inspections in the Meadow house?   Does November of

7          2016 sound about right?

8                 **A.   Sounds approximately right.**

9                 Q.   Okay.   And --

10                **A.   I don't know if it was October or November,**

11         **but it sounds approximately correct.**

12                Q.   All right.   Let's talk about the Plisko

13         house first.   Do you know when that home was built?

14                **A.   It's documented in my reports for the Plisko**

15         **residence, the Meadow case, and I don't have those**

16         **here in front of me.**

17                Q.   Okay.

18                **A.   So off the top of my head, no, I do not.**

19                Q.   My reports show that the house was built

20         about 2008.   Does that sound about right?

21                **A.   I don't remember.   If you have a copy of my**

22         **report, I'd be happy to reference it.**

23                       MR. SHAMBERG:   Do you have the exhibit?

24                       MR. KUHLMAN:   Yeah.

25                Q.   I mean, you have a copy of your report, too.

Page 437

1      It's Exhibit 2.

2              MR. SHAMBERG:  This is the Cole report.

3          **A.  This is the Cole report.  I don't have the**

4      **Meadow report here today.**

5          Q.  They're around here somewhere.  Here they

6      are.

7              MR. SHAMBERG:  Yeah, that's all I'm saying.

8          Q.  Yeah, I'm sorry.  I thought these were

9      sitting in front of you.

10         **A.  No.  Thank you.**

11         Q.  Sorry.  I thought you were looking at it.

12         **A.  No.  That's the Cole report.**

13             MR. SHAMBERG:  That's Cole.

14         Q.  What page is that in the Cole report, the

15     one I have?

16             MR. SHAMBERG:  Four.

17             MR. KUHLMAN:  Page four.

18             MR. SHAMBERG:  In Cole, yeah.

19             MR. KUHLMAN:  It wouldn't have taken me that

20     long to find it.

21         Q.  I think the discussion of site inspections

22     in this report starts on page 22.

23         **A.  Which report are you referring to?**

24         Q.  The Meadow report.

25         **A.  Okay.  I'm at page 22.**

Page 438

1          Q.   Okay.  How many leaks had occurred at the

2      Plisko residence to the best of your knowledge?

3          **A.   As of what date, the date of this report?**

4          Q.   As of the date of your inspection.

5          **A.   As of the date of the inspection, seven I**

6      **believe.**

7          Q.   Has that number changed since then?

8          **A.   It has.**

9          Q.   How many leaks are there now?

10         **A.   I believe she's had least two additional**

11     **leaks since then that I'm aware of.  She may have had**

12     **more, but those are the ones that I'm aware of.**

13         Q.   So a total of nine leaks?

14         **A.   Yes.**

15         Q.   And how many samples of those nine leaks

16     have you been able to collect?

17         **A.   I would need my visual inspection database**

18     **possibly.  Just a moment here.  My report is not**

19     **broken out specifically by homeowner so it's going to**

20     **take a while for me to find specific numbers like this**

21     **if that's what you're asking for.  And I don't know**

22     **that the documents that you provided will be**

23     **sufficient for me to tell you home by home exactly how**

24     **many samples we had.  That's documented elsewhere in**

25     **things that I produced to NIBCO.**

1      Q.  Okay.  Have you reviewed ESI's report where

2      they talk about the site inspections?

3          A.  I have reviewed the Meadow report.  I have

4      viewed portions of the Cole report, but I have not

5      reviewed the Cole reports in their entirety.

6          Q.  Okay.  All right.  Well, I'm not sure what

7      documents you would need.  Just do your best with my

8      questions and we'll try to get through them.  ESI

9      noted that there were -- at the time of the

10     inspection, there were seven leaks and all of those

11     leaks occurred in the hot water lines.  Is that your

12     understanding?

13         A.  I believe they did occur in hot water lines

14     at the Plisko residence.

15         Q.  And based on the -- at the time of the

16     fitting, there were no fitting leaks -- I'm sorry.  At

17     the time of the inspection, there were no fitting

18     leaks in the Plisko residence.  Is that your

19     understanding?

20         A.  She had reported one prior fitting that had

21     leaked.

22         Q.  And did she report that to be a NIBCO

23     fitting?

24         A.  I don't recall.  She reported that she

25     believed it was a plastic fitting.

Page 440

1        Q.   Okay.   And are you claiming that plastic

2    fittings in this case are defective?

3        A.   No.   We have not evaluated plastic fittings

4    in this case.

5        Q.   Okay.   So at the time of the inspection in

6    the Plisko residence, there had been, as reported,

7    seven leaks in the hot water lines, no fitting leaks.

8    Were there any leaking clamps that you're aware of?

9        A.   No brass fitting leaks.

10        Q.   No brass fitting leaks.   Thank you.

11        A.   With regard to clamps, she did not have

12    stainless steel clamps in her home.

13        Q.   Okay.   And ESI put together a chart of what

14    samples were available and which ones were not

15    provided and so I'm going to base my questions on what

16    they reported.

17        A.   Do you have a copy of their report that I

18    can reference?

19        Q.   I can get you one over lunch at least with

20    respect to these sections, but I don't have an extra

21    with me.

22        A.   Then I won't be able to verify the

23    information.

24        Q.   Okay.   Well, if you had a copy of ESI's

25    report, would you just agree with what they say?

Page 441

1      A.   I certainly don't agree with everything they

2   say.

3      Q.   No.   With respect to what samples were

4   available and what weren't?

5      A.   It would depend on specifically what you're

6   pointing me to.   I don't know if they've made a

7   mistake.   Again, I would need to compare.

8      Q.   Let's circle back to what samples were

9   available and what samples weren't and try to talk

10  about a few other things.   According to ESI's report,

11  there were four samples that were not available either

12  at the time of the inspection or after the inspection

13  with respect to the leaks.   Does that sound close?

14     A.   I don't know the number, but not all of the

15  leaks -- not all of the pipes that had leaked were

16  available for inspection.

17     Q.   Okay.   You would agree with me that if

18  you're not provided a sample that leaked, you can't

19  perform any kind of laboratory analysis on that

20  sample.   Right?

21     A.   Correct.

22     Q.   And if you're not provided a copy of that

23  sample, you can't take a look at it to see what the

24  fracture surface looks like.   Right?

25     A.   Correct.

Page 442

1        Q.   And you can't do any of the other test

2     methods on that sample that you described earlier

3     today?

4        **A.   Not on a sample I don't have, no.**

5        Q.   Right.  And the same would be true for

6     fittings that you don't have.  Right?

7        **A.   Correct.**

8        Q.   Okay.  Now, when you were at the Plisko

9     home, do you recall seeing PEX tubing connected

10    directly to the water heater?

11       **A.   No.**

12       Q.   Do you recall there being multiple leaks, of

13    the leaks that were reported in the PEX line, that ran

14    from the water heater in the Plisko home?

15       **A.   I'm sorry.  I need to back up and clarify my**

16    **last answer.  I did not see NIBCO pipe connected**

17    **directly to the water heater.  There had been a repair**

18    **and there was someone else's pipe that was connected**

19    **with a fitting assembly between the water heater and**

20    **pipe.  It did not have the copper length that should**

21    **have been there and we corrected that when we left,**

22    **but that was not reflective of the NIBCO pipe or the**

23    **NIBCO installation.  It was a repair.**

24       Q.   Yeah.  I think the NIBCO pipe actually had a

25    copper link on it when it was connected to the water

Page 443

1    heater?

2         **A.  When you ask these questions, I'm thinking**

3    **in terms of what's at issue in this case.**

4         Q.  I'm not trying my trick you.

5         **A.  So thank you for letting me clarify that.**

6         Q.  Okay.  When you went to the inspection, the

7    water temperature in the Plisko home was 120 degrees.

8    Is that right?

9         **A.  I don't recall what the temperature was off**

10   **the top of my head.  Let's -- I produced my inspection**

11   **notes in this case.  Do you have those available?**

12        Q.  I don't know that -- let's go off the

13   record.

14             (A conference was held off the record.)

15             (Smith Exhibit Number 19 was marked for

16   identification.)

17             MR. KUHLMAN:  Okay.  We're back on the

18   record after a short break and I'm handing you a

19   document that's marked as Exhibit 19.  And the

20   document is labelled 2016111, on-site water chemistry

21   testing.  Did you generate this document?

22        **A.  I did.**

23        Q.  All right.  And there are a few different

24   pieces of information on here I want to ask you to

25   make sure I understand this.  If you look here at the

Page 444

1    Plisko residence, there is -- there are three columns

2    with temperatures listed, cold, hot and then cold.

3    What is the -- what is the third row of cold?  What

4    does that mean?

5         **A.  It's for an outside hose bit.  And the only**

6    **thing that was tested at that site was the pressure,**

7    **the incoming water pressure to the house.**

8         Q.  Okay.

9         **A.  It's just noting that it was a cold water**

10   **faucet or a cold water hose bit.**

11        Q.  And then the other measurements taken were

12   from water received from the kitchen faucet?

13        **A.  Yes.**

14        Q.  And cold being the cold side and hot being

15   the hot side?

16        **A.  Yes.**

17        Q.  And manual temperature, what does that mean?

18        **A.  I have a digital probe style thermometer**

19   **that is an analog style thermometer that I used for**

20   **the manual temperature.  And then I also have a**

21   **digital temperature probe, it's actually the pH probe,**

22   **it records a digital temperature as it records the pH.**

23        Q.  Okay.  What is the importance of pH?  Why

24   did you take that reading?

25        **A.  PH can influence the corrosion of brass.**

Page 445

1       Q.  Is it a lower pH increases the rate of

2    corrosion or a higher pH increases the rate of

3    corrosion or is it both?

4       **A.  It can be both depending on other water**

5    **chemistry conditions.  It's just a piece of**

6    **information.**

7       Q.  What is that normal range of pH for home

8    water like for a house's water?

9       **A.  pHs can vary pretty widely.  I have seen pHs**

10   **in the 4.something range and I have seen pH in the**

11   **8.something range in potable water applications.**

12      Q.  Does the EPA have a range of permissible

13   pHs?

14      **A.  There are a variety of agencies that may**

15   **specify ranges, I'm sure the EPA does as well.**

16      Q.  Is there one that you believe to be safe?

17      **A.  I don't know what you mean by that.**

18      Q.  Well, at what degree, at what pH either way,

19   high or low, does it start to influence the rate of

20   corrosion in brass fittings?

21      **A.  I don't understand your question.  Any pH**

22   **will have some influence, positive, negative or**

23   **negligible, on the performance of a brass fitting.**

24      Q.  Okay.  But, I mean, there's a like a

25   neutral, right, for pH?

Page 446

1       A.   7.0.

2       Q.   And so you can have high pH, low pH.   At

3   what point, in your opinion, does it start to become

4   dangerous to the performance of a plumbing system?

5       A.   There's --

6       MR. SHAMBERG:   Objection.

7       A.   There's no answer to that question.   PH

8   doesn't cause dezincification corrosion.   PH is merely

9   one parameter associated with the whole water

10  chemistry picture.   Water chemistry doesn't cause

11  dezincification corrosion.   Dezincification can be

12  likely to occur under a whole host of different water

13  chemistry combinations and conditions.

14          And it's a continuum.   It's not like if your

15  pH is above this level, this can happen and if it's

16  below that it won't.   There are no definitions like

17  that, that I'm aware of, that would say it's

18  problematic here and not there.   There is no answer to

19  that question that I'm aware of.

20      Q.   What's the EPA's recommended safe range for

21  drinking water?

22      A.   I don't know off the top of my head as we

23  sit here.

24      Q.   Would you want to drink that pH in the 4s

25  that you talked about?

1          A.   I wouldn't, but the gentleman who lived in

2     that house was.

3          Q.   Okay.   How did you calculate oxidative

4     reduction potential?

5          A.   Using a digital probe, an ORP probe.

6          Q.   Do you know what that probe is measuring

7     when it makes that reading?

8          A.   It's measuring the oxidation reduction

9     potential of the water.

10         Q.   What does that mean?

11         A.   It's the potential for the water to induce

12    oxidation.   It's one more parameter of the water

13    that's commonly measured and evaluated.

14         Q.   Is a higher oxidation reduction potential,

15    does that mean that the water is more prone to

16    oxidation?

17         A.   Yes.

18         Q.   And would you expect hot water -- does

19    temperature play a role in oxidative reduction

20    potential or no?

21         A.   ORP will vary with temperature among other

22    things.   Yes, it's one thing that could cause it to

23    vary, not necessarily directly because of the

24    temperature, but a number of factors in the water will

25    vary with temperature.

Page 448

1      Q.  I'm looking at these numbers here and in the

2  Plisko home, the oxidative reduction potential on the

3  cold side is higher than the hot side and in the

4  Meadow residence the cold side is much higher than the

5  hot side.  I'm wondering if you could explain that to

6  me.  Is that normal?

7      **A.  It can be.  It can be.  And I would also**

8  **probably just want to check the numbers and make sure**

9  **it's not a typo.  That's a possibility.  So we'd want**

10 **to compare it to the field notes where I wrote them**

11 **down in real time.  But it's not uncommon to see**

12 **variations and those variations are not directly**

13 **linear with temperature alone.  They're influenced by**

14 **things other than just temperature as I said.**

15     Q.  So for example in the Plisko residence, the

16 hot reading has a free chlorine level of .62 milligrams

17 per liter and the cold side has a higher reading of

18 .88.

19     **A.  That's typical, for a cold side to have a**

20 **slightly higher level of chlorine.**

21     Q.  And so the extra chlorine might result in a

22 higher ORP?

23     **A.  Chlorine is depleted by temperature and all**

24 **of the water chemistry parameters collectively**

25 **influence the ORP.  Oxygen, for example, would**

1       influence it.  And if you look at the dissolved oxygen

2       contents of the Meadows residence, where you see the

3       big difference in ORP, you also see a greater

4       difference in dissolved oxygen.

5            Q.  How does .88 milligrams per liter equate to

6       parts per million?

7            A.  It would be parts per million essentially.

8            Q.  Okay.  What's the difference between free

9       chlorine and total chlorine?

10           A.  Free chlorine is chlorine that's available

11      to react.  Total chlorine is chlorine that is

12      available to react plus chlorine that's already bound

13      up with something else.  So total chlorine is

14      typically going to be higher than your free chlorine.

15           Q.  Okay.  And does this chart accurately

16      reflect, to the best of your knowledge, sitting here

17      today, the readings that you took at the Plisko

18      residence regarding water chemistry?

19           A.  They were intended to accurately reflect it.

20      And we have proofread it, but there could be a typo in

21      there still that has sneaked through.

22           Q.  Okay.

23           A.  I hope that it's as accurate as can be, it's

24      intended to be.

25           Q.  Is that also true with the Meadow and the

Page 450

1        McLaughlin residences?

2            **A.  Yes.**

3            Q.   When you were at the Meadow residence and

4        you performed your inspection, was there any of the

5        original installation available to review?

6            **A.  The manifold was original.  And if I**

7        **remember correctly, some of the original pipe remained**

8        **in the attic, although it was not in service.**

9            Q.   Were you able to observe any of the service

10       pipes in their originally installed locations aside

11       from the small bit that was connected to the manifold

12       that was visible?

13           **A.  Not that I recall.**

14           Q.   Okay.  Were you able to form any kind of

15       opinion about the quality of the installation of the

16       NIBCO PEX tubing at the Meadow house from what you

17       were able to observe at the inspection?

18           **A.  No.  It had been replaced.  So we were able**

19       **to see what was at the manifold.  We were able to see**

20       **what was coming off the manifold.  We were able to**

21       **observe the temperature and pressure at the time that**

22       **we did the testing.  We were able to evaluate the**

23       **water conditions at the time of the testing.**

24               **What we have is the failed pieces of pipe**

25       **from the Meadow residence that we can evaluate to see**

Page 451

1    if locally, at that location, there was any type of an

2    installation-related issue that may have contributed

3    to the leak.

4         Q.  Okay.  So the answer is no, you couldn't

5    assess --

6         A.  For --

7         Q.  -- the quality of the overall installation

8    of the NIBCO PEX at the Meadow home during your

9    inspection?

10        A.  Not as a whole system, no.

11        Q.  Okay.  Tell me about these two additional

12   leaks at the Plisko home.  Were those leaks in the hot

13   water side or the cold water side?

14        A.  I'm sorry, where are you?

15        Q.  These are not in the report.  These are the

16   ones that you said happened after.

17        A.  From the supplemental report, they're

18   documented in the supplemental report I believe.

19        Q.  Do you recall if they were on the hot water

20   side or the cold water side?

21        A.  I have no information about those leaks

22   except that they happened.

23        Q.  Okay.  Were samples sent to you?

24        A.  It's my understanding that they are coming,

25   but I do not have them yet.

Page 452

1      Q.   All right.   At the Meadow residence, when

2    you were there for the inspection, you took a reading

3    on the temperature at 148 degrees Fahrenheit, is that

4    right, on the hot water in the kitchen?

5         **A.   I'm sorry, could you please repeat that?**

6         Q.   During your inspection of the Meadow

7    residence, you observed temperatures coming out of the

8    hot water faucet in the kitchen of 148 degrees

9    Fahrenheit.   Is that right?

10        **A.   Yes.**

11        Q.   And that's in excess of what's permitted by

12   the plumbing code with respect to this tubing.   Is

13   that fair?

14        **A.   That's correct.**

15             MR. SHAMBERG:   Kevin, when you have a

16   chance, I know you're in a line here, we need a

17   bathroom break so in the next minute or two if you

18   can?

19             MR. KUHLMAN:   No problem.

20        Q.   And you also observed incoming water

21   pressure at 92 PSI max.   Is that correct?

22        **A.   Correct.**

23        Q.   I'm asking this question with respect to all

24   the inspections you performed:   If you observed

25   pressures in excess of 80 PSI at a home, did you go

Page 453

1    back and then take an additional pressure reading at

2    any point after the original reading to see if it was

3    consistent with the first one?

4        **A.   No.   We already have enough information to**

5    **know that that one was high.**

6        Q.   Okay.

7             MR. KUHLMAN:   All right.   Let's go off the

8    record.

9             (A recess was taken.)

10        Q.   All right.   So before we took a break for

11    lunch, we were looking at Exhibit 19 and we had just

12    talked about the water results you observed at the

13    Meadow inspection.   I'd like to ask you about the

14    McLaughlin residence.   When you were at that house,

15    you observed pressure at 85 PSI at the outside hose

16    bit.   Is that right?

17        **A.   Correct.**

18        Q.   And that's in excess of the amount permitted

19    by the plumbing code.   Is that fair?

20        **A.   By five PSI, yes.**

21        Q.   And do you know how high or how low the

22    pressure would have gone, you know, prior to your

23    arrival?

24        **A.   We know only what we measured that day.**

25        Q.   Okay.   So it's over by only five PSI, but it

Page 454

1      could have gone higher, it could have gone lower.  You

2      have no way of knowing?

3            A.   Potentially.

4            Q.   Let's do a similar run-through of the

5      results that you observed in the Cole inspections.

6      And if you could please turn in Exhibit 15 to page 31.

7      Okay.  First, in this table three contained on page 31

8      of your report, there's a name listed here, Lawson.

9      Is that someone's neighbor?

10           A.   Yes.

11           Q.   Whose neighbor was that?

12           A.   Mr. McLaughlin, among other people.

13           Q.   Okay.  And how did you come in contact with

14     someone from the Lawson household?

15           A.   Mr. McLaughlin introduced me to them.

16           Q.   Okay.  And why?

17           A.   It was my understanding that they also had

18     had leaks in their NIBCO plumbing system.

19           Q.   And did you actually go into -- well, did

20     you meet with Mr. Lawson, Mrs. Lawson or both?

21           A.   Both.

22           Q.   So when you met with the Lawsons, did you go

23     into their home to inspect their tubing?

24           A.   I went into their home to receive a piece of

25     tubing from them.  And while I was there, I did some

Page 455

1       basic water chemistry testing and temperature testing

2       for the water.

3             Q.  Did you take a pressure reading?

4             A.  I did not.

5             Q.  Why not?

6             A.  Because it was late and it was dark and I

7       wasn't asked to.

8             Q.  Were you asked to do temperature readings?

9             A.  I requested to do that.

10            Q.  Okay.  And the McLaughlin house is right

11      next door at 85 PSI as the pressure?

12            A.  Correct.

13            Q.  Would you expect neighbors to have similar

14      pressures?

15            A.  They may or may not.

16            Q.  Okay.  Did you inspect any of the tubing

17      or -- well, were the Lawsons complaining about tubing

18      or fittings or both?

19            A.  They were complaining about tubing.

20            Q.  And did you have an opportunity to view any

21      of that tubing in its as-installed condition?

22            A.  What I could see under the sink was what I

23      inspected.

24            Q.  And what you saw under the sink, was that

25      NIBCO tubing?

Page 456

1      A.  As I recall, it was.

2      Q.  Did you take any notes about the date code

3   or anything like that on the tubing?

4      A.  I don't recall.  We'd have to look back at

5   the site inspection notes.

6      Q.  Did you perform any tests on that tubing

7   that you -- actually, I believe you did -- from the

8   Lawson house?

9      A.  I believe that we did at least a visual

10  inspection from the Lawson house.  I don't recall

11  specifically what other tests were done for that home.

12     Q.  Okay.  With respect to temperatures, you

13  observed temperatures in excess of the permitted level

14  by the plumbing code in the new code manual in the

15  Peperno and the Sminkey residences.  Is that right?

16     A.  I'm sorry.  Would you say that again,

17  please?

18     Q.  You observed temperatures, during your

19  inspections, in excess of the amount permitted by the

20  plumbing code during your inspection at the Peperno

21  and Sminkey homes.  Is that correct?

22     A.  Yes.  We detected 144 degrees Fahrenheit at

23  the Peperno home, which is 4 degrees above 140, and we

24  observed 160 degrees in the hot water plumbing system

25  in the Sminkey residence.

Page 457

1    Q.  And then 148 at the Meadow home, which we

2    talked about before.  And when you were at the Sminkey

3    residence for that matter the Peperno residence or the

4    Meadow residence, did you advise the homeowners to

5    turn their water heater down?

6    **A.  I don't recall advising the homeowner to**

7    **take any specific action.  I was there to evaluate the**

8    **systems.**

9    Q.  Did you have any conversations with any of

10   the homeowners during your systems about the manner in

11   which their tubing was installed?

12   MR. SHAMBERG:  Object to the form.

13   **A.  I don't recall any specific conversations**

14   **that I had with the homeowners regarding their system.**

15   **My conversations with the homeowner would have been**

16   **about their leak history.**

17   Q.  In the Maloney case, there was some reports

18   of pressures observed by the homeowner that were made

19   to either you or to the attorney that retained you in

20   that case.  Did anything similar to that happen here,

21   where any of the homeowners took their own pressure

22   readings and told you about what the results were?

23   MR. SHAMBERG:  Object to form.

24   **A.  Not that I recall.  If they did, I didn't**

25   **rely upon any of that information.**

Page 458

1          Q.   Same question --

2          A.   I'm sorry.   If I could also back up and

3     clarify one of your earlier questions, I believe there

4     was a conversation with Mr. McLaughlin regarding his

5     installation to the extent when I came out of the

6     attic, he said did you see any problems and I may have

7     said nothing stood out to me or something to that

8     effect.

9          Q.   Okay.

10         A.   Sorry.

11         Q.   That's okay.   Okay.   So when you were at the

12    Boyd residence, it indicated you didn't test the

13    maximum water pressure.   Why not?

14         A.   That system has been completely re-plumbed

15    before we got there and neither I nor ESI felt the

16    need to do that so we agreed not to do it because the

17    system may not be representative anymore of what it

18    was before.

19         Q.   And what about the McMahon --

20         A.   Same --

21         Q.   -- home?

22         A.   -- situation, they had also re-plumbed their

23    home.

24         Q.   So by the time you got around -- you got to

25    the inspection at the Boyd and McMahon houses, those

1    systems had been completely repiped.  Right?

2        A.  Correct.

3        Q.  And so given that, were you able to observe

4    the condition of the original NIBCO installation at

5    either of those houses?

6        A.  We were able to observe portions of it,

7    portions of the system.  The hot water heater remained

8    the same.  There were certain pieces of it that were

9    still the same.  But in terms of looking at individual

10   assemblies, no.

11       Q.  Well, the -- I'm asking specifically about

12   the NIBCO tubing installation, not like, you know,

13   their water heater.

14       A.  Well, the McMahons saved the pipe in large

15   assembly sections.  Some of them were maybe upwards of

16   ten feet long that may have had, you know, multiple

17   fittings in it.  So, you know, portions of that were

18   retained as assemblies for the McMahon.  So in that

19   home, yes, to some degree we were able to ascertain

20   some conditions related to installation, though not

21   all.

22            In the Boyd home, little or no, as I recall,

23   pipe was available that would indicate the manner of

24   installation, other than shorter pieces.

25       Q.  In the McMahon home, were those sections of

Page 460

1    tubing that you described still in the same place

2    where they would have been when there was water

3    running through them?

4         A.   No.   They had all been moved into a garage

5    area.

6         Q.   So as far as where they were and how they

7    looked as installed, you weren't able to see that?

8         A.   Correct.

9         Q.   What do you consider to be an aggressive

10   oxidative reduction potential for water?

11             MR. SHAMBERG:   Object to form.

12        A.   There's no defined answer for that.

13        Q.   Okay.   What is the level of oxidative

14   reduction potential that is in the water used in the

15   F2023 testing?

16        A.   In table one of F2023, it states that the

17   ORP is 860 plus or minus 35 millivolts.

18        Q.   Did you observe anything that high during

19   any of your inspections?

20        A.   Not in these installations, no.

21        Q.   Okay.   Let's talk about your inspection at

22   the McLaughlin residence.   At the time of your

23   inspection, do you have a recollection of how many

24   leaks were reported at the McLaughlin residence?

25        A.   I believe at the time of the inspection, it

Page 461

1       was approximately 35.

2            Q.  Okay.  And all but two of those were in hot

3       water lines.  Is that right?

4            A.  I don't recall as we sit here today.

5            Q.  Okay.  Do you recall -- did you receive 34

6       or 35 different samples from the McLaughlins to

7       inspect?

8            A.  No.  We received a fewer number of samples

9       from the McLaughlins and then we retrieved additional

10      samples during the inspection.

11           Q.  And how many samples did you receive from

12      the McLaughlins?

13           A.  I don't recall as we sit here today.

14           Q.  Okay.  And was there evidence of non-NIBCO

15      plumbing components used in that installation --

16           A.  Yes.

17           Q.  -- the original installation?  Were there

18      any leaks in the non-NIBCO components?

19           A.  I don't recall any leaks being identified in

20      non-NIBCO components.

21           Q.  Did the McLaughlins have a recirculation

22      system installed?

23           A.  I don't recall as we sit here.

24           Q.  Okay.  Did the McLaughlins complain of any

25      fitting or clamp leaks?

Page 462

1          A.  Not that I recall.

2          Q.  So for the Meadow plaintiffs, Plisko, Meadow

3     and McLaughlin, there were no complaints of brass

4     fitting leaks or stainless steel clamp leaks?

5          A.  Neither Mr. McLaughlin -- Mr. McLaughlin did

6     not have NIBCO brass fittings in his home, he did not

7     have stainless steel clamps from NIBCO in his home.

8     Mr. Meadow's home had been completely re-plumbed and

9     so if there ever were any NIBCO brass fittings or

10    clamps, those were not available for inspection.  So

11    of those three homes, the only home that had NIBCO

12    brass fittings was the Plisko residence and they

13    utilized copper crimp rings in that home so there were

14    no stainless steel clamps from that home.

15         Q.  Did the Pliskos complain of a fitting leak?

16         A.  They did note they had a fitting leak, but

17    they believed that the leak was in a plastic fitting.

18         Q.  So the answer -- when I asked the question

19    were any of these plaintiffs complaining about a brass

20    fitting leak or a stainless steel clamp leak, the

21    answer is no.  Right?

22         A.  None of those three have asserted a leak in

23    a NIBCO brass fitting or a stainless steel clamp,

24    however we do know that the Plisko brass fillings were

25    in the process of failing, they just had not noticed a

Page 463

1    discernible leak yet.

2          Q.  And we don't know whether the Meadows had

3    NIBCO brass fittings or not.  Right?

4          A.  I don't know if the Meadows had NIBCO brass

5    fittings.

6          Q.  Okay.  All right.  In the Cole home, in the

7    Cole case, do you recall inspecting the Boyd

8    residence?

9          A.  I do.

10         Q.  And are the Boyds complaining of tubing

11   leaks, fitting leaks or both?

12         A.  The Boyds, as I recall, experienced tubing

13   leaks.  I would have to go back and look and see if

14   they asserted any fitting issues or stainless steel

15   clamps.

16         Q.  Where would you need to look?

17         A.  I would start by looking at their deposition

18   testimony.

19         Q.  Okay.  And at the time of your inspection, I

20   think we covered this a second ago, the house had been

21   completely repiped.  Right?

22         A.  Correct.

23         Q.  So you weren't able to assess the

24   installation of the NIBCO tubing?

25         A.  Beyond what we could see that remained, yes.

Page 464

1      Q.  Did any of it remain in its as-installed

2  condition?

3      A.  I believe that there was still some pipe in

4  the attic that had been left in the as-installed

5  condition that had been simply cut at the end to

6  remove it from service, but the rest of it was still

7  in the as-installed condition and we retrieved some of

8  that if memory serves me correctly.

9      Q.  Okay.  And the McCoy case or the McCoy

10  residence, are they complaining about tubing, fittings

11  or both?

12      A.  I know that they have experienced multiple

13  pipe failures in their home.  Again, I would have to

14  go back and look at their deposition testimony to see

15  if they have actually experienced a leak in the

16  fittings --

17      Q.  Okay.  So --

18      A.  -- or reported a leak.

19      Q.  For the Boyd residence and the McCoy

20  residence, you're only aware of tubing complaints?

21      A.  That I can confirm.  I do know that the

22  McCoy home also showed evidence of dezincification

23  corrosion in their brass fittings, although they had

24  not yet reported a discernible leak.

25      Q.  Now, in the McCoy residence, was the

Page 465

1     original plumbing still in place on the date of the

2     inspection?

3            A.   Much of it, what hadn't been replaced

4     through repairs.

5            Q.   But it had not been completely repiped?

6            A.   No.   The McCoy you said?

7            Q.   McCoy.

8            A.   Yes.

9            Q.   And so were you able to obtain samples of

10    the fittings that were in use at the McCoy house?

11           A.   We were able to retain samples of the

12    components that were in use, yes, which would include

13    some fitting assemblies.

14           Q.   So essentially the plumber who was out there

15    cut out a few fittings so you could take them with you

16    and put in new ones?

17           A.   They cut out assemblies that we identified.

18           Q.   Okay.   Now, the Medders home, I think we

19    talked a little about this house yesterday.   It's

20    connected to well water.   Is that right?

21           A.   Yes.

22           Q.   And the Medders have not experienced any

23    tubing failures true?

24           A.   They have not reported any through-wall

25    leaks in their tubing.

Page 466

1        Q.   So the Medders have experienced no leaks in

2     their tubing?

3            **A.   They have reported no leak in their tubing.**

4        Q.   And in your opinion, has a piece of tubing

5     failed if it hasn't leaked?

6            **A.   In my opinion, tubing can be oxidizing**

7     **without a leak being present and it can certainly**

8     **contain the underlying defects that are at issue in**

9     **this case without having leaked.**

10       Q.   But my question was a little different.  Has

11    it failed if it hasn't leaked?

12           **A.   It depends upon what the application is.**

13    **What do you mean when you say has it failed?  Has it**

14    **failed to do what?**

15       Q.   Perform.

16           **A.   In what manner?  Has it failed to retain**

17    **water?  It has not failed to retain water in the**

18    **absence of a leak.**

19       Q.   In the absence of a leak, the tubing

20    continues to retain water.  Right?

21           **A.   In the absence of a leak, the tubing has not**

22    **failed to retain water.**

23       Q.   Okay.  How do you define failure for a piece

24    of PEX tubing?

25               MR. SHAMBERG:  Objection.  Asked and

1    answered.  I feel like we spent 20 minutes on this

2    yesterday.

3              MR. KUHLMAN:  I think we talked about it

4    with fittings.  We never talked about it with tubing.

5              MR. SHAMBERG:  I don't want to make her go

6    back to yesterday but --

7              MR. KUHLMAN:  She couldn't.

8              MR. SHAMBERG:  -- we talked about it with

9    the tubing.  We'll answer one more time and that will

10   be it.

11             MR. KUHLMAN:  Okay.

12       A.  My answers with regard to tubing would not

13   be appreciably different from the issues that we

14   discussed yesterday.  Failure depends upon the context

15   in which you're talking about it firstly.  Secondly,

16   my answer to that question might differ on exactly

17   what you're asking me.  There's no point at which I

18   would necessarily say this has failed and that has

19   not.  The failure process happens over time.

20             And these pipes are slow-crack-growth

21   mechanisms.  So if I'm seeing evidence of premature

22   oxidative degradation and I'm seeing cracks in the

23   wall of tubing as I did in the Medders case, then yes,

24   I would consider it to have failed.  Even though a

25   leak had not yet occurred, it is in the process of

1    **failing.   Evidence of the manifestation of the defect**

2    **is there.**

3         Q.  With respect to the Medders home, where in

4    your report would I need to look to see the degree of

5    oxidation that you observed in that tubing?

6         **A.  Define what you mean when you say the degree**

7    **of oxidation in that tubing.**

8         Q.  Well, you said you observed oxidation in the

9    Medders tubing.  I want to know where I can look in

10   your report to see that.

11        **A.  You can look in a variety of places to see**

12   **that.**

13        Q.  Okay.

14        **A.  But I don't know that there's language in**

15   **this report that states anything about the degree of**

16   **dezincification using those terms so if you can**

17   **clarify the question I'd be happy to try to point you**

18   **to a specific area of the report.**

19        Q.  Is there something in the report that would

20   indicate to you that there was oxidation present in

21   the Medders' tubing?

22        **A.  There was oxidation present in the Medders'**

23   **tubing, yes.**

24        Q.  And if you wanted to show someone, look at

25   this it says there's oxidation there, what would you

Page 469

1        direct them to?

2             A.  I would direct them first to the stereo

3        microscopy results where we reported observing craze

4        cracking at the interior surface of the pipe.  I would

5        also point them to the FTIR test results and the OIT

6        test results that support those FTIR results showing

7        insufficient stabilization at the interior surface.  I

8        would also point them to any scanning electron

9        microscopy that may or may not be have been done, I

10       don't recall, at the interior surface of the pipe.

11            Q.  Okay.  Let me ask you about this oxidation

12       index distribution.

13            A.  I'm sorry, what are you looking at?

14            Q.  The oxidative index distribution is what

15       it's titled here.  And I'm looking at the Cole report

16       on page 61 and this is for PPX23.  And I don't think

17       that's one of the Medders homes, but I would just like

18       for you to describe for me what this is saying.

19            A.  Page 36 you said?

20            Q.  Sixty-one, sixty-one.

21            A.  Okay.

22            Q.  So what's this big blue line that forms a

23       diamond here.

24            A.  This is a graphical representation of the

25       oxidation index values measured at 90-degree intervals

Page 470

1    around the pipe wall at the interior surface of the

2    pipe.

3         Q.  Okay.  And so what is the 0, 2, 4, 6, 8, 10,

4    12, 14?

5         A.  That would represent the value of the

6    oxidation index.

7         Q.  Okay.  And what does it mean if there's a

8    higher value?

9         A.  A higher oxidation index would indicate a

10   higher degree of oxidation all other things being

11   equal.

12        Q.  Okay.  And to your recollection, was the

13   Medders' tubing experiencing the highest level of

14   oxidation of the pieces of tubing that you inspected?

15        A.  No.

16        Q.  Okay.  Do you recall which one did?

17        A.  No, not off the top of my head.

18        Q.  Can you recall offhand what the sample

19   numbers are for the Medders home?

20        A.  Not off the top of my head.

21        Q.  Is that something we could figure out pretty

22   quickly?

23        A.  We can if you have -- where would you look

24   for that?  I know where I would look for that.

25        Q.  Well, would you look in the report or would

Page 471

1    you look somewhere else?

2         A.  I would look electronically.  That's the

3    easiest way for me to find it.

4         Q.  Did you test more than one sample of tubing

5    out of the Medders home to see if it had oxidation

6    present?

7         A.  I don't recall how many samples of tubing we

8    tested out of the Medders home.

9         Q.  Okay.  And this oxidation index is OA over

10   NA and that's oxidation peak area over the

11   normalization peak area.  Is that right?

12        A.  Correct.

13        Q.  Okay.  What is a normalization peak area?

14        A.  It's a reference peak that's not affected by

15   the thickness of the sample that's normally used when

16   you're calculating carbonyl index in case you are

17   performing transmission FTIR, which relies upon the

18   thickness of the sample.  In this case, we were using

19   a different method, but the normalization method is

20   still done when you're calculating an oxidation index.

21             So you take the area of a carbonyl peak

22   that's centered around 1720 inverse centimeters and

23   you divide that by the area under a peak of 1370

24   inverse centimeters to calculate an oxidation index.

25        Q.  So what happens if one of those numbers is

Page 472

1     really small?

2               MR. SHAMBERG:  Object to form.

3          **A.  I don't understand your question.**

4          Q.  Well, it's a ratio.  Right?  So you're

5     dividing one number by another number.  Right?

6          **A.  I'm not aware that those numbers trigger an**

7     **action of any kind.**

8          Q.  All right.

9               MR. KUHLMAN:  Well, let's go off the record

10    for five seconds.

11              (A conference was held off the record.)

12         Q.  Okay.  We're back on the record.  And our

13    investigation has revealed that the Medders' sample

14    that was subjected to FTIR work in an effort to

15    determine the oxidation index is sample 106.  And so

16    what I'd like for you to do is take a look down in

17    table four on page 63, down to the discussion of

18    sample 106.

19         **A.  Okay.**

20         Q.  All right.  And so if we look at the 12:00

21    and that would be like the top part of the tubing,

22    right, on the ID?  What's the ID again?

23         **A.  Inner diameter surface.**

24         Q.  At the 12:00 position.  And then we look at

25    the next two numbers, which represent the oxidation

1    peak area in the normalization peak area.

2         **A.  I'm sorry, when you say next two numbers, I**

3    **don't know what you're pointing to or referring to.**

4         Q.  That's what I was saying, the next two that

5    I'm referring to are the ones that deal with the

6    oxidation peak area and then the normalization peak

7    area.  And I'll just refer to those as OA and NA as

8    you have done here.  Okay?

9         **A.  You're referring to the columns in this**

10   **table?**

11        Q.  The columns in the table that refer to the

12   OA and the NA.  Are we on the same page?

13        **A.  Yes.**

14        Q.  Okay.  So if we look at the OA for sample

15   106, what is it for the 12:00 ID location?

16        **A.  0.0382.**

17        Q.  And what exactly does that mean again?

18        **A.  That is the area under the carbonyl peak**

19   **centered at 1720 inverse centimeters in the FTIR**

20   **spectrum at that location.**

21        Q.  And what does that signify to you?

22             MR. SHAMBERG:  Objection.

23        **A.  I don't understand your question.**

24        Q.  What does it mean, like what does this

25   number mean?

Page 474

1        A.  It's a measure of the area under the peak.

2    It means that the area under that peak --

3        Q.  I get that, but why is that relevant?

4        A.  -- is .0382.

5        Q.  Does that tell us anything about the tubing?

6        A.  It tells us that there's detectable

7    oxidation at that location.

8        Q.  Is a higher number or a smaller number more

9    oxidation or less oxidation?

10       A.  Generally speaking, all things being equal,

11   a higher number would indicate -- a greater amount of

12   area under that peak would indicate a greater level of

13   oxidation.

14       Q.  Okay.  And if we look over to the N -- no.

15   The NA for this 12:00 location it's .0112.  Is that

16   right?

17       A.  Correct.

18       Q.  Okay.  And so the NA is the amount under the

19   normalization peak area.  What is the NA again?

20       A.  NA is the area --

21       Q.  Right.

22       A.  -- under the normalization peak centered

23   around 1370 inverse centimeters.

24       Q.  Okay.  So what does that mean with respect

25   to pipe?

Page 475

1          MR. SHAMBERG:  Object to form.

2          Q.  Does that tell us something?

3          A.  It tells us that that is the area under the

4     peak that is centered around 1370 centimeters in the

5     FTIR spectrum.

6          Q.  Okay.  Why is that relevant?

7          A.  Because you use it in calculating a carbonyl

8     index for the material at that location.

9          Q.  Okay.  And so then to calculate this

10    oxidation index, we put the OA on top and then we

11    divide it by the NA.  Right?

12         A.  Correct.

13         Q.  And so for that one, the OA over the NA

14    equals 3.411.  Right?

15         A.  Correct.

16         Q.  And that number tells us what about the

17    amount of oxidation present there?

18         A.  It's merely a value.

19         Q.  Okay.

20         A.  It's a normalized value that is called the

21    carbonyl index for that material.  It tells us there

22    is detectable oxidation there and it establishes a

23    normalized value that can be used to provide a

24    relative comparison to other locations within the same

25    pipe.

Page 476

1        Q.   Okay.  And if we look at the 3:00 on the ID,

2    this OA number is 1.07 -- 1.0785.  And that's the

3    highest number on this page, is it not?

4              MR. SHAMBERG:  Object to form.

5        Q.   For that column?

6        **A.   On this page?**

7        Q.   Yes.

8        **A.   Yes.**

9        Q.   And if we turn the page back to the next

10   one, page 64, it would be the highest one on that

11   page, too.  Right?

12       **A.   On page 64?**

13       Q.   Uh-huh.

14       **A.   Yes.**

15       Q.   And if we turn back to page 65, it would be

16   the highest one on that page, too, would it not?

17       **A.   No, it would not.**

18             MR. SHAMBERG:  Sixty-five.

19             THE WITNESS:  Oh, I'm sorry.  I'm looking at

20   page 62.  Thank you.

21       **A.   Yes.**

22       Q.   All right.  I guess it starts on 62 so let's

23   look there, too.

24       **A.   And on 62, it would not.**

25       Q.   And there would be a couple entries 1.0785

Page 477

1      so on that one, there would be two entries that were

2      higher?

3              A.  Correct.

4              Q.  All right.  So there were no failures, no

5      leaks in this tubing at the Medders home?

6              A.  **There were no reported leaks in tubing leaks**

7      **in the Medders home.  I'm sorry, Medders home.**

8              Q.  Medders home.  Is it your opinion that the

9      Medders home showed the third highest level of

10     oxidation for all the tubing samples that you looked

11     at in these two cases?

12             A.  **No.**

13             Q.  Okay.  All right.  And then if we look at

14     this on the 3:00 for PPX 106, the oxidation index for

15     this is 44.02.  Right?

16             A.  **That is what's printed here, yes.**

17             Q.  Okay.  And if I'm not mistaken, that is the

18     highest oxidation index of any piece of tubing that

19     you looked at by a multiple of -- excluding the other

20     one for PPX 106, the 26.835, that's three or four

21     times any other one on this chart?

22             A.  **Correct.**

23             Q.  Why is that so high if it's not one of the

24     most oxidized pipes that you looked at?

25             A.  **Well, I'm suspicious that there may be a**

1    typo in the first column.  This is generated through

2    an Excel spreadsheet so if there's a typo there, that

3    number would be incorrect.  So based on what I'm --

4         Q.  Okay.

5         A.  -- seeing, I'm wondering if in our review of

6    this, we've missed a typo.  So I would want to go back

7    and look at the number.

8         Q.  If it's not incorrect, what does that say

9    about your use of this ratio to assess the level of

10    oxidation in a tubing sample?

11        A.  It would mean that at that location,

12    something unique had happened to cause an increased

13    level of oxidation that was not detected elsewhere in

14    the wall of that same sample.  Perhaps there was a

15    little rust particle sitting there at that sample for

16    example.  This was well water, which does tend to be

17    higher in mineral deposits as a rule.  So if you were

18    to have a little metal particle sitting there, that

19    was rich in transition metal oxide, that could cause

20    locally a little spot of increased oxidation.  So that

21    would be the other plausible explanation that would

22    immediately come to mind.

23        Q.  What does a lower normalization peak area

24    number represent, like does that say anything about

25    the level of oxidation present on the tubing sample?

Page 479

1          A.  Not for the normalization peak, no.  That's

2     why you normalize the data.

3          Q.  All right.  So in the Medders house, they

4     have not experienced any tubing leaks.  True?

5          A.  They have not reported any leaks in the

6     tubing.

7          Q.  All right.  And in the Monica home, they

8     have also not reported any tubing leaks.  True?

9          A.  They have not, to my knowledge.

10          Q.  All right.  And when you were performing

11     your site inspection, were you able to observe the

12     condition of the plumbing system at the Monica home?

13          A.  I have not been into the Monica home.

14          Q.  Why not?

15          A.  I was not asked to go in the Monica home and

16     the fittings were provided to me for evaluation.

17     Dezincification of brass was one issue in the Monica

18     home and stress corrosion cracking of the clamps was

19     the other issue in the Monica home and those I could

20     adequately ascertain simply by looking at the

21     assembly.

22          Q.  And so you didn't want to take environmental

23     factors into consideration at all with respect to the

24     samples that you received from the Monica residence?

25          A.  No.

Page 480

1      Q.  Were you aware of any litigation involving

2   the Monica residence against the plumber who piped

3   that house?

4      **A.  No.**

5      Q.  All right.

6      **A.  Neither dezincification of brass nor stress**

7   **corrosion cracking of brass fittings nor stainless**

8   **steel clamps is going to be appreciably influenced by**

9   **the water chemistry in that system or the manner of**

10  **installation beyond what we see in that immediate**

11  **assembly.  No anomalous condition related to the**

12  **installation that would be relevant to either of those**

13  **failure mechanisms was observed.  Improper**

14  **installation is not going to cause the fitting to**

15  **dezincify.**

16     Q.  Let me ask you this:  If a fitting is

17  improperly installed and the crimp ring is not

18  properly sealing that joint and that improper

19  installation allows water to seep out of the tubing

20  around the fitting and it gets onto a stainless steel

21  clamp and then the chlorides dry on that clamp and

22  there's pressure exerted on it sufficient to cause it

23  to stress corrosion crack, would that improper

24  installation not have an impact on the stress

25  corrosion cracking mechanism?

Page 481

1          MR. SHAMBERG:  Object to form.

2          A.  Not as a root cause.  In the absence of a

3     susceptible alloy, stress corrosion cracking could not

4     happen.  The copper crimp rings do not fail due to

5     stress corrosion cracking from water escaping the

6     assembly.  Water getting out in that manner would be

7     merely a contributing factor that could allow the

8     underlying defect to manifest as a leak.

9              It is not the only source of calcium in the

10    plumbing system.  In the absence of adequate tensile

11    stress, which is inherent to the clamp design, and in

12    the absence of a susceptible alloy, which is also

13    inherent to the clamp design, that leakage would not

14    cause failure of a clamp.  It would not result in a

15    high-volume loss of water.

16         Q.  So you're willing to assume that the

17    stainless steel clamp came into contact with

18    sufficient levels of chloride, without installation

19    failure, resulting in water getting on the clamp --

20         A.  First of all --

21         Q.  -- for the purposes of your analysis?

22         A.  First of all, I'm not assuming anything.  I

23    can look at the actual components and determine

24    whether or not an adequate seal was achieved.  When

25    the assemblies are submitted as an assembly, I have

1    everything I need to know to look at the components

2    and determine whether or not there was a leak in that

3    assembly and if so, where that leak came from and

4    whether or not the placement of the clamp influenced

5    that leak or any other issue influenced that leak.  So

6    no, I did not make any assumptions in that.

7            That being said, I do not need to know

8    whether or not a leak occurred to know that we have a

9    susceptible alloy that is in a very, very highly

10   stressed state with tensile stresses approaching the

11   yield strength for that material, in fact exceeding

12   the yield strength for the material, and therefore

13   it's inherently susceptible to stress corrosion

14   cracking in the presence of chlorides from any source,

15   be it solder flux or sweat on a plumbing contractor's

16   hands or masonry materials or pesticide agents or

17   concrete curing accelerant or any of the other

18   numerous sources of potential chlorides that would

19   exist in a typical plumbing installation.

20       Q.  So regardless of what contributes to the end

21   result of a failure, what matters to you is the

22   susceptibility of the alloy to stress corrosion

23   cracking?

24       A.  What we have in this case are plumbing

25   materials that were sold in a defective condition

1    because they were inherently susceptible to premature

2    failure by stress corrosion cracking in the presence

3    of chlorides from any source.  When you get down to

4    looking at a clamp, you can determine if in fact

5    chlorides are present.  We did that.  We verified

6    that.

7            And in all likelihood, they would not just

8    come from one source.  A leak can contribute to them,

9    but it absolutely is not a necessary condition for the

10   clamps to fail.

11       Q.  With respect to the plaintiffs in these two

12   cases, how many of them experienced failures in their

13   stainless steel clamps?

14       A.  Define what you mean when you say "failure"

15   in respect to that question.

16       Q.  How do you define "failure"?

17       A.  We've talked about that ad nauseam.  I

18   believe I have answered that question several times.

19   If you want me to answer the question you just asked,

20   I need to be clear on what you're asking me.

21       Q.  All right.  How many of these plaintiffs

22   experienced complete breaks in their stainless steel

23   clamps?

24       A.  Where you define "complete break" as a full

25   separation of the clamp?

Page 484

1       Q.  A full separation of the clamp.

2       A.  I can't recall off top of my head if the

3   Medders residence.  The Sminkey residence certainly

4   did.  I'm sorry.  I'm saying Sminkey meaning Monica.

5       Q.  All right.  Sitting here right now, you're

6   aware of one full-separation break that you attribute

7   to stress corrosion cracking in the plaintiffs'

8   residences?

9       A.  I can confirm that there was at least one

10  home that had a full-separation break.  There were

11  other cracks observed in other clamps, whether they

12  went completely through wall and separated, I would

13  have to look back at my photos and notes to know to

14  ensure that I'm not confusing which clamps went with

15  other homes.

16          There were other homes that exhibited

17  evidence of stress corrosion cracking in those clamps,

18  whether it had gone through wall or not at multiple

19  locations.

20      Q.  And that cracking did not result in a leak.

21  True?

22      A.  I can't speak right now to which one you're

23  referring to, which clamp are you referring to.

24      Q.  Did any of the clamps that cracked result in

25  a leak in the plaintiffs' homes?

Page 485

1        **A.   Yes.**

2             MR. SHAMBERG:   Object to form.

3        Q.   Which ones?

4        **A.   Any that would have broken completely**

5   **through wall would leak.   The Monica residence**

6   **certainly had clamps that were fully fractured and it**

7   **would not have retained a seal.**

8        Q.   Okay.   So outside of the scope of this

9   lawsuit, taking into consideration all of the other

10  houses that you've inspected and the condominiums and

11  so forth that had NIBCO pipe fittings or stainless

12  steel steels in them, how many -- in all of your

13  investigations, how many stainless steel clamps are

14  you aware of that have either cracked or suffered from

15  a full separation?

16           MR. SHAMBERG:   Object to form, compound.

17       **A.   This is the only case I have been involved**

18  **in where my scope of work included an evaluation of**

19  **clamps and fittings so there is no answer that I can**

20  **give you to that question.   I am aware that other**

21  **cases have sometimes covered NIBCO brass fittings and**

22  **NIBCO stainless steel clamps and copper crimp rings,**

23  **but I have not been chartered with evaluating those.**

24       Q.   How many stainless steel clamps did you

25  inspect in your work in this case?

Page 486

```
 1              A.  I don't recall specifically.  I would have

 2        to look at my inspection notes to know, which I don't

 3        believe you have produced.

 4              Q.  Well, I don't have them.  But do you have

 5        them with you?

 6              A.  You have -- you did receive them.  If you

 7        don't have them with you, you did receive my visual

 8        inspection notes.

 9              Q.  Would it have been more than five?

10              A.  You also received all the metallography

11        work.

12              Q.  Would it have been more than five?

13              A.  I believe that it was more than five, yes.

14              Q.  Would it have been more than ten?

15              A.  I believe that it was likely more than ten,

16        yes.

17              Q.  Are your notes that you're referring to in

18        those boxes that you have?

19              A.  No.

20              Q.  Okay.  Do you think you would have

21        inspect -- or you would have -- well, let me ask you

22        this:  When you say that you've -- let me make sure

23        I'm asking a clear question.  Have you performed

24        metallographic analysis on more than five clamps, the

25        stainless steel clamps, as part of your work in this
```

Page 487

1        case?

2               A.   I would need to see the metallography work

3        that we've produced.  I don't believe it's all

4        contained in what you provided here.  I think the

5        answer is yes.  I would want to see that to verify it.

6        I don't recall the number that we -- when you say

7        metallography, I think mounting, mounting and

8        polishing to look at those in cross-section.  I

9        believe that we looked at more than five

10       cross-sections.  I don't recall how many of those came

11       from distinctly different samples so we would need to

12       clarify that.

13              Q.   How many different -- distinct different

14       samples of NIBCO's stainless steel clamps have you

15       looked at?

16              MR. SHAMBERG:  Objection.  Asked and

17       answered.

18              A.   I don't as we sit here.

19              Q.   And when I say looked at, I'm talking about

20       not something that you glanced at as you were

21       inspecting a house, I'm talking about something that

22       was actually in the lab for you to work on.  Right?

23              A.   I do not know the answer to that as we sit

24       here.

25              Q.   More than ten?

1      A.   I believe you asked me that a minute ago.

2    Yes, I believe it to be more than ten.

3      Q.   More than 20?

4      A.   Possibly, in this case.

5      Q.   More than 30?

6      A.   I don't know.

7      Q.   More than 40?

8      A.   Probably not.

9      Q.   Okay.  And you made a qualifier there of in

10   this case.  How many did you look at in other cases?

11     A.   Well, you asked generally I believe about

12   stainless steel clamps --

13     Q.   Okay.

14     A.   -- without specifying NIBCO.  Certainly

15   during my time working at Uponor, I would have

16   evaluated other stainless steel clamps.

17     Q.   With respect to NIBCO stainless steel

18   clamps, you have inspected in the lab somewhere

19   between 1 and 40, most likely, of those clamps?

20     A.   That's probably a fair estimate.

21     Q.   And of that 40, how many of them would you

22   have performed the mounting and etching and

23   metallographic work on?

24          MR. SHAMBERG:  Object to form, foundation,

25   compound.

1       A.  I have already said I don't know, as we sit

2   here today, how many were cross-sectioned.  And to

3   clarify, I did not say that there were 40.  Your

4   question began with of the 40.  I don't know that

5   there were 40.  There may have been ten.  I don't

6   know.  There may have been fewer than ten.  I don't

7   know.

8       Q.  Would that information be in your

9   appendices?

10      A.  That information should be discernible

11  through the appendices.

12      Q.  Okay.  I do have the appendices.  Is there a

13  specific appendix that you could point me to that

14  would tell me how many of these stainless steel

15  clamps, the NIBCO stainless steel clamps, you would

16  have looked at and performed metallography on?

17      A.  Well, I looked at every stainless steel

18  clamp that we had the opportunity to visually examine

19  in the lab.  They were all at least visually inspected

20  using a stereo microscope looking for evidence of

21  cracks in those clamps.  So they were all visually

22  inspected.

23          In terms of how many we cross-sectioned and

24  destructively evaluated, you would need to look at a

25  combination of the stereo microscopy images and the

1    metallography images to see what samples were

2    cross-sectioned and how many of them.

3         Q.   Okay.

4         A.   There were also clamps that were evaluated

5    by scanning electron microscopy and energy dispersive

6    x-ray spectroscopy.

7         Q.   So can I conclude from what you're telling

8    me that with respect to the stainless steel clamps,

9    your evaluation is based on your assessment of

10   somewhere between 1 and 40 of those clamps?

11        A.   Coupled with my prior knowledge regarding

12   stainless steel clamps for PEX systems and how they

13   operate and the stresses that are subjected to those

14   and so forth, coupled with everything else that we

15   have looked at in this case, that's what formed my

16   opinions.  We did not form the opinions based solely

17   upon polished cross-sections.

18        Q.   Did Uponor sell stainless steel clamps?

19        A.   They did.

20        Q.   And were they made from the same type of

21   steel that was specified that NIBCO used for its

22   clamps?

23        A.   They were made from austenitic stainless

24   steel clamps in accordance with the governing ASTM

25   standard.

Page 491

1          Q.  So just like NIBCO's stainless steel clamps?

2          **A.  I can't guaranty that the chemistry was just**

3     **like NIBCO's, but they were both made to the same**

4     **standard and from same general class of alloys.**

5          Q.  Had you concluded, when you were at Uponor,

6     that all of its stainless steel clamps that were

7     manufactured to that standard were defective?

8          **A.  As I said yesterday, I'm not at liberty to**

9     **discuss what work I did at Uponor or what I may have**

10    **concluded when I worked at Uponor.  If you want to**

11    **discuss that, we would need to put Uponor's attorneys**

12    **on notice and give them the opportunity to chime in**

13    **due to a confidentiality agreement.**

14         Q.  Did you advise anyone at Uponor that you

15    believed these stainless steel clamps that were

16    manufactured to the specification that they were made

17    from an inappropriate material?

18              MR. SHAMBERG:  Object to form.  And I think

19    she's already testified that she's not at liberty to

20    divulge that information.

21         Q.  You can answer the question.

22              MR. SHAMBERG:  If you feel differently,

23    yeah, if you feel differently.

24         **A.  My answer is I decline to answer any**

25    **questions related to work I did at Uponor because I'm**

Page 492

1    bound by confidentiality with their work as we

2    discussed yesterday and as I just said.

3         Q.  Were you able to track down a copy of the

4    confidentiality order?

5         A.  I've not made any efforts to track down a

6    copy of the confidentiality order.

7         Q.  So regardless of whether you told anybody at

8    Uponor about it, had you concluded in your own mind

9    that the stainless steel that's specified in the

10   standard is an inappropriate choice for clamps used in

11   PEX tubing?

12        A.  I don't know how to answer that question.  I

13   don't believe I have drawn any conclusions to that

14   effect.  I wasn't asked to draw a conclusion to that

15   effect as I recall.  If you would like to ask about

16   NIBCO's clamps, I'll be happy to discuss NIBCO's

17   clamps and any opinion I have formed related to those.

18        Q.  When was the first time you became aware of

19   the mechanism of stress corrosion cracking?

20        A.  Probably when I was in college.

21        Q.  Okay.  And when was the first time that you

22   became aware that that could be something that could

23   impact the performance of a stainless steel PEX clamp?

24        A.  Probably during college.

25        Q.  And when did you conclude, in your own mind,

1     that the use of the stainless steel that's specified

2     in the standard can result in failures of these clamps

3     in service, the PEX clamps?

4               MR. SHAMBERG:   Object to form.

5          **A.  I don't understand your question.  Can you**

6     **please say that again?**

7          Q.   When did you first reach the conclusion in

8     your mind that these stainless steel clamps shouldn't

9     be used in PEX piping systems?

10         **A.  I don't believe I rendered that conclusion.**

11         Q.   Is that your conclusion with respect to

12    NIBCO stainless steel PEX clamp?

13         **A.  My conclusion with respect to NIBCO**

14    **stainless steel PEX clamps is that they are inherently**

15    **defective in their design because they are made from**

16    **austenitic stainless steels that are inherently**

17    **susceptible to stress corrosion cracking in the**

18    **presence of chlorides.**

19         Q.   So I assume, from what you just told me,

20    that your conclusion would be the same with respect to

21    every other clamp manufactured by every other

22    manufacturer that complied with this standard and uses

23    the stainless steel?

24         **A.  If they utilize the same design where they**

25    **have similarly high tensile stresses, yes.**

Page 494

1    Q.   Is there a different design for stainless

2   steel clamps aside from the one that is specified by

3   the ASTM standard?

4        **A.   There could be.  I don't know.  There are**

5   **other stainless steel clamping components that have**

6   **been used of different designs that may have different**

7   **stress profiles associated with them.**

8        Q.   And does Uponor sell a stainless steel clamp

9   that utilizes the same design as NIBCO?

10       **A.   I don't know what Uponor is selling today.**

11       Q.   What were they selling when you worked

12   there?

13       **A.   They sold similarly styled clamps when I**

14   **worked there.**

15       Q.   Okay.  And do you know if they still sell

16   those today?

17       **A.   I do not know if they still sell them today.**

18       Q.   How can you say, as an expert, that NIBCO

19   knew or should have known that there was an improper

20   material selection by using this stainless steel back

21   in 2006 when you hadn't reached that conclusion

22   yourself as an expert in this back in 2006?

23       **A.   I didn't say I hadn't reached that**

24   **conclusion.**

25       Q.   Okay.  Had you concluded, in 2006, that you

Page 495

1    believe these stainless steel clamps that were being

2    sold were defective?

3          MR. SHAMBERG:  Object to form.

4          A.  I'm not going to address any conclusions I

5    reached dealing with Uponor.  I do have opinions

6    regarding the failure mechanisms, but I'm not at

7    liberty to disclose what I may have or may not

8    discussed or concluded at Uponor.  I certainly would

9    say that as a technical person, I knew, coming out of

10   college, that stainless steel components that were in

11   a highly stressed state would fail due to stress

12   corrosion cracking in the presence of chlorides.

13         Q.  I'm not asking about Uponor or what you told

14   them or --

15         A.  You actually have asked about those multiple

16   times.

17         Q.  I did, but that wasn't that question.  My

18   question was:  Had you determined, as of 2006, that

19   the use of this stainless steel in these clamps was an

20   improper material choice?

21         A.  Yes.

22         Q.  And did you, as an expert, advise anyone in

23   the industry that you believed that?

24         A.  Yes.

25         Q.  Who?

Page 496

1        A.   I'm not at liberty to disclose who I have

2    shared information with under a confidential

3    relationship.

4        Q.   Have you ever testified to that effect, that

5    you believe this stainless steel material choice

6    that's specified in the standard was improper, prior

7    to this case?

8        A.   I don't recall.

9        Q.   Have you ever testified to the contrary --

10       A.   I would not think so.

11       Q.   -- indicating that this stainless steel

12   choice was appropriate?

13       A.   I would not think so.

14       Q.   Have you ever evaluated a stainless steel

15   clamp and concluded that it failed for some other

16   reason other than stress corrosion cracking?

17       A.   Yes.

18       Q.   When was that?

19       A.   I have seen clamps that have leaked because

20   they have been cut.  I have seen clamps that have

21   failed due to improper installation, meaning they

22   failed to achieve a seal rather than breaking.

23       Q.   Any others?

24       A.   That's all that I can think of.

25       Q.   Okay.  And you mentioned that the

1    dezincification mechanism is widely discussed in the

2    literature yesterday I think.  Is that fair?

3         **A.  It is.**

4         Q.  Is the stress corrosion cracking of

5    stainless steel clamps addressed in the published

6    literature?

7         **A.  Stainless steel cracking due to chlorides is**

8    **well-documented in published literature.  The stress**

9    **corrosion cracking mechanism occurring in austenitic**

10   **stainless steel is well-documented in published**

11   **literature.  There is also some published literature**

12   **addressing failures in stainless steel clamps specific**

13   **to PEX plumbing systems in relation to adjacent**

14   **dezincification corrosion in brass plumbing fittings.**

15        **But there's certainly a lesser body of**

16   **publication that would be specific to PEX clamps than**

17   **to stainless steel materials as a whole.**

18        Q.  Are you aware of any papers that advocate

19   that these austenitic stainless steel clamps should

20   never be sold for PEX systems?

21        **A.  I don't know that I have read those exact**

22   **words in anything.**

23        Q.  Have you read anything to that effect?

24        **A.  Quite possibly.  Not that I call**

25   **specifically.**

1          Q.  Okay.

2          **A.  But I believe that's a possibility.**

3          Q.  I mean, if you'd found a technical article

4    saying that these clamps should never be sold into a

5    system, I mean, you probably would have made a note of

6    that.  Right?

7              MR. SHAMBERG:  Objection to form.

8          **A.  Depends on what context I had that article.**

9          Q.  Okay.  But sitting here right now, you can't

10   point me to any published literature advocating for

11   the essentially discontinued sale of stainless steel

12   clamps for PEX tubing?

13         **A.  I don't know of any document that**

14   **specifically says that we should discontinue the sale**

15   **of stainless steel clamps for PEX tubing that's in the**

16   **public domain.  That doesn't mean they don't exist.**

17   **I'm not aware of one if it does that states exactly**

18   **that.**

19         Q.  Okay.  I have a question -- I have lots of

20   questions, but let me ask you this:  You told me

21   yesterday that you advised Uponor to stop selling

22   yellow brass?

23         **A.  I believe I would have said something to the**

24   **effect of if we're going to sell brass fittings, we**

25   **need to be making them out lower-zinc alloys that have**

Page 499

1    less than 15 percent zinc.

2         Q.   And I'm asking you today, did you ever tell

3    Uponor that they needed to stop selling stainless

4    steel clamps for use in its PEX systems and you're

5    refusing to answer?

6         A.   I'm refusing to answer because we talked

7    about the confidentiality after I probably said more

8    than I should related to my communications with brass.

9    However, please understand, it's not my role or was

10   not my role at Uponor to tell Uponor what they can and

11   can't sell.  My role as a technical person would be to

12   advise them regarding expected performance of

13   materials.

14        Q.   Okay.  Regardless of what you told the

15   people at Uponor, the industry standards still permits

16   that use of yellow brass with a high zinc content.

17   Fair?

18        A.   The industry standard gives that as a

19   choice, yes.

20        Q.   Okay.  And the industry standard permits the

21   use of the austenitic stainless steel for the use in

22   these clamps, the stainless steel clamps.  Right?

23        A.   It offers that among a variety of choices

24   like copper crimp rings.  Yes.

25        Q.   And NIBCO's fittings and clamps, as far as

Page 500

1    you're concerned, whether manufactured to the specific

2    characteristics required by the standard, are

3    defective either way, if the alloys are completely on

4    point or not they're defective, if they use a zinc

5    content that's higher than 15 percent or made of the

6    stainless steel?

7              MR. SHAMBERG:  Object to form, compound,

8    foundation.

9         **A.  I believe that those materials are**

10   **inherently defective in their design and their alloy**

11   **selection because they are likely to fail prematurely**

12   **in a potable water application by dezincification**

13   **corrosion for the brass and by stress corrosion**

14   **cracking for the brass and stainless steel clamps in**

15   **the presence of chlorides for the clamps and in the**

16   **presence of other compounds for the brass that would**

17   **be commonly found in plumbing systems.  So yes, I**

18   **believe them to both be inherently defective in their**

19   **design for the intended application.**

20        Q.  Okay.  I'll ask a simple question and I

21   think this will get a simple answer, maybe not.

22             MR. KUHLMAN:  Put a little break in there in

23   the transcript.

24        Q.  NIBCO's tubings -- not -- I tried to keep a

25   clean question, but I couldn't do it.  NIBCO's

Page 501

1    fittings, even if manufactured to the specification,

2    in your opinion are defective because they contain

3    zinc in excess of 15 percent?

4        **A.   Coupled with the design of the product, yes.**

5    **You have residual stress associated with the design of**

6    **the product that allows stress corrosion cracks to**

7    **occur.  You have to have stress and you have to have a**

8    **susceptible alloy for stress corrosion cracking.  For**

9    **dezincification, it's about alloy chemistry alone.**

10       Q.  Did you experience any fittings that had

11   experienced stress corrosion cracking in any of the

12   plaintiffs' homes here?

13       **A.  Yes.**

14       Q.  Which ones?

15       **A.  The Medders residence certainly did the**

16   **Monica residence may have at well.**

17       Q.  How many of the fittings did you observe

18   that had experience -- how many fittings total did you

19   observe, in all your investigation here, that had

20   experienced a stress corrosion crack?

21       **A.  We didn't necessarily look to identify**

22   **stress corrosion cracks in all of the brass fittings**

23   **that were available.  We noticed stress corrosion**

24   **cracks and stress corrosion fractures in at least two**

25   **different fittings from the Medders residence.  So the**

Page 502

1    mechanism clearly is at work.

2         We did not make any attempt to determine if

3    stress corrosion cracking existed in every fitting

4    that we handled or in most of the fittings for that

5    matter.  All brass fittings containing more than 15

6    percent zinc will be inherently susceptible to stress

7    corrosion cracking if tensile stresses are sufficient

8    for the mechanism to occur and they clearly are.

9         Q.  So every manufacturer who makes a fitting

10   out of yellow brass that's over 15 percent is selling

11   what you believe to be a defective component into the

12   market?

13        A.  If it is an F1807 brass insert fitting for

14   PEX plumbing systems, yes.

15        Q.  And the same question with respect to

16   stainless steel, every -- the stainless steel PEX

17   clamps.  Every manufacturer who is making a

18   standard-compliant stainless steel PEX clamp is making

19   a product that you believe to be defective?

20        A.  If they are made in accordance with that

21   clamp design which would result in tensile stresses

22   approaching or exceeding the yield strength for the

23   material, yes, I believe that to be the case.

24        Q.  So do you think the standard guides just got

25   this wrong?

Page 503

1      A.  I do.

2      Q.  Have you written -- like you're on some of

3   these committees for the tubing.  Have you reached out

4   to anyone and said, hey, this is a real big problem --

5      A.  Not yet.

6      Q.  -- this is a ticking time bomb of some sort?

7          MR. SHAMBERG:  Objection.  Asked and

8   answered.

9      Q.  Not yet is the answer?

10     A.  Not yet was my answer.

11     Q.  And you won't tell me if you raised this as

12  a potential issue at Uponor.  Right?

13     A.  I believe that it would be inappropriate for

14  me to answer questions about Uponor beyond what's

15  already been asked and answered.

16     Q.  Okay.  How about this:  When you left Uponor

17  and you were hired as an consultant, when you were at

18  Metallurgical Technologies, did you advise any clients

19  during the course of your work at that company that

20  they needed to stop using either high zinc yellow

21  brass for fittings or stainless steel for clamps to be

22  used in PEX tubing systems?

23     A.  I don't recall working for any PEX

24  manufacturer other than Uponor during my time at MTI.

25     Q.  Okay.  Did you work on any matters for

1   Uponor, when you were at MTI, that involved stainless

2   steel PEX clamps?

3        A.   I don't recall.  It's possible that I did.

4   If I did, it would have been work that would have come

5   through their attorneys.

6        Q.   And during the course of that work, did you

7   offer any testimony that you believed that the design

8   of the stainless steel clamps was appropriate for use

9   in PEX plumbing systems?

10       A.   I don't recall what work that I may have

11  done related to stainless steel clamps, if any --

12       Q.   Have you ever offered --

13       A.   -- if any, when I was at MTI.

14       Q.   Have you ever offered any testimony, whether

15  it be through an affidavit or in a deposition or a

16  trial or a hearing, where you indicated that stainless

17  steel was an appropriate selection choice for a PEX

18  tubing clamp?

19       A.   I believe that I have.

20       Q.   When was that?

21       A.   I don't recall.  And I don't know in what

22  capacity, if that would have been as a fact witness or

23  as an expert, and I don't recall for sure if it was

24  even under a deposition testimony.

25       Q.   Okay.  How would I find that?

1      **A.   I don't believe there would be a way for you**

2      **to find that.  I don't know.  I don't know, I don't**

3      **recall there being a court reporter, I don't recall**

4      **there being a transcript, which is leading me to think**

5      **it was probably not in a deposition.**

6          Q.   So there might be another affidavit floating

7      around like what we saw yesterday?

8          **A.   Not that I'm aware of.**

9          Q.   Okay.  Do you think that was when you were

10     with Uponor or after that time period?

11         **A.   After.  But possibly during as well.**

12         Q.   Okay.  So there might have been multiple

13     occasions where you opined that stainless steel was an

14     appropriate material choice for PEX clamps?

15         **A.   Not appropriate.  Inappropriate.  Did I**

16     **misunderstand your earlier question?**

17         Q.   I don't remember.

18         **A.   I believed you said inappropriate.  My**

19     **response assumed you said inappropriate, to be clear.**

20         Q.   Okay.  All right.

21             MR. KUHLMAN:  Let's go off the record for

22     five minutes so I can clean this up and see if we

23     can't call it a day here pretty quick.

24             (A recess was taken.)

25         Q.   We're back on the record after a short

1    break.  Ms. Smith, I'd like to direct your attention

2    to your Cole report, which has been marked Exhibit 15,

3    and if you would please turn to page 37.

4         **A.  Okay.**

5         Q.  All right.  And what I'd like to know is

6    with respect to this crimp that's performed here as

7    depicted in Exhibit B, would you consider this to be

8    appropriate installation if you saw that in the field?

9         **A.  I'm looking at three different crimps in**

10   **picture B.  Which crimp are you referring to first of**

11   **all?**

12        Q.  Let's do all of them.  Let's start at the

13   top left.

14             MR. SHAMBERG:  I'll object to form in terms

15   of "appropriate."

16             Go ahead.

17        **A.  Looking at a two-dimensional picture, I**

18   **can't ascertain this adequately, based on this picture**

19   **alone, if there is an installation error in all of**

20   **these.**

21        Q.  Well, on the bright side, you don't need to

22   analyze this alone because presumably you took this

23   picture, did you not?

24        **A.  I did take this picture.  But I don't recall**

25   **in my head what each individual outlet of each**

Page 507

1    individual fitting from all these different homes did

2    or did not reveal.  My memory is not that good.  I

3    wish it were.

4         Q.  Why take the picture then?

5         A.  Well, the picture shows that the fitting

6    completely separated into two pieces, that was the

7    reason for taking the picture, and to document the

8    overall condition of the component.  You see the

9    deposit on the outside surface.  It's to document the

10   overall condition of the components, not to allow

11   someone later to determine from the two-dimensional

12   image if there were any type of installation error

13   there.

14        Q.  Well, so are you telling me that in order to

15   assess if the installation is proper, you can't just

16   look at pictures, you have to look at it in person?

17        A.  I'm saying if you're asking me to look at

18   this two-dimensional image and tell your from this

19   image if there was any kind of installation error that

20   existed at all in this assembly, I can't answer that

21   off of a two-dimensional picture.  That was not the

22   charter that I was asked to do in this case, to work

23   with pictures to determine if there was an

24   installation error.

25        Q.  Is it safe to say then that you weren't

1    checking to see if crimps were properly made pursuant

2    to the standard when you were inspecting these homes?

3         A.   That is not what I said first of all.   We

4    did check some crimps on a select basis to determine

5    if they were -- if they were installed properly or

6    improperly.   We didn't necessarily check every one of

7    them.   And we also checked to see if there was any

8    type of installation issue that would be a reasonable

9    root cause of failure for the NIBCO products at issue

10   in this case.   If you have a specific question about

11   these, I would be happy to try to answer it.

12        Q.   All right.   Look over at picture A then.

13        A.   Okay.

14        Q.   There's a ruler in this picture.   Why is

15   there a ruler in the picture?

16        A.   There is no ruler in the picture.   That is a

17   tape measure.

18        Q.   Okay.   There's a tape measure in the

19   picture.   Why did you include a tape measure in the

20   picture?

21        A.   Because it's standard practice, when you

22   take a macro that lends itself to it, to include some

23   type of scale for reference when you can.

24        Q.   Great.   And utilizing the scale provided by

25   that tape measure, are you able to assess if that

1    crimp that's depicted on the top right is properly

2    placed on that fitting?

3         A.  When you say that crimp depicted on the top

4    right, I don't know what you mean.  Could you please

5    point me to what crimp you're referring to?

6         Q.  Well, if you look, there's three crimps

7    depicted.  Right?

8         A.  Which figure are you referring to --

9         Q.  We're still --

10         A.  -- A, B, C or D?

11         Q.  We're still referring to A.

12         A.  Okay.

13         Q.  And you see the three crimps depicted in

14    that picture.  Right?

15         A.  I see three copper crimp rings in that

16    picture, yes.

17         Q.  And two of them are higher than the other

18    one?

19         A.  When you say higher, I don't know what you

20    mean.

21         Q.  Higher on the page.

22         A.  Higher on the page.  Okay.

23         Q.  Okay.  Let's do the one that's highest on

24    the page to the right --

25         A.  Okay.

1       Q.  -- of those three.

2       A.  Okay.

3       Q.  Using that ruler as your guide, are you able

4   to determine if that crimp is properly placed on that

5   fitting?

6       A.  I would not attempt to determine that from a

7   picture, no, using that ruler.  What I can say is if

8   there is a placement issue, I'm not confident I can

9   accurately see the shoulder of the fitting in this

10  picture adjacent to that crimp ring.  There are white

11  deposits there.  There's PEX pipe that looks like it

12  may even been overriding the shoulder slightly.

13          So I'm not confident that from this picture

14  I can determine the placement of that clamp.  What I

15  do see is that it fractured on the opposite outlet

16  away from that copper crimp ring and that's where my

17  attention would be focused if I'm trying to determine

18  whether or not a crimp contributed to the fracture

19  that we're showing with this fitting.  I would not

20  look at a different outlet that didn't fracture to

21  draw conclusions about a fractured outlet.

22      Q.  Did you alter the condition of the -- I'm

23  going to call it the top left crimp.  Did you alter

24  the condition of that tubing as it sits within that

25  crimp ring before you took this picture?

Page 511

1        A.   Not to my knowledge.

2             MR. SHAMBERG:   Object to form.

3        Q.   Did you view this crimp at any point when

4   the fitting was still completely intact?

5        A.   The fitting was not completely intact.   The

6   way it was submitted to me, it was broken in two

7   pieces as it came to me.

8        Q.   The answer to the question is no, you did

9   not do that?

10       A.   I did not --

11       Q.   You did not have an opportunity --

12       A.   I did not break the fitting and I did not

13   see the fitting in service prior to it breaking in

14   two.

15       Q.   Okay.  What did the standard call for in

16   regard to crimp fitting on a placement?

17            MR. SHAMBERG:   Objection.

18       A.   Which standard are you referring to?  Sorry.

19       Q.   Is there a standard that addresses the crimp

20   placement on a fitting on a brass fitting?

21       A.   There may be many standards that reference

22   something to that effect.  Which standard are you

23   referring to specifically?

24       Q.   An ASTM standard.

25       A.   There may be more than one ASTM standard

Page 512

1      that would address them.

2           Q.  All right.  Let's do this:  Where does the

3      NIBCO installation manual state that a crimp should be

4      placed on a fitting?

5           A.  I don't know.  I don't have a copy of the

6      NIBCO installation manual.

7           Q.  Would you be surprised to learn that it's

8      between an eighth and a quarter of an inch?

9           A.  Nothing would surprise me.

10          Q.  All right.  Do you have an understanding of

11     how to properly put a crimp ring on a fitting when you

12     seal it?

13          A.  I do.

14          Q.  All right.  What's your understanding of

15     that?

16          A.  My understanding, when I try to assemble

17     one, is I try to seat that crimp so that it's

18     approximately centered over the sealing barbs in the

19     fitting.

20          Q.  Okay.

21          A.  And --

22          Q.  Where does that normally land itself with

23     respect to the fitting?

24          A.  It would normally land in approximately the

25     range that you cited.

Page 513

1      Q.  Quarter or -- an eighth of an inch to a

2   quarter of an inch?

3      **A.  That would be probably a pretty good**

4   **approximation.**

5      Q.  Okay.

6      **A.  If you want to know what the standard says,**

7   **we'd have to look at the standard.**

8      Q.  So if you install the crimp ring in that

9   location, does that allow for some amount of PEX

10  tubing to be visible on the other side of the crimp if

11  you will?

12     **A.  Usually there should be.**

13     Q.  All right.  So if we look at the picture in

14  the top left on A, right where this fitting is

15  broken --

16     **A.  Uh-huh.**

17     Q.  -- was that fitting tight on that tubing

18  sample when you received it?

19     **A.  I don't recall.**

20     Q.  Did it slide around when you picked it up?

21     **A.  I just said I don't recall.  I don't recall**

22  **anything sliding around.**

23     Q.  Okay.  Well, I mean, did you modify the

24  appearance of that crimp before you took the picture?

25     **A.  You've already asked me that and I already**

Page 514

1      answered, not to my knowledge.

2           Q.   Okay.  So this accurately reflects, to the

3      best of your knowledge, what that crimp would have

4      looked like in the field, but it would have been stuck

5      together.  Right?

6           A.   It probably does unless someone else who

7      handled these moved it.  A plumber handled these

8      before me.  I believe that some representatives from

9      ESI handled these before me.  I have no reason to

10     believe that someone did or didn't move them, but I

11     did not move them.

12          Q.   And you would agree with me that there is no

13     PEX showing, on the other side, an eighth of an inch,

14     a quarter of an inch of PEX, showing on the other side

15     of that crimp.  Right?

16          A.   From that top left crimp in view A and in

17     that orientation, I would agree that's correct.

18          Q.   Shouldn't there be some if it was properly

19     crimped?

20          A.   For what purpose?

21          Q.   For sealing the joint.

22          A.   Depends upon where the tubing was relative

23     to the end of the outlet.  I would not look at the

24     amount of PEX that's present to determine whether or

25     not a proper seal was achieved.  That's not a very

Page 515

1    reliable way to make that determination.  I would look

2    at the witness marks inside the pipe to determine

3    whether or not a proper seal was achieved.

4         Q.  Okay.  Were you able to do that with respect

5    to that fitting?

6         A.  I don't recall specifically to that fitting.

7    My guess would be no since a portion of the outlet is

8    still intact inside that fitting.  And my purpose in

9    looking at that fitting was to determine the fracture

10   mechanism to determine why the thing snapped in two.

11        Q.  Okay.  So taking this universe of photos,

12   the ones contained in A, you know, the picture in A,

13   B, C and D, taking all these images into

14   consideration, would you opine that this -- that these

15   crimps were properly made on that fitting?

16        MR. SHAMBERG:  Object to form.

17        A.  Not all of them were made in accordance with

18   the standard with regard to placement for the clamps

19   from what we can see in this picture.  If that is your

20   question, I would say not all of them appear to have

21   been properly positioned.  The real question here, if

22   we're trying to determine root failure for the

23   product, however, is why did it fracture, what's the

24   fracture mechanism, what is the underlying root cause

25   or causes and would that have affected that failure

Page 516

1      mechanism or have been a potential root cause.

2             That we did consider and have considered

3      through the evaluation of many different PEX products

4      that are made from these same materials and same

5      construction.  And we know through the cumulative

6      effort of all of those investigations that in fact

7      simply placing the crimp ring slightly off from where

8      it should be is not going to cause dezincification

9      corrosion and it did not cause these systems to fail

10     due to stress corrosion cracking.  So whether there is

11     an installation-related defect present or not, that is

12     not what caused these fittings to break.

13             Q.  Did it contribute to the failure?

14             A.  I have no reason to believe that it

15     contributed to the failure in any significant way at

16     all.

17             Q.  What steps did you take in reaching that

18     conclusion?

19             A.  Thorough examination and evaluation of the

20     plumbing components, the evaluation of the fracture

21     surfaces themselves, the evaluation of the alloy

22     chemistry, evaluation of this and other brass fittings

23     that also exhibited stress corrosion cracks in places

24     where there was no clamp where there would have been

25     no position-related issues or stresses and cracks

Page 517

1      occurring in multiple different orientations that were

2      not in keeping with stresses that would be applied by

3      a crimped copper crimp ring.

4          Q.  On this sample?

5          A.  On many different samples.

6          Q.  This one, what did you do specific to this

7      one?

8          A.  Everything I cited --

9          Q.  To determine --

10         A.  -- and then some.

11         Q.  All right.  Did you view this actual fitting

12     or -- did you view where this fitting was actually

13     located in the Medders home?

14         A.  No.

15         Q.  Okay.  Do you know if there was a sharp bend

16     off of this -- the -- what I'll call the lower part of

17     the T, so not the crossbar at the top, but the one

18     that goes down?

19         A.  We have no reason to believe that there was

20     an appreciable bend on the fractured outlet.  It looks

21     like there may have been some degree of bend on

22     another outlet from this assembly.  What we can tell

23     from looking at the fracture surface is that it is not

24     a bending load that caused that fracture to occur.  We

25     know that because it was initiating at multiple

1       locations around the entire interior surface of that

2       fitting and if it had instead resulted from a bending

3       stress, it would have initiated at a different

4       location and propagated in a different manner.

5       Therefore, we can reasonably rule out contribution

6       from bending in adjacent pipe.

7            Q.  Let's take a look at your Meadow report for

8       just a minute, it's Exhibit 2.

9            A.  Okay.

10           Q.  Please flip to page five, figure three.

11           A.  Okay.

12           Q.  All right.  So if you look here at figure

13      three, this shows an incident leak site from the

14      McLaughlin house.  Right?

15           A.  Yes.

16           Q.  And this is the interior surface of the

17      pipe.  Is that fair?

18           A.  Correct.

19           Q.  And what I want to ask you about are on the

20      left and right side of the crack, you see what I'll

21      describe as whiteness that is at the edges of the

22      cracks like on the interior part of the crack.  And I

23      want to ask you, are those the types of ductile

24      fibrils that you described in other places?

25           A.  I need you to point to exactly what you're

1    referring to so that I can be sure I'm interpreting

2    this correctly.

3         Q.  Let me do that, that'll be easier.

4         A.  Do you want to circle this and --

5         Q.  No.  I'll just point to it.

6         A.  Okay.

7         Q.  So on -- I'm talking about.  Do you want me

8    to circle it?  No, I don't need to do that.  This

9    right here and this right here.

10        A.  Okay.

11        Q.  Okay.  So is that evidence of ductility in

12   the PEX tubing at the edges of this crack?

13        A.  From this specific picture, I can't tell

14   exactly what that is at this magnification.  It looks

15   like there is a potential that there could be some

16   ductility beginning to show up.  As these cracks begin

17   to grow by the crack growth mechanism they initiate in

18   a very brittle manner in the surface due to oxidative

19   degradation.  And as they grow, they grow in kind of a

20   clamshell-shaped pattern.

21            Sometimes that growth occurs in a

22   longitudinal direction at the crack tips kind of

23   beneath the oxidized surface later and then it will

24   break through to that surface layer.  So I can't be

25   certain if we're just seeing pieces of that crumbled

Page 520

1    surface later, as sometimes happens, or if that would

2    be actual ductility where the crack began to dive

3    subsurface.  It appears to me as though it is more

4    likely related to the oxidized material.  I don't see

5    what I would call comfortably ductile fibrils in this

6    picture.

7          Q.  Is there craze cracking exhibited in this

8    picture?

9          A.  Yes.

10         Q.  And would you describe that as longitudinal

11   craze cracking or running parallel to the crack

12   itself?

13         A.  I see longitude -- well, those are saying

14   the same thing.

15         Q.  Right.

16         A.  This crack is oriented longitudinally.  I

17   see crazes going in both transverse and longitudinal

18   in this picture.

19         Q.  Okay.  All right.  If you could flip back --

20   let's go back to Exhibit 15.  This is your Cole

21   report.  If you could please flip back to page 99.

22   And this is from a section of your report titled

23   published literature considered.

24         A.  Okay.

25         Q.  Which of these pieces of literature did you

1    rely on in formulating your methodology for analyzing

2    NIBCO's PEX tubing?

3         A.  I don't --

4              MR. SHAMBERG:  Object to form.

5         A.  I don't necessarily believe I relied upon

6    any one of these to develop a methodology for

7    evaluating the tubing.  I don't understand exactly

8    what you mean perhaps by that, but I have relied upon

9    my 16 years of experience in performing failure

10   analysis in PEX plumbing components to establish my

11   methodology for evaluating them.

12        Q.  Are you aware of any other experts in your

13   field who rely on the analysis of failed-in-service

14   tubing samples to assess the stability of tubing

15   that's sold in the market for PEX?

16        A.  I am aware of many, many experts who have

17   evaluated field-return product to assess the

18   distribution of residual stabilization in the wall of

19   the pipe and who assess the presence or absence of

20   oxidation in the pipe wall in the same manner that I

21   have.  I did not rely upon testing alone to assess the

22   condition of as-manufactured pipe or even necessarily

23   at all.

24             What I have relied upon to assess the

25   as-manufactured condition, beyond the work that I did

1    with never-installed pipe in the Christianson case,

2    was to rely upon testing performed by others on new

3    NIBCO pipe that had never been in service.

4         Q.  So you relied on the samples you did -- the

5    tests you did on two different reels of unused 1006

6    pipe?

7         A.  In part.

8         Q.  In part.  And then you also relied on --

9    would those be Jana reports that you're referencing

10   that tested unused NIBCO tubing?

11        A.  In part.

12        Q.  Were there other test reports testing unused

13   NIBCO tubing that you relied on that were not prepared

14   by Jana?

15        A.  Yes.

16        Q.  And who prepared those reports?

17        A.  I don't recall necessarily all of them as we

18   sit here today, but certainly there was a report

19   prepared by Total addressing stability in the pipe and

20   the presence or absence or distribution of

21   antioxidants in the pipe wall.  There were lots of

22   internal communications within NIBCO and between NIBCO

23   and Jana and other organizations.

24        Q.  I'm talking specifically about reports that

25   discussed test results.

1          A.   I don't recall the full body necessarily of

2     test reports that I have reviewed that might be

3     related to that as we sit here.

4          Q.   Okay.  So you have reviewed test reports

5     prepared by Jana addressing NIBCO's 1006 PEX pipes.

6     Right?

7          A.   Correct.

8          Q.   And through your review of those test

9     reports, at any time, in any of those reports, did

10    Jana make a recommendation to NIBCO that it stop

11    manufacturing its 1006 PEX pipe?

12         A.   I don't recall them necessarily using those

13    exact words, but they certainly expressed concern that

14    that pipe was not going to perform well in the field.

15    They reiterated that concern when they evaluated

16    field-return product that had failed and correlated it

17    back to saying this is basically consistent with what

18    concerns we expressed before regarding nonuniformity

19    and insufficient stabilization in the pipe.  And they

20    clearly worked very closely with NIBCO to try to

21    develop a more robust product and they clearly had

22    concerns that NIBCO would lose their listing with NSF

23    due to those instability issues.

24         Q.   All right.  Let me make this simple.  At any

25    time, did Jana tell NIBCO that it should stop

1    manufacturing its 1006 PEX pipe?

2         A.  I can't answer that question.  I have no

3    idea whether they, at any time, told NIBCO that.

4         Q.  In any of the reports or documents that

5    you've reviewed in this case, did Jana advise NIBCO

6    that it needed to stop manufacturing its 1006 PEX

7    pipe?

8         A.  I'm not aware of them using those words in

9    any report.

10        Q.  Do you consider Jana to employ experts in

11   the field of plastic tubing?

12        A.  That's a very broad question that would

13   encompass a lot of different things.  Jana certainly

14   employs people who have experience in certain areas of

15   expertise as it relates to PEX tubing.  They may or

16   may not be experts in all areas related to PEX tubing.

17        Q.  All right.

18             MR. KUHLMAN:  Let me take two or three

19   minutes to consult with Franco a minute.  I think

20   we're going to be done.  Oh, let's stay on the record

21   I remembered what I was forgetting.

22        Q.  All right.  If you could, in your Cole

23   report, Exhibit 15, please flip back to page 85 and

24   86.

25        A.  Which would you like me to flip to first, 85

Page 525

1       or 86?

2           Q.  I want to talk to you about your opinion

3       number 14 and number 14 refers to an image that's on

4       86, which is described in figure 24.

5           A.  Okay.

6           Q.  Take a look at that --

7           A.  Yes.  Please.

8           Q.  -- and let me know when you're ready.

9           A.  Okay.

10          Q.  Okay.  My question is:  Based on the

11      documents you've reviewed, are you able to tell if the

12      tubing that was referenced in figure 24 as being

13      marked with the date -- well, the date of 2-28-13, are

14      you able to tell from the documents you reviewed, if

15      that tubing was manufactured and e-beamed before or

16      after NIBCO's NSF certification had expired?

17          A.  I'm not sure I understand your question.

18          Q.  Okay.  During the manufacturing of NIBCO's

19      PEX tubing, you understand that the tubing is

20      extruded.  Right?

21          A.  Correct.

22          Q.  And then after it's extruded it's e-beamed.

23      Right?

24          A.  Okay.

25          Q.  And then once it's e-beamed, you have PEX.

1       Right?

2               A.  You have PEX in some condition, yeah.

3               Q.  Okay.

4               A.  It hasn't been labeled yet.

5               Q.  It's crosslinked at that point?

6               A.  Okay.

7               Q.  Correct?

8               A.  It should be.

9               Q.  Okay.  So what does the standard require

10      with respect to when a manufacturer puts a date code

11      on the tubing?

12              A.  It requires that the pipe be labeled to

13      indicate the date of manufacture.  NIBCO's internal

14      specification SOPQC-1015 states that the PEX pipe --

15      it says it's to brand PEX with the date that it is

16      cut, coiled and marked.  It says, this presents a

17      challenge due to the termination of our NSF listing

18      for PEX manufactured with Total HDPE.  Any remaining

19      Total work in process, which they abbreviate WIP,

20      manufactured prior to the termination of this listing

21      but still requiring application of the NF print

22      stream, will need to be branded in a manner that

23      indicates it was manufactured while the NSF listing

24      was still active.

25                      It says, at the bottom of all of this, this

1      change will enable us to most closely approximate the

2      date upon which this material is released to trade.

3      This change applies to Total work in process only.

4              ASTM F876 with regard to labeling states,

5      the manufacturer's name or trademark -- this is

6      section 10.2.2 of ASTM F876-09.  It states, the

7      manufacturer's name or trademark and production code

8      indicating the date of production is to be included in

9      the marking on that pipe.  NIBCO defines their date of

10     production as the date that the pipe is cut coiled and

11     marked.  So they labeled this pipe differently from

12     how they labeled all other pipes.

13             And if someone, years from now, has an issue

14     with that pipe and they need to go back to the

15     manufacturer, they would be misled to believe that

16     that pipe actually went out the door or was cut,

17     coiled and marked at least on a different date than

18     when that actually occurred.

19        Q.   Okay.  So you're not taking issue -- you're

20     not saying that NIBCO manufactured this tubing after

21     its NSF certification had expired?

22        A.   To some degree, they did.  Their

23     manufacturing process was not complete.  The cutting,

24     coiling and marking of that tubing is part of their

25     manufacturing process and their internal procedure

Page 528

1    says our process ends on the date that we cut it, coil

2    it and mark it, that's the date that we have defined

3    as our manufacturing date or process date.

4         Q.  Well, do you know if this needed to be cut,

5    coiled and marked at this point?

6         A.  Yes.  It had to be marked.

7         Q.  Okay.

8         A.  And they state that that presents a

9    challenge because we can't sell it if it doesn't have

10   the NSF mark on it and if we put the real date that we

11   finish our manufacturing process by cutting it,

12   coiling it and marking it, then we can't sell it

13   because we're no longer compliant with the NSF

14   regulations because we really didn't have

15   certification on that date.

16        But we want to sell it anyway, rather than

17   scrap it, we want to sell it anyway so we're going to

18   pretend that we did that cutting, labeling and coiling

19   on a different date than when we actually did it and

20   we're just going to go ahead and print that on the

21   pipes so people will think it was done when we still

22   had our ASTM certification.

23        Q.  And the NSF certification that you read

24   doesn't define when a tubing is completely finished

25   with the manufacturing process.  Right?

Page 529

1        A.   It simply states, the manufacturer's name or

2    trademark and production code indicating the date of

3    production.   NIBCO defined their date of production as

4    the date that the pipe is cut, coiled and marked, in

5    SOPQC-1015.

6        Q.   And NIBCO changing the date of production as

7    NIBCO defines it doesn't necessarily violate the terms

8    of the standard.   Right?

9        A.   Whether it violates the terms of the

10   standard or not is not the issue here.   It feels

11   rather irresponsible, is the word I guess that comes

12   to mind to me, for a manufacturer to deliberately

13   misrepresent the manufacture date in an effort to

14   continue selling this pipe rather than scrapping what

15   they know had not completed the manufacturing process

16   before they lost their NSF listing.

17           They're holding that pipe out to consumers

18   as having been certified and completed as of that

19   date, which is false.

20       Q.   Well --

21       A.   It speaks to the integrity of the company.

22       Q.   Okay.   Well, if NIBCO didn't define its

23   manufacturing date as the date it was cut, coiled and

24   marked and instead defined it as the date that it be

25   becomes PEX, right, then this would be a different

Page 530

1      scenario?  Right?

2          A.  There are many things that would be a

3      different scenario had NIBCO made different choices.

4          Q.  I see.

5          A.  We have to deal with what they actually did

6      decide.

7          Q.  Right.

8          A.  They did make a decision of how they would

9      define their production date and they decided to

10     deviate from that for these pipes only to misrepresent

11     them as having been manufactured during a time when

12     the NSF certification was in place, when in fact that

13     was not -- that was not the case.

14         Q.  If you could please turn back to table 6 on

15     page 72.

16         A.  Okay.

17         Q.  All right.  To take your gel content -- to

18     obtain your gel content readings, did you utilize the

19     solvent xylene or decalin?

20         A.  Both.

21         Q.  Okay.  Which ones of these relied on decalin

22     for the solvent?

23         A.  The bottom six.

24         Q.  And why did you pick those six to utilize

25     that solvent?

Page 531

1      A.  I picked samples that I had already

2   previously analyzed in xylene so we could have a

3   direct comparison.  I picked samples that represented

4   homeowners from each case and I picked samples that

5   were of different colors, so I somewhat randomly,

6   within that framework, picked several samples.

7      Q.  Well, in your prior experience, did you

8   observe that when the tests were done with decalin,

9   the gel percentage numbers were higher?

10      A.  They generally are a little higher.  They're

11   generally about two percentage points higher.

12      Q.  And the standard, if you're going to

13   strictly comply with the standard, requires the use of

14   decalin, does it not?

15      A.  If you're going to strictly comply with the

16   standard, yes.  However, NIBCO did not comply with the

17   standard in the method they used to monitor the degree

18   of crosslinking in their as-manufactured pipe.

19   They --

20      Q.  Well --

21      A.  Excuse me.  May I finish, please?

22      Q.  Sure.

23      A.  They, like many other PEX manufacturers,

24   chose instead to rely on xylene.  In my experience,

25   that's pretty much the norm in the PEX industry.  And

Page 532

1      in fact, the replacement standard that has been issued

2      with regard to gel content testing now identifies

3      xylene as the preferred solvent.  For completeness, I

4      used both for comparison purposes.

5          Q.  Okay.  And when you selected samples, you

6      selected samples that had higher gel content.  Right?

7          A.  That's incorrect.  I selected all of those

8      samples before my testing was completed.

9          Q.  Okay.

10         A.  They were sent to the other lab before my

11     testing was completed and before I had gel content

12     results.

13         Q.  Had you complied strictly with the ASTM 876

14     standard for gel content, you would have expected

15     using decalin for these numbers to be one to two

16     percent higher?

17         A.  Generally, yes.

18         Q.  All right.  Which would have brought the

19     McMahon sample PPX 81A into compliance.  Right?

20         A.  Possibly, but not necessarily.  You're

21     assuming that the variation we're seeing in results is

22     attributed solely to the use of xylene.  It may also

23     be due to localized variations in the degree of

24     crosslinking within that pipe.

25             We know, from work that Jana did on NIBCO

1    pipe, that crosslinking varied significantly both

2    around the circumference of NIBCO pipe and within the

3    walls of the pipe.  So it would be a little misguided

4    to assume that what we're seeing here is merely a

5    reflection of decalin.  It could be, but it is not

6    necessarily.

7            Q.  Regardless, when you say conform to ASTM

8    876, that's based on the test that you performed that

9    didn't comply with the strict requirements of that

10   standard.  Fair?

11           A.  They were tests that I performed for the

12   purpose of seeing what NIBCO would have seen if they

13   tested the same pipe at the same location before

14   sending it out into the stream of commerce.  So if it

15   had been performed with decalin in the exact same

16   location, which it was not because it can't be, you

17   have to use a different sample from the same pipe, we

18   may or may not have gotten the same result.

19           I would not be surprised if it would vary by

20   one to two percent based on my experience.  It could

21   likely be one to two percent higher if we tested it

22   with decalin, but there's no guaranty that it would

23   have had to have been.

24           Q.  Now, you didn't say, in this chart or in

25   your report, conform to ASTM F876 if NIBCO had done

1    the test.  Right?  You're saying conform to ASTM F876.

2    And my question to you is simple.  You're basing that

3    statement with respect to the xylene-tested samples on

4    testing that did not comply with the standard outlined

5    for gel content testing?

6         A.  And the conclusion I have drawn from this is

7    not purely about the conformance first of all.  Maybe

8    my wording here in the title is misleading you

9    regarding the purpose for doing this test in xylene.

10   I'm simply comparing the number here.  So maybe I have

11   not worded that as clearly as I needed to in the title

12   for the header.

13        NIBCO however did rely on that exact same

14   version of the test, using xylene to determine if

15   their product was in conformance with ASTM F876, for

16   the purpose of determining if that pipe was suitable

17   to be sold into the stream of commerce.  So maybe what

18   I should have said, to be more clear, is would NIBCO

19   have determined that this conformed to ASTM F876.

20        That was the purpose of this assessment:

21   Would NIBCO have made that determination based upon

22   this result and what the standard says.  So the yes or

23   no that you see there should properly say would NIBCO

24   have determined that this conformed to ASTM F876.

25        Q.  And based on NIBCO's internal policies and

1    procedures, if it tested the tubing and the gel

2    content came back at under 65 percent, they would have

3    scrapped that lot.  Right?

4         A.  They should have.

5         Q.  And it would have as far as you know?

6         A.  Not necessarily.  They certainly didn't

7    scrap lots of pipe that had nonconforming dimensions

8    and nonconforming degrees of out-of-roundness.

9         Q.  Are you aware of any lot where a gel testing

10   number came back at under 65 percent and it was not

11   scrapped?

12        A.  I have not seen evidence that would indicate

13   that.  I have also not seen evidence that would refute

14   that.  NIBCO only tested, what, three feet of their

15   pipe per week or something -- actually less than that.

16   They tested samples I believe weekly.  Out of the

17   millions of feet of pipe that you have represented

18   that they manufactured and sold, clearly only a very,

19   very small percentage of that was even being evaluated

20   for conformance to gel testing.

21            What these results do show and have shown

22   repeatedly in a variety of cases, no matter who has

23   evaluated them and no matter what solvent was used,

24   clearly pipe that was not sufficiently crosslinked has

25   made it out of the plant, into the stream of commerce.

1      NIBCO did sell pipe that was under-crosslinked.

2           So whether the issue is that they weren't

3      looking frequently enough or whether they looked and

4      saw and let it go anyway, either way they were remiss

5      in selling pipe that they represented as being

6      compliant with ASTM F876 when in fact it was not.

7      Whether they knew it wasn't or just should have known

8      it wasn't is a matter of debate, but the facts are

9      clear from a technical perspective, they did sell pipe

10     that did not conform to ASTM F876.  That's been shown

11     repeatedly.

12          Q.  You can't determine if a piece of pipe

13     conforms to F876, from a technical standpoint, without

14     performing testing on that sample.  Right?

15          A.  Correct.

16          Q.  And the gel content numbers that you've

17     created are based on pieces of tubing that are coming

18     out of an in-service application.  Right?

19          A.  Which does not change the degree of

20     crosslinking in the sample, but yes.

21          Q.  Okay.  Does the standard discuss testing gel

22     content on pipes removed from service?

23          A.  The pipe certainly doesn't prevent us from

24     doing that, but it is designed where the manufacturing

25     process is standard.

1    Q.  Okay.

2    A.  So it probably would not specifically say

3  anything about field-return product.  They like to

4  assume you got it right in the beginning and that you

5  won't have field-return product.

6    Q.  You were talking about 22 percent of field

7  service return pipes not meeting the gel content

8  percentages.  We talked about that.

9    A.  That's an approximate number.

10   Q.  And this first sample here, PPX 105, is

11  listed at 65 percent.  It's in red though.

12   A.  Yes.

13   Q.  Did you indicate -- did you include that in

14  your 22-percent calculation?

15   A.  I don't recall.  As I said, that number is

16  an approximate number that I threw out based upon my

17  recollection of calculations.  What you do need to

18  know about that 65.0 number is that it is exactly at

19  the bottom end of the range of 65.0 to 68.0 for what

20  would be considered acceptable in accordance with the

21  ASTM F876 standard.

22       The standard also goes on to state, relative

23  to crosslinking -- if you have that specific standard,

24  there is a different standard that we would need to

25  look at for that.  That standard goes on to state that

1    the PEX material cannot be under-crosslinked anywhere

2    in that wall.  When we do the ASTM F876 test for gel

3    content, we are looking at a full-wall-thickness

4    ribbon from that sample that is shaved over a length

5    of the pipe.

6           So we're taking into account material at the

7    interior surface at the midwall and at an OD surface

8    and we are reporting an average value.  The standard

9    that governs the crosslinking requirements for the PEX

10   pipe specifically states that the tubing may not be

11   under-crosslinked -- I'm looking at section 7.9 from

12   ASTM F876 under note 7.  It states, this method

13   provides a test method for measuring the average

14   degree of crosslinking over the tubing wall thickness.

15          That however does not mean that the degree

16   of crosslinking is allowed to vary outside the limits

17   for the grade in question at any part of the tubing.

18   In case of disagreement, strips of the same thickness

19   .004 inches can be taken in tangential, axial or

20   radial direction at any angle, section or wall

21   thickness, depth, or both, to measure the degree of

22   crosslinking.

23          This number is an average.  It tells us that

24   there is a very high likelihood that there were areas

25   within that pipe wall that would have been a little

Page 539

1    above 65.0 and there would be areas that would be a

2    little below 65.0.  Numerically, they have averaged

3    out to a number that is exactly at the very bottom end

4    of the range.  So it's highlighted in red for that

5    reason.

6           With relative certainty, that pipe had at

7    least some areas that were under-crosslinked,

8    particularly when we view that number in light of the

9    data that has been reported by Jana Laboratories for

10   NIBCO pipe showing that the degree of crosslinking

11   varied significantly both within the wall and

12   circumferentially around the pipe due to an inherent

13   interaction of the beam.

14       Q.  Did you do any testing on your own to

15   determine if there were different gel contents at the

16   outer wall, midwall or inner wall of these tubing

17   samples?

18       A.  We have not.

19       Q.  Do you have any data whatsoever to support

20   the conclusion that there is a quantifiable difference

21   in the gel content of the outer wall, midwall or inner

22   wall of the tubing in any of these plaintiffs' houses?

23       A.  We can render that opinion based upon

24   testing that was done by Jana on new pipe that's never

25   been in service.  I don't need to repeat that testing

Page 540

1    here to get to that conclusion.

2         Q.  I'm talking about with respect to these

3    plaintiffs' houses.  Do you have any data to suggest

4    that these plaintiffs' pipes had differing levels of

5    gel content at the outer, mid or inner wall?

6         **A.  We have data generated by Jana Laboratories**

7    **evaluating NIBCO's process, stating that the**

8    **differences they observed were an inherent interaction**

9    **with the beam that could not be changed.  Therefore,**

10   **we would have reasonable certainty to believe that all**

11   **NIBCO pipes of the same formulation, exposed to the**

12   **same beam process, would also experience similar**

13   **levels of variability and similar patterns of**

14   **variability in the pipe.**

15        Q.  And under your theory with the variability

16   in the pipe, there could be long runs of this pipe

17   with higher levels of gel content and then long runs

18   of this pipe with lower levels of gel content.  Right?

19        **A.  There could be.**

20        Q.  And there could be long runs of this pipe

21   that complied with every aspect of F2023 if you tested

22   it and may be long runs where it didn't.  Right?

23        **A.  There could be.  But all of them would still**

24   **exhibit the same underlying deficient formulation and**

25   **all of them would have still been subjected to the**

1    same process that results in this highly variable PEX

2    tubing that has now repeatedly failed from coast to

3    coast, due to oxidative degradation, in less than ten

4    years.

5         Q.  What exactly is variable inside the tubing?

6    Is it the amount of antioxidant that's variable?

7         A.  There are many things that were variable in

8    this tubing.

9         Q.  Okay.  Which things that are variable --

10   okay.  We're going to circle back to that in second.

11   Let's go back to this table six.  You're familiar with

12   the gel content standard I would assume.  And when it

13   says 65 percent, the standard actually allows for

14   rounding up to the next closest number, does it not?

15        A.  It allows for rounding to the decimal place

16   I believe.  Let me just verify that.  Do you have the

17   gel content standard here with you?

18        Q.  I do not.

19        A.  Okay.  Then we would need to refer to the

20   standard to make sure that my recollection is correct.

21        Q.  Assuming that it does allow for rounding up,

22   then samples like PPX 31 would fall into compliance

23   with ASTM F876.  Right?

24        A.  Bear with me.  ASTM F876 specifies -- let me

25   make sure I'm getting this right.  We need to see both

1    **standards and compare them to be able to confidently**

2    **and accurately answer that question.  And you don't**

3    **have the second standard here.  Is that correct?**

4         Q.  No, not at this time.  But I can get it.

5         **A.  Okay.**

6         Q.  Okay.  Well, assuming that I'm correct and

7    the standard allows for rounding up, that would bring

8    PPX 31 into compliance, would it not?

9         **A.  If it allows for rounding to the nearest**

10   **whole number, that would give PPX 31 a value of 65.0.**

11   **Actually it would be 65 with no decimal because it's**

12   **currently 64.7.**

13        Q.  And that would be compliant with ASTM F876.

14   Right?

15        **A.  If it allows for rounding.**

16        Q.  Right.  And as you would expect, if decalin

17   was used on PPX 81, consistent with the requirement of

18   the standard, you would expect that one to come up to

19   65, too.  Right?

20             MR. SHAMBERG:  Objection.  Mischaracterizes

21   testimony.

22        **A.  I'm sorry.  Which one?**

23        Q.  PPX 81A for McMahon.

24        **A.  And what was your question?**

25        Q.  If you used decalin, you would expect that

1    that particular gel content result to come back up

2    into compliance, too, wouldn't you?

3            MR. SHAMBERG:  Same objection.

4        **A.  Not necessarily.**

5        Q.  Does the standard provide for retesting when

6    a result is reached that is below 65?

7        **A.  Which standard are you referring to?**

8        Q.  Well, either F876 or the standard that deals

9    with gel content and I don't remember the number of it

10   offhand.

11       **A.  Well, I can only answer questions related to**

12   **F876 because that's the only standard that you have**

13   **available for me to review.  So what question**

14   **specifically do you have about ASTM F876?**

15       Q.  Does it permit or does it call for retesting

16   of the sample that fails to meet the 65 percent

17   number?

18       **A.  Does it call for or permit?  You said both.**

19       Q.  Does it call for?

20       **A.  Can you point me to a particular section**

21   **that you are concerned about?**

22       Q.  You are the tubing expert and not me.

23       **A.  Okay.  Then I will --**

24       Q.  Are you aware of any?

25       **A.  Then I will look at the standard in its**

1    entirety.  There is one section, section eight, that

2    states retest and rejection.  If results of any test

3    do not meet the requirements of this specification,

4    the test shall be conducted again only by agreement

5    between the purchaser and seller.  Under such

6    agreement, minimum requirements shall not be lowered,

7    changed or modified nor shall specification limits be

8    changed.

9         If upon retest failure occurs, the quantity

10   of product represented by the tests does not meet the

11   requirements of the specification.  So based upon that

12   language I would say no, it does not call for

13   retesting.

14        Q.  But it also doesn't say that it's not

15   compliant with the requirements of the specification

16   upon a single failure, doesn't it?

17        A.  It does not say that.  You're

18   misrepresenting what it states.

19        Q.  Well, it says upon agreement between the

20   manufacturer and the seller, a retest can occur.

21   Right?

22        A.  It says it can occur only upon agreement.

23   You're mischaracterizing what the standard states.

24   This test shall be conducted again only by agreement

25   between the purchaser and seller.  That is what the

Page 545

1    **standard states, not maybe, shall be only conducted by**

2    **agreement between the purchaser and seller.**

3              MR. KUHLMAN:  All right.  Let's go off the

4    record for a few minutes.  I'm going to track down

5    this gel testing standard.

6              (A recess was taken.)

7         Q.  Okay.  We've looking at table six and some

8    of the gel testing results that you received that are

9    outlined in table six of this report.  And when you

10   were calculating that approximate number of 22 percent

11   of the field-return samples coming in under

12   65 percent, how many of those samples came in at under

13   65 percent in the tests performed pursuant to the

14   standard with decalin?

15        **A.  We only evaluated three samples with**

16   **decalin.  And based on the decalin result alone, when**

17   **tested at that location, none of those samples were**

18   **shown not to conform --**

19        Q.  And --

20        **A.  -- none of these three.**

21        Q.  And in the other cases that you have worked

22   on, are you aware of any samples that failed to meet

23   the minimum gel content when tested in accordance with

24   the standard using decalin?

25        **A.  Yes.**

Page 546

1      Q.   Which case was that?

2      A.   Christianson.  If memory serves me

3   correctly, testing performed on behalf of ESI showed

4   some samples that were crosslinked below 65 percent.

5      Q.   There were three samples tested with decalin

6   in Christianson and all three came in over 65 percent?

7      A.   That's not my recollection, but maybe I'm

8   mistaken.  If you have a copy of the Christianson

9   report, I'd be happy to review it.  It's been almost

10   two years now since I have looked at that data.

11      Q.   Okay.  I think we can just agree to disagree

12   on that.  Okay.  So you're aware of one sample in all

13   the samples that you've looked at that failed to meet

14   the gel content standard when tested in accordance

15   with the standard using decalin?

16      A.   I don't know that that is correct, no.

17      Q.   So at most, one?

18      A.   No, I don't know that that is correct.  I

19   believe that there could have been more than one.

20      Q.   Okay.  Which cases -- were there other

21   samples that failed to meet the gel content when

22   decalin was used?

23      A.   I believe there were also some samples

24   associated with the Pulte Homes cases that showed to

25   be under-crosslinked when tested with decalin.

Page 547

1      Q.   Do you have any test reports or data from

2   that matter?

3      A.   I have what's been produced in the case from

4   that matter --

5      Q.   Okay.

6      A.   -- which included some reports from Duane

7   Priddy and I don't know if they were included in their

8   entirety or not.  I'm basing that on my recollection

9   from what I have reviewed in the past in the

10   Christianson case.

11      Q.   Are you relying on these gel content numbers

12   from other cases when you calculate this approximate

13   22-percent number?

14      A.   Yes.

15      Q.   And are you relying on samples that would

16   have fallen into the range of 64.5 to 65 when

17   calculating that number?

18      A.   Yes.

19      Q.   And are you relying on samples that tested

20   under 65 that were tested in xylene as the solvent?

21      A.   Yes.  I'm also relying on the data generated

22   by Jana evaluating new pipe that had never been in

23   contact with water documenting under-crosslinking and

24   variability in the crosslinking within the pipe wall.

25      Q.   Are you relying --

Page 548

1          A.   Not in determining the number, but in

2     rendering opinion about crosslinking.

3          Q.   Are you relying on the hundreds of pages of

4     gel testing results that were produced by NIBCO in

5     this matter showing sample after sample meeting the

6     requirements?

7          A.   Not in calculating a number as we discussed

8     yesterday.  It's based upon a review of field-return

9     analyses related to failed pipe.  I believe I had

10    stated that that number was related to incident pipes

11    that have leaked, that roughly 22 percent of them were

12    found of under-crosslinked.  The issue only becomes

13    important because the degree of crosslinking impacts

14    the strength of the pipe and its resistance to creep

15    rupture, which is the propagation mechanism through

16    the wall by which this underlying defect manifests.

17          So it would influence the rate to failure

18    that we see in these homes or the time to failure or

19    perhaps even the location of the failure.  However, we

20    know from the fact that most of them were not

21    under-crosslinked that it's not a necessary condition

22    for failure to occur and that the underlying defect

23    exists whether they were under-crosslinked or not.

24          Q.   If you're preparing this approximate

25    22-percent number based on the results of gel content

1    tests that were done on field-return samples, why did

2    you include testing performed by Jana on unused NIBCO

3    PEX?

4            A.  I stated clearly just a moment ago, I did

5    not include that in the number.  And the number is

6    intended to be a ballpark number.  You seem to be

7    really concerned about the accuracy of the number.

8    It's not in anyway held out and as an accurate number.

9    I gave you a ballpark approximation based upon what

10   data such as this would suggest.  So please don't

11   misinterpret what that number is meant to reflect.

12           And I stated momentarily ago that I did not

13   rely upon Jana's results for a quantification of a

14   percentage, but with regard to affirming that there is

15   nonuniformity.  And the other opinions I have

16   regarding rounding and variability within the pipe

17   wall and what the significance is of a 65.0, for that

18   I have additionally relied upon Jana's work.

19           Q.  Are you planning to render any opinions

20   about the percentage of NIBCO PEX that left the

21   factory at a rate of gel content under 65 percent?

22           A.  I don't have a plan for anything at this

23   point.  We'll see where this case goes and I will

24   answer any questions that I am asked as honestly and

25   completely and accurately as I'm able to.

Page 550

1          Q.   Have you ever been arrested?

2          **A.   No.**

3          Q.   Have you ever been convicted of a felony?

4          **A.   No.**

5          Q.   Have you ever been convicted of a

6     misdemeanor involving dishonesty?

7          **A.   No.**

8          Q.   Has Paragon Polymer Consultants been sued

9     for any reason?

10         **A.   No.**

11         Q.   What about Vanguard?

12         **A.   No.**

13         Q.   Have you personally been sued for any

14    reason?

15         **A.   No.**

16              MR. KUHLMAN:  All right.  So let's go off

17    the record.

18              (A recess was taken.)

19              MR. KUHLMAN:  All right.  I don't have any

20    other questions today.  Thank you for your time.

21              MR. SHAMBERG:  We will read and sign.  No

22    questions here.

23              MR. KUHLMAN:  I guess you've got both.  Is

24    that announcement for both cases?

25              MR. SHAMBERG:  You guys have any questions?

Page 551

1                    MR. EDWARDS:  We don't.

2                    MR. SHAMBERG:  No questions for the Meadow

3          or Cole plaintiffs.

4                    (The deposition concluded at 4:20 p.m.)

5                    (Reading and signature were reserved.)

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 552

1        STATE OF NORTH CAROLINA   )

2                                  )   CERTIFICATE OF TRANSCRIPT

3        COUNTY OF MECKLENBURG     )

4

5            I, Mary L. Labonte, RPR, and Notary Public in and

6        for the aforesaid county and state, do hereby certify

7        that the foregoing pages are an accurate transcript of

8        the deposition of Cynthia Smith, Which was reported by

9        me on behalf of Defendants in machine shorthand and

10       transcribed by computer-aided transcription.

11           The deponent and parties reserved the signing of

12       the deposition by the deponent.

13           I further certify that I am not financially

14       interested in the outcome of this action, a relative,

15       employee, attorney or counsel of any of the parties,

16       nor am I a relative or employee of such attorney or

17       counsel.

18                        This 30th day of May, 2017.

19

20                        _____

21                        Mary L. Labonte

22                        Registered Professional Reporter

23                        Notary Public No. 201227500033

24

25

Page 553

1                    WITNESS'S CERTIFICATE

2

3            I, CYNTHIA SMITH, do hereby certify

4     that I have read and understand the foregoing

5     transcript and believe it to be a true, accurate, and

6     complete transcript of my testimony, subject to

7     the attached list of changes, if any.

8

9                         _____
                              CYNTHIA SMITH

10

11           This deposition was signed in my presence by

12    _____, on the _____ day of

13    _____, 2017.

14

15

16                        _____
                              Notary Public

17

18    My commission expires:

19

20

21

22

23

24

25

**A**

a.m 286:1
abbreviate
  526:19
ability 378:22
  394:10,12
able 317:15
  375:8 391:25
  406:16 418:24
  419:25 420:3,6
  420:25 438:16
  440:22 450:9
  450:14,17,18
  450:19,20,22
  459:3,6,19
  460:7 463:23
  465:9,11
  479:11 492:3
  508:25 510:3
  515:4 525:11
  525:14 542:1
  549:25
abrasion 369:12
absence 299:21
  301:15 326:21
  360:3 466:18
  466:19,21
  481:2,10,12
  521:19 522:20
absolutely 325:8
  329:21 386:19
  401:1 402:6,24
  415:15 435:11
  435:14 483:9
abstain 333:2
accelerant
  482:17
accelerate
  365:10 366:13
acceptable
  409:22 537:20
accepted 409:3
  410:13 421:2
access 395:19
  397:18
account 374:14
  538:6
accounting
  374:12 407:16
accredited 307:4
  307:9
accuracy 549:7
accurate 288:7
  288:18 308:19
  310:25 389:23
  389:25 449:23
  549:8 552:7
  553:5
accurately
  449:15,19

510:9 514:2
542:2 549:25
achieve 311:4
  418:10 496:22
achieved 421:18
  481:24 514:25
  515:3
achieving 403:4
acknowledges
  374:22
acquired 348:21
  382:11 388:19
  389:13 391:13
acquisition
  390:15 392:10
  392:17,23
action 287:11
  457:7 472:7
  552:14
actions 423:10
active 404:3,7
  406:15,18,20
  526:24
actual 287:22
  297:21 373:13
  373:17,22
  374:23 414:21
  481:23 517:11
  520:2
ad 483:17
ADAM 285:17
adam@gregcol...
  285:20
added 317:16
  343:12 414:9
  419:16,17
addition 338:3
  345:13,16
additional
  289:17,23
  290:4,7 316:2
  336:12 349:16
  349:17 438:10
  451:11 453:1
  461:9
additionally
  549:18
address 289:15
  289:23 290:16
  335:11 402:18
  404:9 409:8
  418:21 420:12
  495:4 512:1
addressed 338:1
  373:18 416:17
  497:5
addresses 393:4
  511:19
addressing
  313:12 334:19

416:24 497:12
522:19 523:5
adequate 404:12
  481:10,24
adequately
  479:20 506:18
adhere 402:25
adjacent 497:13
  510:10 518:6
admitted 329:6,9
adopt 403:20
advertised
  369:11,12,18
  377:4 420:2,3
  420:4,5
advise 457:4
  491:14 495:22
  499:12 503:18
  524:5
advised 335:23
  498:21
advising 457:6
advocate 337:7
  497:18
advocating
  498:10
affect 433:19
affidavit 504:15
  505:6
affirming 549:14
aforesaid 552:6
agencies 301:18
  409:15 410:9
  445:14
agency 305:3,15
  306:2
agents 482:16
aggressive 420:4
  460:9
ago 329:11
  463:20 488:1
  549:4,12
agree 297:20
  306:8,14
  364:16 373:11
  373:25 374:1,3
  408:20,23
  420:11 425:12
  434:2 440:25
  441:1,17
  514:12,17
  546:11
agreed 458:16
agreeing 408:7
agreement 353:8
  491:13 544:4,6
  544:19,22,24
  545:2
ahead 309:11
  312:20 383:10

400:16 506:16
528:20
aid 354:13
aim 403:1 425:6
aiming 400:6
  403:3
ALAN 283:11
Aleesha 342:7,8
alerted 389:19
allow 366:15,23
  481:7 507:10
  513:9 541:21
allowed 538:16
allows 480:19
  501:6 541:13
  541:15 542:7,9
  542:15
alloy 481:3,12
  482:9,22
  500:10 501:8,9
  516:21
alloys 491:4
  498:25 500:3
alter 510:22,23
alternative
  395:10 396:21
  399:14 400:14
altogether
  312:10 314:4
amiss 328:23
  329:1
amount 362:12
  374:24 407:14
  453:18 456:19
  474:11,18
  475:17 513:9
  514:24 541:6
analog 444:19
analyses 334:23
  378:14 548:9
analysis 284:11
  287:9 314:23
  315:7 318:19
  319:14,24
  327:13,18
  329:19,24
  331:15 356:24
  374:7 378:18
  420:22 423:9
  441:19 481:21
  486:24 521:10
  521:13
analyze 506:22
analyzed 303:17
  303:19,21,23
  317:20 399:7
  531:2
analyzing 521:1
and/or 328:25
angle 538:20

announcement
  550:24
anomalies 291:14
anomalous 299:22
  326:22 366:4
  480:11
answer 298:1,4
  302:11,11
  315:17,18
  334:2,6,8,9,11
  337:1,2,6,14
  337:18,20
  343:20,23
  345:1 351:15
  371:15 376:16
  380:11 384:10
  385:23,24
  388:21,24
  400:12 403:24
  409:5 442:16
  446:7,18 451:4
  460:12 462:18
  462:21 467:9
  467:16 483:19
  485:19 487:5
  487:23 491:21
  491:24,24
  492:12 499:5,6
  500:21 503:9
  503:10,14
  507:20 508:11
  511:8 524:2
  542:2 543:11
  549:24
answered 298:2,6
  331:14 333:21
  333:24,25
  341:5 393:1
  411:25 425:18
  467:1 483:18
  487:17 503:8
  503:15 514:1
answering 337:9
  345:2 346:17
  400:13
answers 467:12
anticipate 351:2
anticipated
  325:24 350:8
  375:3 383:23
  403:13
anticipates
  350:5,11,16
antioxidant
  419:16,16
  541:6
antioxidants
  419:13 522:21
anybody 429:19
  492:7

anymore 374:18
458:17
anyplace 394:11
anytime 394:11
anyway 378:11
392:9 432:19
528:16,17
536:4 549:8
Apparently 343:6
350:6
appear 321:20
338:6,8 515:20
appearance
299:10,13,15
300:15 372:10
513:24
appeared 372:19
394:17
appearing 431:23
appears 287:8
288:21 321:23
337:24 520:3
appendices
287:13,16
288:13,14,15
288:24 489:9
489:11,12
appendix 287:21
489:13
applicable 363:5
363:7 402:5
412:18,21
413:10 427:18
application
292:9 294:25
297:6,24
298:11 326:11
326:14 327:4
347:11 382:11
419:23 466:12
500:12,19
526:21 536:18
applications
325:6 357:20
369:13 420:9
420:22 421:6
445:11
applied 324:15
334:22 367:8
517:2
applies 527:3
appreciable
376:4 394:24
404:8 517:20
appreciably
467:13 480:8
appreciate 337:7
390:2
approach 375:15
approaching

482:10 502:22
appropriate
363:20 410:13
496:12 504:8
504:17 505:14
505:15 506:8
506:15
approved 307:5,6
326:14
approving 339:15
approximate
527:1 537:9,16
545:10 547:12
548:24
approximately
294:3,5 314:14
317:25 421:15
421:21 436:8
436:11 461:1
512:18,24
approximation
513:4 549:9
area 371:7,11,18
371:19,23
403:1 460:5
468:18 471:10
471:11,13,21
471:23 473:1,1
473:6,7,18
474:1,2,12,19
474:20 475:3
478:23
areas 303:2
361:18 524:14
524:16 538:24
539:1,7
arms 329:3
arrested 550:1
arrival 453:23
article 498:3,8
articles 416:10
416:10 417:11
417:12,18,25
as-installed
455:21 464:1,4
464:7
as-manufactured
419:8 521:22
521:25 531:18
ascertain 459:19
479:20 506:18
aside 292:19
336:14 413:6
450:10 494:2
asked 289:10
298:6 314:3
333:23 334:3
337:13 341:6
346:16,17
392:25 401:21

409:19 411:25
425:17 434:22
455:7,8 462:18
466:25 479:15
483:19 487:16
488:1,11
492:14 495:15
503:7,15
507:22 513:25
549:24
asking 298:7,16
302:8 333:19
334:13 358:15
429:7 438:21
452:23 459:11
467:17 483:20
486:23 495:13
499:2 507:17
asks 290:1
aspect 356:21
358:3 359:13
aspects 368:9
375:24
assemble 512:16
assemblies 361:2
459:10,18
465:13,17
481:25
assembly 442:19
459:15 479:21
480:11 481:6
481:25 482:3
507:20 517:22
assert 310:24
asserted 462:22
463:14
asserting 374:16
427:16
assertions 290:5
asserts 299:25
assess 301:8
415:23 416:7
416:20 417:16
418:6 451:5
463:23 478:9
507:15 508:25
521:14,17,19
521:21,24
assessed 301:22
assessment
416:24 428:1
490:9 534:20
assessments
426:10
assets 348:21
382:12 388:19
389:13 390:16
392:10
assigned 339:15

associated
287:10 288:13
311:11 381:19
446:9 494:7
501:5 546:24
association
303:13
assume 328:12
375:11,15
376:17 402:7
422:14 481:16
493:19 533:4
537:4 541:12
assumed 422:6
505:19
assumes 351:8
assuming 402:1
421:10 481:22
532:21 541:21
542:6
assumption
353:16
assumptions
482:6
assurance 375:13
422:9
ASTM 284:13,16
304:16,20
317:9 322:6
323:13,13,18
323:22 338:14
339:7,8,19
354:20 370:14
382:17,18
384:25 391:15
409:6,24
410:17,18
412:8,10,12,16
412:22 413:5,9
413:9,12,19
416:14 490:24
494:3 511:24
511:25 527:4,6
528:22 532:13
533:7,25 534:1
534:15,19,24
536:6,10
537:21 538:2
538:12 541:23
541:24 542:13
543:14
ATOFINA 316:23
316:25 320:24
321:1,16,17
323:3
attached 553:7
attempt 394:24
502:2 510:6
attention 373:3
376:12 400:19

401:2 404:5
506:1 510:17
attest 408:24
attic 450:8
458:6 464:4
attorney 457:19
552:15,16
attorneys 327:8
407:25 491:11
504:5
attribute 484:6
attributed
532:22
audit 310:11,16
310:18,21
349:7,9,14,17
349:20 378:23
379:8 383:16
audits 348:2,10
379:13,15,16
379:23 380:4
422:7,8,23
austenitic
490:23 493:16
497:9,19
499:21
authorized
338:22
automatically
361:8
available 301:11
395:11 396:8
401:23 411:12
440:14 441:4,9
441:11,16
443:11 449:10
449:12 450:5
459:23 462:10
501:23 543:13
average 538:8,13
538:23
averaged 539:2
aware 326:4,9,15
326:19,23
331:16 333:9
333:19 334:13
334:15,21
344:1 378:19
396:1,21 409:7
411:11,13
415:11,22
416:5 438:11
438:12 440:8
446:17,19
464:20 472:6
480:1 484:6
485:14,20
492:18,22
497:18 498:17
505:8 521:12

521:16 524:8
535:9 543:24
545:22 546:12
**awareness** 333:14
334:11
**axial** 538:19

**B**

**B** 396:10,14
399:16 506:7
506:10 509:10
515:13
**back** 291:16
294:18,19
305:13 310:12
314:12 316:16
321:25 329:17
341:11,12
348:17 362:2
362:10 374:19
379:10 380:19
382:2 383:3
385:14,22
387:16 390:14
391:22 393:17
395:9 408:11
408:16,19
412:25 415:10
416:2 425:5
441:8 442:15
443:17 453:1
456:4 458:2
463:13 464:14
467:6 472:12
476:9,15 478:6
484:13 494:20
494:22 505:25
520:19,20,21
523:17 524:23
527:14 530:14
535:2,10
541:10,11
543:1
**backside** 403:5
**backup** 383:22
**Baja** 297:2
**ballpark** 549:6,9
**barbs** 512:18
**barely** 309:8
**base** 382:23
389:2 432:19
440:15
**based** 286:17
289:22 312:11
315:6,20
322:16 324:13
325:10 329:24
339:13 341:5
345:10,11
368:17 370:20

385:25 386:1
387:4 395:3,3
399:8 420:24
426:10 430:12
431:2 433:5,12
433:22 435:10
439:15 478:3
490:9,16
506:18 525:10
533:8,20
534:21,25
536:17 537:16
539:23 544:11
545:16 548:8
548:25 549:9
**basic** 455:1
**basically** 523:17
**basing** 534:2
547:8
**basis** 296:11
326:7 333:5
389:25 406:11
508:4
**bathroom** 351:19
452:17
**battery** 311:22
316:2,11
**beam** 386:16
539:13 540:9
540:12
**Bear** 541:24
**began** 306:11
414:20 431:23
489:4 520:2
**beginning** 414:23
519:16 537:4
**behalf** 283:4,14
286:3 297:11
546:3 552:9
**behave** 421:12
**believe** 293:18
296:7 298:2,5
301:10 303:25
309:23 310:13
310:20 313:24
327:4 329:9
331:18 333:7
334:17,25
335:3,4,6,17
349:22 350:10
350:19 351:8
352:7 353:22
354:2 355:17
355:18 357:24
357:25 358:3
364:9 368:19
370:22 372:1
377:9 378:4
379:1,11 383:3
383:11 384:2

385:4,9,10,23
388:14,17
394:3 401:20
403:25 404:15
404:21 413:21
414:15 423:13
426:20 432:6
433:22 438:6
438:10 439:13
445:16 451:18
456:7,9 458:3
460:25 464:3
483:18 486:3
486:13,15
487:3,9 488:1
488:2,11
492:13 493:10
495:1 496:5
498:2,23 500:9
500:18 502:11
502:19,23
503:13 504:19
505:1 514:8,10
516:14 517:19
521:5 527:15
535:16 540:10
541:16 546:19
546:23 548:9
553:5
**believed** 374:15
439:25 462:17
491:15 495:23
504:7 505:18
**bend** 361:18,20
361:20 369:9
517:15,20,21
**bend-back** 417:20
**bendable** 369:11
369:18 420:6
**bending** 360:12
361:10 365:9
365:19,23,24
517:24 518:2,6
**bends** 361:19
**beneath** 519:23
**benefit** 414:9
415:17
**bent** 296:17
369:22
**Berger** 285:14
**best** 325:17
336:22 348:16
357:25 438:2
439:7 449:16
514:3
**bet** 430:12
**better** 328:7
398:21 432:11
**beyond** 377:1,7
394:13 407:5

412:23 427:17
463:25 480:10
503:14 521:25
**big** 328:20,22
449:3 469:22
503:4
**bigger** 366:21
**bill** 406:4 408:4
**billed** 407:20,21
407:22 408:3
**bit** 308:11
380:23 444:5
444:10 450:11
453:16
**bites** 337:8
**blamed** 433:25
**block** 342:5,18
**blue** 309:7
312:11 313:14
316:12 321:16
321:17,19,22
322:22 336:20
338:23 339:17
340:2,4 342:20
343:12 345:6
349:10 469:22
**board** 354:20
**Bockius** 285:8
**bodies** 417:3,6
**body** 416:25
497:15 523:1
**bomb** 503:6
**bottom** 317:8
342:18 526:25
530:23 537:19
539:3
**Boulevard** 285:5
**bound** 327:6
449:12 492:1
**box** 338:8,10,11
365:16
**boxes** 486:18
**Boyd** 283:12
458:12,25
459:22 463:7
464:19
**Boyds** 463:10,12
**Bradshaw** 286:4
**brand** 319:3
327:24 328:14
526:15
**branded** 526:22
**brass** 294:9
434:8 440:9,10
444:25 445:20
445:23 462:3,6
462:9,12,19,23
462:24 463:3,4
464:23 479:17
480:6,7 485:21

497:14 498:22
498:24 499:8
499:16 500:13
500:14,16
501:22 502:5
502:10,13
503:21 511:20
516:22
**break** 351:19
380:20 387:10
408:10,17,17
443:18 452:17
453:10 483:24
484:6,10
500:22 506:1
511:12 516:12
519:24
**breaking** 496:22
511:13
**breaks** 483:22
**bright** 506:21
**bring** 542:7
**brittle** 519:18
**broad** 524:12
**broadly** 425:9
**broken** 438:19
485:4 511:6
513:15
**brought** 532:18
**brown** 372:14
**bug** 325:25
**build** 434:12
**builders** 355:2
**built** 436:13,19
**burial** 369:13
**burst** 290:11,17
346:23 365:6
**business** 320:11
394:20 404:6
404:12,24
**busy** 333:3 404:3
**buy** 355:7 363:22
**buying** 354:23
355:1,11

**C**

**C** 285:1 315:9,10
396:2,5,7,12
396:14,17,19
396:22 397:21
398:11,13
399:4 403:10
403:11 509:10
515:13
**calcium** 481:9
**calculate** 318:11
447:3 471:24
475:9 547:12
**calculated**
318:15

calculating
  374:14 471:16
  471:20 475:7
  545:10 547:17
  548:7
calculation
  318:20 537:14
calculations
  343:11 537:17
call 338:22
  371:7 412:2
  417:18 497:24
  505:23 510:23
  511:15 517:16
  520:5 543:15
  543:18,19
  544:12
called 309:10
  344:10,16
  413:9,12,19,20
  413:22,24
  475:20
calls 354:17
  356:2,14
  363:24
calorimetry
  301:24 303:24
  416:16
cancel 348:19
canceled 348:18
capacity 504:22
captions 286:20
carbonyl 471:16
  471:21 473:18
  475:7,21
career 357:1
careful 311:5
caret 338:18
  339:6
Carolina 283:22
  286:5 393:5
  552:1
carry 412:22
case 283:3,12
  286:17 289:7,9
  289:11,21
  290:3,8 291:24
  292:2,16,20,21
  293:18 294:2
  294:11 295:2,3
  296:23,23
  299:4 300:24
  301:6 303:11
  303:14,17,18
  307:23 309:7
  311:18 325:10
  328:5 336:11
  337:8 343:25
  359:11 361:11
  361:13 367:12

368:8 377:9
  379:9,22
  381:11,16,16
  386:18 393:8
  399:24 400:23
  401:10,14
  405:23 406:1,2
  412:15,17,18
  412:21 413:13
  414:14,16,18
  417:14,23
  419:3 423:3,6
  423:9,20
  424:11 426:21
  429:21 430:2,2
  433:23 434:23
  434:24 435:11
  435:22 436:15
  440:2,4 443:3
  443:11 457:17
  457:20 463:7
  464:9 466:9
  467:23 471:16
  471:18 482:24
  485:17,25
  487:1 488:4,10
  490:15 496:7
  502:23 507:22
  508:10 522:1
  524:5 530:13
  531:4 538:18
  546:1 547:3,10
  549:23
cases 286:19
  293:3 295:5,6
  295:13,13
  296:24 297:10
  299:5 300:10
  300:24 356:24
  369:23 381:4,5
  381:17,21,23
  404:17,25
  405:16 407:9
  414:6 424:16
  430:22 477:11
  483:12 485:21
  488:10 535:22
  545:21 546:20
  546:24 547:12
  550:24
Casita 299:2,4
  406:22
cause 319:19
  329:23 359:10
  359:15 360:5,8
  366:16,24
  367:21 369:5
  374:2 426:21
  446:8,10
  447:22 478:12

478:19 480:14
  480:22 481:2
  481:14 508:9
  515:24 516:1,8
  516:9
caused 302:18
  516:12 517:24
causes 515:25
CD4300 338:6
centered 295:4
  471:22 473:19
  474:22 475:4
  512:18
centimeters
  471:22,24
  473:19 474:23
  475:4
certain 311:2
  327:3 350:17
  350:20 364:17
  365:20 392:6
  410:20 459:8
  519:25 524:14
certainly 289:13
  299:2 325:21
  326:1 359:11
  361:18,21
  364:10 367:2
  377:11 390:4,7
  401:25 407:19
  422:14 424:25
  432:7,7 435:6
  441:1 466:7
  484:3 485:6
  488:14 495:8
  497:15 501:15
  522:18 523:13
  524:13 535:6
  536:23
certainty 426:4
  431:3 435:11
  539:6 540:10
CERTIFICATE
  552:2 553:1
certification
  305:2 306:9,16
  307:11 308:24
  309:15,20
  311:4,6 313:16
  316:6 317:16
  321:11 345:19
  345:20,22
  346:10 347:16
  347:21,24,25
  348:1,17,22
  349:1 350:2
  354:15 355:19
  375:12 390:9
  391:9 394:13
  402:6,10,11,14

409:3 420:25
  421:8,18
  422:15 525:16
  527:21 528:15
  528:22,23
  530:12
certified 308:3
  308:4,13,16
  310:10 311:6
  313:13 325:13
  325:16 354:14
  354:22 355:7
  355:18 390:16
  391:11,14
  402:4,13
  529:18
certify 552:6,13
  553:3
certifying 305:3
  305:15 306:2
cetera 410:5
CHAD 283:3
chalky 372:9
challenge 526:17
  528:9
chance 452:16
change 319:2
  350:22 419:21
  527:1,3 536:19
changed 310:13
  310:14 405:3
  438:7 540:9
  544:7,8
changes 317:11
  322:8 330:15
  330:19,20
  331:1,10,16,18
  331:19,23
  333:14,17
  334:11,15,18
  334:20,21,25
  352:25 553:7
changing 529:6
characteristics
  360:5 426:1
  500:2
characterize
  300:21
Charlotte 283:22
  286:5 393:5
chart 440:13
  449:15 477:21
  533:24
charter 507:22
chartered 485:23
check 342:21
  448:8 508:4,6
checked 508:7
checking 508:1
chemistry 284:18

295:16 360:16
  360:20 443:20
  445:5 446:10
  446:10,13
  448:24 449:18
  455:1 480:9
  491:2 501:9
  516:22
Chicago 285:23
chime 491:12
chipper 326:6
chloride 481:18
chlorides 480:21
  482:14,18
  483:3,5 493:18
  495:12 497:7
  500:15
chlorinated
  347:10 357:8
  357:20 358:1
  368:16 369:1
  370:16 420:5
  420:22
chlorine 300:19
  302:14,17,18
  308:23,25
  309:2,5,24
  311:3,8,13,25
  312:3 316:20
  326:12 327:1
  327:25 329:22
  339:6 349:11
  349:19 360:18
  368:13,15,17
  368:18,20,22
  368:24 369:2,3
  382:9,16,21,25
  390:21 396:3,4
  397:6,14,16
  403:2 408:18
  408:22,24
  409:2,8,22
  410:6,10,14
  411:4,7,17,23
  412:5,9 413:6
  413:11,17,18
  413:23 420:10
  428:24 431:25
  448:16,20,21
  448:23 449:9,9
  449:10,10,11
  449:11,12,13
  449:14
chlorine-rel...
  411:14
choice 396:18
  492:10 495:20
  496:5,12
  499:19 504:17
  505:14

choices 499:23
  530:3
choose 348:12
  396:9 414:4
chose 396:19
  531:24
chosen 399:16,25
  400:2,3
Christianson
  299:1 303:13
  303:17 405:18
  415:7,12
  423:15 522:1
  546:2,6,8
  547:10
circle 387:16
  408:19 441:8
  519:4,8 541:10
circling 294:18
  390:14
circulate 362:7
circumference
  300:6 302:24
  533:2
circumferent...
  539:12
circumstance
  327:3 365:22
  403:13
circumstances
  363:15 365:20
cited 409:24
  512:25 517:8
cites 416:6
City 285:6
claim 397:19
claiming 288:6
  440:1
claims 361:15
  398:1,3 433:24
clamp 461:25
  462:4,20,23
  480:21,21
  481:11,13,14
  481:17,19
  482:4 483:4,25
  484:1,23
  489:18 492:23
  493:12,21
  494:8 496:15
  502:18,21
  504:18 510:14
  516:24
clamping 494:5
clamps 294:10
  381:9 440:8,11
  440:12 462:7
  462:10,14
  463:15 479:18
  480:8 483:10

483:13,23
484:11,14,17
484:24 485:6
485:13,19,22
485:24 486:24
486:25 487:14
488:12,16,18
488:19 489:15
489:15,21
490:4,8,10,12
490:18,22,24
491:1,6,15
492:10,16,17
493:2,3,8,14
494:2,13 495:1
495:19 496:19
496:20 497:5
497:12,16,19
498:4,12,15
499:4,22,22,25
500:14,15
502:17 503:21
504:2,8,11
505:14 515:18
clamshell-sh...
  519:20
clarify 442:15
  443:5 458:3
  468:17 487:12
  489:3
class 287:10
  423:10 491:4
clean 500:25
  505:22
clear 331:25
  341:20 387:2
  406:8 407:2
  483:20 486:23
  505:19 534:18
  536:9
clearly 288:8
  325:4 332:13
  350:2 402:7
  403:20 422:4
  502:1,8 523:20
  523:21 534:11
  535:18,24
  549:4
click 387:13
client 415:18
clients 391:4
  404:6 503:18
clock 406:2
close 330:5
  366:7 372:22
  441:13
closely 523:20
  527:1
closer 432:11
closest 541:14

coast 336:17,17
  541:2,3
code 355:9,15,21
  355:23,24
  357:6,8,15,23
  358:2,5,12,14
  358:16 452:12
  453:19 456:2
  456:14,14,20
  526:10 527:7
  529:2
codes 355:8
  356:6 410:22
coil 528:1
coiled 526:16
  527:10,17
  528:5 529:4,23
coiling 527:24
  528:12,18
coils 415:4,6,6
cold 296:20
  373:18 444:2,2
  444:3,9,10,14
  444:14 448:3,4
  448:17,19
  451:13,20
Cole 283:11,11
  286:17 287:10
  289:9,11 290:9
  291:19,24
  292:21 293:15
  356:24 357:4
  357:15 361:15
  381:6,16 405:4
  423:10 437:2,3
  437:12,13,14
  437:18 439:4,5
  454:5 463:6,7
  469:15 506:2
  520:20 524:22
  551:3
Coleman 285:17
Coles 294:2
collect 438:16
collection
  312:20 313:10
collective 295:8
collectively
  387:7 390:3
  405:13 448:24
college 492:20
  492:24 495:10
color 291:7
  305:23 328:17
  372:2
colors 309:3,6
  316:2 338:23
  343:10 371:25
  372:7 376:8
  425:7 531:5

column 476:5
  478:1
columns 444:1
  473:9,11
combination
  343:10 417:19
  418:13 489:25
combinations
  446:13
combined 323:12
  323:17,20
  327:12 361:13
  384:24
come 310:11
  333:1 379:4
  428:17 454:13
  478:22 483:8
  504:4 542:18
  543:1
comes 341:10
  390:24 391:8
  404:12,24
  406:4 529:11
comfortable
  329:25 330:3
  333:15 334:14
  334:19 358:17
  380:14
comfortably
  520:5
coming 286:21
  324:16 450:20
  451:24 452:7
  495:9 536:17
  545:11
comment 332:25
  333:7 352:13
  352:15
commented 333:7
comments 352:15
  352:16 353:7
commerce 533:14
  534:17 535:25
commercial
  326:11
commercially
  305:22
commission
  553:18
committee 304:20
  304:23 320:2,5
  320:6,8 330:8
  330:10 331:10
  332:2,14,17,23
  350:25 352:4
  352:11,14
  354:10 378:13
  402:21 404:1,4
  404:7,13,14
  406:10,10,12

406:14
committees 352:3
  353:5 402:17
  402:19 503:3
common 315:25
  399:9
commonly 369:1
  396:10 399:4
  447:13 500:17
communication
  383:14 386:19
  390:10 399:23
communications
  296:8 340:9
  386:13 392:9
  499:8 522:22
companies 395:17
  395:25 422:7,8
company 321:7
  397:9 407:4,9
  407:12,21
  503:19 529:21
compare 362:20
  362:23 419:5,8
  421:24 441:7
  448:10 542:1
compared 301:16
  302:18 399:7
comparing 363:1
  398:13 534:10
comparison
  296:24 398:14
  418:5 475:24
  531:3 532:4
complain 461:24
  462:15
complaining
  455:17,19
  462:19 463:10
  464:10
complaints 462:3
  464:20
complete 288:21
  289:3 309:23
  311:22 316:1
  337:17,19
  339:11,20
  483:22,24
  527:23 553:6
completed 529:15
  529:18 532:8
  532:11
completely
  337:14 345:2
  458:14 459:1
  462:8 463:21
  465:5 484:12
  485:4 500:3
  507:6 511:4,5
  528:24 549:25

completeness 532:3
compliance 532:19 541:22 542:8 543:2
compliant 390:17 528:13 536:6 542:13 544:15
complied 493:22 532:13 540:21
comply 323:13 355:8,9,14,21 357:14 410:23 413:15 422:24 426:6 531:13 531:15,16 533:9 534:4
complying 384:24 424:5
component 502:11 507:8
components 284:12 367:3 369:23 461:15 461:18,20 465:12 481:23 482:1 494:5 495:10 507:10 516:20 521:10
composition 295:20
compound 485:16 488:25 500:7
compounds 500:16
computer-aided 552:10
concentrations 368:13
concern 390:8 401:13 432:13 523:13,15
concerned 308:17 309:19 500:1 543:21 549:7
concerns 332:7,9 404:8,9 406:9 406:13,18 523:18,22
conclude 433:13 433:18,20,21 490:7 492:25
concluded 302:4 312:12 386:9 427:13 491:5 491:10 492:8 494:25 495:8 496:15 551:4
concluding 330:3 427:24
conclusion 292:3

292:10,13,15 294:21 297:4 298:9 313:19 315:6 322:5 329:25 406:8 492:14 493:7 493:10,11,13 493:20 494:21 494:24 516:18 534:6 539:20 540:1
conclusions 291:22 292:1,2 380:22 419:3 432:20 492:13 495:4 510:21
concrete 482:17
condition 291:2 324:11 326:22 361:6 366:4 374:2 455:21 459:4 464:2,5 464:7 479:12 480:11 482:25 483:9 507:8,10 510:22,24 521:22,25 526:2 548:21
conditions 299:22 322:3 359:19,24 373:13,23 374:1,12 445:5 446:13 450:23 459:20
condominiums 485:10
conduct 348:5,7
conducted 436:5 544:4,24 545:1
conference 443:14 472:11
confident 510:8 510:13
confidential 496:2
confidentiality 327:6 491:13 492:1,4,6 499:7
confidently 542:1
confirm 300:16 306:19 464:21 484:9
conform 308:23 357:12 375:17 410:18 421:22 422:1,11,13 426:1 533:7,25

534:1 536:10 545:18
conformance 375:18,25 420:19 534:7 534:15 535:20
conformed 423:3 426:12 534:19 534:24
conforms 305:6 536:13
confusing 484:14
conjunction 433:11
connected 358:21 359:1 442:9,16 442:18,25 450:11 465:20
consider 290:5 329:14,15 360:8 364:23 460:9 467:24 506:7 516:2 524:10
consideration 479:23 485:9 515:14
considered 295:25 296:12 299:7 385:7 387:7,17 516:2 520:23 537:20
considering 352:16 353:25
consistent 299:11,13,17 299:20 300:16 300:21 301:3 301:14 302:24 302:25 305:2 337:16 340:10 359:15 360:22 453:3 523:17 542:17
consistently 430:23
constitute 373:20
construction 295:19 516:5
consult 524:19
consultant 503:17
Consultants 284:17 550:8
consumers 355:11 529:17
contact 301:20 454:13 481:17 547:23

contain 466:8 501:2
contained 370:19 454:7 487:4 515:12
containing 502:5
contemplates 374:8
content 499:16 500:5 530:17 530:18 532:2,6 532:11,14 534:5 535:2 536:16,22 537:7 538:3 539:21 540:5 540:17,18 541:12,17 543:1,9 545:23 546:14,21 547:11 548:25 549:21
contents 287:13 393:21 449:2 539:15
context 371:20 467:14 498:8
continuation 286:13
continue 529:14
continues 292:24 466:20
continuing 286:1
continuum 446:14
contraction 366:16,24
contractor's 482:15
contrary 496:9
contribute 367:2 426:17 483:8 516:13
contributed 356:5 361:8 389:4 451:2 510:18 516:15
contributes 482:20
contributing 300:2 301:15 481:7
contribution 355:4 518:5
conversation 378:10 458:4
conversations 457:9,13,15
conveying 336:4
convicted 550:3 550:5

copied 287:18
copies 330:23 333:17 391:3
copper 442:20,25 462:13 481:4 485:22 499:24 509:15 510:16 517:3
copy 286:16 287:14 288:7 288:18,25 289:3 309:25 312:5,15 313:15 314:3 343:18 344:17 351:16 356:20 357:22 358:14 358:18 370:8 390:10 436:21 436:25 440:17 440:24 441:22 492:3,6 512:5 546:8
CORRADO 285:8
correct 311:1 315:24 320:4 321:12 327:14 339:9,10 342:14,16 346:21,25 347:4,6,8,12 348:4,12,20 370:22 375:1 387:21 390:18 390:23 391:2,9 391:20 396:19 410:24 411:5 411:20 417:10 418:20 425:2 425:16 434:5 436:11 441:21 441:25 442:7 452:14,21,22 453:17 455:12 456:21 459:2 460:8 463:22 471:12 474:17 475:12,15 477:3,22 514:17 518:18 523:7 525:21 526:7 536:15 541:20 542:3,6 546:16,18
corrected 442:21
correctly 292:11 315:13,16 450:7 464:8 519:2 546:3
correlated

523:16
**correlation**
   319:6 359:14
**correspondence**
   313:16 341:17
   390:19
**corrosion** 367:5
   367:18,22
   381:13 444:25
   445:2,3,20
   446:8,11
   464:23 479:18
   480:7,23,25
   481:3,5 482:13
   482:22 483:2
   484:7,17
   492:19 493:17
   495:12 496:16
   497:4,9,14
   500:13,13
   501:6,8,11,20
   501:22,23,24
   502:3,7 516:9
   516:10,23
**cotta** 309:4
   311:12,18,21
   312:2,10
   313:14 314:9
   315:21 316:10
   316:17 318:1,4
   321:18 322:11
   322:15 324:1
   325:7 330:1
   336:21 338:23
   345:5 377:12
   429:10 431:10
   432:25
**counsel** 552:15
   552:17
**county** 552:3,6
**couple** 332:15
   386:25 423:20
   476:25
**coupled** 296:4
   432:21 490:11
   490:14 501:4
**course** 310:4
   405:10 503:19
   504:6
**court** 283:1,10
   416:3 505:3
**cover** 287:21
**covered** 407:15
   463:20 485:21
**CPI** 292:4 306:8
   306:15 307:19
   307:24 308:2
   311:22 313:12
   314:9 315:21
   316:9,12 321:6

321:7,11
322:19,22
323:2,8 335:23
339:22 340:6,8
341:23 345:6
345:11,22
346:10,18,22
347:1,9 348:2
348:16,22
370:11,19
378:22 382:13
383:1,13 384:4
384:23 385:11
385:12,14,17
385:25 386:5,9
386:19 387:23
388:3 390:19
392:12,15,17
401:4,8,10,12
401:13,15,16
401:23 428:15
**CPI's** 307:16
   316:9 323:6
   343:12 347:21
   348:17 382:12
   388:19 390:16
**crack** 365:19,25
   367:19,23
   400:21 480:23
   501:20 518:20
   518:22 519:12
   519:17,22
   520:2,11,16
**cracked** 414:12
   484:24 485:14
**cracking** 291:8
   301:3 347:3
   367:6,18,22
   372:21,23
   381:13 469:4
   479:18 480:7
   480:25 481:3,5
   482:14,23
   483:2 484:7,17
   484:20 492:19
   493:17 495:12
   496:16 497:4,7
   497:9 500:14
   501:8,11 502:3
   502:7 516:10
   520:7,11
**cracks** 291:8
   299:16,23
   302:22 303:1
   305:21 361:19
   365:10 371:6
   372:16 467:22
   484:11 489:21
   501:6,22,24
   516:23,25

518:22 519:16
**craze** 469:3
   520:7,11
**crazes** 520:17
**crazing** 299:19
**created** 536:17
**creating** 352:24
**creep** 301:5
   365:5 548:14
**crimp** 299:24
   369:7 462:13
   480:17 481:4
   485:22 499:24
   506:6,10 509:1
   509:3,5,15
   510:4,10,16,18
   510:23,25
   511:3,16,19
   512:3,11,17
   513:8,10,24
   514:3,15,16
   516:7 517:3
**crimped** 514:19
   517:3
**crimps** 506:9
   508:1,4 509:6
   509:13 515:15
**criteria** 323:11
**cross-section**
   487:8
**cross-sectioned**
   489:2,23 490:2
**cross-sections**
   302:21 487:10
   490:17
**crossbar** 517:17
**crosslink** 370:15
**crosslinked**
   284:14 302:15
   304:17 351:24
   400:5 526:5
   535:24 546:4
**crosslinking**
   347:5 396:8
   399:17 403:2
   419:18 421:14
   421:17 422:12
   424:6,20,24
   425:3,15
   428:25 531:18
   532:24 533:1
   536:20 537:23
   538:9,14,16,22
   539:10 547:24
   548:2,13
**crumbled** 519:25
**crux** 427:21
**CTS** 314:10
**culminated**
   419:21

**cumulative** 516:5
**curing** 482:17
**current** 330:21
**currently** 289:25
   330:9 430:17
   542:12
**curve** 319:24
**curves** 378:7
**cut** 365:16 464:5
   465:15,17
   496:20 526:16
   527:10,16
   528:1,4 529:4
   529:23
**cutter** 365:16
**cutting** 527:23
   528:11,18
**cyclic** 367:10,13
   367:13,17,20
   367:24
**Cynthia** 283:20
   286:2,6 552:8
   553:3,9

─────────
D
─────────
**D** 509:10 515:13
**damage** 299:24
   301:8,9 302:25
   304:3 418:16
**dangerous** 446:4
**dark** 455:6
**data** 293:12,21
   294:10 297:3,7
   297:8,10,14,16
   298:8 299:4
   301:17 303:14
   303:16 307:3,4
   314:23 315:6
   318:9,14,23
   319:14,17,21
   319:22,23,25
   323:10,12,17
   323:20,21
   324:7,7,12,16
   324:22 327:12
   327:23 328:4
   329:17 331:16
   334:16 335:24
   339:16,17
   340:10 343:3,3
   345:11 378:6,7
   378:19 384:24
   385:8 398:1,4
   398:12,20,23
   414:7 427:13
   427:17 428:1
   479:2 539:9,19
   540:3,6 546:10
   547:1,21
   549:10

**database** 386:5
   388:20,22
   389:2,6,18
   438:17
**date** 295:9
   320:10 323:3
   326:20 341:18
   341:20 362:24
   387:25 388:6
   389:9 392:10
   393:20 405:2
   438:3,3,4,5
   456:2 465:1
   525:13,13
   526:10,13,15
   527:2,8,9,10
   527:17 528:1,2
   528:3,3,10,15
   528:19 529:2,3
   529:4,6,13,19
   529:23,23,24
   530:9
**dated** 321:4
   342:4
**dates** 294:17
   342:21 389:10
   393:22,25
   394:8
**day** 337:6 341:23
   357:12 382:11
   383:14 453:24
   505:23 552:18
   553:12
**deal** 473:5 530:5
**dealing** 495:5
**deals** 417:3,4
   543:8
**dealt** 392:8
   423:21,23
**debate** 536:8
**Debbie** 337:25
   383:12,25
   385:21 386:20
   386:21 390:7
**decalin** 530:19
   530:21 531:8
   531:14 532:15
   533:5,15,22
   542:16,25
   545:14,16,16
   545:24 546:5
   546:15,22,25
**December** 342:5
   342:15
**decide** 530:6
**decided** 530:9
**decimal** 541:15
   542:11
**decision** 320:18
   355:5 530:8

355:1,1
**decline** 491:24
**dedicated** 332:1
332:3
**deemed** 336:20,22
**deeper** 416:23
**deeply** 324:10
**defect** 431:5,6,7
431:9 468:1
481:8 516:11
548:16,22
**defective** 292:6
292:7 294:22
294:23 325:16
432:16 433:1
435:3 440:2
482:25 491:7
493:15 495:2
500:3,4,10,18
501:2 502:11
502:19
**defectively**
430:25
**defects** 291:14
305:21 381:18
466:8
**Defendant** 283:8
283:19,21
285:2
**Defendants** 286:3
552:9
**Defendants'**
284:10
**defer** 328:11
**deficient** 540:24
**define** 371:8
466:23 468:6
483:14,16,24
528:24 529:22
530:9
**defined** 460:12
528:2 529:3,24
**defines** 527:9
529:7
**definition**
371:21 418:12
**definitions**
446:16
**deformation**
369:17
**degradation**
295:18 299:11
299:14,17,21
300:17,22
301:4,14 302:5
302:17,25
325:9 326:17
326:20 327:2
330:7 336:16
366:13 375:9

386:8,10
426:18 431:19
467:22 519:19
541:3
**degree** 295:21,24
300:4,10 347:5
372:10 375:20
375:21,22
397:17 399:12
400:5 416:7
417:16 419:18
422:12 426:4
428:24 431:3
445:18 459:19
468:4,6,15
470:10 517:21
527:22 531:17
532:23 536:19
538:14,15,21
539:10 548:13
**degrees** 315:9,10
357:20,22
358:1 420:7
443:7 452:3,8
456:22,23,24
535:8
**deliberately**
529:12
**delve** 324:10
385:9
**demonstrate**
305:3,15 306:1
307:11 330:5
369:21
**demonstrated**
295:10 311:8
318:1,4,5
319:10,11
330:1 350:3
394:23 399:8
421:12
**Demonstrating**
322:13
**density** 305:9,23
345:23 346:11
346:15
**DePalma** 285:22
**depend** 362:13
371:19 426:7
441:5
**dependent** 312:11
316:4 317:10
318:10,19
321:21 322:7
322:20,23
373:14 377:7
**depending** 328:17
412:25 433:15
445:4
**depends** 362:10

466:12 467:14
498:8 514:22
**depicted** 506:7
509:1,3,7,13
**depleted** 448:23
**deponent** 552:11
552:12
**deposit** 507:9
**deposition**
283:20 284:10
286:2,14,17,21
289:4 463:17
464:14 504:15
504:24 505:5
551:4 552:8,12
553:11
**depositions**
286:19 361:14
**deposits** 295:25
300:20 372:14
372:15,25
373:1 478:17
510:11
**depth** 301:8
538:21
**describe** 294:20
418:1 469:18
518:21 520:10
**described** 295:1
380:24 423:21
442:2 460:1
518:24 525:4
**describes** 314:10
**describing** 424:4
**DESCRIPTION**
284:9
**design** 292:7
294:23 376:21
395:13,15
396:21 399:14
400:14,22,24
401:7 403:16
403:17 431:1
481:11,13
493:15,24
494:1,9 500:10
500:19 501:4,5
502:21 504:7
**designation**
284:16 304:16
**designed** 355:24
368:16 403:12
418:24 536:24
**designing** 394:18
**designs** 395:10
395:10 494:6
**despite** 336:6
**destructive**
414:23,24
**destructively**

489:24
**detail** 293:22
295:1 309:25
335:2 430:23
**detect** 418:7
**detectable** 474:6
475:22
**detected** 456:22
478:13
**detection** 418:11
**deteriorate**
365:1
**determination**
515:1 534:21
**determine** 299:10
299:12,14
300:2 303:8
329:23 375:8
417:8 422:20
425:23 472:15
481:23 482:2
483:4 502:2
507:11,23
508:4 510:4,6
510:14,17
514:24 515:2,9
515:10,22
517:9 534:14
536:12 539:15
**determined**
495:18 534:19
534:24
**determining**
418:1 421:3,7
534:16 548:1
**develop** 383:22
395:20,24
402:19 521:6
523:21
**developed** 320:5
351:25 352:2,4
356:7,16
**developers** 356:8
**developing**
332:20 402:18
**development**
332:4 352:11
356:5 401:3
**develops** 395:14
403:12
**deviate** 530:10
**deviations** 361:1
**devoted** 401:2
404:5
**dezincification**
380:25 381:2
419:19 446:8
446:11,11
464:22 468:16
479:17 480:6

497:1,14
500:12 501:9
516:8
**dezincify** 480:15
**diameter** 300:12
422:3 472:23
**diamond** 469:23
**differ** 467:16
**difference**
328:20,21
351:6 374:13
381:15 426:15
449:3,4,8
539:20
**differences**
311:8 374:14
396:13 540:8
**different** 300:9
308:8 311:16
314:4,16 316:3
329:18 330:23
358:24,25
359:12 367:11
371:13 376:8
377:15 384:12
396:2,15,16
399:8,10,19,20
403:15 409:1
413:1,5 416:6
416:8,11 423:8
427:9,10 429:1
432:17 435:25
443:23 446:12
461:6 466:10
467:13 471:19
487:11,13,13
494:1,6,6
501:25 506:9
507:1 510:20
516:3 517:1,5
518:3,4 522:5
524:13 527:17
528:19 529:25
530:3,3 531:5
533:17 537:24
539:15
**differential**
301:23 303:24
416:15
**differently**
292:18 368:5
491:22,23
527:11
**differing** 540:4
**digital** 287:20
287:22,25
288:1,12,16,17
288:23 444:18
444:21,22
447:5

dimension 426:16
dimensional
  298:23 303:7
  421:23 424:5
  426:9,10,12,14
dimensionally
  422:2
dimensions
  422:10 535:7
direct 373:3
  469:1,2 506:1
  531:3
direction 519:22
  538:20
directly 358:21
  359:1 442:10
  442:17 447:23
  448:12
disagree 308:11
  369:15 384:15
  384:19 427:25
  546:11
disagreement
  538:18
disappointed
  353:20
discernible
  463:1 464:24
  489:10
disclose 495:7
  496:1
discoloration
  371:1,22 372:8
disconnect
  332:13
disconnects
  332:10
discontinue
  498:14
discontinued
  498:11
discourage
  366:19
discrete 372:19
discuss 319:25
  327:5,7 330:25
  335:2 351:17
  356:21,22
  365:13,18
  393:10 491:9
  491:11 492:16
  536:21
discussed 326:23
  372:14 420:25
  467:14 492:2
  495:8 497:1
  522:25 548:7
discussing
  368:19 371:20
discussion

381:12 383:19
  408:8 437:21
  472:17
discussions
  286:18
dishonesty 550:6
dishwasher
  326:10,11
disinfectant
  397:15,16
dispersive 296:3
  300:17 417:21
  490:5
dissolved 449:1
  449:4
distinct 487:13
distinctly
  487:11
distributed
  397:13
distributing
  352:14
distribution
  373:18 399:13
  416:7 419:19
  432:8 469:12
  469:14 521:18
  522:20
DISTRICT 283:1,1
  283:10,10
dive 520:2
divide 471:23
  475:11
dividing 472:5
DIVISION 283:2
divulge 491:20
DLT 316:13 343:7
  343:10
document 286:15
  287:3 288:4,5
  304:10 309:22
  310:1 313:9,19
  313:22 316:19
  336:8 337:24
  340:18 341:8,8
  341:12 346:2
  350:24 352:8
  352:17 353:1
  353:24 370:1,4
  370:7 373:4
  384:18 385:9
  443:19,20,21
  498:13 507:7,9
documented
  303:14 436:14
  438:24 451:18
documenting
  302:7,14
  417:14 547:23
documents 288:13

296:6,6,8
  312:20 313:10
  313:20,22
  314:5 331:13
  331:22 333:18
  334:7,20 335:3
  336:13 345:25
  384:3 391:19
  399:23 420:24
  438:22 439:7
  524:4 525:11
  525:14
doing 286:15
  289:17 290:5
  345:4 348:6
  386:15 399:22
  406:17 410:9
  534:9 536:24
domain 498:16
door 455:11
  527:16
doses 326:12
double-check
  317:1
dozen 422:16
draft 352:6,10
drafted 352:8
  353:1,4,15
drafting 353:13
dramatic 431:18
draw 492:14
  510:21
drawn 492:13
  534:6
dried 372:20
drink 446:24
drinking 446:21
Drive 285:22
dry 480:21
Duane 547:6
ductile 518:23
  520:5
ductility 519:11
  519:16 520:2
due 292:6 294:22
  301:4 302:5,17
  325:8 326:17
  330:6 336:15
  337:11 383:16
  430:24 431:19
  481:4 491:13
  495:11 496:21
  497:7 516:10
  519:18 523:23
  526:17 532:23
  539:12 541:3
duly 286:7
DURA-PEX 314:7
  315:7 338:5,14

E

E 285:1,1
e-beamed 525:15
  525:22,25
earlier 292:6
  315:4 370:18
  374:7 378:24
  411:13 442:2
  458:3 505:16
earliest 294:14
early 386:7
  387:19 393:11
  394:24 395:1,2
earnest 414:21
easier 519:3
easiest 471:3
edges 518:21
  519:12
EDWARDS 285:17
  551:1
effect 335:19
  378:8 404:21
  458:8 492:14
  492:15 496:4
  497:23 498:24
  511:22
effects 303:8
effort 321:11
  383:21 394:18
  394:23 403:21
  415:8 472:14
  516:6 529:13
efforts 413:13
  430:4 492:5
eight 544:1
eighth 512:8
  513:1 514:13
either 297:15
  328:23 418:4
  424:4 441:11
  445:18 457:19
  459:5 480:12
  485:14 500:3
  503:20 536:4
  543:8
electron 300:14
  301:1 417:20
  469:8 490:5
electronically
  471:2
elevated 296:21
  326:25 359:17
  359:18,22
  360:3 366:12
else's 442:18
empirical 386:1
  398:23 430:12
  433:6
empirically
  332:12 397:7

432:21
employ 363:23
  524:10
employed 396:11
employee 552:15
  552:16
employs 524:14
enable 527:1
encompass 524:13
encompassed
  288:24
encountered
  355:22
ends 286:21
  528:1
energy 296:2
  300:17 417:21
  490:5
ensued 383:20
ensure 303:5
  377:4 404:11
  484:14
ensures 376:18
ensuring 400:19
entire 291:5
  349:1 425:13
  428:22 518:1
entirety 288:4
  288:11 439:5
  544:1 547:8
entities 409:3
  410:3,4,5
entitled 292:1
entries 476:25
  477:1
environmental
  347:3 350:18
  479:22
EPA 445:12,15
EPA's 446:20
equal 470:11
  474:10
equally 435:3
equals 475:14
equate 449:5
equipment 382:15
Equistar 311:11
Equistar's 428:9
error 359:9
  506:19 507:12
  507:19,24
escaping 481:5
ESI 299:24 439:8
  440:13 458:15
  514:9 546:3
ESI's 290:6
  325:10 407:22
  439:1 440:24
  441:10
ESQ 285:4,8,13

285:17,21
**essence** 318:16
**essentially**
292:17,18,20
305:25 327:21
330:13 381:3
403:6 449:7
465:14 498:11
**establish** 305:9
347:1 426:11
521:10
**establishes**
475:22
**estimate** 430:13
488:20
**et** 410:5
**etching** 488:22
**Europe** 397:13,14
**evaluate** 299:21
300:15,18
303:12 329:22
394:12,16
434:22 450:22
450:25 457:7
**evaluated** 295:23
296:2 299:3
300:3,8 301:6
302:1 360:17
360:17,18,19
424:11 429:17
429:22,23,25
432:3 434:19
440:3 447:13
488:16 489:24
490:4 496:14
521:17 523:15
535:19,23
545:15
**evaluating** 302:3
370:15 416:6
417:15 418:15
485:23 521:7
521:11 540:7
547:22
**evaluation** 295:5
295:8 419:16
485:18 490:9
516:3,19,20,21
516:22
**evidence** 289:22
291:7,9 295:18
302:22 359:9
360:12,12,13
384:20 386:18
388:9 390:6
432:3,22
435:10 461:14
468:1 484:17
489:20 519:11

535:12,13
**exact** 293:13
497:21 523:13
533:15 534:13
**exactly** 298:25
438:23 467:16
473:17 498:17
518:25 519:14
521:7 537:18
539:3 541:5
**examination**
284:2,5 286:9
516:19
**examine** 489:18
**examined** 286:7
291:12 295:9
295:19 298:20
300:1,25
425:21 430:22
**example** 290:10
290:13 293:13
308:21 359:16
366:11 376:1
416:14 448:15
448:25 478:16
**exceed** 357:9
377:1 403:19
**exceeded** 357:7
**exceeding** 377:25
482:11 502:22
**Excel** 478:2
**excess** 357:19,22
358:1 359:24
361:20 452:11
452:25 453:18
456:13,19
501:3
**excessive** 360:12
360:13,14
361:10 365:9
365:19,23,24
**excluding** 477:19
**Excuse** 531:21
**executive** 317:7
323:7
**exercised** 394:15
**exerted** 480:22
**exhaust** 366:11
**exhibit** 284:9,10
284:11,13,15
284:16,17
286:16,25
287:3,5,7
289:5,6 291:20
304:11,13,15
312:21,22
313:9 346:3
351:23,23
370:4,5,8
382:1 392:8

425:25 431:4,9
436:23 437:1
443:15,19
453:11 454:6
506:2,7 518:8
520:20 524:23
540:24
**exhibited** 291:4
311:12,18
372:9,14,19,24
382:9 484:16
516:23 520:7
**exhibiting** 295:7
431:6
**EXHIBITS** 284:8
**exist** 381:11
401:24 482:19
498:16
**existed** 324:14
352:21 381:10
387:4 393:17
401:23 502:3
507:20
**existing** 404:6
**exists** 289:22
386:18 415:11
432:22 435:10
548:23
**expansion** 366:15
366:20,23
**expect** 301:5
363:19 364:4
376:19 414:11
433:21 447:18
455:13 542:16
542:18,25
**expectancy** 350:8
364:18 366:9
368:10 417:8
431:12
**expectation**
351:5
**expected** 309:18
328:25 349:8
351:12 364:23
369:14 499:12
532:14
**expenses** 407:1
407:13,15
**experience** 293:1
319:7,8 348:9
353:10 369:19
385:13,16
386:1 390:4
398:11 399:8
430:12 433:6
433:13,22
501:10,18
521:9 524:14
531:7,24

533:20 540:12
**experienced**
293:14,15,17
294:6 353:17
353:18 463:12
464:12,15
465:22 466:1
479:4 483:12
483:22 501:11
501:20
**experiencing**
293:19 470:13
**expert** 289:6,8
329:7,13,16
371:11 375:6
375:10 378:11
378:16 406:21
409:17,21
412:15 415:18
425:24 494:18
494:22 495:22
504:23 543:22
**expertise** 353:2
353:5 524:15
**experts** 352:2
353:6,12,25
407:22 417:14
521:12,16
524:10,16
**expired** 525:16
527:21
**expires** 553:18
**explain** 448:5
**explanation**
478:21
**exposed** 300:23
301:7 326:6
366:12 540:11
**exposure** 302:18
**express** 332:6
406:9 432:12
**expressed** 523:13
523:18
**extended** 366:12
**extent** 288:20
332:24 381:10
404:8 458:5
**extra** 440:20
448:21
**extrapolate**
425:13
**extrapolated**
312:13 314:24
315:8,22
317:19,22
318:4 319:19
322:2 323:19
325:1 327:16
335:25 363:14
370:20 373:19

373:21 377:23
378:3 383:2
391:1 429:11
431:12
**extruded** 420:15
525:20,22
**extrusion** 291:14
400:20 429:6

---

**F**

**F** 284:16 420:7
**F-o-u-r-i-e-r**
300:3
**F17** 304:20 404:1
**F1807** 502:13
**F2023** 310:11
311:22,23
312:14 315:21
316:2,11 317:9
320:2 322:6,17
323:19 330:9
330:13 331:3
339:8,19
344:22 345:7
347:13 350:24
369:25 370:13
375:7 384:25
391:15 408:18
408:20,20
410:12 411:4
411:17 413:7
413:17,25
414:17 415:9
426:24 428:15
429:11 431:11
432:25 460:15
460:16 540:21
**F2023-05** 370:9
**F876** 305:2
306:12 308:4,5
308:18,21
323:14,22
335:20 339:7
345:24 347:23
351:23 363:9,9
382:18 390:17
410:17,18,23
411:19 412:8
413:9,13,15,19
413:23,24
420:11 421:3
426:2,6 527:4
533:25 534:1
534:15,19,24
536:6,10,13
537:21 538:2
538:12 541:23
541:24 542:13
543:8,12,14
**F876-09** 284:13

304:16 527:6
**F876/877** 338:14
**facility** 338:4
 379:7
**fact** 287:23
 310:16 325:11
 328:12,21
 332:9 336:6,14
 336:16 361:3
 369:20 375:2
 383:24 386:21
 390:6 394:25
 421:13 482:11
 483:4 504:22
 516:6 530:12
 532:1 536:6
 548:20
**factor** 301:15
 366:22 403:6
 481:7
**factors** 300:2
 350:18 373:14
 374:22 447:24
 479:23
**factory** 549:21
**facts** 336:10,10
 536:8
**Fahrenheit** 452:3
 452:9 456:22
**fail** 292:25
 302:16 327:1
 329:5 350:11
 366:25 369:6
 377:8 382:10
 481:4 483:10
 495:11 500:11
 516:9
**failed** 293:10
 295:6,10 302:5
 309:2,9 315:14
 325:8,19,22
 326:7,13 336:7
 336:15,17
 340:14 344:24
 379:14 381:17
 382:16,25
 385:5 392:19
 423:6 426:5
 431:17,19
 435:1,2 450:24
 466:5,11,13,14
 466:16,17,22
 467:18,24
 496:15,21,22
 523:16 541:2
 545:22 546:13
 546:21 548:9
**failed-in-se...**
 521:13
**failing** 295:11

296:22 326:16
 326:19 330:6
 366:15 430:3,7
 430:8,17 431:5
 462:25 468:1
**fails** 375:3
 543:16
**failure** 293:14
 293:15 296:1
 312:13 314:25
 317:20,21,22
 319:18,20
 322:2 323:19
 325:1 326:8
 327:17 359:10
 359:15 360:2,6
 360:8,10 361:8
 361:22 363:15
 365:12 366:16
 366:23 367:2
 367:11 368:7
 370:20 371:7
 371:11,19,23
 373:21 377:23
 377:25 378:3
 380:24 381:21
 385:6 419:25
 431:20,22
 434:15,25
 466:23 467:14
 467:19 480:13
 481:14,19
 482:21 483:2
 483:14,16
 495:6 508:9
 515:22,25
 516:13,15
 521:9 544:9,16
 548:17,18,19
 548:22
**failures** 293:17
 293:19 320:14
 326:3,15
 357:14 358:9
 360:1 370:24
 376:5 386:9
 387:19 389:6
 392:11,18,18
 393:4 426:21
 431:23 433:25
 464:13 465:23
 477:4 483:12
 493:2 497:12
**fair** 297:17
 305:5,17 306:4
 307:3,10
 311:23 312:4
 312:14 314:20
 335:15 336:4
 339:4 343:5

344:5,14 348:6
 349:9 353:11
 354:1,2 355:6
 362:25 363:1
 368:11 374:25
 379:10 389:23
 408:5,12
 411:18,24
 423:12,13
 424:23 452:13
 453:19 488:20
 497:2 499:17
 518:17 533:10
**fairly** 407:21
**fairness** 335:23
**fall** 316:3
 541:22
**fallen** 547:16
**false** 529:19
**familiar** 318:18
 344:19 349:14
 355:23 541:11
**far** 307:13
 308:17 321:4
 323:7 336:16
 377:6 423:19
 434:14 435:5
 460:6 499:25
 535:5
**farfetched** 366:1
**fatigue-type**
 368:4
**faucet** 444:10,12
 452:8
**features** 291:3
 301:2 302:7
**fee** 405:2 407:22
**feeding** 326:11
**feel** 329:25
 330:3 343:23
 348:14 435:21
 467:1 491:22
 491:23
**feels** 529:10
**feet** 425:25
 430:6,16,19
 431:4,9 459:16
 535:14,17
**fell** 318:23
 319:17
**felony** 550:3
**felt** 340:10
 348:5 458:15
**fewer** 422:16
 461:8 489:6
**fibrils** 518:24
 520:5
**field** 319:7,8
 325:14,19,22
 327:21 337:17

350:3,9,16
 352:3,5 379:22
 380:1 386:7
 398:21 399:8
 420:1 425:22
 430:3 432:13
 448:10 506:8
 514:4 521:13
 523:14 524:11
 537:6
**field-return**
 302:1,3 329:23
 414:22 416:6
 416:16,24
 417:15 419:6
 419:11 421:16
 521:17 523:16
 537:3,5 545:11
 548:8 549:1
**field-returned**
 414:10
**figure** 389:1
 470:21 509:8
 518:10,12
 525:4,12
**file** 401:17
**files** 288:23
**fillings** 462:24
**final** 314:7
 324:25 327:10
**finalize** 352:17
**finally** 406:7
**financially**
 552:13
**find** 353:20
 361:4 374:19
 409:10,11
 415:20 421:25
 437:20 438:20
 471:3 504:25
 505:2
**findings** 321:21
 321:24 386:8
 406:17
**fine** 293:1
 374:20 402:1
 435:8,12
**finish** 302:11
 335:22 337:1
 383:8 400:16
 528:11 531:21
**finished** 528:24
**finishing** 302:10
**first** 285:18
 286:7 289:6
 292:3,10 294:3
 314:13 332:1
 370:23 387:23
 393:23 404:12
 404:20,24

436:13 453:3
 454:7 469:2
 478:1 481:20
 481:22 492:18
 492:21 493:7
 506:10 508:3
 524:25 534:7
 537:10
**firstly** 467:15
**fit** 406:11
**fitting** 366:24
 367:1 439:16
 439:16,17,20
 439:23,25
 440:7,9,10
 442:19 445:23
 461:25 462:4
 462:15,16,17
 462:20,23
 463:11,14
 465:13 480:14
 480:16,20
 502:3,9,13
 507:1,5 509:2
 510:5,9,19
 511:4,5,12,13
 511:16,20,20
 512:4,11,19,23
 513:14,17
 515:5,6,8,9,15
 517:11,12
 518:2
**fittings** 294:7,9
 366:18,22
 380:25 434:8
 434:10 440:2,3
 442:6 445:20
 455:18 459:17
 462:6,9,12
 463:3,5 464:10
 464:16,23
 465:10,15
 467:4 479:16
 480:7 485:11
 485:19,21
 497:14 498:24
 499:25 501:1
 501:10,17,18
 501:22,25
 502:4,5 503:21
 516:12,22
**five** 373:3
 421:11 453:20
 453:25 472:10
 486:9,12,13,24
 487:9 505:22
 518:10
**five-minute**
 408:10
**flag** 327:25

```
328:22 432:10
flexible 369:12
  369:18 420:6
flip 341:11
  382:2 391:22
  518:10 520:19
  520:21 524:23
  524:25
flipping 288:20
floating 505:6
flux 319:2
  482:15
focus 312:10,18
  337:9,14
  346:17 358:22
  394:20 409:18
  412:21 413:13
focused 412:17
  430:4 510:17
folks 352:5
  398:24 403:8
  408:2 419:7
follow 428:17
followed 294:20
  301:4
following 339:13
  340:1
follows 286:8
  338:7,8
followup 349:7,9
foregoing 552:7
  553:4
foreign 305:21
forget 296:5
  383:15
forgetting
  524:21
forgiving 399:21
form 287:25
  288:1 297:18
  304:8 306:13
  306:21 308:6
  311:24 316:5
  318:17 324:24
  333:13 345:8
  351:3 354:17
  355:16 406:5
  450:14 457:12
  457:23 460:11
  472:2 475:1
  476:4 481:1
  485:2,16
  488:24 490:16
  491:18 493:4
  495:3 498:7
  500:7 506:14
  511:2 515:16
  521:4
format 287:20,22
  288:12,16
```

```
formed 394:3
  490:15 492:17
forms 469:22
formulated
  430:20,25
  431:14
formulating
  521:1
formulation
  295:8 303:20
  303:20 307:23
  317:11 322:8
  329:1 382:14
  387:23 388:13
  388:14,17
  390:5 392:22
  430:21 431:24
  432:15 540:11
  540:24
forth 296:10
  333:6 369:15
  403:21 414:12
  426:8 429:7
  485:11 490:14
Forty-two 342:25
forward 290:3
  374:21
found 301:13
  302:20 359:14
  359:16,17
  376:7,8 498:3
  500:17 548:12
foundation
  324:15 345:8
  488:24 500:8
four 293:24
  346:8 399:6
  405:11,17
  406:1 407:8
  421:11 437:16
  437:17 441:11
  472:17 477:20
Fourier 300:3
  303:25
fourth 317:8
  323:10 335:13
fraction 325:11
fracture 300:23
  300:25 301:2,7
  368:5,8 371:2
  371:3,5 441:24
  510:18,20
  515:9,23,24
  516:20 517:23
  517:24
fractured 485:6
  510:15,21
  517:20
fractures 385:6
  501:24
```

```
framework 352:12
  531:6
Franco 285:8
  524:19
franco.corra...
  285:10
free 305:20
  435:21 448:16
  449:8,10,14
frequency 310:12
  310:13
frequently 536:3
front 388:20
  436:16 437:9
FSF0003 314:15
FSF0004 314:22
FTIR 417:19
  469:5,6 471:17
  472:14 473:19
  475:5
FTP 288:2,12
full 288:18
  309:4 405:25
  425:10 483:24
  484:1 485:15
  523:1
full-separation
  484:6,10
full-wall-th...
  538:3
fully 485:6
functionality
  347:7 420:12
  420:14
further 299:18
  301:8 327:7
  328:10 330:3
  335:2,11
  394:16 552:3
future 332:5
```

---

```
                G
```

```
Gage 285:4
garage 460:4
gas 366:10
Gay 285:18
gel 530:17,18
  531:9 532:2,6
  532:11,14
  534:5 535:1,9
  535:20 536:16
  536:21 537:7
  538:2 539:15
  539:21 540:5
  540:17,18
  541:12,17
  543:1,9 545:5
  545:8,23
  546:14,21
  547:11 548:4
```

```
548:25 549:21
general 348:7
  381:12 491:4
generally 352:20
  370:13 373:12
  374:3 375:2
  376:2,3 410:12
  474:10 488:11
  531:10,11
  532:17
generate 307:4
  443:21
generated 301:17
  302:2 307:4
  321:5 398:12
  407:9,11 478:1
  540:6 547:21
gentleman 352:7
  353:2 447:1
Germany 397:11
  397:11,12
getting 354:14
  356:12 375:12
  377:16 481:6
  481:19 541:25
give 336:6 381:2
  382:5 395:13
  485:20 491:12
  542:10
given 288:14
  366:2 373:21
  384:8 387:18
  393:12 459:3
gives 499:18
glanced 487:20
go 289:21 293:22
  294:19 309:11
  312:19 313:5
  332:19 361:9
  374:19 377:1
  377:20 379:9
  380:16 383:10
  400:16 408:10
  409:24,25,25
  409:25 410:1,2
  410:2 425:5
  429:4 432:10
  443:12 452:25
  453:7 454:19
  454:22 463:13
  464:14 467:5
  472:9 478:6
  479:15 505:21
  506:16 520:20
  527:14 528:20
  536:4 541:11
  545:3 550:16
goes 392:2 407:5
  517:18 537:22
  537:25 549:23
```

```
going 286:15,18
  286:20 287:2
  289:21 290:20
  309:11,13
  312:15 325:5
  327:19 328:13
  335:2,11 340:7
  350:11 351:14
  363:21 364:13
  366:4 370:3
  374:19 376:23
  389:21 390:20
  395:12 400:9
  401:5 403:10
  403:20 406:14
  406:16 407:3
  411:1,2 425:25
  426:17 427:19
  432:1 438:19
  440:15 449:14
  480:8,14 495:4
  498:24 510:23
  516:8 520:17
  523:14 524:20
  528:17,20
  531:12,15
  541:10 545:4
good 286:11,12
  303:3 376:23
  402:16 422:21
  433:8 507:2
  513:3
gosh 328:1
gotten 533:18
governing 490:24
governs 407:4
  538:9
grade 538:17
Grand 285:5
graphical 469:24
great 381:25
  407:24 508:24
greater 309:25
  400:4 449:3
  474:11,12
Greenberg 285:22
Greg 285:17
grossly 325:17
grow 519:17,19
  519:19
growing 365:11
  367:19,23
growth 367:20
  519:17,21
guarantee 379:12
guaranty 491:2
  533:22
guess 430:9
  476:22 515:7
  529:11 550:23
```

guide 510:3
guideline 416:18
 416:19
guidelines
 358:24 360:23
guides 502:24
guys 550:25

**H**

H-e-w-i-n-g
 397:3
half 404:4
half-inch 314:10
hand 287:2
 304:10 370:4
 395:23
handed 313:1,8
 370:3,7
handedly 404:11
handing 443:18
handled 502:4
 514:7,7,9
hands 482:16
Hang 376:15
happen 290:1
 309:16,19
 310:17,18,22
 325:5 348:9
 367:7 401:6
 403:7,8,9,22
 432:20 446:15
 457:20 481:4
happened 309:18
 309:21 333:10
 333:20 367:25
 431:21,22
 451:16,22
 478:12
happening 337:17
 419:4,9
happens 467:19
 471:25 520:1
happy 298:4
 309:24 320:1
 331:24 344:17
 350:21 351:10
 351:16 356:20
 358:15 362:19
 365:18 393:19
 394:1,9,9
 407:17 436:22
 468:17 492:16
 508:11 546:9
hashtag 338:21
hauling 364:25
HDPE 338:6
 526:18
head 289:14
 294:16 303:5
 317:2 344:3

362:3,17
436:18 443:10
446:22 470:17
470:20 484:2
506:25
header 534:12
hear 310:5
hearing 504:16
heater 358:21
 359:1 366:11
 403:10 442:10
 442:14,17,19
 443:1 457:5
 459:7,13
held 329:12
 369:16 403:15
 423:25 443:14
 472:11 549:8
helpful 358:19
Hewing 397:1,1,2
 397:21 398:2
 398:20
Hewing's 397:18
 399:2
hey 341:23
 374:10 383:15
 385:15 386:14
 432:10 503:4
hide 407:20
high 326:13
 327:1 365:6
 368:15 377:13
 405:15 416:20
 445:19 446:2
 453:5,21
 460:18 477:23
 493:25 499:16
 503:20 538:24
high-volume
 481:15
higher 363:17
 368:13 369:4
 376:20 377:21
 396:3 399:12
 399:25 400:3,5
 400:18 445:2
 447:14 448:3,4
 448:17,20,22
 449:14 454:1
 470:8,9,10
 474:8,11 477:2
 478:17 500:5
 509:17,19,21
 509:22 531:9
 531:10,11
 532:6,16
 533:21 540:17
highest 470:13
 476:3,10,16
 477:9,18

509:23
highlighted
 539:4
highly 482:9
 495:11 541:1
hinted 432:7
hire 352:9
hired 503:17
history 309:24
 310:2 386:6
 457:16
hold 345:21
 382:18
holding 328:3
 529:17
holds 369:1
holes 305:21
home 295:12
 299:1 325:7
 359:22 431:18
 431:22 436:13
 438:23,23
 440:12 442:9
 442:14 443:7
 445:7 448:2
 451:8,12
 452:25 454:23
 454:24 456:11
 456:23 457:1
 458:21,23
 459:19,22,25
 462:6,7,8,11
 462:13,14
 463:6 464:13
 464:22 465:18
 468:3 470:19
 471:5,8 477:5
 477:7,7,8,9
 479:7,12,13,15
 479:18,19
 484:10 517:13
homeowner 355:22
 433:17 438:19
 457:6,15,18
homeowners
 355:20 433:12
 434:3 457:4,10
 457:14,21
 531:4
homes 293:16
 298:13,17,21
 298:22,24
 329:5 330:5
 358:10 360:1
 361:11,25,25
 362:6 370:25
 371:23 425:8
 456:21 462:11
 469:17 484:15
 484:16,25

501:12 507:1
 508:2 546:24
 548:18
homogenous
 305:20
honestly 549:24
honor 433:24
hope 435:5
 449:23
hose 444:5,10
 453:15
host 360:18
 400:25 446:12
hot 296:19
 314:24 322:2
 359:1 366:8
 370:16 373:17
 439:11,13
 440:7 444:2,14
 444:15 447:18
 448:3,5,16
 451:12,19
 452:4,8 456:24
 459:7 461:2
hours 406:3
house 434:6,9,10
 434:12 435:2
 436:6,13,19
 444:7 447:2
 450:16 453:14
 455:10 456:8
 456:10 463:20
 465:10,19
 479:3 480:3
 487:21 518:14
house's 445:8
household 454:14
houses 356:1
 357:5,16 358:7
 359:16,18
 434:16 435:1
 458:25 459:5
 485:10 539:22
 540:3
hundreds 548:3
hydrostatic
 346:19,23

**I**

IATMO 409:25
 410:5
ID 472:22,22
 473:15 476:1
idea 364:11
 366:1 434:19
 435:4 524:3
ideal 361:5
identical 296:22
 360:1 392:19
 430:20,21

identification
 287:1,6 304:14
 312:23 370:6
 443:16
identified
 461:19 465:17
identifies 532:2
identify 298:7
 299:19 331:9
 331:10 501:21
IDs 314:16
ignored 387:9
II 283:21
ill-advised
 375:15
Illinois 285:23
image 507:12,18
 507:19 525:3
images 489:25
 490:1 515:13
immediate 480:10
immediately
 478:22
impact 480:24
 492:23
impacts 353:25
 548:13
impediments
 369:24
impinge 369:14
implants 416:20
 417:5
importance
 444:23
important 312:19
 376:11 386:11
 393:7 548:13
importantly
 360:23 418:14
improper 292:6
 294:22 327:3
 480:13,18,23
 494:19 495:20
 496:6,21
improperly
 480:17 508:6
in-depth 329:24
in-service
 536:18
inadequacies
 403:25
inappropriate
 491:17 492:10
 503:13 505:15
 505:18,19
inch 338:11,12
 512:8 513:1,2
 514:13,14
inches 415:3
 538:19

incident 300:24
302:19,22
359:10 361:22
382:8 518:13
548:10
inclined 348:11
378:24
include 288:23
294:10 353:6
465:12 508:19
508:22 537:13
549:2,5
included 287:14
287:17 405:2
485:18 527:8
547:6,7
includes 313:11
313:13 422:22
including 373:15
399:6 409:24
417:13
inclusions
305:21
incoming 444:7
452:20
inconsistencies
360:24,24
inconsistent
359:7
incorporated
411:19
incorrect 478:3
478:8 532:7
incorrectly
427:13
increase 360:9
increased 365:4
367:24 478:12
478:20
increases 445:1
445:2
independent
316:10
index 284:1
469:12,14,25
470:6,9 471:9
471:16,20,24
472:15 475:8
475:10,21
477:14,18
indicate 363:18
418:6 459:23
468:20 470:9
474:11,12
526:13 535:12
537:13
indicated 458:12
504:16
indicates 339:6
339:8 351:9

390:6 417:7
526:23
indicating
308:16 340:9
390:25 496:11
527:8 529:2
indicative 301:3
indistinguis...
302:20
individual 352:9
352:9 459:9
506:25 507:1
INDIVIDUALLY
283:4
individuals
352:19
induce 365:19
447:11
inducing 365:25
induction 301:24
303:23 399:11
industry 304:5
315:25 320:13
352:5,13 353:6
353:25 355:6
375:7 396:11
398:24,25
399:2,3,5,9
402:12 403:7
404:10 408:24
409:2,21
410:13,17
411:1,16,21,22
411:24 412:1,3
412:4 413:16
495:23 499:15
499:18,20
531:25
industry-acc...
408:21
influence 296:1
367:20 376:5
426:19 444:25
445:19,22
448:25 449:1
548:17
influenced
299:23 393:8
448:13 480:8
482:4,5
inform 338:3
information
294:11 296:12
301:16 395:19
397:19 401:16
401:18,22
440:23 443:24
445:6 451:21
453:4 457:25
489:8,10

491:20 496:2
infrared 300:4
303:25
inherent 481:11
481:13 539:12
540:8
inherently 292:6
294:22 482:13
483:1 493:14
493:16 500:10
500:18 502:6
initial 294:9
339:17
initially 352:7
initiate 519:17
initiated 314:18
518:3
initiating
517:25
initiation 301:2
400:22
injected 326:12
inner 472:23
539:16,21
540:5
input 352:5
insert 502:13
inside 515:2,8
541:5
inspect 454:23
455:16 461:7
485:25 486:21
inspected 293:10
298:22 361:11
424:2 455:23
470:14 485:10
488:18 489:19
489:22
inspecting 463:7
487:21 508:2
inspection
358:23 426:11
434:16 435:23
438:4,5,17
439:10,17
440:5 441:12
441:12,16
443:6,10 450:4
450:17 451:9
452:2,6 453:13
456:5,10,20
458:25 460:21
460:23,25
461:10 462:10
463:19 465:2
479:11 486:2,8
inspections
295:12 298:12
298:23 299:1,2
299:9 435:16

435:17 436:6
437:21 439:2
452:24 454:5
456:19 460:19
instability
523:23
install 513:8
installation
293:1,11 294:4
294:6 295:17
351:11 358:4
358:23 359:4,7
359:9,13,20
360:21,22
361:1,4,7,21
362:8,11,13,16
362:18,23
363:2,20
364:17,22
365:1 373:13
373:15 374:1
435:9 442:23
450:5,15 451:7
458:5 459:4,12
459:20,24
461:15,17
463:24 480:10
480:12,14,19
480:24 481:18
482:19 496:21
506:8,19
507:12,15,19
507:24 508:8
512:3,6
installation...
451:2 516:11
installations
357:4 359:6
374:23 460:20
installed 296:14
296:18 297:1
301:19 303:21
360:15 362:6
420:9 450:10
457:11 460:7
461:22 480:17
508:5
installing
355:20
instruction
361:7
instructions
359:4,13,20
380:10
insufficient
382:9 418:8
419:13,22,24
429:25 430:25
432:8 469:7
523:19

insufficiently
292:8 294:24
297:5,23
298:10 406:6
415:24 418:18
428:19 429:15
433:3 434:18
intact 511:4,5
515:8
integrity 529:21
intend 328:2
intended 292:9
294:25 297:5
297:24 298:11
328:13 354:12
376:1 382:11
401:5 419:23
449:19,24
500:19 549:6
interaction
539:13 540:8
interested
552:14
interior 290:12
290:17 291:5
295:22 299:12
299:19 300:5,8
300:11,15,18
371:5 400:21
469:4,7,10
470:1 518:1,16
518:22 538:7
intermittent
314:23 322:2
internal 296:8
297:12 399:23
399:23 522:22
526:13 527:25
534:25
international
316:19
Internet 409:14
interpret 343:16
interpretation
334:16
interpreted
427:13
interpreting
519:1
interruption
293:5
intervals 300:13
469:25
introduced 390:5
413:2 432:15
454:15
invalid 375:4,7
inverse 471:22
471:24 473:19
474:23

**invested** 406:3
407:14
**investigated**
292:22
**investigation**
291:23 472:13
501:19
**investigations**
485:13 516:6
**involved** 296:24
320:17 344:6
352:24 404:20
414:6 485:17
504:1
**involvement**
332:3,5,23
**involves** 428:23
428:24,25
429:1
**involving** 311:10
404:17,25
480:1 550:6
**irradiation**
400:11
**irrelevant**
325:14 327:21
**irresponsible**
529:11
**ISO** 409:25
**issue** 309:13
311:17 323:3
334:1 359:11
363:10 377:15
379:21 381:3
384:9 387:4
390:20 394:5
414:8 423:2,6
426:18 430:1,2
431:12 433:23
434:23,24
443:3 451:2
466:8 479:17
479:19 482:5
503:12 508:8,9
510:8 527:13
527:19 529:10
536:2 548:12
**issued** 339:1,10
347:16,22
532:1
**issues** 289:24
292:19 400:22
424:21 425:15
463:14 467:13
516:25 523:23
**issuing** 321:20
321:23
**it'll** 365:16

_____

**J**

**J-00014573**
316:20
**JACOB** 285:13
**James** 283:11,12
294:8
**Jana** 284:15
296:9 297:11
301:17,22
302:2 309:22
310:7 311:14
312:1 314:3
339:16 340:2,9
340:20,25
341:10,16
342:12 386:13
393:2,3,6,7,9
393:11,14,19
393:20,23,25
394:8 398:12
399:6 432:6,12
522:9,14,23
523:5,10,25
524:5,10,13
532:25 539:9
539:24 540:6
547:22 549:2
**Jana's** 341:6
549:13,18
**January** 405:24
408:3 414:23
414:25
**JERSEY** 283:10
**JOHN** 283:3
**join** 320:4,8
**joint** 480:18
514:21
**jointly** 292:23
**joist** 369:10
**jpolakoff@bm...**
285:16
**JUDY** 283:13
**June** 339:1
341:17,21,22
342:1 390:20
**jurisdiction**
304:20 350:25
**justification**
313:18 336:5
339:15 341:13
341:16 342:4
342:11,12
343:5 391:21
**justifications**
391:4

_____

**K**

**Kansas** 285:6
**keep** 336:12
500:24
**keeping** 359:12

359:20 361:6
420:2 517:2
**KELLY** 283:14
**KENNETH** 283:3
**kept** 432:18
**Kevin** 285:4
302:10 335:22
376:15 452:15
**KIMBERLY** 283:11
**kind** 309:12
352:12 367:23
371:1 381:4
387:13 434:11
435:18 441:19
450:14 472:7
507:19 519:19
519:22
**kinds** 328:15
**kitchen** 444:12
452:4,8
**kkuhlman@lat...**
285:7
**knew** 382:7,12,23
390:12,14
402:15 494:19
495:9 536:7
**know** 289:20
290:20,21
293:13,13
311:2 333:20
341:3 348:8
349:21 355:3
356:6 357:10
360:25 361:3
362:21 364:7,8
364:11,14,15
366:20 367:24
372:22 378:17
379:18,21
380:5,11 388:3
388:7,8 389:14
390:6 391:3,5
396:4,5,7
397:6,7,12,23
397:25 399:3
401:11,13,18
401:22,24
403:8,9 405:6
406:4,7 407:11
407:12,13,14
409:4,11 410:8
410:10 412:6,7
413:8,8 419:4
421:15,20
422:10,10,12
424:19 425:13
426:13,15
429:1,18,24
430:8,11 433:6
434:3 435:11

436:2,10,13
438:21 441:6
441:14 443:12
445:17 446:22
447:6 452:16
453:5,21,22,24
459:12,16,17
462:24 463:2,4
464:12,21
468:9,14
470:24 473:3
482:1,7,8
484:13 486:2
487:23 488:6
489:1,4,6,7
492:12 494:4
494:10,15,17
497:21 498:13
504:21 505:2,2
506:5 509:4,19
512:5 513:6
515:12 516:5
517:15,25
525:8 528:4
529:15 532:25
535:5 537:18
546:16,18
547:7 548:20
**knowing** 454:2
**knowledge** 344:9
348:17 357:25
387:18 392:17
394:4,5 398:24
399:9 410:3,12
438:2 449:16
479:9 490:11
511:1 514:1,3
**knowledgeable**
433:17
**known** 382:8,12
382:24 387:3
389:14 390:5
390:15 391:18
392:11 432:4
494:19 536:7
**knows** 429:19
**Knoxville** 285:19
**kshamberg@li...**
285:24
**KUHLMAN** 284:5
285:4 286:10
293:7 297:19
313:5 333:25
334:5 351:20
373:8 380:16
380:19 408:9
416:2 436:24
437:17,19
443:17 452:19
453:7 467:3,7

467:11 472:9
500:22 505:21
524:18 545:3
550:16,19,23
**KYLE** 285:21

_____

**L**

**L** 283:24 552:5
552:21
**lab** 307:5,6,8
487:22 488:18
489:19 532:10
**labeled** 288:5
382:3 526:4,12
527:11,12
**labeling** 527:4
528:18
**labelled** 443:20
**Labonte** 283:24
552:5,21
**laboratories**
284:15 296:10
297:11 301:18
302:2 312:1
339:16 340:2,9
340:25 341:10
386:14 398:13
539:9 540:6
**laboratory**
295:17 299:8
441:19
**Labs** 341:16
**lack** 304:3
**land** 512:22,24
**language** 335:10
351:4,7 352:7
352:8,10 353:7
357:10 374:9
416:23 468:14
544:12
**large** 330:16
459:14
**Larry** 383:15
390:11
**lasted** 324:1,6
331:20 333:11
334:23 336:1
339:23 340:6
359:25 384:9
384:13 435:5
**lasting** 323:15
374:24 385:1
**lasts** 327:16
**late** 414:21
455:6
**Lathrop** 285:4
**latitude** 377:1
379:2
**law** 285:17 286:3
**Lawson** 454:8,14

454:20,20
456:8,10
Lawsons 454:22
455:17
lawsuit 485:9
lawyers 408:8
lay 352:12
layer 519:24
lays 309:23
lead 365:5
374:23 426:1
leading 505:4
leak 294:3,5
365:16,17
372:18 451:3
457:16 462:15
462:16,17,20
462:20,22
463:1 464:15
464:18,24
466:3,7,18,19
466:21 467:25
481:8 482:2,3
482:5,5,8
483:8 484:20
484:25 485:5
518:13
leakage 481:13
leaked 303:2
439:21 441:15
441:18 466:5,9
466:11 496:19
548:11
leaking 440:8
leaks 293:2
294:7,9,14,17
438:1,9,11,13
438:15 439:10
439:11,16,18
440:7,7,9,10
441:13,15
442:12,13
451:12,12,21
454:18 460:24
461:18,19,25
462:4,4 463:11
463:11,13
465:25 466:1
477:5,6,6
479:4,5,8
learn 328:6
512:7
learned 419:7
leave 364:24
Lebanon 338:3
led 296:10
431:21
left 303:6
347:18 415:4
442:21 464:4

503:16 506:13
510:23 513:14
514:16 518:20
549:20
lends 508:22
length 442:20
538:4
lengthy 358:17
lesser 497:15
let's 292:9
297:15 298:14
298:16 304:10
312:9,10,18,19
313:5 320:22
334:5 336:12
337:9 341:11
341:19,19
346:16 351:20
359:5 363:9
369:25 371:7
371:21 374:21
380:16 383:15
386:25 387:12
408:9 435:15
435:21 436:12
441:8 443:10
443:12 453:7
454:4 460:21
472:9 476:22
505:21 506:12
506:12 509:23
512:2 518:7
520:20 524:20
541:11 545:3
550:16
letter 335:21
337:25 338:3
letting 443:5
level 368:20,22
368:24 369:3
376:20 396:3
418:1,21,25
419:13,15
446:15 448:16
448:20 456:13
460:13 470:13
474:12 477:9
478:9,13,25
levels 327:1
368:15,17
421:14,16
430:23 481:18
540:4,13,17,18
Lewis 285:8
liberty 491:8,19
495:7 496:1
library 409:14
life 311:13,19
318:5 319:10
325:24 328:19

328:21,21,25
330:2,6 335:25
337:4 350:3,8
351:1,12
364:17,23
366:9 368:10
374:15 375:3
383:3 391:1
417:8 428:10
429:12 431:12
433:14
lifetime 315:8
315:22 378:3
light 372:24
539:8
likelihood 483:7
538:24
limit 318:24
319:18 320:15
324:8,23
331:21 333:12
334:24 357:24
362:12 376:24
377:23 378:1
limited 309:7
386:11
limits 538:16
544:7
LINDA 283:12
line 323:7
442:13 452:16
469:22
linear 448:13
lines 287:19
400:20 439:11
439:13 440:7
461:3
link 442:25
list 305:25
377:7 553:7
listed 306:3
314:16 317:22
317:24 345:20
374:24 410:4
444:2 454:8
537:11
listen 386:23
listening 432:12
listing 309:11
310:6 312:12
316:4 317:10
318:10,20
321:21 322:7
322:20,23
328:12 336:6
338:5,7 339:10
339:12 340:12
340:15,22,24
341:1,2 343:13
345:7,10,11,17

348:1,2,22
378:21 383:23
394:22 523:22
526:17,20,23
529:16
listings 338:4
339:17
lists 316:23
321:14,15
Lite 285:22
liter 368:25
448:17 449:5
literature 302:6
302:13 368:25
415:22 416:5
416:12 497:2,6
497:8,11,11
498:10 520:23
520:25
litigation
406:15,18,20
480:1
little 292:25
293:11,14
308:11 337:15
339:14 350:12
368:5 371:4
408:17 432:11
459:22 465:19
466:10 478:15
478:18,20
500:22 531:10
533:3 538:25
539:2
live 322:13
lived 447:1
lives 332:10,11
LLC 285:22
LLP 285:4
load 517:24
loading 368:2,4
localized 369:5
369:17 371:18
373:16 532:23
locally 451:1
478:20
located 517:13
location 418:9
418:13 451:1
473:15,20
474:7,15 475:8
478:11 513:9
518:4 533:13
533:16 545:17
548:19
locations 450:10
475:24 484:19
518:1
Locust 285:14
loggers 299:4

long 339:23
340:6 350:17
404:13,16,19
406:19 414:16
433:7 437:20
459:16 540:16
540:17,20,22
longer 311:13
323:15 324:1,6
327:16 331:20
333:11 334:23
336:1 359:25
384:10,14
385:2 528:13
longitude 520:13
longitudinal
519:22 520:10
520:17
longitudinally
520:16
look 287:4
290:21 291:1,5
291:6,7,9,10
291:13 300:10
302:16,22
305:13 310:12
311:14 312:16
312:25 313:3
314:8,15,22
320:1 323:9
324:11 331:24
335:10,12
339:12,14
341:9,19,24
344:18 349:13
351:16 354:21
355:13,17,18
355:19 358:23
359:6,21 362:3
362:11,19,23
367:25 379:10
383:3 385:4,15
386:3,5,17
391:23 393:19
398:15 408:1
409:10,11,12
409:13,17,21
409:23 416:16
416:22 423:11
425:5 426:8
428:16 435:20
441:23 443:25
449:1 456:4
463:13,16
464:14 468:4,9
468:11,24
470:23,24,25
471:1,2 472:16
472:20,24
473:14 474:14

476:1,23
477:13 478:7
481:23 482:1
484:13 486:2
487:8 488:10
489:24 501:21
507:16,16,17
508:12 509:6
510:20 513:7
513:13 514:23
515:1 518:7,12
525:6 537:25
543:25
**looked** 291:8
295:14,14,15
295:16,17,20
329:17,18
345:12 359:8
360:11,11,12
360:13,14,15
360:21 362:21
370:18 384:3,4
384:6 385:6
391:22 409:4,9
409:18 410:8
411:11 412:16
416:14 424:15
424:16 427:23
432:1,2 460:7
477:10,19,24
487:9,15,19
489:16,17
490:15 514:4
536:3 546:10
546:13
**looking** 290:14
290:18,19,23
290:25 291:3
291:25 293:24
301:18 336:12
342:17 343:3
355:12 359:6
360:4,7 368:23
395:7 407:22
413:1 421:2
425:24 426:8
432:11 435:17
435:24,24
437:11 448:1
453:11 459:9
463:17 469:13
469:15 476:19
479:20 483:4
489:20 506:9
506:17 515:9
517:23 536:3
538:3,11 545:7
**looks** 290:17
441:24 510:11
517:20 519:14

**loops** 366:20
**lose** 309:15,20
390:9 523:22
**losing** 383:23
**loss** 300:11
418:6,10
481:15
**lost** 418:12
529:16
**lot** 332:9 335:5
353:12,12
383:19,21
389:6 407:5,5
407:15 429:1,4
524:13 535:3,9
**lots** 432:16,17
432:17 498:19
522:21 535:7
**low** 445:19 446:2
453:21
**lower** 319:20
327:16 363:16
445:1 454:1
478:23 517:16
540:18
**lower-zinc**
498:25
**lowered** 544:6
**luck** 349:6 435:4
**lunch** 408:11
440:19 453:11
**lying** 364:24

**M**

M 285:4,13
**machine** 552:9
**macro** 508:22
**macroscopic**
299:10
**magnification**
519:14
**magnitude** 371:19
373:16
**maintain** 345:9
348:1 349:5,6
391:10,12
**maintained**
348:25 349:7
**maintains** 391:8
**making** 320:17
353:16 354:22
394:25 395:17
395:18 396:2
425:8 427:20
427:22 498:25
502:17,18
**Maloney** 457:17
**manage** 349:5,6
**managed** 345:9
**manifest** 367:10

368:5 481:8
**manifestation**
367:18 468:1
**manifests** 548:16
**manifold** 450:6
450:11,19,20
**manner** 291:10
295:7,11,16
296:23 319:23
360:17,21
375:14 389:22
392:19 397:8
409:23 418:1
429:6 457:10
459:23 466:16
480:9 481:6
518:4 519:18
521:20 526:22
**manual** 358:4
359:7 361:1,21
362:9,11,13,16
362:24 363:2
444:17,20
456:14 512:3,6
**manuals** 362:18
**manufacture**
411:1 415:25
418:2 419:1
421:25 422:2
425:7 431:1
526:13 529:13
**manufactured**
292:5 301:19
307:17 321:6
382:14 388:12
397:12 418:23
419:5 420:16
420:20 421:4
421:11 422:18
422:21 425:14
430:20 431:16
431:16 491:7
491:16 493:21
500:1 501:1
525:15 526:18
526:20,23
527:20 530:11
535:18
**manufacturer**
305:1,8,14
306:1 307:11
327:23 328:11
329:3 375:11
375:15 376:10
376:17,25
377:6 395:12
395:14 396:2
402:7 403:11
411:8 422:23
423:2 493:22

502:9,17
503:24 526:10
527:15 529:12
544:20
**manufacturer's**
527:5,7 529:1
**manufacturers**
316:1,14 354:1
354:4 359:3
395:20 396:5
398:19 399:6
402:23 403:15
531:23
**manufacturing**
292:7 294:23
305:4 306:2,10
306:11 349:2
394:20 396:17
399:18 419:10
419:20 429:6
523:11 524:1,6
525:18 527:23
527:25 528:3
528:11,25
529:15,23
536:24
**map** 300:6
**March** 309:17,23
405:25
**mark** 286:15
287:3 304:11
312:20 370:4
528:2,10
**marked** 286:25
287:5 289:5
292:3 304:13
312:22 313:9
346:2 370:5,8
382:1 443:15
443:19 506:2
525:13 526:16
527:11,17
528:5,6 529:4
529:24
**market** 285:9
502:12 521:15
**marketing** 369:21
**marking** 527:9,24
528:12
**marks** 515:2
**married** 301:16
**Mary** 283:24
552:5,21
**masonry** 482:16
**match** 350:9
**material** 292:7
294:22 295:20
300:22 316:23
338:6 363:20
372:20 373:12

419:18 475:8
475:21 482:11
482:12 491:17
494:20 495:20
496:5 502:23
505:14 520:4
527:2 538:1,6
**materials** 364:6
369:21 392:6
413:11 482:16
482:25 497:17
499:13 500:9
516:4
**math** 329:7
**mathematics**
327:19
**matter** 296:13,14
296:14,18,19
303:13 310:16
354:9 374:18
423:15 457:3
502:5 535:22
535:23 536:8
547:2,4 548:5
**mattered** 360:25
**matters** 482:21
503:25
**max** 452:21
**maximum** 458:13
**McCoy** 283:14
293:13 294:4
464:9,9,19,22
464:25 465:6,7
465:10
**McLaughlin** 283:3
293:18 450:1
453:14 454:12
454:15 455:10
458:4 460:22
460:24 462:3,5
462:5 518:14
**McLaughlins**
461:6,9,12,21
461:24
**McMahon** 283:12
458:19,25
459:18,25
532:19 542:23
**McMahons** 459:14
**Meadow** 283:3
289:7 292:16
292:20 293:18
294:11,12
295:3 296:23
356:24 357:5
357:15 359:23
361:15 381:5
381:11,16
405:12 423:10
435:22 436:6

436:15 437:4
437:24 439:3
448:4 449:25
450:3,16,25
451:8 452:1,6
453:13 457:1,4
462:2,2 518:7
551:2
**Meadow's** 462:8
**Meadows** 449:2
463:2,4
**mean** 307:19
352:2 353:24
356:4 361:8
364:8,11,13,15
366:6 371:4,10
371:12 375:4
375:19 385:13
395:12 410:25
412:7 422:21
422:24 436:25
444:4,17
445:17,24
447:10,15
466:13 468:6
470:7 473:17
473:24,25
474:24 478:11
483:14 498:3,5
498:16 509:4
509:20 513:23
521:8 538:15
**meaning** 484:4
496:21
**meaningful**
414:13
**means** 309:11
318:13 340:19
341:3 363:13
371:14,17
378:17 421:10
474:2
**meant** 354:15
549:11
**measure** 300:4
474:1 508:17
508:18,19,25
538:21
**measured** 295:21
301:23 357:12
421:24 424:6
447:13 453:24
469:25
**measurement**
299:6
**measurements**
444:11
**measuring** 418:14
447:6,8 538:13
**mechanical**

299:24
**mechanism** 360:2
380:24 381:14
385:6 431:20
480:25 492:19
497:1,9 502:1
502:8 515:10
515:24 516:1
519:17 548:15
**mechanisms**
381:18,21
467:21 480:13
495:6
**MECKLENBURG**
552:3
**Medders** 283:13
283:13 294:6
465:18,22
466:1 467:23
468:3,9 469:17
470:19 471:5,8
477:5,7,7,8,9
479:3 484:3
501:15,25
517:13
**Medders'** 468:21
468:22 470:13
472:13
**meet** 305:18
306:5,6,19
308:3,5 310:11
323:11 324:18
325:3 327:12
332:14,15
350:3 402:5
403:16 422:6
423:2 454:20
543:16 544:3
544:10 545:22
546:13,21
**meeting** 325:4
327:24 375:11
376:18 537:7
548:5
**meetings** 332:16
332:19
**meets** 306:3
307:12 317:12
322:8 339:6
343:8
**member** 332:18,20
332:21
**members** 353:6
**memory** 312:8,17
358:16,18
378:10 464:8
507:2 546:2
**mentioned** 393:2
404:23 426:23
496:25

**mere** 375:18
**merely** 375:16
376:25 394:21
419:2 446:8
475:18 481:7
533:4
**met** 305:16
306:11 308:17
310:24 311:22
312:13 317:15
322:11,16,19
322:22 339:18
341:24 344:21
345:6,23
346:11,18,23
347:2,10,23
349:24,25
350:1 363:13
376:3 420:16
420:19,20
421:9 422:4
427:14 454:22
**metal** 478:18,19
**metallographic**
486:24 488:23
**metallography**
486:10 487:2,7
489:16 490:1
**Metallurgical**
503:18
**meter** 305:10
**method** 317:9
330:13 370:14
370:21 373:19
374:22 375:4
377:5 404:1
408:21 410:6
413:6,17,18
431:11 471:19
471:19 531:17
538:12,13
**methodologies**
396:16
**methodology**
294:20 295:1,4
421:2 428:17
429:14 521:1,6
521:11
**methods** 364:17
373:15 411:6
413:20,22
416:6 417:15
417:23,24
418:4 442:2
**Mexico** 297:2
**mg** 305:10
**Mi** 299:1,4
406:22
**MICHAEL** 283:12
**microns** 301:10

**microscope** 301:1
301:1 489:20
**microscopy**
299:12,18
300:14 417:21
417:22 469:3,9
489:25 490:5
**mid** 540:5
**middle** 283:1
322:1
**midwall** 295:23
300:12 538:7
539:16,21
**milligrams**
368:25 448:16
449:5
**million** 368:20
369:2 449:6,7
**millions** 425:24
430:6,16,19
431:4,8 535:17
**millivolts**
460:17
**mind** 292:23
327:15 365:25
433:8 478:22
492:8,25 493:8
529:12
**mineral** 478:17
**minimal** 332:5
**minimize** 366:21
**minimum** 305:9
311:23 315:11
339:18 341:25
361:20 376:22
400:6 402:25
403:1,3,4,17
433:21 544:6
545:23
**minor** 317:11
322:7
**minus** 460:17
**minute** 312:25
313:3 350:24
452:17 488:1
518:8 524:19
**minutes** 467:1
505:22 524:19
545:4
**miracle** 374:13
**Mischaracter...**
542:20
**mischaracter...**
544:23
**misdemeanor**
550:6
**misguided** 325:17
533:3
**misinterpret**
549:11

**misleading** 534:8
**misled** 527:15
**misrepresent**
390:2 529:13
530:10
**misrepresent...**
374:9
**misrepresent...**
335:8
**misrepresented**
337:15
**misrepresenting**
310:23 319:21
324:5 335:5
378:4 544:18
**missed** 478:6
**missing** 288:6,8
392:5
**Missouri** 285:6
**mistake** 376:17
441:7
**mistaken** 368:21
477:17 546:8
**misunderstand**
505:16
**mixed-mode** 368:7
**mobility** 400:4
**modified** 544:7
**modify** 513:23
**molecular** 399:25
400:3 416:21
**moment** 309:19
329:11 423:25
438:18 549:4
**momentarily**
549:12
**money** 407:3
415:16
**Monica** 283:12
294:8 479:7,12
479:13,15,17
479:19,24
480:2 484:4
485:5 501:16
**monitor** 299:4
376:21 531:17
**Montague** 285:14
**months** 423:20
**Morgan** 285:8
**morning** 286:11
286:12 368:19
**morphology**
299:15
**mounting** 487:7,7
488:22
**move** 290:3
337:10 374:21
514:10,11
**moved** 460:4
514:7

moving 305:25
MTI 503:24 504:1
  504:13
multiple 334:18
  387:8 427:9,9
  427:10 428:6
  430:22 442:12
  459:16 464:12
  477:19 484:18
  495:15 505:12
  517:1,25
municipal 296:15
  296:16

**N**
N 285:1 474:14
nail 365:16
name 321:7 454:8
  527:5,7 529:1
NASHVILLE 283:2
nature 373:16
  381:14
nauseam 483:17
nauseating
  430:22
near 319:11
  369:23
nearest 542:9
necessarily
  290:25 330:17
  351:4,8 354:19
  357:11 360:9
  364:7,8,9
  368:2 375:13
  392:13 395:11
  397:17 408:7
  425:19 427:18
  447:23 467:18
  501:21 508:6
  521:5,22
  522:17 523:1
  523:12 529:7
  532:20 533:6
  535:6 543:4
necessary 377:3
  483:9 548:21
need 289:15
  305:8,15 306:1
  312:25 331:22
  337:19 346:2
  356:22 369:4
  371:3,8 385:4
  403:18 407:2
  407:19 414:7
  415:15 438:17
  439:7 441:7
  442:15 452:16
  458:16 463:16
  468:4 482:1,7
  483:20 487:2

487:11 489:24
491:11 498:25
506:21 518:25
519:8 526:22
527:14 537:17
537:24 539:25
541:19,25
needed 289:22
  499:3 503:20
  524:6 528:4
  534:11
needs 307:11
  353:8 422:23
negative 445:22
negligible
  445:23
neighbor 454:9
  454:11
neighbors 455:13
neither 458:15
  462:5 480:6
neutral 445:25
never 303:21
  328:10 348:17
  348:18 355:22
  467:4 497:20
  498:4 522:3
  539:24 547:22
never-installed
  522:1
new 283:10 319:3
  327:25 328:14
  408:21 415:8
  423:11,21,23
  424:1 456:14
  465:16 522:2
  539:24 547:22
NEXT-Pure 388:12
  392:16,18,19
NF 526:21
NIBCO 283:7,18
  284:12 287:9
  292:4 294:21
  295:7 296:9
  297:4,11
  298:10 301:17
  302:3 303:11
  303:12,20
  306:11 307:17
  307:19,24
  309:18 310:24
  311:2 321:6
  332:12 335:23
  336:4 345:6,21
  345:21 348:21
  348:23,25
  349:9 358:4
  362:15 363:10
  364:23 376:2
  378:22,23

379:14 380:25
382:7,11,12,23
383:14,20
384:8 386:6,8
387:3,17
388:18 389:13
390:3,14
391:13,17
392:11,16
393:12,24
394:10 395:11
395:18,19,24
396:8,9,17
399:14,19
401:14,14,15
401:25 402:15
403:20 404:17
404:25 406:5
407:9 415:1,9
419:14 421:11
421:25 422:18
423:11 430:16
432:2,15 433:9
433:10,24
434:23 435:2,8
435:12 438:25
439:22 442:16
442:22,23,24
450:16 451:8
454:18 455:25
459:4,12 462:6
462:7,9,11,23
463:3,4,24
485:11,21,22
488:14,17
489:15 490:21
493:12,13
494:9,18 508:9
512:3,6 522:3
522:10,13,22
522:22 523:10
523:20,22,25
524:3,5 527:9
527:20 529:3,6
529:7,22 530:3
531:16 532:25
533:2,12,25
534:13,18,21
534:23 535:14
536:1 539:10
540:11 548:4
549:2,20
NIBCO's 295:10
  297:11,22
  307:15,25
  308:24 327:5
  336:22 358:23
  359:7,12 362:8
  364:18 368:10
  369:5,21

382:16 394:4
397:8 398:14
398:21 399:4,7
414:1 417:14
420:15,20
425:13 426:5
487:14 491:1,3
492:16,16
499:25 500:24
500:25 521:2
523:5 525:16
525:18 526:13
534:25 540:7
nine 438:13,15
non-NIBCO 461:14
  461:18,20
nonconforming
  535:7,8
nonuniformity
  523:18 549:15
norm 531:25
normal 445:7
  448:6
normalization
  471:11,13,19
  473:1,6 474:19
  474:22 478:23
  479:1
normalize 479:2
normalized
  475:20,23
normally 471:15
  512:22,24
North 283:22
  286:4,5 393:4
  552:1
Notary 283:25
  552:5,23
  553:16
note 314:2
  462:16 498:5
  538:12
noted 321:3
  342:6 439:9
notes 443:11
  448:10 456:2,5
  484:13 486:2,8
  486:17
notice 284:10
  286:3,16
  309:12 327:8
  384:8 393:12
  432:17 491:12
noticed 462:25
  501:23
noting 444:9
November 321:15
  323:4 339:4
  342:22 390:25
  436:6,10

NSF 306:9,16,18
  306:23 307:3
  307:12 308:3,4
  308:13,23
  310:6,14
  311:23 312:12
  313:11,13
  316:19 317:9
  320:13 322:6
  335:21,23
  336:3 337:24
  338:2,4 339:22
  340:5,8 342:8
  342:11 343:2,4
  343:16 344:6
  344:20 345:4,5
  345:23 346:11
  346:18,22
  347:9,16,22
  348:5,17
  368:23 370:11
  370:19 378:22
  379:3,6,8,24
  380:4 383:5
  384:3,5,7,23
  385:11,12,13
  385:16 386:19
  390:16,19
  391:3,8,14,15
  391:16 392:7
  402:4 420:23
  427:12,16,23
  523:22 525:16
  526:17,23
  527:21 528:10
  528:13,23
  529:16 530:12
NSF's 327:10
  347:1 379:13
  427:25
NSF00002 313:21
NSF00022 316:17
NSF00031 316:18
NSF00035 317:19
NSF00037 318:2
NSF0004 314:13
NSF0005 315:5
NSF37 320:22
NSF40 321:25
NSF42 335:12
  342:22
NSF76 337:23
  341:20
NSF83 341:12
NSF84 391:23
number 286:25
  287:5,9 293:13
  296:5 304:13
  305:4,6 312:22
  314:6 316:20

```
317:10  318:11
318:15  321:14
322:7  324:16
324:17  338:18
338:21  368:23
370:5  373:3,14
382:3  383:20
386:11  395:6
406:3  410:1
414:14  417:12
424:17  425:11
425:12  434:3
438:7  441:14
443:15  447:24
461:8  472:5,5
473:25  474:8,8
474:11  475:16
476:2,3  478:3
478:7,24  487:6
525:3,3  534:10
535:10  537:9
537:15,16,18
538:23  539:3,8
541:14  542:10
543:9,17
545:10  547:13
547:17  548:1,7
548:10,25
549:5,5,6,7,8
549:11
numbers 311:15
329:8,19
363:18  364:2,8
364:9,11,12,15
426:13  438:20
448:1,8  470:19
471:25  472:6
472:25  473:2
531:9  532:15
536:16  547:11
Numerically
539:2
numerous 295:5
482:18
```

O

```
OA 471:9  473:7
473:12,14
475:10,13
476:2
object 297:18
304:8  306:13
306:21  308:6
311:24  316:5
318:17  324:24
331:5  333:13
345:8  351:3
355:16  411:25
457:12,23
460:11  472:2
```

```
475:1  476:4
481:1  485:2,16
488:24  491:18
493:4  495:3
500:7  506:14
511:2  515:16
521:4
objection 297:25
333:23  354:17
356:2,14
363:24  392:25
425:17  446:6
466:25  473:22
487:16  498:7
503:7  511:17
542:20  543:3
obligation 377:3
406:9
observe 357:14
361:10,24
371:1,21,25
372:2  450:9,17
450:21  459:3,6
460:18  479:11
501:17,19
531:8
observed 299:16
302:1  311:16
325:15  357:4
358:6  370:25
452:7,20,24
453:12,15
454:5  456:13
456:18,24
457:18  468:5,8
480:13  484:11
540:8
observing 469:3
obtain 303:16
305:1  307:10
321:11  345:9
345:22  346:10
420:25  465:9
530:18
obtained 297:15
306:9  318:10
345:11,14,17
Obtaining 402:6
occasion 428:8
occasions 398:5
427:9  505:13
occur 360:10
418:10  439:13
446:12  501:17
502:8  517:24
544:20,22
548:22
occurred 294:3,5
331:2,18,23
334:18  360:2
```

```
361:19  418:7,8
419:20  438:1
439:11  467:25
482:8  527:18
occurring 291:10
371:6  497:9
517:1
occurs 519:21
544:9
October 383:11
436:10
OD 295:23  538:7
of.62 448:16
offer 504:7
offered 310:6
504:12,14
offers 499:23
offhand 470:18
543:10
offices 286:3
official 343:13
Oh 476:19  524:20
OIT 416:16
417:19  469:5
okay 286:24
287:2,12  288:3
288:10,23
289:4,12,16
291:21,22
292:19  293:9
293:23  294:1
294:18,18
297:21  298:12
298:14,15,18
302:8  304:4,15
304:19  306:8
306:15,25
307:18,21
308:1,13  310:5
310:15  312:9
312:18,24
313:5,8  314:1
314:12,22
315:2  316:8,16
317:4,7  318:8
318:22  320:6
320:12,17,20
320:22,23
321:2  322:15
323:1,9  324:4
324:9  325:23
328:1,9  330:16
330:18,25
331:15  332:8
332:17,22
337:12,21,22
338:2,10
339:12  340:13
340:22  341:19
342:15  344:1,5
```

```
346:7,9  351:18
351:20  353:4
353:11  356:19
358:20  359:2,5
361:17,24
362:5,21  363:3
364:16  366:7
368:6,9  369:9
371:25  372:6
372:12  373:2,6
373:10,24
374:5,20,21
375:6,23  378:5
378:15,21
379:8,13  380:2
380:6,8,9,12
381:9,25
384:22,23
386:4  387:2,11
387:14  388:1,7
388:11,16,24
390:14  391:6
391:24  392:5
392:14  393:17
393:23  407:18
408:9,14
411:16  412:19
413:4,15,25
416:9  417:11
417:18  420:15
422:19  424:3
424:20  425:11
425:20  426:20
428:5  436:2,4
436:5,9,17
437:25  438:1
439:1,6  440:1
440:5,13,24
441:17  442:8
443:6,17  444:8
444:23  445:24
447:3  449:8,15
449:22  450:14
451:4,11,23
453:6,25  454:7
454:13,16
455:10,16
456:12  458:9
458:11,11
460:13,21
461:2,5,14,24
463:6,19  464:9
464:17  465:18
466:23  467:11
468:13  469:11
469:21  470:3,7
470:12,16
471:9,13
472:12,19
473:8,14
```

```
474:14,18,24
475:6,9,19
476:1  477:13
477:17  478:4
485:8  486:20
488:9,13
489:12  490:3
492:21  494:15
494:25  496:25
498:1,9,19
499:14,20
500:20  503:16
503:25  504:25
505:9,12,20
506:4  508:13
508:18  509:12
509:22,23,25
510:2  511:15
512:20  513:5
513:23  514:2
515:4,11
517:15  518:9
518:11  519:6
519:10,11
520:19,24
523:4  525:5,9
525:10,18,24
526:3,6,9
527:19  528:7
529:22  530:16
530:21  532:5,9
536:21  537:1
541:9,10,19
542:5,6  543:23
545:7  546:11
546:12,20
547:5
on-site 284:18
443:20
once 353:7  408:2
525:25
one-and-a-half
294:3
one-and-a-qu...
338:12
one-quarter
338:11
ones 304:2
325:25  326:1
326:22  347:20
352:22  393:17
409:24  424:6
424:11  425:4
427:7  438:12
440:14  451:16
465:16  473:5
485:3  501:14
515:12  530:21
ongoing 341:24
opacity 305:23
```

**open** 290:21
  291:15
**operate** 490:13
**operating** 373:17
**opine** 515:14
**opined** 389:13
  505:13
**opinion** 292:24
  297:22 310:3
  325:12 327:13
  327:20,22
  328:10 336:9
  350:21,23
  353:12 357:3
  375:10 382:3,7
  382:19,23
  385:25 386:21
  387:5,6 389:2
  389:4 390:1
  392:14 395:2,6
  406:5 419:12
  419:15 428:16
  429:12 432:24
  433:4 435:13
  435:14 446:3
  450:15 466:4,6
  477:8 492:17
  501:2 525:2
  539:23 548:2
**opinions** 292:19
  292:21 293:3
  296:11 299:7
  381:1 393:8
  490:16,16
  495:5 549:15
  549:19
**opportunities**
  387:8
**opportunity**
  294:13 377:16
  377:20 378:23
  379:1 390:4
  395:24 396:9
  403:14 432:15
  455:20 489:18
  491:12 511:11
**opposite** 510:15
**option** 316:7
  394:15
**orange** 308:25
  309:8 311:20
  312:9,10
  316:13 343:8
  343:11,11
  382:13,20,25
  427:8 428:7,14
**order** 305:1
  307:10 318:11
  345:22 348:1
  355:8,9 410:23

421:13 422:24
431:22 492:4,6
507:14
**orders** 408:10
**organic** 372:20
**organization**
  383:21 386:22
  386:23
**organizations**
  422:8 522:23
**orientation**
  299:15 514:17
**orientations**
  517:1
**oriented** 520:16
**original** 323:15
  323:21 336:1
  352:21,22
  353:1 385:2
  450:5,6,7
  453:2 459:4
  461:17 465:1
**originally** 353:1
  353:15 418:23
  450:10
**ORP** 447:5,21
  448:22,25
  449:3 460:17
**out-of-round...**
  422:3 535:8
**outcome** 552:14
**outdoor** 326:6
**outer** 300:12
  422:3 539:16
  539:21 540:5
**outlet** 506:25
  510:15,20,21
  514:23 515:7
  517:20,22
**outliers** 378:20
**outlined** 381:22
  534:4 545:9
**outlines** 304:5
  313:16
**outlining** 415:23
**outside** 318:24
  415:12 444:5
  453:15 485:8
  507:9 538:16
**overall** 451:7
  507:8,10
**overarching**
  292:2
**overriding**
  510:12
**oversaw** 320:2
**oversee** 352:11
**oversees** 330:8
  330:10
**overview** 303:3

**oxidation** 295:21
  300:5 301:24
  303:23 399:11
  417:16 418:8
  418:10,11,15
  418:19 447:8
  447:12,14,16
  468:5,7,8,20
  468:22,25
  469:11,25
  470:6,9,10,14
  471:5,9,10,20
  471:24 472:15
  472:25 473:6
  474:7,9,9,13
  475:10,17,22
  477:10,14,18
  478:10,13,20
  478:25 521:20
**oxidative** 299:11
  299:14,17,20
  300:17,22
  301:4,8,9,14
  301:23 302:5
  302:17,25
  304:3 325:9
  326:17,20
  327:2 330:6
  336:15 347:10
  370:15 375:9
  386:8,10
  418:15 419:25
  420:21 426:17
  431:19 447:3
  447:19 448:2
  460:10,13
  467:22 469:14
  519:18 541:3
**oxide** 478:19
**oxidized** 414:11
  432:1 477:24
  519:23 520:4
**oxidizing** 430:24
  466:6
**oxygen** 300:19
  360:18 448:25
  449:1,4

_____
**P**
**P** 285:1,1
**P-E-X** 304:18
**P.C** 285:14
**p.m** 551:4
**page** 284:4,9
  287:21 291:16
  293:24 294:18
  306:22 307:13
  313:17,21,21
  314:15,22
  315:5 316:16

317:18,19
318:2,6 321:13
322:25 337:23
341:11 342:24
346:8 370:24
371:15 373:2,3
382:2 391:23
395:9 437:14
437:17,22,25
454:6,7 469:16
469:19 472:17
473:12 476:3,6
476:9,10,11,12
476:15,16,20
506:3 509:21
509:22,24
518:10 520:21
524:23 530:15
**pages** 288:6
  296:5,7 392:5
  435:19 436:2
  548:3 552:7
**paid** 376:12
  400:18 404:24
  405:4 406:22
  406:23 407:3,4
**paper** 289:13
**papers** 497:18
**Paragon** 284:17
  550:8
**paragraph** 317:8
  323:10 335:13
  335:17 417:4
**paragraphs** 417:2
**parallel** 520:11
**parameter** 426:7
  446:9 447:12
**parameters**
  360:19 382:15
  448:24
**parentheses**
  304:18
**part** 291:23
  292:9,10 310:2
  314:19 318:19
  327:18 330:16
  334:16 349:7
  349:19 353:14
  354:10 367:5
  378:13 395:2
  396:11 400:23
  401:7 402:18
  422:7 424:4
  432:21 472:21
  486:25 517:16
  518:22 522:7,8
  522:11 527:24
  538:17
**participate**
  332:16 406:10

**particle** 478:15
  478:18
**particular**
  290:24 311:10
  368:22 387:23
  388:4 389:7
  410:9 416:17
  429:15 543:1
  543:20
**particularly**
  318:12 319:6
  328:13,15
  366:3 539:8
**parties** 552:11
  552:15
**parts** 356:11,23
  368:20 369:2
  449:6,7
**pass** 309:5,14
  311:3,20
  324:19 339:23
  340:7 382:21
  382:25 383:16
  390:21 400:6
  403:3,4 421:13
  427:2,6,7,8,8
**passed** 309:6,8
  311:19,25
  312:2 315:22
  336:21 349:10
  349:20,22
  377:13 421:17
  426:24 427:1
  427:14,23,24
  428:15
**passes** 305:4
**passing** 376:25
  394:21 427:17
**patch** 372:19,22
**path** 366:10
**pattern** 519:20
**patterns** 301:25
  373:15 540:13
**pay** 414:3
**paying** 407:1
**PC** 285:17
**peak** 471:10,11
  471:13,14,21
  471:23 473:1,1
  473:6,6,18
  474:1,2,12,19
  474:22 475:4
  478:23 479:1
**penalize** 318:24
  319:19
**penalized** 323:16
  335:14,15
  336:2,19,20
  377:7
**penalizing**

335:19
**penalties** 334:22
**penalty** 319:20
  320:13,18
  324:1 331:20
  333:10,20
  335:8,15 378:2
**pending** 337:3
  406:18,20
  414:14
**penetrating**
  302:23 303:1
**Peninsula** 297:2
**Pennsylvania**
  285:9,15 297:1
**people** 338:21
  352:23,23
  354:3,21,24
  355:2,12,25
  356:12 398:4,5
  406:12 407:1
  410:15 432:17
  454:12 499:15
  524:14 528:21
**people's** 329:5
  433:18
**Peperno** 283:13
  283:13 456:15
  456:20,23
  457:3
**percent** 303:1
  315:9,10 362:7
  363:15,16
  421:15,21
  425:15 499:1
  500:5 501:3
  502:6,10
  532:16 533:20
  533:21 535:2
  535:10 537:6
  537:11 541:13
  543:16 545:10
  545:12,13
  546:4,6 548:11
  549:21
**percentage** 426:5
  426:11,16
  531:9,11
  535:19 549:14
  549:20
**percentages**
  537:8
**percentish**
  421:20
**perfectly** 375:25
**perform** 306:24
  311:7 328:2,13
  336:22 373:22
  375:14 376:1
  376:19 377:4

391:14 401:5
402:8 403:18
422:13 423:7
427:19 441:19
456:6 466:15
523:14
**performance**
  311:5 325:14
  327:22 373:12
  374:2 379:25
  399:2,10
  432:13 445:23
  446:4 492:23
  499:12
**performed** 295:12
  297:17 298:8
  298:12,23
  299:2,8,9,11
  299:18 302:15
  302:21 303:4,7
  303:10 304:1
  307:1 308:8
  312:1,12
  318:19 331:11
  349:8,10,15,17
  379:7 382:17
  383:1 414:8
  419:2 420:23
  434:14 450:4
  452:24 486:23
  488:22 489:16
  506:6 522:2
  533:8,11,15
  545:13 546:3
  549:2
**performing**
  379:22 393:13
  396:6 397:8
  398:21 471:17
  479:10 521:9
  536:14
**performs** 306:18
  306:23
**period** 309:17
  310:22 319:2
  359:19 373:22
  389:10 406:1
  414:19,20
  420:8 422:16
  424:9 433:9
  505:10
**periodic** 348:2
**periods** 366:12
**permissible**
  445:12
**permission**
  414:22
**permit** 543:15,18
**permits** 499:15
  499:20

**permitted** 316:13
  414:24 426:16
  452:11 453:18
  456:13,19
**PERs** 387:4
  388:18 389:15
  392:22
**person** 353:21,22
  383:12 495:9
  499:11 507:16
**personal** 407:4
**personally**
  550:13
**perspective**
  536:9
**pertain** 343:22
**pertaining**
  334:22
**pesticide** 482:16
**Petrochemicals**
  338:6
**PEX** 284:12,14
  287:9 292:4
  298:10 300:22
  304:6,9,18
  310:10 312:10
  317:11,20
  322:8 323:6,8
  325:18,21
  326:4,9,16,19
  327:1 338:5,14
  345:6 353:2,5
  355:11 358:20
  358:25 363:5,7
  364:18 366:20
  367:9 369:6,19
  373:20 382:13
  382:16,24
  387:19 394:20
  395:13,14,17
  395:20 396:2,5
  396:7,7,9,10
  396:11,12,14
  396:14,14,17
  396:19,22
  397:21 398:11
  398:13,23,24
  399:2,3,4,5,16
  399:16 402:23
  404:10,25
  406:5 409:8
  410:6,14,17,22
  411:1,9,17
  413:10 415:1
  420:12,16,20
  421:4 423:11
  428:15 434:6
  434:11 442:9
  442:13 450:16
  451:8 466:24

490:12 492:11
492:23 493:3,9
493:12,14
497:13,16,20
498:12,15
499:4 502:14
502:16,18
503:22,23
504:2,9,17
505:14 510:11
513:9 514:13
514:14,24
516:3 519:12
521:2,10,15
523:5,11 524:1
524:6,15,16
525:19,25
526:2,14,15,18
529:25 531:23
531:25 538:1,9
541:1 549:3,20
**pH** 298:19 360:17
  444:21,22,23
  444:25 445:1,2
  445:7,10,18,21
  445:25 446:2,2
  446:7,8,15,24
**Philadelphia**
  285:9,15
**photos** 288:12
  301:11 302:19
  369:22 484:13
  515:11
**pHs** 445:9,9,13
**physical** 305:24
**pick** 385:13
  425:3,6 530:24
**picked** 513:20
  531:1,3,4,6
**picture** 419:21
  446:10 506:10
  506:17,18,23
  506:24 507:4,5
  507:7,21
  508:12,14,15
  508:16,19,20
  509:14,16
  510:7,10,13,25
  513:13,24
  515:12,19
  519:13 520:6,8
  520:18
**pictures** 507:16
  507:23
**piece** 375:3
  386:12 415:23
  421:4 429:7,15
  429:17,18,19
  429:22 432:24
  445:5 454:24

466:4,23
477:18 536:12
**pieces** 416:11
  428:7 443:24
  450:24 459:8
  459:24 470:14
  507:6 511:7
  519:25 520:25
  536:17
**pierced** 325:25
**pipe** 290:12
  292:4,8 294:22
  294:24 295:7
  296:18 297:5
  297:23 298:10
  300:5,6,7,9,12
  300:13 301:18
  302:1,23,23
  303:2,11,12,17
  303:19,20
  305:22 308:22
  308:25,25
  309:8,12,14
  310:24 311:12
  311:18,20
  315:11,14
  316:1 317:11
  318:1,4 321:5
  322:8,11,16,19
  322:22 323:6,8
  324:18,19
  325:2,7,13
  326:4,9,16,19
  327:1,5,6,23
  328:17 330:1,4
  330:11 336:6
  336:19,20,21
  338:11 343:8
  344:21 350:11
  353:3,5 354:25
  355:4,18
  359:21,25
  364:3,25 365:2
  365:5,6,9,11
  366:3,19 368:3
  369:7,11 371:5
  372:3,3,4,13
  372:16,17,18
  372:23 374:2
  375:24 376:8
  377:12,14
  382:16,20
  383:4,17 386:6
  386:15,15
  388:12 390:7
  392:18,19
  394:20,22,24
  398:14,14,21
  398:22 399:4,5
  399:13 400:5

400:19,21
401:6 402:4,12
409:8 410:6
411:2,9,17
413:10,16
414:8,10 415:2
415:20,23
418:5,17
419:22 420:2
420:16,20
421:1,4,7,19
422:4,15,18
423:3,25
427:14 428:3,3
428:7,14,15,16
428:18 429:8,9
431:4,14,16,24
432:9,16,18
433:7,19
434:13,20,22
434:23,23,25
435:3,4,8,8,12
442:16,18,20
442:22,24
450:7,24
459:14,23
464:3,13 469:4
469:10 470:1,2
474:25 475:25
485:11 510:11
515:2 518:6,17
521:19,20,22
522:1,3,6,19
522:21 523:11
523:14,19
524:1,7 526:12
526:14 527:9
527:10,11,14
527:16 529:4
529:14,17
531:18 532:24
533:1,2,3,13
533:17 534:16
535:7,15,17,24
536:1,5,9,12
536:23 538:5
538:10,25
539:6,10,12,24
540:14,16,16
540:18,20
547:22,24
548:9,14
549:16
piped 480:2
pipes 291:11
292:24 295:5,6
295:9,10,20,21
295:22,24
296:2,13 297:1
299:9,13,16,20

300:1,3,15,19
300:24 301:9
301:14 302:5
302:15,16,22
303:9,21 304:1
309:1,3 311:2
311:11 325:21
326:16 329:23
336:15 359:11
359:16 360:6
361:22 362:3
366:22 372:24
376:3 382:13
382:24 383:2
383:16 384:9
384:13 385:14
386:17 401:15
421:10,16,21
422:16,17
424:8 426:12
430:21 432:1,5
433:23 435:2
441:15 450:10
467:20 477:24
523:5 527:12
528:21 530:10
536:22 537:7
540:4,11
548:10
piping 304:20
305:2 352:3
358:20,25
369:6,22
373:13 375:7
404:2 493:9
place 305:11
345:5 370:10
377:6 422:9
460:1 465:1
530:12 541:15
placed 509:2
510:4 512:4
placement 482:4
510:8,14
511:16,20
515:18
places 298:3
310:9 409:12
409:23 410:1
468:11 516:23
518:24
placing 516:7
plaintiff's
362:6
plaintiffs 283:5
283:16 285:12
290:8 405:5,12
462:2,19
483:11,21
551:3

plaintiffs'
357:5,16
358:10,11
361:11,25
370:25 371:22
484:7,25
501:12 539:22
540:3,4
plan 289:19,21
363:23 383:22
422:7,8 549:22
planned 289:25
planning 289:16
549:19
plant 535:25
plastic 304:20
343:8,15 344:1
344:6 375:7
404:1 434:10
439:25 440:1,3
462:17 524:11
plastics 343:9
344:13,20,21
plausible 478:21
play 328:15
381:18 447:19
Plaza 285:18
please 291:16
293:25 294:19
313:1,4,17,21
314:12 315:18
317:18 318:2
335:10,12
336:25 337:6,9
337:20 345:1
349:13 364:21
370:23 377:17
382:1 416:1
452:5 456:4
456:17 493:6
499:9 506:3
509:4 518:10
520:21 524:23
525:7 530:14
531:21 549:10
plenty 364:10
Plisko 283:3
315:14 330:2
431:18 436:12
436:14 438:2
439:14,18
440:6 442:8,14
443:7 444:1
448:2,15
449:17 451:12
462:2,12,24
Plisko's 325:7
Pliskos 462:15
plugged 329:18
plumber 296:18

364:4,7 465:14
480:2 514:7
plumbers 355:2,7
355:12 363:19
364:1,2,10,12
plumbers' 352:3
plumbing 284:12
287:10 292:4
293:2 294:21
297:4,23
298:10,22
354:25 355:3,6
355:8,9,14,21
355:23,24,25
356:6,13 357:6
357:8,15,23
358:4,11,12,14
358:16 361:1,4
381:15 410:22
411:1,9 413:16
415:7 434:4,13
446:4 452:12
453:19 454:18
456:14,20,24
461:15 465:1
479:12 481:10
482:15,19,24
497:13,14
500:17 502:14
504:9 516:20
521:10
plus 338:18
405:25 449:12
460:17
pocket 407:4
point 289:20
299:6 305:12
310:22 350:20
361:5 377:17
389:3 402:10
402:11 406:13
414:15 418:19
427:20,22
432:14 446:3
453:2 467:17
468:17 469:5,8
489:13 498:10
500:4 509:5
511:3 518:25
519:5 526:5
528:5 543:20
549:23
pointing 441:6
473:3
pointless 415:21
points 318:23
319:14,17,25
324:7,13,16,22
378:8,19 385:8
426:16 531:11

poke 365:15
POLAKOFF 285:13
policies 310:14
343:15,16,18
344:2 345:4
534:25
policy 317:10,12
317:15,21
322:6,9 323:11
327:12 335:16
343:9,9,22,24
344:6,13,20,21
polished 490:11
polishing 487:8
polyethylene
284:14 302:15
304:17 351:24
370:16 413:11
416:21
polymer 284:17
330:11 550:8
portion 287:8,12
288:15,21
350:20 407:12
515:7
portions 286:19
288:8 356:10
439:4 459:6,7
459:17
position 324:22
324:25 325:4
327:10,11
375:6,18
417:25 427:12
472:24
position-rel...
516:25
positioned
515:21
positive 445:22
possession
289:18
possibility
295:25 435:6,7
448:9 498:2
possible 365:21
425:10 504:3
possibly 292:5
405:17,17,21
438:18 488:4
497:24 505:11
532:20
potable 301:20
347:10 368:16
369:1 402:12
420:8,21 421:5
424:9 445:11
500:12
potential 447:4
447:9,11,14,20

448:2 460:10
460:14 482:18
503:12 516:1
519:15
**potentially**
405:8,10 454:3
**PPI** 409:25
**PPX** 477:14,20
532:19 537:10
541:22 542:8
542:10,17,23
**PPX23** 469:16
**practicable**
305:23
**practical** 374:18
**practice** 351:2
366:19 508:21
**practices** 364:22
**predict** 418:25
**predicted** 311:13
315:8 318:24
322:13 323:15
324:23 328:19
328:20,21
332:11 336:1
337:4 374:14
377:22 385:2
428:10
**predictive**
319:18 320:15
325:5 331:21
333:11 334:24
378:1 430:13
**prefer** 312:8
**preferred** 532:3
**preliminary**
339:16
**premature** 366:16
467:21 483:1
**prematurely**
366:25 369:6
382:10 500:11
**Premus** 337:25
338:1 383:12
**Premus's** 390:8
**prepare** 289:10
408:3
**prepared** 289:7
297:9,10
353:24 522:13
522:16,19
523:5
**prepares** 343:4
**preparing** 289:8
548:24
**presence** 299:21
300:19 326:25
418:15 482:14
483:2 493:18
495:12 500:15

500:16 521:19
522:20 553:11
**present** 289:1
290:20 300:20
331:2,12,17
350:18 418:19
466:7 468:20
468:22 471:6
475:17 478:25
483:5 514:24
516:11
**presented** 297:8
297:9 336:11
**presenting**
308:12 340:11
**presents** 526:16
528:8
**pressure** 295:15
296:21 298:21
299:3,5,6
301:21 303:8
346:19,23
357:8,13
359:17,22
360:3,13,15
365:4 444:6,7
450:21 452:21
453:1,15,22
455:3,11
457:21 458:13
480:22
**pressures** 365:6
420:6 452:25
455:14 457:18
**presumably**
506:22
**pretend** 389:23
528:18
**pretty** 303:3
348:13 405:23
445:9 470:21
505:23 513:3
531:25
**prevent** 536:23
**previous** 400:13
**previously** 531:2
**Priddy** 547:7
**primarily** 397:14
417:19
**print** 526:21
528:20
**printed** 287:13
287:16,18
477:16
**prior** 312:5
321:4 325:21
341:16 392:16
413:2 439:20
453:22 490:11
496:6 511:13

526:20 531:7
**probably** 290:2,4
290:10 303:3
332:6 355:5
356:25 357:1
386:24 405:10
414:15 424:18
430:9 448:8
488:8,20
492:20,24
498:5 499:7
505:5 513:3
514:6 537:2
**probe** 444:18,21
444:21 447:5,5
447:6
**problem** 377:13
386:14 387:9
390:7 399:4
432:8,18 435:9
452:19 503:4
**problematic**
369:20 396:12
400:23 446:18
**problems** 458:6
**procedure** 527:25
**procedures**
297:21 535:1
**proceedings**
293:6
**process** 314:19
316:13 329:1
353:15,16
395:24,25
396:7,8,10,10
396:12,20
399:17,20
400:11,24,24
401:3,7 419:21
428:22 430:21
431:17 432:23
462:25 467:19
467:25 526:19
527:3,23,25
528:1,3,11,25
529:15 536:25
540:7,12 541:1
**processes** 356:7
356:17 395:21
**processing**
382:15,15
**produce** 341:7
407:17 408:7
**produced** 287:19
287:22,23,23
288:1,11,16
295:2 296:9
337:24 338:5
379:9,11 384:4
399:24 401:9

401:17 426:9
429:21 438:25
443:10 486:3
487:3 547:3
548:4
**producing** 396:16
**product** 302:3
308:5 311:5,6
317:5,5,20,24
321:22 325:15
325:19 326:14
327:22 328:6
328:13 329:2,4
338:22 349:2
351:12 354:14
354:22 355:7
366:14 368:16
369:16 373:13
375:13,16,16
375:19 376:19
376:21,24
377:4 391:1
394:12,13,16
394:18,19
395:1 396:22
397:7,13,22
399:7,18,19
401:3 402:8,16
403:6,12,16,18
414:21,22
416:17 417:9
417:15 419:5,8
419:11 428:23
429:2 432:21
434:1 501:4,6
502:19 515:23
521:17 523:16
523:21 534:15
537:3,5 544:10
**production**
313:10 338:4
353:2 392:7
419:22 527:7,8
527:10 529:2,3
529:3,6 530:9
**products** 287:10
309:15 311:7
313:15 319:9
332:12 336:23
343:12 345:6
369:19 376:6
378:23 379:21
381:16 387:19
392:8 395:18
396:6,13
408:21 411:8
416:7,24 417:3
417:4,17 419:6
430:3 432:13
433:10,11,18

508:9 516:3
**professional**
283:24 364:5
552:22
**professionals**
355:13
**profiles** 494:7
**profit** 407:13
**program** 343:9,9
343:15 344:2
344:13,20,21
**programs** 344:6
422:9
**progression**
301:4
**project** 314:6
**promote** 400:21
**prone** 447:15
**pronounce** 367:15
**proofread** 449:20
**propagated** 518:4
**propagation**
548:15
**proper** 507:15
514:25 515:3
**properly** 393:13
420:9 480:18
508:1,5 509:1
510:4 512:11
514:18 515:15
515:21 534:23
**properties**
305:24 396:15
413:21
**proposed** 352:10
**provide** 353:7
475:23 543:5
**provided** 298:8
306:19 308:22
334:2 339:16
438:22 440:15
441:18,22
479:16 487:4
508:24
**provides** 375:12
391:3 420:11
538:13
**providing** 337:17
**provisional**
308:24 309:10
310:6 340:11
340:15,23
341:1,2
**provisions**
422:22
**PSF** 316:20
**PSI** 357:7,9
359:17 420:7
452:21,25
453:15,20,25

455:11
**public** 283:25
  354:1,5,5,13
  354:21,24
  355:3  411:3,8
  498:16  552:5
  552:23  553:16
**publication**
  497:16
**published** 302:6
  302:13  309:22
  368:25  415:22
  416:5,9  417:13
  417:14  497:5,8
  497:10,11
  498:10  520:23
**pull** 303:22
  383:17
**Pulte** 546:24
**purchased** 392:15
  401:4
**purchaser** 544:5
  544:25  545:2
**purely** 534:7
**purpose** 301:12
  316:6  421:8
  422:25  514:20
  515:8  533:12
  534:9,16,20
**purposes** 347:24
  347:25  392:7
  481:21  532:4
**pursuant** 286:2
  317:21  508:1
  545:13
**purveyor** 296:15
  296:17
**put** 327:8  329:4
  333:6  354:14
  362:15  363:21
  366:20  394:18
  401:5  403:21
  408:10  432:5
  433:16  440:13
  465:16  475:10
  491:11  500:22
  512:11  528:10
**puts** 367:1
  526:10
**putting** 355:12

_____
            **Q**
_____
**qualifier** 488:9
**quality** 355:25
  356:12  368:9
  373:16  375:16
  375:20  376:19
  394:18  395:1
  403:17  422:9
  450:15  451:7

**quantifiable**
  539:20
**quantification**
  549:13
**quantity** 544:9
**quarter** 512:8
  513:1,2  514:14
**question** 298:2,6
  315:16  319:12
  319:15,15
  322:15  326:18
  334:1,4  337:2
  337:10,20
  343:20,22,23
  346:17  350:13
  350:15  352:1
  384:11  385:19
  385:20  388:21
  388:24  398:16
  400:13,14
  403:23,24
  409:20,20
  411:13  416:3
  426:3  431:20
  445:21  446:7
  446:19  452:23
  458:1  462:18
  466:10  467:16
  468:17  472:3
  473:23  483:15
  483:18,19
  485:20  486:23
  489:4  491:21
  492:12  493:5
  495:17,18
  498:19  500:20
  500:25  502:15
  505:16  508:10
  511:8  515:20
  515:21  524:2
  524:12  525:10
  525:17  534:2
  538:17  542:2
  542:24  543:13
**questions** 298:5
  313:20  315:18
  333:16  334:19
  337:7,14  345:1
  351:15,22
  371:16  401:20
  408:19  439:8
  440:15  443:2
  458:3  491:25
  498:20  503:14
  543:11  549:24
  550:20,22,25
  551:2
**quick** 287:4
  362:23  387:1
  435:18  505:23

**quickly** 470:22
**quite** 353:14
  380:13,23
  410:9  497:24
**quote** 384:25
  385:3

_____
            **R**
_____
**R** 285:1
**R-squared** 323:17
  336:3
**radar** 390:8
**radial** 538:20
**radius** 361:20
**raise** 377:17
  406:13,18
**raised** 403:25
  503:11
**ran** 442:13
**random** 348:10
**randomly** 531:5
**range** 328:18
  445:7,10,11,12
  446:20  512:25
  537:19  539:4
  547:16
**ranges** 445:15
**rate** 337:5  360:9
  365:10  367:24
  400:3  445:1,2
  445:19  548:17
  549:21
**rate's** 405:3
**rated** 397:5
**rating** 387:24
  397:7
**ratio** 472:4
  478:9
**RAY** 283:12
**re-plumbed**
  458:14,22
  462:8
**reach** 294:21
  329:7  353:8
  409:15  493:7
**reached** 291:23
  292:16,20,21
  494:21,23
  495:5  503:3
  543:6
**reaching** 329:25
  516:17
**react** 449:11,12
**read** 292:10
  315:12,13,16
  323:22,23
  373:10  382:5
  384:21  416:2,3
  497:21,23
  528:23  550:21

553:4
**reading** 444:24
  447:7  448:16
  448:17  452:2
  453:1,2  455:3
  551:5
**readings** 449:17
  455:8  457:22
  530:18
**ready** 525:8
**real** 325:6
  326:17  387:1
  435:18  448:11
  503:4  515:21
  528:10
**realize** 387:8
**really** 312:16,19
  325:13  328:1,2
  328:5,24  329:1
  376:10  385:7
  394:17,23
  399:21  403:5
  414:20  427:17
  430:1  472:1
  528:14  549:7
**reason** 324:8,8
  335:24  422:7
  496:16  507:7
  514:9  516:14
  517:19  539:5
  550:9,14
**reasonable** 431:3
  508:8  540:10
**reasonably**
  403:13  433:18
  518:5
**reasons** 319:22
  364:5  385:24
**reassess** 329:21
**recall** 294:16
  298:25  317:2
  320:9,16
  341:18  351:4
  357:2,17
  358:13,16
  362:3,17  372:7
  372:15,17,22
  379:6,16,19
  380:5,6,11
  387:25  388:5,8
  389:16  393:18
  393:20,21,22
  393:24  394:7
  397:25  404:20
  405:19  406:23
  423:23  424:17
  439:24  442:9
  442:12  443:9
  450:13  451:19
  456:1,4,10

457:6,13,24
  459:22  461:4,5
  461:13,19,23
  462:1  463:7,12
  469:10  470:16
  470:18  471:7
  484:2  486:1
  487:6,10
  492:15  496:8
  503:23  504:3
  504:10,21,23
  505:3,3  506:24
  513:19,21,21
  515:6  522:17
  523:1,12
  537:15
**recalling** 303:5
  344:16
**receive** 454:24
  461:5,11  486:6
  486:7
**received** 287:14
  327:23  383:13
  407:1  444:12
  461:8  479:24
  486:10  513:18
  545:8
**receiving** 393:24
**recess** 313:7
  351:21  380:18
  408:15  453:9
  505:24  545:6
  550:18
**recirc** 296:20
**recirculation**
  361:25  362:5
  363:21  461:21
**recollection**
  358:19  460:23
  470:12  537:17
  541:20  546:7
  547:8
**recommend** 290:4
  290:7  415:18
**recommendation**
  523:10
**recommended**
  446:20
**record** 313:6
  314:2  321:3
  380:16,19
  387:1  400:2
  408:6,11,16
  426:11  443:13
  443:14,18
  453:8  472:9,11
  472:12  505:21
  505:25  524:20
  545:4  550:17
**records** 407:16

426:9 444:22
444:22
**recurrent** 293:1
**red** 308:25 309:8
311:20 312:11
313:14 316:12
323:6,8 324:18
324:19 325:2
327:11 328:22
330:4 336:6,14
336:18 338:23
339:17 340:2,4
342:20 343:4,8
343:11,12
344:21 345:5
377:14 382:13
382:20,25
383:4 384:13
390:24 391:1
391:25 427:5
427:14 428:7
428:14 432:10
537:11 539:4
**red-brown** 314:11
**reduce** 351:11
364:17 366:8
368:10
**reduced** 323:17
323:19 378:2
**reducing** 336:3
**reduction** 447:4
447:8,14,19
448:2 460:10
460:14
**reels** 522:5
**refer** 294:12
298:4 317:2
318:6 333:18
341:5 372:4
428:2 473:7,11
541:19
**reference** 312:6
314:4 331:8,14
331:22 334:20
335:3 341:7
351:14 436:22
440:18 471:14
508:23 511:21
**referenced**
294:15 342:12
412:8,10
525:12
**referencing**
334:7 522:9
**referred** 340:20
340:25 341:2
393:11
**referring** 291:18
307:17,22,23
313:17 315:3

349:12,22
352:17 362:14
363:4,8 370:2
371:9 374:6
393:15 412:13
415:7 427:4,5
427:11 436:3,4
437:23 473:3,5
473:9 484:23
484:23 486:17
506:10 509:5,8
509:11 511:18
511:23 519:1
543:7
**refers** 373:4
525:3
**reflect** 360:5
449:16,19
549:11
**reflection** 533:5
**reflective**
425:21 442:22
**reflects** 318:14
514:2
**refresh** 358:18
**refusing** 499:5,6
**refute** 535:13
**regard** 327:6
335:6 428:14
440:11 467:12
511:16 515:18
527:4 532:2
549:14
**regarding** 297:16
328:25 357:12
449:18 457:14
458:4 490:11
495:6 499:12
523:18 534:9
549:16
**regardless**
379:23 482:20
492:7 499:14
533:7
**region** 301:2
**Registered**
283:24 552:22
**regression** 315:7
318:18,25
319:14,19,24
320:14 323:15
323:16,25
327:18 329:19
333:10,22
334:22 335:14
336:1,2 374:7
378:2,14,18
385:2
**regular** 326:7
**regulations**

528:14
**reiterated**
523:15
**rejection** 544:2
**related** 287:9
289:14 296:8
304:3,9 308:24
330:11 333:16
334:19 361:22
401:10 406:17
410:10 413:11
416:15 459:20
480:11 491:25
492:17 499:8
504:11 520:4
523:3 524:16
543:11 548:9
548:10
**relates** 308:25
419:10 524:15
**relating** 406:15
**relation** 295:12
407:16 497:13
**relationship**
496:3
**relative** 372:16
372:18 418:4
475:24 514:22
537:22 539:6
552:14,16
**relay** 406:17
**released** 342:21
342:22 527:2
**relevant** 413:23
474:3 475:6
480:12
**reliable** 515:1
**relied** 303:13,18
401:15 411:5
423:16 521:5,8
521:24 522:4,8
522:13 530:21
549:18
**relief** 360:15
**relies** 471:17
**rely** 307:1,3
312:8 423:17
457:25 521:1
521:13,21
522:2 531:24
534:13 549:13
**relying** 297:3,7
297:14,22
298:9 310:2
328:14 340:8
358:17 547:11
547:15,19,21
547:25 548:3
**remain** 292:13
352:25 464:1

**remained** 450:7
459:7 463:25
**remaining** 526:18
**remains** 336:14
**remember** 393:25
436:5,21 450:7
505:17 543:9
**remembered**
524:21
**reminiscent**
368:4
**remiss** 401:25
421:9 536:4
**remove** 331:19
464:6
**removed** 320:13
320:18 324:13
378:8,20 385:8
392:7 417:3,6
421:22 536:22
**removing** 324:16
**render** 539:23
549:19
**rendered** 419:3
493:10
**rendering** 548:2
**renders** 292:8
294:24
**repair** 442:17,23
**repairs** 465:4
**repeat** 309:16
414:10 452:5
539:25
**repeatedly**
336:17 535:22
536:11 541:2
**repeating** 414:9
**repiped** 459:1
463:21 465:5
**replaced** 293:2
450:18 465:3
**replacement**
532:1
**report** 284:11,15
284:18 287:8
287:17,22,24
288:2,5,7,9,11
288:17,19
289:7,8,11,15
290:6,9 291:17
291:18,19,25
293:21 294:12
298:3 310:7
311:14 312:3,6
312:16 314:3,6
314:7,8,21
315:6,20
316:19 321:14
321:20,23
323:2 325:10

335:24 340:21
341:1,6 368:23
368:23 372:15
381:22,25
390:24 391:8
393:3,3,9,11
393:21,23
395:8,8,9
427:23 435:19
436:1,3,4,22
436:25 437:2,3
437:4,12,14,22
437:23,24
438:3,18 439:1
439:3,4,22
440:17,25
441:10 451:15
451:17,18
454:8 468:4,10
468:15,18,19
469:15 470:25
506:2 518:7
520:21,22
522:18 524:9
524:23 533:25
545:9 546:9
**reported** 283:24
293:19 294:2,5
325:1 392:12
439:20,24
440:6,16
442:13 460:24
464:18,24
465:24 466:3
469:3 477:6
479:5,8 539:9
552:8
**reporter** 283:24
416:4 505:3
552:22
**reporting** 538:8
**reports** 295:2
296:9 297:8,9
302:2 303:15
303:22 312:18
313:11,14
321:4,5 322:16
345:12 370:18
379:8 384:5,7
393:6,7,14,19
393:25 394:1,8
394:8 405:2
436:14,19
439:5 457:17
522:9,12,16,24
523:2,4,9,9
524:4 547:1,6
**represent** 364:3
391:6 470:5
472:25 478:24

representation
  373:20 469:24
representative
  422:17 425:9
  458:17
representatives
  514:8
represented
  374:11 423:7
  531:3 535:17
  536:5 544:10
representing
  325:15 388:18
requested 401:19
  455:9
require 307:8
  410:22 526:9
required 289:23
  304:6 376:23
  377:2 382:18
  394:13 400:6
  403:1 410:16
  410:18,19
  411:7,14
  413:16 500:2
requirement
  312:14 315:11
  323:18,22
  324:19 327:24
  343:8 346:19
  347:11 359:3
  542:17
requirements
  305:7,16,19
  306:4,6,7,12
  306:20 307:12
  308:5,18
  310:24 311:23
  317:12 322:9
  322:11,16,19
  322:22 323:13
  339:7,19
  341:25 344:22
  345:7,23
  346:12 347:2
  347:19,23
  349:11,24,25
  350:1 359:25
  363:14 384:25
  413:14 420:17
  420:19,21
  421:3,9,23
  422:5,6 423:2
  424:5 426:13
  426:14 533:9
  538:9 544:3,6
  544:11,15
  548:6
requires 306:5
  308:22 526:12

531:13
requiring 526:21
reserve 289:19
reserved 551:5
  552:11
residence 293:14
  293:15 294:4,6
  315:15 330:2,4
  344:25 359:23
  436:15 438:2
  439:14,18
  440:6 444:1
  448:4,15 449:2
  449:18 450:3
  450:25 452:1,7
  453:14 456:25
  457:3,3,4
  458:12 460:22
  460:24 462:12
  463:8 464:10
  464:19,20,25
  479:24 480:2
  484:3,3 485:5
  501:15,16,25
residences 450:1
  456:15 484:8
residual 295:24
  417:16 418:14
  419:22,24
  501:5 521:18
resin 311:11,12
  311:17 316:24
  317:3,3 320:24
  323:3 345:23
  346:11 399:25
  400:3 419:17
  428:8,9,25
  429:5
resins 427:10
resist 375:9
  419:25
resistance
  302:14,17
  308:23 309:1,2
  309:5 311:3,9
  311:25 312:3
  316:20 339:7
  349:19 368:18
  370:15 382:9
  382:17 390:21
  396:3,4 397:6
  403:2 408:18
  408:22,24
  409:2,22 410:7
  410:14 411:4,7
  411:17 412:5,9
  413:6,17,19,23
  428:24 548:14
resistant 369:13
  420:3

respect 288:3
  304:4 316:9
  327:11 329:7
  331:15,20
  337:11 344:12
  345:3 347:21
  352:20 360:19
  363:3 370:24
  381:1,9,20
  400:14 411:23
  426:24 440:20
  441:3,13
  452:12,23
  456:12 468:3
  474:24 479:23
  483:11,15
  488:17 490:8
  493:11,13,20
  502:15 506:6
  512:23 515:4
  526:10 534:3
  540:2
respond 289:21
  290:5,8 333:16
  400:9
responding
  386:16
response 398:13
  505:19
responsibility
  352:6 376:21
responsible
  352:14 403:11
  415:18
responsive 334:2
rest 464:6
restaurant
  326:12
result 315:3
  323:14 327:2
  342:20 367:17
  369:3 372:25
  374:25 379:13
  385:1 414:11
  428:18 448:21
  481:14 482:21
  484:20,24
  493:2 502:21
  533:18 534:22
  543:1,6 545:16
resulted 323:25
  327:13 378:1
  386:9 518:2
resulting 329:2
  336:2 481:19
results 300:21
  301:13,25
  314:17 327:16
  328:16,18
  339:3 343:17

345:3 349:13
  362:3 379:20
  383:13 384:12
  402:14 414:12
  417:7 421:24
  421:24 453:12
  454:5 457:22
  469:3,5,6,6
  522:25 532:12
  532:21 535:21
  541:1 544:2
  545:8 548:4,25
  549:13
retain 465:11
  466:16,17,20
  466:22
retained 457:19
  459:18 485:7
retest 309:13,20
  383:17 544:2,9
  544:20
retesting 543:5
  543:15 544:13
retrieved 414:22
  461:9 464:7
return 537:7
returned 386:7
  388:17
returns 387:20
reveal 507:2
revealed 302:24
  399:10,11
  472:13
review 293:12
  294:13 296:5
  332:25 333:1,2
  333:3,6 344:13
  350:21 351:10
  356:21,23
  379:3 389:1
  390:11 394:1,9
  394:9 435:25
  450:5 478:5
  523:8 543:13
  546:9 548:8
reviewed 302:6
  302:13 313:22
  313:24 344:8
  344:15,18
  356:9,10,11,25
  388:9 398:2,3
  398:12 439:1,3
  439:5 523:2,4
  524:5 525:11
  525:14 547:9
reviewing 344:6
  352:15
revision 413:2
revisions 412:20
ribbon 538:4

rich 478:19
right 286:22
  287:15,20,25
  288:25 289:2
  289:19 291:19
  302:12 304:10
  304:21,24
  305:8 306:16
  307:7,15 308:9
  310:8 314:9,25
  315:12,23
  316:4,8,14,18
  316:18,21
  317:5,12,18
  318:25 320:3
  320:25 321:11
  321:13,16,19
  322:9,12,25
  323:4,7,9,22
  323:24 324:2
  325:24 327:2
  329:8 330:9,14
  331:21 337:25
  338:7,12,15,17
  339:1,24,24
  340:3,5,7
  341:13,17,21
  342:1,1,3,5,13
  342:23 343:2,7
  344:22 345:7
  345:12,18,21
  345:24 346:12
  346:24 347:3,7
  347:11,14
  348:3,11,14,16
  348:18,25
  349:4 351:12
  352:20 353:21
  355:8 358:2,7
  363:11,17,22
  364:16 368:14
  370:7,21
  372:21 373:2
  377:8,10
  378:12,25
  379:25 380:15
  381:12 384:4
  384:17 385:11
  386:22 387:12
  387:20 389:17
  390:17,21
  391:1,17,18
  392:6,9,12,21
  393:2 395:6,16
  396:14 397:4
  398:18 408:9
  410:23 414:3
  417:9 420:12
  420:23 422:21
  422:25 424:10

424:21,24
426:25 427:20
430:11,15,18
433:16 434:6
435:2,15 436:7
436:8,12,20
439:6 441:20
441:24 442:5,6
443:8,23
445:25 452:1,4
452:9 453:7,10
453:16 455:10
456:15 459:1
461:3 462:21
463:3,6,21
465:20 466:20
471:11 472:4,5
472:8,20,22
474:16,21
475:11,14
476:11,22
477:4,13,15
479:3,7,10
480:5 483:21
484:5,5,22
487:22 498:6,9
499:22 503:12
505:20 506:5
508:12 509:1,4
509:7,14,24
512:2,10,14
513:13,14
514:5,15
517:11 518:12
518:14,20
519:9,9 520:15
520:19 523:6
523:24 524:17
524:22 525:20
525:23 526:1
528:25 529:8
529:25 530:1,7
530:17 532:6
532:18,19
534:1 535:3
536:14,18
537:4 540:18
540:22 541:23
541:25 542:14
542:16,19
544:21 545:3
550:16,19
**ring** 480:17
510:10,16,25
512:11 513:8
516:7 517:3
**ringer** 293:8
**rings** 462:13
481:4 485:22
499:24 509:15

**riser** 366:5
**risers** 400:20
**road** 362:22
**ROBERT** 283:13
**Robinson** 286:4
**robust** 395:18
428:23 523:21
**rocks** 369:14
**role** 364:14
404:4,7,9,10
447:19 499:9
499:10,11
**root** 329:23
359:10,15
360:5,8 426:20
481:2 508:9
515:22,24
516:1
**roughly** 294:8,8
404:14 413:4
548:11
**round** 372:19
**rounding** 541:14
541:15,21
542:7,9,15
549:16
**row** 444:3
**RPR** 552:5
**rub** 299:24
**rubs** 369:17
**rule** 359:1
478:17 518:5
**ruler** 508:14,15
508:16 510:3,7
**run** 366:10 367:9
414:17 415:9
435:18
**run-through**
454:4
**running** 366:7
460:3 520:11
**runs** 540:16,17
540:20,22
**rupture** 291:9
301:5 365:5,6
548:15
**rust** 478:15

————————
**S**

S 285:1
**safe** 407:8
410:25 445:16
446:20 507:25
**safer** 395:10
399:14
**safety** 354:5
403:6
**sale** 498:11,14
**sample** 290:17
291:10 308:2,3

308:10 315:7
316:10 317:11
322:8 323:2
372:13 420:18
426:23 427:4
427:10 428:11
428:12 429:13
430:1 433:7
441:18,20,23
442:2,4 470:18
471:4,15,18
472:13,15,18
473:14 478:10
478:14,15,25
513:18 517:4
532:19 533:17
536:14,20
537:10 538:4
543:16 546:12
548:5,5
**samples** 289:17
290:11,11,19
293:10 294:14
294:17 300:8,9
302:19 306:15
306:19 310:10
314:15 320:14
321:10 323:25
324:2,11,12
329:20 333:11
334:23 339:18
340:1 341:24
344:12 349:19
370:11 379:4
385:5 388:16
423:25 424:3
424:13,14,15
424:24 425:9
427:1,2,9
429:10,24
432:4 438:15
438:24 440:14
441:3,8,9,11
451:23 461:6,8
461:10,11
465:9,11 471:7
477:10 479:24
487:11,14
490:1 517:5
521:14 522:4
531:1,3,4,6
532:5,6,8
534:3 535:16
539:17 541:22
545:11,12,15
545:17,22
546:4,5,13,21
546:23 547:15
547:19 549:1
**SARAH** 283:13

**sat** 320:2
**satisfaction**
347:2
**satisfied** 347:22
**satisfy** 345:22
346:11,18,22
347:9
**saved** 459:14
**savior** 404:10
**saw** 294:17
358:10,11
359:11 361:18
361:18 389:5
455:24 505:7
506:8 536:4
**saying** 307:20,22
344:23 351:7
374:4,10
380:14 383:15
384:7,16
386:14 387:17
387:18 390:20
437:7 469:18
473:4 484:4
498:4 507:17
520:13 523:17
527:20 534:1
**says** 312:16
317:8 323:10
323:23 327:23
335:13 336:8
338:22 339:15
339:24,25
340:1,2 343:7
343:13,14
351:14 355:23
358:16,19
373:12 384:25
385:9 468:25
498:14 513:6
526:15,16,25
528:1 534:22
541:13 544:19
544:22
**scale** 508:23,24
**scanning** 300:14
301:1,24
303:24 416:15
417:20 469:8
490:5
**scenario** 308:12
425:10 530:1,3
**schedule** 348:8
348:13 405:2
**scheduled** 289:25
349:8
**schedules** 407:23
**scientific** 431:3
**scientist** 430:15
**scope** 309:5,7

485:8,18
**scrap** 528:17
535:7
**scrapped** 535:3
535:11
**scrapping** 529:14
**scratches** 369:17
**SDR-9** 314:11
**SDR-R9** 315:10
**SDR9** 338:12
**seal** 481:24
485:7 496:22
512:12 514:25
515:3
**sealing** 480:18
512:18 514:21
**seat** 512:17
**second** 313:21
376:15 380:17
382:5 463:20
541:10 542:3
**Secondly** 467:15
**seconds** 472:10
**secret** 395:13
**section** 290:10
291:25 296:17
296:18 306:4
314:23 323:11
520:22 527:6
538:11,20
543:20 544:1,1
**sections** 440:20
459:15,25
**see** 290:11,19,23
290:25 291:3
291:13 301:2
303:22 311:15
329:18 331:23
338:18,23
339:20,21
340:4 341:9
344:4,11,18
350:21 351:13
351:13 354:22
357:21,23
360:14,16,22
360:25 361:19
361:23 362:22
368:8 379:10
386:6 406:11
411:12 418:6
419:11 441:23
442:16 448:11
449:2,3 450:19
450:19,25
453:2 455:22
458:6 460:7
463:13,25
464:14 468:4
468:10,11

471:5 480:10
487:2,5 490:1
505:22 507:8
508:1,7 509:13
509:15 510:9
510:15 511:13
515:19 518:20
520:4,13,17
530:4 534:23
541:25 548:18
549:23
**seeing** 332:10
372:7 419:6
430:13 432:20
442:9 467:21
467:22 478:5
519:25 532:21
533:4,12
**seen** 302:19
312:4 332:12
343:3 344:9,10
372:25 381:15
392:18 401:9
429:20,23
430:10 432:2
433:5 445:9,10
496:19,20
533:12 535:12
535:13
**seep** 480:19
**select** 300:9
363:19 508:4
**selected** 532:5,6
532:7
**selecting** 364:6
**selection** 292:7
294:23 494:20
500:11 504:17
**sell** 309:12
394:22 402:12
411:3,8 490:18
494:8,15,17
498:24 499:11
528:9,12,16,17
536:1,9
**seller** 544:5,20
544:25 545:2
**selling** 328:1,6
388:3,5 397:21
400:19 413:16
432:16,19
494:10,11
498:21 499:3
502:10 529:14
536:5
**send** 332:24
385:14 407:25
**sending** 533:14
**sent** 383:14
390:12,19

451:23 532:10
**separate** 417:2
**separated** 484:12
507:6
**separating** 311:5
**separation**
483:25 484:1
485:15
**series** 313:11
362:18
**serves** 464:8
546:2
**service** 295:10
301:20 314:24
315:9,10
319:11 328:3
330:1 336:15
350:12 375:14
376:20 386:10
401:6 402:8
421:22 423:7
427:19 430:24
431:24 432:1,5
450:8,9 464:6
493:3 511:13
522:3 536:22
537:7 539:25
**set** 310:20 314:4
316:3 323:10
323:12,17,20
323:21 324:8
327:12 335:24
362:7 384:24
391:15 414:2
426:5
**setting** 403:10
403:11
**settings** 363:22
**seven** 438:5
439:10 440:7
**SHAMBERG** 285:21
297:18,25
302:10 304:8
306:13,21
308:6 311:24
316:5 318:17
324:24 331:5
333:13,23
334:3,6 335:22
345:8 346:5
351:3,19
354:17 355:16
356:2,14
363:24 373:7
376:15 383:9
392:3,25 400:8
400:12,16
408:6,13
411:25 425:17
436:23 437:2,7

437:13,16,18
446:6 452:15
457:12,23
460:11 466:25
467:5,8 472:2
473:22 475:1
476:4,18 481:1
485:2,16
487:16 488:24
491:18,22
493:4 495:3
498:7 500:7
503:7 506:14
511:2,17
515:16 521:4
542:20 543:3
550:21,25
551:2
**shared** 496:2
**sharp** 517:15
**sharply** 369:9
**shaved** 538:4
**sheer** 435:4
**shelf-aged**
416:20
**short** 367:9
368:3 380:20
408:16 431:22
443:18 505:25
**shorten** 364:23
**shorter** 351:2
459:24
**shorthand** 552:9
**shoulder** 510:9
510:12
**show** 290:11,15
290:20,22
291:1,13,14,15
302:15 350:23
384:12 421:14
421:16 429:25
436:19 468:24
519:16 535:21
**showed** 290:23
301:25 319:22
324:12 379:23
380:7 429:11
429:13 431:11
464:22 477:9
546:3,24
**showing** 328:16
383:2 430:4
469:6 510:19
514:13,14
539:10 548:5
**shown** 296:13
367:12 379:20
429:18,20
430:24 535:21
536:10 545:18

**shows** 378:6
398:20 507:5
518:13
**side** 444:14,15
448:3,3,4,5,17
448:19 451:13
451:13,20,20
506:21 513:10
514:13,14
518:20
**sign** 338:18,21
550:21
**signature** 342:5
342:18 551:5
**signed** 553:11
**significance**
373:4,7,8
549:17
**significant**
331:1,6 351:6
403:21 516:15
**significantly**
311:19 365:4
533:1 539:11
**signify** 473:21
**signing** 552:11
**similar** 295:6,11
301:25 353:17
353:18 375:14
397:8 417:4
422:1 435:1
454:4 455:13
457:20 540:12
540:13
**similarly** 283:4
283:15 299:3
411:7 421:12
493:25 494:13
**simple** 500:20,21
523:24 534:2
**simply** 328:11
369:22 374:10
464:5 479:20
516:7 529:1
534:10
**simultaneously**
288:16 292:22
**single** 288:5
299:5 404:11
429:21 544:16
**sink** 455:22,24
**sir** 387:6
**sit** 319:8 320:16
330:8,10,22
331:4,7,9,13
332:1,2 351:1
357:17 358:13
372:16 379:19
388:2,6,21,25
393:18 394:7

397:20 405:1,6
430:18 446:23
461:4,13,23
487:18,23
489:1 522:18
523:3
**site** 288:2,12
298:12 299:6
435:15,17,23
437:21 439:2
444:6 456:5
479:11 518:13
**sits** 510:24
**sitting** 303:4
334:10 366:5
392:21 398:18
437:9 449:16
478:15,18
484:5 498:9
**SITUATED** 283:4
283:15
**situation** 310:23
367:9 458:22
**six** 315:15
323:11 421:12
431:23 530:23
530:24 541:11
545:7,9
**Sixteen** 346:5
**Sixty-five**
476:18
**sixty-one** 469:20
469:20
**sizes** 425:6
**skin** 349:23,24
**slide** 513:20
**sliding** 513:22
**slightly** 292:17
311:16 358:8
359:18 448:20
510:12 516:7
**slow-crack-g...**
467:20
**small** 337:15
425:1 450:11
472:1 535:19
**smaller** 474:8
**Smallwood** 383:15
390:11
**Sminkey** 283:12
330:4 344:24
456:15,21,25
457:2 484:3,4
**Smith** 283:20
286:2,6,11,25
287:5 304:13
312:22 313:8
336:24 337:5
370:5 443:15
506:1 552:8

553:3,9
**snapped** 515:10
**sneaked** 449:21
**snippets** 337:15
**sold** 387:23
    392:16 401:15
    418:17 425:25
    426:2,6 431:6
    482:25 494:13
    495:2 497:20
    498:4 521:15
    534:17 535:18
**solder** 482:15
**solely** 490:16
    532:22
**solvent** 530:19
    530:22,25
    532:3 535:23
    547:20
**somebody** 354:14
**someone's** 403:9
    416:25 454:9
**somewhat** 349:5
    531:5
**SOPQC-1015**
    526:14 529:5
**sorry** 291:19
    293:7 300:10
    304:11 316:18
    336:25 345:21
    370:1 382:4
    395:7 417:22
    437:8,11
    439:16 442:15
    451:14 452:5
    458:10 469:13
    473:2 476:19
    477:7 484:4
    511:18 542:22
**sort** 503:6
**sound** 337:8
    436:7,20
    441:13
**sounds** 436:8,11
**source** 366:8
    481:9 482:14
    483:3,8
**sources** 297:16
    482:18
**South** 285:18
**speak** 330:22
    352:18 354:7
    356:16,17
    364:1,2 402:20
    410:15 484:22
**speaking** 352:20
    375:2 474:10
**speaks** 529:21
**specific** 293:12

294:2 297:13
298:3,5,16
303:16 305:11
311:15,17
319:24,25
320:10 331:10
333:8,16 334:3
334:16,19
362:2,13 363:8
364:21 365:12
365:17 371:4
372:4,7,8
387:25 388:6
403:23 405:14
411:9 412:12
424:17 429:7
435:19 438:20
457:7,13
468:18 489:13
497:12,16
500:1 508:10
517:6 519:13
537:23
**specifically**
    290:18 298:7
    298:25 302:8
    307:16 309:4
    351:5 356:25
    357:2,17
    379:24 390:11
    393:9,18 394:5
    399:1 438:19
    441:5 456:11
    459:11 486:1
    497:25 498:14
    511:23 515:6
    522:24 537:2
    538:10 543:14
**specification**
    284:13 304:17
    304:19 351:24
    491:16 501:1
    526:14 544:3,7
    544:11,15
**specified** 359:24
    361:21 362:12
    409:6 490:21
    492:9 493:1
    494:2 496:6
**specifies** 541:24
**specify** 359:3
    434:13 445:15
**specifying**
    488:14
**specimen** 314:16
**specimens** 314:18
    314:19 323:14
    331:20 335:25
    385:1
**spectrometry**

300:4 304:1
**spectroscopy**
    296:3 300:18
    417:22 490:6
**spectrum** 473:20
    475:5
**speculate** 364:13
    410:21
**speculation**
    354:18 356:3
    356:15 363:25
**speed** 435:20
**speeding** 365:11
**spell** 397:2
**spend** 415:16
**spent** 380:23
    467:1
**spoken** 398:4,8
    398:10 399:1
**spot** 478:20
**spreadsheet**
    478:2
**square** 305:10
**squeak** 322:10
**stability** 301:23
    347:10 420:21
    521:14 522:19
**stabilization**
    295:24 300:11
    376:6 399:12
    399:13 403:2
    416:8 417:17
    418:2,5,7,8,11
    418:12,14,22
    418:25 419:23
    419:24 428:21
    428:22 429:4
    429:25 430:25
    432:9 469:7
    521:18 523:19
**stabilize** 328:8
**stabilized** 292:8
    294:24 297:5
    297:23 298:11
    406:6 415:24
    418:18 421:5
    428:19 429:16
    433:3 434:18
**stabilizer** 347:7
    400:4 420:12
    420:13
**stainless** 294:10
    381:13 440:12
    462:4,7,14,20
    462:23 463:14
    480:7,20
    481:17 483:13
    483:22 485:11
    485:13,22,24
    486:25 487:14

488:12,16,17
489:14,15,17
490:8,12,18,23
491:1,6,15
492:9,23 493:1
493:8,12,14,16
493:23 494:1,5
494:8,20 495:1
495:10,19
496:5,11,14
497:5,7,10,12
497:17,19
498:11,15
499:3,21,22
500:6,14
502:16,16,18
503:21 504:1,8
504:11,16
505:13
**standalone**
    389:24
**standard** 284:13
    304:5,16,17
    305:18 306:6
    306:20 308:12
    310:25 320:5
    325:3,4 329:22
    330:23 331:11
    332:1,2,4,6
    333:4,6,8,15
    335:18 338:4
    350:4,7,8,11
    350:16,20,24
    351:9,13,15,24
    351:25 352:24
    352:25 353:9
    353:13 363:3,4
    363:5,8 370:10
    370:14,14
    374:9 375:12
    375:17,19
    376:4,23,25
    394:21 402:5
    408:23 409:1,5
    410:6,16,16
    411:16,21,22
    411:24 412:1,2
    412:2,4,6,7,12
    412:16,17
    413:1 416:14
    416:17,19,23
    417:7 421:23
    422:13,19,22
    422:24,25
    423:1,4 426:2
    427:15 490:25
    491:4,7 492:10
    493:2,22 494:3
    496:6 499:18
    499:20 500:2

502:24 508:2
508:21 511:15
511:18,19,22
511:24,25
513:6,7 515:18
526:9 529:8,10
531:12,13,16
531:17 532:1
532:14 533:10
534:4,22
536:21,25
537:21,22,23
537:24,25
538:8 541:12
541:13,17,20
542:3,7,18
543:5,7,8,12
543:25 544:23
545:1,5,14,24
546:14,15
**standard-com...**
    502:18
**standards** 290:16
    304:9 308:4
    324:14 330:11
    332:24 335:6
    354:12,20
    355:14,17
    363:7 375:25
    376:18,24
    377:2 391:15
    394:14 402:17
    402:18,19,25
    403:17,19
    404:11 409:7
    411:12,14
    412:9,11,22
    413:5,10
    499:15 511:21
    542:1
**standpoint**
    536:13
**start** 286:15
    292:9 305:14
    397:21 435:21
    445:19 446:3
    463:17 506:12
**started** 286:14
    289:8,12
    304:11 388:3,5
    397:23
**starters** 399:17
**Starting** 412:24
**starts** 437:22
    476:22
**state** 296:14
    319:1 321:1,17
    343:24 356:18
    358:24 482:10
    495:11 512:3

528:8 537:22
537:25 552:1,6
**stated** 399:22
548:10 549:4
549:12
**statement** 348:20
373:11 418:20
534:3
**states** 283:1,10
292:4 296:25
305:18,19
306:6 314:7
315:1 323:12
338:2 351:5
369:2 382:7
423:1 430:17
460:16 468:15
498:17 526:14
527:4,6 529:1
538:10,12
544:2,18,23
545:1
**stating** 540:7
**statistics**
329:13,16
**stay** 524:20
**stays** 391:11
**steel** 294:10
381:13 440:12
462:4,7,14,20
462:23 463:14
480:8,20
481:17 483:13
483:22 485:12
485:13,22,24
486:25 487:14
488:12,16,17
489:14,15,17
490:8,12,18,21
490:24 491:1,6
491:15 492:9
492:23 493:1,8
493:12,14,23
494:2,5,8,20
495:1,10,19
496:5,11,14
497:5,7,10,12
497:17,19
498:11,15
499:4,21,22
500:6,14
502:16,16,18
503:21 504:2,8
504:11,17
505:13
**steels** 485:12
493:16
**step** 361:9
**steps** 516:17
**stereo** 299:12,18

300:25 417:22
469:2 489:20
489:25
**stood** 325:2,2
393:21 458:7
**stop** 298:14
321:16 432:16
498:21 499:3
503:20 523:10
523:25 524:6
**story** 385:10
428:21
**straight** 296:17
**stream** 526:22
533:14 534:17
535:25
**street** 285:9,14
285:18 286:4
353:21,22
**strength** 346:19
482:11,12
502:22 548:14
**stress** 347:3
366:5 367:4,5
367:6,17,20,21
367:24 381:13
400:20 479:18
480:6,23,24
481:3,5,11
482:13,22
483:2 484:7,17
492:19 493:17
494:7 495:11
496:16 497:4,8
500:13 501:5,6
501:7,8,11,20
501:22,23,24
502:3,6 516:10
516:23 518:3
**stressed** 482:10
495:11
**stresses** 351:11
366:21 367:1,8
367:10,17
369:5 373:16
482:10 490:13
493:25 502:7
502:21 516:25
517:2
**strict** 533:9
**strictly** 513:13
531:15 532:13
**strike** 363:10
**strips** 518:18
**stuck** 514:4
**style** 444:18,19
**styled** 494:13
**subject** 348:2
553:6
**subjected** 309:4

376:9 399:10
428:10 429:11
429:13 431:11
432:25 472:14
490:13 540:25
**subjective**
371:12
**submit** 316:1
**submitted** 306:15
308:2,10
311:21 315:21
316:9,11,12
321:10 323:3
328:17 342:7
370:11,19
481:25 511:6
**subset** 425:1
**substantially**
369:4
**subsurface** 520:3
**sued** 550:8,13
**suffered** 485:14
**sufficient**
328:11 339:17
367:21 375:22
389:18 402:7
414:5 421:14
421:16 438:23
480:22 481:18
502:7
**sufficiently**
375:8 421:5
535:24
**suggest** 377:17
389:17 429:14
540:3 549:10
**suggested** 325:12
432:7
**suggests** 328:4
**suitable** 369:13
420:4 421:7
534:16
**Suite** 285:5,19
285:23 286:4
**summarizes**
293:21
**summary** 292:1
295:3 317:7
323:7 340:21
**summation** 384:19
386:17
**sun** 364:25
**sunlight** 326:7
**super** 286:24
407:25
**supplemental**
289:6,8,11,15
451:17,18
**support** 297:4,22
298:9 469:6

539:19
**supporting** 404:6
**suppose** 409:16
**sure** 341:19
352:1 354:15
355:25 356:12
365:21 366:5
371:15 375:24
381:1,6 387:1
394:25 401:4
407:7 425:8
439:6 443:25
445:15 448:8
486:22 504:23
519:1 525:17
531:22 541:20
541:25
**surface** 290:12
291:5,6,7
295:22,23
299:13 300:5,9
300:11,12,15
300:18,20
368:5 369:17
371:2,3,5,5
400:21 441:24
469:4,7,10
470:1 472:23
507:9 517:23
518:1,16
519:18,23,24
520:1 538:7,7
**surfaces** 299:19
300:23,25
301:7 516:21
**surgical** 417:5
**surprise** 512:9
**surprised** 512:7
533:19
**survive** 328:4
**SUSAN** 283:3
**susceptibility**
482:22
**susceptible**
481:3,12 482:9
482:13 483:1
493:17 501:8
502:6
**suspicious**
477:25
**sustained** 346:19
**sweat** 482:15
**switched** 345:25
**sworn** 286:7
**symbols** 339:14
**system** 293:2
296:21 298:20
298:21 362:5
363:22 366:17
373:18,21

424:9 433:10
434:4,13 446:4
451:10 454:18
456:24 457:14
458:14,17
459:7 461:22
479:12 480:9
481:10 498:5
**systems** 295:14
295:15 298:22
304:21 355:25
356:13 358:12
362:1,4 366:20
370:16 404:2
457:8,10 459:1
490:12 493:9
497:13,20
499:4 500:17
502:14 503:22
504:9 516:9

| T |
| --- |

**T** 517:17
**table** 293:20
294:15 312:9
314:15 454:7
460:16 472:17
473:10,11
530:14 541:11
545:7,9
**take** 287:4 312:9
333:1,2,3
351:20 379:4
385:15 389:5
400:7 404:3
408:1,9 414:17
425:12 438:20
441:23 444:24
453:1 455:3
456:2 457:7
465:15 471:21
472:16 479:22
506:24 507:4
508:22 516:17
518:7 524:18
525:6 530:17
**takeaway** 324:13
**taken** 283:21
286:2 313:7
351:21 380:18
404:7 408:15
437:19 444:11
453:9 505:24
538:19 545:6
550:18
**talk** 320:22
359:5 363:9
369:25 378:7
380:3 386:25
387:12 407:2

435:15 436:12
439:2 441:9
460:21 525:2
**talked** 289:5
321:18 341:15
347:13 365:7
367:5 378:24
383:7 393:6
400:1 435:16
446:25 453:12
457:2 465:19
467:3,4,8
483:17 499:6
537:8
**talking** 307:15
319:9 321:19
335:16 340:16
341:20 354:25
361:14 365:24
374:18 377:19
377:22 378:18
379:24,25
380:4,23 381:4
381:5 384:24
389:12 393:3
394:4 408:17
424:12 426:15
435:21 467:15
487:19,21
519:7 522:24
537:6 540:2
**talks** 395:9
**tan** 372:24
**tangential**
538:19
**tape** 508:17,18
508:19,25
**task** 329:21,22
**taught** 364:9
**technical** 313:18
339:15 341:13
341:15 342:3
342:11,12
343:4 391:4,21
398:4,5 409:14
495:9 498:3
499:11 536:9
536:13
**techniques** 416:8
416:9
**Technologies**
503:18
**teeth** 349:23,25
**tell** 288:20
311:7 371:17
373:11 387:15
392:21 403:8
405:1 427:18
430:15,18
431:2,10,13

438:23 451:11
474:5 475:2
489:14 499:2
499:10 503:11
507:18 517:22
519:13 523:25
525:11,14
**telling** 328:24
339:22 340:6,8
343:21 376:10
384:23 385:11
387:3 427:25
428:2,6 490:7
507:14
**tells** 384:20
414:7 418:12
474:6 475:3,16
475:21 538:23
**temperature**
295:14 296:19
298:20 301:21
357:24 359:18
359:22 360:3
360:14 363:16
363:17 366:12
443:7,9 444:17
444:20,21,22
447:19,21,24
447:25 448:13
448:14,23
450:21 452:3
455:1,8
**temperatures**
326:13,25
357:19,21
358:1 420:7
444:2 452:7
456:12,13,18
**ten** 317:25
325:11 326:16
336:18 344:24
386:7 420:1
431:17 433:20
433:22 459:16
486:14,15
487:25 488:2
489:5,6 541:3
**tend** 368:7
396:12 478:16
**tends** 368:3
**Tennessee** 283:1
285:18,19
**tensile** 481:10
482:10 493:25
502:7,21
**term** 331:5 335:7
335:18 340:17
341:9,10
371:10,12
**termination**

526:17,20
**terminology**
335:7
**terms** 317:15
325:14 363:1
443:3 459:9
468:16 489:23
506:14 529:7,9
**terra** 309:4
311:12,18,21
312:2,10
313:14 314:9
315:20 316:10
316:17 318:1,3
321:18 322:11
322:15 324:1
325:7 330:1
336:21 338:23
345:5 377:12
429:10 431:10
432:25
**test** 290:11,17
297:3,7,8,10
297:14 301:17
301:25 302:2
302:17 305:6
309:5,16,18
311:9,10,13,19
311:20,25
312:2,3 313:11
313:14 314:17
315:8,20,22,22
316:10 317:9
318:4 319:1,3
319:5,10
321:20,21
324:1,20
325:12,13
327:16,20,21
327:25 328:14
328:16,18,24
330:21 331:2
336:7 339:3
340:7,14
342:20 343:4
343:16 345:3
346:23 347:13
349:11,12,21
350:2,9,17
351:2 368:19
368:22,24
370:14,18,20
373:19 374:11
374:22,25
375:4,8 376:9
377:5 378:1
379:4 382:21
383:17 384:5,7
385:14 386:1
390:24 391:8

398:12 400:6,7
403:3,4 404:1
409:2,22
410:19 411:2,3
411:6,6,15
413:17,18,20
413:25 414:2,9
414:17 415:9
417:1 420:10
420:13 421:9
421:13,17
422:15 423:16
426:24 427:1,2
427:6,17
428:10,16
431:11,25
433:1 442:1
458:12 469:5,6
471:4 522:12
522:25 523:2,4
523:8 533:8
534:1,9,14
538:2,13 544:2
544:4,24 547:1
**tested** 298:17,19
298:20 314:14
314:20 315:7
317:8,11 322:5
322:8 323:14
339:7 340:2
349:19 363:13
385:1 420:18
421:1,8,18
422:5,15 425:9
426:23 427:1,2
428:4,7 431:25
444:6 471:8
522:10 533:13
533:21 535:1
535:14,16
540:21 545:17
545:23 546:5
546:14,25
547:19,20
**testified** 286:8
491:19 496:4,9
**testify** 337:13
**testifying**
406:20
**testimony** 341:3
381:2,6,14,20
463:18 464:14
504:7,14,24
542:21 553:6
**testing** 284:18
297:12,16,21
299:7,8 302:4
302:24 303:3,7
303:10,11,23
306:23 307:1

308:23 309:1,2
309:7,24
310:20 311:3
314:17 315:21
318:10 330:12
331:11 339:19
340:22 341:24
341:25 345:10
349:17 368:18
382:17,25
383:1 394:10
399:11 408:18
408:21 409:8
410:6,10,14,18
411:16,23
412:5,10 413:6
413:11,22
414:23 415:16
415:16 417:20
418:24 419:2,7
420:19,23
421:3 429:11
432:6,22
443:21 450:22
450:23 455:1,1
460:15 521:21
522:2,12 532:2
532:8,11 534:4
534:5 535:9,20
536:14,21
539:14,24,25
545:5,8 546:3
548:4 549:2
**tests** 289:17
290:4,7 297:13
298:8,16,16,18
298:18 302:9
302:14 304:1
305:5 306:3,18
306:23 308:7
311:22 312:12
316:2,3,11
332:11 339:23
376:7 379:7
384:10 386:15
390:21 394:21
414:25 418:21
420:11 426:24
456:6,11 522:5
531:8 533:11
544:10 545:13
549:1
**text** 288:12,14
288:19,22
338:9,10
**thank** 297:19
342:19 373:8
388:9 437:10
440:10 443:5
476:20 550:20

theory 348:8
540:15
thereof 304:3
thermometer
444:18,19
thickness 376:2
376:2 471:15
471:18 538:14
538:18,21
thing 339:11
346:16 367:14
444:6 447:22
515:10 520:14
things 289:14
291:11 332:25
345:15,16
347:18 358:11
359:12 360:7,9
367:4 379:5
381:14 386:25
387:10,16
400:7,17,25
403:7 407:5,5
422:23 423:8
429:1,2,4
438:25 441:10
447:22 448:14
470:10 474:10
524:13 530:2
541:7,9
think 312:19
319:21 325:9
331:1 350:14
354:8,9,11,12
354:19,21,24
355:1,24 356:4
356:22 358:9
358:10 364:1
365:14 374:8
374:17 376:11
376:22 386:20
407:20 411:12
412:14 423:24
429:19,21,22
433:12,20
437:21 442:24
463:20 465:18
467:3 469:16
486:20 487:4,7
491:18 496:10
496:13,24
497:2 500:21
502:24 505:4,9
524:19 528:21
546:11
thinking 326:2
354:3,4,7,7
443:2
third 444:3
477:9

Thirty-seven
318:7
Thorough 516:19
thought 329:11
353:12 354:14
356:7,17 437:8
437:11
thoughts 289:14
three 309:14
310:11 399:6
406:1 407:8
415:3 421:11
444:1 454:7
462:11,22
477:20 506:9
509:6,13,15
510:1 518:10
518:13 524:18
535:14 545:15
545:20 546:5,6
three-year
309:17 310:21
310:22
threw 324:7
537:16
through-wall
465:24
ticking 503:6
tight 513:17
time 299:5
301:24 303:23
312:13 314:24
317:19,21,22
318:4,23 319:2
319:6,16,18,20
320:12 322:2
323:19 324:14
324:21 325:1
327:17 333:1,2
333:3,15 340:5
342:9,10 349:1
353:15 359:19
362:7,12,24
363:14,16,16
365:5,11 366:6
370:11,20
373:21,22
374:24 377:5
377:23 378:2
379:7 380:23
388:18 389:14
390:5,15
392:23 395:18
395:22 396:1,6
396:22 399:11
400:7 401:2
404:5 405:25
407:6,14 414:5
415:19,24
418:2,18,22

419:1,4,10
421:25 422:2,5
422:11,12
424:10 426:2,6
429:2 432:14
439:9,15,17
440:5 441:12
448:11 450:21
450:23 458:24
460:22,25
463:19 467:9
467:19 488:15
492:18,21
503:6,24
505:10 523:9
523:25 524:3
530:11 542:4
548:18 550:20
timeframe 293:17
293:20 349:8
388:15
times 298:24
308:8 331:14
331:24 332:15
333:24 334:17
357:1 358:24
380:13 405:24
477:21 483:18
495:16
timing 414:5
tips 519:22
title 344:17
416:22 534:8
534:11
titled 316:19
341:12 469:15
520:22
today 319:8
320:16 327:5
330:12,22
331:4,7 334:10
335:19 357:11
358:13 379:19
381:6 388:6
394:7 397:20
405:6 410:11
411:20 437:4
442:3 449:17
461:4,13 489:2
494:10,16,17
499:2 522:18
550:20
told 341:23
380:6 432:12
457:22 492:7
493:19 495:13
498:20 499:14
524:3
tolerant 369:16
tomato 367:15,15

top 294:16 303:5
305:14 317:2
321:8,14 323:6
344:3 362:3,17
436:18 443:10
446:22 470:17
470:20 472:21
475:10 484:2
506:13 509:1,3
510:23 513:14
514:16 517:17
topography 291:6
toss 319:13
tossed 324:22
425:11
total 314:18
316:24,24
317:2,3 338:6
347:23 406:4
438:13 449:9
449:11,13
501:18 522:19
526:18,19
527:3
Total's 428:8
track 492:3,5
545:4
trade 395:13
527:2
trademark 527:5
527:7 529:2
transcribed
552:10
transcript
500:23 505:4
552:2,7 553:5
553:6
transcription
552:10
transfer 312:11
316:4 317:10
318:10,20
321:21 322:7
322:20
transferred
348:23 378:21
transform 300:4
303:25
transition
478:19
transmission
471:17
transpired 335:5
335:9
transverse
520:17
treated 292:23
296:16 319:22
319:23 335:1
tremendous 329:2

332:10 406:3
407:14
trend 359:15
trends 311:15
trial 504:16
trick 443:4
tried 500:24
trigger 472:6
trouble 383:18
true 296:25
310:8 327:4
336:18,19,21
350:7,15
353:19 354:20
377:10 408:5
442:5 449:25
465:23 479:4,8
484:21 553:5
truthful 337:18
try 298:4 331:24
334:5 337:6,20
355:20 378:9
383:22 404:11
415:13,20
439:8 441:9
468:17 508:11
512:16,17
523:20
trying 312:17
326:18 333:16
337:14 389:1
389:17,23
423:23 427:24
443:4 510:17
515:22
Tryon 286:4
tube 363:10,22
366:7 373:20
tubes 377:8
387:9 425:24
tubing 284:14
304:4,6,9,18
305:4,9,14,19
306:2,9,11,15
306:16,18,19
307:16,16,17
307:18,23,25
308:2,14,16,17
310:10 311:21
312:2,13
313:12,13,15
314:9,10,11
315:21,25
316:9,10,13
317:4,15
320:14 323:2
323:25 324:2
325:18 327:11
327:15 329:20
333:10 338:5

339:18,22
340:6 344:12
345:23 346:11
346:18,22
347:2,9,17,21
347:22 348:18
349:10,18
350:16 351:1
351:25 355:20
363:6,8,11
364:18,23,24
366:9,24
368:11 370:11
370:16 371:1
371:22 374:23
375:3,8 378:23
382:8,10 387:4
388:4 390:16
390:20 391:9
391:13 392:16
393:12 394:6
395:13 410:14
410:22 411:2,4
414:1 415:9,11
418:22 419:13
419:14 420:15
422:20 423:11
423:14,22,24
424:1,3,15
425:14,15
426:5 429:10
429:13,15,17
429:18,19,22
430:16,19
431:1,9,10
432:25 434:18
442:9 450:16
452:12 454:23
454:25 455:16
455:17,19,21
455:25 456:3,6
457:11 459:12
460:1 463:10
463:12,24
464:10,20
465:23,25
466:2,3,4,6,19
466:21,24
467:4,9,12,23
468:5,7,9,21
468:23 470:13
470:14 471:4,7
472:21 474:5
477:5,6,10,18
478:10,25
479:4,6,8
480:19 492:11
498:12,15
503:3,22
504:18 510:24

513:10,17
514:22 519:12
521:2,7,14,14
522:10,13
524:11,15,16
525:12,15,19
525:19 526:11
527:20,24
528:24 535:1
536:17 538:10
538:14,17
539:16,22
541:2,5,8
543:22
tubings 500:24
turn 291:16
293:24 313:21
314:12 315:5
316:16 317:18
318:2 321:13
321:25 322:25
337:23 370:24
373:2 403:10
454:6 457:5
476:9,15 506:3
530:14
turning 293:7
turns 383:25
two 292:25
293:11,16
294:7,8 314:15
343:10 350:12
361:14 373:4
403:14 405:16
417:2 423:8
424:16 438:10
451:11 452:17
461:2 472:25
473:2,4 477:1
477:11 483:11
501:24 507:6
509:17 511:6
511:14 515:10
522:5 524:18
531:11 532:15
533:20,21
546:10
two- 293:19
two-and-a-ha...
293:20
two-dimensional
506:17 507:11
507:18,21
two-year 293:17
type 299:22,23
299:24 355:3
359:9 367:11
368:2 419:16
419:17 451:1
490:20 507:12

508:8,23
types 326:15
352:23 372:8
518:23
typical 448:19
482:19
typically 293:1
332:15,16
352:9 366:18
367:11 372:25
449:14
typo 448:9
449:20 478:1,2
478:6

---
**U**

U.S 397:17
Uh-huh 319:4
365:8 476:13
513:16
UL 410:1,4
ultimate 291:22
ultimately
306:10 308:4
310:18 313:12
324:17 348:22
352:16 353:7
376:13 384:9
ultra 416:20
uncommon 360:25
448:11
under-crossl...
366:3 536:1
538:1,11 539:7
546:25 548:12
548:21,23
under-crossl...
547:23
underlying
381:18 466:8
481:8 515:24
540:24 548:16
548:22
underneath
338:17
understand
286:21 318:9
318:13,22,25
319:1,2,5,7,13
319:16 323:24
324:12,21
349:16 352:1
354:13 364:5
364:12 380:3
387:2 394:11
394:24 399:22
419:9 426:3
427:24 443:25
445:21 472:3
473:23 493:5

499:9 521:7
525:17,19
553:4
understanding
306:17 314:14
316:15,24
317:14 324:3
348:15,24
349:18 370:9
379:14 387:22
394:19 439:12
439:19 451:24
454:17 512:10
512:14,16
undertaken
383:21
undisputed 325:9
unexpected 369:3
unfair 335:4
unforgiving
403:5
uniform 305:22
399:12
unique 478:12
United 283:1,10
296:25 369:2
430:17
universally
311:7 324:15
universe 425:14
515:11
unused 303:11,12
303:17,19
415:1,8 423:11
423:14,21,24
424:1 522:5,10
522:12 549:2
unusual 360:16
365:22 367:1,4
367:6
unwise 375:11
upfront 401:2
Uponor 325:18,18
325:20 326:4,9
326:15,19
327:1,7,7
397:9,23 398:7
402:24 488:15
490:18 491:5,9
491:10,14,25
492:8 494:8,10
495:5,8,13
498:21 499:3
499:10,10,15
503:12,14,16
503:24 504:1
505:10
Uponor's 327:5
396:6 491:11
upper 319:17

320:15 324:23
331:21 333:11
334:23 377:22
377:25
upwards 296:7
459:15
use 286:20
304:12 351:19
368:16 371:21
373:5,7,8,14
373:15,22
397:14,16
421:5 425:4
465:10,12
475:7 478:9
493:1 495:19
499:4,16,21,21
500:4 504:8
531:13 532:22
533:17
uses 335:18
343:16 368:19
493:22
usually 366:21
513:12
utilize 413:5
493:24 530:18
530:24
utilized 462:13
utilizes 494:9
utilizing 508:24
UV 295:18

---
**V**

v 283:6,17
Vague 297:25
Valentine 342:7
342:8
valid 385:7
valuable 328:24
value 323:17
336:3 373:21
374:15 470:5,8
475:18,20,23
538:8 542:10
values 311:16
323:12 335:1
373:19 469:25
valves 360:15
Vanguard 550:11
variability
329:2 540:13
540:14,15
547:24 549:16
variable 541:1,5
541:6,7,9
variables 328:15
373:17
variation 532:21
variations

448:12,12
532:23
varied 372:3,6
422:11,12
429:2 533:1
539:11
variety 298:13
308:7 376:7
385:24 393:15
400:17 409:12
416:8,11 425:6
425:6,7,8
445:14 468:11
499:23 535:22
various 297:16
357:1 369:24
379:4 413:20
417:15
vary 374:3,12
376:3,7,8
445:9 447:21
447:23,25
533:19 538:16
verified 483:5
verifies 357:23
verify 301:10
318:3 368:21
440:22 487:5
541:16
version 308:21
352:18,21
412:12 534:14
versions 352:21
versus 318:14
322:14 407:13
view 403:16,21
410:15,20
455:20 511:3
514:16 517:11
517:12 539:8
viewed 399:4
439:4
violate 529:7
violated 358:12
violates 529:9
violation 358:2
362:8,25
violations 357:5
virtually 296:22
302:20 360:1
visible 305:20
450:12 513:10
visual 299:9
438:17 456:9
486:7
visually 298:21
424:1 489:18
489:19,21
volume 283:21
296:6

volunteer 333:5
406:11
vote 333:2
voting 332:18,20
332:25 333:3

W

Wacker 285:22
wait 408:11
walk 309:25
313:2 358:15
walked 361:3
wall 300:7
302:23 303:2
376:1,2 399:13
418:5 432:9
467:23 470:1
478:14 484:12
484:18 485:5
521:18,20
522:21 538:2
538:14,20,25
539:11,16,16
539:21,22
540:5 547:24
548:16 549:17
walls 533:3
want 318:6 328:2
337:7,8,18
341:3 342:21
344:3,11
355:14 367:16
373:10,11
380:3,22,25
381:6 387:1,10
389:14 399:19
403:23 443:24
446:24 448:8,9
467:5 468:9
478:6 479:22
483:19 487:5
491:10 513:6
518:19,23
519:4,7 525:2
528:16,17
wanted 308:3
347:20 362:22
379:9 394:11
425:4 468:24
wanting 393:9
warranted 433:9
warranty 397:18
398:1,3 433:24
wasn't 319:15
336:20 350:13
354:9 383:25
385:21 393:13
398:16 402:18
402:22,23
409:20 428:11

428:11 434:22
455:7 492:14
495:17 536:7,8
waste 415:19
water 284:18
295:16 296:1
296:16,16,20
296:20 298:17
298:18,19
301:20 314:24
322:3 347:11
357:8,20 358:2
358:21 359:1
360:16,19
366:11 368:9
368:17 369:1
370:17 372:25
373:15,18
402:12 403:10
420:4,5,9,22
421:5 424:9
439:11,13
440:7 442:10
442:14,17,19
442:25 443:7
443:20 444:7,9
444:10,12
445:4,8,8,11
446:9,10,12,21
447:9,11,12,15
447:18,24
448:24 449:18
450:23 451:13
451:13,19,20
452:4,8,20
453:12 455:1,2
456:24 457:5
458:13 459:7
459:13 460:2
460:10,14
461:3 465:20
466:17,17,20
466:22 478:16
480:9,19 481:5
481:6,15,19
500:12 547:23
way 297:15
308:11 335:1
350:10 374:13
379:18 385:6
386:16 401:11
410:13,20
431:18 435:1
445:18 454:2
471:3 500:3
505:1 511:6
515:1 516:15
536:4
we'll 301:10
303:22 304:10

312:7 313:2
327:8 370:4
385:22 387:13
387:16 439:8
467:9 549:23
we're 286:18,20
309:11,13
319:9 321:19
327:4 328:3
332:10 335:11
341:19 346:8
371:15,20
374:18,19
377:22 379:24
379:25 380:4
381:5 383:15
389:20 403:20
408:6 413:1
414:2 419:6
424:12 426:14
430:13 432:20
435:20 443:17
472:12 498:24
505:25 509:9
509:11 510:19
515:22 519:25
524:20 528:13
528:17,20
532:21 533:4
538:6 541:10
we've 295:13,14
295:15,16,17
302:6,13 370:8
381:15 427:23
429:23 430:10
433:5 435:16
478:6 483:17
487:3 545:7
week 535:15
weekly 535:16
weeks 343:2
406:1
weight 399:25
416:20
welcome 435:25
well-documented
497:8,10
went 320:10
353:12 377:6
383:13 394:19
443:6 454:24
484:12,14
527:16
weren't 377:19
414:24 441:4,9
460:7 463:23
507:25 536:2
West 285:22
whatsoever 335:3
359:14 415:17

539:19
white 312:11,13
313:14 316:12
317:4,14,20
318:5,14
321:18 322:19
338:23 339:18
340:3,4 343:11
345:5 372:9
510:10
whiteness 518:21
wholly 308:19
310:24
widely 376:7,8
445:9 497:1
willing 481:16
WIP 526:19
wise 329:3
376:11
wish 507:3
withstand 403:12
420:6
witness 400:10
400:15 408:14
476:19 504:22
515:2
WITNESS'S 553:1
wondering 448:5
478:5
wood 326:6
wooden 369:23
word 529:11
worded 292:17
534:11
wording 292:19
534:8
words 354:1
497:22 523:13
524:8
work 289:23
383:14 389:21
389:22 395:2
401:3 403:14
404:25 407:9
423:14 472:14
485:18,25
486:11,25
487:2,22
488:23 491:9
491:25 492:1
502:1 503:19
503:25 504:4,6
504:10 507:22
521:25 526:19
527:3 532:25
549:18
worked 325:20
342:8 398:5,7
405:24,25
414:19 491:10

523:20 545:21
**working** 289:12
  352:16 389:20
  404:16 406:2
  414:16,18,20
  488:15 503:23
**workmanship**
  305:16,19
  422:22
**world** 325:6
**worthy** 340:11
**wouldn't** 330:17
  368:1 395:11
  412:2,7 437:19
  447:1 543:2
**write** 304:11
**written** 503:2
**wrong** 383:25
  384:2 385:21
  386:20 502:25
**wrote** 353:21,23
  448:10

---
**X**
---

**x-ray** 296:3
  300:18 417:21
  490:6
**xylene** 530:19
  531:2,24 532:3
  532:22 534:9
  534:14 547:20
**xylene-tested**
  534:3

---
**Y**
---

**yeah** 321:7
  336:10 346:7
  353:24 383:9
  392:3,4 424:12
  425:23 431:15
  436:24 437:7,8
  437:18 442:24
  491:23 526:2
**year** 293:15
  294:5 332:15
  404:4 405:3,3
  412:24 414:21
  414:24,25
**years** 292:25
  293:11,16
  294:4,7,8,9
  309:14 310:11
  310:13 311:13
  314:25 315:9
  315:12,15,23
  317:22,25,25
  318:5,11,14
  322:3,4,10,13
  323:20,20
  324:18 325:2,8

325:11,23
326:17 328:4
328:19,19,21
330:2,6 336:16
336:18 337:4
344:24 350:12
357:10 358:25
377:13,14,19
379:3 383:3,20
386:7,11
389:11 393:16
398:1 404:22
404:23 405:11
405:15,17
407:7,8 412:20
413:2 414:15
414:16,19,20
420:1,8 421:12
422:17 425:7
429:12,13
431:17,24
433:9,11,14,15
433:22 435:5
521:9 527:13
541:4 546:10
**yellow** 434:8
  498:22 499:16
  502:10 503:20
**yesterday** 286:14
  286:18 289:4
  329:15 365:7
  380:23 381:5
  400:1 416:15
  465:19 467:2,6
  467:14 491:8
  492:2 497:2
  498:21 505:7
  548:8
**yield** 428:9,18
  482:11,12
  502:22

---
**Z**
---

**zinc** 499:1,16
  500:4 501:3
  502:6 503:20
**Zurn** 434:12,13
  434:15,18,22
  434:22,25
  435:3,4,8
**Zurn-type** 434:20

---
**0**
---

**0** 470:3
**0.0382** 473:16
**004** 538:19
**0112** 474:15
**0382** 474:4
**04-2566** 314:7
**05** 412:25

**06** 413:3
**07** 412:25
**09** 352:18,22

---
**1**
---

**1** 488:19 490:10
**1.07** 476:2
**1.0785** 476:2,25
**1.8** 294:8
**10** 433:11,15
  470:3
**10.2.2** 527:6
**100** 301:9,10
**100,000** 405:7,20
**1006** 292:4
  294:21 295:7
  297:4,23
  298:10 303:19
  306:9,10,16
  307:16,16,18
  307:22,25
  308:2,14,16
  313:13 345:6
  347:22 363:11
  368:10 369:5
  382:16 387:24
  414:1 415:1,9
  419:14 420:16
  428:15 522:5
  523:5,11 524:1
  524:6
**101** 286:4
**105** 537:10
**106** 472:15,18
  473:15 477:14
  477:20
**11** 435:5
**1100** 285:19
**12** 470:4
**12:00** 472:20,24
  473:15 474:15
**120** 443:7
**13-cv-07871**
  283:12
**1370** 471:23
  474:23 475:4
**14** 284:10 286:16
  286:25 338:4
  470:4 525:3,3
**140** 357:20,22
  358:1 420:7
  456:23
**144** 456:22
**148** 452:3,8
  457:1
**15** 284:11 287:3
  287:5,7 291:20
  292:5 382:1
  454:6 499:1
  500:5 501:3

502:5,10 506:2
520:20 524:23
**150** 424:13,18,24
  425:24
**16** 284:13 304:11
  304:13,15
  314:14,16,18
  314:19 346:6
  351:23,23
  521:9
**160** 456:24
**1622** 285:14
**17** 284:15 312:21
  312:22 313:9
  341:22
**1701** 285:9
**1720** 471:22
  473:19
**18** 284:16 370:4
  370:5,8
**180** 424:18
**19** 284:17 443:15
  443:19 453:11
**1900** 286:5
**19103** 285:9,15

---
**2**
---

**2** 342:5 437:1
  470:3 518:8
**2-28-13** 525:13
**20** 467:1 488:3
**200,000** 405:9,16
  405:22
**2005** 318:23
  319:16 320:6
  321:15 323:4
  330:14,20
  331:2,11,16
  339:1,4 340:5
  341:21,22
  342:5,15,23
  377:6 388:15
  390:20,25
  413:4 415:11
**2006** 292:5 321:4
  362:18 382:12
  382:24 383:11
  387:5,17
  388:15 389:12
  389:19,25
  390:4,8 393:17
  396:1,23 398:2
  398:11 399:15
  415:10,13
  494:21,22,25
  495:18
**2007** 325:20,21
  393:4 413:4
**2008** 436:20
**2009** 309:17,23

312:5 320:9,12
340:21 341:1,6
404:15
**2010** 404:15
**2012** 362:19
  412:22 413:4
**201227500033**
  552:23
**2013** 404:21
**2013115** 284:11
  287:9
**2014** 404:21
**2016** 436:7
**2016111** 284:17
  443:20
**2017** 283:22
  286:1 552:18
  553:13
**2023** 316:3
  322:12 323:13
  330:21 382:18
  420:23
**2023-05** 284:16
**211** 285:22
**215-875-3000**
  285:15
**22** 421:15 425:15
  437:22,25
  537:6 545:10
  548:11
**22-percent**
  425:11 537:14
  547:13 548:25
**2200** 285:5
**2208** 303:20
**23** 315:10 382:3
**2345** 285:5
**24** 395:6 525:4
  525:12
**25** 283:22 286:1
  315:9 362:7
  363:16 433:9
  433:14,15,21
**26.835** 477:20
**267-218-0589**
  285:10
**286** 284:5,10
**287** 284:11

---
**3**
---

**3** 289:6
**3.411** 475:14
**3:00** 476:1
  477:14
**3:15-cv-1124**
  283:3
**30** 488:5
**304** 284:13
**30th** 552:18
**31** 454:6,7

541:22 542:8
542:10
**312** 284:15
**312-750-1265**
285:24
**3308** 390:5
432:14
**34** 328:21 461:5
**35** 460:17 461:1
461:6
**36** 469:19
**37** 506:3
**370** 284:16
**37929** 285:19
**38** 321:14

---
**4**
---

**4** 314:22 321:15
323:4 369:2
456:23 470:3
**4.4** 368:20,25
**4.something**
445:10
**4:20** 551:4
**40** 488:7,19,21
489:3,4,5
490:10
**40-** 296:7
**42** 322:25
**44** 323:20 324:18
325:2 328:19
330:6 336:16
377:14 383:3
**44-year** 327:13
335:25 390:25
**44.02** 477:15
**443** 284:17
**4s** 446:24
**4th** 342:22

---
**5**
---

**50** 303:1 315:12
325:23 328:4
420:8
**50-year** 323:21
324:19 325:24
327:24 363:14
428:9
**50,000** 296:7
406:24
**500** 285:23
**500,000** 407:10
**514910-04** 368:24
**55** 317:10 322:7
343:9 344:9,13
344:21
**56** 322:3,4,10,14
343:9 344:9,13
344:21

---
**6**
---

**6** 306:4 470:3
530:14
**6.1** 305:16
**6.10** 347:11
**6.4** 305:13
346:12
**6.5** 346:20
**6.6** 346:23
**60** 315:9 421:20
421:21
**60606** 285:23
**61** 469:16
**62** 476:20,22,24
**63** 472:17
**64** 476:10,12
**64.5** 547:16
**64.7** 542:12
**64108** 285:6
**65** 476:15 535:2
535:10 537:11
541:13 542:11
542:19 543:6
543:16 545:12
545:13 546:4,6
547:16,20
549:21
**65.0** 537:18,19
539:1,2 542:10
549:17
**68** 317:22,24
318:5,11,14
**68-** 319:10
**68.0** 537:19

---
**7**
---

**7** 538:12
**7.0** 446:1
**7.9** 538:11
**72** 530:15
**75** 315:10 363:15
**77** 318:14
**78** 314:25 315:9
315:23 318:5
322:13 323:20
325:8 328:19
330:2 337:4
377:13 429:12
429:13 431:12
**78-year** 319:10

---
**8**
---

**8** 470:3
**8.something**
445:11
**8:39** 286:1
**80** 357:7,9
359:17 392:5
452:25

**800** 285:18
**80PSIG** 315:10
**81** 392:5 542:17
**816-292-2000**
285:6
**81A** 532:19
542:23
**85** 420:7 453:15
455:11 524:23
524:25
**86** 524:24 525:1
525:4
**860** 460:17
**865-247-0080**
285:20
**876** 409:6 413:12
532:13 533:8
**88** 448:18 449:5
**887** 323:18

---
**9**
---

**9** 323:18
**90** 382:2 395:9
**90-degree** 300:13
469:25
**92** 291:16 294:18
452:21
**926** 305:10
**95** 382:4
**99** 520:21