# EXHIBIT 16

Page 1

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CIVIL ACTION NO. 13-7871 (FLW)(TJB)

KIMBERLY COLE, ALAN COLE, JAMES MONICA, LINDA BOYD,
MICHAEL MCMAHON, RAY SMINKEY, JAMES MEDDERS, JUDY
MEDDERS, ROBERT PEPERNO, SARAH PEPERNO, AND KELLY MCCOY,
ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY
SITUATED,
PLAINTIFFS

V.

NIBCO, INC.,
DEFENDANT

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE OF TENNESSEE
NASHVILLE DIVISION
DISTRICT JUDGE WAVERLY D. CRENSHAW, JR.
MAGISTRATE JUDGE BARBARA D. HOLMES
CASE NO. 3:15-cv-1124

CHAD MEADOW, JOHN AND SUSAN PLISKO AND KENNETH
MCLAUGHLIN, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS
SIMILARY SITUATED,
PLAINTIFFS

V.

NIBCO, INC.,
DEFENDANT

DEPONENT:  RANDY DOERING

DATE:      JANUARY 18, 2017

REPORTER:  CRYSTAL HAVENS



Page 2

```
1              APPEARANCES
2
3    ON BEHALF OF THE PLAINTIFFS, KIMBERLY COLE, ALAN COLE,
4    JAMES MONICA, LINDA BOYD, MICHAEL MCMAHON, RAY SMINKEY,
5    JAMES MEDDERS, JUDY MEDDERS, ROBERT PEPERNO, SARAH
6    PEPERNO, AND KELLY MCCOY, ON BEHALF OF THEMSELVES AND
7    ALL OTHERS SIMILARLY SITUATED:
8    KYLE A. SHAMBERG
9    LITE, DEPALMA, GREENBERG, LLC
10   211 WEST WACKER DRIVE, SUITE 500
11   CHICAGO, ILLINOIS 60606
12   TELEPHONE NO.: (312) 750-1592
13   E-MAIL: KSHAMBERG@LITEDEPALMA.COM
14
15   ON BEHALF OF THE PLAINTIFFS, CHAD MEADOW, JOHN AND SUSAN
16   PLISKO AND KENNETH MCLAUGHLIN, INDIVIDUALLY AND ON
17   BEHALF OF ALL OTHERS SIMILARY SITUATED:
18   LAWRENCE DEUTSCH
19   BERGER & MONTAGUE, P.C.
20   1622 LOCUST STREET
21   PHILADELPHIA, PENNSYLVANIA 19103
22   TELEPHONE NO.: (215) 875-3000
23   FACSIMILE NO.: (215) 875-4604
24   E-MAIL: LDEUTSCH@BM.NET
25
```

Page 3

```
1          APPEARANCES (CONTINUED)
2
3    ON BEHALF OF THE DEFENDANT, NIBCO, INC.:
4    KEVIN M. KUHLMAN
5    LATHROP & GAGE LLP
6    2345 GRAND BOULEVARD, SUITE 2200
7    KANSAS CITY, MISSOURI 64108-2618
8    TELEPHONE NO.: (816) 460-5714
9    FACSIMILE NO.: (816) 292-2001
10   E-MAIL: KKUHLMAN@LATHROPGAGE.COM
```

Page 4

```
1                INDEX
2                          Page
3    DIRECT EXAMINATION BY MR. SHAMBERG      7
4    EXAMINATION BY MR. DEUTSCH         166
5    CROSS EXAMINATION BY MR. KUHLMAN    267
6    RE-EXAMINATION BY MR. DEUTSCH       270
7    RECROSS EXAMINATION BY MR. KUHLMAN   272
8
9
10              EXHIBITS
11                        Page
12   COLE
13   1  2010 E-MAIL WITH DAVID BOBO       47
14   2  PEX PIPE DEVELOPMENT STRATEGY, JANUARY 28, 59
15      2009
16   3  E-MAIL WITH KEN MCCOY            107
17   4  OCTOBER 2012       130
18   5  PERFORM Q A 2008   136
19   6  LETTER WRITTEN BY DOERING        150
20   7  WARRANTY         153
21   8  E-MAIL WITH KEN MCCOY         163
22
23   MEADOW
24   44  ORGANIZATION CHART, 2009       167
25   45  ORGANIZATION CHART, 2012       171
```

Page 5
```
1          EXHIBITS (CONTINUED)
2
3    46  E-MAIL WITH THOMAS COE        197
4    47  E-MAIL WITH GREG LEHMAN       199
5    48  E-MAIL OCTOBER 7, 2011        203
6    49  E-MAIL OCTOBER 27, 2011       204
7    50  E-MAIL MARCH 6, 2012
8    58  E-MAIL DECEMBER 23, 2008      225
9    59  FEB 1, 2011 E-MAIL CHAIN      229
10   60  MAY 18, 2011 NIBCO LETTER     239
11   61  E-MAIL CHAIN         244
12   62  E-MAIL CHAIN "TALKING POINTS"    250
13   63  OCTOBER 24, 2012 LETTER       256
14   64  E-MAIL CHAIN       261
15   65  E-MAIL CHAIN       263
16   66  LEBANON FACILITY STANDARD OPERATING   264
17      PROCEDURES
18   67  NIBCO HISTORY WITH CHRISTIANSON PLUMBING 265
19      AND NIBCO DOCUMENT
```



Page 6

STIPULATION

The deposition of RANDY DOERING taken at HILTON GARDEN
INN & SUITES, 2734 CRITTENDEN DRIVE, LOUISVILLE,
KENTUCKY 40209 on WEDNESDAY, the 19TH day of JANUARY
2017 at approximately 9:00 a.m.; said deposition was
taken pursuant to the FEDERAL Rules of Civil Procedure.
It is agreed that CRYSTAL HAVENS, being a Notary Public
and Court Reporter for the State of KENTUCKY, may swear
the witness.

Page 7

PROCEEDINGS

COURT REPORTER:  Sir, if you'll raise your
right hand for me, please?
THE WITNESS:  Yes.
COURT REPORTER:  Do you solemnly swear or
affirm the testimony you're about to give will be
the truth, the whole truth, and nothing but the
truth?
THE WITNESS:  I do.
DIRECT EXAMINATION
BY MR. SHAMBERG:
Q    Good morning, Mr. Doering.
A    Good morning.
Q    My name is Kyle Shamberg, and I represent the
plaintiffs in the Cole versus NIBCO matter.
A    Okay.
Q    We'll be asking you some questions this
morning.
A    Okay.
Q    Could we start out by having you state your
full name and your date of birth for the record?
A    Randy Dean Doering.  I was born XX-XX-XXXX.
Q    Okay.  And have you ever given a deposition
before?

Page 8

A    Yes.
Q    How many times?
A    Two or three times.
Q    Okay.  Did any of those depositions relate to
your employment at NIBCO?
A    Yes.
Q    All of them?
A    Yes.
Q    Did any of the depositions relate to PEX
products that were manufactured or sold by NIBCO?
A    Yes.
Q    Okay.  Which -- tell me about the first
deposition that related to those PEX products?
A    I think the first deposition was a case, I
believe it was in Oklahoma.
Q    Okay.  What were the allegations in that case,
as you understand it?
A    I'm -- that -- that the product was defective.
That was the allegation, yes.
Q    And what about the other case that you
mentioned that involved the NIBCO PEX products?
A    That was maybe a year-and-a-half ago or so,
and it was similar -- a similar case.
Q    Okay.  Was that a case that was brought
against NIBCO by Christianson Plumbing?

Page 9

A    I believe so, yes.
Q    And I believe you actually -- that deposition
was here at the same hotel; is that right?
A    That is correct.  Yes.
Q    Was it in the same room?
A    Yes.
Q    And what was your understanding of the
allegations in that Christianson case?
A    I -- I don't remember all the specifics.
Q    Okay.  Was the plaintiff in that case alleging
that NIBCO PEX tubing was defective?
A    I believe so, yes.
Q    Do you remember what the specific defect the
plaintiff was alleging was?
A    No.  I don't remember the specific defects.  I
-- all I know is that they had experienced some
failures.
Q    Okay.  Were those failures oxidated?
A    I don't know.
Q    Do --
A    I -- I -- as I recall, I believe there was
some installation issues involved in that.  I don't
believe that they were all oxidated failures.
Q    Okay.  Why do you believe that they were
installation issues involved?  Where do you get that?



1    A    Installation?  Just -- just some things that I
2  had heard after, you know, we had investigated the
3  complaint.
4    Q    Do you recall what the outcome of that case
5  was?
6    A    No, because I have not worked for NIBCO for a
7  year, and I -- I -- I don't know what happened.
8    Q    So it's still ongoing with NIBCO?
9    A    I believe so, yes.
10    Q    To your understanding?
11    A    Yeah.
12    Q    Okay.  So I want to talk about some of the
13  ground rules that you've probably heard before in
14  previous depositions --
15    A    Uh-huh.
16    Q    -- but we'll go over again today.  The first
17  is that when you give your answers, I'll try to let you
18  finish your answer.
19    A    Okay.
20    Q    When I ask my questions, if you could let me
21  finish my question, that'll make a cleaner record for
22  Crystal so it'll be clear; is that all right?
23    A    That's fine.
24    Q    Okay.  And you're doing a good job so far, but
25  I'll ask that you answer all the questions verbally

1  rather than by nodding your head or shaking your head or
2  gesturing so it's also clear on the record --
3    A    Okay.
4    Q    -- what your answer is, okay?  If you don't
5  understand any of my questions, just let me know, --
6    A    Okay.
7    Q    -- and I'll try to rephrase it or clarify.  If
8  you answer the question, I'll assume that you understood
9  it, okay?
10    A    Okay.
11    Q    And also, we can take a break at any time.
12  Just let myself or Kevin know.  But if I have a question
13  pending, I'd like you to answer that question before we
14  take the break, all right?
15    A    Okay.
16    Q    Okay.  What's the highest education level
17  you've received?
18    A    I hold a Master's in Business Administration
19  at Indiana University.
20    Q    Okay.  What year did you receive that
21  master's?
22    A    It was 19 -- I guess I should know this.
23       1988.
24    Q    1988?
25    A    Yes.

1    Q    Okay.  And what about a bachelor's degree, do
2  you have a bachelor's degree?
3    A    Yes.
4    Q    What area of study?
5    A    Political Science is my major.  A --
6    Q    It that --
7    A    Bachelor of Arts at Indiana, yes, University.
8    Q    I'm sorry.  I'm already breaking my own rule
9  by trying to cut you off.  What year did you get the
10  bachelor's degree?
11    A    1976.
12    Q    Okay.  So after the bachelor's degree, you
13  were working for a while, and then you went back and did
14  the master's?
15    A    Yes.  I was working for a company that had
16  given me a promotion, and then they offered to pay for
17  me to get a -- to continue my education.
18    Q    What company was that?
19    A    Industrial Plastics Corporation.
20    Q    When did you start working for Industrial
21  Plastics Corporation?
22    A    1979.
23    Q    Okay.  And when you started in 1979, what was
24  your role there?
25    A    I was a quality control inspector.

1    Q    What were the job responsibilities of a
2  quality control inspector?
3    A    I would measure plastic parts and, you know,
4  just make sure that it was meeting in our standards.
5    Q    Okay.  And back in 1979, that quality control
6  inspector role wouldn't have involved PEX products; is
7  that right?
8    A    It did not.
9    Q    What was the next job you had at Industrial
10  Plastics?
11    A    I was a pricing manager.  I was responsible
12  for the pricing of our products.
13    Q    Okay.  How long did you do that for?
14    A    I did that for about four years.
15    Q    Okay.  So you were the quality control
16  inspector beginning in 1979 until about when?
17    A    Until about 1983.
18    Q    '83.  Okay.  And then the pricing manager from
19  about '83 to '86?
20    A    '83 to '87.
21    Q    Okay.  And was it at that point you went back
22  into the master's program?
23    A    Yes.
24    Q    Were you still working while you were enrolled
25  in the program?



Page 14

1     A   Yes.
2     Q   As a pricing manager?
3     A   Yes.
4     Q   When you completed the master's program --
5   after you completed the master's program, what was the
6   next role that you had, if any, at Industrial Plastics?
7     A   I was a marketing manager.
8     Q   Okay.  How long were you the marketing manager
9   for?
10    A   I think two years.
11    Q   And what were the job -- general job
12  responsibilities as marketing manager?
13    A   New product development and the promotion on
14  new products.
15    Q   Any PEX products?
16    A   No.
17    Q   After you -- so now we're about 1990 or so?
18    A   Yes.
19    Q   What did you do after you became marketing
20  manager?
21    A   I became plant manager at Industrial Plastics
22  Corporation.
23    Q   When did that happen?
24    A   That happened around 1990.
25    Q   Okay.  And how long were you the plant

Page 15

1   manager?
2     A   I was a plant manager for about four years,
3   until 1994.
4     Q   Okay.  And what sort of products was the plant
5   manufacturing at that point?
6     A   This company made custom plastic extrusions,
7   none of them were PEX products or tubing products.
8     Q   When did you start at NIBCO?
9     A   I started at NIBCO in 1999.
10    Q   Okay.  From the time -- well, you said you
11  were a plant manager until around 1994?
12    A   Uh-huh.
13    Q   At Industrial --
14    A   Yes.
15    Q   -- Plastics?
16    A   Yes.
17    Q   Did you have another role in Industrial
18  Plastics after that?
19    A   No.  I left the company, and I started working
20  for a company called Elkhart Plastics in 1996.
21    Q   Between the time when you were at Elkhart
22  Plastics in '96 or so and you began at NIBCO in '99, did
23  any jobs you had in that timeframe involve PEX products?
24    A   None.
25    Q   When you began at NIBCO in 1999, what was your

Page 16

1   role?
2     A   I was product managers for Kentrol, which is
3   our schedule AD product line.
4     Q   How long were you in that role for?
5     A   I was in that role for two years.
6     Q   Okay.  Until about 2001?
7     A   Correct.
8     Q   And, again, not working with PEX products; is
9   that correct?
10    A   Not working with PEX.
11    Q   In 2001, what job did you take at that point?
12    A   I was product manager for plastic fittings at
13  NIBCO.
14    Q   Was NIBCO manufacturing plastic fittings at
15  that time?
16    A   Yes.
17    Q   Okay.  Was NIBCO also -- are you familiar with
18  the term "sourcing?"
19    A   Not at that time.
20    Q   Okay.  You're familiar with the term?
21    A   Yes.
22    Q   But NIBCO wasn't sourcing plastic fittings at
23  that time?
24    A   They -- they were sourcing plastic fittings.
25  They were not sourcing any PEX products at that time.

Page 17

1     Q   How long were you the product manager?
2     A   From 1991 to --
3     Q   Sorry, 2000 -- 2001?
4     A   2001 to 2006.
5     Q   During that timeframe from 2001 to 2006, did
6   you have any involvement with PEX products at NIBCO?
7     A   Yes.
8     Q   What was that involvement?
9     A   In 2002, I started researching PEX, the PEX
10  market.  And in 2004, we started selling PEX on a
11  private label basis.
12    Q   In 2002, when you said you started researching
13  the PEX market, what kind of research did you do?
14    A   It involved market penetration with the
15  competitive landscape, what would it take for NIBCO to
16  get into that business.
17    Q   What, if any, conclusions did you reach based
18  on the research that you did?
19    A   I believed that we should get into that
20  business.
21    Q   Why?
22    A   Because the -- well, several reasons.  Copper
23  systems were losing market share to PEX because of cost
24  and the shortage of labor.
25    Q   Okay.  You said in 2004, NIBCO started selling

Page 18

1   PEX products under a private label?
2      A   Yes.
3      Q   From whom was NIBCO acquiring the product
4   itself?
5      A   We were buying the tubing from Consolidated
6   Plumbing Industries, and we -- I don't recall all of the
7   different sources for the fittings and ancillary
8   products, but there were several other vendors of
9   fittings and connections and all the accessories that go
10  with a PEX system.
11     Q   Okay.  And you say you don't recall who the
12  manufacturer was of those fittings?
13     A   I believe that we were buying some of them
14  from Consolidated Plumbing Industries and some from
15  other sources as well.
16     Q   Okay.  But you don't recall who the other
17  sources were --
18     A   No.
19     Q   -- at this point?
20     A   No.  I believe that one of them was a company
21  called Sioux Chief.
22     Q   Okay.  And we'll get a little bit more into
23  that, but I first want to finish up kind of what you did
24  with roles in NIBCO up until you left.
25     A   Okay.

Page 19

1      Q   So you said you were the product manager until
2   2006.  In 2006, how did your role change?
3      A   I became national sales manager of retail at
4   retail sales at NIBCO.
5      Q   Okay.  Was that for all products?
6      A   Yes.
7      Q   Including PEX?
8      A   Yes.
9      Q   But also others?
10     A   Correct.
11     Q   And just generally what were your day-to-day
12  job responsibilities as national sales manager?
13     A   My duties were, you know, selling our products
14  to -- I had retail customers assigned to me that I was
15  responsible for growing their -- our business with them.
16     Q   How long were you the national sales manager?
17     A   Two years.
18     Q   So then in 2008, how did your role change
19  again?
20     A   I became general manager of PEX piping systems
21  at NIBCO.
22     Q   Okay.  So in 2008 as general manager, you're
23  focused exclusively on PEX products?
24     A   Yes.
25     Q   How long were you in that role?

Page 20

1      A   I was in that role until December of 2014.
2      Q   And so during those six years or so, again, if
3   you just generally describe what your job
4   responsibilities were as general manager for PEX?
5      A   Well, my responsibilities I oversaw the
6   selling of PEX, of the development of new products, the
7   marketing of PEX products.  I also had responsibility,
8   not at the beginning for manufacturing, but then later I
9   was also responsible for -- for the plant itself and the
10  manufacturing.  And I did have, you know, responsibility
11  for some of the shipping and distribution functions, you
12  know, of the product as well.
13     Q   At what point did you also start to take on
14  the manufacturing aspect?
15     A   That was in 20 -- 2012.
16     Q   Why did you -- why did that become your
17  responsibility at that point?
18     A   Before I was general manager, but the plant
19  manager of the PEX plant reported to someone else in our
20  organization more in a functional alignment.  But we
21  wanted to bring the PEX business together, and the
22  company wanted me to move to the Cincinnati area where
23  the PEX plant was located so that I'd be closer to that
24  and -- and, you know, help in the oversight of that
25  plant.

Page 21

1      Q   Okay.  Who was in charge of overseeing the
2   manufacturing operations for PEX before you took over
3   that role?
4      A   It was Chris Mason.
5      Q   Chris Mason, okay.  And you touched on it a
6   little bit, but a decision was made around 2012 to shift
7   that responsibility from Chris to you?
8      A   Yes.
9      Q   Did Chris leave NIBCO at that time?
10     A   No.
11     Q   What did Chris do at that point?  How did his
12  job change?
13     A   Well, Chris was vice president of supply
14  management, and he -- when we acquire companies or the
15  assets of companies he's usually involved in the
16  integration of those companies into NIBCO.  And so his
17  role had pretty much, you know, ended.  And then they
18  wanted me to take over, you know, the -- to just bring
19  the business together under one manager.
20     Q   Okay.  So they kind of wanted to have one
21  person overseeing all of the operations for the
22  business?
23     A   Correct.
24     Q   That person was you?
25     A   Yes.



Page 22

1    Q   So at least for the PEX products, it was sort
2   of the buck stopped with you; is that fair?
3    A   Yes.
4    Q   Who -- well, so this question may be too
5   general, may be more than one person, but from 2008
6   until 2014, you were the general manager for PEX. Who
7   did you report to?
8    A   I reported to Steve Malm.
9    Q   Steve Malm, okay. What was his title at this
10  time?
11   A   President.
12   Q   Is he still with NIBCO?
13   A   Yes.
14   Q   So you reported directly to Steve. There was
15  no one kind of in between you?
16   A   Correct.
17   Q   How many people were reporting directly to you
18  when you were general manager for PEX products?
19   A   Oh, we had probably around 50 people at the
20  plant, and then we had three to four salespeople, a
21  product manager, and so I think that -- that's about it
22  there.
23   Q   Okay. The product manager, was that Tom Coe?
24   A   Yes.
25   Q   And the salespeople, I believe one of those

Page 23

1   was Kate Emery?
2    A   Yes.
3    Q   Was Grant Dow one of those people?
4    A   Yes.
5    Q   Who else was reporting to you in sales?
6    A   Well, Kate and Grant. We had -- I don't know.
7   There are a couple of other people, but their names
8   escape me right now.
9    Q   Okay. And another thing I might have said
10  before is that this isn't necessarily a memory test.
11   A   Sure.
12   Q   It's what you know and what you remember. And
13  if those --
14   A   Yeah.
15   Q   -- names do --
16   A   Yeah.
17   Q   -- come to you, sometimes they do, --
18   A   Yeah.
19   Q   -- you know, let me know.
20   A   Sure.
21   Q   Let Larry --
22   A   Sure.
23   Q   -- know, and we'll clarify that.
24   A   Okay.
25   Q   How did your role change in December of 2014?

Page 24

1    A   In December of 2014, I became general manager
2   of our industrial plastics division at NIBCO.
3    Q   Okay. Does the industrial plastics division
4   relate to PEX products in any way?
5    A   No.
6    Q   Why did you make that move at that point?
7    A   Well, they asked me if I would. The general
8   manager of industrial plastics had retired, and I had
9   been product manager when I -- of Kentrol, which was
10  part of industrial plastics when I first came to NIBCO,
11  and I was probably the likely candidate to move over and
12  run that business.
13   Q   Did someone take over your role as general
14  manager of PEX at that point?
15   A   Yes.
16   Q   Who was that?
17   A   Ashley Martin.
18   Q   Any relation to Rex?
19   A   His daughter.
20   Q   So did you do anything to prepare for this
21  morning's deposition?
22   A   Kevin and I spoke briefly yesterday.
23   Q   Okay. And I obviously don't want you to tell
24  me anything that you discussed with Kevin, but about how
25  long did you speak?

Page 25

1    A   I don't know. About an hour.
2    Q   Did you review any documents?
3    A   No.
4    Q   Have you reviewed any of the transcripts of
5   any depositions that have been taken in this case?
6    A   No.
7    Q   Have you reviewed any summaries or digests of
8   those depositions?
9    A   No.
10   Q   Did you take any notes for yourself in
11  preparing for the deposition?
12   A   Yes.
13   Q   Okay. Do you have those with you?
14   A   No.
15   Q   Okay. Do you still have them somewhere in
16  your files?
17   A   In my office.
18   Q   Okay.
19      MR. SHAMBERG: Kevin, I would request that to
20  the extent those aren't privileged that they be
21  produced.
22      MR. KUHLMAN: I'll look into it.
23  BY MR. SHAMBERG:
24   Q   Okay. So we'll go back now. You said in
25  about 2004 NIBCO began selling PEX tubing that was

Page 26

1  manufactured by CPI; is that accurate?
2      A   Yes.
3      Q   And was that sold under a brand name, trade
4  name?
5      A   Yes.
6      Q   What was that name?
7      A   NEXT-Pure.
8      Q   NEXT-Pure.  Were you involved in the project
9  to begin selling that NEXT-Pure pipe that was purchased
10  from CPI?
11      A   Yes.
12      Q   What was your involvement in that?
13      A   I led it.
14      Q   Okay.  That's significant involvement.  So
15  describe for me generally what, you know, your
16  responsibilities were in terms of leading that project?
17      A   Well, we had to find sources of the product,
18  so I was responsible for finding, you know, companies
19  that would sell a private label, you know, products
20  for us, deciding what products we're going to offer and
21  which products we aren't going to offer.  And then
22  putting together the marketing plan, you know, pricing,
23  selling, strategy, all of that.
24      Q   What investigation did you conduct to find the
25  source of the product?

Page 27

1      A   Well, we visited a number of different
2  companies and -- and based -- our decision was based on
3  those visits and those companies' willingness to work
4  with us.
5      Q   Which companies did you visit?
6      A   We visited a company named Vanguard and a
7  company in Canada in Quebec, and I -- I can't remember
8  their name right now, and Consolidated Plumbing
9  Industries.
10      Q   CPI makes a PEXc product, right?
11      A   Yes.
12      Q   And can you just generally describe for me
13  your understanding of the differences between, say, a
14  PEXa, PEXb, and PEXc product?
15      A   Sure.  PEXa is -- it's typically called the
16  peroxide method, where peroxide is exposed to the
17  high-density polyethylene.  It causes a -- a chemical
18  reaction that leads to a cross-linking of the -- of the
19  molecules.  PEXb is the saline method.  Again, a
20  chemical is added to the polyethylene, but in this case,
21  it's -- it's not added in directly during the
22  manufacturing process, but the saline is compounded into
23  the raw material itself, and the saline affects the
24  chemical reaction that causes the cross linking of the
25  -- of the molecules.  With PEXc, it's called the EB

Page 28

1  method, and an electron beam is used to affect the
2  cross-linking of the molecules in the high-density
3  polyethylene.  Typically, the EB mean is done in a
4  secondary operation after the tubing has been extruded.
5      Q   Okay.  Do you recall which type of PEX which
6  cross-linking method Vanguard was using in its tubing?
7      A   PEXb.
8      Q   And the Canadian company that you can't recall
9  the name of, do you know which cross-linking method they
10  were using?
11      A   Well, they were not producing PEX.  They
12  aspired to produce PEX and -- and would have made the
13  investment to make PEX.  Had we entered a relationship
14  with them, they probably would have chosen -- they were
15  looking at the time at PEXb, I believe.
16      Q   Has NIBCO, at any point, also sold a PEXb
17  product?
18      A   Yes.
19      Q   During what timeframe has NIBCO told PEXb
20  tubing?
21      A   I think since -- since the acquisition of the
22  assets in 2006, they had been selling a PEXb product
23  mostly for a radiant heat applications, radiant heat
24  tubing, sometimes called barrier tubing.
25      Q   And when you say the acquisition in 2006,

Page 29

1  you're referring to the acquisition of CPI?
2      A   Yeah, the assets of CPI in 2006, yes.
3      Q   NIBCO also -- so NIBCO started selling PEXb in
4  around 2006.  Was it also manufacturing the PEX at that
5  point?
6          MR. KUHLMAN:  Object to form.
7      A   We started selling PEXc in 2000 -- 2004, and
8  we continued selling PEXb after the acquisition of the
9  assets in May of 2006.
10      Q   Okay.  I think you just said NIBCO was selling
11  PEXc beginning in 2004, and then --
12      A   Oh, excuse me. I'm sorry.  I -- PEX --
13  selling PEXc since 2004, and then started selling PEXb
14  for radiant heat applications in 2006.
15      Q   Okay.
16      A   I'm sorry.
17      Q   And was NIBCO manufacturing the PEXb when it
18  began selling it?
19      A   No.
20      Q   Okay.  What -- has NIBCO ever manufactured
21  PEXb tubing?
22      A   Yes.
23      Q   When did NIBCO begin manufacturing its own
24  PEXb tubing?
25      A   I believe that it was in -- around 2013.



1    Q   Okay.  So certainly more recently --
2    A   Yes.
3    Q   -- than PEXc?
4    A   Yes.
5    Q   Why did NIBCO decide to begin manufacturing
6  PEXb tubing in 2013?
7    A   I think it was just market driven, force of
8  some of our customers wanted PEXb, and so we -- you
9  know, we decided to offer that.
10   Q   So customers were specifically saying we
11 prefer to buy the PEXb from you instead of the PEXc?
12   A   Yeah.
13   Q   Did they give reasons for why they preferred
14 PEXb?
15   A   No.  I think sometimes, if we would convert a
16 customer from one type of PEX to another, if they had
17 been buying from a company that was selling PEXb, you
18 know, they wanted PEXb as a replacement and reasons like
19 that.
20   Q   What -- let's say for the time period from
21 2006 to 2014.
22   A   Yes.
23   Q   How did NIBCO's overall sales compare between
24 PEXc and PEXb?
25   A   Well, most of our sales were in PEX -- PEXc.  I

1  mean, that was most of what we sold, yes.
2    Q   Okay.  And just for the PEX tubing, could you
3  put a percentage on it in terms of what was PEXc versus
4  PEXb.
5    A   Well, probably 90 percent of what we sold was
6  -- was, you know, PEXc.
7    Q   So when NIBCO began -- in 2004, when NIBCO
8  began sourcing from CPI and selling the PEXc under the
9  NEXT-Pure brand?
10   A   Yes.
11   Q   Why was the decision made to go with a PEXc
12 product over a PEXb or a PEXa product?
13   A   We thought that long term it would be the
14 lowest cost potentially and would be -- give us a
15 competitive advantage in the marketplace.
16   Q   Okay.  So basically, you could offer a better
17 price than competitors who were selling PEXb products?
18   A   Well, not -- the -- no.  The pricing decision
19 is independent of the cost.  But, yeah, I mean, we
20 thought we'd be more competitive in the marketplace if
21 we did decide to, you know, offer a price that was lower
22 than our competitors.
23   Q   Okay.  Any other reasons that NIBCO went with
24 the PEXc over the PEXb for the next year?
25   A   Yeah.  The PEXc had some unique selling

1  features, a little bit easier to handle than the PEXb.
2  We thought it would be friendlier for plumbers to
3  install, because it's less rigid and a little easier to
4  bend.  We were also -- I think that was -- that was the
5  main reason, you know, we just thought it was a unique
6  product.  Takes a high capital investment to get into
7  PEXc, so we thought that long term there wouldn't be,
8  you know, as many, you know, competitors in that -- in
9  that space.
10   Q   And you think, I think you said that it was
11 friendlier for plumbers and easier to handle.  So PEXc
12 is easier to work with than the other PEX --
13   A   Yeah, it's easier to bend.
14   Q   Okay.  Does that make it easier to install in
15 plumbing applications?
16   A   Yeah, it can.  It can, yes.
17   Q   When you were leading the team that was
18 investigating different sources for potential PEX
19 products, how did you end up landing on CPI?
20   A   Well, we -- we had been contacted by -- I
21 think the way it originally happened, we had been
22 contacted by one of their salespeople who wanted to sell
23 us some of their fittings, and -- and we just started a
24 relationship after that.
25   Q   Do you remember who the CPI salesperson was?

1    A   John Grunwald was his name, yes.
2    Q   And when the acquisition occurred in 2006, do
3  you know if John Grunwald came along and joined NIBCO?
4        MR. KUHLMAN: Object to form.
5    A   I don't remember.  He left CPI, and I don't
6  remember when he left.
7    Q   Okay.  You don't recall if it was before or
8  after the acquisition?
9    A   No, I don't remember.
10   Q   So after John made contact about the fittings
11 and started the relationship, what investigation did you
12 conduct into CPI prior to making the decision to source
13 the PEX material from them?
14   A   Well, we -- we visited the facility, met with,
15 you know, their team, talked about PEX in general.  And
16 then once we decided that -- that we wanted to partner
17 with them, we started a process of testing their --
18 their products to ensure that they met the applicable
19 standards.  And that is something that NIBCO would do in
20 any sourcing decision.
21   Q   Okay.  What testing did NIBCO perform on the
22 CPI PEX products?
23   A   Well, I don't -- I don't remember all of them.
24 But a lot of burst testing and long-term pressure
25 testing.  And there are tests that NIBCO has developed

1    through the years on all plumbing products that are --
2    are effective in evaluating the -- you know, if the
3    product meets the standards.
4         Q    And did NIBCO conduct any kind of testing
5    related to the chlorine resistance of CPI's PEXc tubing?
6         A    I -- I don't know.  I don't remember if we did
7    or not.
8         Q    Okay.  You don't recall seeing any test
9    results specifically related to chlorine resistance at
10   that time?
11        A    No.  I can't -- I can't remember all of the
12   tests that we did.
13        Q    Did CPI provide any documents to NIBCO
14   evidencing third-party certifications for the PEXc
15   product it was manufacturing?
16        MR. KUHLMAN:  Object to form.
17        A    I don't know.  But all of that information's
18   available, you know, online, though.  If you go to NSF's
19   site everyone's -- you know, if someone has a listing,
20   it could be found there, or if you go to IAMPRO, it
21   could be found there.  So I don't know if we received
22   anything from them, but its information that's readily
23   available.
24        Q    Okay.  Well, what about -- and I understand
25   the fact that the listing would be publicly available,

1    but in terms of either communications with third-party
2    -- let's stay there are communications with third-party
3    listing agencies, did CPI provide those?
4         A    I don't recall -- I don't recall any exchanges
5    like that.
6         Q    What about test results that had been
7    performed on CPI's PEXc tubing in order to meet the
8    applicable standards?  Was that provided to NIBCO?
9         A    I don't -- no, I don't believe so.  But I -- I
10   really don't remember.
11        Q    In that 2004 timeframe, and as the head of the
12   project and looking to sourcing from CPI, were you made
13   aware of any chlorine resistance issues with CPI's PEXc
14   tubing?
15        A    No.
16        Q    Never came up?
17        A    I don't believe so.  We're talking about 2004,
18   correct?
19        Q    Yes.
20        A    No.  No issues.
21        Q    Okay.  Did NIBCO, at any point, become aware
22   of potential chlorine resistance issues with CPI's PEXc
23   tubing?
24        MR. KUHLMAN:  Object to form.
25        A    Can you restate that question?  I don't

1    understand what you're asking.
2         Q    Let me ask it -- let me ask it this way.  Did
3    you personally, at any point, become aware that CPI's
4    PEXc tubing suffered from chlorine resistance problems?
5         MR. KUHLMAN:  Object to form.
6         A    We, as an industry, are aware of the effect of
7    chlorine on all PEX products.  So our knowledge, or at
8    least the knowledge that I had at the time, was
9    basically from attending industry meetings, PTFA
10   meetings where -- and PTI meetings, the Plastic Pipe
11   Institute, where we talked about issues involving PEX
12   products.  But from a general standpoint, not from a
13   standpoint of vis-one manufacturer versus another.
14        Q    Okay.  Let me try to be more specific.  In
15   your role as general manager for PEX products, were you
16   made aware, at any point, that CPI's PEXc tubing had
17   failed chlorine-resistance tests?
18        A    No.
19        Q    Okay.  And then you said in 2006 NIBCO
20   acquired CPI?
21        A    Yes.
22        Q    Okay.  Was there separate -- was there a
23   separate project initiated which NIBCO was actually
24   considering acquiring CPI as opposed to just sourcing
25   the products?

1         A    Yes.
2         Q    Were you involved in that project?
3         A    Yes.
4         Q    In what capacity?
5         A    I conducted the due diligence of the sales and
6    marketing.
7         Q    Okay.  So what did that due diligence involve
8    for sales and marketing?
9         A    I interviewed the sales manager, and we
10   discussed, you know, how they went to market and the
11   customer service function and just sales-related
12   activities.
13        Q    Who was the sales manager at CPI at that time?
14        A    His name was Martin Compston.
15        Q    Okay.  And do you recall if he came along with
16   CPI in 2006 when NIBCO acquired it?
17        A    Yes.
18        Q    So did you discuss with Martin who some of
19   CPI's customers were for the PEXc tubing at that time?
20        A    After the acquisition of the assets, yes.
21        Q    Okay.  He was probably a little reluctant to
22   give you that information before?
23        A    Yes.
24        Q    And did -- who were some of the customers that
25   you can recall?

MAGNA
LEGAL SERVICES

Page 38

1    A    Well, CPI did sell to Menards stores, and they
2  sold to wholesale distributors.  Mostly smaller
3  wholesale distributors in the United States.
4    Q    Okay.  Menards is sort of the big fish?
5    A    Yeah, for them it was, yes.
6    Q    Did -- after the acquisition in 2006, did
7  NIBCO retain Menards as a customer for the PEXc tubing?
8    A    Yes.
9    Q    Did NIBCO retain other CPI customers for PEXc
10 tubing?
11   A    Yes.
12   Q    Can you recall about -- let's start here.  Do
13 you recall, at the time of the acquisition, about how
14 many customers CPI had for the PEXc tubing, if you
15 recall?
16   A    I don't recall the exact number.
17   Q    Okay.  Do you know a ballpark?
18   A    Probably, you know, over 100.
19   Q    And do you recall about how many of those
20 customers NIBCO was able to retain after it purchased
21 CPI in 2006?
22   A    No, I don't.
23   Q    Is it more than half?
24   A    I'm sure that we retained, you know, most of
25 them.  But whenever there's a change in ownership, there

Page 39

1  can be some people that, you know, don't -- don't want
2  to deal with -- with a new -- a new company owning it.
3  So -- but I don't remember.  I don't recall losing any
4  specific customers over that.
5    Q    After the acquisition in 2006, did CPI
6  continue as a separate corporate entity for NIBCO?
7    A    No.
8    Q    Okay.  Then they merged with NIBCO; is that
9  right?
10        MR. KUHLMAN:  Object to form.
11   A    After the acquisition of the assets, we --
12 there were certain functions between CPI and NIBCO that
13 were a duplication, accounting and customer service, and
14 so those were -- some of the people at the CPI
15 headquarters were -- you know, who were no longer needed
16 because we had those functions at NIBCO.
17   Q    Were there any operations that continued to
18 function solely under -- strike that.  After the
19 acquisition, did NIBCO retain CPI employees?
20   A    Some, yes.
21   Q    Do you know how many employees CPI had at the
22 time of the acquisition, ballpark?
23   A    Oh, I'm sure there's probably around the same
24 number.  There's probably, like, around 40.  I would say
25 between the plant and the office people and --

Page 40

1    Q    And do you remember about how many were
2  retained by NIBCO?
3    A    Most of them were.  I don't know -- remember
4  the exact number.
5    Q    Okay.  Aside from things that were duplicate,
6  like, HR and --
7    A    Yes.
8    Q    -- things like that?
9    A    Uh-huh.
10   Q    Did any of those employees who came from CPI
11 over to NIBCO have knowledge regarding product testing
12 of the PEXc tubing?
13   A    I don't know.
14   Q    Okay.  Did you have any discussions with
15 anyone at CPI at the time of the acquisition regarding
16 the product testing for the PEXc tubing?
17   A    Not at that time, no.  Because I was -- I was
18 responsible -- I mean, I was part of the team, but we
19 had been busy with selling the product, you know, for a
20 couple of years, and it was just natural and not a lot
21 changed after the acquisition of the assets other than
22 making decisions about branding and coordination of
23 salespeople and those kind of fishes.
24   Q    Okay.  So it was still -- so CPI, let's say in
25 2005, was manufacturing the PEXc tubing in Lebanon,

Page 41

1  Ohio, at that facility; is that right?
2    A    Yes.
3    Q    And continued to after the acquisition?
4    A    Correct.
5    Q    Okay.  Was -- did NIBCO continue to use the
6  same equipment that CPI had been using, extruder?
7    A    Yes.  Yeah, that's what we bought.
8    Q    Did the product change in any way after the
9  acquisition of CPI, the PEXc tubing product?
10        MR. KUHLMAN:  Object to form.
11   A    Not that I'm aware of.
12   Q    Okay.  So you were still using the same resin?
13   A    I believe so.
14   Q    Same recipe, basically, it just the print
15 stream was there; is that correct?
16   A    If we're talking about the time of the
17 acquisition, everything was the same.
18   Q    Yeah.  And prior to the reformulation, I mean?
19   A    Correct.
20   Q    Do you know what happened to CPI's inventory
21 of the PEXc tubing at the time of the acquisition?
22   A    We -- we continued to sell the tubing that had
23 the CPI brand on it.  But at some point, we switched all
24 -- the manufacturer of all the tubing -- well, shortly
25 after the -- well, I can't remember exactly when we

MAGNA
LEGAL SERVICES

Page 42

1   switched, but after May 2006, at some point after that,
2   I don't think it was that very first day, but shortly
3   after that, we started branding it as NIBCO.
4      Q   Okay.  So there was some period of time --
5      A   Yeah.
6      Q   -- after the acquisition?
7      A   Yeah.  We continued.
8         MR. KUHLMAN:  Object to form.
9      A   Yeah.  I don't remember exactly what happened
10   to that -- that inventory, if we -- we sold it or if we
11   just, you know, suspended it.  I don't remember.
12      Q   Okay.  Who would have been responsible at
13   NIBCO for the decision as to how to disposition CPI's
14   inventory after the acquisition?
15      A   I'm not sure who would be responsible for
16   that.  I mean, Chris Mason was responsible for the
17   manufacturing, but I -- I don't know.  I don't know.  I
18   never thought about it at the time, so...
19      Q   You weren't involved in that decision?
20      A   No.
21      Q   And we touched on this a little bit, but at
22   some point, did NIBCO reformulate the PEXc tubing it was
23   manufacturing?
24      A   Yes.
25      Q   When did that occur?

Page 43

1      A   It occurred, like, around 2012 or '13.  I
2   think maybe 2013 is -- as I recall.
3      Q   Okay.  It was only -- was the -- to date, has
4   the PEXc tubing only been reformulated once, or has it
5   occurred more than once?
6      A   Just under -- under NIBCO, I believe just
7   once, yes.
8      Q   To your knowledge, did NIBCO ever consider
9   reformulating the product again?
10      A   Oh, since 2013?
11      Q   Yes.
12      A   I'm not aware of that.
13      Q   What was your involvement in the reformulation
14   projects?
15      A   Well, I was involved in the initial decision
16   that we should, you know, move ahead with it.  That was
17   mostly my involvement, and then receiving reports from
18   our technical people and the progress they were making.
19      Q   Okay.  So there was a discussion at NIBCO as
20   to should we reformulate the product?
21      A   Yes.
22      Q   And you were involved in making that decision?
23      A   That's correct.
24      Q   Obviously, the decision was ultimately yes?
25      A   Yes.

Page 44

1      Q   How did you reach that conclusion?
2      A   Well, you know, we -- we saw a trend towards
3   more water recirculation systems, and some -- some
4   consumers and installers were offering water
5   recirculation in homes and, you know, we felt it was --
6   from a market standpoint, that's something that we
7   needed.
8      Q   So was it a market-driven decision?
9      A   Yes.
10      Q   Were customers coming to NIBCO and saying --
11   well, let me backtrack for a second.  So the PEXc tubing
12   that NIBCO was selling prior to the reformulation
13   project?
14      A   Yes.
15      Q   That was 1006 tubing, correct?
16      A   Correct.
17      Q   Okay.  And can you just tell me briefly what
18   those integers signify?
19      A   Okay.  The -- well, the 1 -- the 1, I think
20   that -- I got to tell you, Kyle, it's been awhile since
21   I went through this, but it's just there's different
22   tests and -- that first number relates to the amount of
23   time that the water can be circulating in a system at --
24   you know, in a home.
25      Q   Okay.  So it deals with the frequency of

Page 45

1   recirculation of water?
2      A   Yes.
3      Q   Okay.
4      A   Uh-huh.
5      Q   And what about the other numbers, if you
6   remember?
7      A   Well, the last number, which is actually the
8   -- it's the last two numbers, 06 I believe is that
9   number, relates -- I'm trying to remember.  It maybe
10   relates to the U -- no, I don't think it was U period.  I
11   can't really remember what that -- what those last two
12   were.
13      Q   Okay.  Well, at the time you were general
14   manager for PEX would you have known?
15      A   Yeah.  Yeah.  I've been away for -- for a
16   couple of years, so...
17      Q   Do you recall now what the designation was for
18   the reformulated PEXc tubing?
19      A   I believe it was 3308, I believe.
20      Q   Okay.  So that first number, then, really
21   includes the --
22      A   It's the -- the second number is the UV, yeah.
23      Q   Okay.
24      A   Yeah.
25      Q   So were customers coming to NIBCO and saying,

MAGNA
LEGAL SERVICES

1    "We want a 3 rather than a 1?"
2        A   Well, I don't think it was as simple as that.
3    I think that just we -- we may have been losing some
4    business because they wanted something higher than -- I
5    believe the 1 is a 25 percent recirculation.  Customers
6    wanted something higher than that.
7        Q   Aside from customers wanting better
8    performance in recirculation systems, were there any
9    other reasons that NIBCO decided to undertake the
10   reformulation project?
11       A   I think that was the main reason.  But I -- I
12   think that, you know, any -- anything that you can do to
13   make your product, you know, better is something good to
14   do.
15       Q   How would reformulating the tubing have made
16   it better?
17       A   Well, it's just, you know, obviously, if it
18   has a higher recirculation value, it's going to have,
19   you know, some appeal to -- you know, to people and a
20   perception that it, you know, may be better.
21       Q   Okay.  So it's really the perception that it
22   may be better than -- rather than it being a physically
23   better project?
24       A   Yeah, I think so.  I think so, yeah.
25       Q   Was one of the reasons for the reformulation

1    project concern that the 1006 tubing would fail
2    chlorine-resistance tests?
3        A   No, I don't believe so.
4        Q   Okay.  No one ever described that to you as
5    the reason or one of the reasons?
6        A   No.  I mean, we -- we talked about, you know,
7    chlorine resistance, and I think you want to do anything
8    to make, you know, your product better, yes.
9        Q   When you say talked about chlorine-resistance
10   problems, what kind of discussions were those?
11          MR. KUHLMAN:  Is that what you were referring
12   to when --
13       A   No.  I'm talking about -- well, you're saying,
14   "Chlorine-resistant problem."  I'm saying, you know,
15   what can we do to make the product even more chlorine
16   resistant.  It wasn't -- as I recall, it wasn't a
17   reaction to problems.  It was a reaction to make -- you
18   know, an opportunity to make the product better.
19       Q   Okay.  I'm going to show you a document.
20       A   Sure.
21          (EXHIBIT 1 MARKED FOR IDENTIFICATION)
22       Q   So I'll have some questions about it.  If you
23   could please take a minute and just review the document.
24       A   Uh-huh.
25       Q   Okay.  All right.  So I want to ask you about

1    this document that's been marked as Plaintiff's Doering
2    1.  And I want to focus on this e-mail, Wednesday, March
3    31, 2010 from David Bobo to a number of people including
4    yourself; do you see that e-mail?
5        A   Yes.
6        Q   Who's David Bobo?
7        A   David Bobo was the director of engineering at
8    NIBCO.
9        Q   Director of engineering, okay.  Was that his
10   -- to your recollection, was that his title at the time
11   that he would have written this e-mail in 2010?
12       A   I think so.
13       Q   Okay.  And in this e-mail, he's describing
14   some NSF NRT test results related to PEXc tubing; is
15   that accurate?
16       A   Yes.
17       Q   Okay.  Now, he mentions in his first paragraph
18   that starts, "Good news."  And the third line there he
19   says, "We should now have the option of adding the NSF
20   mark back into the print stream without risk."  NSF is a
21   third-party certifier, correct?
22       A   Yes.
23       Q   Do you know why the NSF mark had been removed
24   from the tubing at some point prior to this
25   communication?

1        A   No, I don't.
2        Q   Okay.  You weren't a part of the discussions
3    at that time in terms of removing the NSF mark from the
4    print stripe?
5        A   You know, I'm not sure, Kyle.  You know,
6    there's, you know, a lot of testing that's been done --
7    that's done periodically and, you know, I was -- I kept
8    in the loop, but I'm not -- you know, I wasn't part of
9    all the details.  I basically, you know, let my
10   engineers, you know, handle these matters.
11       Q   So in this e-mail, Mr. Bobo says that the NSF
12   DLT tests report and confirm that the testing had been
13   completed with the half-inch blue DURA-PEX pipe, and it
14   conformed with the STMFA-76; is that fair?  Fair
15   description of what it says?
16       A   Yes.
17       Q   And he says, "As such, our listing should be
18   relatively safe within this after the next three years?"
19       A   Uh-huh.
20       Q   "We should now have the option of adding NSF
21   mark back into the print stripe?"
22       A   Uh-huh.
23       Q   Does that -- does reading this e-mail make you
24   believe that the NSF mark was removed based on concerns
25   that NSF would no longer certify the product?

1       MR. KUHLMAN: Object to form.
2       A    There's a -- you know, there's a number of
3    reasons why an NSF mark might be taken off temporarily,
4    and -- and so I -- I don't know exactly what the reason
5    was in this instance.
6       Q    And what's your understanding of what David is
7    saying in this e-mail in terms of the listing being
8    relatively safe?  Why do you think it was relatively
9    safe?
10      MR. KUHLMAN: Object to form.
11      A    I guess what he's saying is we passed the
12   test, and we don't have to get retested for another
13   three years is what -- is how I read it.
14      Q    And he goes on in the next paragraph -- (Knock
15   at door.)
16      MR. KUHLMAN: Let's go off the record for a
17   second.
18      (OFF THE RECORD)
19   BY MR. SHAMBERG:
20      Q    Okay.  So we're still looking at this Exhibit
21   , and I'm just going to ask a couple more questions
22   about it.  Referring you back to David Bobo's March 31st
23   e-mail letter.  In the second full paragraph, he says
24   that, "The half-inch half pipe continued to exhibit a
25   large range of test results."  And then it says that,

1    "That range of test results reinforces our need for the
2    reformulation project."  Does that indicate to you that
3    the test result that NIBCO was receiving related to the
4    PEXc tubing indicated that the product needed to be
5    reformulated?
6       MR. KUHLMAN: Object to form.
7       A    Well, you know, I entrusted David Bobo and our
8    insurance staff to, you know, take care of these things,
9    to manage, you know, the product, the technical aspects
10   of the product, particularly when it's involved -- it
11   involved testing with -- within itself.  And so you
12   know, I don't have a window in his mind why, you know,
13   he -- he stated that.
14      Q    Did Mr. Bobo ever come to you while you were
15   the general manager of PEX products and say, "The test
16   results that we're getting show that we need to
17   reformulate the PEXc tubing?"
18      A    I don't recall specific -- anything specific
19   like that.  You know, we -- we would have meetings where
20   we'd talk about these matters and then, you know, make,
21   you know, decisions as a group on the way to proceed
22   based on the recommendation of our technical team.
23      Q    Did anyone on the technical team ever tell you
24   that the test results were indicating that the product
25   needed to be reformulated?

1       A    Well, I think that we -- you know, we -- we
2    made a decision to reformulate, and David Bobo or some
3    people in the technical area may have had some concerns
4    about testing and testing protocol.  But, you know, the
5    -- there's a difference between, you know -- there's a
6    difference between having a material that can -- can be
7    tested and -- and any, you know, quality concerns that
8    you may have about a product.
9       Q    Okay.  Can you explain that a little bit?  I'm
10   not sure.  You said that --
11      A    Well, I'm -- you know, I'm probably getting
12   too far into this than I should, but there -- within our
13   industry there's been a lot of controversy about the --
14   the validity of all this testing.  So when you -- and so
15   some of the discussions here within our company, you
16   know, also involved concerns for our entire industry
17   about, you know, the test that was being done, and does
18   it truly evaluate how good a product is or not.  I'm not
19   the technical guy, so I don't know all the specifics of
20   it, but I know that at this time, you know, everyone in
21   our industry had concerns about the testing protocols.
22      Q    Do you know at this time, say in 2010, who was
23   performing the testing for third-party certification for
24   NIBCO, for the PEXc tubing?
25      A    In 2010, no, I -- I don't recall.

1       Q    Okay.  At any point in time do you know who
2    was performing that testing for NIBCO?
3       A    Well, we've -- we've -- I mean, we've had
4    testing done by a number of different sources.  NSF,
5    IAPMO, Jana Labs, they all did testing for us, yes.
6       Q    Okay.  Let's start with Jana Labs.  Is Jana
7    Labs a well-regarded testing laboratory?
8       MR. KUHLMAN: Object to form.
9       A    Well, I don't -- what do you mean by
10   "well-regarded"?
11      Q    Are the results of its testing considered
12   valid within the industry?
13      A    I think -- I think that they're a laboratory.
14   I mean, they're certified.  They're probably the largest
15   plastic tubing laboratory in the world.  So you know,
16   many people use them.
17      Q    Do you have any reason to doubt the veracity
18   of Jana's testing on NIBCO's products?
19      A    I have no basis for doubting the accuracy of
20   their testing.
21      Q    Has NIBCO ever sold PEXc tubing that failed to
22   pass the chlorine-resistance test?
23      A    Not to my knowledge.
24      Q    Would NIBCO ever do that?
25      A    No.  Well, I mean, if it's been passed by NSF,



---

Page 54

1   I mean, NSF makes the decision whether, you know, they
2   have the listing or not.  I mean, you can even -- and I
3   believe at one point we even had listing with NSF and
4   IAPMO, so -- but NIBCO wouldn't sell anything that we
5   felt, you know, did not -- wasn't capable of meeting a
6   standard.
7       Q   If NIBCO PEXc tubing was certified by a third-
8   party listing agency, but that same tubing had failed a
9   chlorine-resistance test, would NIBCO sell that tubing?
10      MR. KUHLMAN:  Object to form.
11      A   I -- I don't know.  The -- you know, typically
12  you have testing done and then share that testing with
13  the listing agency and then they make those decisions.  I
14  mean, our industry's very regulated.  We aren't making
15  those decisions.  The listing agencies are making those
16  decisions based on the test data.  So it's entirely
17  possible for them to look at a test and say, "Well" --
18  you know, and take that -- that data and make a decision
19  on whether it meets the standards for that product.  But
20  that's typically their responsibility to do that, you
21  know, otherwise companies could do anything they wanted.
22      Q   Okay.  So let me ask you this hypothetical.
23  You're the general manager for PEX.  And a salesperson
24  comes to you and says, "All right, Randy, we got this
25  order, a big order from a big customer for our 1006 PEX

Page 55

1   tubing?"
2       A   Uh-huh.
3       Q   "And it's been certified by NSF.  We've got it
4   stamped on the print stream."  But also tell you that
5   this tubing did not pass the chlorine-resistance test
6   when tested, even though it's been certified.  Do you
7   sell that tubing to the customer?
8       MR. KUHLMAN:  Object to form.
9       A   Well, I don't think -- I mean, a situation
10  like that is never going to occur because, you know, NSF
11  takes the test results, and they make the decision
12  whether you meet the standard or not.
13      Q   What if the -- what if that tubing had been
14  granted a -- granted certification based on a
15  provisional standard that was no longer operating at
16  that point?  Would that change your answer to that
17  question?
18      MR. KUHLMAN:  Object to form.
19      A   I don't know.  I don't know exactly what --
20  what you mean by that.
21      Q   Are you familiar with what a provisional
22  listing with respect to third-party certification
23  agencies?
24      A   Yeah, yeah, yeah.
25      Q   What's a provisional listing?

Page 56

1       A   It's -- well, I'm not exactly sure, but I
2   think it's, like, a temporary listing for your product.
3       Q   Okay.  It's, I guess, set to last for a
4   certain amount of time that would be shorter than your
5   normal certification?
6       A   No.  Again, that was -- this is not my area of
7   expertise, so you know, I don't -- I don't know exactly
8   what it is.
9       Q   So maybe I'm boiling this down too much, but
10  as general manager of PEX, your job was essentially to
11  sell PEX products, right?
12      A   Yeah.  I mean, to sell it, you know, manage
13  the -- the operation.  But when it came to the standards
14  and the certifications, you know, it's very complicated
15  as you can see from going through all the e-mails you've
16  probably read and, you know, we had technical teams that
17  dealt with these issues as far as the listings.
18      Q   But you had -- so in that role, if you had
19  gone to Steve Malm and said, "I've doubled our revenue
20  for PEXc tubing sales last year," he'd probably be happy
21  with that, correct?
22      MR. KUHLMAN:  Object to form.
23      A   Yeah, I would be, too.
24      Q   And I'm sure you'd be happy as well?
25      A   Yes.

Page 57

1       Q   But is it fair to say that in order to sell
2   that PEXc tubing, it needs to be certified by a third-
3   party agency, or is that not fair?
4       A   It's -- listing are important, yes.
5       Q   If the tubing was not certified by any agency
6   to the applicable ASTM standards, would you be able to
7   sell that tubing, practically speaking?
8       A   Well, you -- you want to be listed by an
9   agency and, you know, these are decisions that, you
10  know, companies make and, you know, who you want to use.
11  There's some latitude among manufacturers on, you know,
12  who you want to use.  Some will have multiple listing,
13  Canadian listings, US listing.  You know, it just --
14  just depends.
15      Q   If NIBCO's PEXc tubing had no certification at
16  all, do you know any NIBCO customers, who if you went to
17  them and said, "Our tubing is not certified by any third
18  party in any country," would they purchase that tubing
19  from you?
20      A   Well, I -- I don't know.  You know, typically
21  an inspector at a house will look at the tubing, and I
22  don't know how closely they look at it.  I mean, what
23  you're suggesting is a pretty big hypothetical
24  situation.  So I don't -- I don't know what the impact
25  would be if you tried to sell tubing without a listing.



Page 58

1    Q   NIBCO  has never tried to do that, correct?
2    A   No.
3    Q   Do you believe that deciding not to certify
4  the tubing would negatively impact sales?
5    A   Yeah, probably, yes.
6    Q   So at least to a certain extent, having third-
7  party certification is going to at least improve sales
8  compared to not having the certification, correct?
9    A   I think it's more just a ticket for entry, you
10  know, to -- to the game, I mean...
11   Q   You kind of have to have it?
12   A   Yeah.  You have to have a third-party
13  certification from someone.  Doesn't have to necessarily
14  be NSF, but someone.
15   Q   So as the general manager of PEX, you were --
16  aside from trying to sell a good product, you were
17  trying to sell as much of the product as possible?
18   A   Yes.
19   Q   And part of what's necessary to do that is
20  having certification by some entity somewhere.  But yet,
21  it sounds like what you're saying is in terms of all of
22  the details of that certification, you just left that in
23  the hands of the technical people?
24       MR. KUHLMAN:  Object to form.
25   A   You know, I was aware of what was going on at

Page 59

1  -- at a higher level, but I didn't get involved in all
2  the details of it and where we were at with a particular
3  test or discussions our people may or may not have with,
4  you know, listing agencies.  I mean, that was their
5  responsibility.  You know, typically you don't get
6  nontechnical people involved with technical people in
7  these kind of things.  They speak a different language.
8    Q   And, again, none of the technical people that
9  worked for you at NIBCO came to you and said, "The
10  tubing that we're selling failed chlorine-resistance
11  tests"; is that right?
12   A   I -- I don't recall anyone specifically coming
13  to me and saying we failed the test, yes.
14   Q   Okay.  We'll mark this document Exhibit 2.
15  I'll ask you some questions about it.  This will be a
16  little bit more of a reading test than the last one.
17   A   Okay.
18       (EXHIBIT 2 MARKED FOR IDENTIFICATION)
19   A   Thank you.  Okay.
20   Q   Have you had a chance to review this document
21  that we've marked as Exhibit 2?
22   A   Yes.
23   Q   Have you seen this document before?
24   A   Yes.
25   Q   Okay.  And the date, at least on the document

Page 60

1  we have here, is January 28, 2009.  Do you believe it
2  would have been around that time that you would have
3  first seen this document?
4    A   Yes.
5    Q   Okay.  And did you review the document at the
6  time you received it?
7    A   Yes.
8    Q   If you turn to page 3 of the document -- well,
9  first of all, before we get into that, this is a
10  document titled PEX Pipe Development Strategy with Jana
11  Laboratories that was written by David Bobo; is that
12  accurate?
13   A   Yes.
14   Q   All right.  So then on page 3 there, in the
15  second full paragraph that begins, "At the time of
16  purchase," Mr. Bobo writes, "The original product
17  listings granted to CPI by NSF noted that certain
18  colors, red and orange do not meet the minimum criteria
19  50-year extrapolated line for chlorine resistant and
20  that the additional colors do not have a large margin of
21  safety when compared to the minimum requirements.
22  Subsequent testing has shown that the variation within
23  the product is such that our continued listing third-
24  party certification and our ability to sell product in
25  the marketplace is in jeopardy"; do you see that

Page 61

1  language?
2    A   Yes.
3        MR. KUHLMAN:  Object to form.
4    Q   Does this change your previous answer at all
5  with respect to the reasons for the reformulation
6  project?
7    A   Well, I -- I think that from a sales and
8  marketing -- what David Bobo is discussing here is the
9  ability to pass, you know, certain chlorine-resistance
10  tests, and I think that certainly addressing that was --
11  was part of the decision.  From a sales and marketing
12  standpoint, though, you know, the change really was
13  driven by some market forces that we were -- that we
14  were seeing.  We entrusted our technical team to, you
15  know, maintain the listing.  So that, you know,
16  obviously, was, you know, a big -- a concern of theirs,
17  and it was part of the decision.
18   Q   At the time that you saw this document in
19  early 2009, did the fact that certain products that
20  NIBCO was selling did not meet the minimum criteria for
21  chlorine resistance concern you?
22       MR. KUHLMAN:  Object to form.
23   A   I had no concerns about the quality of the
24  products that we were selling.  The -- you know, like I
25  said before, there's been a lot of controversy in our



MAGNA
LEGAL SERVICES

Page 62

1   industry over the validity of the testing that's being
2   done, and it's such that even if the product is too
3   good, it can fail tests, because it's based on a linear
4   relationship. So I -- at this time, doing the things
5   that we needed to do to maintain a listing were
6   completely separate from the quality of the product that
7   we were selling.
8       Q   What makes you believe that a product is a
9   quality product even if it fails testing for third-party
10  certification?
11          MR. KUHLMAN: Object to form.
12      A   We sell -- at the time, we were selling
13  anywhere from 50 to 75 million feet a year. Over a ten-
14  year period, that's, you know, millions of feet, and we
15  had very few issues in the field. In the field, the
16  issues that we investigated were not because of the
17  failure of the tubing itself. So I had high confidence
18  in the quality of -- of the product in spite of the fact
19  that there may have been some issues, you know, with the
20  chlorine test and NSF.
21      Q   Why do ASTM standards exist?
22      A   Well, this is not my area of expertise, but
23  ASTM standards typically are put together by an industry
24  on a product so that there's some standardization.
25      Q   Standardization in terms of what?

Page 63

1       A   Of -- of -- of the properties of the product.
2       Q   Okay. And you also said the pipe industry is
3   a heavily-regulated industry?
4       A   Yes. Yeah, they regularly came to our plant
5   without notice and took samples and took them back to
6   the lab and tested them, and we never failed a single
7   test. So there, again, that's another reason why I
8   didn't get too concerned about, you know, these issues
9   in this memo.
10      Q   Do you know whether a third-party entity ever
11  conducted testing on red pipe that NIBCO was
12  manufacturing?
13      A   Well, I don't know. In this report, I think
14  it said that some testing had been done on red pipe, so
15  I guess some testing had been done.
16      Q   Okay. The testing referenced in this report
17  showed that the red pipe had failed the test, correct?
18          MR. KUHLMAN: Object to form.
19      A   Yeah, but I think -- I think it -- I mean, it
20  didn't impact the listing, though. NSF had made -- I
21  don't know the exact reason, but NSF had gone ahead and
22  approved it.
23      Q   Okay. So yeah, on that point, would you turn
24  to page 7 of the document? And sort of towards the
25  bottom it says, "Section 3.5 CPI and NIBCO History of

Page 64

1   Certifications"?
2       A   Uh-huh.
3       Q   And in the sentence that begins on this page,
4   goes onto the next page, "The reports from these tests
5   show that failing to marginally acceptable (depending
6   upon resin and color) results were obtained by CPI with
7   both the current resin from Total as well as sample
8   resins from Equistar. NIBCO is currently producing and
9   selling PEX pipe with the following test results and
10  listings as transferred from CPI." And then there this
11  sort of chart and the chart indicates that the red and
12  orange had a result of fail for the chlorine resistant
13  test; is that what the document says?
14          MR. KUHLMAN: Object to form.
15      A   Yes, but it also has an asterisk that says,
16  "It is theorized that although unacceptable results were
17  obtained for the red and orange colors, the dependent
18  listing was granted due to the relative newness of the
19  standard."
20      Q   Okay. And those dependent listings were
21  granted to CPI in 2005; is that correct?
22      A   I don't know when they were granted.
23      Q   Okay. If we turn quickly just to page 9, the
24  next page in the document. There's a table here labeled
25  "Chlorine Resistance Testing Timeline"; do you see that?

Page 65

1       A   Yes.
2       Q   And if you look in the -- at the left there's
3   a colored column that has years in it and there's a
4   section for the year 2005. Towards the bottom of that
5   section there's a red arrow pointing to the date 11-05;
6   do you see that?
7       A   Yes.
8       Q   Okay. And then that appears to be a PEXc
9   product manufactured with the Total resin, and it has
10  failures listed for the red and the orange pipe; do you
11  see that?
12      A   Yes.
13      Q   Okay. So based on that information, does that
14  lead you to believe that the dependent listing was
15  provided for the red and orange pipe sometime around
16  2005?
17      A   This is what the report says.
18      Q   So the dependent listing was granted at the
19  time due to the relevant -- relative newness of the
20  standard.
21          MR. KUHLMAN: Object to form.
22      Q   But at the time this report was drafted, it
23  was about three, maybe four years -- about three years
24  later, correct?
25          MR. KUHLMAN: Object to form.



Page 66

1    A   This is what the report says.
2    Q   The standard really wasn't really new at the
3    time this report was drafted, correct?
4    A   You know, I -- I don't -- again, you know, our
5    technical people handled these -- these matters with
6    listings, so I am not familiar with all these details
7    that you're asking me about the newness of a standard or
8    how long it's still new or not or how long you have it.
9    So you know, I'm sorry, I can't answer some of these
10   questions you're asking me.
11   Q   But I guess the bottom line in what you're
12   saying is the fact that the red and orange pipe that
13   failed the chlorine-resistance test wasn't particularly
14   significant to you as the general manager of the PEX
15   products?
16        MR. KUHLMAN:  Object to form.
17   A   It was -- it was a concern in terms of third-
18   party listings, but it had no impact on whether I felt
19   the product met quality standards or not, that it was --
20   it had no impact on how I felt about the quality of what
21   we were selling in the field.
22   Q   I believe you mentioned before that, at least
23   in your view, there's some controversy in the industry
24   about the validity of the chlorine-resistant testing?
25   A   Yes.

Page 67

1    Q   We talked about it a little bit.  Can you
2    describe a little bit more why the validity has been
3    called into question, let's say?
4    A   Well, I'm -- you know, I'm not an expert on
5    this, but I know that there have been cases in the past
6    where product that actually performed too well failed
7    the test because of the way the test protocol's been
8    written, and it's based on kind of a regression curve,
9    and if a data point that is too low or a data point that
10   is too high can both be bad.  And so it made no sense to
11   us that if you test a product that actually does much
12   better than it is expected, that it wouldn't pass the
13   test.  So you know, people like our technical people
14   understand this a lot more than I do.  I have only a
15   layman's understanding of this.  But in talking to our
16   technical people and people within our industry, there's
17   been a lot of controversy about the testing protocols
18   and whether they're really measuring what we're trying
19   to measure.
20   Q   Okay.  And I certainly don't claim --
21   A   Just from a --
22   Q   -- to be an expert --
23   A   Just from my general standpoint.
24   Q   -- in that either.  And that's why I'm just
25   trying to understand.

Page 68

1    A   Yeah.
2    Q   And so another question on page 8 of the
3    document.  In the paragraph that begins, "An independent
4    listing versus a dependent listing"; do you see that
5    paragraph?
6    A   Yes.
7    Q   So at the end of that paragraph Mr. Bobo
8    writes, "A recent change has occurred in the standards
9    governing dependent listings so that additional data
10   points test samples must be included.  This change is
11   expected to further restrict the ability to gain
12   independent listing."  Is that kind of what you're
13   talking about with respect to those data points that
14   need to be considered?
15   A   I have no way of knowing if that's what he's
16   referring to here.
17   Q   Okay.  If we go to page 12 in the same
18   document there's a section 4.2.1 entitled "Maintain the
19   product listing"; do you see that section?
20   A   Yes.
21   Q   And in this section Mr. Bobo says that, "The
22   primary approach to maintaining the current product
23   listing would need to attempt to transfer the existing
24   product listing with NSF to an additional listing agency
25   (i.e., IAMPO).  The goal is to list without performing

Page 69

1    any additional testing."  Why would your goal not want
2    to -- not wanting to have performed any additional
3    testing at that point?
4    A   I'd say expenses, you know, to -- sometimes
5    listing agencies will -- sometimes they want their own
6    lab to do the testing, but sometimes they'll accept data
7    from -- from other sources.  So it's just -- my
8    understanding is that it's just a way for reducing cost
9    if you have to go through a bunch of tests again.
10   Q   Okay.
11   A   If a listing is who would accept data from a
12   particular lab.
13   Q   Was there any concern that the product
14   wouldn't pass the testing?
15        MR. KUHLMAN:  Object to form.
16   A   I just -- again, you know, David was the
17   technical guy.  It's not uncommon for us to have
18   multiple listings, and this isn't -- there's nothing
19   unusual with -- with doing something like this.
20   Q   At the time, did you have any concern that if
21   the product was retested it would fail the chlorine-
22   resistance testing?
23   A   Other than just reading the report, and I
24   mean, obviously, if being in the report there's concerns
25   about some variability, you know, during -- during



Page 70

1 testing that, as Mr. Bobo stated, might jeopardize the
2 listing.  But that was, you know, my only concern.
3     Q    And if you didn't have a listing for the
4 product -- a listing for the product, that would hurt
5 sales, right?
6     A    It may or may not.  I mean, it's kind of
7 uncharted territory.  You know, we always sell products
8 that do have-third party independent listings.  I'm sure
9 there are -- NIBCO's never done it, but I'm sure there's
10 some people that have sold products without listings,
11 and then what happened is if a home inspector looks at
12 the tubing and doesn't see a mark on it, you know, they
13 could rip it out and take it out.  But I mean, what
14 you're -- typically you want to tell what listing.  When
15 it's IABMO or NSF or CSA, you know, it's -- and there's
16 others beyond that that you can get as well.  It just --
17 it depends on what markets you want to penetrate and who
18 -- you know, there are people that specify certain
19 products with certain listings, so you know, it behooves
20 you to have, you know, one or more listings so that you
21 don't limit your commercial opportunities.
22     Q    Okay.  And you touched a little bit on this
23 right now, but I wanted to ask: How did NIBCO determine
24 which third-party entity it will seek certification
25 from?

Page 71

1     A    Well, I -- I wasn't involved in those
2 decisions.  But we've -- you know, we've had
3 relationships with most, if not all, of the third-party
4 listing agencies.  But that is part of the engineering
5 department's decision.  I'm not involved in those
6 decisions or was not involved in those decisions.
7     Q    Okay.  So you just want them to tell you that
8 the product is listed with someone, and that's --
9     A    Correct.
10     Q    -- okay?
11     A    Yes.
12     Q    And, again, if that listing is based on a
13 provisional listing that was no longer in effect at the
14 time, that's okay, too, right?
15         MR. KUHLMAN:  Object to form.
16     A    Well, again, the technical people and the
17 third-party listing people, I don't understand all the
18 intricacies of it, but as general manager, you know, I
19 wanted to have listings, and I, you know, entrusted our
20 insuring people to, you know, ensure that that occurred.
21     Q    Do you think in retrospect you should have
22 been more involved in certification issues as general
23 manager?
24     A    No.  I think, you know, I knew what was going
25 on, and I supported what we were doing and, no, I

Page 72

1 thought it was fine.  We had people -- we had people at
2 NIBCO that have been doing this for 20, 30 years, and so
3 they, you know, they understand the testing.  They have
4 engineering backgrounds and, you know, that's -- that's
5 their job.
6     Q    And, again, none of these technical people --
7 well, let me ask again.  Did any of the technical people
8 come to you and say, "The red and orange pipe failed the
9 chlorine tests?"
10         MR. KUHLMAN:  Object to form.
11     A    I don't remember a specific discussion about
12 that.  I'm sure that we had meetings, or we talked
13 about, you know, David's recommendation.  We talked
14 about, you know, listings in general.
15     Q    So earlier, we discussed the cross-linking
16 method for PEXc pipe?
17     A    Yes.
18     Q    And that involves, again, I'm not a technical
19 person, essentially using electrons to strengthen the
20 molecular bonds; is that --
21     A    Yes.
22     Q    -- fair?  What entity performed cross-linking
23 for NIBCO in 2006, let's say?
24     A    There's a company called E-BEAM Services
25 located in Lebanon, Ohio.

Page 73

1     Q    It was actually in the same facility,
2 essentially, as the manufacturing facility, right, or
3 right next door?
4     A    Yes.  When we acquired the assets of the
5 company, we leased space from E-BEAM Services, and then
6 later we acquired a building across the street and moved
7 the extrusion equipment there and continued to use them
8 as the E-BEAM supplier.
9     Q    Okay.  So it was part of the decision then to
10 make and sell PEXc tubing as compared to PEXb or PEXa,
11 the fact that E-BEAM Services was readily available?
12     A    Well, it's a part of it.  I mean, that was --
13 that is what we, you know, had been selling, and we had
14 a relationship with them and they did a great job and,
15 you know, we wanted to continue that.
16     Q    As of the last date that you were employed by
17 NIBCO, was NIBCO still using E-BEAM Services to
18 crosslink the PEXc tubing?
19     A    I believe so, yes.
20     Q    Do you recall during your time as general
21 manager for PEX products having any concerns about the
22 quality of cross-linking that E-BEAM was performing on
23 the PEXc tubing?
24         MR. KUHLMAN:  Object to form.
25     A    No.



Page 74

1    Q    No, it was you don't recall?
2    A    I had no -- no, I had no concerns about the
3  quality of the work they did.
4    Q    Okay.  Let me ask, turning back to this
5  document here, Exhibit 2?
6    A    Uh-huh.
7    Q    On page 13.  There's a section 4.2.3 entitled
8  "Improvement of the current E-BEAM process."
9    A    Yes.
10   Q    And, again, Mr. Bobo writes, "NIBCO's
11 understanding of the process and impacted variables
12 associated with E-BEAM Services has been identified as
13 lacking and is recognized as a major potential source of
14 product variation both along the pipe axis and pipe
15 circumference."  At the time that this document was
16 created, or at least the time that you reviewed it, do
17 you remember there being variation along the pipe axis
18 and pipe circumference of the PEXc tubing?
19       MR. KUHLMAN:  Object to form.
20   A    No.  You have to understand, we had acquired
21 the assets of CPI in 2006, and we would extrude the
22 tubing and then send it to E-BEAM Services.  They would
23 E-BEAM it.  It would come back to us, and we'd sell it.
24 What he's talking about here is we -- what was lacking
25 was our understanding, and so a large part of this

Page 75

1  project was to dig in a little bit deeper into the E-
2  BEAM process so that we could understand it.  And -- and
3  we did not know at the time if any variability was
4  occurring, but we thought we might -- we probably ought
5  to check it out to see if there was any variability in
6  the process.  And my understanding was at the end of
7  this study, we determined that there was very little
8  variation in their process.
9    Q    Okay.  So to your understanding, when he's
10 referring to product variation along with pipe axis and
11 pipe circumference, he's wondering whether that's --
12   A    He --
13   Q    -- occurring --
14   A    He --
15   Q    -- rather than stating that it is occurring?
16   A    He says it's a potential source of product
17 variation.  He didn't say it was a source of product
18 variation, but it was something that we needed to have a
19 better understanding of to see if -- if it was
20 contributing to any variation in the product.
21   Q    And just to finish up with this document, will
22 you turn to page 14?  The last page in the document.  And
23 on this page there's a section 5, "Recommendation," and
24 there's some bullet points.  Do you see those bullet
25 points?

Page 76

1    A    Yes.
2    Q    And so Mr. Bobo writes, "By undertaking this
3  program, NIBCO will be in a position to," among other
4  things, "provide a PEX pipe product that is always in
5  compliance with current standards."  As the general
6  manager for PEX products, was it important to you that
7  the PEX products you were selling were always in
8  compliance with the current standards?
9       MR. KUHLMAN:  Object to form.
10   A    Yes.
11   Q    Has NIBCO ever switched from one third-party
12 certification entity to another because it lost its
13 listing for a PEX product?
14   A    I don't know.  I -- I don't know.
15   Q    Is that something you would have been made
16 aware of as general manager if it occurred?
17   A    Well, I mean, what you're saying is you have a
18 listing with one, and you lose it, and then you don't
19 have anything, and then you switch to another one.  I
20 don't recall any situation like that.  We may have had
21 multiple listings, but I don't recall losing a listing
22 and then -- it's such a long process.  I mean, it -- it
23 takes a year or more to get a listing so you would never
24 do anything like that.  It's a situation I doubt would
25 ever come up.

Page 77

1    Q    Did NIBCO ever make that switch from one
2  third-party certification entity to another because it
3  was concerned that it might lose the listing?
4    A    Well, I don't know.  I mean, in this report,
5  obviously, one of the recommendations was to have a
6  listing with -- a dual listing with IAPMO, and it's not
7  uncommon to have multiple listings for products.  Indeed,
8  I think that, at one time, CPI Pipe had listings from, I
9  think, up to four different agencies, IAPMO and CSA, and
10 I said, hey, so, you know, it's not uncommon in our
11 industry to have multiple listings.  It doesn't
12 necessarily mean that you're concerned about losing
13 something.  But it's done for a number of different
14 reasons.
15   Q    Yeah.  And I understand that there may be
16 different reasons for certification, and you might be
17 listed with multiple agencies at the same time.
18   A    Uh-huh.
19   Q    But specifically, did NIBCO ever switch from
20 one third-party certifier to another because it was
21 concerned that it was going to lose that original
22 listing?
23   A    Well, I don't know.  I think that -- I think
24 that sometimes you add additional listings to spread out
25 some -- some risk that you might have with that.

MAGNA
LEGAL SERVICES

Page 78

1    Q   Do you have recollection of a specific time
2  when NIBCO added an additional listing based on concern
3  of losing one of the then current listings for a PEX
4  product?
5    A   No.  All I've -- I don't know.  In reading the
6  report, I saw where David had recommended getting a
7  listing from IAPMO.  I can't -- I'm sorry.  I can't
8  remember if we actually did that or not.  I know that
9  one time we had some discussions about that, but I'm not
10 sure that we did that or not.
11   Q   In those discussions about the switch to
12 IAPMO?
13   A   Uh-huh.
14   Q   Was any part of those discussions we might
15 lose our NSF listing, we should have a backup?
16   A   Well, you know, I -- I think if you read the
17 report, David Bobo is kind of recommending that we get
18 an additional listing, and -- and I think in this case
19 he is talking about, like, an insurance policy.  But
20 it's not uncommon, you know, to do this in our industry.
21   Q   And saying -- I know you said throughout he's
22 making certain recommendations in the document, but
23 setting that aside, separate from the document, did you
24 have any discussions with Mr. Bobo or anyone at NIBCO
25 that adding IAPMO listing was a good idea because we

Page 79

1  might lose the NSF listing?
2    A   I do remember a meeting where we were talking
3  about his recommendation, and we did discuss his
4  recommendation.
5    Q   What was discussed at that meeting?
6    A   I don't remember.  I just remember that we
7  talked about it, but I can't remember what decisions
8  were made.
9    Q   During your time at NIBCO -- well, what direct
10 involvement have you had with personnel at Jana Labs?
11   A   Well, I know -- I know some of the people
12 there and just really just meet -- seeing them at
13 industry associations, like the Plastic Pipe Institute,
14 they would be at meetings.  And you know, I had
15 interactions with them, with the reformulation project
16 that Jana was involved with this, you know, I would be
17 involved in meetings, you know, when Jana gave us
18 reports on their progress.
19   Q   Okay.  Who do you recall, you know, having
20 interactions with at Jana?  Do you remember the names of
21 any of the individuals?
22   A   No.  Right now I don't recall the names of the
23 folks.
24   Q   Do you remember somebody by the name of Alicia
25 Valentine?

Page 80

1    A   Oh, yeah, yeah.
2    Q   Did you work with Alicia at all?
3    A   I don't know if she was involved in this
4  project that much.  I think there was another fellow who
5  was more involved, as I recall.
6    Q   You just don't remember his name?
7    A   No.
8    Q   Are you aware that in 2009, Alicia Valentine
9  was recommending to NIBCO that they -- that NIBCO hide
10 red pipe from NSF auditors if they came to the
11 manufacturing facility?
12   A   No.
13   Q   Have you become aware of that since 2009?
14   A   No.
15   Q   Is this the first you're hearing about it?
16   A   Yes.
17   Q   If she was making that recommendation to NIBCO
18 at the time, is that something you should have been
19 aware of as general manager of PEX products?
20      MR. KUHLMAN:  Object to form.
21   A   Can you -- something I should be aware of?  I
22 don't know.  It's not something we would do.  I know
23 that, so -- and I don't think anyone under me was aware
24 of that or -- or would ever do anything.  We just
25 wouldn't do that.

Page 81

1    Q   Are you aware that Ms. Valentine provided a
2  memo to David Bobo and to Ken McCoy in 2009 recommending
3  that NIBCO hide red pipe from NSF auditors?
4    A   No, I did not know that.
5    Q   Mr. Bobo never brought that topic up with you?
6    A   No.
7    Q   And Mr. McCoy didn't either?
8    A   No, I think I would have remembered that.
9    Q   Do you know what, if any, response anyone at
10 NIBCO gave to Ms. Valentine about that recommendation?
11   A   No, I do not.
12   Q   What would you have done?
13   A   I would have said, "We're not hiding pipe."
14   Q   Okay.  But you're not aware of anyone else at
15 NIBCO that actually said that to her?
16   A   No, I don't recall.
17   Q   And you said Jana personnel were also involved
18 in the reformulation project --
19   A   Yes.
20   Q   -- that you worked with on some of the
21 project.  What was your involvement with Jana on the
22 reformulation project?
23   A   Very little.  I mean, David Bobo was manager
24 from the NIBCO side, and so he -- he interacted mostly
25 with the Jana people.  I mean, periodically we'd have

MAGNA
LEGAL SERVICES

Page 82

1   updates by David, and then less frequently the Jana
2   people would come and give us an update. But that --
3   that was the extent of my contact.
4       Q   Okay. And during that same time period when
5   the reformulation was occurring, was there also a
6   project to maintain the listings for the 1006 pipe?
7       A   Yeah, yeah. I think that was part of it as
8   well.
9       Q   Did you have any involvement in that aspect of
10  the project?
11      A   No involvement in it, no, other than just
12  reports on how they were doing.
13      Q   Similar to the reformulation people?
14      A   Yes, yeah. And similar with the E-BEAM
15  project as well.
16      Q   When you were general manager for PEX, did you
17  have regular meetings with the staff that was reporting
18  to you?
19      A   Yes.
20      Q   How often did you have those meetings?
21      A   Well, the plant people, our production manager
22  and logistics people and the leadership team at the
23  plant, we'd meet three times a week. And then I would
24  also meet with -- we had a kind of a market team. We
25  actually call them business management teams that met

Page 83

1   once a month, and this was a cross-functional meeting
2   where there'd be, you know, people from manufacturing
3   and engineering and, you know, product managers, and
4   we'd just kind of review the state of the business and
5   review financials and, you know, the projects that we
6   were working on.
7       Q   Okay. So there's three times a week. Were
8   technical people involved in those meetings?
9       A   Well, our -- our quality manager Debbie Premus
10  attended those meetings, yes.
11      Q   Okay. Who else was in attendance at those
12  meetings?
13      A   Our -- our distribution manager, Donnie
14  Matchek, and manufacturing manager, and then we had a
15  secondary processing manager just who would cut the
16  tubing, who would attend that meeting, our HR manager,
17  and that's about it. We -- yeah, that -- that was the
18  core of the team.
19      Q   Okay. And Debbie Premus was the quality
20  control manager at that point, was that her title?
21      A   Yes.
22      Q   But she was really the only kind of what we
23  refer as a technical person who attended those meetings?
24      A   Yeah, yeah. Most of the engineering resources
25  were at our headquarters in Elkhart.

Page 84

1       Q   Okay. And then for the business management
2   team meetings that occurred about once a month, were
3   there technical people, aside from Debbie, in attendance
4   at those meetings?
5       A   Yeah, like, David Bobo would attend that, Earl
6   Sexton, Tom Coe.
7       Q   Okay. So even though, you know, you had said
8   before that for certain things, including certification,
9   you rely on technical people or engineers to do that?
10      A   Yes.
11      Q   There was at least regular opportunities for
12  you to meet with those people and to discuss any issues
13  that were going on, right?
14      A   Yes.
15      Q   So they if they had concerns about red and
16  orange pipe failing chlorine tests, they would have had
17  opportunities to bring that up to you during these
18  meetings, right?
19          MR. KUHLMAN: Object to form.
20      A   It was not -- I mean, the maintenance of the
21  listings was -- was, you know, in the, you know, inside
22  our engineering department. It wasn't something that
23  was a regular topic that we talked about, you know,
24  because they were entrusted with, you know, taking care
25  of those matters.

Page 85

1       Q   Okay. So when you're in a meeting, the
2   listings and third-party certification wasn't at the top
3   of the pile?
4       A   It wasn't even an agenda item, no. David,
5   during this process where we were doing these projects,
6   he might give a short update on how we were doing, but
7   that was the extent of that. We were -- we were
8   involved in other matters.
9       Q   When you left NIBCO, to your knowledge, what
10  portion of NIBCO's business was PEX products?
11      A   Well, at the time that I left, --
12      Q   Yes?
13      A   -- five percent.
14      Q   Five percent, okay. And had that number
15  changed over the years prior to that since you became
16  general manager?
17      A   A little. Probably not a lot.
18      Q   Okay. So let's say in, you know, 2008, do you
19  know about what percent it would have been?
20      A   Maybe four percent.
21      Q   Okay. So there was -- over the period of that
22  period of time, there was some modest growth, let's say?
23      A   Yes. We -- you know, when we acquired the
24  business the housing recession started, so -- and so
25  that impacted our sales. We were successful in taking

MAGNA ▶
LEGAL SERVICES

1  share from competitors.  So we did have some growth
2  during that time period, but it's a small enough piece
3  of the overall NIBCO business that, you know, even if we
4  were to grow by a lot, it wasn't going to change the
5  percent of total NIBCO business number.
6      Q   Okay.  Did that part of the business grow more
7  in the last, let's say, two to three years you were at
8  NIBCO?
9      A   Well, it -- during my tenure there, I think
10 that in most years we did show some sales growth.  There
11 may have been a couple of years where we took a step
12 back, but in most years, we were growing the business,
13 as I recall.
14     Q   When did NIBCO first start selling the 3308
15 pipe?
16     A   I believe that was in 2013.  I think it was in
17 the fall of 2013, I -- I think.
18     Q   Okay.  And around that time --
19     A   Yes.
20     Q   -- when NIBCO began selling the 3308 pipe, did
21 it continue to sell the 1006 pipe as well?
22     A   Yeah.  I think that we probably -- I mean, we
23 didn't -- I'm sure that we had some stock in our
24 inventory, and we sold that, yes.
25     Q   Okay.  Did you have a timeframe of about how

1  long that inventory was sold after the 3308 pipe?
2      A   I don't know.  I suppose after, you know,
3  three months or so probably had depleted the 1006, I
4  would think, you know.
5      Q   Do you have any knowledge as to whether 1006
6  pipe is still available for purchase through retail
7  channels?
8      A   I do not know.
9      Q   -- let's say over the first year
10 that the 3308 pipe was available in your market, how did
11 the sales of 3308 compare to the 1006 pipe?
12     A   I think it was -- you know, I think we just
13 made the conversion, and there was no dramatic change
14 one way or the other in our sales.
15     Q   Okay.  So did they -- were there any new
16 customers that were obtained specifically because you
17 had a new offering?
18     A   I -- you know, I think that the -- the change
19 to reformulate, like I said earlier, it was a defensive
20 marketplace issue.  It's something that -- that you
21 needed to have, and so it wasn't, you know, it wasn't
22 going to have a dramatic impact on our sales one way or
23 the other, at least -- at least initially.
24     Q   Did you believe that it eventually would have
25 an impact on sales?

1      A   Well, you know, I -- yeah.  I mean, it was our
2  hope that we continued to grow, yes.
3      Q   Did you believe that certain customers would
4  stop purchasing tubing from NIBCO if it didn't
5  reformulate?
6      A   No.  No.  Customers were, you know, still
7  buying from us, and there was probably a small subset
8  that, you know, wanted a higher recirculation value, but
9  it wasn't -- it wasn't going to cost us anything in the
10 short term.
11     Q   In that PEX pipe development strategy
12 document, Exhibit 2 that we were looking at earlier, did
13 Mr. Bobo mention as part of the reason for the
14 reformulation project that customers were asking for
15 better conformance for recirculation systems?
16     A   I think he did.
17     Q   Okay.  Can you point me to that?
18         MR. KUHLMAN:  Do you think it's faster if we
19 take a break?
20         MR. SHAMBERG:  Sure.  Yeah.  Let's go off the
21 record.
22         (OFF THE RECORD)
23         THE WITNESS:  Okay.  Well, I -- I didn't find
24 that exactly, but I think I was looking at the -- on
25 page 15, the second bullet point provided more

1  competitive product by achieving higher chlorine-
2  resistant standards and, you know, the achievement
3  of the, you know, the  recirculation is dependent
4  upon that.  So I probably reading something into
5  that.  But other than -- I think that's what -- I
6  mean, that's what we were all talking about, yes.
7  BY MR. SHAMBERG:
8      Q   In terms of making it a more --
9      A   Yes.
10     Q   -- competitive product, that's the language
11 you're referring to, right?
12     A   Correct.
13     Q   And also, according to the document, achieving
14 higher chlorine-resistance would ensure that NIBCO was
15 able to maintain third-party certifications as well,
16 right?
17         MR. KUHLMAN:  Object to form.
18     A   Well, it -- again, it depends because we've
19 already shown that there's a difference between passing
20 tests and the chlorine resistance of -- of the tubing,
21 you know, because of, you know, some of the controversy
22 in the data.
23     Q   So let me ask you about that.  You've
24 mentioned a few times that there's controversy in the
25 industry as to the validity of the data for the

Page 90

1   chlorine-resistant testing.
2       A   Uh-huh.
3       Q   Well, how has the industry voiced those
4   concerns?
5       A   Well, that -- that's a good question.  I --
6   you know, we belong to industry associations, the
7   foremost one when it comes to PEX is the Plastic Pipe
8   Institute, and there are technical committees that
9   discuss these issues.  And I mean, I -- I don't sit on
10  those committees, but I know that they talk about these
11  things all the time and, you know, they've all, you
12  know, brought up, you know, their concerns with -- with
13  testing protocols.  You know, even the -- anyway,
14  there's just a lot of arguing among technical people for
15  testing standards, yes.
16      Q   Who would be NIBCO's representative in that
17  discussion?
18      A   Well, you know, Mark Clark was part of our
19  standards and codes team, and he was involved in those
20  things and then, of course David Bobo is involved in
21  those things.
22      Q   And has this debate been memorialized in any
23  way?  In other words, so you mention the Plastic Pipe
24  Institute.  Are there, you know, records at those
25  meetings that contain the discussions?

Page 91

1       A   I don't -- I wouldn't -- I don't know.  I
2   don't know.  But, you know, these were discussions.  I
3   mean, we have discussions with Jana about it and others,
4   but I -- I know that they've taken place.
5       Q   Did you have any discussions personally with
6   Jana about the --
7       A   No.
8       Q   -- standards?
9       A   No, I didn't, no.
10      Q   Okay.  That would have been Mark Clark or
11  maybe David Bobo?
12      A   Correct.
13      Q   Are you aware of any papers that have been
14  published within the industry discussing the standards
15  and the --
16      A   I'm not aware -- I'm not aware of any.
17      Q   And before we go onto kind of a separate
18  topic, there were a couple of things that you testified
19  earlier that I just wanted to follow up on a little bit.
20  You had mentioned that it's not uncommon to maintain
21  listings with more than one certification agency for the
22  PEX products.  Does NIBCO also maintain multiple listing
23  for -- listings with certification in these for non-PEX
24  products?
25      A   Yes.

Page 92

1       Q   Okay.  What kinds of products?
2       A   Well, I know that, like, with the industrial
3   plastics products that we sold, we had multiple
4   listings.  We usually had a CSA and NSF listings.  I
5   think we always had at least two.  And I think that, I
6   know with plastic fittings, there's also multiple
7   listings as well, so it's not -- it's not uncommon.
8       Q   Okay.  And then when we talk about the reason
9   for reformulating the pipe, you testified that it was
10  largely market driven in terms of maintaining or
11  creating a competitive product in the industry.  How did
12  NIBCO make that determination that it needed to, you
13  know, improve the chlorine resistance in order to remain
14  competitive in the market?
15          MR. KUHLMAN:  Object to form.
16      A   Well, with any of our products, we conduct a
17  voice of the customer studies and we poll them on what,
18  you know, what they're looking for and what they need,
19  is this important to them.  Initially we -- a lot of
20  plumbers really weren't aware of the recirculation, you
21  know, ratings or standards.  But then as time went by,
22  there were more people putting recirculation systems in
23  their homes.  A lot is spurred by water conservation
24  efforts.  And so it was just something that we saw was
25  going to continue to grow, and so we wanted to have a

Page 93

1   product that could address those needs.
2       Q   Okay.  What -- you said part of it was polling
3   customers.  How was that done?
4       A   Just one-on-one interviews with plumbers.
5       Q   Okay.
6       A   Plumbing contractors.
7       Q   Would you conduct those interviews, those
8   discussions, personally?
9       A   Sure, yes.
10      Q   Were there ever any documents sent out to them
11  in terms of, you know, like, a written questionnaire or
12  anything?
13      A   No, we just interviewed them.
14      Q   About how many customers do you remember
15  asking about this particular chlorine-resistance issue?
16      A   Well, when we did the original study, there
17  weren't many people that were interested in it.  But I
18  think what it was -- it was more once -- once others in
19  the marketplace, competitors started promoting it, you
20  know, we -- we needed to address that, yeah.
21      Q   Was -- the studies that you conducted with the
22  customers, were the results of those studies
23  memorialized in writing?
24      A   Well, yeah, I -- I'm not -- yeah, I think that
25  we -- we talked about it.  I mean, that -- we -- yeah,

MAGNA◆
LEGAL SERVICES

Page 94

1   we did put together the -- you know, the feedback from
2   plumbers, yeah.
3       Q   Okay.  Did you put that together, or was
4   someone else assigned with that task of...
5       A   I can't remember.  I can't remember who did
6   it.
7       Q   Do you remember providing any of those
8   documents to your lawyers in this case -- NIBCO's
9   lawyers in this case?
10      A   No, it's not -- no.  I mean, I don't even know
11  if they exist anymore.
12      Q   Does NIBCO have a system in place for tracking
13  customer complaints for its files?
14      A   Yes.
15      Q   Well, what's that system?
16      A   It's called the PER process.  I think it
17  stands for product evaluation report.
18      Q   Product evaluation report, okay.  What's your
19  understanding of how that process works?
20      A   Well, if someone has an issue with one of our
21  products typically, they or one of our salespeople will
22  contact NIBCO.  We have an 800 number with a technical
23  support staff, and they will take down as much
24  information as they can about the problem, and then they
25  will issue a PER number that is basically a tracking

Page 95

1   number for that case, and then if there's a defective
2   fitting or piece of pipe or a valve or whatever, it is
3   sent back to NIBCO, and then we have a lab that will
4   evaluate the product and determine if it -- if it was a
5   manufacturing -- because of a manufacturing defect or
6   not.  If it's not a manufacturing defect, they try to
7   determine the root cause, you know, if they can.
8       Q   At the time you were general manager for PEX,
9   what involvement did you have in the PER process for PEX
10  products?
11      A   Well, I usually -- I -- I think in the
12  beginning we just had a department that -- that was
13  handling these -- these issues, and then I would get
14  reports with -- with how many and what the cause was.
15  And then I think -- I think probably the last few years
16  I was there, I -- I liked to actually see the reports,
17  and so I had someone sending those to me so I could take
18  a look at them.
19      Q   Okay.  So how is the results of the internal
20  investigation communicated to the customer who initiated
21  the complaint?
22      A   Well, a letter -- a letter is sent to -- to
23  the customer, and if it's -- you know, if it's a defect
24  in the product and, you know, it's covered by warranty
25  then our technical people arrange, you know,

Page 96

1   compensation or replacement of product, you know,
2   whatever is required in that instance.  If there's --
3   you know, if it's not -- if there's no manufacturing
4   defect involved then, you know, a report is sent
5   informing the end-user of that decision.
6       Q   Okay.  So the information is essentially
7   limited to whether or not there was a manufacturing
8   issue with the product?
9       A   That's the primary thing you're looking at,
10  you know, when it's come in, you want to make sure it
11  wasn't, you know, you didn't have a defective product.
12      Q   And at that time, is it to protect NIBCO from
13  potential liability, right?
14      A   Well, I mean yeah.  I mean they're -- usually
15  people keep things in, and sometimes they feel that the
16  product failed, or they may not know, and it just
17  depends.  It's on a case-by-case basis.  Everything is
18  kind of different.
19      Q   So these letters that you mentioned, are those
20  ERLs, referred to as ERLs, the letters that are sent to
21  the customer, or is that something else?
22      A   Oh, the ERL.  I'm not sure.
23      Q   First, I'm going to you on the integers for
24  the pipe.  Now, I'm going to you on what ERL stands for.
25      A   Yeah.

Page 97

1       Q   But you mentioned -- regardless of --
2       A   Yeah.
3       Q   -- what they're referred to, you mentioned
4   that you hadn't really been involved in it.  At some
5   point, maybe in the last three years, you started
6   wanting to review those letters that went out to the
7   customers?
8       A   Sure.
9       Q   Why did you make that change?
10      A   Oh, I just got more -- you know, more
11  interested in it and wanted to see them.  I -- I wanted
12  -- I wanted to make sure that the -- I just want -- I
13  just wanted to have more visibility to it and, you know,
14  and then the responses back from our technical staff, I
15  just kind of wanted to know what they were -- you know,
16  what they were saying, what their evaluation was.
17      Q   Was there a particular impetus that made you
18  more interested in those things at that time?
19      A   Well, I think that, you know, we had seen
20  some, you know, issues in the field, and I just wanted
21  to have more visibility to it so I could get more
22  understanding.
23      Q   What kind of issues are you -- did you see in
24  the field?
25      A   Well, what we saw was -- well, first of all,



Page 98

1  you know, PEX tubing has replaced, you know, copper in
2  most residential applications, and it's a great product,
3  but, you have to install it correctly.  And there are
4  pressure limits on the product that you have to adhere
5  to, and so you know, as long as you follow the
6  manufacturer's recommendations, you know, you're not
7  going to have any issues.  But we did see some -- some
8  cases in the field where the tubing had been mis-
9  installed or was exposed to high water pressures that
10  over time might lead to a failure.  And so I just wanted
11  to get closer to that and have a better understanding.
12     Q   Were you able to gain a better understanding
13  through being more involved in the process?
14     A   Yeah, I think so.  We -- you know, we got --
15  we got better at investigating, you know, complaints and
16  understanding.  The product -- again, understand PEX is
17  still a relatively new product, and I think that if you
18  look at other products in the plumbing industry, you'll
19  find this is a time period where it takes install --
20  plumbers, installers, you know, to learn, you know, the
21  proper -- proper methods and -- and things you need for
22  that product to, you know, to be successful.  So you
23  know, that -- that was the motivation for it.
24     Q   Aside from when NIBCO started selling PEXc
25  products.

Page 99

1     A   Uh-huh.
2     Q   When were PEXc products first available in the
3  United States market, tubing specifically?
4     A   I'm not sure, but I'm told that CPI might have
5  been one of the -- well, they were the only PEXc
6  manufacturer.  I -- I don't know exactly when they
7  started, but it was probably in the 1990s.
8     Q   Okay.  So maybe 20 years or so?
9     A   Now.
10     Q   As we sit here today, somewhere --
11     A   Yeah.
12     Q   -- around there.  During the time that you
13  were general manager for PEX products?
14     A   Uh-huh.
15     Q   For PERs that came in related to those PEX
16  products, and specifically PEX tubing for the purposes
17  of this question, what percentage of the time did NIBCO
18  make the determination that field failure was due to a
19  manufacturing defect?
20     A   Well, it was a very small number.  And if it
21  was a manufacturing defect, it was -- it may have been
22  caused by a die line where there may be a foreign object
23  that gets in the die when you're extruding the tubing
24  that causes a serration or stress point in the tubing,
25  but those were pretty rare.  And in almost all cases,

Page 100

1  the tubing had been exposed to high water pressure or
2  bent -- bent over our recommendation or sometimes gouged
3  by the installer either in storage or an installation.  A
4  lot of cases where -- you know, one thing that's
5  different between copper and PEX tubing is that PEX
6  expands and contracts, and if you don't allow for
7  expansion contraction, that can lead to a failure if
8  it's placed in a tight area and not allowed to expand
9  and contract -- this is all in our installation manual,
10  but, you know, some plumbers don't follow the
11  guidelines, and then problems can ensue.
12     Q   Okay.  So you mentioned a few things there.
13  Let's kind of parse it out.  Start with pressure.
14     A   Uh-huh.
15     Q   Something you said, that if the pressure's too
16  high, that can cause a failure in the pipe; is that
17  right?
18     A   Usually, pressure over time.
19     Q   Okay.  So in an instance when a customer sends
20  in a piece of tubing in relation to a PER, how does
21  NIBCO go about evaluating what the water pressure in
22  that application would have been at the time of failure?
23     A   Well, there's -- there are some
24  characteristics depending on the mode of the failure.
25  There -- there have been cases where we've had tubing

Page 101

1  where you can just tell that either a combination of the
2  water temperature and the pressure of the water had --
3  had caused a catastrophic failure.  If it's -- if it's a
4  small leak, you know, you really -- you can't tell what
5  the pressure, temperature was by looking at the sample.
6     Q   Okay.  And then you also mentioned the bending
7  and if the tubing had been bent beyond the --
8     A   Excessive bending --
9     Q   -- recommended bend radius.
10     A   Yes.
11     Q   That would cause a failure, too.  So in that
12  same situation when a customer had sent in a sample of
13  tubing in relation to a PER, how does NIBCO go about
14  determining what the bend radius for that sample would
15  have been at the time of failure?
16     A   Well, you know, sometimes we could tell by
17  looking at the sample, and there -- there have been some
18  cases where -- on some of these we send someone out to
19  the site to take a look and see what -- how the
20  installer has been installing the tubing.  So in most
21  cases we don't do an on-site inspection, but on some we
22  do, you know.
23     Q   Is that the best way to evaluate whether
24  improper installation contributed to the failure, to
25  actually see how the installation was performed?

MAGNA
LEGAL SERVICES

Page 102

1    A   Yeah, yeah.  Oh, I think it's the best way,
2  but sometimes by looking at the sample you can determine
3  what the root cause is.
4    Q   Other times you can't?
5    A   It depends on the length of the sample and if
6  someone sends you a small piece -- you know, there's a
7  lot of factors that go into determining, you know, what
8  happened.
9    Q   And what percentage of the time would you say
10  -- strike that.  For what percentage of PERs for PEX
11  tubing did NIBCO send a representative out to actually
12  view the installation?
13    A   I don't know how many.  I think it was
14  probably no more than maybe 15 times a year, something
15  like that.  Dozen to 15.
16    Q   In a situation that you described where
17  NIBCO's examination of the sample that's sent in is
18  inconclusive as to the cause of the failure, how does
19  NIBCO respond to the customer in that instance?
20    A   Well, I -- I think that in most case --
21  there's two things here.  We -- in most cases, the
22  failure of the tubing is like an oxidating failure, and
23  so we -- what we do is we -- when a sample comes in, we
24  evaluate what the level of cross-linking has been.  So
25  the first thing we want to make sure is that we've got

Page 103

1  good cross-linking.  We also want to check the
2  dimensions of the tubing to make sure, you know, there
3  wasn't a thin wall or anything like that.  So we usually
4  always know, in most cases, why it failed, but sometimes
5  you don't know what were the factors that contribute to
6  it.  All we can determine is that there was nothing --
7  that the tubing itself, you know, met the requirements
8  of the product, and then we would sometimes send a field
9  person or representative out to investigate it, you
10  know, if -- if the root cause wasn't, you know, readily
11  apparent.
12    Q   You mentioned NIBCO's able to determine
13  whether the pipe met the applicable requirements, at
14  least at the time it met the manufacturing facility?
15    A   Uh-huh.
16    Q   Would you consider -- if a PEXc product didn't
17  meet those requirements at the time that it left the
18  manufacturing facility, would you consider that to be a
19  product defect?
20    MR. KUHLMAN:  Object to form.
21    A   I don't understand the question.  Do you mean
22  when it left or what?
23    Q   Well, you were saying getting to the cause of
24  the failure, and you said if you can determine at the
25  time it left the facility it met the applicable

Page 104

1  requirements, and therefore, the cause of the failure
2  must have been something other than the pipe, the way it
3  was manufactured, right?
4    A   Uh-huh.
5    Q   So if the investigation into a sample revealed
6  that the pipe did not meet a particular requirement, an
7  ASTM standard, at the time that it left the facility,
8  would you consider that to be a product defect?
9    MR. KUHLMAN:  Object to form.
10    A   Well, that's kind of a hypothetical situation.
11  The -- I mean, I -- first, we -- we don't typically ship
12  products that, you know, we don't think, you know, are
13  ready to be sold.
14    Q   What if the product that was sold had failed
15  the F 2023 chlorine testing, would that be a product
16  defect?
17    MR. KUHLMAN:  Object to form.
18    A   No.  No.  All the products we sold had
19  listings and met -- met the requirements.  A failure of
20  a test, when you're evaluating different materials and
21  reformulations and things like that, doesn't mean your
22  product is bad.  It just means that it's in the process
23  of getting that listing, you know, there -- you know,
24  there may have been an issue with the test, but a test,
25  in the process against a standard doesn't mean what

Page 105

1  you're shipping is bad.
2    Q   As long as you got the certification on there,
3  it's okay?
4    A   Yeah.  Well, you -- you want to meet the
5  standards, and that's typically what we -- what we do.
6    Q   And you also mentioned there's a test that can
7  be performed to determine the degree of cross-linking?
8    A   Uh-huh.
9    Q   Has NIBCO ever determined that the root cause
10  of PEXc tubing failure was insufficient cross-linking?
11    A   I think it -- I think there may have been one
12  that I saw during that time period.
13    Q   Okay.  Do you remember the circumstances?
14    A   No, I don't remember the details of it, but I
15  mean, we -- I think that we accepted responsibility for
16  it.  I don't remember all the detail, who it was, or
17  anything, but we accepted responsibility for it.
18    Q   When NIBCO communicates with the customer
19  about the outcome of their PER investigation, the ERL or
20  whatever letter is sent to the customer, does NIBCO
21  identify the root cause of the failure to the customer?
22    A   Sometimes, yes.
23    Q   How is -- why sometimes?
24    A   Well, if -- you know, if they send a long
25  piece of tubing and if it's obvious that they've --



Page 106

1    they've over-bent it, you know, sometimes it's been so
2    far that it's kinked, that's an easy call, you know, so
3    we -- we can make those, you know.  If there's an
4    oxidated failure, you know, it could be -- I mean, even
5    those can be a kink or it could be too high water
6    pressure, too much water pressure over time.  If there's
7    an obvious -- I think that our technical staff, if
8    there's been like a puncture or a gouge, you know, that
9    they can usually tell by examining the material, like,
10   under a microscope, so -- so there's some things they
11   can determine and sometimes, you know, they can't.  It
12   just depends.
13        Q   Have there been instances where NIBCO has been
14   able to determine the root cause of a failure but has
15   nevertheless not -- chosen not to communicate that root
16   cause to the customer?
17        A   Like, when we -- are you referring to when we
18   make a -- like, an on-site visit or...
19        Q   In any situation where NIBCO has conducted an
20   investigation --
21        A   No, if we --
22        Q   -- and not responded to the customer?
23        A   No.  If we know, if we have a good idea what
24   the root cause is, you know, we're going to tell the
25   customer what happened, what caused this, because we

Page 107

1    don't want them to do it again.
2        Q   Is that true even if the determination is that
3    the root cause is a manufacturing defect?
4        A   Well, like I said, yeah, if -- if there's
5    something that we've done, you know, in the manufacturer
6    of the product, then typically we accept responsibility.
7        Q   Typically?  Are there any instances where
8    NIBCO doesn't accept responsibility under those
9    circumstances?
10       A   No.
11           MR. KUHLMAN:  Object to form.
12       Q   Okay.  I'm going to ask you about one more
13   document.
14           (EXHIBIT 3 MARKED FOR IDENTIFICATION)
15       A   Thank you.  Okay.
16       Q   Okay.  So this is Exhibit 3 that I'm showing
17   you.  This is an e-mail chain relating to a specific
18   customer PER; is that right?
19       A   Yes.
20       Q   Okay.  And if we look at the e-mail that you
21   sent to Ken McCoy, Debbie Premus, and CCing someone
22   named John Wood on September 22, 2008.  First of all,
23   who's John Wood?
24       A   John Wood is a salesman for Sunbelt Marketing,
25   and they are an agent for NIBCO, a selling agent.

Page 108

1        Q   Okay.  So they sell the product and get a
2    commission --
3        A   They sell the product.
4        Q   -- from the sale?
5        A   Yeah.
6        Q   And in your e-mail, you're actually -- as we
7    were talking about there, you were asking whether you
8    can give the customer a little bit more information
9    specifically about the root cause of the failure, right?
10       A   Yes.
11       Q   Okay.  And then that same day Ken McCoy
12   responds to you, and Ken is the technical services
13   manager; is that right, at this time?
14       A   Yes.
15       Q   Okay.  So he was dealing with the customer
16   communications related to the PER, right?
17       A   Uh-huh.
18       Q   Okay.  And so he says, "Randy, these reports
19   are purposely kept minimal for a host of reasons, not
20   least of which to protect ourselves from a legal
21   standpoint.  This is done so we can limit and control
22   the official answers that might go public."  Do you
23   think what Ken is saying right there is accurate?
24       A   Well, what he's saying, I don't even know if
25   it's accurate.  I think at the time, you got to

Page 109

1    understand this was in 2008, relatively new to the PEX
2    business.  We've only been in it two years.  And so when
3    we did evaluate these -- these issues, we -- we did not
4    have some of the tools that we needed to, you know, dig
5    into it deeper.  So this time, 2008, yes, I think his
6    statement is kind of where we were at back then.  But as
7    time went on, we got a little bit better at
8    investigating things, I think.
9        Q   Okay.  At some point, did NIBCO begin
10   providing more details to customers regarding the causes
11   of the failures?
12       A   Yes.
13       Q   Okay.  Around when?  Was it an organic
14   problem?
15       A   Well, I think that around -- probably around
16   2012 or so, you know, we started -- we started doing
17   more site visits with things like this.  But I mean, Ken
18   in his response, he's correct.  A lot of times the lab,
19   they can -- they can tell you what the failure is but
20   they don't have enough information to tell you what
21   influences this.  And as you read this, there's a number
22   of possible suspects, tubing being too close to a water
23   heater, no water pressure relief valve.  You know, we
24   don't know what the water pressure was it was exposed
25   to.  So as time went on, Kyle, we got better as

MAGNA
LEGAL SERVICES

Page 110

1   investigating these -- these kind of things.
2     Q  Okay.  And you said in 2012, part of that
3  improvement in investigation was doing some more site
4  visits?
5     A  Yeah.  We did -- we did more site visits, and
6  then we made some investments in -- in instrumentation
7  to help us.
8     Q  Okay.  So first of all, with the site visits,
9  about roughly how many site visits related to PEX
10  products did NIBCO perform then in 2012?
11     A  Well, I don't -- I don't remember.  I just
12  don't remember how many we were doing then.
13     Q  Okay.  Let's put it this way, maybe it's
14  easier.  In 2012, for all the PERs that were generated
15  relating to PEX tubing, what percentage of those PERs
16  did NIBCO perform a site visit?
17     A  I don't -- a small percentage.  I just don't
18  remember.
19     Q  So it didn't become, say, the standard
20  practice?
21     A  No.  And -- and even -- even when I left, it
22  wasn't a standard practice to go out every -- every
23  time.  But if -- certainly if it was requested by a
24  plumbing contractor or a homeowner or one of our
25  salespeople, we would make every effort to do it.

Page 111

1     Q  You also mentioned some new instrumentation.
2  What new instrumentation did NIBCO obtain to help in
3  this evaluation process?
4     A  Well, we -- we purchased a pressure gauge that
5  has a data logger on it, and we would leave the pressure
6  gauge on the house for two to three days, sometimes
7  four, and it would evaluate what the water pressure is
8  over -- over that time period, you know.  It can tell if
9  there's been spikes in water pressure, what the average
10  water pressure is.  We also, just in the course of going
11  out and visiting installations, you know, we got better
12  at -- at noticing common mistakes that plumbers do,
13  like, bending it too much or not allowing for expansion
14  and contraction.  We also purchased a pyrometer.  A
15  pyrometer is an instrument that uses infra-red to -- to
16  measure the temperature of -- of an object.  In this
17  case we're checking the temperature of the water coming
18  out of the water heater, make sure the water heater
19  wasn't set too high.  So those are some of the things.
20  And then we would also check -- we had instruments that
21  would allow us to evaluate the chlorine concentration in
22  the water and other water qualities.
23     Q  Okay.  So these instruments that you mentioned
24  a few, the pressure gauge, the pyrometer and then an
25  instrument to measure the chlorine level --

Page 112

1     A  Yeah, yeah.
2     Q  -- of the water.  So these would have all been
3  used, though, when NIBCO was doing an actual site
4  inspection of the --
5     A  Well, we probably didn't start doing that
6  until it was after 2012, probably more like 20 -- maybe
7  2013 is when we started doing that --
8     Q  But you still --
9     A  -- in earnest.
10     Q  I'm sorry.  I didn't mean to cut off the last
11  part of your question.  But you're using these
12  instruments when someone from NIBCO is doing a site
13  inspection, correct?  In other words, you're not using
14  the pyrometer, the pressure gauge when, you know, Debbie
15  Premus is evaluating a piece of pipe in Lebanon?
16     A  No.  Oh, no, no, because that -- that is --
17  these are all things that you have to use at the site
18  where the product's being used.  It wouldn't help you at
19  all in the evaluation at the lab.
20     Q  Okay.  And for the PERs that were being
21  generated in 2012, 2013, that timeframe for PEX
22  products, I think you said it was still, you know, a
23  relatively small fraction of the PERs where a site visit
24  was occurring, correct?
25     A  I believe so.  I just don't remember.  But I

Page 113

1  don't -- I really don't remember how -- how many, what
2  percent we were going out to investigate.
3     Q  Well, okay.  So --
4     A  But there's one, you know, Tom Coe would do
5  these inspections, and there's a limit to how many times
6  he could go.  And so I'm thinking it was, you know, that
7  no more than, you know, 12 to 18 in a year or so.
8     Q  Okay.  So regardless of what the exact numbers
9  were --
10     A  Sure.
11     Q  Let's say for the PERs where an evaluation was
12  made without a site inspection, how was NIBCO able to
13  provide more detail to the customer than it was able to
14  provide in 2008 when this e-mail was written?
15     A  Without an inspection?
16     Q  Yeah.  And the reason I ask is you -- when we
17  were talking about what Ken was saying in the e-mail,
18  you said, you know, at this point it's true, but then in
19  subsequent years we developed, you know, better ways to
20  determine the causes and more things we could do.  And
21  it was the site inspections and then also,
22  instrumentation that related to the site inspection.  So
23  I'm wondering aside from when a site inspection
24  occurred, when it didn't occur how was NIBCO able to
25  provide more detail to the customer?



Page 114

1    A   Well, I don't think there was much of a change
2  there in the report that our technical services people
3  sent, because, again, they're just looking at, you know,
4  the piece itself.  There may have been some incremental
5  improvements just because you've now been looking at
6  this for, you know, going on eight years or so and you
7  get a little bit better at it.  But, I think that
8  without a site visit, you can't really comment too much
9  on what you think the root cause is, because you don't
10  know.
11    Q   Okay.  So for a customer who has a PEX tubing
12  failure, where no site visit occurs, and the evaluation
13  of the claim is done solely in Lebanon facility, let's
14  say?
15    A   Uh-huh.
16    Q   And then that customer received a letter from
17  NIBCO with the result of its investigation.  In that
18  instance, how would that letter that NIBCO sends have
19  been different in 2008 versus 2013?
20    A   Well, I -- I don't know exactly how it would
21  be different, but I -- I do know that we got better at
22  -- okay.  An example is that early on, if people had an
23  issue with a piece of PEX tubing, it was not uncommon
24  for them to send us a piece as long as this pad, you
25  know, about six inches.  And as time went by, you know,

Page 115

1  we asked them to send a longer piece, so that if there
2  were some clues, if there was some gouging or something
3  had happened to the tubing, we'd be in a better position
4  to do that.  So I think there were probably some
5  improvement over 2008 without a site inspection, but --
6  but, you know probably not appreciable, you know,
7  increase in information, only because you just don't
8  know.
9    Q   Okay.  So the, I guess, level of detail in the
10  report --
11    A   Yeah.
12    Q   -- in those instances would have been pretty
13  similar?
14    A   I mean, most of the -- when tubing fails and,
15  you know, I'm sure you've looked at these reports.  In
16  most cases, it is an oxidative-type failure.  That is,
17  if PEX tubing's been exposed to high water pressure or
18  exposed to a chemical in the water or too high a
19  chlorine levels, it's usually going to result in an
20  oxidated failure.
21    Q   And is it true that an oxidated failure is a -
22  - it's a failure mechanism rather than a cause of
23  failure?
24    MR. KUHLMAN:  Object to form.
25    A   I guess I don't understand the question.

Page 116

1    Q   So an oxidated failure could be due to over
2  pressurization or temperature being too high in the
3  water, right?
4    A   That, yeah, or -- or a -- or if the tubing has
5  been stressed in some way that it compromised it to
6  allow it to be attacked, it could be because of that as
7  well.
8    Q   Could an oxidated failure also result from a
9  manufacturing defect?
10    A   It's possible, but pretty rare.
11    Q   Okay.  Which is in theoretical sense?
12    A   Yeah.  Like, if for some reason -- like, if we
13  had forgotten to send a reel to E-BEAM Services and sent
14  it out -- that -- that never happened.  I don't think we
15  ever sent any tubing out that wasn't cross-linked, but
16  to answer your question, that is an example where that
17  could have occurred.
18    Q   So the fact that an oxidative failure occurred
19  could be due to field conditions, or it could be due to
20  a manufacturing defect depending on the specific
21  circumstances in that case, right?
22    A   Yes.
23    Q   Regardless of NIBCO's ability to provide more
24  detail based on some of the improvements that you
25  mentioned in 2013, did NIBCO still have an interest in

Page 117

1  keeping the information it was sharing with customers
2  minimal to protect NIBCO from a legal standpoint?
3    A   Well, I think that we wanted to be -- we want
4  to be accurate in our assessment, and we -- we did start
5  to put in possible causes and in reaction to, you know,
6  this kind of issue where we put in a statement where we
7  recommended that customers check to see if their
8  pressure relief valve was working, did they have an
9  expansion tank installed in their home.  So I'm sorry,
10  I've been away from the business for two years.  A lot
11  of these things are coming to me.  We did start adding
12  some language to give the homeowner or the plumber some
13  -- some possible avenues to look at.
14    Q   Do you recall any instances where the possible
15  causes that were shared with the homeowner included a
16  manufacturing defect?
17    A   No, unless there was a -- no, I can't, you
18  know, other than, you know, we did talk about that there
19  -- there was a sample that the cross-linking was lower.
20  Now, we don't know if that caused that failure or not,
21  but we assumed responsibility for that.  And if -- if we
22  -- there may have been some cases where we felt like if
23  there was a die line in the tubing that I talked about
24  earlier -- yeah, if there was a manufacturing defect, we
25  would, you know, take responsibility for it.



Page 118

1    Q   Is there any one at NIBCO responsible for
2  tracking trends in PERs?
3    A   Yeah.  Debbie Premus tracks trends.
4    Q   Okay.  With respect to PEX products
5  specifically when you were the GM, would she apprise you
6  of those trends as they related to the PEX products?
7    A   Oh, yeah.  I got a monthly report.
8    Q   So what did that monthly report contain?
9    A   Just it was like a Pareto chart.  It had, you
10  know, the number of PERs we received and what the
11  disposition was and how many of this type and, you know,
12  different, you know, causes.
13    Q   Okay.  Do you recall, sitting here, any trend
14  that appeared in the PERs relating to PEX tubing at that
15  time?
16    A   No.  It kind of varied from, you know, year to
17  year.  You know, most PEX failures, regardless of the
18  root cause, are oxidative failures, so there were always
19  a lot of those, then, you know, sprinkled in with some,
20  you know, obvious, you know, mis-installation of the
21  product or, you know, things like I -- I -- I don't
22  remember, you know, all the specifics of those reports,
23  or -- and I don't think there was any particular one
24  that was growing or declining, you know, as far as a
25  trend.

Page 119

1    Q   Was there any way that NIBCO tracked customer
2  complaints outside of the PER process itself?
3    A   I would -- I'm not aware.
4    Q   Okay.  So at least in your capacity, your only
5  exposure to warranty claims or customers' complaints was
6  through PERs?
7    A   Yes.  Correct.  And all the other NIBCO
8  products go through the same process, of course.
9    Q   So it's not exclusive to PEX?
10    A   Correct.
11    Q   And in order for a PER to be initiated, the
12  customer has to contact NIBCO and then send in an
13  example of the defective product, right?
14    A   Yes.
15    Q   Okay.  So if a customer decides not to send a
16  sample in, doesn't want to, isn't able to, whatever it
17  is, would a PER still be initiated for that complaint?
18    A   Well, that's a good question, and I'm -- I'm
19  sure there are times where we've issued -- someone's
20  called, we've given a PER number, which is basically a
21  tracking number, and they never sent anything in.  But
22  I'm sure that has happened.
23    Q   Okay.
24    A   But I -- I don't know how many times.
25    Q   And then I guess that PER, obviously, there

Page 120

1  wouldn't be an evaluation as to what the cause of the
2  failure was, because --
3    A   Yeah.
4    Q   -- it never occurred, correct?
5    A   That probably does not happen very often.
6    Q   And obviously, if someone has an issue of
7  failure of NIBCO PEX tubing and then does not contact
8  NIBCO and simply has -- you know, brings a plumber out
9  and has them replace the tubing, NIBCO's not going to
10  have a PER for that, right?
11    A   Correct.
12    Q   In 2006 when customers sent in failed --
13  returned failed samples to NIBCO for PEX tubing, where
14  did those samples go?
15    A   Well, I think that at the time they were -- I
16  think that we had them sending tubing to the plant.  And
17  everything else, like, fittings and other products, were
18  going to our lab in Elkhart, Indiana.
19    Q   So the tubing was the only PEX product that
20  was being evaluated in Lebanon at that point?
21    A   Correct.
22    Q   Why was that the case?  Why were, say, PEX
23  fittings going to Elkhart but the PEX tubing was going
24  to Lebanon?
25    A   Well, we've been in the metal fittings

Page 121

1  business for a long time, and the -- the metal PEX
2  fittings that we sell are a source product, so we just
3  felt like we had better technical people in Elkhart to
4  evaluate metal fittings than -- than a plastics plant.
5    Q   And then at some point in time, did the PEX
6  tubing samples also start going to Elkhart?
7    A   Yes.
8    Q   About when?
9    A   Probably around 2012 or so, if I'm to guess.
10    Q   Why was that change made?
11    A   Well, I'm not exactly sure.  I know our
12  engineering department made that -- made that decision,
13  and I'm not exactly sure why, but I -- I think just to
14  -- I think that all -- in almost all cases, other NIBCO
15  products all go to Elkhart for evaluation, so I think
16  they -- I think that early on, you got to understand
17  when we acquired the assets of CPI, a lot of the
18  technical people up in our lab in Elkhart didn't know
19  much about PEX, and as time went by, they -- their skill
20  level increased, and I think we got to a point where we
21  felt like, you know, we ought to have those people
22  understand plastics or PEX tubing, at least, and they --
23  they are competent enough to evaluate it.
24    Q   In 2012, let's say, in your view, who would
25  have been the person at NIBCO who was most knowledgeable

Page 122

1  regarding the failure mechanisms of PEX tubing?
2      A   Well, I think -- I think that Debbie Premus,
3  certainly from looking at the product, and then we had
4  one other polymer chemist, Earl Sexton, was very good at
5  looking at the product.  The best person for going to a
6  site and seeing the installation and evaluating whether,
7  you know, the pressure relief valve is working or not or
8  was -- is Tom Coe.  That kind of became his area of
9  expertise.
10     Q   So then what -- is Earl Sexton in Elkhart?
11     A   Yes.
12     Q   So when that change was made and the samples
13 started going to Elkhart instead of Lebanon, does that
14 mean that Earl started analyzing them instead of Debbie
15 or...
16     A   You know, I'm not sure if Earl was evaluating
17 them or not.  We have other people there.  I don't know,
18 to tell you the truth.
19     Q   Okay.  But at least as of the switch to
20 Elkhart, Debbie Premus was no longer evaluating the
21 failed return samples, right?
22     A   Correct.
23     Q   To your knowledge, did the evaluation process
24 change at all when, you know, it moved from Lebanon to
25 Elkhart for PEX tubing?

Page 123

1      A   No.
2      Q   So is it conducted in the same way, the
3  investigation, just in a different place?
4      A   Correct.
5          MR. KUHLMAN:  We getting close to lunch.
6          MR. SHAMBERG:  Yeah.
7          MR. KULHMAN:  Want to go to 11:30?
8          MR. SHAMBERG:  Now's a good time. I'm going to
9  go to something else.  Let's go off.
10         (OFF THE RECORD)
11 BY MR. SHAMBERG:
12     Q   Okay.  So Randy, before we go onto some
13 additional topics, there were just a few things we
14 discussed before the lunch break that I wanted to follow
15 up on and get some clarification.  One of the things
16 that we were talking about is the maintenance of
17 multiple listings for the NIBCO product, and the fact
18 that maintaining multiple listings isn't exclusive to
19 PEX products at NIBCO; do you recall that testimony?
20     A   Yes.
21     Q   And I believe you used an example for an
22 industrial plastics product that was maintained in
23 multiple listings.  Can you remind me of what those
24 listings were in that example you used?
25     A   Well, I -- I know that with those products, we

Page 124

1  would usually either have an NSF or IAPMO listing and
2  then a CSA listing, you know, for Canadian standards.
3      Q   Okay.  Outside of PEX, with respect to other
4  NIBCO products, are there examples of products where
5  NIBCO's maintaining multiple listings concurrently
6  within the United States market?
7      A   Well, you know, I think that with -- I think
8  often with -- I'm trying to think with plastic fittings
9  if we -- if we did or not.  I think with the industrial
10 products we have multiple listings, but I'm not -- you
11 know, I just don't remember, Kyle.
12     Q   Okay.
13     A   Sorry.
14     Q   So with respect to products being sold in the
15 United States market, you can't think of any specific
16 products where NIBCO maintains multiple listings --
17     A   Yeah.
18     Q   -- in the United States --
19     A   I know that we have multiple listings with
20 most products, but whether there's two for the United
21 States or three, you know, I don't know.
22     Q   Okay.  Not one off the top of your head --
23     A   No.
24     Q   -- that you can think of, at least?
25     A   No, uh-uh.

Page 125

1      Q   We also talked about the report that was
2  authored by David Bobo back in 2009?
3      A   Yes.
4      Q   Regarding the pipe development strategy?
5      A   Yes.
6      Q   What step -- so that report was circulated,
7  you read the report at the time, right?
8      A   Yes.
9      Q   Do you know who else within NIBCO that report
10 would have been circulated to?
11     A   Well, Gary Wilson was David Bobo's boss, so --
12 and I specifically remember Gary being at a meeting, so
13 the only ones that for sure that I know, well, I can
14 remember, you know, having -- when Jana came and gave us
15 a proposal and then David wrote his recommendation, the
16 only people for sure that would have been there would
17 be David, Gary, and myself.  There might have been some
18 others, but I can't remember.
19     Q   What action did NIBCO take in response to that
20 Bobo report, if any?
21     A   Well, we started working on the reformulation
22 of PEXc, and we -- we did start the project to look at
23 the E-BEAM process, and we hired at least one or two
24 experts to help us understand it better.  And those were
25 the -- were the main -- the main things that we did.

MAGNA ◆
LEGAL SERVICES

Page 126

1    Q   What knowledge did NIBCO gain about the E-BEAM
2  process from those experts who were retained?
3    A   Well, you know, I don't remember the last
4  report, but what we learned was that the process was --
5  it was very closely controlled, that there was very
6  little variability in the E-BEAM process.  And so we
7  came away with -- you know, it answers those questions
8  that we had, and we felt a lot more confident about it,
9  you know.  Not -- I mean, there was no reason to not be
10  confident, but we felt confident after we knew, because
11  before we just didn't -- had no basis of knowing.  We
12  were basically, you know, going on E-BEAM's, you know,
13  recommendations of what, you know, what was the best
14  practice.
15    Q   Do you know whether there are industry
16  standards that cover the degree of cross-linking that's
17  necessary for PEXc tubing?
18    A   Well, yeah, yeah.  And I don't know which
19  standard it is, but there -- I think it's -- it has to
20  have a minimum of like 88 -- it would be 82 to 88
21  percent cross-linking.  But that -- that governs all
22  PEX, regardless of A, B, and C, so there's a minimum
23  cross-linking that you have to achieve.
24    Q   Okay.  Do you know about where in that range
25  NIBCO's gel content historically fell?

Page 127

1    A   Well, I think it -- I think it was in the -- I
2  mean, it was above the minimum.  I don't -- I think that
3  we were -- I can't remember how much above the minimum
4  we were, but it was probably, like, maybe 25 percent
5  above the minimum.
6    Q   25 percent?  I just want to understand that.  I
7  think you had said that your understanding was something
8  like 82 to 88 percent?
9    A   Well, you know, again, I really don't
10  remember.  I'd say that if it was -- well, I just don't
11  remember, to tell you the truth.  But I think that we
12  were -- you know, we were above the minimum, but it
13  wasn't like if it was 85, I don't think we were at 100.
14  If it was 85, we were, like, around 90 or so, something
15  like that.
16    Q   You were comfortable with the --
17    A   Yes.
18    Q   -- gel content level of the PEXc tubing?
19    A   Oh, absolutely.  Yeah.
20    Q   We also talked a little bit about the PER
21  evaluation process and the fact that site visits
22  sometimes occur and sometimes don't?
23    A   Yes.
24    Q   Remember talking about that?
25    A   Uh-huh.

Page 128

1    Q   And we also discussed kind of the process when
2  no site visit occurs, the process that NIBCO uses to
3  determine what the cause of a particular failure is?
4    A   Yes.
5    Q   When NIBCO makes the determinations that
6  improper installation was the cause of a particular
7  failure when no site visit has occurred, what criteria
8  does NIBCO use to reach that conclusion?
9    A   Well, it would -- I don't think there were a
10  lot where that occurred, because I think most times
11  there wasn't enough evidence to determine what -- what
12  the root cause was.  We could only speculate on certain
13  things and give the homeowner and end-user some -- and
14  plumbers some guidelines on what the possible suspects
15  were and what to look for.  But I think that if -- you
16  know, certainly if there was some gouging of the
17  material, you know, we try to have people submit as long
18  of a sample as they could so that we could take a look
19  at the full piece, and then sometimes that revealed
20  things that may have occurred.
21    Q   Was there a particular criteria that NIBCO
22  used to determine whether installation, improper
23  installation caused an oxidative-type failure, to your
24  knowledge?
25    A   Well, no specific criteria, but I -- I think

Page 129

1  that I do recall sometimes where by looking at the
2  tubing, if it had been overbent, depending on where the
3  failure took place and if it was on a bend, you know, we
4  could narrow it down to something like that.  But if --
5  with most of the oxidative-type failures, if they were
6  caused by a water condition or a pressure condition or a
7  temperature condition, there really isn't any way the
8  lab can determine that just by looking at a piece of
9  plastic, you know.
10    Q   And then the last thing that I wanted to go
11  back to is we talked about the transition from field
12  returned samples going to Lebanon and then to Elkhart
13  around 2012?
14    A   Yes.
15    Q   And you had said that by 2012 when that
16  transition occurred, the analysts in Elkhart had gotten
17  a little bit more familiar with the product and a little
18  bit more seasoned in doing that failure analysis; is
19  that fair?
20      MR. KUHLMAN:  Object to form.
21    A   Well, I think that they -- I think that was
22  maybe part of it.  And I think also, it was just an
23  effort on our part to be standard -- standard procedure
24  across all of the company.
25    Q   Okay.  To the extent that the analysts in

MAGNA
LEGAL SERVICES

Page 130

1  Elkhart had gained some experience, how had they gained
2  that experience prior to 2012?
3      A   Uh-huh.  Well, you know, I think sometime -- I
4  think that they had a collaborative relationship with
5  Debbie and then, you know, sometimes Debbie would look
6  at a piece and be -- you know, be kind of -- say, "I
7  don't know if I understand this.  Maybe I ought to have
8  someone else take a look at it," and she'd send samples
9  up to Elkhart or Rural Sexton or someone else would look
10  at it.  So I think it was through that kind of
11  collaborative efforts that they -- they, you know, gain
12  that expertise.
13      Q   Okay.  So I want to ask you about another
14  document.
15      (EXHIBIT 4 MARKED FOR IDENTIFICATION)
16      A   Thank you.  Okay.
17      Q   So first question is: Have you ever seen this
18  document before?
19      A   You know, I'm familiar with all these issues,
20  but I don't know if I saw this document.  I don't know
21  who the author of the document is.
22      Q   That was going to be my next question: Who
23  wrote it?
24      A   Yeah.  I -- I don't know.  It's not me.
25      Q   But these were at least topics that you recall

Page 131

1  having been discussed at NIBCO?
2      A   Yeah.
3      Q   And would the discussion have been around this
4  time that the document is dated, October of 2012?
5      A   Yes.
6      Q   Okay.  So I want to ask about this option 2
7  here on the first page to reformulate the PEXc?
8      A   Yeah.
9      Q   So the document seems to be recognizing that
10  the reformulation project that we've been discussing has
11  already occurred and that the 3308-graded product is
12  being produced, but it seems to be discussing
13  potentially another reformulation?
14      A   Yes.
15      Q   Is that something that NIBCO was discussing
16  internally at this point?
17      A   Yes.
18      Q   Okay.  And what were the reasons for
19  considering another reformulation of the product?
20      A   Well, you know, this is all coming back to me
21  now.  That first number involves the -- the
22  recirculation standard, so we started with a 1.  We had
23  a 3, which is 50 percent re-cir and the 5 is 100 percent
24  re-cir.  The second number, the 3, is the UV resistance.
25  And we had, at this point, I think we had the highest UV

Page 132

1  resistance of anyone in the industry.  And then that
2  last integer, which is actually 08 is the hydrostatic
3  pressure.  And so we were -- the discussions we were
4  having is that if we needed to have a 5, a 100 percent
5  re-cir product, what would be the different options to
6  achieve that.  And so one is to switch to PEXb from the
7  -- was it Silone or Sayco, one of the two -- yeah, Sayco
8  or the Lyondell material from Europe or to reformulate
9  PEXc.  So this was just exploring options.  And this is
10  all contingency planning if -- if suddenly, you know,
11  you had to have the 5.
12      Q   Okay.
13      A   100 percent re-cir.
14      Q   These different options, the three options in
15  this document are different approaches to achieve that 5
16  rating --
17      A   Yes.
18      Q   -- for that first number?
19      A   Yeah.
20      Q   Was the PEX -- was one of these options
21  ultimately implemented?
22      A   We actually tried option 1, and we sold that
23  product for at least a year, but we -- I guess since
24  I've left, they've stopped selling this particular
25  product.

Page 133

1      Q   Okay.  And do you know why they stopped
2  selling the product?
3      A   Well, I think that, you know, we had a steam -
4  - you know, in the -- in the description here it talks
5  about a steam chamber.  We had a steam chamber made.  We
6  made a fairly good investment in that, and the steam
7  chamber just wasn't delivering the kind of cross-
8  linking at the plant that we wanted to see, and I think
9  -- and I've been away from NIBCO, so I don't know all
10  the details of this, but I think we just said, you know,
11  we can either continue to work on this and struggle with
12  it, or we can just go back to what we know, and so I
13  think they decided to go back to what they know.
14      Q   Was option 2 ever implemented?
15      A   No.
16      Q   Why not?
17      A   Not exactly -- you know, I think that we felt
18  like we had a good product.  You know, we had a very
19  high UV resistance, higher than anyone else.  We had the
20  best hydrostatic resistance of any competitive product,
21  so I guess -- this is my feeling at the time, maybe not
22  others.  My feeling was this is a pretty good product,
23  and I don't think we really need the 5, and we can
24  certainly sell these other features that other people
25  don't have.  But then, you know, there was still some

**MAGNA**
LEGAL SERVICES

Page 134

1  demand for the 5 product, and so you know, we thought
2  that by becoming also a PEXb manufacturer in addition to
3  a PEXc, that would give us a real competitive -- an edge
4  over our competitors.
5      Q   Is NIBCO 1006 tubing appropriate for use in a
6  continuous recirculation systems?
7      A   Yeah.  And it's been used.  You got to
8  remember, early on everyone was at 1006, and it was
9  being used all the time.  Not just our tubing, but
10  tubing of other companies, Lewknor, Viega, Zurn was all
11  being used in recirculation systems.  But we -- we've
12  always recommended that if you put a recirculation --
13  100 percent recirculation system in your home, that you
14  add a timer and probably -- and try to recirculate it 25
15  percent of the time, because it's very energy efficient
16  to be reheating water 100 percent of the time just so
17  you can have hot water, you know, when you get up in the
18  morning.  So you know, we -- we just think it's kind --
19  it's kind of overkill, and so that's always been our
20  recommendation.
21      Q   So the 1 that started those integers, the 1 in
22  the 1006?
23      A   Yes.
24      Q   I believe you said indicates that the product
25  is appropriate for use in a recirculation system where

Page 135

1  it's 25 percent hot water?
2      A   Yes.
3      Q   -- recirculating?
4      A   Yes.
5      Q   So is the 1-rated pipe appropriate for use is
6  a system where hot water is needed to circulate 50
7  percent of the time?
8      A   Well, I think, you know, the standards have
9  evolved over the -- over time, and so like, you know, I
10  think that today, if you've got a 5, if you're going to
11  have a 100 percent re-cir system.  You probably ought to
12  use something that has the 5, and if it's 50 percent
13  use, a 3.  And if it's 1, you probably have a 25
14  percent.  But at the time -- at one time, I'm talking
15  about, like, ten years ago, everyone was at 1006, and
16  many people were putting PEX in recirculation systems,
17  and I'm sure that many of them were set to recirculate
18  100 percent of the time.  I know that was happening.  But
19  it's more an indication of how our industry has evolved
20  and the standards have, you know, matured over time.
21      Q   At what point did NIBCO begin recommending
22  that customers not use the 1-rated pipe in recirculation
23  systems with over 25 percent hot water recirculation?
24      A   I don't -- I don't remember exactly.  I mean,
25  you know, during my tenure as a general manager I know

Page 136

1  that we -- we got to a point where we talked more about
2  it, but I don't know exactly when.  You know, it was
3  probably in that 2010, 2012 timeframe, something like
4  that.
5      Q   So prior to 2010 and 2012 if a customer came
6  to NIBCO and said, "I've got a plumbing system that's
7  set up for 100 percent continuous recirculation.  Can I
8  use your 1006 pipe in my system," what would you have
9  said?
10      MR. KUHLMAN:  Object to form.
11      A   Well, it depends on the -- you know, I think
12  that the -- I'm trying to remember when we came up with
13  the 1, 3, and 5.  But prior to having the have 1, 3, and
14  5, I think that we -- well, you know, I just don't -- I
15  just don't really remember.  I think that we've always
16  recommended that you should only recirculate water in a
17  system 25 percent of the time because of the energy
18  efficiency.  It's just -- it's just so wasteful to heat
19  water, you know, 24 hours a day in a tubing system.  It
20  just makes no sense when you're only in the shower in
21  the morning and maybe in the evening, you know.
22      (EXHIBIT 5 MARKED FOR IDENTIFICATION)
23      A   Thank you.  Okay.
24      Q   Okay.  So this is a document that's titled
25  "DURA-PEX Chlorine Resistance Performance Q&A" dated

Page 137

1  March 1, 2008.  Have you seen this document before?
2      A   Yes.
3      Q   Do you know who drafted the document?
4      A   I'm -- I'm not sure.  I would -- I would think
5  -- well, this might have been drafted -- well, I had
6  just -- either just become general manager or was a
7  general manager, but I think that probably our technical
8  people put this together.  But I do remember seeing it,
9  yes.
10      Q   Do you know the reason that this document was
11  created?
12      A   Well, I think it's an information piece to
13  talk about, you know, chlorine resistance in PEX tubing.
14      Q   Okay.  So would that be to -- directed to
15  customers, in other words, to talk to customers about
16  some of the features of the tubing?
17      A   Yes.  And education.  You know, because there
18  was, as the document states, there's P 171 and F 2023,
19  and there's just a lot of confusion out there about
20  standards and testing, and so I think the purpose of
21  this document was just to kind of clarify things for our
22  customers.
23      Q   Okay.  That makes sense.  So on the first page
24  here, the different numbered points, there's number 2,
25  "Is DURA-PEX approved for use in chlorinated water

MAGNA
LEGAL SERVICES

Page 138

1  systems?"  And then do you see the second paragraph in
2  that section where it says, "NIBCO DURA-PEX meets all F
3  876 requirements for use in portable water systems"; do
4  you see that language?
5     A.   Yes.
6     Q.   And it goes on to say, "Independent testing
7  through NSF International confirms that NIBCO DURA-PEX
8  not only meets but exceeds the 50-year minimum time-to-
9  failure when tested for ASTM F 2023."  Now, at this
10  time, that last statement wasn't true of the red and
11  orange pipe, correct?
12        MR. KUHLMAN:  Object to form.
13     A.   No.  I don't think you can say that, because
14  we had been given -- the tubing had been certified by
15  NSF, and we'd been given the listing on all of those.  I
16  know that there was that information on that one report,
17  but, again, NSF analyzes the data, determines if the
18  tubing meets or does not meet the requirement.  So you
19  know, I didn't -- I'm not a technical guy.  I don't
20  understand everything about that particular test, but
21  NSF told us we could represent our tubing as meeting 50
22  years or greater, and that's why it's in this letter.
23     Q.   This letter is actually talking about the
24  testing itself rather than the certification, right?
25  This independent testing confirmed the DURA-PEX exceeds

Page 139

1  the 50-year minimum time-to-failure?
2     A.   Well, --
3     Q.   That's at least what the document says, right?
4     A.   -- testing is --
5        MR. KUHLMAN:  Object to form.
6     A.   -- is part of that process, yes.
7     Q.   And at least based on the testing, the red and
8  orange pipe had failed the testing, correct?
9        MR. KUHLMAN:  Object to form.
10     A.   I -- I don't know what that test was or what
11  those results mean.  I think they were both in the high
12  40s.  NSF, for whatever reason, and I don't know why,
13  but they allowed us to state that -- that both of those
14  colors met F 2023, and so I just got to go by their
15  determination on this, you know -- you know.
16     Q.   Okay.  So getting back to what we were just
17  talking about, if you turn to the next page, there's a
18  number 4, "Is DURA-PEX recommended for use in continuous
19  recirculation systems?"  And the document notes that,
20  "There are many factors that can affect the performance
21  of the pipes."  Then it goes onto say, "NIBCO DURA-PEX
22  has been installed in continuous recirculation systems
23  giving years of worry-free performance."  So is it fair
24  to say that at least as of the date of this document,
25  March 1, 2008, NIBCO still believed that the 1006 pipe

Page 140

1  that it was selling at the time was appropriate for use
2  in continuous recirculation systems?
3     A.   Yes.
4     Q.   And the document doesn't contain any
5  disclaimer that the customer should add a timer and to
6  limit it to 25 percent, right?
7     A.   No, it does not.
8     Q.   NIBCO provides installation manuals for its
9  products; is that true?
10     A.   Yes.
11     Q.   And that's also true for the PEXc tubing,
12  right?
13     A.   Yes.
14     Q.   At some point, did NIBCO's installation manual
15  begin placing restrictions on the use of the 1006 pipe
16  in recirculation systems generally?
17     A.   Well, you know, these documents are constantly
18  evolving and, you know, we did, as I recall, had some
19  line reads that we recommend, you know, 25 percent, you
20  know, recirculation, you know, with our -- with our
21  product.  And so -- and there have been other -- you
22  know, these are evolving documents, subject to change,
23  you know, as time goes by.
24     Q.   Okay.  In that same section, that number 4, it
25  says, "There are many factors that can affect the

Page 141

1  performance of PEX including the aggressiveness of the
2  water."  And that's a term that I've heard several NIBCO
3  employees refer to when seeing a document, "aggressive
4  water."  Have you heard that term used before?
5     A.   Yes.
6     Q.   What does that term mean to you?  What is
7  aggressive water?
8     A.   Well, I think it's the -- like, the pH of the
9  water, the acidic content of the water.  You know, we do
10  know that there's some areas of the country where the
11  water can be, you know, particularly aggressive.  I
12  think that we didn't sell much tubing into Las Vegas,
13  but I know that that was one area where some of our
14  competitors had some issues.  So you know, we know that
15  that exists.
16     Q.   Are there other areas of the country that are
17  -- that NIBCO's aware are notable for having aggressive
18  water conditions?
19     A.   I -- I don't know.  I mean, I don't think we
20  kept a map of it or anything like that.  But I think
21  that, you know, it depends a lot on, you know, is the
22  water -- is it being treated by a -- typically, if
23  water's treated by municipalities, it's usually good
24  water.  The thing you got to be careful there with
25  municipalities is a lot of times they'll -- they'll do

MAGNA
LEGAL SERVICES

Page 142

1    an overkill on the chlorine because municipalities are
2    concerned about the sanitation of the water and killing
3    all the germs, but they don't care about what the impact
4    might be on your plumbing system and everything else in
5    your house. So it's just -- it's very variable.
6        Q   Are there any specific areas that you know of
7    what you describe as over-chlorinate the water?
8        A   Well, there's none that I can -- I can -- I
9    can recall. A lot of times, it might be something as
10   simple as how close do you live to the water treatment
11   facility. I mean, that can have an impact on it. I
12   mean, over time chlorine dissipates. I think that with
13   a lot of our site inspections that we've done through
14   the years, I -- I'm not sure if I, you know, remember a
15   lot of cases where the chlorine was -- was at a very
16   high level.
17       Q   Do you know what the highest chlorine level is
18   that you would recommend 1006 tubing being used on?
19       A   I don't think there -- I don't know. I just
20   don't know enough about it to comment on that.
21       Q   You mentioned earlier that aggressiveness has
22   to do with the pH level of the water.
23       A   Yeah.
24       Q   At what pH level would water become aggressive
25   versus not aggressive?

Page 143

1        A   You know, I don't really -- I don't know.
2    You'd have to talk to one of our technical people about
3    that.
4        Q   Are there other factors that lends an
5    aggressiveness to water, other than pH?
6        A   Well, no. I think that, you know, water
7    conditions are different everywhere and -- no, I don't
8    think so.
9        Q   If a PER were initiated and Debbie or someone
10   else at the DURA lab in Elkhart were doing a review of a
11   sample of PEX tubing that had been sent in, it's a no
12   satisfaction, how would they go about determining the
13   aggressiveness of the water in the application that that
14   pipe may have been installed in?
15       A   Well, I don't think you could determine that
16   from looking at the failure mode in the -- in the
17   tubing. I think you'd have to do a site visit to
18   determine that. And, Tom, that was another thing that
19   he had in his bag of instruments was, you know, to check
20   the pH of the water.
21       Q   So then just based on an inspection of a
22   sample, you wouldn't be able -- NIBCO wouldn't be able
23   to say this failure was caused by aggressive water?
24       A   It would -- it would -- it would be an
25   oxidative failure, yeah.

Page 144

1        Q   Okay. Is North Carolina a state in which
2    NIBCO was aware of aggressive water conditions?
3        A   No. I don't think we were aware of aggressive
4    water conditions there, but we were aware of a lot of
5    homes built without any kind of pressure relief valves
6    or expansion tanks in the homes.
7        Q   Okay. Were there failures in NIBCO tubing
8    occurring in that area?
9        A   Well, it wasn't NIBCO tubing. It was mostly
10   tubing that had been produced by CPI before we acquired
11   the assets. And we did some investigative work, and
12   what we found out is that the builders, in order to cut
13   costs, did not put pressure relief valves or expansion
14   tanks on most of these homes, and that's an area of the
15   country that is known for high water pressure. And,
16   you know, we -- that's what we suspect happened. But it
17   wasn't our product, so -- but there were customers there
18   that we had done business with in the past and, you
19   know, we had -- we were in the PEX business, and we felt
20   an obligation to look into it and try to explain what
21   had happened.
22       Q   For those CPI products, would there have been
23   any difference, material difference, in the product
24   whether it was manufactured by CPI or NIBCO, other than
25   the name of the tubing?

Page 145

1            MR. KUHLMAN: Object to form.
2        A   I just -- not knowing what CPI had done or any
3    kind of reformulation work that they may have done in
4    that -- in the years leading up to 2006, I -- I don't
5    know.
6        Q   Yeah. And I don't want you to guess.
7        A   I can't say it's the same thing, you know,
8    from May -- from May 2006 to June 2006 probably not much
9    difference, but I don't know what went on before then.
10       Q   Okay. And I really --
11       A   And I really don't.
12       Q   -- appreciate that.
13       A   And I know that they changed. I know during
14   that period, you know, there were changes in raw
15   material suppliers, and I don't know -- I really don't
16   know the exact timing of all the product they sold in
17   North Carolina during that period, either.
18       Q   All right. So I guess maybe a better way is
19   to say, do you know specifically of any differences
20   between the tubing that was manufactured by CPI in 2006
21   and --
22           MR. KUHLMAN: Object to form.
23       Q   -- tubing that was manufactured by NIBCO in
24   2008?
25           MR. KUHLMAN: Object to form.

**MAGNA** ▶
LEGAL SERVICES

37 (Pages 142 to 145)

Page 146

1    A    Yeah, I -- I don't know of any differences.
2    But if we're talking about North Carolina, all that
3    tubing was produced as much as eight to ten years before
4    NIBCO acquired the assets of CPI, and I know for a fact
5    that they had changed raw material suppliers, and there
6    had been some changes. And I don't know what other
7    changes they may have made in the E-BEAM dosage. There's
8    a number of variables that, you know, we just -- don't
9    know, because we weren't part of it.
10    Q    Is the San Antonio area an area that has
11    particularly aggressive water?
12    A    I don't know if there's aggressive water
13    there. I do know that San Antonio is an area that has
14    high water pressure. And in fact, the San Antonio
15    Waterworks, if you go to their website, they warn
16    consumers that their water -- the water pressure coming
17    out of their pumping stations can be well above code,
18    which is 80 psi, and they tell people to make sure that
19    they have a pressure relief valve, that it's working
20    properly, and you just have that protection against high
21    pressure entering your home.
22    Q    What are the pressure specifications for the
23    1006 tubing?
24    A    Well, you know, in our installation manual, if
25    -- if the water's not chlorinated, there really is --

Page 147

1    there are no limits on the water pressure other than
2    what the tubing itself is rated. With chlorinated
3    water, we recommend -- and this is a recommendation we'd
4    make whether it's 100 -- we've kept it with 3308, and we
5    would have it for any type of PEX. You should never
6    exceed 80 psi because, first of all, that's the code,
7    and exceeding 80 psi actually will void warranties on
8    water heaters of some manufacturers and fixtures in a
9    home. So we -- we try to limit the pressure to what the
10    code allows, and we think that's a prudent step to take.
11    Q    And when you say "what the code allows," which
12    code are you referring to?
13    A    Well, it's the -- again, I'm not -- I'm not an
14    expert on these, but it's the national code, and it's
15    pretty much -- it's the -- oh, what is the name of it?
16    But each state -- each state adopts their codes, and
17    they usually adopt what the -- it's call the
18    international code. Seems strange, but it's not
19    international, but it's specific to the US, but most
20    states will adopt the international plumbing code.
21    Q    Okay. So the 80 psi is pretty standard --
22    A    Yeah.
23    Q    -- in the United States?
24    A    It's either IPC or UPC. Universal plumbing
25    code, international plumbing code. Yeah, it's pretty

Page 148

1    standard throughout the United States that you don't
2    exceed 80 psi.
3    Q    Okay. And that's also kind of the
4    specification for NIBCO tubing. So in other words,
5    NIBCO's facts for pressure are kind of tied to what the
6    national code is for pressure?
7    A    Well, I don't know if "specification" is the
8    right word, but our recommended operating temperatures
9    are that.
10    Q    Okay. So if over pressurization is determined
11    to be the cause of a particular failure, that means that
12    the pressure that caused that failure was exceeding that
13    UPC or IPC standard for municipal water operations; is
14    that fair?
15    A    Yeah. Over time. PEX tubing, it will
16    withstand short term of very high pressures. In fact, I
17    think our tubing is rated for up to 200 psi, as is most
18    manufacturers. But that rating is on there in case
19    there's something catastrophic that happened and you
20    have like very high water pressure in your house, but
21    that's a safety factor so, you know, your pipes won't
22    immediately burst. But if you operate a PEX piping
23    system at say 120 psi or 150 psi day after day after
24    day, it's kind of like driving your car 150 miles an
25    hour every day. It's not going to last as long as it

Page 149

1    would if you drove at a reasonable speed, because it
2    just puts pressure on the -- on the tubing itself. So
3    that's why we place those limits.
4    Q    Does Georgia have notably aggressive water?
5    A    I don't know if they have aggressive water,
6    but that is another area where there's high water
7    pressure. I do -- I recall visiting a home in -- north
8    of Atlanta, and the water pressure at that house was up
9    to 165 psi, more than double what the code is. So I
10    know that that is an area that is known for high water
11    pressure. I don't know about the aggressiveness of the
12    water.
13    Q    When did you visit that home when you went to
14    Georgia?
15    A    I don't know. It was -- it was probably,
16    like, 2011 or 2012, something in that time period.
17    Q    Why were you there?
18    A    Well, my son lived in Atlanta and this is,
19    again, there was a PER that came through. I knew I was
20    going to be down there. We -- it sort of -- we had just
21    started to do more site visits, and I just visited a
22    home just so I could get a better understanding of
23    things and talk to the homeowner, because I just wanted
24    to gain an understanding what was -- what was happening.
25    So I put a pressure gauge on the home and left it for a



Page 150

1   couple of days, and that's what we found.
2         (EXHIBIT 6 MARKED FOR IDENTIFICATION)
3       A   Thank you.
4       Q   So this document, I believe you've probably
5   seen before?
6       A   Oh, yeah.  I remember it well.
7       Q   You wrote it, correct?
8       A   Yes, I did.
9       Q   First of all, who is this document directed
10  towards?  Who was the audience for this document?
11      A   It would be plumbing contractors and wholesale
12  distributors or anyone that sold PEX tubing.
13      Q   Okay.  And in here you're kind of, I guess,
14  giving some general information about the product
15  warranty and also state liability laws that tie --
16      A   Yeah --
17      Q   -- into --
18      A   Yeah.
19      Q   -- product issues, and you say, "The purpose
20  of a product warranty is to cover the product itself.  In
21  the event that a product proves to be defective in its
22  manufacture, the product warranty allows for repair or
23  replacement of such defective product."
24      A   Yes.
25      Q   So the warranty is essentially covering, you

Page 151

1   know, the product itself in dealing with that
2   specifically, right?
3       A   Yes.
4       Q   But then you go on to say, "State product
5   liability law allows for the recovery of damages caused
6   by defectively manufactured products.  Nothing has to be
7   done to afford you this protection.  State law already
8   provides for it."
9       A   Uh-huh.
10      Q   So there, I guess you're telling the plumbing
11  contractors, other customers of NIBCO that if there's
12  damage to property that's caused by a defectively
13  manufactured NIBCO product, state liability law will
14  allow recovery for those damages?
15      A   Yes.
16          MR. KUHLMAN:  Object to form.
17      Q   Does NIBCO have a warranty that covers the PEX
18  products?
19      A   Yes.
20      Q   What's the time period of that warranty?
21      A   It's 25 years on tubing and ten years on
22  fittings and then, like, maybe one year on tools and
23  some of the other stuff.
24      Q   Does the warranty allow for the recovery of
25  property damage under state product liability laws?

Page 152

1          MR. KUHLMAN:  Object to form.
2       A   You know, I don't remember the exact language,
3   but I do have to -- I would like to tell you what the
4   context of this letter was.  We had one competitor that,
5   in their warranty, was specifically stating that we will
6   replace drywall, carpeting, furniture, you know, all
7   these things, and then the warranty was being kind of
8   used against us, because they were spelling out all
9   these different and sundry things that can go wrong and
10  saying, "We'll cover them."  And so people would say,
11  "Well, I read your warranty, Randy, and it's -- you
12  know, you say that you cover these things, but, you
13  know, they're specifically saying carpet and furniture
14  and drywall, and you're not saying it."  And so what I
15  was trying to do here is say, "Hey, guys, it doesn't
16  matter.  You know, we're -- you know, we're liable for
17  these things."  So that was the context of this letter
18  was to allay -- allay some fears that some people had
19  and kind of combat this competitor that was being very
20  explicit in the language of the warranty.  And NIBCO,
21  we're part of a much bigger organization with a lot of
22  different products and, you know, if you look at our
23  warranties, you know, there's a lot of similarity
24  between them, and we weren't going to go in and add all
25  these things.  And that's what this addressed.

Page 153

1       Q   Okay.  So this was basically -- the letter was
2   an attempt to say, "Okay.  There's all these kinds of
3   property damages that could occur."
4       A   Yeah.
5       Q   "And even though they're not specifically
6   spelled out in the warranty, NIBCO will cover these
7   kinds of things?"
8       A   Yes.
9          MR. KUHLMAN:  Object to the form.
10      Q   All right.  Well, let's actually check out the
11  warranty.
12      A   Okay.
13      Q   See what it says.
14         (EXHIBIT 7 MARKED FOR IDENTIFICATION)
15      A   Thank you.  Okay.  I'm ready.
16      Q   So does this -- the language in NIBCO's
17  limited warranty that we're looking at comport with your
18  general understanding of the warranty?
19      A   Yes.
20      Q   And it's 25 years, right, for the tubing?
21      A   Yes.
22      Q   If NIBCO products are exclusively used in the
23  system, correct, that's 25 years?
24      A   Yes.
25      Q   Okay.  And then if we look at the -- towards

MAGNA
LEGAL SERVICES

Page 154

1    the bottom of that last full paragraph where there's the
2    bold capitalized language it says, "To the extent
3    permitted by law, this warranty specifically excludes
4    incidental and consequential damages of every type and
5    description resulting from any claim defect in material
6    or workmanship, including but not limited to, personal
7    injuries and property damage -- damages"; is that what
8    the warranty says?
9        A    Yes.
10       Q    So how does that statement in the warranty
11   comport with your statement to customers in the letter
12   that state product liability laws will allow for the
13   recovery of those types of damages, including property
14   damage?
15       A    Well, you know, I'm not an attorney, but I
16   mean, the NIBCO legal department obviously has approved
17   this warranty, and I know that I worked with them on
18   this letter.  And so you know, I basically was going by
19   their advice and guidance in writing this letter, which
20   addressed the issue with a competitor's warranty.
21       Q    Okay.  And I certainly appreciate that you're
22   not a lawyer and that, you know, you didn't draft the
23   dry language and --
24       A    Yeah, I know this -- this, you know, these
25   warranties typically are very, you know --

Page 155

1        Q    They're not --
2        A    -- draconian and protecting, and this is
3    certainly an example of one.  But I guess this was the
4    kinder, gentler version.
5        Q    Well, so based on just your -- as a non-
6    lawyer, based on --
7        A    Right.
8        Q    -- reading the warranty and specifically that
9    language that I just read out of it regarding property
10   damage, do you believe that the statement you made in
11   your July 2012 letter regarding recovery under state
12   product liability law is an accurate statement?
13          MR. KUHLMAN:  Object to form.
14       A    Well, that -- that's what I -- you know,
15   that's what I was counseled and the letter, if it wasn't
16   written -- it wasn't -- I mean, it was -- it was written
17   with a lot -- lot of help from our legal department, and
18   so I would -- these -- even though I'm on the letter, I
19   didn't write these words and this was, you know, what we
20   chose to communicate to our customers in consultation
21   with our legal staff.
22       Q    So during your time as general manager of the
23   PEX products, for all the PERs that came in relating
24   specifically to the PEX tubing, on what percentage of
25   those PERs did NIBCO provide a payment to the customer

Page 156

1    for property damage that had resulted?
2        A    I don't know.  I mean, I know that there were
3    certainly some instances, you know, where we did, but I
4    don't -- it -- I have no idea what the percentage is.
5    Probably something very small I would think, because we
6    just didn't have, you know, issues like that.
7        Q    Or at least issues with a determination that
8    was that it was a --
9        A    Correct.
10       Q    -- manufacturing design defect?
11       A    Correct.
12       Q    How would -- regardless of the number of times
13   it happened, how would NIBCO go about making the
14   determination as to whether that kind of payment would
15   be made?
16       A    Well, it -- you know, it had to be our fault,
17   you know, or an obvious product defect.  And our
18   technical services people, I mean, they're very good at
19   handling these issues, and they -- they took care of
20   taking care of the customer.
21       Q    Okay.  I guess I should ask --
22       A    I mean, they weren't waiting for my approval,
23   you know.
24       Q    That's what I was going to ask.  Did you have
25   any involvement in determining whether a payment would

Page 157

1    be made for product --
2        A    No.  They would probably consult with me and
3    let me know, but, no, they went ahead and took care of
4    things.
5        Q    Was there ever an instance where they had a
6    position on whether they should be paying property
7    damages, the technical people, and you disagreed with
8    their conclusion?
9        A    No.  No, I never refused.
10          MR. KUHLMAN:  Okay if we go and break?
11          MR. SHAMBERG:  Yes, sir.
12          (OFF THE RECORD)
13   BY MR. SHAMBERG:
14       Q    So earlier we were talking about the site
15   inspections, and you said that typically Tom Coe was
16   kind of the go-to guy to do the site inspections?
17       A    Yes.
18       Q    What qualified Tom to be in the best position
19   to perform those inspections?
20       A    Well, Tom has -- you know, he was an original
21   CPI associate, and he's been the product manager for --
22   I'm trying to think when he started with CPI.  But he's
23   got, you know, a lot of experience, and he also is kind
24   of a -- kind of a handyman, you know.  He's a woodworker
25   and does a lot of work at his home.  And so the site



Page 158

1 inspections involve you to take readings, but you also
2 have to know a little bit about plumbing, and it's not
3 so much a technical-type job as a job of being able to
4 look at things, see a plumbing system and what it has or
5 doesn't have. And so he -- we thought that he'd be the
6 best person to do it. We didn't want anyone from sales
7 doing it, and our -- our engineers in Elkhart are
8 typically, you know, they're working on all kinds of
9 things other than PEX, so Tom was kind of a natural, you
10 know, person to do it.
11    Q   What about Debbie Premus?
12    A   Well, Debbie's responsibilities are at the
13 plant, you know. She's there to ensure that what we're
14 making on a day-to-day basis is -- is good product. So
15 we really needed her, you know, to stay in Lebanon.
16    Q   Okay. And then we were also talking about
17 some areas that you said are kind of notable for having
18 high water pressure in North Carolina, San Antonio area,
19 Georgia, at least -- or at least parts of Georgia.
20    A   Yes.
21    Q   Does NIBCO have any kind of list of these
22 areas? I mean, you seemed to recognize particular
23 areas. Is there a comprehensive list of -- hey, here
24 are the places we've, you know, identified as having
25 high water pressure?

Page 159

1    A   I don't think that we do. It was something
2 that I had, you know, discussed and wanted to, you know,
3 like, take a map and document it just so I have, you
4 know, a greater understanding of it, but I don't think
5 we ever got to that. At least not when I was there. I
6 don't know if they've done it since then.
7    Q   Are there -- other than the ones you've
8 already discussed today, are there other areas within
9 the United States that you're aware of that are notable
10 for that --
11    A   Well, I think the Southeast in general is an
12 area where we've observed very high water pressure.
13 Alabama, Tennessee. Actually, North Carolina, the
14 hotspot was the Charlotte area, even extending, you
15 know, into South Carolina there in the Charlotte metro
16 area. A lot of times it's areas where there's a lot of
17 population growth. And so what will happen is, you
18 know, cities can't afford to put in more pumping
19 stations, so what they do is they extend the lines and
20 just increase the pressure at the main pumping station.
21 So if you're near that pumping station, they're just
22 blasting you. So a lot of it is areas where there's a
23 lot of population growth that is exceeding the ability
24 of municipalities to extend infrastructure. So those
25 are just things we kind of learned, you know, over time,

Page 160

1 and then sometimes I'd go into communities. I can't
2 remember the town, but I was in a town in Alabama and
3 the guy said, "Hey, you know, our water pressure gets up
4 to 180 psi every night. Is that bad?" I go, yeah,
5 yeah. That's kind of bad. You might want to do
6 something about that. So these are just learnings from
7 being out there and selling this product.
8    Q   So NIBSO sales department was for the PEX
9 products. Is that split up by area or region?
10    A   Well, we -- every NIBCO salesperson would sell
11 PEX, and then we had Sunbelt Marketing who was an agent
12 for us, and he had another agent in the Northeast, and
13 then under me, I had regional PEX sales managers who
14 kind of directed the whole thing. He was kind of the
15 resident PEX expert.
16    Q   And Sunbelt, I think you said was focused on
17 the Southeast; is that correct?
18    A   Yes.
19    Q   Was there a NIBCO associate or salesperson who
20 was assigned the Southeast region of the United States?
21    A   Not really. I usually took responsibility for
22 that. I was the general manager, but I usually only
23 kept -- we have three regions. I had a person in the
24 central US and the western US, and then I usually took
25 care of the East, because of our agents who were located

Page 161

1 in the East, they were very good at what they did, and
2 didn't need as much oversight.
3    Q   After NIBCO became aware -- well, let me ask
4 this. Around when did you become aware of notably high
5 water pressures generally in the Southeast?
6    A   Well, you know, probably around 2010, '11,
7 '12, that -- that kind of timeframe. That's when we
8 started to notice it. We also -- but we were also aware
9 of it early. I remember in 2008, we were aware of the
10 issues at the Charlotte area. And that was tubing that
11 CPI had sold, and we were looking into that. And in
12 fact, some work had been done in 2007, and we were aware
13 of high water pressure in those areas.
14    Q   So whether it's respect to Charlotte in around
15 2008 or more generally the Southeast of the United
16 States in that 2010, '11, '12 timeframe, when NIBCO
17 became aware of the high water pressure in these areas,
18 did NIBCO begin informing distributors or customers in
19 those regions, "Hey, we're aware that there's high water
20 pressure here. Make sure that the application isn't
21 exceeding the pressure limits for the product?"
22    A   Well, that's when we started in our
23 installation manual, you know, putting, you know,
24 cautions about not exceeding 80 psi, you know,
25 chlorinated water. You know, I don't think we -- you



Page 162

1  know, other than, you know, discussing it with customers
2  during sales calls, I didn't put anything out. I didn't
3  put out a bulletin saying that, you know, these areas,
4  because even within an area, it may be good on one side
5  of town and bad on the other, and we were just still
6  really learning what was going on.
7      Q   With respect to Charlotte, you said that the
8  failures that you saw occurring there in around the
9  2007, '8 timeframe were for pipe that was manufactured
10 by CPI --
11     A   Yes.
12     Q   -- and sold by CPI prior to the acquisition,
13 right?
14     A   Yes.
15     Q   I might have asked you this earlier. I
16 apologize if I did, but the acquisition of CPI occurred
17 in 2006. How long thereafter did CPI continue to exist
18 as an entity separate from NIBCO?
19     MR. KUHLMAN:  Object to form.
20     A   Well, in May 2006, we, you know, purchased the
21 assets of CPI and, you know, everyone at CPI became, you
22 know, part of the NIBCO team, and then as time went by,
23 we transitioned, and there were some functions that we
24 didn't need, some corporate functions that we didn't
25 need because of duplication, and really, today, I think

Page 163

1  the only CPI associate from a management standpoint
2  who's left is Tom Coe. But they were a pretty small
3  outfit. I mean, this is a real small -- you know, they
4  -- there were probably only eight people in the office,
5  you know, including the customer service people, so it
6  wasn't a huge operation.
7      Q   So -- and, again, I know that you're not a
8  lawyer, so when I ask this question, I don't intend it
9  to be what are the corporate formalities of the separate
10 existence of legal entities, but just more in a
11 practical sense by, let's say, 2008, if someone was
12 trying to get into contact with CPI, they would be
13 contacting NIBCO at that point; is that fair?
14     MR. KUHLMAN:  Object to form.
15     A   Well, yeah, I mean, the -- CPI was owned by
16 the Warren Group, and then -- which was, like, a
17 syndicate of investors, and so when we acquired the
18 assets of CPI, we -- you know, we also hired those
19 people. So you know, there wouldn't be -- there wasn't
20 any place to call, --
21     Q   Okay.
22     A   -- per se.
23     (EXHIBIT 8 MARKED FOR IDENTIFICATION)
24     Q   Last document for me. He might have more for
25 you.

Page 164

1      A   Yeah, I'm looking at that stack over there.
2  Thank you.
3      Q   And I'll just let you know that you should
4  feel free to review this document in its entirety. My
5  questions are going to focus on this e-mail on the first
6  page.
7      A   Oh, okay.
8      Q   And the --
9      A   That's fine.
10     Q   But if you want to review the whole thing,
11 please do.
12     A   No, no. Let me read this. I -- I think I
13 remember some of this. Okay.
14     Q   So this is an e-mail chain discussing a
15 certain PER that was opened with respect to a homeowner
16 named James Owens; is that correct?
17     A   Yes.
18     Q   Okay. And in this e-mail that I mentioned,
19 first one of the document, is written by Ken McCoy to
20 Kate Emery, and you were CC'd on it on August 2, 2012;
21 do you see that e-mail?
22     A   Yes.
23     Q   And it seems that in this e-mail Ken is
24 discussing the disposition of the PER, and he's
25 essentially saying that the fittings that were at issue

Page 165

1  were manufactured by CPI, not NIBCO; is that fair?
2      A   It appears that way, you know, from that --
3  from this e-mail, but I don't know exactly.
4      Q   And I wanted to ask you about the last line of
5  this e-mail, where he says, "You'll have to pursue the
6  matter with CPI?"
7      A   Yes.
8      Q   In August of 2012, how would Mr. Owens have
9  gone about pursuing the matter with CPI?
10     A   Well, I don't know why Ken said that, but I --
11 I do know that -- because, you know, what I had told you
12 earlier, that CPI basically didn't exist, I'm not sure
13 if Ken understood that. So I don't know why he would
14 say this. I can only -- I can only speculate. You
15 know, I do know that for a period of time, after the
16 acquisition of the assets of CPI, if there were some
17 warranty claims, we were sending those to CPI's
18 insurance carrier, and they were taking care of warranty
19 issues. And that could be what he was thinking of here,
20 but, you know, it doesn't -- it doesn't contradict what
21 I said earlier, that basically -- unless, you know --
22 and Kate would have known that, too.
23     Q   Would a homeowner like Mr. Owens have been
24 aware that NIBCO was still processing some warranty
25 claims through CPI?

MAGNA
LEGAL SERVICES

1      MR. KUHLMAN: Object to form.
2      A   Well, I don't know. I know that there --
3  there was an information sheet that we were sharing with
4  people when CPI warranty issues arose, and we were doing
5  the best that we could to get the information into
6  people's hands. This is where you need to go, you know,
7  if you're seeking recourse. But in this particular
8  case, I don't know.
9      Q   I notice Ken put quotes around CPI there at
10 the end of the e-mail. Do you think he did that because
11 he knew he was sending Mr. Owens on a wild goose chase?
12     A   Oh, I don't know what that -- I don't know
13 what he meant by that. You'd have to talk to Ken.
14     Q   I did ask him about that.
15     A   Oh, did you?
16     Q   Okay. Let me take a second and look at my
17 notes.
18     A   Okay.
19         (OFF THE RECORD)
20     MR. SHAMBERG: Okay. I have no more questions.
21         EXAMINATION
22 BY MR. DEUTSCH:
23     Q   Mr. Doering, I'm Larry Deutsch. I represent
24 the plaintiffs in the Meadow case, and we're also
25 seeking national class on behalf of purchasers of

1  NIBCO's PEX products. So I'm going to try my best not
2  to repeat questions that my colleague asked, but
3  occasionally I may stray into something you've already
4  answered, and I beg your indulgence on that. So before
5  we get underway, I want to make sure first I understand
6  your position in the NIBCO organization with the PEX
7  products.
8      A   Okay.
9      Q   So I've marked this as Meadow 44, and have you
10 take a look at it. And tell me if you recognize it and
11 if it appears to be an organization chart that includes
12 you as general manager of PEX?
13         (MEADOW EXHIBIT 44 MARKED FOR IDENTIFICATION)
14     A   Yes.
15     Q   It's a document that encompasses Meadow's
16 documents 123109 through 123113. So if you can tell me
17 if you recognize this --
18     A   Yeah, I recognize --
19     Q   -- and it seems to be an accurate depiction of
20 your role --
21     A   Yes.
22     Q   -- in PEX --
23     A   Yeah.
24     Q   -- as of November 2009?
25     A   Yes.

1      Q   Okay. And these are the people that reported
2  to you in the --
3      A   At that time.
4      Q   -- company. And do you know where Mr.
5  Kalberer is nowadays?
6      A   Doug, he left us, and the last I heard, he was
7  working for Sioux Chief Manufacturing.
8      Q   Okay. Do you know where they're located?
9      A   Peculiar, Missouri.
10     Q   And how about Mario Orlando, PEX Western sales
11 manager, where is he now?
12     A   I do not know where he is at, but he lived in
13 southern California. I'm sorry. I don't know who he's
14 working for today.
15     Q   Okay. And in this document it shows you, your
16 direct report is to Mr. Malm, right?
17     A   Yes.
18     Q   Okay. And was there a routine reporting of
19 some sort that you gave to Mr. Malm as to the condition
20 and operation of the PEX business?
21     A   All of the direct reports to Steve Malm were
22 on a committee called the operating committee, and we
23 met once a month, and then I would usually do a brief
24 report once a month.
25     Q   And that would be a written report?

1      A   That would be usually, like, a PowerPoint.
2      Q   Okay. And who was on the operating committee?
3      A   Well, it would be everyone that reported
4  directly to Steve Malm at the time, back in 2009, so
5  Clyde Hayes and Jim Hilfinger, Jeff Shreiner, and then
6  if you go back here on other sheets, there's Bill Geers
7  and Steve Kemp and Chris Mason and Dave Goodling, and
8  Gary Wilson.
9      Q   Okay. So you would produce some kind of
10 monthly written report to Mr. Malm; is that correct?
11     A   Usually, yeah.
12     Q   Were there any other written reports that you
13 routinely provided to him?
14     A   No. No, that -- you know, I mean, every year
15 -- or every month our accounting department, you know,
16 published the financials, and that was, you know, that
17 was a consistent report month after month, and then at
18 the operating committee meeting, we either -- I either
19 had prepared a PowerPoint on where we're at with things,
20 or it was just a -- we'd do a roundtable, and I'd just
21 give them a summary of what we were up to, what kind of
22 month we had.
23     Q   Okay. Did you do any direct reporting to Mr.
24 Martin as the CEO of NIBCO?
25     A   No.

Page 170

1    Q    Okay.  Did you, on occasion, do some reporting
2  directly to Mr. Martin?
3    A    Not directly.  There were a couple of meetings
4  a year where we did a kind of a half year, end of year
5  summary, and Rex would sometimes sit in on that.  But I
6  was delivering that to the entire operating committee,
7  and Rex would sometimes make an appearance and sit in.
8    Q    Okay.  And that was also something you did in
9  writing that you ultimately shared with the operating
10  committee; --
11    A    Yeah.
12    Q    -- is that right?
13    A    Yeah.
14    Q    Okay.  Now, the way this is designed on Meadow
15  44 it looks like PEX is a separate operating entity; is
16  that correct?
17    A    Yes.
18    Q    Okay.  And that stayed that way to the
19  present?
20    A    Yes.
21    Q    That you know of?  Okay.
22    A    Yeah.  We felt that, you know, the PEX
23  business was -- was different than some of our other
24  businesses.  One part of it is it's a system that's
25  selling.  You know, our other businesses are just

Page 171

1  selling valves or fittings, whereas this, you're selling
2  a system, they felt like.  And then since it was a
3  relatively a new business to NIBCO, they felt like it
4  needed its own focus, and having a general manager was
5  part of that.
6    Q    I'd like you to take a look at what's been
7  marked as Meadow 45, which encompasses Meadow's Bates
8  numbers 123118 through 122.  And this is an organization
9  chart.  It shows on the bottom right-hand corner it's
10  October 2012.  And if you could take a look at this,
11  tell me if you recognize it.  Tell me if it appears to
12  be an accurate depiction of NIBCO and the period October
13  2012 and particularly your organization on the third
14  page?
15    (MEADOW EXHIBIT 45 MARKED FOR IDENTIFICATION)
16    A    Yes, it is accurate.
17    Q    And these are the correct direct reports here
18  at this period of time October 2012?
19    A    Yes.
20    Q    And is Michelle Mast still with NIBCO, to your
21  knowledge?
22    A    Yes.
23    Q    Do you know where her current assignment is?
24    A    I think that she's still an administrative
25  assistant.  I don't know if she's an assistant to the

Page 172

1  present general manager today, but she is performing a
2  similar role.  She --
3    Q    What was her role under your --
4    A    Oh, she just, you know, helped with clerical
5  stuff.  Wasn't at the plant.  She was up at Elkhart.  She
6  was just assigned to help me with --
7    Q    Did she kind of keep your records?
8    A    Yeah, yeah.  Just when I needed help.  It's
9  kind of different today, because we all have laptops,
10  and we don't have people doing our letters anymore.
11    Q    And at the bottom of this organization chart
12  under you, you have operations manager Lebanon, Marc
13  Lara --
14    A    Laracuenta.
15    Q    Laracuenta?
16    A    Yes.
17    Q    And what was his role under you?
18    A    Well, Mark was responsible for, I believe
19  there's -- at the PEX plant there's three operations.
20  There's the production or extrusion of the tubing, and
21  then there's secondary processing where you coil it, cut
22  it to length, and then the third operation is storing it
23  and shipping it.  And Mark would have been responsible
24  for the secondary processing and the shipping of the
25  product.  And then the other gentleman, Pat Borgerding,

Page 173

1  he was in charge of the extrusion of the tubing.
2    Q    Do you know if they're still with NIBCO?
3    A    No, they are no longer with NIBCO.
4    Q    Do you know where they went?
5    A    I do not know.  I know that Mark is in
6  Columbus, Ohio.  He got into something totally
7  different.  I think it's a company that makes paint.  I
8  don't know the name of it.  I don't know where Pat
9  Borgerding went.
10    Q    Okay.  In Meadow 44, we saw there's a Doug
11  Kalberer --
12    A    Yes.
13    Q    -- in that -- in your organization chart.  Do
14  you know why he left NIBCO?
15    A    I don't know.  I think he had a -- I think
16  that he was -- you know, our sales -- our PEX sales
17  managers had big territories.  Doug's territory was from
18  Texas all the way to Minnesota, and I think he was tired
19  of the travel, and so he went to Sioux Chief
20  Manufacturing, took a -- it's like a marketing or
21  product development role there.
22    Q    Okay.  Now, aside from your reports at the
23  operating committee to Mr. Malm, could you describe Mr.
24  Malm's involvement in the PEX business?
25    A    Well, you know, Steve, he was not involved in

MAGNA
LEGAL SERVICES

Page 174

1  any day-to-day, you know, details of the business.  You
2  know, I would report to him at the operating committee.
3  I also, in my previous testimony, talked about the
4  business management teams that we had, and he would
5  sometimes sit in on those meetings, which usually lasted
6  no more than two hours once a month.  And so you know,
7  he was familiar with the direction of the business and
8  what we were working on, but he didn't get involved in a
9  day-to-day basis with anything.
10      Q    Did you normally inform him if there were
11  issues of concern about how the PEX business was
12  performing?
13      A    Well -- well, I think at the business
14  management team meeting, you know, we talked about
15  things in general, and so, you know, he knew -- you
16  know, he knew about, you know, things that we were
17  working on and, you know, things that we were thinking
18  about getting into and challenges that we were facing.
19      Q    When you say "challenges," what would you fit
20  into that category for the PEX business?
21      A    Well, I mean, we talked mostly about, you
22  know, actions by our competitors and what we were going
23  to do and jobs that we were -- customers we were trying
24  to convert and customers that we may have lost for one
25  reason or another, and we -- those were the kind of

Page 175

1  things that we talked about mostly.
2      Q    Did he get involved in any way in the
3  reformulation project that you identified earlier in
4  your testimony?
5      A    Not really, no.  Other than -- other than we
6  -- you know, we, you know, told him what -- talked to
7  him about what we wanted to do and, you know, got his
8  blessing on -- on things.  And then, of course, I think
9  that with that investment level that David Bobo had in
10  his proposal, I don't know if they spent all that money,
11  but that was going to go to his level for a signoff,
12  so...
13      Q    And did that happen?  Did that go to --
14      A    Yes.
15      Q    -- Mr. Malm's level?
16      A    I'm sure that it did, yes.
17      Q    And he approved that?
18      A    Yeah.
19      Q    Is that right?
20      A    Yeah, yeah, yeah.
21      Q    Do you know if that went to Mr. Martin's
22  level?
23      A    I don't know.
24      Q    Do you recall any specific reports, and I
25  don't mean a routine report, but just any topic that you

Page 176

1  ultimately reported to Mr. Martin directly regarding the
2  PEX business?
3      A    No.
4      Q    Now, part of the PEX business is not only the
5  tubing but the fittings and the clamps; is that right?
6      A    Correct.
7      Q    That's part of a whole system, right?
8      A    Yes.
9      Q    And NIBCO didn't make the fittings and clamps
10  for the PEX system, right?
11      A    That's correct.
12      Q    Okay.  It required them going to a vendor,
13  right?
14      A    Yes.
15      Q    And who were the vendors that NIBCO used for
16  its fittings and clamps?
17      A    Well, we had several vendors for fittings.
18  Linx was one of the vendors.  There was another company
19  I believe called Asian Union that we used.  With the --
20  with the connection devices, I can't remember the name
21  of our copper crimping source, but it was -- it was a
22  domestic source.  There was a stainless steel client
23  that we actually stopped selling.  We were buying that
24  from a company called -- from -- called Murray.  We were
25  selling those at the time, but I -- we got out of that

Page 177

1  near the end of my tenure.  And then like I said before,
2  some of the ancillary products, we bought from Sioux
3  Chief Manufacturing.  But those were the main sources.
4      Q    Okay.  And when you say "connection devices,"
5  could you define what you mean?
6      A    Well, a PEX connection's a mechanical joint.
7  And so you have a fitting that has barbs on it.  It's
8  inserted into the tubing, then the connection device on
9  the outside of the tube, and then you use a tool to
10  crimp that mechanical device around the tubing.  That
11  holds everything together so it doesn't come apart.  And
12  most of what we sold, I'd say 80 percent, were copper
13  crimp rings.  Those were the -- you know, a very good
14  connection system and most popular with our customers.
15      Q    Okay.  And your testimony a little while ago,
16  you said that you, if I understood you right, that you
17  got out of the stainless steel clamps that Murray
18  produced; --
19      A    Yes.
20      Q    -- is that right?  Okay.  And why was that?
21  Why did you stop using them?
22      A    Well, we -- I think the main reason was we
23  didn't think that it was, you know, our -- we were
24  selling mostly to plumbers, who were professionals, and
25  we felt like the clamp was more of a

Page 178

1    do-it-yourselfer-type device, and they were -- one thing
2    that was happening is that some people were importing
3    cheap tools from China, and these tools were being used
4    on the clamps, and it introduced a lot of problems that
5    we couldn't control, because these tools are
6    interchangeable.  And so we -- we just felt like -- and
7    we weren't selling a lot of them.  And so we felt we'd
8    just focus on -- on copper.  And then we -- we had a
9    third clamping device called the stainless steel sleeve
10   we could sell along with those, but we thought that it -
11   - they had more benefits, and so we -- we wanted to
12   focus on -- on those two connection devices.
13        Q    So were a number of problems reported with the
14   stainless steel clamps?
15        A    There were a few.  It wasn't -- it wasn't
16   anything major.  But I think we just had some -- there's
17   just some things about it that we just didn't like, and
18   we weren't selling that many of them, so we decided, you
19   know, to change the direction we were in.
20        Q    Did you ever determine if there was something
21   wrong with the stainless steel clamp that was produced?
22        A    No, no.  You know, there may have been a, like
23   a dud every once in a while, but, no, there wasn't --
24   there wasn't anything wrong with them.  Just that
25   another problem with them is that with the copper crimp

Page 179

1    line, it fits on the tubing, and you can position it
2    almost perfectly on the -- on the tubing.  The clamp is
3    -- was bigger than the tubing, so you know, you're
4    trying to hit a spot.  You're supposed to install these
5    devices one-eighth of an inch from the end of the tube,
6    and a lot of installers, because there was so much
7    slack, they had trouble hitting it, you know.  We just
8    -- we just thought there's too many variables here, you
9    know.  It's hard for installers to use.  Not many
10   professionals use them.  We're selling to professionals.
11   Why are we in this?  So we got out of it.
12        Q    Okay.  And earlier in your -- the answer you
13   just gave me, you referred to what you called "ancillary
14   products."
15        A    Sure.
16        Q    Could you explain what that is?
17        A    Oh, there's just all kinds of things.  PEX
18   tubing, typically, you don't want it touching any metal.
19   And a lot of people use steel studs in buildings today,
20   so we had grommets that you would put in the holes in
21   these studs so that the tubing would slide on plastic.
22   We had supports so that you'd have a perfect bend radius
23   for the tubing when going around corners.  There are --
24   PEX tubing cannot be connected -- you have to be 18
25   inches away from the water heater, so we would sell

Page 180

1    special fittings that had expansions for the water
2    heater.  Just all kinds of things like that.  Things are
3    kind of close to being a fitting, but really isn't.
4        Q    Okay.  So you mentioned a few vendors you
5    dealt with.  Was another vendor Marshall Brass?
6        A    Yes.  CPI was purchasing fittings from
7    Marshall Brass.  And then we also did, oh, probably for
8    a couple of years after the acquisition.  And I think it
9    was around -- yeah, it was around 2008 that we switched
10   to offshore sources for the fittings.
11        Q    And what were those offshore sources?
12        A    The ones that I had mentioned, Linx and the
13   Asian Union.
14        Q    And did you ever have problems with those
15   sources?
16        A    We only had one -- one problem that involved
17   Linx, and that involved just a handful of fittings.  And
18   at their factory, the wrong alloy was put into the
19   fitting, and we had noticed some unusual stress cracking
20   in some of the fittings.  And so we -- we did a quick
21   investigation, and then we did a -- kind of a product
22   exchange with our customers trying to get as many
23   fittings back as we could.  And then -- and then for the
24   next several years, unfortunately, there were some
25   issues that we became aware of, and then we worked

Page 181

1    through the issues with our customer.  But it was
2    something that we knew about, you know, immediately and
3    we took, you know, what we thought -- what we think are
4    responsible steps to, you know, resolve it.
5        Q    I think you referred to, maybe I'm
6    mischaracterizing it, as a handful of these fittings
7    from Linx.  Do you have, like, a numeric count?
8        A    I don't know the exact number.  I think it
9    was, like, five configurations and with maybe, I think,
10   80 -- around 80 percent of the failures were just one --
11   one particular fitting configuration.  It was a T, as I
12   recall.  I don't remember exactly which configuration it
13   was.  But it was -- I think it might have been a one
14   inch by -- one inch by one inch by -- or a half inch by
15   half inch by one inch T.  I think that may have been the
16   one that was affected the most.
17        Q    And --
18        A    As I recall.
19        Q    Do you have an understanding of -- like how
20   many of the Ts were sold to the public?
21        A    Oh, it was -- I'm trying to remember.  It --
22   it wasn't -- you know, it was in the thousands.  It
23   wasn't in the hundreds of thousands.
24        Q    When you discovered this problem with the Ts
25   from Linx that were sold to customers, was there an



Page 182

1  accounting adjustment done by NIBCO to reflect its
2  anticipated costs of fixing that problem?
3      A   Well, you know, the fittings, you know, we
4  didn't manufacture them.  They were made by Linx, and so
5  we were working with Linx and their insurance carrier,
6  you know, to pay the claims, because they were paying
7  the claims.  If there was any damages we were, you know,
8  obviously, replacing, you know, the product, you know,
9  if they needed new product.  But I -- I don't know what,
10  you know, accounting adjustments there were.
11      Q   But you're saying Linx was stepping up to
12  cover whatever costs were involved; --
13      A   That's correct.
14      Q   -- is that correct?  And that included --
15      A   They had their carrier.
16      Q   I'm sorry.  The plumbing costs, damage to
17  people's property?
18      A   That's correct.
19      Q   And were -- so people that came back to you
20  with Linx fittings and it failed, those claims were
21  approved in full; is that fair to say?
22      A   That's correct, yes.
23      Q   Okay.  And do you remember who their insurance
24  carrier was that you said covered the claims?
25      A   I think it was Chubb.

Page 183

1      Q   That raises a question.  On any claims
2  submitted to NIBCO, not Linx, does NIBCO look at an
3  insured to cover the costs of claims that come in from
4  the public?
5      A   Not --
6      Q   The PEX business?
7      A   If it's products that we make?
8      Q   Yes.
9      A   Not -- not typically.  I think -- no, I don't
10  -- I don't think we've made -- well, I'm not sure.  I
11  don't think we've made claims to our insurance company.
12  I think we've -- we've just take -- taken care of it.
13      Q   Now, these fittings that you got from your
14  vendors, was there a protocol in how NIBCO tested the
15  fittings and clamps before it sold them to --
16      A   Yes.
17      Q   -- the public?
18      A   Yeah, yeah.  We did -- you know, I don't know
19  all the tests, but we did extensive testing to make sure
20  that it met the standards.  We also had -- I'm trying to
21  think of the term for this document.  But we -- we had a
22  document for vendors that basically explained what our
23  specifications were for that product.  Since some of
24  these sources were Asian sources, we had a member of our
25  purchasing department who lived in China and would

Page 184

1  regularly audit our suppliers and ensure they were
2  meeting our standards.
3      Q   Given that program, how did the Linx defective
4  fittings get through the systems that you've installed?
5      A   I don't know if we'll ever know.  But I, you
6  know, we did seek a corrective action plan from them.  I
7  don't know if I personally saw it.  I think our
8  purchasing people took care of that.  And I know that
9  they were -- they were in their plant, you know, making
10  sure that -- giving us assurances that this wouldn't
11  happen again.  But I think it was just a mistake by an
12  individual, you know, on -- on one of the shifts.  And
13  it wasn't -- it wasn't a lot of fittings, but, you know,
14  it was -- there were enough out there to create some
15  problems for some folks.
16      Q   Do you have any idea of how many sites wound
17  up using the defective fittings?
18      A   You know, I -- it's been so long since I've,
19  you know, seen -- seen the numbers.  You know, it was,
20  you know, probably more than 20, but not, you know, not
21  in the hundreds or anything like that, you know.
22      Q   Now, as part of the PR program run by NIBCO
23  relating to PEX --
24      A   Yes.
25      Q   -- under your direction, was there a protocol

Page 185

1  when people complained or sent in fittings to NIBCO as
2  to how you evaluate what the cause of the failure was
3  and whether or not NIBCO would cover the costs to --
4      A   Yeah, it was the same process as the PEX
5  tubing.  And the fittings were sent to our lab in
6  Elkhart, and then they would evaluate the fittings and
7  try to make a determination if it was a manufacturing
8  defect or not.
9      Q   Was there a written protocol of what the
10  people evaluating the fittings that came into your
11  system used?
12      A   I don't know for sure, but I'm fairly
13  confident that they had, you know, a road map on what
14  are the steps to take to evaluate those things.
15      Q   Were there certain tests they applied to
16  evaluating the fittings that were returned?
17      A   You know, I just wasn't that familiar with it,
18  Larry.  I -- I know that they were very good at what
19  they did.  We had a metallurgist on our staff, who often
20  weighed in on failures, and he was very good and, you
21  know, they used microscopes to look very deeply at these
22  things, but they -- they were -- they were the experts.
23      Q   Who was the metallurgist you were just
24  referring to?
25      A   Ben Lawrence was the metallurgist, yeah.

MAGNA
LEGAL SERVICES

Page 186

1      Q   Now, at some point did NIBCO deal with the
2  issue of dezincification of some of its fittings?
3      MR. KUHLMAN: Object to form.
4      A   Well, can you restate that? I'm not sure I
5  understand --
6      MR. DEUTSCH: Can you read that back?
7      A   -- what the question is.
8      COURT REPORTER: I can do a playback.
9      MR. DEUTSCH: Oh, a playback. Wow. This is
10 very high-tech.
11     COURT REPORTER: Hold on. Let me go back and
12 fix the volume.
13     MR. DEUTSCH: Oh, that's what that little
14 device we have here?
15     COURT REPORTER: This line, yes, but it plays
16 out of my computer. I just have to switch the sound
17 system to which one I use.
18     MR. DEUTSCH: It's going to take a while. I
19 can repeat what I'm asking. That's okay.
20     COURT REPORTER: Okay.
21 BY MR. DEUTSCH:
22     Q   Was there a time when NIBCO became aware of
23 and began to deal with issues of dezincification of its
24 brass fittings?
25     A   Okay. Okay. Yeah, when we first got into the

Page 187

1  PEX business, our engineers were aware of some
2  dezincification issues that some of our competitors are
3  -- had had, in the early 2000s is when most of the
4  problems occurred. And we had been an advocate in our
5  industry for delignification-resistant brass for quite a
6  long time. I kind of learned this after the fact, after
7  we had gotten into the PEX business where brass was
8  commonly used. And so we -- our people led the push for
9  the industry to commit and adopt dezincification or
10 resistant fittings. They're also called DCR fittings.
11 You may have seen that on some documents. And so I'm
12 trying to remember the dates of all these things, but in
13 -- in the 2011, 2012 timeframe, we started converting
14 from yellow brass to DCR brass. At the same time, our
15 -- there were low-lead brass requirements passed in
16 California, and you know, California is such a good
17 part of the country, if you're going to change for
18 California, you might as well change for everyone else,
19 because it's -- you know, why have two inventories. And
20 so there was federal legislation passed requiring low-
21 lead brass, and so there was those -- those things kind
22 of -- they weren't simultaneous, but the low-lead brass
23 followed right after the DCR. And then I suppose it was
24 in that 2011, 2012, 2013 timeframe, we started making
25 the switch to fittings that had both dezincification-

Page 188

1  resistant and low-lead brass, which means it's less than
2  .25 percent lead content.
3      Q   Okay. But prior to that, NIBCO had sold
4  yellow brass as part of its PEX system, correct?
5      MR. KUHLMAN: Object to form.
6      A   Yeah. We had sold them, and they met all
7  applicable standards, and we really, I don't know for
8  sure, but I don't think we had any failures with any
9  fittings in the field.
10     Q   And do you know that as of today, that no
11 failures have come to light?
12     A   Well, there have been very few. There have
13 been very few that -- that I was aware of when I worked
14 at NIBCO, fitting failures.
15     Q   But just so I'm clear, NIBCO did sell yellow
16 brass to customers up until 2011?
17     A   Yeah.
18     Q   Yes?
19     A   Uh-huh.
20     Q   All right. I'm going to change topics for a
21 moment. Just -- I think in your testimony earlier today
22 you talked about aggressive water, and does that include
23 like the level of chlorine that you find in there?
24     A   Yeah. I -- I don't know the exact definition
25 of that, but I think we're probably talking about both

Page 189

1  pH and chlorine.
2      Q   Is there some level of chlorine that NIBCO
3  would define as aggressive?
4      MR. KUHLMAN: Object to form.
5      A   I don't know. I don't know enough about that.
6      Q   It appears to me that your experience would be
7  that you would -- it would be unlikely to find more than
8  one part per million of chlorine in portable water in
9  somebody's house; is that fair to say?
10     A   Well, I -- I don't know. I'd have to go back
11 and look at Tom's reports. But as I recall, the
12 chlorine probably ranged from 1 part per minute -- one
13 part per million to maybe three or four at the high
14 level.
15     Q   If there were some instances you found
16 chlorine as high as three parts per million?
17     A   Well, you know, I'm just kind of going off
18 memory, and I'm not sure. But I don't -- I think that
19 in most cases, I don't think chlorine -- high chlorine
20 levels were an issue in a lot of those cases we
21 investigated.
22     Q   Okay. Another change in topic. So when NIBCO
23 acquired what you call the assets of CPI, what was Mr.
24 Nathan's role in the acquisition period?
25     A   Well, Chris headed up the team, and then after

MAGNA
LEGAL SERVICES

Page 190

1   we acquired the assets of CPI, Chris was responsible for
2   the integration of the business into NIBCO.  And, you
3   know, we have operating systems and, you know, just
4   different company culture.  All kinds of things that
5   when we acquire, you know, new people and, you know, to
6   get them integrated into, you know, our way of doing
7   things.
8       Q   And he had that role from when to when?
9       A   Well, he had that role from 2006 -- the
10  integration probably was completed around, you know,
11  2008, 2009 as we officially said, you know, we're
12  integrated.  But then the plant continued to report to
13  him even though I was the general manager until 2012.
14  And then in 2012, I actually moved from our headquarters
15  in Elkhart, Indiana to Lebanon, and that's when I
16  assumed responsibility.  I was still general manager,
17  but I had responsibility for the manufacturing operation
18  as well.
19      Q   Let me touch on your work history then with
20  the PEX and what was the explanation you were given when
21  you took over the PEX business in 2008 as to why you
22  were getting that job?
23      A   Oh, why I was -- well, I had done -- you know,
24  I had been product manager when we started sourcing PEX,
25  and I led that project, and then prior to that I was the

Page 191

1   national sales manager for retail, and Menards was one
2   of my accounts, and I was successful in doubling our
3   business with them.  And so I think that those were
4   probably the two main things that made me a good
5   candidate for the job.
6       Q   So when you say you were national sales
7   manager for retail, would that include trying to sell to
8   Home Depot and Lowe's?
9       A   Yes.
10      Q   Okay.  Was NIBCO not successful in selling to
11  those outlets?
12      A   Well, we -- we've been selling to Menards for
13  a long time, and NIBCO sells many of their products to
14  Home Depot and Lowe's, but at Home Depot and Lowe's, you
15  know, we -- you know, the way this works is you get a
16  shot at business, like, once every four years or so when
17  they have a line review, and you get one shot, and if
18  you miss it, you're waiting another four years.  So you
19  know, we get a shot every time, but for whatever reason,
20  I don't know all the details of it, we -- we have not
21  sold into Home Depot and Lowe's.  But we sell to Menards
22  and we sell into Ace.  We have the Ace business in the
23  US and a lot of other smaller independent retailers.
24      Q   Was there an expressed effort to sell the PEX
25  line of products to Home Depot and or Lowe's by NIBCO?

Page 192

1       A   Well, when -- if -- when there was a line
2   review, yes, we participated and competed.
3       Q   And when was that?
4       A   Oh, I don't know when it was, but, you know,
5   you usually get an opportunity every four years or so.  I
6   don't know when the last one was.  And you go in, and
7   you make a big presentation, and then you find out
8   whether you've unseated the incumbent.  And that's the
9   other thing in retail, the incumbents have a very strong
10  position and, you know, it's difficult to unseat them at
11  times.
12      Q   Did you ever get any feedback from Home Depot
13  and Lowe's as to why they didn't select NIBCO's PEX
14  products?
15      A   No.  I think a lot of times it comes down to
16  price.
17      Q   Now, a little while ago when we were talking
18  about the problem with Linx fittings, when you
19  discovered the problem, how did you communicate to
20  end-users that the problem was defective?  What steps
21  did you take?
22      A   Well, we immediately -- we sent a letter to
23  all of our wholesalers, wholesale distributors, and they
24  then were responsible for -- you know, they had lot
25  numbers and serial numbers and date codes and everything

Page 193

1   they needed to track down everything in their warehouse,
2   and then we wanted them to get ahold of their customers
3   and get back, you know, as many as they could.  And I
4   think that we got a fair amount of them back.  I think
5   it was a fairly successful effort, but you never get
6   them all back, and -- but those are the steps that we
7   take, you know, when there's an issue like that, we've
8   become aware of sometimes.
9       Q   So you contacted the wholesalers, and I take
10  it, they, in turn, would contact the plumbers and
11  contractors?
12      A   Yeah.  The contractors, yes.
13      Q   So if -- let's say someone determined there
14  was a problem with their PEX tubing, a mechanism to
15  inform people that have that PEX tubing would be done by
16  NIBCO contacting the wholesalers, who, in turn, would
17  get the word out to builders and plumbers, right?
18          MR. KUHLMAN:  Object to form.
19      A   Well, would we -- are you asking me if we
20  would follow a similar process if I knew of a defect?
21      Q   Yes.
22      A   It would probably be a similar process.
23      Q   And that would be reasonably effective in
24  getting out the message to who has the defective
25  product, right?

MAGNA
LEGAL SERVICES

Page 194

1      MR. KUHLMAN:  Object to form.
2      Q    It's just for the record, putting on the
3  record an objection.
4      A    We would follow something similar.
5      Q    Now, I think in your testimony earlier today
6  we've established that it was a 1006 product which then
7  was arguably upgraded to a 3308?
8      A    Yes.
9      Q    And the 3308 would be more appropriate for
10  recirculation systems, right?
11     A    Yes.
12     Q    So was there ever any consideration of sending
13  out some notice to users or builders that use the 1006
14  in a recirculation system that perhaps that pipe would
15  not be as reliable as a 3308?
16     MR. KUHLMAN:  Object to form.
17     A    No, no.
18     Q    Now, when did you first become aware of the
19  case, the Meadow case?  You know what, I'm going to add
20  in the Cole case.  These are both national class actions
21  regarding PEX products of NIBCO.
22     A    I became aware of the Cole case before I left
23  as general manager, and I -- the Meadow case, just in
24  the last week.
25     Q    Okay.  So when you became aware of the Cole

Page 195

1  litigation, were there certain steps you took in
2  reaction to the litigation?
3      A    No, no.
4      Q    Okay.  Did you, you know, preserve any files
5  that you had?
6      A    Well, we get notices, you know.  If -- if
7  there is a pending lawsuit there's a notice that comes
8  from our legal department that states, you know,
9  "Please, you know, preserve anything related to this
10  case." I'm sure I received one of those notices.  So
11  yes.
12     Q    Okay.  Do you know if you got such a notice in
13  the Christianson case?
14     A    Yes.
15     Q    Okay.  The Pulte case?
16     A    Yes.
17     Q    Okay.  Now, did you take any documents with
18  you when you left NIBCO?
19     A    No.
20     Q    Okay.  And why did you leave NIBCO?
21     A    Well, I -- I was -- I moved here to
22  Louisville, and I was contacted by a headhunter about an
23  opportunity with a company here in Louisville to be
24  their vice president of sales and marketing, and it
25  sounded like a pretty good opportunity, and I threw my

Page 196

1  hat in the ring, and they interviewed me, and the next
2  thing I know they offered me a job, and I laughed.  So
3  that's how it happened.  I mean, it wasn't -- there was
4  nothing planned, and I wasn't necessarily looking, but
5  it just happened.
6      Q    Okay.  And is that where you work now?
7      A    Yes.
8      Q    Okay.  What's the name of the company?
9      A    It's called Kentucky Trailer.
10     Q    Okay.  And what's their business?
11     A    We make trailers, trailer vans for the moving
12  and storage industry, and then also specialty fleet
13  applications.  So our customers are FedEx and UPS and
14  Frito-Lay, companies like that.
15     Q    Now, when you were at NIBCO, did you have a
16  business e-mail address?
17     A    Yes.
18     Q    And what was that; do you remember what your
19  e-mail was?
20     A    Yes.  It was doeringr2@NIBCO.com.
21     Q    Okay.  Did you ever use your private e-mail to
22  do business of NIBCO?
23     A    Oh, never.
24     Q    Do you know what the annual revenue of NIBCO's
25  PEX business was, you know, from the time it started

Page 197

1  selling NEXT-Pure until you left?
2      A    Yeah, the NEXT-Pure, you know, we sold it for
3  a couple of years.  I think we -- probably after two
4  years, we were probably around four million or so, and
5  then I believe that the CPI acquisition added around 16
6  million, and so I think the business have been anywhere
7  from 20 to 25 million.
8      Q    Okay.  If you could take a look at what we've
9  marked as Meadow 46.  It's an e-mail that you received
10  from Mark Clark as a CC to you, and it encompasses Bates
11  numbers 31944 to 31945.  The e-mail's dated November 23,
12  2008.  If you could take a look at this and tell me if
13  you recognize this and if you recall receiving it?
14     (MEADOW EXHIBIT 46 MARKED FOR IDENTIFICATION)
15     A    Okay.
16     Q    Okay.  Do you recognize this e-mail you
17  received?
18     A    Yeah, I don't recognize the e-mail, per se,
19  but I do remember this issue.
20     Q    Okay.  And what was this issue that's
21  reflected in Meadow 46?
22     A    Well, in most states it is -- like, the standard
23  for fittings are -- it's called F 1807.  And so most
24  states, if -- if the tubing, which is F 876 -- or, no.
25  Let me take this back.  If I've got fittings that have F

Page 198

1  876 stamped on them, and I have a tube that has F 876 on
2  them, then I can marry them.  So I could have a tube
3  from Zurn and a fitting from Viega or NIBCO, and I can
4  marry them, in every state in the United States except
5  for one.  And that's Minnesota.  And UPINOR is
6  headquartered in Minnesota.  So they've been very
7  influential, and they -- in the state of Minnesota, you
8  not only have to be F 876, F 876, but you have to -- it
9  has to be all the same manufacturer.  And you have to
10 have a system approval.  So Mark, a lot of the bulk of
11 the e-mail, you know, this is when I talk about the
12 standards people in a different world.  There's all
13 kinds of issues with this.  But what he's trying to
14 achieve here is a system standard for NIBCO that would
15 allow us to sell into Minnesota.
16     Q    Okay.
17     A    That's what -- that's what was happening here.
18     Q    Okay.  And in the third paragraph from the
19 bottom, he also refers to -- I guess the issue is
20 dezincification, right?
21     A    Yes.
22     Q    Okay.  And so that was an issue pending during
23 this period of time in 2008, right?
24         MR. KUHLMAN:  Object to form.
25     A    Well, I mean, what he's -- you know, what he's

Page 199

1  saying here, we sold not only brass fittings, but we
2  also sold a poly alloy or a plastic fitting at the same
3  time, which are dezincification, they're a 100 percent
4  dezincification and have no lead.  And so what he's
5  saying here is if we're going to have a system approval
6  in Minnesota, because there are known issues with brass
7  in Minnesota, why don't -- he's suggesting that we have
8  a system approval for a plastic fitting, not a brass
9  fitting.  So that's what he's suggesting there.
10     Q    Okay.  Was that done by NIBCO, get focused on
11 the plastic fittings?
12     A    Yeah, yeah.  We've -- well, actually what we -
13 - we were sourcing those for a number of years, and
14 right before I left as general manager, we started
15 producing our own poly alloy fittings.  And I think that
16 our -- my feeling, I don't know if it's going to hold
17 true, is that poly alloy fittings were going to end up
18 being, you know, a very popular item.
19     Q    Okay.  Take a look at what we've marked as
20 Meadow 47.  It should be an e-mail chain you've got from
21 Greg Lehman dated December 10, 2010.  In encompasses
22 Meadows 117408 through 411.  Take a look at this.
23         (MEADOW EXHIBIT 47 MARKED FOR IDENTIFICATION)
24     A    Sure.
25     Q    Tell me if you recognize this e-mail you

Page 200

1  received and what it concerns.
2     A    Okay.
3     Q    Okay.  You recognize this document?
4     A    Yeah, I kind of, I think I remember some of
5  these discussions.
6     Q    Okay.  And what does this concern?
7     A    Well, there was a homeowner that had a fitting
8  that failed, and then we were investigating what had
9  happened.  And the fitting failed because of corrosion,
10 and then we started digging deeper into the application
11 and found that they were using a deionization system in
12 the home, and these sometimes can lead to some
13 aggressive water conditions, and that's why they stated
14 in the report that the water heater had -- had been
15 fully corroded and destroyed after one year.  And so the
16 determination of our technical people were that in this
17 particular home, with these water conditions, they need
18 to use a plastic fitting that is, you know, completely
19 resistant to any kind of corrosive action.
20     Q    By the way, who's Greg Lehman, the person
21 who's sending this e-mail?
22     A    He's in our technical services department.  He
23 works for Ken McCoy.
24     Q    Okay.  And does he have particular technical
25 training?

Page 201

1     A    He does, but I -- I don't know exactly what it
2  is.
3     Q    Okay.  This has been previously marked.  You
4  don't have to mark that.  This has been previously
5  marked as Meadow 19.  If you could take a look this, --
6     A    Sure.
7     Q    -- which is previously been marked as Meadow
8  19.  An e-mail to you from Grant Dow, October 7, 2011.
9  It's concerning the city of LA's approval.  If you
10 could, tell me if you recognize this document and what
11 it concerns.
12     A    Okay.
13     Q    Okay.  Do you remember getting this e-mail?
14     A    I remember this issue.  I don't remember this
15 e-mail exchange.
16     Q    Which is this e-mail exchange?
17     A    Yeah.  In California, Los Angeles County has
18 their own plumbing code, and it's almost like a
19 different country, apart from California, which is even
20 more regulatory than California.  And what they wanted,
21 what they were demanding is -- PEX tubing, copper tubing
22 has the same OD size or outside diameter, but the wall
23 thickness of PEX is like this, and copper's like this.
24 And so in Los Angeles County, they wanted everyone to go
25 to the next size up.  So if you're running half-inch

Page 202

1   tubing, and that's the most popular size in a home,
2   they're saying, "We want an opening that's as big as
3   copper," so you've got to go up to three-quarter inch.
4   And so this e-mail basically is we're just discussing,
5   you know, is it worth it in -- in Los Angeles county to
6   go through all this testing and approval to get
7   something that, one, is meant to perpetuate copper,
8   because it will make PEX more expensive because you're
9   going to a larger size, and then -- then in Los Angeles
10  county, and most of its built up, so most of the growth
11  in Los Angeles county is remodels and things like that.
12  And so what they're saying is we'd be better off
13  sticking with just getting our product approved in the
14  state of California, because this was in 2011, we were
15  still waiting for the housing market to recover. So the
16  thoughts were let's wait, get the California state
17  approval because the growth is going to be the suburbs.
18  So we were just debating whether we should get an
19  approval in -- in Los Angeles county.
20      Q   Okay. In this first page, it refers in the
21  middle of the page, "If we do renew, should the yellow
22  brass items come off the list." Is that a concern of
23  dezincification of yellow brass that NIBCO was selling?
24      A   Well, yeah, I mean, we knew -- we knew the
25  yellow brass was, you know, going to -- we were going to

Page 203

1   be getting out of that. So the discussion is, you know,
2   we don't want to approve a product that we're going to
3   be eliminating -- that we're in the process of
4   eliminating then. So that's what that referred to.
5       Q   I'm passing to you what's previously been
6   marked as Exhibit 15.
7       (MEADOWS EXHIBIT 48 MARKED FOR DENTIFICATION)
8       A   Thank you.
9       Q   Which is an e-mail chain that you're in, and
10  you're in the top chain as well. We're getting a top e-
11  mail from Grant Dow. It's dated October 27, 2011, and
12  tell me if you recognize this document --
13      A   Okay.
14      Q   -- and what it concerns.
15      A   Okay.
16      Q   Do you recognize this?
17      A   I remember when Grant was investigating this,
18  yes.
19      Q   Okay. And what did this concern?
20      A   This was -- I believe it was in Tucson,
21  Arizona, the contract was Spartan Plumbing, and that
22  there was a home that had had some leaks. And in
23  reading through these e-mails, I guess I'd like to see
24  the end of the -- I don't remember how the story ended.
25  But there's a lot of different, you know, suspects here.

Page 204

1   But I don't -- I don't know how the story ended. But it
2   looks like there could have been a manufacturing defect
3   in this case.
4       Q   Okay.
5       A   But then you also talked about an insulation
6   issue earlier in the e-mail chain, so I don't know how
7   it all ended.
8       Q   I just have one question on the second e-mail,
9   the second from the top?
10      (MEADOWS EXHIBIT 49 MARKED FOR IDENTIFICATION)
11      A   Sure.
12      Q   It's from Debbie Premus to you and some other
13  NIBCO people. And she describes a test that she
14  performed at 180 degrees with -- at 360 psi, that the
15  product failed at that level, and she says that's about
16  average for a product at this temperature. Am I correct
17  in understanding that the NIBCO pipe can sustain
18  standards well beyond what's printed on the pipe? In
19  other words, normally it's printed as --
20      A   Yeah.
21      Q   -- 180 degrees, 100 psi, but the pipe should
22  be able to sustain more than that, right?
23      A   Yeah. Like, at room temperature, you know,
24  you can -- it wouldn't burst until you hit 850 or 900
25  psi. But these are -- there's like, when we were

Page 205

1   talking about this earlier, PEX is very strong. It can
2   sustain, you know, an attack, a high increase in
3   pressure. It's the sustained exposure to pressure over
4   time that will shorten, you know, the life of the
5   product. It wouldn't burst right away, but it will
6   shorten the life of it.
7       Q   Have you ever seen any studies done where it
8   correlates the level of pressure versus the duration of
9   the product's life?
10      A   No, I have not seen any studies on that.
11      Q   And by that, I don't mean just within NIBCO,
12  but within the industry?
13      A   You know, I -- no. No, I'm not aware of any.
14      (MEADOW EXIHIBIT 50 MARKED FOR IDENTIFICATION)
15      MR. DEUTSCH: You'll have to tell me what
16  exhibit we're on. Meadow --
17      COURT REPORTER: This would be Meadow 50.
18      MR. DEUTSCH: 50.
19  BY MR. DEUTSCH:
20      Q   Let's take a look another what we've marked as
21  Meadow 50, which is an e-mail chain where you received
22  the top e-mail From Mark Clark dated March 6, 2012,
23  encompasses Bates numbers Meadows 100873 through 874.
24  The subject of the top e-mail is renewal of PEX
25  approval, RR 5705. If you could take a look at this

MAGNA
LEGAL SERVICES

Page 206

1   document and tell me if you recognize it, and if so,
2   what it concerns.
3       A   Okay.
4       Q   Okay.  And what does it concern?
5       A   Well, we were working on renewing our PEX
6   approval in the city of Los Angeles, and Mark is our
7   standards and codes department, and so he was asking me
8   for some direction on what products we wanted to include
9   in that -- in that renewal.  This was in, you know,
10  2012, and so California was either close or in the
11  process of banning yellow brass fittings, you know.  And
12  so at the time we had plastic fittings, and then these -
13  - this home-run manifold was an all-plastic manifold
14  that we produced, and he wanted to know if that should
15  be included in the approval.  And then in the last
16  paragraph he's mentioning that Los Angeles needs test
17  reports, and since we outsource all of our fittings, you
18  know, we don't have access to all of our vendors test
19  reports, and so it's something that we may be able to
20  get, but -- and I tell you the truth, I can't remember
21  how we resolved this issue.  I think we eventually did
22  get the Los Angeles approval, but, again, it's a -- it's
23  a regulatory nightmare over there.
24      Q   Okay.  Then in the last paragraph you mention
25  on the first page, what tests were they seeking from

Page 207

1   NIBCO where --
2       A   You know, I'm not -- I'm not sure.  But I -- I
3   think it may be just some confirmation that -- that the
4   product meets an applicable standard.
5       Q   Okay.  And you wouldn't routinely get such
6   reports transmitted to NIBCO from your suppliers?
7       A   No, no.  And I don't know how we got our -- I
8   know that we, before I left, I know -- I'm pretty sure
9   that we were close to getting the Los Angeles' approval.
10  But we may have been able to get those test reports from
11  vendors or gotten an exemption from them.  I don't know
12  how it was resolved, Larry.  Thank you.
13      Q   If you could take a look at what we've marked
14  as Meadow 51, which is an e-mail from you to a person B.
15  Hall.  The document encompasses Bates numbers Meadows
16  132068 through 132070, and then there's a spreadsheet
17  attached to Meadows 51.  Doesn't have Bates numbers,
18  just appears to be some native format.  So if you could
19  take a look at this and tell me if you recall sending
20  this e-mail and what it concerns.
21          (MEADOW EXHIBIT 51 MARKED FOR IDENTIFICATION)
22      A   Okay.
23      Q   Okay.  And do you recognize this document?
24      A   Yes.
25      Q   And you sent this?

Page 208

1       A   Yes.
2       Q   Mr. Hall, and who's Mr. Hall?
3       A   Mr. Hall is with WinWholesale.  They're
4   headquartered in Dayton.  And I can't remember his
5   title, but he's, like, vice president, you know, he's a
6   head honcho.
7       Q   Okay
8       A   WinWholesale.  This -- this involves those --
9   those Linx fittings with the wrong alloy.  And this
10  particular Windustrial branch in Anniston, Alabama, they
11  seemed to have been particularly affected by this.  And
12  unfortunately, they had installed a lot of those
13  fittings, or plumbers that they had sold to had sold
14  those fittings in their area.  And so I basically was --
15  was sending a report to Bill giving him the status of
16  the claims and what we had outstanding and what we were
17  doing to take care of their -- their wholesale
18  distributor in Anniston and, in turn, the plumbing
19  contractor customers.  So that's what this is about.
20      Q   Okay.  And I take it you were paying them back
21  in full; is that right?
22      A   Yes.
23      Q   And when it says "insurance review," like, on
24  the spreadsheet --
25      A   Uh-huh.

Page 209

1       Q   What is that referring to?
2       A   Well, what -- what we did here, the process
3   with this particular customer, you see, you know, a lot
4   of different addresses and plumbing contractors, and so
5   each one of these was a different PER number.  We tried
6   to keep them separate so that we had a paper trail for
7   each one rather than just throwing them into a big -- a
8   big bucket.  And so this is basically a spreadsheet that
9   we maintained with -- with each one of these claims.
10  Now, this -- as I recall, this particular branch
11  manager, he was a super nice guy, but he wasn't the most
12  organized in the world, and so there was always -- you
13  know, one of the requirements that we had is that the
14  defective fittings had to be sent back to us, and
15  sometimes he was tardy in doing that and didn't put the
16  PER number on it, and so it was kind of a nightmare for
17  our technical services team at times, and then that
18  delayed the payment and then got others involved, and so
19  that's what this is about, Larry.
20      Q   And when you look on the spreadsheet showing
21  all the different plumbers involved, was it that they
22  were the ones that sent in the PER requests, or had
23  the --
24      A   Well, I think what they were probably doing,
25  they were going to Anniston, and then Anniston, the

MAGNA ▶
LEGAL SERVICES

Page 210

1    branch, the WinWholesale branch was handling the
2    paperwork between us and NIBCO. So he was taking care
3    of it through them. Again, it -- this was kind of a --
4    for whatever reason, it was a hotspot for that
5    particular problem. You know, probably not a whole lot
6    of fittings, but caused a lot of, you know, issues that
7    we had to take care of, yes.
8        Q    And the next to the last page it lists the
9    company, Sunbelt marketing Inc., for each line, and I
10   know you've mentioned them in your testimony today.
11       A    Yes.
12       Q    Can you describe their relationship with
13   NIBCO?
14       A    Well, they are a sales agent that has had a
15   lot of relationship with NIBCO. They're headquartered
16   in Lithia Springs, Georgia, which is right outside of
17   Atlanta. They're a buy-sell agent, so they buy our
18   products. They have a warehouse, and then they sell to
19   our customers in the southeast, and their territory
20   ranges from South Carolina down to Florida, across
21   Georgia, Alabama, Mississippi, up to Louisiana.
22       Q    How were they different than a wholesaler?
23       A    Well, they sell to wholesalers. So they're
24   between NIBCO and the wholesaler. They -- we -- the
25   original idea was for them to sell to smaller

Page 211

1    wholesalers that -- where it would be more efficient for
2    them to take care of them, because they hold local
3    stock, and they're smaller customers. But as time has
4    gone by, they've taken on some pretty big accounts. But
5    they've been selling for us for, gosh, probably 40 or 50
6    years, I'd say. And they've been a partner of ours for
7    a long time. In this particular case, they had sold the
8    fittings or supplied the fittings to Anniston, you know,
9    so...
10       Q    Is there any other organization that is
11   parallel to Sunbelt Marketing's position and its
12   relationship with NIBCO?
13       A    Yeah, there's one other company called David
14   Gooding, David Gooding, Incorporated. And they're
15   headquartered in the Boston area. And they handle New
16   England for us. Now, that's not a big PEX area for us,
17   so, you know, they do sell PEX, but they're not --
18   there's not a lot that they sell up there.
19       Q    Is there any, let's say from Sunbelt Marketing
20   reselling to wholesalers, is there any other special
21   aspect of the relationship between NIBCO and Sunbelt?
22       A    No.
23       Q    Before -- I'm going -- I'm showing you now 52,
24   but before we get into that document, I just want to
25   address one thing you just brought up. You mentioned

Page 212

1    that in Alabama there was this concentration of these
2    Linx fittings, right?
3            (MEADOW EXHIBIT 52 MARKED FOR IDENTIFICATION)
4        A    Yes.
5        Q    Now, are you aware of the Mobile, Alabama area
6    being a concentration of complaints with NIBCO PEX
7    tubing leaks?
8        A    Not specifically, no. I just I -- I -- I know
9    that the southeast and Alabama and Georgia, there's some
10   high pressure, you know, areas. But, no, I'm not
11   familiar with Mobile being a hotspot, I guess.
12       Q    Or other parts of Alabama?
13       A    No.
14       Q    Nobody's reported it when you were in charge
15   of PEX?
16       A    No.
17       Q    Nobody reported to you we're getting a lot
18   of --
19       A    No.
20       Q    -- complaints from --
21       A    No.
22       Q    -- Alabama?
23       A    No, no one's ever said that.
24       Q    Okay. And if you'll take a look at --
25       A    Oh, sure.

Page 213

1        Q    -- Meadow 52, which encompasses Bates numbers
2    Meadows 46830 to 46831. It's an e-mail chain that you
3    were included in on the first page. Top e-mail is
4    December 20, 2012 from Lori Stanger to Ken McCoy, and if
5    you could tell me if you recognize the part that's
6    redacted, as to what it concerns?
7        A    Okay.
8        Q    Do you recognize this e-mail chain?
9        A    Yeah, I think I remember -- I remember the
10   situation.
11       Q    And what do you recall about this particular
12   issue?
13       A    Well, we had a customer that had some brass
14   fittings that failed, and we did an evaluation and, you
15   know, it's one of those things where we don't know
16   exactly what was -- what the water conditions were, but
17   we suspected that something with the water was attacking
18   the fittings. And so in this case, Matt Power, who is
19   our local area sales manager, and Kate Emery, who was
20   the PEX regional sales manager, they wanted to know if
21   I'd make a goodwill payment, you know, because this was
22   very unusual, because we didn't have very many, you
23   know, problems with the metal fittings. And here's a
24   situation where something is strange happening with the
25   water, and we felt that it was -- it would be a good

MAGNA ►
LEGAL SERVICES

Page 214

1   idea for this particular user to switch to the poly
2   alloy fittings. So they had asked if I would pay --
3   make a goodwill payment of, I don't know, $500 or so. So
4   I recommended that, and I don't remember exactly what
5   happened after that. I supported it with my team.
6       Q   Okay. On the second page of this the e-mail
7   seems to refer to Linx. So wouldn't this fit into the
8   issue with the defective Linx fittings that were sold to
9   users?
10      A   Well, you know, we -- we bought a lot of
11  fittings from Linx, so I don't know if here we're
12  referring to those Ts that we talked about where the
13  wrong alloy was installed or if -- because you're saying
14  -- this customer's saying multiple issues with Linx --
15  with Linx fittings. But it could be -- I don't think
16  this was related to the issue with the wrong alloy that
17  we've been talking about. I think this is just Linx was
18  one of our suppliers, and they -- in this case, they
19  were -- they had fittings from Linx as their supplier.
20      Q   Was there a method to determine which were the
21  bad Linx fittings that were sold to the public?
22      A   Oh yeah, yeah. We knew. We had lot numbers
23  and we knew -- you know, knew the configurations of
24  them. I don't know if this -- I don't think they say
25  here what this fitting is. But as I recall, this was --

Page 215

1   this was a separate issue unrelated to the product
2   exchange that we conducted on the handful of fittings
3   that had the wrong alloy in them. You know, we felt
4   there was something here. We don't know what, but there
5   was something with the water that was causing an attack
6   on things.
7       Q   So when you say it had something to do with
8   the water, was there tests done on the water that
9   determined that it was a water problem rather than a
10  product problem?
11      A   I -- I do not know. I do not know. I think
12  that here, since it's a metal fitting, I think that our
13  -- our technical team looked at it, saw what the
14  corrosion looked like and how long it had been in
15  service and made a determination it was a corrosive
16  water issue.
17      Q   Do you know, did they routinely use some
18  standardized water tests to determine when they would
19  describe a failed fitting to water rather than the
20  product?
21      A   Well, you know, other than -- other than that
22  Linx situation with the fittings with the wrong alloy,
23  this was an extremely rare occurrence. We had -- even
24  though we were selling yellow brass, we had very few
25  problems with fittings, and so it just didn't happen

Page 216

1   very often, Larry. I -- less than a handful do I
2   remember of any metal fittings, you know, failing in
3   service.
4       Q   Okay.
5       COURT REPORTER:  Can we go off for just a
6   second?
7       MR. DEUTSCH:  Okay.
8       (OFF THE RECORD)
9   BY MR. DEUTSCH:
10      Q   So I'd like you to take a look at what we've
11  marked as Meadow 53. It encompasses -- it's a one-page
12  document, Bates number Meadows 130903. It's an e-mail
13  sent to you from a Jarrod Brigham dated January 28,
14  2013. If you could take a look at this and tell me what
15  this concerns.
16      (MEADOW EXHIBIT 53 MARKED FOR IDENTIFICATION)
17      A   This involved the -- the Linx fittings with
18  the wrong alloy in them. We were -- you know, claims
19  were made, and then we'd get ahold of Linx, and they'd
20  get ahold of their insurance area. And we were pretty
21  good at knocking these things off, but with -- with the
22  number of different people involved and getting samples
23  and documentation, the insurance carrier wasn't -- they
24  weren't the best at getting things paid promptly. And
25  with a lot of these claims, people were getting their

Page 217

1   money, but they're having to wait, you know, sometimes,
2   you know, a couple of months or longer. And so I think
3   in this -- in this case Jarod, who is in our technical
4   service department, he wanted to, I don't know who this
5   customer is, but someone that had a Linx claim, and he
6   wanted to send something to this customer explaining the
7   delay, and then he apparently asked me to -- to edit it.
8   I don't know what my edits were, because it's just all
9   black, so I don't see my red edits. So I think that
10  this was -- is what this was about.
11      Q   Okay. And the insurance company that's
12  referred to here in the bottom e-mail from Jarod, it's
13  the insurance company of Linx; is that right?
14      A   Correct. Yeah, yeah, yeah, yeah. So what we
15  did to kind of mitigate things, if there were small
16  claims, we just went ahead and stuck our neck out and
17  paid them and got reimbursed from Linx' insurance
18  carrier.
19      Q   And by the way, did you have a certain
20  authority of, when you approved a goodwill payment on
21  one of these situations we've looked at, did you have a
22  certain dollar level that you preauthorized?
23      A   No, but I usually -- well, you saw that I had
24  sent it to our attorney, Lori Stanger. I usually had to
25  get her approval or someone from legal, you know, to



Page 218

1    approve it.  But there were no dollar -- set dollar
2    amounts.
3        Q   Okay.  Is there a set dollar amount to go to
4    Steve Malm?
5        A   No, I don't think we had anything set up.  It
6    just kind of depended on the -- on the case and the
7    circumstances and...
8        Q   If you could take a look at what we've marked
9    as Meadow Exhibit 54, and this encompasses Bates numbers
10   Meadows 133458 through 464.  It's an e-mail chain that
11   you're involved with -- dated March 7, 2013 e-mail at
12   the top, and it concerns "Linx Debit Memo," and tell me
13   if you recognize this and what it concerns.
14       (MEADOW EXHIBIT 54 MARKED FOR IDENTIFICATION)
15       A   Okay.  I can comment on this.
16       Q   Okay.  What is this?
17       A   Well, this is -- again, this is the Linx
18   fittings that had the wrong alloy in them and, again,
19   with wholesale, with Nelson -- this is Evansville with
20   Nelson, Evansville, Indiana, they're part of the
21   WinWholesale, and they had a fairly sizable claim that
22   hadn't been paid by Linx.  And so our vice president of
23   sales and marketing, Mark Hamilton, went to Chris Mason,
24   who's vice president of supply chain, and said, "Hey,
25   you know, they waited a long time.  This is starting to

Page 219

1    be kind of a hot issue, you know.  Can -- can we
2    expedite this somehow?"  And, you know, Chris, of
3    course, wants to file a long process that we have, that
4    meant there was going to be more delays, and so it was
5    just becoming a tough issue with one of our major
6    customers.  And so it looks like here that Chris
7    contacted the Linx CEO, and then they agreed that we
8    could debit them from their account and then issue a
9    check on WinWholesale.  So they expedite the process,
10   and then we catch up later when we got the claim from
11   Linx.  So that's how they resolved that issue.
12       Q   Okay
13       A   For -- WinWholesale's probably one of NIBCO's
14   top five customers.  Very significant account for us.
15       Q   So when you say "significant," what would be
16   the level of sales to them in an average year?
17       A   Well, there -- I don't know.  Actually, my
18   wife handles their account.  But I mean, they're
19   significant.  They're -- you know, they might be ten
20   percent, something like that, of our business.
21       Q   Ten percent of NIBCO's business?
22       A   Yeah, possibly.
23       Q   And what's the annual sales of NIBCO's
24   business approximately?
25       A   Well -- well, you know, I haven't been there

Page 220

1    in two -- in a year.  500 to 600 million.
2        Q   A year?
3        A   Yeah.
4        Q   By the way, who's Dane Badgero?
5        A   He's the sales manager for WinWholesale.
6        Q   And do you know what the total value of the
7    Linx claims that came in that were paid by Linx and or
8    NIBCO?
9        A   I can't remember the exact number, but, you
10   know, I think that it was, you know, several hundred
11   thousands of claims.  You know, maybe as much as
12   350,000, something like that, maybe.
13       Q   350,000?
14       A   Yeah.
15       Q   Okay.
16       A   I -- I can't remember the exact amount.  It's
17   just been too far.
18       Q   Did Linx remain a supplier of NIBCO during
19   your duration there?
20       A   They -- they did.  I don't know if they're a
21   supplier to us today.
22       MR. DEUTSCH:  Okay.  Mark the next one.
23       (MEADOW EXHIBIT 55 MARKED FOR IDENTIFICATION)
24       Q   If you could take a look at what we've marked
25   as Meadow 55, which is an e-mail chain with you

Page 221

1    receiving the top e-mail in a chain from Ken McCoy.  It's
2    concerning a PER and then encompasses Bates numbers
3    131364 through 131367.  The top of the e-mail chain is
4    from May 29, 2013.  Tell me -- take a look at this, tell
5    me if you recognize it.
6        A   Okay.
7        Q   Do you remember receiving this e-mail?
8        A   I don't -- I don't remember this one, per se.
9        Q   Do you remember the issue reflected in this e-
10   mail chain that you're involved in?
11       A   Well, you know, I think, again, this involves
12   the Linx fittings that -- with the wrong alloy, and in
13   this case, because it's Dane Badgero, it's probably a
14   WinWholesale location, and, you know, they want to get
15   their claim paid, but it looks like they were slow in
16   getting the necessary information and samples back to
17   us, and that's the situation.  I'm sure they got paid.  I
18   don't know exactly when.
19       MR. SHAMBERG:  Can we go off the record for one
20   minute while he reads this one?
21       MR. DEUTSCH:  Yeah.
22       MR. SHAMBERG:  Thanks.
23       (OFF THE RECORD)
24   BY MR. DEUTSCH:
25       Q   Back on the record with a new court reporter.

MAGNA◆
LEGAL SERVICES

Page 222

1  So if you could take a look at what we've marked as
2  Meadow 56, which encompasses Bates numbers 116072
3  through 73. It's an e-mail chain that you sent an e-
4  mail to various people on. It concerns a PER number.
5      (MEADOW EXHIBIT 56 MARKED FOR IDENTIFICATION)
6      A  Uh-huh.
7      Q  If you could take a look at this, tell me if
8  you recognize it and what it concerns?
9      A  Yes, I recognize it. This was, again, the
10  Linx fittings with the wrong alloy. This is for a
11  wholesale distributor Cregger, pretty large customer. It
12  likes like there was a delay in getting the fitting
13  evaluated, and I recommended that we pay -- make a
14  goodwill payment ahead of the -- getting the insurance
15  claim.
16      COURT REPORTER:  Is this 50 --
17      MR. DEUTSCH:  This is 57. Meadow 57.
18      (MEADOW EXHIBIT 57 MARKED FOR IDENTIFICATION)
19      Q  If you could take a look at what we've marked
20  as Meadow 57. It's a one-page document, Bates number
21  Meadows 117793. Upper left-hand corner it says, "SAP
22  notes"; do you know what this document is?
23      A  These are notes with -- that our SAP operating
24  system on a particular PER.
25      Q  So if you print it out, this is what it looks

Page 223

1  like for a client?
2      A  Yes.
3      Q  Okay.
4      A  For an evaluation request.
5      Q  Okay. Now, in this document on the fourth
6  line down it says, "T.0," or, "T.1 material issue"; do
7  you know what that refers to or what that means?
8      A  I -- I mean, I don't know this specific claim.
9      Q  Okay. I'm actually asking:  Are those, like,
10  shorthand terms used by NIBCO when considering the
11  claims made by buyers of NIBCO products?
12      A  Like, which line are we talking about?
13      Q  I'm sorry. I'm on the one, two, three, fourth
14  line down into these notes.
15      A  Like, the 831-11 --
16      Q  Yes.
17      A  -- TO material issue?
18      Q  Yes.
19      A  All I could speculate is that there was an
20  issue with the material of this fitting, and then it
21  looks like we paid a claim to the -- to whoever
22  submitted this.
23      Q  And the third line from the bottom it says,
24  "Check request through AP." Do you know what AP refers
25  to?

Page 224

1      A  Accounts payable.
2      Q  Okay. And then second line from the bottom it
3  says, "Brian Lee. Waiting for Brian Lee to release the
4  check." Do you know who he is?
5      A  Yes. He's in our purchasing department, and
6  since he would not be involved -- since he's in
7  purchasing, he would not be involved in this unless it
8  was one of those Linx fitting issues that we've been
9  talking about here, because he was managing that --
10  those claims. So I -- I suspect that this was a Linx
11  fitting issue.
12      Q  I see on the first line of the claim it says,
13  "Installed February 8, 2011; failed May 31, 2011." So
14  it appears that it failed in three or four months?
15      A  Yes.
16      Q  And was that common for the Linx problems,
17  that they failed promptly?
18      A  Yeah, if they failed, they failed soon after
19  installation.
20      Q  Okay. Take a look at what we've marked Meadow
21  58, which has Bates number Meadows 135196. It looks
22  like this is an exhibit previously that you may have
23  seen, 120, back in year 2015. If you could take a look
24  at this one-page document and tell me if you recognize
25  it. I mean, it was an e-mail from you.

Page 225

1      (MEADOW EXHIBIT 58 MARKED FOR IDENTIFICATION)
2      A  Yeah, I recognize this.
3      Q  Okay. And what does this concern?
4      A  Well, we were -- Christianson Plumbing was
5  buying our products, and we had talked to them about
6  coming to Lebanon for a plant tour, you know, for them
7  you know, for them to come and get a plant tour and see how
8  we make PEX tubing.
9      Q  Okay. Had they been buying somebody else's
10  PEX products prior to buying NIBCO's?
11      A  Yeah, I think so. I don't remember who, but
12  yeah, yeah. And I can't remember when they switched to
13  us, but probably earlier that year, you know, that we --
14  Tom -- or Doug Kalberer, it was his account, so he may
15  have conferred with them earlier in the year.
16      Q  Okay. By the way, Mr. Kalberer's territory
17  was -- encompassed what area of the country?
18      A  Just central U.S., you know, from Texas, the
19  Plains states up to, you know, Wisconsin and Minnesota
20  and the Dakotas.
21      Q  Okay. Did it include Alabama?
22      A  No.
23      Q  Okay. Now, you state in that e-mail that
24  Christianson is one of the biggest end-users of our
25  product. Do you know how large their amount of

Page 226

1   purchases was?
2       A   I can't remember.  But they were -- they were
3   a good size customer.  You know, they -- I -- I can't
4   remember how big they were, though.
5       Q   Okay.  And you were showing them the plant
6   just to encourage them to use your product; is that
7   right?
8       A   Well, they were already using our product and
9   it was a -- just, you know, they -- we had invited them
10  to the plant, and it was a marketing tool used by us.
11  Usually when people came and we showed them the
12  operation, the E-BEAM, they were usually, you know, very
13  impressed with what we were doing and, you know, we felt
14  like it really, you know, cemented our relationship and
15  what we were doing.
16      Q   And in your e-mail you say -- it's in the
17  middle of the e-mail, you say, "You may still be moving
18  equipment in boxes around."  What was going on at the
19  plant at this point in time?  This is in December of
20  2008 when you write the e-mail.
21      A   We had -- previously we were leasing space
22  from E-BEAM Services for our extrusion department, and
23  we had acquired a building across the street, and we
24  were in the process of moving into the new building.
25      Q   Now, subsequent to this, there was a dispute

Page 227

1   with Christianson Plumbing, right?
2       A   Yeah, yeah.  A few years later.
3       Q   Okay.  And they ultimately sued NIBCO, right?
4       A   Yes.
5       Q   And their allegation was that the NIBCO PEX
6   product was defective, right?
7       A   I'm not familiar with exactly what the claim
8   they were making, but, yeah.
9       Q   But you appear as if at least you got deposed
10  in the case, right?
11      A   Yeah.
12      Q   Okay.
13      A   Yeah.
14      Q   And what was the resolution of that case?
15      A   I don't know, because I think it was resolved.
16  I don't know -- I don't know how it was resolved.  I
17  think I had left NIBCO by the time that was settled.
18      Q   Okay.  Did you ever hear what happened to the
19  case?
20      A   No.
21      Q   Okay.  Am I correct the understanding was your
22  contention, you on behalf of NIBCO, that there was no --
23  nothing wrong with the product, that it was entirely due
24  to installation that the product failed?
25      A   That's correct.

Page 228

1       Q   Okay.  Do you know if Christianson is still a
2   customer of NIBCO?
3       A   I don't know.  I'm no longer employed at
4   NIBCO.
5       Q   Do you know what the nature of the
6   installation failure was?  If I remember right, I think
7   it was something like 57 houses involved; does that
8   sound right?
9       A   Yeah.  I think that one of the -- well, I'm
10  trying to remember, but I -- you know, I think there
11  were issues with bend radius and handling of -- of the
12  material.
13      Q   Could you repeat that?
14      A   I think that there were some issues with
15  exceeding the bend radius and general handling of the
16  material, yeah.
17      Q   Okay.  When you say "general handling of the
18  material," what are you referring to?
19      A   Well, I -- I'm -- well, you know, I don't
20  remember this completely, but I think beyond the bend
21  radiuses there were some gouging in the materials is --
22  as I recall it.  But I think that there were other
23  issues.
24      Q   And, again, you gave testimony in a deposition
25  in that case, right?

Page 229

1       A   Yes.
2       Q   Okay.  Is there anything in that testimony
3   that you would change as you sit here today?
4           MR. KUHLMAN:  Object to form.
5       A   No.
6       Q   Okay.  If you could take a look at what we've
7   now marked as Meadow 59.  It's a document Bates numbers
8   134644 through 134648.  It's an e-mail chain where
9   you're a recipient of the top e-mail from Debbie Premus
10  dated February 1, 2011.  If you take a look at this
11  document and tell me if you recall receiving it while
12  you worked at NIBCO?
13          (MEADOW EXHIBIT 59 MARKED FOR IDENTIFICATION)
14      A   Okay.
15      Q   Okay.  Do you recognize this e-mail chain that
16  you were a copy of?
17      A   Yeah, I do recall some elements of it.
18      Q   Okay.  And I'll let you describe the issues
19  with this.
20      A   Well, I think this was, you know, before we
21  did gel testing in order to evaluate PEX that had --
22  that had an oxidative failure.  So that this is really
23  when we started talking about doing more in terms of
24  evaluating samples, you know, when they -- when they
25  come back rather than just a kind of a visual

Page 230

1  examination. And so this e-mail chain really represents
2  some of the dialogue that we had about, you know, what
3  could we do to better evaluate the samples that came in.
4  And what happened after this is we made it a standard
5  procedure to send samples to Jana Labs for a gel test to
6  determine the degree of cross-linking, and then a couple
7  of years ago, we went even further and purchased our own
8  equipment that would allow us to do a gel test
9  evaluation.
10      Q   So a gel test evaluation, after that point in
11  time, was consistently done for products that came in
12  for a seemingly oxidative failure?
13          MR. KUHLMAN: Object to form.
14      A   Well, I -- I think we did it on those. I
15  don't know if it was limited only to those, but it was
16  -- it was part of the evaluation.
17      Q   So do you do it to all PEX piping that was
18  submitted to NIBCO by the end-user?
19      A   Once we started the procedure, I think we
20  certainly did it when we -- when we thought that -- when
21  we saw evidence of oxidative failure. You know, we
22  would check the gel to make sure that we, you know, had
23  the -- had the necessary cross-linking in the tubing,
24  yes.
25      Q   And the reason you started doing it at that

Page 231

1  point in time was why?
2      A   Well, you know, Debbie would look at things
3  like the swell of the -- of the tubing, which is the
4  difference in the dimensions, you know, which was
5  returned versus those which it was sent, you know,
6  because it was -- sometimes that was an indicator. But
7  it was all based on visual inspections, and I felt like
8  we needed something more data driven, more definitive
9  tests. And so in the e-mail, we're talking about, you
10  know, doing gel testing. And then we also talked about
11  a UV test, because UV can -- if PEX tubing's left
12  outside for too long, it could lose some of its
13  properties due to UV. So we were looking at a test for
14  that as well.
15      Q   Okay. Is it fair to say that NIBCO concluded
16  gel tests, based upon getting input from customers, that
17  the product was failing in certain locations?
18          MR. KUHLMAN: Object to form.
19      A   No, no. It was -- had nothing to do with
20  locations. We were, you know, we just felt that that
21  was a tool that we ought to use to evaluate whether we
22  were meeting, you know, the requirements of the product,
23  you know.
24      Q   So what I'm looking at is in the very first
25  top of the e-mail. Debbie Premus is writing to you.

Page 232

1  She's saying, "The location of the failure is only
2  Texas, again, outside of the expected geographic areas.
3  And the second Texas complaint received in the last
4  month." So she's referring to outside the expected
5  geographic areas. Do you know, at this point in time,
6  this is 2011, what the geographic areas that you'd
7  expect failures to be in?
8          MR. KUHLMAN: Object to form.
9      A   I don't know what she's referring to there in
10  that statement.
11      Q   Well, if we flip to the last page of this
12  exhibit, Meadow 59, and the last page it says, "The
13  first is that the customer, Winnelson, is in the
14  Lebanon, Missouri area rather than the Charlotte and
15  Mobile areas in which we have been seeing this kind of
16  failure," and she's referring to oxidative-type failure?
17      A   Uh-huh.
18      Q   So does that indicate to you that those were
19  problem areas, Charlotte, Mobile at least?
20          MR. KUHLMAN: Object to form.
21      A   Well, she seems to be indicating that, that
22  Charlotte and Mobile were areas where we had seen a
23  failure like that.
24      Q   Okay. Do you have reason to disagree with
25  her, that those were areas that had oxidative failures

Page 233

1  reported to NIBCO?
2      A   Well, we've talked about the CPI pipe in the
3  Charlotte area that was -- you know, where the water
4  pressure issues were. So that's not surprising. You
5  had mentioned Mobile earlier, so I guess that that had
6  been, I guess, a hotspot.
7      Q   Do you know if anybody ever investigated what
8  the root cause of failures in Mobile were?
9      A   In Mobile, specifically?
10      Q   Yeah, Mobile, Alabama?
11      A   I don't recall any.
12      Q   So on page 134646, at the bottom Debbie Premus
13  is again sending an e-mail to you and other NIBCO
14  people, and she's referring to several years ago when we
15  were trying to determine the root cause of the CPI
16  problem. Is that what you're referring to?
17      A   Which paragraph?
18      Q   I'm sorry. Very bottom of Meadow's Bates
19  number 134646?
20      A   Yes.
21      Q   Debbie Premus is sending you an e-mail on
22  January 25, 2011?
23      A   Yes.
24      Q   Where she's referring to "several years ago
25  when we were trying to determine the root cause of the



Page 234

1    CPI problem and the results were all over the map, some
2    low and some higher than even our average today. The
3    low versus high result seem to correspond to the E-BEAM
4    dose history, and I'm expecting the NEXT-Pure sample
5    will likely pass based on the MRad dose being given at
6    the time." So what's your understanding of the CPI
7    problem she's referring to of several years before? So
8    she's writing in 2011 that she's referring to a few
9    years prior to that.
10       A   Well, I'm not exactly sure what she's
11   referring to here.
12       Q   On the prior page, 134645, there's an e-mail
13   from Ken McCoy to you and other NIBCO people, January
14   26, 2011 where he's discussing the proposal to do more
15   testing. He says, "If it costs some money upfront to
16   find out how to better identify these sorts of issues
17   and to be able to definitively say such issues are not
18   NIBCO's responsibility as a manufacturer, then it will
19   be well worth it in the long run, in my opinion." Is
20   your understanding that Mr. McCoy, his view was to come
21   up with a basis to say it wasn't NIBCO's manufacturing
22   problem that was causing some of these oxidative
23   failures referred to in the Meadows 59?
24       MR. KUHLMAN:  Object to form.
25       A   No, I think he -- I think he wants to confirm

Page 235

1    that we met the requirements, and that would be the case
2    for either paying for someone to check the gel test on
3    the outside or do it ourselves.
4        Q   Again, at the top of the e-mail Debbie Premus
5    writes to you, and in the second paragraph she says,
6    "The second sample, Terracotta PEX crimped to a brass
7    Tee, definitely has an oxidative-type crack." Do you
8    have an understanding of why she's referring not just to
9    the Terracotta PEX but also the brass T in that context?
10       A   Well, I think, in this case, she's just
11   identifying the sample of the -- sometimes people would
12   send in samples. It was just the tubing and sometimes
13   there'd be a fitting attached. So she's using this to
14   describe the sample she received.
15       Q   Now, down at the bottom of the first page,
16   Meadow 59, you wrote an e-mail to various people,
17   January 27, 2011, and you cite information to Doug Grant
18   as to how Uponor evaluates tubing failures.
19       A   Yeah.
20       Q   Now, is that something that you then had
21   implemented?
22       A   Well, we didn't do what-- what Uponor was
23   doing. You know, they did kind of a -- they had some
24   quick test where they exposed the tubing to a chemical
25   agent and did kind of a swag to determine whether it had

Page 236

1    been properly cross-linked or not. What -- what we
2    ended up doing is we sent samples to Jana Labs, and then
3    they would conduct the gel test. And then eventually we
4    invested and got our own equipment. We were never able
5    to come up with a UV test.
6        Q   When you use the term "swag" in that context,
7    what do you mean?
8        A   Oh, swag. It's a slang word for -- not
9    precise. It was just kind of, I think, you know, just a
10   cheap test to do a quick evaluation, whereas what we
11   were doing would give us a very specific crosslink
12   percent amount.
13       Q   Okay. At this time when you were assessing
14   the test you might do in house for NIBCO's PEX products,
15   was there some consideration to come up with a test
16   protocol for fittings and clamps?
17       A   Well, no, because, you know, we had -- we had,
18   you know, good people. We had a metallurgist. It's
19   different than plastics. You know, we were fairly, you
20   know, pretty good at evaluating fittings and clamp
21   issues.
22       Q   If you could take a look at what was
23   previously marked as Exhibit 17 in the Meadows case.
24   It's an e-mail chain that you were a recipient on. It's
25   Bates -- oh, okay. It's Exhibit 17. It's not the next

Page 237

1    one. Could you tell me if you recognize this document
2    and what it concerns?
3        A   Okay.
4        Q   Do you recognize this e-mail chain that you
5    received?
6        A   No, I don't remember this specific one.
7        Q   Okay. Do you recall what this is about?
8        A   Well, we suspect that there was UV exposure,
9    and so we're asking for additional testing to be
10   conducted.
11       Q   Okay. In Doug Grant's e-mail that he copied
12   you on February 4, 2011, he says, "I would suggest we
13   proceed with the gel test, knowing the amount of cross-
14   linking, and the sample is important information for our
15   area associates to have when dealing with an atypical
16   failure." Would you agree with that statement by Grant,
17   Doug?
18       A   Well, not knowing all the details of the case,
19   I don't see any -- any harm in doing that.
20       Q   Okay. That's a -- an important test, the gel
21   test, to determine cross-linking in a product, right?
22       MR. KUHLMAN:  Object to form.
23       Q   Would you agree with that?
24       A   Well, we test -- we test when we produce
25   products. We test for gel testing before it leaves, so



Page 238

1  yes.
2      Q    You think it's an important component?
3      A    Sure.
4      Q    And it shows whether -- it can indicate
5  whether or not the product was produced properly and
6  meets the standards for certification, right?
7      A    Uh-huh.
8          MR. KUHLMAN: Object to form.
9      Q    And in this e-mail from Doug Grant that he
10 sent to you, he refers to it, something as an atypical
11 failure. So I'm wondering, is there something you would
12 characterize as typical failures of the Del PEX tubing
13 products?
14         MR. KUHLMAN: Object to form.
15     A    No, I really -- no, I don't really recall
16 this, and I don't know what it looked like or what --
17 what had happened. But, you know, our technical people
18 obviously had some concerns about it.
19     Q    If you could take a look at what's been
20 previously marked as Meadow 16 in an e-mail chain that
21 you're in the middle of, and tell me if you recognize
22 this e-mail chain that you were sent, and if so, what it
23 concerns?
24     A    Okay.
25     Q    Do you recognize this document?

Page 239

1      A    Well, I don't -- I don't specifically -- yeah,
2  I kind of have a general knowledge of this, what it is.
3      Q    What do you recall about this?
4      A    Well --
5      Q    This PER and how it was handled?
6      A    This is similar to what we, you know,
7  discussed before, you know, we were looking for a way to
8  do some additional testing, and then in this particular
9  case, we -- we sent the sample to Jana to confirm that
10 it met the minimum gel requirements.
11     Q    And you're saying that it did in this case?
12     A    Yes.
13     Q    And therefore, you rejected the claim as not
14 being a factory defect?
15     A    Correct. Or our technical people did.
16     Q    Okay. If you could look at what we've marked
17 as Meadow 60, which is a two-page document with Bates
18 numbers Meadows 6301 through 6302. It's a May 18, 2011
19 NIBCO letter that you signed. It's dated May 18, 2011.
20 Just take a look at this and tell me if you recognize
21 this letter that you apparently sent?
22         (MEADOW EXHIBIT 60 MARKED FOR IDENTIFICATION)
23     A    Yes, I recognize it.
24     Q    Okay. And why did you send this letter at
25 this point in time, May 18, 2011?

Page 240

1      A    I -- you know, I don't recall. I don't think
2  this is a broadcast letter. I think we sent this to
3  some customers, and I don't really remember who we --
4  who we sent it to. But I think that this is just, you
5  know, just a letter intended to, you know, promote our
6  PEX product line.
7      Q    Okay. And you titled it to, "Dear valued
8  customers," so it wasn't like a broad mailing that you
9  did?
10     A    Well, I don't remember this being a broad
11 mailing. I think that it was a few that was just sent
12 to some -- I think that this was just something we put
13 together that if the salespeople wanted to give this to
14 one of our customers they -- you know, they had the
15 option of doing it. We did not do a broadcast of this,
16 I'm pretty sure.
17     Q    Was this in reaction to something that
18 happened, or just part of a marketing --
19     A    I don't think so. No, it was just part of a -
20 - it was just kind of a selling piece to point out, you
21 know, what the -- what the strengths of our product line
22 were.
23     Q    Now, in this letter on the first page, you use
24 the term "aggressive water." How would you define that
25 as you intended it to be used in the context?

Page 241

1      A    Well, you know, we talked about this earlier.
2  NIBCO led the charge to move away from yellow brass, and
3  so aggressive water, in this case, is just a general
4  term for water that can corrode yellow brass fittings.
5      Q    Was -- are any parameters that would define
6  what aggressive water is as you've used in this specific
7  letter?
8      A    No, because it varies from -- from area to
9  area.
10     Q    Okay. On the second page of this letter you
11 sent on May 18, 2011 you say, "Our manufacturing
12 facility is ISO 9001 compliant." Could you explain what
13 that involves?
14     A    Well, ISO is an organization that looks at
15 your quality system and then grants you a certification,
16 and so what we're trying to say here is that, you know,
17 our plant, you know, meets the highest quality
18 standards.
19     Q    And how do you achieve this ISO 9001?
20     A    Oh, yeah, yeah. There's an outside firm that
21 comes in and conducts an audit of the quality systems.
22     Q    What aspects do they look at of NIBCO's PEX
23 business?
24     A    Well, I've never actually been part of the
25 audit, but I think they look at the systems that you

Page 242

1  have in place and your quality manual and your systems
2  and just everything involving your quality system.
3      Q    And why do you tout that in your letter?
4      A    Because most companies do.  Even at my most
5  recent employer, we just got ISO certified for 2000 --
6  it was 2014.  And so marketing people typically tout
7  those things, because you want your customers to think
8  that, you know, your -- your quality control mechanisms
9  are -- are very high and most recently audited according
10  to the latest standards.
11      Q    Is there a set of printed standards for ISO
12  9000 compliance?
13      A    I don't know.  You know, it involves
14  operations -- you know, your operations.  It's not a
15  product standard.  It's -- it's an audit of your
16  procedures, you know, that you have in a plant or a
17  facility.  So there's a lot of companies that probably
18  aren't ISO compliant, and that's why ones that are ISO
19  compliant like to -- you know, just a way to brag a
20  little bit, I suppose.
21      Q    Okay.  Now, in your letter in the Meadow 60
22  May 18, 2011 letter, you state in the bottom paragraph
23  on the first page, "To our knowledge, we're the only PEX
24  manufacturer in North America that 100 percent tests its
25  tubing to ensure that it's free of the tiniest devoid in

Page 243

1  the tubing wall."  So am I correct in understanding that
2  NIBCO would test every inch of its tubing?
3      A    Yeah.  Yeah.  We would -- yes, we did.
4      Q    Okay.  And the test that would apply to every
5  inch of the tubing would be what?
6      A    An air test.
7      Q    An air test.  Blowing air into the --
8      A    Yes.
9      Q    -- tube --
10      A    Uh-huh.
11      Q    -- and then seeing if any air comes out?
12      A    Correct.
13      Q    And that would help determine whether or not
14  the tubing shipped out of the plant had any hole in it
15  at that moment, right?
16      A    Correct.
17      Q    Okay.  It wouldn't necessarily determine
18  whether or not -- once the tubing's installed, whether
19  or not it had some latent defect that could cause it to
20  leak?
21          MR. KUHLMAN:  Object to form.
22      Q    Right?
23      A    Well, it would evaluate the condition of the
24  tubing when it left the plant.
25      Q    Okay.  If you could take a look at what we've

Page 244

1  marked as Meadow 61, which encompasses Bates numbers
2  134691 through 134697 in the Meadows case.  And it's an
3  e-mail chain that you're participating in or a
4  participant in.  The date of the e-mail is June 22,
5  2011, e-mail from Ken McCoy to you concerning the NIBCO
6  contact form.  If you could take a look through this and
7  tell me if you recognize this e-mail that you were
8  copied on?
9          (MEADOW EXHIBIT 61 MARKED FOR IDENTIFICATION)
10      A    Okay.
11      Q    Okay.  Do you recognize this e-mail chain that
12  you were involved in?
13      A    Well, I don't -- I don't remember this one, to
14  tell you the truth.
15      Q    Okay.  Do you have memory of addressing the
16  complaint of this person, looks like Jeff Deacon is the
17  person complaining about the tubing he got from NIBCO?
18      A    No, I don't, and I don't know how this was
19  resolved.
20      Q    Okay.  And you just answered my question.  I
21  was going to ask you that, how it was resolved.  If you
22  could turn to NIBCO Meadows page 134695?
23      A    Yes.
24      Q    And this is an e-mail Jeff Deacon is sending
25  to NIBCO personnel, specifically Jarrod Brigham within

Page 245

1  the e-mail, and he says, "I can e-mail you pictures if
2  you need them, but I'm sure you know what I'm talking
3  about due to what I have read about this problem on the
4  Internet.  From what I can tell, this is a major problem
5  throughout the United States with your product.  Please
6  let me know what my next step needs to be."  So do you
7  have an understanding whether anybody at NIBCO took a
8  look at the Internet to see what the level of complaints
9  about NIBCO products were?
10          MR. KUHLMAN:  Object to form.
11      A    Well, I will tell you this.  You know, almost
12  every PEX company's been sued for something.  And there
13  is a lot of stuff on the Internet, but you really don't
14  know who the manufacturer is a lot of the times, and it
15  could be multiple manufacturers.  So I don't know what
16  he's referring to here, you know, specifically.  But I
17  don't -- I don't think -- I don't believe there's
18  anything on the Internet stating that we had problems
19  all over the United States.  I never saw that.
20      Q    Now, you mentioned that you understood that
21  other PEX manufacturers had also been sued.  Is it your
22  understanding they were sued due to the PEX piping?
23      A    I think -- I think -- well, many have been
24  sued on fittings, but I -- I think I know of at least
25  one or two other lawsuits involving tubing.

MAGNA
LEGAL SERVICES

Page 246

1    Q   And concerning which companies?
2    A   I don't remember which ones, but I know that
3    there's a lot of -- there's been a lot of litigation out
4    there.
5    Q   Okay.  And what conclusion do you draw from
6    that when you see other litigation relating to PEX
7    tubing?
8    A   Just, you know, the things that I've seen, you
9    know, through the years.  I know that Uponor was sued,
10   and Viega was sued, and Zurn was sued, so there's been a
11   lot of lawsuits.
12   Q   Do you know if that was concerning the tubing
13   or the fittings?
14   A   I -- well, I -- I really don't recall exactly
15   what -- you know, what it was.  But I know that there
16   was someone that was sued because of the tubing, but I
17   can't remember who it is right now.
18   Q   If I told you that my law firm had been
19   contacted by 900 different people who have said they had
20   leaks from a NIBCO tubing, would that in any way change
21   your view of whether or not the product has a problem?
22       MR. KUHLMAN:  Object to form.
23   A   Well, there again, some people -- you know,
24   most people don't even know whose PEX they have, so you
25   know, that does not mean much to me.

Page 247

1    Q   Okay.  If I told you, this is an
2    approximation, 900 people have represented to us that
3    they have NIBCO PEX tubing that leaks, does that in any
4    way change your view of whether or not there's a problem
5    with the product?
6        MR. KUHLMAN:  Object to form.
7    A   Look, we sell -- or I'm not part of NIBCO
8    anymore, but, you know, we would sell anywhere from 50
9    to 75 million feet a year, and that's a lot, and I don't
10   -- I know nothing about these 900 cases.  I don't know
11   if they're truly NIBCO complaints or not.
12   Q   Let's say they -- it turned out that they were
13   bona fide complaints.  They were NIBCO product and there
14   was a common leak.  Would that give you some pause that
15   there may be something wrong with the pipe?
16       MR. KUHLMAN:  Object to form.
17   A   We've -- you know, we have talked about the
18   high water pressure conditions throughout the country,
19   so you know, I don't know.  That number, it's abstract
20   to me right now.
21   Q   Okay.  Well, that's an interesting point you
22   raised.  Once NIBCO became aware that there's a concern
23   or NIBCO has a concern that high water pressure causes
24   failure in the pipe, were there any specific actions
25   that NIBCO took to help ameliorate that perceived

Page 248

1    problem?
2    A   Well, we -- we changed our installation manual
3    and put, you know, new guidelines in.
4    Q   Okay.  And when did that happen?
5    A   You know, in the post-2010 timeframe is when
6    we, you know, started doing that.
7    Q   Okay.  So people prior to 2010 wouldn't have
8    had any notice then that NIBCO's view is that high
9    pressure water can cause a pipe to fail prematurely --
10       MR. KUHLMAN:  Object to form.
11   Q   -- right?
12   A   Well, I don't -- I don't know.  You know, we
13   do know that there were a lot of houses installed
14   without pressure relief valves, a lot of houses in the
15   country in -- where no expansion tanks were installed,
16   and we have evidence of municipalities warning, you
17   know, people about high water conditions in their house
18   and making sure pressure relief valves were in working
19   order, so you know, it doesn't -- it doesn't affect how
20   -- I know what the quality of our product was, so it
21   doesn't affect how I view that.
22   Q   Besides your reference to San Antonio
23   apparently disclosing that it might have high water
24   pressure, were there other localities that have warned
25   their customers that they have high water pressure?

Page 249

1    A   You know, I -- I don't know if I know of any
2    others, but I know that there's some municipalities that
3    should.
4    Q   You mean, that you know that they have high
5    water pressure?
6    A   Yes.
7    Q   And you know that from what source?
8    A   Just from, you know, evaluating houses, you
9    know, in that area.
10   Q   Is there any --
11   A   It doesn't mean that they all are that way,
12   but...
13   Q   Is there any source that somebody can go to
14   and would show what the -- what pressures are on various
15   municipalities across the United States?
16   A   No.  It's really the responsibility of the
17   homeowner to check their water pressure.
18   Q   Okay.  If you could look at what we've marked
19   as Meadow 62.  This is another e-mail chain that you
20   were vetted in.  This one encompasses Bates numbers
21   Meadows 135068 through 135070.  And the topic is
22   "Talking Points," and then I ask you to take a look at
23   this.  Tell me if you recognize this document and, if
24   so, what it concerns.
25       (MEADOW EXHIBIT 62 MARKED FOR IDENTIFICATION)

MAGNA ◗
LEGAL SERVICES

Page 250

1    A   Yes, I recognize this.
2    Q   Okay.  And what does this concern?
3    A   Well, our product manager, Tom Coe, wrote an
4  e-mail with some talking points, where he's talking
5  about our new formulation, which was going to be
6  launched soon, and just some things were, you know,
7  happening that -- that were, you know, affecting, you
8  know, PEX tubing applications.
9    Q   And the top e-mail, Kathleen Emery is sending
10  to Doug at MRK Sales a copy of the e-mail.  Now, who is
11  Doug at MRK Sales?
12    A   Doug, we had some manufacturer's reps that
13  sold for us, and MRK sold for us in Texas.
14    Q   They were a wholesaler?
15    A   No, they were a manufacturer's rep.  We paid
16  them a commission to sell for us, yes.
17    Q   And she says in her e-mail, "I just wanted you
18  to know that there is a team working on this 1006 issue.
19  We'll get through this," she says, in bold or in
20  capitals, "I promise you," and she puts four exclamation
21  points.  What's your understanding of what she was
22  referring to where she says "the 1006 issue," when she's
23  writing in July of 2012?
24    A   I don't know.  I'm assuming that she had an
25  issue with -- or Doug maybe had an issue with a customer

Page 251

1  who's asking some questions about 1006.  And, you know,
2  as I mentioned earlier, you know, there was some
3  pressure on us to get a higher recirc product, so I'm
4  only speculating what she would be commenting about
5  here.
6        MR. KUHLMAN:  Could we go off the record for
7    just a second?
8        MR. DEUTSCH:  Sure.
9        (OFF THE RECORD)
10  BY MR. DEUTSCH:
11    Q   And if you could take a look at this Meadow
12  Exhibit 11, which was an e-mail chain, again.  This
13  time, at the top, you received an e-mail from Thomas Coe
14  dated September 5, 2012.  It's an e-mail chain
15  concerning "effect of chlorine concentration upon PEX
16  ESTMF2023 extrapolating times to failure.  So will you
17  take a look at this and tell me if you recognize this
18  document that we received and what it concerns?
19  Admittedly, there's a number of blank pages in this
20  exhibit.  That's just the way it was produced by NIBCO
21  in their production.
22    A   Okay.  I think I'm ready.
23    Q   Okay.  You recognize this e-mail chain that
24  you were involved in?
25    A   Well, not exactly -- well, a little, a little.

Page 252

1  I'm trying to remember what the issue was here.
2    Q   Okay.  Now, on the first page is an e-mail
3  from you to various people, Wednesday, November 5, 2012,
4  you state, "Following is a draft of the technical report
5  that I asked Earl to put together to help quell the 5006
6  issue concern."  What is that about?
7    A   I'm not sure.  What I don't understand is that
8  if you look at pages 32042 and 32043, this is not
9  written by Earl.  There must have been an attachment
10  that was Earl's, and this is -- this looks like this is
11  something from this Dr. Frank Volgstadt what I'm
12  thinking.  And then I had asked Earl to write something
13  to -- because we may have been getting some questions
14  about this -- this other article.
15    Q   I'm sorry, the other article being what?
16    A   I mean, at the top of 32042, I guess I don't
17  recognize this as something that Earl would write, and
18  I'm thinking that maybe what he wrote was an -- had an -
19  - was an attachment.  And, in fact, there's attachment
20  here at the top.  I don't know.  I just don't -- I guess
21  I don't remember much about this, to tell you the truth,
22  Larry.
23    Q   At the top of the third page of 32043 it
24  reads, which appears to be an e-mail from Earl to you
25  where he says, "A review of domestic municipal order

Page 253

1  suppliers finds that a majority add chlorine at levels
2  of 1.0 to 1.5 parts per million in a treatment plant.
3  And average from municipal water suppliers average
4  chlorine concentration at the treatment plant is 1.1
5  parts per million."  Then it goes down to say, "One
6  study suggests that the chlorine levels at 1.3 parts per
7  million at the treatment plant chlorine levels will be
8  between .1 and .5 part per million of the majority of
9  the residents who are served by that plant."  So is that
10  section relative to concentrations producing its
11  NIBCO --
12    A   Yeah.  Well, I think --
13        MR. KUHLMAN:  Object to form.
14    A   Well, I think what he's trying to say here is
15  that the chlorine used in the actual testing of PEX
16  tubing is much higher than what the levels of chlorine
17  you would see in an actual application, I guess is what
18  he's trying to say.
19    Q   Well, at the low levels that's described in
20  here, when it's in the residences, would you agree that
21  normally chlorine wouldn't be part of what you might
22  define as aggressive water?
23        MR. KUHLMAN:  Object to form.
24    A   Well, I -- I don't know.  We've been talking a
25  lot about aggressive water.  I don't know exactly what

**MAGNA** ▶
LEGAL SERVICES

Page 254

1 that means, other -- more the effect, and I think we
2 talk about that more in terms of metal fittings. But I
3 think what Earl was -- was trying to do here is, you
4 know, talk about PEX in general, that it's tested at
5 very high chlorine levels. The testing that we do is --
6 is much more stringent than anything that a -- you know,
7 a consumer would see in their home. So I think that's
8 what he's trying to get across here.
9      Q   And then would it also be true of temperatures
10 and pressures for the --
11     A   Right.
12     Q   -- testing that you put on the pipe, right? So
13 the pipe should be able to withstand higher pressures
14 and temperatures than actually --
15     A   Well, the testing is --
16     MR. KUHLMAN: Object to form. Let's try to
17     keep the question, answer.
18     A   I'm sorry. The tests are tests to failure, so
19 there's no relationship between what you're testing it
20 to and -- and what it can withstand, because the tests
21 are -- you're testing it until it fails.
22     Q   Okay.
23     A   So the testing's going to require very high.
24     Q   Well, would you agree, then, when you look at
25 NIBCO piping, it has parameters that are printed on the

Page 255

1 piping, right? It has temperature and pressure --
2     A   Yes.
3     Q   -- limits, right? But you would agree that
4 the pipe should be able to perform even above that level
5 based upon the kind of safety factor you build into the
6 pipe, right?
7     A   No.
8     MR. KUHLMAN: Object to form.
9     Q   No? You're saying if the pipe reads 180
10 degrees, 100 pounds of water pressure, if you go 185
11 degrees and 105 pounds per square inch of pressure, you
12 think that the pipe would fail?
13     A   I think what I said in some previous
14 statements was that it could withstand that pressure and
15 temperature combination short-term. But that if you
16 expose tubing to that over time, it would shorten the
17 life of the tubing. It wouldn't have immediate failure,
18 but it would shorten the life of the tubing. It
19 wouldn't last 50 years.
20     Q   It wouldn't last 50 years?
21     A   Yeah, that's what I -- that's what I --
22     Q   All right. Let's take a look at what we've
23 previously marked as Meadow Exhibit 12. And this is
24 another e-mail chain with you and, at the top, Thomas
25 Coe sent you an e-mail, and then his concern's chlorine

Page 256

1 rating. If you could take a look at this and tell me if
2 you recognize this document and, if so, what it
3 concerns?
4     A   Okay.
5     Q   Okay. Do you recognize this e-mail that --
6     A   Yes.
7     Q   -- NIBCO produced?
8     A   Yeah, I remember this.
9     Q   And what does this concern?
10     A   Well, at the time, Viega and Zurn, they were
11 trying to tell customers that 5006 tubing had -- was
12 better than 3 or 1, and they were using this, you know,
13 to get people to switch from using our product to
14 theirs, and so this was a response to -- to some of
15 those actions by our competitors.
16     Q   Did NIBCO ever consider legal action for the
17 way you're characterizing -- as Viega and Zurn
18 exaggerating the distinction between the products?
19     A   No.
20     Q   This is 63.
21     (MEADOW EXHIBIT 63 MARKED FOR IDENTIFICATION)
22     A   Thank you.
23     Q   So if you can take a look at what we've marked
24 as Meadow 63. It's a one-page document with Meadows
25 Bates number 112090. It's an October 24, 2012 letter on

Page 257

1 NIBCO letterhead addressed to whom it may concern,
2 signed by John McActee, senior technical services
3 advisor. Have you ever seen this document before?
4     A   Yes.
5     Q   Okay. Were you involved in approving this
6 letter to go out?
7     A   I think I may have been involved in some of
8 the earlier drafts, not this one.
9     Q   Okay. And what was the purpose of this
10 letter?
11     A   Well, this is a letter that was sent if
12 someone sent us a claim and it was for tubing or
13 fittings or anything that was manufactured and sold by
14 Consolidated Plumbing Industries. It's just basically
15 stating that that product was now produced by NIBCO.
16     Q   Okay. And I see in the first sentence of the
17 letter it says, "NIBCO purchased substantially all the
18 assets of the Warren Group." What assets of the Warren
19 Group didn't NIBCO buy?
20     A   I don't know. I don't know the answer to
21 that.
22     Q   At a minimum, it acquired substantially all of
23 the assets according to this letter, right?
24     A   Yes.
25     Q   Okay. And so this letter's being sent out in

MAGNA◆
LEGAL SERVICES

Page 258

1    2012 after NIBCO's acquisition of CPI or its assets as
2    of 2006.  So six years after the acquisition, what was
3    the remedy of a CPI owner of a CPI piece of tubing that
4    didn't work?  What -- where could they get some relief
5    or satisfaction of a problem with their piping?
6        A   Well, we had another letter that we would give
7    to people to -- that we had information on the Warren
8    Group's insurance carrier, and claims could be submitted
9    to them.
10       Q   Okay.  And that insurance policy accepted
11   claims from 2006 until what time period?
12       A   I don't know.  I don't know when it -- I'm
13   thinking at some point it ended, but I don't know
14   exactly when.
15       Q   Okay.  Now, do you have -- who determined that
16   NIBCO had no accountability for the prior CPI-installed
17   piping after NIBCO acquired CPI or CPI's assets, as you
18   would say?
19       A   Well, that was a legal determination, and I
20   don't -- to tell you the truth, I don't know exactly
21   who, you know, made that decision.
22       Q   Okay.  Who communicated that to you?
23       A   I don't recall.  I mean, it -- it's, you know,
24   we had been -- that had been our position really since
25   the beginning of the acquisition of the assets, that we

Page 259

1    didn't -- that we did not, you know, purchase the
2    liabilities of the company, and so it was a consistent
3    policy that, you know, we did not recognize claims for
4    CPI product.
5        Q   Do you know -- do you have any idea how many
6    CPI claims came into NIBCO that NIBCO rejected as being
7    CPI claims and not NIBCO's responsibility?
8        A   I -- I don't know what the exact number was.
9        Q   Do you know if it's more than 100?
10       A   I'd be very surprised if it's more than 100.
11       Q   Previously marked.
12       A   Thank you.
13       Q   If you could take a look at what's been
14   previously marked as Exhibit 33 in the Meadow case.  This
15   is an e-mail chain where you're the sender of the top e-
16   mail.  It's from March 21, 2103 e-mail you're sending
17   with the subject "Tollgate 5 for the PEXc reformulation
18   project."  So if you could take a look at this and tell
19   me if you recognize this e-mail you sent and what it
20   concerns?
21       A   Okay.
22       Q   Okay.  Do you recognize it?
23       A   Yes.
24       Q   Okay.  And why did you send this e-mail?
25       A   David Bobo, any time that we have a new

Page 260

1    product project, we have a tollgate process that we go
2    through.  And the Tollgate 5 is -- I think it's 90 days
3    after a product has been launched, and we just do a
4    review to see if there's been any learnings or any
5    insights into how the project went.  And so that's why I
6    sent this e-mail to David.
7        Q   Okay.  One of the aspects here is how are
8    sales going of the new product; is that right?
9        A   Uh-huh.
10       Q   Now, did NIBCO routinely measure what the
11   level of inventory of its distributors was on a regular
12   basis?  By distributors, I mean the wholesalers, Sunbelt
13   Marketing, other --
14       A   Their inventory?
15       Q   Their --
16       A   The inventory of wholesale --
17       Q   Your, NIBCO's --
18       A   No.
19       Q   Did it evaluate how fast something is selling,
20   the end-user?
21       A   No.  All we had was the sales information of
22   what we sold to them directly.
23       Q   So if you can take a look at what's now been
24   marked Meadow 64, encompasses a two-page document with
25   Bates numbers Meadows 32749 through 32750.  It's an e-

Page 261

1    mail chain with the top being a e-mail from Thomas Coe
2    to you dated June 25, 2013.  Tell me if you recognize
3    this e-mail and what it concerns.
4            (MEADOW EXHIBIT 64 MARKED FOR IDENTIFICATION)
5        A   Okay.
6        Q   Okay.  And what is -- do you remember getting
7    this e-mail?
8        A   Yeah, I remember this.
9        Q   Okay.  And what does it concern?
10       A   Well, at the end of this chain -- or at the
11   beginning of the chain, rather, Matt Dennis is the
12   senior buyer at Menards, and he was inquiring about 5306
13   tubing and if he can get it from NIBCO.  And so this --
14   Travis Malnar is -- we have retail manufacturer's reps
15   as well, who sell and get a commission from us.  This
16   Travis helps us sell to Menards stores, and Tom had put
17   together this -- had put together this draft of a
18   response to Travis' question.
19       Q   And he is raising an issue of your competitors
20   are using or had created a product that had a 5 rating
21   for chlorine resistance, --
22       A   Yeah.
23       Q   -- right?
24       A   Yeah, probably what happened is a customer
25   came in and said, "Hey, do you have 5306," and then so

MAGNA▶
LEGAL SERVICES

Page 262

1  the buyer at Menards says, "Hey, you know, do you have
2  this?"  And so this is our response.
3      Q   Okay.
4      A   Yeah.
5      Q   And that was Menard's making face at the time
6  as the competitors had a chlorine rating of 5, whereas
7  NIBCO's product was 3, right, so they could lose those
8  accounts, right?
9      A   Yeah, yeah.  Everyone thinks 5 is better than
10  3.  But they're really -- it's not a ranking.  It's --
11  it's different standards for different products.
12      Q   But a 5 is a more chlorine-resistant product,
13  right?
14          MR. KUHLMAN:  Object to form.
15      A   It depends, you know.  It depends.
16      Q   It depends on what?
17      A   Well, it's like we talked about earlier.  We
18  felt like, you know, the testing, there are some issues,
19  you know with the testing and, you know, our product is
20  well above all the minimum standards there for, you
21  know, domestic plumbing systems, so it looks
22  like a good, better, best, but it's a little more --
23  it's more complicated than that.
24      Q   If you can take a look at what we've marked as
25  Meadow 65.  This is a one-page document.  Bates number

Page 263

1  Meadows 125460.  You're in an e-mail chain here, and it
2  concerns the sure -- San Antonio subdivision dated July
3  12, 2013.  Do you recognize this document and what it
4  concerns?
5          (MEADOW EXHIBIT 65 MARKED FOR IDENTIFICATION)
6      A   Yeah, this is -- yeah, I recognize this.
7      Q   Okay.  Do you remember getting it, the e-mail?
8      A   Yeah, I do now.
9      Q   Okay.  And what does this concern?
10      A   This was Tom Coe had investigated some of the
11  houses in San Antonio where Christianson had some leaks,
12  PEX leaks.  And so this was just his -- a quick e-mail
13  that he sent to me with his initial findings.
14      Q   Okay.  And then he says in his e-mail to you,
15  "I think we can keep this customer if we do this right."
16  And that customer was Christianson, right?
17      A   Yes.
18      Q   Okay.  And then what happened with
19  Christianson?
20      A   Well, they stopped buying it from us.  I don't
21  know exactly why.  Maybe he didn't do a good enough job
22  there.
23      Q   By the way --
24      A   Even --
25      Q   Sorry.  Go ahead.

Page 264

1      A   No, I have nothing more to add.
2      Q   Okay.  It could have been interesting.  Anyway,
3  at the top of this Meadow 65, this is personal archive,
4  Thomas Coe.
5      A   Yes.
6      Q   What is that?
7      A   That's the first I've ever seen it.  I don't
8  know.  I don't know what that means.
9      Q   Okay.  Did you have a personal archive at
10  NIBCO?
11      A   No.
12      Q   No?  You never had a document that -- with
13  your name on it that showed that?
14      A   No.  Uh-uh.  No, I don't know what that's
15  about.  He may have established a folder to put -- to
16  archive things.
17      Q   Okay.  And if you can take a look at what
18  we've marked as Meadow 66, which is a document
19  encompassing Bates numbers Meadows 62269 through 62271.
20  It's a document that says, "Lebanon Facility Standard
21  Operating Procedures."  And then it says, "Customer
22  Complaint Investigation Form."  Do you recognize this
23  document?
24          (MEADOW EXHIBIT 66 MARKED FOR IDENTIFICATION)
25      A   Yeah, I think I saw this.

Page 265

1      Q   And a customer complaint investigation form,
2  is that part of the PER system?
3      A   No, this is when tubing was coming to Lebanon
4  for evaluation, this is -- this is what Debbie used to
5  document her findings.
6      Q   Okay.  And was this a newer system that she
7  developed at sometime after she became part of NIBCO?
8      A   I don't know when this was developed, but I --
9  I know that as long as I was with the business, she was
10  using a form, you know, like this.
11      Q   If you could take a look at what's been marked
12  as Meadow 67, which encompasses Meadows Bates numbers
13  135088 through 135089.  Take a look at this and tell me
14  if you've seen this before.
15          (MEADOW EXHIBIT 67 MARKED FOR IDENTIFICATION)
16      A   Do you know who the author of this is?
17      Q   That was my next question.  I would add that
18  it has additional Bates stamp of MRK73.
19      A   Okay.
20      Q   Do you know what MRK is?
21      A   Yeah, it's -- it was our rep, Doug Reem, I
22  believe was his name.
23      Q   And it looks like you, at a prior deposition
24  in 2015, you were asked about this document?
25      A   Yeah, yeah.

MAGNA
LEGAL SERVICES

Page 266

1    Q    So you've seen this, at least in your
2    deposition, last time?
3    A    Yeah, yeah.
4    Q    Had you seen it before your deposition?
5    A    I don't think so. I'm not sure. Unless he
6    sent it to me. I don't think he ever did, yeah.
7    Q    Okay. So this is somebody's writing as to
8    NIBCO's history with Christianson Plumbing and NIBCO.
9    Did you take issue with any of the factual
10   representations in this Meadow 67?
11       MR. KUHLMAN: Object to form.
12   A    Well, yeah, I take issue with a lot of it.
13   Q    What do you disagree with what the author of
14   this document wrote about the dispute between
15   Christianson and NIBCO?
16       MR. KUHLMAN: Same objection.
17   A    Well, our Doug Calvert converted the account
18   and Doug Green did not. You know, with the meeting with
19   Pulte, you know, I just shared the information that we
20   -- that we had. I wasn't trying to blame anything. I
21   was just trying to enlighten them, and -- so those are
22   the two main things.
23       MR. DEUTSCH: Okay. Let's take a two-minute
24   break and see if we're done, or at least we're done
25   on our side.

Page 267

1        (OFF THE RECORD)
2           CROSS EXAMINATION
3    BY MR. KUHLMAN:
4    Q    Mr. Doering, my name is Kevin Kuhlman, and I
5    represent NIBCO in this case, and I have just a couple
6    of quick questions for you, and then we'll wrap it up.
7    It's around 7:15. I'd like to direct your attention to
8    a document that was marked as Exhibit 6, and I'll just
9    hand you --
10   A    Okay.
11   Q    -- my copy here. Do you remember answering a
12   few questions about this document?
13   A    Yes.
14   Q    And this document describes -- well, tell me,
15   what is this document again?
16   A    Their -- one of our competitors had changed
17   their product warranty to include things like, we cover
18   damage to carpeting, furniture, drywall, you know. And
19   so this letter was a response to -- to that warranty
20   claim that a competitor had made.
21   Q    And was this letter intended for broad
22   distribution, or was this to address a specific issue
23   that came up somewhere?
24   A    I think this came up with, like, one or two
25   customers, and so this is just a letter that we

Page 268

1    produced. It probably was only sent to one -- I don't
2    know who we sent it to, but probably just the one. But
3    it was just something that we kept in our back pocket if
4    -- if we needed it to address, you know, questions about
5    the differences between our warranty and a competitor's
6    warranty.
7    Q    And would that have gone to any homeowners?
8    A    No.
9    Q    Okay. You were asked some questions about
10   locations in the United States that may have high water
11   pressure, and one of the locations identified was the
12       Southeast of the United States. And my
13   question is: Are you saying that generally the Southeast
14   United States has high water pressure?
15   A    I think I was saying is that when we saw a
16   high water pressure conditions, it was usually in the
17   Southeast. It doesn't mean that it's across all the
18   Southeast, but, you know, we've already talked about
19   Charlotte and San Antonio. It's not a broad statement
20   per se, because, like Christianson, they bought tubing
21   from us, installed three times as much in Austin as in
22   San Antonio, same product, but there were no issues in
23   Austin. So we -- we have had no -- found no evidence of
24   pressure issues in -- in other parts of the country,
25   like the Midwest, for example, where we probably sold

Page 269

1    more PEX in the Midwest than anyplace else in the United
2    States. So just a few pockets in the Southeast is where
3    these issues occurred.
4    Q    You were asked some questions about fitting
5    failures, and I'd like to talk to you first about the
6    Linx fitting failures that were discussed, and you were
7    asked some questions about a shipment of fittings where
8    the supplier used the wrong alloy. Do you remember
9    answering some questions about that?
10   A    Yes.
11   Q    Okay. And with respect to those fittings,
12   were the customers who complained about problems with
13   those fittings made whole, essentially?
14   A    Yes.
15   Q    And to your knowledge, have all claims that
16   were submitted on those Linx claims that were -- that
17   had the wrong alloy issue, were those all -- have all
18   those complaints been taken care of, to the best of your
19   knowledge?
20   A    Well, when I left, there were still some
21   claims outstanding, but I know that when I left, we were
22   actively working, you know, to complete those claims.
23   Q    Okay. With respect to other fittings sold by
24   NIBCO that were not part of that specific issue with the
25   wrong alloy, how would you describe the number of

Page 270

1  failures that NIBCO has seen in those fittings, the
2  entire other universe of fittings?
3       A   Well, I'd say that -- very few.  I'd say less
4  than -- I saw less than a handful that I was aware of of
5  fitting failures.
6           MR. KUHLMAN:  I don't have anything else.  We'll
7      reserve the rest for trial.
8           MR. DEUTSCH:  Okay.  I just want to ask one
9      follow-up question.
10             RE-EXAMINATION
11  BY MR. DEUTSCH:
12       Q   The Linx claims that you satisfied, did you --
13  did NIBCO ever attempt to figure out what were the
14  number of fittings sold as compared to the claims that
15  came in to determine whether or not 100 percent of the
16  defective Linx fittings resulted in a payment to the
17  user of the Linx fitting?
18       A   We knew how many we had shipped, and we knew
19  how many we had gotten back, and we knew how many were
20  still out there.  Now, not all of -- in that number that
21  were shipped, not all of them failed, you know.  Some
22  failed, some did not.  And so -- and as we reported
23  earlier, the failures tended to happen within a few
24  months, which is probably a good thing.  So there, I --
25  we don't know those exact numbers, but we do know that

Page 271

1  there's fittings that the entire batch that was shipped
2  was not defective.  But we, you know, attempted to get
3  all those back from, you know, within that certain
4  range.
5       Q   When you say they -- the whole batch was not
6  defective, how do you square that with saying that they
7  used the wrong ally -- alloy or the fitting?
8       A   Well, you know, again, I'm not the technical
9  expert on this.  The alloy itself wasn't the problem,
10  but it's the processing of the alloy.  So it would be
11  like if you changed a cake recipe, and you didn't adjust
12  the oven temperature or something like that.  So the --
13  I'm only guessing here, but I'm surmising that there
14  probably was some variability window there where, you
15  know, the processing, you know, was correct with that,
16  or -- and there was some that, you know, clearly weren't
17  formed properly, but some were.
18       Q   And you're talking about the batch that you
19  received that you were concerned about?
20       A   Yes.
21       Q   That you defined as ones that you would accept
22  those claims on?
23       A   Yes.
24       Q   Is that right?
25       A   Yes.

Page 272

1       Q   But you didn't have any way to determine which
2  ones were the good ones and the bad ones, right, in that
3  batch?
4           MR. KUHLMAN:  Object to form.
5       A   No.  If fittings were returned, we just
6  assumed they were bad, and then we took care of the
7  claim
8       Q   Okay.  But theoretically at least, some of the
9  fittings that got sold out that have not appeared as
10  claims yet could, in the future, result in failure that
11  results in a claim, no?
12       A   Could, but I would say it's unlikely.
13       Q   Okay.
14           MR. DEUTSCH:  No further questions.
15           MR. KUHLMAN:  Well, I have one more.
16             RECROSS EXAMINATION
17  BY MR. KUHLMAN:
18       Q   With respect to Exhibit 6, the letter that we
19  talked about just a moment ago.
20       A   Yes.
21       Q   Was that an attempt by you to alter the
22  warranty in some way, or was that more your attempt to
23  articulate that NIBCO was going to stand by its product?
24       A   Yeah.
25       Q   And that NIBCO had a goodwill process in

Page 273

1  place?
2       A   Yeah.  I mean, I wrote that letter in
3  conjunction with our legal people, and, you know, that
4  letter was -- what we were trying to achieve is saying,
5  you know, our -- you know, you are covered under our
6  warranty, you know, you have a redress without us having
7  to spell out every single thing in the house that might
8  get damaged.
9       Q   And NIBCO had a goodwill policy as well?
10       A   Oh, yes, of course.
11       Q   Okay.
12           MR. KUHLMAN:  Okay.  I'm good.  I think that's
13      it for now.
14           (DEPOSITION CONCLUDED AT 7:25 P.M.)
15
16
17
18
19
20
21
22
23
24
25

MAGNA◆
LEGAL SERVICES

Page 274

```
 1   CERTIFICATE OF REPORTER
 2   COMMONWEALTH OF KENTUCKY AT LARGE
 3
 4   I do hereby certify that the witness in the foregoing
 5   transcript was taken on the date, and at the time and
 6   place set out on the Title page hereof by me after first
 7   being duly sworn to testify the truth, the whole truth,
 8   and nothing but the truth; and that the said matter was
 9   recorded by me and then reduced to typewritten form
10   under my direction, and constitutes a true record of the
11   transcript as taken, all to the best of my skills and
12   ability. I certify that I am not a relative or employee
13   of either counsel, and that I am in no way interested
14   financially, directly or indirectly, in this action.
15
16
17
18
19
20
21
22   CRYSTAL HAVENS,
23   COURT REPORTER / NOTARY
24   COMMISSION EXPIRES ON: 01/19/2020
25   SUBMITTED ON:  01/30/2017
```



| A |
|---|

**ability** 60:24 61:9
68:11 116:23
159:23 274:12
**able** 38:20 57:6
89:15 98:12
103:12 106:14
113:12,13,24
119:16 143:22,22
158:3 204:22
206:19 207:10
234:17 236:4
254:13 255:4
**absolutely** 127:19
**abstract** 247:19
**accept** 69:6,11
107:6,8 271:21
**acceptable** 64:5
**accepted** 105:15,17
258:10
**access** 206:18
**accessories** 18:9
**account** 219:8,14
219:18 225:14
266:17
**accountability**
258:16
**accounting** 39:13
169:15 182:1,10
**accounts** 191:2
211:4 224:1 262:8
**accuracy** 53:19
**accurate** 26:1
48:15 60:12
108:23,25 117:4
155:12 167:19
171:12,16
**ace** 191:22,22
**achieve** 126:23
132:6,15 198:14
241:19 273:4
**achievement** 89:2
**achieving** 89:1,13
**acidic** 141:9
**acquire** 21:14

190:5
**acquired** 36:20
37:16 73:4,6
74:20 85:23
121:17 144:10
146:4 163:17
189:23 190:1
226:23 257:22
258:17
**acquiring** 18:3
36:24
**acquisition** 28:21
28:25 29:1,8 33:2
33:8 37:20 38:6
38:13 39:5,11,19
39:22 40:15,21
41:3,9,17,21 42:6
42:14 162:12,16
165:16 180:8
189:24 197:5
258:1,2,25
**action** 1:2 125:19
184:6 200:19
256:16 274:14
**actions** 174:22
194:20 247:24
256:15
**actively** 269:22
**activities** 37:12
**actual** 112:3 253:15
253:17
**ad** 16:3
**add** 77:24 134:14
140:5 152:24
194:19 253:1
264:1 265:17
**added** 27:20,21
78:2 197:5
**adding** 48:19 49:20
78:25 117:11
**addition** 134:2
**additional** 60:20
68:9,24 69:1,2
77:24 78:2,18
123:13 237:9
239:8 265:18

**address** 93:1,20
196:16 211:25
267:22 268:4
**addressed** 152:25
154:20 257:1
**addresses** 209:4
**addressing** 61:10
244:15
**adhere** 98:4
**adjust** 271:11
**adjustment** 182:1
**adjustments**
182:10
**administration**
11:18
**administrative**
171:24
**admittedly** 251:19
**adopt** 147:17,20
187:9
**adopts** 147:16
**advantage** 31:15
**advice** 154:19
**advisor** 257:3
**advocate** 187:4
**affect** 28:1 139:20
140:25 248:19,21
**affirm** 7:7
**afford** 151:7
159:18
**agencies** 35:3 54:15
55:23 59:4 69:5
71:4 77:9,17
**agency** 54:8,13
57:3,5,9 68:24
91:21
**agenda** 85:4
**agent** 107:25,25
160:11,12 210:14
210:17 235:25
**agents** 160:25
**aggressive** 141:3,7
141:11,17 142:24
142:25 143:23
144:2,3 146:11,12
149:4,5 188:22

189:3 200:13
240:24 241:3,6
253:22,25
**aggressiveness**
141:1 142:21
143:5,13 149:11
**ago** 8:22 135:15
177:15 192:17
230:7 233:14,24
272:19
**agree** 237:16,23
253:20 254:24
255:3
**agreed** 6:8 219:7
**ahead** 43:16 63:21
157:3 217:16
222:14 263:25
**ahold** 193:2 216:19
216:20
**air** 243:6,7,7,11
**alabama** 159:13
160:2 208:10
210:21 212:1,5,9
212:12,22 225:21
233:10
**alan** 1:3 2:3
**alicia** 79:24 80:2,8
**alignment** 20:20
**allay** 152:18,18
**allegation** 8:19
227:5
**allegations** 8:16 9:8
**alleging** 9:10,14
**allow** 100:6 111:21
116:6 151:14,24
154:12 198:15
230:8
**allowed** 100:8
139:13
**allowing** 111:13
**allows** 147:10,11
150:22 151:5
**alloy** 180:18 199:2
199:15,17 208:9
214:2,13,16 215:3
215:22 216:18

218:18 221:12
222:10 269:8,17
269:25 271:7,9,10
**allplastic** 206:13
**ally** 271:7
**alter** 272:21
**ameliorate** 247:25
**america** 242:24
**amount** 44:22 56:4
193:4 218:3
220:16 225:25
237:13
**amounts** 218:2
**analysis** 129:18
**analysts** 129:16,25
**analyzes** 138:17
**analyzing** 122:14
**ancillary** 18:7
177:2 179:13
**angeles** 201:17,24
202:5,9,11,19
206:6,16,22 207:9
**anniston** 208:10,18
209:25,25 211:18
**annual** 196:24
219:23
**answer** 10:18,25
11:4,8,13 55:16
61:4 66:9 116:16
179:12 254:17
257:20
**answered** 167:4
244:20
**answering** 267:11
269:9
**answers** 10:17
108:22 126:7
**anticipated** 182:2
**antonio** 146:10,13
146:14 158:18
248:22 263:2,11
268:19,22
**anybody** 233:7
245:7
**anymore** 94:11
172:10 247:8



**anyplace** 269:1
**anyway** 90:13
  264:2
**ap** 223:24,24
**apart** 177:11
  201:19
**apologize** 162:16
**apparent** 103:11
**apparently** 217:7
  239:21 248:23
**appeal** 46:19
**appear** 227:9
**appearance** 170:7
**appearances** 2:1
  3:1
**appeared** 118:14
  272:9
**appears** 65:8 165:2
  167:11 171:11
  189:6 207:18
  224:14 252:24
**applicable** 33:18
  35:8 57:6 103:13
  103:25 188:7
  207:4
**application** 100:22
  143:13 161:20
  200:10 253:17
**applications** 28:23
  29:14 32:15 98:2
  196:13 250:8
**applied** 185:15
**apply** 243:4
**appreciable** 115:6
**appreciate** 145:12
  154:21
**apprise** 118:5
**approach** 68:22
**approaches** 132:15
**appropriate** 134:5
  134:25 135:5
  140:1 194:9
**approval** 156:22
  198:10 199:5,8
  201:9 202:6,17,19
  205:25 206:6,15

206:22 207:9
  217:25
**approve** 203:2
  218:1
**approved** 63:22
  137:25 154:16
  175:17 182:21
  202:13 217:20
**approving** 257:5
**approximately** 6:6
  219:24
**approximation**
  247:2
**archive** 264:3,9,16
**area** 12:4 20:22
  52:3 56:6 62:22
  100:8 122:8
  141:13 144:8,14
  146:10,10,13
  149:6,10 158:18
  159:12,14,16
  160:9 161:10
  162:4 208:14
  211:15,16 212:5
  213:19 216:20
  225:17 232:14
  233:3 237:15
  241:8,9 249:9
**areas** 141:10,16
  142:6 158:17,22
  158:23 159:8,16
  159:22 161:13,17
  162:3 212:10
  232:2,5,6,15,19
  232:22,25
**arent** 25:20 26:21
  54:14 242:18
**arguably** 194:7
**arguing** 90:14
**arizona** 203:21
**arose** 166:4
**arrange** 95:25
**arrow** 65:5
**article** 252:14,15
**articulate** 272:23
**arts** 12:7

**ashley** 24:17
**asian** 176:19
  180:13 183:24
**aside** 40:5 46:7
  58:16 78:23 84:3
  98:24 113:23
  173:22
**asked** 24:7 115:1
  162:15 167:2
  214:2 217:7 252:5
  252:12 265:24
  268:9 269:4,7
**asking** 7:18 36:1
  66:7,10 88:14
  93:15 108:7
  186:19 193:19
  206:7 223:9 237:9
  251:1
**aspect** 20:14 82:9
  211:21
**aspects** 51:9 241:22
  260:7
**aspired** 28:12
**assessing** 236:13
**assessment** 117:4
**assets** 21:15 28:22
  29:2,9 37:20
  39:11 40:21 73:4
  74:21 121:17
  144:11 146:4
  162:21 163:18
  165:16 189:23
  190:1 257:18,18
  257:23 258:1,17
  258:25
**assigned** 19:14 94:4
  160:20 172:6
**assignment** 171:23
**assistant** 171:25,25
**associate** 157:21
  160:19 163:1
**associated** 74:12
**associates** 237:15
**associations** 79:13
  90:6
**assume** 11:8

**assumed** 117:21
  190:16 272:6
**assuming** 250:24
**assurances** 184:10
**asterisk** 64:15
**astm** 57:6 62:21,23
  104:7 138:9
**atlanta** 149:8,18
  210:17
**attached** 207:17
  235:13
**attachment** 252:9
  252:19,19
**attack** 205:2 215:5
**attacked** 116:6
**attacking** 213:17
**attempt** 68:23
  153:2 270:13
  272:21,22
**attempted** 271:2
**attend** 83:16 84:5
**attendance** 83:11
  84:3
**attended** 83:10,23
**attending** 36:9
**attention** 267:7
**attorney** 154:15
  217:24
**atypical** 237:15
  238:10
**audience** 150:10
**audit** 184:1 241:21
  241:25 242:15
**audited** 242:9
**auditors** 80:10 81:3
**august** 164:20
  165:8
**austin** 268:21,23
**author** 130:21
  265:16 266:13
**authored** 125:2
**authority** 217:20
**available** 34:18,23
  34:25 73:11 87:6
  87:10 99:2
**avenues** 117:13

**average** 111:9
  204:16 219:16
  234:2 253:3,3
**aware** 35:13,21
  36:3,6,16 41:11
  43:12 58:25 76:16
  80:8,13,19,21,23
  81:1,14 91:13,16
  91:16 92:20 119:3
  141:17 144:2,3,4
  159:9 161:3,4,8,9
  161:12,17,19
  165:24 180:25
  186:22 187:1
  188:13 193:8
  194:18,22,25
  205:13 212:5
  247:22 270:4
**awhile** 44:20
**axis** 74:14,17 75:10

**B**

**b** 126:22 207:14
**bachelor** 12:7
**bachelors** 12:1,2,10
  12:12
**back** 12:13 13:5,21
  25:24 48:20 49:21
  50:22 63:5 74:4
  74:23 86:12 95:3
  97:14 109:6 125:2
  129:11 131:20
  133:12,13 139:16
  169:4,6 180:23
  182:19 186:6,11
  189:10 193:3,4,6
  197:25 208:20
  209:14 221:16,25
  224:23 229:25
  268:3 270:19
  271:3
**backgrounds** 72:4
**backtrack** 44:11
**backup** 78:15
**bad** 67:10 104:22
  105:1 160:4,5



162:5 214:21 272:2,6
**badgero** 220:4 221:13
**bag** 143:19
**ballpark** 38:17 39:22
**banning** 206:11
**barbara** 1:14
**barbs** 177:7
**barrier** 28:24
**based** 17:17 27:2,2 49:24 51:22 54:16 55:14 62:3 65:13 67:8 71:12 78:2 116:24 139:7 143:21 155:5,6 231:7,16 234:5 255:5
**basically** 31:16 36:9 41:14 49:9 94:25 119:20 126:12 153:1 154:18 165:12,21 183:22 202:4 208:14 209:8 257:14
**basis** 17:11 53:19 96:17 126:11 158:14 174:9 234:21 260:12
**batch** 271:1,5,18 272:3
**bates** 171:7 197:10 205:23 207:15,17 213:1 216:12 218:9 221:2 222:2 222:20 224:21 229:7 233:18 236:25 239:17 244:1 249:20 256:25 260:25 262:25 264:19 265:12,18
**beam** 28:1 75:2
**becoming** 134:2

219:5
**beg** 167:4
**began** 15:22,25 25:25 29:18 31:7 31:8 86:20 186:23
**beginning** 13:16 20:8 29:11 95:12 258:25 261:11
**begins** 60:15 64:3 68:3
**behalf** 1:4,16 2:3,6 2:15,17 3:3 166:25 227:22
**behooves** 70:19
**believe** 8:15 9:1,2 9:12,21,23,24 10:9 18:13,20 22:25 28:15 29:25 35:9,17 41:13 43:6 45:8,19,19 46:5 47:3 49:24 54:3 58:3 60:1 62:8 65:14 66:22 73:19 86:16 87:24 88:3 112:25 123:21 134:24 150:4 155:10 172:18 176:19 197:5 203:20 245:17 265:22
**believed** 17:19 139:25
**belong** 90:6
**ben** 185:25
**bend** 32:4,13 101:9 101:14 129:3 179:22 228:11,15 228:20
**bending** 101:6,8 111:13
**benefits** 178:11
**bent** 100:2,2 101:7
**berger** 2:19
**best** 101:23 102:1 122:5 126:13 133:20 157:18

158:6 166:5 167:1 216:24 262:22 269:18 274:11
**better** 31:16 46:7 46:13,16,20,22,23 47:8,18 67:12 75:19 88:15 98:11 98:12,15 109:7,25 111:11 113:19 114:7,21 115:3 121:3 125:24 145:18 149:22 202:12 230:3 234:16 256:12 262:9,22
**beyond** 70:16 101:7 204:18 228:20
**big** 38:4 54:25,25 57:23 61:16 173:17 192:7 202:2 209:7,8 211:4,16 226:4
**bigger** 152:21 179:3
**biggest** 225:24
**bill** 169:6 208:15
**birth** 7:22
**bit** 18:22 21:6 32:1 42:21 52:9 59:16 67:1,2 70:22 75:1 91:19 108:8 109:7 114:7 127:20 129:17,18 158:2 242:20
**black** 217:9
**blame** 266:20
**blank** 251:19
**blasting** 159:22
**blessing** 175:8
**blowing** 243:7
**blue** 49:13
**bm** 2:24
**bobo** 4:13 48:3,6,7 49:11 51:7,14 52:2 60:11,16 61:8 68:7,21 70:1

74:10 76:2 78:17 78:24 81:2,5,23 84:5 88:13 90:20 91:11 125:2,20 175:9 259:25
**bobos** 50:22 125:11
**boiling** 56:9
**bold** 154:2 250:19
**bona** 247:13
**bonds** 72:20
**borgerding** 172:25 173:9
**born** 7:23
**boss** 125:11
**boston** 211:15
**bottom** 63:25 65:4 66:11 154:1 171:9 172:11 198:19 217:12 223:23 224:2 233:12,18 235:15 242:22
**bought** 41:7 177:2 214:10 268:20
**boulevard** 3:6
**boxes** 226:18
**boyd** 1:3 2:4
**brag** 242:19
**branch** 208:10 209:10 210:1,1
**brand** 26:3 31:9 41:23
**branding** 40:22 42:3
**brass** 180:5,7 186:24 187:5,7,14 187:14,15,21,22 188:1,4,16 199:1 199:6,8 202:22,23 202:25 206:11 213:13 215:24 235:6,9 241:2,4
**break** 11:11,14 88:19 123:14 157:10 266:24
**breaking** 12:8
**brian** 224:3,3

**brief** 168:23
**briefly** 24:22 44:17
**brigham** 216:13 244:25
**bring** 20:21 21:18 84:17
**brings** 120:8
**broad** 240:8,10 267:21 268:19
**broadcast** 240:2,15
**brought** 8:24 81:5 90:12 211:25
**buck** 22:2
**bucket** 209:8
**build** 255:5
**builders** 144:12 193:17 194:13
**building** 73:6 226:23,24
**buildings** 179:19
**built** 144:5 202:10
**bulk** 198:10
**bullet** 75:24,24 88:25
**bulletin** 162:3
**bunch** 69:9
**burst** 33:24 148:22 204:24 205:5
**business** 11:18 17:16,20 19:15 20:21 21:19,22 24:12 46:4 82:25 83:4 84:1 85:10 85:24 86:3,5,6,12 109:2 117:10 121:1 144:18,19 168:20 170:23 171:3 173:24 174:1,4,7,11,13 174:20 176:2,4 183:6 187:1,7 190:2,21 191:3,16 191:22 196:10,16 196:22,25 197:6 219:20,21,24 241:23 265:9



**businesses** 170:24 170:25
**busy** 40:19
**buy** 30:11 210:17 257:19
**buyer** 261:12 262:1
**buyers** 223:11
**buying** 18:5,13 30:17 88:7 176:23 225:5,9,10 263:20
**buysell** 210:17

**C**

**c** 2:19 126:22
**cake** 271:11
**california** 168:13 187:16,16,18 201:17,19,20 202:14,16 206:10
**call** 82:25 106:2 147:17 163:20 189:23
**called** 15:20 18:21 27:15,25 28:24 67:3 72:24 94:16 119:20 168:22 176:19,24,24 178:9 179:13 187:10 196:9 197:23 211:13
**calls** 162:2
**calvert** 266:17
**canada** 27:7
**canadian** 28:8 57:13 124:2
**candidate** 24:11 191:5
**cant** 27:7 28:8 34:11,11 41:25 45:11 66:9 78:7,7 79:7 94:5,5 101:4 102:4 106:11 114:8 117:17 124:15 125:18 127:3 145:7 159:18 160:1

176:20 206:20 208:4 220:9,16 225:12 226:2,3 246:17
**capable** 54:5
**capacity** 37:4 119:4
**capital** 32:6
**capitalized** 154:2
**capitals** 250:20
**car** 148:24
**care** 51:8 84:24 142:3 156:19,20 157:3 160:25 165:18 183:12 184:8 208:17 210:2,7 211:2 269:18 272:6
**careful** 141:24
**carolina** 144:1 145:17 146:2 158:18 159:13,15 210:20
**carpet** 152:13
**carpeting** 152:6 267:18
**carrier** 165:18 182:5,15,24 216:23 217:18 258:8
**case** 1:14 8:14,16 8:20,23,24 9:8,10 10:4 25:5 27:20 78:18 94:8,9 95:1 102:20 111:17 116:21 120:22 148:18 166:8,24 194:19,19,20,22 194:23 195:10,13 195:15 204:3 211:7 213:18 214:18 217:3 218:6 221:13 227:10,14,19 228:25 235:1,10 236:23 237:18 239:9,11 241:3

244:2 259:14 267:5
**casebycase** 96:17
**cases** 67:5 98:8 99:25 100:4,25 101:18,21 102:21 103:4 115:16 117:22 121:14 142:15 189:19,20 247:10
**catastrophic** 101:3 148:19
**catch** 219:10
**category** 174:20
**cause** 95:7,14 100:16 101:11 102:3,18 103:10 103:23 104:1 105:9,21 106:14 106:16,24 107:3 108:9 114:9 115:22 118:18 120:1 128:3,6,12 148:11 185:2 233:8,15,25 243:19 248:9
**caused** 99:22 101:3 106:25 117:20 128:23 129:6 143:23 148:12 151:5,12 210:6
**causes** 27:17,24 99:24 109:10 113:20 117:5,15 118:12 247:23
**causing** 215:5 234:22
**cautions** 161:24
**cc** 197:10
**ccd** 164:20
**ccing** 107:21
**cemented** 226:14
**central** 160:24 225:18
**ceo** 169:24 219:7
**certain** 39:12 56:4

58:6 60:17 61:9 61:19 70:18,19 78:22 84:8 88:3 128:12 164:15 185:15 195:1 217:19,22 231:17 271:3
**certainly** 30:1 61:10 67:20 110:23 122:3 128:16 133:24 154:21 155:3 156:3 230:20
**certificate** 274:1
**certification** 52:23 55:14,22 56:5 57:15 58:7,8,13 58:20,22 60:24 62:10 70:24 71:22 76:12 77:2,16 84:8 85:2 91:21 91:23 105:2 138:24 238:6 241:15
**certifications** 34:14 56:14 64:1 89:15
**certified** 53:14 54:7 55:3,6 57:2,5,17 138:14 242:5
**certifier** 48:21 77:20
**certify** 49:25 58:3 274:4,12
**chad** 1:15 2:15
**chain** 5:9,11,12,14 5:15 107:17 164:14 199:20 203:9,10 204:6 205:21 213:2,8 218:10,24 220:25 221:1,3,10 222:3 229:8,15 230:1 236:24 237:4 238:20,22 244:3 244:11 249:19 251:12,14,23

255:24 259:15 261:1,10,11 263:1
**challenges** 174:18 174:19
**chamber** 133:5,5,7
**chance** 59:20
**change** 19:2,18 21:12 23:25 38:25 41:8 55:16 61:4 61:12 68:8,10 86:4 87:13,18 97:9 114:1 121:10 122:12,24 140:22 178:19 187:17,18 188:20 189:22 229:3 246:20 247:4
**changed** 40:21 85:15 145:13 146:5 248:2 267:16 271:11
**changes** 145:14 146:6,7
**channels** 87:7
**characteristics** 100:24
**characterize** 238:12
**characterizing** 256:17
**charge** 21:1 173:1 212:14 241:2
**charlotte** 159:14,15 161:10,14 162:7 232:14,19,22 233:3 268:19
**chart** 4:24,25 64:11 64:11 118:9 167:11 171:9 172:11 173:13
**chase** 166:11
**cheap** 178:3 236:10
**check** 75:5 103:1 111:20 117:7 143:19 153:10 219:9 223:24



MAGNA
LEGAL SERVICES

224:4 230:22
235:2 249:17
**checking** 111:17
**chemical** 27:17,20
27:24 115:18
235:24
**chemist** 122:4
**chicago** 2:11
**chief** 18:21 168:7
173:19 177:3
**china** 178:3 183:25
**chlorinated** 137:25
146:25 147:2
161:25
**chlorine** 34:5,9
35:13,22 36:4,7
47:7,15 60:19
61:21 62:20 64:12
64:25 69:21 72:9
84:16 89:1,20
92:13 104:15
111:21,25 115:19
136:25 137:13
142:1,12,15,17
188:23 189:1,2,8
189:12,16,19,19
251:15 253:1,4,6
253:7,15,16,21
254:5 255:25
261:21 262:6
**chlorineresistance**
36:17 47:2,9
53:22 54:9 55:5
59:10 61:9 66:13
89:14 93:15
**chlorineresistant**
47:14 66:24 90:1
262:12
**chose** 155:20
**chosen** 28:14
106:15
**chris** 21:4,5,7,9,11
21:13 42:16 169:7
189:25 190:1
218:23 219:2,6
**christianson** 5:18

8:25 9:8 195:13
225:4,24 227:1
228:1 263:11,16
263:19 266:8,15
268:20
**chubb** 182:25
**cincinnati** 20:22
**circulate** 135:6
**circulated** 125:6,10
**circulating** 44:23
**circumference**
74:15,18 75:11
**circumstances**
105:13 107:9
116:21 218:7
**cite** 235:17
**cities** 159:18
**city** 3:7 201:9 206:6
**civil** 1:2 6:7
**claim** 67:20 114:13
154:5 217:5
218:21 219:10
221:15 222:15
223:8,21 224:12
227:7 239:13
257:12 267:20
272:7,11
**claims** 119:5
165:17,25 182:6,7
182:20,24 183:1,3
183:11 208:16
209:9 216:18,25
217:16 220:7,11
223:11 224:10
258:8,11 259:3,6
259:7 269:15,16
269:21,22 270:12
270:14 271:22
272:10
**clamp** 177:25
178:21 179:2
236:20
**clamping** 178:9
**clamps** 176:5,9,16
177:17 178:4,14
183:15 236:16

**clarification** 123:15
**clarify** 11:7 23:23
137:21
**clark** 90:18 91:10
197:10 205:22
**class** 166:25 194:20
**cleaner** 10:21
**clear** 10:22 11:2
188:15
**clearly** 271:16
**clerical** 172:4
**client** 176:22 223:1
**close** 109:22 123:5
142:10 180:3
206:10 207:9
**closely** 57:22 126:5
**closer** 20:23 98:11
**clues** 115:2
**clyde** 169:5
**code** 146:17 147:6
147:10,11,12,14
147:18,20,25,25
148:6 149:9
201:18
**codes** 90:19 147:16
192:25 206:7
**coe** 5:3 22:23 84:6
113:4 122:8
157:15 163:2
250:3 251:13
255:25 261:1
263:10 264:4
**coil** 172:21
**cole** 1:3,3 2:3,3
4:12 7:16 194:20
194:22,25
**collaborative** 130:4
130:11
**colleague** 167:2
**color** 64:6
**colored** 65:3
**colors** 60:18,20
64:17 139:14
**columbus** 173:6
**column** 65:3
**com** 2:13 3:10

196:20
**combat** 152:19
**combination** 101:1
255:15
**come** 23:17 51:14
72:8 74:23 76:25
82:2 96:10 177:11
183:3 188:11
202:22 225:7
229:25 234:20
236:5,15
**comes** 54:24 90:7
102:23 192:15
195:7 241:21
243:11
**comfortable** 127:16
**coming** 44:10 45:25
59:12 111:17
117:11 131:20
146:16 225:6
265:3
**comment** 114:8
142:20 218:15
**commenting** 251:4
**commercial** 70:21
**commission** 108:2
250:16 261:15
274:24
**commit** 187:9
**committee** 168:22
168:22 169:2,18
170:6,10 173:23
174:2
**committees** 90:8,10
**common** 111:12
224:16 247:14
**commonly** 187:8
**commonwealth**
274:2
**communicate**
106:15 155:20
192:19
**communicated**
95:20 258:22
**communicates**
105:18

**communication**
48:25
**communications**
35:1,2 108:16
**communities** 160:1
**companies** 21:14
21:15,16 26:18
27:2,3,5 54:21
57:10 134:10
196:14 242:4,17
246:1
**company** 12:15,18
15:6,19,20 18:20
20:22 27:6,7 28:8
30:17 39:2 52:15
72:24 73:5 129:24
168:4 173:7
176:18,24 183:11
190:4 195:23
196:8 210:9
211:13 217:11,13
259:2
**companys** 245:12
**compare** 30:23
87:11
**compared** 58:8
60:21 73:10
270:14
**compensation** 96:1
**competed** 192:2
**competent** 121:23
**competitive** 17:15
31:15,20 89:1,10
92:11,14 133:20
134:3
**competitor** 152:4
152:19 267:20
**competitors** 31:17
31:22 32:8 86:1
93:19 134:4
141:14 154:20
174:22 187:2
256:15 261:19
262:6 267:16
268:5
**complained** 185:1



269:12
**complaining** 244:17
**complaint** 10:3 95:21 119:17 232:3 244:16 264:22 265:1
**complaints** 94:13 98:15 119:2,5 212:6,20 245:8 247:11,13 269:18
**complete** 269:22
**completed** 14:4,5 49:13 190:10
**completely** 62:6 200:18 228:20
**compliance** 76:5,8 242:12
**compliant** 241:12 242:18,19
**complicated** 56:14 262:23
**component** 238:2
**comport** 153:17 154:11
**compounded** 27:22
**comprehensive** 158:23
**compromised** 116:5
**compston** 37:14
**computer** 186:16
**concentration** 111:21 212:1,6 251:15 253:4
**concentrations** 253:10
**concern** 47:1 61:16 61:21 66:17 69:13 69:20 70:2 78:2 174:11 200:6 202:22 203:19 206:4 225:3 247:22,23 250:2 252:6 256:9 257:1 261:9 263:9

**concerned** 63:8 77:3,12,21 142:2 271:19
**concerning** 201:9 221:2 244:5 246:1 246:12 251:15
**concerns** 49:24 52:3,7,16,21 61:23 69:24 73:21 74:2 84:15 90:4 90:12 200:1 201:11 203:14 206:2 207:20 213:6 216:15 218:12,13 222:4,8 237:2 238:18,23 249:24 251:18 255:25 256:3 259:20 261:3 263:2,4
**concluded** 231:15 273:14
**conclusion** 44:1 128:8 157:8 246:5
**conclusions** 17:17
**concurrently** 124:5
**condition** 129:6,6,7 168:19 243:23
**conditions** 116:19 141:18 143:7 144:2,4 200:13,17 213:16 247:18 248:17 268:16
**conduct** 26:24 33:12 34:4 92:16 93:7 236:3
**conducted** 37:5 63:11 93:21 106:19 123:2 215:2 237:10
**conducts** 241:21
**conferred** 225:15
**confidence** 62:17
**confident** 126:8,10 126:10 185:13
**configuration**

181:11,12
**configurations** 181:9 214:23
**confirm** 49:12 234:25 239:9
**confirmation** 207:3
**confirmed** 138:25
**confirms** 138:7
**conformance** 88:15
**conformed** 49:14
**confusion** 137:19
**conjunction** 273:3
**connected** 179:24
**connection** 176:20 177:4,8,14 178:12
**connections** 18:9 177:6
**consequential** 154:4
**conservation** 92:23
**consider** 43:8 103:16,18 104:8 256:16
**consideration** 194:12 236:15
**considered** 53:11 68:14
**considering** 36:24 131:19 223:10
**consistent** 169:17 259:2
**consistently** 230:11
**consolidated** 18:5 18:14 27:8 257:14
**constantly** 140:17
**constitutes** 274:10
**consult** 157:2
**consultation** 155:20
**consumer** 254:7
**consumers** 44:4 146:16
**contact** 33:10 82:3 94:22 119:12 120:7 163:12 193:10 244:6

**contacted** 32:20,22 193:9 195:22 219:7 246:19
**contacting** 163:13 193:16
**contain** 90:25 118:8 140:4
**content** 126:25 127:18 141:9 188:2
**contention** 227:22
**context** 152:4,17 235:9 236:6 240:25
**contingency** 132:10
**continue** 12:17 39:6 41:5 73:15 86:21 92:25 133:11 162:17
**continued** 3:1 5:1 29:8 39:17 41:3 41:22 42:7 50:24 60:23 73:7 88:2 190:12
**continuous** 134:6 136:7 139:18,22 140:2
**contract** 100:9 203:21
**contraction** 100:7 111:14
**contractor** 110:24 208:19
**contractors** 93:6 150:11 151:11 193:11,12 209:4
**contracts** 100:6
**contradict** 165:20
**contribute** 103:5
**contributed** 101:24
**contributing** 75:20
**control** 12:25 13:2 13:5,15 83:20 108:21 178:5 242:8
**controlled** 126:5

**controversy** 52:13 61:25 66:23 67:17 89:21,24
**conversion** 87:13
**convert** 30:15 174:24
**converted** 266:17
**converting** 187:13
**coordination** 40:22
**copied** 237:11 244:8
**copper** 17:22 98:1 100:5 176:21 177:12 178:8,25 201:21 202:3,7
**coppers** 201:23
**copy** 229:16 250:10 267:11
**core** 83:18
**corner** 171:9 222:21
**corners** 179:23
**corporate** 39:6 162:24 163:9
**corporation** 12:19 12:21 14:22
**correct** 9:4 16:7,9 19:10 21:23 22:16 35:18 41:4,15,19 43:23 44:15,16 48:21 56:21 58:1 58:8 63:17 64:21 65:24 66:3 71:9 89:12 91:12 109:18 112:13,24 119:7,10 120:4,11 120:21 122:22 123:4 138:11 139:8 150:7 153:23 156:9,11 160:17 164:16 169:10 170:16 171:17 176:6,11 182:13,14,18,22 188:4 204:16 217:14 227:21,25



239:15 243:1,12
243:16 271:15
**corrective** 184:6
**correctly** 98:3
**correlates** 205:8
**correspond** 234:3
**corrode** 241:4
**corroded** 200:15
**corrosion** 200:9
215:14
**corrosive** 200:19
215:15
**cost** 17:23 31:14,19
69:8 88:9
**costs** 144:13 182:2
182:12,16 183:3
185:3 234:15
**couldnt** 178:5
**counsel** 274:13
**counseled** 155:15
**count** 181:7
**country** 57:18
141:10,16 144:15
187:17 201:19
225:17 247:18
248:15 268:24
**county** 201:17,24
202:5,10,11,19
**couple** 23:7 40:20
45:16 50:21 86:11
91:18 150:1 170:3
180:8 197:3 217:2
230:6 267:5
**course** 90:20
111:10 119:8
175:8 219:3
273:10
**court** 1:1,12 6:9 7:3
7:6 186:8,11,15
186:20 205:17
216:5 221:25
222:16 274:23
**cover** 126:16
150:20 152:10,12
153:6 182:12
183:3 185:3

267:17
**covered** 95:24
182:24 273:5
**covering** 150:25
**covers** 151:17
**cpi** 26:1,10 27:10
29:1,2 31:8 32:19
32:25 33:5,12,22
34:13 35:3,12
36:20,24 37:13,16
38:1,9,14,21 39:5
39:12,14,19,21
40:10,15,24 41:6
41:9,23 60:17
63:25 64:6,10,21
74:21 77:8 99:4
121:17 144:10,22
144:24 145:2,20
146:4 157:21,22
161:11 162:10,12
162:16,17,21,21
163:1,12,15,18
165:1,6,9,12,16
165:25 166:4,9
180:6 189:23
190:1 197:5 233:2
233:15 234:1,6
258:1,3,3,17
259:4,6,7
**cpiinstalled** 258:16
**cpis** 34:5 35:7,13
35:22 36:3,16
37:19 41:20 42:13
165:17 258:17
**crack** 235:7
**cracking** 180:19
**create** 184:14
**created** 74:16
137:11 261:20
**creating** 92:11
**cregger** 222:11
**crenshaw** 1:13
**crimp** 177:10,13
178:25
**crimped** 235:6
**crimping** 176:21

**criteria** 60:18
61:20 128:7,21,25
**crittenden** 6:4
**cross** 4:5 27:24
133:7 237:13
267:2
**crossfunctional**
83:1
**crosslink** 73:18
236:11
**crosslinked** 116:15
236:1
**crosslinking** 27:18
28:2,6,9 72:15,22
73:22 102:24
103:1 105:7,10
117:19 126:16,21
126:23 230:6,23
237:21
**crystal** 1:25 6:8
10:22 274:22
**csa** 70:15 77:9 92:4
124:2
**culture** 190:4
**current** 64:7 68:22
74:8 76:5,8 78:3
171:23
**currently** 64:8
**curve** 67:8
**custom** 15:6
**customer** 30:16
37:11 38:7 39:13
54:25 55:7 92:17
94:13 95:20,23
96:21 100:19
101:12 102:19
105:18,20,21
106:16,22,25
107:18 108:8,15
113:13,25 114:11
114:16 119:1,12
119:15 136:5
140:5 155:25
156:20 163:5
181:1 209:3
213:13 217:5,6

222:11 226:3
228:2 232:13
250:25 261:24
263:15,16 264:21
265:1
**customers** 19:14
30:8,10 37:19,24
38:9,14,20 39:4
44:10 45:25 46:5
46:7 57:16 87:16
88:3,6,14 93:3,14
93:22 97:7 109:10
117:1,7 119:5
120:12 135:22
137:15,15,22
144:17 151:11
154:11 155:20
161:18 162:1
174:23,24 177:14
180:22 181:25
188:16 193:2
196:13 208:19
210:19 211:3
214:14 219:6,14
231:16 240:3,8,14
242:7 248:25
256:11 267:25
269:12
**cut** 12:9 83:15
112:10 144:12
172:21

_____
**D**
**d** 1:13,14
**dakotas** 225:20
**damage** 151:12,25
154:7,14 155:10
156:1 182:16
267:18
**damaged** 273:8
**damages** 151:5,14
153:3 154:4,7,13
157:7 182:7
**dane** 220:4 221:13
**data** 54:16,18 67:9
67:9 68:9,13 69:6

69:11 89:22,25
111:5 138:17
231:8
**date** 1:24 7:22 43:3
59:25 65:5 73:16
139:24 192:25
244:4 274:5
**dated** 131:4 136:25
197:11 199:21
203:11 205:22
216:13 218:11
229:10 239:19
251:14 261:2
263:2
**dates** 187:12
**daughter** 24:19
**dave** 169:7
**david** 4:13 48:3,6,7
50:6,22 51:7 52:2
60:11 61:8 69:16
78:6,17 81:2,23
82:1 84:5 85:4
90:20 91:11 125:2
125:11,15,17
175:9 211:13,14
259:25 260:6
**davids** 72:13
**day** 6:5 42:2 108:11
136:19 148:23,23
148:24,25
**days** 111:6 150:1
260:2
**daytoday** 19:11
158:14 174:1,9
**dayton** 208:4
**dcr** 187:10,14,23
**deacon** 244:16,24
**deal** 39:2 186:1,23
**dealing** 108:15
151:1 237:15
**deals** 44:25
**dealt** 56:17 180:5
**dean** 7:23
**dear** 240:7
**debate** 90:22
**debating** 202:18



**debbie** 83:9,19 84:3
107:21 112:14
118:3 122:2,14,20
130:5,5 143:9
158:11 204:12
229:9 231:2,25
233:12,21 235:4
265:4
**debbies** 158:12
**debit** 218:12 219:8
**december** 5:8 20:1
23:25 24:1 199:21
213:4 226:19
**decide** 30:5 31:21
**decided** 30:9 33:16
46:9 133:13
178:18
**decides** 119:15
**deciding** 26:20 58:3
**decision** 21:6 27:2
31:11,18 33:12,20
42:13,19 43:15,22
43:24 44:8 52:2
54:1,18 55:11
61:11,17 71:5
73:9 96:5 121:12
258:21
**decisions** 40:22
51:21 54:13,15,16
57:9 71:2,6,6 79:7
**declining** 118:24
**deeper** 75:1 109:5
200:10
**deeply** 185:21
**defect** 9:13 95:5,6
95:23 96:4 99:19
99:21 103:19
104:8,16 107:3
116:9,20 117:16
117:24 154:5
156:10,17 185:8
193:20 204:2
239:14 243:19
**defective** 8:18 9:11
95:1 96:11 119:13
150:21,23 184:3

184:17 192:20
193:24 209:14
214:8 227:6
270:16 271:2,6
**defectively** 151:6
151:12
**defects** 9:15
**defendant** 1:8,19
3:3
**defensive** 87:19
**define** 177:5 189:3
240:24 241:5
253:22
**defined** 271:21
**definitely** 235:7
**definition** 188:24
**definitive** 231:8
**definitively** 234:17
**degree** 12:1,2,10,12
105:7 126:16
230:6
**degrees** 204:14,21
255:10,11
**deionization**
200:11
**del** 238:12
**delay** 217:7 222:12
**delayed** 209:18
**delays** 219:4
**delignificationre...**
187:5
**delivering** 133:7
170:6
**demand** 134:1
**demanding** 201:21
**dennis** 261:11
**dentification** 203:7
**depalma** 2:9
**department** 84:22
95:12 121:12
154:16 155:17
160:8 169:15
183:25 195:8
200:22 206:7
217:4 224:5
226:22

**departments** 71:5
**depended** 218:6
**dependent** 64:17
64:20 65:14,18
68:4,9 89:3
**depending** 64:5
100:24 116:20
129:2
**depends** 57:14
70:17 89:18 96:17
102:5 106:12
136:11 141:21
262:15,15,16
**depiction** 167:19
171:12
**depleted** 87:3
**deponent** 1:23
**deposed** 227:9
**deposition** 6:3,6
7:24 8:13,14 9:2
24:21 25:11
228:24 265:23
266:2,4 273:14
**depositions** 8:4,9
10:14 25:5,8
**depot** 191:8,14,14
191:21,25 192:12
**describe** 20:3 26:15
27:12 67:2 142:7
173:23 210:12
215:19 229:18
235:14 269:25
**described** 47:4
102:16 253:19
**describes** 204:13
267:14
**describing** 48:13
**description** 49:15
133:4 154:5
**design** 156:10
**designation** 45:17
**designed** 170:14
**destroyed** 200:15
**detail** 105:16
113:13,25 115:9
116:24

**details** 49:9 58:22
59:2 66:6 105:14
109:10 133:10
174:1 191:20
237:18
**determination**
92:12 99:18 107:2
139:15 156:7,14
185:7 200:16
215:15 258:19
**determinations**
128:5
**determine** 70:23
95:4,7 102:2
103:6,12,24 105:7
106:11,14 113:20
128:3,11,22 129:8
143:15,18 178:20
214:20 215:18
230:6 233:15,25
235:25 237:21
243:13,17 270:15
272:1
**determined** 75:7
105:9 148:10
193:13 215:9
258:15
**determines** 138:17
**determining**
101:14 102:7
143:12 156:25
**deutsch** 2:18 4:4,6
166:22,23 186:6,9
186:13,18,21
205:15,18,19
216:7,9 220:22
221:21,24 222:17
251:8,10 266:23
270:8,11 272:14
**developed** 33:25
113:19 265:7,8
**development** 4:14
14:13 20:6 60:10
88:11 125:4
173:21
**device** 177:8,10

178:1,9 186:14
**devices** 176:20
177:4 178:12
179:5
**devoid** 242:25
**dezincification**
186:2,23 187:2,9
187:25 198:20
199:3,4 202:23
**dialogue** 230:2
**diameter** 201:22
**didnt** 59:1 63:8,20
70:3 75:17 81:7
86:23 88:4,23
91:9 96:11 103:16
110:19 112:5,10
113:24 121:18
126:11 138:19
141:12 154:22
155:19 156:6
158:6 161:2 162:2
162:2,24,24
165:12 174:8
176:9 177:23
178:17 182:4
192:13 209:15
213:22 215:25
235:22 257:19
258:4 259:1
263:21 271:11
272:1
**die** 99:22,23 117:23
**difference** 52:5,6
89:19 144:23,23
145:9 231:4
**differences** 27:13
145:19 146:1
268:5
**different** 18:7 27:1
32:18 44:21 53:4
59:7 77:9,13,16
96:18 100:5
104:20 114:19,21
118:12 123:3
132:5,14,15
137:24 143:7



152:9,22 170:23
172:9 173:7 190:4
198:12 201:19
203:25 209:4,5,21
210:22 216:22
236:19 246:19
262:11,11
**difficult** 192:10
**dig** 75:1 109:4
**digests** 25:7
**digging** 200:10
**diligence** 37:5,7
**dimensions** 103:2
231:4
**direct** 4:3 7:11 79:9
168:16,21 169:23
171:17 267:7
**directed** 137:14
150:9 160:14
**direction** 174:7
178:19 184:25
206:8 274:10
**directly** 22:14,17
27:21 169:4 170:2
170:3 176:1
260:22 274:14
**director** 48:7,9
**disagree** 232:24
266:13
**disagreed** 157:7
**disclaimer** 140:5
**disclosing** 248:23
**discovered** 181:24
192:19
**discuss** 37:18 79:3
84:12 90:9
**discussed** 24:24
37:10 72:15 79:5
123:14 128:1
131:1 159:2,8
239:7 269:6
**discussing** 61:8
91:14 131:10,12
131:15 162:1
164:14,24 202:4
234:14

**discussion** 43:19
72:11 90:17 131:3
203:1
**discussions** 40:14
47:10 49:2 52:15
59:3 78:9,11,14
78:24 90:25 91:2
91:3,5 93:8 132:3
200:5
**disposition** 42:13
118:11 164:24
**dispute** 226:25
266:14
**dissipates** 142:12
**distinction** 256:18
**distribution** 20:11
83:13 267:22
**distributor** 208:18
222:11
**distributors** 38:2,3
150:12 161:18
192:23 260:11,12
**district** 1:1,1,12,13
**division** 1:13 24:2,3
**dlt** 49:12
**document** 5:19
47:19,23 48:1
59:14,20,23,25
60:3,5,8,10 61:18
63:24 64:13,24
68:3,18 74:5,15
75:21,22 78:22,23
88:12 89:13
107:13 130:14,18
130:20,21 131:4,9
132:15 136:24
137:1,3,10,18,21
139:3,19,24 140:4
141:3 150:4,9,10
159:3 163:24
164:4,19 167:15
168:15 183:21,22
200:3 201:10
203:12 206:1
207:15,23 211:24
216:12 222:20,22

223:5 224:24
229:7,11 237:1
238:25 239:17
249:23 251:18
256:2,24 257:3
260:24 262:25
263:3 264:12,18
264:20,23 265:5
265:24 266:14
267:8,12,14,15
**documentation**
216:23
**documents** 25:2
34:13 93:10 94:8
140:17,22 167:16
187:11 195:17
**doering** 1:23 4:19
6:3 7:13,23 48:1
166:23 267:4
**doeringr2** 196:20
**doesnt** 58:13 70:12
77:11 104:21,25
107:8 119:16
140:4 152:15
158:5 165:20,20
177:11 207:17
248:19,19,21
249:11 268:17
**doing** 10:24 62:4
69:19 71:25 72:2
82:12 85:5,6
109:16 110:3,12
112:3,5,7,12
129:18 143:10
158:7 166:4
172:10 190:6
208:17 209:15,24
226:13,15 229:23
230:25 231:10
235:23 236:2,11
237:19 240:15
248:6
**doityourselfertype**
178:1
**dollar** 217:22 218:1
218:1,3

**domestic** 176:22
252:25 262:21
**donnie** 83:13
**dont** 9:9,15,19,22
10:7 11:4 18:6,11
18:16 23:6 24:23
25:1 33:5,5,7,9,23
33:23 34:6,6,8,17
34:21 35:4,4,9,9
35:10,17,25 38:16
38:22 39:1,1,3,3
40:3,13 42:2,9,11
42:17,17 45:10
46:2 47:3 49:1
50:4,12 51:12,18
52:19,25 53:9
54:11 55:9,19,19
56:7,7 57:20,22
57:24,24 59:5,12
63:13,21 64:22
66:4 67:20 70:21
71:17 72:11 74:1
76:14,14,18,20,21
77:4,23 78:5 79:6
79:22 80:3,6,22
80:23 81:16 87:2
90:9 91:1,1,2
94:10 99:6 100:6
100:10 101:21
102:13 103:5,21
104:11,12 105:14
105:16 107:1
108:24 109:20,24
110:11,11,12,17
110:17 112:25
113:1,1 114:1,9
114:20 115:7,25
116:14 117:20
118:21,23 119:24
122:17 124:11,21
126:3,18 127:2,9
127:10,13,22
128:9 130:7,20,20
130:24 133:9,23
133:25 135:24,24
136:2,14,15

138:13,19 139:10
139:12 141:19,19
142:3,19,19,20
143:1,1,7,15
144:3 145:4,6,9
145:11,15,15
146:1,6,8,12
148:1,7 149:5,11
149:15 152:2
156:2,4 159:1,4,6
161:25 163:8
165:3,10,13 166:2
166:8,12,12
168:13 171:25
172:10 173:8,8,15
175:10,23,25
179:18 181:8,12
182:9 183:9,10,11
183:18 184:5,7
185:12 188:7,8,24
189:5,5,10,18,19
191:20 192:4,6
197:18 199:7,16
201:1,4,14 203:2
203:24 204:1,1,6
205:11 206:18
207:7,11 213:15
214:3,4,11,15,24
214:24 215:4
217:4,8,9 218:5
219:17 220:20
221:8,8,18 223:8
225:11 227:15,16
227:16 228:3,19
230:15 232:9
233:11 237:6,19
238:15,16 239:1,1
240:1,1,3,10,19
242:13 244:13,13
244:18,18 245:13
245:15,17,17,17
246:2,14,24 247:9
247:10,19 248:12
248:12 249:1
250:24 252:7,16
252:20,20,21



253:24,25 257:20
257:20 258:12,12
258:13,20,20,23
259:8 263:20
264:7,8,14 265:8
266:5,6 268:1
270:6,25
**door** 50:15 73:3
**dosage** 146:7
**dose** 234:4,5
**double** 149:9
**doubled** 56:19
**doubling** 191:2
**doubt** 53:17 76:24
**doubting** 53:19
**doug** 168:6 173:10
225:14 235:17
237:11,17 238:9
250:10,11,12,25
265:21 266:17,18
**dougs** 173:17
**dow** 23:3 201:8
203:11
**dozen** 102:15
**dr** 252:11
**draconian** 155:2
**draft** 154:22 252:4
261:17
**drafted** 65:22 66:3
137:3,5
**drafts** 257:8
**dramatic** 87:13,22
**draw** 246:5
**drive** 2:10 6:4
**driven** 30:7 61:13
92:10 231:8
**driving** 148:24
**drove** 149:1
**dry** 154:23
**drywall** 152:6,14
267:18
**dual** 77:6
**dud** 178:23
**due** 37:5,7 64:18
65:19 99:18 116:1
116:19,19 227:23

231:13 245:3,22
**duly** 274:7
**duplicate** 40:5
**duplication** 39:13
162:25
**dura** 143:10
**durapex** 49:13
136:25 137:25
138:2,7,25 139:18
139:21
**duration** 205:8
220:19
**duties** 19:13

——— **E** ———
**e** 68:25 75:1 203:10
221:9 222:3
259:15 260:25
**earl** 84:5 122:4,10
122:14,16 252:5,9
252:12,17,24
254:3
**earlier** 72:15 87:19
88:12 91:19
117:24 142:21
157:14 162:15
165:12,21 175:3
179:12 188:21
194:5 204:6 205:1
225:13,15 233:5
241:1 251:2 257:8
262:17 270:23
**earls** 252:10
**early** 61:19 114:22
121:16 134:8
161:9 187:3
**earnest** 112:9
**easier** 32:1,3,11,12
32:13,14 110:14
**east** 160:25 161:1
**easy** 106:2
**eb** 27:25 28:3
**ebeam** 72:24 73:5,8
73:11,17,22 74:8
74:12,22,23 82:14
116:13 125:23

126:1,6 146:7
226:12,22 234:3
**ebeams** 126:12
**edge** 134:3
**edit** 217:7
**edits** 217:8,9
**education** 11:16
12:17 137:17
**effect** 36:6 71:13
251:15 254:1
**effective** 34:2
193:23
**efficiency** 136:18
**efficient** 134:15
211:1
**effort** 110:25
129:23 191:24
193:5
**efforts** 92:24
130:11
**eight** 114:6 146:3
163:4
**either** 35:1 67:24
81:7 100:3 101:1
124:1 133:11
137:6 145:17
147:24 169:18,18
206:10 235:2
274:13
**electron** 28:1
**electrons** 72:19
**elements** 229:17
**eliminating** 203:3,4
**elkhart** 15:20,21
83:25 120:18,23
121:3,6,15,18
122:10,13,20,25
129:12,16 130:1,9
143:10 158:7
172:5 185:6
190:15
**elses** 225:9
**email** 2:13,24 3:10
4:13,16,21 5:3,4,5
5:6,7,8,9,11,12,14
5:15 48:2,4,11,13

49:11,23 50:7,23
107:17,20 108:6
113:14,17 164:5
164:14,18,21,23
165:3,5 166:10
196:16,19,21
197:9,16,18
198:11 199:20,25
200:21 201:8,13
201:15,16 202:4
203:9 204:6,8
205:21,22,24
207:14,20 213:2,3
213:8 214:6
216:12 217:12
218:10,11 220:25
221:1,3,7 222:3
224:25 225:23
226:16,17,20
229:8,9,15 230:1
231:9,25 233:13
233:21 234:12
235:4,16 236:24
237:4,11 238:9,20
238:22 244:3,4,5
244:7,11,24 245:1
245:1 249:19
250:4,9,10,17
251:12,13,14,23
252:2,24 255:24
255:25 256:5
259:15,16,19,24
260:6 261:1,3,7
263:1,7,12,14
**emails** 56:15
197:11 203:23
**emery** 23:1 164:20
213:19 250:9
**employed** 73:16
228:3
**employee** 274:12
**employees** 39:19,21
40:10 141:3
**employer** 242:5
**employment** 8:5
**encompassed**

225:17
**encompasses**
167:15 171:7
197:10 199:21
205:23 207:15
213:1 216:11
218:9 221:2 222:2
244:1 249:20
260:24 265:12
**encompassing**
264:19
**encourage** 226:6
**ended** 21:17 203:24
204:1,7 236:2
258:13
**enduser** 96:5
128:13 230:18
260:20
**endusers** 192:20
225:24
**energy** 134:15
136:17
**engineering** 48:7,9
71:4 72:4 83:3,24
84:22 121:12
**engineers** 49:10
84:9 158:7 187:1
**england** 211:16
**enlighten** 266:21
**enrolled** 13:24
**ensue** 100:11
**ensure** 33:18 71:20
89:14 158:13
184:1 242:25
**entered** 28:13
**entering** 146:21
**entire** 52:16 170:6
270:2 271:1
**entirely** 54:16
227:23
**entirety** 164:4
**entities** 163:10
**entitled** 68:18 74:7
**entity** 39:6 58:20
63:10 70:24 72:22
76:12 77:2 162:18



MAGNA
LEGAL SERVICES

170:15
**entrusted** 51:7
   61:14 71:19 84:24
**entry** 58:9
**equipment** 41:6
   73:7 226:18 230:8
   236:4
**equistar** 64:8
**erl** 96:22,24 105:19
**erls** 96:20,20
**escape** 23:8
**essentially** 56:10
   72:19 73:2 96:6
   150:25 164:25
   269:13
**established** 194:6
   264:15
**estmf2023** 251:16
**europe** 132:8
**evaluate** 52:18 95:4
   101:23 102:24
   109:3 111:7,21
   121:4,23 185:2,6
   185:14 229:21
   230:3 231:21
   243:23 260:19
**evaluated** 120:20
   222:13
**evaluates** 235:18
**evaluating** 34:2
   100:21 104:20
   112:15 122:6,16
   122:20 185:10,16
   229:24 236:20
   249:8
**evaluation** 94:17
   94:18 97:16 111:3
   112:19 113:11
   114:12 120:1
   121:15 122:23
   127:21 213:14
   223:4 230:9,10,16
   236:10 265:4
**evansville** 218:19
   218:20
**evening** 136:21

**event** 150:21
**eventually** 87:24
   206:21 236:3
**everyones** 34:19
**evidence** 128:11
   230:21 248:16
   268:23
**evidencing** 34:14
**evolved** 135:9,19
**evolving** 140:18,22
**exact** 38:16 40:4
   63:21 113:8
   145:16 152:2
   181:8 188:24
   220:9,16 259:8
   270:25
**exactly** 41:25 42:9
   50:4 55:19 56:1,7
   88:24 99:6 114:20
   121:11,13 133:17
   135:24 136:2
   165:3 181:12
   201:1 213:16
   214:4 221:18
   227:7 234:10
   246:14 251:25
   253:25 258:14,20
   263:21
**exaggerating**
   256:18
**examination** 4:3,4
   4:5,7 7:11 102:17
   166:21 230:1
   267:2 272:16
**examining** 106:9
**example** 114:22
   116:16 119:13
   123:21,24 155:3
   268:25
**examples** 124:4
**exceed** 147:6 148:2
**exceeding** 147:7
   148:12 159:23
   161:21,24 228:15
**exceeds** 138:8,25
**excessive** 101:8

**exchange** 180:22
   201:15,16 215:2
**exchanges** 35:4
**exclamation** 250:20
**excludes** 154:3
**exclusive** 119:9
   123:18
**exclusively** 19:23
   153:22
**excuse** 29:12
**exemption** 207:11
**exhibit** 47:21 50:20
   50:24 59:14,18,21
   74:5 88:12 107:14
   107:16 130:15
   136:22 150:2
   153:14 163:23
   167:13 171:15
   197:14 199:23
   203:6,7 204:10
   205:16 207:21
   212:3 216:16
   218:9,14 220:23
   222:5,18 224:22
   225:1 229:13
   232:12 236:23,25
   239:22 244:9
   249:25 251:12,20
   255:23 256:21
   259:14 261:4
   263:5 264:24
   265:15 267:8
   272:18
**exhibits** 4:10 5:1
**exihibit** 205:14
**exist** 62:21 94:11
   162:17 165:12
**existence** 163:10
**existing** 68:23
**exists** 141:15
**expand** 100:8
**expands** 100:6
**expansion** 100:7
   111:13 117:9
   144:6,13 248:15
**expansions** 180:1

**expect** 232:7
**expected** 67:12
   68:11 232:2,4
**expecting** 234:4
**expedite** 219:2,9
**expenses** 69:4
**expensive** 202:8
**experience** 130:1,2
   157:23 189:6
**experienced** 9:16
**expert** 67:4,22
   147:14 160:15
   271:9
**expertise** 56:7
   62:22 122:9
   130:12
**experts** 125:24
   126:2 185:22
**expires** 274:24
**explain** 52:9 144:20
   179:16 241:12
**explained** 183:22
**explaining** 217:6
**explanation** 190:20
**explicit** 152:20
**exploring** 132:9
**expose** 255:16
**exposed** 27:16 98:9
   100:1 109:24
   115:17,18 235:24
**exposure** 119:5
   205:3 237:8
**expressed** 191:24
**extend** 159:19,24
**extending** 159:14
**extensive** 183:19
**extent** 25:20 58:6
   82:3 85:7 129:25
   154:2
**extrapolated** 60:19
**extrapolating**
   251:16
**extremely** 215:23
**extrude** 74:21
**extruded** 28:4
**extruder** 41:6

**extruding** 99:23
**extrusion** 73:7
   172:20 173:1
   226:22
**extrusions** 15:6

_____

## F

**f** 104:15 137:18
   138:2,9 139:14
   197:23,24,25
   198:1,8,8
**face** 262:5
**facility** 5:16 33:14
   41:1 73:1,2 80:11
   103:14,18,25
   104:7 114:13
   142:11 241:12
   242:17 264:20
**facing** 174:18
**facsimile** 2:23 3:9
**fact** 34:25 61:19
   62:18 66:12 73:11
   116:18 123:17
   127:21 146:4,14
   148:16 161:12
   187:6 252:19
**factor** 148:21 255:5
**factors** 102:7 103:5
   139:20 140:25
   143:4
**factory** 180:18
   239:14
**facts** 148:5
**factual** 266:9
**fail** 47:1 62:3 64:12
   69:21 248:9
   255:12
**failed** 36:17 53:21
   54:8 59:10,13
   63:6,17 66:13
   67:6 72:8 96:16
   103:4 104:14
   120:12,13 122:21
   139:8 182:20
   200:8,9 204:15
   213:14 215:19



224:13,14,17,18
224:18 227:24
270:21,22
**failing** 64:5 84:16
216:2 231:17
**fails** 62:9 115:14
254:21
**failure** 62:17 98:10
99:18 100:7,16,22
100:24 101:3,11
101:15,24 102:18
102:22,22 103:24
104:1,19 105:10
105:21 106:4,14
108:9 109:19
114:12 115:16,20
115:21,22,23
116:1,8,18 117:20
120:2,7 122:1
128:3,7,23 129:3
129:18 138:9
143:16,23,25
148:11,12 185:2
228:6 229:22
230:12,21 232:1
232:16,16,23
237:16 238:11
247:24 251:16
254:18 255:17
272:10
**failures** 9:17,18,23
65:10 109:11
118:17,18 129:5
144:7 162:8
181:10 185:20
188:8,11,14 232:7
232:25 233:8
234:23 235:18
238:12 269:5,6
270:1,5,23
**fair** 22:2 49:14,14
57:1,3 72:22
129:19 139:23
148:14 163:13
165:1 182:21
189:9 193:4

231:15
**fairly** 133:6 185:12
193:5 218:21
236:19
**fall** 86:17
**familiar** 16:17,20
55:21 66:6 129:17
130:19 174:7
185:17 212:11
227:7
**far** 10:24 52:12
56:17 106:2
118:24 220:17
**fast** 260:19
**faster** 88:18
**fault** 156:16
**fears** 152:18
**features** 32:1
133:24 137:16
**feb** 5:9
**february** 224:13
229:10 237:12
**federal** 6:7 187:20
**fedex** 196:13
**feedback** 94:1
192:12
**feel** 96:15 164:4
**feeling** 133:21,22
199:16
**feet** 62:13,14 247:9
**fell** 126:25
**fellow** 80:4
**felt** 44:5 54:5 66:18
66:20 117:22
121:3,21 126:8,10
133:17 144:19
170:22 171:2,3
177:25 178:6,7
213:25 215:3
226:13 231:7,20
262:18
**fide** 247:13
**field** 62:15,15 66:21
97:20,24 98:8
99:18 103:8
116:19 129:11

188:9
**figure** 270:13
**file** 219:3
**files** 25:16 94:13
195:4
**financially** 274:14
**financials** 83:5
169:16
**find** 26:17,24 88:23
98:19 188:23
189:7 192:7
234:16
**finding** 26:18
**findings** 263:13
265:5
**finds** 253:1
**fine** 10:23 72:1
164:9
**finish** 10:18,21
18:23 75:21
**firm** 241:20 246:18
**first** 8:12,14 10:16
18:23 24:10 42:2
44:22 45:20 48:17
60:3,9 80:15
86:14 87:9 96:23
97:25 99:2 102:25
104:11 107:22
110:8 130:17
131:7,21 132:18
137:23 147:6
150:9 164:5,19
167:5 186:25
194:18 202:20
206:25 213:3
224:12 231:24
232:13 235:15
240:23 242:23
252:2 257:16
264:7 269:5 274:6
**fish** 38:4
**fishes** 40:23
**fit** 174:19 214:7
**fits** 179:1
**fitting** 95:2 177:7
180:3,19 181:11

188:14 198:3
199:2,8,9 200:7,9
200:18 214:25
215:12,19 222:12
223:20 224:8,11
235:13 269:4,6
270:5,17 271:7
**fittings** 16:12,14,22
16:24 18:7,9,12
32:23 33:10 92:6
120:17,23,25
121:2,4 124:8
151:22 164:25
171:1 176:5,9,16
176:17 180:1,6,10
180:17,20,23
181:6 182:3,20
183:13,15 184:4
184:13,17 185:1,5
185:6,10,16 186:2
186:24 187:10,10
187:25 188:9
192:18 197:23,25
199:1,11,15,17
206:11,12,17
208:9,13,14
209:14 210:6
211:8,8 212:2
213:14,18,23
214:2,8,11,15,19
214:21 215:2,22
215:25 216:2,17
218:18 221:12
222:10 236:16,20
241:4 245:24
246:13 254:2
257:13 269:7,11
269:13,23 270:1,2
270:14,16 271:1
272:5,9
**five** 85:13,14 181:9
219:14
**fix** 186:12
**fixing** 182:2
**fixtures** 147:8
**fleet** 196:12

**flip** 232:11
**florida** 210:20
**flw** 1:2
**focus** 48:2 164:5
171:4 178:8,12
**focused** 19:23
160:16 199:10
**folder** 264:15
**folks** 79:23 184:15
**follow** 91:19 98:5
100:10 123:14
193:20 194:4
**followed** 187:23
**following** 64:9
252:4
**followup** 270:9
**force** 30:7
**forces** 61:13
**foregoing** 274:4
**foreign** 99:22
**foremost** 90:7
**forgotten** 116:13
**form** 29:6 33:4
34:16 35:24 36:5
39:10 41:10 42:8
50:1,10 51:6 53:8
54:10 55:8,18
56:22 58:24 61:3
61:22 62:11 63:18
64:14 65:21,25
66:16 69:15 71:15
72:10 73:24 74:19
76:9 80:20 84:19
89:17 92:15
103:20 104:9,17
107:11 115:24
129:20 136:10
138:12 139:5,9
145:1,22,25
151:16 152:1
153:9 155:13
162:19 163:14
166:1 186:3 188:5
189:4 193:18
194:1,16 198:24
229:4 230:13



231:18 232:8,20
234:24 237:22
238:8,14 243:21
244:6 245:10
246:22 247:6,16
248:10 253:13,23
254:16 255:8
262:14 264:22
265:1,10 266:11
272:4 274:9
**formalities** 163:9
**format** 207:18
**formed** 271:17
**formulation** 250:5
**found** 34:20,21
144:12 150:1
189:15 200:11
268:23
**four** 13:14 15:2
22:20 65:23 77:9
85:20 111:7
189:13 191:16,18
192:5 197:4
224:14 250:20
**fourth** 223:5,13
**fraction** 112:23
**frank** 252:11
**free** 164:4 242:25
**frequency** 44:25
**frequently** 82:1
**friendlier** 32:2,11
**fritolay** 196:14
**full** 7:22 50:23
60:15 128:19
154:1 182:21
208:21
**fully** 200:15
**function** 37:11
39:18
**functional** 20:20
**functions** 20:11
39:12,16 162:23
162:24
**furniture** 152:6,13
267:18
**further** 68:11 230:7

272:14
**future** 272:10

---

**G**

**gage** 3:5
**gain** 68:11 98:12
126:1 130:11
149:24
**gained** 130:1,1
**game** 58:10
**garden** 6:3
**gary** 125:11,12,17
169:8
**gauge** 111:4,6,24
112:14 149:25
**geers** 169:6
**gel** 126:25 127:18
229:21 230:5,8,10
230:22 231:10,16
235:2 236:3
237:13,20,25
239:10
**general** 14:11
19:20,22 20:4,18
22:5,6,18 24:1,7
24:13 33:15 36:12
36:15 45:13 51:15
54:23 56:10 58:15
66:14 67:23 71:18
71:22 72:14 73:20
76:5,16 80:19
82:16 85:16 95:8
99:13 135:25
137:6,7 150:14
153:18 155:22
159:11 160:22
167:12 171:4
172:1 174:15
190:13,16 194:23
199:14 228:15,17
239:2 241:3 254:4
**generally** 19:11
20:3 26:15 27:12
140:16 161:5,15
268:13
**generated** 110:14

112:21
**gentleman** 172:25
**gentler** 155:4
**geographic** 232:2,5
232:6
**georgia** 149:4,14
158:19,19 210:16
210:21 212:9
**germs** 142:3
**gesturing** 11:2
**getting** 51:16 52:11
78:6 103:23
104:23 123:5
139:16 174:18
190:22 193:24
201:13 202:13
203:1,10 207:9
212:17 216:22,24
216:25 221:16
222:12,14 231:16
252:13 261:6
263:7
**give** 7:7 10:17
30:13 31:14 37:22
82:2 85:6 108:8
117:12 128:13
134:3 169:21
236:11 240:13
247:14 258:6
**given** 7:24 12:16
119:20 138:14,15
184:3 190:20
234:5
**giving** 139:23
150:14 184:10
208:15
**gm** 118:5
**go** 10:16 18:9 25:24
31:11 34:18,20
50:16 68:17 69:9
88:20 91:17
100:21 101:13
102:7 108:22
110:22 113:6
119:8 120:14
121:15 123:7,9,9

123:12 129:10
133:12,13 139:14
143:12 146:15
151:4 152:9,24
156:13 157:10
160:1,4 166:6
169:6 175:11,13
186:11 189:10
192:6 201:24
202:3,6 216:5
218:3 221:19
249:13 251:6
255:10 257:6
260:1 263:25
**goal** 68:25 69:1
**goes** 50:14 64:4
138:6 139:21
140:23 253:5
**going** 26:20,21
46:18 47:19 50:21
55:10 56:15 58:7
58:25 71:24 77:21
84:13 86:4 87:22
88:9 92:25 96:23
96:24 98:7 106:24
107:12 111:10
113:2 114:6
115:19 120:9,18
120:23,23 121:6
122:5,13 123:8
126:12 129:12
130:22 135:10
148:25 149:20
152:24 154:18
156:24 162:6
164:5 167:1
174:22 175:11
176:12 179:23
186:18 187:17
188:20 189:17
194:19 199:5,16
199:17 202:9,17
202:25,25 203:2
209:25 211:23
219:4 226:18
244:21 250:5

254:23 260:8
272:23
**good** 7:13,14 10:24
46:13 48:18 52:18
58:16 62:3 78:25
90:5 103:1 106:23
119:18 122:4
123:8 133:6,18,22
141:23 156:18
158:14 161:1
162:4 177:13
185:18,20 187:16
191:4 195:25
213:25 216:21
226:3 236:18,20
262:22 263:21
270:24 272:2
273:12
**gooding** 211:14,14
**goodling** 169:7
**goodwill** 213:21
214:3 217:20
222:14 272:25
273:9
**goose** 166:11
**gosh** 211:5
**goto** 157:16
**gotten** 129:16
187:7 207:11
270:19
**gouge** 106:8
**gouged** 100:2
**gouging** 115:2
128:16 228:21
**governing** 68:9
**governs** 126:21
**grand** 3:6
**grant** 23:3,6 201:8
203:11,17 235:17
237:16 238:9
**granted** 55:14,14
60:17 64:18,21,22
65:18
**grants** 237:11
241:15
**great** 73:14 98:2



**greater** 138:22 159:4
**green** 266:18
**greenberg** 2:9
**greg** 5:4 199:21 200:20
**grommets** 179:20
**ground** 10:13
**group** 51:21 163:16 257:18,19
**groups** 258:8
**grow** 86:4,6 88:2 92:25
**growing** 19:15 86:12 118:24
**growth** 85:22 86:1 86:10 159:17,23 202:10,17
**grunwald** 33:1,3
**guess** 11:22 50:11 56:3 63:15 66:11 115:9,25 119:25 121:9 132:23 133:21 145:6,18 150:13 151:10 155:3 156:21 198:19 203:23 212:11 233:5,6 252:16,20 253:17
**guessing** 271:13
**guidance** 154:19
**guidelines** 100:11 128:14 248:3
**guy** 52:19 69:17 138:19 157:16 160:3 209:11
**guys** 152:15

**— H —**
**hadnt** 97:4 218:22
**half** 38:23 50:24 170:4 181:14,15
**halffinch** 49:13 50:24 201:25
**hall** 207:15 208:2,2 208:3

**hamilton** 218:23
**hand** 7:4 267:9
**handful** 180:17 181:6 215:2 216:1 270:4
**handle** 32:1,11 49:10 211:15
**handled** 66:5 239:5
**handles** 219:18
**handling** 95:13 156:19 210:1 228:11,15,17
**hands** 58:23 166:6
**handyman** 157:24
**happen** 14:23 120:5 159:17 175:13 184:11 215:25 248:4 270:23
**happened** 10:7 14:24 32:21 41:20 42:9 70:11 102:8 106:25 115:3 116:14 119:22 144:16,21 148:19 156:13 196:3,5 200:9 214:5 227:18 230:4 238:17 240:18 261:24 263:18
**happening** 135:18 149:24 178:2 198:17 213:24 250:7
**happy** 56:20,24
**hard** 179:9
**harm** 237:19
**hat** 196:1
**havens** 1:25 6:8 274:22
**havent** 219:25
**havethird** 70:8
**hayes** 169:5
**head** 11:1,1 35:11 124:22 208:6
**headed** 189:25

**headhunter** 195:22
**headquartered** 198:6 208:4 210:15 211:15
**headquarters** 39:15 83:25 190:14
**hear** 227:18
**heard** 10:2,13 141:2,4 168:6
**hearing** 80:15
**heat** 28:23,23 29:14 136:18
**heater** 109:23 111:18,18 179:25 180:2 200:14
**heaters** 147:8
**heavilyregulated** 63:3
**hed** 56:20 158:5
**help** 20:24 110:7 111:2 112:18 125:24 155:17 172:6,8 243:13 247:25 252:5
**helped** 172:4
**helps** 261:16
**hereof** 274:6
**heres** 213:23
**hes** 21:15 48:13 50:11 68:15 74:24 75:9,11 78:21 108:24 109:18 157:21,22,24 164:24 168:13 198:13,25,25 199:4,7,9 200:22 206:16 208:5,5 220:5 224:5,6 234:14 245:16 250:4 253:14,18 254:8
**hey** 77:10 152:15 158:23 161:3 161:19 218:24 261:25 262:1

**hide** 80:9 81:3
**hiding** 81:13
**high** 32:6 62:17 67:10 98:9 100:1 100:16 106:5 111:19 115:17,18 116:2 133:19 139:11 142:16 144:15 146:14,20 148:16,20 149:6 149:10 158:18,25 159:12 161:4,13 161:17,19 189:13 189:16,19 205:2 212:10 234:3 242:9 247:18,23 248:8,17,23,25 249:4 254:5,23 268:10,14,16
**highdensity** 27:17 28:2
**higher** 46:4,6,18 59:1 88:8 89:1,14 133:19 234:2 251:3 253:16 254:13
**highest** 11:16 131:25 142:17 241:17
**hightech** 186:10
**hilfinger** 169:5
**hilton** 6:3
**hired** 125:23 163:18
**historically** 126:25
**history** 5:18 63:25 190:19 234:4 266:8
**hit** 179:4 204:24
**hitting** 179:7
**hold** 11:18 186:11 199:16 211:2
**holds** 177:11
**hole** 243:14
**holes** 179:20
**holmes** 1:14

**home** 44:24 70:11 117:9 134:13 146:21 147:9 149:7,13,22,25 157:25 191:8,14 191:14,21,25 192:12 200:12,17 202:1 203:22 254:7
**homeowner** 110:24 117:12,15 128:13 149:23 164:15 165:23 200:7 249:17
**homeowners** 268:7
**homerun** 206:13
**homes** 44:5 92:23 144:5,6,14
**honcho** 208:6
**hope** 88:2
**host** 108:19
**hot** 134:17 135:1,6 135:23 219:1
**hotel** 9:3
**hotspot** 159:14 210:4 212:11 233:6
**hour** 25:1 148:25
**hours** 136:19 174:6
**house** 57:21 111:6 142:5 148:20 149:8 189:9 236:14 248:17 273:7
**houses** 228:7 248:13,14 249:8 263:11
**housing** 85:24 202:15
**hr** 40:6 83:16
**huge** 163:6
**hundred** 220:10
**hundreds** 181:23 184:21
**hurt** 70:4
**hydrostatic** 132:2



133:20
**hypothetical** 54:22
57:23 104:10

**I**

**iabmo** 70:15
**iampo** 68:25
**iampro** 34:20
**iapmo** 53:5 54:4
77:6,9 78:7,12,25
124:1
**id** 11:13 20:23 69:4
127:10 160:1
169:20 171:6
177:12 189:10
203:23 211:6
213:21 216:10
259:10 267:7
269:5 270:3,3
**idea** 78:25 106:23
156:4 184:16
210:25 214:1
259:5
**identification** 47:21
59:18 107:14
130:15 136:22
150:2 153:14
163:23 167:13
171:15 197:14
199:23 204:10
205:14 207:21
212:3 216:16
218:14 220:23
222:5,18 225:1
229:13 239:22
244:9 249:25
256:21 261:4
263:5 264:24
265:15
**identified** 74:12
158:24 175:3
268:11
**identify** 105:21
234:16
**identifying** 235:11
**ill** 10:17,25 11:7,8

25:22 47:22 59:15
164:3 229:18
267:8
**illinois** 2:11
**im** 8:18 12:8,8
29:12,16 38:24
39:23 41:11 42:15
43:12 45:9 47:13
47:14,19 49:5,8
50:21 52:9,11,11
52:18 56:1,9,24
66:9 67:4,4,24
70:8,9 71:5 72:12
72:18 78:7,9
86:23 91:16,16
93:24 96:22,23,24
99:4,4 107:12,16
112:10 113:6,23
115:15 117:9
119:3,18,18,22
121:9,11,13
122:16 123:8
124:8,10 130:19
135:14,17 136:12
137:4,4 138:19
142:14 147:13,13
153:15 154:15
155:18 157:22
164:1 165:12
166:23 167:1
168:13 175:16
181:5,21 182:16
183:10,20 185:12
186:4,19 187:11
188:15,20 189:17
189:18 194:19
195:10 203:5
205:13 207:2,2,8
211:23,23 212:10
221:17 223:9,13
223:13 227:7
228:3,9,19 231:24
233:18 234:4,10
238:11 240:16
245:2,2 247:7
250:24 251:3,22

252:1,7,11,15,18
254:18 258:12
266:5 271:8,13,13
273:12
**immediate** 255:17
**immediately**
148:22 181:2
192:22
**impact** 57:24 58:4
63:20 66:18,20
87:22,25 142:3,11
**impacted** 74:11
85:25
**impetus** 97:17
**implemented**
132:21 133:14
235:21
**important** 57:4
76:6 92:19 237:14
237:20 238:2
**importing** 178:2
**impressed** 226:13
**improper** 101:24
128:6,22
**improve** 58:7 92:13
**improvement** 74:8
110:3 115:5
**improvements**
114:5 116:24
**inch** 179:5 181:14
181:14,14,14,15
181:15 202:3
243:2,5 255:11
**inches** 114:25
179:25
**incidental** 154:4
**include** 188:22
191:7 206:8
225:21 267:17
**included** 68:10
117:15 182:14
206:15 213:3
**includes** 45:21
167:11
**including** 19:7 48:3
84:8 141:1 154:6

154:13 163:5
**inconclusive**
102:18
**incorporated**
211:14
**increase** 115:7
159:20 205:2
**increased** 121:20
**incremental** 114:4
**incumbent** 192:8
**incumbents** 192:9
**independent** 31:19
68:3,12 70:8
138:6,25 191:23
**index** 4:1
**indiana** 11:19 12:7
120:18 190:15
218:20
**indicate** 51:2
232:18 238:4
**indicated** 51:4
**indicates** 64:11
134:24
**indicating** 51:24
232:21
**indication** 135:19
**indicator** 231:6
**indirectly** 274:14
**individual** 184:12
**individually** 1:16
2:16
**individuals** 79:21
**indulgence** 167:4
**industrial** 12:19,20
13:9 14:6,21
15:13,17 24:2,3,8
24:10 92:2 123:22
124:9
**industries** 18:6,14
27:9 257:14
**industry** 36:6,9
52:13,16,21 53:12
62:1,23 63:2,3
66:23 67:16 77:11
78:20 79:13 89:25
90:3,6 91:14

92:11 98:18
126:15 132:1
135:19 187:5,9
196:12 205:12
**industrys** 54:14
**influences** 109:21
**influential** 198:7
**inform** 174:10
193:15
**information** 34:22
37:22 65:13 94:24
96:6 108:8 109:20
115:7 117:1
137:12 138:16
150:14 166:3,5
221:16 235:17
237:14 258:7
260:21 266:19
**informations** 34:17
**informing** 96:5
161:18
**infrared** 111:15
**infrastructure**
159:24
**initial** 43:15 263:13
**initially** 87:23
92:19
**initiated** 36:23
95:20 119:11,17
143:9
**injuries** 154:7
**inn** 6:4
**input** 231:16
**inquiring** 261:12
**inserted** 177:8
**inside** 84:21
**insights** 260:5
**inspection** 101:21
112:4,13 113:12
113:15,22,23
115:5 143:21
**inspections** 113:5
113:21 142:13
157:15,16,19
158:1 231:7
**inspector** 12:25



MAGNA
LEGAL SERVICES

13:2,6,16 57:21 70:11
**install** 32:3,14 98:3 98:19 179:4
**installation** 9:22,25 10:1 100:3,9 101:24,25 102:12 122:6 128:6,22,23 140:8,14 146:24 161:23 224:19 227:24 228:6 248:2
**installations** 111:11
**installed** 98:9 117:9 139:22 143:14 184:4 208:12 214:13 224:13 243:18 248:13,15 268:21
**installer** 100:3 101:20
**installers** 44:4 98:20 179:6,9
**installing** 101:20
**instance** 50:5 96:2 100:19 102:19 114:18 157:5
**instances** 106:13 107:7 115:12 117:14 156:3 189:15
**institute** 36:11 79:13 90:8,24
**instrument** 111:15 111:25
**instrumentation** 110:6 111:1,2 113:22
**instruments** 111:20 111:23 112:12 143:19
**insufficient** 105:10
**insulation** 204:5
**insurance** 51:8 78:19 165:18 182:5,23 183:11

208:23 216:20,23 217:11,13,17 222:14 258:8,10
**insured** 183:3
**insuring** 71:20
**integer** 132:2
**integers** 44:18 96:23 134:21
**integrated** 190:6,12
**integration** 21:16 190:2,10
**intend** 163:8
**intended** 240:5,25 267:21
**interacted** 81:24
**interactions** 79:15 79:20
**interchangeable** 178:6
**interest** 116:25
**interested** 93:17 97:11,18 274:13
**interesting** 247:21 264:2
**internal** 95:19
**internally** 131:16
**international** 138:7 147:18,19,20,25
**internet** 245:4,8,13 245:18
**interviewed** 37:9 93:13 196:1
**interviews** 93:4,7
**intricacies** 71:18
**introduced** 178:4
**inventories** 187:19
**inventory** 41:20 42:10,14 86:24 87:1 260:11,14,16
**invested** 236:4
**investigate** 103:9 113:2
**investigated** 10:2 62:16 189:21 233:7 263:10
**investigating** 32:18

98:15 109:8 110:1 200:8 203:17
**investigation** 26:24 33:11 95:20 104:5 105:19 106:20 110:3 114:17 123:3 180:21 264:22 265:1
**investigative** 144:11
**investment** 28:13 32:6 133:6 175:9
**investments** 110:6
**investors** 163:17
**invited** 226:9
**involve** 15:23 37:7 158:1
**involved** 8:21 9:22 9:25 13:6 17:14 21:15 26:8 37:2 42:19 43:15,22 51:10,11 52:16 59:1,6 71:1,5,6,22 79:16,17 80:3,5 81:17 83:8 85:8 90:19,20 96:4 97:4 98:13 173:25 174:8 175:2 180:16,17 182:12 209:18,21 216:17 216:22 218:11 221:10 224:6,7 228:7 244:12 251:24 257:5,7
**involvement** 17:6,8 26:12,14 43:13,17 79:10 81:21 82:9 82:11 95:9 156:25 173:24
**involves** 72:18 131:21 208:8 221:11 241:13 242:13
**involving** 36:11 242:2 245:25
**ipc** 147:24 148:13

**isnt** 23:10 69:18 119:16 123:18 129:7 161:20 180:3
**iso** 241:12,14,19 242:5,11,18,18
**issue** 87:20 93:15 94:20,25 96:8 104:24 114:23 117:6 120:6 154:20 164:25 186:2 189:20 193:7 197:19,20 198:19,22 201:14 204:6 206:21 213:12 214:8,16 215:1,16 219:1,5 219:8,11 221:9 223:6,17,20 224:11 250:18,22 250:25,25 252:1,6 261:19 266:9,12 267:22 269:17,24
**issued** 119:19
**issues** 9:22,25 35:13,20,22 36:11 56:17 62:15,16,19 63:8 71:22 84:12 90:9 95:13 97:20 97:23 98:7 109:3 130:19 141:14 150:19 156:6,7,19 161:10 165:19 166:4 174:11 180:25 181:1 186:23 187:2 198:13 199:6 210:6 214:14 224:8 228:11,14 228:23 229:18 233:4 234:16,17 236:21 262:18 268:22,24 269:3
**item** 85:4 199:18
**items** 202:22
**itll** 10:22

**ive** 45:15 56:19 78:5 117:10 132:24 133:9 136:6 141:2 167:9 184:18 197:25 241:24 246:8 264:7

**J**

**james** 1:3,3 2:4,5 164:16
**jana** 53:5,6,6 60:10 79:10,16,17,20 81:17,21,25 82:1 91:3,6 125:14 230:5 236:2 239:9
**janas** 53:18
**january** 1:24 4:14 6:5 60:1 216:13 233:22 234:13 235:17
**jarod** 217:3,12
**jarrod** 216:13 244:25
**jeff** 169:5 244:16 244:24
**jeopardize** 70:1
**jeopardy** 60:25
**jersey** 1:1
**jim** 169:5
**job** 10:24 13:1,9 14:11,11 16:11 19:12 20:3 21:12 56:10 72:5 73:14 158:3,3 190:22 191:5 196:2 263:21
**jobs** 15:23 174:23
**john** 1:15 2:15 33:1 33:3,10 107:22,23 107:24 257:2
**joined** 33:3
**joint** 177:6
**jr** 1:13
**judge** 1:13,14
**judy** 1:3 2:5



**july** 155:11 250:23
263:2
**june** 145:8 244:4
261:2

**K**

**kalberer** 168:5
173:11 225:14
**kalberers** 225:16
**kansas** 3:7
**kate** 23:1,6 164:20
165:22 213:19
**kathleen** 250:9
**keep** 172:7 209:6
254:17 263:15
**keeping** 117:1
**kelly** 1:4 2:6
**kemp** 169:7
**ken** 4:16,21 81:2
107:21 108:11,12
108:23 109:17
113:17 164:19,23
165:10,13 166:9
166:13 200:23
213:4 221:1
234:13 244:5
**kenneth** 1:15 2:16
**kentrol** 16:2 24:9
**kentucky** 6:5,9
196:9 274:2
**kept** 49:7 108:19
141:20 147:4
160:23 268:3
**kevin** 3:4 11:12
24:22,24 25:19
267:4
**killing** 142:2
**kimberly** 1:3 2:3
**kind** 17:13 18:23
21:20 22:15 34:4
40:23 47:10 58:11
59:7 67:8 68:12
70:6 78:17 82:24
83:4,22 91:17
96:18 97:15,23
100:13 104:10

109:6 110:1 117:6
118:16 122:8
128:1 130:6,10
133:7 134:18,19
137:21 144:5
145:3 148:3,5,24
150:13 152:7,19
156:14 157:16,23
157:24 158:9,17
158:21 159:25
160:5,14,14 161:7
169:9,21 170:4
172:7,9 174:25
180:3,21 187:6,21
189:17 200:4,19
209:16 210:3
217:15 218:6
219:1 229:25
232:15 235:23,25
236:9 239:2
240:20 255:5
**kinder** 155:4
**kinds** 92:1 153:2,7
158:8 179:17
180:2 190:4
198:13
**kink** 106:5
**kinked** 106:2
**kkuhlman** 3:10
**knew** 71:24 126:10
149:19 166:11
174:15,16 181:2
193:20 202:24,24
214:22,23,23
270:18,18,19
**knock** 50:14
**knocking** 216:21
**know** 9:16,19 10:2
10:7 11:5,12,22
13:3 19:13 20:10
20:12,24 21:17,18
23:6,12,19,19,23
25:1 26:15,18,19
26:22 28:9 30:9
30:18 31:6,21
32:5,8,8 33:3,15

34:2,6,17,18,19
34:21 37:10 38:17
38:18,24 39:1,15
39:21 40:3,13,19
41:20 42:11,17,17
43:16 44:2,5,24
46:12,13,17,19,19
46:20 47:6,8,14
47:18 48:23 49:5
49:5,6,7,8,9,10
50:2,4 51:7,8,9,12
51:12,19,20,21
52:1,4,5,7,11,16
52:17,19,20,20,22
53:1,15 54:1,5,11
54:11,18,21 55:10
55:19,19 56:7,7
56:12,14,16 57:9
57:10,10,11,13,16
57:20,20,22,24
58:10,25 59:4,5
61:9,12,15,15,16
61:24 62:14,19
63:8,10,13,21
64:22 66:4,4,9
67:4,5,13 69:4,16
69:25 70:2,7,12
70:15,18,19,20
71:2,18,19,20,24
72:3,4,13,14
73:13,15 75:3
76:14,14 77:4,10
77:23 78:5,8,16
78:20,21 79:11,11
79:14,16,17,19
80:3,22,22 81:4,9
83:2,3,5 84:7,21
84:21,23,24 85:18
85:19,23 86:3
87:2,2,4,8,12,18
87:21 88:1,6,8
89:2,3,21,21 90:6
90:10,11,12,12,13
90:18,24 91:1,2,2
91:4 92:2,6,13,18
92:21 93:11,20

94:1,10 95:7,23
95:24,25 96:1,3,4
96:10,11,16 97:10
97:13,15,15,19,20
98:1,1,5,6,14,15
98:20,20,22,23
99:6 100:4,10
101:4,16,22 102:6
102:7,13 103:2,4
103:5,7,10,10
104:12,12,23,23
105:24 106:1,2,3
106:4,8,11,23,24
107:5 108:24
109:4,16,23,24
111:8,11 112:14
112:22 113:4,6,7
113:18,19 114:3,6
114:10,20,21,25
114:25 115:6,6,8
115:15 117:5,18
117:18,20,25
118:10,11,12,16
118:17,19,20,20
118:21,22,24
119:24 120:8
121:11,18,21
122:7,16,17,24
123:25 124:2,7,11
124:19,21,21
125:9,13,14 126:3
126:7,9,12,12,13
126:15,18,24
127:9,12 128:16
128:17 129:3,9
130:3,5,6,7,11,19
130:20,20,24
131:20 132:10
133:1,3,4,9,10,12
133:13,17,18,25
134:1,17,18 135:8
135:9,18,20,25,25
136:2,2,11,14,19
136:21 137:3,10
137:13,17 138:16
138:19 139:10,12

139:15,15 140:17
140:18,19,20,20
140:22,23 141:9
141:10,11,13,14
141:14,19,21,21
142:6,14,17,19,20
143:1,1,6,19
144:16,19 145:5,7
145:9,13,13,14,15
145:16,19 146:1,4
146:6,8,9,12,13
146:24 148:7,21
149:5,10,11,15
151:1 152:2,6,12
152:13,16,16,22
152:23 154:15,17
154:18,22,24,24
154:25 155:14,19
156:2,2,3,6,16,17
156:23 157:3,20
157:23,24 158:2,8
158:10,13,15,24
159:2,2,4,6,15,18
159:25 160:3
161:6,23,23,24,25
162:1,1,3,20,21
162:22 163:3,5,7
163:18,19 164:3
165:2,3,10,11,11
165:13,15,15,20
165:21 166:2,2,6
166:8,12,12 168:4
168:8,12,13
169:14,15,16
170:21,22,25
171:23,25 172:4
173:2,4,5,5,8,8,14
173:15,16,25
174:1,2,6,14,15
174:16,16,17,22
175:6,6,7,10,21
175:23 177:13,23
178:19,22 179:3,7
179:9 181:2,3,4,8
181:22 182:3,3,6
182:7,8,8,9,10



183:18,18 184:5,5
184:6,7,8,9,12,13
184:18,19,19,20
184:20,21 185:12
185:13,17,18,21
187:16,19 188:7
188:10,24 189:5,5
189:10,17 190:3,3
190:5,5,6,10,11
190:23 191:15,15
191:19,20 192:4,4
192:6,10,24 193:3
193:7 194:19
195:4,6,8,9,12
196:2,24,25 197:2
198:11,25 199:16
199:18 200:18
201:1 202:5,25
203:1,25 204:1,6
204:23 205:2,4,13
206:9,11,14,18
207:2,7,8,8,11
208:5 209:3,13
210:5,6,10 211:8
211:17 212:8,10
213:15,15,20,21
213:23 214:3,10
214:11,23,24
215:3,4,11,11,17
215:21 216:2,18
217:1,2,4,8,25
218:25 219:1,2,17
219:19,25 220:6
220:10,10,11,20
221:11,14,18
222:22 223:7,8,24
224:4 225:7,13,18
225:19,25 226:3,9
226:12,13,14
227:15,16,16
228:1,3,5,10,19
229:20,24 230:2
230:15,21,22
231:2,4,5,10,20
231:22,23 232:5,9
233:3,7 235:23

236:9,17,18,19,20
238:16,17 239:6,7
240:1,5,5,14,21
241:1,16,17 242:8
242:13,13,14,16
242:19 244:18
245:2,6,11,14,15
245:16,24 246:2,8
246:9,9,12,15,15
246:23,24,25
247:8,10,10,17,19
247:19 248:3,5,6
248:12,12,13,17
248:19,20 249:1,1
249:1,2,4,7,8,9
250:6,7,8,18,24
251:1,2 252:20
253:24,25 254:4,6
256:12 257:20,20
258:12,12,13,20
258:21,23 259:1,3
259:5,8,9 262:1
262:15,18,19,19
262:21 263:21
264:8,8,14 265:8
265:9,10,16,20
266:18,19 267:18
268:2,4,18 269:21
269:22 270:21,25
270:25 271:2,3,8
271:15,15,16
273:3,5,5,6
**knowing** 68:15
126:11 145:2
237:13,18
**knowledge** 36:7,8
40:11 43:8 53:23
85:9 87:5 122:23
126:1 128:24
171:21 239:2
242:23 269:15,19
**knowledgeable**
121:25
**known** 45:14
144:15 149:10
165:22 199:6

**kshamberg** 2:13
**kuhlman** 3:4 4:5,7
25:22 29:6 33:4
34:16 35:24 36:5
39:10 41:10 42:8
47:11 50:1,10,16
51:6 53:8 54:10
55:8,18 56:22
58:24 61:3,22
62:11 63:18 64:14
65:21,25 66:16
69:15 71:15 72:10
73:24 74:19 76:9
80:20 84:19 88:18
89:17 92:15
103:20 104:9,17
107:11 115:24
123:5 129:20
136:10 138:12
139:5,9 145:1,22
145:25 151:16
152:1 153:9
155:13 157:10
162:19 163:14
166:1 186:3 188:5
189:4 193:18
194:1,16 198:24
229:4 230:13
231:18 232:8,20
234:24 237:22
238:8,14 243:21
245:10 246:22
247:6,16 248:10
251:6 253:13,23
254:16 255:8
262:14 266:11,16
267:3,4 270:6
272:4,15,17
273:12
**kuhlman** 123:7
**kyle** 2:8 7:15 44:20
49:5 109:25
124:11

_____
**L**
_____
**lab** 63:6 69:6,12

95:3 109:18
112:19 120:18
121:18 129:8
143:10 185:5
**label** 17:11 18:1
26:19
**labeled** 64:24
**labor** 17:24
**laboratories** 60:11
**laboratory** 53:7,13
53:15
**labs** 53:5,6,7 79:10
230:5 236:2
**lacking** 74:13,24
**landing** 32:19
**landscape** 17:15
**language** 59:7 61:1
89:10 117:12
138:4 152:2,20
153:16 154:2,23
155:9
**laptops** 172:9
**lara** 172:13
**laracuenta** 172:14
172:15
**large** 50:25 60:20
74:25 222:11
225:25 274:2
**largely** 92:10
**larger** 202:9
**largest** 53:14
**larry** 23:21 166:23
185:18 207:12
209:19 216:1
252:22
**las** 141:12 201:9
**lasted** 174:5
**latent** 243:19
**latest** 242:10
**lathrop** 3:5
**lathropgage** 3:10
**latitude** 57:11
**laughed** 196:2
**launched** 250:6
260:3
**law** 151:5,7,13

154:3 155:12
246:18
**lawrence** 2:18
185:25
**laws** 150:15 151:25
154:12
**lawsuit** 195:7
**lawsuits** 245:25
246:11
**lawyer** 154:22
155:6 163:8
**lawyers** 94:8,9
**laymans** 67:15
**ldeutsch** 2:24
**lead** 65:14 98:10
100:7 187:21
188:2 199:4
200:12
**leadership** 82:22
**leading** 26:16 32:17
145:4
**leads** 27:18
**leak** 101:4 243:20
247:14
**leaks** 203:22 212:7
246:20 247:3
263:11,12
**learn** 98:20
**learned** 126:4
159:25 187:6
**learning** 162:6
**learnings** 160:6
260:4
**leased** 73:5
**leasing** 226:21
**leave** 21:9 111:5
195:20
**leaves** 237:25
**lebanon** 5:16 40:25
72:25 112:15
114:13 120:20,24
122:13,24 129:12
158:15 172:12
190:15 225:6
232:14 264:20
265:3



**led** 26:13 187:8
190:25 241:2
**lee** 224:3,3
**left** 15:19 18:24
33:5,6 58:22 65:2
85:9,11 103:17,22
103:25 104:7
110:21 132:24
149:25 163:2
168:6 173:14
194:22 195:18
197:1 199:14
207:8 227:17
231:11 243:24
269:20,21
**lefthand** 222:21
**legal** 108:20 117:2
154:16 155:17,21
163:10 195:8
217:25 256:16
258:19 273:3
**legislation** 187:20
**lehman** 5:4 199:21
200:20
**lends** 143:4
**length** 102:5
172:22
**letter** 4:19 5:10,13
50:23 95:22,22
105:20 114:16,18
138:22,23 152:4
152:17 153:1
154:11,18,19
155:11,15,18
192:22 239:19,21
239:24 240:2,5,23
241:7,10 242:3,21
242:22 256:25
257:6,10,11,17,23
258:6 267:19,21
267:25 272:18
273:2,4
**letterhead** 257:1
**letters** 96:19,20
97:6 172:10
257:25

**level** 11:16 59:1
102:24 111:25
115:9 121:20
127:18 142:16,17
142:22,24 175:9
175:11,15,22
188:23 189:2,14
204:15 205:8
217:22 219:16
245:8 255:4
260:11
**levels** 115:19
189:20 253:1,6,7
253:16,19 254:5
**lewknor** 134:10
**liabilities** 259:2
**liability** 96:13
150:15 151:5,13
151:25 154:12
155:12
**liable** 152:16
**life** 205:4,6,9
255:17,18
**light** 188:11
**liked** 95:16
**likes** 222:12
**limit** 70:21 108:21
113:5 140:6 147:9
**limited** 96:7 153:17
154:6 230:15
**limits** 98:4 147:1
149:3 161:21
255:3
**linda** 1:3 2:4
**line** 16:3 48:18
60:19 66:11 99:22
117:23 140:19
165:4 179:1
186:15 191:17,25
192:1 210:9 223:6
223:12,14,23
224:2,12 240:6,21
**linear** 62:3
**lines** 159:19
**linking** 27:24 133:8
237:14

**linx** 176:18 180:12
180:17 181:7,25
182:4,5,11,20
183:2 184:3
192:18 208:9
212:2 214:7,8,11
214:14,15,17,19
214:21 215:22
216:17,19 217:5
217:13,17 218:12
218:17,22 219:7
219:11 220:7,7,18
221:12 222:10
224:8,10,16 269:6
269:16 270:12,16
270:17
**list** 68:25 158:21,23
202:22
**listed** 57:8 65:10
71:8 77:17
**listing** 34:19,25
35:3 49:17 50:7
54:2,3,8,13,15
55:22,25 56:2
57:4,12,13,25
59:4 60:23 61:15
62:5 63:20 64:18
65:14,18 68:4,4
68:12,19,23,24,24
69:5,11 70:2,3,4
70:14 71:4,12,13
71:17 76:13,18,21
76:23 77:3,6,6,22
78:2,7,15,18,25
79:1 91:22 104:23
124:1,2 138:15
**listings** 56:17 57:13
60:17 64:10,20
66:6,18 68:9
69:18 70:8,10,19
70:20 71:19 72:14
76:21 77:7,8,11
77:24 78:3 82:6
84:21 85:21 91:21
91:23 92:4,4,7
104:19 123:17,18

123:23,24 124:5
124:10,16,19
**lists** 210:8
**lite** 2:9
**litedepalma** 2:13
**lithia** 210:16
**litigation** 195:1,2
246:3,6
**little** 18:22 21:6
32:1,3 37:21
42:21 52:9 59:16
67:1,2 70:22 75:1
75:7 81:23 85:17
91:19 108:8 109:7
114:7 126:6
127:20 129:17,17
158:2 177:15
186:13 192:17
242:20 251:25,25
262:22
**live** 142:10
**lived** 149:18 168:12
183:25
**llc** 2:9
**llp** 3:5
**local** 211:2 213:19
**localities** 248:24
**located** 20:23 72:25
160:25 168:8
**location** 221:14
232:1
**locations** 231:17,20
268:10,11
**locust** 2:20
**logger** 111:5
**logistics** 82:22
**long** 13:13 14:8,25
16:4 17:1 19:16
19:25 24:25 31:13
32:7 66:8,8 76:22
87:1 98:5 105:2
105:24 114:24
121:1 128:17
148:25 162:17
184:18 187:6
191:13 211:7

215:14 218:25
219:3 231:12
234:19 265:9
**longer** 39:15 49:25
55:15 71:13 115:1
122:20 173:3
217:2 228:3
**longterm** 33:24
**look** 25:22 54:17
57:21,22 65:2
95:18 98:18
101:19 107:20
117:13 125:22
128:15,18 130:5,8
130:9 144:20
152:22 153:25
158:4 166:16
167:10 171:6,10
183:2 185:21
189:11 197:8,12
199:19,22 201:5
205:20,25 207:13
207:19 209:20
212:24 216:10,14
218:8 220:24
221:4 222:1,7,19
224:20,23 229:6
229:10 231:2
236:22 238:19
239:16,20 241:22
241:25 243:25
244:6 245:8 247:7
249:18,22 251:11
251:17 252:8
254:24 255:22
256:1,23 259:13
259:18 260:23
262:24 264:17
265:11,13
**looked** 115:15
215:13,14 217:21
238:16
**looking** 28:15
35:12 50:20 88:12
88:24 92:18 96:9
101:5,17 102:2



114:3,5 122:3,5
129:1,8 143:16
153:17 161:11
164:1 196:4
231:13,24 239:7
**looks** 70:11 170:15
204:2 219:6
221:15 222:25
223:21 224:21
241:14 244:16
252:10 262:21
265:23
**loop** 49:8
**lori** 213:4 217:24
**los** 201:17,24 202:5
202:9,11,19 206:6
206:16,22 207:9
**lose** 76:18 77:3,21
78:15 79:1 231:12
262:7
**losing** 17:23 39:3
46:3 76:21 77:12
78:3
**lost** 76:12 174:24
**lot** 33:24 40:20 49:6
52:13 61:25 67:14
67:17 85:17 86:4
90:14 92:19,23
100:4 102:7
109:18 117:10
118:19 121:17
126:8 128:10
137:19 141:21,25
142:9,13,15 144:4
152:21,23 155:17
155:17 157:23,25
159:16,16,22,23
178:4,7 179:6,19
184:13 189:20
191:23 192:15,24
198:10 203:25
208:12 209:3
210:5,6,15 211:18
212:17 214:10,22
216:25 242:17
245:13,14 246:3,3

246:11 247:9
248:13,14 253:25
266:12
**louisiana** 210:21
**louisville** 6:4
195:22,23
**low** 67:9 187:20
234:2,3 253:19
**lower** 31:21 117:19
**lowes** 191:8,14,14
191:21,25 192:13
**lowest** 31:14
**lowlead** 187:15,22
188:1
**lunch** 123:5,14
**lyondell** 132:8

## M

**m** 3:4 6:6 273:14
**magistrate** 1:14
**mail** 203:11 221:10
222:4 259:16
261:1
**mailing** 240:8,11
**main** 32:5 46:11
125:25,25 159:20
177:3,22 191:4
266:22
**maintain** 61:15
62:5 68:18 82:6
89:15 91:20,22
**maintained** 123:22
209:9
**maintaining** 68:22
92:10 123:18
124:5
**maintains** 124:16
**maintenance** 84:20
123:16
**major** 12:5 74:13
178:16 219:5
245:4
**majority** 253:1,8
**making** 33:12
40:22 43:18,22
54:14,15 78:22

80:17 89:8 156:13
158:14 184:9
187:24 227:8
248:18 262:5
**malm** 22:8,9 56:19
168:16,19,21
169:4,10 173:23
218:4
**malms** 173:24
175:15
**malnar** 261:14
**manage** 51:9 56:12
**management** 21:14
82:25 84:1 163:1
174:4,14
**manager** 13:11,18
14:2,7,8,12,20,21
15:1,2,11 16:12
17:1 19:1,3,12,16
19:20,22 20:4,18
20:19 21:19 22:6
22:18,21,23 24:1
24:8,9,14 36:15
37:9,13 45:14
51:15 54:23 56:10
58:15 66:14 71:18
71:23 73:21 76:6
76:16 80:19 81:23
82:16,21 83:9,13
83:14,15,16,20
85:16 95:8 99:13
108:13 135:25
137:6,7 155:22
157:21 160:22
167:12 168:11
171:4 172:1,12
190:13,16,24
191:1,7 194:23
199:14 209:11
213:19,20 220:5
250:3
**managers** 16:2
83:3 160:13
173:17
**managing** 224:9
**manifold** 206:13,13

**manual** 100:9
140:14 146:24
161:23 242:1
248:2
**manuals** 140:8
**manufacture**
150:22 182:4
**manufactured** 8:10
26:1 29:20 65:9
104:3 144:24
145:20,23 151:6
151:13 162:9
165:1 257:13
**manufacturer**
18:12 36:13 41:24
99:6 107:5 134:2
198:9 234:18
242:24 245:14
**manufacturers**
57:11 98:6 147:8
148:18 245:15,21
250:12,15 261:14
**manufacturing**
15:5 16:14 20:8
20:10,14 21:2
27:22 29:4,17,23
30:5 34:15 40:25
42:17,23 63:12
73:2 80:11 83:2
83:14 95:5,5,6
96:3,7 99:19,21
103:14,18 107:3
116:9,20 117:16
117:24 156:10
168:7 173:20
177:3 185:7
190:17 204:2
234:21 241:11
**map** 141:20 159:3
185:13 234:1
**marc** 172:12
**march** 5:7 48:2
50:22 137:1
139:25 205:22
218:11 259:16
**margin** 60:20

**marginally** 64:5
**mario** 168:10
**mark** 48:20,23 49:3
49:21,24 50:3
59:14 70:12 90:18
91:10 172:18,23
173:5 197:10
198:10 201:4
205:22 206:6
218:23 220:22
**marked** 47:21 48:1
59:18,21 107:14
130:15 136:22
150:2 153:14
163:23 167:9,13
171:7,15 197:9,14
199:19,23 201:3,5
201:7 203:6,7
204:10 205:14,20
207:13,21 212:3
216:11,16 218:8
218:14 220:23,24
222:1,5,18,19
224:20 225:1
229:7,13 236:23
238:20 239:16,22
244:1,9 249:18,25
255:23 256:21,23
259:11,14 260:24
261:4 262:24
263:5 264:18,24
265:11,15 267:8
**market** 17:10,13,14
17:23 30:7 37:10
44:6 61:13 82:24
87:10 92:10,14
99:3 124:6,15
202:15
**marketdriven** 44:8
**marketing** 14:7,8
14:12,19 20:7
26:22 37:6,8 61:8
61:11 107:24
160:11 173:20
195:24 210:9
211:19 218:23



226:10 240:18 242:6 260:13
**marketings** 211:11
**marketplace** 31:15 31:20 60:25 87:20 93:19
**markets** 70:17
**marry** 198:2,4
**marshall** 180:5,7
**martin** 24:17 37:14 37:18 169:24 170:2 176:1
**martins** 175:21
**mason** 21:4,5 42:16 169:7 218:23
**mast** 171:20
**masters** 11:18,21 12:14 13:22 14:4 14:5
**matchek** 83:14
**material** 27:23 33:13 52:6 106:9 128:17 132:8 144:23 145:15 146:5 154:5 223:6 223:17,20 228:12 228:16,18
**materials** 104:20 228:21
**matt** 213:18 261:11
**matter** 7:16 152:16 165:6,9 274:8
**matters** 49:10 51:20 66:5 84:25 85:8
**matured** 135:20
**mcactee** 257:2
**mccoy** 1:4 2:6 4:16 4:21 81:2,7 107:21 108:11 164:19 200:23 213:4 221:1 234:13,20 244:5
**mclaughlin** 1:16 2:16
**mcmahon** 1:3 2:4

**meadow** 1:15 2:15 4:23 166:24 167:9 167:13 170:14 171:7,15 173:10 194:19,23 197:9 197:14,21 199:20 199:23 201:5,7 205:14,16,17,21 207:14,21 212:3 213:1 216:11,16 218:9,14 220:23 220:25 222:2,5,17 222:18,20 224:20 225:1 229:7,13 232:12 235:16 238:20 239:17,22 242:21 244:1,9 249:19,25 251:11 255:23 256:21,24 259:14 260:24 261:4 262:25 263:5 264:3,18,24 265:12,15 266:10
**meadows** 167:15 171:7 199:22 203:7 204:10 205:23 207:15,17 213:2 216:12 218:10 222:21 224:21 233:18 234:23 236:23 239:18 244:2,22 249:21 256:24 260:25 263:1 264:19 265:12
**mean** 28:3 31:1,19 40:18 41:18 42:16 47:6 53:3,9,14,25 54:1,2,14 55:9,20 56:12 57:22 58:10 59:4 63:19 69:24 70:6,13 73:12 76:17,22 77:4,12 81:23,25 84:20 86:22 88:1 89:6 90:9 91:3 93:25

94:10 96:14,14 103:21 104:11,21 104:25 105:15 106:4 109:17 112:10 115:14 122:14 126:9 127:2 135:24 139:11 141:6,19 142:11,12 154:16 155:16 156:2,18 156:22 158:22 163:3,15 169:14 174:21 175:25 177:5 196:3 198:25 202:24 205:11 219:18 223:8 224:25 236:7 246:25 249:4,11 252:16 258:23 260:12 268:17 273:2
**means** 104:22 148:11 188:1 223:7 254:1 264:8
**meant** 166:13 202:7 219:4
**measure** 13:3 67:19 111:16,25 260:10
**measuring** 67:18
**mechanical** 177:6 177:10
**mechanism** 115:22 193:14
**mechanisms** 122:1 242:8
**medders** 1:3,4 2:5 2:5
**meet** 35:7 55:12 60:18 61:20 79:12 82:23,24 84:12 103:17 104:6 105:4 138:18
**meeting** 13:4 54:5 79:2,5 83:1,16 85:1 125:12 138:21 169:18

174:14 184:2 231:22 266:18
**meetings** 36:9,10 36:10 51:19 72:12 79:14,17 82:17,20 83:8,10,12,23 84:2,4,18 90:25 170:3 174:5
**meets** 34:3 54:19 138:2,8,18 207:4 238:6 241:17
**member** 183:24
**memo** 63:9 81:2 218:12
**memorialized** 90:22 93:23
**memory** 23:10 189:18 244:15
**menards** 38:1,4,7 191:1,12,21 261:12,16 262:1,5
**mention** 88:13 90:23 206:24
**mentioned** 8:21 66:22 89:24 91:20 96:19 97:1,3 100:12 101:6 103:12 105:6 111:1,23 116:25 142:21 164:18 180:4,12 210:10 211:25 233:5 245:20 251:2
**mentioning** 206:16
**mentions** 48:17
**merged** 39:8
**message** 193:24
**met** 33:14,18 66:19 82:25 103:7,13,14 103:25 104:19,19 139:14 168:23 183:20 188:6 235:1 239:10
**metal** 120:25 121:1 121:4 179:18 213:23 215:12

216:2 254:2
**metallurgist** 185:19 185:23,25 236:18
**method** 27:16,19 28:1,6,9 72:16 214:20
**methods** 98:21
**metro** 159:15
**michael** 1:3 2:4
**michelle** 171:20
**microscope** 106:10
**microscopes** 185:21
**middle** 1:12 202:21 226:17 238:21
**midwest** 268:25 269:1
**miles** 148:24
**million** 62:13 189:8 189:13,16 197:4,6 197:7 220:1 247:9 253:2,5,7,8
**millions** 62:14
**mind** 51:12
**minimal** 108:19 117:2
**minimum** 60:18,21 61:20 126:20,22 127:2,3,5,12 138:8 139:1 239:10 257:22 262:20
**minnesota** 173:18 198:5,6,7,15 199:6,7 225:19
**minute** 47:23 189:12 221:20
**mis** 98:8
**mischaracterizing** 181:6
**misinstallation** 118:20
**mississippi** 210:21
**missouri** 3:7 168:9 232:14
**mistake** 184:11



mistakes 111:12
mitigate 217:15
mobile 212:5,11
  232:15,19,22
  233:5,8,9,10
mode 100:24
  143:16
modest 85:22
molecular 72:20
molecules 27:19,25
  28:2
moment 188:21
  243:15 272:19
money 175:10
  217:1 234:15
monica 1:3 2:4
montague 2:19
month 83:1 84:2
  168:23,24 169:15
  169:17,17,22
  174:6 232:4
monthly 118:7,8
  169:10
months 87:3 217:2
  224:14 270:24
morning 7:13,14,19
  134:18 136:21
mornings 24:21
motivation 98:23
move 20:22 24:6,11
  43:16 241:2
moved 73:6 122:24
  190:14 195:21
moving 196:11
  226:17,24
mrad 234:5
mrk 250:10,11,13
  265:20
mrk73 265:14
multiple 57:12
  69:18 76:21 77:7
  77:11,17 91:22
  92:3,6 123:17,18
  123:23 124:5,10
  124:16,19 214:14
  245:15

municipal 148:13
  252:25 253:3
municipalities
  141:23,25 142:1
  159:24 248:16
  249:2,15
murray 176:24
  177:17

**N**

name 7:15,22 26:3
  26:4,6 27:8 28:9
  33:1 37:14 79:24
  80:6 144:25
  147:15 173:8
  176:20 196:8
  264:13 265:22
  267:4
named 27:6 107:22
  164:16
names 23:7,15
  79:20,22
narrow 129:4
nashville 1:13
nathans 189:24
national 19:3,12,16
  147:14 148:6
  166:25 191:1,6
  194:20
native 207:18
natural 40:20
  158:9
nature 228:5
near 159:21 177:1
necessarily 23:10
  58:13 77:12 196:4
  243:17
necessary 58:19
  126:17 221:16
  230:23
neck 217:16
need 51:1,16 68:14
  68:23 92:18 98:21
  133:23 161:2
  162:24,25 166:6
  200:17 245:2

needed 39:15 44:7
  51:4,25 62:5
  75:18 87:21 92:12
  93:20 109:4 132:4
  135:6 158:15
  171:4 172:8 182:9
  193:1 231:8 268:4
needs 57:2 93:1
  206:16 245:6
negatively 58:4
nelson 218:19,20
net 2:24
never 35:16 42:18
  55:10 58:1 63:6
  70:9 76:23 81:5
  116:14 119:21
  120:4 147:5 157:9
  193:5 196:23
  236:4 241:24
  245:19 264:12
nevertheless
  106:15
new 1:1 14:13,14
  20:6 39:2,2 66:2,8
  87:15,17 98:17
  109:1 111:1,2
  171:3 182:9 190:5
  211:15 221:25
  226:24 248:3
  250:5 259:25
  260:8
newer 265:6
newness 64:18
  65:19 66:7
news 48:18
nextpure 26:7,8,9
  31:9 197:1,2
  234:4
nibco 1:7,19 3:3
  5:10,18,19 7:16
  8:5,10,21,25 9:11
  10:6,8 15:8,9,22
  15:25 16:13,14,17
  16:22 17:6,15,25
  18:3,24 19:4,21
  21:9,16 22:12

24:2,10 25:25
  28:16,19 29:3,3
  29:10,17,20,23
  30:5 31:7,7,23
  33:3,19,21,25
  34:4,13 35:8,21
  36:19,23 37:16
  38:7,9,20 39:6,8
  39:12,16,19 40:2
  40:11 41:5 42:3
  42:13,22 43:6,8
  43:19 44:10,12
  45:25 46:9 48:8
  51:3 52:24 53:2
  53:21,24 54:4,7,9
  57:16 58:1 59:9
  61:20 63:11,25
  64:8 70:23 72:2
  72:23 73:17,17
  76:3,11 77:1,19
  78:2,24 79:9 80:9
  80:9,17 81:3,10
  81:15,24 85:9
  86:3,5,8,14,20
  88:4 89:14 91:22
  92:12 94:12,22
  95:3 96:12 98:24
  99:17 100:21
  101:13 102:11,19
  105:9,18,20
  106:13,19 107:8
  107:25 109:9
  110:10,16 111:2
  112:3,12 113:12
  113:24 114:17,18
  116:25 117:2
  118:1 119:1,7,12
  120:7,8,13 121:14
  121:25 123:17,19
  124:4,16 125:9,19
  126:1 128:2,5,8
  128:21 131:1,15
  133:9 134:5
  135:21 136:6
  138:2,7 139:21,25
  140:8 141:2

143:22 144:2,7,9
  144:24 145:23
  146:4 148:4
  151:11,13,17
  152:20 153:6,22
  154:16 155:25
  156:13 158:21
  160:10,19 161:3
  161:16,18 162:18
  162:22 163:13
  165:1,24 167:6
  169:24 171:3,12
  171:20 173:2,3,14
  176:9,15 182:11
  183:2,2,14 184:22
  185:1,3 186:1,12
  188:3,14,15 189:2
  189:22 190:2
  191:10,13,25
  193:16 194:21
  195:18,20 196:15
  196:20,22 198:3
  198:14 199:10
  202:23 204:13,17
  205:11 207:1,6
  210:2,13,15,24
  211:12,21 212:6
  220:8,18 223:10
  223:11 227:3,5,17
  227:22 228:2,4
  229:12 230:18
  231:15 233:1,13
  234:13 239:19
  241:2 243:2 244:5
  244:17,22,25
  245:7,9 246:20
  247:3,7,11,13,22
  247:23,25 251:20
  253:11 254:25
  256:7,16 257:1,15
  257:17,19 258:16
  258:17 259:6,6
  260:10 261:13
  264:10 265:7
  266:8,15 267:5
  269:24 270:1,13



272:23,25 273:9
**nibcos** 30:23 53:18
57:15 70:9 74:10
85:10 90:16 94:8
102:17 103:12
116:23 120:9
124:5 126:25
140:14 141:17
148:5 153:16
167:1 192:13
196:24 219:13,21
219:23 225:10
234:18,21 236:14
241:22 248:8
258:1 259:7
260:17 262:7
266:8
**nibso** 160:8
**nice** 209:11
**night** 160:4
**nightmare** 206:23
209:16
**nobodys** 212:14
**nodding** 11:1
**non** 155:5
**nonpex** 91:23
**nontechnical** 59:6
**normal** 56:5
**normally** 174:10
204:19 253:21
**north** 144:1 145:17
146:2 149:7
158:18 159:13
242:24
**northeast** 160:12
**notable** 141:17
158:17 159:9
**notably** 149:4
161:4
**notary** 6:8 274:23
**noted** 60:17
**notes** 25:10 139:19
166:17 222:22,23
223:14
**notice** 63:5 161:8
166:9 194:13

195:7,12 248:8
**noticed** 180:19
**notices** 195:6,10
**noticing** 111:12
**november** 167:24
197:11 252:3
**nowadays** 168:5
**nows** 123:8
**nrt** 48:14
**nsf** 48:14,19,20,23
49:3,11,20,24,25
50:3 53:4,25 54:1
54:3 55:3,10
58:14 60:17 62:20
63:20,21 68:24
70:15 78:15 79:1
80:10 81:3 92:4
124:1 138:7,15,17
138:21 139:12
**nsfs** 34:18
**number** 27:1 38:16
39:24 40:4 44:22
45:7,9,20,22 48:3
50:2 53:4 77:13
85:14 86:5 94:22
94:25 95:1 99:20
109:21 118:10
119:20,21 131:21
131:24 132:18
137:24 139:18
140:24 146:8
156:12 178:13
181:8 199:13
209:5,16 216:12
216:22 220:9
222:4,20 224:21
233:19 236:12
247:19 251:19
256:25 259:8
262:25 269:25
270:14,20
**numbered** 137:24
**numbers** 45:5,8
113:8 171:8
184:19 192:25,25
197:11 205:23

207:15,17 213:1
214:22 218:9
221:2 222:2 229:7
239:18 244:1
249:20 260:25
264:19 265:12
270:25
**numeric** 181:7

**O**

**object** 29:6 33:4
34:16 35:24 36:5
39:10 41:10 42:8
50:1,10 51:6 53:8
54:10 55:8,18
56:22 58:24 61:3
61:22 62:11 63:18
64:14 65:21,25
66:16 69:15 71:15
72:10 73:24 74:19
76:9 80:20 84:19
89:17 92:15 99:22
103:20 104:9,17
107:11 111:16
115:24 129:20
136:10 138:12
139:5,9 145:1,22
145:25 151:16
152:1 153:9
155:13 162:19
163:14 166:1
186:3 188:5 189:4
193:18 194:1,16
198:24 229:4
230:13 231:18
232:8,20 234:24
237:22 238:8,14
243:21 245:10
246:22 247:6,16
248:10 253:13,23
254:16 255:8
262:14 266:11
272:4
**objection** 194:3
266:16
**obligation** 144:20

**observed** 159:12
**obtain** 111:2
**obtained** 64:6,17
87:16
**obvious** 105:25
106:7 118:20
156:17
**obviously** 24:23
43:24 46:17 61:16
69:24 77:5 119:25
120:6 154:16
182:8 238:18
**occasion** 170:1
**occasionally** 167:3
**occur** 42:25 55:10
113:24 127:22
153:3
**occurred** 33:2 43:1
43:5 68:8 71:20
76:16 84:2 113:24
116:17,18 120:4
128:7,10,20
129:16 131:11
162:16 187:4
269:3
**occurrence** 215:23
**occurring** 75:4,13
75:15 82:5 112:24
144:8 162:8
**occurs** 114:12
128:2
**october** 4:17 5:5,6
5:13 131:4 171:10
171:12,18 201:8
203:11 256:25
**od** 201:22
**offer** 26:20,21 30:9
31:16,21
**offered** 12:16 196:2
**offering** 44:4 87:17
**office** 25:17 39:25
163:4
**official** 108:22
**officially** 190:11
**offshore** 180:10,11
**oh** 22:19 29:12

39:23 43:10 80:1
96:22 97:10 102:1
112:16 118:7
127:19 147:15
150:6 164:7
166:12,15 172:4
179:17 180:7
181:21 186:9,13
190:23 192:4
196:23 212:25
214:22 236:8,25
241:20 273:10
**ohio** 41:1 72:25
173:6
**okay** 7:17,20,24 8:4
8:12,16,24 9:10
9:18,24 10:12,19
10:24 11:3,4,6,9
11:10,15,16,20
12:1,12,23 13:5
13:13,15,18,21
14:8,25 15:4,10
16:6,17,20 17:25
18:11,16,22,25
19:5,22 21:1,5,20
22:9,23 23:9,24
24:3,23 25:13,15
25:18,24 26:14
28:5 29:10,15,20
30:1 31:2,16,23
32:14 33:7,21
34:8,24 35:21
36:14,19,22 37:7
37:15,21 38:4,17
39:8 40:5,14,24
41:5,12 42:4,12
43:3,19 44:17,19
44:25 45:3,13,20
45:23 46:21 47:4
47:19,25 48:9,13
48:17 49:2 50:20
52:9 53:1,6 54:22
56:3 59:14,17,19
59:25 60:5 63:2
63:16,23 64:20,23
65:8,13 67:20



68:17 69:10 70:22
71:7,10,14 73:9
74:4 75:9 79:19
81:14 82:4 83:7
83:11,19 84:1,7
85:1,14,18,21
86:6,18,25 87:15
88:17,23 91:10
92:1,8 93:2,5 94:3
94:18 95:19 96:6
99:8 100:12,19
101:6 105:3,13
107:12,15,16,20
108:1,11,15,18
109:9,13 110:2,8
110:13 111:23
112:20 113:3,8
114:11,22 115:9
116:11 118:4,13
119:4,15,23
122:19 123:12
124:3,12,22
126:24 129:25
130:13,16 131:6
131:18 132:12
133:1 136:23,24
137:14,23 139:16
140:24 144:1,7
145:10 147:21
148:3,10 150:13
153:1,2,12,15,25
154:21 156:21
157:10 158:16
163:21 164:7,13
164:18 166:16,18
166:20 167:8
168:1,8,15,18
169:2,9,23 170:1
170:8,14,18,21
173:10,22 176:12
177:4,15,20
179:12 180:4
182:23 186:19,20
186:25,25 188:3
189:22 191:10
194:25 195:4,12

195:15,17,20
196:6,8,10,21
197:8,15,16,20
198:16,18,22
199:10,19 200:2,3
200:6,24 201:3,12
201:13 202:20
203:13,15,19
204:4 206:3,4,24
207:5,22,23 208:7
208:20 212:24
213:7 214:6 216:4
216:7 217:11
218:3,15,16
219:12 220:15,22
221:6 223:3,5,9
224:2,20 225:3,9
225:16,21,23
226:5 227:3,12,18
227:21 228:1,17
229:2,6,14,15,18
231:15 232:24
236:13,25 237:3,7
237:11,20 238:24
239:16,24 240:7
241:10 242:21
243:4,17,25
244:10,11,15,20
246:5 247:1,21
248:4,7 249:18
250:2 251:22,23
252:2 254:22
256:4,5 257:5,9
257:16,25 258:10
258:15,22 259:21
259:22,24 260:7
261:5,6,9 262:3
263:7,9,14,18
264:2,9,17 265:6
265:19 266:7,23
267:10 268:9
269:11,23 270:8
272:8,13 273:11
273:12
**oklahoma** 8:15
**once** 33:16 43:4,5,7

83:1 84:2 93:18
93:18 168:23,24
174:6 178:23
191:16 230:19
243:18 247:22
**oneeighth** 179:5
**oneonone** 93:4
**onepage** 216:11
222:20 224:24
256:24 262:25
**ones** 125:13 159:7
180:12 209:22
212:23 242:18
246:2 271:21
272:2,2,2
**ongoing** 10:8
**online** 34:18
**onsite** 101:7
106:18
**opened** 164:15
**opening** 202:2
**operate** 148:22
**operating** 5:16
55:15 148:8
168:22 169:2,18
170:6,9,15 173:23
174:2 190:3
222:23 264:21
**operation** 28:4
56:13 163:6
168:20 172:22
190:17 226:12
**operations** 21:2,21
39:17 148:13
172:12,19 242:14
242:14
**opinion** 234:19
**opportunities**
70:21 84:11,17
**opportunity** 47:18
192:5 195:23,25
**opposed** 36:24
**option** 48:19 49:20
131:6 132:22
133:14 240:15
**options** 132:5,9,14

132:14,20
**orange** 60:18 64:12
64:17 65:10,15
66:12 72:8 84:16
138:11 139:8
**order** 35:7 54:25,25
57:1 92:13 119:11
144:12 229:21
248:19 252:25
**organic** 109:13
**organization** 4:24
4:25 20:20 152:21
167:6,11 171:8,13
172:11 173:13
211:10 241:14
**organized** 209:12
**original** 60:16
77:21 93:16
157:20 210:25
**originally** 32:21
**orlando** 168:10
**ought** 75:4 121:21
130:7 135:11
231:21
**outcome** 10:4
105:19
**outfit** 163:3
**outlets** 191:11
**outside** 119:2 124:3
177:9 201:22
210:16 231:12
232:2,4 235:3
241:20
**outsource** 206:17
**outstanding** 208:16
269:21
**oven** 271:12
**overall** 30:23 86:3
**overbent** 106:1
129:2
**overchlorinate**
142:7
**overkill** 134:19
142:1
**oversaw** 20:5
**overseeing** 21:1,21

**oversight** 20:24
161:2
**owens** 164:16 165:8
165:23 166:11
**owned** 163:15
**owner** 258:3
**ownership** 38:25
**owning** 39:2
**oxidated** 9:18,23
106:4 115:20,21
116:1,8
**oxidating** 102:22
**oxidative** 116:18
118:18 143:25
229:22 230:12,21
232:25 234:22
**oxidativetype**
115:16 128:23
129:5 232:16
235:7

---

**P**

**p** 2:19 137:18
273:14
**pad** 114:24
**page** 4:2,11 60:8,14
63:24 64:3,4,23
64:24 68:2,17
74:7 75:22,22,23
88:25 131:7
137:23 139:17
164:6 171:14
202:20,21 206:25
210:8 213:3 214:6
232:11,12 233:12
234:12 235:15
240:23 241:10
242:23 244:22
252:2,23 274:6
**pages** 251:19 252:8
**paid** 216:24 217:17
218:22 220:7
221:15,17 223:21
250:15
**paint** 173:7
**paper** 209:6



papers 91:13
paperwork 210:2
paragraph 48:17
  50:14,23 60:15
  68:3,5,7 138:1
  154:1 198:18
  206:16,24 233:17
  235:5 242:22
parallel 211:11
parameters 241:5
  254:25
pareto 118:9
parse 100:13
part 24:10 40:18
  49:2,8 58:19
  61:11,17 71:4
  73:9,12 74:25
  78:14 82:7 86:6
  88:13 90:18 93:2
  110:2 112:11
  129:22,23 139:6
  146:9 152:21
  162:22 170:24
  171:5 176:4,7
  184:22 187:17
  188:4 189:8,12,13
  213:5 218:20
  230:16 240:18,19
  241:24 247:7
  253:8,21 265:2,7
  269:24
participant 244:4
participated 192:2
participating 244:3
particular 59:2
  69:12 93:15 97:17
  104:6 118:23
  128:3,6,21 132:24
  138:20 148:11
  158:22 166:7
  181:11 200:17,24
  208:10 209:3,10
  210:5 211:7
  213:11 214:1
  222:24 239:8
particularly 51:10

66:13 141:11
  146:11 171:13
  208:11
partner 33:16
  211:6
parts 13:3 158:19
  189:16 212:12
  253:2,5,6 268:24
party 54:8 57:3,18
  58:7 60:24 66:18
  70:8
pass 53:22 55:5
  61:9 67:12 69:14
  234:5
passed 50:11 53:25
  187:15,20
passing 89:19
  203:5
pat 172:25 173:8
pause 247:14
pay 12:16 182:6
  214:2 222:13
payable 224:1
paying 157:6 182:6
  208:20 235:2
payment 155:25
  156:14,25 209:18
  213:21 214:3
  217:20 222:14
  270:16
peculiar 168:9
pending 11:13
  195:7 198:22
penetrate 70:17
penetration 17:14
pennsylvania 2:21
people 22:17,19
  23:3,7 39:1,14,25
  43:18 46:19 48:3
  52:3 53:16 58:23
  59:3,6,6,8 66:5
  67:13,13,16,16
  70:10,18 71:16,17
  71:20 72:1,1,6,7
  79:11 81:25 82:2
  82:13,21,22 83:2

83:8 84:3,9,12
  90:14 92:22 93:17
  95:25 96:15 114:2
  114:22 121:3,18
  121:21 122:17
  125:16 128:17
  133:24 135:16
  137:8 143:2
  146:18 152:10,18
  156:18 157:7
  163:4,5,19 166:4
  168:1 172:10
  178:2 179:19
  182:19 184:8
  185:1,10 187:8
  190:5 193:15
  198:12 200:16
  204:13 216:22,25
  222:4 226:11
  233:14 234:13
  235:11,16 236:18
  238:17 239:15
  242:6 246:19,23
  246:24 247:2
  248:7,17 252:3
  256:13 258:7
  273:3
peoples 166:6
  182:17
peperno 1:4,4 2:5,6
perceived 247:25
percent 31:5 46:5
  85:13,14,19,20
  86:5 113:2 126:21
  127:4,6,8 131:23
  131:23 132:4,13
  134:13,15,16
  135:1,7,11,12,14
  135:18,23 136:7
  136:17 140:6,19
  177:12 181:10
  188:2 199:3
  219:20,21 236:12
  242:24 270:15
percentage 31:3
  99:17 102:9,10

110:15,17 155:24
  156:4
perception 46:20
  46:21
perfect 179:22
perfectly 179:2
perform 4:18 33:21
  110:10,16 157:19
  255:4
performance 46:8
  136:25 139:20,23
  141:1
performed 35:7
  67:6 69:2 72:22
  101:25 105:7
  204:14
performing 52:23
  53:2 68:25 73:22
  172:1 174:12
period 30:20 42:4
  45:10 62:14 82:4
  85:21,22 86:2
  98:19 105:12
  111:8 145:14,17
  149:16 151:20
  165:15 171:12,18
  189:24 198:23
  258:11
periodically 49:7
  81:25
permitted 154:3
peroxide 27:16,16
perpetuate 202:7
pers 99:15 102:10
  110:14,15 112:20
  112:23 113:11
  118:2,10,14 119:6
  155:23,25
person 21:21,24
  22:5 72:19 83:23
  103:9 121:25
  122:5 158:6,10
  160:23 200:20
  207:14 244:16,17
personal 154:6
  264:3,9

personally 36:3
  91:5 93:8 184:7
personnel 79:10
  81:17 244:25
pex 4:14 8:9,13,21
  9:11 13:6 14:15
  15:7,23 16:8,10
  16:25 17:6,9,9,10
  17:13,23 18:1,10
  19:7,20,23 20:4,6
  20:7,19,21,23
  21:2 22:1,6,18
  24:4,14 25:25
  28:5,11,12,13
  29:4,12 30:16,25
  31:2 32:12,18
  33:13,15,22 36:7
  36:11,15 45:14
  51:15 54:23,25
  56:10,11 58:15
  60:10 64:9 66:14
  73:21 76:4,6,7,13
  78:3 80:19 82:16
  85:10 88:11 90:7
  91:22 95:8,9 98:1
  98:16 99:13,15,16
  100:5,5 102:10
  109:1 110:9,15
  112:21 114:11,23
  115:17 118:4,6,14
  118:17 119:9
  120:7,13,19,22,23
  121:1,5,19,22
  122:1,25 123:19
  124:3 126:22
  132:20 135:16
  137:13 141:1
  143:11 144:19
  147:5 148:15,22
  150:12 151:17
  155:23,24 158:9
  160:8,11,13,15
  167:1,6,12,22
  168:10,20 170:15
  170:22 172:19
  173:16,24 174:11



174:20 176:2,4,10
177:6 179:17,24
183:6 184:23
185:4 187:1,7
188:4 190:20,21
190:24 191:24
192:13 193:14,15
194:21 196:25
201:21,23 202:8
205:1,24 206:5
211:16,17 212:6
212:15 213:20
225:8,10 227:5
229:21 230:17
231:11 235:6,9
236:14 238:12
240:6 241:22
242:23 245:12,21
245:22 246:6,24
247:3 250:8
251:15 253:15
254:4 263:12
269:1
**pexa** 27:14,15
31:12 73:10
**pexb** 27:14,19 28:7
28:15,16,19,22
29:3,8,13,17,21
29:24 30:6,8,11
30:14,17,18,24
31:4,12,17,24
32:1 73:10 132:6
134:2
**pexc** 27:10,14,25
29:7,11,13 30:3
30:11,24,25 31:3
31:6,8,11,24,25
32:7,11 34:5,14
35:7,13,22 36:4
36:16 37:19 38:7
38:9,14 40:12,16
40:25 41:9,21
42:22 43:4 44:11
45:18 48:14 51:4
51:17 52:24 53:21
54:7 56:20 57:2

57:15 65:8 72:16
73:10,18,23 74:18
98:24 99:2,5
103:16 105:10
125:22 126:17
127:18 131:7
132:9 134:3
140:11 259:17
**ph** 141:8 142:22,24
143:5,20 189:1
**philadelphia** 2:21
**physically** 46:22
**pictures** 245:1
**piece** 86:2 95:2
100:20 102:6
105:25 112:15
114:4,23,24 115:1
128:19 129:8
130:6 137:12
240:20 258:3
**pile** 85:3
**pipe** 4:14 26:9
36:10 49:13 50:24
60:10 63:2,11,14
63:17 64:9 65:10
65:15 66:12 72:8
72:16 74:14,14,17
74:18 75:10,11
76:4 77:8 79:13
80:10 81:3,13
82:6 84:16 86:15
86:20,21 87:1,6
87:10,11 88:11
90:7,23 92:9 95:2
96:24 100:16
103:13 104:2,6
112:15 125:4
135:5,22 136:8
138:11 139:8,25
140:15 143:14
162:9 194:14
204:17,18,21
233:2 247:15,24
248:9 254:12,13
255:4,6,9,12
**pipes** 139:21

148:21
**piping** 19:20
148:22 230:17
245:22 254:25
255:1 258:5,17
**place** 91:4 94:12
123:3 129:3 149:3
163:20 242:1
273:1 274:6
**placed** 100:8
**places** 158:24
**placing** 140:15
**plains** 225:19
**plaintiff** 9:10,14
**plaintiffs** 1:5,17 2:3
2:15 7:16 48:1
166:24
**plan** 26:22 184:6
**planned** 196:4
**planning** 132:10
**plant** 14:21,25 15:2
15:4,11 20:9,18
20:19,23,25 22:20
39:25 63:4 82:21
82:23 120:16
121:4 133:8
158:13 172:5,19
184:9 190:12
225:6,7 226:5,10
226:19 241:17
242:16 243:14,24
253:2,4,7,9
**plastic** 13:3 15:6
16:12,14,22,24
36:10 53:15 79:13
90:7,23 92:6
124:8 129:9
179:21 199:2,8,11
200:18 206:12
**plastics** 12:19,21
13:10 14:6,21
15:15,18,20,22
24:2,3,8,10 92:3
121:4,22 123:22
236:19
**playback** 186:8,9

**plays** 186:15
**please** 7:4 47:23
164:11 195:9
245:5
**plisko** 1:15 2:16
**plumber** 117:12
120:8
**plumbers** 32:2,11
92:20 93:4 94:2
98:20 100:10
111:12 128:14
177:24 193:10,17
208:13 209:21
**plumbing** 5:18 8:25
18:6,14 27:8
32:15 34:1 93:6
98:18 110:24
136:6 142:4
147:20,24,25
150:11 151:10
158:2,4 182:16
201:18 203:21
208:18 209:4
225:4 227:1
257:14 262:21
266:8
**pocket** 268:3
**pockets** 269:2
**point** 13:21 15:5
16:11 18:19 20:13
20:17 21:11 24:6
24:14 28:16 29:5
35:21 36:3,16
41:23 42:1,22
48:24 53:1 54:3
55:16 63:23 67:9
67:9 69:3 83:20
88:17,25 97:5
99:24 109:9
113:18 120:20
121:5,20 131:16
131:25 135:21
136:1 140:14
163:13 186:1
226:19 230:10
231:1 232:5

239:25 240:20
247:21 258:13
**pointing** 65:5
**points** 5:12 68:10
68:13 75:24,25
137:24 249:22
250:4,21
**policy** 78:19 258:10
259:3 273:9
**political** 12:5
**poll** 92:17
**polling** 93:2
**poly** 199:2,15,17
214:1
**polyethylene** 27:17
27:20 28:3
**polymer** 122:4
**popular** 177:14
199:18 202:1
**population** 159:17
159:23
**portable** 138:3
189:8
**portion** 85:10
**position** 76:3 115:3
157:6,18 167:6
179:1 192:10
211:11 258:24
**possible** 54:17
58:17 109:22
116:10 117:5,13
117:14 128:14
**possibly** 219:22
**post2010** 248:5
**potential** 32:18
35:22 74:13 75:16
96:13
**potentially** 31:14
131:13
**pounds** 255:10,11
**power** 213:18
**powerpoint** 169:1
169:19
**pr** 184:22
**practical** 163:11
**practically** 57:7



**practice** 110:20,22
126:14
**preauthorized**
217:22
**precise** 236:9
**prefer** 30:11
**preferred** 30:13
**prematurely** 248:9
**premus** 83:9,19
107:21 112:15
118:3 122:2,20
158:11 204:12
229:9 231:25
233:12,21 235:4
**prepare** 24:20
**prepared** 169:19
**preparing** 25:11
**present** 170:19
172:1
**presentation** 192:7
**preserve** 195:4,9
**president** 21:13
22:11 195:24
208:5 218:22,24
**pressure** 33:24
98:4 100:1,13,18
100:21 101:2,5
106:6,6 109:23,24
111:4,5,7,9,10,24
112:14 115:17
117:8 122:7 129:6
132:3 144:5,13,15
146:14,16,19,21
146:22 147:1,9
148:5,6,12,20
149:2,7,8,11,25
158:18,25 159:12
159:20 160:3
161:13,17,20,21
205:3,3,8 212:10
233:4 247:18,23
248:9,14,18,24,25
249:5,17 251:3
255:1,10,11,14
268:11,14,16,24
**pressures** 98:9

100:15 148:16
161:5 249:14
254:10,13
**pressurization**
116:2 148:10
**pretty** 21:17 57:23
99:25 115:12
116:10 133:22
147:15,21,25
163:2 195:25
207:8 211:4
216:20 222:11
236:20 240:16
**previous** 10:14
61:4 174:3 255:13
**previously** 201:3,4
201:7 203:5
224:22 226:21
236:23 238:20
255:23 259:11,14
**price** 31:17,21
192:16
**pricing** 13:11,12,18
14:2 26:22 31:18
**primary** 68:22 96:9
**print** 41:14 48:20
49:4,21 55:4
222:25
**printed** 204:18,19
242:11 254:25
**prior** 33:12 41:18
44:12 48:24 85:15
130:2 136:5,13
162:12 188:3
190:25 225:10
234:9,12 248:7
258:16 265:23
**private** 17:11 18:1
26:19 196:21
**privileged** 25:20
**probably** 10:13
22:19 24:11 28:14
31:5 37:21 38:18
39:23,24 52:11
53:14 56:16,20
58:5 75:4 85:17

86:22 87:3 88:7
89:4 95:15 99:7
102:14 109:15
112:5,6 115:4,6
120:5 121:9 127:4
134:14 135:11,13
136:3 137:7 145:8
149:15 150:4
156:5 157:2 161:6
163:4 180:7
184:20 188:25
189:12 190:10
191:4 193:22
197:3,4 209:24
210:5 211:5
219:13 221:13
225:13 242:17
261:24 268:1,2,25
270:24 271:14
**problem** 47:14
94:24 109:14
178:25 180:16
181:24 182:2
192:18,19,20
193:14 210:5
215:9,10 232:19
233:16 234:1,7,22
245:3,4 246:21
247:4 248:1 258:5
271:9
**problems** 36:4
47:10,17 100:11
178:4,13 180:14
184:15 187:4
213:23 215:25
224:16 245:18
269:12
**procedure** 6:7
129:23 230:5,19
**procedures** 5:17
242:16 264:21
**proceed** 51:21
237:13
**proceedings** 7:1
**process** 27:22
33:17 74:8,11

75:2,6,8 76:22
85:5 94:16,19
95:9 98:13 104:22
104:25 111:3
119:2,8 122:23
125:23 126:2,4,6
127:21 128:1,2
139:6 185:4
193:20,22 203:3
206:11 209:2
219:3,9 226:24
260:1 272:25
**processing** 83:15
165:24 172:21,24
271:10,15
**produce** 28:12
169:9 237:24
**produced** 25:21
131:12 144:10
146:3 177:18
178:21 206:14
238:5 251:20
256:7 257:15
268:1
**producing** 28:11
64:8 199:15
253:10
**product** 8:18 14:13
16:2,3,12 17:1
18:3 19:1 20:12
22:21,23 24:9
26:17,25 27:10,14
28:17,22 31:12,12
32:6 34:3,15
40:11,16,19 41:8
41:9 43:9,20
46:13 47:8,15,18
49:25 51:4,9,10
51:24 52:8,18
54:19 56:2 58:16
58:17 60:16,23,24
62:2,6,8,9,18,24
63:1 65:9 66:19
67:6,1 68:19,22
68:24 69:13,21
70:4,4 71:8 74:14

75:10,16,17,20
76:4,13 78:4 83:3
89:1,10 92:11
93:1 94:17,18
95:4,24 96:1,8,11
96:16 98:2,4,16
98:17,22 103:8,16
103:19 104:8,14
104:15,22 107:6
108:1,3 118:21
119:13 120:19
121:2 122:3,5
123:17,22 129:17
131:11,19 132:5
132:23,25 133:2
133:18,20,22
134:1,24 140:21
144:17,23 145:16
150:14,19,20,20
150:21,22,23
151:1,4,13,25
154:12 155:12
156:17 157:1,21
158:14 160:7
161:21 172:25
173:21 180:21
182:8,9 183:23
190:24 193:25
194:6 202:13
203:2 204:15,16
205:5 207:4 215:1
215:10,20 225:25
226:6,8 227:6,23
227:24 231:17,22
237:21 238:5
240:6,21 242:15
245:5 246:21
247:5,13 248:20
250:3 251:3
256:13 257:15
259:4 260:1,3,8
261:20 262:7,12
262:19 267:17
268:22 272:23
**production** 82:21
172:20 251:21



**products** 8:10,13
8:21 13:6,12
14:14,15 15:4,7,7
15:23 16:8,25
17:6 18:1,8 19:5
19:13,23 20:6,7
22:1,18 24:4
26:19,20,21 31:17
32:19 33:18,22
34:1 36:7,12,15
36:25 51:15 53:18
56:11 61:19,24
66:15 70:7,10,19
73:21 76:6,7 77:7
80:19 85:10 91:22
91:24 92:1,3,16
94:21 95:10 98:18
98:25 99:2,13,16
104:12,18 110:10
112:18,22 118:4,6
119:8 120:17
121:15 123:19,25
124:4,4,10,14,16
124:20 140:9
144:22 151:6,18
152:22 153:22
155:23 160:9
167:1,7 177:2
179:14 183:7
191:13,25 192:14
194:21 205:9
206:8 210:18
223:11 225:5,10
230:11 236:14
237:25 238:13
245:9 256:18
262:11
**professionals**
177:24 179:10,10
**program** 13:22,25
14:4,5 76:3 184:3
184:22
**progress** 43:18
79:18
**project** 26:8,16
35:12 36:23 37:2

44:13 46:10,23
47:1 51:2 61:6
75:1 79:15 80:4
81:18,21,22 82:6
82:10,15 88:14
125:22 131:10
175:3 190:25
259:18 260:1,5
**projects** 43:14 83:5
85:5
**promise** 250:20
**promote** 45:17
**promoting** 93:19
**promotion** 12:16
14:13
**promptly** 216:24
224:17
**proper** 98:21,21
**properly** 146:20
236:1 238:5
271:17
**properties** 63:1
231:13
**property** 151:12,25
153:3 154:7,13
155:9 156:1 157:6
182:17
**proposal** 125:15
175:10 234:14
**protect** 96:12
108:20 117:2
**protecting** 155:2
**protection** 146:20
151:7
**protocol** 52:4
183:14 184:25
185:9 236:16
**protocols** 52:21
67:7,17 90:13
**proves** 150:21
**provide** 34:13 35:3
76:4 113:13,14,25
116:23 155:25
**provided** 35:8
65:15 81:1 88:25
169:13

**provides** 140:8
151:8
**providing** 94:7
109:10
**provisional** 55:15
55:21,25 71:13
**prudent** 147:10
**psi** 146:18 147:6,7
147:21 148:2,17
148:23,23 149:9
160:4 161:24
204:14,21,25
**ptfa** 36:9
**pti** 36:10
**public** 6:8 108:22
181:20 183:4,17
214:21
**publicly** 34:25
**published** 91:14
169:16
**pulte** 195:15
266:19
**pumping** 146:17
159:18,20,21
**puncture** 106:8
**purchase** 57:18
60:16 87:6 259:1
**purchased** 26:9
38:20 111:4,14
162:20 230:7
257:17
**purchasers** 166:25
**purchases** 226:1
**purchasing** 88:4
180:6 183:25
184:8 224:5,7
**purpose** 137:20
150:19 257:9
**purposely** 108:19
**purposes** 99:16
**pursuant** 6:7
**pursue** 165:5
**pursuing** 165:9
**push** 187:8
**put** 31:3 62:23 94:1
94:3 110:13 117:5

117:6 134:12
137:8 144:13
149:25 159:18
162:2,3 166:9
179:20 180:18
209:15 240:12
248:3 252:5
254:12 261:16,17
264:15
**puts** 149:2 250:20
**putting** 26:22 92:22
135:16 161:23
194:2
**pyrometer** 111:14
111:15,24 112:14

**Q**

**qualified** 157:18
**qualities** 111:22
**quality** 12:25 13:2
13:5,15 52:7
61:23 62:6,9,18
66:19,20 73:22
74:3 83:9,19
241:15,17,21
242:1,2,8 248:20
**quebec** 27:7
**quell** 252:5
**question** 10:21 11:8
11:12,13 22:4
35:25 55:17 67:3
68:2 90:5 99:17
103:21 112:11
115:25 116:16
119:18 130:17,22
163:8 183:1 186:7
204:8 244:20
254:17 261:18
265:17 268:13
270:9
**questionnaire**
93:11
**questions** 7:18
10:20,25 11:5
47:22 50:21 59:15
66:10 126:7 164:5

117:6 134:12
166:20 167:2
251:1 252:13
267:6,12 268:4,9
269:4,7,9 272:14
**quick** 180:20
235:24 236:10
263:12 267:6
**quickly** 64:23
**quite** 187:5
**quotes** 166:9

**R**

**radiant** 28:23,23
29:14
**radius** 101:9,14
179:22 228:11,15
**radiuses** 228:21
**raise** 7:3
**raised** 247:22
**raises** 183:1
**raising** 261:19
**randy** 1:23 6:3 7:23
54:24 108:18
123:12 152:11
**range** 50:25 51:1
126:24 271:4
**ranged** 189:12
**ranges** 210:20
**ranking** 262:10
**rare** 99:25 116:10
215:23
**rated** 147:2 148:17
**rating** 132:16
148:18 256:1
261:20 262:6
**ratings** 92:21
**raw** 27:23 145:14
146:5
**ray** 1:3 2:4
**reach** 17:17 44:1
128:8
**reaction** 27:18,24
47:17,17 117:5
195:2 240:17
**read** 50:13 56:16
78:16 109:21



125:7 152:11
155:9 164:12
186:6 245:3
**readily** 34:22 73:11
103:10
**reading** 49:23
59:16 69:23 78:5
89:4 155:8 203:23
**readings** 158:1
**reads** 140:19
221:20 252:24
255:9
**ready** 104:13
153:15 251:22
**real** 134:3 163:3
**really** 35:10 45:11
45:20 46:21 61:12
66:2,2 67:18
79:12 83:22 92:20
97:4 101:4 113:1
114:8 127:9 129:7
133:23 136:15
143:1 145:10,11
145:15 146:25
158:15 160:21
162:6,25 175:5
180:3 188:7
226:14 229:22
230:1 238:15,15
240:3 245:13
246:14 249:16
258:24 262:10
**reason** 32:5 46:11
47:5 50:4 53:17
63:7,21 88:13
92:8 113:16
116:12 126:9
137:10 139:12
174:25 177:22
191:19 210:4
230:25 232:24
**reasonable** 149:1
**reasonably** 193:23
**reasons** 17:22
30:13,18 31:23
46:9,25 47:5 50:3

61:5 77:14,16
108:19 131:18
**recall** 9:21 10:4
18:6,11,16 28:5,8
33:7 34:8 35:4,4
37:15,25 38:12,13
38:15,16,19 39:3
43:2 45:17 47:16
51:18 52:25 59:12
73:20 74:1 76:20
76:21 79:19,22
80:5 81:16 86:13
117:14 118:13
123:19 129:1
130:25 140:18
142:9 149:7
175:24 181:12,18
189:11 197:13
207:19 209:10
213:11 214:25
228:22 229:11,17
233:11 237:7
238:15 239:3
240:1 246:14
258:23
**receive** 11:20
**received** 11:17
34:21 60:6 114:16
118:10 195:10
197:9,17 200:1
205:21 232:3
235:14 237:5
251:13,18 271:19
**receiving** 43:17
51:3 197:13 221:1
221:7 229:11
**recession** 85:24
**recipe** 41:14 271:11
**recipient** 229:9
236:24
**recir** 131:23,24
132:5,13 135:11
**recirc** 251:3
**recirculate** 134:14
135:17 136:16
**recirculating** 135:3

**recirculation** 44:3
44:5 45:1 46:5,8
46:18 88:8,15
89:3 92:20,22
131:22 134:6,11
134:12,13,25
135:16,22,23
136:7 139:19,22
140:2,16,20
194:10,14
**recognize** 158:22
167:10,17,18
171:11 197:13,16
197:18 199:25
200:3 201:10
203:12,16 206:1
207:23 213:5,8
218:13 221:5
222:8,9 224:24
225:2 229:15
237:1,4 238:21,25
239:20,23 244:7
244:11 249:23
250:1 251:17,23
252:17 256:2,5
259:3,19,22 261:2
263:3,6 264:22
**recognized** 74:13
**recognizing** 131:9
**recollection** 48:10
78:1
**recommend** 140:19
142:18 147:3
**recommendation**
51:22 72:13 75:23
79:3,4 80:17
81:10 100:2
125:15 134:20
147:3
**recommendations**
77:5 78:22 98:6
126:13
**recommended** 78:6
101:9 117:7
134:12 136:16
139:18 148:8

214:4 222:13
**recommending**
78:17 80:9 81:2
135:21
**record** 7:22 10:21
11:2 50:16,18
88:21,22 123:10
157:12 166:19
194:2,3 216:8
221:19,23,25
251:6,9 267:1
274:10
**recorded** 274:9
**records** 90:24
172:7
**recourse** 166:7
**recover** 202:15
**recovery** 151:5,14
151:24 154:13
155:11
**recross** 4:7 272:16
**red** 60:18 63:11,14
63:17 64:11,17
65:5,10,15 66:12
72:8 80:10 81:3
84:15 138:10
139:7 217:9
**redacted** 213:6
**redress** 273:6
**reduced** 274:9
**reducing** 69:8
**reel** 116:13
**reem** 265:21
**reexamination** 4:6
270:10
**refer** 83:23 141:3
214:7
**reference** 248:22
**referenced** 63:16
**referred** 96:20 97:3
179:13 181:5
203:4 217:12
234:23
**referring** 29:1
47:11 50:22 68:16
75:10 89:11

106:17 147:12
185:24 209:1
214:12 228:18
232:4,9,16 233:14
233:16,24 234:7,8
234:11 235:8
245:16 250:22
**refers** 198:19
202:20 223:7,24
238:10
**reflect** 182:1
**reflected** 197:21
221:9
**reformulate** 42:22
43:20 51:17 52:2
87:19 88:5 131:7
132:8
**reformulated** 43:4
45:18 51:5,25
**reformulating** 43:9
46:15 92:9
**reformulation**
41:18 43:13 44:12
46:10,25 51:2
61:5 79:15 81:18
81:22 82:5,13
88:14 125:21
131:10,13,19
145:3 175:3
259:17
**reformulations**
104:21
**refused** 157:9
**regarding** 40:11,15
109:10 122:1
125:4 155:9,11
176:1 194:21
**regardless** 97:1
113:8 116:23
118:17 126:22
156:12
**region** 160:9,20
**regional** 160:13
213:20
**regions** 160:23
161:19



**regression** 67:8
**regular** 82:17
  84:11,23 260:11
**regularly** 63:4
  184:1
**regulated** 54:14
**regulatory** 201:20
  206:23
**reheating** 134:16
**reimbursed** 217:17
**reinforces** 51:1
**rejected** 239:13
  259:6
**relate** 8:4,9 24:4
**related** 8:13 34:5,9
  48:14 51:3 99:15
  108:16 110:9
  113:22 118:6
  195:9 214:16
**relates** 44:22 45:9
  45:10
**relating** 107:17
  110:15 118:14
  155:23 184:23
  246:6
**relation** 24:18
  100:20 101:13
**relationship** 28:13
  32:24 33:11 62:4
  73:14 130:4
  210:12,15 211:12
  211:21 226:14
  254:19
**relationships** 71:3
**relative** 64:18
  65:19 253:10
  274:12
**relatively** 49:18
  50:8,8 98:17
  109:1 112:23
  171:3
**release** 224:3
**relevant** 65:19
**reliable** 194:15
**relief** 109:23 117:8
  122:7 144:5,13

146:19 248:14,18
  258:4
**reluctant** 37:21
**rely** 84:9
**remain** 92:13
  220:18
**remedy** 258:3
**remember** 9:9,13
  9:15 23:12 27:7
  32:25 33:5,6,9,23
  34:6,11 35:10
  39:3 40:1,3 41:25
  42:9,11 45:6,9,11
  72:11 74:17 78:8
  79:2,6,6,7,20,24
  80:6 93:14 94:5,5
  94:7 105:13,14,16
  110:11,12,18
  112:25 113:1
  118:22 124:11
  125:12,14,18
  126:3 127:3,10,11
  127:24 134:8
  135:24 136:12,15
  137:8 142:14
  150:6 152:2 160:2
  161:9 164:13
  176:20 181:12,21
  182:23 187:12
  196:18 197:19
  200:4 201:13,14
  201:14 203:17,24
  206:20 208:4
  213:9,9 214:4
  216:2 220:9,16
  221:7,8,9 225:11
  225:12 226:2,4
  228:6,10,20 237:6
  240:3,10 244:13
  246:2,17 252:1,21
  256:8 261:6,8
  263:7 267:11
  269:8
**remembered** 81:8
**remind** 123:23
**remodels** 202:11

**removed** 48:23
  49:24
**removing** 49:3
**renew** 202:21
**renewal** 205:24
  206:9
**renewing** 206:5
**rep** 250:15 265:21
**repair** 150:22
**repeat** 167:2
  186:19 228:13
**rephrase** 11:7
**replace** 120:9 152:6
**replaced** 98:1
**replacement** 30:18
  96:1 150:23
**replacing** 182:8
**report** 22:7 49:12
  63:13,16 65:17,22
  66:1,3 69:23,24
  77:4 78:6,17
  94:17,18 96:4
  114:2 115:10
  118:7,8 125:1,6,7
  125:9,20 126:4
  138:16 168:16,24
  168:25 169:10,17
  174:2 175:25
  190:12 200:14
  208:15 252:4
**reported** 20:19
  22:8,14 168:1
  169:3 176:1
  178:13 212:14,17
  233:1 270:22
**reporter** 1:25 6:9
  7:3,6 186:8,11,15
  186:20 205:17
  216:5 221:25
  222:16 274:1,23
**reporting** 22:17
  23:5 82:17 168:18
  169:23 170:1
**reports** 43:17 64:4
  79:18 82:12 95:14
  95:16 108:18

115:15 118:22
  168:21 169:12
  171:17 173:22
  175:24 189:11
  206:17,19 207:6
  207:10
**represent** 7:15
  138:21 166:23
  267:5
**representations**
  266:10
**representative**
  90:16 102:11
  103:9
**represented** 247:2
**represents** 230:1
**reps** 250:12 261:14
**request** 25:19
  223:4,24
**requested** 110:23
**requests** 209:22
**require** 254:23
**required** 96:2
  176:12
**requirement** 104:6
  138:18
**requirements**
  60:21 103:7,13,17
  104:1,19 138:3
  187:15 209:13
  231:22 235:1
  239:10
**requiring** 187:20
**research** 17:13,18
**researching** 17:9
  17:12
**reselling** 211:20
**reserve** 270:7
**residences** 253:20
**resident** 160:15
**residential** 98:2
**residents** 253:9
**resin** 41:12 64:6,7
  65:9
**resins** 64:8
**resistance** 34:5,9

35:13,22 36:4
  47:7 61:21 64:25
  69:22 89:20 92:13
  131:24 132:1
  133:19,20 136:25
  137:13 261:21
**resistant** 47:16
  60:19 64:12 89:2
  187:10 188:1
  200:19
**resolution** 227:14
**resolve** 181:4
**resolved** 206:21
  207:12 219:11
  227:15,16 244:19
  244:21
**resources** 83:24
**respect** 55:22 61:5
  68:13 118:4 124:3
  124:14 161:14
  162:7 164:15
  269:11,23 272:18
**respond** 102:19
**responded** 106:22
**responds** 108:12
**response** 81:9
  109:18 125:19
  256:14 261:18
  262:2 267:19
**responses** 97:14
**responsibilities**
  13:1 14:12 19:12
  20:4,5 26:16
  158:12
**responsibility** 20:7
  20:10,17 21:7
  54:20 59:5 105:15
  105:17 107:6,8
  117:21,25 160:21
  190:16,17 234:18
  249:16 259:7
**responsible** 13:11
  19:15 20:9 26:18
  40:18 42:12,15,16
  118:1 172:18,23
  181:4 190:1



192:24
rest 270:7
restate 35:25 186:4
restrict 68:11
restrictions 140:15
result 51:3 64:12
  114:17 115:19
  116:8 234:3
  272:10
resulted 156:1
  270:16
resulting 154:5
results 34:9 35:6
  48:14 50:25 51:1
  51:16,24 53:11
  55:11 64:6,9,16
  93:22 95:19
  139:11 234:1
  272:11
retail 19:3,4,14
  87:6 191:1,7
  192:9 261:14
retailers 191:23
retain 38:7,9,20
  39:19
retained 38:24 40:2
  126:2
retested 50:12
  69:21
retired 24:8
retrospect 71:21
return 122:21
returned 120:13
  129:12 185:16
  231:5 272:5
revealed 104:5
  128:19
revenue 56:19
  196:24
review 25:2 47:23
  59:20 60:5 83:4,5
  97:6 143:10 164:4
  164:10 191:17
  192:2 208:23
  252:25 260:4
reviewed 25:4,7

74:16
rex 24:18 170:5,7
right 7:4 9:3 10:22
  11:14 13:7 23:8
  27:8,10 39:9 41:1
  47:25 54:24 56:11
  59:11 60:14 70:5
  70:23 71:14 73:2
  73:3 79:22 84:13
  84:18 89:11,16
  96:13 100:17
  104:3 107:18
  108:9,13,16,23
  116:3,21 119:13
  120:10 122:21
  125:7 138:24
  139:3 140:6,12
  145:18 148:8
  151:2 153:10,20
  155:7 162:13
  168:16 170:12
  175:19 176:5,7,10
  176:13 177:16,20
  187:23 188:20
  193:17,25 194:10
  198:20,23 199:14
  204:22 205:5
  208:21 210:16
  212:2 217:13
  226:7 227:1,3,6
  227:10 228:6,8,25
  237:21 238:6
  243:15,22 246:17
  247:20 248:11
  254:11,12 255:1,3
  255:6,22 257:23
  260:8 261:23
  262:7,8,13 263:15
  263:16 271:24
  272:2
righthand 171:9
rigid 32:3
ring 196:1
rings 177:13
rip 70:13
risk 48:20 77:25

road 185:13
robert 1:4 2:5
role 12:24 13:6
  14:6 15:17 16:1,4
  16:5 19:2,18,25
  20:1 21:3,17
  23:25 24:13 36:15
  56:18 167:20
  172:2,3,17 173:21
  189:24 190:8,9
roles 18:24
room 9:5 204:23
root 95:7 102:3
  103:10 105:9,21
  106:14,15,24
  107:3 108:9 114:9
  118:18 128:12
  233:8,15,25
roughly 110:9
roundtable 169:20
routine 168:18
  175:25
routinely 169:13
  207:5 215:17
  260:10
rr 205:25
rule 12:8
rules 6:7 10:13
run 24:12 184:22
  234:19
running 201:25
rural 130:9

S

s 225:18
safe 49:18 50:8,9
safety 60:21 148:21
  255:5
sale 108:4
sales 19:3,4,12,16
  23:5 30:23,25
  37:5,8,9,13 56:20
  58:4,7 61:7,11
  70:5 85:25 86:10
  87:11,14,22,25
  158:6 160:8,13

162:2 168:10
  173:16,16 191:1,6
  195:24 210:14
  213:19,20 218:23
  219:16,23 220:5
  250:10,11 260:8
  260:21
salesman 107:24
salespeople 22:20
  22:25 32:22 40:23
  94:21 110:25
  240:13
salesperson 32:25
  54:23 160:10,19
salesrelated 37:11
saline 27:19,22,23
sample 64:7 101:5
  101:12,14,17
  102:2,5,17,23
  104:5 117:19
  119:16 128:18
  143:11,22 234:4
  235:6,11,14
  237:14 239:9
samples 63:5 68:10
  120:13,14 121:6
  122:12,21 129:12
  130:8 216:22
  221:16 229:24
  230:3,5 235:12
  236:2
san 146:10,13,14
  158:18 248:22
  263:2,11 268:19
  268:22
sanitation 142:2
sap 222:21,23
sarah 1:4 2:5
satisfaction 143:12
  258:5
satisfied 270:12
saw 44:2 61:18 78:6
  92:24 97:25
  105:12 130:20
  162:8 173:10
  184:7 215:13

217:23 230:21
  245:19 264:25
  268:15 270:4
sayco 132:7,7
saying 30:10 44:10
  45:25 47:13,14
  50:7,11 58:21
  59:13 66:12 76:17
  78:21 97:16
  103:23 108:23,24
  113:17 152:10,13
  152:14 162:3
  164:25 182:11
  199:1,5 202:2,12
  214:13,14 232:1
  239:11 255:9
  268:13,15 271:6
  273:4
says 48:19 49:11,15
  49:17 50:23,25
  54:24 63:25 64:13
  64:15 65:17 66:1
  68:21 75:16
  108:18 138:2
  139:3 140:25
  153:13 154:2,8
  165:5 204:15
  208:23 222:21
  223:6,23 224:3,12
  232:12 234:15
  235:5 237:12
  245:1 250:17,19
  250:22 252:25
  257:17 262:1
  263:14 264:20,21
schedule 16:3
science 12:5
se 163:22 197:18
  221:8 268:20
seasoned 129:18
second 44:11 45:22
  50:17,23 60:15
  88:25 131:24
  138:1 166:16
  204:8,9 214:6
  216:6 224:2 232:3



235:5,6 241:10 251:7
**secondary** 28:4 83:15 172:21,24
**section** 63:25 65:4 65:5 68:18,19,21 74:7 75:23 138:2 140:24 253:10
**see** 48:4 56:15 60:25 64:25 65:6 65:11 68:4,19 70:12 75:15,19,24 95:16 97:11,23 98:7 101:19,25 117:7 133:8 138:1 138:4 153:13 158:4 164:21 203:23 209:3 217:9 224:12 225:7 237:19 245:8 246:6 253:17 254:7 257:16 260:4 266:24
**seeing** 34:8 61:14 79:12 122:6 137:8 141:3 232:15 243:11
**seek** 70:24 184:6
**seeking** 166:7,25 206:25
**seemingly** 230:12
**seen** 59:23 60:3 97:19 130:17 137:1 150:5 184:19,19 187:11 205:7,10 224:23 232:22 246:8 257:3 264:7 265:14 266:1,4 270:1
**select** 192:13
**sell** 26:19 32:22 38:1 41:22 54:4,9 55:7 56:11,12 57:1,7,25 58:16

58:17 60:24 62:12 70:7 73:10 74:23 86:21 108:1,3 121:2 133:24 141:12 160:10 178:10 179:25 188:15 191:7,21 191:22,24 198:15 210:18,23,25 211:17,18 247:7,8 250:16 261:15,16
**selling** 17:10,25 19:13 20:6 25:25 26:9,23 28:22 29:3,7,8,10,13,13 29:18 30:17 31:8 31:17,25 40:19 44:12 59:10 61:20 61:24 62:7,12 64:9 66:21 73:13 76:7 86:14,20 98:24 107:25 132:24 133:2 140:1 160:7 170:25 171:1,1 176:23,25 177:24 178:7,18 179:10 191:10,12 197:1 202:23 211:5 215:24 240:20 260:19
**sells** 191:13
**send** 74:22 96:15 101:18 102:11 103:8 105:24 114:24 115:1 116:13 119:12,15 130:8 217:6 230:5 235:12 239:24 259:24
**sender** 259:15
**sending** 95:17 120:16 165:17 166:11 194:12 200:21 207:19 208:15 233:13,21

244:24 250:9 259:16
**sends** 100:19 102:6 114:18
**senior** 257:2 261:12
**sense** 67:10 116:11 136:20 137:23 163:11
**sent** 93:10 95:3,22 96:4,20 101:12 102:17 105:20 107:21 114:3 116:13,15 119:21 120:12 143:11 185:1,5 192:22 207:25 209:14,22 216:13 217:24 222:3 231:5 236:2 238:10,22 239:9 239:21 240:2,4,11 241:11 255:25 257:11,12,25 259:19 260:6 263:13 266:6 268:1,2
**sentence** 64:3 257:16
**separate** 36:22,23 39:6 62:6 78:23 91:17 162:18 163:9 170:15 209:6 215:1
**september** 107:22 251:14
**serial** 192:25
**serration** 99:24
**served** 253:9
**service** 37:11 39:13 163:5 215:15 216:3 217:4
**services** 72:24 73:5 73:11,17 74:12,22 108:12 114:2 116:13 156:18 200:22 209:17 226:22 257:2

**set** 56:3 111:19 135:17 136:7 218:1,3,5 242:11 274:6
**setting** 78:23
**settled** 227:17
**sexton** 84:6 122:4 122:10 130:9
**shaking** 11:1
**shamberg** 2:8 4:3 7:12,15 25:19,23 50:19 88:20 89:7 123:6,8,11 157:11 157:13 166:20 221:19,22
**share** 17:23 54:12 86:1
**shared** 117:15 170:9 266:19
**sharing** 117:1 166:3
**shed** 130:8
**sheet** 166:3
**sheets** 169:6
**shes** 158:13 171:24 171:25 232:1,4,9 232:16 233:14,24 234:7,8,8,10 235:8,10,13 250:22
**shift** 21:6
**shifts** 184:12
**ship** 104:11
**shipment** 269:7
**shipped** 243:14 270:18,21 271:1
**shipping** 20:11 105:1 172:23,24
**short** 85:6 88:10 148:16
**shortage** 17:24
**shorten** 205:4,6 255:16,18
**shorter** 56:4
**shorthand** 223:10
**shortly** 41:24 42:2

**shortterm** 255:15
**shot** 191:16,17,19
**show** 47:19 51:16 64:5 86:10 249:14
**showed** 63:17 226:11 264:13
**shower** 136:20
**showing** 107:16 209:20 211:23 226:5
**shown** 60:22 89:19
**shows** 168:15 171:9 238:4
**shreiner** 169:5
**side** 81:24 162:4 266:25
**signed** 239:19 257:2
**significant** 26:14 66:14 219:14,15 219:19
**signify** 44:18
**signoff** 175:11
**silone** 132:7
**similar** 8:23,23 82:13,14 115:13 172:2 193:20,22 194:4 239:6
**similarity** 152:23
**similarly** 1:4 2:7
**similary** 1:16 2:17
**simple** 46:2 142:10
**simply** 120:8
**simultaneous** 187:22
**single** 63:6 273:7
**sioux** 18:21 168:7 173:19 177:2
**sir** 7:3 157:11
**sit** 90:9 99:10 170:5 170:7 174:5 229:3
**site** 34:19 101:19 109:17 110:3,5,8 110:9,16 112:3,12 112:17,23 113:12 113:21,22,23



114:8,12 115:5
122:6 127:21
128:2,7 142:13
143:17 149:21
157:14,16,25
**sites** 184:16
**sitting** 118:13
**situated** 1:5,16 2:7
2:17
**situation** 55:9
57:24 76:20,24
101:12 102:16
104:10 106:19
213:10,24 215:22
221:17
**situations** 217:21
**six** 20:2 114:25
258:2
**sizable** 218:21
**size** 201:22,25
202:1,9 226:3
**skill** 121:19
**skills** 274:11
**slack** 179:7
**slang** 236:8
**sleeve** 178:9
**slide** 179:21
**slow** 221:15
**small** 86:2 88:7
99:20 101:4 102:6
110:17 112:23
156:5 163:2,3
217:15
**smaller** 38:2
191:23 210:25
211:3
**sminkey** 1:3 2:4
**sold** 8:10 26:3
28:16 31:1,5 38:2
42:10 53:21 70:10
86:24 87:1 92:3
104:13,14,18
124:14 132:22
145:16 150:12
161:11 162:12
177:12 181:20,25

183:15 188:3,6
191:21 197:2
199:1,2 208:13,13
211:7 214:8,21
250:13,13 257:13
260:22 268:25
269:23 270:14
272:9
**solely** 39:18 114:13
**solemnly** 7:6
**somebody** 79:24
225:9 249:13
**somebodys** 189:9
266:7
**someones** 119:19
**son** 149:18
**soon** 224:18 250:6
**sorry** 12:8 17:3
29:12,16 66:9
78:7 112:10 117:9
124:13 168:13
182:16 223:13
233:18 252:15
254:18 263:25
**sort** 15:4 22:1 38:4
63:24 64:11
149:20 168:19
**sorts** 234:16
**sound** 186:16 228:8
**sounded** 195:25
**sounds** 58:21
**source** 26:25 33:12
74:13 75:16,17
121:2 176:21,22
249:7,13
**sources** 18:7,15,17
26:17 32:18 53:4
69:7 177:3 180:10
180:11,15 183:24
183:24
**sourcing** 16:18,22
16:24,25 31:8
33:20 35:12 36:24
190:24 199:13
**south** 159:15
210:20

**southeast** 159:11
160:17,20 161:5
161:15 210:19
212:9 268:12,13
268:17,18 269:2
**southern** 168:13
**space** 32:9 73:5
226:21
**spartan** 203:21
**speak** 24:25 59:7
**speaking** 57:7
**special** 180:1
211:20
**specialty** 196:12
**specific** 9:13,15
36:14 39:4 51:18
51:18 72:11 78:1
107:17 116:20
124:15 128:25
142:6 147:19
175:24 223:8
236:11 237:6
241:6 247:24
267:22 269:24
**specifically** 30:10
34:9 59:12 77:19
87:16 99:3,16
108:9 118:5
125:12 145:19
151:2 152:5,13
153:5 154:3 155:8
155:24 212:8
233:9 239:1
244:25 245:16
**specification** 148:4
148:7
**specifications**
146:22 183:23
**specifics** 9:9 52:19
118:22
**specify** 70:18
**speculate** 128:12
165:14 223:19
**speculating** 251:4
**speed** 149:1
**spell** 273:7

**spelled** 153:6
**spelling** 152:8
**spent** 175:10
**spikes** 111:9
**spite** 62:18
**split** 160:9
**spoke** 24:22
**spot** 179:4
**spread** 77:24
**spreadsheet** 207:16
208:24 209:8,20
**springs** 210:16
**sprinkled** 118:19
**spurred** 92:23
**square** 255:11
271:6
**stack** 164:1
**staff** 51:8 82:17
94:23 97:14 106:7
155:21 185:19
**stainless** 176:22
177:17 178:9,14
178:21
**stamp** 265:18
**stamped** 55:4 198:1
**stand** 272:23
**standard** 5:16 54:6
55:12,15 64:19
65:20 66:2,7
104:7,25 110:19
110:22 126:19
129:23,23 131:22
147:21 148:1,13
197:22 198:14
207:4 230:4
242:15 264:20
**standardization**
62:24,25
**standardized**
215:18
**standards** 13:4
33:19 34:3 35:8
54:19 56:13 57:6
62:21,23 66:19
68:8 76:5,8 89:2
90:15,19 91:8,14

92:21 105:5 124:2
126:16 135:8,20
137:20 183:20
184:2 188:7
198:12 204:18
206:7 238:6
241:18 242:10,11
262:11,20
**standpoint** 36:12
36:13 44:6 61:12
67:23 108:21
117:2 163:1
**stands** 94:17 96:24
**stanger** 213:4
217:24
**start** 7:21 12:20
15:8 20:13 38:12
53:6 86:14 100:13
112:5 117:4,11
121:6 125:22
**started** 12:23 15:9
15:19 17:9,10,12
17:25 29:3,7,13
32:23 33:11,17
42:3 85:24 93:19
97:5 98:24 99:7
109:16,16 112:7
122:13,14 125:21
131:22 134:21
149:21 157:22
161:8,22 187:13
187:24 190:24
196:25 199:14
200:10 229:23
230:19,25 248:6
**starting** 218:25
**starts** 48:18
**state** 6:9 7:21 83:4
139:13 144:1
147:16,16 150:15
151:4,7,13,25
154:12 155:11
198:4,7 202:14,16
225:23 242:22
252:4
**stated** 51:13 70:1



200:13
**statement** 109:6
  117:6 138:10
  154:10,11 155:10
  155:12 232:10
  237:16 268:19
**statements** 255:14
**states** 1:1,12 38:3
  99:3 124:6,15,18
  124:21 137:18
  147:20,23 148:1
  159:9 160:20
  161:16 195:8
  197:22,24 198:4
  225:19 245:5,19
  249:15 268:10,12
  268:14 269:2
**stating** 75:15 152:5
  245:18 257:15
**station** 159:20,21
**stations** 146:17
  159:19
**status** 208:15
**stay** 35:2 158:15
**stayed** 170:18
**steam** 133:3,5,5,6
**steel** 176:22 177:17
  178:9,14,21
  179:19
**step** 86:11 125:6
  147:10 245:6
**stepping** 182:11
**steps** 181:4 185:14
  192:20 193:6
  195:1
**steve** 22:8,9,14
  56:19 168:21
  169:4,7 173:25
  218:4
**sticking** 202:13
**stipulation** 6:1
**stmfa76** 49:14
**stock** 86:23 211:3
**stop** 88:4 177:21
**stopped** 22:2
  132:24 133:1

**storage** 100:3
  196:12
**stores** 38:1 261:16
**storing** 172:22
**story** 203:24 204:1
**strange** 147:18
  213:24
**strategy** 4:14 26:23
  60:10 88:11 125:4
**stray** 167:3
**stream** 41:15 48:20
  55:4
**street** 2:20 73:6
  226:23
**strengthen** 72:19
**strengths** 240:21
**stress** 99:24 180:19
**stressed** 116:5
**strike** 39:18 102:10
**stringent** 254:6
**stripe** 49:4,21
**strong** 192:9 205:1
**struggle** 133:11
**stuck** 217:16
**studies** 92:17 93:21
  93:22 205:7,10
**studs** 179:19,21
**study** 12:4 75:7
  93:16 253:6
**stuff** 151:23 172:5
  245:13
**subdivision** 263:2
**subject** 140:22
  205:24 259:17
**submit** 128:17
**submitted** 183:2
  223:22 230:18
  258:8 269:16
  274:25
**subsequent** 60:22
  113:19 226:25
**subset** 88:7
**substantially**
  257:17,22
**suburbs** 202:17

**successful** 85:25
  98:22 191:2,10
  193:5
**suddenly** 132:10
**sued** 227:3 245:12
  245:21,22,24
  246:9,10,10,16
**suffered** 36:4
**suggest** 237:12
**suggesting** 57:23
  199:7,9
**suggests** 253:6
**suite** 2:10 3:6
**suites** 6:4
**summaries** 25:7
**summary** 169:21
  170:5
**sunbelt** 107:24
  160:11,16 210:9
  211:11,19,21
  260:12
**sundry** 152:9
**super** 209:11
**supplied** 211:8
**supplier** 73:8
  214:19 220:18,21
  269:8
**suppliers** 145:15
  146:5 184:1 207:6
  214:18 253:1,3
**supply** 21:13
  218:24
**support** 94:23
**supported** 71:25
  214:5
**supports** 179:22
**suppose** 87:2
  187:23 242:20
**supposed** 179:4
**sure** 13:4 23:11,20
  23:22 27:15 38:24
  39:23 42:15 47:20
  49:5 52:10 56:1
  56:24 70:8,9
  72:12 78:10 86:23
  88:20 93:9 96:10

96:22 97:8,12
  99:4 102:25 103:2
  111:18 113:10
  115:15 119:19,22
  121:11,13 122:16
  125:13,16 135:17
  137:4 142:14
  146:18 161:20
  165:12 167:5
  175:16 179:15
  183:10,19 184:10
  185:12 186:4
  188:8 189:18
  195:10 199:24
  201:6 204:11
  207:2,8 212:25
  221:17 230:22
  234:10 238:3
  240:16 245:2
  248:18 251:8
  252:7 263:2 266:5
**surmising** 271:13
**surprised** 259:10
**surprising** 233:4
**susan** 1:15 2:15
**suspect** 144:16
  224:10 237:8
**suspected** 213:17
**suspects** 109:22
  128:14 203:25
**suspended** 42:11
**sustain** 204:17,22
  205:2
**sustained** 205:3
**swag** 235:25 236:6
  236:8
**swear** 6:9 7:6
**swell** 231:3
**switch** 76:19 77:1
  77:19 78:11
  122:19 132:6
  186:16 187:25
  214:1 256:13
**switched** 41:23
  42:1 76:11 180:9
  225:12

**sworn** 274:7
**syndicate** 163:17
**system** 18:10 44:23
  94:12,15 134:13
  134:25 135:6,11
  136:6,8,17,19
  142:4 148:23
  153:23 158:4
  170:24 171:2
  176:7,10 177:14
  185:11 186:17
  188:4 194:14
  198:10,14 199:5,8
  200:11 222:24
  241:15 242:2
  265:2,6
**systems** 17:23
  19:20 44:3 46:8
  88:15 92:22 134:6
  134:11 135:16,23
  138:1,3 139:19,22
  140:2,16 184:4
  190:3 194:10
  241:21,25 242:1
  262:21

**T**
**t** 181:11,15 223:6,6
  235:9
**table** 64:24
**take** 11:11,14 16:11
  17:15 20:13 21:18
  24:13 25:10 47:23
  51:8 54:18 70:13
  88:19 94:23 95:17
  101:19 117:25
  125:19 128:18
  130:8 147:10
  158:1 159:3
  166:16 167:10
  171:6,10 183:12
  185:14 186:18
  192:21 193:7,9
  195:17 197:8,12
  197:25 199:19,22
  201:5 205:20,25



207:13,19 208:17
208:20 210:7
211:2 212:24
216:10,14 218:8
220:24 221:4
222:1,7,19 224:20
224:23 229:6,10
236:22 238:19
239:20 243:25
244:6 249:22
251:11,17 255:22
256:1,23 259:13
259:18 260:23
262:24 264:17
265:11,13 266:9
266:12,23
**taken** 6:3,7 25:5
50:3 91:4 183:12
211:4 269:18
274:5,11
**takes** 32:6 55:11
76:23 98:19
**talk** 10:12 51:20
90:10 92:8 117:18
137:13,15 143:2
149:23 166:13
198:11 254:2,4
269:5
**talked** 33:15 36:11
47:6,9 67:1 72:12
72:13 79:7 84:23
93:25 117:23
125:1 127:20
129:11 136:1
174:3,14,21 175:1
175:6 188:22
204:5 214:12
225:5 231:10
233:2 241:1
247:17 262:17
268:18 272:19
**talking** 5:12 35:17
41:16 47:13 67:15
68:13 74:24 78:19
79:2 89:6 108:7
113:17 123:16

127:24 135:14
138:23 139:17
146:2 157:14
158:16 188:25
192:17 205:1
214:17 223:12
224:9 229:23
231:9 245:2
249:22 250:4,4
253:24 271:18
**talks** 133:4
**tank** 117:9
**tanks** 144:6,14
248:15
**tardy** 209:15
**task** 94:4
**team** 32:17 33:15
40:18 51:22,23
61:14 82:22,24
83:18 84:2 90:19
162:22 174:14
189:25 209:17
214:5 215:13
250:18
**teams** 56:16 82:25
174:4
**technical** 43:18
51:9,22,23 52:3
52:19 56:16 58:23
59:6,8 61:14 66:5
67:13,16 69:17
71:16 72:6,7,18
83:8,23 84:3,9
90:8,14 94:22
95:25 97:14 106:7
108:12 114:2
121:3,18 137:7
138:19 143:2
156:18 157:7
200:16,22,24
209:17 215:13
217:3 238:17
239:15 252:4
257:2 271:8
**technicaltype** 158:3
**tee** 235:7

**telephone** 2:12,22
3:8
**tell** 8:12 24:23
44:17,20 51:23
55:4 70:14 71:7
101:1,4,16 106:9
106:24 109:19,20
111:8 122:18
127:11 146:18
152:3 167:10,16
171:11,11 197:12
199:25 201:10
203:12 205:15
206:1,20 207:19
213:5 216:14
218:12 221:4,4
222:7 224:24
229:11 237:1
238:21 239:20
244:7,14 245:4,11
249:23 251:17
252:21 256:1,11
258:20 259:18
261:2 265:13
267:14
**telling** 151:10
**temperature** 101:2
101:5 111:16,17
116:2 129:7
204:16,23 255:1
255:15 271:12
**temperatures**
148:8 254:9,14
**temporarily** 50:3
**temporary** 56:2
**ten** 62:13 135:15
146:3 151:21
219:19,21
**tended** 270:23
**tennessee** 1:12
159:13
**tenure** 86:9 135:25
177:1
**term** 16:18,20
31:13 32:7 88:10
141:2,4,6 148:16

183:21 236:6
240:24 241:4
**terms** 26:16 31:3
35:1 49:3 50:7
58:21 62:25 66:17
89:8 92:10 93:11
223:10 229:23
254:2
**terracotta** 235:6,9
**territories** 173:17
**territory** 70:7
173:17 210:19
225:16
**test** 23:10 34:8 35:6
48:14 50:12,25
51:1,3,15,24
52:17 53:22 54:9
54:16,17 55:5,11
59:3,13,16 62:20
63:7,17 64:9,13
66:13 67:7,7,11
67:13 68:10
104:20,24,24
105:6 138:20
139:10 204:13
206:16,18 207:10
230:5,8,10 231:11
231:13 235:2,24
236:3,5,10,14,15
237:13,20,21,24
237:24,25 243:2,4
243:6,7
**tested** 52:7 55:6
63:6 138:9 183:14
254:4
**testified** 91:18 92:9
**testify** 274:7
**testimony** 7:7
123:19 174:3
175:4 177:15
188:21 194:5
210:10 228:24
229:2
**testing** 33:17,21,24
33:25 34:4 40:11
40:16 49:6,12

51:11 52:4,4,14
52:21,23 53:2,4,5
53:7,11,18,20
54:12,12 60:22
62:1,9 63:11,14
63:15,16 64:25
66:24 67:17 69:1
69:3,6,14,22 70:1
72:3 90:1,13,15
104:15 137:20
138:6,24,25 139:4
139:7,8 183:19
202:6 229:21
231:10 234:15
237:9,25 239:8
253:15 254:5,12
254:15,19,21
262:18,19
**testings** 254:23
**tests** 33:25 34:12
36:17 44:22 47:2
49:12 59:11 61:10
62:3 64:4 69:9
72:9 84:16 89:20
183:19 185:15
206:25 215:8,18
231:9,16 242:24
254:18,18,20
**texas** 173:18
225:18 232:2,3
250:13
**thank** 59:19 107:15
130:16 136:23
150:3 153:15
164:2 203:8
207:12 256:22
259:12
**thanks** 221:22
**thatll** 10:21
**thats** 10:23 22:21
26:14 34:22 41:7
43:23 44:6 48:1
49:6,7 54:20 62:1
62:14 63:7 67:24
68:15 71:8,14
72:4,4 75:11



83:17 89:5,6,10
90:5 96:9 100:4
102:17 104:10
105:5 106:2
119:18 126:16
134:19 136:6,24
138:22 139:3
140:11 141:2
144:14,16 147:6
147:10 148:3,21
149:3 150:1
151:12 152:25
153:23 155:14,15
156:24 160:5
161:7,22 164:9
176:7,11 182:13
182:18,22 186:13
186:19 190:15
192:8 196:3
197:20 198:5,17
198:17 199:9
200:13 202:1,2
203:4 204:15
208:19 209:19
211:16 213:5
217:11 219:11
221:17 227:25
233:4 237:20
242:18 247:9,21
251:20 253:19
254:7 255:21,21
260:5 264:7,14
273:12
**theirs** 61:16 256:14
**theoretical** 116:11
**theoretically** 272:8
**theorized** 64:16
**thered** 83:2 235:13
**theres** 38:25 39:23
39:24 44:21 49:6
50:2,2 52:5,5,13
57:11 61:25 62:24
64:24 65:2,3,5
66:23 67:16 68:18
69:18,24 70:9,15
72:24 74:7 75:23

75:24 83:7 89:19
89:24 90:14 92:6
95:1 96:2,3
100:23 102:6,21
105:6 106:3,6,8
106:10 107:4
109:21 111:9
113:4,5 124:20
126:22 137:18,19
137:24 139:17
141:10 142:8
146:7,12 148:19
149:6 151:11
152:23 153:2
154:1 159:16,22
161:19 169:6
172:19,19,20,21
173:10 178:16
179:8,17 193:7
195:7 198:12
203:25 204:25
207:16 211:13,18
212:9 234:12
241:20 242:17
245:17 246:3,3,10
247:4,22 249:2
251:19 252:19
254:19 260:4
271:1
**theyll** 69:6 141:25
141:25
**theyre** 53:13,14,14
67:18 92:18 96:14
97:3 114:3 152:13
153:5 155:1
156:18 158:8
159:21 168:8
173:2 187:10
199:3 202:2,12
208:3 210:15,17
210:23 211:3,14
211:17 217:1
218:20 219:18,19
220:20 247:11
262:10
**theyve** 90:11 91:4

105:25 106:1
132:24 159:6
198:6 211:4,5,6
**thickness** 201:23
**thin** 103:3
**thing** 23:9 96:9
100:4 102:25
129:10 141:24
143:18 145:7
160:14 164:10
178:1 192:9 196:2
211:25 270:24
273:7
**things** 10:1 40:5,8
51:8 59:7 62:4
76:4 84:8 90:11
90:20,21 91:18
96:15 97:18 98:21
100:12 102:21
104:21 106:10
109:8,17 110:1
111:19 112:17
113:20 117:11
118:21 123:13,15
125:25 128:13,20
137:21 149:23
152:7,9,12,17,25
153:7 157:4 158:4
158:9 159:25
169:19 174:15,16
174:17 175:1,8
178:17 179:17
180:2,2 185:14,22
187:12,21 190:4,7
191:4 202:11
213:15 215:6
216:21,24 217:15
231:2 242:7 246:8
250:6 264:16
266:22 267:17
**think** 8:14 14:10
22:21 28:21 29:10
30:7,15 32:4,10
32:10,21 42:2
43:2 44:19 45:10
46:2,3,11,12,24

46:24 47:7 48:12
50:8 52:1 53:13
53:13 55:9 56:2
58:9 61:7,10
63:13,19,19 71:21
71:24 77:8,9,23
77:23 78:16,18
80:4,23 81:8 82:7
86:9,16,17,22
87:4,12,12,18
88:16,18,24 89:5
92:5,5 93:18,24
94:16 95:11,15,15
97:19 98:14,17
102:1,13,20
104:12 105:11,11
105:15 106:7
108:23,25 109:5,8
109:15 112:22
114:1,7,9 115:4
116:14 117:3
118:23 120:15,16
121:13,14,15,16
121:20 122:2,2
124:7,7,8,9,15,24
126:19 127:1,1,2
127:7,11,13 128:9
128:10,15,25
129:21,21,22
130:3,4,10 131:25
133:3,8,10,13,17
133:23 134:18
135:8,10 136:11
136:14,15 137:4,7
137:12,20 138:13
139:11 141:8,12
141:19,20 142:12
142:19 143:6,8,15
143:17 144:3
147:10 148:17
156:5 157:22
159:1,4,11 160:16
161:25 162:25
164:12 166:10
171:24 173:7,15
173:15,18 174:13

175:8 177:22,23
178:16 180:8
181:3,5,8,9,13,15
182:25 183:9,10
183:11,12,21
184:7,11 188:8,21
188:25 189:18,19
191:3 192:15
193:4,4 194:5
197:3,6 199:15
200:4 206:21
207:3 209:24
213:9 214:15,17
214:24 215:11,12
217:2,9 218:5
220:10 221:11
225:11 227:15,17
228:6,9,10,14,20
228:22 229:20
230:14,19 234:25
234:25 235:10
236:9 238:2 240:1
240:2,4,11,12,19
241:25 242:7
245:17,23,23,24
251:22 253:12,14
254:1,3,7 255:12
255:13 257:7
260:2 263:15
264:25 266:5,6
267:24 268:15
273:12
**thinking** 113:6
165:19 174:17
252:12,18 258:13
**thinks** 262:9
**third** 48:18 54:7
57:2,17 58:6
60:23 66:17
171:13 172:22
178:9 198:18
223:23 252:23
**thirdparty** 34:14
35:1,2 48:21
52:23 55:22 58:12
62:9 63:10 70:24



71:3,17 76:11
77:2,20 85:2
89:15
**thomas** 5:3 251:13
255:24 261:1
264:4
**thought** 31:13,20
32:2,5,7 42:18
72:1 75:4 134:1
158:5 178:10
179:8 181:3
230:20
**thoughts** 202:16
**thousands** 181:22
181:23 220:11
**three** 8:3 22:20
49:18 50:13 65:23
65:23 82:23 83:7
86:7 87:3 97:5
111:6 124:21
132:14 160:23
172:19 189:13,16
223:13 224:14
268:21
**threequarter** 202:3
**threw** 195:25
**throwing** 209:7
**ticket** 58:9
**tie** 150:15
**tied** 148:5
**tight** 100:8
**time** 11:11 15:10,21
16:15,19,23,25
21:9 22:10 28:15
30:20 34:10 36:8
37:13,19 38:13
39:22 40:15,17
41:16,21 42:4,18
44:23 45:13 48:10
49:3 52:20,22
53:1 56:4 60:2,6
60:15 61:18 62:4
62:12 65:19,22
66:3 69:20 71:14
73:20 74:15,16
75:3 77:8,17 78:1

78:9 79:9 80:18
82:4 85:11,22
86:2,18 90:11
92:21 95:8 96:12
97:18 98:10,19
99:12,17 100:18
100:22 101:15
102:9 103:14,17
103:25 104:7
105:12 106:6
108:13,25 109:5,7
109:25 110:23
111:8 114:25
118:15 120:15
121:1,5,19 123:8
125:7 131:4
133:21 134:9,15
134:16 135:7,9,14
135:14,18,20
136:17 138:10
140:1,23 142:12
148:15 149:16
151:20 155:22
159:25 162:22
165:15 168:3
169:4 171:18
176:25 186:22
187:6,14 191:13
191:19 196:25
198:23 199:3
205:4 206:12
211:3,7 218:25
226:19 227:17
230:11 231:1
232:5 234:6
236:13 239:25
251:13 255:16
256:10 258:11
259:25 262:5
266:2 274:5
**timeframe** 15:23
17:5 28:19 35:11
86:25 112:21
136:3 161:7,16
162:9 187:13,24
248:5

**timeline** 64:25
**timer** 134:14 140:5
**times** 8:2,3 82:23
83:7 89:24 102:4
102:14 109:18
113:5 119:19,24
128:10 141:25
142:9 156:12
159:16 192:11,15
209:17 245:14
251:16 268:21
**timeto** 138:8
**timetofailure** 139:1
**timing** 145:16
**tiniest** 242:25
**tired** 173:18
**title** 22:9 48:10
83:20 208:5 274:6
**titled** 60:10 136:24
240:7
**tjb** 1:2
**today** 10:16 99:10
135:10 159:8
162:25 168:14
172:1,9 179:19
188:10,21 194:5
210:10 220:21
229:3 234:2
**told** 28:19 99:4
138:21 165:11
175:6 246:18
247:1
**tollgate** 259:17
260:1,2
**tom** 22:23 84:6
113:4 122:8
143:18 157:15,18
157:20 158:9
163:2 225:14
250:3 261:16
263:10
**toms** 189:11
**tool** 177:9 226:10
231:21
**tools** 109:4 151:22
178:3,3,5

**top** 85:2 124:22
203:10,10 204:9
205:22,24 213:3
218:12 219:14
221:1,3 229:9
231:25 235:4
250:9 251:13
252:16,20,23
255:24 259:15
261:1 264:3
**topic** 81:5 84:23
91:18 175:25
189:22 249:21
**topics** 123:13
130:25 188:20
**total** 64:7 65:9 86:5
220:6
**totally** 173:6
**touch** 190:19
**touched** 21:5 42:21
70:22
**touching** 179:18
**tough** 219:5
**tour** 225:6,7
**tout** 242:3,6
**town** 160:2,2 162:5
**track** 193:1
**tracked** 119:1
**tracking** 94:12,25
118:2 119:21
**tracks** 118:3
**trade** 26:3
**trail** 209:6
**trailer** 196:9,11
**trailers** 196:11
**training** 200:25
**transcript** 274:5,11
**transcripts** 25:4
**transfer** 68:23
**transferred** 64:10
**transition** 129:11
129:16
**transitioned** 162:23
**transmitted** 207:6
**travel** 173:19
**travis** 261:14,16,18

**treated** 141:22,23
**treatment** 142:10
253:2,4,7
**trend** 44:2 118:13
118:25
**trends** 118:2,3,6
**trial** 270:7
**tried** 57:25 58:1
132:22 209:5
**trouble** 179:7
**true** 107:2 113:18
115:21 138:10
140:9,11 199:17
254:9 274:10
**truly** 52:18 247:11
**truth** 7:8,8,9
122:18 127:11
206:20 244:14
252:21 258:20
274:7,7,8
**try** 10:17 11:7
36:14 95:6 128:17
134:14 144:20
147:9 167:1 185:7
254:16
**trying** 12:9 45:9
58:16,17 67:18,25
124:8 136:12
152:15 157:22
163:12 174:23
179:4 180:22
181:21 183:20
187:12 191:7
198:13 228:10
233:15,25 241:16
252:1 253:14,18
254:3,8 256:11
266:20,21 273:4
**ts** 181:20,24 214:12
**tube** 177:9 179:5
198:1,2 243:9
**tubing** 9:11 15:7
18:5 25:25 28:4,6
28:20,24,24 29:21
29:24 30:6 31:2
34:5 35:7,14,23



36:4,16 37:19
38:7,10,14 40:12
40:16,25 41:9,21
41:22,24 42:22
43:4 44:11,15
45:18 46:15 47:1
48:14,24 51:4,17
52:24 53:15,21
54:7,8,9 55:1,5,7
55:13 56:20 57:2
57:5,7,15,17,18
57:21,25 58:4
59:10 62:17 70:12
73:10,18,23 74:18
74:22 83:16 88:4
89:20 98:1,8 99:3
99:16,23,24 100:1
100:5,20,25 101:7
101:13,20 102:11
102:22 103:2,7
105:10,25 109:22
110:15 114:11,23
115:3,14 116:4,15
117:23 118:14
120:7,9,13,16,19
120:23 121:6,22
122:1,25 126:17
127:18 129:2
134:5,9,10 136:19
137:13,16 138:14
138:18,21 140:11
141:12 142:18
143:11,17 144:7,9
144:10,25 145:20
145:23 146:3,23
147:2 148:4,15,17
149:2 150:12
151:21 153:20
155:24 161:10
172:20 173:1
176:5 177:8,10
179:1,2,3,18,21
179:23,24 185:5
193:14,15 197:24
201:21,21 202:1
212:7 225:8

230:23 231:3
235:12,18,24
238:12 242:25
243:1,2,5,14,24
244:17 245:25
246:7,12,16,20
247:3 250:8
253:16 255:16,17
255:18 256:11
257:12 258:3
261:13 265:3
268:20
**tubings** 115:17
231:11 243:18
**tucson** 203:20
**turn** 60:8 63:23
64:23 75:22
139:17 193:10,16
208:18 244:22
**turned** 247:12
**turning** 74:4
**two** 8:3 14:10 16:5
19:17 45:8,11
86:7 92:5 102:21
109:2 111:6
117:10 124:20
125:23 132:7
174:6 178:12
187:19 191:4
197:3 220:1
223:13 245:25
266:22 267:24
**twominute** 266:23
**twopage** 239:17
260:24
**type** 28:5 30:16
118:11 147:5
154:4
**types** 154:13
**typewritten** 274:9
**typical** 238:12
**typically** 27:15
28:3 54:11,20
57:20 59:5 62:23
70:14 94:21
104:11 105:5

107:6,7 141:22
154:25 157:15
158:8 179:18
183:9 242:6

**U**
**u** 45:10,10 225:18
**uhhuh** 10:15 15:12
40:9 45:4 47:24
49:19,22 55:2
64:2 74:6 77:18
78:13 90:2 99:1
99:14 100:14
103:15 104:4
105:8 108:17
114:15 127:25
130:3 151:9
188:19 208:25
222:6 232:17
238:7 243:10
260:9
**uhuh** 124:25
264:14
**ultimately** 43:24
132:21 170:9
176:1 227:3
**unacceptable** 64:16
**uncharted** 70:7
**uncommon** 69:17
77:7,10 78:20
91:20 92:7 114:23
**understand** 8:17
11:5 34:24 36:1
67:14,25 71:17
72:3 74:20 75:2
77:15 98:16
103:21 109:1
115:25 121:16,22
125:24 127:6
130:7 138:20
167:5 186:5 252:7
**understanding** 9:7
10:10 27:13 50:6
67:15 69:8 74:11
74:25 75:6,9,19
94:19 97:22 98:11

98:12,16 127:7
149:22,24 153:18
159:4 181:19
204:17 227:21
234:6,20 235:8
243:1 245:7,22
250:21
**understood** 11:8
165:13 177:16
245:20
**undertake** 46:9
**undertaking** 76:2
**underway** 167:5
**unfortunately**
180:24 208:12
**union** 176:19
180:13
**unique** 31:25 32:5
**united** 1:1,12 38:3
99:3 124:6,15,18
124:20 147:23
148:1 159:9
160:20 161:15
198:4 245:5,19
249:15 268:10,12
268:14 269:1
**universal** 147:24
**universe** 270:2
**university** 11:19
12:7
**unrelated** 215:1
**unseat** 192:10
**unseated** 192:8
**unusual** 69:19
180:19 213:22
**upc** 147:24 148:13
**update** 82:2 85:6
**updates** 82:1
**upfront** 234:15
**upgraded** 194:7
**upinor** 198:5
**uponor** 235:18,22
246:9
**upper** 222:21
**ups** 196:13
**use** 41:5 53:16

57:10,12 73:7
112:17 128:8
134:5,25 135:5,12
135:13,22 136:8
137:25 138:3
139:18 140:1,15
177:9 179:9,10,19
186:17 194:13
196:21 200:18
215:17 226:6
231:21 236:6
240:23
**user** 214:1 270:17
**users** 194:13 214:9
**uses** 111:15 128:2
**usually** 21:15 92:4
95:11 96:14
100:18 103:3
106:9 115:19
124:1 141:23
147:17 160:21,22
160:24 168:23
169:1,11 174:5
192:5 217:23,24
226:11,12 268:16
**uv** 45:22 131:24,25
133:19 231:11,11
231:13 236:5
237:8

**V**
**v** 1:6,18
**valentine** 79:25
80:8 81:1,10
**valid** 53:12
**validity** 52:14 62:1
66:24 67:2 89:25
**value** 46:18 88:8
220:6
**valued** 240:7
**valve** 95:2 109:23
117:8 122:7
146:19
**valves** 144:5,13
171:1 248:14,18
**vanguard** 27:6 28:6



vans 196:11
variability 69:25
  75:3,5 126:6
  271:14
variable 142:5
variables 74:11
  146:8 179:8
variation 60:22
  74:14,17 75:8,10
  75:17,18,20
varied 118:16
varies 241:8
various 222:4
  235:16 249:14
  252:3
vegas 141:12
vendor 176:12
  180:5
vendors 18:8
  176:15,17,18
  180:4 183:14,22
  206:18 207:11
veracity 53:17
verbally 10:25
version 155:4
versus 7:16 31:3
  36:13 68:4 114:19
  142:25 205:8
  231:5 234:3
vetted 249:20
vice 21:13 195:24
  208:5 218:22,24
viega 134:10 198:3
  246:10 256:10,17
view 66:23 102:12
  121:24 234:20
  246:21 247:4
  248:8,21
visibility 97:13,21
visit 27:5 106:18
  110:16 112:23
  114:8,12 128:2,7
  143:17 149:13
visited 27:1,6 33:14
  149:21
visiting 111:11

149:7
visits 27:3 109:17
  110:4,5,8,9
  127:21 149:21
visone 36:13
visual 229:25 231:7
voice 92:17
voiced 90:3
void 147:7
volgstadt 252:11
volume 186:12

―――――――――――
          W
―――――――――――
wacker 2:10
wait 202:16 217:1
waited 218:25
waiting 156:22
  191:18 202:15
  224:3
wall 103:3 201:22
  243:1
want 10:12 18:23
  24:23 39:1 46:1
  47:7,25 48:2 57:8
  57:10,12 69:1,5
  70:14,17 71:7
  96:10 97:12
  102:25 103:1
  105:4 107:1 117:3
  119:16 123:7
  127:6 130:13
  131:6 145:6 158:6
  160:5 164:10
  167:5 179:18
  202:2 203:2
  211:24 221:14
  242:7 270:8
wanted 20:21,22
  21:18,20 30:8,18
  32:22 33:16 46:4
  46:6 54:21 70:23
  71:19 73:15 88:8
  91:19 92:25 97:11
  97:11,12,13,15,20
  98:10 117:3
  123:14 129:10

133:8 149:23
  159:2 165:4 175:7
  178:11 193:2
  201:20,24 206:8
  206:14 213:20
  217:4,6 240:13
  250:17
wanting 46:7 69:2
  97:6
wants 219:3 234:25
warehouse 193:1
  210:18
warn 146:15
warned 248:24
warning 248:16
warranties 147:7
  152:23 154:25
warranty 4:20
  95:24 119:5
  150:15,20,22,25
  151:17,20,24
  152:5,7,11,20
  153:6,11,17,18
  154:3,8,10,17,20
  155:8 165:17,18
  165:24 166:4
  267:17,19 268:5,6
  272:22 273:6
warren 163:16
  257:18,18 258:7
wasnt 16:22 47:16
  47:16 49:8 54:5
  66:2,13 71:1
  84:22 85:2,4 86:4
  87:21,21 88:9,9
  96:11 103:3,10
  110:22 111:19
  116:15 127:13
  128:11 133:7
  138:10 144:9,17
  155:15,16 163:6
  163:19 172:5
  178:15,15,23,24
  181:22,23 184:13
  184:13 185:17
  196:3,4 209:11

216:23 234:21
  240:8 266:20
  271:9
wasteful 136:18
water 44:3,4,23
  45:1 92:23 98:9
  100:1,21 101:2,2
  106:5,6 109:22,23
  109:24 111:7,9,10
  111:17,18,18,22
  111:22 112:2
  115:17,18 116:3
  129:6 134:16,17
  135:1,6,23 136:16
  136:19 137:25
  138:3 141:2,4,7,9
  141:9,11,18,22,24
  142:2,7,10,22,24
  143:5,6,13,20,23
  144:2,4,15 146:11
  146:12,14,16,16
  147:1,3,8 148:13
  148:20 149:4,5,6
  149:8,10,12
  158:18,25 159:12
  160:3 161:5,13,17
  161:19,25 179:25
  180:1 188:22
  189:8 200:13,14
  200:17 213:16,17
  213:25 215:5,8,8
  215:9,16,18,19
  233:3 240:24
  241:3,4,6 247:18
  247:23 248:9,17
  248:23,25 249:5
  249:17 253:3,22
  253:25 255:10
  268:10,14,16
waters 141:23
  146:25
waterworks 146:15
waverly 1:13
way 24:4 32:21
  36:2 41:8 51:21
  67:7 68:15 69:8

87:14,22 90:23
  101:23 102:1
  104:2 110:13
  116:5 119:1 123:2
  129:7 145:18
  165:2 170:14,18
  173:18 175:2
  190:6 191:15
  200:20 217:19
  220:4 225:16
  239:7 242:19
  246:20 247:4
  249:11 251:20
  256:17 263:23
  272:1,22 274:13
ways 113:19
website 146:15
wed 31:20 51:20
  74:23 81:25 82:23
  83:4 115:3 138:15
  147:3 169:20
  178:7 202:12
  216:19
wednesday 6:5
  48:2 252:3
week 82:23 83:7
  194:24
weighed 185:20
wellregarded 53:7
  53:10
went 12:13 13:21
  31:23 37:10 44:21
  57:16 92:21 97:6
  109:7,25 114:25
  121:19 145:9
  149:13 157:3
  162:22 173:4,9,19
  175:21 217:16
  218:23 230:7
  260:5
west 2:10
western 160:24
  168:10
weve 53:3,3,3 55:3
  59:21 71:2,2
  89:18 100:25



102:25 107:5
109:2 119:19,20
120:25 131:10
134:11 136:15
142:13 147:4
158:24 159:12
183:10,11,12,12
191:12 193:7
194:6 197:8
199:12,19 205:20
207:13 214:17
216:10 217:21
218:8 220:24
222:1,19 224:8,20
229:6 233:2
239:16 243:25
247:17 249:18
253:24 255:22
256:23 262:24
264:18 268:18
**whats** 11:16 50:6
55:25 58:19 94:15
94:18 151:20
171:6 196:8,10
203:5 204:18
219:23 234:6
238:19 250:21
259:13 260:23
265:11
**wholesale** 38:2,3
150:11 192:23
208:17 218:19
222:11 260:16
**wholesaler** 210:22
210:24 250:14
**wholesalers** 192:23
193:9,16 210:23
211:1,20 260:12
**whos** 48:6 107:23
163:2 200:20,21
208:2 218:24
220:4 251:1
**wife** 219:18
**wild** 166:11
**willingness** 27:3
**wilson** 125:11

169:8
**window** 51:12
271:14
**windustrial** 208:10
**winnelson** 232:13
**winwholesale** 208:3
208:8 210:1
218:21 219:9
220:5 221:14
**winwholesales**
219:13
**wisconsin** 225:19
**withstand** 148:16
254:13,20 255:14
**witness** 6:10 7:10
88:23 274:4
**wondering** 75:11
113:23 238:11
**wont** 148:21
**wood** 107:22,23,24
**woodworker**
157:24
**word** 148:8 193:17
236:8
**words** 90:23 112:13
137:15 148:4
155:19 204:19
**work** 27:3 32:12
74:3 80:2 133:11
144:11 145:3
157:25 161:12
190:19 196:6
258:4
**worked** 10:6 59:9
81:20 154:17
180:25 188:13
229:12
**working** 12:13,15
12:20 13:24 15:19
16:8,10 83:6
117:8 122:7
125:21 146:19
158:8 168:7,14
174:8,17 182:5
206:5 248:18
250:18 269:22

**workmanship**
154:6
**works** 94:19 191:15
200:23
**world** 53:15 198:12
209:12
**worryfree** 139:23
**worth** 202:5 234:19
**wouldnt** 13:6 32:7
54:4 67:12 69:14
80:25 91:1 112:18
120:1 143:22,22
163:19 184:10
204:24 205:5
207:5 214:7
243:17 248:7
253:21 255:17,19
255:20
**wound** 184:16
**wow** 186:9
**wrap** 267:6
**write** 155:19
226:20 252:12,17
**writes** 60:16 68:8
74:10 76:2 235:5
**writing** 93:23
154:19 170:9
231:25 234:8
250:23 266:7
**written** 4:19 48:11
60:11 67:8 93:11
113:14 155:16,16
164:19 168:25
169:10,12 185:9
252:9
**wrong** 152:9
178:21,24 180:18
208:9 214:13,16
215:3,22 216:18
218:18 221:12
222:10 227:23
247:15 269:8,17
269:25 271:7
**wrote** 155:15
130:23 150:7
235:16 250:3

252:18 266:14
273:2
**wtiness** 7:5

_____
**X**
_____
**xxxxxxxx** 7:23
_____
**Y**
_____
**yeah** 10:11 23:14
23:16,18 29:2
30:12 31:19,25
32:13,16 38:5
41:7,18 42:5,7,9
45:15,15,22,24
46:24,24 55:24,24
55:24 56:12,23
58:5,12 63:4,19
63:23 68:1 77:15
80:1,1 82:7,7,14
83:17,24,24 84:5
86:22 88:1,20
93:20,24,24,25
94:2 96:14,25
97:2 98:14 99:11
102:1,1 105:4
107:4 108:5 110:5
112:1,1 113:16
115:11 116:4,12
117:24 118:3,7
120:3 123:6
124:17 126:18,18
127:19 130:24
131:2,8 132:7,19
134:7 142:23
143:25 145:6
146:1 147:22,25
148:15 150:6,16
150:18 153:4
154:24 160:4,5
163:15 164:1
167:18,23 169:11
170:11,13,22
172:8,8 175:18,20
175:20,20 180:9
183:18,18 185:4
185:25 186:25

188:6,17,24
193:12 197:2,18
199:12,12 200:4
201:17 202:24
204:20,23 211:13
213:9 214:22,22
217:14,14,14,14
219:22 220:3,14
221:21 224:18
225:2,11,12,12
227:2,2,8,11,13
228:9,16 229:17
233:10 235:19
239:1 241:20,20
243:3,3 253:12
255:21 256:8
261:8,22,24 262:4
262:9,9 263:6,6,8
264:25 265:21,25
265:25 266:3,3,6
266:12 272:24
273:2

**year** 10:7 11:20
12:9 31:24 56:20
62:13,14 65:4
76:23 87:9 102:14
113:7 118:16,17
132:23 151:22
169:14 170:4,4,4
200:15 219:16
220:1,2 224:23
225:13,15 247:9
**yearandahalf** 8:22
**years** 13:14 14:10
15:2 16:5 19:17
20:2 34:1 40:20
45:16 49:18 50:13
65:3,23,23 72:2
85:15 86:7,10,11
86:12 95:15 97:5
99:8 109:2 113:19
114:6 117:10
135:15 138:22
139:23 142:14
145:4 146:3
151:21,21 153:20



153:23 180:8,24 191:16,18 192:5 197:3,4 199:13 211:6 227:2 230:7 233:14,24 234:7,9 246:9 255:19,20 258:2
**yellow** 187:14 188:4,15 202:21 202:23,25 206:11 215:24 241:2,4
**yesterday** 24:22
**youd** 56:24 143:2 143:17 166:13 179:22 232:6
**youll** 7:3 98:18 165:5 205:15 212:24
**youre** 7:7 10:24 16:20 19:22 29:1 36:1 47:13 54:23 57:23 58:21 66:7 66:10,11 68:12 70:14 76:17 77:12 80:15 81:14 85:1 89:11 96:9 98:6 99:23 104:20 105:1 108:6 112:11,13 135:10 136:20 150:13 151:10 152:14 154:21 159:9,21 163:7 166:7 170:24 171:1 179:3,4 182:11 187:17 191:18 201:25 202:8 203:9,10 214:13 218:11 221:10 229:9 233:16 238:21 239:11 244:3 254:19,21 255:9 256:17 259:15,16 263:1 271:18
**youve** 10:13 11:17

56:15 89:23 114:5 115:15 135:10 150:4 159:7 167:3 184:4 192:8 199:20 202:3 210:10 241:6 265:14 266:1

---

**Z**

**zurn** 134:10 198:3 246:10 256:10,17

---

**0**

**0** 223:6 253:2
**00** 6:6
**000** 220:12,13
**01** 274:24,25
**06** 45:8
**08** 132:2

---

**1**

**1** 4:13 5:9 44:19,19 46:1,5 47:21 48:2 68:18 131:22 132:22 134:21,21 135:13 136:13,13 137:1 139:25 189:12 223:6 229:10 253:2,2,4 253:4,6,8 256:12
**10** 199:21
**100** 38:18 127:13 131:23 132:4,13 134:13,16 135:11 135:18 136:7 147:4 199:3 204:21 242:24 255:10 259:9,10 270:15
**1006** 44:15 47:1 54:25 82:6 86:21 87:3,5,11 134:5,8 134:22 135:15 136:8 139:25 140:15 142:18 146:23 194:6,13

250:18,22 251:1
**100873** 205:23
**105** 255:11
**107** 4:16
**11** 123:7 161:6,16 251:12
**1105** 65:5
**112090** 256:25
**116072** 222:2
**117408** 199:22
**117793** 222:21
**12** 68:17 113:7 161:7,16 255:23 263:3
**120** 148:23 224:23
**122** 171:8
**123109** 167:16
**123113** 167:16
**123118** 171:8
**125460** 263:1
**13** 43:1 74:7
**130** 4:17
**130903** 216:12
**131364** 221:3
**131367** 221:3
**132068** 207:16
**132070** 207:16
**133458** 218:10
**134644** 229:8
**134645** 234:12
**134646** 233:12,19
**134648** 229:8
**134691** 244:2
**134695** 244:22
**134697** 244:2
**135068** 249:21
**135070** 249:21
**135088** 265:13
**135089** 265:13
**135196** 224:21
**136** 4:18
**137871** 1:2
**14** 75:22
**15** 88:25 102:14,15 203:6 267:7
**150** 4:19 148:23,24

**153** 4:20
**15cv1124** 1:14
**16** 197:5 238:20
**1622** 2:20
**163** 4:21
**165** 149:9
**166** 4:4
**167** 4:24
**17** 236:23,25
**171** 4:25 137:18
**18** 1:24 5:10 113:7 179:24 239:18,19 239:25 241:11 242:22
**180** 160:4 204:14 204:21 255:9
**1807** 197:23
**185** 255:10
**19** 11:22 201:5,8 274:24
**19103** 2:21
**197** 5:3
**1976** 12:11
**1979** 12:22,23 13:5 13:16
**1983** 13:17
**1988** 11:23,24
**199** 5:4
**1990** 14:17,24
**1990s** 99:7
**1991** 17:2
**1994** 15:3,11
**1996** 15:20
**1999** 15:9,25
**19th** 6:5
**1rated** 135:5,22

---

**2**

**2** 4:14 59:14,18,21 68:18 74:5,7 88:12 131:6 133:14 137:24 164:20
**20** 20:15 72:2 99:8 112:6 184:20 197:7 213:4

**200** 148:17
**2000** 17:3 29:7 242:5
**2000s** 187:3
**2001** 16:6,11 17:3,4 17:5
**2002** 17:9,12
**2004** 17:10,25 25:25 29:7,11,13 31:7 35:11,17
**2005** 40:25 64:21 65:4,16
**2006** 17:4,5 19:2,2 28:22,25 29:2,4,9 29:14 30:21 33:2 36:19 37:16 38:6 38:21 39:5 42:1 72:23 74:21 120:12 145:4,8,8 145:20 162:17,20 190:9 258:2,11
**2007** 161:12 162:9
**2008** 4:18 5:8 19:18 19:22 22:5 85:18 107:22 109:1,5 113:14 114:19 115:5 137:1 139:25 145:24 161:9,15 163:11 180:9 190:11,21 197:12 198:23 226:20
**2009** 4:15,24 60:1 61:19 80:8,13 81:2 125:2 167:24 169:4 190:11
**2010** 4:13 48:3,11 52:22,25 136:3,5 161:6,16 199:21 248:7
**2011** 5:5,6,9,10 149:16 187:13,24 188:16 201:8 202:14 203:11 224:13,13 229:10 232:6 233:22


MAGNA
LEGAL SERVICES

234:8,14 235:17
237:12 239:18,19
239:25 241:11
242:22 244:5
**2012** 4:17,25 5:7,13
20:15 21:6 43:1
109:16 110:2,10
110:14 112:6,21
121:9,24 129:13
129:15 130:2
131:4 136:3,5
149:16 155:11
164:20 165:8
171:10,13,18
187:13,24 190:13
190:14 205:22
206:10 213:4
250:23 251:14
252:3 256:25
258:1
**2013** 29:25 30:6
43:2,10 86:16,17
112:7,21 114:19
116:25 187:24
216:14 218:11
221:4 261:2 263:3
**2014** 20:1 22:6
23:25 24:1 30:21
242:6
**2015** 224:23 265:24
**2017** 1:24 6:6
274:25
**2020** 274:24
**2023** 104:15 137:18
138:9 139:14
**203** 5:5
**204** 5:6
**21** 259:16
**2103** 259:16
**211** 2:10
**215** 2:22,23
**22** 107:22 244:4
**2200** 3:6
**225** 5:8
**229** 5:9
**23** 5:8 197:11

**2345** 3:6
**239** 5:10
**24** 5:13 136:19
256:25
**244** 5:11
**25** 46:5 127:4,6
134:14 135:1,13
135:23 136:17
140:6,19 151:21
153:20,23 188:2
197:7 233:22
261:2 273:14
**250** 5:12
**256** 5:13
**26** 234:14
**261** 5:14
**263** 5:15
**264** 5:16
**265** 5:18
**267** 4:5
**27** 5:6 203:11
235:17
**270** 4:6
**272** 4:7
**2734** 6:4
**28** 4:14 60:1 216:13
**29** 221:4
**2922001** 3:9

---

**3**

**3** 1:14 4:16 46:1
60:8,14 63:25
74:7 107:14,16
131:23,24 135:13
136:13,13 253:6
256:12 262:7,10
**30** 72:2 123:7
274:25
**31** 48:3 224:13
**312** 2:12
**31944** 197:11
**31945** 197:11
**31st** 50:22
**32042** 252:8,16
**32043** 252:8,23
**32749** 260:25

**32750** 260:25
**33** 259:14
**3308** 45:19 86:14
86:20 87:1,10,11
147:4 194:7,9,15
**3308graded** 131:11
**350** 220:12,13
**360** 204:14

---

**4**

**4** 4:17 68:18 74:7
130:15 139:18
140:24 237:12
**40** 39:24 211:5
**40209** 6:5
**40s** 139:12
**411** 199:22
**44** 4:24 167:9,13
170:15 173:10
**45** 4:25 171:7,15
**46** 5:3 197:9,14,21
**4605714** 3:8
**464** 218:10
**46830** 213:2
**46831** 213:2
**47** 4:13 5:4 199:20
199:23
**48** 5:5 203:7
**49** 5:6 204:10

---

**5**

**5** 4:18 63:25 75:23
131:23 132:4,11
132:15 133:23
134:1 135:10,12
136:13,14,22
251:14 252:3
253:2,8 259:17
260:2 261:20
262:6,9,12
**50** 5:7 22:19 62:13
131:23 135:6,12
138:21 205:14,17
205:18,21 211:5
222:16 247:8
255:19,20

**32750** 260:25
**500** 2:10 214:3
220:1
**5006** 252:5 256:11
**50year** 60:19 138:8
139:1
**51** 207:14,17,21
**52** 211:23 212:3
213:1
**53** 216:11,16
**5306** 261:12,25
**54** 218:9,14
**55** 220:23,25
**56** 222:2,5
**57** 222:17,17,18,20
228:7
**5705** 205:25
**58** 5:8 224:21 225:1
**59** 4:14 5:9 229:7
229:13 232:12
234:23 235:16

---

**6**

**6** 4:19 5:7 150:2
205:22 267:8
272:18
**60** 5:10 239:17,22
242:21
**600** 220:1
**60606** 2:11
**61** 5:11 244:1,9
**62** 5:12 249:19,25
**62269** 264:19
**62271** 264:19
**63** 5:13 256:20,21
256:24
**6301** 239:18
**6302** 239:18
**64** 5:14 260:24
261:4
**641082618** 3:7
**65** 5:15 262:25
263:5 264:3
**66** 5:16 264:18,24
**67** 5:18 265:12,15
266:10

---

**7**

**7** 4:3,20 5:5 63:24
153:14 201:8
218:11 267:7
273:14
**73** 222:3
**75** 62:13 247:9
**7501592** 2:12

---

**8**

**8** 4:21 68:2 162:9
163:23 224:13
**80** 146:18 147:6,7
147:21 148:2
161:24 177:12
181:10,10
**800** 94:22
**816** 3:8,9
**82** 126:20 127:8
**83** 13:18,19,20
**83111** 223:15
**85** 127:13,14
**850** 204:24
**86** 13:19
**87** 13:20
**874** 205:23
**8753000** 2:22
**8754604** 2:23
**876** 138:3 197:24
198:1,1,8,8
**88** 126:20,20 127:8

---

**9**

**9** 6:6 64:23
**90** 31:5 127:14
260:2
**900** 204:24 246:19
247:2,10
**9000** 242:12
**9001** 241:12,19
**96** 15:22
**99** 15:22

