# EXHIBIT 18

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| KIMBERLY COLE, ALAN COLE, JAMES MONICA, LINDA BOYD, MICHAEL MCMAHON, RAY SMINKEY, JAMES MEDDERS, JUDY MEDDERS, ROBERT PEPERNO, SARAH PEPERNO, and KELLY MCCOY, on behalf of themselves and all others similarly situated, | : : : : : : : : : : | Civil Action No.: 13-cv-7871(FLW)(TJB) **DECLARATION OF KIMBERLY COLE** |
| Plaintiffs, | : : | |
| vs. | : : | |
| NIBCO, Inc., | : : | |
| Defendant. | : : | |

I, Kimberly Cole, hereby declare and state as follows:

1. I am over the age of 18 and a Plaintiff in this action. The facts contained in this declaration are based on my personal knowledge, and if called upon to do so, I could and would testify to the matters stated herein.

2. The licensed plumber who installed NIBCO's PEX Products in my home was my father, Roger Cobb, who passed away earlier this year.

3. During the construction of my home, my father and I discussed the various items being used in the construction of my home and I also oversaw the

1

construction of my home.

4. Had NIBCO included a warning that its PEX Products were defective and would fail prematurely, my father would have discussed such a warning with me and I would not have selected NIBCO's PEX Products to be installed in my home.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on July 21, 2017.

DocuSigned by:<br>
*Kimberly Cole*<br>
65618DA565334AF...<br>
Kimberly Cole

2