# EXHIBIT 20

RICHARD ROMAN                                    November 29, 2016

Page 1

```
 1              UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF NEW JERSEY
 2          CIVIL ACTION NO. 13-cv07871-FLW-TJB

 3

 4
     KIMBERLEY COLE, ALAN COLE,
 5   JAMES MONICA, LINDA BOYD,
     MICHAEL McMAHON, RAY SMINKEY,
 6   JAMES MEDDERS, JUDY MEDDERS,
     ROBERT PEPERNO, SARAH PEPERNO
 7   AND KELLY McCOY, on behalf of      DEPOSITION UPON
     themselves and all others          ORAL EXAMINATION
 8   similarly situated,                        OF
                                         RICHARD ROMAN
 9
                Plaintiffs
10

11              vs

12
     NIBCO, INC.,
13

14              Defendant
15   --------------------------

16

17              T R A N S C R I P T  of the

18   stenographic notes of SUSAN GIOFFRE, a Notary

19   Public and Certified Court Reporter of the State

20   of New Jersey, License No. XI001220, taken at the

21   DOUBLE TREE SOMERSET HOTEL, 200 Atrium Drive,

22   Somerset, New Jersey, on Tuesday, November 29,

23   2016 commencing at 1:10 p.m.

24

25
```

RICHARD ROMAN                                    November 29, 2016

```
                                                              Page 2
 1    A P P E A R A N C E S:

 2

 3

      THE LAW OFFICES OF DANIEL J. BAURKOT
 4    28 Flintlock Court
      Basking Ridge, New Jersey 07920
 5    (908) 221-1200
      BY:  DANIEL J. BAURKOT, ESQ.
 6    Counsel for the witness, Richard Roman

 7

 8    McCUNE WRIGHT, LLP
      1055 Westlakes Drive
 9    Berwyn, Pennsylvania 19312
      (909) 572-8019
10    jbk@mccunewright.com
      BY:  JOSEPH P. KENNEY, ESQ.
11    Counsel for Plaintiffs

12

13    LATHROP & GAGE, LLP
      2345 Grand Boulevard - Suite 2200
14    Kansas City, Missouri 64108-2618
      (816) 292-2000
15    rstephens@lathropgage.com
      BY:  RACHEL STEPHENS, ESQ.
16    Counsel for Defendant NIBCO

17

18

19

20

21

22

23

24

25
```

RICHARD ROMAN                                    November 29, 2016

```
 1                    I N D E X

 2

 3   WITNESS NAME                          PAGE NO.

 4

 5   RICHARD ROMAN

 6

 7        DIRECT EXAMINATION BY MS. STEPHENS      5

 8

 9        CROSS-EXAMINATION BY MR. KENNEY        66

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

RICHARD ROMAN                                    November 29, 2016

```
                                                        Page 4
 1                   E X H I B I T S

 2

 3    EXHIBIT NO.        DESCRIPTION              PAGE NO.

 4
      Roman -1           Defendant's Amended
 5                       Notice of Deposition
                         of Richard Roman, Roman
 6                       Plumbing and Heating         5

 7
      Roman-2            Roman Plumbing & Heating
 8                       Proposal, 6/11/10           16

 9
      Roman-3            Fax, Monica to Baurkot,
10                       8/19/13, w/attached Terrier
                         Claims Services First and
11                       Final Report               46

12
      Roman-4            Letter, 8/21/13, w/attached
13                       Case Information Statement
                         and First amended Complaint
14                       re: Monica v Roman Plumbing
15                       & Heating                   52

16    Roman-5            Civil Action Summons        54

17
      Roman-6            Roman Plumbing & Heating
18                       Dwelling Estimate           54

19

20    Roman-7            Fax, 12/4/13, Monica to
                         Purcell w/attached
21                       Release, 12/4/13            55

22
      Roman-8            Copies of Photographs of
23                       Various Joints, Pipe, Tubing 56

24
      Roman-9            Copies of Checks Payable
25                       to Roman Plumbing           59
```

RICHARD ROMAN                                      November 29, 2016

Page 5

1   R I C H A R D   R O M A N,

2                3 Wildwood Drive, Basking Ridge, New

3                 Jersey, called as a witness, having

4                 been first duly sworn according to

5                 law, testifies as follows:

6

7   DIRECT EXAMINATION BY MS. STEPHENS:

8

9       Q.      Can you state your name for the

10  record, please?

11      A.      Richard Roman.

12      Q.      Mr. Roman, where do you live?

13      A.      3 Wildwood Drive, Basking Ridge, New

14  Jersey.

15      Q.      Do you also go by "Rick"?

16      A.      Yes.

17              (Defendant's Amended Notice of

18      Deposition of Richard Roman, Roman

19      Plumbing and Heating is received and marked

20      as Exhibit Roman-1 for Identification.)

21      Q.      Rick, I'm going to hand you what's

22  been marked Roman Exhibit 1, but I'm not sure if

23  you've seen this today or previously, but it's an

24  Amended Notice of Deposition of Richard Roman.

25              Do you see that at the top?

RICHARD ROMAN                                      November 29, 2016

Page 6

1      A.      Yup.

2      Q.      We've got it dated for today at one

3   p.m.?

4      A.      Okay.

5      Q.      And you also received a subpoena, did

6   you not, to appear here today?

7      A.      Yes, I did.

8      Q.      And did that subpoena also request

9   certain documents to be produced?

10      A.      Yes.

11      Q.      And are you producing some documents

12   to us today in relation to that subpoena?

13      A.      I believe we do have some.

14      Q.      Okay.  I'm going to give you a chance

15   -- you're also represented here today by an

16   attorney.  Is that correct?

17      A.      Yes, that's correct.

18      Q.      And what's his name?

19              MR. BAURKOT:  My name is Daniel

20       Baurkot.  My address is 28 Flintlock Court,

21       Basking Ridge, New Jersey 07920.

22              I'm here today to represent Mr. Roman

23       in this deposition.

24              I was provided a copy of this subpoena

25       to testify at a deposition in a civil action

RICHARD ROMAN                                November 29, 2016

Page 7

1   along with the Defendants' Amended Notice of

2   Deposition of Richard Roman, Roman Plumbing

3   & Heating.

4           The subpoena to testify has attached

5   to it certain exhibits, one of which requests

6   production of various documents.

7           I've had an opportunity to review the

8   request.  There are a number of documents

9   that are requested here that my client, as he

10  will testify, has no documents that are

11  responsive to the particular requests.

12          I have certain other documents that

13  may be responsive.

14          In addition, I've got documents that

15  relate to a proceeding that was instituted by

16  James Monica, a lawsuit that was instituted

17  in Somerset County Law Division, Docket No.

18  SOM-L-841-13.

19          That proceeding was instituted by

20  Mr. Monica, and my client appeared in that

21  action.  The action was ultimately resolved

22  by way of a settlement.

23          I have documents that relate to that

24  proceeding and the settlement.

25          While I am not sure that the document

RICHARD ROMAN                              November 29, 2016

Page 8

1   request specifically requests those

2   particular documents, I've related to counsel

3   that we have those documents, and to avoid

4   having to come back at another time, I'm

5   going to provide those documents because I

6   believe that they are discoverable.

7          As I mentioned to counsel before we

8   went on the record, as far as I can tell,

9   there is no confidentiality clause in any of

10  the settlement documents that were entered

11  into by my client and by Mr. Monica that

12  would prohibit us from producing these

13  documents.

14         So, having been properly served with a

15  subpoena and having been requested to produce

16  these documents, I'm going to produce these

17  documents on behalf of my client, and

18  hopefully, that will be sufficient -- a

19  sufficient response to this discovery request

20  and there will be no need for us to come back

21  another time.

22         MS. STEPHENS:  Thank you, Dan.

23         MR. BAURKOT:  Okay.

24

25

RICHARD ROMAN                                    November 29, 2016

Page 9

 1    BY MS. STEPHENS:

 2

 3         Q.    Mr. Roman, have you ever been deposed

 4    before?

 5         A.    Yes.

 6         Q.    And how many times?

 7         A.    Once.

 8         Q.    What was that deposition related to,

 9    generally speaking?

10         A.    I saw a car accident.

11         Q.    So you were a witness to a car

12    accident?

13         A.    Yes.

14         Q.    How long ago was that deposition?

15         A.    It had to be 10, 12 years ago, if not

16    longer.

17         Q.    Okay.  So since it's been a while

18    since you've done this, it's really important

19    that, first of all, you speak up and speak

20    clearly so that the court reporter can understand

21    what you're saying.  We'll try to speak one at a

22    time, okay?

23         A.    Okay.

24         Q.    So I will try not to interrupt your

25    answers if you try not to interrupt my questions,

RICHARD ROMAN                                    November 29, 2016

Page 10

1   and that way the record is clear when we're all

2   said and done, okay?

3          Does that make sense?

4   A.     Yes, it does.

5   Q.     The other important thing is that you

6   give me audible answers today.

7          So you can't just nod your head, you

8   can't just go "um-hum" because that is difficult

9   for the court reporter to take down or to

10  interpret, and we want to have a clear record.

11         So, for instance, I might follow up

12  with a question or an answer that you say and say

13  "Is that a yes," and I'm just trying to make the

14  record clear, okay?

15  A.     Okay.

16  Q.     Also, if you don't understand a

17  question that I'm asking you, please tell me that

18  and I'll try to ask it in a way that you

19  understand, okay?

20  A.     Yes.

21  Q.     And I'm going to assume if I ask you a

22  question and you answer it, that you understood

23  my question.  Is that fair?

24  A.     Yes, it is.

25  Q.     Also, if you need to take a break at

RICHARD ROMAN                                    November 29, 2016

                                                        Page 11
1    any time today, please speak up, but I'm going to

2    ask that you don't ask to take a break while I

3    have asked you a question and you still haven't

4    answered, okay?

5        A.      Yes.

6        Q.      What did you do to prepare for the

7    deposition today?

8        A.      I did -- I just asked Dan to get the

9    paperwork that we had, and that's it.

10       Q.      Did you review any of those documents

11   before you came today?

12       A.      No, I did not.

13       Q.      And what's your general understanding

14   of the documents that your counsel brought with

15   you today -- brought with him today?

16       A.      I just glanced through them.  Some of

17   them is the proposal that I sent Mr. Monica to do

18   his -- to do his house, and I guess the rest of

19   it probably has to do pertaining to the lawsuit

20   that he filed against me.

21       Q.      And by "he" you mean James Monica?

22       A.      Yes, I do.

23       Q.      And just so you understand, that

24   Exhibit 1 I gave to you, do you see the top part?

25               We call that a caption.

RICHARD ROMAN                                        November 29, 2016

Page 12

```
 1              And there are a bunch of names in the

 2    upper left.

 3       A.    Right.

 4       Q.    Do you see James Monica listed there?

 5       A.    Yes, I do.

 6       Q.    And he's -- just so you understand,

 7    I'm an attorney and I represent NIBCO, and NIBCO

 8    has been sued by James Monica and some other

 9    people, okay?

10       A.    Yes.

11       Q.    So I had a chance to take Mr. Monica's

12    deposition this morning.

13              And what is your connection to James

14    Monica?

15       A.    He was a client.

16       Q.    And specifically, what kind of work

17    did you do -- he was a client of Roman Plumbing?

