# EXHIBIT 21

JAMES MONICA                                November 29, 2016

```
                                                     Page 1
 1              UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEW JERSEY
 2            CIVIL ACTION NO. 13-cv07871-FLW-TJB

 3

 4
        KIMBERLEY COLE, ALAN COLE,
 5      JAMES MONICA, LINDA BOYD,
        MICHAEL McMAHON, RAY SMINKEY,
 6      JAMES MEDDERS, JUDY MEDDERS,
        ROBERT PEPERNO, SARAH PEPERNO
 7      AND KELLY McCOY, on behalf of    DEPOSITION UPON
        themselves and all others       ORAL EXAMINATION
 8      similarly situated,                   OF
                                          JAMES MONICA
 9                                          VOLUME I
                     Plaintiffs
10

11                   vs

12
        NIBCO, INC.,
13

14                   Defendant

15      --------------------------

16

17              T R A N S C R I P T  of the

18      stenographic notes of SUSAN GIOFFRE, a Notary

19      Public and Certified Court Reporter of the State

20      of New Jersey, License No. XI001220, taken at the

21      DOUBLE TREE SOMERSET HOTEL, 200 Atrium Drive,

22      Somerset, New Jersey, on Tuesday, November 29,

23      2016 commencing at 8:30 a.m.

24

25
```

JAMES MONICA                                   November 29, 2016

```
                                                        Page 2
 1    A P P E A R A N C E S:

 2

 3       McCUNE WRIGHT, LLP
         1055 Westlakes Drive
 4       Berwyn, Pennsylvania 19312
         (909) 572-8019
 5       jbk@mccunewright.com
         BY:  JOSEPH P. KENNEY, ESQ.
 6       Counsel for Plaintiffs

 7

 8
         LATHROP & GAGE, LLP
 9       2345 Grand Boulevard - Suite 2200
         Kansas City, Missouri 64108-2618
10       (816) 292-2000
         rstephens@lathropgage.com
11       BY:  RACHEL STEPHENS, ESQ.
         Counsel for Defendant NIBCO
12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

JAMES MONICA                                    November 29, 2016

```
                                                    Page 3
 1                    I N D E X

 2

 3   WITNESS NAME                        PAGE NO.

 4

 5   JAMES MONICA

 6

 7        DIRECT EXAMINATION BY MS. STEPHENS      5

 8        CROSS-EXAMINATION BY MR. KENNEY       167
 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

JAMES MONICA                                    November 29, 2016

```
                                                        Page 4
 1                    E X H I B I T S

 2

 3    EXHIBIT NO.        DESCRIPTION              PAGE NO.

 4
      Monica-1          Defendant's Amended
 5                      Notice of Deposition
                        of James Monica              12
 6

 7    Monica-2          Second Amended Class
                        Action Complaint/Jury
 8                      Trial Demand                 24

 9
      Monica-3          Plaintiff James Monica's
10                      Objections and Responses to
                        Defendant NIBCO, Inc.'s First
11                      Set of Interrogatories      131

12
      Monica-4          NIBCO Return Authorization
13                      Form, 7/31/13                55

14

15    Monica-5          Complaint, Monica v Roman
                        Plumbing/Richard Roman       79
16

17    Monica-6          Roman Plumbing & Heating
                        Contractors Proposal,
18                      6/11/10                      89

19
      Monica-7          Release, 12/4/13, Between
20                      Roman Plumbing & Heating
                        Contracting                 108
21

22    Monica-8          Ten Photographs of
                        Pipes/Tubing, etc.          152
23

24    Monica-9          E-Mail, w/attachment,
                        7/31/13, Baumann to Monica  58
25
```

JAMES MONICA                                          November 29, 2016

Page 5

```
 1   J A M E S     M O N I C A,

 2               12 Hillcrest Boulevard, Warren, New

 3                Jersey, called as a witness, having

 4                been first duly sworn according to

 5                law, testifies as follows:

 6

 7   DIRECT EXAMINATION BY MS. STEPHENS:

 8

 9       Q.      Please state your name for the record.

10       A.      James Martin Monica.

11       Q.      And Mr. Monica, you understand that

12   today you're under oath?

13       A.      Yes, I do.

14       Q.      So it's as if we're sitting in front

15   of a judge and jury today in this deposition.

16       A.      Yes, I understand that.

17       Q.      I understand you're an attorney, sir?

18       A.      Yes, I am.

19       Q.      And what state are you admitted to

20   practice in?

21       A.       I am currently out of practice, but I

22   was admitted in the state and federal courts of

23   New Jersey and the Third Circuit Court of

24   Appeals.

25       Q.      Are you currently employed as an
```

JAMES MONICA                                    November 29, 2016

Page 6

1    attorney?

2       A.      No.  My title does not require me to

3    be an attorney, so I would say no.

4               I do serve legal capacities.  I'm a

5    labor attorney.

6       Q.      Let's back up.  Let's take it a piece

7    at a time.

8       A.      It's a complicated answer to a simple

9    question.

10      Q.      Sure.  Let's go over the ground rules

11   of a deposition.  I know it's probably unusual

12   for an attorney to sit on the other side of this

13   room, but as you know, the court reporter here is

14   taking down everything we say, and it will be

15   helpful if you allow me to finish my questions

16   and I allow you to finish your answers, so I will

17   try not to interrupt you like I just did, but I

18   think, for the sake of clarity, that was helpful

19   in that instance.

20              The other important thing to remember

21   is that we need verbal answers from you, so, you

22   know, shaking your head or nodding your head

23   can't be taken down by the court reporter

24   accurately.

25              So what I'd like -- you know, I might

Page 7

1    follow up a question with, you know, "Is that a

2    yes" or "Is that a no?"

3             Please don't think that I'm trying to

4    be adversarial with that, but I just want to make

5    sure we have a clear record.

6             Is that fair?

7    A.     I understood that.

8    Q.     If you don't understand a question

9    today, please let me know or ask me to restate or

10   I'll try to frame it in a way that you understand

11   the question.

12            Is that fair?

13   A.     Um-hum, yes.

14   Q.     And also, if you answer a question

15   that I asked you, I'm going to assume that you

16   did understand it.

17            Is that fair?

18   A.     Yes.

19   Q.     Back to my -- what we were talking

20   about, who is your current employer?

21   A.     Penske Truck Leasing, Co., LP.

22   Q.     And what's your title there?

23   A.     Director of labor relations.

24   Q.     Now, you were explaining that there's

25   some legal aspects of that job, but it doesn't

Page 8

1    require you to have an active license.

2              Is that correct?

3        A.    That's correct.  I am a labor

4    attorney, so my practice is in front of the

5    National Labor Relations Board.

6              If I do any type of litigation which

7    does not require you to be current with your

8    licensing or anything like that, and most of my

9    job is day-to-day counseling, employee-relations

10   related, so I do not appear in federal or state

11   court.

12       Q.    Okay.

13       A.    I am not a litigator.

14       Q.    Have you taken depositions before?

15       A.    I have, yes.

16       Q.    Have you ever had your deposition

17   taken?

18       A.    No.

19       Q.    So this is a new experience for you?

20       A.    Yes.

21       Q.    What year did you graduate from law

22   school?

23       A.    2006.

24       Q.    And then after you graduated from law

25   school, what did you do after law school?

JAMES MONICA                                November 29, 2016

Page 9

```
 1      A.      I started in a commercial litigation

 2   firm specializing in construction law.

 3              It was a law firm that I had interned

 4   with while I was in law school, and that was my

 5   first job out of school.  I practiced there for

 6   about a year as an attorney.

 7      Q.      What's the name of that firm?

 8      A.      Peckar & Abramson.

 9      Q.      Where is that located?

10      A.      River Edge, New Jersey.

11      Q.      And what did you do after you

12   practiced at that firm for about a year?

13      A.      I moved to another law firm called

14   Kroll Heineman.

15      Q.      How do you spell Kroll?

16      A.      K-r-o-l-l.

17      Q.      Thank you.

18      A.      And I practiced there for a little

19   under five years.

20      Q.      Were you doing construction law again,

21   or what kind of law were you practicing?

22      A.      Plaintiff and union side labor law and

23   litigation.

24      Q.      So if my math is correct, that takes

25   you up to about 2012.  Is that correct?
```

JAMES MONICA                                    November 29, 2016

Page 10

```
1       A.      Yes.

2       Q.      So what did you do after you practiced

3    at your second law firm?

4       A.      I went to another law firm, Littler

5    Mendelson, where I practiced labor law on behalf

6    of management.

7       Q.      And then after Littler, what did you

8    do?

9       A.      I am in my current employment at

10   Penske.

11      Q.      When did you start at Penske?

12      A.      January 25, 2016.

13      Q.      So you've been there almost a year?

14      A.      Yes.

15      Q.      Are you taking any medications or do

16   you have anything going on in your life that

17   might prevent you from giving me full and

18   complete answers today?

19      A.      No.

20      Q.      What did you do to prepare for today's

21   deposition?

22      A.      I spoke with my attorney.

23      Q.      Did you look at any documents?

24      A.      I did.

25      Q.      What documents did you look at?
```

JAMES MONICA                                    November 29, 2016

Page 11

1      A.      I looked at the deposition notice for

2    today, I looked at the complaint that I filed

3    against my plumber, Richard Roman, I looked at a

4    few pictures that I took, and that's about it as

5    far as documents go.

6      Q.      Did you talk to anyone other than your

7    attorney about today's deposition?

8      A.      No.

9      Q.      So, for instance, at your work you

10   might have told someone "I've got something else

11   going on," but didn't talk to anybody about what

12   you were going to testify about?

13     A.      Correct.

14     Q.      Just to make sure we're on the same

15   page today, I believe you understand I represent

16   NIBCO, correct?

17     A.      I understand that.

18     Q.      Okay.  And you're familiar with the

19   term PEX, P-E-X?

20     A.      Yes.

21     Q.      And that's -- I think we both

22   understand that that's a plastic tubing that's

23   used in plumbing of homes.

24             Now, the term "tubing" and the term

25   "piping" are sometimes used to describe it, and I

JAMES MONICA                                    November 29, 2016

1    might use them interchangeably today.

2            I'll try to be consistent and use the

3    word "tubing," but if I say "piping," you'll

4    understand I mean the same type of thing?

5        A.    Yes.

6        Q.    Also, we will use the term "fittings"

7    today.  And do you understand that fittings are

8    items or products that are used to fit together

9    pieces of piping in a plumbing system?

10       A.    I understand that.

11             (Defendant's Amended Notice of

12       Deposition of James Monica is received and

13       marked as Exhibit Monica-1 for

14       Identification.)

15       Q.    I'm going to hand you what's been

16   marked Monica Exhibit 1.

17             Take a glance at that and let me know

18   if you recognize it.

19             (Witness reviewing exhibit.)

20       A.    I do recognize this.

21       Q.    And is this the deposition notice that

22   you reviewed as part of your preparation for

23   today?

24       A.    Yes, it is.

25       Q.    And this states that as we're sitting

JAMES MONICA                                    November 29, 2016

Page 13

1    here starting on November 29, 2016 starting at

2    8:30 we're having your deposition.

3              Is that correct?

4    A.       You are correct.

5    Q.       Now, on the last page there are

6    several various firms listed.

7              Now, I think some of these people may

8    have changed firms, but a lot of names are the

9    same.

10             When you became involved in this

11   lawsuit, were you in contact originally with one

12   of these particular law firms or individuals

13   associated with those firms?

14   A.       Yes.

15   Q.       Okay.  Which ones?

16   A.       Joseph Sauder was my primary point of

17   contact.  At the time he was with the law firm of

18   Chimicles & Tekellis.

19   Q.       It's still listed there that he was

20   with Chimicles originally, okay?

21             Do you recall when you first came into

22   contact with Mr. Sauder to become part of this

23   lawsuit?

24   A.       I could not give you the exact date.

25   I would guess it would be somewhere -- I'm

JAMES MONICA                                    November 29, 2016

Page 14

1    guessing -- guesstimating between 2012 and 2013,

2    possibly, but I don't recall the exact time.

3         Q.    Was it before or after you filed a

4    lawsuit against your plumber, Richard Roman?

5         A.    It was after, I believe.

6         Q.    Do you have a -- have you signed an

7    engagement letter or some sort of retention

8    agreement with your counsel in this lawsuit?

9         A.    Yes.

10        Q.    What are the terms of that engagement?

11        A.    Can you rephrase your question?

12             What do you mean by that?

13        Q.    Sure.  For example, are there any --

14   does that agreement -- I'm just going to call it

15   an "engagement agreement" for lack of a better

16   term right now -- entitle you to any sort of

17   reward or bonus as a result of the outcome of

18   this case?

19        A.    Not that I'm aware of, no.

20        Q.    Does it require you to cover the costs

21   of this litigation or is --

22        A.    No, it's done on a contingency basis.

23        Q.    How did you become involved in this

24   lawsuit; like, how did you find Mr. Sauder?

25        A.    After the second or third water leak

JAMES MONICA                                    November 29, 2016

Page 15

1    in my house, one of the plumbers who fixed that

2    leak told me that in his hometown he had heard of

3    a couple who recently bought or built a new house

4    and they used the same NIBCO fittings and tubings

5    that were used in my house, and that their house

6    was somewhere around six months old, and that

7    they had to replace all of the plumbing.

8             And he told me that when he replaced

9    the fittings, that the material that he saw on

10   the inside of the fittings to him did not look

11   like normal wear and tear, that there was

12   something that was probably wrong.

13            So, I started looking around on the

14   internet, Google is where I started, and I saw

15   that there were a few lawsuits that were started

16   against NIBCO, and I came across Mr. Sauder's

17   name as being an attorney and firm that were

18   investigating the potential defects in the NIBCO

19   fittings and tubing.

20            So the short answer to your question

21   is I did internet research and found them on my

22   own.

23      Q.    What was the name of this plumber that

24   you spoke to?

25      A.    His name is Michael Palazzo.

JAMES MONICA                                    November 29, 2016

Page 16

1        Q.       Can you spell that last name, or

2   attempt to?

3        A.       P-a-l-a-z-z-o.

4        Q.       Do you know where Mr. Palazzo -- does

5   he work for a company?

6        A.       He's self-employed; Palazzo Plumbing &

7   Heating.

8        Q.       Do you know if he's still in business?

9        A.       I do not.

10       Q.       Do you know the name of the couple

11  that he told you about?

12       A.       No, and he did not either.

13       Q.       Did he tell you where that house was

14  located?

15       A.       I believe it was in Chatham, New

16  Jersey, but I'm not 100 percent positive.

17       Q.       You said he was at your house fixing

18  one of the leaks in your home?

19       A.       That's correct.

20       Q.       Do you recall the approximate date?

21       A.       I would say that would probably be

22  somewhere around 2013.

23       Q.       Can you venture a guess as to at least

24  the season, the time of year that that occurred?

25       A.       No, I would be guessing.  I've had

JAMES MONICA                                    November 29, 2016

Page 17

1   multiple leaks, but I don't recall exactly when

2   that was.

3       Q.    Do you have any documents related to

4   that, when Mr. Palazzo came to your house to fix

5   a leak?

6       A.    Any documents I had I've given to my

7   attorney.

8       Q.    So is that a "No" or a "Yes"?

9             Did you ever get an invoice from

10  Mr. Palazzo?

11      A.    I did.

12      Q.    And you believe, to the extent that

13  document existed, you gave it to your attorneys.

14            Is that correct?

15      A.    Yes.  Just so you understand here,

16  when this happened the first time or the second

17  time, I didn't really think too much of it.

18  I didn't think that I would be sitting in this

19  chair here today.

20            So, Mr. Palazzo e-mailed me an

21  invoice.  I paid the invoice, and I deleted the

22  e-mail.  I mean, we're talking three or four

23  years ago.

24            So, if I had the e-mail -- if I had

25  the invoice, it was given to my attorney and

JAMES MONICA                                    November 29, 2016

Page 18

1    produced.  If I don't have it, it's simply

2    because it was a three or four-year old e-mail

3    that I purged.

4         Q.    Well, let's unpack that a little bit,

5    Mr. Monica.  You're an attorney.

6              Is that correct?

7         A.    Yes.

8         Q.    I believe you just told me a story

9    about how after this particular leak Mr. Palazzo

10   shared this information with you and you then

11   started Goggling and you found Mr. Sauder, and

12   you believe that you became involved in this

13   lawsuit about 2013, about the same time as this

14   particular leak.

15             So, you just stated to me you didn't

16   think you would become involved in a lawsuit, but

17   it seems, at least around the same time, that you

18   did.  Is that correct?

19        A.    Those are your words, yes.

20        Q.    Well, am I correct or not?

21             Did I not just regurgitate back to you

22   what happened?

23             MR. KENNEY:  Objection.

24        A.    Yes.

25        Q.    Okay.  Is there a part of what I just

JAMES MONICA                                    November 29, 2016

1   said that you disagree with?

2       A.      No.

3       Q.      But you still deleted the invoice that

4   was sent to you.  Is that correct?

5       A.      When I say "deleted," I did not

6   intentionally the hit the delete button.  It just

7   stayed in my in-box as old e-mail, and as my

8   in-box fills up, older e-mails are purged or

9   whatever Optonline does with that.

10      Q.      How did you pay that invoice?

11      A.      Either by cash or check, but I

12  couldn't tell you for certain which one.

13      Q.      If you paid by check, what bank

14  account would it have come out of?

15      A.      Wells Fargo.

16      Q.      Do you bank elsewhere?

17      A.      I do.

18      Q.      Where?

19      A.      I don't know why that's relevant.

20      Q.      Where?  I don't hear an objection.

21      A.      Chase.

22      Q.      Chase Manhattan?

23      A.      Um-hum.

24      Q.      Is that a "Yes"?

25      A.      Chase Bank.

JAMES MONICA                                    November 29, 2016

Page 20

1      Q.      Where else do you bank, Mr. Monica?

2      A.      That's it.

3      Q.      How about back in 2013 when this

4  occurred, did you have a bank account anywhere

5  else?

6      A.      In 2013 I did not have the Chase Bank

7  account.  I just had the Wells Fargo account.

8      Q.      Do you know how much you paid

9  Mr. Palazzo for that particular repair work?

10      A.      Well, Mr. Palazzo fixed more than one

11  of the leaks in my house.

12      Q.      That particular one that we're talking

13  about when he came just to visit your house and

14  repair a leak and you had this discussion about

15  NIBCO, that particular visit, do you recall how

16  much you paid him?

17      A.      Approximately, $1,500.

18      Q.      And you might have paid that amount in

19  cash?

20      A.      Yes.

21      Q.      How much cash do you have in your

22  wallet right now?

23              MR. KENNEY:  Objection.  I don't think

24      that's relevant.

25              MS. STEPHENS:  A relevance objection

JAMES MONICA                                    November 29, 2016

Page 21

1        is improper.  It's not grounds to not answer

2        a question in a deposition.

3               MR. KENNEY:  I disagree.

4               You can answer it if you feel

5        comfortable.

6        A.      None.

7        Q.      Have you tried to determine exactly

8    how much you paid Mr. Palazzo for that particular

9    visit?

10       A.      Yes.

11       Q.      Okay.  And how much?

12              What have you done?

13       A.      I looked at the invoice --

14              MR. KENNEY:  Object to the form of the

15       question.  You can answer it, if you

16       understood it.

17       A.      Can you repeat the question?

18       Q.      I believe I asked you a couple

19   questions ago whether you had tried to figure out

20   how much you had paid Mr. Palazzo for that

21   particular visit, and I believe you said "Yes."

22              What have you done to try to figure

23   that out?

24       A.      I looked at his invoice.

25       Q.      Okay.  When did you look at that

JAMES MONICA                                    November 29, 2016

Page 22

1    invoice?

2         A.      2013.

3         Q.      No, I mean as part -- as part of this

4    lawsuit you said you deleted it.  You said -- let

5    me back up.

6               As part of this lawsuit I'd like to

7    know exactly how much you paid Mr. Palazzo.

8               Could you tell me that today?

9         A.      Without looking at any documents, no.

10        Q.      What documents could you look at to

11   help you solve that -- answer that question?

12        A.      The invoices that I would have

13   received from Mr. Palazzo.

14        Q.      And you believe, to the extent you had

15   any of those in your possession, you've given

16   them to your attorneys.

17               Is that correct?

18        A.      Yes.

19        Q.      Do you believe you've given any

20   invoices from Mr. Palazzo to your attorneys?

21        A.      If I did, it would have been very

22   early on in the litigation when Mr. Sauder was

23   still with the Chimicles firm.

24        Q.      At least based on what you've told me,

25   Mr. Palazzo visited your home around the same

JAMES MONICA                                    November 29, 2016

Page 23

1    time or a little bit before you would have come

2    into contact with Mr. Sauder.

3              Is that correct?

4    A.      Yes.

5    Q.      Do you recall when the original

6    complaint was filed in this case, approximately

7    the date?

8    A.      I believe it was around 2013.

9    Q.      As part of the filing of the

10   complaint, did you review the allegations that

11   were contained in that complaint?

12   A.      I reviewed the entire complaint that

13   was drafted before it was filed.

14   Q.      What about subsequent amended

15   complaints, have you reviewed those before they

16   would have been filed?

17   A.      Yes, I have.

18   Q.      And what about the discovery that has

19   been served in this case upon you, what did you

20   do -- did you review those discovery requests?

21   A.      Yes, I did.

22   Q.      Did you help draft the responses?

23   A.      The legal responses I did not draft.

24   I reviewed them from counsel.

25              As far as getting documents together

JAMES MONICA                                    November 29, 2016

Page 24

1    and responding substantively, yes, I did assist

2    with that.

3                    (Second Amended Class Action

4            Complaint/Jury Trial Demand is received and

5            marked as Exhibit Monica-2 for

6            Identification.)

7        Q.    I'm going to hand you what's been

8    marked Monica-2.

9                    (Witness reviewing exhibit.)

10       Q.    Take a chance and look at it, but I

11   will represent to you that I believe this is just

12   a complete copy of the Second Amended Complaint

13   that's been filed in this lawsuit.

14                   (Witness reviewing exhibit.)

15       A.    Okay.

16       Q.    Does Exhibit 2 look familiar to you,

17   sir?

18       A.    Yes.

19       Q.    Now, if you could flip to Page 6, I

20   believe that there's a section starting on that

21   page where you see your own name, "James Monica"?

22       A.    I see that.

23       Q.    And I believe this section goes on for

24   several pages and ends in Paragraph 42 on

25   Page 10.  Do you see that as well?

JAMES MONICA                                    November 29, 2016

Page 25

1        A.      I do.

2        Q.      Now, contained in that section

3   underneath your name there are a couple of

4   pictures, three to be exact; there are two on

5   Page 8 and one on Page 9.

6                Let's start on Page 8.

7                Do you recognize the first picture on

8   Page 8?

9        A.      Yes, I do.

10       Q.      Who took that picture?

11       A.      I did.

12       Q.      When did you take that picture?

13       A.      At some point before the first

14  complaint was filed.

15       Q.      So, if I represent to you that I

16  believe that the first complaint was filed on

17  December 27, 2013, does that help you remember

18  when you might have taken that picture number

19  one?

20       A.      I would have taken it at some point in

21  2013, I believe.

22       Q.      Do you know where this picture is

23  taken?

24       A.      I do.

25       Q.      Where?

JAMES MONICA                                    November 29, 2016

                                                        Page 26
1      A.      This is in my basement.

2      Q.      Can you be more specific; what part of

3   your basement?

4      A.      Well, my basement is just one room, so

5   it would be -- if you were standing in front of

6   the house looking towards the back, it would be

7   about two-thirds of the way towards the back of

8   the house in the ceiling.

9              The ceiling in the basement is not

10  finished.  This is exposed.

11     Q.      So, this particular tubing and fitting

12  that we see is in the ceiling between your

13  basement floor and the first floor of your home.

14             Is that correct?

15     A.      That's correct.

16     Q.      If I use the phrase "T-fittings," does

17  that make sense to you?

18     A.      Yes, it does.

19     Q.      And I believe this shows a T-fitting?

20     A.      Yes.

21     Q.      Was this particular fitting leaking?

22     A.      Yes.

23     Q.      Do you recall out of what part this

24  particular joint was leaking?

25     A.      Yes, all of -- all of the leaks, to

JAMES MONICA                                    November 29, 2016

Page 27

1    the best of my recollection, the leak would be

2    right in the fitting piece, right in the center

3    of the fitting piece.

4              And either we would discover the leak

5    because of water, or the coupling, which is that

6    silvery gray looking thing around the tubing that

7    attaches the tubing to the fitting, the coupling

8    would burst and we would see the leak.

9              But they were leaking -- all of the

10   leaks were right at the fitting in my house, not

11   in the tubing.

12   Q.    I just want to make sure I understand.

13             Was there -- do you believe there was

14   a hole in the fitting and like the water was

15   coming out of that hole or the leak was just at

16   the fitting itself?

17   A.    I believe that the leak was at the

18   fitting itself.

19             If there was a hole, it was not large

20   enough to be visible with the naked eye.

21   Q.    So, I'm just trying to make sure I

22   understand.

23             There was water coming out somewhere

24   near the fitting; you just don't know exactly

25   where it was coming out of?

JAMES MONICA                                November 29, 2016

Page 28

1      A.      I know exactly where it was coming out

2  of.  It was the point right where the tubing and

3  the fitting married to each other, water was

4  coming out of there.

5      Q.      So at the joint between the fitting

6  and the tubing there was water coming out?

7      A.      Yes.

8      Q.      And I forgot to cover this, but you

9  mentioned these "couplings."

10             I believe they're called "clamps."

11             If I use that phrase, will that make

12  sense to you?

13     A.      Yes.

14     Q.      What about the next picture on Page 8,

15  which is underneath Paragraph 36, did you take

16  that photograph?

17     A.      I did.

18     Q.      When did you take that photograph?

19     A.      This was probably a picture of the

20  first fitting that burst, so it would have been

21  sometime in early 2013.

22     Q.      And this is -- if I use the term

23  "elbow fitting," does that make sense to you?

24     A.      Yes, it does.

25     Q.      Now, you said "burst."

JAMES MONICA                                    November 29, 2016

Page 29

1              Can you explain what you mean by a

2    fitting burst?

3              The fitting itself looks, at least,

4    intact to me.

5         A.     Where the water leaked -- when I say

6    "burst," the water leaks and -- the water starts

7    leaking.

8         Q.     And if I could refer, maybe, back to

9    your previous answer, again, you're saying the

10   water was coming out of the joint between the

11   fitting and the tube, but you don't recall, for

12   instance, the tube splitting or a hole in the

13   tube or the fitting; you just know that the water

14   was coming out of that connection?

15        A.     Correct.

16        Q.     And you believe this might have been

17   related to the first leak?

18        A.     Yes.

19        Q.     If you could turn the page and look at

20   Paragraph 37, there's one final picture.

21              Who took this picture?

22        A.     I did.

23        Q.     When did you take this picture?

24        A.     This is -- I took this picture at the

25   same time I took the second picture on the bottom

JAMES MONICA                                    November 29, 2016

Page 30

1    of Page 8 under Paragraph 36.

2        Q.     Is this the same elbow that's depicted

3    underneath Paragraph 36?

4        A.     Yes.

5        Q.     And is this the inside of that

6    particular fitting?

7        A.     Yes.

8        Q.     Why did you take -- let me back up.

9               Why did you take these three pictures?

10       A.     Because I suspected there was

11   something wrong with the fittings in my house.

12       Q.     At the time that you took these

13   pictures, did you have legal representation in

14   this lawsuit?

15       A.     I think I took these slightly prior to

16   that.  I may have been in contact with Mr. Sauder

17   before I took these pictures, but I don't know if

18   I had actually signed a retainer agreement with

19   him or his firm when I took these.

20       Q.     Was anyone else present when you took

21   these three pictures?

22       A.     Maybe my wife.

23       Q.     When you took -- I believe, from your

24   testimony and my understanding, is that the

25   pictures in Paragraph 36 and 37 were taken at the

JAMES MONICA                                    November 29, 2016

Page 31

1    same time, and the picture in Paragraph 35 was

2    taken at a different time.

3              Is that correct?

4    A.      I might have taken them the same day

5    or within the same week, but I'm not 100 percent

6    sure.

7    Q.      Did you take other pictures of these

8    particular fittings?

9    A.      Of these particular ones that are

10   here?

11   Q.      Yes.

12   A.      Not that I'm aware of.

13   Q.      Have you taken other pictures of the

14   fittings in your home, or the plumbing in

15   general?

16   A.      I haven't taken any pictures of the

17   plumbing in general.  I did take pictures of some

18   of the fittings with the other leaks that I had.

19   Q.      Okay.  And to the extent you've taken

20   photographs of the other fittings in your home,

21   have you turned those over to your counsel?

22   A.      Yes, I have.

23   Q.      When was your house on Hillcrest

24   Boulevard built?

25   A.      We started construction in July of

JAMES MONICA                                    November 29, 2016

Page 32

```
 1   2010 and we received our final certificate of

 2   occupancy in April of 2011.

 3       Q.     And when did you move into the home?

 4       A.     April of 2011.

 5       Q.     Can you generally describe the home to

 6   me, please?

 7       A.     In what way?

 8       Q.     How many bedrooms does it have?

 9       A.     Four.

10       Q.     How many bathrooms?

11       A.     Three-and-a-half.

12       Q.     How many stories is it?

13       A.     Two with a quasi-finished basement.

14       Q.     What do you mean by "quasi-finished"?

15       A.     Well, it has carpeting, the walls are

16   painted, but the ceiling is exposed.  There's no

17   panel like this (indicating) or any kind of

18   ceiling.

19       Q.     The part of your basement, it sounds

20   like -- is it all carpeted?

21       A.     Not entirely all of it.  We have --

22   where our hot water heater is we have a little

23   storage area there, and that's kind of -- we have

24   a temporary curtain wall up there, and the

25   carpeting ends right where that is.
```

JAMES MONICA                                    November 29, 2016

Page 33

 1      Q.      And do you use your carpeted part of
 2   your basement for anything in particular?
 3      A.      Just recreation.  My kids use it for
 4   playing.  There's a couch, a TV, a bar down
 5   there, exercise area.
 6      Q.      Is there a bathroom in the basement?
 7      A.      No.  There was supposed to be, but
 8   there isn't.
 9      Q.      Did you design this house yourself?
10              And by "you" I mean did you hire
11   someone for your house to design it for you?
12      A.      We retained an architect.
13      Q.      And did you have a general contractor
14   build it for you?
15      A.      No.
16      Q.      Who built it?
17      A.      I served as the general contractor,
18   but I'm not a contractor by trade, but I hired
19   all of the tradesmen directly.
20      Q.      When it came time to hire a plumber to
21   install the plumbing, how did you go about
22   finding someone?
23      A.      He came highly recommended from
24   another contractor who was doing the excavation
25   work at the house.

