# EXHIBIT 22

LINDA BOYD                                          January 11, 2017

                                                          Page 1
 1              IN THE UNITED STATES DISTRICT COURT

 2                      DISTRICT OF NEW JERSEY

 3

 4

 5
      KIMBERLY COLE, et al.,
 6
              Plaintiffs,
 7
      VS.                           CIVIL ACTION NUMBER
 8                                  13-CV-07871-FLW-TJB
      NIBCO, INC.,
 9
              Defendant.
10

11

12

13           The testimony of LINDA BOYD, taken at the

14    Hampton Inn, 3152 Abbey Lane, Foley, Alabama, on the

15    11th day of January 2017, commencing at approximately

16    8:45 a.m.

17

18

19

20

21

22

23

24

25

LINDA BOYD                                    January 11, 2017

---

**Page 2**

```
1              A P P E A R A N C E S
2
3
   FOR THE PLAINTIFF: CHIMICLES & TIKELLIS, LLP
4                    ATTORNEYS AT LAW
                     ONE HAVERFORD CENTRE
5                    361 WEST LANCASTER AVENUE
                     HAVERFORD, PENNSYLVANIA 19041
6
                     BY: ANDREW W. FERICH, ESQ.
7
8
9  FOR THE DEFENDANT: LATHROP & GAGE, LLP
                      ATTORNEYS AT LAW
10                    2345 GRAND BOULEVARD, SUITE 2200
                      KANSAS CITY, MISSOURI  64108
11
                      BY: ERIC WESLANDER, ESQ.
12
13
14
15
16          JULIA S. ISENHOWER, CCR, RPR
            COURT REPORTER
17
18
19
20
21
22
23
24
25
```

**Page 4**

```
1            S T I P U L A T I O N
2       It is stipulated by and between the parties
3  hereto and their respective attorneys at law that the
4  deposition on oral examination of the witness, LINDA
5  BOYD, may be taken before Julia S. Isenhower,
6  Commissioner and Notary Public for the State at
7  Large, and that the said deposition shall be taken in
8  accordance with the provisions of the applicable
9  sections of the Federal Rules of Civil Procedure.
10      It is further stipulated that all notices
11 provided for by said applicable sections of the
12 Federal Rules of Civil Procedure are waived, as is
13 the reading over of said deposition to or by the
14 witness, the signing thereof by the witness; and the
15 signing and certification of said Julia S. Isenhower
16 and all other requirements and technicalities of
17 every sort regarding the taking and filing of the
18 deposition, except as hereinafter set out:
19      All objections save as to the form of
20 questions asked are reserved until the time of trial
21 in accordance with the applicable provisions of the
22 said Federal Rules of Civil Procedure.
23
24
25
```

**Page 3**

```
1               I N D E X
2
3  Examination:                          Page:
4  By Mr. Weslander.........................5
5  By Mr. Ferich..........................112
6
7
8
9
10 Defendant's Exhibit:                  Page:
11 1.  Notice of deposition..................16
12 2.  Second amended class complaint........23
13 3.  24/7 All Services invoices............35
14 4.  24/7 invoice..........................76
15 5.  Interrogatory answers.................77
16 6.  Photograph............................88
17 7.  Photograph............................90
18 8.  Photograph............................92
19 9.  Cover sheet included with pipe
20     sent to NIBCO.........................93
21 10. NIBCO response letter.................95
22 11. Production documents.................102
23 12. NIBCO letter.........................109
24 13. Return authorization.................110
25
```

**Page 5**

```
1                LINDA BOYD
2       The witness, having been duly sworn to speak
3  the truth, the whole truth and nothing but the truth,
4  testified as follows:
5                  EXAMINATION
6  BY MR. WESLANDER:
7  Q    Ms. Boyd, good morning.
8  A    Good morning.
9  Q    My name is Eric Weslander.  I represent the
10 defendant, NIBCO, in this case.  We met just a minute
11 ago.
12      Could you please just state your full name
13 for the record?
14 A    Linda Joy Boyd.
15 Q    And your address?
16 A    13467 Sanctuary Drive, Foley, Alabama.
17 Q    Have you ever given a deposition before, Ms.
18 Boyd?
19 A    No, I haven't.
20 Q    Okay.  There are a few ground rules, I
21 guess, if you will, that I'll walk you through right
22 now just to help make this process go more smoothly.
23      First of all, you understand that you are
24 under oath today just the same as if you were sitting
25 in a courtroom in front of a judge, right?
```

LINDA BOYD                                                January 11, 2017

Page 6

1   A       Yes.
2   Q       And the court reporter here will be taking
3   down all my questions and your answers and will
4   eventually prepare a transcript that can be used
5   later in this case, including at trial.  Do you
6   understand that?
7   A       Yes, I do.
8   Q       Okay.  You are not going to have a problem
9   with this, I can tell, but we always tell witnesses
10  let's try to talk one at a time just so that the
11  court reporter can take down answers.
12  A       Okay.
13  Q       Some people, you know, try to field an
14  answer before the question comes out, so I just ask
15  you to wait until I've asked it and that will make
16  her job easier and give us a better record, okay?
17  A       Okay.
18  Q       Also we need to have a verbal response for
19  that same reason.  You can't answer by shaking your
20  head or nodding your head; you have to say yes or no.
21  Fair enough?
22  A       Okay.
23  Q       All right.  If you don't understand a
24  question at any point, let me know and I will do my
25  best to rephrase.  But if you answer, I'll assume

Page 7

1   that you understood.  Fair enough?
2   A       Yes.
3   Q       Okay.  And if you need a break at any time,
4   please just let me know.
5   A       Okay.
6   Q       This is not the Spanish Inquisition.  If you
7   need to get a drink or anything like that, just let
8   me know and we'll go off the record for a bit.
9           Are you today taking any medications or is
10  there anything going on in your life that would
11  prevent you from giving complete, accurate, truthful
12  answers to my questions?
13  A       No.
14  Q       Okay.  Let's talk briefly through your
15  preparation for today.  What did you do to prepare
16  for your deposition this morning?
17  A       Went over my documents and spoke with my
18  attorney in preparation.
19  Q       Anything else?
20  A       No.
21  Q       Okay.  Did you talk to anyone else about
22  your deposition coming up today?
23  A       No, just my attorney.
24  Q       Okay.  Do you recall what documents you
25  looked at?

Page 8

1   A       The 24/7 repairs and receipts that I have
2   given.
3   Q       Okay.  And as far as clarification of some
4   of the terminology I may use in my questions, I
5   represent NIBCO and they are the defendant in this
6   lawsuit.  They manufacture plumbing materials.  You
7   know that, right?
8   A       Yes.
9   Q       Okay.  And so if I use NIBCO, I'm referring
10  to my client, the defendant NIBCO.
11          PEX.  I will probably use that term a lot.
12  And you understand that that's a type of plastic
13  tubing used in plumbing systems?
14  A       I do.
15  Q       And that there are various manufacturers of
16  PEX, right?
17  A       Yes.
18  Q       Okay.  So I will try to use -- if I'm
19  referring to PEX generally, I'll say PEX.  If I'm
20  referring to NIBCO PEX specifically, I'll use NIBCO
21  PEX.  Fair enough?
22  A       Okay.
23  Q       Okay.  And I might use the terms tubing and
24  piping interchangeably.
25  A       Okay.

Page 9

1   Q       If I say one or the other, I mean the same
2   thing, the tube or the pipe that water goes through.
3   A       Okay.
4   Q       And you understand that you are a named
5   plaintiff in this lawsuit against NIBCO?
6   A       I do.
7   Q       Okay.  And are you aware of the allegations
8   that you've made against NIBCO?
9   A       Yes.
10  Q       Okay.  And what are those in your own words?
11  A       The warranties, express, implied; liability;
12  negligence.
13  Q       Are you aware you've alleged there was a
14  NIBCO PEX tubing in your home and that it leaked?
15  A       Yes.
16  Q       Okay.  How did you come to be involved in
17  this lawsuit?
18  A       Once my home experienced one leak, I just
19  started researching on the Internet and Googled
20  information.
21  Q       Okay.
22  A       And that's actually where the NIBCO name
23  came.  And just researched on the Internet others
24  having the same issues.
25  Q       Okay.  We can come back and talk about that

LINDA BOYD                                                    January 11, 2017

Page 10

1    in a bit.
2           Let's talk just a little bit about your
3    background.  You live here in Foley, correct?
4    A       Correct.
5    Q       And tell me.  Where were you born?
6    A       Sumter, South Carolina.
7    Q       And your date of birth?
8    A       11-20-62.
9    Q       You are married, correct?
10   A       I am.
11   Q       And your husband's name is --
12   A       Bradley Boyd.
13   Q       How long have you been married?
14   A       Eight years.
15   Q       Any children?
16   A       No.  Two stepchildren.
17   Q       Okay.  Do they live with you?
18   A       No.
19   Q       Tell me about your educational background.
20   A       I'm a high school graduate and just
21   continued education in bookkeeping and that kind of
22   thing at a junior college here.
23   Q       When you say here --
24   A       I'm sorry.
25   Q       That's okay.  Where?

Page 11

1    A       In Bay Minette, Alabama, Faulkner College, a
2    junior college.
3    Q       Okay.  And it was bookkeeping you said?
4    A       Yes.
5    Q       Okay.  And when did you do that course of
6    study?
7    A       1980 and '84, 1984.
8    Q       Gotcha.  And what do you do after that?
9    A       I owned a daycare business, state licensed,
10   and worked for Walmart Stores, Incorporated, for
11   12 years, and my current job, which is insurance
12   clerk, for 15 years.
13   Q       Where is your employer or what is your
14   employer?
15   A       Bayside Orthopaedics, Fairhope, Alabama.
16   Q       Insurance clerk.  So you deal with a lot of
17   insurance claims and processing?
18   A       Medical.
19   Q       Okay.
20   A       Medical.
21   Q       Okay.  Have you ever had any experience with
22   construction?
23   A       Yes.
24   Q       Tell me about that.
25   A       My previous marriage.

Page 12

1    Q       What was the experience?
2    A       He was a contractor.
3    Q       What was the company name?
4    A       He was self-employed, H. B. Guy Construction
5    Company.
6    Q       And based where?
7    A       Bay Minette, Alabama.
8    Q       And you say you had had experience with
9    construction.  Was it through just watching the
10   operation of that company or did you personally do
11   construction yourself?
12   A       Just being married to him.
13   Q       Okay.  Got it.
14           And what about plumbing?  Have you ever
15   installed or repaired plumbing yourself?
16   A       No.
17   Q       Okay.  So let's talk about the home that is
18   at issue in this case.  It looks as though it was a
19   new home constructed in 2008.  Is that correct?
20   A       Correct.
21   Q       Okay.  Tell me about how you came to
22   purchase this particular home.
23   A       We were researching the area in Foley,
24   Alabama, and Adams Homes has a subdivision there.  We
25   were really wanting to finance with them with the

Page 13

1    incentives that they had, and that house was under
2    construction so we kind of picked it up in the middle
3    of that construction.
4    Q       Okay.
5    A       It was Adams Homes.
6    Q       So you were aware of the reputation or you
7    knew of the company of Adams Homes?
8    A       Correct.
9    Q       And tell me about this subdivision.  I'm
10   guessing it is new homes that were all being built
11   around the same time, correct?
12   A       It is.
13   Q       Can you describe just the neighborhood
14   generally?
15   A       It's Magnolia Place in Foley, Alabama, and
16   they range from the 150s -- excuse me, 100s to --
17   100,000 to 150,000.  Our home is a 1500-square-foot,
18   one of the middle-sized ones in there, and we are in
19   the second -- what they consider the second phase of
20   the subdivision and, I think, the last phase.  They
21   are almost built out.
22   Q       And it looked as though you were living
23   elsewhere, obviously, as the home was being
24   constructed, right?
25   A       We were renting an apartment.

LINDA BOYD                                                    January 11, 2017

Page 14

1  Q        Okay.  When did you first move in to this
2  one?
3  A        December 8th, 2008.
4  Q        And it's a three-bedroom, two-bath, correct?
5  A        Yes.
6  Q        One-story home, right?
7  A        Yes.
8  Q        And it does have an attic, correct?
9  A        It does.
10 Q        Basement?
11 A        No.
12 Q        Okay.  No basement.
13          How does the design process work for the
14 home?  I mean, once you decide to -- that you were
15 interested in this particular Adams property, how
16 does the design process work?  How much input do you
17 have into designing and figuring out what that final
18 home is going to look like?
19          MR. FERICH:  Object to form.  You can
20 answer.
21 Q        That's a long, rambling question.  Maybe I
22 can try again.
23          Who designed the house?
24 A        Adams Homes.  We got to pick out the colors.
25 Q        Okay.

Page 15

1  A        That's about our extent of that.
2  Q        Were there any other things that you chose
3  or selected as far as the design of the home?
4  A        No.
5  Q        And who installed the plumbing in the home?
6  A        Adams Homes.  They had subcontractors, I
7  assume, but they were -- they were considered our
8  contractor, I guess would be the term I would use.
9  Q        Did you give them any input about what you
10 wanted in terms of plumbing during the construction
11 or design of the home?
12 A        No.
13 Q        And do you know how it came about that Adams
14 used a subcontractor for the plumbing?
15 A        That part of it came after I sent the letter
16 to them, upon us having the leaks, asking them what
17 my options are in the way of a warranty or anything
18 else, and that was the document that was presented
19 this morning.
20 Q        Okay.  So in terms of who the plumber was or
21 what they had done, you didn't know anything about
22 that until after you had had issues with leaks?
23 A        Correct.
24 Q        Okay.  Let me go ahead and hand you a couple
25 of documents here just to get some of the things we

Page 16

1  need to get in the record in the record.  I'm going
2  to hand you what I'm now marking as Defendant's
3  Exhibit 1.
4          (Defendant's Exhibit 1
5          was marked for identification.)
6  Q        And I will tell you that this is a copy of a
7  notice for your deposition basically saying that
8  we're going to be here doing this today.  Have you
9  seen this before just now?
10 A        Yes, I have.
11 Q        And when was that that you saw it
12 previously?
13 A        Approximately two or three weeks ago, two
14 weeks ago maybe.
15 Q        And you agree that you are appearing today
16 because of this notice basically, right?
17 A        Yes.
18 Q        Okay.  And you see yourself there as one of
19 the people in all caps, both in the top part of the
20 document, the heading of the document, and in the
21 list of the people it is addressed --
22 A        Yes, I do.
23 Q        Do you know any of other people that are
24 listed here?
25 A        No.

Page 17

1  Q        Okay.  Have you ever met or talked to any of
2  these people, to the best of your knowledge?
3  A        No, I have not.
4  Q        All right.  You can set that aside for now.
5  We'll keep these in a stack for the court reporter to
6  collect at the end.
7  A        Okay.
8          MR. FERICH:  I want to interject here.
9  Eric, are you referring to the individuals at the top
10 or the attorneys at the bottom as well?
11         MR. WESLANDER:  Thanks for clarifying.
12 BY MR. WESLANDER:
13 Q        When I asked if you have met or talked to
14 any of the people, I mean those in all capital
15 letters that are -- I'll just list them off.
16 Kimberly Cole, Alan Cole, James Monica, Michael
17 McMahon, Ray Siminkey, James Medders, Judy Medders,
18 Robert and Sarah Peperno and Kelly McCoy.
19          Are any of those people people that you know
20 or have ever met?
21 A        No.
22 Q        Okay.  And I'm not asking about the
23 attorneys.
24 A        Okay.
25 Q        Okay.  And so coming back to the question of

LINDA BOYD                                          January 11, 2017

Page 18

1  the plumber, did you hire a company called Monroe's
2  Value Plumbing ever to install the plumbing in this
3  home?
4  A      No.
5  Q      Okay.  And your best guess as to who would
6  have hired them is what company?
7  A      Adams Homes.
8  Q      Did you have any idea of the experience or
9  qualifications of Monroe's Value Plumbing prior to
10 the construction of this home?
11        MR. FERICH:  Object to form.  You can answer
12 if you know.
13 A      No.
14 Q      And at the time you moved into the home had
15 you ever heard of Monroe's Value Plumbing?
16 A      No.
17 Q      And I'm guessing I know the answer to this,
18 but did you consider any other plumbers besides
19 Monroe's Value Plumbing in terms of installing the
20 plumbing of this home?
21 A      No.  That wasn't an option.
22 Q      Okay.  And there was no opportunity to get
23 multiple bids or quotes from different plumbers or
24 anything like that, right?
25 A      No.

Page 19

1  Q      Okay.  Do you know who chose the materials
2  that would have been used in the plumbing, original
3  plumbing, of your home?
4  A      I don't have any idea.
5  Q      And was there any discussion of other
6  materials besides PEX to use in the plumbing of this
7  home originally?
8  A      No.
9  Q      And you know that, that there was never a
10 discussion, or you don't know?
11 A      There was not a discussion.
12 Q      Okay.  You never had such a discussion?
13 A      No.
14 Q      Do you know whether Monroe's Value Plumbing
15 ever had a discussion with Adams Homes or anyone else
16 about possible materials to use besides PEX in the
17 plumbing?
18        MR. FERICH:  Objection.  You can answer if
19 you know.
20 A      I don't know.
21 Q      And you don't know why PEX would have been
22 selected as the material for the plumbing, correct?
23 A      No, I do not.
24 Q      For that reason, you probably do not know
25 why the brand of the PEX that was selected was

Page 20

1  chosen, correct?
2  A      I do not know.
3  Q      And you did not have any input on which
4  brand was used for the plumbing, correct?
5        MR. FERICH:  Objection.  Asked and answered.
6  You can answer.
7  A      No.
8  Q      And I know that these may seem a little bit
9  repetitive, given that you didn't have the
10 discussions, but I just need to cover the bases with
11 these.
12 A      Okay.
13 Q      So I'm assuming you did not ever ask
14 Monroe's Value Plumbing or Adams Homes detailed
15 questions about NIBCO PEX, correct?
16 A      No, we did not.
17 Q      And you never asked if they had used NIBCO
18 PEX in this area before, right?
19 A      Didn't have a reason to, no.
20 Q      Okay.  You didn't have a reason to ask any
21 questions about the selection of the plumbing product
22 that was going to be used in your home, right?
23        MR. FERICH:  Objection.  You can answer if
24 you know.
25 A      No, we did not.

Page 21

1  Q      Did you do any independent research on
2  plumbing materials that were going to be used in your
3  home at the time it was being built?
4  A      There was no need to.  We just assumed that
5  everything was going to be up to par.
6  Q      And that was based on your understanding of
7  what Adams Homes was doing, correct?
8  A      Right.
9  Q      When was the first time that you heard the
10 name NIBCO?
11 A      I would say the first repair of the first
12 leak that we had from the plumber used.
13 Q      Do you remember what they said?
14 A      Just when they took the pipe out, the piece
15 that they cut off, they just said that this is a
16 split and the name was on the pipe.
17 Q      And that was the first time you had any idea
18 that there was NIBCO plumbing in your home, correct?
19 A      Correct.
20 Q      One other question regarding the installing
21 plumber.  Do you have any idea -- did you know
22 anything at the time your home was being built about
23 the training or experience that the plumber had that
24 had installed the plumbing in your home?
25        MR. FERICH:  Object to form.  You can

LINDA BOYD                                          January 11, 2017

Page 22

1  answer.
2  A       No.  That wasn't up to me.
3  Q       Did Adams Homes give you any information
4  regarding NIBCO's products?
5  A       No, they did not.
6  Q       No brochures, installation guides,
7  warranties or anything like that related to NIBCO?
8  A       No.
9  Q       And I'm guessing I probably know the answer
10 to this one as well, but as far as fittings and the
11 types of fittings that were used in the home, did you
12 have any idea or any input into what type of fittings
13 were being used with the plumbing as the home was
14 being constructed?
15 A       No.
16 Q       And, similarly, you did not have input into
17 that or make a choice or decision as to which type of
18 fitting would be used, correct?
19 A       Correct.
20 Q       Okay.  Let's look at what is a very large
21 document, but we're only going to look at pieces of
22 it.  I'll hand you this.  My stapler was not up to
23 the task of stapling it all together so I have it
24 clipped here.  I'm going to mark this as Defendant's
25 Exhibit 2.

Page 23

1           (Defendant's Exhibit 2
2           was marked for identification.)
3  Q       I'm handing you a copy of Exhibit 2, and
4  that is the second amended class complaint in this
5  action.  Have you ever seen this document, Ms. Boyd?
6  A       I have.  I have a copy.
7  Q       Do you know when was the last time you
8  reviewed it?
9  A       A couple of days ago.
10 Q       Let's turn to page 3.  There is a paragraph
11 numbered 8 on page 3 about halfway down the page.  Do
12 you see that?
13 A       Yes.
14 Q       I'll just read it into the record.  It
15 states that NIBCO manufactures, warrants, advertises
16 and sells the PEX products at issue.  NIBCO's sales
17 catalog advertised that, inter alia, its PEX tubing
18 was the highest quality PEX tubing available and that
19 its cross-chemical bonding process gave it, quote,
20 superior characteristics.
21         Did I read that correctly?
22 A       Yes.
23 Q       Did you at any time review any NIBCO sales
24 catalogs?
25 A       No.

Page 24

1  Q       Okay.  Let's go ahead and keep moving here
2  and turn a few more pages ahead to page 10.  Do you
3  see on page 10 your name?
4  A       Yes.
5  Q       Okay.  And we're starting at paragraph 43.
6  There's a series of allegations that are relating to
7  your home specifically, correct?
8  A       Correct.
9  Q       Okay.  It says there in paragraph 43 -- I'll
10 read it.  Quote, as a result of defendant's conduct
11 as alleged herein, Plaintiff Boyd has been injured.
12         Did I read that correctly?
13 A       Yes.
14 Q       Okay.  What are the injuries that you have
15 suffered?
16         MR. FERICH:  Objection.  Calls for a legal
17 conclusion.  You can answer.
18 A       Financial, an extreme hardship.
19 Q       Okay.  Can you elaborate on that a little
20 bit?  What is the financial harm that you've
21 suffered?
22 A       Three repairs from leaks and then a re-plumb
23 of our home just five years into it.
24 Q       And you said extreme hardship.  What do you
25 mean by that?

