# EXHIBIT 23

 Alabama Secretary of State 

| Monroe's Value Plumbing, L.L.C. | |
|---|---|
| Entity ID Number | 451 - 686 |
| Entity Type | Domestic Limited Liability Company |
| Principal Address | SUMMERDALE, AL |
| Principal Mailing Address | Not Provided |
| Status | Dissolved |
| Dissolved Date | 9-9-2010 |
| Place of Formation | Baldwin County |
| Formation Date | 5-12-2004 |
| Registered Agent Name | MONROE, RUEL R |
| Registered Office Street Address | 20727 CO RD 36 SUMMERDALE, AL 36580 |
| Registered Office Mailing Address | Not Provided |
| Nature of Business | RETAIL PLUMBING SERVICES |
| Capital Authorized | |
| Capital Paid In | |
| **Members** | |
| Member Name | MONROE, RUEL R |
| Member Street Address | Not Provided |
| Member Mailing Address | Not Provided |
| Member Name | THORNTON, BRANDON |
| Member Street Address | Not Provided |
| Member Mailing Address | Not Provided |
| Member Name | PHILLIPS, BEN |
| Member Street Address | Not Provided |
| Member Mailing Address | Not Provided |
| **Scanned Documents** | |
| Purchase Document Copies | |

| Document Date / Type / Pages | 5-12-2004   Certificate of Formation   3 pgs. |
|---|---|
| Document Date / Type / Pages | 9-9-2010   Dissolution   1 pg. |
|  |  |

Browse Results    New Search