# EXHIBIT 24



### State of Alabama
### Plumbers and Gas Fitters Examining Board

Home | About Us | Contact | Board Members

- Board Members
- State Law
- Rules
- Online Profile
- Forms
- Business, Plumber or Gas Fitter Lookup
- Medical Gas
- Board Minutes
- Board Meetings
- Requirements & Fees
- Territories
- What's Happening?
- Exams
- Disciplinary Actions

## Inquiry Details

**MONROE, RUEL**
PACE, FL 32571
**District:** OUT OF ST

**Employer Information:**
N/A
None Selected

**Primary Class: MP**
Current Through Dec. 31 of **2009**
Card Number: **489**

**Secondary Class: JG**
Current Through Dec. 31 of **2009**
Card Number: **244**
Initial Issue Date: **3/10/1993**