# EXHIBIT 27

RAY SMINKEY                                    December 20, 2016

```
 1              IN THE UNITED STATES DISTRICT COURT
                     DISTRICT OF NEW JERSEY
 2

    KIMBERLY COLE, ALAN COLE,    )
 3  JAMES MONICA, LINDA BOYD,    )
    MICHAEL MCMAHAN, RAY          )
 4  SMINKEY, JAMES MEDDRES,      )
    JUDY MEDDERS, ROBERT          )
 5  PEPERNO, SARAH PEPERNO, AND)
    KELLY MCCOY, ON BEHALF OF   )
 6  THEMSELVES AND ALL OTHERS   )
    SIMILARLY SITUATED,          )
 7                                )
              Plaintiffs,         )
 8                                )
              vs.                )CASE NO. 13-CV-07871-FLW-TJB
 9                                )
    NIBCO, INC.,                 )
10                                )
              Defendant.          )
11

12              DEPOSITION OF RAY SMINKEY

13         TAKEN ON BEHALF OF THE DEFENDANT

14          ON December 20, 2016, at 8:30 a.m.

15              IN LAWTON, OKLAHOMA

16

17         REPORTED BY DEBRA GARVER, CSR, RPR

18

19

20

21

22

23

24

25
```

RAY SMINKEY                                                December 20, 2016

Page 2

```
 1             A P P E A R A N C E S
 2
 3   FOR THE PLAINTIFFS:
     (via teleconference)
 4
           RACHEL E. STEPHENS
 5         Attorney at Law
           LATHROP & GAGE, LLP
 6         2345 Grand Blvd., Ste. 2400
           Kansas City, MO  64108
 7         (816)292-2000
           rstephens@lathropgage.com
 8
     FOR THE DEFENDANT:
 9   (via teleconference)
10         KYLE SHAMBERG
           Attorney at Law
11         Lite Depalma Greenberg, LLC
           570 Broad Street, Suite 1202
12         Newark, NJ  07102
           (973) 623-3000
13         kshamberg@litedepalma.com
14
15                   * * * * *
16
17
18
19
20
21
22
23
24
25
```

Page 3

```
 1             C O N T E N T S
 2                                      PAGE
 3   Appearances . . . . . . . . . . . . .  2
 4   Stipulations  . . . . . . . . . . . .  4
 5   RAY SMINKEY
 6   Examination By Ms. Stephens . . . . . .  5
 7   Jurat . . . . . . . . . . . . . . . . .63
 8   Errata Sheet  . . . . . . . . . . . . .64
 9   Reporter's Certificate  . . . . . . . .65
10
11
12                 EXHIBITS
13   NO.     DESCRIPTION          IDENTIFIED
14   EXHIBIT NUMBER 1  Notice . . . . . . . . .  8
15   EXHIBIT NUMBER 2  Second Amendment Class  . . . 8
                       Action Complaint
16
     EXHIBIT NUMBER 3  Objections and Responses  . . 8
17                     to Interrogatories
18
19                   * * * * *
20
21
22
23
24
25
```
Appearances . . . . 2
Stipulations . . . . 4
RAY SMINKEY
Examination By Ms. Stephens . . . . 5
Jurat . . . . 63
Errata Sheet . . . . 64
Reporter's Certificate . . . . 65

Page 4

```
 1           S T I P U L A T I O N S
 2      It is hereby stipulated and agreed by and between
 3   the parties hereto that the deposition of RAY SMINKEY
 4   may be taken on behalf of the Defendant on December 20,
 5   2016, in Lawton, Oklahoma, by Debra Garver, Certified
 6   Shorthand Reporter within and for the State of Oklahoma,
 7   pursuant to Notice.
 8      It is further stipulated and agreed by and between
 9   the parties hereto that all objections except as to the
10   form of the question or the responsiveness of the answer
11   thereto made are reserved until the time of trial, at
12   which time they may be made with the same force and
13   effect as if made at the time of the taking of the
14   deposition.
15      It is further stipulated and agreed by and between
16   the parties hereto, that the time of filing of this
17   deposition is expressly waived.
18                   * * * * *
19
20
21
22
23
24
25
```

Page 5

```
 1           RAY SMINKEY,
 2   being duly sworn to tell the truth, testified as
 3   follows:
 4                 EXAMINATION
 5   BY MS. STEPHENS:
 6      Q.   Good morning, Mr. Sminkey.  My name is Rachel
 7   Stephens.  I'm an attorney representing NIBCO in this
 8   matter for the defendant.
 9      I'm going to be asking some questions today.  And,
10   again, because we're doing this as a phone deposition,
11   I'm just going to go over some things that might help us
12   have a more effective deposition today.
13      Can you hear me okay?
14      A.   Yes.
15      Q.   Okay.  And did you bring some documents today
16   with you?
17      A.   The documents I brought were what were FedExed
18   to me.
19      Q.   Okay.  I didn't hear any of that.
20      A.   The documents I brought were what had been
21   FedExed to me, the three exhibits and the cover letter.
22      (Off record briefly.)
23   BY MS. STEPHENS:
24      Q.   Good morning, Mr. Sminkey.  Can you hear me
25   this time?
```

U.S. Legal Support, Inc.
(312)-236-8352

RAY SMINKEY                                      December 20, 2016

---

Page 6

1   A.   Yes, ma'am.  Can you hear me?
2   Q.   I can.  Thank you.  Let's just start again.
3   Can you state your name for the record?
4   A.   Ray Sminkey.
5   Q.   Will you spell your last name, please?
6   A.   S-M-I-N-K-E-Y.
7   Q.   Mr. Sminkey, where do you live?
8   A.   Elgin, Oklahoma.
9   Q.   And what's your current address there?
10  A.   1235 Red Rock Drive.
11  Q.   And how long have you lived at that particular
12  location?
13  A.   Since early 2010.
14  Q.   Mr. Sminkey, have you ever had your deposition
15  taken before?
16  A.   No.
17  Q.   All right.  I'm just going to go over some
18  basics that will hopefully make today go easier.
19       You've met the court reporter this morning, and
20  she's taking down, you know, everything that I say, the
21  questions I ask and also your answers.  And these
22  transcripts may be used later in this lawsuit or in
23  court under certain circumstances.
24       Kyle may also interject at times and object to my
25  question.  Generally speaking, even if he objects, you

Page 7

1   still have to answer my question, except perhaps if he
2   instructs you not to answer, for example.
3        One of the big things is that you and I try to talk
4   one at a time.  I realize this is more difficult given
5   that we're on the phone, but I'll try to make it clear
6   when I'm done asking my question and I'll try to give
7   you every opportunity to answer it.  Does that sound
8   fair?
9   A.   Yes, ma'am.
10  Q.   Okay.  The other thing, especially, again,
11  since we're on the phone, is we need verbal responses
12  today.  So when you nod your head or shake your head,
13  we're not there to see it and, also, it doesn't show up
14  on a transcript.
15       So I might follow up a question just to clarify
16  whether that was a yes or no if I don't quite understand
17  what answer you gave.  Does that sound good?
18  A.   Yes.
19  Q.   Okay.  Another thing I'm going to ask you to
20  do is, if you don't understand one of my questions,
21  please tell me so.  And I'll try to rephrase it or
22  clarify it in a way that makes sure that you understand
23  the question and that you understand what you're
24  answering.  Does that sound okay?
25  A.   Yes.

Page 8

1   Q.   Another thing is if you do answer my question,
2   I'm going to assume that you understand it.  So, again,
3   please speak up.  Okay?
4   A.   Okay.
5   Q.   All right.  Mr. Sminkey, you mentioned before
6   we took our little break that you brought some documents
7   today.  Can you identify how many documents they are and
8   just generally what they are?
9        (Exhibit Numbers 1, 2, and 3 marked and identified
10  for the record.)
11       THE WITNESS:  They are the three exhibits plus
12  the cover letter.  Exhibit 1 being the
13  Defendant's Notice of Deposition of Ray Sminkey.
14       The second exhibit is the Second Amendment Class
15  Action Complaint.
16       And the third one is the Plaintiff Ray Sminkey's
17  Objections and Responses to Defendant NIBCO
18  Incorporated's First Set of Interrogatories.
19  Q.   (BY MS. STEPHENS) Interrogatories, that's a
20  tough one.
21       Okay.  Thank you.  And just to clarify for the
22  record, these are documents that I sent you, with the
23  agreement of your counsel, that have been premarked as
24  exhibits for today's deposition.  Is that your
25  understanding?

Page 9

1   A.   Yes.
2   Q.   Okay.
3        MS. STEPHENS:  And, Kyle, that's your
4   understanding as well?
5        MR. SHAMBERG:  Yes, it is.
6        MS. STEPHENS:  Okay.  Great.
7   Q.   (BY MS. STEPHENS) Mr. Sminkey, what did you do
8   to prepare for today's deposition?
9   A.   Talked with my lawyer yesterday and made sure
10  that everything was ready to go for today.
11  Q.   Other than the documents you were sent by me,
12  have you reviewed any other documents?
13  A.   No.
14  Q.   Did you discuss today with anyone other then
15  your attorney as you were preparing for your deposition?
16  A.   No.
17  Q.   All right.  If you'll just look at the first
18  exhibit, which is -- which, again, you reference is the
19  notice of your deposition today, I'm mostly interested
20  in the first page.
21       And you see at the top there's a bunch of names,
22  and do you see your name there at the top of the page?
23  It's what we call a caption.
24  A.   Yes.
25  Q.   Okay.  And do you recognize any of the other

RAY SMINKEY                                                      December 20, 2016

1    names of the plaintiffs listed there?
2        A.    No.
3        Q.    Do you know any of the other plaintiffs
4    personally?
5        A.    No.
6        Q.    And, now, you see below there it says NIBCO,
7    Inc., defendants.  Do you see that?
8        A.    Yes.
9        Q.    And, again, I'm an attorney and I represent
10   NIBCO in this lawsuit.  And do you understand that NIBCO
11   manufactures plumbing supplies?
12       A.    Yes.
13       Q.    Now, some other terms we might use today are
14   PAC.  Doug's the term "PEX" mean anything to you?
15       A.    Yes.
16       Q.    Okay.  And what is PEX, to your understanding?
17       A.    PEX is a particular brand of piping.
18       Q.    Okay.  Now, you used the term "piping," and
19   this is another thing to clarify.  I might use the term
20   "piping" as well, or I might use the term "tubing," you
21   know, we might change those a little bit, but do you
22   understand that "tubing" and "piping" are essentially
23   the same thing, at least in context of today's
24   deposition?
25       A.    Yes.

1        Q.    Okay.  And, now, you understand, sir, that you
2    have sued NIBCO in a putative class action lawsuit?  Do
3    you understand that?
4        A.    Can you explain that one a little bit better,
5    please?
6        Q.    Sure.  Do you understand that -- that
7    what's -- what plaintiffs are attempting to do in this
8    case is represent other class members in addition to
9    themselves?
10       A.    Yes.
11       Q.    Okay.  And do you understand generally what
12   allegations you have made against NIBCO?
13       A.    Yes.
14       Q.    Okay.  And what, generally speaking, is your
15   complaint against NIBCO in this case?
16       A.    That, you know, for what had occurred at the
17   house, that it gets -- you know, it gets fixed.  And if
18   need be, you know, the manufacturing process or what
19   else -- what caused the problem to be fixed.
20       Q.    Okay.  And how did you become involved in this
21   lawsuit?
22       A.    After -- after I had my issues, I had done
23   some research and noticed that there was a lawsuit
24   getting put together, and I contacted the lawyer and
25   started doing the paperwork.