18       A.    Plumbing, yes.

19       Q.    And is Roman Plumbing -- do you own

20    Roman Plumbing?

21       A.    Yes, I do.

22       Q.    Is it incorporated?

23       A.    Yes, it's an S corporation.

24       Q.    Are you the sole owner?

25       A.    Yes, I am.
```

RICHARD ROMAN                                    November 29, 2016

Page 13

1       Q.      And do you have any employees?

2       A.      Yes, I do.

3       Q.      And how many employees?

4       A.      At this moment, I have three.

5       Q.      And are you -- what's the general

6   nature of the business of Roman Plumbing?

7       A.      To install plumbing and heating and

8   repair.

9       Q.      And are you a licensed plumber?

10      A.      Yes, in the State of New Jersey.

11      Q.      Are you a licensed master plumber?

12              Is that a different thing?

13      A.      No, that's the same.

14      Q.      And what's -- and then what's a

15  journeyman's book?

16      A.       To tell you the truth, I don't --

17  that's something to do with the unions.  I really

18  don't know what that is.

19              I guess someone who is going for his.

20  I guess it would be apprentice, and after so many

21  years you become a journeyman, and then if you go

22  for your license, then a master plumber.

23      Q.      And how long have you been a plumber?

24      A.      Since I was 17, so I'm 54 now, so

25  that's 37 years.

RICHARD ROMAN                                    November 29, 2016

Page 14

1      Q.      And so you started as an apprentice

2   plumber when you were 17?

3      A.      That's correct.

4      Q.      Now, how long have you owned Roman

5   Plumbing?

6      A.      Since 1990.

7      Q.      And what did you do before you ran

8   Roman Plumbing?

9      A.      I worked for other plumbing companies.

10      Q.      Do you have to do any sort of like

11   education to maintain your license?

12      A.      Every two years we have to do five

13   hours of continuing education.

14      Q.      And you just go to courses that are

15   offered by different associations, or what?

16      A.      No.  I think they have to be qualified

17   by the state, the teacher, and then -- I mean

18   certified by the state, and then you just -- you

19   get a whole slew in the mail and you just pick

20   one and you put your five hours in and they give

21   you a certificate, and that's all you need to

22   renew your license.

23      Q.      Do you recall approximately when you

24   worked for James Monica?

25      A.      I think it had to be 2009, 2010.

RICHARD ROMAN                                    November 29, 2016

Page 15

1      Q.      I'm going to represent to you that he
2   told us it was approximately 2010.
3      A.      Well, I have the -- can I look at the
4   proposal right here?
5      Q.      Absolutely.
6      A.      So his proposal was sent to him
7   6/11/10, so that's when we started to negotiate
8   the project.
9      Q.      Okay.  And then at sometime thereafter
10   that was accepted and you started doing work for
11   him?
12      A.      Right.  I don't think the house was
13   built at that time, so I would say anywhere from
14   three to six months we started from then.
15      Q.      How did you come into contact with
16   James Monica?
17      A.      A mutual friend.
18      Q.      What mutual friend?
19      A.      An excavator of mine that recommended
20   me.
21      Q.      V. A. Spatz?
22      A.      Yes.
23      Q.      Now, let's go ahead and mark what you
24   were looking at, go ahead and mark that as an
25   exhibit.

RICHARD ROMAN                                      November 29, 2016

Page 16

```
1              MR. BAURKOT:  I apologize.  I only
2      made one copy of this document.
3              I didn't know Mr. Monica was going to
4      have counsel.
5              MS. STEPHENS:  That's okay.
6      Q.     We're going to mark this as Roman-2
7  because you brought it with you.
8              I believe we looked at a similar
9  document this morning.
10             (Roman Plumbing & Heating Proposal,
11     6/11/10, is received and marked as Exhibit
12     Roman-2 for Identification.)
13     Q.     So I want you to look at Roman-2.
14     A.     Okay.
15     Q.     So Roman-2 is two pages?
16     A.     Yes.
17     Q.     And the total on the second page is
18 $18,900?
19     A.     That's correct.
20     Q.     Now, is this your handwriting?
21     A.     Yes, it is.
22     Q.     And you said the date was June 11,
23 2010.  Is that the date you talked -- did you go
24 out and talk to him that day or was that the date
25 you wrote all this up?
```

RICHARD ROMAN                                    November 29, 2016

1       A.      No, I probably met him before that.  I

2    probably looked -- went and picked up a set of

3    plans and went back and estimated, you know, what

4    was involved in the job, and then gave this

5    estimate to him.

6       Q.      And you said that at the time that you

7    gave this estimate there was no actual house, is

8    that correct, I think it was --

9       A.      I don't -- no, I don't believe -- they

10   might have started the foundation, but I don't

11   believe so.  I don't quite remember, but there

12   was no wood frame up.  I think it was just an

13   empty lot.

14      Q.      Now, on Roman-2, which you have in

15   front of you, I see -- and so you've got certain

16   information from him and you just kind of spec'd

17   out what you thought it would cost and you got to

18   the total.  Is that right?

19      A.      Well, I got his plans.  I got a set of

20   his drawings.

21      Q.      Okay.  And you looked at those,

22   referenced those, and you came up with what you

23   thought what was involved and how much it would

24   cost?

25      A.      What the actual plumbing was in the

Page 18

1    house, and then I gave my material and labor

2    costs for it.

3         Q.    Did you have a discussion with

4    Mr. Monica about where you would get the supplies

5    for the house that you were going to install?

6         A.    The only thing -- I might have had a

7    discussion with him about the plumbing fixtures,

8    but not the actual pipe, you know, as we would

9    call the rough plumbing stuff, the pipe that's in

10   the walls and all the consumables, I guess they

11   call them, just the actual toilets, tubs.

12        Q.    And where did you end up getting the

13   fixtures for the house?

14        A.    Lawrence Kantor Supply.

15        Q.    Is Lawrence Kantor a person or a --

16        A.    It's a business.

17        Q.    Is that like Kantor Plumbing Supply?

18        A.    It's Lawrence Kantor Supply.

19        Q.    And Mr. Monica told me that you might

20   have had a business relationship with them?

21        A.    At that time I did.

22        Q.    And so perhaps you could get discounts

23   there?

24        A.    Yes, correct.

25        Q.    And did you -- my understanding is you

RICHARD ROMAN                                    November 29, 2016

 1   sent Mr. Monica there to pick out the fixtures

 2   himself?

 3        A.     That's correct.

 4        Q.     What about -- there's an entry on the

 5   first page of this proposal.  It says, "Water

 6   heater with recirculating pump."

 7               Do you see that?

 8        A.     Yes.

 9        Q.     Now, typically, houses will have a

10   water heater, but what about a recirculating

11   pump?

12        A.     A recirculating pump is where you run

13   a line, the last piece of hot water pipe that you

14   run, you run a pipe back to the water heater and

15   you put a pump so when you open the faucet you'll

16   get instant hot water so you don't have to wait

17   ten minutes before the hot water comes out.

18        Q.     Is that something that you recommended

19   or was that in the plans?

20        A.     I don't -- most likely, it's not

21   recommended, but by code -- in the code, if you

22   run a hot water line over 100 feet it has to be

23   put in, but I don't know if we ran his hot water

24   over 100 feet, his pipe.

25               You know, in these big houses and

Page 20

1    these long runs, there has to be a recirculating

2    line on the hot water so you don't waste water.

3         Q.    Do you mean 100 feet total of pipe in

4    the house?

5         A.    Yeah, um-hum.

6         Q.    That's a "Yes"?

7         A.    Yes.

8         Q.    You don't recall why you put that on

9    there; it might have been because the plans

10   suggested it wasn't going to be over that or you

11   just thought it was a good idea?

12        A.    Yeah, I just -- I just put it in

13   'cause most people complain, "Oh, it takes so

14   long to get my hot water," so I throw it in, you

15   know, I put it in the proposal.

16        Q.    On the second page it indicates that

17   you're proposing to use PVC for the waste and

18   vent piping?

19        A.    Correct.

20        Q.    And why PVC for those two functions?

21        A.    That's what we normally use for this,

22   and the only other material that would be used

23   would be cast iron, and that's more costly.

24        Q.    And it says for the hot and cold water

25   it's to be PEX tubing.  Do you see that?

RICHARD ROMAN                                    November 29, 2016

Page 21

1       A.      Yes.

2       Q.      And is that a suggestion that you had

3   or did you have a discussion with Mr. Monica

4   about that?

5       A.      I don't know if I had a discussion,

6   but sometimes I do have discussions with clients

7   because the other material you would use would be

8   copper, and it's -- the material is more and the

9   installation is more when you use copper.

10      Q.      If you had to estimate, how much more

11  is the copper material installation; is it double

12  the price?

13      A.      Well, I go per fixture unit, so it's

14  like $150 per fixture unit more.

15      Q.      So each fixture that we've got listed

16  on the first page --

17      A.      Right, it would be $150 more.

18      Q.      Now, what are the different -- other

19  than the cost between the PEX and the copper,

20  what are some other differences between the two

21  materials?

22      A.      It's easy to work with the PEX.  I

23  don't know what other difference there is.

24      Q.      Is it easier -- you mean easier to

25  install?

RICHARD ROMAN                                    November 29, 2016

Page 22

1      A.      Yeah, faster to install the PEX.

2      Q.      Is that because with copper you have

3   to do soldering?

4      A.      Yes.  You have to clean it, you have

5   to -- it's harder to cut, it takes longer to cut.

6   I mean, not much longer.  You know, everything

7   adds time to the installation.

8      Q.      At the time you started working with

9   Mr. Monica in 2010, had you been working with PEX

10   for a while?

11     A.      Yes.

12     Q.      Do you recall when you started working

13   with PEX?

14     A.      No, I do not.

15     Q.      When you started working with PEX did

16   you do any sort of training to learn how to use

17   it or did you just start using it?

18     A.      Just started using it.

19     Q.      Do you know where you got the PEX

20   materials for the Monica house?

21     A.      I do not.  If I had to take a guess, I

22   would believe it would be General Plumbing Supply

23   because at that time that was my main supplier.

24     Q.      Had you been getting your PEX supplies

25   there for a while at that time?

RICHARD ROMAN                                    November 29, 2016

Page 23

1        A.      Yes.

2        Q.      Did you have a discussion about -- now

3    on this it says the tubing is supposed to be PEX.

4                What about the fittings?

5                That's not listed here.

6        A.      Yeah.  Well, I didn't put it because

7    you need to use the fittings that go with the

8    pipe, so I didn't put that in.

9                You know, even if I put copper I

10   wouldn't put "copper fittings."

11               It's just -- I just thought it was a

12   given that if you're going to use PEX pipe you

13   got to use PEX fittings.

14       Q.      Now, when you say "PEX fittings," do

15   you mean fittings made of PEX or what do you

16   mean?

17       A.      At that time I don't believe that

18   there was -- they have poly fittings now, and I

19   don't think they were that popular at that time,

20   so they were brass fittings that I believe we

21   used.

22       Q.      So there might have been poly fittings

23   available, but brass was kind of the go-to

24   fittings?

25       A.      At the time, at the time.

RICHARD ROMAN                                    November 29, 2016

Page 24

1      Q.      Has that changed since then?

2      A.      Yeah.

3      Q.      In what way?

4      A.      I use the poly fittings now.

5      Q.      And why is that?

6      A.      They're a little cheaper, and I don't

7  know, my guys like to use them.

8      Q.      What brand of PEX tubing have you used

9  before?

10      A.      I guess it's NIBCO.  At one time I

11  used a little bit of Wirsbo.  And there's one

12  other one I just can't remember right now that I

13  think I use a little bit of it now, but I don't

14  remember the name of it.

15      Q.      Lochinvar?

16      A.      No.

17      Q.      Rehau?

18      A.      No.

19      Q.      Kitec?

20      A.      Kitec?

21      Q.      K-i-t-e-c.

22      A.      Oh, way back then we used a lot of

23  Kitec, and there was an issue with that, too.

24      Q.      What did you mean, an issue with that?

25      A.      I don't know if it was the tubing or

RICHARD ROMAN                                    November 29, 2016

Page 25

1    the fittings that were bad with that.  We stopped

2    using them.

3         Q.     Where did you get the Kitec?

4         A.     General Plumbing Supply.  I know I

5    ordered there.

6         Q.     Now, are you -- do you know back in

7    2010, would General Plumbing Supply have had

8    multiple PEX options or would they have just one

9    option?

10        A.     I do not know.

11        Q.     In your mind, was there a difference

12   between the brands at the time?

13        A.     No.

14        Q.     So you were just buying whatever was

15   available?

16        A.     Right.  And if it was -- you know, if

17   I went to General and I was closer to another

18   supply house, if whatever they had I would have

19   took, too.  I didn't look for a specific brand.

20        Q.     Along the same lines, did you have any

21   discussion with Mr. Monica about what brand you

22   were going to use?

23        A.     No.

24        Q.     And that would pertain to the fittings

25   and the tubings?

RICHARD ROMAN                                      November 29, 2016

Page 26

1        A.      Correct.

2        Q.      Did you have any discussion with

3   Mr. Monica about how you were going to fasten the

4   tubes to the fittings?

5        A.      No.

6        Q.      Are you familiar with the various ways

7   -- I'm sure you are -- with how you can fasten a

8   fitting to a tube?

9        A.      Um-hum.

10       Q.      "Yes"?

11       A.      Yes.

12       Q.      What's that?  What are those different

13   ways?

14       A.      There's a round ring.  There's a cinch

15   ring that I believe that we used at his house.

16       Q.      And they're clamps, you call them

17   clamps?

18       A.      I call it a cinch ring.  I don't know

19   if it's a clamp to you, but that's what it's

20   called when I order them.  That's what I ask for.

21              And then I guess the Wirsbo or

22   Lochinvar, what you said, is a different

23   procedure altogether.  You don't use any clamps.

24   You expand it and then it has a memory and it

25   goes back to itself.  I think you can do it three

RICHARD ROMAN                                    November 29, 2016

Page 27

1  times.

2       Q.      And how did you learn to install these

3  various products?

4       A.      I just did it.

5       Q.      Are you familiar with the tools that

6  you used to install the NIBCO products, PEX

7  products specifically?

8       A.      Um-hum.

9               MR. BAURKOT:  "Yes"?

10      A.      Oh, yes.

11      Q.      What tools are those?

12      A.      It's a cutter, a little plastic cutter

13 that you would use to cut the pipe, and it's a

14 tool that squeezes the clamp, the cinch ring.

15      Q.      Is there a specific, like, clamp or

16 cinch ring tool that's associated with certain

17 brands or can you use those across the board?

18      A.      I think you could use it across the

19 board.

20      Q.      Are you still using PEX today?

21      A.      Yes, I am.

22      Q.      What brand are you using right now the

23 majority of the time?

24      A.      I really -- I think some of it's

25 NIBCO.  I don't really know what brand.  Like I

RICHARD ROMAN                                    November 29, 2016

Page 28

1   said, I deal with Atlantic Plumbing Supply now.

2   Whatever they have, I purchase.

3        Q.      That was going to be my next question.

4                Your main supplier right now is

5   Atlantic Plumbing Supply?

6        A.      That's correct.

7        Q.      Why did you switch away from General?

8        A.      We had some issues.  And the owner of

9   Atlantic I met on a couple fishing trips and I

10  became friendly with him.

11       Q.      Did you have issues with General

12  Plumbing Supply?

13       A.      Yes.

14       Q.      What were those issues?

15       A.      A little financial issues.  We had a

16  little disagreement.

17       Q.      Somebody owed somebody money?

18       A.      Yes.

19       Q.      How much of the installation at the

20  Monica house did you do yourself?

21       A.      Not much.  I don't know what

22  percentage, but not much.

23       Q.      Who did most of the work?

24       A.      I don't know which one of my guys did

25  that at the time.  I don't remember.

RICHARD ROMAN                                    November 29, 2016

Page 29