JAMES MONICA                                          November 29, 2016

Page 34

1        Q.      Who was the excavation contractor?

2        A.      V.A. Spatz & Sons.  S-p-a-t-z.

3        Q.      And by "he", I believe we both

4    understand that to be Richard Roman.

5                Is that correct?

6        A.      The plumber, yes.

7        Q.      Sorry, yes.

8                Now, after you received this

9    recommendation from the excavator, did you

10   contact Mr. Roman?

11       A.      I did.

12       Q.      And did you ask him to provide you

13   with a proposal?

14       A.      I did.

15       Q.      Did you receive proposals or bids from

16   any other plumbing contractors for the work --

17   the plumbing on your home?

18       A.      I spoke to a couple of other plumbers,

19   but I do not believe I actually received any

20   formal proposals from any of the plumbers.

21       Q.      When you spoke to Mr. Roman about

22   possibly providing or being your plumbing

23   subcontractor, do you recall what you discussed?

24       A.      Yes.  We discussed the type of

25   materials that he would use, whether we would use

JAMES MONICA                                      November 29, 2016

Page 35

1    his plumbing supply company or whether I would

2    furnish all of the fittings.

3              Obviously, we discussed the price, and

4    we discussed the type of heating system; whether

5    I wanted hot water base, forced air, that sort of

6    thing.

7    Q.        Were you interested in having PEX used

8    for the plumbing in your home or was that

9    something that Mr. Roman recommended?

10   A.        That was something Mr. Roman

11   recommended.  I had never heard of it, nor did I

12   know anything about it.

13   Q.        After it was recommended by Mr. Roman,

14   did you do any research into PEX in general?

15   A.        No.

16   Q.        Did you and Mr. Roman ever discuss

17   what brand of materials he was going to use for

18   the plumbing?

19   A.        No.

20   Q.        You mentioned that you had a

21   discussion about who would supply the materials,

22   he or you --

23   A.        The fittings.

24   Q.        The fittings, okay.

25   A.        And what I mean by "fittings," if I

JAMES MONICA                                    November 29, 2016

Page 36

1    may clarify, I'm not talking about these NIBCO

2    fittings, I'm talking about faucets, shower

3    handles.

4         Q.      Perhaps fixtures?

5         A.      Fixtures, sorry.

6         Q.      Okay.  So your discussion -- to

7    clarify what you said earlier, you meant you had

8    a discussion about who would supply the fixtures

9    for the plumbing?

10        A.      Yes, yes.

11        Q.      Did you have a discussion with

12   Mr. Roman with about what type of fittings would

13   be used in your home?

14        A.      No.

15        Q.      So you don't recall having a

16   discussion about brass or plastic fittings?

17        A.      We did not, not that -- I don't

18   recall.  We did not have a discussion about that

19   whatsoever.

20             The only option that he gave me was

21   whether I wanted water base heat or forced air,

22   and he asked if I wanted to use traditional

23   copper plumbing, tubes and fittings, or this PEX

24   stuff, and he said the PEX is a lot easier, it's

25   better.  He told me that it would be what he

JAMES MONICA                                        November 29, 2016

Page 37
1    would prefer to use and I said okay, but we never

2    had any conversations about the particular brands

3    or the fittings or anything of that sort.

4         Q.     Did you discuss any possible price

5    difference between the copper and the PEX?

6         A.     We probably did.

7         Q.     Was price important to you in deciding

8    on what kind of plumbing you were going to have

9    in your house?

10        A.     No.

11        Q.     So if copper would have been more

12   expensive you would have been okay with that?

13        A.     Yes.  I mean, if it was quadruple in

14   price, obviously, I would consider the price as a

15   factor, but it was not my primary concern.

16        Q.     Had you lived in a home before you

17   moved into your home on Hillcrest Boulevard?

18        A.     Yes.

19        Q.     Do you know what kind of plumbing that

20   home had?

21        A.     The house was very, very old.  I would

22   be guessing, but I would assume it was

23   traditional copper fitting.

24        Q.     So copper tubing and fittings?

25        A.     Right, but I'm not 100 percent sure of

JAMES MONICA                                    November 29, 2016

Page 38

 1   that.

 2        Q.     Where was that home located?

 3        A.     12 Hillcrest Boulevard.

 4        Q.     No, your previous home?

 5        A.     12 Hillcrest Boulevard.

 6        Q.     Okay.  Interesting.  So you tore down

 7   your previous home and built a new one?

 8        A.     Yes.

 9        Q.     Why did you decide to tear down your

10   previous home and build a new one?

11        A.     Because the house was very, very old.

12   It was my great grandmother's.  It was not big

13   enough to have children in.

14        Q.     Where did you live while your house

15   was being rebuilt?

16        A.     10 Hillcrest Boulevard.

17        Q.     So next door?

18        A.     Yes.

19        Q.     Did you rent that house?

20        A.     No, that's my parents' house.

21        Q.     So you lived next door to your

22   parents?

23        A.     Yes.

24        Q.     Has your parents' home been rebuilt or

25   is it still the original home?

JAMES MONICA                                      November 29, 2016

Page 39

1      A.      Still the original home.

2      Q.      On Exhibit 2, could you please turn to

3    Page 7?

4              (Witness reviewing exhibit.)

5      Q.      And, in particular, I'm looking at

6    Paragraph 30.

7              Do you see there it says, "Plaintiff

8    Monica's residential plumbing system was

9    installed using NIBCO plumbing accessories,

10   including NIBCO PEX tubing, NIBCO PEX fittings,

11   NIBCO clamps and other installation accessories"?

12             Do you see that?

13     A.      I do.

14     Q.      When did you learn that the plumbing

15   in your home included NIBCO products?

16     A.      In 2013 when we started having the

17   leaks.

18     Q.      So up until that point you were not

19   aware of that fact?

20     A.      No.

21     Q.      Now, because the ceiling in your

22   basement is not finished, some of the tubes are

23   exposed?

24     A.      All of them are exposed.

25     Q.      Have you ever looked at the tubing

JAMES MONICA                                    November 29, 2016

Page 40

1    itself and been able to see any sort of notations

2    or writing on the tubes?

3        A.      At some point I'm sure I have, yeah,

4    like a computer-generated label or something.

5        Q.      Is that what they call a "stamp"?

6        A.      Something like that.

7        Q.      But up until you started having leaks

8    you've never took notice of that?

9        A.      No.

10       Q.      Let's drop down to Paragraph 33.

11               It says, "In November of 2012,

12   Plaintiff Monica discovered water saturation on

13   the walls and ceiling in the basement area of his

14   home."

15               Now, am I understanding correctly,

16   based on your prior testimony, that that

17   saturation was in the ceiling between the

18   basement and the first floor and then also some

19   wall saturation?  Is that correct?

20       A.      Yes.

21       Q.      Do you recall what part of your

22   basement you found the saturation?

23       A.      Yes, I do.

24       Q.      Can you please describe that?

25       A.      It's in the ceiling.  Approximately, I

JAMES MONICA                                    November 29, 2016

                                                              Page 41

 1   would say if you're standing at the very front of

 2   the house looking towards the back, on the right

 3   side about two-thirds of the way to the back.

 4        Q.     Do you recall -- okay.

 5               If we go to the next paragraph there's

 6   some discussion, I believe, of that same leak.

 7   Is that correct?

 8        A.     Paragraph 34?

 9        Q.     Yes.

10        A.     Just give me a second to read that.

11               (Witness reviewing exhibit.)

12        A.     What was your question?

13        Q.     Paragraph 34; that's related to the

14   same leak in November of 2012.

15               Is that correct?

16        A.     Yes.

17        Q.     What plumber came out to your home to

18   investigate this leak?

19        A.     His first name was John.  I don't know

20   his last name, and I don't know if he had his own

21   plumbing company.  He had a red truck.

22        Q.     How did you get the name of this

23   plumber?

24        A.     I got his name from our electrician.

25        Q.     Who is your electrician?

JAMES MONICA                                    November 29, 2016

Page 42

```
 1      A.      Evergreen Electric.

 2      Q.      And is there someone in particular at

 3  Evergreen that you spoke to?

 4      A.      Yes.  His name was Al Pavao.

 5      Q.      Can you spell that for me?

 6      A.      P-a-v-a-o.

 7      Q.      So you spoke to Al Pavao and asked him

 8  for the name of a plumber?

 9      A.      Al was our electrician, but he also

10  was a family friend of ours.  He did electrical

11  work for my parents over the years.

12             And this fitting -- you have to

13  understand -- is that the stuff just leaks and

14  you're sitting there and the water is leaking;

15  it's not just a little drip, it's leaking

16  profusely, so you need to get things fixed

17  quickly.

18             And I'm obviously not a plumber, I'm

19  not equipped to fix it.  So he said, "This guy

20  John is local.  I know him.  Call him.  He can

21  come over here and get it fixed for you in the

22  next 24 hours or so."

23             So I called the guy, he came over,

24  fixed it, paid him cash, and never saw him again.

25      Q.      Do you know how much you paid him?
```

JAMES MONICA                                    November 29, 2016

Page 43

1        A.      I don't know for sure.  I would say it

2   was probably somewhere around $150.

3        Q.      Did he give you any sort of receipt or

4   invoice related to that work?

5        A.      No.

6        Q.      And when he fixed the leak in your

7   house, what did John do?

8        A.      He took out the NIBCO fitting that was

9   leaking and he replaced it with another fitting

10  and clamped it down, re-clamped it, and that was

11  it.

12       Q.      Do you know what type of fitting he

13  used?

14       A.      I do not.

15       Q.      Do you know what brand of fitting?

16       A.      I do not.

17       Q.      Do you know what material that fitting

18  was made of?

19       A.      I do not.

20       Q.      Did he replace any tubing as part of

21  that repair?

22       A.      I believe he would have had to have

23  replaced at least a short amount of it just to

24  get it all to fit together.

25       Q.      Do you know what brand of tubing he

JAMES MONICA                                    November 29, 2016

Page 44

1   used?

2        A.      I do not.

3        Q.      Did you have any discussion with him

4   about what brand or material he was using at that

5   time?

6        A.      Yeah.  As long as it wasn't NIBCO, I

7   was fine.

8        Q.      So at that time, after this first

9   leak, you became aware that NIBCO was the brand

10  of fittings that were in your home?

11       A.      Yes.

12       Q.      Now, if I refer to Paragraph 34 it

13  says, "The failed PEX fitting assembly was

14  replaced with another NIBCO PEX fitting assembly

15  which also subsequently failed prematurely in

16  November 2013."

17              Do you see that?

18       A.      Um-hum.

19       Q.      "Yes"?

20       A.      Yes, I do.

21       Q.      But you said you didn't want him to

22  use NIBCO.  Is that correct?

23       A.      I did say that.

24       Q.      But he used it anyway.  Is that what

25  you're saying?

JAMES MONICA                                    November 29, 2016

Page 45

```
 1      A.      What he used, if it was made by NIBCO,

 2   I don't know the material, but it's like a cream

 3   color, so it's a different material than what the

 4   original fitting was, I believe.

 5      Q.      Was that fitting -- do you believe

 6   that fitting was manufactured by NIBCO?

 7      A.      I really don't know.  I could answer

 8   your questions very easily by walking in my

 9   basement and looking at it, but I don't know off

10   the top of my head.

11      Q.      But it says in this complaint that the

12   old NIBCO fitting was replaced with a NIBCO

13   fitting.  Is that correct?

14      A.      That's what it says here.

15      Q.      And you reviewed this complaint before

16   it was filed.  Is that correct?

17      A.      I did.

18      Q.      And you would have had an opportunity

19   to walk to your basement and look at that

20   fitting.  Isn't that correct?

21      A.      I would have, yes.

22      Q.      And did you do that?

23      A.      At the time I reviewed this complaint,

24   no.

25      Q.      Did you check whether that was an
```

JAMES MONICA                                    November 29, 2016

Page 46

1    accurate statement in Paragraph 34, that the

2    failed PEX fitting was replaced with another

3    NIBCO PEX fitting?

4         A.    If that's what it says here, then

5    that's what I did.

6         Q.    Can you explain what you mean?

7         A.    That means that if that's what this

8    complaint says, I certified that the facts in

9    this complaint are accurate, and we're talking

10   three-plus years ago.  I've had six or seven

11   leaks in my house --

12        Q.    I'm going to stop you there,

13   Mr. Monica.

14             MS. STEPHENS:  Strike that as

15        nonresponsive.  I asked you a very

16        straightforward question.

17             MR. KENNEY:  Object to that.

18        A.    And I answered you straightforward.  I

19   said, if that's what it says then that's what is

20   accurate as I certified to the facts that are in

21   this complaint.

22        Q.    Okay.  But then you just told me that

23   you told John that you just wanted to make sure

24   that whatever he put in your house wasn't NIBCO.

25             Is that correct?

JAMES MONICA                                    November 29, 2016

1      A.      Yes.   I said that to him in a joking

2    manner when there was water gushing out of my

3    ceiling --

4      Q.      So --

5      A.      -- all over the carpet.

6      Q.      -- despite your joke, you believe he

7    still used a NIBCO product?

8      A.      I have no idea what he used.

9      Q.      But you believe, based on what you

10   wrote in this complaint, that it is a NIBCO

11   fitting?

12     A.      At the time, yes; whatever is here is

13   what's probably the most accurate to rely upon.

14     Q.      Is that fitting still in your home?

15     A.      If it's the one that I'm thinking of

16   it is, but it says here that that was replaced by

17   another NIBCO fitting which was also -- failed

18   prematurely, which could have been my second

19   basement leak.

20             So there was one fitting that was

21   replaced.  I'm not sure if it was replaced with

22   NIBCO.  It was replaced with an almondy

23   cream-colored fitting.

24             And there is a second leak that was in

25   the basement that was replaced with another NIBCO

JAMES MONICA                                    November 29, 2016

Page 48

1  fitting that did also break subsequently to it

2  being installed.

3      Q.    So you believe the same fitting was

4  the second leak in your home.  Is that correct?

5      A.    It was either number one or number

6  two.

7      Q.    Okay.  I want to make sure we're

8  talking about the same thing.

9            You believe the first leak in your

10  home was this November 2012 leak that we've just

11  been discussing?

12     A.    In the basement.

13     Q.    In the basement?

14     A.    Yes.

15     Q.    And that one you believe was repaired

16  by John.  Is that correct?

17     A.    That was repaired by John.

18     Q.    What was the next leak?

19     A.    The next leak was in my mud room,

20  which is on the first floor of the house.

21            And that was -- as opposed to this one

22  that we're talking about in Paragraph 34 where

23  it's an exposed wall -- that one was inside a

24  wall that was not exposed; sheet rocked and

25  painted.

JAMES MONICA                                          November 29, 2016

Page 49

 1      Q.      Can you describe generally where the

 2   mud room is in your house?

 3      A.      If you're looking at the front of my

 4   house looking towards the back, it's on the

 5   right-hand side of the house.

 6              We have a side-door entrance.

 7      Q.      Is there a sink in that mud room?

 8      A.      There's a wash sink in there, yes.

 9      Q.      Is it a full bathroom as well?

10      A.      No.  It's not that kind of sink.  It's

11   a freestanding sink.

12      Q.      And do you recall approximately when

13   this second leak was discovered?

14      A.      It was within six months of the first

15   one.

16      Q.      What did you do after you discovered

17   the second leak?

18      A.      I called the plumber.

19      Q.      What plumber did you call?

20      A.      Palazzo.

21      Q.      So, in this particular instance you

22   called Michael Palazzo, who we were talking about

23   earlier.  Is that correct?

24      A.      Yes.

25      Q.      And how did you get Mr. Palazzo's

JAMES MONICA                                        November 29, 2016

Page 50

1    name?

2        A.      I also got him -- his name from

3    Mr. Pavao.

4        Q.      And was this repair we were discussing

5    at the beginning of the deposition that we

6    believe cost about $1,500?

7        A.      Palazzo fixed the second and third

8    leaks that I had, both of them, so it could have

9    been that one or it could have been the third

10   one.

11       Q.      Do you recall what Mr. Palazzo did

12   regarding the second leak?

13       A.      Yes.

14       Q.      What did he do?

15       A.      Well, he broke open the sheetrock.

16   The sheetrock was saturated to the point that

17   water was actually penetrating through the

18   sheetrock like a waterfall out onto the floor.

19           He cut open a piece of the sheetrock,

20   he found the fitting where the water was leaking,

21   he cut it out, he replaced it with a new fitting

22   and clamped down the tubing.

23           And then I hired a carpenter to come

24   in and re-sheetrock, spackle, and paint.

25       Q.      Do you recall how much you paid

JAMES MONICA                                    November 29, 2016

Page 51

1    Mr. Palazzo for -- to fix this leak number two?

2        A.     Yes, I believe that was approximately

3    $1,500.

4        Q.     Now, did Mr. Palazzo replace just the

5    fitting or did he replace any of the tubing?

6        A.     Well, I believe just by nature he

7    would have had to replace some of the tubing, at

8    least a little bit of it, but I don't know for

9    sure how much.

10              I would say, if he replaced any of it,

11   it was probably less than a couple of inches, but

12   I don't think that he replaced very much, if any.

13       Q.     I apologize.  I'm going to go back to

14   the first leak.

15              What happened to the fitting that was

16   replaced after the first leak, so the one that

17   was in your basement that you had John repair?

18       A.     That was saved, boxed up, and sent to

19   our experts for testing.

20       Q.     And so the fitting that was related to

21   the first leak in your home that was replaced by

22   John, you believe it was saved and sent to your

23   experts.  Is that correct?

24       A.     Yes.

25       Q.     What happened to the fitting that

JAMES MONICA                                    November 29, 2016

Page 52

1    Michael Palazzo repaired?

2         A.      I believe that was also sent to our

3    experts.

4         Q.      And who is the carpenter that you

5    hired who fixed the wall?

6         A.      His first name is Charlie.  I don't

7    remember his last name.

8         Q.      Do you recall how much you paid

9    Charlie?

10        A.      Approximately, $1,200.

11        Q.      How did you pay Charlie?

12        A.      Cash.

13        Q.      And you believe you paid Michael

14   either with cash or a check?

15        A.      I think the first time I probably paid

16   Michael a check.  It was either cash or check.

17        Q.      And at the time, if you paid him by

18   check, it would have been out of your Wells Fargo

19   account.  Is that correct?

20        A.      Correct.

21        Q.      So the first failure that you allege

22   occurred in November of 2012 and the second one

23   occurred within six months.

24                Do you recall, was it like in the

25   spring of 2013?

JAMES MONICA                                    November 29, 2016

Page 53

1      A.      That sounds about right.

2      Q.      So, after the first leak in your home

3  in November of 2012, that's when you first

4  discovered the NIBCO products were what was used

5  in the plumbing.  Is that correct?

6      A.      Yes.

7      Q.      Did you contact NIBCO after that first

8  leak?

9      A.      I contacted NIBCO -- it was either

10  after the first one or most likely it was

11  probably after the second one that Palazzo

12  repaired.

13      Q.      How did you know how to contact NIBCO?

14      A.      I Googled their name on the internet.

15      Q.      When you Googled NIBCO did you also

16  look at their warranty?

17      A.      No.

18      Q.      So when you contacted NIBCO did you

19  e-mail them or call them?

20      A.      I called.

21      Q.      What do you recall about that phone

22  call?

23      A.      I spoke to a gentleman.  I told him

24  what was going on in my house.  I asked him if

25  there were other folks that were having that kind

JAMES MONICA                                    November 29, 2016

Page 54

1     of problem.  I asked him if he knew of any issues

2     that they were having.  The guy got very curt

3     very quickly.

4               In my opinion, I think that I was

5     definitely not the first person that had called

6     to complain.  He sounded like he was very well

7     aware of the situation.

8               And I said to him, I said, "Look, you

9     know, I really want to try to get this resolved.

10    I have a very new home and this is looking to be

11    somewhat of a serious problem," and the guy

12    literally said, "Well, if you have to sue us, do

13    what you have to do," and hung up the phone on

14    me.

15         Q.    Do you remember this man's name?

16         A.    No.

17         Q.    Did you have any contact with NIBCO

18    after that phone call?

19         A.    No.

20         Q.    Did you receive any e-mails from

21    NIBCO?

22         A.    No.

23         Q.    What's your e-mail address?

24         A.    Jamesmonica@optononline.net

25         Q.    So this was your only -- you believe

JAMES MONICA                                    November 29, 2016

Page 55

1    this phone call was your only contact with NIBCO.

2              Is that correct?

3    A.      Yes.

4              (NIBCO Return Authorization Form,

5        7/31/13, is received and marked as Exhibit

6        Monica-4 for Identification.)

7    Q.      I'm handing you what I've marked

8    Monica Exhibit 4.

9              MR. KENNEY:  We skipped Exhibit 3

10       then.

11             MS. STEPHENS:  Yes, I'm going to come

12       back to it.

13             And just for the record, these were

14       documents that I believe were produced by

15       your counsel to me.

16             At the time they were produced they

17       did not have Bates labels, so I have gone

18       ahead and Bates labeled them Cole-Monica

19       000001 through 3 just for purposes of

20       tracking.

21             (Witness reviewing exhibit.)

22   Q.      Does Monica Exhibit 4 look familiar to

23   you?

24   A.      No.

25   Q.      Do you see on that first page it

JAMES MONICA                                    November 29, 2016

Page 56

1    appears to say "James Monica", and then it's a

2    little cut off, but it says "12 Hillcrest

3    Boulevard"?

4              Do you see that?

5       A.    I do see that.

6       Q.    And that's your name and address?

7       A.    That is.

8       Q.    Do you see that over on the right side

9    of the top it says, "Installer:  Roman Plumbing &

10   Heating"?  Do you see that?

11      A.    I do.

12      Q.    Do you recall telling NIBCO during

13   that phone call who installed the plumbing in

14   your home?

15      A.    I do not.

16      Q.    Do you see the date above that?  It

17   says "Initiation Date:  July 31, 2013"?

18      A.    Yes.

19      Q.    Does Exhibit 4 refresh your

20   recollection at all about approximately when you

21   spoke to NIBCO?

22      A.    Well, it would if I recognized this

23   document, but I don't recognize the document.

24      Q.    And in the middle of this page, at

25   least, it mentions a brass insert elbow.

JAMES MONICA                                      November 29, 2016

Page 57

 1              Do you see that notation?

 2      A.      Yes.

 3      Q.      And one of the leaks that we've been

 4   discussing so far involved a brass elbow, do you

 5   believe?

 6      A.      Yes.

 7      Q.      So you don't recognize any page of

 8   Cole -- of Monica Exhibit 4.

 9              Is that correct?

10      A.      To the best of my recollection, I've

11   never seen this document.

12      Q.      On the last page do you see your

13   e-mail address listed there where it says "Fax"?

14      A.      I do.

15      Q.      And that's the e-mail address you just

16   gave me.  Is that correct?

17      A.      That's correct.

18              THE WITNESS:  Would you mind if I just

19      got some water real quick?

20              MS. STEPHENS:  Let's take a break,

21      actually.  We've been going about an hour.

22              (Recess.)

23

24   BY MS. STEPHENS:

25      Q.      We're back on the record.

JAMES MONICA                                    November 29, 2016

Page 58

1            Mr. Monica, you understand that you're
2    still under oath?
3        A.    I do.
4            (E-Mail w/attachment, 7/31/13, Baumann
5    to Monica, is received and marked as Exhibit
6    Monica-9 for Identification.)
7        Q.    Let me hand you what I've marked as
8    Exhibit 9.
9            MS. STEPHENS:  For the record,
10    Exhibit 9 has some Bates labels, NIBCO-Cole
11    00110144 and 145.  It's a two-page exhibit.
12        Q.    Do you recognize any part of
13    Exhibit 9?
14        A.    I do not.
15        Q.    Do you see the first page?
16            It says, "From:  Gregg Baumann."
17            Does that name look familiar to you at
18    all?
19        A.    No, it does not.
20        Q.    Does it sound familiar to you at all?
21        A.    It does not.
22        Q.    And this is dated July 31, 2013.
23            Do you see that?
24        A.    I do see that.
25        Q.    Is that your e-mail address in the

JAMES MONICA                                November 29, 2016

Page 59

1    "To" line?

2        A.      Yes.

3        Q.      And on the first page it indicates

4    that there's an attachment.

5                And if you turn to the next page, does

6    that look similar to the first page of Exhibit 4?

7        A.      Yes.

8        Q.      And it's a document entitled "Product

9    Return Authorization" and it has your name and

10   address on it.  Is that correct?

11       A.      That's correct.

12       Q.      And it has that same information,

13   "Roman Plumbing & Heating."  It has -- it

14   indicates a brass insert elbow.

15               Do you remember that?

16               I'm sorry, do you remember that on

17   Exhibit 4?

18       A.      I remember what you showed me on

19   Exhibit 4, yes.

20       Q.      But you don't recall receiving this

21   e-mail or this particular document.

22               Is that correct?

23       A.      I do not.

24       Q.      You can put that aside, please.  I

25   believe we're up through the second week, and you

JAMES MONICA                                    November 29, 2016

Page 60

1    believe this phone call with NIBCO occurred

2    either after the second or third leak.

3              Is that correct?

4         A.      The second and third leak occurred

5    very close in time together.  So it could have

6    been between the second and third, after the

7    third, but right around that time period, yes.

8         Q.      Where was the third leak in your home?

9         A.      The first floor family room ceiling.

10        Q.      Let me make sure I understand what

11   you're saying.  It was the ceiling between the

12   first and second floors of your home in your

13   family room.  Is that correct?

14        A.      Yes.  The second leak that we're

15   talking about in the mud room, that was in the

16   side wall, not the ceiling.

17        Q.      Correct.  And the carpenter came in

18   and cut out the sheetrock in the wall, exposed

19   the fitting and -- I guess the plumber exposed

20   it, fixed it, and then the carpenter came in and

21   fixed the wall.  Is that correct?

22        A.      That's correct.

23        Q.      And then you believe the second -- the

24   third leak was close in time to the second leak.

25              Is that correct?

JAMES MONICA                                    November 29, 2016

Page 61

 1      A.      The third leak was close in time to
 2   the second leak, yes.
 3      Q.      How close together do you think; like
 4   days?
 5      A.      No, it was longer than that.  I would
 6   say a month-and-a-half, two months maybe.
 7      Q.      By the time the third leak occurred,
 8   had the second leak already been repaired
 9   including all the carpentry work?
10      A.      Yes.
11      Q.      So when the third leak was discovered,
12   what did you do?
13      A.      I called Mr. Palazzo and we went
14   through the same routine.
15      Q.      So he opened up the ceiling to
16   discover where the water was coming from and then
17   repaired the fitting.  Is that correct?
18      A.      Um-hum.
19      Q.      Is that a "Yes"?
20      A.      Yes, sorry.
21      Q.      What type of -- I forgot to ask this
22   about the second leak.  I'm going to ask the
23   second leak first.
24              What type of fitting was it; was it a
25   "T" or was it an elbow, do you recall?

JAMES MONICA                                    November 29, 2016

Page 62

```
 1      A.      I'm not sure.

 2      Q.      How about the third leak, do you

 3   recall what type of fitting?

 4      A.      I'm pretty sure that was an elbow --

 5   I'm sorry, a "T", sorry.  I'm pretty sure that

 6   was a "T".

 7      Q.      And just to make sure we understand,

 8   an elbow typically has just two connections and a

 9   T-fitting has three connections.

10              Is that your understanding?

11      A.      Yes.

12      Q.      When Mr. Palazzo fixed the third leak,

13   what did he do?

14      A.      Same thing as he did with the second

15   leak; although this time it was a little bit more

16   involved because it was in the ceiling and we

17   have crown molding in the ceiling which was

18   damaged, so it took a little bit more carpentry

19   work to sort that out then the previous one.

20              But as far as what Palazzo did, it was

21   the same thing.  He cut a hole where the water

22   was dripping out, found the leaking fitting where

23   the water was coming from, took the fitting out,

24   replaced it, and then we had the carpenter come

25   in and do the carpentry work and the painting and
```

JAMES MONICA                                November 29, 2016

Page 63

1    the crown molding.

2         Q.      What happened to the fitting that was

3    removed as part of that repair process?

4         A.      As I said before, I submitted some of

5    the fittings that I had to either our counsel or

6    to our experts directly.

7                 I believe that one was probably also

8    one of the ones that was submitted, but I don't

9    know for certain exactly whether or not it was.

10        Q.      And by the time -- so this third leak

11   was occurring within a couple months, or maybe a

12   little bit less, than the second leak, so we're

13   talking maybe mid 2013.  Is that correct?

14        A.      That sounds about right.

15        Q.      And by that time you had not retained

16   counsel yet.  Is that correct?

17        A.      You'd have to look at the retainer

18   agreement.  I don't know the date for sure.

19        Q.      Well, the fittings that were removed,

20   did you have them for a while in your possession,

21   you were just kind of holding onto them, and

22   later you gave them to counsel, do you remember?

23        A.      I believe that there were a couple of

24   the most recent ones after I had retained counsel

25   that they were sent directly -- immediately.

JAMES MONICA                              November 29, 2016

Page 64

1              I think one of the ones, that elbow

2      one (indicating) -- I know you can't verbalize

3      it --

4          Q.      In Paragraph 36?

5          A.      That one I did have in my possession

6      for a while before it was sent in.  I kept it in

7      a Ziplock bag.

8          Q.      How much do you think you paid

9      Mr. Palazzo for repairing the third leak?

10         A.      I believe it was about the same,

11     $1,500, for the plumbing.

12         Q.      Do you recall if you paid him cash or

13     check?

14         A.      I don't recall.  It was either cash or

15     a check.

16         Q.      And what about -- what carpenter did

17     you hire to fix the house?

18         A.      I use the guy Charlie, but he wasn't

19     available, so he sent somebody that works with

20     him, and I don't know the guy's name.

21         Q.      Do you recall about how much you spent

22     for that carpentry work for the third leak?

23         A.      That was a little bit more because it

24     was crown molding involved.  I think that was

25     over $2,000.

JAMES MONICA                                    November 29, 2016

Page 65

 1      Q.      Like $2,100 or $2,900?

 2      A.      Closer to 21.

 3      Q.      Do you have any receipts or invoices

 4   for either the plumbing repair or the carpentry

 5   work?

 6      A.      I would have received an e-mail

 7   invoice from Palazzo.  That would be in my

 8   Optononline account.

 9              As far as the carpentry and the

10   painting, no receipt, no invoice, just a

11   handshake.

12      Q.      Did you have any leaks after this

13   third leak?

14      A.      Yes, I did.

15      Q.      And when did the next leak occur?

16      A.      I just want to back up for one second

17   on the question you asked me about the receipt.

18      Q.      Yes.

19      A.      I do recall, once we were involved in

20   the litigation with the carpenter, Charlie, I

21   asked him to give me an invoice.  It was sometime

22   after he had done the work.  I don't recall

23   whether or not he actually did.