Page 25

1  A       We just were not prepared to have to spend
2  that kind of money, but out of peace of mind -- we
3  felt like it was necessary because of other issues
4  that our other neighbors down the street were having.
5  They've had total flood and even worse.  We both work
6  outside of the home 10 and 12 hours a day, and I
7  didn't want to come home to a catastrophic situation.
8  So we had to make that decision, and it was a
9  financial burden.
10 Q       You mentioned you talked with other people
11 in your neighborhood about issues that they've had.
12 Which people are those?
13 A       Allison Stewart.  She is a school teacher.
14 And Vincent Lamar.
15 Q       Okay.  Anyone else?
16 A       There are other neighbors, but, I mean,
17 they're neighbors and I don't know their names.
18 Q       Okay.  Fair enough.
19         Let's turn ahead at paragraph 47.  It
20 states, quote, Plaintiff Boyd -- and I'm at page 11
21 now.  Plaintiff Boyd hired a licensed professional
22 contractor to install the plumbing system in your
23 home.
24         Is that accurate?
25 A       No, it's not.  I saw that, but that is not

LINDA BOYD                                          January 11, 2017

Page 26

1  accurate.
2  Q        Okay.  What would be accurate instead of
3  that?
4  A        Adams Homes hired a licensed professional
5  contractor.
6  Q        All right.  And then at paragraph 52 down
7  below on the same page it states, quote, on all three
8  occasions -- and in the previous paragraphs there
9  have been leaks described, and we'll talk about those
10 in a bit -- Plaintiff Boyd called a plumber to
11 inspect the water leak and resultant damage.  On all
12 three occasions the plumber informed Plaintiff Boyd
13 that the tubing had, quote, split and water was
14 leaking as a result.
15         Do you recall one of the leaks being a
16 pinhole leak as opposed to a split leak?
17 A        I don't recall that.
18 Q        Okay.  Again, we'll talk about those in more
19 detail.
20 A        Okay.
21 Q        Turning a page ahead to page 12, at
22 paragraph 54 there is a statement that says, quote,
23 Plaintiff Boyd has suffered an ascertainable loss as
24 a result of Defendant's omissions and/or
25 misrepresentations associated with the PEX products.

Page 27

1          I'll stop right there.  The sentence goes
2  on.  What misrepresentations do you think that NIBCO
3  made to you regarding this?
4          MR. FERICH:  Objection.  Calls for a legal
5  conclusion.  You can answer.
6  A        I would say it was misrepresentations just
7  of Adams Homes or any subcontractor issue that the
8  product wasn't adhering to -- I mean, I've been a
9  homeowner for five or six different times, and I've
10 never had to re-plumb a house.
11 Q        Was there, though, anything that NIBCO told
12 you about its products that you think was incorrect?
13 A        No.  I've never spoken with NIBCO.
14 Q        Or in writing has there ever been anything
15 that they've told you as far as the quality of their
16 product that you think was incorrect, just between
17 you and NIBCO?
18 A        Like the documents that I've produced after
19 the fact and sending -- sending them for testing from
20 NIBCO, whatever that response was on that document.
21 Q        I just want to clarify if you think that
22 there has been something to get you to buy or install
23 or use a NIBCO product that the company told you that
24 wasn't true.
25         MR. FERICH:  Objection.  You can answer.

Page 28

1  A        I'm not understanding.
2  Q        Was there ever anything that NIBCO told you
3  or represented to you that caused you to -- that was
4  incorrect that caused you to use NIBCO products?
5          MR. FERICH:  Objection.  She said she never
6  spoke with NIBCO.
7          You can answer again, though.
8  A        That would be my answer.  I've never spoken
9  to NIBCO.
10 Q        Okay.  And, again, in the next paragraph,
11 paragraph 55, it states that at no time did Defendant
12 or any of its agents, dealers or other
13 representatives inform Plaintiff Boyd of Defendant's
14 omissions and/or misrepresentations.
15         What, if anything, were those omissions and
16 misrepresentations?
17         MR. FERICH:  Objection.  Asked and answered.
18 You can answer.
19 A        We weren't ever given -- when we close a
20 house or we closed our house with Adams Homes, they
21 gave us different things like our fireplace warranty
22 or da-da-da-da-da.  There was never anything in any
23 paperwork to alert us to anything about this product.
24 Q        Okay.  Thank you.  Let's move on now a
25 little ways ahead.  I'm now looking at page 35, so a

Page 29

1  good ways ahead in the complaint, and I'm looking at
2  paragraph 155.  It makes a reference in this
3  paragraph to an express warranty that -- an express
4  warranty by NIBCO.  Have you ever seen the NIBCO
5  express warranty?
6  A        Yes.
7  Q        Okay.  And at the time of the leaks in 2013
8  at your home, had you seen the NIBCO express warranty
9  at that time?
10 A        No.
11 Q        And when was the first time you saw the
12 NIBCO express warranty, to the best of your
13 recollection?
14 A        If I'm not mistaken, it's in here.  Yes.
15 Q        In here being in the complaint?
16 A        I'm sorry.
17 Q        No.  That's okay.
18 A        Yes, in the complaint.
19 Q        Okay.
20 A        So I probably saw this a couple of weeks ago
21 in the complaint.
22 Q        Okay.  Fair enough.
23         All right.  I'm going to page ahead now to
24 page 36, and I'm looking at the bottom of page 36,
25 paragraph 166.  It states that Plaintiffs relied on

LINDA BOYD                                        January 11, 2017

Page 30

1    the skill and judgment of Defendant in using the PEX
2    products.
3             Is it fair to say that because you did not
4    know that NIBCO products were in your home and didn't
5    make any decisions yourself about what plumbing
6    product would be used in your home that you didn't
7    rely on NIBCO in deciding -- in making your decisions
8    about your home?
9         MR. FERICH:  Object to form.  It was
10   compound.
11   Q    Do you understand the question?
12   A    No, I don't.
13   Q    Okay.  Let me take another crack at that.
14            Is it fair to say that you did not rely on
15   the skill and judgment of NIBCO in selecting NIBCO
16   products to be used in your home?
17        MR. FERICH:  Object to form.  It calls for a
18   legal conclusion.
19            Do you understand the question?
20   THE WITNESS:
21            No, I don't.
22   Q    Okay.  You never made a decision as far as
23   what plumbing was going to go into your home,
24   correct?
25   A    Correct.

Page 31

1    Q    And so you didn't rely on any one company's
2    statements about its products, its plumbing products,
3    as far as deciding what plumbing was going to go into
4    your home, correct?
5         MR. FERICH:  Object to form.  Calls for a
6    legal conclusion.
7             Do you understand?
8    THE WITNESS:
9             Yes.
10   A    I relied on Adams Homes to have that
11   knowledge, to put good product in my home that I was
12   paying top dollar for.
13   Q    But not on NIBCO, correct?
14   A    No.
15   Q    Okay.  I just wanted to clarify that.  Thank
16   you.
17            Let's page ahead again.  We're almost there.
18   It's a long document.  I'm looking now at page 42,
19   and I'm looking at paragraph number 203 in the middle
20   of the page.
21        MR. FERICH:  20 --
22        MR. WESLANDER:  203.
23   Q    It states, quote, at the time of the damages
24   sustained by Ms. Boyd the NIBCO PEX products were in
25   the substantially same condition as they were on the

Page 32

1    date of their original manufacture, sale and/or
2    distribution.
3             Do you know one way or another whether
4    that's true?
5         MR. FERICH:  Objection.  Calls for a legal
6    conclusion.
7             You can answer.
8    A    I do not know.
9    Q    Do you have any idea of the condition that
10   NIBCO PEX products were in when they were
11   manufactured?
12        MR. FERICH:  Objection.  You can answer.
13   A    I have no way of knowing that.
14   Q    Okay.  Thank you.  A couple of more pages
15   here to go.  Let's go ahead to -- let's see here.
16   Let's go ahead to page 49.  Give me just a moment
17   here.
18            I'm looking at paragraph 254, and there's an
19   allegation there of failure to warn of the potential
20   hazards associated with the use of NIBCO PEX
21   products.  And I wonder there, what do you think that
22   NIBCO should have warned you of that it did not?
23        MR. FERICH:  Object to form.  You can
24   answer.
25   A    Just some kind of literature, I guess, like

Page 33

1    the warranty, would be nice to homeowners about the
2    product.
3    Q    Anything more specific?
4    A    No.
5    Q    Thank you.  We can set that aside for now.
6             Let's talk a little bit about the plumbing
7    system in your home.  Do you know much about the
8    water heater that's installed in your home?
9    A    General knowledge.
10   Q    Okay.  What can you tell me about it?
11   A    It's located in the garage.
12   Q    Okay.
13   A    It was installed in the home new and it's
14   still there.
15   Q    Okay.  Good.  That was my next question.
16   It's been the same one since you moved in in 2008?
17   A    Correct.
18   Q    And do you know if it has -- the
19   water-heater system has a recirculation pump?
20   A    I don't know.
21   Q    Do you have any idea how often it runs or
22   what the cycle of the water heater is?
23   A    I don't know that.
24   Q    Okay.  I'm not sure that's one of those
25   pieces of knowledge that the average homeowner knows

LINDA BOYD                                          January 11, 2017

Page 34

1  anyway.  I couldn't tell you mine.  But I've got to
2  ask the question.
3          As far as settings on the tank, do you know
4  who decided those?
5  A       I would assume the manufacturer settings.
6  We've never changed them, if there is any settings to
7  change.
8          MR. FERICH:  Do you know?
9  THE WITNESS:
10         No, I do not know for sure.
11 Q       You've never changed the settings on the
12 water heater, to your knowledge?
13 A       No.
14 Q       And what about an expansion tank?  Do you
15 know if the water-heater system has what's called an
16 expansion tank?
17 A       We do not.  We have a release valve.
18 Q       Okay.  That, I take it, has been on the tank
19 since it was installed, correct?
20 A       Yes.
21 Q       Do you test the release valve ever?
22 A       No.
23 Q       Have you ever had any problems with the
24 release valve?
25 A       No.

Page 35

1  Q       Okay.  Let's talk a little bit about the
2  leaks and the complaints that you've had, and let me
3  pull out a document very quickly here.  I think this
4  will help us, to just go ahead and mark this as an
5  exhibit.  I'm going to mark this as Exhibit 3.
6          (Defendant's Exhibit 3
7          was marked for identification.)
8  Q       This is -- I will tell you that these are
9  documents we've received from you.  I've marked it
10 now as Exhibit 3.
11         MR. WESLANDER:  There you go, Andy.
12         MR. FERICH:  Thank you, Eric.
13 BY MR. WESLANDER:
14 Q       Do you see that these documents in the
15 bottom right-hand corner have what we lawyers like to
16 call a Bates number, which is just a way to keep
17 track of documents, and it says Boyd 000008 on the
18 first one?
19 A       Yes.
20 Q       Okay.  And then that goes through number 11
21 at the bottom of the last page on this exhibit,
22 correct?
23 A       Yes.
24 Q       And I'll represent to you that these are
25 invoices from 24/7 Services that you have produced to

Page 36

1  us in this case.
2          So let's talk about first -- and we can
3  refer to page 10, the one that's marked 10 at the
4  bottom, so the second-to-the-last page.  This is an
5  invoice from March 26th of 2013.  Do you see that?
6  A       Yes.
7  Q       And up in the top right corner it says 5525?
8  A       Yes.
9  Q       Okay.  And fair to say that this describes a
10 trip to your home by 24/7 All Services, LLC?
11 A       Yes.
12 Q       And was this the first time you had had 24/7
13 All Services come to your home?
14 A       Yes.
15 Q       How did you hear about them?
16 A       From a neighbor.
17 Q       Okay.  And who was that neighbor?  Do you
18 remember?
19 A       I do not.  I don't think it was actually
20 through contact with that neighbor.  The truck was
21 parked in their driveway.
22 Q       Good advertising for them.
23 A       Yeah.
24 Q       And do you recall the leak that is described
25 on this document?  Just as you sit here today, do you

Page 37

1  have an independent memory of it?
2  A       Yes.
3  Q       Describe to me then what you saw that caused
4  you to call the repair service on this occasion.
5  A       I had started a load of wash in the washing
6  machine, came back to take it out of the washing
7  machine to the dryer, looked up and the whole ceiling
8  of my utility room was wet.
9  Q       And this utility room is where in the house?
10 A       Next to the kitchen, and the door going out
11 of the utility room goes into the garage.
12 Q       What did you do after you looked up and you
13 saw what you saw?
14 A       Called my husband, which is just to ask him,
15 oh, God, what do I do, not knowing where the cutoff
16 valve is or how you do that.  He gave me instructions
17 on how to cut the water off at the meter outside.
18         I attempted to do that, but I could not.
19 That's when I called 24/7 and -- he actually got me
20 the phone number because I was panicked.  And I
21 called 24/7 and they came out within like 45 minutes.
22 Q       What did you observe them do?
23 A       The first thing they did was went to the
24 water meter and cut the water off.  And then he
25 opened up the attic stairwell and went up and saw

LINDA BOYD                                         January 11, 2017

Page 38

1   where the insulation and all was wet.  He said he
2   could see drips from the pipe.
3   Q        Did you go up there with him at all and look
4   at it?
5   A        I did not.
6   Q        So you're relying on what the plumber told
7   you about what they saw?
8   A        Yes.
9   Q        Let me ask you regarding the ceiling when
10  you looked up.  Can you describe how big of an area
11  it was that you saw that appeared to have water
12  damage?
13  A        Three-by-three square maybe.
14  Q        Feet?
15  A        Yeah.
16  Q        And, again, what did it look like?  What did
17  the surface look like that caused you to see that
18  there was water?
19         MR. FERICH:  Object to form.  You can
20  answer.
21  A        Just that it was wet.
22  Q        And you said it was actually dripping?
23  A        No.  It was just -- it was spreading on the
24  ceiling at that time.
25  Q        So it wasn't like you were doing a load of

Page 39

1   laundry and you got a splash of water.  It was you
2   just happened to look up and you saw it at that time?
3   A        Yes.
4   Q        Okay.  And then what did they tell you
5   regarding what they had found up there other than
6   that they saw the pipe dripping?
7         MR. FERICH:  Object to form.  You can
8   answer.
9   A        He just said that there was a pipe that was
10  leaking and it looked like it was about -- he thought
11  he could cut about a foot off and replace it and was
12  that something that I wanted to do, and I told him I
13  had to do it and he proceeded to repair it.
14  Q        Did he tell you anything about how close it
15  was to a fitting or a bend in the pipe or anything
16  like that?
17  A        No, he did not.
18  Q        He just said there's a leak.  He didn't
19  identify in further detail where on the pipe it was?
20  A        No.
21  Q        And did he tell you that it had a pinhole in
22  it?
23  A        I don't recall that term.  He just said that
24  it was definitely leaking.
25  Q        Okay.  Do you see here, coming back to our

Page 40

1   Exhibit 3 -- on the page that's marked Boyd 10, do
2   you see halfway down the page on this invoice that it
3   says PEX pipe had a pinhole in it?
4   A        I do see that.
5   Q        Do you have any reason to dispute whether
6   that's accurate?
7   A        No.
8   Q        Okay.  So how long was the plumber at your
9   home that time?
10  A        About approximately an hour.
11  Q        And did you see any of the pipe that the
12  plumber took out?
13         Let me back up.  I'm assuming that the
14  plumber took out some pipe on this visit.  Is that
15  right?
16  A        He did.
17  Q        Did you see any of the pipe that was removed
18  at that time?
19  A        Yes.  He gave that to me.
20  Q        Okay.  Okay.  And what did you do with it?
21  A        I just kept it so my husband could see it.
22  Q        Okay.
23  A        Not really being aware that there was a
24  future problem.
25  Q        Sure.

Page 41

1   Q        Do you still have that piece of pipe?
2   A        No, I do not.
3   Q        Do you know what happened to it?
4   A        That is the pipe that I sent to NIBCO for
5   testing.
6   Q        Okay.  So the one that was removed on the
7   very first visit here in March of 2013 is the pipe
8   that you sent to NIBCO?
9   A        I believe it was all the pipe from the --
10  the pieces that I sent to them were from the repairs.
11  Q        Okay.
12  A        It was three pieces or four pieces.
13  Q        Okay.  Did you do anything afterward to
14  inspect the work that the plumbing company had done?
15  A        Later that evening my husband said, you
16  probably need to go up to the attic and make sure
17  that the insulation is pulled up to where it won't
18  get mildewed.  So I went up there and did that, just
19  kind of lifted up the insulation and checked
20  everything.
21  Q        Do you recall seeing the repair work?
22  A        Yes.
23  Q        And what did you see?
24  A        About a foot-long piece of pipe, new pipe.
25  Q        And how could you tell it was different or

LINDA BOYD                                          January 11, 2017

Page 42

1   new pipe?
2   A       Well, it had fittings -- I might not be
3   using the correct term -- where he had went into --
4   cut that piece of pipe out and put that pipe in and
5   then put some clamps there to the other pipes.
6   Q       Okay.
7   A       And everything was pulled away from it so
8   you could tell where he had been working.  And it was
9   right above where the wet ceiling was.
10  Q       That gave you a clue?
11  A       Yes.
12  Q       And as far as picking the materials to use
13  in the repair, who selected the material to be used
14  in the repair?
15  A       24/7.
16  Q       And it looks like you were charged $160 for
17  this repair; is that right?
18  A       Correct.
19  Q       Okay.  Now, in terms of any damage to your
20  home because of this, what damage to the home did
21  this leak cause, in your opinion?
22  A       Well, we let the ceiling dry.  And the
23  sheetrock which was -- by the time that it finished
24  getting wet was probably about a four-foot by
25  four-foot piece, so we ended up having to do

Page 43

1   sheetrock there, and then we painted the ceiling.
2   Q       So you did a new -- just one piece of
3   sheetrock that was taken out?
4   A       Yes.
5   Q       Any idea how much that cost?
6   A       Me and my husband did that, and we bought
7   that from Lowe's.  I would say approximately $150 or
8   $200.
9   Q       Okay.  And then you repainted over it once
10  you had the new sheetrock installed?
11  A       Yes.
12  Q       And how much do you think you spent on the
13  painting piece of it?
14  A       I would say the whole thing, sheetrock and
15  the painting and all, was approximately $150, $200.
16  Q       Okay.  Gotcha.
17          Do you think you have any documentation
18  still?
19  A       I have since gone back and looked, and I do
20  not.  Again, this was our first incident so I didn't
21  really think to save that.
22  Q       Okay.  Fair enough.
23          Let's go on now.  We're going to turn to,
24  bear with me, the very first -- I'm sorry, the second
25  page of this exhibit we are now looking at which has

Page 44

1   0009 at the bottom of it.
2   A       Yes.
3   Q       Are you with me?
4   A       Yes.
5   Q       And it looks like we have here another 24/7
6   Services invoice from September 15th, 2013; is that
7   correct?
8   A       Correct.
9   Q       And up at the top right corner it has 6930?
10  A       Yes.
11  Q       As you look at this, what -- I know the text
12  is a little bit hard to read, but it looks like it
13  says here under description of the work:  Service
14  call.  Found split in line.
15          Well, that's very difficult to read.
16  A       Found split in line on cold-water side of
17  hot water heater.
18  Q       Excellent.  Excellent.
19  A       That would be what I would say because
20  that's what happened.  That looks like that would be
21  it.
22  Q       I think you are spot on with that, so great.
23          Tell about this one then.  What do you
24  remember about this particular incident?
25  A       A couple of months later, come home, was

Page 45

1   getting supper ready, and my dog goes to the back
2   door barking, to the utility-room door barking and
3   carrying on.  I open the door and he's hearing the
4   (indicating), you know, like a snake sound
5   (indicating).  This pipe was just spewing from the
6   hot-water side there all the way -- I mean, it was
7   like a jet in the garage.
8   Q       Just to clarify, I think you maybe said the
9   hot-water side, and I think this said the cold
10  water --
11  A       Hot water heater.
12  Q       Okay.  I just wanted to make sure I'm
13  tracking with you.
14  A       Okay.
15  Q       So it was spewing from the side of the hot
16  water heater?  Do I understand that?
17  A       The pipe is above it on the cold-water side.
18  Q       On the cold-water side.
19          If you're looking toward the water heater in
20  this utility room, which is the same room that the
21  prior leak was in, correct?
22  A       You have to go through a door.
23  Q       Okay.  Let me actually -- let me clarify
24  this.  I'll back up just a second.
25          Compared with the previous leak in your

U.S. Legal Support, Inc.
(312) 236-8352

LINDA BOYD                                                    January 11, 2017

1   home, the one from March 2013, describe to me what
2   room when you say the utility room.  This new one,
3   where was it in relation to the old one?
4   A       The new leak, the second leak, was in the
5   garage, and it is adjacent to the utility room
6   through a wall and a door.
7   Q       Okay.  Okay.  So you have garage, utility
8   room, and you go through the utility room to get to
9   the garage?
10  A       Yes.
11  Q       And the utility room also has the washer and
12  dryer?
13  A       Yes.
14  Q       Okay.  I just wanted to make sure we were in
15  the utility room when we were talking about the March
16  2013 repair.  That was in the utility room?
17  A       Correct, above the ceiling.
18  Q       And so you mention -- I guess I'm a little
19  confused.  Help me out here.
20  A       Okay.
21  Q       Because I thought you said earlier that you
22  opened the door to the utility room on this instance
23  in September of 2013 and saw a spray, but now I'm
24  seeing that the leak was in the garage.  So help me
25  understand.