1        Q.    Now, what lawyer in particular did you
2    contact?
3        A.    Mr. Joseph Sauder.
4        Q.    Okay.  And you said you did some research.
5    Did you do that research on the internet?
6        A.    Yes.
7        Q.    Okay.  And how did you go about doing that
8    particular research?
9        A.    Did a couple Google searches for NIBCO piping
10   or NIBCO tubing and then, you know, found that I wasn't
11   the only one having problems with the pipes and found
12   out there was a -- lawsuit coming together.
13       Q.    Okay.  Do you recall what websites in
14   particular you found based on this Google search?
15       A.    No.
16       Q.    You just remember that you found Mr. Sauder's
17   name and contacted him?
18       A.    Yes.
19       Q.    Okay.  Do you recall about when that was, the
20   month and year?
21       A.    I want to say November of 2013.
22       Q.    Okay.  Mr. Sminkey, where did you grow up?
23   What part of the country?
24       A.    Pennsylvania.
25       Q.    Okay.  And how did you get your way to

1    Oklahoma?
2        A.    Military service.
3        Q.    Okay.  So when did you join the military?
4        A.    In 1997.
5        Q.    Okay.  And which branch did you serve?
6        A.    Navy.
7        Q.    Okay.  Let's back up just a little bit.
8    Did you graduate from high school?
9        A.    Yes.
10       Q.    What year?
11       A.    1997.
12       Q.    And then, upon graduation, did you enter the
13   military directly after that?
14       A.    Yes.
15       Q.    Okay.  Are you still actively serving in the
16   Navy?
17       A.    No.
18       Q.    After you served in the Navy, what did you do
19   after that?
20       A.    Went to work for the government.
21       Q.    Is that still what you're doing today, the
22   same job?
23       A.    Yes.
24       Q.    Okay.  And what is your current job?
25       A.    Radar instructor.

RAY SMINKEY                                                    December 20, 2016

1    Q.   Can you explain to me what that means?
2    A.   I teach the Army radar maintenance.
3    Q.   And is that similar to what you did when you
4  were in the Navy?
5    A.   Yes.
6    Q.   Okay.  So you're no longer actively serving in
7  the Navy, but you instruct the Army regarding radar
8  maintenance.  Is that accurate?
9    A.   Yes.
10   Q.   Okay.  And how long have you been doing that?
11   A.   Just shy of ten years.
12   Q.   Is there a location down there?  Is there a
13 base in particular that you do this at?
14   A.   Fort Sill.
15   Q.   Right there near Lawton; is that
16 correct?
17   A.   Yes.
18   Q.   Do you have any experience with construction?
19   A.   No.
20   Q.   Okay.  What about plumbing?
21   A.   No.
22   Q.   The house that you have lived in since early
23 2010, was that a new house that was built?
24   A.   Yes.
25   Q.   Okay.  And did you help design or plan that

1  house or was it something that you bought already
2  designed?
3    A.   Bought it already built.
4    Q.   But you were the first occupant of that house?
5    A.   Yes.
6    Q.   Okay.  Can you generally describe the house to
7  me?  For example, like how many stories, how many
8  bedrooms and bathrooms.
9    A.   Single story, three bedrooms, two bathrooms.
10   Q.   Does it have a basement?
11   A.   No.
12   Q.   How about an attic?
13   A.   Yes.
14   Q.   To your understanding, is there any plumbing
15 that runs through the attic or is it all underground and
16 through the walls?
17   A.   There's no plumbing in the attic.
18   Q.   Okay.  Who did you buy your house from in
19 Elgin?
20   A.   Jesse Hoffepauir.
21   Q.   Can you spell that last name, or attempt to?
22   A.   H-O-F-F-E-P-A-I-R [sic].
23   Q.   Okay.  And does Jesse Hoffepauir -- is he a
24 homebuilder or what's the connection there?
25   A.   A homebuilder.

1    Q.   Okay.  Does he run a company or is he a single
2  individual?
3    A.   I couldn't tell you.
4    Q.   When you were buying the house from
5  Mr. Hoffepauir, were you told what kind of plumbing was
6  in the house?
7    A.   No.
8    Q.   Had you ever heard of PEX plumbing before you
9  had issues with the plumbing in the house?
10   A.   Yes.
11   Q.   Okay.  Did you have a previous house with that
12 material or how did you already know about PEX?
13   A.   I was talking to a couple friends of mine and
14 they were talking about PEX piping.
15   Q.   Just talking about it in general or what was
16 -- can you provide me a little more context?
17   A.   It was just talking about it in general.
18   Q.   Okay.  When was that conversation?
19   A.   Before I bought the house.
20   Q.   Okay.  Did you ask Mr. Hoffepauir what kind of
21 plumbing there was in the house --
22   A.   No.
23   Q.   -- before you bought it?  Okay.
24      When did you first learn that your house had PEX
25 piping?

1    A.   The night the first pipe burst.
2    Q.   Okay.  And do you recall approximately what
3  day that was?
4    A.   No.
5    Q.   When is the first time you discovered what
6  brand valve you believed was installed in your home?
7    A.   The same time the first pipe got cut out,
8  after it was -- the original repair.
9    Q.   Is that the first you'd ever heard of NIBCO?
10   A.   Yes.
11   Q.   Had you owned a home before you owned the home
12 in Elgin, Oklahoma?
13   A.   Yes.
14   Q.   Okay.  And where was that home located?
15   A.   Waltz Island, Virginia.
16   Q.   Okay.  Was that new construction or an older
17 home?
18   A.   Older home.
19   Q.   Do you know what kind of plumbing you had in
20 that particular house in Virginia?
21   A.   No.
22   Q.   Did you ever have any plumbing issues or leaks
23 in that home?
24   A.   No.
25   Q.   Have you ever lived in or owned a home that's

RAY SMINKEY                                                December 20, 2016

Page 18

1   had plumbing issues before the home in Elgin, Oklahoma?
2       A.   No.
3       Q.   Sir, if you would, refer to Exhibit 2, which
4   is the large document, the Second Amended Class Action
5   Complaint.  Do you see that?
6       A.   Yes.
7       Q.   Okay.  I'm going to ask you please, sir, to
8   turn to page 14.  And do you see on page 14, your name
9   at the top says Ray Sminkey and then it has a bunch of
10  numbered paragraphs?
11      A.   One second, please.
12      Q.   No problem.
13      A.   Okay.  Yes.
14      Q.   Sir, if you could review page 14, and then it
15  continues on to page 15.  Please review that little
16  section for me and then I'll ask some questions.  Just
17  let me know when you're ready, okay?
18      A.   Okay.
19      (Brief pause.)
20      Okay.
21      Q.   Sir, do these paragraphs look familiar to you?
22  Have you seen them before?
23      A.   Yes.
24      Q.   Okay.  Do you believe you reviewed these
25  paragraphs before the complaint was filed in this case?

Page 19

1       A.   Yes.
2       Q.   Okay.  And do you believe you provided the
3   information that's contained in these paragraphs?
4       A.   Yes.
5       Q.   Okay.  I wanted to start with paragraphs 68
6   and 69.  It has some information there about the
7   construction of your home in Elgin, Oklahoma, and when
8   the plumbing was installed.
9       What is the basis of -- where did you get that
10  information?
11      A.   That information -- I'm going to guess because
12  probably came from the lawyer.
13      Q.   Okay.  So you're not -- you don't know when
14  your house was built and when the plumbing was put in?
15      A.   I knew it was built, put in before 2009.
16      Q.   Okay.  Now, if you look at paragraph 69, it
17  says installation of a plumbing system was substantially
18  completed before December 2008.  Do you see that?
19      A.   Yes.
20      Q.   Okay.  Is that information that you knew or
21  you know today?
22      A.   I know it now.
23      Q.   Okay.  But you didn't know it until perhaps
24  someone else did some research for you; is that correct?
25      A.   That's correct.

Page 20

1       Q.   Okay.  Do you know who installed the plumbing
2   in your house in Elgin?
3       A.   All Star Plumbing.
4       Q.   Okay.  And how do you know that?
5       A.   It was on the list of installers I got when I
6   bought the house.
7       Q.   Okay.  So when you bought the house, you were
8   provided some information about, perhaps, people who
9   worked on the house during the construction?
10      A.   Yes.
11      Q.   Okay.  Do you still have that information?
12      A.   Not with me.
13      Q.   But, in general, somewhere in your home or
14  wherever you keep your records, you have that list?
15      A.   Yes.
16      Q.   Does it just have the name of the company or
17  do you recall whether it also named the person who
18  actually installed the plumbing?
19      A.   Just the company.
20      Q.   Now, in paragraph 70, it says Plaintiff
21  Sminkey's residential plumbing system was installed
22  using NIBCO PEX tubing.  Do you see that paragraph?
23      A.   Yes.
24      Q.   Okay.  Again, you said previously the first
25  you'd heard of NIBCO was after the first week in your

Page 21

1   home.  Is that correct?
2       A.   That is correct.
3       Q.   Okay.  Do you know whether there are other
4   NIBCO products installed other than tubing?
5       A.   I don't know.
6       Q.   Okay.  Now, in paragraph 71, it says Plaintiff
7   Sminkey hired a licensed professional contractor to
8   install the plumbing system in his home.  Do you see
9   that paragraph?
10      A.   Yes.
11      Q.   Okay.  But you actually did not hire All Star
12  Plumbing.  That person was hired by the contractor of
13  your house; is that correct?
14      A.   Yes.
15      Q.   Okay.  And, again, the contractor was this
16  Jesse Hoffepauir?
17      A.   Yes.
18      Q.   Okay.  When you bought the house from Jesse
19  Hoffepauir or you were perhaps negotiating to buy the
20  house, were you given some sort of overall quote for the
21  house or were you given kind of a breakdown of how much
22  each part cost and then how much they were going to
23  charge you?
24      MR. SHAMBERG:  Object to the form.
25      You can answer, Ray.

RAY SMINKEY                                                    December 20, 2016

1    THE WITNESS: Well, it was just the overall
2  cost of the house.
3    Q. (BY MS. STEPHENS) Was the list of the
4  contractors, which included All Star Plumbing, ever
5  provided to you before you bought the house or after you
6  bought the house?
7    A. After.
8    Q. And do you know whether All Star Plumbing is a
9  licensed professional contractor?
10    A. I don't know.
11    Q. And do you know who from All Star Plumbing
12  installed the plumbing in your house?
13    A. No.
14    Q. Now, in paragraph 72, it says the installation
15  of the plumbing system had been completed and that you
16  moved into the house in February 2009. Is that true?
17    A. Yes.
18    Q. Okay. And the house in Elgin has been your
19  primary residence since then?
20    A. Yes.
21    Q. Okay. And who else lives in the home?
22    A. My wife and children.
23    Q. Now, if we look at the next paragraph,
24  paragraph 73, does that paragraph help refresh your
25  recollection of when the first leak occurred in the

1  plumbing in your house in Elgin?
2    A. Yes.
3    Q. Okay. And that date is specifically what day?
4    A. November 5, 2013.
5    Q. Okay. Can you explain to me what you observed
6  when you observed this water leak on November 5th, 2013?
7    A. Me and my wife were getting ready -- winding
8  down for the day, and it sounded like it was raining
9  outside. Walked into the garage and noticed that my
10  garage was becoming -- you know, getting wet.
11    When I went to look at -- go shut the water off, I
12  noticed that the hose above the water heater had burst.
13    Q. Okay. When you say "burst," what do you mean?
14  Like, was the pipe split or had it come out of its
15  fitting? Can you describe specifically what you mean?
16    A. It had a hole in it and water come out.
17    Q. All right. I want to just back up a little
18  bit. The water heater in your home is located in your
19  garage -- or off your garage; is that correct?
20    A. That's correct.
21    Q. Okay. And so if I was looking at your
22  garage -- like if I'm standing outside looking into your
23  garage with the garage door open, on the left-hand side
24  there would be like a door that probably leads to the
25  inside; is that correct?

1    A. Yes.
2    Q. Okay. And then you have a bunch of equipment
3  and other things, and kind of in the middle of the
4  garage at the back there's a door that you can see
5  the -- at least the water heater; is that true?
6    A. Yes.
7    Q. Okay. And then you said this particular leak
8  that you observed in November of 2013 was coming off the
9  top of the water heater; is that correct?
10    A. Yes.
11    Q. Okay. So the PEX tubing itself was connected
12  directly to the water heater -- I mean, with a fitting
13  and all that?
14    A. It was connected to a copper pipe, which was
15  connected to the water heater.
16    Q. Okay. So the water heater was -- you know, it
17  stands, you know, however many feet tall. And off the
18  top of it, there's a copper pipe. And then connected to
19  that copper pipe was a PEX piece of pipe; is that
20  correct?
21    A. Yes.
22    Q. Okay. You said at that connection point was
23  where the leak was --
24    A. It was --
25    Q. -- between the copper and the -- yeah?