```
 1      Q.      So at the time back in 2010, you
 2   believe you had a couple employees who did the
 3   work?
 4      A.      Um-hum.
 5      Q.      "Yes"?
 6      A.      Yes.
 7      Q.      And were they master plumbers or --
 8      A.      No, they were not.
 9      Q.      Were they apprentices?
10      A.      No, they were not.
11      Q.      Were they licensed?
12      A.      No, they were not.
13      Q.      Do you know how long either of these
14   employees had been working for you at that time?
15      A.      Well, one is with me 17 years now, so
16   he's got to be working 9, 10 years at the time.
17      Q.      What's his name?
18      A.      Sol Benitas.
19      Q.      Sol?
20      A.      Yes.
21      Q.      What about the other person?
22      A.      He's with me 13 or 14 years, so...
23      Q.      What's his name?
24      A.      Arnardo A-l-d-e-r-a-t-e.
25      Q.      So they were working with you at the
```

RICHARD ROMAN                                    November 29, 2016

                                                          Page 30
1    time of the Monica installation and they're still

2    working for you today.  Is that correct?

3         A.    That's correct.

4         Q.    And did they learn how to install PEX

5    from you or did they just kind of learn on the

6    job?

7         A.    I guess on the job.

8         Q.    Now, you said you didn't do much of

9    the installation yourself at the Monica house.

10              What was your involvement in that job?

11        A.    I would get the material, I would go

12   and check on the men, see what they did, what

13   progress they made.

14        Q.    Were you there during any of the

15   inspections of the plumbing?

16        A.    Yes, I was.

17        Q.    Were you there during all of the

18   inspections?

19        A.    I don't recall.

20        Q.    Do you recall which inspections you

21   were there for?

22              Let me back up.

23              My understanding is the inspection

24   process involved several steps.  Is that --

25        A.    Yes.

RICHARD ROMAN                                    November 29, 2016

Page 31

1      Q.      -- your understanding?

2      A.      Well, two steps.

3      Q.      Okay.  What are those two steps?

4      A.      Well, in that particular job we

5   probably had three steps.

6              We have a rough inspection.  That's

7   inspecting all the plumbing until the walls are

8   to be closed up.

9              And then I believe on that job we had

10  the main sewer line and water line from the curb

11  into the house inspected, so there would have

12  been three inspections on the job, and then the

13  final inspection.

14     Q.      And what does the roughing inspection

15  entail?

16     A.      That's when all the gas, water, and

17  waste lines are under pressure and the inspector

18  checks to make sure there's no leaks and that we

19  installed -- that all the vents are correct and

20  the proper size piping has been used and whatever

21  else he looks for.

22     Q.      Are you aware of any issues that arose

23  during the inspections at the Monica house?

24     A.      The outside inspection we had a

25  problem where the water and sewer line was

RICHARD ROMAN                                     November 29, 2016

1    supposed to be 12 inches apart and they were nine

2    inches apart, so he made us move them apart 3

3    inches.

4              And I don't recall if there was -- I

5    think on the -- I don't know about the rough

6    inspection, but I think on the final inspection

7    he made us install a pressure reducing valve and

8    some other stuff, but I don't recall exactly what

9    it was.

10       Q.    What's a pressure reducing valve?

11       A.    That cuts the pressure from the city

12    main into the house.

13       Q.    So it kind of helps regulate the

14    pressure of the water in the house?

15       A.    Yes.

16       Q.    Why would an inspector, do you think,

17    ask you to install one of those?

18       A.    I don't know why he asked -- that town

19    requires it on every house, but we don't -- at

20    that time they did, but we only put it when the

21    pressure is too high.

22              It shouldn't be more than, I feel,

23    about 80 pounds, so if it's over 80 pounds we put

24    a pressure reducing valve in.

25       Q.    Why would you want to regulate the

RICHARD ROMAN                                          November 29, 2016

                                                                  Page 33
1    pressure?

2         A.      Because, actually, some of the causes

3    of it, toilets run, because the valves of the

4    toilets won't shut off; sometimes it will make

5    the faucets drip, and sometimes, if there's too

6    much pressure, the pipe, I think, is only rated

7    for 200 PSI, so if it's over that it could blow

8    the pipe apart.

9              But, mostly you don't get that kind of

10   pressure, city pressure, but that's why you would

11   want to regulate it.

12        Q.      Were you aware that after the

13   installation of the plumbing at the Monica house

14   they had some leaks?

15        A.      Yes.

16        Q.      How did you become aware of those

17   leaks?

18        A.      I'm not -- I'm not positive, but I

19   believe we were called back on one in the mud

20   room.  I think I have a recollection of that.

21              But then the other two -- I think

22   there was two other leaks -- through the lawsuit.

23        Q.      Okay.  Well, let's talk about that

24   specifically.

25              Eventually, Mr. Monica ended up filing

RICHARD ROMAN                                    November 29, 2016

Page 34

1    a lawsuit against Roman Plumbing and you

2    personally.  Is that correct?

3         A.    Yes.

4         Q.    What was your understanding that he

5    was complaining about in that lawsuit?

6         A.    There was a whole slew of things.

7         Q.    All right.  Well, let's start at the

8    beginning.

9         A.    I don't remember the whole -- I don't

10   remember piece by piece.

11              I think the leaks, and then I know he

12   complained about the body sprays were not at the

13   right height for him, and there was something

14   about a radon pipe, and I don't recall the rest.

15   I mean, it's been a number of years now.

16        Q.    So as part of the lawsuit against you,

17   your understanding was that he was complaining

18   about leaks in the plumbing system?

19        A.    That was part of it, yes.

20        Q.    Do you recall specifically what he was

21   complaining that you did wrong?

22              And by "you" I mean Roman Plumbing in

23   general.

24        A.    I don't know if he said that we

25   installed it wrong or -- I don't remember that,

RICHARD ROMAN                                      November 29, 2016

Page 35

1   what he said.  I don't know.

2              That's how I came to find out after he

3   -- Dan told me that he was going to join a class

4   action suit at that time because there was

5   something wrong with the fittings or something

6   wrong with the pipe, but that's the first time I

7   learned of there being a problem with the pipe.

8       Q.    Did he ever complain to you about the

9   fact that you were the one that picked out the

10  materials that he was going to use?

11      A.    I don't think so.  I don't remember.

12      Q.    And you say he never complained about

13  how you installed things, is that correct, or any

14  of the plumbing?

15      A.    Not when we were doing the job.  I

16  don't know if he did it after with the lawsuit,

17  but at the time of the job I don't remember him

18  complaining.

19      Q.    So as part of a lawsuit did he

20  complain that you had not installed some of the

21  materials correctly?

22      A.    Can I look at what the paper -- I

23  don't know.

24      Q.    I haven't looked at those yet.

25      A.    I don't know.  I don't know.

RICHARD ROMAN                                    November 29, 2016

Page 36

1      Q.      I'll have an opportunity to look at
2   those in a little bit.  I want to keep asking
3   some questions.
4      A.      Okay.
5      Q.      Did you install a radon pipe in his
6   house?
7      A.      Yes.
8      Q.      And he, at least, told me this morning
9   that you didn't do that.  Is that correct?
10     A.      Yeah.  He complained about it, that it
11  was outside the wall or something.
12     Q.      He didn't like how you installed it?
13     A.      Yeah, right.
14     Q.      So after Mr. Monica sued you, my
15  understanding is that an insurance company got
16  involved?
17     A.      Correct.
18     Q.      Was that your insurance company?
19     A.      Yes.
20     Q.      What insurance company is that?
21     A.      I don't know at the time.
22     Q.      But as part of your business --
23     A.      My liability insurance.
24     Q.      Hold on, let me --
25     A.      I'm sorry.

RICHARD ROMAN                                    November 29, 2016

Page 37

1      Q.      That's okay.  This is difficult and
2    it's what we're not used to doing.
3              As normal people we just like to
4    converse, so this is very awkward, but I just
5    want to make sure that you're answering the
6    question that I'm going to ask rather than what
7    you think I'm going to ask.
8              MR. BAURKOT:  We need to have a clear
9        record.  It happens a lot.  People speak
10       over each other.
11             MS. STEPHENS:  Absolutely.
12     Q.      So at the time your business carried
13    liability insurance and that's who you submitted
14    the claim to?
15     A.      Correct.
16     Q.      And then they became involved and
17    ultimately helped you resolve the dispute.
18             Is that correct?
19     A.      Correct.
20     Q.      And my understanding is that it was
21    settled for approximately what, $12,750?
22     A.      Yes.
23     Q.      And you supplied some of that money,
24    correct?
25     A.      2,750.

RICHARD ROMAN                                    November 29, 2016

Page 38

1       Q.      And the other 10,000 came from the

2   insurance company?

3       A.      Correct.

4       Q.      As part of the lawsuit did you have to

5   produce any documents or information to

6   Mr. Monica?

7       A.      I don't know.

8       Q.      You don't know.  So whatever Dan has

9   is what you were aware of?

10      A.      Yeah, whatever Dan told me to give

11  him, I gave him.

12      Q.      So we'll come back to that.

13              So you think you might have been

14  called back to address a leak in the mud room at

15  the Monica house.  Is --

16      A.      Correct.

17      Q.      -- that correct?

18              But you were not called in to work on

19  any other leaks.  Is that correct?

20      A.      Correct.

21      Q.      Did you hear that he was having other

22  leaks in his home?

23      A.      Not until I got the lawsuit.

24      Q.      Did you ever have a discussion with

25  Mr. Monica where you told him to contact NIBCO

RICHARD ROMAN                                    November 29, 2016

Page 39

 1   about the problems he was having?

 2        A.     I might have.  I don't know.

 3        Q.     Do you know what the NIBCO PEX

 4   warranty is?

 5        A.     No, I do not.

 6        Q.     Have you ever submitted a claim to

 7   NIBCO?

 8        A.     No, I have not.

 9        Q.     Have you had -- you've been doing this

10   a long time.

11               But I'm just talking about houses

12   where you've installed PEX, okay, for the

13   purposes of this question.

14        A.     Okay.

15        Q.     Have you ever had customers complain

16   to you about leaks in their PEX plumbing systems?

17        A.     Yes.

18        Q.     How many customers complained?

19        A.     A couple when we used that Kitec pipe.

20        Q.     You were using that before you started

21   using NIBCO?

22        A.     Yeah.  And we stopped when we found

23   out there was a lot of problems with it.

24        Q.     How did you find out about the

25   problems with it, as you described?

RICHARD ROMAN                                    November 29, 2016

Page 40

 1      A.      I don't know if there was -- the guy

 2   was buying it -- the guy who was the rep or the

 3   General -- I was buying it from General, too.

 4              Actually, I lost a lot of money on

 5   that because I bought a whole bunch of that pipe

 6   and I had to throw it in the garbage.

 7      Q.      So someone told you there was some

 8   issues with the pipe specifically in --

 9      A.      I don't know if it was the pipe or

10   fittings, but there was a problem.

11              MR. BAURKOT:  Let her finish.

12              THE WITNESS:  Oh, I'm sorry.

13      Q.      So someone told you there was an issue

14   with the Kitec products; you're not sure if it's

15   the tubing or the fittings, correct?

16      A.      Correct.

17      Q.      And as a result of that, you scrapped

18   some of the supply that you had on hand?

19      A.      Yes.

20      Q.      As a result of those customers who

21   complained to you, did they ask you to come out

22   and help fix some of those issues?

23      A.      Yes.

24      Q.      And did you do that?

25      A.      Yes.

RICHARD ROMAN                                    November 29, 2016

```
                                                      Page 41
 1        Q.      Was that a handful of people?