24              If he did, I would have submitted it

25   to counsel.  He may have given me one invoice at

JAMES MONICA                                    November 29, 2016

Page 66

1    some point in time.  I'm not 100 percent sure.

2        Q.     Just to make sure I understand, after

3    you became involved in the litigation against

4    NIBCO, you went back and said to Charlie, "Hey,

5    can I get an invoice for the work that you did,"

6    and you're just not sure if he gave you one?

7        A.     Right, and I didn't follow up.

8        Q.     So let's fast forward into leak number

9    four.  When did leak number four occur?

10       A.     That would have been maybe two, three

11   months after leak number three.

12       Q.     So fall of 2013?

13       A.     Sounds about right to me.

14       Q.     What location in your home did the

15   leak occur?

16       A.     That also occurred in the ceiling in

17   the family room, but a different location within,

18   I don't know, 12 to 15 feet of the third leak.

19       Q.     So was it a different fitting?

20       A.     Yes, completely different.

21       Q.     Was it a T-fitting again?

22       A.     Yes.

23       Q.     And what did you do after discovering

24   leak number four?

25       A.     I was out of town on business when it

JAMES MONICA                                    November 29, 2016

Page 67

1    happened, and my neighbor's dad is a retired

2    plumber and he came over and fixed -- did the

3    plumbing work.

4        Q.      And so what's the name of your

5    neighbor?

6        A.      I really would not be interested in

7    giving you this information for you to call these

8    folks.  I mean --

9        Q.      What is the name of your neighbor?

10       A.      Why is that necessary?

11       Q.      What is the name of your neighbor?

12       A.      Why is that necessary?

13               MS. STEPHENS:  Mr. Kenney?

14               MR. KENNEY:  Yes.

15               MS. STEPHENS:  Are you going to allow

16       your client not to answer these questions?

17               MR. KENNEY:  I didn't instruct him not

18       to.

19   BY MS. STEPHENS:

20       Q.      Mr. Monica, you sued my client --

21       A.      Um-hum.

22       Q.      -- in a court of law.

23       A.      Yup.

24       Q.      Do you understand what that entails?

25       A.      Yes.

JAMES MONICA                                     November 29, 2016

Page 68

 1      Q.     Okay.  So you're asking us for damages

 2  and money and other things, and this is -- this

 3  deposition today is part of our process of

 4  understanding your claims and what you're asking

 5  of us.

 6      A.     Understood.

 7      Q.     We have a right to know what happened

 8  in each of these instances, including who did the

 9  repair work and what they did.

10      A.     Well, you think you have the right to

11  know.

12      Q.     Well, I believe a court would agree

13  with me.

14      A.     Okay.

15      Q.     If you're not going to answer my

16  question, I can follow up with the court and we

17  can come back and do this again another time.

18      A.     I didn't say that I'm not going to

19  answer your question.

20      Q.     Well, then please answer my question.

21      A.     I asked you a question.

22             Why is that relevant, what my

23  neighbor's name is?

24      Q.     This is not my deposition.  I don't

25  have to answer that question.  You're a witness

JAMES MONICA                                    November 29, 2016

Page 69

1    today, you're not an attorney.

2                I'm asking the questions, not you.

3        A.     I understand that.

4        Q.     Please answer my question, what's the

5    name of your neighbor, and then the next question

6    I believe you already know will be, what's the

7    name of your neighbor's dad?

8        A.     I'm not comfortable answering that.

9                MR. KENNEY:  Let's take a short break.

10               MS. STEPHENS:  I have a question

11       pending.  I'd like an answer.

12       A.     I gave you my answer.  I'm not going

13   to answer it unless he instructs me to answer it.

14               MS. STEPHENS:  Let's take a short

15       break.  I want an answer when he comes back.

16               MR. KENNEY:  Understood.  We will step

17       out for a minute.

18               (Recess.)

19

20   BY MS. STEPHENS:

21       Q.     We're back on the record.

22               Mr. Monica, you understand you're

23   still under oath?

24       A.     I do.

25       Q.     And we just took a quick break at the

JAMES MONICA                                    November 29, 2016

Page 70

1    request of your counsel.

2              Are you now ready to answer my

3    question about the name of your neighbor?

4         A.    My neighbor, yes.  His name is Jason

5    Caprarola.

6         Q.    Can you spell that for me, please?

7         A.    C-a-p-r-a-r-o-l-a.

8         Q.    And what's the name of Jason's dad who

9    did this repair work for you?

10        A.    Joseph Caprarola.

11        Q.    And was Mr. -- was Joseph -- was he a

12   retired plumber?

13        A.    I believe so.

14        Q.    And what did Joseph do when he helped

15   repair leak number four?

16              MR. KENNEY:  Object to the form.

17        A.    He did the same thing that any of the

18   other guys did.  He cut a piece of the sheetrock

19   out, found the broken fitting that was leaking,

20   this one was a T-fitting, I believe, also, he

21   repaired it.

22              And while he had the wall open he

23   found another one that was about ready to burst,

24   so he repaired that one too while he had the wall

25   open.

JAMES MONICA                                    November 29, 2016

Page 71

1        Q.      Was that second fitting also in the

2    ceiling?

3        A.      Yes, they were within, I would say,

4    three to five feet of each other.

5        Q.      And so were you present when he found

6    this second fitting that was, as you said, "ready

7    to burst"?

8        A.      Yes, I was.

9        Q.      And can you describe what you saw?

10       A.      The fitting looks very similar to the

11   T-fitting that's pictured in the complaint.

12       Q.      Under Paragraph 35, is that what

13   you're referring to?

14               MR. KENNEY:  What page are you looking

15       for?

16       A.      Yes, Paragraph 35.  It looked very

17   similar to that.  It had whatever that junk is on

18   the outside of it all over the place.

19       Q.      Was there water present on the fitting

20   or on the pipe?

21       A.      On the second one that he discovered?

22       Q.      Yes.

23               MR. KENNEY:  Object to the form.

24               You can answer.

25       A.      I believe there was not water on that.

JAMES MONICA                                    November 29, 2016

1      Q.      How did -- when you say it was "ready

2   to burst," how did you -- how could you tell it

3   was ready to burst?

4      A.      Because it looked -- it had a heavy

5   amount of whatever this material is on the

6   outside, and when that builds up you can see

7   pressure on the clamp begin to develop.

8      Q.      So you believe both fittings that were

9   repaired by Joseph were these T-fittings similar

10  to what's pictured in your Paragraph 35?

11     A.      Yes.

12     Q.      Do you know what happened to these

13  fittings that Joseph removed from your home?

14     A.      I don't know for sure.  I may have

15  sent them in for testing.

16     Q.      And when you mean "sent in for

17  testing," you meant sent to your counsel or --

18     A.      To our experts or our counsel.

19     Q.      And did you also have any carpentry

20  work done associated with leak number four?

21     A.      Yes.  The sheetrock had to be

22  replaced, taped, spackled, crown molding as well,

23  and painted.

24     Q.      And who did that work?

25     A.      The same guy who did the last one that

JAMES MONICA                                    November 29, 2016

Page 73

1    we were talking about.

2        Q.    So not Charlie, but Charlie's friend?

3        A.    Right, or co-worker.  I don't know

4    their relationship.

5        Q.    And how much did you pay the carpenter

6    for this leak number four repair?

7        A.    I don't remember at all.

8        Q.    Could you guess?  Was it a $1,000 more

9    or less?  Was it more than $1,000 or less than

10   $1,000?

11       A.    I'm not sure.  I would guess it was

12   probably less than 1,000.  I would be guessing.

13       Q.    Did you pay in cash or check?

14       A.    I paid in cash.

15       Q.    Did you receive a receipt or an

16   invoice from Charlie's colleague?

17       A.    Nope.

18       Q.    Did you pay Joseph for the plumbing

19   repairs that he did?

20       A.    No money exchanged hands.

21       Q.    What do you mean by that?

22             Was there some other compensation that

23   was given?

24       A.    Yes.

25       Q.    And what was that?

JAMES MONICA                                November 29, 2016

Page 74

1      A.      I did some landscaping work at his

2   house.

3      Q.      At Joseph's house or Jason's house?

4      A.      I'm sorry, Jason's house.

5      Q.      So, in exchange for Joseph doing this

6   plumbing repair for you associated with leak

7   number four, you did some landscaping work at

8   Jason's house.  Is that correct?

9      A.      I don't know if I would characterize

10   it as, per se, an "exchange," but you help your

11   neighbor out when you can.

12           I was away when this first happened,

13   and he came and helped me out and I really

14   appreciated it, and his dad didn't want to take

15   any money from me, so I provided some landscaping

16   services for him.

17      Q.      Do you know what kind of materials

18   Joseph installed in your home when he repaired

19   the fittings?

20      A.      I do not.

21      Q.      Were they brass or were they plastic?

22      A.      I just said I do not know.

23      Q.      You don't know the brand, do you?

24      A.      I do not.

25      Q.      So after leak number four, which we

JAMES MONICA                                    November 29, 2016

Page 75

1   believe occurred in about the fall of 2013, did

2   you have any other leaks?

3       A.     So those -- I think the way that I may

4   have classified in the complaint -- and I have to

5   go back and read it -- but four and five would

6   have been those two that were within three feet

7   of each other in the ceiling.  I believe after

8   that -- I believe that was it.

9              There was one other fitting that was

10  openly exposed in the basement that we did

11  replace, but no water was leaking out of it.

12      Q.     Well, let's back up.  So, the second

13  leak that Joseph fixed when he was doing the

14  original work, he noticed this other fitting

15  that, as you described, was ready to burst.

16             Is that correct?

17      A.     Correct.

18      Q.     Was any water actually leaking out of

19  that fitting?

20             MR. KENNEY:  Objection to the form of

21      the question.

22      A.     No.

23      Q.     Now, you just mentioned another

24  fitting that had been replaced at another time.

25             Is that correct?

JAMES MONICA                                    November 29, 2016

Page 76

```
 1      A.      After that, yes.

 2      Q.      Okay.  And where was that fitting?

 3      A.      That was in the exposed ceiling in my

 4  basement, right above the couch.

 5      Q.      And when was that fitting replaced?

 6      A.      Probably shortly after the one we were

 7  just talking about.

 8      Q.      So, approximately, the fall of -- you

 9  believe the fall of 2013.  Is that correct?

10      A.      I would be guesstimating, but that

11  sounds about right.

12      Q.      And why was that fitting replaced?

13      A.      Well, when you look at the fittings

14  that were exposed in my basement, you can see

15  some of them do not have a lot of that --

16  whatever that whitish material is on the outside

17  -- and some of them have a lot of that material

18  on it.

19              The ones that have a lot of that

20  material -- again, I'm not an expert nor am I a

21  plumber -- but the ones that have a lot of that

22  material are the ones that are close to the point

23  where they are going to burst and leak.

24              The ones that we repaired and did

25  leak, they were the ones that had the most of
```

JAMES MONICA                                    November 29, 2016

Page 77

1    that material exposed on the outside.

2            So I tried to be a little bit

3    preventative.  When we go away on vacation I now

4    have to turn off my water so I don't have to

5    worry about a leak coming in and ruining the

6    carpet, so when there was one in the basement

7    that I saw that looked pretty bad, so I replaced

8    it.

9       Q.    Who replaced that fitting?

10      A.    My neighbor and I did it together.

11      Q.    So, Joseph's dad, again, replaced it?

12      A.    It was just Jason and I.

13      Q.    Okay.  Is Jason a plumber?

14      A.    He's not a licensed plumber, no.

15      Q.    What do you mean?  Is he a plumber in

16   another sense?

17      A.    No.  He's a general contractor.

18      Q.    Do you know what type of fitting Jason

19   put in to replace the fitting?

20      A.    I don't.  I think I took a picture of

21   it and I can get that information to you easily.

22      Q.    So that fitting is still in your home?

23      A.    Yes.

24      Q.    Now, other than that leak that is

25   mentioned in the complaint where the fitting may

JAMES MONICA                                    November 29, 2016

Page 78

1    have been replaced twice, are all the new

2    fittings still in your home?

3         A.      Yes.

4         Q.      Did you pay Jason anything to do that

5    replacement in your basement?

6         A.      No money exchanged hands.

7         Q.      Okay.  Did you maybe do some

8    additional landscaping work for him?

9         A.      Yes.

10        Q.      And, again, that particular fitting

11   replacement had not actually started leaking, so

12   there was no damage to the house.

13               Is that correct?

14        A.      Correct.

15        Q.      Now, in all of these instances of

16   leaks in your home, did you ever call Mr. Roman

17   who installed the plumbing?

18        A.      In regards to those leaks?

19        Q.      Correct.

20        A.      I called Mr. Roman for a variety of

21   other issues, which I'm sure we're going to get

22   into.  At some point we probably did have a

23   discussion about the NIBCO fittings.

24               I don't remember specifically -- first

25   of all, I would never ask him to come back to

JAMES MONICA                                    November 29, 2016

Page 79

1   replace them.  So if I did have a discussion with

2   him and it was about the NIBCO fittings, it

3   probably would have been in passing.

4        Q.     To make sure I understand, you had,

5   you know, a handful of leaks over a certain

6   period of time and you never had -- never called

7   up Mr. Roman and said, "Hey, can you come fix

8   this"?

9        A.     No.

10       Q.     Now, at some point in time you filed a

11  lawsuit against Mr. Roman.  Is that correct?

12       A.     I did.

13       Q.     And what was the basis of that

14  lawsuit?

15       A.     Breach of contract.

16       Q.     Were there other claims involved?

17       A.     Probably.

18       Q.     Well, let's go ahead and take a look.

19              (Complaint, Monica vs Roman

20       Plumbing/Richard Roman, is received and

21       marked as Exhibit Monica-5 for

22       Identification.)

23              MS. STEPHENS:  Again, this was

24       produced to us just yesterday and it didn't

25       have any Bates range numbers, so I have taken

JAMES MONICA                                        November 29, 2016

Page 80

```
 1        the initiative and marked it Cole-Monica

 2        000004 and it runs through nine.

 3        Q.     Take a look at Exhibit 5 and let me

 4    know if you recognize it.

 5              (Witness reviewing exhibit.)

 6        A.     I do.

 7        Q.     And is this the complaint you

 8    mentioned that you reviewed in preparation for

 9    your deposition today?

10        A.     Yes.

11        Q.     And this is the complaint in the

12    lawsuit that you filed against Roman Plumbing &

13    Heating and Richard Roman?

14        A.     That's correct.

15        Q.     And you represented yourself in this

16    lawsuit.  Is that correct?

17        A.     I did.

18        Q.     Now, you're an attorney, Mr. Monica.

19              What three claims did you bring

20    against Mr. Roman in this lawsuit?

21        A.     Breach of contract, breach of covenant

22    of good faith and fair dealing, and unjust

23    enrichment.

24        Q.     So at least as far as the claims are

25    involved, it wasn't just a breach of contract
```

JAMES MONICA                                      November 29, 2016

Page 81

 1   claim.  Is that correct?

 2        A.      That's what I said, yes.

 3        Q.      Let's look at Page 2, Paragraph 9 of

 4   this complaint.

 5               And it says, "However, Defendants have

 6   not fully performed the scope of work as outlined

 7   and discussed in the parties' agreement."

 8               Did you guys have a written agreement

 9   between you and Mr. Roman?

10        A.      A written agreement?

11        Q.      Yes.

12        A.      No, we did not.

13        Q.      So you're referring to an oral

14   agreement in Paragraph 9?

15        A.      I'm referring to an oral agreement and

16   a proposal document that he gave me.

17        Q.      What work did defendants not fully

18   perform?

19               MR. KENNEY:  In this case referring

20        to  --

21               MS. STEPHENS:  As referred to in

22        Paragraph 9.

23        A.      He was supposed to rough-out a

24   bathroom in the basement, which he did not do,

25   and I paid him $3,800 for that as a line item.

JAMES MONICA                                    November 29, 2016

Page 82

1          He was supposed to install a radon

2    pipe, which he forgot to do -- he didn't do.

3          In my bathroom he installed body

4    washes off center of the shower spray so that

5    when you stand in the shower the body sprays

6    completely miss your body.

7          There were some other things with some

8    of the fixtures.

9    Q.    Such as?

10   A.    We have a butler's pantry and there's

11   a sink that's 12 inches by 12 inches, and he

12   installed a faucet that is so big it was too big

13   for the sink that when you turn it on the water

14   actually misses the sink and hits the counter,

15   and we agreed that he would come and replace

16   that, which he did.

17         He agreed to move the body sprays in

18   the shower, which he didn't do.

19         In my family room there's a fireplace,

20   and next to the fireplace is a gas valve that is

21   exposed that he was supposed to cover.  He didn't

22   do that.

23         And in our upstairs Jack and Jill

24   bathroom, that is shared between the two kids'

25   bedrooms, he was supposed to fix -- the drain was

JAMES MONICA                                    November 29, 2016

Page 83

1    either not properly installed or it broke right

2    away and he was supposed to fix that, which he

3    didn't do either.

4          Q.     All of these things that you say

5    Mr. Roman didn't do or didn't fix, did anybody

6    fix them?

7          A.     Some of the things we've had fixed

8    over the years.  Some of them, like the body

9    sprays in the shower, we haven't.

10         Q.     Now, in Paragraph 10 you allege that,

11   "Defendant failed to adhere to the standard of

12   care expected and failed to perform adequate

13   quality work at Plaintiffs' residence which

14   caused Plaintiffs significant damages and costs

15   to repair."

16         A.     Um-hum.

17         Q.     In what ways did Defendant fail to

18   adhere to the standard of care expected as

19   alleged by you in this lawsuit against Mr. Roman

20   and his company?

21         A.     Well, I'll answer your question to the

22   best that I can, but I think you're asking me for

23   a legal conclusion.

24         Q.     I'll ask you to leave the objections

25   to your attorney and just answer my question.

JAMES MONICA                                    November 29, 2016

Page 84

1            MR. KENNEY:  He's just clarifying.

2      A.      I'm just clarifying.  I can tell you

3  my biggest problem with Rick.  Rick was a good

4  plumber and he came very highly recommended, but

5  he bit off more than he could chew.

6            When he came into the job at our house

7  he was working on a very, very large job.

8            So, Rick would come to the house in

9  the morning with the materials for the day, he

10 would drop off his two guys, and he would go back

11 to the big job that he working on, and Rick,

12 himself, was not at the job, and that's why there

13 was so many problems.

14           For example, the body sprays in the

15 shower, his two guys installed them.  Rick wasn't

16 there.  If Rick was there I'm sure they would

17 have been installed properly, but that was my

18 biggest problem with him, was that he didn't show

19 up at the job.

20     Q.      You believe he wasn't properly

21 supervising his employees who were actually doing

22 the work on the ground?

23     A.      As far as I know, in New Jersey you

24 have to have a master plumber on site.  The two

25 guys that he had at my house were neither of

JAMES MONICA                                    November 29, 2016

Page 85

1    which were classified as master plumbers.

2         Q.     You believe the plumbing in your house

3    was installed by people who were not properly

4    licensed to install it.  Is that correct?

5         A.     That's not what I'm saying.  What I'm

6    saying is I believe that you have to have a

7    master plumber on site.

8               I don't know if there are different

9    classifications of plumbers.  I don't know.

10              But my understanding of the law is

11   there's supposed to be a master plumber present

12   when the work is performed, and Rick was not

13   present.

14        Q.     What was the big job that Mr. Roman

15   was working on?

16        A.     I have no idea.

17        Q.     He just told you about it, that he had

18   another project he was working on?

19        A.     It wasn't one house.  It was a big

20   development.  And I also knew that he was doing

21   that project because I knew the general

22   contractor who he was working for.

23        Q.     Do you know whether Mr. Roman was

24   present during any testing of your plumbing

25   system?

JAMES MONICA                                    November 29, 2016

Page 86

1      A.     What do you mean by "testing"?

2      Q.     Like when they started -- when it was

3   all done and they did like a test run where you

4   turn the water on, was he present during that?

5      A.     I don't know for sure.

6      Q.     Do you know the names of the employees

7   or people who did install the plumbing at your

8   home?

9      A.     I don't.

10     Q.     You don't believe that they were

11  licensed master plumbers?

12     A.     I have no idea.  I know that they were

13  not master plumbers.  I know that.  I don't know

14  what kind of licensing, if any, they had.

15     Q.     As part of that lawsuit with

16  Mr. Roman, did you exchange any discovery?

17            Like, for instance, did they make any

18  discovery requests upon you and you answered

19  those requests?

20     A.     I don't believe so.

21     Q.     And vice versa; did you send any

22  discovery requests to Mr. Roman?

23     A.     No, we didn't get that far.

24     Q.     Were there any depositions taken?

25     A.     No.

JAMES MONICA                                    November 29, 2016

Page 87

1      Q.      And this was filed, I believe, if you

2    look at the second-to-last page, June of 2013.

3              Is that correct?

4      A.      Um-hum.

5      Q.      Is that a "Yes"?

6      A.      Yes.

7      Q.      Do you believe this lawsuit was filed

8    before or after you called NIBCO?

9      A.      I believe this was before I called

10   NIBCO.  Although, the document you showed me,

11   didn't that say something about July 31st as the

12   date?  So that would have been after.

13     Q.      Do you believe that document is

14   accurate?  I mean, does that --

15     A.      I told you I've never seen it before,

16   so I don't know.  It says what it says.

17     Q.      As part of this lawsuit with

18   Mr. Roman, did you have any discussion about the

19   NIBCO products that he installed in your home?

20     A.      Not really.  They were not -- the

21   NIBCO products were not the reason why I sued

22   Rick.  I sued Rick because he didn't finish doing

23   the work at my house that he agreed to do.

24     Q.      Did you ever have a discussion with

25   Rick or anyone representing Roman Plumbing about

JAMES MONICA                                November 29, 2016

Page 88

1    the leaks you were having in your home?

2         A.     No.  Let me rephrase that.

3                Rick and I had some very heated

4    discussions before I sued him, and all of this.

5                So, the issues I had with Rick, they

6    preceded and were really unrelated to the NIBCO

7    matter.

8                And then as the NIBCO matter started

9    to go along and along and along, you know, I

10   realized those issues.

11               So at some point when we were having a

12   discussion over the phone I might have said

13   something in anger to him about, you know, "Plus

14   the fittings you put in are leaking and are not

15   working either."

16               I don't specifically remember a

17   conversation.  I know we didn't have an

18   in-depth one, but did I mention it at some point

19   when I was talking to him?  Possibly.

20        Q.     Did you ever ask Rick to take a look

21   at the fittings that were installed?

22        A.     No.  At that point in time my

23   confidence in Rick was zero.  I would not let him

24   touch another thing in my house.

25        Q.     In fact, that was the issue.

JAMES MONICA                                    November 29, 2016

Page 89

 1           You were worried that he hadn't

 2  touched a thing in your house.  It was -- he had

 3  put it on his other employees.  Is that correct?

 4           MR. KENNEY:  Object to the form of the

 5      question.

 6      A.     That's not exactly what I said.

 7      Q.     Well, I believe that you were

 8  describing your main concern about Rick was that

 9  he wasn't on site, rather, that the two other

10  plumbers were doing the installation.

11           Is that correct?

12      A.     Right.  He was there from time to

13  time.

14           (Roman Plumbing & Heating Contractors

15      Proposal, 6/11/10, is received and marked as

16      Exhibit Roman-6 for Identification.)

17      Q.     I'm going to hand you what I've marked

18  Monica Exhibit 6.

19           MS. STEPHENS:  And, again, I've Bates

20      labeled this myself.  It has Cole-Monica

21      000010 and 11.

22           (Witness reviewing exhibit.)

23      Q.     Do you recognize Monica Exhibit 6?

24      A.     Yes, I do.

25      Q.     And what is Monica-6?

JAMES MONICA                                November 29, 2016

Page 90

1      A.      This is the proposal document that

2  Rick gave to me before performing the work in my

3  house.

4      Q.      And I believe the first -- actually,

5  both pages -- do you believe these two pages go

6  together?  That's just what I assumed.

7      A.      I do.

8      Q.      They have the same date and they're on

9  the same letterhead?

10     A.      Um-hum, yes.

11     Q.      And they're dated June 11, 2010.

12             Is that correct?

13     A.      That's correct.

14     Q.      And they list a bunch of things in

15  handwriting.  Is this your handwriting?

16     A.      No.  This is Mr. Roman's handwriting.

17     Q.      And we see on the second page the

18  total is 18,900.  Is that correct?

19     A.      That's correct.

20     Q.      Was there any other work added to your

21  agreement with Mr. Roman?

22     A.      Yes, because the amount should be

23  19,800.

24     Q.      I did notice that in the complaint

25  that -- that those numbers are a little bit

JAMES MONICA                                    November 29, 2016

Page 91

1    different.

2        A.      Right.

3        Q.      Do you know what work was added?

4        A.      I believe it was install -- running a

5    gas line to our grill outside.

6        Q.      Was that work completed?

7        A.      Yes.

8        Q.      Now, if we turn to the first page,

9    there's a bunch of things written on here.  I

10   notice "Water heater with recirculating pump."

11              So Mr. Roman installed a water heater

12   in your home back in -- his company or someone

13   did back in 2010.  Is that correct?

14       A.      Yes.

15       Q.      With a recirculating pump.

16              Do you understand what a recirculating

17   pump is?

18       A.      I do not.

19       Q.      Is that something that you asked for?

20       A.      No.

21       Q.      Do you know whether your house

22   currently has a recirculating pump?

23       A.      We've had to replace the water heater,

24   so I do not know if it has a recirculating pump

25   or not.

JAMES MONICA                                    November 29, 2016

Page 92

```
 1      Q.      I was going to ask you about that
 2  anyway.  When did you replace the water heater?
 3      A.      Maybe about a year ago.
 4      Q.      So, today we're sitting here in --
 5  it's almost December 2016, so you think about
 6  November or December 2015 you replaced the water
 7  heater?
 8      A.      Maybe a little bit longer than that,
 9  but around that time frame.
10      Q.      And who replaced the water heater?
11      A.      The water heater was under warranty
12  from the company, so they required me to purchase
13  from a dealer that they told me to go to.
14              So I went to the dealer, purchased the
15  water heater, and then they reimbursed me
16  afterwards.
17              The water heater was installed -- the
18  second one was installed by Mr. Caprarola.  I was
19  out of town again when we had issues with that.
20      Q.      So your neighbor Jason installed the
21  replacement water heater.  Is that correct?
22      A.      His father.
23      Q.      His father Joseph did it?
24      A.      Right.
25      Q.      What brand of water heater?
```

JAMES MONICA                                    November 29, 2016

Page 93

1      A.      It starts with an "A".

2      Q.      The same brand you had previous.

3              Is that correct?

4      A.      Yeah, the same brand I had previously.

5      Q.      And why did your water heater have to

6  be replaced?

7      A.      I believe it was something with the --

8  like the spark igniter system, something to do

9  with the gas and the igniter.

10     Q.      And you don't know whether you have a

11 recirculating pump attached to your new water

12 heater.  Is that correct?

13     A.      Are you referring to an expansion

14 tank?

15     Q.      I'm talking about a recirculating pump

16 that recirculates water in your system.

17     A.      I don't know.

18     Q.      Do you have hot water fairly quickly

19 when you turn on the faucet in your home?

20             MR. KENNEY:  Object to the form of the

21     question.

22     A.      Yes.

23     Q.      And if you have -- so if you don't

24 know if you have a recirculating pump or not, to

25 the extent there are any settings on that pump

JAMES MONICA                                    November 29, 2016

Page 94

1    you don't know what those are.

2              Is that correct?

3       A.     I have no idea.

4       Q.     You've probably never touched it?

5       A.     I told you, I don't know what a

6    recirculating pump is.

7       Q.     Okay.  Does your house have a water

8    softening system?

9       A.     It does.

10      Q.     Was that installed by Mr. Roman?

11      A.     No.

12      Q.     Who installed that?

13      A.     Automatic Water Supply & Conditioning,

14   I think, is the name of the company, in

15   Bernardsville.

16      Q.     When was that installed?

17      A.     Shortly after the plumbing -- when we

18   built the house.

19      Q.     So the plumbing was installed by Roman

20   Plumbing, and then after that was done you

21   installed a water softening system.

22              Is that correct?

23      A.     Correct.  Rick did the prep work for

24   the water softening system.

25      Q.     Why did you install a water softening

JAMES MONICA                                    November 29, 2016

Page 95

1    system in your new home?

2        A.      Because it's very well known that in

3    my town we have hard water.  Most homes in Warren

4    probably have a water softening system, and also

5    because it helps the life of your appliances.

6        Q.      Since the water softening system was

7    installed by Automatic Water Supply &

8    Conditioning, has that system been serviced at

9    all?

10       A.      Yes.

11       Q.      By whom?

12       A.      Automatic.

13       Q.      How often was it serviced?

14       A.      I think it's been serviced once or

15   twice.  Those machines are pretty

16   self-sufficient.

17               You know, naturally every few months

18   you have to add salt, but other than that,

19   actually servicing the unit itself, they run

20   pretty self-sufficiently.

21       Q.      You anticipated what my next question

22   is.

23               Have you done any work or done

24   anything to the softening system?

25               You said you add salt occasionally.

JAMES MONICA                                    November 29, 2016

Page 96

1                Is that correct?

2        A.      Yeah.  It has a tank to the side of it

3    that you put salt in and you have to replace that

4    as the level decreases.

5        Q.      Do your faucets have aerators?

6        A.      I do not think so.  I don't know.

7    Again, I don't know what a faucet aerator is.

8                Is that something separate outside the

9    faucet?  I don't know.

10       Q.      Back to Exhibit 2, which is the

11   complaint, Paragraph 37, Page 9, the second and

12   third sentence says, "This particular form of

13   corrosion causes the interior of the brass

14   fitting to become plugged with corrosion product.

15   The fitting shown in this view is approximately

16   75 percent clogged which causes a significant

17   loss of water pressure."

18               Did your plumbing system have a loss

19   of water pressure?

20       A.      Yes.

21       Q.      When did you first notice that?

22       A.      I don't recall.

23       Q.      Was it before any of the leaks?

24       A.      I don't recall.

25       Q.      In what areas of the home do you

JAMES MONICA                                          November 29, 2016

Page 97

1   believe you had decreased water pressure?

2        A.     Master shower, sprinkler system.

3        Q.     You mean in your lawn?

4        A.     Um-hum.

5        Q.     Is that a "Yes"?

6        A.     Yes, sorry.  Master shower is the main

7   one that I remember.

8        Q.     Do you still believe you have low

9   water pressure in your home?

10       A.     Sometimes.

11       Q.     Is there any particular time, like a

12  time of year, that you think it's different, time

13  of day?

14       A.     When I get up to take a shower in the

15  morning sometimes the pressure is low.