1   A       Right.  There's two doors to our utility
2   room.  One of the doors goes from the kitchen to the
3   utility room, and then another door you open up and
4   it goes into the garage.
5   Q       Okay.  And so --
6   A       So I walked in with the dog barking and
7   opened the door to the garage, and then --
8   Q       Then you saw the spray happening in the
9   garage?
10  A       Right.
11  Q       Got it.  I'm with you now.
12          Okay.  And what did you do?
13  A       Well, by then I had been informed on how to
14  cut the water off at the hot water heater, so I did
15  that.  And the water stopped and then I called 24/7.
16  Q       And tell me, for those of us who don't know,
17  if you're going to turn off the water at the water
18  heater, what do you do?
19          MR. FERICH: Objection.  You can answer.
20  A       It has a little valve and you just pull it
21  down.
22  Q       Okay.  And so you did that, and did that
23  cause the spraying to stop?
24  A       Yes.
25  Q       Okay.  Any idea how long it had been doing

1   that, how long it had been spraying?
2   A       I don't know.  I think several minutes
3   because it flooded the garage, you know.  It's in the
4   left side of the garage and it hit the right side far
5   corner, so it was like spewing for a while, a few
6   minutes.
7   Q       Can you describe what you -- where the spray
8   appeared to be coming from?
9   A       When I first looked out I could tell it was
10  coming from the pipe.  I thought maybe the pipe had
11  slipped off or something, not knowing what was going
12  on.  You could tell it was coming from the pipe.
13  Q       Where on the pipe, though, in relation to
14  the water heater?
15  A       You have a cold-water and a hot-water pipe
16  straight up, and then one turns going into the wall,
17  and it was on the straight-up pipe before it turns.
18  Q       Gotcha.  On the cold side?
19  A       Yes.
20  Q       Any idea how many inches or feet along the
21  pipe from where it comes out of the water heater?
22          MR. FERICH: Objection.  Go ahead.
23  A       I don't know.
24  Q       But above, generally above the water heater?
25  A       Yes.

1   Q       And you said it was spraying to the other
2   side of the garage?
3   A       Uh-huh.
4   Q       That's a yes?
5   A       Yes.  I'm sorry.
6   Q       No problem.  It's hard to remember that one,
7   I know.
8           How many feet would that be that it was
9   spraying; do you think?
10          MR. FERICH: Objection.
11  A       I don't know.
12  Q       Was it a narrow stream of a spray or a very
13  wide kind of a fine spray?
14  A       Just like a sprinkler spray, I would say,
15  just (indicating).
16  Q       Okay.  So you shut it off at the water
17  heater?
18  A       Uh-huh.
19  Q       And what happened then?
20  A       It stopped.  I looked and opened the garage
21  door because of the water, called my husband, said,
22  oh, my God, it happened again.  He said call 24/7.
23  And they came out this time probably within about an
24  hour because I told them I had cut the water off.
25  Q       Okay.  And what did they do when they

LINDA BOYD                                          January 11, 2017

Page 50

1  arrived?
2  A        I backed my car out at that time and he came
3  in.  He turned the water back on and saw what was
4  going on, cut it back off and replaced that
5  cold-water section.
6  Q        Okay.  A similar kind of a thing to what you
7  saw the first time in terms of a section of the pipe
8  being replaced?
9  A        Yes.  It was a little bit longer piece of
10 pipe that he took off.  Then he showed me where the
11 problem was.
12 Q        Okay.  What did he do to show you that?
13 A        He said this is where it's leaking, and it
14 looked like just a cut, split in the pipe.
15 Q        What did you do with that piece of pipe?
16 A        Again, I saved it for my husband to look at,
17 and we put it with the first one.  I at that time
18 asked the plumber did he think that we had a problem
19 or a thing going on here, and he said possibly, was
20 his response.
21 Q        And it had been --
22 A        Since March.
23 Q        So not quite six months since the first
24 repair, right?
25 A        Correct.

Page 51

1  Q        Do you know, again, what materials that 24/7
2  selected to do its repair?
3  A        I asked them at this particular time if they
4  were putting that material back in because me and my
5  husband were starting to get concerned because,
6  again, of these two incidences and a neighbor's
7  incident.  The neighbor's pipe showed NIBCO stamped
8  on it and so did ours, so then we started questioning
9  this plumber because we didn't want that same
10 material.  And he said that -- and I may not be
11 saying it correctly, but he said that they were not
12 using that and it was REHAU, started with an R,
13 R-A-H-U maybe.  I'm not sure that that's --
14 Q        Close, yeah.  I know what you mean.
15 A        And so that's what they were going to put --
16 that's the material they used and that they've had
17 good success with that material.
18 Q        And that was something that 24/7 had picked,
19 correct?
20 A        Yes.
21 Q        And they charged you on this instance, it
22 looks like, $165.  Is that right?
23 A        That's correct.
24 Q        They being 24/7?
25 A        Yes.

Page 52

1  Q        Now, as far as the home and the garage, did
2  this second leak damage your house at all?
3  A        Just wet a shelving unit that we had in the
4  garage which eventually peeled and we refinished
5  that.
6  Q        You refinished the shelving unit?
7  A        Yes.
8  Q        And do you believe it peeled from being wet?
9  A        Oh, yes.
10 Q        Did you do anything else besides -- you said
11 you refinished the shelving unit?
12 A        We did refinish it.  I did.
13 Q        What did you have to do to refinish it?
14 A        I actually hand sanded it.  I was proud.
15 Hand sanded it and painted it white, Rustoleum white.
16 Q        You told me no construction experience.  Now
17 I know you're refinishing, and there was something
18 else you were doing earlier that I thought --
19 A        DIY, do it yourself.
20 Q        Okay.  So you sanded it.  This was, I guess,
21 a wood surface?
22 A        Yes, it was.  It is.  We still have it.
23 Q        Okay.  You still have it?
24 A        Uh-huh.
25 Q        Was there any other damage in the garage

Page 53

1  from this second leak?
2  A        No.  We just left the door open for a while,
3  and it took a couple of days to totally dry out.
4  Q        Did you have to do any more sheetrocking or
5  anything like that?
6  A        Not this time here, no.
7  Q        And did you -- oh, any idea what you spent
8  on materials and time to do these repairs to the
9  shelving unit?
10 A        It was less than a hundred dollars.
11 Q        Do you have anything that would document or
12 substantiate those?
13 A        I do not.
14 Q        But you paid for them yourself?
15 A        I did.
16 Q        All right.  Now, we are moving right along.
17 Let's look at the very first document in this Exhibit
18 Number 3, and that is the one with 0008 at the
19 bottom.  Do you see this document?
20 A        Yes.
21 Q        And do you see it appears to be an invoice
22 from October 31st, 2013, from 24/7 Services?
23 A        Yes.
24 Q        And it has 7341 at the top right, correct?
25 A        Yes.

LINDA BOYD                                                    January 11, 2017

---

Page 54

1  Q       So why don't you, since you were better at
2  reading the last one than I did, maybe just read into
3  the record the narrative there under the description
4  under the word "service call".
5          MR. FERICH:  Objection.  To the extent you
6  can read it.
7  Q       To the extent you can, certainly.
8  A       Okay.  PEX line coming out of hot water
9  heater was leaking.  I cut line out and replaced --
10 and replaced.  Checked for leaks and advised for a
11 re-plumb.
12 Q       Okay.  You can stop there.  I read it the
13 same.
14         What do you recall about the circumstances
15 that led you to call 24/7 this time?
16 A       This was about a month later from the second
17 incident, and the -- actually I was out in the yard
18 doing yard work, and the garage door was open and
19 that's when I heard the (indicating) and I was like,
20 oh, dear God.  This time it was on the hot-water side
21 and it was spewing, maybe not as far, but it was --
22 it still soaked the garage.  This time it soaked the
23 wall.
24 Q       Okay.  This was around what time of day do
25 you think?

---

Page 55

1  A       Mid-morning, morning.
2  Q       Okay.  And what did you do then when you
3  discovered that this spray was happening?
4  A       The same again.  Actually my husband was
5  home this time, and he cut the water off.  While he
6  was doing that I called 24/7, and they were actually
7  in the neighborhood and came on over.
8  Q       Okay.  Can you describe what you saw as far
9  as the positioning or location of where the spray was
10 originating?
11         MR. FERICH:  Object to form.  Go ahead.
12 A       I could tell it was on the opposite side of
13 the one previous, so the hot-water side this time,
14 and it was up maybe like a hand length from the cold
15 leaking.  It was up a couple of inches higher than
16 the other.  And after he took it off, it was a longer
17 split.
18 Q       Compared with what?
19 A       To the cold side.
20 Q       Okay.  And I should ask, by the way, with
21 all of these three that we've talked about so far, do
22 you recall the color and size of the pipe that was
23 removed?
24 A       The color was like clay red.  Like diameter
25 or whatever, I don't have a clue.

---

Page 56

1  Q       Do you know if they were all the same size,
2  though?
3  A       Yes.
4  Q       So among the three repairs, March,
5  September, October, all of them were the same color
6  and appeared to be the same size?
7  A       Yes.
8  Q       Does maybe like a three-quarter inch sound
9  about right?
10         MR. FERICH:  Objection.
11 A       I don't know.
12 Q       That's okay.
13         And let's see.  So tell me what -- you said
14 that 24/7 was in the neighborhood.  What did they do
15 when they arrived?
16 A       Him and my husband talked, and he didn't
17 even have to turn the hot water back on because he --
18 we showed him where it was coming out at and you
19 could visibly see it, the split.
20 Q       Even while it was still installed or only
21 after --
22 A       Yes.  It was still there.
23 Q       You could see the split as it was.  With the
24 water turned off and not running through it, you
25 could actually see it in the pipe before it was

---

Page 57

1  removed?
2  A       Uh-huh.
3  Q       That's a yes?
4  A       Yes.  Sorry.
5  Q       That's okay.
6          And at that time -- so it looks like they
7  were there about an hour from this invoice?
8  A       Yes.
9  Q       What was the discussion regarding -- well,
10 what did you say to 24/7 Services during this visit?
11 A       Me and my husband both asked this particular
12 guy -- I think he came out twice.  I don't think it
13 was the same guy the first time, but this guy came
14 out two times.  It may have been.  And we just asked
15 him what's the chances of this happening again.  He
16 said he had no way of knowing, but that their
17 experience was that this is happening throughout the
18 neighborhood.
19 Q       To this point had you -- I know you didn't
20 after the first repair in March, but after the second
21 one in September or at any time prior to October
22 31st, had you done research and identified NIBCO PEX
23 as a concern for you?
24 A       Yes, I did.
25 Q       What did you do and when was that?

---

LINDA BOYD                                           January 11, 2017

Page 58

1  A      I searched the website and found a blog of
2  just my-pipes-are-leaking issue, found a blog, and
3  their writings and things that I read were verbatim
4  and exactly what I was experiencing.  Some of them
5  were catastrophic.
6  Q      When was that that you saw that information?
7  A      After the first leak in March, I didn't
8  really think anything about that.  It was after the
9  second one.  September 2013 I started researching.
10 Again, it was from my two experiences and a
11 neighbor's experience, because I said something is
12 up.
13 Q      So sometime after the second leak in
14 September 2013 was when you decided to do some
15 investigation of your own?
16 A      Correct.
17 Q      And what about talking with a neighbor and
18 realizing that a neighbor was having a similar thing
19 as you just mentioned?  When did that discussion
20 happen?
21        MR. FERICH:  Object to the form.  Go ahead.
22 A      It was in the summertime.  A direct time
23 frame I really can't recall.
24 Q      But it would have been before this September
25 leak?

Page 59

1  A      Yes, theirs was.  Theirs was bad.  And then
2  I just happened to tell her, oh, I had a leak, not
3  really thinking, you know, the first one.  And then a
4  couple of months after mine and her discussion is
5  when we had our second one.  And then that is pretty
6  much when I started researching and went on the
7  Internet.
8         NIBCO's name was on that blog, and I do not
9  recall the blog.  I just Googled information about
10 leaks and pipes and that kind of thing.  The NIBCO
11 name was there.  Then I went out and looked at the
12 pipe that I had, and it was on the pipe.
13 Q      It being the name?
14 A      The name NIBCO and the date.  There was a
15 date on the pipe, too.
16 Q      Okay.  And all of this occurred, what you
17 just described, between September 15th of 2013 and
18 this third leak at the end of October, correct?
19 A      Correct.
20 Q      Any idea whether it was a week after your
21 second leak, two weeks or any -- can you be any more
22 specific as far as time frame?
23 A      I don't know.
24 Q      It's been a few years.
25 A      Yeah.

Page 60

1  Q      Okay.  I'm sorry.  Go ahead.
2  A      I just said yes.
3  Q      So it looks as though this third visit led
4  to a charge of about $138; is that correct?
5  A      Correct.
6  Q      What did they say -- what did the 24/7
7  representative say regarding a re-plumb?
8  A      The questions me and my husband was asking
9  him -- we asked what his opinion was, and he said
10 that he -- he could not say whether or not we would
11 have any other issues or not, but that after three
12 incidences he said it's not if, he would say it's
13 probably when.
14        And so we kind of asked him what the
15 procedure would be to re-plumb a house, not knowing
16 what vast process that was, but he started to tell
17 us.  And then we said we would talk it over and then
18 call them back if we decided to do that and get an
19 estimate.
20 Q      Okay.  I should ask before I move on and
21 come back to that.  As far as the repair that was
22 done on this third visit, do you have any idea what
23 materials were used in that repair?
24 A      The same, the REHAU piping that they said
25 they were using.  That's what's in our house now.

Page 61

1  Q      Okay.  Who selected those?
2  A      24/7.
3  Q      And in this case what happened to the
4  section of pipe that was removed?
5  A      He again left it for me.
6  Q      So at this point you have three sections of
7  NIBCO PEX tubing that had been removed by 24/7?
8  A      Yes.
9  Q      And did you -- as far as keeping those
10 and -- well, did you keep them all together?
11 A      Yes.
12 Q      And do you have any other sections of NIBCO
13 pipe at this point that you had gathered or
14 accumulated?
15 A      No.
16 Q      And all three of those sections, what was
17 the range of lengths, do you think, among those
18 three?
19        MR. FERICH:  Objection.  Asked and answered.
20 Go ahead.
21 A      All of them were less than two-foot long.  I
22 think the one was two-foot and then the others were
23 shorter.
24 Q      And did you keep them all together?
25 A      Yes.

LINDA BOYD                                          January 11, 2017

Page 62

1  Q      And did you send them all back to NIBCO?
2  A      Yes.
3  Q      All right.  As far as repairs to your garage
4  on this October 31st incident, did this leak damage
5  your home at all?
6  A      It wet the -- the hot water heater is on the
7  left side, and it sprayed and hit the right side wall
8  and we eventually let it dry out and we just
9  repainted it.
10 Q      Okay.
11 A      Out garage is painted in Harley-Davidson
12 colors, and the bottom had to be repainted black.
13 Q      Got to have the black, I would think.
14        How big of an area did you repaint because
15 of this?
16 A      One wall, however long the garage is, but I
17 don't know what that is.
18 Q      And how much do you think you spent on
19 materials?
20 A      It was a gallon of black paint at Lowe's,
21 but I do not -- I want to say like 30-something
22 dollars approximate.
23 Q      And you paid for that yourself?
24 A      Yes.
25 Q      Do you have any documents substantiating

Page 63

1  that purchase?
2  A      I do not.  I still have the paint can.
3  Q      Okay.  So when there was a discussion of
4  re-plumbing, did the person from 24/7 mention NIBCO
5  specifically?
6  A      I don't recall.
7  Q      Do you remember the person's name that
8  suggested that you do the re-plumb?
9  A      I don't recall.  No, I don't.  I know one
10 gentleman that we talked to, his name was Chad, and
11 he was very knowledgeable.  He may have been the one
12 that actually came out and helped with the re-plumb,
13 the reason I remember him, but he was knowledgeable
14 of the process.
15 Q      Okay.  Did you get a second opinion after
16 24/7 suggested the re-plumbing?
17 A      No.  I had talked to my neighbors and, with
18 their experience, they recommended them as well.
19 Q      Let's talk about those discussions.  Which
20 neighbors did you talk with?
21 A      Vincent Lamar.  The gentleman that lived
22 next door to him, they've moved.  They lived on the
23 corner of Sanctuary and Mansion Street.  They had
24 24/7 replace some of their pipe, and they are the
25 ones that actually recommended them.  I had told them

Page 64

1  I had used them on several occasions for repairs and
2  I thought that we were going to probably go ahead and
3  re-plumb our house so we wouldn't have something
4  catastrophic happen while we were gone.
5  Q      Were these two separate discussions?  You
6  mentioned Vincent Lamar.  You had a discussion with
7  him?
8  A      Yes.  We were just out in the yard at one
9  time, spoke with Vincent, and then another weekend
10 the other neighbor.
11 Q      Do you remember the name of the other
12 neighbor?
13 A      I do not.
14 Q      And what did Mr. Lamar say?
15 A      That we've just been having some bad luck
16 and that he -- the incident that he had was a pipe
17 going underneath his driveway.  A coupling or
18 fitting, whatever term he used -- I think he used
19 fitting -- had disintegrated, I think is his term,
20 and he had a leak come up.  They came and had to
21 drill under his driveway, pull it out and replace it.
22 Q      That reminds me actually of another
23 question.
24        In your home do you have any radiant heat
25 type of plumbing like piping that's used to heat

Page 65

1  floors through hot water?
2  A      No.
3  Q      You don't have anything like that?
4  A      No.
5  Q      Do you believe that you've ever had any
6  issues with NIBCO fittings or couplings?
7  A      Have I?
8  Q      In your home.
9  A      Nothing was mentioned of that.
10 Q      So to your knowledge, the issues have been
11 related to tubing or piping?
12 A      Splitting, yes.
13 Q      And so you did not seek a second opinion as
14 far as re-plumbing, correct?
15 A      Correct.
16 Q      When did you make the decision that you were
17 going to go ahead with the re-plumbing?
18 A      They came out one day, and then we decided
19 maybe the next day or two.  It wasn't long, two days
20 probably tops before my husband actually left to go
21 back out on the road, because we wanted it done.
22 Q      Okay.
23 A      So then we called them, and then they came
24 out and gave us an estimate.
25 Q      Okay.  Let's go to the last page on this

LINDA BOYD                                    January 11, 2017

Page 66

1   Exhibit 3.  That is the one with Boyd 011 in the
2   bottom.  Do you see at the top right it has 6519?
3   A       Yes.
4   Q       And this appears to be a 24/7 All Services
5   invoice from November 5th, 2013?
6   A       Yes.
7   Q       Okay.  And do you recognize this to be the
8   invoice for the re-plumbing work?
9   A       Yes.  This was the estimate that we worked
10  off of.
11  Q       Okay.  And it looks like the total was
12  listed here as $5,350; is that correct?
13  A       That's correct.
14  Q       Is that the actual amount that you paid for
15  this work?
16  A       Let's see.  I think they gave us a discount.
17  Q       It is there right underneath, yes.
18  A       They gave us a $300 discount because of the
19  time that had come out.  It ended up being
20  $5,050.  We split that half down for them to get
21  started, and then the other half was paid at the
22  completion of the work.
23  Q       And do you know whether as part of this
24  re-plumb only the piping and tubing was removed or
25  whether other items such as fittings were also

Page 67

1   removed?
2           MR. FERICH:  Objection.  Asked and answered.
3   Go ahead.
4   A       I asked them that, and they replaced
5   everything.  And upon my request, I did not want them
6   to use NIBCO products.
7   Q       Okay.  And at that time, other than what you
8   had found online, had there been discussions with
9   your neighbors where the neighbors had specifically
10  mentioned NIBCO as a source of concern?
11  A       The name NIBCO came up on several occasions
12  just of that it was on the pipe.  I don't think that
13  they really knew a whole lot company-wise or anything
14  else.  They just said that NIBCO was on the pipe.  I
15  told them, I said, obviously it's all the way down
16  the street, the material that was used.
17  Q       What happened to the NIBCO products then
18  that were removed from your home?  Do you know?
19  A       We kept them for a while in the garage,
20  which was a lot of piping.  Some of it we trashed.
21  And then we have later since found out -- and they
22  asked during the plumbing -- found out -- or asked us
23  if it was okay that they disconnect -- and some of
24  it's in the wall of the home.  They just left it
25  there.  And that was okay with us as long as it was

Page 68

1   free of everything, no obstructions or anything.
2   They assured us it was not.
3   Q       Okay.  Did you make any decisions as far as
4   what the product was that was going to be used to
5   re-plumb the home?
6   A       The actual owner, Ray -- and do not know his
7   last name.  Ray, the owner of 24/7, came and spoke
8   with me personally before the re-plumb, and I wanted
9   to know what product he used and that's when he told
10  me the REHAU piping.
11  Q       R-E-A-H-U perhaps?
12  A       Yes.  I know it's R, something, H U.
13          And that he would use that and some new
14  braided stainless steel, which I think, if I'm not
15  mistaken, it was the same company of the fittings.
16  Everything was going to be brand new.  I asked him at
17  that time, going through this process, what was their
18  warranty, and he proceeded to tell me that.
19  Q       And tell me your reasoning for asking him
20  about that.
21  A       Because of my checking with Adams Homes and
22  finding that the warranty was squat with them on
23  plumbing, finding out that my plumber -- their
24  plumber, the plumber for the home, was now out of
25  business.  I think their name was Monroe.  Just out

Page 69

1   of concern I wanted to know what the warranty was
2   because now I was going to be responsible for that
3   versus having to go back to Adams Homes, the builder.
4           MR. WESLANDER:  Let's take a quick break.
5   Let's take a ten-minute break and everybody can
6   stretch their legs.  We'll go off the record.
7           (Recess)
8   BY MR. WESLANDER:
9   Q       After a short break we are back on the
10  record here at, it looks like, 10:19.  And you
11  realize, Ms. Boyd, that you are still under oath?
12  A       Yes.
13  Q       One of the things that you mentioned before
14  we broke was that you had had some discussions with
15  Adams Homes following this third leak in October of
16  2013.  Is that correct?
17  A       Yes.
18  Q       What did you do as far as trying to contact
19  Adams Homes at that point?
20  A       I called the home office, which -- I say
21  home office, the Baldwin County office in Daphne,
22  Alabama, spoke to the receptionist and asked her
23  could she possibly have the construction manager or
24  whomever it would be to call me, that I have had some
25  plumbing issues and that I needed to speak with them.