1    A. Sorry. It was along that pipe.
2    Q. And when you say "along that pipe," like
3  where -- okay, if we start at the -- if the copper pipe
4  is, you know, the lowest point -- the connection point
5  between those two points, the pipe and the PEX, where --
6  how many inches do you think up from that connection
7  point was the leak?
8    A. I can't recall. I know it wasn't on the
9  connection point itself.
10    Q. Was it less than a foot or more than a foot?
11    A. I don't remember.
12    Q. How much is visible coming off that -- of the
13  pipe -- the PEX pipe itself, how much of it is visible
14  before it disappears into the wall?
15    A. Say probably about 2-foot.
16    Q. Okay. So total --
17    MR. SHAMBERG: Sorry, did you mean now or at
18  the time that that leak occurred? I don't know if
19  there's a difference, just to clarify.
20    MS. STEPHENS: That's a good question. That's
21  a good clarification. Thanks, Kyle.
22    Q. (BY MS. STEPHENS) So let me ask my question
23  again, Mr. Sminkey.
24    At the time of this leak in November 2013, is your
25  answer the same, about 2 feet between the copper pipe

RAY SMINKEY                                                    December 20, 2016

Page 26

1    and before the pipe -- the PEX pipe disappeared into the
2    wall?
3         A.   Yes.
4         Q.   Okay.  So somewhere in that 2 feet is the leak
5    that you observed in November 2013; is that correct?
6         A.   Yes.
7         Q.   Okay.  And you said, again, it wasn't at the
8    connection point, it was somewhere within that range.
9    And you said there was a hole in the pipe and water was
10   coming out; is that correct?
11        A.   Yes.
12        Q.   Okay.  What did you do upon observing that
13   leak?
14        A.   Shut the main off to the house.
15        Q.   Okay.  And then what did you do next?
16        A.   Started cleaning water.
17        Q.   Okay.  And did you call a plumber at all?
18        A.   I got ahold of my home warranty company.
19        Q.   Okay.  And who is your home warranty company?
20        A.   American Home Shield.
21        Q.   And was that the same home warranty company
22   you had back 2013 that you were referring to?
23        A.   Yes.
24        Q.   Do you still have a policy with American Home
25   Shield?

Page 27

1         A.   Yes.
2         Q.   Okay.  And is it the same policy you had back
3    in 2013?
4         A.   Can you clarify that one a little bit?
5         Q.   Sure.  I mean, have you -- do you believe it's
6    the same policy and that you've perhaps just been
7    renewing it every year since you bought the house?
8         A.   Yes.
9         Q.   Okay.  And have you had that American Home
10   Shield policy since you bought the house?
11        A.   We -- pretty sure we picked it up a year after
12   we bought the house.
13        Q.   Okay.  Do you know the policy number
14   currently?
15        A.   No.
16        Q.   Okay.  Do you have any documents at home or
17   that you can access perhaps online that would tell you
18   the policy number?
19        A.   Yes.
20        Q.   Okay.  There's going to be some things,
21   Mr. Sminkey, that I might follow up with your counsel
22   afterwards, and I -- sometime occasionally today I might
23   note those, but I'm not asking you to go do that right
24   now.  Just wanted you to be aware of that.  Okay?
25        A.   Okay.

Page 28

1         MR. SHAMBERG:  Rachel, if there's anything you
2    end up needing to request, if you just send the request
3    to me in writing, I can work with Mr. Sminkey to get
4    those things.
5         MS. STEPHENS:  Will do.  And I've been working
6    on one for the others, so I will probably combine them
7    all.
8         MR. SHAMBERG:  Okay.
9         Q.   (BY MS. STEPHENS) All right.  So, Mr. Sminkey,
10   back to the this November 5th, 2013, link, was it in the
11   evening?  Is that what I heard you say?
12        A.   Yes.
13        Q.   Okay.  So you contacted your home warranty
14   company that evening?
15        A.   Yes.
16        Q.   Okay.  And what did they do in response?
17        A.   They sent out a plumber to investigate and to
18   fix the problem.
19        Q.   Do you know the name of the company or the
20   plumber that they had?
21        A.   No.
22        Q.   Do you know what that plumber did to fix the
23   problem?
24        A.   He replaced the pipe.
25        Q.   So the pipe that was coming off the water

Page 29

1    heater was replaced with another length of PEX tubing?
2         A.   Yes.
3         Q.   Okay.  Do you know what brand the plumber used
4    for the replacement pipe?
5         A.   No.
6         Q.   Is that the same pipe that is still in your
7    home?
8         A.   Yes.
9         Q.   Okay.  And just to clarify and make sure I'm
10   understanding, so the first leak you had, this plumber
11   came out, looked at the problem, replaced the pipe.  And
12   that pipe that he put in is still coming off the water
13   heater; is that correct?
14        A.   Yes.
15        Q.   Okay.  And then that particular length of pipe
16   disappears up into the ceiling or the wall?
17        A.   No, it was replaced to the wall.
18        Q.   Okay.  The original pipe that was leaking, the
19   NIBCO PEX pipe, what color was it?
20        A.   Red.
21        Q.   And at the time this plumber came out to
22   investigate and fix the problem, is that when you first
23   learned that it was a NIBCO pipe that was installed in
24   your home?
25        A.   Yes.

RAY SMINKEY                                                    December 20, 2016

1    Q.   Okay.  Did the plumber tell you that or is
2  that something you observed yourself?
3    A.   That is something I observed.
4    Q.   Okay.  And what did you observe in particular
5  to learn that?
6    A.   The company marking on the side of the pipe.
7    Q.   Did you keep that particular pipe that had
8  been taken out of your system?
9    A.   I don't remember.
10   Q.   So that particular pipe related to the first
11 leak that was taken out, you're not sure what happened
12 to it?  You just don't remember?
13   A.   Correct.
14   Q.   Okay.  Now, a part of your American Home
15 Shield warranty, did you have to pay a deductible to the
16 plumber?
17   A.   Yes.
18   Q.   Okay.  And do you recall how much that was?
19   A.   $125.
20   Q.   Do you pay that on the spot?
21   A.   Yes.
22   Q.   Okay.  And do you know how much the plumber
23 ultimately charged for the work that he did at your
24 house for that first leak?
25   A.   No.

1    Q.   The home warranty covered the rest; is that
2  correct?
3    A.   Yes.
4    Q.   Okay.  Now, the water that had leaked, that
5  had just leaked into your garage?
6    A.   One more time, please?
7    Q.   Sure.  So you had this first leak on
8  November 5th, 2013.  The water that was leaking out of
9  the pipe, did it all flow into your garage or where did
10 it travel to?
11   A.   To the garage and the master bedroom.
12   Q.   Okay.  Is the master bedroom, like, on the
13 other side of the wall from the water heater?
14   A.   Yes.
15   Q.   Okay.  Now, what all did you do to clean up in
16 the garage?
17   A.   Basically, vacuum the water, had to throw
18 things away that were destroyed, and just dry out the
19 garage.
20        MR. SHAMBERG:  Object to the form.
21   Q.   (BY MS. STEPHENS) Okay.  Did you rent the
22 equipment or hire anybody to help you with that?
23   A.   No.
24   Q.   Okay.  Do you recall what items you had to
25 throw away?

1    A.   No.
2    Q.   What about the water that had leaked into the
3  master bedroom, what did you do to clean up that?
4    A.   Pulled up the carpeting and the -- and
5  dried -- cleaned it up and dried it out.
6    Q.   All right.  And same question:  Did you rent
7  any equipment or hire anyone to help you with that
8  cleanup?
9    A.   No.
10   Q.   Did you have to throw away any items in your
11 master bedroom as a result of that water damage?
12   A.   No.
13   Q.   Other than calling your home warranty company,
14 did you make any insurance claims on your policy?
15   A.   No.
16   Q.   Okay.  So just to make sure I understand, the
17 first leak on November 5th, 2013, you had some water
18 damage in the garage and the master bedroom, and you
19 kind of just let it air out and dry up.
20        And you had to throw away some items in the garage,
21 but you don't recall what those items were.
22        Is that a general summary?
23   A.   Yes.
24   Q.   Okay.  After this first leak on November 5th,
25 2013, and you had seen the pipe and seen the word NIBCO

1  on it, did you contact NIBCO?
2    A.   No.
3    Q.   Did you research NIBCO at all at that time?
4    A.   No.
5    Q.   Did the plumber who came out to investigate
6  the issue and fix the leak, did you discuss with him at
7  all what he thought was the problem?
8    A.   I'm sure I did, but I can't remember --
9    Q.   Do you recall at all what he might have told
10 you?  Sorry.
11   A.   No.
12   Q.   After this first leak, did you research and
13 find Mr. Sauder, or did that happen later?
14   A.   Later.
15   Q.   Okay.  All right.  If we're referring back to
16 Exhibit 2, which is the second amended complaint, do you
17 see paragraph 74?
18   A.   Yes.
19   Q.   Okay.  And it says, The following week,
20 Plaintiff Sminkey observed two additional water leaks in
21 the same residential hot water line coming off the hot
22 water heater in Plaintiff Sminkey's garage.
23        Is that a general description of the next two leaks
24 in your home?
25   A.   Yes.

RAY SMINKEY                                                December 20, 2016

1      Q.   Okay.  So the following week, did you observe
2  these two leaks at the same time or did they happen on
3  different days?
4      A.   They occurred on different days.
5      Q.   Do you recall how many days apart?
6      A.   No.
7      Q.   Okay.  All right.  Well, let's start with the
8  second leak -- I mean, the second leak that you
9  observed.
10      Where on that hot waterline coming off the heater
11  did you observe that particular leak?
12      A.   I think it was the pipe underneath the hot
13  water heater going into the main line.
14      Q.   All right.  As you recall, it was the pipe
15  under the water heater this time; is that correct?
16      A.   Yes.
17      Q.   Okay.  Now, what color was that pipe?
18      A.   Red.
19      Q.   Was that pipe connected directly to the water
20  heater or was there, again, like a copper connection?
21      A.   That pipe went to the wall behind the water
22  heater.
23      Q.   All right.  I'm not sure if I understand what
24  you're saying.  So this -- this leak number 2 was in the
25  pipe under the water heater and it was connected to the

1  water heater; is that correct?
2      A.   It wasn't directly connected to the water
3  heater.
4      Q.   Okay.  So where -- go ahead.
5      A.   Trying to think of the easiest way to explain
6  it over the phone.
7      The original pipe was on top, connected to a length
8  of pipe that goes down the drywall.  And then the pipe
9  underneath coming from the drywall going into the
10  concrete, that was the second pipe that burst.
11      Q.   Okay.  Now, and just so I understand, your
12  water heater is up on kind of like a wooden platform; is
13  that correct?
14      A.   Yes.
15      Q.   So if you look below that, you can see some of
16  the piping underneath it; is that correct?
17      A.   Yes.
18      Q.   Okay.  Was the pipe that you observed leaking
19  for the second leak, was it curved or was it straight?
20      A.   I don't remember.
21      Q.   Okay.  Can you describe the leak to me that
22  you observed?
23      A.   The same type of leak that happened in the
24  first.
25      Q.   So it wasn't at a connection point, it was in

1  the middle of the piping?
2      A.   Yes.
3      Q.   Do you recall whether the pipe had like a
4  split in it or like a hole?
5      A.   It was a split.
6      Q.   What time of day did you observe this second
7  leak?
8      A.   Afternoon.
9      Q.   And how did you become aware of this leak?
10  Was there water coming into the garage again?
11      A.   Yes.
12      Q.   Okay.  What about the water going into the
13  master bedroom?
14      A.   No.
15      Q.   Okay.  So the second leak, you observed water
16  coming into the garage, and you found the leak coming
17  from the pipe underneath the water heater; is that
18  correct?
19      A.   Yes.
20      Q.   What did you do after you observed this second
21  leak?
22      A.   Shut the water off at the main and called
23  American Home Shield.
24      Q.   Okay.  And did they send out a plumber again?
25      A.   Yes.