 2        A.      I would say a handful.

 3        Q.      Is that your normal business practice

 4   if someone whose work -- whose house you

 5   installed the plumbing at complains about a leak,

 6   you'll go out there and try to fix it for them?

 7        A.      Yes, I stand behind my work.

 8        Q.      Do you know whether you charged

 9   Mr. Roman to fix the leak in the mud room in his

10   house?

11        A.      You mean Mr. Monica?

12        Q.      I'm sorry, yes.  I'll say it again.

13               Do you know whether you charged

14   Mr. Monica to fix the leak in his mud room?

15        A.      No, I did not.

16        Q.      Do you think you personally went out

17   and fixed that leak or one of your employees?

18        A.      I think I was there with one of my

19   employees.

20        Q.      Do you recall what kind of -- was it

21   an issue with the fitting or with the tube or --

22        A.      I don't recall.

23        Q.      You used -- for some reason you

24   remember it was in the mud room?

25        A.      Yes.
```

RICHARD ROMAN                                    November 29, 2016

Page 42

1      Q.      It sticks in your mind?

2      A.      Yes, 'cause as soon as you walked in

3  the back door there was the sink.

4      Q.      Do you recall what work was done to

5  repair that leak?

6      A.      No.

7      Q.      If Mr. Monica had called you to come

8  repair the other leaks he had in his home, would

9  you have gone out and fixed those?

10     A.      I don't know.

11     Q.      At some point he ended up suing you,

12  right?

13     A.      Well, he owed me money at that point.

14     Q.      How much money did he owe you?

15     A.      I'm not quite sure.  I think it was

16  between $1,300 and $1,600 for plumbing fixtures

17  that I purchased.

18     Q.      So he and I talked about that this

19  morning.

20             Again, at Kantor Plumbing Supply, my

21  understanding is that the Monicas went out and

22  picked out the fixtures that they would purchase

23  under your account.  Is that correct?

24     A.      Correct.

25     Q.      So you're saying he owed you some

RICHARD ROMAN                                    November 29, 2016

Page 43

 1    money for making that purchase and he was
 2    refusing to pay for it?
 3        A.      Correct.
 4        Q.      Was that related to the other issues
 5    he was complaining about?
 6        A.      I don't know what his reason was why
 7    he didn't want to pay me.
 8        Q.      And that particular issue arose before
 9    he filed a lawsuit against you?
10        A.      Yes, 'cause he filed the lawsuit a
11    year or two later, and that was at the end of the
12    job.
13        Q.      So when you left things with him you
14    believed he owed you money for the fixtures?
15        A.      Correct.
16        Q.      And he never paid you that?
17        A.      Correct.
18        Q.      And then a year or so later he sued
19    you and you ended up having to pay $12,750.
20                Is that correct?
21        A.      I didn't pay all of that.
22        Q.      It was settled for that?
23        A.      Right, um-hum.
24        Q.      And the original -- at least in the
25    proposal, the total amount was $18,900?

RICHARD ROMAN                                           November 29, 2016

Page 44

```
 1      A.      Correct.
 2      Q.      Have you ever been to the NIBCO
 3   website?
 4      A.      No.
 5      Q.      Have you ever seen a NIBCO
 6   installation manual for PEX?
 7      A.      No.
 8      Q.      Have you ever installed NIBCO PEX
 9   products using the rings instead of the cinch?
10      A.      No.
11      Q.      So you've always used the cinch
12   clamps?
13      A.      Correct.
14      Q.      Is that a personal preference or why
15   is that?
16      A.      Personal preference.
17      Q.      Have you done quite a bit of work in
18   Warren, New Jersey?
19      A.      Somewhat.
20      Q.      Does the water there have a reputation
21   for being a hard water?
22      A.      I don't know.
23      Q.      When you're considering a type of
24   material for plumbing in a house, do you consider
25   where the water comes from?
```

RICHARD ROMAN                                      November 29, 2016

Page 45

```
 1      A.      No.

 2      Q.      Did you know that the Monica house had

 3   a water softener?

 4      A.      Yes.

 5      Q.      Did you install that system?

 6      A.      No, I did not.

 7      Q.      But you understood when you -- when

 8   the installation was being done that there was

 9   going to be a water softening system?

10      A.      No.

11      Q.      When did you learn that the Monica

12   house was going to have a water softening system?

13      A.      Sometime during the job.

14      Q.      So at the time you did the proposal in

15   which you suggested PEX products, you were not

16   aware that they were going to have a water

17   softening system?

18      A.      No, I don't believe it was on the

19   plans, so...

20      Q.      In your experience, do a lot of people

21   in this area have water softening systems?

22      A.      Mostly the people who have well water

23   have them; but that's city water there.

24      Q.      So what about people with city water,

25   do they typically have water softening systems?
```

RICHARD ROMAN                                    November 29, 2016

Page 46

```
 1     A.      Very few.  They might have put a
 2  filtration system on it, but not a water
 3  softener.
 4             MS. STEPHENS:  I'm going to take a
 5     quick break.
 6             (Recess.)
 7
 8  BY MS. STEPHENS:
 9     Q.      We're back on the record.
10             Mr. Roman, you understand you're still
11  under oath?
12     A.      Yes, I do.
13     Q.      Now, again, today you've produced some
14  documents to us that were brought by your
15  attorney.
16             And we've already looked at the
17  proposal.  I'm going to introduce these as
18  exhibits one by one.
19             (Fax, Monica to Baurkot, 8/19/13,
20     w/attached Terrier Claims Services First
21     and Final Report is received and marked as
22     Exhibit Roman-3 for Identification.)
23     Q.      I've marked -- this has been marked
24  Roman-3, and I believe just in general this is
25  like a claim report from Terrier Claims Services.
```

RICHARD ROMAN                                    November 29, 2016

Page 47

1              Do you see that on the second page?

2      A.     Um-hum.

3      Q.     "Yes"?

4      A.     Yes.

5      Q.     Okay.  Is Terrier Claims Services

6  somehow related to your insurance company?

7      A.     I believe so.

8      Q.     And perhaps they were the ones who did

9  the investigation of the claim that you submitted

10  after you were sued by Mr. Monica.

11             Do you recall that at all?

12     A.     I don't know.  I guess they were.

13     Q.     Do you see at the top of there,

14  there's some --

15     A.     Right.

16     Q.     -- information at the very top of the

17  box?

18     A.     Yeah.

19     Q.     It says like "insured" and --

20     A.     Yeah, um-hum, it says "Roman Plumbing

21  & Heating."

22     Q.     So does this seem maybe somehow

23  related to the --

24     A.     Yes.

25             (Court Reporter clarification.)

Page 48

1      Q.      So at the top do you see a notation

2   that says "insured" and I believe it lists "Roman

3   Plumbing," so this may help indicate that this

4   was related to an insurance claim that you made?

5      A.      Yes.

6      Q.      And does it list James Monica on there

7   as the claimant?

8      A.      Yes, it does.

9      Q.      And just for -- again, we only have

10   one copy, so just for purposes of asking you some

11   questions I've added a couple of blue tabs.

12             You can flip that page.

13             Could you read that little narrative

14   just to yourself, and I'm going to ask you a

15   couple of questions.

16             (Witness reviewing exhibit.)

17      A.      Okay.

18      Q.      That narrative that you've just read,

19   I believe they're like kind of two leaks that it

20   refers to, one in January 2013 and one in June of

21   2013.  Do you see that, those two?

22      A.      I thought there was only one leak.

23      Q.      There's several paragraphs there.

24             (Witness reviewing exhibit.)

25      A.      Okay, yeah, all right, I got it.

RICHARD ROMAN                                November 29, 2016

Page 49

1      Q.      Let's talk about that first one.

2              Again, the document says what it says,

3  but I believe it refers to a week in January 2013

4  when they returned from vacation and found some

5  water in their basement.  Does that --

6      A.      Yes.

7      Q.      -- generally reflect what that

8  documents says?

9      A.      Yes.

10     Q.      And as part of that narrative, I

11 believe it suggests that Mr. Monica was told that

12 perhaps the leak was caused by some clamp rings

13 being installed too close to the end of the

14 tubing.

15             Do you see those allegations?

16     A.      Yes.

17     Q.      Does this exhibit refresh your

18 recollection about whether in the lawsuit

19 Mr. Monica was claiming that some of the issues

20 were due to the installation being improperly

21 done?

22     A.      I guess so.

23     Q.      And there's -- then that second leak

24 that's referred to, I believe it's June of 2013

25 related to the mud room.  Do you see that?

RICHARD ROMAN                                    November 29, 2016

Page 50

1      A.    Yes.

2      Q.    Okay.  And that's the one where you

3    think maybe you guys were actually called in to

4    look at that?

5      A.    No.

6      Q.    No?  That was a different one?

7      A.    Yeah, 'cause it says "Water came

8    through the ceiling."

9      Q.    So maybe that was a family room, a

10   different location?

11     A.    Right.

12     Q.    And, at least according to this

13   document, there's some suggestion that they were

14   saying that the cause might have been some

15   installation issues; again, just according to

16   this document?

17     A.    Yes.

18     Q.    And I believe there's a second page

19   that's tabbed.

20     A.    Um-hum.

21           (Witness reviewing exhibit.)

22     Q.    Hand it back to me.  I forgot what I

23   was going to ask you.

24           (Handing.)

25     Q.    You also installed a water filtration

RICHARD ROMAN                                November 29, 2016

Page 51

1    system at this house?

2        A.     I don't know.

3        Q.     The second thing that I tabbed

4    suggests that they allege that you improperly

5    installed a water softener and a water filtration

6    system?

7        A.     I never installed a water softener.

8        Q.     So you understand there's a water

9    softener, but you didn't install it?

10       A.     I might have corrected the drain that

11   was from the water softener or said it was

12   improperly installed per code.

13       Q.     My understanding from this morning is

14   that you did not install the water softener.

15       A.     I did not.

16       Q.     So I'm just trying to understand how

17   this all fits together.

18       A.     What I -- what I told him was --

19   because that company, Automatic Water Softener,

20   does it all the time.

21              They'll take a clean-out where you're

22   supposed to clean out the sewer line, and that

23   water softener backwashes.  It has to be

24   backwashed.  It backwashes -- I don't know what

25   time frame it does, and it has to be disposed of

RICHARD ROMAN                                November 29, 2016

Page 52

1    somewhere, so what they do is they put it into a

2    clean-out, which is not proper code.

3            So I told Mr. Monica that we would not

4    pass inspection with that installed like that,

5    that we had to put it properly into a trap where

6    it went out to the sewer system.

7    Q.    Okay.  Is that similar to like how a

8    washing machine has like a backwash and it has to

9    be disposed of?

10   A.    I don't know how it works.  I just

11   know it drains itself.  It has to clean itself,

12   but I don't know the procedures of it.

13   Q.    Okay.  And you don't believe you

14   installed a water filter system either?

15   A.    Where is it, at the kitchen sink, at

16   the --

17   Q.    I don't know.

18   A.    I don't remember.

19   Q.    Okay, fair enough.

20           (Letter, 8/21/13, w/attached Case

21       Information Statement and First amended

22       Complaint, re: Monica v Roman Plumbing

23       & Heating is received and marked as Exhibit

24       Roman-4 for Identification.)

25   Q.    I'm going to hand you what I've marked

RICHARD ROMAN                                    November 29, 2016

Page 53

1    Roman-4.

2              If you can just -- and I'm going to

3    tell you what I believe this is.

4              There's some cover pages of Mr. Monica

5    sending this to the Superior Court.

6              And then in this packet it includes a

7    pleading called the First Amended Complaint.

8              Do you see that title?

9    A.    Yes.

10   Q.    And you see the caption is still his

11   lawsuit against you, James Monica?

12   A.    Yes.

13   Q.    And if you go to the page that I

14   tabbed, and specifically, Paragraph 13 of the

15   First Amended Complaint --

16             MR. BAURKOT:   This page (indicating).

17   A.    Oh, okay.

18   Q.    Now, there's like some allegations and

19   some kind of bullet points.

20             Do you see that paragraph?

21   A.    Right.

22   Q.    Can you read to me the last two bullet

23   points?

24   A.    "Improper construction or installation

25   of PEX..." they got "plumbing" spelled wrong, but

Page 54

1    "...plumbing line fittings."

2        Q.      And what's next?

3        A.      Oh, it says it twice, it says it

4    twice.  Oh, "lines and line fittings."

5        Q.      Okay.  In this First Amended Complaint

6    it appears that there are some allegations that

7    you improperly installed PEX fittings and lines.

8                Is that correct?

9        A.      Yes.

10       Q.      And, again, those are just allegations

11   that Mr. Monica was making?

12       A.      Right.

13       Q.      Does this Amended Complaint refresh

14   your recollection about whether the PEX

15   installation was something that Mr. Monica was

16   complaining about as part of that lawsuit?

17       A.      I don't know.  He complained about a

18   lot of things.

19       Q.      But at least it appears that --

20       A.      Yeah, it was one of them.

21               (Civil Action Summons is received and

22       marked as Exhibit Roman-5 for

23       Identification.)

24               (Roman Plumbing & Heating Dwelling

25       Estimate is received and marked as Exhibit

RICHARD ROMAN                                    November 29, 2016

Page 55

```
1          Roman-6 for Identification.)