16       Q.     You mentioned an expansion tank.

17              Do you believe your house has an

18  expansion tank?

19       A.     The hot water heater?

20       Q.     Yes.

21       A.     Yes, it has an expansion tank.

22       Q.     Do you know what an expansion tank is?

23       A.     Sort of.

24       Q.     Okay.  Give me your best shot.

25       A.     What does it do?

JAMES MONICA                                    November 29, 2016

Page 98

1      Q.     Yes.

2      A.       I would probably say I don't know.   I

3    do recognize it.   I know what it looks like.   I

4    know that I have one, but I don't know exactly

5    what it does.

6      Q.       Whose idea was it to have an expansion

7    tank in your home?

8      A.       Nobody's.   I guess it came with the

9    hot water heater that Rick put it in.   I've never

10   had any discussion about it.

11     Q.       Back to Monica Exhibit 6, which is the

12   proposal from Roman Plumbing, on the second page

13   there are two items at the top.

14              The first one, I believe, says, "All

15   waste and vent piping to be PVC."

16              Is that your understanding?

17     A.     Yes.

18     Q.       Okay.   And then, was that a discussion

19   you and Mr. Roman had or was that his

20   recommendation?

21     A.       That was his recommendation.

22     Q.       And what about the next entry?

23              It says, "All hot and cold water lines

24   to be PEX tubing."

25              Was that Mr. Roman's idea?

JAMES MONICA                                    November 29, 2016

Page 99

1     A.      As I said to you before, he gave me

2   the option.  He said, "Do you want all

3   traditional copper or do you want this new PEX

4   stuff?"  And I said, "Well, what do you think

5   would be better?"  And he said, "The PEX," so I

6   said, "Okay, use the PEX."

7     Q.      Did you have any discussion with

8   Mr. Roman about any of the other pros and cons

9   between PEX and copper?

10    A.      Not really.  He might have given me a

11  30-second sales pitch on the PEX because, knowing

12  him being lazy, it was easier to work with.

13    Q.      Is that something you believed about

14  Mr. Roman at the time, that he was lazy, or

15  something that you believe today?

16    A.      Something I believe today.  At the

17  time I thought he came very highly recommended.

18    Q.      I believe I asked you this earlier,

19  but I want to make sure.

20            Did you have any discussions on the

21  type of fittings that were going to be included

22  in your plumbing system?

23    A.      We did not.

24    Q.      Now, this is what -- these exclusions

25  listed on the second page of Exhibit 6, it says,

JAMES MONICA                                    November 29, 2016

Page 100

1    "Permit fees, plumbing fixtures, main water and

2    sewer from city..." something like that?

3        A.      "City mains."

4        Q.      And that's what you were referring to

5    earlier, the plumbing fixtures.  You guys

6    apparently agreed that you were going to supply

7    the fixtures.  Is that correct?

8        A.      Not exactly.  He directed me to go to

9    a place called Kantor Plumbing Supply because

10   that was where he got a big discount.

11              And he asked my wife and I to go to

12   Kantor and work with the salesman there to pick

13   out all the fixtures, the faucets, the knobs, the

14   handles, all that sort of thing, shower heads,

15   and then we would purchase them through him at

16   his discounted price plus a markup of 15 percent.

17       Q.      Okay.

18       A.      So he picked up all the fixtures,

19   delivered them to the house and installed them.

20       Q.      Do you believe Kantor Plumbing Supply

21   is also where he bought the PEX tubings and the

22   fittings that were in your home?

23       A.      I have no idea about that.

24       Q.      Did Mr. Roman, as a part of your

25   agreement with him, supply you with any sort of

JAMES MONICA                                    November 29, 2016

Page 101

1    warranty?

2              Did he say, "If you have any problems

3    in the first year, we'll come out and fix them,

4    no problem" or anything like that?

5              You're a lawyer, so you understand

6    what I mean by "warranty."

7              Did he give you a written warranty?

8       A.     No.

9       Q.     Did he offer you any sort of oral

10   warranty for this work?

11      A.     Not that I recall.

12      Q.     What was the -- in your lawsuit filed

13   against Mr. Roman, did you file any other

14   pleadings with the court?

15      A.     No.

16      Q.     So the complaint was the only thing

17   you filed in court?

18      A.     Yes.

19      Q.     Do you believe Mr. Roman filed an

20   answer?

21      A.     He did.

22      Q.     Do you believe Mr. Roman or the

23   attorney working on his behalf filed anything

24   else with the court?

25      A.     I was served with a copy of the

JAMES MONICA                                    November 29, 2016

Page 102

```
 1    Answer, but I don't know if there was anything
 2    else that was served.
 3            We did enter into a release settlement
 4    agreement.  You know, once that was signed off on
 5    his attorney may have filed that with the court
 6    to close the case.
 7    Q.     Now that you mention it, so how was
 8    your lawsuit with Mr. Roman and Roman Plumbing &
 9    Heating resolved?
10    A.     We settled out of court.
11    Q.     Do you know where the funding for the
12    settlement came from?
13    A.     Yes, I do.
14    Q.     And where?
15    A.     $10,000 came from his insurance
16    company, and 2,750 came out of his pocket.
17    Q.     And at the time that that release was
18    signed, had you retained counsel in this lawsuit?
19    A.     Yes.
20    Q.     That's Mr. Sauder?
21    A.     Yes.
22    Q.     Did you ever make any insurance claims
23    related to the water leaks in your home?
24    A.     I did contact my insurance company.
25    I don't know if -- I contacted them and noted
```

JAMES MONICA                                        November 29, 2016

Page 103

1    what was going on, but the deductible, I believe,

2    at the time was either $1,000 or $1,500.

3              So I don't know if we actually -- I

4    think maybe with one of the -- one of the leaks

5    we did go through with a claim for the insurance,

6    but we may not have actually even gotten to that

7    point because the deductible was very high and I

8    just didn't want to go down that path.

9        Q.    What insurance company do you believe

10   you may have contacted?

11       A.    It would have either been Allstate or

12   New Jersey Manufacturers.  At one point in time

13   we switched companies, but I don't recall when

14   that was.  My wife handles all of that.

15       Q.    So if you went and asked her, she

16   might have better information on who your

17   insurance company was at the time?

18       A.    I don't know.  I provided the New

19   Jersey Manufacturers policy numbers to my

20   counsel.  I'm sure we could look that up and

21   figure out the time.

22       Q.    I have been provided with that

23   information.

24              What about the Allstate plan?

25              Would your wife know better whether

JAMES MONICA                              November 29, 2016

Page 104

1    you had a policy with Allstate at the time of

2    these leaks?

3         A.    She wouldn't know any better than me.

4    We could go back and look.

5         Q.    You just said she handles this stuff,

6    so I'm just trying to understand where the best

7    source of this information could come from.

8              To date I have been given policy

9    numbers for New Jersey Manufacturers, but not

10   Allstate.

11        A.    Okay.  Well, if you look at the policy

12   number for New Jersey Manufacturers I would

13   imagine that you could see when that started and

14   be able to determine whether --

15        Q.    I have not been given an actual

16   policy.  I want you to understand that.  I've

17   been given policy numbers.  Those are just

18   numbers, okay, at this point, and I don't have a

19   copy of your policy from you or your counsel.

20             So, again, I'm just trying to

21   understand where I can find the best information

22   possible, okay?

23        A.    The best information would be for me

24   to call Allstate and find out when our coverage

25   stopped with them.

JAMES MONICA                                          November 29, 2016

Page 105

1      Q.      And I would ask you to do that,

2   please.

3              So you contacted an insurance company,

4   you don't recall which one it is, is that

5   correct, or you may have?

6      A.      Correct.

7      Q.      And you may have started a claim with

8   one of them, but did not pursue it to the point

9   where they ever sent you any reimbursement.

10             Is that correct?

11     A.      I believe that's correct.

12     Q.      I believe at one point in time you had

13   the water at your home tested.

14             Is that correct?

15     A.      Yes.

16     Q.      And when was that testing done?

17     A.      About two years ago.

18     Q.      So, 2014 or 2015?

19     A.      Yes.

20     Q.      And why did you have your water

21   tested?

22     A.      Because we had a ten-gallon fish tank

23   and our fish were dying, so I wanted to make sure

24   that everything was okay with the water.

25     Q.      Did the water for that fish tank come

JAMES MONICA                                    November 29, 2016

Page 106

1    from just your tap?

2         A.     Yes.

3         Q.     Is it a fresh water fish tank?

4         A.     Yes.

5         Q.     Who tested the water?

6         A.     New Jersey American Water.

7         Q.     And what were the results of that

8    testing?

9         A.     Everything was fine.  There were no

10   results that were out of range, out of normal

11   range.

12        Q.     Did you receive a written report or

13   some sort of written results as a result of that

14   testing?

15        A.     I believe I did receive a report in

16   the mail.

17        Q.     Do you still have a copy of that?

18        A.     No.

19        Q.     After you discovered that the water

20   was apparently okay, have you guys refilled the

21   fish tank and gotten new fish?

22        A.     Yes, we did after that.

23        Q.     So, you currently have fish living in

24   your ten-gallon fish tank again?

25        A.     No.

JAMES MONICA                                    November 29, 2016

1      Q.      Did they die again?

2      A.      The last guy made it for three years

3   and just recently passed away.

4      Q.      I'm sorry to hear that.  That's not

5   what I was expecting.

6              So, after the -- did all of the fish

7   die or just some of them?  I was confused.

8      A.      Some of them, not all of them.

9      Q.      You had some fish having some health

10  issues, some of them died.  You had the water

11  tested.  After that came back okay you still had

12  fish, but, unfortunately, you lost the last one

13  for now.  Is that correct?

14     A.       That's correct.  I went to Petco where

15  I bought the fish and the tank and brought them

16  samples.

17             And they told me that I had like --

18  this is going to sound like stupid, but I had 15

19  fish in a ten-gallon tank, which is apparently

20  way too many.

21             So they told me that the ammonia level

22  was too high due to their feces and all that

23  stuff, so I had to reduce the number of fish.

24  That's what they told me the problem was why they

25  were dying.

JAMES MONICA                                    November 29, 2016

Page 108

1      Q.      That's actually kind of funny in its

2  own way.

3      A.      I got too excited, I guess.

4      Q.      No, no.  Just that their environment

5  had too much ammonia because they were all

6  digesting too much food.

7              I didn't mean to make light of your

8  fish dying.

9      A.      No, no, that's okay.

10             (Release, 12/4/13, Between Roman Plumbing

11         & Heating Contracting and Monica is received

12         and marked as Exhibit Monica-7 for

13         Identification.)

14             MS. STEPHENS:  I'm going to go ahead

15         and introduce Monica Exhibit 7.

16             And, again, I've marked this myself

17         with Bates labeled Cole-Monica 000012 and 13.

18     Q.      Let me know if you recognize Monica

19  Exhibit 7.

20             (Witness reviewing exhibit.)

21     A.      I do.

22     Q.      What is Monica Exhibit 7?

23     A.      This was a release that was prepared

24  by Mr. Roman's attorney that he asked me to sign

25  in exchange for the payment of $12,750.

JAMES MONICA                                    November 29, 2016

Page 109

1      Q.      So this is the release you were

2    referring to earlier about how your lawsuit with

3    Roman Plumbing was resolved.  Is that correct?

4      A.      That's correct.

5      Q.      And it's dated, it appears,

6    December 4, 2013.  Is that correct?

7      A.      Yup.

8      Q.      At the time this release was signed,

9    had you retained counsel in this litigation?

10             MR. KENNEY:  In the current

11       litigation?

12             MS. STEPHENS:  Yes, sorry.

13     Q.      The litigation against NIBCO?

14     A.      I believe so, yes.

15     Q.      Now, I notice in Paragraph 1 at the

16   end of the last sentence it says, "I do not

17   release any potential claims against NIBCO and/or

18   any other persons, companies or entities that may

19   be responsible for the damage to the home located

20   at 12 Hillcrest Boulevard, Warren, New Jersey,

21   07059."

22             Who added that clause to the

23   settlement?

24     A.      Well, I didn't draft this document.

25     Q.      Did you ask for that particular --

JAMES MONICA                                    November 29, 2016

Page 110

1   that type of language to be added?

2        A.      I believe I did, yes.

3        Q.      And why was that?

4        A.      Because we were starting the process

5   of beginning with the NIBCO litigation, and I

6   believe that the issues that I had with Mr. Roman

7   were very separate and apart from the issues that

8   were unfolding with NIBCO.

9        Q.      So you don't believe that any of the

10  issues -- the leaks that we've been discussing

11  today in your home were caused by Mr. Roman or

12  the work he did?

13       A.      I'm not an expert, but I do not

14  believe so.  I mean, installing these fittings is

15  not rocket science.  My neighbor and I, as I told

16  you, we did the last one together in my basement.

17  It takes about 45 seconds to do, so I don't think

18  that had anything to do with Roman.

19       Q.      What type of fitting did you install

20  with your neighbor?

21       A.      I don't recall.

22       Q.      Was it a brass fitting or a plastic

23  fitting?

24       A.      I said I don't recall.  I'm happy to

25  take a picture of it and send it to you if my

JAMES MONICA                                    November 29, 2016

Page 111

1   counsel asks me to do that, but I don't recall

2   right now.

3        Q.      Did you use some sort of tool as part

4   of the installation?

5        A.      I did.

6        Q.      What kind of tool did you use?

7        A.      A crimping tool.

8        Q.      Was that your crimping tool?

9        A.      Yes.

10       Q.      You went out and bought it?

11       A.      Yes.

12       Q.      What brand is that crimping tool?

13       A.      No idea.

14       Q.      Where did you buy it?

15       A.      Home Depot.

16       Q.      When did you buy it?

17       A.      The first time that Joseph Caprarola

18   came he asked if I had one and I said no, and I

19   went out and got one.

20              So whenever he first -- the leak that

21   he first fixed would have been when I went out

22   and purchased it.

23       Q.      Do you still have that tool?

24       A.      I do.

25       Q.      When you helped Jason install this

JAMES MONICA                                    November 29, 2016

Page 112

1    fixture at your house that you said took about 45

2    seconds, did either of you look at any sort of

3    manual or instructions on how to do that?

4                MR. KENNEY:  I'm sorry did you mean

5        fittings?  You said "fixtures."

6                MS. STEPHENS:  I meant fittings.

7        A.      I didn't say that that one took 45

8    seconds.  I made a general statement that they're

9    very easy to install.

10               To answer your question, when we

11   installed it we did not look at a manual.

12       Q.      Had you ever installed a fitting

13   before in a plumbing system?

14       A.      Yes, a crimping ring, sure.

15       Q.      When?

16       A.      Over the years just fixing tubes here

17   and there; my house, my parents' house.

18       Q.      Were those PEX tubes?

19       A.      Possibly.

20       Q.      Were they plastic or were they metal?

21       A.      We're not talking about a specific

22   time here.  Have I crimped a crimping ring on a

23   tube of some sort in my life at some point before

24   this?  Yes, I have.  Do I recall specific

25   examples or dates?  No, I don't.

JAMES MONICA                                    November 29, 2016

Page 113

1      Q.      You believe you might have done that

2   at your parents' house in the past.

3              Is that correct?

4      A.      I may have.

5      Q.      And you believe they have copper

6   plumbing.  Is that correct?

7      A.      No, I did not say that.  I believe

8   they have PEX.

9      Q.      You believe your parents have PEX in

10  their home?

11     A.      Um-hum.

12     Q.      Is that a "Yes"?

13     A.      Yes.

14     Q.      When was that installed?

15     A.      They put an addition on their house

16  around 2006 -- 2005, 2006, so it would have been

17  sometime around then.

18     Q.      Who installed that plumbing in the

19  addition at your parents' house?

20     A.      The contractor's name was Bill Keyes.

21     Q.      Was he also the plumber?

22     A.      Yeah.

23     Q.      Do you believe -- and you believe you

24  might have at some point crimped a ring in that

25  plumbing in the addition in your parents' house.

JAMES MONICA                                    November 29, 2016

Page 114

1                   Is that what you're saying?

2       A.      No.

3       Q.      I'm just trying to understand what you

4   told me previously, that you probably have

5   crimped a ring on PEX tubing before in your life,

6   before this time with Jason.

7                   When was that?

8       A.      If you asked me the last time that I

9   replaced a light bulb in my house I probably

10  wouldn't be able to tell you.  It's the same kind

11  of thing, I don't recall any specific situations.

12                  But I would consider at some point in

13  time -- I'm fairly handy -- that I crimped

14  something to something else; whether it was PEX,

15  whether it was copper, what it was, where it was,

16  I don't know.

17      Q.      You believe you can just crimp a ring

18  onto a copper tubing onto a fitting?

19      A.      I didn't say that.

20      Q.      Well, how did you -- you're saying

21  you're fairly handy.

22                  How do you join a copper pipe piece of

23  plumbing to a fitting?

24      A.      It has to be soldered.

25      Q.      So in that particular instance you

JAMES MONICA                                    November 29, 2016

Page 115

1    wouldn't use just a crimping tool, would you?

2        A.     No.

3        Q.     So where else might you have, at some

4    point in your life, crimped PEX tubing onto a

5    fitting?

6        A.     I don't know.

7        Q.     Do you have any training?

8        A.     No.

9        Q.     Have you ever looked in any manuals on

10   how to do that?

11       A.     I might have looked at a manual on the

12   internet, but not that I actively recall, no.

13       Q.     Have you ever looked at the

14   installation instructions for NIBCO PEX tubing or

15   its related fittings?

16       A.     No.

17       Q.     Are you familiar with any other brands

18   that manufacture or sell PEX products?

19       A.     I am not.

20       Q.     When you discussed with Mr. Roman --

21   well, if you discussed this with Mr. Roman -- let

22   me start over.

23              We saw in his proposal that Mr. Roman

24   wrote "PEX tubing," and we'll refer to that as

25   the material that he was planning to use.

JAMES MONICA                                    November 29, 2016

Page 116

1          Did he ever discuss with you whether

2     he had any issues using that material in other

3     homes or anything like that?

4     A.     No.

5     Q.     Do you know what type of training or

6     experience Roman -- Mr. Roman or his employees

7     had installing PEX products in general?

8     A.     I have absolutely no idea.

9     Q.     What about NIBCO PEX products?

10    A.     No idea.

11    Q.     Do you know where they got the NIBCO

12    PEX products that were installed in your home?

13    A.     I already told you, I don't know that.

14    Q.     Do you know how those products were

15    stored before they were installed in your home?

16    A.     I have no idea.

17    Q.     When Mr. Roman was done -- well, at

18    any point when Mr. Roman was working on the

19    plumbing at your house or after he was done, did

20    he ever give you any documents related to NIBCO?

21    A.     No.

22    Q.     Did he ever tell you about the

23    warranty on NIBCO products?

24    A.     No.

25    Q.     Have you ever seen the NIBCO warranty?

JAMES MONICA                                      November 29, 2016

Page 117

1      A.      I don't believe so.  I might have,

2   poking around in the internet on NIBCO's website,

3   but I don't believe I did.

4              MS. STEPHENS:  Let's take a break.

5              (Recess.)

6

7   BY MS. STEPHENS:

8      Q.      We're back on the record.

9              Mr. Monica, you understand you're

10   still under oath?

11      A.      Yes, I do.

12      Q.      Are there any answers you gave

13   previously in this deposition that you would like

14   to clarify at this time after we've taken this

15   break?

16      A.      No.

17      Q.      We were discussing before the break

18   you mentioned that your parents had an addition

19   added onto their house and had PEX installed for

20   the plumbing.

21              Were you aware that they had PEX

22   installed before you became involved in this

23   lawsuit?

24      A.      I mean, I saw it as it was going up in

25   the house, but I mean I was still in law school

JAMES MONICA                                        November 29, 2016

Page 118

1    at that point in time.

2        Q.      Do you know whether your parents have

3    had any leaks or issues with the plumbing -- the

4    PEX plumbing that's been installed?

5        A.      They have not.

6        Q.      Do you know of anyone else that's had

7    PEX installed or PEX products installed for

8    plumbing system and have had leaks or other

9    issues?

10       A.      The other plaintiffs in this case.

11       Q.      Do you know any of those other

12   plaintiffs?

13       A.      I do not.

14       Q.      You just know their names?

15       A.      Yes.  The only other people I would be

16   aware of is that couple in Chatham, but, again, I

17   don't know their names.

18       Q.      In this lawsuit which products --

19   NIBCO products do you believe failed in your

20   house?

21       A.      I mean, I'm not an expert, so I don't

22   know whether it's the fitting or the tubing or a

23   combination of both.

24              As a layperson I know that when I look

25   at the fittings that are exposed they don't look

JAMES MONICA                                         November 29, 2016

Page 119

1   right to me.

2            I have ones -- you can walk around in

3   my basement now and look at the ones in the

4   ceiling and there are some that have, over the

5   years, grown this -- whatever that stuff is -- on

6   the outside of them.

7       Q.    Has any of the tubing in the house, to

8   your knowledge, ever split or been damaged?

9            MR. KENNEY:  Object to the form of the

10       question.

11      A.    To the point where I could physically

12   observe it?  Not that I know of.

13           And to clarify there, when we cut the

14   tubing open to fix the fittings, the tubing often

15   looks the same as the inside of that elbow

16   fitting that's pictured in the complaint.

17      Q.    So it has the same sort of meringue on

18   it.  Is that correct?

19      A.    That crusty material.  I don't know

20   what you would call it.  It looks like a clogged

21   artery to me.

22      Q.    Do you know whether you submitted any

23   of the tubing from your home for testing?

24      A.    Some of the fittings that we

25   submitted, I believe they were submitted with the

JAMES MONICA                                     November 29, 2016

Page 120

1   fitting, a small piece of the tubing, and the

2   crimping ring together.

3       Q.      So the whole connection?

4       A.      The whole connection, yes.  I don't

5   believe that I've submitted any large piece of

6   just tubing.

7       Q.      And at least do you believe all the

8   leaks in your home, the source of them was at

9   those connection points.  Is that correct?

10      A.      That I can visibly observe, yes.

11      Q.      Are you claiming in this lawsuit that

12  the clamps installed in your home are defective

13  in any way?

14              MR. KENNEY:  Objection to the extent

15          it calls for a legal conclusion or expert

16          testimony, but you can answer.

17      A.      I have no idea.  I'm not an expert

18  lawyer.

19      Q.      So you don't know what your claims

20  are?

21      A.      I know what the claims are in the

22  complaint.

23              MR. KENNEY:  Object to that

24          characterization.

25      Q.      So you would rely on the complaint as

JAMES MONICA                                        November 29, 2016

Page 121

1    far as what you're -- what you are claiming

2    caused the issues in your home?

3        A.      What I would rely on is our -- are the

4    facts that are in the complaint, the allegations

5    that are in the complaint.

6                Our experts' opinions; that's not

7    something that I'm equipped to answer.

8        Q.      Let's go to Exhibit 2, which is the

9    complaint.  Let's go to Paragraph 39.

10               I'm not going to read Paragraph 39

11   back in the record fully, but it says as part of

12   this paragraph that "Plaintiff Monica contacted

13   NIBCO and requested replacement of defective

14   NIBCO PEX fittings under the terms of the express

15   warranty."  Do you see that part?

16       A.      I do.

17       Q.      Is that the phone call that we've

18   talked about already in this deposition?

19       A.      It is.

20       Q.      Okay.  And as part of that phone call

21   you believe you requested replacement of the

22   defective PEX fittings.  Is that correct?

23       A.      I did.

24       Q.      "Under the terms of the express

25   warranty."  Do you see that part?

JAMES MONICA                                    November 29, 2016

Page 122

1       A.      I do.

2       Q.      At the time you made that phone call

3    were you aware of what the NIBCO warranty was?

4       A.      I'm not sure.

5       Q.      Are you aware today what the terms of

6    the NIBCO warranty are?

7       A.      No.

8       Q.      Do you believe you fulfilled your

9    warranty obligations under the NIBCO warranty?

10              MR. KENNEY:  Object to the extent it

11      calls for a legal conclusion, but you can

12      answer.

13      A.      Yes.

14      Q.      Okay.  Well, let's flip to the last

15   page of Exhibit 2.  Again, this is part of the

16   complaint filed by your counsel on June 19, 2015.

17              Do you see it says, "NIBCO PEX

18   Warranty"?

19      A.      I do.

20      Q.      I'll give you a chance to look this

21   over, but have you ever seen this warranty before

22   or something like it?

23              (Witness reviewing exhibit.)

24      A.      Yes.

25      Q.      When?

Page 123

1        A.        When I was reviewing the original

2    complaint before it was filed.

3        Q.        And do you believe that was the first

4    time you had ever seen the NIBCO PEX warranty?

5        A.        I believe it probably was.

6        Q.        Look at the second paragraph.  Now,

7    I'm not going to read the entire thing, it's

8    quite lengthy, but it says, "In the event any

9    defect occurs..."

10                 Do you see that paragraph?

11       A.        Um-hum.

12       Q.        "Yes"?

13       A.        Yes, I do.

14       Q.        And I think it's the second sentence.

15   It says, "The owner will be instructed to return

16   said tubes, fittings, or accessories at the

17   owner's expense to NIBCO, Inc. or an authorized

18   representative for inspection."

19                 Do you believe that you were asked to

20   return "said tubes, fittings or accessories" to

21   NIBCO?

22       A.        I was not asked to do that.

23       Q.        So you don't believe that NIBCO sent

24   you that product return authorization that we saw

25   earlier?

JAMES MONICA                                November 29, 2016

Page 124

1      A.      I testified honestly.  I don't recall

2  ever seeing that document before.  I'm not saying

3  that they didn't, but I do not recall ever seeing

4  that.

5      Q.      Okay.  Are you aware that, as part of

6  that lawsuit, you produced to us a copy of that

7  same document; not the e-mail attached to it, but

8  the document itself, that product return

9  authorization?  You looked at it today.

10     A.      I don't know if I personally did or if

11 another plaintiff did or if our attorneys got it

12 from somewhere else.

13     Q.      It was associated specifically with

14 you as part of the production, but you don't

15 recall that at all?

16             And it had your name on it.

17     A.      I understand what you're trying to do

18 and --

19     Q.      I'm not trying to do anything.  I'm

20 just trying to ask questions.

21     A.      And I'm answering you truthfully, that

22 I don't recall seeing that document.

23             I'm not saying that it was not sent to

24 me; it may have been, but I do not recall seeing

25 it.

JAMES MONICA                                      November 29, 2016

Page 125

1      Q.      And so if you don't recall it being

2  sent to you, you don't know how it got to your

3  plaintiffs -- to your attorneys and turned over

4  to us as part of this lawsuit; you don't know?

5      A.      I don't know for sure, no.  I could

6  have just forwarded it to them.  It could have

7  come from somewhere else.  I don't know.

8      Q.      Where else could it have come from?

9      A.      I don't know.

10     Q.      So, to your knowledge, none of the

11 fittings from your home have ever been sent to

12 NIBCO for inspection?

13     A.      As far as I'm aware, no.

14             But NIBCO did have experts come out to

15 my house and do testing on them and the water and

16 all that other stuff.

17     Q.      Did you ever send any fittings to

18 NIBCO for inspection?

19     A.      No.

20     Q.      Was your home inspected -- okay.

21             You mentioned the inspection that

22 occurred in your home where experts associated

23 with NIBCO came out.

24             Do you recall that inspection?

25     A.      I do.

JAMES MONICA                                    November 29, 2016

Page 126

1      Q.      Was your house inspected prior to that

2    by someone else?

3      A.      For purposes of this lawsuit?

4      Q.      Yes.

5      A.      No.

6      Q.      So, has an expert associated with your

7    attorneys in this law firm ever visited your

8    house?

9      A.      Has an expert visited my house?

10     Q.      Yes.

11     A.      No.

12     Q.      So, has Cynthia Smith ever visited

13   your house?

14     A.      No.

15     Q.      To your knowledge, have the fittings

16   that have been removed from your house been

17   tested?

18     A.      Yes.

19     Q.      Do you know the results of that

20   testing?

21     A.      I do not.

22     Q.      Still looking at that NIBCO warranty

23   on the last page of Exhibit 2, do you see the

24   capital letters in the third paragraph?

25             It's entirely capitalized, I should

JAMES MONICA                                    November 29, 2016

Page 127

 1    say.

 2         A.       I do see that.

 3         Q.       You see it says, "In order for this

 4    limited warranty to apply, the above-referenced

 5    products must be installed by a licensed

 6    professional plumber in accordance with NIBCO

 7    installation instructions and in compliance with

 8    all applicable code requirements"?

 9         A.       I see that.

10         Q.       And "Failure to do so will void all

11    applicable warranties."

12                  Do you see that?

13         A.       I do.

14         Q.       Do you believe that the products

15    installed -- NIBCO products installed in your

16    home were installed by licensed professional

17    plumbers in accordance with all NIBCO

18    installation instructions?

19                  MR. KENNEY:  Object to the extent

20         it requires expert testimony, but you

21         can answer if you know.

22         A.       When Mr. Roman filled out the plumbing

23    subcode permit application, which he filled out

24    himself, he put down his New Jersey master

25    plumber license number, so I would take that to

JAMES MONICA                                  November 29, 2016

Page 128

1    believe that he is a licensed plumber.

2             And he brought the NIBCO products to

3    my house, so I would assume that he was familiar

4    with them.  He never once told me that this was

5    the first time he was using it or he wasn't

6    familiar with it, but I mean I'm not privy to

7    that information.

8             As far as I'm aware, yes.

9    Q.       And you don't know the brand of the

10   fitting that you installed in your home, do you?

11   A.       No.

12   Q.       So you wouldn't know -- it could be

13   NIBCO.  Is that possible?

14   A.       It's possible.  But it's pretty

15   unlikely if I saw something that had a NIBCO sign

16   on it I probably wouldn't purchase it.

17   Q.       And did you refer -- and I believe I

18   asked you this, but did you refer to any

19   installation instructions when you installed that

20   fitting?

21   A.       I want you to understand one thing

22   very clearly.  When you have one of these leaks

23   in your house, okay, what happens is the longer

24   the leak is transpiring the more damage that

25   takes place; meaning more sheetrock gets

JAMES MONICA                                     November 29, 2016

Page 129

1   saturated, more crown molding gets saturated,

2   more carpet gets wet, more couches get wet.

3          When I fixed the last one in my house

4   that wasn't even leaking on my own I don't think

5   about things like do I need to be a master

6   plumber?

7          I think about how do I get water to

8   stop from running or to prevent something from

9   happening.  I go out, get the stuff I need to fix

10  it, and fix it.

11          MS. STEPHENS:  Strike that as

12      nonresponsive.

13          MR. KENNEY:  I object to that.

14          MS. STEPHENS:  My question was -- and

15      I believe the record will show -- I asked him

16      if he looked at any installation manuals or

17      not when he installed the fittings in his own

18      home.