LINDA BOYD                                    January 11, 2017

Page 70

1    Upon that call, then it was a couple of days
2  I want to say -- I'm not a hundred percent sure, but
3  I think his name is Perry, called me back and he told
4  me that I would need to put it in writing to them
5  what the issues were, and he gave me the address and
6  that's what I did.  And then the letter that's in my
7  documents is the response from that.
8        My letter to them was just what type of
9  warranty do I have or what do I have as a homeowner
10 to help me -- you know, what direction can I go or --
11 even reaching out to them as the contractor.  I
12 expressed to them that at that time I had learned
13 that it was NIBCO piping and that I felt like that it
14 was defective and I was frustrated and aggravated and
15 saddened that this has happened to a home that we
16 have, blue-collar workers, worked very hard for, and
17 I just laid it to out to them.  And he wrote me back
18 and sent me the certificate of liability of that -- I
19 think it was Monroe's Plumbing.
20 Q     Okay.  This letter that you sent, is that
21 something that you have given to your attorneys in
22 this case?
23 A     No.
24 Q     Do you --
25 A     I don't have it.

Page 71

1  Q     Okay.  Do you know why that is?
2  A     I don't.
3  Q     Can you describe how you prepared it and how
4  you sent it?
5  A     It was handwritten and it was just a
6  handwritten -- it was handwritten, probably two
7  paragraphs, and it was sent to Perry in Daphne,
8  Alabama.
9  Q     I'm guessing that maybe you didn't make a
10 copy for your records before you sent it to him?
11 A     I did not.
12 Q     Okay.
13 A     Because at that time honestly I thought they
14 were going to step up to the plate as the contractor.
15 I thought that it would fall under a warranty of our
16 home.
17       And then their letter came back and said
18 that the plumbing warranty was for a year.  Well, a
19 new home, anything is under warranty for a year.  And
20 I expressed to him on the phone that we should have
21 gotten something in our closing paperwork or
22 something from somebody on the warranty of that and
23 if they were having issues or whatever, that we
24 should have been warned about that.
25 Q     What was Adams' response on that topic?

Page 72

1  A     Everything was given to you at closing in a
2  packet that we have.
3        I went back and looked in that packet, and
4  there was nothing in there.  Like I said, there was
5  stuff in there about the fireplace insert, the
6  heater, the hot-water-heater paperwork, the
7  air-conditioning/heating-system paperwork, but
8  there's nothing in there about anything having to do
9  with the plumbing or materials used.
10 Q     Okay.  Did you ask when you contacted
11 Adams -- so it sounds like you have a letter that you
12 wrote them and then at least one follow-up phone
13 call.  Is that right?
14 A     Approximately two phone calls, I would
15 think, yeah.
16 Q     Do you remember what you said in those
17 follow-up phone calls?
18 A     Well, the first time was to the
19 receptionist.  Then I called her back and told her
20 that I -- I gave her a time line that I expected him
21 to call me back, because it was like a week or so
22 before he called me back.  At that time I had already
23 come to my own conclusion that he wasn't calling me
24 back because he already knew there was an issue in
25 the neighborhood.

Page 73

1  Q     And by the time of your letter and phone
2  calls had you already made the decision to do the
3  re-plumbing?
4  A     No.
5  Q     Okay.  Tell me, then, how that sequence of
6  events happened.
7  A     I believe my first -- my first phone call to
8  Adams was after the second split or repair because,
9  again, speaking to the neighbor, he had said, I think
10 we have a problem.  I told them then, I said we need
11 to reach out to the contractor and see.  And I had
12 looked in my paperwork, and I saw where the builder's
13 warranty is a year and then the, what is it,
14 ten-year -- I can't think of the term.  I apologize.
15 But, anyway, it's ten years on the construction, the
16 framing.
17 Q     Okay.
18 A     Goodness.  Sorry about that.  Framing.  Ten
19 years on that.
20       And so all that other, I guess, just is a
21 year.  We had no way of knowing that, any of us.
22 Several of us said that we just assumed that we would
23 go back to the contractor, which would be Adams
24 Homes.
25       I contacted them after the second because I

LINDA BOYD                                              January 11, 2017

---

Page 74

1  was just trying to reach out and see what recourses I
2  might have as help.  I didn't want to file it on my
3  homeowners as one of my neighbors did because their
4  homeowners went up.
5  Q       That actually was a question I had.  You've
6  never filed a homeowner's insurance claim related to
7  these plumbing issues?
8  A       No.
9  Q       After the second leak when you reached out
10 to Adams Homes, was it at that point that you sent
11 the handwritten letter or was it later?
12 A       When Perry called me and told me he needed
13 it in writing, what my issue was, and he would send
14 me some paperwork, well, the paperwork that he sent
15 me was the liability sheet of the plumber that did
16 the work and that Adams Homes was not held
17 responsible or that your warranty was a year and that
18 kind of thing.
19 Q       Okay.  And that response -- it sounds like
20 you first attempted to contact Adams Homes after the
21 second incident?
22 A       Uh-huh.
23 Q       When did they respond to you as far as what
24 you just described?
25 A       That document, that letter, that document is

---

Page 75

1  in there and the date is on there.
2  Q       Okay.
3  A       I don't know the exact date.  I don't want
4  to guess.
5  Q       That's fine.  We can look at that document
6  in a little bit.
7  A       Okay.
8  Q       When that letter came, is that the first
9  time that you had a response from Adams?
10 A       From Adams, yes.
11 Q       And so had a month gone by?  September 15th
12 you had the second incident.  You reached out to
13 Adams at some point after that.  Did a whole month or
14 more go by without any response from Adams?
15         MR. FERICH:  Object to form.  Go ahead.
16 A       I really don't recall the length.  It was a
17 couple of weeks.
18 Q       But the first thing in writing is --
19 A       That letter.
20 Q       The document you've produced.  Okay.
21 A       That's the only thing I've gotten from Adams
22 Homes.
23 Q       Okay.  Have you had any issues with your
24 plumbing since the re-plumbing in November of 2013?
25 A       No, we have not.

---

Page 76

1  Q       No leaks of the kinds that we've talked
2  about today?
3  A       Nothing.
4  Q       I saw there was one in August of 2016.  In
5  fact, I'll go ahead and --
6  A       2016?
7  Q       I'm going to mark this as Exhibit 4.
8         (Defendant's Exhibit 4
9         was marked for identification.)
10 Q       This is a document we got from 24/7
11 Services.  I'll give you a copy there.
12         It mentions a -- for the record here, I've
13 marked what's at the top right labeled invoice number
14 13197, August 17th, 2016, from 24/7 Services, and
15 there is no Bates number at the bottom of this
16 document.
17         Can you tell me what you recognize this to
18 be?
19 A       This was the time frame when the expert came
20 out and did an inspection of my home --
21 Q       Okay.
22 A       -- from my attorney's advice.
23 Q       When it says technician replaced water
24 heater pressure release drain line from water heater
25 to the outside of brick wall, do you know what that's

---

Page 77

1  describing?
2         MR. FERICH:  Objection.  Eric, could we go
3  off the record for a second?
4         MR. WESLANDER:  Sure.
5         (Off-the-record discussion)
6  BY MR. WESLANDER:
7  Q       So was this an invoice that you paid or were
8  asked to pay, Ms. Boyd?
9  A       No.
10 Q       To the best of your understanding, this
11 relates to some work that was done as part of an
12 inspection at your home for this litigation, correct?
13 A       Correct.
14 Q       But this is not related to a separate
15 incident that you've had with your plumbing or
16 problem that you've had with your plumbing since
17 2013?
18 A       Correct.
19 Q       All right.  Let's set that one aside.  Let's
20 look briefly at some interrogatory answers.  I'm
21 going to mark these now as Exhibit 5.
22         (Defendant's Exhibit 5
23         was marked for identification.)
24         MR. WESLANDER:  There you go.
25         MR. FERICH:  Thank you, Eric.

---

LINDA BOYD                                          January 11, 2017

Page 78

1  BY MR. WESLANDER:
2      Q       Do you recognize this document?  You can
3  take a look at it, take your time if you want.
4      A       Yes, I do.  I have a copy.
5      Q       Okay.  And do you recognize that this is --
6  or understand that this is basically --
7  interrogatories are essentially written questions?
8      A       Yes.
9      Q       And that these are interrogatories or
10 written questions that NIBCO asked you to answer?
11     A       Yes.
12     Q       And do you see on the very last page of this
13 document that there is a verification with your
14 signature stating that the information is true and
15 correct to the best of your knowledge?
16     A       Yes.
17     Q       Okay.  And is that in fact the case?
18     A       Yes.
19     Q       Tell me.  What did you do to respond to
20 these interrogatories?
21     A       I'm sorry.  I don't understand what you
22 want.
23     Q       Did you write the answers to these
24 interrogatories yourself?
25     A       I did it over a telephone conversation with

Page 79

1  my attorney.
2      Q       Okay.  And did you have a chance to look at
3  them, the completed typed-up version, before you
4  signed it?
5      A       Yes.
6      Q       All right.  Let's go to -- just a moment
7  here.
8              Let's look at number 8, which is on page 5.
9  And it states here -- in response to a question about
10 the installation and purchasing of NIBCO PEX
11 products, you state here that they were installed in
12 your home prior to you taking possession.  You do not
13 know where and when these products were purchased.
14             Is that still accurate?
15     A       Yes.
16     Q       Okay.  And regarding number 14, which is on
17 page 7, the question -- and I'll give you time to
18 look at it.  This question asks about insurance
19 proceeds, and you've answered -- there is some legal
20 language there in the answer, but you respond no in
21 response to this question number 14.
22             Is that still accurate?
23             MR. FERICH:  Objection.  Asked and answered.
24 Go ahead.
25     A       What's -- I'm reading number 14?

Page 80

1      Q       Sure.  Let me ask it this way.
2      A       Okay.
3      Q       We talked earlier about property insurance,
4  and you stated you had not made any kind of a
5  homeowner's insurance claim.
6      A       Correct.
7      Q       And that is still accurate to this day?
8      A       Yes, that's correct.
9      Q       Have you made any other kind of an insurance
10 claim of any kind related to these NIBCO products?
11             MR. FERICH:  Same objection.  Go ahead.
12     A       No, I have not.
13     Q       And you've never, then, I take it, received
14 any amount of money to compensate you for the
15 re-plumbing or the repairs that we've looked at.  Is
16 that right?
17     A       Correct.
18     Q       I need to ask.  How did you become part of
19 this lawsuit, to the best of your recollection?
20     A       Again, researching the blog on the Internet,
21 there was a mention of the law firm.  And I wrote
22 that down, went on their website, kind of researched
23 them and read their bios and their history and saw
24 their success in class-action lawsuits, and I reached
25 out to an attorney there.

Page 81

1      Q       Do you know if that's the same firm that Mr.
2  Ferich is now representing?
3      A       Yes.
4      Q       Affiliated with the same law firm?
5      A       Yes.
6      Q       Did you sign any kind of a document, a
7  representation agreement or anything like that?
8      A       That they would -- I agreed that they would
9  be my attorneys.
10     Q       And was there a written document that
11 formalized that?
12     A       Yes.
13     Q       Does it offer any kind of a bonus or payment
14 to become part of the lawsuit?
15     A       No.
16     Q       Number 16 asks to identify any claims you've
17 made, including warranty claims or other lawsuits.  I
18 think I know the answer to this.  You've not made a
19 property insurance claim, but is this answer still
20 accurate, number 16, that you've not made any kind of
21 warranty claim or any other request for compensation
22 related to these issues?
23     A       Other than --
24             MR. FERICH:  Object to form.  If you
25 understand.

LINDA BOYD                                          January 11, 2017

Page 82

1    A       I don't understand.
2    Q       Okay.  Other than this lawsuit, have you
3    made any other kind of a claim for compensation
4    regarding the plumbing?
5    A       No.
6    Q       What are the payments that you think NIBCO
7    should make to you?
8    A       I would like all my money back of the
9    repairs and the re-plumb, because being a homeowner
10   of five years, 10 years, 20 years, whatever it is, I
11   have never heard of anybody having to re-plumb a
12   house, and this is happening all the way down our
13   street.  All our houses are within a time frame of
14   2002 and 2008 so something is wrong there.  I would
15   like my money back.
16   Q       Anything else?
17   A       No.
18   Q       I'm looking now at number 19, which is on
19   page 9, and we've asked in this one to list the names
20   and last known addresses of individuals other than
21   your attorney that you've discussed the incidents in
22   this complaint about or with.
23           And you've mentioned two people there, I
24   know.  Vincent Lamar is one that has come up.  Is
25   that your next-door neighbor?

Page 83

1    A       Two doors down.
2    Q       And then Allison Stewart is another person.
3    Who is Allison Stewart?
4    A       A next-door neighbor.
5    Q       Immediate next door?
6    A       Uh-huh.
7    Q       Okay.  And if you could, let me know for
8    each of these the discussions you've had and, to the
9    best of your recollection, the timing of those
10   discussions.
11           MR. FERICH:  Objection.  Asked and answered
12   as to Vincent Lamar.  Go ahead.
13   A       Ask that question again.
14   Q       Sure.
15           Well, let's take Allison Stewart first.
16   What discussions did you have with Allison Stewart
17   and when?
18   A       When, I don't know an exact date.  And my
19   discussion with her was brief, just simply she saw
20   the 24/7 vehicle in my driveway and then she saw that
21   same van on the other side of her, and she says
22   what's going on.  I just said, we're having some
23   plumbing issues, pipe issues and she needs to keep a
24   lookout.
25   Q       Any other discussions with her about the

Page 84

1    plumbing in your home?
2    A       No.
3    Q       To the best of your knowledge, when would
4    that have been?
5    A       It was after the second incident.
6    Q       And with regard to Mr. Lamar?
7    A       Probably around the same time of the second
8    incident, and it was on a weekend in the fall.  We
9    were just out in the yard, and he walked down and,
10   again, just inquisitive neighbors, just what's going
11   on, what's the van about.  He said, I've used them.
12   They are good people.
13   Q       Did either Ms. Stewart or Mr. Lamar say
14   anything specifically about NIBCO?
15   A       Allison Stewart, no.
16           Vincent said that when they pulled the pipe
17   out of his driveway it had NIBCO on it, just stamped
18   on it.  I said, oh, well, they probably used that
19   same pipe all the way down the street.
20   Q       And to the best of your recollection, when
21   would he have had that pipe or told you about having
22   that pipe removed from his driveway?
23           MR. FERICH:  Object to form.  Go ahead.
24   A       I don't know.
25   Q       So number 20 here I'm going to move to, and

Page 85

1    this one asks about communications with NIBCO.  So
2    let's focus on this for a minute.  Your answer states
3    that you corresponded with NIBCO regarding testing of
4    a defective pipe.
5           What do you remember about that?
6           MR. FERICH:  Objection.  Asked and answered.
7    Go ahead.
8    A       I'm not sure I understand the question.
9    Q       Well, do you recall when this correspondence
10   was?
11   A       Exact date, no.  I believe it was -- it was
12   in November of 2013.  I reached out to them after
13   seeing the name on the pipe and seeing it on the
14   website, finding a number to call.  I did get a
15   customer service.  They sent me to -- I want to say
16   they said a control specialist.  Then they said that
17   -- I think they took some general information, name,
18   address, things like that, and then they said they
19   would be sending me something in the mail in regards
20   of what to do.  And that's in the documents that I've
21   supplied.
22   Q       Okay.  We'll look at those in a little bit.
23   I just -- I wondered if you had any other
24   discussions.
25   A       No.

LINDA BOYD                                                    January 11, 2017

Page 86

1  Q        What was your reasoning then for reaching
2  out to NIBCO then in this instance that's described?
3          MR. FERICH:  Objection.  You can answer.
4  A        Finding out that the plumber had gone out of
5  business, then I was reaching out to the company to
6  see if somehow or another that that would be a way of
7  getting reimbursed for our repairs and re-plumb.
8  Q        Okay.  Let's see.  I think that's all I need
9  to ask about those so you can set that one aside for
10 now.
11         MR. FERICH:  Just to be clear, you marked
12 that as Defendant's Exhibit 4?
13         MR. WESLANDER:  Yeah.  That was --
14         THE WITNESS:  5.
15         MR. WESLANDER:  5.
16         MR. FERICH:  What was 4?
17         MR. WESLANDER:  4 was this one, the
18 August 17th, 2016 invoice.
19         MR. FERICH:  I wasn't sure we marked that.
20         MR. WESLANDER:  We did.
21 BY MR. WESLANDER:
22 Q        Okay.  Let's see here.  Let's talk about the
23 documentation that you've done.  We've talked about
24 you retaining some of the pipe.
25         What about pictures, video, any other

Page 87

1  documentation that you did to memorialize these leaks
2  that we've talked about?
3          Let me ask it this way.  What did you do to
4  document these leaks as they started occurring in
5  March of 2013?
6  A        I took pictures, and I sent some piping to
7  NIBCO, and I sent some piping to a representative
8  that my attorney advised me to send to.
9          MR. FERICH:  Objection.  Move to strike
10 attorney-client privilege.
11         THE WITNESS:  Sorry.
12 Q        That's okay.  I will not ask you to reveal
13 any substance of discussions with your attorneys.
14         In terms of photographing these, we have
15 some photos that we'll look at in a moment.  Can you
16 tell me generally when you photographed the NIBCO
17 pipes?  All at once or did you them after each
18 repair?
19 A        I don't recall.
20 Q        Okay.  We'll look at them and we can get
21 there.
22         Did anybody else -- did your husband do any
23 documenting or video or pictures?
24 A        No.
25 Q        As far as you know, you're the only one who

Page 88

1  took photos or video of the NIBCO products that had
2  been removed from your home?
3  A        Other than during the inspection, yes.
4  Q        Fair enough.  Fair enough.  Great.
5          Do you know if Allison Stewart reported
6  having any NIBCO leaks in her home?
7  A        She has not.
8  Q        Or PEX leaks in her home I should say.
9          But both Ms. Stewart and Mr. Lamar, being in
10 the same subdivision, their houses were both built by
11 Adams, correct?
12 A        Yes, the whole subdivision.
13 Q        And as far as you know, has the same --
14 well, do you have any information one way or another
15 suggesting whether they all have the same plumbing
16 materials that were used during their construction?
17 A        I have no knowledge of that.
18 Q        Okay.  Let's look at some photos.  I'm going
19 to mark this as Exhibit 6.
20         (Defendant's Exhibit 6
21         was marked for identification.)
22 Q        And I will ask you if you recognize -- I'll
23 represent this is a document we've produced in this
24 litigation that I believe came from our internal
25 people at NIBCO.  I'll ask if you recognize it.

Page 89

1  A        Yes.
2  Q        Okay.  What is it?
3  A        It is a piece of tubing that came from one
4  of the repairs.
5  Q        And do you know which repair this piece of
6  tubing is from?
7  A        I believe the second one, which would have
8  been in September.
9  Q        Okay.  What makes you think that?
10 A        Because the first -- I mean, the second one
11 and the third one had a definite split, and you can
12 see it right there.
13 Q        Okay.  You're pointing at it?
14 A        To the split, the crack.
15 Q        The bottom edge of the opening of the pipe
16 in this picture?
17 A        Yes.
18 Q        Okay.  And is this a photo that you took?
19 A        Yes.
20 Q        And to the best of your recollection, do you
21 remember when you took it?
22 A        I don't.
23 Q        And where did you take this photo?
24 A        In my home.
25 Q        So it sounds like we, as best you can

LINDA BOYD                                      January 11, 2017

Page 90

1  discern, are looking at the piece of pipe removed at
2  the time of the second repair?
3  A      Yes.
4  Q      And when I say removed, removed by 24/7?
5  A      Correct.
6  Q      Let's look at another one.  I'm marking this
7  now as Exhibit 7.
8         (Defendant's Exhibit 7
9         was marked for identification.)
10 Q      Is this, Exhibit 7, something that you also
11 recognize?
12 A      Yes.
13 Q      Okay.  What do you recognize it to be?
14 A      Another piece of pipe that is showing a
15 split, and I believe this was taken at the same time.
16 I think the picture -- I do recall the pictures that
17 I took were all on the same day.
18 Q      Okay.  They certainly appear to be sitting
19 on like a bath mat or something that --
20 A      On a rug.
21 Q      Do you know whether these two that we've
22 just looked at in Number 6 and Number 7 are the same
23 piece of pipe or different pieces?
24 A      I believe they are different.  They are
25 different.  I had three pieces.

Page 91

1  Q      What makes you think that they are different
2  pieces?
3         MR. FERICH: Objection. Speculative. Go
4  ahead.
5  A      Some of them had the stamp pretty evident
6  with a date on it.  Is there another one?  I tried to
7  get some to show all that.  Well, this one does.
8  Q      Sure.
9  A      This one does not, where I was trying to get
10 it to where it showed better.
11 Q      Do you have any idea whether the one that we
12 are looking at now in Exhibit 7 is from the first,
13 second or third repair?
14        MR. FERICH: Objection. Go ahead if you
15 know.
16 A      I don't know for sure.
17 Q      But to the best of your knowledge, these
18 were both taken by you on the same day?
19 A      Yes.
20 Q      And just to clarify, what was it that caused
21 you to, on this particular day, take the photos?
22        MR. FERICH: Objection. If you know.
23 Q      What I'm trying to figure out is if this was
24 for something that you were going to be giving to
25 Adams or to NIBCO or someone else?