1      Q.   Was it the same company as the first time or a
2  different company?
3      A.   Same company.
4      Q.   And do you recall what the plumber did to fix
5  the second leak?
6      A.   They replaced a section of pipe.
7      Q.   Do you recall what color the replacement pipe
8  is?
9      A.   Red.
10      Q.   Do you believe that replacement tubing is
11  still in your home?
12      A.   I believe so.
13      Q.   And was this PEX piping that he installed to
14  fix the second leak, was it in that exposed area under
15  the water heater or was it inside the wall?
16      A.   It was in the exposed area.
17      Q.   Okay.  So, again, underneath that wooden
18  platform where the water heater is, he was able to
19  access that area and get in there and put replacement
20  pipe in there.  Is that your understanding?
21      A.   Yes.
22      Q.   Did you, once again, pay the deductible, the
23  $125?
24      A.   No.
25      Q.   You didn't have to pay the deductible the

RAY SMINKEY                                                    December 20, 2016

1   second time?
2        A.   No.
3        Q.   Okay.  And why is that, do you know?
4        A.   My understanding, it was within 30 days of the
5   first pipe being burst.
6        Q.   Okay.  Do you know what brand -- did the
7   replacement pipe -- was that once again a PEX material?
8        A.   Yes.
9        Q.   Okay.  Do you know what brand it was, or is?
10       A.   No.
11       Q.   What, if any, property in your home was
12   damaged as a result of this second leak?
13       A.   None.
14       Q.   But you just maybe had to let some stuff dry
15   out a little bit, but other than that you didn't have to
16   throw anything away?
17       A.   As far as I remember, yes.
18       Q.   Okay.  Do you know what happened to the pipe
19   that the plumber took out of your home when he fixed the
20   second leak?
21       A.   No.
22       Q.   Do you believe he kept it or do you believe
23   you -- it was retained by the plumber?
24       A.   I don't remember.
25       Q.   Okay.  After the second leak, did you also

1   observe that pipe and did you see the word "NIBCO" on
2   that as well?
3        A.   Yes.
4        Q.   Okay.  And after observing that, did you
5   contact NIBCO at all?
6        A.   No.
7        Q.   Did you do any research regarding NIBCO tubing
8   at that point?
9        A.   Yeah.
10       Q.   Okay.  So following the second leak, you
11   believe that's when you did the research that you
12   mentioned to me earlier and you found Mr. Sauder's name?
13       A.   Yes.
14       Q.   Okay.  Now, paragraph 74 says there were two
15   additional water leaks.  So we just discussed leak
16   number 2, and then I guess a few days later -- you're
17   not totally sure how many days later -- there was a
18   third leak; is that correct?
19       A.   Yes.
20       Q.   And can you describe to me how you observed or
21   discovered the leak number 3?
22       A.   I heard the pipe burst in the garage and went
23   out and shut the water off.
24       Q.   What time of day did this -- did you hear this
25   pipe burst?

1        A.   In the evening.
2        Q.   And where were you in the house when you heard
3   this happen?
4        A.   In one of the bedrooms.
5        Q.   And did you again contact American Home
6   Shield?
7        A.   Yes.
8        Q.   Okay.  And where was the third leak?
9        A.   Inside the drywall.
10       Q.   Inside the drywall in what part of the house?
11       A.   Behind the water heater.
12       Q.   Is that the wall that separates the water
13   heater and the master bedroom?
14       A.   Yes.
15       Q.   And did the plumber come out that same evening
16   to fix leak number 3?
17       A.   No.
18       Q.   Okay.  How about the next day?
19       A.   Yes.
20       Q.   So you shut the water off and the plumber came
21   the next day to fix it; is that correct?
22       A.   It was either the next day or the day after.
23   I remember that they didn't come out directly that
24   evening.
25       Q.   Okay.  On the first two leaks, they came out

1   the same day; is that correct?
2        A.   Within 24 hours.
3        Q.   Okay.  Great.
4             Was it the same company, the same plumber, that
5   came out to fix leak number 3 as the first two leaks?
6        A.   Yes.
7        Q.   Do you recall whether it was the same actual
8   plumber?
9        A.   I don't recall.
10       Q.   Was it a man each time?
11       A.   Yes.
12       Q.   Okay.  And you said this was inside the dry
13   wall, the third leak.  How did the plumber fix leak
14   number 3?
15       A.   Replaced the pipe that went from the
16   connection -- from the original connection point at the
17   top of the drywall to the bottom of the drywall.  He
18   replaced the pipe all the way -- he replaced the length
19   of pipe and the drywall.
20       Q.   So they have to cut into the wall to do that?
21       A.   Yes.
22       Q.   The pipe that was leaking, do you recall what
23   color it was?
24       A.   Red.
25       Q.   And the length that was replaced, it went the

RAY SMINKEY                                                December 20, 2016

1  height of the wall; is that what you recall?  However --
2  8 feet or whatever how tall that is?
3       A.   Say, approximately about 6-foot.
4       Q.   Okay.  So the length of pipe that was removed
5  was about 6 feet and wrecked; is that correct?
6       A.   Yes.
7       Q.   Okay.  And where in that 6-foot span do you
8  recall the leak being?
9       A.   I don't remember.
10      Q.   Okay.  Was it in the middle or was it closer
11 to a connection point?
12      A.   I don't remember.
13      Q.   Did you observe at all the leak?  Like, for
14 instance, was there a split in the pipe or a hole in the
15 pipe?
16      A.   I don't remember.
17      Q.   But you recall hearing the burst itself; is
18 that correct?
19      A.   Yes.
20      Q.   Did you have to pay the plumber a deductible
21 for this leak?
22      A.   No.
23      Q.   And for the same reason you believe that you
24 said previously, that it was within the same 30 days?
25      A.   Yes.

1       Q.   Okay.  Did you once again observe the word
2  "NIBCO" on the pipe that was removed from your house?
3       A.   Yes.
4       Q.   Okay.  Do you know what happened to that
5  6-foot span that was removed?
6       A.   I think that span had got sent off to
7  Mr. Sauder's experts.
8       Q.   Okay.  After leak number 3, did you contact
9  NIBCO?
10      A.   No.
11      Q.   Have you ever contacted NIBCO regarding leaks
12 in your house?
13      A.   No.
14      Q.   So the plumber came out, replaced that pipe.
15 Did the plumber use PEX tubing again?
16      A.   Yes.
17      Q.   Okay.  And do you know what color the new pipe
18 was, or is?
19      A.   No.
20      Q.   Do you know what brand it is?
21      A.   No.
22      Q.   After the plumber did that repair, who
23 repaired the wall?
24      A.   I did.
25      Q.   So you put up new drywall, maybe did some

1  repainting; is that correct?
2       A.   New patch where they had cut out.
3       Q.   Okay.  And was that on the map to bedroom
4  side?
5       A.   No.
6       Q.   Okay.  So that was on the water heater side?
7       A.   Yes.
8       Q.   Did that leak number 3, other than the wall
9  itself that had to be cut open for the repair, was there
10 any other damage to your home?
11      A.   Just the wet insulation that we had to dry
12 out.
13      Q.   You didn't have to replace any, you just had
14 to let it dry out before you could maybe put the wall
15 back together?
16      A.   Yes.
17      Q.   For these three leaks that we've talked about
18 so far, other than the original deductible that you paid
19 to the plumber, did you incur any out-of-pocket
20 experiences related to those leaks?
21      A.   Not that I remember.
22      Q.   And you don't recall any of the property in
23 your garage that you might have had to throw out?  You
24 don't recall what you had to throw out?
25      A.   No.

1       Q.   So at this point we're basically in
2  November 2013, mid November.  After leak number 3, did
3  you have -- have you had any other leaks in the plumbing
4  in your house?
5       A.   No.
6       Q.   Sir, could you look at Exhibit 2 and flip the
7  page to page 15, please.
8       A.   Okay.
9       Q.   Can you look at paragraph 76, that second
10 sentence.  It mentions that -- it says that the drywall
11 and insulation were soaked and replaced as a result of a
12 water leak, and some household goods that were stored in
13 the garage needed to be replaced.  Do you see that
14 sentence?
15      A.   Yes.
16      Q.   And that's basically what we just talked
17 about.  You said you had to do some drywall replacement,
18 you had to let the insulation dry out a little bit; is
19 that correct?
20      A.   Yes.
21      Q.   Now, did you actually replace any household
22 goods that you recall or did you just throw them away?
23      A.   They were thrown away.
24      Q.   Okay.  Based on these three leaks, other than
25 making, you know, a claim with your home warranty

RAY SMINKEY                                                December 20, 2016

<table>
<tr><td>

Page 46

1  company, American Home Shield, did you make any
2  insurance claims under your home policy?
3      A.  No.
4      Q.  This leak number 3, you said, was running up
5  the wall.  Do you know, was that particular pipe
6  connected to the water heater or was it further down in
7  the system?
8      A.  It was -- it wasn't the pipe directly to the
9  water heater.  It was the secondary pipe off the water
10 heater.
11     Q.  Okay.  So the first pipe comes off the top of
12 the water heater and then there's maybe a connection
13 point.  And that pipe related to the third leak is
14 connected to that first connection point?
15     A.  Yes.
16     Q.  Do you know whether any of the fittings in
17 your home were replaced when leaks 1, 2, or 3 were
18 worked on by the plumber?
19     A.  I don't know.
20     Q.  Do you know what brand of fittings were
21 installed in your home originally?
22     A.  No.
23     Q.  Are you complaining in this lawsuit about any
24 issues with the fittings in your home?
25     A.  I don't think so.

</td><td>

Page 48

1  kind of website you found?
2      A.  No.
3          MS. STEPHENS:  All right.  Kyle, I'm going to
4  take a quick break, if you don't mind.  Maybe we can
5  come back at 10:00 and resume.  Is that okay?
6          MR. SHAMBERG:  Ten minutes, yeah, that's fine.
7      (Off record briefly.)
8  BY MS. STEPHENS:
9      Q.  Okay.  Mr. Sminkey, we're back on the record.
10 Do you understand you're still under oath, sir?
11     A.  Yes.
12     Q.  Okay.  Could you please pull Exhibit No. 3 in
13 front of you.  It's the interrogatory responses.
14     A.  Okay.
15     Q.  Now, do you recognize this particular
16 document?
17     A.  Yes.
18     Q.  Okay.  Do you believe you reviewed -- like you
19 said earlier, you reviewed this as part of your
20 preparation with your counsel; is that correct?
21     A.  Yes.
22     Q.  Okay.  And do you also recall providing some
23 information that ended up in this particular document on
24 your responses?
25     A.  Yes.

</td></tr>
<tr><td>

Page 47

1      Q.  But your particular complaint, you believe, is
2  just solely with the tubing or the piping that you
3  believe is manufactured by NIBCO; is that right?
4          MR. SHAMBERG:  Objection.  Calls for legal
5  conclusion.
6      Go ahead, Ray.
7          THE WITNESS:  I do.
8      Q.  (BY MS. STEPHENS) When you were doing your
9  internet research, did you go to the NIBCO website at
10 all?
11     A.  I don't remember.
12     Q.  Do you know whether NIBCO's products have a
13 warranty?
14     A.  I don't remember.
15     Q.  So you don't know whether you've ever looked
16 at the NIBCO warranty and, in particular, the PEX
17 warranty before?
18     A.  No.
19     Q.  Do you recall ever seeing any documents
20 distributed by NIBCO, for example, like a catalog or
21 installation manual or anything like that?
22     A.  No.
23     Q.  When you went online and you found
24 Mr. Sauder's name, were you, like, on a message board or
25 a blog or something like that, or do you recall what

</td><td>

Page 49

1      Q.  Okay.  And if you'd look to the last page,
2  sir, there's a verification.  And you see your signature
3  there on the last page?
4      A.  Yes.
5      Q.  Okay.  And that was dated October 29, 2015; is
6  that correct?
7      A.  Correct.
8      Q.  Okay.  Do you know -- since you verified these
9  responses, do you believe you have learned any new
10 information that is not included in these responses?
11     A.  No.
12     Q.  Okay.  So this -- these responses remain true
13 and accurate, to the best of your knowledge?
14     A.  Yes.
15     Q.  Okay.  Going back, Mr. Sminkey, to when you
16 were considering purchasing this house in Elgin, were
17 you provided any information regarding what kind of
18 plumbing was in the house before you bought it?
19     A.  No.
20     Q.  Was the plumbing a factor in the home purchase
21 at all?
22     A.  No.
23     Q.  Do you know where the plumbing that was
24 installed in your home, in particular the PEX tubing,
25 was purchased?