2       Q.     I'm going to hand you what I've marked

3  Roman-5.  This is, again, a package of

4  information.  I believe it's just mostly the

5  complaint, and so I'm just stating that for the

6  record.  I'm not going to ask any questions at

7  this time.

8              Then I'm going to hand you what's been

9  marked Roman-6 entitled "Dwelling Estimate."

10             It appears to come from Terrier Claims

11 Services.  Again, I'm not going to ask you any

12 questions at this time on that.

13             (Fax, 12/4/13, Monica to Purcell

14     w/attached Release, 12/4/13, is received and

15     marked as Exhibit Roman-7 for

16     Identification.)

17      Q.     I'm going to hand you what's been

18 marked Roman-7, and I would like you to flip to

19 the second page, please.

20             (Witness reviewing exhibit.)

21      A.     Okay.

22      Q.     Do you recognize Roman -- that part of

23 Roman-7?

24      A.     Yeah.

25      Q.     Okay.  And what is that document?
```

Page 56

1     A.     It's a release, right?

2     Q.     And is that the release that was

3  related to Mr. Monica's lawsuit against you?

4     A.     I believe so.

5            (Copies of Photographs of Various

6       Joints, Pipe, Tubing is received and marked

7       as Exhibit Roman-8 for Identification.)

8     Q.     I'm going to hand you what's been

9  marked Roman-8.

10           (Witness reviewing exhibit.)

11    Q.     And, again, at the top of this, the

12 first page, there's a box and some information.

13           Do you see Roman Plumbing listed as

14 the insured?

15    A.     Yes.

16    Q.     And it appears this document came from

17 Terrier Claims Services?

18    A.     Yes.

19    Q.     And this has some pictures of some

20 clamps and fittings.  Do you see that?

21    A.     Yes.

22    Q.     And it's black and white and so I

23 understand it's kind of hard to see.

24           But as you go through the pictures can

25 you identify at least what type of item is

RICHARD ROMAN                           November 29, 2016

Page 57

 1    pictured?  So, on the first page --

 2         A.     That's the cinch ring that we would

 3    have used.  That's a piece of pipe and a fitting.

 4         Q.     Hold on.  Let's go through these real

 5    methodical.

 6         A.     Okay.

 7                MR. BAURKOT:  She doesn't know what

 8         you're referring to, you have to be specific.

 9                THE WITNESS:  Oh, okay.

10         Q.     And it's mostly for the record.

11                MR. BAURKOT:  It's just so that she

12         can take it down, Rick, so we're going

13         to identify, you know, whatever picture is

14         on this page, however you want to do it.

15         A.     So the top picture on Page 2 is two

16    cinch rings.

17         Q.     Okay.  And what's the second picture

18    on Page 2?

19         A.     The bottom picture on Page 2 looks

20    like a fitting into two pieces of pipe.

21         Q.     Looks like an elbow?

22         A.     Yes.

23         Q.     What about the pictures on the next

24    page?

25         A.     The top picture is pipe going into the

RICHARD ROMAN                                    November 29, 2016

Page 58

1    joists going up from the basement.

2         Q.      And the next picture?

3         A.      That would be the same.

4         Q.      Okay.  What about the next page on

5    Page 4?

6         A.      That would be the water softener.

7                 MR. BAURKOT:  The top picture.

8         A.      The top picture is the water softener

9    with the drain lines with the main water coming

10   in, the main sewer, and I believe there's a sump

11   pump there.

12        Q.      Okay.  And the bottom picture is?

13        A.      The bottom picture is where the

14   discharge from the water softener, the white

15   pipe, would have went into that we installed.

16        Q.      And that's what you were describing

17   earlier, is that you had to have -- you had to

18   install some sort of discharge for the water

19   softener so that it would be up to code?

20        A.      Yes.

21        Q.      And are there pictures on the next

22   page?

23        A.      Yes.

24        Q.      The top picture is --

25        A.      Is the water softener again.

RICHARD ROMAN                                    November 29, 2016

Page 59

1       Q.      And the bottom picture?

2       A.      The bottom picture shows the waste

3   line and the PEX water line.

4       Q.      And what about -- are there any other

5   pages?

6       A.      The top picture on Page 18 would be

7   PEX water lines again.  And I don't know, the

8   bottom picture looks like a baby crib.

9       Q.      Thank you.  I'm going to hand you what

10  I'm marking Roman-9.

11              (Copies of Checks Payable to Roman

12      Plumbing are received and marked as Exhibit

13      Roman-9 for Identification.)

14      Q.      I believe it's a series of checks or

15  copies of checks that Mr. Monica wrote to Roman

16  Plumbing.  Please take a look.

17      A.      Um-hum.

18              (Witness reviewing exhibit.)

19      A.      That's correct.

20      Q.      And that -- if we added those up, do

21  you think that's the total amount of money he

22  ever paid you?

23      A.      I don't know.

24      Q.      We'll do that math in a second.

25              Do you agree with the allegations that

RICHARD ROMAN                                    November 29, 2016

```
                                                   Page 60
 1   Mr. Monica made that some of the PEX plumbing
 2   system was installed incorrectly?
 3        A.    I never saw the fitting that broke
 4   apart, so I couldn't say.  I wasn't allowed to
 5   look at that.
 6        Q.    Do you know where that fitting ended
 7   up?
 8        A.    No.
 9        Q.    And I guess by "the fitting" you mean
10   like the whole connection system?
11        A.    The ring and the fitting and the pipe
12   itself, you know.
13        Q.    You never got to see it yourself?
14        A.    No.
15        Q.    When you're installing or when you
16   have installed in the past NIBCO PEX tubing to a
17   brass fitting, you normally use those same cinch
18   rings, correct?
19        A.    Right.
20        Q.    Typically, how far do you --
21        A.    I believe it's -- oh, sorry.
22        Q.    Typically how far, like, off from the
23   end of the tube do you normally put a ring?
24        A.    I think it's an eighth to a quarter of
25   an inch.
```

RICHARD ROMAN                                    November 29, 2016

Page 61

1      Q.      And how do you know that?

2      A.      What?

3      Q.      How do you know to do that?

4      A.      I think I read that once somewhere.

5      Q.      Can you also kind of feel it when it

6   catches when you do the cinching?

7      A.      No.  The tool that we use has a light

8   on it so it knows that it's done.

9      Q.      Is that an -- and you know more about

10  this than I do -- is that a NIBCO tool that you

11  use or is that a different brand of tool?

12     A.      I don't know.  I have it in my truck

13  if you want me to go get it.

14     Q.      Are you aware whether Mr. Monica ever

15  complained that any of the tubing itself was the

16  problem, or was it all just at the connections?

17     A.      I don't know about what he complained.

18  You know, I don't know.  I wasn't aware of those

19  two leaks until the lawsuit.

20     Q.      The recirculation tank -- sorry -- the

21  recirculation pump that was installed at the

22  Monica house, does it have different settings for

23  like how often the water recirculates?

24     A.      No.

25     Q.      Does it constantly recirculate?

RICHARD ROMAN                                    November 29, 2016

                                                              Page 62

1        A.     I don't know his system.  Sometimes we

2    put where it just keeps constantly going or

3    sometimes we'll put an Aquastat on the pipe so to

4    tell the temperature -- the temperature of the

5    pipe, and when it reaches like 100 the pump will

6    shut off, and then when it reaches 70 it will

7    kick back on, but I don't know if we installed

8    that at his house.  There's two different ways

9    that I do it.

10       Q.     I assume you're familiar with an

11   expansion tank?

12       A.     Yes.

13       Q.     Did you install an expansion tank at

14   the Monica house?

15       A.     I believe we would have had to.

16       Q.     And why is that?

17       A.     Because of the pressure reducing

18   valve.  So when the hot water heats, it needs

19   somewhere to go.  With a pressure reducing valve

20   on, it has a check valve in it so it can't go

21   back into the main water line, per se, so it

22   needs an expansion tank or the relief valve will

23   blow off.

24       Q.     Have you talked to Mr. Monica after

25   the lawsuit was settled?

RICHARD ROMAN                                November 29, 2016

Page 63

1      A.     No.

2      Q.     Have you ever had anyone complain --

3  we discussed those Kitec --

4      A.     Right.

5      Q.     -- the home owners who had Kitec in

6  their house and they had some leaks, correct?

7      A.     Correct.

8      Q.     Have you ever had any other home where

9  you installed NIBCO PEX products have leaks?

10      A.     I don't know how to answer that

11  because we did have a couple leaks on PEX, but I

12  don't know what the material was.

13      Q.     Was that recently?  You know, when did

14  that --

15      A.     We just had one job that a fitting

16  blew out.

17      Q.     So you had some other leaks in the

18  homes where you've done installations, but you're

19  just not sure of what brand of materials was used

20  in those homes?

21      A.     I couldn't be certain.

22      Q.     But to this day you continue to use

23  NIBCO sometimes?

24      A.     If Atlantic sells it to me, I buy it.

25  Yeah, they do have NIBCO, so I do use NIBCO.

RICHARD ROMAN                                    November 29, 2016

Page 64

1      Q.      Increasingly, do you use the poly

2   fittings as opposed to brass?

3      A.      Yes.

4      Q.      And is that mostly a function of cost

5   and ease of use, or what's the main reason?

6      A.      Cost and -- I guess just cost.

7      Q.      I'm going to hand you what was marked

8   during Mr. Monica's deposition as Exhibit 2.

9              And I'm going to represent to you that

10  this was the complaint that he has filed, among

11  others, against NIBCO.

12             And I'm specifically going to refer

13  you to a couple pages with some pictures.

14             (Witness reviewing exhibit.)

15     A.      Okay.

16     Q.      And then there's also one picture on

17  the next page.

18             (Witness reviewing exhibit.)

19     A.      Okay.

20     Q.      Now, if you flip back to the original

21  page, sir, I'm going to represent to you that

22  Mr. Monica said these were taken -- pictures

23  taken in his home of fittings that were in his

24  home.

25             Do any of these look familiar to you,

RICHARD ROMAN                                    November 29, 2016

Page 65

1    these pictures, or the fittings in them?

2        A.     The fittings look familiar, but I

3    don't know if they were used in his home.

4        Q.     Have you ever seen this kind of

5    substance forming on the outside of fittings?

6        A.     Yes.

7        Q.     And in what context have you seen

8    that?

9        A.     In either PEX or copper fittings.  If

10   you get a little leak that crustation forms

11   around the fitting.

12       Q.     If there's some water that's leaking

13   out of the tube onto the fitting, it can cause

14   this?

15       A.     That's what I believe.

16       Q.     Okay, that's what you believe, okay.

17              Has that sort of substance ever been

18   -- do you believe that causes leaks or is it just

19   a symptom of a leak?

20       A.     Honestly, I don't know.

21       Q.     Okay.  Have you ever had a customer

22   call you out to replace a fitting that looks like

23   that or something like it?

24       A.     Yeah, or if we're in the person's home

25   or business and I see that, I might suggest that

RICHARD ROMAN                                          November 29, 2016

Page 66

1      he should change that before it bursts; mainly on

2      copper fittings, though.

3              MS. STEPHENS:  Now, Dan, I'd like to

4          take another quick break and see if I have

5          any more questions to sort of wrap up.

6              MR. BAURKOT:  Okay, no problem.

7              (Recess.)

8

9      BY MS. STEPHENS:

10         Q.    We're back on the record.

11             Mr. Roman, you understand you're still

12     under oath?

13         A.    Yes.

14             MS. STEPHENS:  I do not have any more

15         questions for you today.

16             THE WITNESS:  Okay.

17

18     CROSS-EXAMINATION BY MR. KENNEY:

19         Q.    I know we met off the record earlier,

20     but my name is Joe Kenney and I'm representing

21     the Plaintiff, James Monica, in a class action

22     lawsuit against NIBCO.

23             Do you understand that?

24         A.    Yes, I do.

25         Q.    And do you understand that in that

RICHARD ROMAN                                    November 29, 2016

Page 67

1    lawsuit Plaintiff Monica is alleging that the

2    NIBCO PEX tubing, fittings, and clamps that were

3    installed in his home are failing due to defects

4    in NIBCO's design or manufacture of those

5    products?

6        A.     Yes.

7        Q.     And I think earlier you testified that

8    someone came out to do various inspections of

9    plumbing work at the Monicas' home.

10               Is that correct?

11       A.     Yes, that would be the town inspector.

12       Q.     And what was the final result of all

13   those inspections?

14       A.     It passed.

15               MR. KENNEY:  I have no other

16       questions.

17               MS. STEPHENS:  We're good.

18               (Deposition concluded 2:35 p.m.)

19               (Exhibits retained for copy.)

20

21

22

23

24

25

RICHARD ROMAN                                        November 29, 2016

Page 68

1                    C E R T I F I C A T E

2

3

4         I CERTIFY that the foregoing is a true and

5     accurate transcript of the testimony as taken by

6     and before me stenographically at the time and

7     place aforementioned.

8

9

10        I FURTHER CERTIFY that I am neither attorney

11    for nor counsel to any of the parties; parties of

12    any of the attorneys in this action; and that I

13    am not financially interested in the outcome of

14    this case.

15    Dated: November 30, 2016

16        *Susan Gioffre*

17    _____

18    SUSAN GIOFFRE, CCR
      License No. XI001220
19    Notary Public of the State of New Jersey

20

21

22

23

24

25

RICHARD ROMAN                                    November 29, 2016

Page 69

1   Job No. 539335

2   ----------------------------------------------

3   DEPOSITION OF RICHARD ROMAN, 11/29/2016

4   ----------------------------------------------

5   CASE NAME: KIMBERLEY COLE, et al. vs. NIBCO, INC.

6   ----------------------------------------------

7            I, Richard Roman, being first duly

8   sworn, on oath, say that I am the witness in the

9   aforesaid statement, that I have read the

10  foregoing transcript of my deposition taken at

11  the aforesaid time and place and that the

12  foregoing is a true and correct transcript of my

13  testimony so given.

14

15          _____ Corrections have been submitted

16          _____ No corrections have been submitted

17

18  _____

19                  RICHARD ROMAN

20

21  SUBSCRIBED AND SWORN TO

22  before me this _____ day

23  of _____ A.D., 201_.

24  _____

25  Notary Public

U.S. Legal Support, Inc.
(312) 236-8352

RICHARD ROMAN                                          November 29, 2016