19  Q.    What's the answer, yes or no?

20          MR. KENNEY:  I'm still allowed to make

21      my objection.

22          Again, I'm objecting to her -- giving

23      the "strike that" response.

24          You can answer the question to the

25      extent you understand it.

JAMES MONICA                                    November 29, 2016

1      A.      I believe you already asked me that

2    and I answered it, and the answer is no.

3      Q.      Do you believe your plumbing system

4    was inspected by anyone before it was put into

5    service?

6      A.      Yes, it was inspected by my town

7    plumbing subcode inspector.

8      Q.      And do you know what that inspection

9    involved?

10     A.      Vaguely.  There were multiple parts of

11   inspections, multiple steps throughout the

12   process.

13     Q.      And specifically, as to the plumbing,

14   what did they do as part of that inspection?

15     A.      Like I said, there were multiple steps

16   to the process.

17     Q.      What was each step?

18     A.      You have to -- once you get to certain

19   hurdles you have to pass inspections for

20   different things; like connecting from city water

21   to your house, when you do the roughing, when you

22   do the finishing, those sort of things, different

23   milestones.

24     Q.      And at each point of this inspection

25   process, when the inspectors came out, were there

JAMES MONICA                                    November 29, 2016

Page 131

1   any issues at any of those milestones?

2            MR. KENNEY:  Object to the form of the

3       question.

4       A.    I was not there for most of the

5   plumbing inspections; Rick was, and he, himself,

6   came when there were inspections.

7            And I don't recall any specific things

8   that we failed inspection for going along in the

9   process.

10      Q.    Other than -- I think we classified

11  them as five leaks and this other fitting that

12  you replaced, have you had any other plumbing

13  issues in your home?

14           MR. KENNEY:  Object to the form of the

15      question.

16      Q.    I guess I should also add the water

17  heater.

18           MR. KENNEY:  Same objection.

19      A.    No.

20      Q.    So you have not had any other leaks in

21  other areas?

22      A.    No.

23           (Plaintiff James Monica's Objections

24      and Responses to Defendant NIBCO, Inc.'s

25      First Set of Interrogatories is received and

JAMES MONICA                                    November 29, 2016

Page 132

1        marked as Exhibit Monica-3 for

2        Identification.)

3        Q.      I'm going to hand you what's been

4    marked as Monica Exhibit 3.

5                Take a look at Exhibit 3 and let me

6    know when you're ready to answer questions.

7                (Witness reviewing exhibit.)

8        A.      Okay.

9        Q.      Does Exhibit 3 look familiar to you?

10       A.      Yes.

11       Q.      Okay.  And you see -- again, you're a

12   lawyer.  You see the caption on the front page

13   related to this lawsuit and it says "Plaintiff

14   James Monica's Objections and Responses to

15   Defendant NIBCO Inc.'s First Set of

16   Interrogatories"?

17               Do you see that?

18       A.      Yes, I do.

19       Q.      And I believe you said earlier you

20   might have provided information for these, but

21   you -- I mean, you didn't draft like all the

22   objections and things like that.

23               Is that what you meant?

24       A.      That is correct.

25       Q.      I want to look at Interrogatory No. 5,

JAMES MONICA                                    November 29, 2016

Page 133

1    which starts on Page 4, and then your response is

2    on the next page.

3              (Witness reviewing exhibit.)

4    Q.      Now, this question asks about -- it

5    says, "State in detail what damages you claim

6    were sustained as a result of the incidents upon

7    which this action is based, including the dates

8    of any alleged incidents, the dates of any

9    repairs, the names of those individuals

10   performing the repairs, and an itemized listing

11   of all charges."

12             And then the answer is below.

13             And I know that a lot of it, again, is

14   a part of an objection.

15             Do you see the part where it says,

16   "Plaintiff refers to Rule 26(a)(1)"?

17   A.      Yes.

18   Q.      Okay.  And then it says,

19   "...(a)(1)Disclosure submitted to the Defendant

20   on May 18, 2014 and the documents produced by

21   Plaintiff to date."

22             What documents produced to date by you

23   in this lawsuit provide any information regarding

24   the dates of the alleged incidents, the dates of

25   repairs, the names of individuals performing the

JAMES MONICA                                    November 29, 2016

Page 134

1    repairs or any itemized listing of all charges?

2        A.      If we supplied the invoices from

3    Palazzo.

4        Q.      You don't know whether those have been

5    produced or not?

6        A.      Again, if I had them at the time that

7    the discovery request was made, if they were

8    still in my possession, I would have produced

9    whatever I had.

10               I've produced all documents that are

11   in my possession to date.

12       Q.      So can you provide me with an itemized

13   listing of all the charges you've incurred as a

14   result of the leaks at your home?

15       A.      You want me to take a pen and paper

16   and do that?

17       Q.      I would love that.

18       A.      I mean, I --

19               MR. KENNEY:   Objection.

20               You don't need to write anything down.

21       A.      I would gather I could do that.

22               Have we produced an itemized listing?

23               I don't know.

24       Q.      I would represent to you that have

25   not.

JAMES MONICA                                    November 29, 2016

Page 135

```
1      A.      Okay.

2      Q.      So I'm going to ask that you do do

3  that because we've discussed various charges and

4  things today, but you've been kind of

5  guesstimating on the amount, so I believe we're

6  entitled to know this information and I don't

7  believe it's been produced to date.

8              What damages are you claiming from

9  NIBCO in this lawsuit?

10             MR. KENNEY:  I'm going to object to

11        the extent it calls for a legal conclusion

12        and to the extent it calls for expert

13        testimony, but you can answer to the

14        extent you understand.

15     A.      I am seeking repair of the entire

16  plumbing system, both fittings that have ruptured

17  to date and tubing and those that have not, but

18  may.

19             The plumbing system in the NIBCO

20  products in my house are a ticking time bomb, any

21  one of them could rupture at any point in time,

22  so I'm seeking to have the plumbing redone.

23     Q.      Have you attempted to get an estimate

24  of having the plumbing redone in your home?

25     A.      No.
```

JAMES MONICA                                    November 29, 2016

1      Q.      Do you know how much that would cost?

2    In your mind, do you know how much you think that

3    would cost?

4               MR. KENNEY:   Object to the form of the

5         question.

6      A.      I think it would be pretty significant

7    because it's a finished house now.  The walls

8    will all have to be ripped up, sheetrock taken

9    out.

10              It's not just the cost of repairing

11   the plumbing, it's the cost of all that labor,

12   time, sheetrock, spackling, painting, crown

13   molding, drying, inconvenience, un-usage.

14     Q.      Let's go look at Exhibit 2, which is

15   the complaint.  Let's go to Paragraph 41.

16              It says that you've suffered an

17   "...ascertainable loss as a result of Defendant's

18   admissions and misrepresentations associated with

19   the PEX product, including, but not limited to,

20   out-of-pocket loss associated with catastrophic

21   plumbing failures and attempted repairs of such

22   within his home."

23              Do you see that?

24     A.      I do.

25     Q.      What ascertainable loss have you

JAMES MONICA                                    November 29, 2016

Page 137

1   incurred?

2           MR. KENNEY:  Object to the extent it

3       calls for a legal conclusion or expert

4       testimony, but you can answer it to the

5       extent you understand.

6   A.      Again, with each one of these leaks

7   there is the material and labor associated with

8   the plumbing, getting that fixed.

9           There is also the down time in getting

10  the plumber out there to fix it because the

11  entire water system has to be shut off.

12          There is carpentry involved, painting,

13  taping, spackling, replacement of crown molding,

14  cleaning of carpets, cleaning damaged couches.

15  Q.      How much to date have you spent on

16  cleaning your carpet and couches as a result of

17  these leaks?

18  A.      The family room carpet we had

19  professionally cleaned one time.  I believe that

20  was approximately $500.

21          The basement carpet we had cleaned.  I

22  believe that was a little bit less, maybe around

23  $300 or $400.  It was a small area.

24          And the couch, we have not repaired

25  the couch or anything.  The water stains are

JAMES MONICA                                    November 29, 2016

Page 138

1    still there.

2        Q.    Do you have receipts or invoices

3    associated with the carpet cleaning that you just

4    mentioned?

5        A.    Whatever documents I have I've given

6    over, so if they weren't given over I probably

7    don't have them.

8        Q.    Who did the carpet cleaning?

9        A.    I believe it was somebody that our

10   insurance company, New Jersey Manufacturers,

11   sent, but I don't know their name.

12       Q.    So your insurance company did do

13   something associated with some of the property

14   damage.  Is that correct?

15       A.    Well, I don't know what you mean by

16   "did" but --

17       Q.    Well, insurance companies, at least in

18   my experience, don't send somebody to do

19   something unless they believe -- unless you make

20   a claim, and then they pursue that.

21             So you believe New Jersey

22   Manufacturers sent someone to clean the carpets

23   in your house.  Is that correct?

24       A.    No.  I believe New Jersey

25   Manufacturers recommended somebody to clean the

JAMES MONICA                                    November 29, 2016

Page 139

1   carpet.  Whether or not that was part of a claim,

2   I don't know.

3       Q.    Who would know that?

4       A.    New Jersey Manufacturers.

5       Q.    You mentioned the down time associated

6   with getting these plumbing leaks fixed.

7             Can you put a dollar figure on that

8   down time?

9       A.    No.

10      Q.    In each instance did all of this cost,

11  was it different with each leak?

12      A.    Yes.

13      Q.    And all the leaks generally occurred

14  in different areas of the house.

15            Is that correct?

16            MR. KENNEY:  Object to the form.

17      Q.    You did have a connection -- actually,

18  I take that back.  We had that one fitting that

19  was replaced twice.  Is that correct?

20      A.    Right.

21      Q.    And then the other fittings, they were

22  all different connection points at least?

23      A.    Yes.

24      Q.    Let's look at Interrogatory question

25  number six and your response.

JAMES MONICA                                    November 29, 2016

Page 140

```
 1                Without having to read it all, it
 2   generally asks for where the PEX products that
 3   were previously installed in your residence,
 4   their current status.
 5                Do you see your answer down there?
 6                It says, "Plaintiff disposed of the
 7   first defective fitting because he was not aware
 8   of any systemic problems with the NIBCO PEX
 9   product at the time."
10                Now, previously in this deposition you
11   told me you believe you kept that one.
12                Do you believe that's correct or is
13   this Interrogatory response correct?
14       A.      The Interrogatory response is correct.
15       Q.      So you do believe that first defective
16   fitting was disposed of by you or whoever took it
17   out of your house.  Is that correct?
18       A.      Yes.
19       Q.      Let's go to Page 7, Interrogatory
20   No. 13.  It generally asks about statements or
21   people with knowledge about the basis of your
22   complaint.
23                And do you see in the answer it refers
24   to "Adams Homes"?
25       A.      I see that.
```

JAMES MONICA                                    November 29, 2016

Page 141

1      Q.      Does that mean something to you?

2              Is Adams Homes associated with your

3   house?

4      A.      To be honest with you, this has --

5   this must have to do with another plaintiff

6   because I have no idea what Adams Homes is.

7      Q.      And you were the general contractor on

8   your house.  Is that correct?

9      A.      Yes.

10     Q.      Now, it says below that "Claims

11  investigation is ongoing and discovery is

12  continuing.  Plaintiff reserves the right to

13  supplement this response up to and including the

14  time of trial."

15             Are you aware of anyone else -- I

16  mean, other than Adams Homes and plaintiffs'

17  immediate family -- who have knowledge of the

18  basis of your complaint?

19             I mean, because there's no other

20  people -- other than referring to your immediate

21  family, whose names I know, this doesn't name

22  anybody else.

23             And we've talked about some people

24  today, right?  We've got Roman Plumbing, we've

25  got the various carpenters and plumbers who have

JAMES MONICA                                          November 29, 2016

Page 142

1   worked on your house.

2              Is that correct?

3      A.      Um-hum.

4      Q.      Is that a "Yes"?

5      A.      Yes.

6      Q.      Anybody else you can think of?

7      A.      No.

8      Q.      Have you discussed -- when you say

9   "plaintiff's immediately family," are you also

10  referring to like your parents, who lived next

11  door?

12     A.      Oh, yeah, of course, my mother and

13  dad, they're aware of what's going on.  I haven't

14  discussed the lawsuit with them very much, but...

15     Q.      But they were aware of the leaks and

16  that you were having problems with your plumbing?

17     A.      Yes.

18     Q.      Let's go to Page 10, Interrogatory

19  No. 20.  Why don't you go ahead and read the

20  question and the response and I'll ask you a

21  couple of questions.

22              (Witness reviewing exhibit.)

23     A.      Okay.

24     Q.      Now, at least in your -- the response

25  it says, "Plaintiff spoke with a NIBCO employee

JAMES MONICA                                    November 29, 2016

Page 143

1    on the telephone after the second leak in

2    approximately the spring of 2014."

3            Do you see that?

4    A.      Um-hum, yes, I do.

5    Q.      Do you agree with that response or do

6    you think that that's still accurate?

7    A.      Whatever is in here date-wise would be

8    more accurate than what I provided.  I mean, this

9    is stuff that happened three, four years ago.

10   Q.      I understand that.  I'm just trying to

11   -- you know, the dates that we discussed today of

12   the leaks all were 2012 through 2013, and we did

13   not discuss 2014 at all, so I'm trying to

14   understand the timeline accurately.

15   A.      This date strikes me as a little bit

16   off, but if it's not a typo then that's what I

17   would have told my counsel that when this would

18   have happened, but for some reason this date does

19   not seem correct to me.

20   Q.      So it's possible it's a typo?

21   A.      It's possible it's a typo, it's

22   possible it's correct, it's possible that it's

23   not correct.

24   Q.      And you believe that that response

25   refers to the same single phone call that we

JAMES MONICA                                    November 29, 2016

Page 144

1    discussed earlier in this deposition.

2              Is that correct?

3       A.    Yes, that is my recollection of the

4    phone conversation we had.

5       Q.    In Exhibit 2, which is the Second

6    Amended Complaint, it looks like it -- paragraph

7    -- Page 39, and specifically Paragraph 185, do

8    you see the allegation there that says "The

9    defective condition of NIBCO PEX products

10   rendered them unreasonably dangerous"?

11      A.    I do.

12      Q.    Do you believe that the NIBCO products

13   in your home are unreasonably dangerous?

14              MR. KENNEY:  Object to the extent it

15        calls for a legal conclusion or expert

16        testimony, but you can answer if you know.

17      A.    I do.  I told you, the plumbing system

18   in my house is a ticking time bomb.

19      Q.    And you allege in Paragraph 186 that

20   the "NIBCO PEX products were expected to and did

21   reach consumers, including Monica, without

22   substantial change in the conditions in which

23   they were designed, manufactured, labeled, sold,

24   distributed, marketed, promoted, supplied and

25   otherwise released into the stream of commerce."

JAMES MONICA                                    November 29, 2016

Page 145

1           Do you see that allegation?

2      A.    Yes.

3      Q.    What is your basis -- your basis for

4  that allegation?

5           MR. KENNEY:  Object to the extent it

6      calls for a legal conclusion.  You can

7      answer if you know.

8           And I'd also like to point out that on

9      the first page it does say that the complaint

10      was drafted in part based on the

11      investigation of counsel.

12      A.    Well, I observed Mr. Roman come to the

13  house with these new materials that were either

14  packaged in plastic or in boxes or the tubing

15  might have been on a wheel or something like

16  that, so they would seem new to me.

17      Q.    Do you know where Mr. Roman got those

18  products that he brought to your house?

19      A.    I told you before, I don't.

20      Q.    Do you know how they were stored by

21  whomever he got them from?

22      A.    I do not.

23      Q.    Do you know how they were stored by

24  Mr. Roman before they -- from wherever he bought

25  them -- from the time when he bought them and

JAMES MONICA                                    November 29, 2016

Page 146

1    when they came to your house?

2              MR. KENNEY:  Object to the form.

3        A.    I do not.

4        Q.    In addition to the types of damages

5    that you've mentioned earlier, the material and

6    labor, the down time, the carpentry work and the

7    associated property damage, are you claiming any

8    other damages from NIBCO in this lawsuit?

9              MR. KENNEY:  Object to the extent it

10        calls for any legal conclusion or expert

11        testimony, but you can answer, if you know.

12       A.    I'm not a professional product defect

13    attorney, but I am claiming whatever I'm entitled

14    to under the law.

15       Q.    Can you itemize that for me?

16       A.    No.

17       Q.    Other than the carpet cleaning that

18    you mentioned, has any of -- are you claiming any

19    other personal property damage?

20             MR. KENNEY:  Same objections, but you

21        can answer if you know.

22       Q.    And, again, I'm not talking about the

23    damage to your home that was repaired by the

24    carpenter, for instance, I'm talking about

25    personal objects in your house.

JAMES MONICA                                            November 29, 2016

Page 147

```
 1             MR. KENNEY:   Same objections.  You can

 2     answer if you know.

 3        A.     Small items.

 4        Q.     Such as what?

 5        A.     Toys, books.

 6        Q.     Which toys, which books?

 7        A.     I have no idea.

 8        Q.     How much did those toys and books cost

 9  you?

10        A.     No idea.

11        Q.     Have you replaced those toys and

12  books?

13        A.     No.

14        Q.     Do you still have those toys and books

15  in your possession?

16        A.     No.  They were soaked and I threw them

17  in the garbage; pillows.

18        Q.     Let's look at Page 41.

19               Before we turn the page I just want to

20  point out that Count 5 references the New Jersey

21  Products Liability Act.

22               And you're a resident of New Jersey

23  and your home is in New Jersey.

24               Is that correct?

25        A.     I believe you meant Count 4.
```

JAMES MONICA                                    November 29, 2016

Page 148

 1    Q.    I'm looking at Count 5.

 2          MR. KENNEY:  She changed the pages.

 3          We're on Page 40 now.

 4    A.    Oh, yes.

 5    Q.    Sorry.

 6    A.    New Jersey Products Liability Act --

 7    Q.    Count 5 -- sorry to interrupt you.

 8          Count 5 refers to the New Jersey

 9    Products Liability Act, and at least in

10    Paragraph 192 it says, "Plaintiff Monica..."

11          Do you see that?

12    A.    Um-hum, yes.

13    Q.    And you're bringing a cause of action

14    under that act on behalf of yourself and on

15    behalf of members of the New Jersey subclass.

16          Do you see that?

17    A.    I do.

18    Q.    And in Paragraph 196 on the next page,

19    do you see in the third line in that paragraph

20    something about a post-sale warning?

21          Do you see that allegation?

22    A.    I'm sorry, you said Paragraph 196?

23    Q.    Correct.  Go ahead and read that

24    paragraph and then I'll ask you a couple of

25    questions.

JAMES MONICA                                    November 29, 2016

Page 149

1                    (Witness reviewing exhibit.)

2       A.      Okay.

3       Q.      So at least the first part of that

4   paragraph says, "NIBCO PEX products were

5   designed, manufactured, distributed, marketed,

6   promoted, supplied, and sold and otherwise

7   released by NIBCO into the stream of commerce

8   were defective due to inadequate post-sale

9   warnings and or instructions."

10                   Do you see that?

11      A.      I do.

12      Q.      What post-sale warnings do you believe

13  NIBCO should have provided regarding its

14  products?

15                   MR. KENNEY:  I'm going to object to

16          the extent it calls for a legal conclusion or

17          expert testimony, but you can answer, if you

18          know.

19      A.      I don't know.

20      Q.      Where should NIBCO have provided those

21  warnings?

22                   MR. KENNEY:  Same objections.

23                   You can answer, if you know.

24      A.      Same answer.  I don't know.

25      Q.      What should that warning have said?

JAMES MONICA                                    November 29, 2016

Page 150

1          MR. KENNEY:  Same objections again.

2          You can answer, if you know.

3     A.     I do not know.

4     Q.     If NIBCO had provided those warnings

5  after the sale -- after the NIBCO products were

6  installed in your home, what would you have done?

7     A.     Can you rephrase the -- repeat the

8  question?

9     Q.     Sure, okay.  This mentions post-sale

10  warnings.

11          So after the NIBCO products were

12  installed in your home by Roman Plumbing, if

13  NIBCO had issued a warning regarding its NIBCO

14  PEX products, what would you have done

15  differently?

16          MR. KENNEY:  Object to the form of the

17      question.  You can answer.

18     A.     Well, I just told you before that I

19  don't know what kind of warnings we would be

20  talking about, so you are asking me to speculate

21  about something that I don't know about.

22          I don't know.

23     Q.     If NIBCO had issued a post-sale

24  warning, and by "post-sale" I mean after NIBCO

25  PEX products were installed in your home, stating

JAMES MONICA                                        November 29, 2016

Page 151

1    that some of its NIBCO PEX products could

2    prematurely fail, what would you have done?

3              MR. KENNEY:  Object to the form of the

4         question.  You can answer.

5         A.    I don't know that I would have done

6    anything differently.  I mean, I would have

7    probably been a little bit more aggressive of

8    pursuing NIBCO, possibly in my own lawsuit and

9    not part of a class, but I don't know.

10             Again, you're asking me to speculate

11   about something that I don't have knowledge of.

12        Q.    What if that warning had been issued

13   and you were aware of it, a warning that --

14        A.    I don't mean to interrupt you, but

15   just so that I'm clear, a warning that the

16   products could potentially be defective?

17             Is that what you're talking about?

18        Q.    Prematurely fail.

19        A.    Okay, go ahead.

20        Q.    So the warning that I just mentioned

21   in my previous question, let's say that warning

22   was issued, you're aware of it, but you haven't

23   had any leaks in your home.

24             Would you have done something

25   differently?

JAMES MONICA                                    November 29, 2016

Page 152

1              MR. KENNEY:  Again, object to the form

2         of the question.  We're dealing with

3         incomplete hypotheticals, but you can answer

4         to the extent you know.

5         A.      I don't know.  Again, we're dealing

6    with hypotheticals.  I think it would depend on

7    what the substance of the warning was, what would

8    happen.  There's a lot of different variables.

9              I would have definitely taken some

10   more proactive steps.

11        Q.      Such as what?

12        A.      I would have more aggressively tried

13   to get the fittings replaced.

14              Here we are sitting in a class action

15   lawsuit, the class hasn't even been certified

16   yet, and we're talking about three or four years

17   later.  I'm a pretty patient guy.

18              But if you had given me -- if NIBCO

19   had given me those warnings, then maybe I would

20   have been a little more aggressive.

21              But, again, you're asking me to

22   speculate about things that I don't know.  I

23   don't know what I would have done differently.

24              (Ten Photographs of Pipes/Tubing, etc.

25         are received and marked as Exhibit Monica-8

JAMES MONICA                                      November 29, 2016

Page 153

1        for Identification.)

2        Q.      I'm going to hand you what's been

3    marked as Monica Exhibit 8.

4                MS. STEPHENS:   These are some

5        photographs that were produced to me

6        yesterday, so I've gone ahead and marked them

7        myself with Bates labels Cole-Monica 000014

8        through 23.

9        Q.      Take a look at Exhibit 8 and let me

10   know when you're ready to answer questions.

11               (Witness reviewing exhibit.)

12       A.      Okay.

13       Q.      Do you recognize the photographs in

14   Monica Exhibit 8?

15       A.      I do.

16       Q.      Did you take all of these photographs?

17       A.      I do not believe I took all of these.

18               I think some of these may have been

19   taken by Mr. Greenberg.

20       Q.      By one of your attorneys?

21       A.      Yes.

22       Q.      Let's go through them one by one

23   starting with 14.

24               Did you take this picture?

25       A.      I don't believe I did, no.

JAMES MONICA                                    November 29, 2016

Page 154

1      Q.      Do you know when it was taken?

2      A.      I don't.

3      Q.      Do you believe it was taken by

4    Mr. Greenberg?

5      A.      It could have either been taken by

6    Mr. Greenberg or it could have been taken by a

7    representative of New Jersey Manufacturers.

8      Q.      And that's your insurance company that

9    we mentioned earlier?

10     A.      Yes.  My best guess is that these

11   pictures were taken by Mr. Greenberg when NIBCO's

12   experts came out and tested the water and took

13   pictures and all that other stuff of the house,

14   but I could be wrong about that.

15     Q.      Do you recognize where this is in your

16   home?

17     A.      I do.

18     Q.      Where is this?

19     A.      So remember earlier I was telling you

20   we had that curtained-off storage space.

21             Well, that's what that curtain is on

22   the right.  You see the carpet and then the end

23   of the carpet there, and that object on the left

24   is my hot water heater -- I mean, I'm sorry, my

25   furnace.

JAMES MONICA                                        November 29, 2016

Page 155

1           And then the orange wall there, as I

2    said before, we painted the walls where -- where

3    they're showing.

4         Q.    Do you know why this picture was

5    taken?

6           You kind of described to me what I'm

7    looking at, but I'm not sure that this is

8    supposed to be showing me any leak or --

9         A.    It could be.  The purpose of it was to

10   possibly show the water damage on the floor.

11          If you look at the first row of bricks

12   exposed there, that dark color, I believe that

13   was the reason why this was taken.

14          You could see that the water level

15   actually in this picture -- I know the reason

16   this was taken.

17          The water level in that picture, I

18   don't know if you can tell or not, is higher than

19   the bottom of the furnace, so water actually got

20   into the bottom of the furnace here.

21        Q.    What about the next page, Monica --

22   Cole-Monica 15; is this picture also in your

23   basement?

24        A.    Yes.

25        Q.    Did you take this picture?

JAMES MONICA                                    November 29, 2016

Page 156

1       A.      I did not.

2       Q.      Do you believe Mr. Greenberg took this

3  picture?

4       A.      I would say probably, yes, he did.

5       Q.      And what is shown in this picture?

6  Generally describe it, please.

7       A.      A wet carpet.

8       Q.      And that's the bar you were referring

9  to right there that's in your basement?

10      A.      Yes.

11      Q.      On the right-hand side there's a bar

12  and there's carpet in the middle and we see some

13  kind of like footprints almost?

14      A.      Yes.

15      Q.      Do you know when this picture was

16  taken?

17      A.      If it was, in fact, when I think it is

18  when Mr. Greenberg took it, it would have been on

19  the date when the NIBCO experts or whoever they

20  were, came out, and I believe that was at some

21  point in 2016.

22              No, that wouldn't have been -- that

23  wouldn't be right because we wouldn't have had a

24  leak then.

25              I'm sorry.  This might have been taken

JAMES MONICA                                    November 29, 2016

Page 157

1    by New Jersey Manufacturers.

2            I really don't know.  I didn't take

3    it, though.

4        Q.    And so after -- since this picture has

5    been taken has your carpet in the basement been

6    cleaned?

7        A.    Yes.

8        Q.    So it doesn't look like this anymore?

9        A.    No.

10       Q.    What about Cole-Monica 16, the next

11   page, did you take this picture?

12       A.    I do not believe I did, no.

13       Q.    Do you recognize what area of your

14   home this is?

15       A.    Yes.

16       Q.    Where?

17       A.    This is in the basement standing on

18   the floor and looking up into the ceiling.

19       Q.    Do you believe this was taken, again,

20   by Mr. Greenberg or maybe New Jersey

21   Manufacturers?

22       A.    Now that I'm thinking about it, I

23   believe these pictures were taken by New Jersey

24   Manufacturers except -- I'm really not sure; one

25   or the other.

JAMES MONICA                                        November 29, 2016

Page 158

1      Q.      Okay.  Do you know what's being
2   depicted in this picture?
3              It seems like this piece of red tubing
4   that's in the foreground is open on the end.
5      A.      I would agree with you.
6      Q.      Was that like a fitting removed from
7   that or is that an open line?
8      A.      I think there was a fitting that was
9   being removed from that.  It could either be
10  taking a picture of that, or if you look up at
11  thinner red tubing above it that has that elbow
12  fitting, you can see some of that white corrosion
13  or whatever that is, that substance that's
14  starting on that one, it could have been taken
15  for that.
16     Q.      Okay.  What about Cole-Monica 17, the
17  next page, do you know whose hand that is?
18     A.      Yes, I do.
19     Q.      Whose hand is that?
20     A.      My wife's.
21     Q.      And are you taking this picture or is
22  she?
23     A.      I have no idea who took this picture.
24     Q.      Do you know when it was taken?
25     A.      It was either at the time New Jersey

JAMES MONICA                                    November 29, 2016

Page 159

1    Manufacturers came out or it was when NIBCO

2    experts came to do testing.

3        Q.    When the New Jersey Manufacturers

4    representative came out, were you home?

5        A.    I was.

6        Q.    Do you know why this picture was taken

7    of this?  I believe it's a crimp.

8        A.    I don't.  Maybe to show that it was

9    crimped properly.  I don't know.

10       Q.    And what about Cole-Monica 18?

11             Is that -- I believe, again, that's

12   your wife's hand.  It's showing a clamp again

13   from a different angle?

14       A.    Yes.

15       Q.    And you think this was probably taken

16   during perhaps the same visit from New Jersey

17   Manufacturers?

18       A.    Yeah, I believe so, yes.

19       Q.    What about Cole-Monica 19, the next

20   page, do you know what part of your house this is

21   in?

22       A.    I do.

23       Q.    Where is this?

24       A.    This is in the basement very close --

25   basement ceiling.  Again, this is somebody

JAMES MONICA                                    November 29, 2016

Page 160

1    standing, probably in this case on a ladder,

2    taking a picture up into the ceiling, and this is

3    in an area very close to where my hot water

4    heater and my furnace are.

5        Q.    Do you know when this picture might

6    have been taken?

7        A.    Same response as with the other ones.

8        Q.    New Jersey Manufacturers?

9        A.    One of those two; either them or Bruce

10   Greenberg in 2016.

11       Q.    Okay.  What about Cole-Monica 20?

12             Do you recognize where in your house

13   that picture was taken?

14       A.    Yes.

15       Q.    Where is that?

16       A.    Very similar area, I think, as the

17   previous picture, No. 19, just looking at it from

18   a different angle; again, in the basement

19   standing down taking a picture up at the ceiling.

20       Q.    Okay.  And the same response; taken

21   probably about the same time as the other photos?

22       A.    Yes.

23       Q.    What about Cole-Monica 21?

24       A.    This one, I'm pretty sure, was taken

25   -- well, I don't want to guess.  It's either,

JAMES MONICA                                      November 29, 2016

Page 161

1   again, when Mr. Greenberg came out with the NIBCO

2   experts or when New Jersey Manufacturers came

3   out.

4       Q.      Do you know where this -- now

5   Cole-Monica 21 shows a T-fitting connection.

6               Would you agree with me?

7       A.      Yes.

8       Q.      And it's got some tubing and clamps

9   still on it and it's got that white substance

10  we've been talking about?

11      A.      Agreed.

12      Q.      Do you know where this T-fitting came

13  from in your home?

14      A.      I believe this was one of the ones

15  that came out of the family room ceiling between

16  the first and second floors.