Page 92

1  A      I just took it for my own purpose on a cell
2  phone.
3  Q      Okay.  You wanted to document the condition?
4  A      Documentation.
5  Q      Okay.  All right.  Let's look at another one
6  here.  We're going to mark this one as Exhibit 8.
7         (Defendant's Exhibit 8
8         was marked for identification.)
9  Q      It's yet another photo.  So, again, we have
10 a similar colored pipe on a similar colored rug.  Is
11 this something that you believe you also -- a
12 photograph that you took?
13 A      Yes.
14 Q      And do you have any idea which of the three
15 repairs that we've talked about this particular pipe
16 in this Exhibit 8 is from?
17 A      I don't recall.
18 Q      And fair to say that your reason for taking
19 this one was the same as for what you described with
20 the previous two?
21 A      Just documentation.
22 Q      And any idea when you took these three?
23 A      It would be after all three repairs.
24 Q      And was anyone else present when you took
25 these photos?

Page 93

1  A      I believe my husband was home that day.
2  Q      Okay.  For all of these photos we've looked
3  at, 6, 7 and 8, are these pipes in the same
4  condition, to your knowledge, that they were when
5  they were removed by 24/7?
6         MR. FERICH: Object to form.  You can
7  answer.
8  A      Yes.
9  Q      You hadn't done anything to change the way
10 that they looked or anything like that, right?
11 A      No.
12 Q      So let's set that aside for just a moment
13 and let's look at one more document, and that is
14 Exhibit 9.  Actually, let me back up here.
15        I'm going to mark instead as Exhibit 9 --
16 this is a document that is part of the documents that
17 we have received from you in this litigation.
18        (Defendant's Exhibit 9
19        was marked for identification.)
20 Q      We're looking at here a document with
21 numbers 005 and 006 in the bottom right corner,
22 agreed?
23 A      Yes.
24 Q      What is this document, to the best of your
25 knowledge?

LINDA BOYD                                    January 11, 2017

Page 94

1    A        This was just kind of like a cover sheet of
2    time line I believe that the safety control person
3    may have told me to include in the piping to NIBCO.
4    Q        Okay.  So this is just something that you
5    actually sent to NIBCO?
6    A        With the pipe.
7    Q        Okay.  Did you also send this to anyone
8    else?
9    A        I don't recall.  I don't recall.
10   Q        Okay.  And so when you sent the pipe back to
11   NIBCO, you would have also included this?
12   A        Yes.
13   Q        Okay.
14   A        And I thought I had put on there something
15   -- he had told me to write a statement whether or
16   not to return it to me or they could destroy it.  I
17   don't have that.  I think maybe I had included it in
18   that, but maybe I didn't.
19   Q        Okay.  This is only a section of the
20   documents you've given.  We'll look at a few more and
21   it may connect.  You can set that one aside for now.
22            Let's look at -- I'm going to mark as
23   Exhibit 10 now a document that, again, is marked with
24   the Boyd Bates labels.  This has number 0007 at the
25   bottom right.  Do you see that?

Page 95

1    A        Yes.
2             (Defendant's Exhibit 10
3             was marked for identification.)
4    Q        What do you recognize -- do you recognize
5    this document?
6    A        Yes.
7    Q        What do you recognize it to be?
8    A        After I had sent them what they had asked me
9    for for evaluation of defects, I sent -- I'm pretty
10   sure that cover letter, the pipe to them, and this is
11   their response letter --
12   Q        Okay.
13   A        -- about a month or so later.
14   Q        Okay.  And it looks as though you initiated
15   this report on the 8th of November 2013; is that
16   right?
17   A        That's correct.
18   Q        Does that match your recollection?  This
19   would have been maybe a week or so after the October
20   31st leak?
21   A        Uh-huh.  It was with the repair pipes.  It
22   was before the re-plumb.
23   Q        Okay.  So you sent back the pipes that had
24   been removed by 24/7 --
25   A        From the repairs.

Page 96

1    Q        -- from the repairs.
2             Before or after the re-plumb?  Do you
3    remember?
4             MR. FERICH:  Object to form.
5    Q        I'm just trying to nail down the sequence of
6    events from when you sent the pipe back to NIBCO in
7    connection or in relation to the re-plumb occurring.
8    Which happened first?
9             MR. FERICH:  Object to form.
10   Q        The re-plumb or you sending the pipes back
11   to NIBCO?
12            MR. FERICH:  Object to form.  Do you
13   understand?
14   A        I don't think I know that date.
15   Q        Okay.  To the best of your recollection,
16   talk me through when you reached out to NIBCO in
17   relation to the re-plumb occurring at your home.
18            MR. FERICH:  Object to form.  If you
19   understand.
20   A        Well, just looking at the initiation date on
21   the document, November 8th would have been prior to
22   the re-plumb.
23   Q        Okay.
24   A        Because my re-plumb started the week
25   before -- two weeks before Thanksgiving of 2013,

Page 97

1    because I was adamant that they get finished with
2    that before Thanksgiving.
3    Q        Okay.  Makes sense.
4    A        Time-line-wise this would have been
5    initiated before the re-plumb.
6    Q        Okay.  So you made the decision to do the
7    re-plumb in early November, but it didn't actually
8    occur for a couple of more weeks?
9    A        Correct.
10   Q        And in that time frame you were in touch the
11   NIBCO?
12   A        Uh-huh.
13   Q        Okay.  Got it.  I just wanted to clarify
14   that.
15            Now, it says here on this document,
16   Exhibit 10 -- in dark type in the middle of the page
17   there's a description stating -- and it begins -- I
18   won't read the whole thing -- quote, this tubing was
19   not found to be factory defective.
20            And I wonder when you got -- well, do you
21   remember receiving this response letter from NIBCO?
22   A        Yes.
23   Q        Approximately when was that, in your
24   recollection?
25   A        A couple of weeks after I called them, so --

LINDA BOYD                                                    January 11, 2017

Page 98

1    Q        What was your reaction when you got this
2    response letter?
3    A        I was very upset and thought that they were
4    just trying to wiggle theirself out of
5    responsibility.
6    Q        Did you read, at the time that this letter
7    came in, the conclusion that it appeared that -- that
8    the tubing appeared to be overstressed at some point?
9             MR. FERICH:  Object to form.  Go ahead if
10   you understand.
11   A        I read their explanation of their
12   evaluation.
13   Q        And did you take any action in response to
14   that explanation?
15   A        I asked 24/7 about this part about the
16   expansion tanks.  Our Baldwin County building
17   inspector said that that is not required, and they
18   said that I should be okay because I have a pressure
19   relief valve.  And I think I put that in the other
20   document, that I had a pressure relief valve on
21   there.
22   Q        Sure.
23            And did you consider adding a thermal
24   expansion tank?
25   A        After I read this, that's when I questioned

Page 99

1    why didn't I have one.  Some of us do and some of us
2    don't.  Some of them that have it, their pipes still
3    busted.
4    Q        And how do you know that?
5    A        Because I didn't even know what a thermal
6    expansion tank was until I walked two doors down and
7    they were having issues and then I said, oh, is that
8    what that is?  It's a small little tank coming off of
9    the hot water heater.  I said, I don't have one of
10   those.  He has one.
11   Q        And who is this?
12   A        Gene Kelly.  Well, he's the one that lives
13   there now.  It was Vincent Lamar's home.
14   Q        Okay.  And Mr. Lamar at some point showed
15   you his expansion --
16   A        Yeah.  Well, the garage was open and we were
17   just kind of standing there.
18   Q        What issues had he had despite the thermal
19   expansion tank?
20   A        Well, at that point none other than the pipe
21   going through the driveway.  But since he has sold
22   and moved, that whole house has been re-plumbed by
23   24/7.
24   Q        Do you know why?
25   A        Pipes busting and his home was flooded.

Page 100

1    Q        And who is that?
2    A        The owner now is Gene Kelly.
3    Q        Okay.  Have you talked to him personally
4    then about the repairs that he had?
5    A        No.
6    Q        How do you know that he's had to do that?
7    A        24/7 was down there, and I just rolled down
8    my window one day and just said, another one?  The
9    guy just said, we're re-plumbing.
10   Q        At Mr. Kelly's home?
11   A        Yes.
12   Q        When was this approximately?
13   A        This has just been the last five or
14   six months.
15   Q        And what you just described there, do you
16   have any other basis for knowing about repairs that
17   were done at Mr. Kelly's home?
18   A        No.
19   Q        Any other instance of a home that had an
20   expansion tank installed but, nevertheless, had
21   plumbing problems?
22            MR. FERICH:  Object to form.
23   A        Say that again.
24   Q        Do you know of any other instances besides
25   Mr. Kelly's home in terms of a home in your

Page 101

1    subdivision having a thermal expansion tank but still
2    having the kinds of issues that you had?
3    A        Not around me, but on the blog there was
4    instances of that, that it didn't matter.
5    Q        Okay.  Just to be clear, you have not
6    installed a thermal expansion tank to date, correct?
7    A        No.  We haven't changed anything to our
8    system.  We still just have the pressure relief
9    valve.
10   Q        So after you got this and read it, did you
11   take any other action in response to this letter?
12   A        With NIBCO, no.
13   Q        Do you recall when it was that you made a
14   decision to become a member of this class in this
15   complaint?
16            MR. FERICH:  Objection.  Asked and answered.
17   You can respond.
18   A        I don't recall the exact date, but I do
19   believe it was during the time of my re-plumb, so it
20   was middle of November 2013 because this had already
21   happened and I had told my husband, I said, we're
22   going to move forward, we're going to be out several
23   thousand dollars.  If this attorney has the
24   experience that they have and they are not going to
25   come up -- Adams Homes is not going to come up, then

LINDA BOYD                                          January 11, 2017

Page 102

1   maybe this would be the direction to go.
2   Q       I've put these all in one group.  Whether
3   they are all related we will see, but I will tell you
4   that that I'm marking now as Exhibit 11 is the first
5   four pages of a production of documents that we
6   received from you Ms. Boyd, and so they have markings
7   at the bottom of 001 through 004.  Let's just talk
8   through them one at a time, if we could.
9           (Defendant's Exhibit 11
10          was marked for identification.)
11  Q       As I look down at the very first page here,
12  Boyd 0001, we see that this is a letter from Adams
13  Homes, correct?
14  A       Correct.
15  Q       And it's dated January 3rd, 2014, right?
16  A       Yes.
17  Q       Okay.  And is this the letter that you had
18  mentioned earlier from Adams Homes?
19  A       It is.
20  Q       And you've not received any other written
21  communication from Adams Homes regarding these
22  plumbing issues, correct?
23  A       No.
24  Q       And what was your response upon receiving
25  this letter from Mr. Malone?

Page 103

1   A       That nothing we were going through was under
2   warranty and that I needed to try to reach out to
3   this plumber.
4   Q       Okay.  And when you say this plumber, we are
5   looking on the next page, Boyd 002.  There is a
6   certificate of liability insurance.  Was that
7   included in the letter from Mr. Malone?
8   A       It was.
9   Q       Let's just do this while we're going ahead
10  here.  Page 003 of this exhibit, was that also
11  included in the letter?
12  A       Yes.
13  Q       And then what about the certificate of
14  occupancy that we see at 004?  Was that also
15  included?
16  A       I don't recall that.
17  Q       Okay.  So that may be something that you had
18  separately?
19  A       I had that.
20  Q       Okay.  Got it.  So I've tacked it on here in
21  this exhibit, but really these first three pages are
22  one item.
23          Okay.  So did you review then -- when you
24  mentioned this plumber, are you referring to Monroe's
25  Value Plumbing, LLC?

Page 104

1   A       Yes.
2   Q       What did you learn about Monroe's Value
3   Plumbing, LLC, after you got this information from
4   Mr. Malone?
5   A       I tried to find a phone number and both
6   places, Cantonment, Florida, and Summerdale, Alabama,
7   both were disconnected and found out that they were
8   out of business.
9   Q       Okay.  And you say Summerdale, Alabama, and
10  Cantonment, Florida.  Those are addresses listed on
11  two of these three pages, right?
12  A       Correct.
13  Q       Okay.  And so did you do anything else to
14  try to get in touch with Monroe's Value Plumbing
15  after you learned that they were out of business?
16  A       No.
17  Q       Did you try to find out who Mr. Monroe was
18  or anything like that?
19          MR. FERICH:  Objection.  You can answer.
20  A       No, I did not.
21  Q       Assuming it's Mr. Monroe.  It could be Ms.
22  Monroe.
23  A       I don't know.
24  Q       Did you have any further contact or
25  discussions with Adams Homes following the receipt of

Page 105

1   this letter?
2   A       Not that I recall.
3   Q       Okay.
4   A       Honestly, if I did, it probably was a nasty
5   phone call just telling them that I wasn't happy with
6   the warranty and them shirking their responsibility
7   as a contractor.
8   Q       Okay.  Let's see here.  Bear with me just a
9   moment.
10          There are some communications that we
11  received through NIBCO that discuss you forwarding
12  along information prior to this evaluation response
13  letter that came from NIBCO.  Do you recall those
14  emails that you sent to people at NIBCO or at their
15  insurer, CHUBB?
16  A       I do not.
17  Q       I'm just trying to --
18  A       CHUBB sounds familiar, but I can't correlate
19  the two.  If I'm not mistaken, CHUBB might have had
20  something to do with Monroe Plumbing.
21  Q       Okay.  And that may be my mistake.  I'm just
22  trying to kind of put it all in context in terms of
23  what was happening when.
24  A       May I?
25  Q       Anytime, sure.  Please feel free to refer

LINDA BOYD                                                January 11, 2017

Page 106

1  to -- you're looking at Exhibit 11?
2  A     Yes.
3        MR. FERICH:  Is there a question pending?
4  Q     Well, let me --
5  A     CHUBB just rings a bell now that you said
6  that.
7  Q     Okay.
8  A     But not a hundred percent -- I want to say
9  it stems from this certificate of liability.  I do
10 think that somehow or another that name came up and
11 that was their insurance company.
12       MR. FERICH:  Linda, are you sure of this?
13       THE WITNESS:  No, I'm not.
14       MR. FERICH:  Is there any question pending
15 right now?
16       MR. WESLANDER:  Well, we can move on.
17 BY MR. WESLANDER:
18 Q     So let's talk briefly about collection of
19 documents and things like that.
20 A     Okay.
21 Q     We have, I think, 11 pages of documents that
22 came from you through your attorneys.  Do you believe
23 you have anything else potentially relating to these
24 leaks that we've been talking about that has not yet
25 been produced to your attorneys?

Page 107

1  A     Within the last two weeks I've gone over
2  everything and there's nothing else.
3  Q     Okay.  And as part of NIBCO's evaluation
4  process that it did that ended in this -- or that
5  resulted in this response letter that we looked at
6  previously, to the best of your recollection, what
7  all did you provide to NIBCO?
8        MR. FERICH:  Objection.  Asked and answered.
9  You can answer.
10 A     I packaged up the repair pipe and sent that
11 in for them to evaluate.
12 Q     And you were doing this before or after you
13 had a response from Adams Homes regarding whether
14 they would potentially cover the problems you had?
15       MR. FERICH:  Objection.  Asked and answered
16 a number of times now.  Go ahead and answer again.
17 A     I was dealing with Adams Homes trying to
18 find answers, and then I was trying to speak with
19 someone at NIBCO to find out.  My whole process of
20 that was trying to find somebody to help me with what
21 were my options.
22 Q     How much did you consider making a
23 homeowner's insurance claim?  I know you said that
24 you didn't, but did you discuss it with your husband?
25       MR. FERICH:  Objection to the extent it's

Page 108

1  speculative.  You can answer.
2  A     I don't think I spoke with my husband about
3  it, but I actually did call State Farm and talk to
4  them about it.
5  Q     What was that discussion?
6  A     Just what were my options.  And she said
7  that they would not pay for a re-plumb.  I told her
8  that we had several repairs, and she said my
9  deductible, and it just kind of just dead-ended
10 there.  I was really calling to see what the option
11 was on my homeowner's, if the re-plumb situation
12 might have been covered under that, but it was not.
13 That's with State Farm.
14 Q     And was it that it would not have been
15 covered or that it would have fallen within your
16 deductible?
17       MR. FERICH:  Object to form.  You can
18 answer.
19 A     It was not covered.
20 Q     Okay.  Did they tell you why that was?
21 A     Because the whole plumbing -- they said that
22 the whole plumbing would have had to be busted and
23 they don't just replace the piping.  They would -- my
24 homeowner's replaced damages.  In other words, they
25 would have replaced my ceiling or my furniture or

Page 109

1  flooring or whatever, but they are not going to
2  replace piping.
3  Q     I think I understand.  I got it.
4  A     That's the best way I can say it.
5  Q     That makes sense.
6        MR. WESLANDER:  Let's see here.  Let me take
7  a short break.  I think I'm about to reach the end
8  here.  Let's go off the record.
9        (Recess)
10 BY MR. WESLANDER:
11 Q     Ms. Boyd, back on the record here after a
12 short break, you realize you're still under oath,
13 correct?
14 A     Correct.
15 Q     I'm going to give you a couple of documents
16 here.  First of all, I'm going to give you what I'm
17 marking as Exhibit 12.
18       (Defendant's Exhibit 12
19       was marked for identification.)
20 Q     It looks like this is a letter on NIBCO's
21 letterhead.  Take your time if you need to.  Do you
22 recognize this document?
23 A     Yes.
24 Q     What do you recognize it to be?
25 A     It was a letter from a control specialist,

LINDA BOYD                                              January 11, 2017

```
                                          Page 110
1    is what I remember, from my initiation of calling
2    them and asking them about evaluating my pipes.
3    Q       Okay.  And have you retained a copy of this
4    letter in your own record?
5    A       Possibly, but I don't still have it.
6    Q       Okay.
7    A       But I do remember this gentleman, the name.
8    Q       John McAtee?
9    A       Yes.
10   Q       Did you talk to Mr. McAtee on the phone
11   ever?
12   A       I don't recall.
13   Q       Okay.  It looks as though this letter is
14   asking you to provide some additional information.
15   Do you remember what you did in response to this
16   letter?
17   A       I want to say -- I don't recall.  I'm sorry.
18   Q       Okay.  No.  That's all right.  That's all
19   right.
20           Let me mark Exhibit 13 here.
21           (Defendant's Exhibit 13
22           was marked for identification.)
23   Q       I'll hand you this and ask if you recognize
24   this document.
25   A       Yes.
```

```
                                          Page 111
1    Q       Okay.  What do you recognize this to be?
2    A       This is, I believe, the one that we found.
3            THE WITNESS:  Is it not?
4            MR. FERICH:  I can't respond.
5            THE WITNESS:  I'm sorry.
6    BY MR. WESLANDER:
7    Q       I know that you may be thinking that this
8    has a similar letterhead to one of the earlier
9    exhibits that we've looked at.
10   A       There was one that had --
11   Q       It's similar to Exhibit 10 perhaps, correct,
12   which I'm showing you as far as the look of it?
13   Exhibit 10 at the top is marked evaluation response
14   letter.  Do you see that?
15   A       Yes.
16   Q       And then this one is --
17   A       Return authorization.
18   Q       Right.
19           Does that refresh your memory or cause you
20   to think about the document differently at all?
21   A       I don't recall.
22   Q       Okay.  Do you see there it's listed -- I'm
23   looking halfway down the page.  It's listing a return
24   quantity of three lengths of red tube?
25   A       Yes.
```

```
                                          Page 112
1    Q       Do you understand this correctly that this
2    was authorizing or documenting that you would be
3    returning three lengths of pipe to NIBCO?
4    A       Correct.
5    Q       Is that, to the best of your recollection,
6    how many lengths of pipe you sent to NIBCO?
7    A       It was three from the repair and -- yes,
8    three or four.
9    Q       And to the best of your knowledge, did the
10   pipe lengths that you returned to NIBCO include a
11   length of pipe from all three of the repairs that
12   we've talked about, March 2013, September 2013,
13   October 2013?
14   A       Yes.
15   Q       Okay.  Thank you.  I just wanted to clarify
16   that.
17           I don't have any other questions at this
18   time, Ms. Boyd, and I thank you for your time.
19                   EXAMINATION
20   BY MR. FERICH:
21   Q       I just have a few questions for you, Linda.
22   A       Okay.
23   Q       Going back to Exhibit 12 and 13, which
24   were -- the letter from NIBCO was Exhibit 12 and the
25   return authorization was Exhibit 13.  It's this
```

```
                                          Page 113
1    letter, these two documents, which prompted you to
2    send back the piping lengths that you sent back,
3    correct?
4    A       Correct.
5    Q       And in response to that mailing you
6    received --
7            MR. WESLANDER:  I think it's 10.
8    Q       -- Exhibit 10, the evaluation response
9    letter?
10   A       Correct.
11   Q       Okay.  And that's the document that says --
12   A       It was not defective.
13   Q       -- this tubing was not found to be factory
14   defective, correct?
15   A       Correct.
16   Q       Okay.  Going back to Monroe piping, did you
17   hire Monroe piping or speak with Monroe piping at any
18   point?
19   A       No, I did not.
20   Q       Did you have any input at all in selecting
21   the plumbing that was put into your home initially?
22   A       No.
23   Q       Earlier Eric asked you about -- or Mr.
24   Weslander, I should say, asked you about a warning.
25   Did NIBCO ever provide you anything about its product
```

LINDA BOYD                                          January 11, 2017

Page 114

1   directly or indirectly, its plumbing product?
2          MR. WESLANDER:  Object to the form.
3   A      No.
4   Q      I'll rephrase that.
5          Did you ever receive anything from NIBCO,
6   either directly or indirectly, regarding its plumbing
7   products that were initially installed in your home?
8   A      We did not.  It would have been nice to
9   have, but we did not.
10  Q      Okay.  Did Adams Homes give you any
11  literature or materials from NIBCO?
12  A      No.
13  Q      Was there any warning on the products
14  themselves, the NIBCO products?
15  A      No.  That would have been nice, to have
16  something on the pipe themselves or a booklet at
17  closing or something.
18         MR. WESLANDER:  I move to strike everything
19  beyond no as nonresponsive.
20         MR. FERICH:  On what basis?
21         MR. WESLANDER:  It's a narrative response to
22  a yes-or-no question.
23         MR. FERICH:  I'll re-ask the question.
24  BY MR. FERICH:
25  Q      Ms. Boyd, did NIBCO provide anything to you