</td></tr>
</table>

RAY SMINKEY                                                    December 20, 2016

Page 50

1    A.   No.
2    Q.   Do you know who purchased it?
3    A.   No.
4    Q.   And you believe that All Star Plumbing was the
5  company that installed it; is that correct?
6    A.   Yes.
7    Q.   Have you ever contacted All Star Plumbing
8  regarding the work they did in your home?
9    A.   No.
10   Q.   When you had your discussion with your
11 friends, before you bought the house, about PEX tubing,
12 did you have a positive or negative view of PEX at all
13 or was it just something you were talking about in
14 general?
15   A.   Just general discussion.
16   Q.   Did either you or your friends have any leaks
17 at this point involving PEX tubing?
18   A.   I don't think so.
19   Q.   Now, in this lawsuit, Mr. Sminkey, could you
20 describe to me what you are seeking from NIBCO?
21   A.   Just -- you know, kind of just to make sure
22 that this kind of stuff doesn't continue to happen and
23 get what happened repaired.  You know, essentially,
24 if -- you know, if it's found out that I have to replace
25 the plumbing in the entire house, that the plumbing gets

Page 51

1  replaced.
2    Q.   Now, to be clear, you haven't any leaks since
3  these three in November of 2013; is that correct?
4    A.   Correct.
5    Q.   Okay.  Have you gotten an estimate or asked
6  anyone what it might cost to replumb your entire house?
7    A.   No.
8    Q.   And you're not sure whether you need that or
9  not, you just want to know, if that needs to be done,
10 that's what you would be seeking in this lawsuit.  Is
11 that what you're saying?
12   A.   Yes.
13   Q.   Do you know whether the plumbing in your house
14 has an expansion tank?
15   A.   One more time, please?
16   Q.   Sure.  Does the plumbing that's in your home
17 have an expansion tank?
18   A.   It does now.
19   Q.   It does now.  And when was that put in?
20   A.   Mid 2014.
21   Q.   And who installed that?
22   A.   I did.
23   Q.   Why did you put an expansion tank into your
24 plumbing system?
25   A.   I don't remember.

Page 52

1    Q.   Did someone suggest that you add one?
2    A.   I don't remember.
3    Q.   And you said mid 2014, so you think sometime
4  in the spring or summer of mid 2014 you added the
5  expansion tank?
6    A.   Yes.
7    Q.   And where is the expansion tank located, let's
8  say, for instance, in relation to the water heater?
9    A.   About 2-foot before the cold inlet side of the
10 water heater.
11   Q.   So if we're looking at the water heater
12 closet, it's not actually in that closet, it's somewhere
13 to left of it?
14   A.   One more time?  You broke up a little bit
15 there.
16   Q.   Apology.  So if we're looking at the water
17 heater closet -- again, the water heater is up on a
18 wooden platform in that closet.
19        Now, could you describe to me where expansion tank
20 is, like left to right, if we looking directly at the
21 water heater?
22   A.   Off to the right.
23   Q.   Okay.  And where did you purchase that
24 expansion tank?
25   A.   I don't remember.

Page 53

1    Q.   Did you get it at like a hardware store or a
2  plumber?
3    A.   Hardware store.
4    Q.   Do you know what brand it is?
5    A.   No.
6    Q.   Have you ever installed an expansion tank
7  before?
8    A.   No.
9    Q.   The piping connected to the expansion tank, is
10 it PEX?
11   A.   Yes.
12   Q.   Is it NIBCO PEX?
13   A.   No.
14   Q.   Do you know what brand that piping is?
15   A.   SharkBite.
16   Q.   What about the fittings, are those also
17 SharkBite?
18   A.   Yes.
19   Q.   And you installed all of those -- the piping
20 and the fittings as well -- when you did the expansion
21 tank?
22   A.   Yes.
23   Q.   Did you use crimp rings or how did you connect
24 the fittings to the piping?
25   A.   They're self-connection fittings?

RAY SMINKEY                                                    December 20, 2016

---

Page 54

1    Q.   Like push fittings or something like that?
2    A.   Yes.
3    Q.   Okay.  Are they metal or plastic?
4    A.   Metal.
5    Q.   And did you buy that stuff at the same place
6    you bought the expansion tank?
7    A.   Yes.
8    Q.   Had you ever installed plumbing before doing
9    this particular work?
10   A.   No.
11   Q.   Did anybody help you do this?
12   A.   No.
13   Q.   Do you believe your plumbing system has a
14   pressure-reducing valve?
15   A.   I don't know.
16   Q.   Have you ever heard of something like that
17   before?
18   A.   Yes.
19   Q.   Okay.  Do you have an understanding of what a
20   pressure valve does?
21   A.   Yes.
22   Q.   What do you understand that to do?
23   A.   Monitors -- or not necessarily monitors, but
24   keeps the output pressure at a constant or below a set
25   pressure.

---

Page 55

1    Q.   And you said you're not sure whether your
2    house has one or not; is that correct?
3    A.   That's correct.
4    Q.   What about, does your house have a circulation
5    tank or a recirculation system?
6    A.   No.
7    Q.   What about a water softener?
8    A.   Yes.
9    Q.   Okay.  And where is the water softener -- or
10   excuse me.  Is the water softener original to the house?
11   A.   No.
12   Q.   When was the water softener installed?
13   A.   2014.
14   Q.   Did you install it at the same time you
15   installed the expansion tank?
16   A.   Within a couple months of each other.
17   Q.   Okay.  Was the water softener installed before
18   or after the expansion tank was installed?
19   A.   After.
20   Q.   And who installed the water softener in your
21   home?
22   A.   I did.
23   Q.   And why did you add a water softener to your
24   system?
25   A.   Because the town has hard water.

---

Page 56

1    Q.   And the water that comes to your house, does
2    that come from Elgin's system?
3    A.   Yes.
4    Q.   Does the water softener connect to both the
5    hot and cold lines to your house?
6    A.   Just the cold line.
7    Q.   And where -- again, if we're looking at the
8    water heater, where is the water softener in your
9    plumbing system?
10   A.   Just to the right of the hot water heater.
11   Q.   So in same area as the expansion tank,
12   generally?
13   A.   Yes.
14   Q.   Can you see the water heater and the expansion
15   tank in the closet or are they behind a wall?
16   A.   One more time, please.
17   Q.   Sure.  Can you see -- if you're in the water
18   heater closet area, can you physically see the expansion
19   tank and that water softener or are they behind a wall?
20   A.   They're on the other side of the wall.
21   Q.   And you can only access those now if you cut
22   open the wall?  Is that correct?
23   A.   No.
24   Q.   Okay.  So where can you access the softener
25   and the expansion tank?

---

Page 57

1    A.   The water heater is in a closet in the garage.
2    The water softener and the expansion tank are to the
3    right of that closet in the open in the garage.
4    Q.   Okay.  So they're in the exposed part of the
5    garage?
6    A.   Yes.
7    Q.   Other than the three leaks that we've
8    discussed and then these additions to your plumbing
9    system, have you done any other work to the plumbing
10   system in your home?
11   A.   No.
12   Q.   Before the three leaks occurred in
13   November 2013, had you ever had reason to call a plumber
14   to come out to this house?
15   A.   Yes.
16   Q.   Can you describe that instance, or is there
17   more than one of those?
18   A.   It was a crushed sewer line on the city side.
19   Q.   And can you say that again?  A what?  A
20   crushed sewer line?
21   A.   A crushed sewer line going to the city main.
22   Q.   And how did that sewer line become crushed?
23   A.   A dump truck ran over it.
24   Q.   That would probably do it.
25   When did that occur?

---

RAY SMINKEY                                                     December 20, 2016

1   A.   2010, 2011 maybe.  I don't remember.
2        Q.   And you had a plumber come out and fix that
3   sewer line.  But did the city pay for it or somebody
4   else pay for it?
5        A.   The -- I'm not sure who paid for it.  I know I
6   did not pay for it.
7        Q.   It wasn't you?
8        A.   Correct.
9        Q.   All right.  Other than that particular
10  instance, did you have any plumber -- work done to the
11  plumbing system or related to your plumbing system done
12  at your house?
13       A.   No.
14       Q.   I believe you have a -- do you have a Jacuzzi
15  tub in your house?
16       A.   Yes.
17       Q.   Is that original to the house?
18       A.   Yes.
19       Q.   Have you ever had your water heater serviced?
20       A.   What do you mean?
21       Q.   Well, have you ever had anyone come out and
22  service your water heater, take a look at it, inspect
23  it, things like that?
24       A.   No.
25       Q.   And the water heater in your home, is that the

1   original water heater?
2        A.   Yes.
3        Q.   Have you ever adjusted the settings on that
4   water heater; you, yourself?
5        A.   No.
6        Q.   So whatever settings the water heater was set
7   to when you originally bought the house, you believe
8   those are the same settings?
9        A.   Yes.
10            MS. STEPHENS:  I'm just taking a moment to
11  look over some notes.  Just bear with me, everyone.
12       (Brief pause.)
13       Q.   (BY MS. STEPHENS) Mr. Sminkey, since the leaks
14  in your home, have you had any discussions with anyone
15  else who's had a similar problem in their house?
16       A.   No.
17       Q.   Do you know whether the other houses in your
18  neighborhood were built by the same homebuilder or were
19  they built by someone else?
20       A.   I think they were all built by somebody else.
21       Q.   Okay.  And, once again, the PEX -- all the
22  plumbing was installed already before you bought the
23  house; correct?
24       A.   Yes.
25       Q.   Mr. Sminkey, I'm going to refer you to

1   Exhibit 2 again, which is the second amended complaint.
2   If you could please turn to page 45.  And just let me
3   know when you are there, please.
4        A.   Okay.
5        Q.   Okay.  And do you see paragraph 226?
6        A.   Yes.
7        Q.   And, in particular, I'm referring to the part
8   after the number 2 where it says, NIBCO failed to
9   provide Mr. Sminkey and other class members with
10  adequate and sufficient warnings regarding the known and
11  foreseeable risks and dangers inherent in NIBCO PEX
12  products.
13       Do you see that allegation?
14       A.   Yes.
15       Q.   Okay.  At the time that you bought your house
16  in Elgin, Oklahoma, isn't it true that you were not
17  aware that NIBCO PEX products were in your house?
18       A.   Yes.
19       Q.   So if there had been a warning issued by NIBCO
20  regarding its PEX products, you wouldn't have known
21  whether that affected you or not?
22       A.   One more time, please.
23       Q.   Okay.  Well, let's say that NIBCO had provided
24  a warning regarding its NIBCO PEX products.  For
25  instance, let's say NIBCO had issued a warning that its