```
                                                              Page 70
 1                            ERRATA SHEET

 2    _____

 3    PAGE      LINE

 4    ----      ----     SHOULD READ:_____

 5    ----      ----     SHOULD READ:_____

 6    ----      ----     SHOULD READ:_____

 7    ----      ----     SHOULD READ:_____

 8    ----      ----     SHOULD READ:_____

 9    ----      ----     SHOULD READ:_____

10    ----      ----     SHOULD READ:_____

11    ----      ----     SHOULD READ:_____

12    ----      ----     SHOULD READ:_____

13    ----      ----     SHOULD READ:_____

14    ----      ----     SHOULD READ:_____

15    ----      ----     SHOULD READ:_____

16    ----      ----     SHOULD READ:_____

17    ----      ----     SHOULD READ:_____

18    ----      ----     SHOULD READ:_____

19    ----      ----     SHOULD READ:_____

20    ----      ----     SHOULD READ:_____

21    ----      ----     SHOULD READ:_____

22    ----      ----     SHOULD READ:_____

23

24    _____     Date: _____

25    RICHARD ROMAN
```

RICHARD ROMAN

**$**

**$1,300** 42:16
**$1,600** 42:16
**$12,750** 37:21
43:19
**$150** 21:14,17
**$18,900** 16:18
43:25

**0**

**07920** 6:21

**1**

**1** 5:22 11:24
**10** 9:15 29:16
**10,000** 38:1
**100** 19:22,24 20:3
62:5
**11** 16:22
**12** 9:15 32:1
**12/4/13** 55:13,14
**13** 29:22 53:14
**14** 29:22
**17** 13:24 14:2
29:15
**18** 59:6
**1990** 14:6

**2**

**2** 57:15,18,19 64:8
**2,750** 37:25
**200** 33:7
**2009** 14:25
**2010** 14:25 15:2
16:23 22:9 25:7

**29:1**
**2013** 48:20,21
49:3,24
**28** 6:20
**2:35** 67:18

**3**

**3** 5:2,13 32:2
**37** 13:25

**4**

**4** 58:5

**5**

**54** 13:24

**6**

**6/11/10** 15:7
16:11

**7**

**70** 62:6

**8**

**8/19/13** 46:19
**8/21/13** 52:20
**80** 32:23

**9**

**9** 29:16

**A**

**A-L-D-E-R-A-T-
E** 29:24
**Absolutely** 15:5
37:11
**accepted** 15:10
**accident** 9:10,12
**account** 42:23
**action** 6:25 7:21
35:4 54:21 66:21
**actual** 17:7,25
18:8,11
**added** 48:11
59:20
**addition** 7:14
**address** 6:20
38:14
**adds** 22:7
**agree** 59:25
**ahead** 15:23,24
**allegations**
49:15 53:18 54:6,10
59:25
**allege** 51:4
**alleging** 67:1
**allowed** 60:4
**altogether** 26:23
**amended** 5:17,
24 7:1 52:21 53:7,
15 54:5,13
**amount** 43:25
59:21
**answering** 37:5
**answers** 9:25
10:6
**apologize** 16:1
**appeared** 7:20
**appears** 54:6,19
55:10 56:16

**apprentice**
13:20 14:1
**apprentices**
29:9
**approximately**
14:23 15:2 37:21
**Aquastat** 62:3
**area** 45:21
**Arnardo** 29:24
**arose** 31:22 43:8
**associations**
14:15
**assume** 10:21
62:10
**Atlantic** 28:1,5,9
63:24
**attached** 7:4
**attorney** 6:16
12:7 46:15
**audible** 10:6
**Automatic**
51:19
**avoid** 8:3
**aware** 31:22
33:12,16 38:9 45:16
61:14,18
**awkward** 37:4

**B**

**baby** 59:8
**back** 8:4,20 17:3
19:14 24:22 25:6
26:25 29:1 30:22
33:19 38:12,14 42:3
46:9 50:22 62:7,21
64:20 66:10
**backwash** 52:8
**backwashed**
51:24
**backwashes**
51:23,24

**bad** 25:1
**basement** 49:5
58:1
**Basking** 5:2,13
6:21
**Baurkot** 6:19,20
8:23 16:1 27:9 37:8
40:11 46:19 53:16
57:7,11 58:7 66:6
**beginning** 34:8
**behalf** 8:17
**believed** 43:14
**Benitas** 29:18
**big** 19:25
**bit** 24:11,13 36:2
44:17
**black** 56:22
**blew** 63:16
**blow** 33:7 62:23
**blue** 48:11
**board** 27:17,19
**body** 34:12
**book** 13:15
**bottom** 57:19
58:12,13 59:1,2,8
**bought** 40:5
**box** 47:17 56:12
**brand** 24:8 25:19,
21 27:22,25 61:11
63:19
**brands** 25:12
27:17
**brass** 23:20,23
60:17 64:2
**break** 10:25 11:2
46:5 66:4
**broke** 60:3
**brought** 11:14,15
16:7 46:14
**built** 15:13

RICHARD ROMAN

November 29, 2016
Index: bullet..Division

**bullet** 53:19,22

**bunch** 12:1 40:5

**bursts** 66:1

**business** 13:6 18:16,20 36:22 37:12 41:3 65:25

**buy** 63:24

**buying** 25:14 40:2,3

---

**C**

**call** 11:25 18:9,11 26:16,18 65:22

**called** 5:3 26:20 33:19 38:14,18 42:7 50:3 53:7

**caption** 11:25 53:10

**car** 9:10,11

**carried** 37:12

**Case** 52:20

**cast** 20:23

**catches** 61:6

**caused** 49:12

**ceiling** 50:8

**certificate** 14:21

**certified** 14:18

**chance** 6:14 12:11

**change** 66:1

**changed** 24:1

**charged** 41:8,13

**cheaper** 24:6

**check** 30:12 62:20

**checks** 31:18 59:11,14,15

**cinch** 26:14,18 27:14,16 44:9,11 57:2,16 60:17

**cinching** 61:6

**city** 32:11 33:10 45:23,24

**civil** 6:25 54:21

**claim** 37:14 39:6 46:25 47:9 48:4

**claimant** 48:7

**claiming** 49:19

**Claims** 46:20,25 47:5 55:10 56:17

**clamp** 26:19 27:14,15 49:12

**clamps** 26:16,17, 23 44:12 56:20 67:2

**clarification** 47:25

**class** 35:3 66:21

**clause** 8:9

**clean** 22:4 51:22 52:11

**clean-out** 51:21 52:2

**clear** 10:1,10,14 37:8

**client** 7:9,20 8:11, 17 12:15,17

**clients** 21:6

**close** 49:13

**closed** 31:8

**closer** 25:17

**code** 19:21 51:12 52:2 58:19

**cold** 20:24

**companies** 14:9

**company** 36:15, 18,20 38:2 47:6 51:19

**complain** 20:13 35:8,20 39:15 63:2

**complained** 34:12 35:12 36:10 39:18 40:21 54:17

61:15,17

**complaining** 34:5,17,21 35:18 43:5 54:16

**complains** 41:5

**complaint** 52:22 53:7,15 54:5,13 55:5 64:10

**concluded** 67:18

**confidentiality** 8:9

**connection** 12:13 60:10

**connections** 61:16

**constantly** 61:25 62:2

**construction** 53:24

**consumables** 18:10

**contact** 15:15 38:25

**context** 65:7

**continue** 63:22

**continuing** 14:13

**converse** 37:4

**copies** 56:5 59:11,15

**copper** 21:8,9,11, 19 22:2 23:9,10 65:9 66:2

**copy** 6:24 16:2 48:10 67:19

**corporation** 12:23

**correct** 6:16,17 14:3 16:19 17:8 18:24 19:3 20:19 26:1 28:6 30:2,3 31:19 34:2 35:13 36:9,17 37:15,18,

19,24 38:3,16,17, 19,20 40:15,16 42:23,24 43:3,15, 17,20 44:1,13 54:8 59:19 60:18 63:6,7 67:10

**corrected** 51:10

**correctly** 35:21

**cost** 17:17,24 21:19 64:4,6

**costly** 20:23

**costs** 18:2

**counsel** 8:2,7 11:14 16:4

**County** 7:17

**couple** 28:9 29:2 39:19 48:11,15 63:11 64:13

**courses** 14:14

**court** 6:20 9:20 10:9 47:25 53:5

**cover** 53:4

**crib** 59:8

**CROSS-EXAMINATION** 66:18

**crustation** 65:10

**curb** 31:10

**customer** 65:21

**customers** 39:15,18 40:20

**cut** 22:5 27:13

**cuts** 32:11

**cutter** 27:12

---

**D**

**Dan** 8:22 11:8 35:3 38:8,10 66:3

**Daniel** 6:19

**date** 16:22,23,24

**dated** 6:2

**day** 16:24 63:22

**deal** 28:1

**defects** 67:3

**defendant's** 5:17

**Defendants'** 7:1

**deposed** 9:3

**deposition** 5:18,24 6:23,25 7:2 9:8,14 11:7 12:12 64:8 67:18

**describing** 58:16

**design** 67:4

**difference** 21:23 25:11

**differences** 21:20

**difficult** 10:8 37:1

**DIRECT** 5:7

**disagreement** 28:16

**discharge** 58:14,18

**discounts** 18:22

**discoverable** 8:6

**discovery** 8:19

**discussed** 63:3

**discussion** 18:3,7 21:3,5 23:2 25:21 26:2 38:24

**discussions** 21:6

**disposed** 51:25 52:9

**dispute** 37:17

**Division** 7:17

RICHARD ROMAN

November 29, 2016
Index: Docket..Identification

**Docket** 7:17

**document** 7:25
16:2,9 49:2 50:13,
16 55:25 56:16

**documents** 6:9,
11 7:6,8,10,12,14,
23 8:2,3,5,10,13,16,
17 11:10,14 38:5
46:14 49:8

**door** 42:3

**double** 21:11

**drain** 51:10 58:9

**drains** 52:11

**drawings** 17:20

**drip** 33:5

**Drive** 5:2,13

**due** 49:20 67:3

**duly** 5:4

**Dwelling** 54:24
55:9

---

**E**

**earlier** 58:17
66:19 67:7

**ease** 64:5

**easier** 21:24

**easy** 21:22

**education**
14:11,13

**eighth** 60:24

**elbow** 57:21

**employees**
13:1,3 29:2,14
41:17,19

**empty** 17:13

**end** 18:12 43:11
49:13 60:23

**ended** 33:25
42:11 43:19 60:6

**entail** 31:15

**entered** 8:10

**entitled** 55:9

**entry** 19:4

**estimate** 17:5,7
21:10 54:25 55:9

**estimated** 17:3

**Eventually**
33:25

**EXAMINATION**
5:7

**excavator** 15:19

**exhibit** 5:20,22
11:24 15:25 16:11
46:22 48:16,24
49:17 50:21 52:23
54:22,25 55:15,20
56:7,10 59:12,18
64:8,14,18

**exhibits** 7:5
46:18 67:19

**expand** 26:24

**expansion**
62:11,13,22

**experience**
45:20

---

**F**

**fact** 35:9

**failing** 67:3

**fair** 10:23 52:19

**familiar** 26:6 27:5
62:10 64:25 65:2