17      Q.      Was this picture -- do you know if

18  this picture was taken at your house?

19      A.      Yes.  That background material there

20  is the granite on my kitchen countertop.

21      Q.      And it's in a plastic bag.

22              Did you put it in a plastic bag?

23      A.      I believe I did.

24      Q.      And what about Cole-Monica 22, is that

25  the same fitting just a different angle?

JAMES MONICA                                    November 29, 2016

Page 162

1      A.      Yes.

2      Q.      Did you take that photo?

3      A.      I believe that's my hand.

4      Q.      That was going to be my next question.

5   So it's possible you took Cole-Monica 21 and

6   Cole-Monica 22?

7      A.      I was going to say -- I didn't want to

8   prematurely say it, but I think I took 21 and 22.

9      Q.      And you think that's the same

10  T-fitting that's in 21, just from a different

11  angle looking into the pipe?

12     A.      Yes.

13     Q.      And then the last picture is

14  Cole-Monica 23.

15             Do you know if you took this

16  particular picture?

17     A.      I couldn't say for certain.

18             I may have.

19     Q.      And this, again, appears to show a

20  T-fitting, but it's actually still actively

21  installed in the system.

22             Would you agree?

23     A.      Right.  This is when I -- when I

24  testified before of when I would consider ready

25  to burst, this would be an example of one of

JAMES MONICA                                      November 29, 2016

Page 163

1    them.

2         Q.     Do you know -- can you tell from this

3    picture where this is in your house?

4         A.     Yes.

5         Q.     Where is this?

6         A.     I believe this is the same fitting

7    that's in picture 21 and 22 before it was

8    removed.

9              So I believe that this is in the --

10   inside the wall -- inside the ceiling wall of the

11   family room.

12        Q.     So would this have been the fitting

13   removed by Michael Palazzo?

14        A.     No.  This would have been probably --

15   not probably -- this would have been Caprarola.

16        Q.     So one of -- like leak 4 or 5 was kind

17   of how which we're numbering them.

18        A.     Yes.  So you see the partition there

19   in the wall where one of the tubes is going away

20   from you?

21        Q.     I do.

22        A.     The other one was just kind of down

23   the pipe there a few feet from that one.

24        Q.     Okay.  All right.  Thank you.

25              MS. STEPHENS:  I'm going to take a

JAMES MONICA                                    November 29, 2016

Page 164

1        quick break and go over my notes and see what

2        else I have.

3               (Recess.)

4

5   BY MS. STEPHENS:

6        Q.     We're back on the record.

7               Mr. Monica, you understand you're

8   still under oath?

9        A.     Yes.

10       Q.     Do you know whether your house has a

11  pressure release valve?

12       A.     I know what a pressure reducing valve

13  is.  I don't know whether we have one or not.

14       Q.     Was that something you ever discussed

15  with Richard Roman or Roman Plumbing?

16       A.     I think at one point we did talk about

17  -- very briefly about the shower pressure.  I was

18  worried about that.

19              And my electrician, actually -- again,

20  he's a family friend of ours -- he did a test on

21  the water pressure with like a testing machine

22  that you basically leave onto your hose outside

23  plugged in overnight for 24 hours and it marks

24  the highest that the pressure gets, and we did

25  that, and the water pressure was normal.

JAMES MONICA                                    November 29, 2016

Page 165

1       Q.      When was that test done?

2       A.      That was probably done slightly before

3   the original complaint was filed, maybe as much

4   as six months before then.

5       Q.      So maybe sometime in 2013?

6       A.      Yeah, it was around the time where we

7   noticed that there were problems with the

8   plumbing but just couldn't figure out what or

9   where or why it was happening, and that was one

10  of the things that my electrician said, "Hey,

11  let's -- you now, I have this cool little tool.

12  Let's test the water pressure."

13      Q.      If you -- now, my understanding is

14  that, again, the plumbing in your home that was

15  installed remains in place other than the repairs

16  that we discussed today.

17              Is that correct?

18      A.      That's correct.

19      Q.      And the water heater, that's also been

20  replaced.  Is that correct?

21      A.      That's correct.

22      Q.      If you replaced the plumbing in your

23  home, what would you replace it with?

24      A.      Now?

25      Q.      Yes.

JAMES MONICA                                    November 29, 2016

Page 166

```
 1      A.      I couldn't say for certain.

 2      Q.      What would you like to replace it

 3   with?

 4      A.      Well, I would probably do some more

 5   research this time and see what the -- I would

 6   want to -- I probably wouldn't use the newest

 7   latest greatest thing.  I would want to use

 8   something that's kind of been standing the test

 9   of time and that's reliable.

10              I don't know what kind of material it

11   would be.  I would have to talk to a couple of

12   plumbers.

13      Q.      Possibly copper?

14      A.      I don't know.  I'd have to talk to

15   some plumbers and do some research.

16              MS. STEPHENS:  Those are all the

17      questions I have today, Joe, but I'm going to

18      leave Mr. Monica's deposition open because

19      he's mentioned various documents that may

20      exist and things like that, that I don't

21      believe we have.

22              We also have these questions about

23      this New Jersey Manufacturers claim, whether

24      it was made or not.

25              So I'm going to request some further
```

JAMES MONICA                                    November 29, 2016

Page 167

1        documents through subpoena and otherwise and

2        I might recall him to finish his deposition.

3               MR. KENNEY:  Understood.  And I have a

4        few questions actually.

5

6    CROSS-EXAMINATION BY MR. KENNEY:

7

8        Q.      Would you go back to Exhibit 5 for me?

9               I just want to clarify a few things

10   for the record.

11              And that's a copy of the complaint.

12              MS. STEPHENS:  So that's Exhibit 2.

13       Oh, you mean the complaint with Roman?

14              MR. KENNEY:  Sorry, yes, the complaint

15       filed against Roman Plumbing.

16              (Witness reviewing exhibit.)

17       A.      Okay.

18       Q.      So in a lawsuit you filed against

19   Roman Plumbing & Heating and Richard Roman, did

20   you allege that they improperly installed the

21   NIBCO PEX tubing fittings and/or clamps?

22       A.      I did not.

23       Q.      Did you file the lawsuit because you

24   believed they improperly installed the NIBCO PEX

25   tubing fittings and/or clamps?

JAMES MONICA                                    November 29, 2016

Page 168

```
 1      A.      No.

 2      Q.      Have you ever had any reason to

 3  believe that they improperly installed the NIBCO

 4  PEX tubing, fittings and/or clamps?

 5      A.      No.

 6      Q.      And has anybody ever communicated to

 7  you that Roman Plumbing & Heating did not

 8  properly install the NIBCO PEX tubing, fittings

 9  and/or clamps?

10      A.      No.

11              MR. KENNEY:  That's it for me.

12              And we'll do a read and sign.

13              (Deposition adjourned 12:15 p.m.)

14              (Exhibits retained for copy.)

15              (Witness to read and sign.)

16

17

18

19

20

21

22

23

24

25
```

JAMES MONICA                                    November 29, 2016

Page 169

1                C E R T I F I C A T E

2

3

4

5      I CERTIFY that the foregoing is a true and

6  accurate transcript of the testimony as taken by

7  and before me stenographically at the time and

8  place aforementioned.

9

10

11      I FURTHER CERTIFY that I am neither attorney

12  for nor counsel to any of the parties; parties of

13  any of the attorneys in this action; and that I

14  am not financially interested in the outcome of

15  this case.

16  Dated: November 30, 2016

17      *Susan Gioffre*

18  _____

19  SUSAN GIOFFRE, CCR
    License No. XI001220
20  Notary Public of the State of New Jersey

21

22

23

24

25

JAMES MONICA                                    November 29, 2016

```
 1   Job No. 539335

 2   ---------------------------------------------------

 3   DEPOSITION OF JAMES MONICA, 11/29/2016

 4   ---------------------------------------------------

 5   CASE NAME: KIMBERLEY COLE, et al. vs. NIBCO, INC.

 6   ---------------------------------------------------

 7             I, James Monica, being first duly

 8   sworn, on oath, say that I am the witness in the

 9   aforesaid statement, that I have read the

10   foregoing transcript of my deposition taken at

11   the aforesaid time and place and that the

12   foregoing is a true and correct transcript of my

13   testimony so given.

14

15             ____ Corrections have been submitted

16             ____ No corrections have been submitted

17

18   _____

19                  JAMES MONICA

20

21   SUBSCRIBED AND SWORN TO

22   before me this _____ day

23   of _____ A.D., 201_.

24   _____

25   Notary Public
```

JAMES MONICA                                          November 29, 2016

```
                                                        Page 171
 1                           ERRATA SHEET

 2     _____

 3     PAGE      LINE

 4     ----      ----    SHOULD READ:_____

 5     ----      ----    SHOULD READ:_____

 6     ----      ----    SHOULD READ:_____

 7     ----      ----    SHOULD READ:_____

 8     ----      ----    SHOULD READ:_____

 9     ----      ----    SHOULD READ:_____

10     ----      ----    SHOULD READ:_____

11     ----      ----    SHOULD READ:_____

12     ----      ----    SHOULD READ:_____

13     ----      ----    SHOULD READ:_____

14     ----      ----    SHOULD READ:_____

15     ----      ----    SHOULD READ:_____

16     ----      ----    SHOULD READ:_____

17     ----      ----    SHOULD READ:_____

18     ----      ----    SHOULD READ:_____

19     ----      ----    SHOULD READ:_____

20     ----      ----    SHOULD READ:_____

21     ----      ----    SHOULD READ:_____

22     ----      ----    SHOULD READ:_____

23

24     _____    Date: _____

25     JAMES MONICA
```

JAMES MONICA

November 29, 2016
Index: $1,000..additional

**$**

**$1,000** 73:8,9,10 103:2

**$1,200** 52:10

**$1,500** 20:17 50:6 51:3 64:11 103:2

**$10,000** 102:15

**$12,750** 108:25

**$150** 43:2

**$2,000** 64:25

**$2,100** 65:1

**$2,900** 65:1

**$3,800** 81:25

**$300** 137:23

**$400** 137:23

**$500** 137:20

**(**

**(a)(1) disclosure** 133:19

**0**

**000001** 55:19

**000004** 80:2

**000010** 89:21

**000012** 108:17

**000014** 153:7

**00110144** 58:11

**07059** 109:21

**1**

**1** 12:16 109:15

**1,000** 73:12

**10** 24:25 38:16 83:10 142:18

**100** 16:16 31:5 37:25 66:1

**11** 89:21 90:11

**12** 5:2 38:3,5 56:2 66:18 82:11 109:20

**12/4/13** 108:10

**12:15** 168:13

**13** 108:17 140:20

**14** 153:23

**145** 58:11

**15** 66:18 100:16 107:18 155:22

**16** 157:10

**17** 158:16

**18** 133:20 159:10

**18,900** 90:18

**185** 144:7

**186** 144:19

**19** 122:16 159:19 160:17

**19,800** 90:23

**192** 148:10

**196** 148:18,22

**2**

**2** 24:16 39:2 81:3 96:10 121:8 122:15 126:23 136:14 144:5 167:12

**2,750** 102:16

**20** 142:19 160:11

**2005** 113:16

**2006** 8:23 113:16

**2010** 32:1 90:11 91:13

**2011** 32:2,4

**2012** 9:25 14:1 40:11 41:14 48:10 52:22 53:3 143:12

**2013** 14:1 16:22 18:13 20:3,6 22:2 23:8 25:17,21 28:21 39:16 44:16 52:25 56:17 58:22 63:13 66:12 75:1 76:9 87:2 109:6 143:12 165:5

**2014** 105:18 133:20 143:2,13

**2015** 92:6 105:18 122:16

**2016** 10:12 13:1 92:5 156:21 160:10

**21** 65:2 160:23 161:5 162:5,8,10 163:7

**22** 161:24 162:6,8 163:7

**23** 153:8 162:14

**24** 42:22 164:23

**25** 10:12

**26(a)(1)** 133:16

**27** 25:17

**29** 13:1

**3**

**3** 55:9,19 132:4,5,9

**30** 39:6

**30-second** 99:11

**31** 56:17 58:22

**31st** 87:11

**33** 40:10

**34** 41:8,13 44:12 46:1 48:22

**35** 31:1 71:12,16 72:10

**36** 28:15 30:1,3,25 64:4

**37** 29:20 30:25 96:11

**39** 121:9,10 144:7

**4**

**4** 55:8,22 56:19 57:8 59:6,17,19 109:6 133:1 147:25 163:16

**40** 148:3

**41** 136:15 147:18

**42** 24:24

**45** 110:17 112:1,7

**5**

**5** 80:3 132:25 147:20 148:1,7,8 163:16 167:8

**6**

**6** 24:19 89:18,23 98:11 99:25

**6/11/10** 89:15

**7**

**7** 39:3 108:15,19,22 140:19

**7/31/13** 55:5 58:4

**75** 96:16

**8**

**8** 25:5,6,8 28:14 30:1 153:3,9,14

**8:30** 13:2

**9**

**9** 25:5 58:8,10,13 81:3,14,22 96:11

**A**

**above-referenced** 127:4

**Abramson** 9:8

**absolutely** 116:8

**accessories** 39:9,11 123:16,20

**accordance** 127:6,17

**account** 19:14 20:4,7 52:19 65:8

**accurate** 46:1,9, 20 47:13 87:14 143:6,8

**accurately** 6:24 143:14

**act** 147:21 148:6,9, 14

**action** 24:3 133:7 148:13 152:14

**active** 8:1

**actively** 115:12 162:20

**actual** 104:15

**Adams** 140:24 141:2,6,16

**add** 95:18,25 131:16

**added** 90:20 91:3 109:22 110:1 117:19

**addition** 113:15, 19,25 117:18 146:4

**additional** 78:8

JAMES MONICA

November 29, 2016
Index: address..bottom

**address** 54:23 56:6 57:13,15 58:25 59:10

**adequate** 83:12

**adhere** 83:11,18

**adjourned** 168:13

**admissions** 136:18

**admitted** 5:19,22

**adversarial** 7:4

**aerator** 96:7

**aerators** 96:5

**aggressive** 151:7 152:20

**aggressively** 152:12

**agree** 68:12 143:5 158:5 161:6 162:22

**agreed** 82:15,17 87:23 100:6 161:11

**agreement** 14:8,14,15 30:18 63:18 81:7,8,10,14, 15 90:21 100:25 102:4

**ahead** 55:18 79:18 108:14 142:19 148:23 151:19 153:6

**air** 35:5 36:21

**allegation** 144:8 145:1,4 148:21

**allegations** 23:10 121:4

**allege** 52:21 83:10 144:19 167:20

**alleged** 83:19 133:8,24

**allowed** 129:20

**Allstate** 103:11, 24 104:1,10,24

**almondy** 47:22

**amended** 12:11 23:14 24:3,12 144:6

**American** 106:6

**ammonia** 107:21 108:5

**amount** 20:18 43:23 72:5 90:22 135:5

**and/or** 109:17 167:21,25 168:4,9

**anger** 88:13

**angle** 159:13 160:18 161:25 162:11

**answering** 69:8 124:21

**answers** 6:16,21 10:18 117:12

**anticipated** 95:21

**anymore** 157:8

**apologize** 51:13

**apparently** 100:6 106:20 107:19

**Appeals** 5:24

**appears** 56:1 109:5 162:19

**appliances** 95:5

**applicable** 127:8,11

**application** 127:23

**apply** 127:4

**appreciated** 74:14

**approximate** 16:20

**approximately** 20:17 23:6 40:25 49:12 51:2 52:10 56:20 76:8 96:15

137:20 143:2

**April** 32:2,4

**architect** 33:12

**area** 32:23 33:5 40:13 137:23 157:13 160:3,16

**areas** 96:25 131:21 139:14

**artery** 119:21

**ascertainable** 136:17,25

**asks** 111:1 133:4 140:2,20

**aspects** 7:25

**assembly** 44:13, 14

**assist** 24:1

**assume** 7:15 37:22 128:3

**assumed** 90:6

**attached** 93:11 124:7

**attaches** 27:7

**attachment** 59:4

**attempt** 16:2

**attempted** 135:23 136:21

**attorney** 5:17 6:1,3,5,12 8:4 9:6 10:22 11:7 15:17 17:7,25 18:5 69:1 80:18 83:25 101:23 102:5 108:24 146:13

**attorneys** 17:13 22:16,20 124:11 125:3 126:7 153:20

**authorization** 55:4 59:9 123:24 124:9

**authorized** 123:17

**Automatic** 94:13 95:7,12

**aware** 14:19 31:12 39:19 44:9 54:7 117:21 118:16 122:3,5 124:5 125:13 128:8 140:7 141:15 142:13,15 151:13,22

**B**

**back** 6:6 7:19 18:21 20:3 22:5 26:6,7 29:8 30:8 41:2,3 49:4 51:13 55:12 57:25 65:16 66:4 68:17 69:15,21 75:5,12 78:25 84:10 91:12,13 96:10 98:11 104:4 107:11 117:8 121:11 139:18 164:6 167:8

**background** 161:19

**bad** 77:7

**bag** 64:7 161:21, 22

**bank** 19:13,16,25 20:1,4,6

**bar** 33:4 156:8,11

**base** 35:5 36:21

**based** 22:24 40:16 47:9 133:7 145:10

**basement** 26:1, 3,4,9,13 32:13,19 33:2,6 39:22 40:13, 18,22 45:9,19 47:19,25 48:12,13 51:17 75:10 76:4,14 77:6 78:5 81:24 110:16 119:3 137:21 155:23 156:9 157:5,17 159:24,25 160:18

**basically** 164:22

**basis** 14:22 79:13 140:21 141:18 145:3

**Bates** 55:17,18 58:10 79:25 89:19 108:17 153:7

**bathroom** 33:6 49:8 81:24 82:3,24

**bathrooms** 32:10

**Baumann** 58:4, 16

**bedrooms** 32:8 82:25

**begin** 72:7

**beginning** 50:5 110:5

**behalf** 10:5 101:23 148:14,15

**believed** 99:13 167:24

**Bernardsville** 94:15

**bids** 34:15

**big** 38:12 82:12 84:11 85:14,19 100:10

**biggest** 84:3,18

**Bill** 113:20

**bit** 18:4 23:1 51:8 62:15,18 63:12 64:23 77:2 84:5 90:25 92:8 137:22 143:15 151:7

**Board** 8:5

**body** 82:3,5,6,17 83:8 84:14

**bomb** 135:20 144:18

**bonus** 14:17

**books** 147:5,6,8, 12,14

**bottom** 29:25 155:19,20

**bought** 15:3 100:21 107:15 111:10 145:24,25

**Boulevard** 5:2 31:24 37:17 38:3,5, 16 56:3 109:20

**boxed** 51:18

**boxes** 145:14

**brand** 35:17 43:15,25 44:4,9 74:23 92:25 93:2,4 111:12 128:9

**brands** 37:2 115:17

**brass** 36:16 56:25 57:4 59:14 74:21 96:13 110:22

**breach** 79:15 80:21,25

**break** 48:1 57:20 69:9,15,25 117:4, 15,17 164:1

**bricks** 155:11

**briefly** 164:17

**bring** 80:19

**bringing** 148:13

**broke** 50:15 83:1

**broken** 70:19

**brought** 107:15 128:2 145:18

**Bruce** 160:9

**build** 33:14 38:10

**builds** 72:6

**built** 15:3 31:24 33:16 38:7 94:18

**bulb** 114:9

**bunch** 90:14 91:9

**burst** 27:8 28:20, 25 29:2,6 70:23 71:7 72:2,3 75:15 76:23 162:25

**business** 16:8 66:25

**butler's** 82:10

**button** 19:6

**buy** 111:14,16

---

**C**

**C-A-P-R-A-R-O-L-A** 70:7

**call** 14:14 40:5 42:20 49:19 53:19, 22 54:18 55:1 56:13 60:1 67:7 78:16 104:24 119:20 121:17,20 122:2 143:25

**called** 5:3 9:13 28:10 42:23 49:18, 22 53:20 54:5 61:13 78:20 79:6 87:8,9 100:9

**calls** 120:15 122:11 135:11,12 137:3 144:15 145:6 146:10 149:16

**capacities** 6:4

**capital** 126:24

**capitalized** 126:25

**Caprarola** 70:5, 10 92:18 111:17 163:15

**caption** 132:12

**care** 83:12,18

**carpenter** 50:23 52:4 60:17,20 62:24 64:16 65:20 73:5 146:24

**carpenters** 141:25

**carpentry** 61:9 62:18,25 64:22 65:4,9 72:19 137:12 146:6

**carpet** 47:5 77:6 129:2 137:16,18,21

**carpet** 138:3,8 139:1 146:17 154:22,23 156:7,12 157:5

**carpeted** 32:20 33:1

**carpeting** 32:15, 25

**carpets** 137:14 138:22

**case** 14:18 23:6, 19 81:19 102:6 118:10 160:1

**cash** 19:11 20:19, 21 42:24 52:12,14, 16 64:12,14 73:13, 14

**catastrophic** 136:20

**caused** 83:14 110:11 121:2

**ceiling** 26:8,9,12 32:16,18 39:21 40:13,17,25 47:3 60:9,11,16 61:15 62:16,17 66:16 71:2 75:7 76:3 119:4 157:18 159:25 160:2,19 161:15 163:10

**center** 27:2 82:4

**certificate** 32:1

**certified** 46:8,20 152:15

**chair** 17:19

**chance** 24:10 122:20

**change** 144:22

**changed** 13:8 148:2

**characterization** 120:24

**characterize** 74:9

**charges** 133:11 134:1,13 135:3

**Charlie** 52:6,9,11 64:18 65:20 66:4 73:2

**Charlie's** 73:2, 16

**Chase** 19:21,22, 25 20:6

**Chatham** 16:15 118:16

**check** 19:11,13 45:25 52:14,16,18 64:13,15 73:13

**chew** 84:5

**children** 38:13

**Chimicles** 13:18,20 22:23

**Circuit** 5:23

**city** 100:2,3 130:20

**claim** 81:1 103:5 105:7 133:5 138:20 139:1 166:23

**claiming** 120:11 121:1 135:8 146:7, 13,18

**claims** 68:4 79:16 80:19,24 102:22 109:17 120:19,21 141:10

**clamp** 72:7 159:12

**clamped** 43:10 50:22

**clamps** 28:10 39:11 120:12 161:8 167:21,25 168:4,9

**clarify** 36:1,7 117:14 119:13 167:9

**clarifying** 84:1,2

**clarity** 6:18

**class** 24:3 151:9 152:14,15

**Charlie** ... **companies**

**classifications** 85:9

**classified** 75:4 85:1 131:10

**clause** 109:22

**clean** 138:22,25

**cleaned** 137:19, 21 157:6

**cleaning** 137:14, 16 138:3,8 146:17

**clear** 7:5 151:15

**client** 67:16,20

**clogged** 96:16 119:20

**close** 60:5,24 61:1,3 76:22 102:6 159:24 160:3

**Closer** 65:2

**co-worker** 73:3

**code** 127:8

**cold** 98:23

**Cole** 57:8

**Cole-monica** 55:18 80:1 89:20 108:17 153:7 155:22 157:10 158:16 159:10,19 160:11,23 161:5,24 162:5,6,14

**colleague** 73:16

**color** 45:3 155:12

**combination** 118:23

**comfortable** 21:5 69:8

**commerce** 144:25 149:7

**commercial** 9:1

**communicated** 168:6

**companies** 103:13 109:18 138:17

**company** 16:5
35:1 41:21 83:20
91:12 92:12 94:14
102:16,24 103:9,17
105:3 138:10,12
154:8

**compensation**
73:22

**complain** 54:6

**complaint** 11:2
23:6,10,11,12 24:12
25:14,16 45:11,15,
23 46:8,9,21 47:10
71:11 75:4 77:25
79:19 80:7,11 81:4
90:24 96:11 101:16
119:16 120:22,25
121:4,5,9 122:16
123:2 136:15
140:22 141:18
144:6 145:9 165:3
167:11,13,14

**Complaint/jury**
24:4

**complaints**
23:15

**complete** 10:18
24:12

**completed** 91:6

**completely**
66:20 82:6

**compliance**
127:7

**complicated**
6:8

**computer-generated** 40:4

**concern** 37:15
89:8

**conclusion**
83:23 120:15
122:11 135:11
137:3 144:15 145:6
146:10 149:16

**condition** 144:9

**Conditioning**
94:13 95:8

**conditions**
144:22

**confidence**
88:23

**confused** 107:7

**connecting**
130:20

**connection**
29:14 120:3,4,9
139:17,22 161:5

**connections**
62:8,9

**cons** 99:8

**consistent** 12:2

**construction**
9:2,20 31:25

**consumers**
144:21

**contact** 13:11,17,
22 23:2 30:16 34:10
53:7,13 54:17 55:1
102:24

**contacted** 53:9,
18 102:25 103:10
105:3 121:12

**contained** 23:11
25:2

**contingency**
14:22

**continuing**
141:12

**contract** 79:15
80:21,25

**Contracting**
108:11

**contractor**
33:13,17,18,24 34:1
77:17 85:22 141:7

**contractor's**
113:20

**contractors**
34:16 89:14

**conversation**
88:17 144:4

**conversations**
37:2

**cool** 165:11

**copper** 36:23
37:5,11,23,24 99:3,
9 113:5 114:15,18,
22 166:13

**copy** 24:12 101:25
104:19 106:17
124:6 167:11
168:14

**correct** 8:2,3
9:24,25 11:13,16
13:3,4 16:19 17:14
18:6,18,20 19:4
22:17 23:3 26:14,15
29:15 31:3 34:5
40:19 41:7,15 44:22
45:13,16,20 46:25
48:4,16 49:23 51:23
52:19,20 53:5 55:2
57:9,16,17 59:10,
11,22 60:3,13,17,
21,22,25 61:17
63:13,16 74:8
75:16,17,25 76:9
78:13,14,19 79:11
80:14,16 81:1 85:4
87:3 89:3,11 90:12,
13,18,19 91:13
92:21 93:3,12 94:2,
22,23 96:1 100:7
105:5,6,10,11,14
107:13,14 109:3,4,6
113:3,6 119:18
120:9 121:22
132:24 138:14,23
139:15,19 140:12,
13,14,17 141:8
142:2 143:19,22,23
144:2 147:24
148:23 165:17,18,
20,21

**correctly** 40:15

**corrosion** 96:13,
14 158:12

**cost** 50:6 136:1,3,
10,11 139:10 147:8

**costs** 14:20 83:14

**couch** 33:4 76:4
137:24,25

**couches** 129:2
137:14,16

**counsel** 14:8
23:24 31:21 55:15
63:5,16,22,24 65:25
70:1 72:17,18
102:18 103:20
104:19 109:9 111:1
122:16 143:17
145:11

**counseling** 8:9

**Count** 147:20,25
148:1,7,8

**counter** 82:14

**countertop**
161:20

**couple** 15:3
16:10 21:18 25:3
34:18 51:11 63:11,
23 118:16 142:21
148:24 166:11

**coupling** 27:5,7

**couplings** 28:9

**court** 5:23 6:13,23
8:11 67:22 68:12,16
101:14,17,24 102:5,
10

**courts** 5:22

**covenant** 80:21

**cover** 14:20 28:8
82:21

**coverage** 104:24

**cream** 45:2

**cream-colored**
47:23

**crimp** 114:17
159:7

**crimped** 112:22
113:24 114:5,13
115:4 159:9

**crimping** 111:7,
8,12 112:14,22
115:1 120:2

**CROSS-EXAMINATION**
167:6

**crown** 62:17 63:1
64:24 72:22 129:1
136:12 137:13

**crusty** 119:19

**current** 7:20 8:7
10:9 109:10 140:4

**curt** 54:2

**curtain** 32:24
154:21

**curtained-off**
154:20

**cut** 50:19,21 56:2
60:18 62:21 70:18
119:13

**Cynthia** 126:12


**D**

**dad** 67:1 69:7 70:8
74:14 77:11 142:13

**damage** 78:12
109:19 128:24
138:14 146:7,19,23
155:10

**damaged** 62:18
119:8 137:14

**damages** 68:1
83:14 133:5 135:8
146:4,8

**dangerous**
144:10,13

**dark** 155:12

**date** 13:24 16:20
23:7 56:16,17 63:18
87:12 90:8 104:8
133:21,22 134:11
135:7,17 137:15
143:15,18 156:19

**date-wise** 143:7

**dated** 58:22 90:11
109:5

JAMES MONICA

**dates** 112:25 133:7,8,24 143:11

**day** 31:4 84:9 97:13

**day-to-day** 8:9

**days** 61:4

**dealer** 92:13,14

**dealing** 80:22 152:2,5

**December** 25:17 92:5,6 109:6

**decide** 38:9

**deciding** 37:7

**decreased** 97:1

**decreases** 96:4

**deductible** 103:1,7

**defect** 123:9 146:12

**defective** 120:12 121:13,22 140:7,15 144:9 149:8 151:16

**defects** 15:18

**Defendant** 83:11,17 131:24 132:15 133:19

**defendant's** 12:11 136:17

**defendants** 81:5,17

**delete** 19:6

**deleted** 17:21 19:3,5 22:4

**delivered** 100:19

**Demand** 24:4

**depend** 152:6

**depicted** 30:2 158:2

**deposition** 5:15 6:11 8:16 10:21 11:1,7 12:12,21 13:2 21:2 50:5 68:3,

24 80:9 117:13 121:18 140:10 144:1 166:18 167:2 168:13

**depositions** 8:14 86:24

**Depot** 111:15

**describe** 11:25 32:5 40:24 49:1 71:9 156:6

**describing** 89:8

**design** 33:9,11

**designed** 144:23 149:5

**detail** 133:5

**determine** 21:7 104:14

**develop** 72:7

**development** 85:20

**die** 107:1,7

**died** 107:10

**difference** 37:5

**differently** 150:15 151:6,25 152:23

**digesting** 108:6

**DIRECT** 5:7

**directed** 100:8

**directly** 33:19 63:6,25

**Director** 7:23

**disagree** 19:1 21:3

**discount** 100:10

**discounted** 100:16

**discover** 27:4 61:16

**discovered** 40:12 49:13,16 53:4 61:11 71:21 106:19

**discovering** 66:23

**discovery** 23:18,20 86:16,18, 22 134:7 141:11

**discuss** 35:16 37:4 116:1 143:13

**discussed** 34:23,24 35:3,4 81:7 115:20,21 135:3 142:8,14 143:11 144:1 164:14 165:16

**discussing** 48:11 50:4 57:4 110:10 117:17

**discussion** 20:14 35:21 36:6,8, 11,16,18 41:6 44:3 78:23 79:1 87:18,24 88:12 98:10,18 99:7

**discussions** 88:4 99:20

**disposed** 140:6, 16

**distributed** 144:24 149:5

**document** 17:13 56:23 57:11 59:8,21 81:16 87:10,13 90:1 109:24 124:2,7,8,22

**documents** 10:23,25 11:5 17:3, 6 22:9,10 23:25 55:14 116:20 133:20,22 134:10 138:5 166:19 167:1

**dollar** 139:7

**door** 38:17,21 142:11

**draft** 23:22,23 109:24 132:21

**drafted** 23:13 145:10

**drain** 82:25

**discovering** 66:23

**drip** 42:15

**dripping** 62:22

**drop** 40:10 84:10

**drying** 136:13

**due** 107:22 149:8

**duly** 5:4

**dying** 105:23 107:25 108:8

**E**

**e-mail** 17:22,24 18:2 19:7 53:19 54:23 57:13,15 58:4,25 59:21 65:6 124:7

**e-mailed** 17:20

**e-mails** 19:8 54:20

**earlier** 36:7 49:23 99:18 100:5 109:2 123:25 132:19 144:1 146:5 154:9, 19

**early** 22:22 28:21

**easier** 36:24 99:12

**easily** 45:8 77:21

**easy** 112:9

**Edge** 9:10

**elbow** 28:23 30:2 56:25 57:4 59:14 61:25 62:4,8 64:1 119:15 158:11

**Electric** 42:1

**electrical** 42:10

**electrician** 41:24,25 42:9 164:19 165:10

**employed** 5:25

**employee** 142:25

**employee-relations** 8:9

**employees** 84:21 86:6 89:3 116:6

**employer** 7:20

**employment** 10:9

**end** 109:16 154:22 158:4

**ends** 24:24 32:25

**engagement** 14:7,10,15

**enrichment** 80:23

**entails** 67:24

**enter** 102:3

**entire** 23:12 123:7 135:15 137:11

**entities** 109:18

**entitle** 14:16

**entitled** 59:8 135:6 146:13

**entrance** 49:6

**entry** 98:22

**environment** 108:4

**equipped** 42:19 121:7

**estimate** 135:23

**event** 123:8

**Evergreen** 42:1, 3

**exact** 13:24 14:2 25:4

**EXAMINATION** 5:7

**examples** 112:25

**excavation** 33:24 34:1

**excavator** 34:9

**exchange** 74:5, 10 86:16 108:25

**exchanged** 73:20 78:6

**excited** 108:3

**exclusions** 99:24

**exercise** 33:5

**exhibit** 12:13,16, 19 24:5,9,14,16 39:2,4 41:11 55:5,8, 9,21,22 56:19 57:8 58:5,8,10,11,13 59:6,17,19 79:21 80:3,5 89:16,18,22, 23 96:10 98:11 99:25 108:12,15,19, 20,22 121:8 122:15, 23 126:23 132:1,4, 5,7,9 133:3 136:14 142:22 144:5 149:1 152:25 153:3,9,11, 14 167:8,12,16