Page 115

1   whatsoever that identified that there might be a
2   problem with their plumbing?
3   A      No.
4   Q      Okay.  And did NIBCO ever inform you about
5   any issues with the products, their plumbing
6   products, that were installed in your house?
7   A      There was no indication of anything in our
8   closing packets or anything, no.
9          MR. FERICH:  I have nothing further.
10         MR. WESLANDER:  Nothing further here.  You
11  have the opportunity to review and sign.
12         MR. FERICH:  We'll read and sign.
13         (Deposition concluded at 11:27 a.m.)
14
15
16
17
18
19
20
21
22
23
24
25

Page 116

1                C E R T I F I C A T E
2   STATE OF ALABAMA)
3   COUNTY OF BALDWIN)
4          I do hereby certify that the above and
5   foregoing transcript of proceedings in the matter
6   aforementioned was taken down by me in machine
7   shorthand and the questions and answers thereto were
8   reduced to writing under my personal supervision, and
9   that the foregoing represents a true and correct
10  transcript of the proceedings given by said witness
11  upon said hearing.
12         I further certify that I am neither of
13  counsel nor of kin to the parties to the action, nor
14  am I in anywise interested in the result of said
15  cause.
16
17                 _julia S. Isenhower_
                   JULIA S. ISENHOWER, CCR, RPR
18                 ACCR #11
                   Registered Professional Reporter
19                 and Commissioner
                   State of Alabama
20
                   My commission expires 6-29-2019
21
22
23
24
25

Page 117

1              CERTIFICATE OF WITNESS
2
3          I, LINDA BOYD, do hereby certify
4   that on this, the        day of           2017, I
5   have read the foregoing transcript and, with
6   corrections attached hereto, if any, it constitutes a
7   true and accurate transcript of my testimony taken on
8   oral examination on January 11, 2017.
9
10
11
12         LINDA BOYD
13
14
15
16  Subscribed and sworn to before
17  me on this the        day of           , 2017.
18
19
20  Notary Public
21
22  My Commission expires:
23
24
25

LINDA BOYD                                                            January 11, 2017

```
                                                 Page 118
1                    STATEMENT OF CHANGES
2    The following are discrepancies/corrections to the
3    deposition of    Linda Boyd      in the matter
4    of Cole, et al., vs. NIBCO, Inc.,
5    PAGE  LINE  CHANGE FROM              CHANGE TO
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23          SIGNATURE OF WITNESS
24
25
```

LINDA BOYD

January 11, 2017
Index: $138..afterward

---

**$**

**$138** 60:4
**$150** 43:7,15
**$160** 42:16
**$165** 51:22
**$200** 43:8,15
**$300** 66:18
**$5,050** 66:20
**$5,350** 66:12

---

**0**

**000008** 35:17
**0001** 102:12
**0007** 94:24
**0008** 53:18
**0009** 44:1
**001** 102:7
**002** 103:5
**003** 103:10
**004** 102:7 103:14
**005** 93:21
**006** 93:21
**011** 66:1

---

**1**

**1** 16:3,4
**10** 24:2,3 25:6 36:3 40:1 82:10 94:23 95:2 97:16 111:11, 13 113:7,8
**100,000** 13:17
**100s** 13:16
**10:19** 69:10

---

**11** 25:20 35:20 102:4,9 106:1,21
**11-20-62** 10:8
**11:27** 115:13
**12** 11:11 25:6 26:21 109:17,18 112:23,24
**13** 110:20,21 112:23,25
**13197** 76:14
**13467** 5:16
**14** 79:16,21,25
**15** 11:12
**150,000** 13:17
**1500-square-foot** 13:17
**150s** 13:16
**155** 29:2
**15th** 44:6 59:17 75:11
**16** 81:16,20
**166** 29:25
**17th** 76:14 86:18
**19** 82:18
**1980** 11:7
**1984** 11:7

---

**2**

**2** 22:25 23:1,3
**20** 31:21 82:10 84:25
**2002** 82:14
**2008** 12:19 14:3 33:16 82:14
**2013** 29:7 36:5 41:7 44:6 46:1,16, 23 53:22 58:9,14 59:17 66:5 69:16 75:24 77:17 85:12

---

87:5 95:15 96:25 101:20 112:12,13
**2014** 102:15
**2016** 76:4,6,14 86:18
**203** 31:19,22
**24/7** 8:1 35:25 36:10,12 37:19,21 42:15 44:5 47:15 49:22 51:1,18,24 53:22 54:15 55:6 56:14 57:10 60:6 61:2,7 63:4,16,24 66:4 68:7 76:10,14 83:20 90:4 93:5 95:24 98:15 99:23 100:7
**254** 32:18
**26th** 36:5

---

**3**

**3** 23:10,11 35:5,6, 10 40:1 53:18 66:1
**30-something** 62:21
**31st** 53:22 57:22 62:4 95:20
**35** 28:25
**36** 29:24
**3rd** 102:15

---

**4**

**4** 76:7,8 86:12,16, 17
**42** 31:18
**43** 24:5,9
**45** 37:21
**47** 25:19
**49** 32:16

---

**5**

**5** 77:21,22 79:8 86:14,15
**52** 26:6
**54** 26:22
**55** 28:11
**5525** 36:7
**5th** 66:5

---

**6**

**6** 88:19,20 90:22 93:3
**6519** 66:2
**6930** 44:9

---

**7**

**7** 79:17 90:7,8,10, 22 91:12 93:3
**7341** 53:24

---

**8**

**8** 23:11 79:8 92:6,7, 16 93:3
**84** 11:7
**8th** 14:3 95:15 96:21

---

**9**

**9** 82:19 93:14,15,18

---

**A**

**a.m.** 115:13
**accumulated** 61:14

---

**accurate** 7:11 25:24 26:1,2 40:6 79:14,22 80:7 81:20
**action** 23:5 98:13 101:11
**actual** 66:14 68:6
**adamant** 97:1
**Adams** 12:24 13:5,7 14:15,24 15:6,13 18:7 19:15 20:14 21:7 22:3 26:4 27:7 28:20 31:10 68:21 69:3, 15,19 72:11 73:8,23 74:10,16,20 75:9, 10,13,14,21 88:11 91:25 101:25 102:12,18,21 104:25 107:13,17 114:10
**Adams'** 71:25
**adding** 98:23
**additional** 110:14
**address** 5:15 70:5 85:18
**addressed** 16:21
**addresses** 82:20 104:10
**adhering** 27:8
**adjacent** 46:5
**advertised** 23:17
**advertises** 23:15
**advertising** 36:22
**advice** 76:22
**advised** 54:10 87:8
**Affiliated** 81:4
**afterward** 41:13

---

LINDA BOYD

**agents** 28:12

**aggravated** 70:14

**agree** 16:15

**agreed** 81:8 93:22

**agreement** 81:7

**ahead** 15:24 24:1, 2 25:19 26:21 28:25 29:1,23 31:17 32:15,16 35:4 48:22 55:11 58:21 60:1 61:20 64:2 65:17 67:3 75:15 76:5 79:24 80:11 83:12 84:23 85:7 91:4,14 98:9 103:9 107:16

**air-conditioning/ heating-system** 72:7

**Alabama** 5:16 11:1,15 12:7,24 13:15 69:22 71:8 104:6,9

**Alan** 17:16

**alert** 28:23

**alia** 23:17

**allegation** 32:19

**allegations** 9:7 24:6

**alleged** 9:13 24:11

**Allison** 25:13 83:2,3,15,16 84:15 88:5

**amended** 23:4

**amount** 66:14 80:14

**and/or** 26:24 28:14 32:1

**Andy** 35:11

**answers** 6:3,11 7:12 77:20 78:23 107:18

**Anytime** 105:25

**apartment** 13:25

**apologize** 73:14

**appeared** 38:11 48:8 56:6 98:7,8

**appearing** 16:15

**appears** 53:21 66:4

**approximate** 62:22

**approximately** 16:13 40:10 43:7,15 72:14 97:23 100:12

**area** 12:23 20:18 38:10 62:14

**arrived** 50:1 56:15

**ascertainable** 26:23

**asks** 79:18 81:16 85:1

**assume** 6:25 15:7 34:5

**assumed** 21:4 73:22

**assuming** 20:13 40:13 104:21

**assured** 68:2

**attempted** 37:18 74:20

**attic** 14:8 37:25 41:16

**attorney** 7:18,23 79:1 80:25 82:21 87:8 101:23

**attorney's** 76:22

**attorney-client** 87:10

**attorneys** 17:10, 23 70:21 81:9 87:13 106:22,25

**August** 76:4,14 86:18

**authorization** 111:17 112:25

**authorizing** 112:2

**average** 33:25

**aware** 9:7,13 13:6 40:23

———

**B**

**back** 9:25 17:25 37:6 39:25 40:13 43:19 45:1,24 50:3, 4 51:4 56:17 60:18, 21 62:1 65:21 69:3, 9 70:3,17 71:17 72:3,19,21,22,24 73:23 82:8,15 93:14 94:10 95:23 96:6,10 109:11 112:23 113:2,16

**backed** 50:2

**background** 10:3,19

**bad** 59:1 64:15

**Baldwin** 69:21 98:16

**barking** 45:2 47:6

**based** 12:6 21:6

**basement** 14:10,12

**bases** 20:10

**basically** 16:7, 16 78:6

**basis** 100:16 114:20

**Bates** 35:16 76:15 94:24

**bath** 90:19

**Bay** 11:1 12:7

**Bayside** 11:15

**bear** 43:24 105:8

**begins** 97:17

**bell** 106:5

**bend** 39:15

**bids** 18:23

**big** 38:10 62:14

**bios** 80:23

**birth** 10:7

**bit** 7:8 10:1,2 20:8 24:20 26:10 33:6 35:1 44:12 50:9 75:6 85:22

**black** 62:12,13,20

**blog** 58:1,2 59:8,9 80:20 101:3

**blue-collar** 70:16

**bonding** 23:19

**bonus** 81:13

**bookkeeping** 10:21 11:3

**booklet** 114:16

**born** 10:5

**bottom** 17:10 29:24 35:15,21 36:4 44:1 53:19 62:12 66:2 76:15 89:15 93:21 94:25 102:7

**bought** 43:6

**Boyd** 5:1,7,14,18 10:12 23:5 24:11 25:20,21 26:10,12, 23 28:13 31:24 35:17 40:1 66:1 69:11 77:8 94:24 102:6,12 103:5 109:11 112:18 114:25

**Bradley** 10:12

**braided** 68:14

**brand** 19:25 20:4 68:16

**break** 7:3 69:4,5,9 109:7,12

**brick** 76:25

**briefly** 7:14 77:20 106:18

**brochures** 22:6

**broke** 69:14

**builder** 69:3

**builder's** 73:12

**building** 98:16

**built** 13:10,21 21:3,22 88:10

**burden** 25:9

**business** 11:9 68:25 86:5 104:8,15

**busted** 99:3 108:22

**busting** 99:25

**buy** 27:22

———

**C**

**call** 35:16 37:4 44:14 49:22 54:4,15 60:18 69:24 70:1 72:13,21 73:7 85:14 105:5 108:3

**called** 18:1 26:10 34:15 37:14,19,21 47:15 49:21 55:6 65:23 69:20 70:3 72:19,22 74:12 97:25

**calling** 72:23 108:10 110:1

**calls** 24:16 27:4 30:17 31:5 32:5 72:14,17 73:2

LINDA BOYD

January 11, 2017
Index: Cantonment..cut

**Cantonment** 104:6,10

**capital** 17:14

**caps** 16:19

**car** 50:2

**Carolina** 10:6

**carrying** 45:3

**case** 5:10 6:5 12:18 36:1 61:3 70:22 78:17

**catalog** 23:17

**catalogs** 23:24

**catastrophic** 25:7 58:5 64:4

**caused** 28:3,4 37:3 38:17 91:20

**ceiling** 37:7 38:9, 24 42:9,22 43:1 46:17 108:25

**cell** 92:1

**certificate** 70:18 103:6,13 106:9

**Chad** 63:10

**chance** 79:2

**chances** 57:15

**change** 34:7 93:9

**changed** 34:6,11 101:7

**characteristics** 23:20

**charge** 60:4

**charged** 42:16 51:21

**checked** 41:19 54:10

**checking** 68:21

**children** 10:15

**choice** 22:17

**chose** 15:2 19:1

**chosen** 20:1

**CHUBB** 105:15, 18,19 106:5

**circumstances** 54:14

**claim** 74:6 80:5, 10 81:19,21 82:3 107:23

**claims** 11:17 81:16,17

**clamps** 42:5

**clarification** 8:3

**clarify** 27:21 31:15 45:8,23 91:20 97:13 112:15

**clarifying** 17:11

**class** 23:4 101:14

**class-action** 80:24

**clay** 55:24

**clear** 86:11 101:5

**clerk** 11:12,16

**client** 8:10

**clipped** 22:24

**close** 28:19 39:14 51:14

**closed** 28:20

**closing** 71:21 72:1 114:17 115:8

**clue** 42:10 55:25

**cold** 45:9 48:18 55:14,19

**cold-water** 44:16 45:17,18 48:15 50:5

**Cole** 17:16

**collect** 17:6

**collection** 106:18

**college** 10:22 11:1,2

**color** 55:22,24 56:5

**colored** 92:10

**colors** 14:24 62:12

**communication** 102:21

**communications** 85:1 105:10

**company** 12:3,5, 10 13:7 18:1,6 27:23 41:14 68:15 86:5 106:11

**company's** 31:1

**company-wise** 67:13

**Compared** 45:25 55:18

**compensate** 80:14

**compensation** 81:21 82:3

**complaint** 23:4 29:1,15,18,21 82:22 101:15

**complaints** 35:2

**complete** 7:11

**completed** 79:3

**completion** 66:22

**compound** 30:10

**concern** 57:23 67:10 69:1

**concerned** 51:5

**concluded** 115:13

**conclusion** 24:17 27:5 30:18

31:6 32:6 72:23 98:7

**condition** 31:25 32:9 92:3 93:4

**conduct** 24:10

**confused** 46:19

**connect** 94:21

**connection** 96:7

**considered** 15:7

**constructed** 12:19 13:24 22:14

**construction** 11:22 12:4,9,11 13:2,3 15:10 18:10 52:16 69:23 73:15 88:16

**contact** 36:20 69:18 74:20 104:24

**contacted** 72:10 73:25

**context** 105:22

**continued** 10:21

**contractor** 12:2 15:8 25:22 26:5 70:11 71:14 73:11, 23 105:7

**control** 85:16 94:2 109:25

**conversation** 78:25

**copy** 16:6 23:3,6 71:10 76:11 78:4 110:3

**corner** 35:15 36:7 44:9 48:5 63:23 93:21

**correct** 10:3,4,9 12:19,20 13:8,11 14:4,8 15:23 19:22 20:1,4,15 21:7,18, 19 22:18,19 24:7,8 30:24,25 31:4,13

33:17 34:19 35:22 42:3,18 44:7,8 45:21 46:17 50:25 51:19,23 53:24 58:16 59:18,19 60:4,5 65:14,15 66:12,13 69:16 77:12,13,18 78:15 80:6,8,17 88:11 90:5 95:17 97:9 101:6 102:13,14,22 104:12 109:13,14 111:11 112:4 113:3, 4,10,14,15

**correctly** 23:21 24:12 51:11 112:1

**correlate** 105:18

**corresponded** 85:3

**correspondence** 85:9

**cost** 43:5

**County** 69:21 98:16

**couple** 15:24 23:9 29:20 32:14 44:25 53:3 55:15 59:4 70:1 75:17 97:8,25 109:15

**coupling** 64:17

**couplings** 65:6

**court** 6:2,11 17:5

**courtroom** 5:25

**cover** 20:10 94:1 95:10 107:14

**covered** 108:12, 15,19

**crack** 30:13 89:14

**cross-chemical** 23:19

**current** 11:11

**customer** 85:15

**cut** 21:15 37:17,24

LINDA BOYD

January 11, 2017
Index: cutoff..exhibit

39:11 42:4 47:14
49:24 50:4,14 54:9
55:5

**cutoff** 37:15

**cycle** 33:22

---

**D**

---

**da-da-da-da-da**
28:22

**damage** 26:11
38:12 42:19,20
52:2,25 62:4

**damages** 31:23
108:24

**Daphne** 69:21
71:7

**dark** 97:16

**date** 10:7 32:1
59:14,15 75:1,3
83:18 85:11 91:6
96:14,20 101:6,18

**dated** 102:15

**day** 25:6 54:24
65:18,19 80:7 90:17
91:18,21 93:1 100:8

**daycare** 11:9

**days** 23:9 53:3
65:19 70:1

**dead-ended**
108:9

**deal** 11:16

**dealers** 28:12

**dealing** 107:17

**dear** 54:20

**December** 14:3

**decide** 14:14

**decided** 34:4
58:14 60:18 65:18

**deciding** 30:7
31:3

**decision** 22:17
25:8 30:22 65:16
73:2 97:6 101:14

**decisions** 30:5,7
68:3

**deductible**
108:9,16

**defective** 70:14
85:4 97:19 113:12,
14

**defects** 95:9

**defendant** 5:10
8:5,10 28:11 30:1

**defendant's**
16:2,4 22:24 23:1
24:10 26:24 28:13
35:6 76:8 77:22
86:12 88:20 90:8
92:7 93:18 95:2
102:9 109:18
110:21

**definite** 89:11

**deposition** 5:17
7:16,22 16:7 115:13

**describe** 13:13
37:3 38:10 46:1
48:7 55:8 71:3

**describes** 36:9

**describing** 77:1

**description**
44:13 54:3 97:17

**design** 14:13,16
15:3,11

**designed** 14:23

**designing** 14:17

**destroy** 94:16

**detail** 26:19 39:19

**detailed** 20:14

**diameter** 55:24

**differently**
111:20

**difficult** 44:15

**direct** 58:22

**direction** 70:10
102:1

**directly** 114:1,6

**discern** 90:1

**disconnect**
67:23

**disconnected**
104:7

**discount** 66:16,
18

**discovered**
55:3

**discuss** 105:11
107:24

**discussed**
82:21

**discussion**
19:5,10,11,12,15
57:9 58:19 59:4
63:3 64:6 77:5
83:19 108:5

**discussions**
20:10 63:19 64:5
67:8 69:14 83:8,10,
16,25 85:24 87:13
104:25

**disintegrated**
64:19

**dispute** 40:5

**distribution**
32:2

**DIY** 52:19

**document** 15:18
16:20 22:21 23:5
27:20 31:18 35:3
36:25 53:11,17,19
74:25 75:5,20
76:10,16 78:2,13
81:6,10 87:4 88:23
92:3 93:13,16,20,24
94:23 95:5 96:21
97:15 98:20 109:22
110:24 111:20
113:11

**documentation**
43:17 86:23 87:1
92:4,21

**documenting**
87:23 112:2

**documents**
7:17,24 15:25 27:18
35:9,14,17 62:25
70:7 85:20 93:16
94:20 102:5 106:19,
21 109:15 113:1

**dog** 45:1 47:6

**dollar** 31:12

**dollars** 53:10
62:22 101:23

**door** 37:10 45:2,3,
22 46:6,22 47:3,7
49:21 53:2 54:18
63:22 83:5

**doors** 47:1,2 83:1
99:6

**drain** 76:24

**drill** 64:21

**drink** 7:7

**dripping** 38:22
39:6

**drips** 38:2

**Drive** 5:16

**driveway** 36:21
64:17,21 83:20
84:17,22 99:21

**dry** 42:22 53:3
62:8

**dryer** 37:7 46:12

**duly** 5:2

---

**E**

---

**earlier** 46:21
52:18 80:3 102:18
111:8 113:23

**early** 97:7

**easier** 6:16

**edge** 89:15

**education** 10:21

**educational**
10:19

**elaborate** 24:19

**emails** 105:14

**employer** 11:13,
14

**end** 17:6 59:18
109:7

**ended** 42:25
66:19 107:4

**Eric** 5:9 17:9 35:12
77:2,25 113:23

**essentially** 78:7

**estimate** 60:19
65:24 66:9

**evaluate** 107:11

**evaluating**
110:2

**evaluation** 95:9
98:12 105:12 107:3
111:13 113:8

**evening** 41:15

**events** 73:6 96:6

**eventually** 6:4
52:4 62:8

**evident** 91:5

**exact** 75:3 83:18
85:11 101:18

**EXAMINATION**
5:5 112:19

**Excellent** 44:18

**excuse** 13:16

**exhibit** 16:3,4
22:25 23:1,3 35:5,6,
10,21 40:1 43:25
53:17 66:1 76:7,8
77:21,22 86:12
88:19,20 90:7,8,10

LINDA BOYD

91:12 92:6,7,16 93:14,15,18 94:23 95:2 97:16 102:4,9 103:10,21 106:1 109:17,18 110:20, 21 111:11,13 112:23,24,25 113:8