1   PEX tubing could prematurely fail.
2        If that warning had been issued, you wouldn't know
3   whether that would have affected you when you bought the
4   house; is that true?
5        A.   What I would have known?
6        Q.   Well, you didn't know NIBCO PEX products were
7   in your house, did you?
8        A.   Correct.
9        Q.   Okay.  So let's say NIBCO put that warning on
10  their website, for instance.  Would you have been aware
11  of that?
12       A.   No.
13       Q.   Let's say that warning had been put on the
14  pipe itself.  You wouldn't have seen that before you
15  bought the house, would you?
16       A.   No.
17       Q.   And as part of the materials provided to you
18  by the homebuilder, it just names a plumber, but you
19  never spoke to that plumber before you bought the house
20  or after; is that correct?
21       A.   Correct.
22            MS. STEPHENS:  Kyle, I don't have any more
23  questions.
24            MR. SHAMBERG:  Okay.  Just give me one second
25  to look at my notes here too.

```
 1          (Brief pause.)
 2          MR. SHAMBERG:  Okay.  I don't have any
 3   questions.
 4          MS. STEPHENS:  I assume he'll read and sign?
 5          MR. SHAMBERG:  Yes.
 6          MS. STEPHENS:  Debra, I usually do an Etran
 7   with the exhibits attached.
 8          Kyle, do you want anything different?
 9          MR. SHAMBERG:  Yeah, just the Etran, standard
10   delivery with scanned exhibits is fine.
11          (End of Deposition at 10:26 a.m.)
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1              CORRECTION SHEET
 2   Witness:  RAY SMINKEY
     Reporter: Debra Garver, RPR
 3   Attorney: RACHEL STEPHENS
     Date:     December 20, 2016
 4   OA:       KYLE SHAMBERG
 5   CASE:  COLE, et al. vs. NIBCO, INC.
 6   PAGE  LINE     CORRECTION/Reason
 7   _____  _____  _____
 8   _____  _____  _____
 9   _____  _____  _____
10   _____  _____  _____
11   _____  _____  _____
12   _____  _____  _____
13   _____  _____  _____
14   _____  _____  _____
15   _____  _____  _____
16   _____  _____  _____
17   _____  _____  _____
18   _____  _____  _____
19   _____  _____  _____
20   _____  _____  _____
21   _____  _____  _____
22   _____  _____  _____
23   _____  _____  _____
24   _____  _____  _____
25   _____  _____  _____
```

```
 1              J U R A T
 2
 3       I, RAY SMINKEY, do hereby state under oath that I
 4   have read the above and foregoing deposition in its
 5   entirety and that the same is a full, true and correct
 6   transcription of my testimony so given at said time and
 7   place.
 8
     _____With corrections    _____No corrections
 9
10
11              _____
                RAY SMINKEY
12
13
14       Subscribed and sworn to before me, a Notary Public
15   in and for the State of Oklahoma by said witness, RAY
16   SMINKEY, on this, the _____ day of _____ 2016.
17
18              _____
                Notary Public
19
20   My Commission Expires: _____
21   My commission number is: _____
22
23   Reported by:  Debra Garver, CSR, RPR
24
25
```

```
 1   COUNTY OF OKLAHOMA  )
 2                      ) SS
 3   STATE OF OKLAHOMA  )
 4
 5              C E R T I F I C A T E
 6       I, DEBRA GARVER, a certified shorthand reporter
 7   within and for the State of Oklahoma, certify that:
 8   RAY SMINKEY was by me sworn to testify the truth; that
 9   the deposition was taken by me in stenotype and
10   thereafter transcribed by computer and the foregoing is
11   a true and correct transcript of the testimony of the
12   witness; that the deposition was taken on December 20,
13   2016, in Lawton, Oklahoma; that I am not an attorney for
14   or a relative of any party, or otherwise interested in
15   this action.
16       Witness my hand and seal of office on the 23rd day
17   of December 2016.
18
19
20
21              DEBRA GARVER, CSR, RPR
                State of Oklahoma CSR# 1370
22              Certificate exp. 12/31/16
23
24
25
```

RAY SMINKEY

December 20, 2016
Index: $125..called

## Exhibits

**EX 0001 R. Sminkey 1220 16** 3:14 8:12

**EX 0002 R. Sminkey 1220 16** 3:15 18:3 33:16 45:6 60:1

**EX 0003 R. Sminkey 1220 16** 3:16 48:12

## $

**$125** 30:19 37:23

## 1

**1** 8:9,12 46:17
**10:00** 48:5
**1235** 6:10
**14** 18:8,14
**15** 18:15 45:7
**1997** 13:4,11

## 2

**2** 8:9 18:3 25:25 26:4 33:16 34:24 39:16 45:6 46:17 60:1,8
**2-foot** 25:15 52:9
**2008** 19:18
**2009** 19:15 22:16
**2010** 6:13 14:23 58:1
**2011** 58:1
**2013** 12:21 23:4,6 24:8 25:24 26:5,22 27:3 28:10 31:8 32:17,25 45:2 51:3

57:13
**2014** 51:20 52:3,4 55:13
**2015** 49:5
**226** 60:5
**24** 41:2
**29** 49:5

## 3

**3** 8:9 39:21 40:16 41:5,14 43:8 44:8 45:2 46:4,17 48:12
**30** 38:4 42:24

## 4

**45** 60:2

## 5

**5** 23:4
**5th** 23:6 28:10 31:8 32:17,24

## 6

**6** 42:5
**6-foot** 42:3,7 43:5
**68** 19:5
**69** 19:6,16

## 7

**70** 20:20
**71** 21:6
**72** 22:14
**73** 22:24
**74** 33:17 39:14
**76** 45:9

## 8

**8** 42:2

## A

**access** 27:17 37:19 56:21,24
**accurate** 14:8 49:13
**action** 8:15 11:2 18:4
**actively** 13:15 14:6
**actual** 41:7
**add** 52:1 55:23
**added** 52:4
**addition** 11:8
**additional** 33:20 39:15
**additions** 57:8
**address** 6:9
**adequate** 60:10
**adjusted** 59:3
**affected** 60:21 61:3
**Afternoon** 36:8
**agreement** 8:23
**ahead** 35:4 47:6
**ahold** 26:18
**air** 32:19
**allegation** 60:13
**allegations** 11:12
**amended** 18:4 33:16 60:1
**Amendment** 8:14
**American** 26:20, 24 27:9 30:14 36:23

40:5 46:1
**answering** 7:24
**answers** 6:21
**Apology** 52:16
**approximately** 17:2 42:3
**area** 37:14,16,19 56:11,18
**Army** 14:2,7
**assume** 8:2 62:4
**attached** 62:7
**attempt** 15:21
**attempting** 11:7
**attic** 15:12,15,17
**attorney** 5:7 9:15 10:9
**aware** 27:24 36:9 60:17 61:10

## B

**back** 13:7 23:17 24:4 26:22 27:2 28:10 33:15 44:15 48:5,9 49:15
**base** 14:13
**based** 12:14 45:24
**basement** 15:10
**basically** 31:17 45:1,16
**basics** 6:18
**basis** 19:9
**bathrooms** 15:8,9
**bear** 59:11
**bedroom** 31:11, 12 32:3,11,18 36:13 40:13 44:3
**bedrooms** 15:8, 9 40:4

**believed** 17:6
**big** 7:3
**bit** 10:21 11:4 13:7 23:18 27:4 38:15 45:18 52:14
**blog** 47:25
**board** 47:24
**bottom** 41:17
**bought** 15:1,3 16:19,23 20:6,7 21:18 22:5,6 27:7, 10,12 49:18 50:11 54:6 59:7,22 60:15 61:3,15,19
**branch** 13:5
**brand** 10:17 17:6 29:3 38:6,9 43:20 46:20 53:4,14
**break** 8:6 48:4
**breakdown** 21:21
**briefly** 5:22 48:7
**bring** 5:15
**broke** 52:14
**brought** 5:17,20 8:6
**built** 14:23 15:3 19:14,15 59:18,19, 20
**bunch** 9:21 18:9 24:2
**burst** 17:1 23:12, 13 35:10 38:5 39:22,25 42:17
**buy** 15:18 21:19 54:5
**buying** 16:4

## C

**call** 9:23 26:17 57:13
**called** 36:22

RAY SMINKEY

December 20, 2016
Index: calling..essentially

**calling** 32:13

**Calls** 47:4

**caption** 9:23

**carpeting** 32:4

**case** 11:8,15 18:25

**catalog** 47:20

**caused** 11:19

**ceiling** 29:16

**change** 10:21

**charge** 21:23

**charged** 30:23

**children** 22:22

**circulation** 55:4

**circumstances** 6:23

**city** 57:18,21 58:3

**claim** 45:25

**claims** 32:14 46:2

**clarification** 25:21

**clarify** 7:15,22 8:21 10:19 25:19 27:4 29:9

**class** 8:14 11:2,8 18:4 60:9

**clean** 31:15 32:3

**cleaned** 32:5

**cleaning** 26:16

**cleanup** 32:8

**clear** 7:5 51:2

**closer** 42:10

**closet** 52:12,17, 18 56:15,18 57:1,3

**cold** 52:9 56:5,6

**color** 29:19 34:17 37:7 41:23 43:17

**combine** 28:6

**company** 16:1 20:16,19 26:18,19,

21 28:14,19 30:6 32:13 37:1,2,3 41:4 46:1 50:5

**complaining** 46:23

**complaint** 8:15 11:15 18:5,25 33:16 47:1 60:1

**completed** 19:18 22:15

**conclusion** 47:5

**concrete** 35:10

**connect** 53:23 56:4

**connected** 24:11,14,15,18 34:19,25 35:2,7 46:6,14 53:9

**connection** 15:24 24:22 25:4,6, 9 26:8 34:20 35:25 41:16 42:11 46:12, 14

**constant** 54:24

**construction** 14:18 17:16 19:7 20:9

**contact** 12:2 33:1 39:5 40:5 43:8

**contacted** 11:24 12:17 28:13 43:11 50:7

**contained** 19:3

**context** 10:23 16:16

**continue** 50:22

**continues** 18:15

**contractor** 21:7, 12,15 22:9

**contractors** 22:4

**conversation** 16:18

**copper** 24:14,18, 19,25 25:3,25 34:20

**correct** 14:16 19:24,25 21:1,2,13 23:19,20,25 24:9,20 26:5,10 29:13 30:13 31:2 34:15 35:1,13, 16 36:18 39:18 40:21 41:1 42:5,18 44:1 45:19 48:20 49:6,7 50:5 51:3,4 55:2,3 56:22 58:8 59:23 61:8,20,21