**family** 50:9

**fasten** 26:3,7

**faster** 22:1

**faucet** 19:15

**faucets** 33:5

**fax** 46:19 55:13

**feel** 32:22 61:5

**feet** 19:22,24 20:3

**filed** 11:20 43:9,10
64:10

**filing** 33:25

**filter** 52:14

**filtration** 46:2
50:25 51:5

**final** 31:13 32:6
46:21 67:12

**financial** 28:15

**find** 35:2 39:24

**finish** 40:11

**fishing** 28:9

**fits** 51:17

**fitting** 26:8 41:21
57:3,20 60:3,6,9,11,
17 63:15 65:11,13,
22

**fittings** 23:4,7,10,
13,14,15,18,20,22,
24 24:4 25:1,24
26:4 35:5 40:10,15
54:1,4,7 56:20 64:2,
23 65:1,2,5,9 66:2
67:2

**fix** 40:22 41:6,9,14

**fixed** 41:17 42:9

**fixture** 21:13,14,
15

**fixtures** 18:7,13
19:1 42:16,22 43:14

**Flintlock** 6:20

**flip** 48:12 55:18
64:20

**follow** 10:11

**forgot** 50:22

**forming** 65:5

**forms** 65:10

**found** 39:22 49:4

**foundation**
17:10

**frame** 17:12 51:25

**friend** 15:17,18

**friendly** 28:10

**front** 17:15

**function** 64:4

**functions** 20:20

---

**G**

**garbage** 40:6

**gas** 31:16

**gave** 11:24 17:4,7
18:1 38:11

**general** 11:13
13:5 22:22 25:4,7,
17 28:7,11 34:23
40:3 46:24

**generally** 9:9
49:7

**give** 6:14 10:6
14:20 38:10

**glanced** 11:16

**go-to** 23:23

**good** 20:11 67:17

**guess** 11:18
13:19,20 18:10
22:21 24:10 26:21
30:7 47:12 49:22
60:9 64:6

**guy** 40:1,2

**guys** 24:7 28:24
50:3

---

**H**

**hand** 5:21 40:18
50:22 52:25 55:2,8,
17 56:8 59:9 64:7

**handful** 41:1,2

**Handing** 50:24

**handwriting**
16:20

**hard** 44:21 56:23

**harder** 22:5

**head** 10:7

**hear** 38:21

**heater** 19:6,10,14

**heating** 5:19 7:3
13:7 16:10 47:21
52:23 54:24

**heats** 62:18

**height** 34:13

**helped** 37:17

**helps** 32:13

**high** 32:21

**Hold** 36:24 57:4

**home** 38:22 42:8
63:5,8 64:23,24
65:3,24 67:3,9

**homes** 63:18,20

**Honestly** 65:20

**hot** 19:13,16,17,
22,23 20:2,14,24
62:18

**hours** 14:13,20

**house** 11:18
15:12 17:7 18:1,5,
13 20:4 22:20 25:18
26:15 28:20 30:9
31:11,23 32:12,14,
19 33:13 36:6 38:15
41:4,10 44:24 45:2,
12 51:1 61:22 62:8,
14 63:6

**houses** 19:9,25
39:11

---

**I**

**idea** 20:11

**Identification**
5:20 16:12 46:22
52:24 54:23 55:1,16
56:7 59:13

**identify** 56:25
57:13

**important** 9:18
10:5

**Improper** 53:24

**improperly**
49:20 51:4,12 54:7

**inch** 60:25

**inches** 32:1,2,3

**includes** 53:6

**incorporated**
12:22

**incorrectly** 60:2

**Increasingly**
64:1

**indicating** 53:16

**information**
17:16 38:5 47:16
52:21 55:4 56:12

**inspected** 31:11

**inspecting** 31:7

**inspection**
30:23 31:6,13,14,24
32:6 52:4

**inspections**
30:15,18,20 31:12,
23 67:8,13

**inspector** 31:17
32:16 67:11

**install** 13:7 18:5
21:25 22:1 27:2,6
30:4 32:7,17 36:5
45:5 51:9,14 58:18
62:13

**installation**
21:9,11 22:7 28:19
30:1,9 33:13 44:6
45:8 49:20 50:15
53:24 54:15

**installations**
63:18

**installed** 31:19
34:25 35:13,20
36:12 39:12 41:5

44:8 49:13 50:25
51:5,7,12 52:4,14
54:7 58:15 60:2,16
61:21 62:7 63:9
67:3

**installing** 60:15

**instance** 10:11

**instant** 19:16

**instituted** 7:15,
16,19

**insurance**
36:15,18,20,23
37:13 38:2 47:6
48:4

**insured** 47:19
48:2 56:14

**interpret** 10:10

**interrupt** 9:24,25

**introduce** 46:17

**investigation**
47:9

**involved** 17:4,23
30:24 36:16 37:16

**involvement**
30:10

**iron** 20:23

**issue** 24:23,24
40:13 41:21 43:8

**issues** 28:8,11,
14,15 31:22 40:8,22
43:4 49:19 50:15

**item** 56:25

**J**

**James** 7:16 11:21
12:4,8,13 14:24
15:16 48:6 53:11
66:21

**January** 48:20
49:3

**Jersey** 5:3,14
6:21 13:10 44:18

**job** 17:4 30:6,7,10
31:4,9,12 35:15,17
43:12 45:13 63:15

**Joe** 66:20

**join** 35:3

**Joints** 56:6

**joists** 58:1

**journeyman**
13:21

**journeyman's**
13:15

**June** 16:22 48:20
49:24

**K**

**K-I-T-E-C** 24:21

**Kantor** 18:14,15,
17,18 42:20

**Kenney** 66:18,20
67:15

**kick** 62:7

**kind** 12:16 17:16
23:23 30:5 32:13
33:9 41:20 48:19
53:19 56:23 61:5
65:4

**kitchen** 52:15

**Kitec** 24:19,20,23
25:3 39:19 40:14
63:3,5

**L**

**labor** 18:1

**law** 5:5 7:17

**Lawrence** 18:14,
15,18

**lawsuit** 7:16
11:19 33:22 34:1,5,
16 35:16,19 38:4,23
43:9,10 49:18 53:11
54:16 56:3 61:19
62:25 66:22 67:1

**leak** 38:14 41:5,9,
14,17 42:5 48:22
49:12,23 65:10,19

**leaking** 65:12

**leaks** 31:18 33:14,
17,22 34:11,18
38:19,22 39:16 42:8
48:19 61:19 63:6,9,
11,17 65:18

**learn** 22:16 27:2
30:4,5 45:11

**learned** 35:7

**left** 12:2 43:13

**letter** 52:20

**liability** 36:23
37:13

**license** 13:22
14:11,22

**licensed** 13:9,11
29:11

**light** 61:7

**lines** 25:20 31:17
54:4,7 58:9 59:7

**list** 48:6

**listed** 12:4 21:15
23:5 56:13

**lists** 48:2

**live** 5:12

**location** 50:10

**Lochinvar** 24:15
26:22

**long** 9:14 13:23
14:4 20:1,14 29:13
39:10

**longer** 9:16 22:5,
6

**looked** 16:8 17:2,
21 35:24 46:16

**lost** 40:4

**lot** 17:13 24:22
37:9 39:23 40:4
45:20 54:18

**M**

**machine** 52:8

**made** 16:2 23:15
30:13 32:2,7 48:4
60:1

**mail** 14:19

**main** 22:23 28:4
31:10 32:12 58:9,10
62:21 64:5

**maintain** 14:11

**majority** 27:23

**make** 10:3,13
31:18 33:4 37:5

**making** 43:1
54:11

**manual** 44:6

**manufacture**
67:4

**mark** 15:23,24
16:6

**marked** 5:19,22
16:11 46:21,23
52:23,25 54:22,25
55:2,9,15,18 56:6,9
59:12 64:7

**marking** 59:10

**master** 13:11,22
29:7

**material** 18:1
20:22 21:7,8,11
30:11 44:24 63:12

**materials** 21:21
22:20 35:10,21
63:19

**math** 59:24

**memory** 26:24

**men** 30:12

**mentioned** 8:7

**met** 17:1 28:9
66:19

RICHARD ROMAN

November 29, 2016
Index: methodical..project

**methodical** 57:5

**mind** 25:11 42:1

**mine** 15:19

**minutes** 19:17

**moment** 13:4

**money** 28:17 37:23 40:4 42:13,14 43:1,14 59:21

**Monica** 7:16,20 8:11 11:17,21 12:4, 8,14 14:24 15:16 16:3 18:4,19 19:1 21:3 22:9,20 25:21 26:3 28:20 30:1,9 31:23 33:13,25 36:14 38:6,15,25 41:11,14 42:7 45:2, 11 46:19 47:10 48:6 49:11,19 52:3,22 53:4,11 54:11,15 55:13 59:15 60:1 61:14,22 62:14,24 64:22 66:21 67:1

**Monica's** 12:11 56:3 64:8

**Monicas** 42:21

**Monicas'** 67:9

**months** 15:14

**morning** 12:12 16:9 36:8 42:19 51:13

**move** 32:2

**mud** 33:19 38:14 41:9,14,24 49:25

**multiple** 25:8

**mutual** 15:17,18

**N**

**names** 12:1

**narrative** 48:13, 18 49:10

**nature** 13:6

**negotiate** 15:7

**NIBCO** 12:7 24:10 27:6,25 38:25 39:3,7,21 44:2,5,8 60:16 61:10 63:9, 23,25 64:11 66:22 67:2

**NIBCO's** 67:4

**nod** 10:7

**normal** 37:3 41:3

**notation** 48:1

**Notice** 5:17,24 7:1

**number** 7:8 34:15

**O**

**oath** 46:11 66:12

**offered** 14:15

**open** 19:15

**opportunity** 7:7 36:1

**opposed** 64:2

**option** 25:9

**options** 25:8

**order** 26:20

**ordered** 25:5

**original** 43:24 64:20

**owe** 42:14

**owed** 28:17 42:13,25 43:14

**owned** 14:4

**owner** 12:24 28:8

**owners** 63:5

**P**

**p.m.** 6:3 67:18

**package** 55:3

**packet** 53:6

**pages** 16:15 53:4 59:5 64:13

**paid** 43:16 59:22

**paper** 35:22

**paperwork** 11:9

**paragraph** 53:14,20

**paragraphs** 48:23

**part** 11:24 34:16, 19 35:19 36:22 38:4 49:10 54:16 55:22

**pass** 52:4

**passed** 67:14

**past** 60:16

**pay** 43:2,7,19,21

**Payable** 59:11

**people** 12:9 20:13 37:3,9 41:1 45:20,22,24

**percentage** 28:22

**person** 18:15 29:21

**person's** 65:24

**personal** 44:14, 16

**personally** 34:2 41:16

**pertain** 25:24

**pertaining** 11:19

**PEX** 20:25 21:19, 22 22:1,9,13,15,19, 24 23:3,12,13,14,15 24:8 25:8 27:6,20 30:4 39:3,12,16 44:6,8 45:15 53:25 54:7,14 59:3,7 60:1, 16 63:9,11 65:9 67:2

**Photographs** 56:5

**pick** 14:19 19:1

**picked** 17:2 35:9 42:22

**picture** 57:13,15, 17,19,25 58:2,7,8, 12,13,24 59:1,2,6,8 64:16

**pictured** 57:1

**pictures** 56:19, 24 57:23 58:21 64:13,22 65:1

**piece** 19:13 34:10 57:3

**pieces** 57:20

**pipe** 18:8,9 19:13, 14,24 20:3 23:8,12 27:13 33:6,8 34:14 35:6,7 36:5 39:19 40:5,8,9 56:6 57:3, 20,25 58:15 60:11 62:3,5

**piping** 20:18 31:20

**Plaintiff** 66:21 67:1

**plans** 17:3,19 19:19 20:9 45:19

**plastic** 27:12

**pleading** 53:7

**plumber** 13:9,11, 22,23 14:2

**plumbers** 29:7

**plumbing** 5:19 7:2 12:17,18,19,20 13:6,7 14:5,8,9 16:10 17:25 18:7,9, 17 22:22 25:4,7 28:1,5,12 30:15 31:7 33:13 34:1,18, 22 35:14 39:16 41:5 42:16,20 44:24 47:20 48:3 52:22 53:25 54:1,24 56:13 59:12,16 60:1 67:9

**point** 42:11,13

**points** 53:19,23

**poly** 23:18,22 24:4 64:1

**popular** 23:19

**positive** 33:18

**pounds** 32:23

**practice** 41:3

**preference** 44:14,16

**prepare** 11:6

**pressure** 31:17 32:7,10,11,14,21,24 33:1,6,10 62:17,19

**previously** 5:23

**price** 21:12

**problem** 31:25 35:7 40:10 61:16 66:6

**problems** 39:1, 23,25

**procedure** 26:23

**procedures** 52:12

**proceeding** 7:15,19,24

**process** 30:24

**produce** 8:15,16 38:5

**produced** 6:9 46:13

**producing** 6:11 8:12

**production** 7:6

**products** 27:3,6, 7 40:14 44:9 45:15 63:9 67:5

**progress** 30:13

**prohibit** 8:12

**project** 15:8

**proper** 31:20 52:2

**properly** 8:14
52:5