**exhibits** 168:14

**exist** 166:20

**existed** 17:13

**expansion** 93:13 97:16,18,21, 22 98:6

**expected** 83:12, 18 144:20

**expecting** 107:5

**expense** 123:17

**expensive** 37:12

**experience** 8:19 116:6 138:18

**expert** 76:20 110:13 118:21 120:15,17 126:6,9 127:20 135:12 137:3 144:15 146:10 149:17

**experts** 51:19,23 52:3 63:6 72:18 125:14,22 154:12

156:19 159:2 161:2

**experts'** 121:6

**explain** 29:1 46:6

**explaining** 7:24

**exposed** 26:10 32:16 39:23,24 48:23,24 60:18,19 75:10 76:3,14 77:1 82:21 118:25 155:12

**express** 121:14, 24

**extent** 17:12 22:14 31:19 93:25 120:14 122:10 127:19 129:25 135:11,12,14 137:2, 5 144:14 145:5 146:9 149:16 152:4

**eye** 27:20

---

**F**

**fact** 39:19 88:25 156:17

**factor** 37:15

**facts** 46:8,20 121:4

**fail** 83:17 151:2,18

**failed** 44:13,15 46:2 47:17 83:11,12 118:19 131:8

**failure** 52:21 127:10

**failures** 136:21

**fair** 7:6,12,17 80:22

**fairly** 93:18 114:13,21

**faith** 80:22

**fall** 66:12 75:1 76:8,9

**familiar** 11:18 24:16 55:22 58:17,

20 115:17 128:3,6 132:9

**family** 42:10 60:9, 13 66:17 82:19 137:18 141:17,21 142:9 161:15 163:11 164:20

**Fargo** 19:15 20:7 52:18

**fast** 66:8

**father** 92:22,23

**faucet** 82:12 93:19 96:7,9

**faucets** 36:2 96:5 100:13

**Fax** 57:13

**feces** 107:22

**federal** 5:22 8:10

**feel** 21:4

**fees** 100:1

**feet** 66:18 71:4 75:6 163:23

**figure** 21:19,22 103:21 139:7 165:8

**file** 101:13 167:23

**filed** 11:2 14:3 23:6,13,16 24:13 25:14,16 45:16 79:10 80:12 87:1,7 101:12,17,19,23 102:5 122:16 123:2 165:3 167:15,18

**filing** 23:9

**filled** 127:22,23

**fills** 19:8

**final** 29:20 32:1

**find** 14:24 104:21, 24

**finding** 33:22

**fine** 44:7 106:9

**finish** 6:15,16 87:22 167:2

**finished** 26:10 39:22 136:7

**finishing** 130:22

**fireplace** 82:19, 20

**firm** 9:2,3,7,12,13 10:3,4 13:17 15:17 22:23 30:19 126:7

**firms** 13:6,8,12,13

**fish** 105:22,23,25 106:3,21,23,24 107:6,9,12,15,19,23 108:8

**fit** 12:8 43:24

**fitting** 26:11,21 27:2,3,7,10,14,16, 18,24 28:3,5,20,23 29:2,3,11,13 30:6 37:23 42:12 43:8,9, 12,15,17 44:13,14 45:4,5,6,12,13,20 46:2,3 47:11,14,17, 20,23 48:1,3 50:20, 21 51:5,15,20,25 60:19 61:17,24 62:3,22,23 63:2 66:19 70:19 71:1,6, 10,19 75:9,14,19,24 76:2,5,12 77:9,18, 19,22,25 78:10 96:14,15 110:19,22, 23 112:12 114:18, 23 115:5 118:22 119:16 120:1 128:10,20 131:11 139:18 140:7,16 158:6,8,12 161:25 163:6,12

**fittings** 12:6,7 15:4,9,10,19 30:11 31:8,14,18,20 35:2, 23,24,25 36:2,12, 16,23 37:3,24 39:10 44:10 63:5,19 72:8, 13 74:19 76:13 78:2,23 79:2 88:14, 21 99:21 100:22 110:14 112:5,6 115:15 118:25 119:14,24 121:14, 22 123:16,20

125:11,17 126:15 129:17 135:16 139:21 152:13 167:21,25 168:4,8

**fix** 17:4 42:19 51:1 64:17 79:7 82:25 83:2,5,6 101:3 119:14 129:9,10 137:10

**fixed** 15:1 20:10 42:16,21,24 43:6 50:7 52:5 60:20,21 62:12 67:2 75:13 83:7 111:21 129:3 137:8 139:6

**fixing** 16:17 112:16

**fixture** 112:1

**fixtures** 36:4,5,8 82:8 100:1,5,7,13, 18 112:5

**flip** 24:19 122:14

**floor** 26:13 40:18 48:20 50:18 60:9 155:10 157:18

**floors** 60:12 161:16

**folks** 53:25 67:8

**follow** 7:1 66:7 68:16

**food** 108:6

**footprints** 156:13

**forced** 35:5 36:21

**foreground** 158:4

**forgot** 28:8 61:21 82:2

**form** 21:14 55:4 70:16 71:23 75:20 89:4 93:20 96:12 119:9 131:2,14 136:4 139:16 146:2 150:16 151:3 152:1

**formal** 34:20

JAMES MONICA

**forward** 66:8

**forwarded** 125:6

**found** 15:21
18:11 40:22 50:20
62:22 70:19,23 71:5

**four-year** 18:2

**frame** 7:10 92:9

**freestanding**
49:11

**fresh** 106:3

**friend** 42:10 73:2
164:20

**front** 5:14 8:4 26:5
41:1 49:3 132:12

**fulfilled** 122:8

**full** 10:17 49:9

**fully** 81:6,17
121:11

**funding** 102:11

**funny** 108:1

**furnace** 154:25
155:19,20 160:4

**furnish** 35:2

---

**G**

**garbage** 147:17

**gas** 82:20 91:5
93:9

**gather** 134:21

**gave** 17:13 36:20
57:16 63:22 66:6
69:12 81:16 90:2
99:1 117:12

**general** 31:15,17
33:13,17 35:14
77:17 85:21 112:8
116:7 141:7

**generally** 32:5
49:1 139:13 140:2,
20 156:6

**gentleman**

53:23

**give** 13:24 41:10
43:3 65:21 97:24
101:7 116:20
122:20

**giving** 10:17 67:7
129:22

**glance** 12:17

**Goggling** 18:11

**good** 80:22 84:3

**Google** 15:14

**Googled** 53:14,
15

**graduate** 8:21

**graduated** 8:24

**grandmother's**
38:12

**granite** 161:20

**gray** 27:6

**great** 38:12

**greatest** 166:7

**Greenberg**
153:19 154:4,6,11
156:2,18 157:20
160:10 161:1

**Gregg** 58:16

**grill** 91:5

**ground** 6:10
84:22

**grounds** 21:1

**grown** 119:5

**guess** 13:25
16:23 60:19 73:8,11
98:8 108:3 131:16
154:10 160:25

**guessing** 14:1
16:25 37:22 73:12

**guesstimating**
14:1 76:10 135:5

**gushing** 47:2

**guy** 42:19,23 54:2,
11 64:18 72:25

107:2 152:17

**guy's** 64:20

**guys** 70:18 81:8
84:10,15,25 100:5
106:20

---

**H**

**hand** 12:15 24:7
58:7 89:17 132:3
153:2 158:17,19
159:12 162:3

**handful** 79:5

**handing** 55:7

**handles** 36:3
100:14 103:14
104:5

**hands** 73:20 78:6

**handshake**
65:11

**handwriting**
90:15,16

**handy** 114:13,21

**happen** 152:8

**happened** 17:16
18:22 51:15,25 63:2
67:1 68:7 72:12
74:12 143:9,18

**happening**
129:9 165:9

**happy** 110:24

**hard** 95:3

**head** 6:22 45:10

**heads** 100:14

**health** 107:9

**hear** 19:20 107:4

**heard** 15:2 35:11

**heat** 36:21

**heated** 88:3

**heater** 32:22
91:10,11,23 92:2,7,
10,11,15,17,21,25

93:5,12 97:19 98:9
131:17 154:24
160:4 165:19

**heating** 16:7 35:4
56:10 59:13 80:13
89:14 102:9 108:11
167:19 168:7

**heavy** 72:4

**Heineman** 9:14

**helped** 70:14
74:13 111:25

**helpful** 6:15,18

**helps** 95:5

**Hey** 66:4 79:7
165:10

**high** 103:7 107:22

**higher** 155:18

**highest** 164:24

**highly** 33:23 84:4
99:17

**Hillcrest** 5:2
31:23 37:17 38:3,5,
16 56:2 109:20

**hire** 33:10,20
64:17

**hired** 33:18 50:23
52:5

**hit** 19:6

**hits** 82:14

**holding** 63:21

**hole** 27:14,15,19
29:12 62:21

**home** 16:18 22:25
26:13 31:14,20
32:3,5 34:17 35:8
36:13 37:16,17,20
38:2,4,7,10,24,25
39:1,15 40:14 41:17
44:10 47:14 48:4,10
51:21 53:2 54:10
56:14 60:8,12 66:14
72:13 74:18 77:22
78:2,16 86:8 87:19
88:1 91:12 93:19
95:1 96:25 97:9

98:7 100:22 102:23
105:13 109:19
110:11 111:15
113:10 116:12,15
119:23 120:8,12
121:2 125:11,20,22
127:16 128:10
129:18 131:13
134:14 135:24
136:22 144:13
146:23 147:23
150:6,12,25 151:23
154:16 157:14
159:4 161:13
165:14,23

**homes** 11:23
95:3 116:3 140:24
141:2,6,16

**hometown** 15:2

**honest** 141:4

**honestly** 124:1

**hose** 164:22

**hot** 32:22 35:5
93:18 97:19 98:9,23
154:24 160:3

**hour** 57:21

**hours** 42:22
164:23

**house** 15:1,3,5
16:13,17 17:4
20:11,13 26:6,8
27:10 30:11 31:23
33:9,11,25 37:9,21
38:11,14,19,20 41:2
43:7 46:11,24 48:20
49:2,4,5 53:24
64:17 74:2,3,4,8
78:12 84:6,8,25
85:2,19 87:23 88:24
89:2 90:3 91:21
94:7,18 97:17
100:19 112:1,17
113:2,15,19,25
114:9 116:19
117:19,25 118:20
119:7 125:15 126:1,
8,9,13,16 128:3,23
129:3 130:21
135:20 136:7
138:23 139:14

140:17 141:3,8
142:1 144:18
145:13,18 146:1,25
154:13 159:20
160:12 161:18
163:3 164:10

**hung** 54:13

**hurdles** 130:19

**hypotheticals**
152:3,6

---

**I**

**idea** 47:8 85:16
86:12 94:3 98:6,25
100:23 111:13
116:8,10,16 120:17
141:6 147:7,10
158:23

**Identification**
12:14 24:6 55:6
58:6 79:22 89:16
108:13 132:2 153:1

**igniter** 93:8,9

**imagine** 104:13

**immediately**
63:25 142:9

**important** 6:20
37:7

**improper** 21:1

**improperly**
167:20,24 168:3

**in-box** 19:7,8

**in-depth** 88:18

**inadequate**
149:8

**Inc.'s** 131:24
132:15

**inches** 51:11
82:11

**incidents** 133:6,
8,24

**included** 39:15
99:21

**including** 39:10
61:9 68:8 133:7
136:19 141:13
144:21

**incomplete**
152:3

**inconvenience**
136:13

**incurred** 134:13
137:1

**indicating** 32:17
64:2

**individuals**
13:12 133:9,25

**information**
18:10 59:12 67:7
77:21 103:16,23
104:7,21,23 128:7
132:20 133:23
135:6

**Initiation** 56:17

**initiative** 80:1

**insert** 56:25 59:14

**inside** 15:10 30:5
48:23 119:15
163:10

**inspected**
125:20 126:1 130:4,
6

**inspection**
123:18 125:12,18,
21,24 130:8,14,24
131:8

**inspections**
130:11,19 131:5,6

**inspector** 130:7

**inspectors**
130:25

**install** 33:21 82:1
85:4 86:7 91:4
94:25 110:19
111:25 112:9 168:8

**installation**
39:11 89:10 111:4
115:14 127:7,18
128:19 129:16

**installed** 39:9
48:2 56:13 74:18
78:17 82:3,12 83:1
84:15,17 85:3 87:19
88:21 91:11 92:17,
18,20 94:10,12,16,
19,21 95:7 100:19
112:11,12 113:14,
18 116:12,15
117:19,22 118:4,7
120:12 127:5,15,16
128:10,19 129:17
140:3 150:6,12,25
162:21 165:15
167:20,24 168:3

**Installer** 56:9

**installing** 110:14
116:7

**instance** 6:19
11:9 29:12 49:21
86:17 114:25
139:10 146:24

**instances** 68:8
78:15

**instruct** 67:17

**instructed**
123:15

**instructions**
112:3 115:14 127:7,
18 128:19 149:9

**instructs** 69:13

**insurance**
102:15,22,24 103:5,
9,17 105:3 138:10,
12,17 154:8

**intact** 29:4

**intentionally**
19:6

**interchangeabl
y** 12:1

**interested** 35:7
67:6

**Interesting** 38:6

**interior** 96:13

**interned** 9:3

**internet** 15:14,21
53:14 115:12 117:2

**Interrogatories**
131:25 132:16

**Interrogatory**
132:25 139:24
140:13,14,19
142:18

**interrupt** 6:17
148:7 151:14

**introduce**
108:15

**investigate**
41:18

**investigating**
15:18

**investigation**
141:11 145:11

**invoice** 17:9,21,
25 19:3,10 21:13,24
22:1 43:4 65:7,10,
21,25 66:5 73:16

**invoices** 22:12,
20 65:3 134:2 138:2

**involved** 13:10
14:23 18:12,16 57:4
62:16 64:24 65:19
66:3 79:16 80:25
117:22 130:9
137:12

**issue** 88:25

**issued** 150:13,23
151:12,22

**issues** 54:1 78:21
88:5,10 92:19
107:10 110:6,7,10
116:2 118:3,9 121:2
131:1,13

**item** 81:25

**itemize** 146:15

**itemized** 133:10
134:1,12,22

**items** 12:8 98:13
147:3

---

**J**

**Jack** 82:23

**James** 5:10 12:12
24:21 56:1 131:23
132:14

**Jamesmonica
@optononline.
net** 54:24

**January** 10:12

**Jason** 70:4 77:12,
13,18 78:4 92:20
111:25 114:6

**Jason's** 70:8
74:3,4,8

**Jersey** 5:3,23
9:10 16:16 84:23
103:12,19 104:9,12
106:6 109:20
127:24 138:10,21,
24 139:4 147:20,22,
23 148:6,8,15 154:7
157:1,20,23 158:25
159:3,16 160:8
161:2 166:23

**Jill** 82:23

**job** 7:25 8:9 9:5
84:6,7,11,12,19
85:14

**Joe** 166:17

**John** 41:19 42:20
43:7 46:23 48:16,17
51:17,22

**join** 114:22

**joint** 26:24 28:5
29:10

**joke** 47:6

**joking** 47:1

**Joseph** 13:16
70:10,11,14 72:9,13
73:18 74:5,18 75:13
92:23 111:17

**Joseph's** 74:3
77:11

JAMES MONICA

November 29, 2016
Index: judge..make

**judge** 5:15

**July** 31:25 56:17 58:22 87:11

**June** 87:2 90:11 122:16

**junk** 71:17

**jury** 5:15

**K**

**K-R-O-L-L** 9:16

**Kantor** 100:9,12, 20

**Kenney** 18:23 20:23 21:3,14 46:17 55:9 67:13,14,17 69:9,16 70:16 71:14,23 75:20 81:19 84:1 89:4 93:20 109:10 112:4 119:9 120:14,23 122:10 127:19 129:13,20 131:2,14, 18 134:19 135:10 136:4 137:2 139:16 144:14 145:5 146:2, 9,20 147:1 148:2 149:15,22 150:1,16 151:3 152:1 167:3, 6,14 168:11

**Keyes** 113:20

**kids** 33:3

**kids'** 82:24

**kind** 9:21 32:17,23 37:8,19 49:10 53:25 63:21 74:17 86:14 108:1 111:6 114:10 135:4 150:19 155:6 156:13 163:16,22 166:8,10

**kitchen** 161:20

**knew** 54:1 85:20, 21

**knobs** 100:13

**knowing** 99:11

**knowledge** 119:8 125:10 126:15 140:21 141:17 151:11

**Kroll** 9:14,15

**L**

**label** 40:4

**labeled** 55:18 89:20 108:17 144:23

**labels** 55:17 58:10 153:7

**labor** 6:5 7:23 8:3, 5 9:22 10:5 136:11 137:7 146:6

**lack** 14:15

**ladder** 160:1

**landscaping** 74:1,7,15 78:8

**language** 110:1

**large** 27:19 84:7 120:5

**latest** 166:7

**law** 5:5 8:21,24,25 9:2,3,4,13,20,21,22 10:3,4,5 13:12,17 67:22 85:10 117:25 126:7 146:14

**lawn** 97:3

**lawsuit** 13:11,23 14:4,8,24 18:13,16 22:4,6 24:13 30:14 79:11,14 80:12,16, 20 83:19 86:15 87:7,17 101:12 102:8,18 109:2 117:23 118:18 120:11 124:6 125:4 126:3 132:13 133:23 135:9 142:14 146:8 151:8 152:15 167:18,23

**lawsuits** 15:15

**lawyer** 101:5 120:18 132:12

**layperson** 118:24

**lazy** 99:12,14

**leak** 14:25 15:2 17:5 18:9,14 20:14 27:1,4,8,15,17 29:17 41:6,14,18 43:6 44:9 47:19,24 48:4,9,10,18,19 49:13,17 50:12 51:1,14,16,21 53:2, 8 60:2,4,8,14,24 61:1,2,7,8,11,22,23 62:2,12,15 63:10,12 64:9,22 65:13,15 66:8,9,11,15,18,24 70:15 72:20 73:6 74:6,25 75:13 76:23,25 77:5,24 111:20 128:24 139:11 143:1 155:8 156:24 163:16

**leaked** 29:5

**leaking** 26:21,24 27:9 29:7 42:14,15 43:9 50:20 62:22 70:19 75:11,18 78:11 88:14 129:4

**leaks** 16:18 17:1 20:11 26:25 27:10 29:6 31:18 39:17 40:7 42:13 46:11 50:8 57:3 65:12 75:2 78:16,18 79:5 88:1 96:23 102:23 103:4 104:2 110:10 118:3,8 120:8 128:22 131:11,20 134:14 137:6,17 139:6,13 142:15 143:12 151:23

**learn** 39:14

**Leasing** 7:21

**leave** 83:24 164:22 166:18

**left** 154:23

**legal** 6:4 7:25 23:23 30:13 83:23 120:15 122:11 135:11 137:3 144:15 145:6 146:10 149:16

**lengthy** 123:8

**letter** 14:7

**letterhead** 90:9

**letters** 126:24

**level** 96:4 107:21 155:14,17

**Liability** 147:21 148:6,9

**license** 8:1 127:25

**licensed** 77:14 85:4 86:11 127:5,16 128:1

**licensing** 8:8 86:14

**life** 10:16 95:5 112:23 114:5 115:4

**light** 108:7 114:9

**limited** 127:4 136:19

**lines** 98:23

**list** 90:14

**listed** 13:6,19 57:13 99:25

**listing** 133:10 134:1,13,22

**literally** 54:12

**litigation** 8:6 9:1, 23 14:21 22:22 65:20 66:3 109:9, 11,13 110:5

**litigator** 8:13

**Littler** 10:4,7

**live** 38:14

**lived** 37:16 38:21 142:10

**living** 106:23

**local** 42:20

**located** 9:9 16:14 38:2 109:19

**location** 66:14, 17

**long** 44:6

**longer** 61:5 92:8 128:23

**looked** 11:1,2,3, 21:13,24 39:25 71:16 72:4 77:7 115:9,11,13 124:9 129:16

**loss** 96:17,18 136:17,20,25

**lost** 107:12

**lot** 13:8 36:24 76:15,17,19,21 133:13 152:8

**love** 134:17

**low** 97:8,15

**LP** 7:21

**M**

**machine** 164:21

**machines** 95:15

**made** 43:18 45:1 107:2 112:8 122:2 134:7 166:24

**mail** 106:16

**main** 89:8 97:6 100:1

**mains** 100:3

**make** 7:4 11:14 26:17 27:12,21 28:11,23 46:23 48:7 60:10 62:7 66:2 79:4 86:17 99:19 102:22 105:23 108:7 129:20 138:19

JAMES MONICA

**man's** 54:15

**management** 10:6

**Manhattan** 19:22

**manner** 47:2

**manual** 112:3,11 115:11

**manuals** 115:9 129:16

**manufacture** 115:18

**manufactured** 45:6 144:23 149:5

**Manufacturers** 103:12,19 104:9,12 138:10,22,25 139:4 154:7 157:1,21,24 159:1,3,17 160:8 161:2 166:23

**marked** 12:13,16 24:5,8 55:5,7 58:5,7 79:21 80:1 89:15,17 108:12,16 132:1,4 152:25 153:3,6

**marketed** 144:24 149:5

**marks** 164:23

**markup** 100:16

**married** 28:3

**Martin** 5:10

**master** 84:24 85:1,7,11 86:11,13 97:2,6 127:24 129:5

**material** 15:9 43:17 44:4 45:2,3 72:5 76:16,17,20,22 77:1 115:25 116:2 119:19 137:7 146:5 161:19 166:10

**materials** 34:25 35:17,21 74:17 84:9 145:13

**math** 9:24

**matter** 88:7,8

**meaning** 128:25

**means** 46:7

**meant** 36:7 72:17 112:6 132:23 147:25

**medications** 10:15

**members** 148:15

**Mendelson** 10:5

**mention** 88:18 102:7

**mentioned** 28:9 35:20 75:23 77:25 80:8 97:16 117:18 125:21 138:4 139:5 146:5,18 151:20 154:9 166:19

**mentions** 56:25 150:9

**meringue** 119:17

**metal** 112:20

**Michael** 15:25 49:22 52:1,13,16 163:13

**mid** 63:13

**middle** 56:24 156:12

**milestones** 130:23 131:1

**mind** 57:18 136:2

**minute** 69:17

**misrepresentations** 136:18

**misses** 82:14

**molding** 62:17 63:1 64:24 72:22 129:1 136:13 137:13

**money** 68:2 73:20 74:15 78:6

**Monica** 5:10,11 12:12,16 18:5 20:1 24:21 40:12 46:13 55:8,22 56:1 57:8 58:1,5 67:20 69:22 79:19 80:18 89:18, 23 98:11 108:11,15, 18,22 117:9 121:12 132:4 144:21 148:10 153:3,14 155:21 164:7

**Monica's** 39:8 131:23 132:14 166:18

**Monica-1** 12:13

**Monica-2** 24:5,8

**Monica-3** 132:1

**Monica-4** 55:6

**Monica-5** 79:21

**Monica-6** 89:25

**Monica-7** 108:12

**Monica-8** 152:25

**Monica-9** 58:6

**month-and-a-half** 61:6

**months** 15:6 49:14 52:23 61:6 63:11 66:11 95:17 165:4

**morning** 84:9 97:15

**mother** 142:12

**move** 32:3 82:17

**moved** 9:13 37:17

**mud** 48:19 49:2,7 60:15

**multiple** 17:1 130:10,11,15

**N**

**naked** 27:20

**names** 13:8 86:6 118:14,17 133:9,25 141:21

**National** 8:5

**naturally** 95:17

**nature** 51:6

**neighbor** 67:5,9, 11 69:5 70:3,4 74:11 77:10 92:20 110:15,20

**neighbor's** 67:1 68:23 69:7

**newest** 166:6

**NIBCO** 11:16 15:4,16,18 20:15 36:1 39:9,10,11,15 43:8 44:6,9,14,22 45:1,6,12 46:3,24 47:7,10,17,22,25 53:4,7,9,13,15,18 54:17,21 55:1,4 56:12,21 60:1 66:4 78:23 79:2 87:8,10, 19,21 88:6,8 109:13,17 110:5,8 115:14 116:9,11,20, 23,25 118:19 121:13,14 122:3,6, 9,17 123:4,17,21,23 125:12,14,18,23 126:22 127:6,15,17 128:2,13,15 131:24 132:15 135:9,19 140:8 142:25 144:9, 12,20 146:8 149:4, 7,13,20 150:4,5,11, 13,23,24 151:1,8 152:18 156:19 159:1 161:1 167:21, 24 168:3,8

**NIBCO's** 117:2 154:11

**NIBCO-COLE** 58:10

**Nobody's** 98:8

**nodding** 6:22

**nonresponsive** 46:15 129:12

**normal** 15:11 106:10 164:25

**notation** 57:1

**notations** 40:1

**noted** 102:25

**notes** 164:1

**notice** 11:1 12:11, 21 40:8 90:24 91:10 96:21 109:15

**noticed** 75:14 165:7

**November** 13:1 40:11 41:14 44:16 48:10 52:22 53:3 92:6

**number** 25:18 48:5 51:1 66:8,9,11, 24 70:15 72:20 73:6 74:7,25 104:12 107:23 127:25 139:25

**numbering** 163:17

**numbers** 79:25 90:25 103:19 104:9, 17,18

**O**

**oath** 5:12 58:2 69:23 117:10 164:8

**object** 21:14 46:17 70:16 71:23 89:4 93:20 119:9 120:23 122:10 127:19 129:13 131:2,14 135:10 136:4 137:2 139:16 144:14 145:5 146:2, 9 149:15 150:16 151:3 152:1 154:23

**objecting** 129:22

**objection** 18:23 19:20 20:23,25 75:20 120:14 129:21 131:18

JAMES MONICA

133:14 134:19

**objections** 83:24 131:23 132:14,22 146:20 147:1 149:22 150:1

**objects** 146:25

**obligations** 122:9

**observe** 119:12 120:10

**observed** 145:12

**occasionally** 95:25

**occupancy** 32:2

**occur** 65:15 66:9, 15

**occurred** 16:24 20:4 52:22,23 60:1, 4 61:7 66:16 75:1 125:22 139:13

**occurring** 63:11

**occurs** 123:9

**offer** 101:9

**older** 19:8

**ongoing** 141:11

**open** 50:15,19 70:22,25 119:14 158:4,7 166:18

**opened** 61:15

**openly** 75:10

**opinion** 54:4

**opinions** 121:6

**opportunity** 45:18

**opposed** 48:21

**option** 36:20 99:2

**Optonline** 19:9

**Optononline** 65:8

**oral** 81:13,15 101:9

**orange** 155:1

**order** 127:3

**original** 23:5 38:25 39:1 45:4 75:14 123:1 165:3

**originally** 13:11, 20

**out-of-pocket** 136:20

**outcome** 14:17

**outlined** 81:6

**overnight** 164:23

**owner** 123:15

**owner's** 123:17

---

**P**

**P-A-L-A-Z-Z-O** 16:3

**P-A-V-A-O** 42:6

**P-E-X** 11:19

**p.m.** 168:13

**packaged** 145:14

**pages** 24:24 90:5 148:2

**paid** 17:21 19:13 20:8,16,18 21:8,20 22:7 42:24,25 50:25 52:8,13,15,17 64:8, 12 73:14 81:25

**paint** 50:24

**painted** 32:16 48:25 72:23 155:2

**painting** 62:25 65:10 136:12 137:12

**Palazzo** 15:25 16:4,6 17:4,10,20 18:9 20:9,10 21:8, 20 22:7,13,20,25 49:20,22 50:7,11 51:1,4 52:1 53:11

61:13 62:12,20 64:9 65:7 134:3 163:13

**Palazzo's** 49:25

**panel** 32:17

**pantry** 82:10

**paper** 134:15

**paragraph** 24:24 28:15 29:20 30:1,3,25 31:1 39:6 40:10 41:5,8,13 44:12 46:1 48:22 64:4 71:12,16 72:10 81:3,14,22 83:10 96:11 109:15 121:9, 10,12 123:6,10 126:24 136:15 144:6,7,19 148:10, 18,19,22,24 149:4