**exhibits** 111:9

**expansion** 34:14,16 98:16,24 99:6,15,19 100:20 101:1,6

**expected** 72:20

**experience** 11:21 12:1,8 18:8 21:23 52:16 57:17 58:11 63:18 101:24

**experienced** 9:18

**experiences** 58:10

**experiencing** 58:4

**expert** 76:19

**explanation** 98:11,14

**express** 9:11 29:3,5,8,12

**expressed** 70:12 71:20

**extent** 15:1 54:5,7 107:25

**extreme** 24:18, 24

**F**

**fact** 27:19 76:5 78:17

**factory** 97:19 113:13

**failure** 32:19

**fair** 6:21 7:1 8:21 25:18 29:22 30:3,14

36:9 43:22 88:4 92:18

**Fairhope** 11:15

**fall** 71:15 84:8

**fallen** 108:15

**familiar** 105:18

**Farm** 108:3,13

**Faulkner** 11:1

**feel** 105:25

**feet** 38:14 49:8

**feet along** 48:20

**felt** 25:3 70:13

**Ferich** 14:19 17:8 18:11 19:18 20:5,23 21:25 24:16 27:4,25 28:5,17 30:9,17 31:5,21 32:5,12,23 34:8 35:12 38:19 39:7 47:19 48:22 49:10 54:5 55:11 56:10 58:21 61:19 67:2 75:15 77:2,25 79:23 80:11 81:2,24 83:11 84:23 85:6 86:3,11,16,19 87:9 91:3,14,22 93:6 96:4,9,12,18 98:9 100:22 101:16 104:19 106:3,12,14 107:8,15,25 108:17 111:4 112:20 114:20,23,24 115:9, 12

**field** 6:13

**figure** 91:23

**figuring** 14:17

**file** 74:2

**filed** 74:6

**final** 14:17

**finance** 12:25

**financial** 24:18, 20 25:9

**find** 104:5,17 107:18,19,20

**finding** 68:22,23 85:14 86:4

**fine** 49:13 75:5

**finished** 42:23 97:1

**fireplace** 28:21 72:5

**firm** 80:21 81:1,4

**fitting** 22:18 39:15 64:18,19

**fittings** 22:10,11, 12 42:2 65:6 66:25 68:15

**flood** 25:5

**flooded** 48:3 99:25

**flooring** 109:1

**floors** 65:1

**Florida** 104:6,10

**focus** 85:2

**Foley** 5:16 10:3 12:23 13:15

**follow-up** 72:12, 17

**foot** 39:11

**foot-long** 41:24

**form** 14:19 18:11 21:25 30:9,17 31:5 32:23 38:19 39:7 55:11 58:21 75:15 81:24 84:23 93:6 96:4,9,12,18 98:9 100:22 108:17 114:2

**formalized** 81:11

**forward** 101:22

**forwarding** 105:11

**found** 39:5 44:14, 16 58:1,2 67:8,21, 22 97:19 104:7 111:2 113:13

**four-foot** 42:24, 25

**frame** 58:23 59:22 76:19 82:13 97:10

**framing** 73:16,18

**free** 68:1 105:25

**front** 5:25

**frustrated** 70:14

**full** 5:12

**furniture** 108:25

**future** 40:24

**G**

**gallon** 62:20

**garage** 33:11 37:11 45:7 46:5,7,9, 24 47:4,7,9 48:3,4 49:2,20 52:1,4,25 54:18,22 62:3,11,16 67:19 99:16

**gathered** 61:13

**gave** 23:19 28:21 37:16 40:19 42:10 65:24 66:16,18 70:5 72:20

**Gene** 99:12 100:2

**general** 33:9 85:17

**generally** 8:19 13:14 48:24 87:16

**gentleman** 63:10,21 110:7

**give** 6:16 15:9 22:3 32:16 76:11 79:17 109:15,16 114:10

**giving** 7:11 91:24

**God** 37:15 49:22 54:20

**good** 5:7,8 29:1 31:11 33:15 36:22 51:17 84:12

**Goodness** 73:18

**Googled** 9:19 59:9

**Gotcha** 11:8 43:16 48:18

**graduate** 10:20

**great** 44:22 88:4

**ground** 5:20

**group** 102:2

**guess** 5:21 15:8 18:5 32:25 46:18 52:20 73:20 75:4

**guessing** 13:10 18:17 22:9 71:9

**guides** 22:6

**guy** 12:4 57:12,13 100:9

**H**

**half** 66:20,21

**halfway** 23:11 40:2 111:23

**hand** 15:24 16:2 22:22 52:14,15 55:14 110:23

**handing** 23:3

**handwritten** 71:5,6 74:11

**happen** 58:20 64:4

**happened** 39:2 41:3 44:20 49:19,22 59:2 61:3 67:17 70:15 73:6 96:8 101:21

LINDA BOYD

**happening** 47:8 55:3 57:15,17 82:12 105:23

**happy** 105:5

**hard** 44:12 49:6 70:16

**hardship** 24:18, 24

**Harley-davidson** 62:11

**harm** 24:20

**hazards** 32:20

**head** 6:20

**heading** 16:20

**hear** 36:15

**heard** 18:15 21:9 54:19 82:11

**hearing** 45:3

**heat** 64:24,25

**heater** 33:8,22 34:12 44:17 45:11, 16,19 47:14,18 48:14,21,24 49:17 54:9 62:6 72:6 76:24 99:9

**held** 74:16

**helped** 63:12

**high** 10:20

**higher** 55:15

**highest** 23:18

**hire** 18:1 113:17

**hired** 18:6 25:21 26:4

**history** 80:23

**hit** 48:4 62:7

**home** 9:14,18 12:17,19,22 13:17, 23 14:6,14,18 15:3, 5,11 18:3,10,14,20 19:3,7 20:22 21:3, 18,22,24 22:11,13

24:7,23 25:6,7,23 29:8 30:4,6,8,16,23 31:4,11 33:7,8,13 36:10,13 40:9 42:20 44:25 46:1 52:1 55:5 62:5 64:24 65:8 67:18,24 68:5, 24 69:20,21 70:15 71:16,19 76:20 77:12 79:12 84:1 88:2,6,8 89:24 93:1 96:17 99:13,25 100:10,17,19,25 113:21 114:7

**homeowner** 27:9 33:25 70:9 82:9

**homeowner's** 74:6 80:5 107:23 108:11,24

**homeowners** 33:1 74:3,4

**homes** 12:24 13:5,7,10 14:24 15:6 18:7 19:15 20:14 21:7 22:3 26:4 27:7 28:20 31:10 68:21 69:3, 15,19 73:24 74:10, 16,20 75:22 101:25 102:13,18,21 104:25 107:13,17 114:10

**honestly** 71:13 105:4

**hot** 44:17 45:11,15 47:14 54:8 56:17 62:6 65:1 99:9

**hot-water** 45:6,9 48:15 54:20 55:13

**hot-water-heater** 72:6

**hour** 40:10 49:24 57:7

**hours** 25:6

**house** 13:1 14:23 27:10 28:20 37:9

52:2 60:15,25 64:3 82:12 99:22 115:6

**houses** 82:13 88:10

**hundred** 53:10 70:2 106:8

**husband** 37:14 40:21 41:15 43:6 49:21 50:16 51:5 55:4 56:16 57:11 60:8 65:20 87:22 93:1 101:21 107:24 108:2

**husband's** 10:11

**I**

**idea** 18:8 19:4 21:17,21 22:12 32:9 33:21 43:5 47:25 48:20 53:7 59:20 60:22 91:11 92:14, 22

**identification** 16:5 23:2 35:7 76:9 77:23 88:21 90:9 92:8 93:19 95:3 102:10 109:19 110:22

**identified** 57:22 115:1

**identify** 39:19 81:16

**implied** 9:11

**incentives** 13:1

**inch** 56:8

**inches** 48:20 55:15

**incidences** 51:6 60:12

**incident** 43:20 44:24 51:7 54:17 62:4 64:16 74:21 75:12 77:15 84:5,8

**incidents** 82:21

**include** 94:3 112:10

**included** 94:11, 17 103:7,11,15

**including** 6:5 81:17

**Incorporated** 11:10

**incorrect** 27:12, 16 28:4

**independent** 21:1 37:1

**indicating** 45:4, 5 49:15 54:19

**indication** 115:7

**indirectly** 114:1, 6

**individuals** 17:9 82:20

**inform** 28:13 115:4

**information** 9:20 22:3 58:6 59:9 78:14 85:17 88:14 104:3 105:12 110:14

**informed** 26:12 47:13

**initially** 113:21 114:7

**initiated** 95:14 97:5

**initiation** 96:20 110:1

**injured** 24:11

**injuries** 24:14

**input** 14:16 15:9 20:3 22:12,16 113:20

**Inquisition** 7:6

**inquisitive**

84:10

**insert** 72:5

**inspect** 26:11 41:14

**inspection** 76:20 77:12 88:3

**inspector** 98:17

**install** 18:2 25:22 27:22

**installation** 22:6 79:10

**installed** 12:15 15:5 21:24 33:8,13 34:19 43:10 56:20 79:11 100:20 101:6 114:7 115:6

**installing** 18:19 21:20

**instance** 46:22 51:21 86:2 100:19

**instances** 100:24 101:4

**instructions** 37:16

**insulation** 38:1 41:17,19

**insurance** 11:11,16,17 74:6 79:18 80:3,5,9 81:19 103:6 106:11 107:23

**insurer** 105:15

**inter** 23:17

**interchangeably** 8:24

**interested** 14:15

**interject** 17:8

**internal** 88:24

**Internet** 9:19,23 59:7 80:20

**interrogatories** 78:7,9,20,24

LINDA BOYD

January 11, 2017
Index: interrogatory..manufactures

**interrogatory** 77:20

**investigation** 58:15

**invoice** 36:5 40:2 44:6 53:21 57:7 66:5,8 76:13 77:7 86:18

**invoices** 35:25

**involved** 9:16

**issue** 12:18 23:16 27:7 58:2 72:24 74:13

**issues** 9:24 15:22 25:3,11 60:11 65:6, 10 69:25 70:5 71:23 74:7 75:23 81:22 83:23 99:7,18 101:2 102:22 115:5

**item** 103:22

**items** 66:25

---

**J**

**James** 17:16,17

**January** 102:15

**jet** 45:7

**job** 6:16 11:11

**John** 110:8

**Joy** 5:14

**judge** 5:25

**judgment** 30:1, 15

**Judy** 17:17

**junior** 10:22 11:2

---

**K**

**keeping** 61:9

**Kelly** 17:18 99:12 100:2

**Kelly's** 100:10, 17,25

**Kimberly** 17:16

**kind** 10:21 13:2 25:2 32:25 41:19 49:13 50:6 59:10 60:14 74:18 80:4,9, 10,22 81:6,13,20 82:3 94:1 99:17 105:22 108:9

**kinds** 76:1 101:2

**kitchen** 37:10 47:2

**knew** 13:7 67:13 72:24

**knowing** 32:13 37:15 48:11 57:16 60:15 73:21 100:16

**knowledge** 17:2 31:11 33:9,25 34:12 65:10 78:15 84:3 88:17 91:17 93:4,25 112:9

**knowledgeable** 63:11,13

---

**L**

**labeled** 76:13

**labels** 94:24

**laid** 70:17

**Lamar** 25:14 63:21 64:6,14 82:24 83:12 84:6,13 88:9 99:14

**Lamar's** 99:13

**language** 79:20

**large** 22:20

**laundry** 39:1

**law** 80:21 81:4

**lawsuit** 8:6 9:5, 17 80:19 81:14 82:2

**lawsuits** 80:24 81:17

**lawyers** 35:15

**leak** 9:18 21:12 26:11,16 36:24 39:18 42:21 45:21, 25 46:4,24 52:2 53:1 58:7,13,25 59:2,18,21 62:4 64:20 69:15 74:9 95:20

**leaked** 9:14

**leaking** 26:14 39:10,24 50:13 54:9 55:15

**leaks** 15:16,22 24:22 26:9,15 29:7 35:2 54:10 59:10 76:1 87:1,4 88:6,8 106:24

**learn** 104:2

**learned** 70:12 104:15

**led** 54:15 60:3

**left** 48:4 53:2 61:5 62:7 65:20 67:24

**legal** 24:16 27:4 30:18 31:6 32:5 79:19

**legs** 69:6

**length** 55:14 75:16 112:11

**lengths** 61:17 111:24 112:3,6,10 113:2

**letter** 15:15 70:6, 8,20 71:17 72:11 73:1 74:11,25 75:8, 19 95:10,11 97:21 98:2,6 101:11 102:12,17,25 103:7, 11 105:1,13 107:5 109:20,25 110:4,13, 16 111:14 112:24 113:1,9

**letterhead** 109:21 111:8

**letters** 17:15

**liability** 9:11 70:18 74:15 103:6 106:9

**licensed** 11:9 25:21 26:4

**life** 7:10

**lifted** 41:19

**Linda** 5:1,14 106:12 112:21

**list** 16:21 17:15 82:19

**listed** 16:24 66:12 104:10 111:22

**listing** 111:23

**literature** 32:25 114:11

**litigation** 77:12 88:24 93:17

**live** 10:3,17

**lived** 63:21,22

**lives** 99:12

**living** 13:22

**LLC** 36:10 103:25 104:3

**load** 37:5 38:25

**located** 33:11

**location** 55:9

**long** 10:13 14:21 31:18 40:8 47:25 48:1 61:21 62:16 65:19 67:25

**longer** 50:9 55:16

**looked** 7:25 13:22 37:7,12 38:10 39:10 43:19 48:9 49:20 50:14 59:11 72:3 73:12 80:15 90:22 93:2,10 107:5 111:9

**lookout** 83:24

**loss** 26:23

**lot** 8:11 11:16 67:13,20

**Lowe's** 43:7 62:20

**luck** 64:15

---

**M**

**machine** 37:6,7

**made** 9:8 27:3 30:22 73:2 80:4,9 81:17,18,20 82:3 97:6 101:13

**Magnolia** 13:15

**mail** 85:19

**mailing** 113:5

**make** 5:22 6:15 22:17 25:8 30:5 41:16 45:12 46:14 65:16 68:3 71:9 82:7

**makes** 29:2 89:9 91:1 97:3 109:5

**making** 30:7 107:22

**Malone** 102:25 103:7 104:4

**manager** 69:23

**Mansion** 63:23

**manufacture** 8:6 32:1

**manufactured** 32:11

**manufacturer** 34:5

**manufacturers** 8:15

**manufactures** 23:15

LINDA BOYD

January 11, 2017
Index: March..office

**March** 36:5 41:7 46:1,15 50:22 56:4 57:20 58:7 87:5 112:12

**mark** 22:24 35:4,5 76:7 77:21 88:19 92:6 93:15 94:22 110:20

**marked** 16:5 23:2 35:7,9 36:3 40:1 76:9,13 77:23 86:11,19 88:21 90:9 92:8 93:19 94:23 95:3 102:10 109:19 110:22 111:13

**marking** 16:2 90:6 102:4 109:17

**markings** 102:6

**marriage** 11:25

**married** 10:9,13 12:12

**mat** 90:19

**match** 95:18

**material** 19:22 42:13 51:4,10,16,17 67:16

**materials** 8:6 19:1,6,16 21:2 42:12 51:1 53:8 60:23 62:19 72:9 88:16 114:11

**matter** 101:4

**Mcatee** 110:8,10

**Mccoy** 17:18

**Mcmahon** 17:17

**Medders** 17:17

**Medical** 11:18,20

**medications** 7:9

**member** 101:14

**memorialize** 87:1

**memory** 37:1 111:19

**mention** 46:18 63:4 80:21

**mentioned** 25:10 58:19 64:6 65:9 67:10 69:13 82:23 102:18 103:24

**mentions** 76:12

**met** 5:10 17:1,13, 20

**meter** 37:17,24

**Michael** 17:16

**Mid-morning** 55:1

**middle** 13:2 31:19 97:16 101:20

**middle-sized** 13:18

**mildewed** 41:18

**mind** 25:2

**mine** 34:1 59:4

**Minette** 11:1 12:7

**minute** 5:10 85:2

**minutes** 37:21 48:2,6

**misrepresentat ions** 26:25 27:2,6 28:14,16

**mistake** 105:21

**mistaken** 29:14 68:15 105:19

**moment** 32:16 79:6 87:15 93:12 105:9

**money** 25:2 80:14 82:8,15

**Monica** 17:16

**Monroe** 68:25 104:17,21,22 105:20 113:16,17

**Monroe's** 18:1, 9,15,19 19:14 20:14 70:19 103:24 104:2, 14

**month** 54:16 75:11,13 95:13

**months** 44:25 50:23 59:4 100:14

**morning** 5:7,8 7:16 15:19 55:1

**move** 14:1 28:24 60:20 84:25 87:9 101:22 106:16 114:18

**moved** 18:14 33:16 63:22 99:22

**moving** 24:1 53:16

**multiple** 18:23

**my-pipes-are-leaking** 58:2

**N**

**nail** 96:5

**named** 9:4

**names** 25:17 82:19

**narrative** 54:3 114:21

**narrow** 49:12

**nasty** 105:4

**needed** 69:25 74:12 103:2

**negligence** 9:12

**neighbor** 36:16, 17,20 58:17,18 64:10,12 73:9 82:25 83:4

**neighbor's** 51:6,7 58:11

**neighborhood** 13:13 25:11 55:7

56:14 57:18 72:25

**neighbors** 25:4, 16,17 63:17,20 67:9 74:3 84:10

**next-door** 82:25 83:4

**NIBCO** 5:10 8:5, 9,10,20 9:5,8,14,22 20:15,17 21:10,18 22:7 23:15,23 27:2, 11,13,17,20,23 28:2,4,6,9 29:4,8,12 30:4,7,15 31:13,24 32:10,20,22 41:4,8 51:7 57:22 59:10,14 61:7,12 62:1 63:4 65:6 67:6,10,11,14, 17 70:13 78:10 79:10 80:10 82:6 84:14,17 85:1,3 86:2 87:7,16 88:1,6, 25 91:25 94:3,5,11 96:6,11,16 97:11,21 101:12 105:11,13, 14 107:7,19 112:3, 6,10,24 113:25 114:5,11,14,25 115:4

**NIBCO's** 22:4 23:16 59:8 107:3 109:20

**nice** 33:1 114:8,15

**nodding** 6:20

**nonresponsive** 114:19

**notice** 16:7,16

**November** 66:5 75:24 85:12 95:15 96:21 97:7 101:20

**number** 31:19 35:16,20 37:20 53:18 76:13,15 79:8,16,21,25 81:16,20 82:18 84:25 85:14 90:22 94:24 104:5 107:16

**numbered** 23:11

**numbers** 93:21

**O**

**oath** 5:24 69:11 109:12

**Object** 14:19 18:11 21:25 30:9,17 31:5 32:23 38:19 39:7 55:11 58:21 75:15 81:24 84:23 93:6 96:4,9,12,18 98:9 100:22 108:17 114:2

**objection** 19:18 20:5,23 24:16 27:4, 25 28:5,17 32:5,12 47:19 48:22 49:10 54:5 56:10 61:19 67:2 77:2 79:23 80:11 83:11 85:6 86:3 87:9 91:3,14, 22 101:16 104:19 107:8,15,25

**observe** 37:22

**obstructions** 68:1

**occasion** 37:4

**occasions** 26:8, 12 64:1 67:11

**occupancy** 103:14

**occur** 97:8

**occurred** 59:16

**occurring** 87:4 96:7,17

**October** 53:22 56:5 57:21 59:18 62:4 69:15 95:19 112:13

**off-the-record** 77:5

**offer** 81:13

**office** 69:20,21

LINDA BOYD

**omissions** 26:24 28:14,15

**One-story** 14:6

**online** 67:8

**open** 45:3 47:3 53:2 54:18 99:16

**opened** 37:25 46:22 47:7 49:20

**opening** 89:15

**operation** 12:10

**opinion** 42:21 60:9 63:15 65:13

**opportunity** 18:22 115:11

**opposed** 26:16

**opposite** 55:12

**option** 18:21 108:10

**options** 15:17 107:21 108:6

**original** 19:2 32:1

**originally** 19:7

**originating** 55:10

**Orthopaedics** 11:15

**overstressed** 98:8

**owned** 11:9

**owner** 68:6,7 100:2

---

**P**

**packaged** 107:10

**packet** 72:2,3

**packets** 115:8

**pages** 24:2 32:14 102:5 103:21

104:11 106:21

**paid** 53:14 62:23 66:14,21 77:7

**paint** 62:20 63:2

**painted** 43:1 52:15 62:11

**painting** 43:13, 15

**panicked** 37:20

**paperwork** 28:23 71:21 72:6,7 73:12 74:14

**par** 21:5

**paragraph** 23:10 24:5,9 25:19 26:6,22 28:10,11 29:2,3,25 31:19 32:18

**paragraphs** 26:8 71:7

**parked** 36:21

**part** 15:15 16:19 66:23 77:11 80:18 81:14 93:16 98:15 107:3

**pay** 77:8 108:7

**paying** 31:12

**payment** 81:13

**payments** 82:6

**peace** 25:2

**peeled** 52:4,8

**pending** 106:3, 14

**people** 6:13 16:19,21,23 17:2, 14,19 25:10,12 82:23 84:12 88:25 105:14

**Peperno** 17:18

**percent** 70:2 106:8

**Perry** 70:3 71:7 74:12

**person** 63:4 83:2 94:2

**person's** 63:7

**personally** 12:10 68:8 100:3

**PEX** 8:11,16,19, 20,21 9:14 19:6,16, 21,25 20:15,18 23:16,17,18 26:25 30:1 31:24 32:10,20 40:3 54:8 57:22 61:7 79:10 88:8

**phase** 13:19,20

**phone** 37:20 71:20 72:12,14,17 73:1,7 92:2 104:5 105:5 110:10

**photo** 89:18,23 92:9

**photograph** 92:12

**photographed** 87:16

**photographing** 87:14

**photos** 87:15 88:1,18 91:21 92:25 93:2

**pick** 14:24

**picked** 13:2 51:18

**picking** 42:12

**picture** 89:16 90:16

**pictures** 86:25 87:6,23 90:16

**piece** 21:14 41:1, 24 42:4,25 43:2,13 50:9,15 89:3,5 90:1, 14,23

**pieces** 22:21 33:25 41:10,12 90:23,25 91:2

**pinhole** 26:16 39:21 40:3

**pipe** 9:2 21:14,16 38:2 39:6,9,15,19 40:3,11,14,17 41:1, 4,7,9,24 42:1,4 45:5,17 48:10,12, 13,15,17,21 50:7, 10,14,15 51:7 55:22 56:25 59:12,15 61:4,13 63:24 64:16 67:12,14 83:23 84:16,19,21,22 85:4,13 86:24 89:15 90:1,14,23 92:10,15 94:6,10 95:10 96:6 99:20 107:10 112:3, 6,10,11 114:16