**cost** 21:22 22:2 51:6

**counsel** 8:23 27:21 48:20

**country** 12:23

**couple** 12:9 16:13 55:16

**court** 6:19,23

**cover** 5:21 8:12

**covered** 31:1

**crimp** 53:23

**crushed** 57:18, 20,21,22

**current** 6:9 13:24

**curved** 35:19

**cut** 17:7 41:20 44:2,9 56:21

**D**

**damage** 32:11,18 44:10

**damaged** 38:12

**dangers** 60:11

**date** 23:3

**dated** 49:5

**day** 17:3 23:3,8 36:6 39:24 40:18, 21,22 41:1

**days** 34:3,4,5 38:4 39:16,17 42:24

**Debra** 62:6

**December** 19:18

**deductible** 30:15 37:22,25 42:20 44:18

**defendant** 5:8 8:17

**Defendant's** 8:13

**defendants** 10:7

**delivery** 62:10

**deposition** 5:10,12 6:14 8:13, 24 9:8,15,19 10:24

**describe** 15:6 23:15 35:21 39:20 50:20 52:19 57:16

**description** 33:23

**design** 14:25

**designed** 15:2

**destroyed** 31:18

**difference** 25:19

**difficult** 7:4

**directly** 13:13 24:12 34:19 35:2 40:23 46:8 52:20

**disappeared** 26:1

**disappears** 25:14 29:16

**discovered** 17:5 39:21

**discuss** 9:14 33:6

**discussed** 39:15 57:8

**discussion** 50:10,15

**discussions** 59:14

**distributed** 47:20

**document** 18:4 48:16,23

**documents** 5:15,17,20 8:6,7,22 9:11,12 27:16 47:19

**door** 23:23,24 24:4

**Doug's** 10:14

**dried** 32:5

**Drive** 6:10

**dry** 31:18 32:19 38:14 41:12,19 44:11,14 45:18

**drywall** 35:8,9 40:9,10 41:17 43:25 45:10,17

**duly** 5:2

**dump** 57:23

**E**

**earlier** 39:12 48:19

**early** 6:13 14:22

**easier** 6:18

**easiest** 35:5

**effective** 5:12

**Elgin** 6:8 15:19 17:12 18:1 19:7 20:2 22:18 23:1 49:16 60:16

**Elgin's** 56:2

**end** 28:2

**ended** 48:23

**enter** 13:12

**entire** 50:25 51:6

**equipment** 24:2 31:22 32:7

**essentially** 10:22 50:23

RAY SMINKEY

**estimate** 51:5

**Etran** 62:6,9

**evening** 28:11,14 40:1,15,24

**EXAMINATION** 5:4

**excuse** 55:10

**exhibit** 8:9,12,14 9:18 18:3 33:16 45:6 48:12 60:1

**exhibits** 5:21 8:11,24 62:7,10

**expansion** 51:14,17,23 52:5,7, 19,24 53:6,9,20 54:6 55:15,18 56:11,14,18,25 57:2

**experience** 14:18

**experiences** 44:20

**experts** 43:7

**explain** 11:4 14:1 23:5 35:5

**exposed** 37:14, 16 57:4

**F**

**factor** 49:20

**fail** 61:1

**failed** 60:8

**fair** 7:8

**familiar** 18:21

**February** 22:16

**Fedexed** 5:17,21

**feet** 24:17 25:25 26:4 42:2,5

**filed** 18:25

**find** 33:13

**fine** 48:6 62:10

**fitting** 23:15 24:12

**fittings** 46:16,20, 24 53:16,20,24,25 54:1

**fix** 28:18,22 29:22 33:6 37:4,14 40:16, 21 41:5,13 58:2

**fixed** 11:17,19 38:19

**flip** 45:6

**flow** 31:9

**follow** 7:15 27:21

**foot** 25:10

**foreseeable** 60:11

**form** 21:24 31:20

**Fort** 14:14

**found** 12:10,11, 14,16 36:16 39:12 47:23 48:1 50:24

**friends** 16:13 50:11,16

**front** 48:13

**G**

**garage** 23:9,10, 19,22,23 24:4 31:5, 9,11,16,19 32:18,20 33:22 36:10,16 39:22 44:23 45:13 57:1,3,5

**gave** 7:17

**general** 16:15,17 20:13 32:22 33:23 50:14,15

**generally** 6:25 8:8 11:11,14 15:6 56:12

**give** 7:6 61:24

**good** 5:6,24 7:17 25:20,21

**goods** 45:12,22

**Google** 12:9,14

**government** 13:20

**graduate** 13:8

**graduation** 13:12

**Great** 9:6 41:3

**grow** 12:22

**guess** 19:11 39:16

**H**

**H-O-F-F-E-P-A-I-R** 15:22

**happen** 33:13 34:2 40:3 50:22

**happened** 30:11 35:23 38:18 43:4 50:23

**hard** 55:25

**hardware** 53:1,3

**he'll** 62:4

**head** 7:12

**hear** 5:13,19,24 6:1 39:24

**heard** 16:8 17:9 20:25 28:11 39:22 40:2 54:16

**hearing** 42:17

**heater** 23:12,18 24:5,9,12,15,16 29:1,13 31:13 33:22 34:10,13,15,20,22, 25 35:1,3,12 36:17 37:15,18 40:11,13 44:6 46:6,9,10,12 52:8,10,11,17,21 56:8,10,14,18 57:1 58:19,22,25 59:1,4, 6

**height** 42:1

**high** 13:8

**hire** 21:11 31:21 32:7

**hired** 21:7,12

**Hoffepauir** 15:20,23 16:5,20 21:16,19

**hole** 23:16 26:9 36:4 42:14

**home** 17:6,11,14, 17,18,23,25 18:1 19:7 20:13 21:1,8 22:21 23:18 26:18, 19,20,21,24 27:9,16 28:13 29:7,24 30:14 31:1 32:13 33:24 36:23 37:11 38:11, 19 40:5 44:10 45:25 46:1,2,17,21,24 49:20,24 50:8 51:16 55:21 57:10 58:25 59:14

**homebuilder** 15:24,25 59:18 61:18

**hose** 23:12

**hot** 33:21 34:10,12 56:5,10

**hours** 41:2

**house** 11:17 14:22,23 15:1,4,6, 18 16:4,6,9,11,19, 21,24 17:20 19:14 20:2,6,7,9 21:13,18, 20,21 22:2,5,6,12, 16,18 23:1 26:14 27:7,10,12 30:24 40:2,10 43:2,12 45:4 49:16,18 50:11,25 51:6,13 55:2,4,10 56:1,5 57:14 58:12,15,17 59:7,15,23 60:15,17 61:4,7,15,19

**household** 45:12,21

**houses** 59:17

**I**

**identified** 8:9

**identify** 8:7

**inches** 25:6

**included** 22:4 49:10

**Incorporated's** 8:18

**incur** 44:19

**individual** 16:2

**information** 19:3,6,10,11,20 20:8,11 48:23 49:10,17

**inherent** 60:11

**inlet** 52:9

**inside** 23:25 37:15 40:9,10 41:12

**inspect** 58:22

**install** 21:8 55:14

**installation** 19:17 22:14 47:21

**installed** 17:6 19:8 20:1,8,21 21:4 22:12 29:23 37:13 46:21 49:24 50:5 51:21 53:6,19 54:8 55:12,15,17, 18,20 59:22

**installers** 20:5

**instance** 42:14 52:8 57:16 58:10 60:25 61:10

**instruct** 14:7

**instructor** 13:25

**instructs** 7:2

**insulation** 44:11 45:11,18

**insurance** 32:14 46:2

**interested** 9:19

**interject** 6:24

**internet** 12:5
47:9

**Interrogatories**
8:18,19

**interrogatory**
48:13

**investigate**
28:17 29:22 33:5

**involved** 11:20

**involving** 50:17

**Island** 17:15

**issue** 33:6

**issued** 60:19,25
61:2

**issues** 11:22 16:9
17:22 18:1 46:24

**items** 31:24
32:10,20,21

**J**

**Jacuzzi** 58:14

**Jesse** 15:20,23
21:16,18

**job** 13:22,24

**join** 13:3

**Joseph** 12:3

**K**

**kind** 16:5,20 17:19
21:21 24:3 32:19
35:12 48:1 49:17
50:21,22

**knew** 19:15,20

**knowledge**
49:13

**Kyle** 6:24 9:3
25:21 48:3 61:22
62:8

**L**

**large** 18:4

**lawsuit** 6:22
10:10 11:2,21,23
12:12 46:23 50:19
51:10

**Lawton** 14:15

**lawyer** 9:9 11:24
12:1 19:12

**leads** 23:24

**leak** 22:25 23:6
24:7,23 25:7,18,24
26:4,13 29:10
30:11,24 31:7
32:17,24 33:6,12
34:8,11,24 35:19,
21,23 36:7,9,15,16,
21 37:5,14 38:12,
20,25 39:10,15,18,
21 40:8,16 41:5,13
42:8,13,21 43:8
44:8 45:2,12 46:4,
13

**leaked** 31:4,5
32:2

**leaking** 29:18
31:8 35:18 41:22

**leaks** 17:22 33:20,
23 34:2 39:15 40:25
41:5 43:11 44:17,20
45:3,24 46:17 50:16
51:2 57:7,12 59:13

**learn** 16:24 30:5

**learned** 29:23
49:9

**left** 52:13,20

**left-hand** 23:23

**legal** 47:4

**length** 29:1,15
35:7 41:18,25 42:4

**letter** 5:21 8:12

**licensed** 21:7
22:9

**lines** 56:5

**link** 28:10

**list** 20:5,14 22:3

**listed** 10:1

**live** 6:7

**lived** 6:11 14:22
17:25

**lives** 22:21

**located** 17:14
23:18 52:7

**location** 6:12
14:12

**long** 6:11 14:10

**longer** 14:6

**looked** 29:11
47:15

**lowest** 25:4

**M**

**made** 9:9 11:12

**main** 26:14 34:13
36:22 57:21

**maintenance**
14:2,8

**make** 6:18 7:5
29:9 32:14,16 46:1
50:21

**makes** 7:22

**making** 45:25

**man** 41:10

**manual** 47:21

**manufactured**
47:3

**manufactures**
10:11

**manufacturing**
11:18

**map** 44:3

**marked** 8:9

**marking** 30:6

**master** 31:11,12
32:3,11,18 36:13
40:13

**material** 16:12
38:7

**materials** 61:17

**matter** 5:8

**means** 14:1

**members** 11:8
60:9

**mentioned** 8:5
39:12

**mentions** 45:10

**message** 47:24

**met** 6:19

**metal** 54:3,4

**mid** 45:2 51:20
52:3,4

**middle** 24:3 36:1
42:10

**military** 13:2,3,13

**mind** 48:4

**mine** 16:13

**minutes** 48:6

**moment** 59:10

**monitors** 54:23

**month** 12:20

**months** 55:16

**morning** 5:6,24
6:19

**moved** 22:16

**N**

**named** 20:17

**names** 9:21 10:1
61:18

**Navy** 13:6,16,18
14:4,7

**necessarily**
54:23

**needed** 45:13

**needing** 28:2

**negative** 50:12

**negotiating**
21:19

**neighborhood**
59:18

**NIBCO** 5:7 8:17
10:6,10 11:2,12,15
12:9,10 17:9 20:22,
25 21:4 29:19,23
32:25 33:1,3 39:1,5,
7 43:2,9,11 47:3,9,
16,20 50:20 53:12
60:8,11,17,19,23,
24,25 61:6,9

**NIBCO's** 47:12

**night** 17:1

**nod** 7:12

**note** 27:23

**notes** 59:11 61:25

**notice** 8:13 9:19

**noticed** 11:23
23:9,12

**November**
12:21 23:4,6 24:8
25:24 26:5 28:10
31:8 32:17,24 45:2
51:3 57:13

**number** 27:13,18
34:24 39:16,21
40:16 41:5,14 43:8
44:8 45:2 46:4 60:8

**numbered** 18:10

**Numbers** 8:9

**O**

**oath** 48:10

**object** 6:24 21:24
31:20

**Objection** 47:4

**Objections** 8:17

**objects** 6:25

**observe** 30:4 34:1,11 36:6 39:1 42:13 43:1

**observed** 23:5,6 24:8 26:5 30:2,3 33:20 34:9 35:18,22 36:15,20 39:20

**observing** 26:12 39:4

**occasionally** 27:22

**occupant** 15:4

**occur** 57:25

**occurred** 11:16 22:25 25:18 34:4 57:12

**October** 49:5

**Oklahoma** 6:8 13:1 17:12 18:1 19:7 60:16

**older** 17:16,18

**online** 27:17 47:23

**open** 23:23 44:9 56:22 57:3

**opportunity** 7:7

**original** 17:8 29:18 35:7 41:16 44:18 55:10 58:17 59:1

**originally** 46:21 59:7

**out-of-pocket** 44:19

**output** 54:24

**owned** 17:11,25

P

**PAC** 10:14

**paid** 44:18 58:5

**paperwork** 11:25

**paragraph** 19:16 20:20,22 21:6,9 22:14,23,24 33:17 39:14 45:9 60:5

**paragraphs** 18:10,21,25 19:3,5

**part** 12:23 21:22 30:14 40:10 48:19 57:4 60:7 61:17

**patch** 44:2

**pause** 18:19 59:12 62:1

**pay** 30:15,20 37:22,25 42:20 58:3,4,6

**Pennsylvania** 12:24

**people** 20:8

**person** 20:17 21:12

**personally** 10:4

**PEX** 10:14,16,17 16:8,12,14,24 20:22 24:11,19 25:5,13 26:1 29:1,19 37:13 38:7 43:15 47:16 49:24 50:11,12,17 53:10,12 59:21 60:11,17,20,24 61:1,6