**proposal** 11:17
15:4,6 16:10 19:5
20:15 43:25 45:14
46:17

**proposing**
20:17

**provide** 8:5

**provided** 6:24

**PSI** 33:7

**pump** 19:6,11,12,
15 58:11 61:21 62:5

**Purcell** 55:13

**purchase** 28:2
42:22 43:1

**purchased**
42:17

**purposes** 39:13
48:10

**put** 14:20 19:15,23
20:8,12,15 23:6,8,9,
10 32:20,23 46:1
52:1,5 60:23 62:2,3

**PVC** 20:17,20

**Q**

**qualified** 14:16

**quarter** 60:24

**question** 10:12,
17,22,23 11:3 28:3
37:6 39:13

**questions** 9:25
36:3 48:11,15 55:6,
12 66:5,15 67:16

**quick** 46:5 66:4

**R**

**radon** 34:14 36:5

**ran** 14:7 19:23

**rated** 33:6

**reaches** 62:5,6

**read** 48:13,18
53:22 61:4

**real** 57:4

**reason** 41:23
43:6 64:5

**recall** 14:23 20:8
22:12 30:19,20
32:4,8 34:14,20
41:20,22 42:4 47:11

**received** 5:19
6:5 16:11 46:21
52:23 54:21,25
55:14 56:6 59:12

**recently** 63:13

**Recess** 46:6 66:7

**recirculate**
61:25

**recirculates**
61:23

**recirculating**
19:6,10,12 20:1

**recirculation**
61:20,21

**recognize** 55:22

**recollection**
33:20 49:18 54:14

**recommended**
15:19 19:18,21

**record** 5:10 8:8
10:1,10,14 37:9
46:9 55:6 57:10
66:10,19

**reducing** 32:7,
10,24 62:17,19

**refer** 64:12

**referenced**
17:22

**referred** 49:24

**referring** 57:8

**refers** 48:20 49:3

**reflect** 49:7

**refresh** 49:17
54:13

**refusing** 43:2

**regulate** 32:13,
25 33:11

**Rehau** 24:17

**relate** 7:15,23

**related** 8:2 9:8
43:4 47:6,23 48:4
49:25 56:3

**relation** 6:12

**relationship**
18:20

**release** 55:14
56:1,2

**relief** 62:22

**remember** 17:11
24:12,14 28:25
34:9,10,25 35:11,17
41:24 52:18

**renew** 14:22

**rep** 40:2

**repair** 13:8 42:5,8

**replace** 65:22

**report** 46:21,25

**reporter** 9:20
10:9 47:25

**represent** 6:22
12:7 15:1 64:9,21

**represented**
6:15

**representing**
66:20

**reputation**
44:20

**request** 6:8 7:8
8:1,19

**requested** 7:9
8:15

**requests** 7:5,11
8:1

**requires** 32:19

**resolve** 37:17

**resolved** 7:21

**response** 8:19

**responsive**
7:11,13

**rest** 11:18 34:14

**result** 40:17,20
67:12

**retained** 67:19

**returned** 49:4

**review** 7:7 11:10

**reviewing** 48:16,
24 50:21 55:20
56:10 59:18 64:14,
18

**Richard** 5:11,18,
24 7:2

**Rick** 5:15,21 57:12

**Ridge** 5:2,13 6:21

**ring** 26:14,15,18
27:14,16 57:2
60:11,23

**rings** 44:9 49:12
57:16 60:18

**roman** 5:11,12,
18,22,24 6:22 7:2
9:3 12:17,19,20
13:6 14:4,8 16:10
34:1,22 41:9 46:10
47:20 48:2 52:22
54:24 55:22 56:13
59:11,15 66:11

**Roman-1** 5:20

**Roman-2** 16:6,
12,13,15 17:14

**Roman-3** 46:22,
24

**Roman-4** 52:24
53:1

**Roman-5** 54:22
55:3

**Roman-6** 55:1,9

**Roman-7** 55:15,
18,23

**Roman-8** 56:7,9

**Roman-9** 59:10,
13

**room** 33:20 38:14
41:9,14,24 49:25
50:9

**rough** 18:9 31:6
32:5

**roughing** 31:14

**round** 26:14

**run** 19:12,14,22
33:3

**runs** 20:1

**S**

**scrapped** 40:17

**sells** 63:24

**sending** 53:5

**sense** 10:3

**series** 59:14

**served** 8:14

**Services** 46:20,
25 47:5 55:11 56:17

**set** 17:2,19

**settings** 61:22

**settled** 37:21
43:22 62:25

**settlement** 7:22,
24 8:10

**sewer** 31:10,25
51:22 52:6 58:10

**shows** 59:2

**shut** 33:4 62:6

**similar** 16:8 52:7

**sink** 42:3 52:15

**sir** 64:21

**size** 31:20

**slew** 14:19 34:6

**softener** 45:3 46:3 51:5,7,9,11,14, 19,23 58:6,8,14,19, 25

**softening** 45:9, 12,17,21,25

**Sol** 29:18,19

**soldering** 22:3

**sole** 12:24

**SOM-L-841-13** 7:18

**Somerset** 7:17

**sort** 14:10 22:16 58:18 65:17 66:5

**Spatz** 15:21

**speak** 9:19,21 11:1 37:9

**speaking** 9:9

**spec'd** 17:16

**specific** 25:19 27:15 57:8

**specifically** 8:1 12:16 27:7 33:24 34:20 40:8 53:14 64:12

**spelled** 53:25

**sprays** 34:12

**squeezes** 27:14

**stand** 41:7

**start** 22:17 34:7

**started** 14:1 15:7, 10,14 17:10 22:8, 12,15,18 39:20

**state** 5:9 13:10 14:17,18

**Statement** 52:21

**stating** 55:5

**STEPHENS** 5:7 8:22 9:1 16:5 37:11 46:4,8 66:3,9,14 67:17

**steps** 30:24 31:2, 3,5

**sticks** 42:1

**stopped** 25:1 39:22

**stuff** 18:9 32:8

**submitted** 37:13 39:6 47:9

**subpoena** 6:5,8, 12,24 7:4 8:15

**substance** 65:5, 17

**sued** 12:8 36:14 43:18 47:10

**sufficient** 8:18, 19

**suggest** 65:25

**suggested** 20:10 45:15

**suggestion** 21:2 50:13

**suggests** 49:11 51:4

**suing** 42:11

**suit** 35:4

**Summons** 54:21

**sump** 58:10

**Superior** 53:5

**supplied** 37:23

**supplier** 22:23 28:4

**supplies** 18:4 22:24

**supply** 18:14,17, 18 22:22 25:4,7,18 28:1,5,12 40:18 42:20

**supposed** 23:3 32:1 51:22

**switch** 28:7

**sworn** 5:4

**symptom** 65:19

**system** 34:18 45:5,9,12,17 46:2 51:1,6 52:6,14 60:2, 10 62:1

**systems** 39:16 45:21,25

**T**

**tabbed** 50:19 51:3 53:14

**tabs** 48:11

**takes** 20:13 22:5

**talk** 16:24 33:23 49:1

**talked** 16:23 42:18 62:24

**talking** 39:11

**tank** 61:20 62:11, 13,22

**teacher** 14:17

**temperature** 62:4

**ten** 19:17

**Terrier** 46:20,25 47:5 55:10 56:17

**testified** 67:7

**testifies** 5:5

**testify** 6:25 7:4,10

**thing** 10:5 13:12 18:6 51:3

**things** 34:6 35:13 43:13 54:18

**thought** 17:17,23 20:11 23:11 48:22

**throw** 20:14 40:6

**time** 8:4,21 9:22 11:1 15:13 17:6 18:21 22:7,8,23,25 23:17,19,25 24:10 25:12 27:23 28:25 29:1,14,16 30:1 32:20 35:4,6,17 36:21 37:12 39:10 45:14 51:20,25 55:7,12

**times** 9:6 27:1

**title** 53:8

**today** 5:23 6:2,6, 12,15,22 10:6 11:1, 7,11,15 27:20 30:2 46:13 66:15

**toilets** 18:11 33:3, 4

**told** 15:2 18:19 35:3 36:8 38:10,25 40:7,13 49:11 51:18 52:3

**tool** 27:14,16 61:7, 10,11

**tools** 27:5,11

**top** 5:25 11:24 47:13,16 48:1 56:11 57:15,25 58:7,8,24 59:6

**total** 16:17 17:18 20:3 43:25 59:21

**town** 32:18 67:11

**training** 22:16

**trap** 52:5

**trips** 28:9

**truck** 61:12

**truth** 13:16

**tube** 26:8 41:21 60:23 65:13

**tubes** 26:4

**tubing** 20:25 23:3 24:8,25 40:15 49:14 56:6 60:16 61:15 67:2

**tubings** 25:25

**tubs** 18:11

**type** 44:23 56:25

**typically** 19:9 45:25 60:20,22

**U**

**ultimately** 7:21 37:17

**um-hum** 10:8 20:5 26:9 27:8 29:4 43:23 47:2,20 50:20 59:17

**understand** 9:20 10:16,19 11:23 12:6 46:10 51:8,16 56:23 66:11,23,25

**understanding** 11:13 18:25 30:23 31:1 34:4,17 36:15 37:20 42:21 51:13

**understood** 10:22 45:7

**unions** 13:17

**unit** 21:13,14

**upper** 12:2

**V**

**vacation** 49:4

**valve** 32:7,10,24 62:18,19,20,22

**valves** 33:3

**vent** 20:18

**vents** 31:19

**W**

**w/attached** 46:20 52:20 55:14

**wait** 19:16

RICHARD ROMAN

November 29, 2016
Index: walked..Yup

**walked** 42:2

**wall** 36:11

**walls** 18:10 31:7

**warranty** 39:4

**Warren** 44:18

**washing** 52:8

**waste** 20:2,17
31:17 59:2

**water** 19:5,10,13,
14,16,17,22,23
20:2,14,24 31:10,
16,25 32:14 44:20,
21,25 45:3,9,12,16,
21,22,23,24,25 46:2
49:5 50:7,25 51:5,7,
8,11,14,19,23 52:14
58:6,8,9,14,18,25
59:3,7 61:23 62:18,
21 65:12

**ways** 26:6,13 62:8

**website** 44:3

**week** 49:3

**white** 56:22 58:14

**Wildwood** 5:2,
13

**Wirsbo** 24:11
26:21

**wood** 17:12

**work** 12:16 15:10
21:22 28:23 29:3
38:18 41:4,7 42:4
44:17 67:9

**worked** 14:9,24

**working** 22:8,9,
12,15 29:14,16,25
30:2

**works** 52:10

**wrap** 66:5

**wrong** 34:21,25
35:5,6 53:25

**wrote** 16:25 59:15

---

**Y**

**year** 43:11,18

**years** 9:15 13:21,
25 14:12 29:15,16,
22 34:15

**Yup** 6:1