**parents** 38:22 42:11 113:9 117:18 118:2 142:10

**parents'** 38:20, 24 112:17 113:2,19, 25

**part** 12:22 13:22 18:25 22:3,6 23:9 26:2,23 32:19 33:1 40:21 43:20 58:12 63:3 68:3 86:15 87:17 100:24 111:3 121:11,15,20,25 122:15 124:5,14 125:4 130:14 133:14,15 139:1 145:10 149:3 151:17 159:20

**parties'** 81:7

**partition** 163:18

**parts** 130:10

**pass** 130:19

**passed** 107:3

**passing** 79:3

**past** 113:2

**path** 103:8

**patient** 152:17

**Pavao** 42:4,7 50:3

**pay** 19:10 52:11 73:5,13,18 78:4

**payment** 108:25

**Peckar** 9:8

**pen** 134:15

**pending** 69:11

**penetrating** 50:17

**Penske** 7:21 10:10,11

**people** 13:7 85:3 86:7 118:15 140:21 141:20,23

**percent** 16:16 31:5 37:25 66:1 96:16 100:16

**perform** 81:18 83:12

**performed** 81:6 85:12

**performing** 90:2 133:10,25

**period** 60:7 79:6

**permit** 100:1 127:23

**person** 54:5

**personal** 146:19, 25

**personally** 124:10

**persons** 109:18

**Petco** 107:14

**PEX** 11:19 35:7,14 36:23,24 37:5 39:10 44:13,14 46:2,3 98:24 99:3,5,6,9,11 100:21 112:18 113:8,9 114:5,14 115:4,14,18,24 116:7,9,12 117:19, 21 118:4,7 121:14, 22 122:17 123:4 136:19 140:2,8

144:9,20 149:4 150:14,25 151:1 167:21,24 168:4,8

**phone** 53:21 54:13,18 55:1 56:13 60:1 88:12 121:17, 20 122:2 143:25 144:4

**photo** 162:2

**photograph** 28:16,18

**photographs** 31:20 152:24 153:5, 13,16

**photos** 160:21

**phrase** 26:16 28:11

**physically** 119:11

**pick** 100:12

**picked** 100:18

**picture** 25:7,10, 12,18,22 28:14,19 29:20,21,23,24,25 31:1 77:20 110:25 153:24 155:4,15,17, 22,25 156:3,5,15 157:4,11 158:2,10, 21,23 159:6 160:2, 5,13,17,19 161:17, 18 162:13,16 163:3, 7

**pictured** 71:11 72:10 119:16

**pictures** 11:4 25:4 30:9,13,17,21, 25 31:7,13,16,17 154:11,13 157:23

**piece** 6:6 27:2,3 50:19 70:18 114:22 120:1,5 158:3

**pieces** 12:9

**pillows** 147:17

**pipe** 71:20 82:2 114:22 162:11 163:23

**Pipes/tubing** 152:24

**piping** 11:25 12:3,9 98:15

**pitch** 99:11

**place** 71:18 100:9 128:25 165:15

**plaintiff** 9:22 39:7 40:12 121:12 124:11 131:23 132:13 133:16,21 140:6 141:5,12 142:25 148:10

**plaintiff's** 142:9

**plaintiffs** 83:14 118:10,12 125:3

**plaintiffs'** 83:13 141:16

**plan** 103:24

**planning** 115:25

**plastic** 11:22 36:16 74:21 110:22 112:20 145:14 161:21,22

**playing** 33:4

**pleadings** 101:14

**plugged** 96:14 164:23

**plumber** 11:3 14:4 15:23 33:20 34:6 41:17,23 42:8, 18 49:18,19 60:19 67:2 70:12 76:21 77:13,14,15 84:4,24 85:7,11 113:21 127:6,25 128:1 129:6 137:10

**plumbers** 15:1 34:18,20 85:1,9 86:11,13 89:10 127:17 141:25 166:12,15

**plumbing** 11:23 12:9 15:7 16:6 31:14,17 33:21

34:16,17,22 35:1,8, 18 36:9,23 37:8,19 39:8,9,14 41:21 53:5 56:9,13 59:13 64:11 65:4 67:3 73:18 74:6 78:17 80:12 85:2,24 86:7 87:25 89:14 94:17, 19,20 96:18 98:12 99:22 100:1,5,9,20 102:8 108:10 109:3 112:13 113:6,18,25 114:23 116:19 117:20 118:3,4,8 127:22 130:3,7,13 131:5,12 135:16,19, 22,24 136:11,21 137:8 139:6 141:24 142:16 144:17 150:12 164:15 165:8,14,22 167:15, 19 168:7

**Plumbing/ richard** 79:20

**pocket** 102:16

**point** 13:16 25:13, 20 28:2 39:18 40:3 50:16 66:1 76:22 78:22 79:10 88:11, 18,22 103:7,12 104:18 105:8,12 112:23 113:24 114:12 115:4 116:18 118:1 119:11 130:24 135:21 145:8 147:20 156:21 164:16

**points** 120:9 139:22

**poking** 117:2

**policy** 103:19 104:1,8,11,16,17,19

**positive** 16:16

**possession** 22:15 63:20 64:5 134:8,11 147:15

**possibly** 14:2 34:22 88:19 112:19 151:8 155:10

166:13

**post-sale** 148:20 149:8,12 150:9,23, 24

**potential** 15:18 109:17

**potentially** 151:16

**practice** 5:20,21 8:4

**practiced** 9:5, 12,18 10:2,5

**practicing** 9:21

**preceded** 88:6

**prefer** 37:1

**prematurely** 44:15 47:18 151:2, 18 162:8

**prep** 94:23

**preparation** 12:22 80:8

**prepare** 10:20

**prepared** 108:23

**present** 30:20 71:5,19 85:11,13,24 86:4

**pressure** 72:7 96:17,19 97:1,9,15 164:11,12,17,21,24, 25 165:12

**pretty** 62:4,5 77:7 95:15,20 128:14 136:6 152:17 160:24

**prevent** 10:17 129:8

**preventative** 77:3

**previous** 29:9 38:4,7,10 62:19 93:2 151:21 160:17

**previously** 93:4 114:4 117:13 140:3, 10

**price** 35:3 37:4,7, 14 100:16

**primary** 13:16 37:15

**prior** 30:15 40:16 126:1

**privy** 128:6

**proactive** 152:10

**problem** 54:1,11 84:3,18 101:4 107:24

**problems** 84:13 101:2 140:8 142:16 165:7

**process** 63:3 68:3 110:4 130:12, 16,25 131:9

**produced** 18:1 55:14,16 79:24 124:6 133:20,22 134:5,8,10,22 135:7 153:5

**product** 47:7 59:8 96:14 123:24 124:8 136:19 140:9 146:12

**production** 124:14

**products** 12:8 39:15 53:4 87:19,21 115:18 116:7,9,12, 14,23 118:7,18,19 127:5,14,15 128:2 135:20 140:2 144:9, 12,20 145:18 147:21 148:6,9 149:4,14 150:5,11, 14,25 151:1,16

**professional** 127:6,16 146:12

**professionally** 137:19

**profusely** 42:16

**project** 85:18,21

**promoted** 144:24 149:6

**properly** 83:1 84:17,20 85:3 159:9 168:8

**property** 138:13 146:7,19

**proposal** 34:13 81:16 89:15 90:1 98:12 115:23

**proposals** 34:15,20

**pros** 99:8

**provide** 34:12 133:23 134:12

**provided** 74:15 103:18,22 132:20 143:8 149:13,20 150:4

**providing** 34:22

**pump** 91:10,15, 17,22,24 93:11,15, 24,25 94:6

**purchase** 92:12 100:15 128:16

**purchased** 92:14 111:22

**purged** 18:3 19:8

**purpose** 155:9

**purposes** 55:19 126:3

**pursue** 105:8 138:20

**pursuing** 151:8

**put** 46:24 59:24 77:19 88:14 89:3 96:3 98:9 113:15 127:24 130:4 139:7 161:22

**PVC** 98:15

**Q**

**quadruple** 37:13

**quality** 83:13

**quasi-finished** 32:13,14

**question** 6:9 7:1, 8,11,14 14:11 15:20 21:2,15,17 22:11 41:12 46:16 65:17 68:16,19,20,21,25 69:4,5,10 70:3 75:21 83:21,25 89:5 93:21 95:21 112:10 119:10 129:14,24 131:3,15 133:4 136:5 139:24 142:20 150:8,17 151:4,21 152:2 162:4

**questions** 6:15 21:19 45:8 67:16 69:2 124:20 132:6 142:21 148:25 153:10 166:17,22 167:4

**quick** 57:19 69:25 164:1

**quickly** 42:17 54:3 93:18

---

**R**

**radon** 82:1

**range** 79:25 106:10,11

**re-clamped** 43:10

**re-sheetrock** 50:24

**reach** 144:21

**read** 41:10 75:5 121:10 123:7 140:1 142:19 148:23 168:12,15

**ready** 70:2,23 71:6 72:1,3 75:15 132:6 153:10 162:24

**real** 57:19

**realized** 88:10

**reason** 87:21 143:18 155:13,15 168:2

**rebuilt** 38:15,24

**recall** 13:21 14:2 16:20 17:1 20:15 23:5 26:23 29:11 34:23 36:15,18 40:21 41:4 49:12 50:11,25 52:8,24 53:21 56:12 59:20 61:25 62:3 64:12, 14,21 65:19,22 96:22,24 101:11 103:13 105:4 110:21,24 111:1 112:24 114:11 115:12 124:1,3,15, 22,24 125:1,24 131:7 167:2

**receipt** 43:3 65:10,17 73:15

**receipts** 65:3 138:2

**receive** 34:15 54:20 73:15 106:12, 15

**received** 12:12 22:13 24:4 32:1 34:8,19 55:5 58:5 65:6 79:20 89:15 108:11 131:25 152:25

**receiving** 59:20

**recent** 63:24

**recently** 15:3 107:3

**Recess** 57:22 69:18 117:5 164:3

**recirculates** 93:16

**recirculating** 91:10,15,16,22,24 93:11,15,24 94:6

**recognize** 12:18,20 25:7 56:23 57:7 58:12 80:4 89:23 98:3 108:18 153:13 154:15 157:13 160:12

**recognized** 56:22

**recollection** 27:1 56:20 57:10 144:3

**recommendation** 34:9 98:20,21

**recommended** 33:23 35:9,11,13 84:4 99:17 138:25

**record** 5:9 7:5 55:13 57:25 58:9 69:21 117:8 121:11 129:15 164:6 167:10

**recreation** 33:3

**red** 41:21 158:3,11

**redone** 135:22,24

**reduce** 107:23

**reducing** 164:12

**refer** 29:8 44:12 115:24 128:17,18

**references** 147:20

**referred** 81:21

**referring** 71:13 81:13,15,19 93:13 100:4 109:2 141:20 142:10 156:8

**refers** 133:16 140:23 143:25 148:8

**refilled** 106:20

**refresh** 56:19

**regurgitate** 18:21

**reimbursed** 92:15

**reimbursement** 105:9

**related** 8:10 17:3 29:17 41:13 43:4 51:20 102:23 115:15 116:20 132:13

**relations** 7:23 8:5

**relationship** 73:4

**release** 102:3,17 108:10,23 109:1,8, 17 164:11

**released** 144:25 149:7

**relevance** 20:25

**relevant** 19:19 20:24 68:22

**reliable** 166:9

**rely** 47:13 120:25 121:3

**remains** 165:15

**remember** 6:20 25:17 52:7 54:15 59:15,16,18 63:22 73:7 78:24 88:16 97:7 154:19

**removed** 63:3,19 72:13 126:16 158:6, 9 163:8,13

**rendered** 144:10

**rent** 38:19

**repair** 20:9,14 43:21 50:4 51:17 63:3 65:4 68:9 70:9, 15 73:6 74:6 83:15 135:15

**repaired** 48:15, 17 52:1 53:12 61:8, 17 70:21,24 72:9 74:18 76:24 137:24 146:23

**repairing** 64:9 136:10

**repairs** 73:19 133:9,10,25 134:1 136:21 165:15

**repeat** 21:17 150:7

**rephrase** 14:11 88:2 150:7

**replace** 15:7 43:20 51:4,5,7 75:11 77:19 79:1 82:15 91:23 92:2 96:3 165:23 166:2

**replaced** 15:8 43:9,23 44:14 45:12 46:2 47:16,21,22,25 50:21 51:10,12,16, 21 62:24 72:22 75:24 76:5,12 77:7, 9,11 78:1 92:6,10 93:6 114:9 131:12 139:19 147:11 152:13 165:20,22

**replacement** 78:5,11 92:21 121:13,21 137:13

**report** 106:12,15

**reporter** 6:13,23

**represent** 11:15 24:11 25:15 134:24

**representation** 30:13

**representative** 123:18 154:7 159:4

**represented** 80:15

**representing** 87:25

**request** 70:1 134:7 166:25

**requested** 121:13,21

**requests** 23:20 86:18,19,22

**require** 6:2 8:1,7 14:20

**required** 92:12

**requirements** 127:8

**requires** 127:20

**research** 15:21 35:14 166:5,15

**reserves** 141:12

**residence** 83:13 140:3

**resident** 147:22

**residential** 39:8

**resolved** 54:9 102:9 109:3

**responding** 24:1

**response** 129:23 133:1 139:25 140:13,14 141:13 142:20,24 143:5,24 160:7,20

**responses** 23:22,23 131:24 132:14

**responsible** 109:19

**restate** 7:9

**result** 14:17 106:13 133:6 134:14 136:17 137:16

**results** 106:7,10, 13 126:19

**retained** 33:12 63:15,24 102:18 109:9 168:14

**retainer** 30:18 63:17

**retention** 14:7

**retired** 67:1 70:12

**return** 55:4 59:9 123:15,20,24 124:8

**review** 23:10,20

**reviewed** 12:22 23:12,15,24 45:15, 23 80:8

**reviewing** 12:19 24:9,14 39:4 41:11 55:21 80:5 89:22 108:20 122:23 123:1 132:7 133:3 142:22 149:1 153:11 167:16

**reward** 14:17

**Richard** 11:3 14:4 34:4 80:13 164:15 167:19

**Rick** 84:3,8,11,15, 16 85:12 87:22,25 88:3,5,20,23 89:8 90:2 94:23 98:9 131:5

**right-hand** 49:5 156:11

**ring** 112:14,22 113:24 114:5,17 120:2

**ripped** 136:8

**River** 9:10

**rocked** 48:24

**rocket** 110:15

**roman** 11:3 14:4 34:4,10,21 35:9,10, 13,16 36:12 56:9 59:13 78:16,20 79:7,11,19,20 80:12,13,20 81:9 83:5,19 85:14,23 86:16,22 87:18,25 89:14 90:21 91:11 94:10,19 98:12,19 99:8,14 100:24 101:13,19,22 102:8 108:10 109:3 110:6, 11,18 115:20,21,23 116:6,17,18 127:22 141:24 145:12,17, 24 150:12 164:15 167:13,15,19 168:7

**Roman's** 90:16 98:25 108:24

**Roman-6** 89:16

**room** 6:13 26:4 48:19 49:2,7 60:9, 13,15 66:17 82:19 137:18 161:15 163:11

**rough-out** 81:23

**roughing** 130:21

**routine** 61:14

**row** 155:11

**ruining** 77:5

**Rule** 133:16

**rules** 6:10

**run** 86:3 95:19

**running** 91:4 129:8

**runs** 80:2

**rupture** 135:21

**ruptured** 135:16

**S**

**S-P-A-T-Z** 34:2

**sake** 6:18

**sale** 150:5

**sales** 99:11

**salesman** 100:12

**salt** 95:18,25 96:3

**samples** 107:16

**saturated** 50:16 129:1

**saturation** 40:12,17,19,22

**Sauder** 13:16,22 14:24 18:11 22:22 23:2 30:16 102:20

**Sauder's** 15:16

**saved** 51:18,22

**school** 8:22,25

9:4,5 117:25

**science** 110:15

**scope** 81:6

**season** 16:24

**second-to-last** 87:2

**seconds** 110:17 112:2,8

**section** 24:20,23 25:2

**seeking** 135:15, 22

**self-employed** 16:6

**self-sufficient** 95:16

**self-sufficiently** 95:20

**sell** 115:18

**send** 86:21 110:25 125:17 138:18

**sense** 26:17 28:12,23 77:16

**sentence** 96:12 109:16 123:14

**separate** 96:8 110:7

**serve** 6:4

**served** 23:19 33:17 101:25 102:2

**service** 130:5

**serviced** 95:8, 13,14

**services** 74:16

**servicing** 95:19

**Set** 131:25 132:15

**settings** 93:25

**settled** 102:10

**settlement** 102:3,12 109:23

**sewer** 100:2

**shaking** 6:22

**shared** 18:10 82:24

**sheet** 48:24

**sheetrock** 50:15,16,18,19 60:18 70:18 72:21 128:25 136:8,12

**short** 15:20 43:23 69:9,14

**shortly** 76:6 94:17

**shot** 97:24

**show** 84:18 129:15 155:10 159:8 162:19

**showed** 59:18 87:10

**shower** 36:2 82:4,5,18 83:9 84:15 97:2,6,14 100:14 164:17

**showing** 155:3,8 159:12

**shown** 96:15 156:5

**shows** 26:19 161:5

**shut** 137:11

**side** 6:12 9:22 41:3 49:5 56:8 60:16 96:2 156:11

**side-door** 49:6

**sign** 108:24 128:15 168:12,15

**signed** 14:6 30:18 102:4,18 109:8

**significant** 83:14 96:16 136:6

**silvery** 27:6

**similar** 59:6 71:10,17 72:9

160:16

**simple** 6:8

**simply** 18:1

**single** 143:25

**sink** 49:7,8,10,11 82:11,13,14

**sir** 5:17 24:17

**sit** 6:12

**site** 84:24 85:7 89:9

**sitting** 5:14 12:25 17:18 42:14 92:4 152:14

**situation** 54:7

**situations** 114:11

**skipped** 55:9

**slightly** 30:15 165:2

**small** 120:1 137:23 147:3

**Smith** 126:12

**soaked** 147:16

**softening** 94:8, 21,24,25 95:4,6,24

**sold** 144:23 149:6

**soldered** 114:24

**solve** 22:11

**Sons** 34:2

**sort** 14:7,16 35:5 37:3 40:1 43:3 62:19 97:23 100:14, 25 101:9 106:13 111:3 112:2,23 119:17 130:22

**sound** 58:20 107:18

**sounded** 54:6

**sounds** 32:19 53:1 63:14 66:13 76:11

**source** 104:7 120:8

**space** 154:20

**spackle** 50:24

**spackled** 72:22

**spackling** 136:12 137:13

**spark** 93:8

**Spatz** 34:2

**specializing** 9:2

**specific** 26:2 112:21,24 114:11 131:7

**specifically** 78:24 88:16 124:13 130:13 144:7

**speculate** 150:20 151:10 152:22

**spell** 9:15 16:1 42:5 70:6

**spent** 64:21 137:15

**split** 119:8

**splitting** 29:12

**spoke** 10:22 15:24 34:18,21 42:3,7 53:23 56:21 142:25

**spray** 82:4

**sprays** 82:5,17 83:9 84:14

**spring** 52:25 143:2

**sprinkler** 97:2

**stains** 137:25

**stamp** 40:5

**stand** 82:5

**standard** 83:11, 18

**standing** 26:5 41:1 157:17 160:1,

19 166:8

**start** 10:11 25:6 115:22

**started** 9:1 15:13, 14,15 18:11 31:25 39:16 40:7 78:11 86:2 88:8 104:13 105:7

**starting** 13:1 24:20 110:4 153:23 158:14

**starts** 29:6 93:1 133:1

**state** 5:9,19,22 8:10 133:5

**stated** 18:15

**statement** 46:1 112:8

**statements** 140:20

**states** 12:25

**stating** 150:25

**status** 140:4

**stayed** 19:7

**step** 69:16 130:17

**STEPHENS** 5:7 20:25 46:14 55:11 57:20,24 58:9 67:13,15,19 69:10, 14,20 79:23 81:21 89:19 108:14 109:12 112:6 117:4, 7 129:11,14 153:4 163:25 164:5 166:16 167:12

**steps** 130:11,15 152:10

**stop** 46:12 129:8

**stopped** 104:25

**storage** 32:23 154:20

**stored** 116:15 145:20,23

**stories** 32:12

**story** 18:8

**straightforward** 46:16,18

**stream** 144:25 149:7

**strike** 46:14 129:11,23

**strikes** 143:15

**stuff** 36:24 42:13 99:4 104:5 107:23 119:5 125:16 129:9 143:9 154:13

**stupid** 107:18

**subclass** 148:15

**subcode** 127:23 130:7

**subcontractor** 34:23

**submitted** 63:4, 8 65:24 119:22,25 120:5 133:19

**subpoena** 167:1

**subsequent** 23:14

**subsequently** 44:15 48:1

**substance** 152:7 158:13 161:9

**substantial** 144:22

**substantively** 24:1

**sue** 54:12

**sued** 67:20 87:21, 22 88:4

**suffered** 136:16

**supervising** 84:21

**supplement** 141:13

**supplied** 134:2

144:24 149:6

**supply** 35:1,21 36:8 94:13 95:7 100:6,9,20,25

**supposed** 33:7 81:23 82:1,21,25 83:2 85:11 155:8

**suspected** 30:10

**sustained** 133:6

**switched** 103:13

**sworn** 5:4

**system** 12:9 35:4 39:8 85:25 93:8,16 94:8,21,24 95:1,4,6, 8,24 96:18 97:2 99:22 112:13 118:8 130:3 135:16,19 137:11 144:17 162:21

**systemic** 140:8

---

**T**

**T-FITTING** 26:19 62:9 66:21 70:20 71:11 161:5,12 162:10,20

**T-FITTINGS** 26:16 72:9

**takes** 9:24 110:17 128:25

**taking** 6:14 10:15 158:10,21 160:2,19

**talk** 11:6,11 164:16 166:11,14

**talked** 121:18 141:23

**talking** 7:19 17:22 20:12 36:1,2 46:9 48:8,22 49:22 60:15 63:13 73:1 76:7 88:19 93:15 112:21 146:22,24 150:20 151:17 152:16 161:10

JAMES MONICA

November 29, 2016
Index: tank..valve

**tank** 93:14 96:2 97:16,18,21,22 98:7 105:22,25 106:3,21, 24 107:15,19

**tap** 106:1

**taped** 72:22

**taping** 137:13

**tear** 15:11 38:9

**Tekellis** 13:18

**telephone** 143:1

**telling** 56:12 154:19

**temporary** 32:24

**ten** 152:24

**ten-gallon** 105:22 106:24 107:19

**term** 11:19,24 12:6 14:16 28:22

**terms** 14:10 121:14,24 122:5

**test** 86:3 164:20 165:1,12 166:8

**tested** 105:13,21 106:5 107:11 126:17 154:12

**testified** 124:1 162:24

**testifies** 5:5

**testify** 11:12

**testimony** 30:24 40:16 120:16 127:20 135:13 137:4 144:16 146:11 149:17

**testing** 51:19 72:15,17 85:24 86:1 105:16 106:8,14 119:23 125:15 126:20 159:2 164:21

**thing** 6:20 12:4 27:6 35:6 48:8

62:14,21 70:17 88:24 89:2 100:14 101:16 114:11 123:7 128:21 166:7

**things** 42:16 68:2 82:7 83:4,7 90:14 91:9 129:5 130:20, 22 131:7 132:22 135:4 152:22 165:10 166:20 167:9

**thinking** 47:15 157:22

**thinner** 158:11

**thought** 99:17

**Three-and-a-half** 32:11

**three-plus** 46:10

**threw** 147:16

**ticking** 135:20 144:18

**time** 6:7 13:17 14:2 16:24 17:16,17 18:13,17 23:1 29:25 30:12 31:1,2 33:20 44:5,8 45:23 47:12 52:15,17 55:16 60:5,7,24 61:1,7 62:15 63:10,15 66:1 68:17 75:24 79:6,10 88:22 89:12,13 92:9 97:11,12 99:14,17 102:17 103:2,12,17, 21 104:1 105:12 109:8 111:17 112:22 114:6,8,13 117:14 118:1 122:2 123:4 128:5 134:6 135:20,21 136:12 137:9,19 139:5,8 140:9 141:14 144:18 145:25 146:6 158:25 160:21 165:6 166:5, 9

**timeline** 143:14

**title** 6:2 7:22

**today** 5:12,15 7:9 10:18 11:2,15 12:1, 7,23 17:19 22:8 68:3 69:1 80:9 92:4 99:15,16 110:11 122:5 124:9 135:4 141:24 143:11 165:16 166:17

**today's** 10:20 11:7

**told** 11:10 15:2,8 16:11 18:8 22:24 36:25 46:22,23 53:23 85:17 87:15 92:13 94:5 107:17, 21,24 110:15 114:4 116:13 128:4 140:11 143:17 144:17 145:19 150:18

**tool** 111:3,6,7,8, 12,23 115:1 165:11

**top** 45:10 56:9 98:13

**tore** 38:6

**total** 90:18

**touch** 88:24

**touched** 89:2 94:4

**town** 66:25 92:19 95:3 130:6

**toys** 147:5,6,8,11, 14

**tracking** 55:20

**trade** 33:18

**tradesmen** 33:19

**traditional** 36:22 37:23 99:3

**training** 115:7 116:5

**transpiring** 128:24

**trial** 24:4 141:14

**truck** 7:21 41:21

**truthfully** 124:21

**tube** 29:11,12,13 112:23

**tubes** 36:23 39:22 40:2 112:16,18 123:16,20 163:19

**tubing** 11:22,24 12:3 15:19 26:11 27:6,7,11 28:2,6 37:24 39:10,25 43:20,25 50:22 51:5,7 98:24 114:5, 18 115:4,14,24 118:22 119:7,14,23 120:1,6 135:17 145:14 158:3,11 161:8 167:21,25 168:4,8

**tubings** 15:4 100:21

**turn** 29:19 39:2 59:5 77:4 82:13 86:4 91:8 93:19 147:19

**turned** 31:21 125:3

**TV** 33:4

**two-page** 58:11

**two-thirds** 26:7 41:3

**type** 8:6 12:4 34:24 35:4 36:12 43:12 61:21,24 62:3 77:18 99:21 110:1, 19 116:5

**types** 146:4

**typically** 62:8

**typo** 143:16,20,21

─────

**U**

**Um-hum** 7:13 19:23 44:18 61:18 67:21 83:16 87:4 90:10 97:4 113:11

123:11 142:3 143:4 148:12

**un-usage** 136:13

**underneath** 25:3 28:15 30:3

**understand** 5:11,16,17 7:8,10, 16 11:15,17,22 12:4,7,10 17:15 27:12,22 34:4 42:13 58:1 60:10 62:7 66:2 67:24 69:3,22 79:4 91:16 101:5 104:6,16,21 114:3 117:9 124:17 128:21 129:25 135:14 137:5 143:10,14 164:7

**understanding** 30:24 40:15 62:10 68:4 85:10 98:16 165:13

**understood** 7:7 21:16 68:6 69:1 167:3

**unfolding** 110:8

**union** 9:22

**unit** 95:19

**unjust** 80:22

**unpack** 18:4

**unreasonably** 144:10,13

**unrelated** 88:6

**unusual** 6:11

**upstairs** 82:23

─────

**V**

**V.A.** 34:2

**vacation** 77:3

**Vaguely** 130:10

**valve** 82:20 164:11,12

JAMES MONICA

November 29, 2016
Index: variables..Ziplock

**variables** 152:8

**variety** 78:20

**vent** 98:15

**venture** 16:23

**verbal** 6:21

**verbalize** 64:2

**versa** 86:21

**vice** 86:21

**view** 96:15

**visible** 27:20

**visibly** 120:10

**visit** 20:13,15 21:9,21 159:16

**visited** 22:25 126:7,9,12

**void** 127:10

---

**W**

**w/attachment** 58:4

**walk** 45:19 119:2

**walking** 45:8

**wall** 32:24 40:19 48:23,24 52:5 60:16,18,21 70:22, 24 155:1 163:10,19

**wallet** 20:22

**walls** 32:15 40:13 136:7 155:2

**wanted** 35:5 36:21,22 46:23 105:23

**warning** 148:20 149:25 150:13,24 151:12,13,15,20,21 152:7

**warnings** 149:9, 12,21 150:4,10,19 152:19

**warranties** 127:11

**warranty** 53:16 92:11 101:1,6,7,10 116:23,25 121:15, 25 122:3,6,9,18,21 123:4 126:22 127:4

**Warren** 5:2 95:3 109:20

**wash** 49:8

**washes** 82:4

**waste** 98:15

**water** 14:25 27:5, 14,23 28:3,6 29:5,6, 10,13 32:22 35:5 36:21 40:12 42:14 47:2 50:17,20 57:19 61:16 62:21,23 71:19,25 75:11,18 77:4 82:13 86:4 91:10,11,23 92:2,6, 10,11,15,17,21,25 93:5,11,16,18 94:7, 13,21,24,25 95:3,4, 6,7 96:17,19 97:1,9, 19 98:9,23 100:1 102:23 105:13,20, 24,25 106:3,5,6,19 107:10 125:15 129:7 130:20 131:16 137:11,25 154:12,24 155:10, 14,17,19 160:3 164:21,25 165:12, 19

**waterfall** 50:18

**ways** 83:17

**wear** 15:11

**website** 117:2

**week** 31:5 59:25

**Wells** 19:15 20:7 52:18

**wet** 129:2 156:7

**whatsoever** 36:19

**wheel** 145:15

**white** 158:12 161:9

**whitish** 76:16

**whomever** 145:21

**wife** 30:22 100:11 103:14,25

**wife's** 158:20 159:12

**word** 12:3

**words** 18:19

**work** 11:9 16:5 20:9 33:25 34:16 42:11 43:4 61:9 62:19,25 64:22 65:5,22 66:5 67:3 68:9 70:9 72:20,24 74:1,7 75:14 78:8 81:6,17 83:13 84:22 85:12 87:23 90:2,20 91:3,6 94:23 95:23 99:12 100:12 101:10 110:12 146:6

**worked** 142:1

**working** 84:7,11 85:15,18,22 88:15 101:23 116:18

**works** 64:19

**worried** 89:1 164:18

**worry** 77:5

**write** 134:20

**writing** 40:2

**written** 81:8,10 91:9 101:7 106:12, 13

**wrong** 15:12 30:11 154:14

**wrote** 47:10 115:24

---

**Y**

**year** 8:21 9:6,12 10:13 16:24 92:3 97:12 101:3

**years** 9:19 17:23 42:11 46:10 83:8 105:17 107:2 112:16 119:5 143:9 152:16

**yesterday** 79:24 153:6

**Yup** 67:23 109:7

---

**Z**

**Ziplock** 64:7