**pipes** 42:5 59:10 87:17 93:3 95:21,23 96:10 99:2,25 110:2

**piping** 8:24 60:24 64:25 65:11 66:24 67:20 68:10 70:13 87:6,7 94:3 108:23 109:2 113:2,16,17

**Place** 13:15

**places** 104:6

**plaintiff** 9:5 24:11 25:20,21 26:10,12,23 28:13

**Plaintiffs** 29:25

**plastic** 8:12

**plate** 71:14

**plumber** 15:20 18:1 21:12,21,23 26:10,12 38:6 40:8, 12,14 50:18 51:9 68:23,24 74:15 86:4 103:3,4,24

**plumbers** 18:18, 23

**plumbing** 8:6,13 12:14,15 15:5,10,14 18:2,9,15,19,20 19:2,3,6,14,17,22 20:4,14,21 21:2,18,

24 22:13 25:22 30:5,23 31:2,3 33:6 41:14 64:25 67:22 68:23 69:25 70:19 71:18 72:9 74:7 75:24 77:15,16 82:4 83:23 84:1 88:15 100:21 102:22 103:25 104:3,14 105:20 108:21,22 113:21 114:1,6 115:2,5

**point** 6:24 57:19 61:6,13 69:19 74:10 75:13 98:8 99:14,20 113:18

**pointing** 89:13

**positioning** 55:9

**possession** 79:12

**possibly** 50:19 69:23 110:5

**potential** 32:19

**potentially** 106:23 107:14

**preparation** 7:15,18

**prepare** 6:4 7:15

**prepared** 25:1 71:3

**present** 92:24

**presented** 15:18

**pressure** 76:24 98:18,20 101:8

**pretty** 59:5 91:5 95:9

**prevent** 7:11

**previous** 11:25 26:8 45:25 55:13 92:20

**previously** 16:12 107:6

LINDA BOYD

**prior** 18:9 45:21
57:21 79:12 96:21
105:12

**privilege** 87:10

**problem** 6:8
40:24 49:6 50:11,18
73:10 77:16 115:2

**problems** 34:23
100:21 107:14

**procedure**
60:15

**proceeded**
39:13 68:18

**proceeds** 79:19

**process** 5:22
14:13,16 23:19
60:16 63:14 68:17
107:4,19

**processing**
11:17

**produced** 27:18
35:25 75:20 88:23
106:25

**product** 20:21
27:8,16,23 28:23
30:6 31:11 33:2
68:4,9 113:25 114:1

**production**
102:5

**products** 22:4
23:16 26:25 27:12
28:4 30:2,4,16 31:2,
24 32:10,21 67:6,17
79:11,13 80:10 88:1
114:7,13,14 115:5,6

**professional**
25:21 26:4

**prompted** 113:1

**property** 14:15
80:3 81:19

**proud** 52:14

**provide** 107:7
110:14 113:25
114:25

**pull** 35:3 47:20
64:21

**pulled** 41:17 42:7
84:16

**pump** 33:19

**purchase** 12:22
63:1

**purchased**
79:13

**purchasing**
79:10

**purpose** 92:1

**put** 31:11 42:4,5
50:17 51:15 70:4
94:14 98:19 102:2
105:22 113:21

**putting** 51:4

**Q**

**qualifications**
18:9

**quality** 23:18
27:15

**quantity** 111:24

**question** 6:14,24
14:21 17:25 21:20
30:11,19 33:15 34:2
64:23 74:5 79:9,17,
18,21 83:13 85:8
106:3,14 114:22,23

**questioned**
98:25

**questioning**
51:8

**questions** 6:3
7:12 8:4 20:15,21
60:8 78:7,10
112:17,21

**quick** 69:4

**quickly** 35:3

**quote** 23:19 24:10
25:20 26:7,13,22

31:23 97:18

**quotes** 18:23

**R**

**R-A-H-U** 51:13

**R-E-A-H-U**
68:11

**radiant** 64:24

**rambling** 14:21

**range** 13:16 61:17

**Ray** 17:17 68:6,7

**re-ask** 114:23

**re-plumb** 44:22
27:10 54:11 60:7,15
63:8,12 64:3 66:24
68:5,8 82:9,11 86:7
95:22 96:2,7,10,17,
22,24 97:5,7 101:19
108:7,11

**re-plumbed**
99:22

**re-plumbing**
63:4,16 65:14,17
66:8 73:3 75:24
80:15 100:9

**reach** 73:11 74:1
103:2 109:7

**reached** 74:9
75:12 80:24 85:12
96:16

**reaching** 70:11
86:1,5

**reaction** 98:1

**read** 23:14,21
24:10,12 44:12,15
54:2,6,12 58:3
80:23 97:18 98:6,
11,25 101:10
115:12

**reading** 54:2
79:25

**ready** 45:1

**realize** 69:11
109:12

**realizing** 58:18

**reason** 6:19
19:24 20:19,20 40:5
63:13 92:18

**reasoning** 68:19
86:1

**recall** 7:24 26:15,
17 36:24 39:23
41:21 54:14 55:22
58:23 59:9 63:6,9
75:16 85:9 87:19
90:16 92:17 94:9
101:13,18 103:16
105:2,13 110:12,17
111:21

**receipt** 104:25

**receipts** 8:1

**receive** 114:5

**received** 35:9
80:13 93:17 102:6,
20 105:11 113:6

**receiving** 97:21
102:24

**receptionist**
69:22 72:19

**Recess** 69:7
109:9

**recirculation**
33:19

**recognize** 66:7
76:17 78:2,5 88:22,
25 90:11,13 95:4,7
109:22,24 110:23
111:1

**recollection**
29:13 80:19 83:9
84:20 89:20 95:18
96:15 97:24 107:6
112:5

**recommended**
63:18,25

**record** 5:13 6:16
7:8 16:1 23:14 54:3
69:6,10 76:12 77:3
109:8,11 110:4

**records** 71:10

**recourses** 74:1

**red** 55:24 111:24

**refer** 36:3 105:25

**reference** 29:2

**referring** 8:9,19,
20 17:9 103:24

**refinish** 52:12,13

**refinished** 52:4,
6,11

**refinishing**
52:17

**refresh** 111:19

**regard** 84:6

**REHAU** 51:12
60:24 68:10

**reimbursed**
86:7

**related** 22:7
65:11 74:6 77:14
80:10 81:22 102:3

**relates** 77:11

**relating** 24:6
106:23

**relation** 46:3
48:13 96:7,17

**release** 34:17,21,
24 76:24

**relied** 29:25 31:10

**relief** 98:19,20
101:8

**rely** 30:7,14 31:1

**relying** 38:6

**remember** 21:13
36:18 44:24 49:6
63:7,13 64:11 72:16
85:5 89:21 96:3

LINDA BOYD

January 11, 2017
Index: reminds..slipped

97:21 110:1,7,15

**reminds** 64:22

**removed** 40:17
41:6 55:23 57:1
61:4,7 66:24 67:1,
18 84:22 88:2 90:1,
4 93:5 95:24

**renting** 13:25

**repaint** 62:14

**repainted** 43:9
62:9,12

**repair** 21:11 37:4
39:13 41:21 42:13,
14,17 46:16 50:24
51:2 57:20 60:21,23
73:8 87:18 89:5
90:2 91:13 95:21
107:10 112:7

**repaired** 12:15

**repairs** 8:1 24:22
41:10 53:8 56:4
62:3 64:1 80:15
82:9 86:7 89:4
92:15,23 95:25 96:1
100:4,16 108:8
112:11

**repetitive** 20:9

**rephrase** 6:25
114:4

**replace** 39:11
63:24 64:21 108:23
109:2

**replaced** 50:4,8
54:9,10 67:4 76:23
108:24,25

**report** 95:15

**reported** 88:5

**reporter** 6:2,11
17:5

**represent** 5:9
8:5 35:24 88:23

**representation**
81:7

**representative**
60:7 87:7

**representative
s** 28:13

**represented**
28:3

**representing**
81:2

**reputation** 13:6

**request** 67:5
81:21

**required** 98:17

**research** 21:1
57:22

**researched**
9:23 80:22

**researching**
9:19 12:23 58:9
59:6 80:20

**respond** 74:23
78:19 79:20 101:17
111:4

**response** 6:18
27:20 50:20 70:7
71:25 74:19 75:9,14
79:9,21 95:11 97:21
98:2,13 101:11
102:24 105:12
107:5,13 110:15
111:13 113:5,8
114:21

**responsibility**
98:5 105:6

**responsible**
69:2 74:17

**result** 24:10
26:14,24

**resultant** 26:11

**resulted** 107:5

**retained** 110:3

**retaining** 86:24

**return** 94:16
111:17,23 112:25

**returned** 112:10

**returning** 112:3

**reveal** 87:12

**review** 23:23
103:23 115:11

**reviewed** 23:8

**right-hand**
35:15

**rings** 106:5

**road** 65:21

**Robert** 17:18

**rolled** 100:7

**room** 37:8,9,11
45:20 46:2,5,8,11,
15,16,22 47:2,3

**rug** 90:20 92:10

**rules** 5:20

**running** 56:24

**runs** 33:21

**Rustoleum**
52:15

**S**

**saddened** 70:15

**safety** 94:2

**sale** 32:1

**sales** 23:16,23

**Sanctuary** 5:16
63:23

**sanded** 52:14,15,
20

**Sarah** 17:18

**save** 43:21

**saved** 50:16

**school** 10:20
25:13

**searched** 58:1

**second-to-the-
last** 36:4

**section** 50:5,7
61:4 94:19

**sections** 61:6,
12,16

**seek** 65:13

**selected** 15:3
19:22,25 42:13 51:2
61:1

**selecting** 30:15
113:20

**selection** 20:21

**self-employed**
12:4

**sells** 23:16

**send** 62:1 74:13
87:8 94:7 113:2

**sending** 27:19
85:19 96:10

**sense** 97:3 109:5

**sentence** 27:1

**separate** 64:5
77:14

**separately**
103:18

**September** 44:6
46:23 56:5 57:21
58:9,14,24 59:17
75:11 89:8 112:12

**sequence** 73:5
96:5

**series** 24:6

**service** 37:4
44:13 54:4 85:15

**Services** 35:25
36:10,13 44:6 53:22
57:10 66:4 76:11,14

**set** 17:4 33:5 77:19
86:9 93:12 94:21

**settings** 34:3,5,
6,11

**shaking** 6:19

**sheet** 74:15 94:1

**sheetrock** 42:23
43:1,3,10,14

**sheetrocking**
53:4

**shelving** 52:3,6,
11 53:9

**shirking** 105:6

**short** 69:9 109:7,
12

**shorter** 61:23

**show** 50:12 91:7

**showed** 50:10
51:7 56:18 91:10
99:14

**showing** 90:14
111:12

**shut** 49:16

**side** 44:16 45:6,9,
15,17,18 48:4,18
49:2 54:20 55:12,
13,19 62:7 83:21

**sign** 81:6 115:11,
12

**signature** 78:14

**signed** 79:4

**similar** 50:6
58:18 92:10 111:8,
11

**similarly** 22:16

**simply** 83:19

**sit** 36:25

**sitting** 5:24 90:18

**situation** 25:7
108:11

**size** 55:22 56:1,6

**skill** 30:1,15

**slipped** 48:11

LINDA BOYD

**small** 99:8

**Sminkey** 17:17

**smoothly** 5:22

**snake** 45:4

**soaked** 54:22

**sold** 99:21

**sound** 45:4 56:8

**sounds** 72:11 74:19 89:25 105:18

**source** 67:10

**South** 10:6

**Spanish** 7:6

**speak** 5:2 69:25 107:18 113:17

**speaking** 73:9

**specialist** 85:16 109:25

**specific** 33:3 59:22

**specifically** 8:20 24:7 63:5 67:9 84:14

**speculative** 91:3 108:1

**spend** 25:1

**spent** 43:12 53:7 62:18

**spewing** 45:5,15 48:5 54:21

**splash** 39:1

**split** 21:16 26:13, 16 44:14,16 50:14 55:17 56:19,23 66:20 73:8 89:11,14 90:15

**Splitting** 65:12

**spoke** 7:17 28:6 64:9 68:7 69:22 108:2

**spoken** 27:13 28:8

**spot** 44:22

**spray** 46:23 47:8 48:7 49:12,13,14 55:3,9

**sprayed** 62:7

**spraying** 47:23 48:1 49:1,9

**spreading** 38:23

**sprinkler** 49:14

**square** 38:13

**squat** 68:22

**stack** 17:5

**stainless** 68:14

**stairwell** 37:25

**stamp** 91:5

**stamped** 51:7 84:17

**standing** 99:17

**stapler** 22:22

**stapling** 22:23

**started** 9:19 37:5 51:8,12 58:9 59:6 60:16 66:21 87:4 96:24

**starting** 24:5 51:5

**state** 5:12 11:9 79:11 108:3,13

**stated** 80:4

**statement** 26:22 94:15

**statements** 31:2

**states** 23:15 25:20 26:7 28:11 29:25 31:23 79:9 85:2

**stating** 78:14 97:17

**steel** 68:14

**stems** 106:9

**step** 71:14

**stepchildren** 10:16

**Stewart** 25:13 83:2,3,15,16 84:13, 15 88:5,9

**stop** 27:1 47:23 54:12

**stopped** 47:15 49:20

**Stores** 11:10

**straight** 48:16

**straight-up** 48:17

**stream** 49:12

**street** 25:4 63:23 67:16 82:13 84:19

**stretch** 69:6

**strike** 87:9 114:18

**study** 11:6

**stuff** 72:5

**subcontractor** 15:14 27:7

**subcontractors** 15:6

**subdivision** 12:24 13:9,20 88:10,12 101:1

**substance** 87:13

**substantially** 31:25

**substantiate** 53:12

**substantiating** 62:25

**success** 51:17 80:24

**suffered** 24:15, 21 26:23

**suggested** 63:8, 16

**suggesting** 88:15

**Summerdale** 104:6,9

**summertime** 58:22

**Sumter** 10:6

**superior** 23:20

**supper** 45:1

**supplied** 85:21

**surface** 38:17 52:21

**sustained** 31:24

**sworn** 5:2

**system** 25:22 33:7,19 34:15 101:8

**systems** 8:13

**T**

**tacked** 103:20

**taking** 6:2 7:9 79:12 92:18

**talk** 6:10 7:14,21 9:25 10:2 12:17 26:9,18 33:6 35:1 36:2 60:17 63:19,20 86:22 96:16 102:7 106:18 108:3 110:10

**talked** 17:1,13 25:10 55:21 56:16 63:10,17 76:1 80:3 86:23 87:2 92:15 100:3 112:12

**talking** 46:15 58:17 106:24

**tank** 34:3,14,16,18 98:24 99:6,8,19 100:20 101:1,6

**tanks** 98:16

**task** 22:23

**teacher** 25:13

**technician** 76:23

**telephone** 78:25

**telling** 105:5

**ten** 73:15,18

**ten-minute** 69:5

**ten-year** 73:14

**term** 8:11 15:8 39:23 42:3 64:18,19 73:14

**terminology** 8:4

**terms** 8:23 15:10, 20 18:19 42:19 50:7 87:14 100:25 105:22

**test** 34:21

**testified** 5:4

**testing** 27:19 41:5 85:3

**text** 44:11

**Thanksgiving** 96:25 97:2

**theirself** 98:4

**thermal** 98:23 99:5,18 101:1,6

**thing** 9:2 10:22 37:23 43:14 50:6,19 58:18 59:10 74:18 75:18,21 97:18

**things** 15:2,25 28:21 58:3 69:13 85:18 106:19

**thinking** 59:3 111:7

**thought** 39:10 46:21 48:10 52:18 64:2 71:13,15 94:14 98:3

LINDA BOYD

January 11, 2017
Index: thousand..wood

**thousand**
101:23

**three-bedroom**
14:4

**Three-by-three**
38:13

**three-quarter**
56:8

**time**  6:10 7:3
13:11 18:14 21:3,9,
17,22 23:7,23 28:11
29:7,9,11 31:23
36:12 38:24 39:2
40:9,18 42:23 49:23
50:2,7,17 51:3 53:6,
8 54:15,20,22,24
55:5,13 57:6,13,21
58:22 59:22 64:9
66:19 67:7 68:17
70:12 71:13 72:18,
20,22 73:1 75:9
76:19 78:3 79:17
82:13 84:7 90:2,15
94:2 97:10 98:6
101:19 102:8
109:21 112:18

**Time-line-wise**
97:4

**times**  27:9 57:14
107:16

**timing**  83:9

**today**  5:24 7:9,15,
22 16:8,15 36:25
76:2

**told**  27:11,15,23
28:2 38:6 39:12
49:24 52:16 63:25
67:15 68:9 70:3
72:19 73:10 74:12
84:21 94:3,15
101:21 108:7

**top**  16:19 17:9
31:12 36:7 44:9
53:24 66:2 76:13
111:13

**topic**  71:25

**tops**  65:20

**total**  25:5 66:11

**totally**  53:3

**touch**  97:10
104:14

**track**  35:17

**tracking**  45:13

**training**  21:23

**transcript**  6:4

**trashed**  67:20

**trial**  6:5

**trip**  36:10

**truck**  36:20

**true**  27:24 32:4
78:14

**truth**  5:3

**truthful**  7:11

**tube**  9:2 111:24

**tubing**  8:13,23
9:14 23:17,18 26:13
61:7 65:11 66:24
89:3,6 97:18 98:8
113:13

**turn**  23:10 24:2
25:19 43:23 47:17
56:17

**turned**  50:3 56:24

**Turning**  26:21

**turns**  48:16,17

**two-bath**  14:4

**two-foot**  61:21,
22

**type**  8:12 22:12,17
64:25 70:8 97:16

**typed-up**  79:3

**types**  22:11

---

**U**

**Uh-huh**  49:3,18
52:24 57:2 74:22
83:6 95:21 97:12

**underneath**
64:17 66:17

**understand**
5:23 6:6,23 8:12 9:4
30:11,19 31:7 45:16
46:25 78:6,21 81:25
82:1 85:8 96:13,19
98:10 109:3 112:1

**understanding**
21:6 28:1 77:10

**understood**  7:1

**unit**  52:3,6,11 53:9

**upset**  98:3

**utility**  37:8,9,11
45:20 46:2,5,7,8,11,
15,16,22 47:1,3

**utility-room**
45:2

---

**V**

**valve**  34:17,21,24
37:16 47:20 98:19,
20 101:9

**van**  83:21 84:11

**vast**  60:16

**vehicle**  83:20

**verbal**  6:18

**verbatim**  58:3

**verification**
78:13

**version**  79:3

**versus**  69:3

**video**  86:25 87:23
88:1

**Vincent**  25:14
63:21 64:6,9 82:24
83:12 84:16 99:13

**visibly**  56:19

**visit**  40:14 41:7
57:10 60:3,22

---

**W**

**wait**  6:15

**walk**  5:21

**walked**  47:6 84:9
99:6

**wall**  46:6 48:16
54:23 62:7,16 67:24
76:25

**Walmart**  11:10

**wanted**  15:10
31:15 39:12 45:12
46:14 65:21 68:8
69:1 92:3 97:13
112:15

**wanting**  12:25

**warn**  32:19

**warned**  32:22
71:24

**warning**  113:24
114:13

**warranties**  9:11
22:7

**warrants**  23:15

**warranty**  15:17
28:21 29:3,4,5,8,12
33:1 68:18,22 69:1
70:9 71:15,18,19,22
73:13 74:17 81:17,
21 103:2 105:6

**wash**  37:5

**washer**  46:11

**washing**  37:5,6

**watching**  12:9

**water**  9:2 26:11,
13 33:8,22 34:12
37:17,24 38:11,18
39:1 44:17 45:10,
11,16,19 47:14,15,
17 48:14,21,24
49:16,21,24 50:3
54:8 55:5 56:17,24
62:6 65:1 76:23,24
99:9

**water-heater**
33:19 34:15

**ways**  28:25 29:1

**website**  58:1
80:22 85:14

**week**  59:20 72:21
95:19 96:24

**weekend**  64:9
84:8

**weeks**  16:13,14
29:20 59:21 75:17
96:25 97:8,25 107:1

**Weslander**  5:6,
9 17:11,12 31:22
35:11,13 69:4,8
77:4,6,24 78:1
86:13,15,17,20,21
106:16,17 109:6,10
111:6 113:7,24
114:2,18,21 115:10

**wet**  37:8 38:1,21
42:9,24 52:3,8 62:6

**whatsoever**
115:1

**white**  52:15

**whomever**
69:24

**wide**  49:13

**wiggle**  98:4

**window**  100:8

**witnesses**  6:9

**wondered**  85:23

**wood**  52:21

LINDA BOYD

**word** 54:4

**words** 9:10
108:24

**work** 14:13,16
25:5 41:14,21 44:13
54:18 66:8,15,22
74:16 77:11

**worked** 11:10
66:9 70:16

**workers** 70:16

**working** 42:8

**worse** 25:5

**write** 78:23 94:15

**writing** 27:14
70:4 74:13 75:18

**writings** 58:3

**written** 78:7,10
81:10 102:20

**wrong** 82:14

**wrote** 70:17 72:12
80:21

———————————

**Y**

———————————

**yard** 54:17,18 64:8
84:9

**year** 71:18,19
73:13,21 74:17

**years** 10:14
11:11,12 24:23
59:24 73:15,19
82:10

**yes-or-no**
114:22