**phone** 5:10 7:5, 11 35:6

**physically** 56:18

**picked** 27:11

**piece** 24:19

**pipe** 17:1,7 23:14 24:14,18,19 25:1,2, 3,5,13,25 26:1,9 28:24,25 29:4,6,11, 12,15,18,19,23 30:6,7,10 31:9 32:25 34:12,14,17, 19,21,25 35:7,8,10, 18 36:3,17 37:6,7, 20 38:5,7,18 39:1, 22,25 41:15,18,19, 22 42:4,14,15 43:2, 14,17 46:5,8,9,11, 13 61:14

**pipes** 12:11

**piping** 10:17,18, 20,22 12:9 16:14,25 35:16 36:1 37:13 47:2 53:9,14,19,24

**place** 54:5

**Plaintiff** 8:16 20:20 21:6 33:20,22

**plaintiffs** 10:1,3 11:7

**plan** 14:25

**plastic** 54:3

**platform** 35:12 37:18 52:18

**plumber** 26:17 28:17,20,22 29:3, 10,21 30:1,16,22 33:5 36:24 37:4 38:19,23 40:15,20 41:4,8,13 42:20 43:14,15,22 44:19 46:18 53:2 57:13 58:2,10 61:18,19

**plumbing** 10:11 14:20 15:14,17 16:5,8,9,21 17:19, 22 18:1 19:8,14,17 20:1,3,18,21 21:8, 12 22:4,8,11,12,15 23:1 45:3 49:18,20, 23 50:4,7,25 51:13, 16,24 54:8,13 56:9 57:8,9 58:11 59:22

**point** 24:22 25:4, 7,9 26:8 35:25 39:8 41:16 42:11 45:1 46:13,14 50:17

**points** 25:5

**policy** 26:24 27:2, 6,10,13,18 32:14 46:2

**positive** 50:12

**premarked** 8:23

**prematurely** 61:1

**preparation** 48:20

**prepare** 9:8

**preparing** 9:15

**pressure** 54:20, 24,25

**pressure-reducing** 54:14

**pretty** 27:11

**previous** 16:11

**previously** 20:24 42:24

**primary** 22:19

**problem** 11:19 18:12 28:18,23 29:11,22 33:7 59:15

**problems** 12:11

**process** 11:18

**products** 21:4 47:12 60:12,17,20, 24 61:6

**professional** 21:7 22:9

**property** 38:11 44:22

**provide** 16:16 60:9

**provided** 19:2 20:8 22:5 49:17 60:23 61:17

**providing** 48:22

**pull** 48:12

**Pulled** 32:4

**purchase** 49:20 52:23

**purchased** 49:25 50:2

**purchasing** 49:16

**push** 54:1

**put** 11:24 19:14,15 29:12 37:19 43:25 44:14 51:19,23 61:9,13

**putative** 11:2

Q

**question** 6:25 7:1,6,15,23 8:1 25:20,22 32:6

**questions** 5:9 6:21 7:20 18:16 61:23 62:3

**quick** 48:4

**quote** 21:20

R

**Rachel** 5:6 28:1

**radar** 13:25 14:2,7

**raining** 23:8

**ran** 57:23

**range** 26:8

**Ray** 5:1 6:4 8:13, 16 18:9 21:25 47:6

**read** 62:4

**ready** 9:10 18:17 23:7

**realize** 7:4

**reason** 42:23 57:13

**recall** 12:13,19 17:2 20:17 25:8 30:18 31:24 32:21 33:9 34:5,14 36:3 37:4,7 41:7,9,22 42:1,8,17 44:22,24 45:22 47:19,25 48:22

RAY SMINKEY

December 20, 2016
Index: recirculation..taking

**recirculation** 55:5

**recognize** 9:25 48:15

**recollection** 22:25

**record** 5:22 6:3 8:10,22 48:7,9

**records** 20:14

**Red** 6:10 29:20 34:18 37:9 41:24

**refer** 18:3 59:25

**reference** 9:18

**referring** 26:22 33:15 60:7

**refresh** 22:24

**related** 30:10 44:20 46:13 58:11

**relation** 52:8

**remain** 49:12

**remember** 12:16 25:11 30:9,12 33:8 35:20 38:17,24 40:23 42:9,12,16 44:21 47:11,14 51:25 52:2,25 58:1

**removed** 42:4 43:2,5

**renewing** 27:7

**rent** 31:21 32:6

**repainting** 44:1

**repair** 17:8 43:22 44:9

**repaired** 43:23 50:23

**rephrase** 7:21

**replace** 44:13 45:21 50:24

**replaced** 28:24 29:1,11,17 37:6 41:15,18,25 43:14 45:11,13 46:17 51:1

**replacement** 29:4 37:7,10,19 38:7 45:17

**replumb** 51:6

**reporter** 6:19

**represent** 10:9 11:8

**representing** 5:7

**request** 28:2

**research** 11:23 12:4,5,8 19:24 33:3, 12 39:7,11 47:9

**residence** 22:19

**residential** 20:21 33:21

**response** 28:16

**responses** 7:11 8:17 48:13,24 49:9, 10,12

**rest** 31:1

**result** 32:11 38:12 45:11

**resume** 48:5

**retained** 38:23

**review** 18:14,15

**reviewed** 9:12 18:24 48:18,19

**rings** 53:23

**risks** 60:11

**Rock** 6:10

**run** 16:1

**running** 46:4

**runs** 15:15

——————

**S**

**S-M-I-N-K-E-Y** 6:6

**Sauder** 12:3 33:13

**Sauder's** 12:16 39:12 43:7 47:24

**scanned** 62:10

**school** 13:8

**search** 12:14

**searches** 12:9

**secondary** 46:9

**section** 18:16 37:6

**seeking** 50:20 51:10

**self-connection** 53:25

**send** 28:2 36:24

**sentence** 45:10, 14

**separates** 40:12

**serve** 13:5

**served** 13:18

**service** 13:2 58:22

**serviced** 58:19

**serving** 13:15 14:6

**set** 8:18 54:24 59:6

**settings** 59:3,6,8

**sewer** 57:18,20, 21,22 58:3

**shake** 7:12

**SHAMBERG** 9:5 21:24 25:17 28:1,8 31:20 47:4 48:6 61:24 62:2,5,9

**Sharkbite** 53:15, 17

**Shield** 26:20,25 27:10 30:15 36:23 40:6 46:1

**show** 7:13

**shut** 23:11 26:14 36:22 39:23 40:20

**shy** 14:11

**sic** 15:22

**side** 23:23 30:6 31:13 44:4,6 52:9 56:20 57:18

**sign** 62:4

**signature** 49:2

**Sill** 14:14

**similar** 14:3 59:15

**single** 15:9 16:1

**sir** 11:1 18:3,7,14, 21 45:6 48:10 49:2

**Sminkey** 5:1,6, 24 6:4,7,14 8:5,13 9:7 12:22 18:9 21:7 25:23 27:21 28:3,9 33:20 48:9 49:15 50:19 59:13,25 60:9

**Sminkey's** 8:16 20:21 33:22

**soaked** 45:11

**softener** 55:7,9, 10,12,17,20,23 56:4,8,19,24 57:2

**solely** 47:2

**sort** 21:20

**sound** 7:7,17,24

**sounded** 23:8

**span** 42:7 43:5,6

**speak** 8:3

**speaking** 6:25 11:14

**specifically** 23:3,15

**spell** 6:5 15:21

**split** 23:14 36:4,5 42:14

**spoke** 61:19

**spot** 30:20

**spring** 52:4

**standard** 62:9

**standing** 23:22

**stands** 24:17

**Star** 20:3 21:11 22:4,8,11 50:4,7

**start** 6:2 19:5 25:3 34:7

**started** 11:25 26:16

**state** 6:3

**Stephens** 5:5,7, 23 8:19 9:3,6,7 22:3 25:20,22 28:5,9 31:21 47:8 48:3,8 59:10,13 61:22 62:4,6

**store** 53:1,3

**stored** 45:12

**stories** 15:7

**story** 15:9

**straight** 35:19

**stuff** 38:14 50:22 54:5

**substantially** 19:17

**sued** 11:2

**sufficient** 60:10

**suggest** 52:1

**summary** 32:22

**summer** 52:4

**supplies** 10:11

**sworn** 5:2

**system** 19:17 20:21 21:8 22:15 30:8 46:7 51:24 54:13 55:5,24 56:2, 9 57:9,10 58:11

——————

**T**

**taking** 6:20 59:10

RAY SMINKEY

December 20, 2016
Index: talk..yesterday

**talk** 7:3

**talked** 9:9 44:17 45:16

**talking** 16:13,14, 15,17 50:13

**tall** 24:17 42:2

**tank** 51:14,17,23 52:5,7,19,24 53:6,9, 21 54:6 55:5,15,18 56:11,15,19,25 57:2

**teach** 14:2

**ten** 14:11 48:6

**term** 10:14,18,19, 20

**terms** 10:13

**testified** 5:2

**thing** 7:10,19 8:1 10:19,23

**things** 5:11 7:3 24:3 27:20 28:4 31:18 58:23

**thought** 33:7

**throw** 31:17,25 32:10,20 38:16 44:23,24 45:22

**thrown** 45:23

**time** 5:25 7:4 17:5, 7 25:18,24 29:21 31:6 33:3 34:2,15 36:6 37:1 38:1 39:24 41:10 51:15 52:14 55:14 56:16 60:15,22

**times** 6:24

**today** 5:9,12,15 6:18 7:12 8:7 9:10, 14,19 10:13 13:21 19:21 27:22

**today's** 8:24 9:8 10:23

**told** 16:5 33:9

**top** 9:21,22 18:9 24:9,18 35:7 41:17 46:11

**total** 25:16

**totally** 39:17

**tough** 8:20

**town** 55:25

**transcript** 7:14

**transcripts** 6:22

**travel** 31:10

**truck** 57:23

**true** 22:16 24:5 49:12 60:16 61:4

**truth** 5:2

**tub** 58:15

**tubing** 10:20,22 12:10 20:22 21:4 24:11 29:1 37:10 39:7 43:15 47:2 49:24 50:11,17 61:1

**turn** 18:8 60:2

**type** 35:23

---

**U**

**ultimately** 30:23

**underground** 15:15

**underneath** 34:12 35:9,16 36:17 37:17

**understand** 7:16,20,22,23 8:2 10:10,22 11:1,3,6, 11 32:16 34:23 35:11 48:10 54:22

**understanding** 8:25 9:4 10:16 15:14 29:10 37:20 38:4 54:19

---

**V**

**vacuum** 31:17

**valve** 54:14,20

**verbal** 7:11

**verification** 49:2

**verified** 49:8

**view** 50:12

**Virginia** 17:15,20

**visible** 25:12,13

---

**W**

**Walked** 23:9

**wall** 25:14 26:2 29:16,17 31:13 34:21 37:15 40:12 41:13,19,20 42:1 43:23 44:8,14 46:5 56:15,19,20,22

**walls** 15:16

**Waltz** 17:15

**wanted** 19:5 27:24

**warning** 60:19, 24,25 61:2,9,13

**warnings** 60:10

**warranty** 26:18, 19,21 28:13 30:15 31:1 32:13 45:25 47:13,16,17

**water** 23:6,11,12, 16,18 24:5,9,12,15, 16 26:9,16 28:25 29:12 31:4,8,13,17 32:2,11,17 33:20, 21,22 34:13,15,19, 21,25 35:1,2,12 36:10,12,15,17,22 37:15,18 39:15,23 40:11,12,20 44:6 45:12 46:6,9,12 52:8,10,11,16,17,21 55:7,9,10,12,17,20, 23,25 56:1,4,8,10, 14,17,19 57:1,2 58:19,22,25 59:1,4, 6

**waterline** 34:10

**website** 47:9 48:1 61:10

**websites** 12:13

**week** 20:25 33:19 34:1

**wet** 23:10 44:11

**wife** 22:22 23:7

**winding** 23:7

**wooden** 35:12 37:17 52:18

**word** 32:25 39:1 43:1

**work** 13:20 28:3 30:23 50:8 54:9 57:9 58:10

**worked** 20:9 46:18

**working** 28:5

**wrecked** 42:5

**writing** 28:3

---

**Y**

**year** 12:20 13:10 27:7,11

**years** 14:11

**yesterday** 9:9