# EXHIBIT 29

ROBERT PEPERNO                                    January 23, 2017

01              IN THE UNITED STATES DISTRICT COURT

02                   DISTRICT OF NEW JERSEY

03                  *  *  *  *  *  *  *  *

04   KIMBERLY COLE, ALAN COLE,      *

05   JAMES MONICA, LINDA BOYD,      *

06   MICHAEL MCMAHON, RAY SMINKEY,  *

07   JAMES MEDDERS, JUDY MEDDERS,   *

08   ROBERT PEPERNO, SARAH PEPERNO  *

09   and KELLY MCCOY, on behalf of  *

10   themselves and all others      *

11   similarly situated,            *

12       Plaintiffs                 *  Case No.

13       vs.                        *  13-cv-07871-FLW-TJB

14   NIBCO, INC.,                   *

15       Defendant                  *

16                  *  *  *  *  *  *  *  *

17

18                   DEPOSITION OF

19                   ROBERT PEPERNO

20                   January 23, 2017

21

22

23

24       Any reproduction of this transcript

25       is prohibited without authorization

26              by the certifying agency.

ROBERT PEPERNO                                        January 23, 2017

|  |  |
|---|---|
| **Page 2** | **Page 4** |

Page 2

```
01
02                 DEPOSITION
03                     OF
04   ROBERT PEPERNO, taken on behalf of the Defendant
05   herein, pursuant to the Rules of Civil Procedure,
06   taken before me, the undersigned, Lindsey Deann
07   Richardson, a Court Reporter and Notary Public in and
08   for the Commonwealth of Pennsylvania, at The Hampton
09   Inn, 22 Montage Mountain Road, Scranton, Pennsylvania,
10   on Monday, January 23, 2017 beginning at 8:52 a.m.
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
```

Page 4

```
01              I N D E X
02
03   WITNESS: ROBERT PEPERNO
04   EXAMINATION
05     By Attorney Weslander               7 - 72
06   CERTIFICATE                              73
07
08
09
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 3

```
01           A P P E A R A N C E S
02
03   JOSEPH B. KENNEY, ESQUIRE
04   McCune Wright, LLP
05   555 Lancaster Avenue
06   Berwyn, PA  19312
07       COUNSEL FOR PLAINTIFFS
08       ROBERT AND SARAH PEPERNO
09
10   ERIC WESLANDER, ESQUIRE
11   Lathrop & Gage, LLP
12   2345 Grand Boulevard, Suite 2200
13   Kansas City, MO  64108
14       COUNSEL FOR DEFENDANT
15
16
17
18
19
20
21
22
23
24
25
```

Page 5

```
01              EXHIBIT PAGE
02
03                                          PAGE
04   NUMBER  DESCRIPTION                  IDENTIFIED
05     1    Notice of Deposition             28
06     2    NIBCO Invoices                   29
07     3    Interrogatories and Responses    52
08     4    Second Amended Class Action Complaint  65
09
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

ROBERT PEPERNO                                              January 23, 2017

Page 6

OBJECTION PAGE

01
02
03 ATTORNEY                                        PAGE
04 Kenney                              9, 11, 11, 12, 17, 22,
05                                     28, 38, 44, 44, 47,
06                                     67, 68, 69, 70
07
08
09
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 7

                P R O C E E D I N G S
01
02 --------------------------------------------------
03 ROBERT PEPERNO, HAVING FIRST BEEN DULY SWORN,
04 TESTIFIED AS FOLLOWS:
05 --------------------------------------------------
06 EXAMINATION
07 BY ATTORNEY WESLANDER:
08 Q.Good morning, sir.  Could you please state your
09 name for the record?
10 A.Robert Rocko Peperno.
11 Q.What is your residence?
12 A.915 Moosic Road, Old Forge, Pennsylvania, 18518.
13 Q.And Mr. Peperno, my name's Eric Weslander.  I
14 represent NIBCO.  We met just a bit ago.  Have you
15 ever given a deposition before?
16 A.Yes.
17 Q.Can you tell me about that?
18 A.It was about --- I had an injury with a machine
19 in a shop machine about 35 years ago, 30 years ago.
20 Q.Were you the Plaintiff in that action?
21 A.Yes.
22 Q.So given that it's been a while, let me just
23 cover a few ground rules that will I think hopefully
24 make things go more smoothly today.  First of all, do
25 you understand that you are under oath and your

Page 8

01 testimony today is the same as if you were in a
02 courtroom in front of a judge and jury?
03 A.Yes.
04 Q.And we have a court reporter here to my left
05 who's going to be taking down everything we say, and
06 so for that reason a couple things.  One, I'll try not
07 to talk over you and ask that you do the same.  Fair
08 enough?
09 A.Okay.
10 Q.And that way we'll get a better record if we're
11 both not talking at once.  Similarly, I don't think
12 you'll have a problem with this, but I'll need you to
13 say yes or no instead of shaking your head or saying
14 uh-huh.  Fair enough?
15 A.Yes.
16 Q.And if I say is that a yes I'm not trying to be
17 rude.  I'm just trying to clarify for the record.
18 Let's see.  Do you understand that if your testimony
19 at trial were to differ from your testimony today we
20 could use the transcript of this deposition to
21 challenge your later testimony in court?
22 A.Okay.
23 Q.And if at any time if you don't understand a
24 question will you let me know?
25 A.Yes.

Page 9

01 Q.Okay.  And if you answer I'll assume that you
02 understood it.  Fair enough?
03 A.Yes.
04 Q.But if you don't understand let me know and I'll
05 do my best to rephrase it.  Are you taking any
06 medications, or do you have anything going on in your
07 life today that would prevent you from giving full,
08 accurate answers to these questions?
09 A.No.
10 Q.Let's talk just a bit about the deposition.  Tell
11 me, what did you to prepare for your testimony today?
12 A.I consulted with my lawyer.
13 Q.Did you review any documents?
14 A.Yes.
15 Q.What did you look at, to the best of your
16 recollection?
17 A.The letter that was sent to us originally from
18 NIBCO, and that was it.
19 Q.Did you discuss your testimony with anybody
20 besides Counsel?
21 A.Yes, my wife.
22 Q.What was the substance of that?
23 ATTORNEY KENNEY:
24 I'm going to object on the grounds of
25 marital privilege and instruct you not to answer.

ROBERT PEPERNO                                    January 23, 2017

Page 10

01  ATTORNEY WESLANDER:
02  Just for the record, you're instructing
03  the witness not to answer that one based on marital
04  privilege?
05  ATTORNEY KENNEY:
06  Correct.
07  BY ATTORNEY WESLANDER:
08  Q.And are you going to follow your attorney's
09  advice on that?
10  A.Yes.
11  Q.Anyone besides your spouse or Counsel that you
12  talked to about your testimony?
13  A.Today?  No.
14  Q.Previously?
15  A.No, I did not.
16  Q.Are you sure about that?
17  A.Yes.
18  Q.Some of the terminology I'll be using as I ask
19  you questions, NIBCO is the Defendant in this lawsuit,
20  and you understand they manufacture plumbing
21  materials?
22  A.Yes.
23  Q.And I might just refer to NIBCO.  I'll mean the
24  Defendant in this case.  I'll probably use the term
25  PEX, and when I say that --- do you know the term PEX,

Page 11

01  P-E-X?
02  A.I don't know what it stands for.  I assume it's
03  the pipe, the flexibility of pipe and the material.
04  Q.Yeah.  It's material, basically plastic, for lack
05  of a better term, type of a tubing or plumbing.  And I
06  might use tubing or piping interchangeably, but to
07  mean basically the pipe that water goes through.  So
08  if I say PEX plumbing, PEX tubing, I'm referring to
09  that actual piping.  I might refer to NIBCO PEX
10  specifically as PEX manufactured by NIBCO.
11  A.Okay.
12  Q.So do you understand that you are a Plaintiff in
13  a lawsuit?
14  A.Yes.
15  Q.And to the best of your understanding what are
16  the allegations you're making against NIBCO?
17  ATTORNEY KENNEY:
18  I'm going to object to the extent it
19  calls for a legal conclusion, but you can answer to
20  the extent you understand it.
21  A.They're not standing by their warranty.
22  BY ATTORNEY WESLANDER:
23  Q.And what compensation are you seeking from NIBCO
24  in this case?
25  ATTORNEY KENNEY:

Page 12

01  Object to the extent it calls for a
02  legal conclusion or expert testimony, but you can
03  answer to the extent you know.
04  A.To be made whole.
05  BY ATTORNEY WESLANDER:
06  Q.And what does that mean to you?
07  A.To be in the position I would want to be in,
08  affecting the products.
09  Q.Can you tell me about what position that is,
10  compared with the position you're in now?
11  ATTORNEY KENNEY:
12  Same objections.  You can answer.
13  A.My pipes aren't breaking on me.
14  BY ATTORNEY WESLANDER:
15  Q.It sounds like that you are aware of the
16  allegations in this case are essentially that NIBCO
17  piping installed in your home leaked.
18  A.Yes.
19  Q.And we'll talk through --- we'll talk through the
20  individual instances as we get farther along.  As far
21  as some personal matters and background about
22  yourself, where were you born, sir?
23  A.In Scranton.
24  Q.Oh okay.  Lived around here your whole life?
25  A.Yes.

Page 13

01  Q.Now in your household --- well, how long have you
02  lived at your current address?
03  A.Nine years.
04  Q.And what was your address prior to that?
05  A.901 Glenwood Road in Old Forge.
06  Q.And how long were you at that residence?
07  A.Thirty-four (34) years.
08  Q.As far as other members of your household you
09  have your wife Sarah who's here today, with us in this
10  room; right?  Anybody else?  You have a daughter;
11  correct?
12  A.Yes.
13  Q.And she is?
14  A.Nine.
15  Q.Nine; okay.  Anybody else?
16  A.No.
17  Q.And it looks like in this matter you had some
18  involvement of, I think, your father Jim?  Is that
19  right?
20  A.That's correct, yes.
21  Q.Can you tell me how it is that your father came
22  to be involved potentially I guess as a witness in
23  this case?
24  A.He lives right next door, and when I'm working he
25  was the guy who opened the door for the plumbers, and

ROBERT PEPERNO                                    January 23, 2017

Page 14

01  to that extent.
02  Q.Okay.
03  A.He was the guy mostly always around.
04  Q.Got you.  And what is your occupation?
05  A.I work for the Pennsylvania Turnpike Commission.
06  Q.What is your title there?
07  A.I'm the maintenance person.
08  Q.Like a ---?
09  A.I'm head of the maintenance at the particular
10  location.
11  Q.Oh, okay.  And which one is that?
12  A.Wilkes-Barre.
13  Q.Well, I hope you don't have too much ice and snow
14  ahead of you in the next couple days.
15  A.It's been a white winter.
16  Q.How long have you had that position?
17  A.Twenty-eight (28) years.  I'm sorry.  I had that
18  position for about a year.  I've been with the company
19  for 28 years.
20  Q.Got you.  What is your educational background?
21  A.High school.
22  Q.Where did you go to high school?
23  A.Old Forge.
24  Q.Remember what year you graduated?
25  A.'88.

Page 15

01  Q.And I can't remember if I asked where you were
02  born.
03  A.The actual hospital is in Scranton.  I've lived
04  in Old Forge my whole life, the town.
05  Q.I did ask that.  Now I remember.  Do you have any
06  experience with construction, home construction?
07  A.No.
08  Q.What about any experience with installing or
09  repairing plumbing?
10  A.None.  Zero.
11  Q.Your current home, when did you buy it?
12  A.We built it.
13  Q.Okay.
14  A.In about 2007 they broke ground.  We took
15  possession in 2008, February of 2008.
16  Q.And the name of the company that built your home
17  was what?
18  A.Hometown Builders.
19  Q.How did you come to choose Hometown Builders?
20  A.Just randomly, by going to different builders and
21  seeing their houses and getting their bids.
22  Q.Was this a new subdivision where a lot of homes
23  were being built in the same place?
24  A.No.
25  Q.Tell me more.  Was it more of a single location

Page 16

01  then being built that you had selected or what?
02  A.It's a lot.  It was a couple of lots put
03  together, and I think there's three lots exactly, and
04  we just built there.  It was open.  It was a piece of
05  ground.  That's the best I can do for now.
06  Q.I got it.  So you liked this location and picked
07  the lot, and decided to have a home built on this
08  site.
09  A.Yes.
10  Q.And tell me a bit about the configuration of the
11  home.  How many stories?  How many bedrooms?  Things
12  like that.
13  A.Two stories.  I believe it's 2,700 give or take
14  on that.
15  Q.And how many bedrooms?
16  A.Three.
17  Q.And how many baths?
18  A.Three.
19  Q.Who designed the home?
20  A.Actual design was --- well, I guess them.  It was
21  one of their architects from one of their plants.
22  Q.When you say them, you mean Hometown.
23  A.Hometown Builders.
24  Q.Do you know anymore about who that person would
25  have been?

Page 17

01  A.No.
02  Q.Do you know who installed the plumbing as your
03  home was being built?
04  A.The actual plumber?  No.  I don't remember him.
05  It was a subcontractor by them.
06  Q.And that was my next question is who hired the
07  plumber?
08  A.Hometown Builders.
09  Q.And do you know in your home was there PEX piping
10  used for hot and cold water?
11  A.I believe there is, yes.
12  Q.Do you have any radiant heat in the house?  What
13  I mean by that is, you know, a waterline specifically
14  with hot water running under a floor or something like
15  that to warm the floor.
16  A.No.  We do not have that.
17  Q.All right.  Because you didn't hire the plumber
18  or don't know the plumber I'm guessing that means you
19  didn't rely on this particular plumber's experience or
20  qualifications or anything like that.  Fair enough?
21  A.Yes.
22  Q.And you didn't consider other plumbers or get
23  multiple bids on plumbers or anything like that.
24  ATTORNEY KENNEY:
25      Object to the form.  You can answer.

ROBERT PEPERNO                                      January 23, 2017

Page 18

01  BY ATTORNEY WESLANDER:
02  Q.Did you get any bids on other plumbers?
03  A.No.
04  Q.Did you look into the qualifications of any other
05  plumbers?
06  A.No.
07  Q.Do you know who picked the materials that were
08  used for the plumbing of your home?
09  A.Do I know personally?  No.  I would assume it was
10  either a plumber or Hometown Builder would have got
11  it, either one of them.  Somebody bought it.  I had
12  nothing to do with it.
13  Q.And I think I know the answer to this, but do you
14  have any idea why they would have selected the
15  materials that they did?
16  A.No.
17  Q.And I'm guessing that you didn't have any input
18  on the brand of piping to be used.
19  A.No.
20  Q.Had you ever prior to this home being built and
21  moving in, had any experience with either PEX or with
22  NIBCO?
23  A.No.
24  Q.But just to clarify you have --- I don't need to
25  ask these questions if you've never had the discussion

Page 19

01  with the plumber --- you don't know the identity of
02  the company or the person that plumbed your home, so
03  fair to say you haven't had any conversations with
04  them about anything.
05  A.Yes.
06  Q.At least anything related to this lawsuit that
07  you know of.
08  A.Correct.
09  Q.So when did you first learn that the plumbing in
10  your home had NIBCO manufactured products in it?
11  A.After the second pipe busted.
12  Q.And how did you learn that?
13  A.We started to do some research on the pipe
14  because it broke again.
15  Q.When you say we who's we?
16  A.Well, me and my father.
17  Q.Did you ever --- sorry if this sounds like I'm
18  covering things we've already talked about, but I want
19  to make sure I cover the bases.  When you got your new
20  home did you receive with it any documentation related
21  to plumbing?
22  A.No; not that I know of.
23  Q.So you didn't get any brochures, insulation
24  guides, a warranty, or anything like that related to
25  the plumbing?

Page 20

01  A.No; not on the plumbing.  No.
02  Q.What about the fittings that connect to the
03  piping?  Did you have any input as far as how those
04  were selected in construction?
05  A.No.
06  Q.No input as far as how they were selected or how
07  they were installed in your home; fair enough?
08  A.Correct.  Correct.
09  Q.Tell me a little bit about the plumbing system of
10  your home.  I want to ask a couple things about that.
11  Do you have like a recirculation pump or recirculation
12  system?
13  A.No.
14  Q.Have you ever had one of those?
15  A.No.
16  Q.What about an expansion tank?  Do you have one of
17  those?
18  A.I don't know what that is.
19  Q.To the best of your recollection how did you
20  become to be a Plaintiff in this case?
21  A.The pipes started to break.
22  Q.Let me be a little more specific.  Sorry about
23  that.
24  A.It's all right.
25  Q.At what point did you realize there's a lawsuit

Page 21

01  and I want to be part of it?
02  A.After we received the letter; after we had first
03  contact with NIBCO.  They sent us a letter rejecting
04  us, and we did more research and found out about the
05  lawsuit.
06  Q.Do you remember what research you did?
07  A.Just searching NIBCO piping on the internet; a
08  lawsuit or problems with NIBCO; something of that
09  sort.
10  Q.And that led you to some kind of a site.
11  A.That's correct; into a site about all the
12  problems, and that's how we entered into that.
13  Q.All right.  And do you have some kind of a signed
14  agreement with Counsel to make you part of the case,
15  or a representation agreement with your Counsel?
16  A.Yes.
17  Q.Have you ever been promised any kind of a bonus
18  or incentive to sign up and become part of a case?
19  A.No.
20  Q.Let's talk through the leaks.  If you have
21  difficulty recalling the details of them we have the
22  documentation you've given us.  We can refer to those
23  if you need to, and we'll probably go through them at
24  some point.  But as you sit here today do you remember
25  the first incident that you had with the plumbing in

ROBERT PEPERNO                                    January 23, 2017

Page 22

01  your home that we're here about today?
02  A.Yes.
03  Q.When was that?
04  A.I don't have the exact date.  It's all in the
05  documents.
06  Q.Approximately.
07  A.Again, I don't remember.  Maybe March or April.
08  I came downstairs and my basement was essentially a
09  viaduct, like a mist, and I looked and there was a
10  pipe that was spewing out the water and like a vapor
11  mist out through the basement.  Water on the floor.
12  Q.And you think this would have been sometime in
13  the spring?
14  A.Again, I don't remember the dates.
15  Q.Okay.
16  A.Everything should be in the documents.
17  Q.Sure.  This time that you're describing where you
18  came downstairs and saw a vapor mist, was that the
19  first indication you had had that there was some kind
20  of an issue with ---?
21  A.Yes.
22  Q.I'm sorry.  An issue with the piping or plumbing
23  in your home.  That was that first time?
24  ATTORNEY KENNEY:
25  Object to the form of the question.

Page 23

01  ATTORNEY WESLANDER:
02  Let me ask it and let me rephrase it.
03  BY ATTORNEY WESLANDER:
04  Q.This time you just described when you came
05  downstairs and you're seeing a mist, was that the
06  first time you had any indication there was an issue
07  with the piping in your home?
08  A.Yes, because it broke.  Yes.  I would say if
09  something's broke, yes.
10  Q.What did you do in this instance once you saw
11  this happening?
12  A.Called the plumber.
13  Q.And did you discover this yourself, or had
14  someone else?
15  A.No.  I discovered it.
16  Q.Okay.  Tell me, do you remember what time of day
17  it was, or what day of the week?
18  A.It was in the morning, and I believe it was on
19  the weekend, Sunday.
20  Q.Did you just happen to come downstairs and saw
21  it, or did you hear something?
22  A.I happened to just come downstairs.
23  Q.And this is a basement.  Tell me about your
24  basement and how it's set up?
25  A.It's not finished.

Page 24

01  Q.And what is in your basement?  I mean, do you
02  store things there?
03  A.Exercise equipment, Christmas decorations, patio
04  furniture in the winter, pool stuff in the winter,
05  pool stuff during the summer, shelving for different
06  appliances that we only use occasionally, and dishes,
07  stuff like that, clothing from out of season.
08  Q.So in this particular case, the first time you
09  remember having this issue, you said you called the
10  plumber.  Did you do anything between the time you
11  called?  Well, let me ask it this way.  Did you do
12  anything to inspect and in fact find out what was
13  going on other than calling the plumber?
14  A.No.
15  Q.Did you shut the water off or anything like that?
16  A.Yes.
17  Q.Okay.  Okay.  And where do you remember in your
18  house?  Did you shut it off at a particular location,
19  or did you just shut off the main water?
20  A.I shut off the main water.  I'm sorry.  I did
21  not.  I shut it off from the water tank.
22  Q.You mean the water heater?
23  A.Correct.
24  Q.And why there?
25  A.Because it was the red line coming out of there

Page 25

01  that was doing it, that was coming from right
02  directly, the pipe that's going up from the water
03  heater.
04  Q.Okay.
05  A.So I knew enough to --- so I just shut that off.
06  Q.Did it appear to be water coming out of the water
07  heater then?
08  A.No.
09  **Q. The line that was leaking, was it a line that was**
10  **coming from the water heater then?**
11  **A.It was the PEX tubing that made its ascent up.**
12  **Then it started going across.  That's where it broke.**
13  **Q.And tell me as close as you can remember, on the**
14  **tubing as far as where was it in comparison to the**
15  **water heater?  How many inches from the top of the**
16  **water heater say?**
17  **A.I don't recall how far it was, but it was**
18  **somewhere in between the tank and the ceiling to make**
19  **the run.**
20  **Q.Do you remember if it was near any kind of a**
21  **joint?**
22  **A.No, it was not.**
23  **Q.And what did you see as far as looking at the**
24  **actual pipe?  Either before or after you shut it off**
25  **did you make any observations about the pipe itself?**

ROBERT PEPERNO                                    January 23, 2017

Page 26

01  A.No.  I shut it off and I waited until the plumber
02  came.  I didn't do any --- it definitely had a crack
03  in it, but I didn't go examining it at that point.  I
04  just shut the water off.  I called him, and he came
05  about an hour or so later.
06  Q.And in this case did you see --- before you shut
07  the water off what did you see when you looked at the
08  pipe?
09  A.Water, like a water mist spewing all over the
10  side of the wall, and of course a whole bunch of water
11  on my floor.
12  Q.And was this Lameo?
13  A.Lameo.
14  Q.Lameo Plumbing that came?
15  A.Yes.
16  Q.And you said it took him about an hour.
17  A.A couple hours, hour and a half.  He was very
18  fast.  It wasn't --- as a matter of fact I don't think
19  my wife even knew it had happened.  She was still
20  sleeping.
21  Q.That is fast.  What did they do to repair it?  Do
22  you know?
23  A.He replaced that section.
24  Q.Did you watch him do his work?
25  A.No.  I wasn't down there when he was doing it.

Page 27

01  Q.Do you know what kind of material he used to
02  replace this pipe with?
03  A.No, I don't.
04  Q.And did you give any input to the plumber as far
05  as materials to use or how to fix it?
06  A.No.
07  Q.Do you know what happened in this very first
08  instance?  Did they give you back the piece of pipe
09  they cut out or anything like that?
10  A.It was left there; yes.
11  Q.What happened to that piece of pipe?
12  A.I sent it to NIBCO.
13  Q.In this case was there damage to your home?
14  A.No.
15  Q.Damage to any personal property you had down in
16  the basement?
17  A.No.
18  Q.I'm sorry?
19  A.No.
20  Q.No, okay.  Let me go ahead and actually mark a
21  couple exhibits, and I should say by the way.  I
22  didn't mention this at the beginning.  If you ever
23  need to take a break just let me know.
24  A.Okay.
25  Q.For whatever reason.  I'm going to hand you what

Page 28

01  I'm marking as Exhibit 1.  And I will tell you that
02  this is a notice of your deposition today.  Have you
03  seen that document before today?
04  (Exhibit 1 marked for identification.)
05  A.No.
06  BY ATTORNEY WESLANDER:
07  Q.It's really just a kind of a formality.
08  A.Okay.
09  Q.It puts everyone on notice of your deposition
10  today.  Let me ask, in the top part of that page there
11  is some names that are all in capital letters, the
12  names of the Plaintiffs.  Can you take a moment and
13  read those, and let me know if other than yourself and
14  your spouse if you know any of the names there, have
15  ever met any of these people, or had conversations or
16  communications with them?
17  ATTORNEY KENNEY:
18  I'm going to object to the form.  You
19  mean know of them generally?
20  ATTORNEY WESLANDER:
21  Well let me rephrase.
22  BY ATTORNEY WESLANDER:
23  Q.The other listed Plaintiffs there I'm going to
24  ask if you knew any of them prior to this lawsuit or
25  have had any communications with any of them.

Page 29

01  A.Nobody on this list looks familiar to me.
02  Q.I think this will make it a little easier if you
03  have the records you've given us as we talk through
04  the rest of these repairs.  So let me mark as Exhibit
05  2, if I can find my stickers, and I will represent to
06  you that these are documents we have received from
07  your Counsel that are labeled as your records and
08  response to a record request for documents.
09  (Exhibit 2 marked for identification.)
10  ATTORNEY KENNEY:
11  This is Exhibit 2?
12  ATTORNEY WESLANDER:
13  Exhibit 2; correct.  Yes.
14  BY ATTORNEY WESLANDER:
15  Q.Can you just take a moment and leaf through these
16  and let me know when you've had a chance to look at
17  them, and I'll ask you questions about individual
18  ones.  Have you had a chance to look at them?
19  A.Yes.
20  Q.Let's turn to page --- down at the bottom right
21  they have numberings on them, and let's look at the
22  one ending in 004 in the bottom right-hand corner.
23  A.What page?  I'm sorry?
24  Q.It will be the fourth page, and it should be an
25  invoice dated December 15th, 2013 from Lameo.

ROBERT PEPERNO                                    January 23, 2017

Page 30

01  A.Okay.
02  Q.Are we on the same page here?
03  A.I got it.
04  ATTORNEY KENNEY:
05  Just so you know, down here it is.
06  BY ATTORNEY WESLANDER:
07  Q.They're kind of small.  There's the numbers I'm
08  referring to.  Just one of those things lawyers do so
09  they don't get pages mixed up.
10  A.I understand.
11  Q.So this is an invoice from Lameo.  I'm never
12  going to say it right; Lameo Plumbing.
13  A.Lameo (corrects pronunciation).
14  Q.Lameo Plumbing, December 15th, 2013.  And do you
15  see in the middle of the page it's describing an
16  emergency call for water leak on PEX pipe near water
17  heater?
18  A.That's correct.
19  Q.A moment ago you described the first leak that
20  you saw being around March or April.  I want to just
21  clarify, this one is December of 2013.  Do you think
22  that's the right date of what you were thinking of a
23  moment ago, or is this a different issue?
24  A.That is the right date.  Now I remember.  The
25  Christmas tree wasn't assembled in the corner when

Page 31

01  that broke.  We have a Christmas tree in three or four
02  pieces that we set right up in the corner, and it was
03  not there.  It would have been getting soaking wet.
04  But it wasn't there.  I just remembered.
05  Q.You had a use for it this time of year.
06  A.Yeah.
07  Q.And so what you just described as far as the mist
08  and spraying and going down into your basement, would
09  it be fair to say you're talking about this first, in
10  December of 2013.
11  A.That's correct.  That would be the one; right.
12  Q.Good.  And I realize that it probably would be
13  easier to get these in front of you because it's been
14  a few years.  It looks like on this one they charged
15  you $75.  Is that correct?
16  A.That's correct; yes.
17  Q.And do you think, even on this first one you
18  would have kept the pipe and returned this particular
19  section of pipe to NIBCO?
20  A.It was laying on top.  He left it on the side of
21  when he was doing the job.  We just never moved that.
22  Q.So even this first incident from December of
23  2013, if I understand correctly, you kept the pipe
24  from that and still would have had it, and sent it
25  back to NIBCO?

Page 32

01  A.I believe so.
02  Q.Let's turn to the next page, and this is the one
03  labeled 005 in the bottom right-hand corner.  And now
04  we're looking at an invoice dated April of 2014. Do
05  you see that?
06  A.Yes.
07  Q.And I'm going to read here in the note section or
08  description section in the middle.  Quote, emergency
09  call for leak on PEX water main.  Replaced section of
10  PEX piping in basement.  Did I read that correctly?
11  A.Yes.
12  Q.What do you remember as you look at this invoice
13  about this second incident?
14  A.It was pretty much the same thing as the first
15  one.
16  Q.Do you remember discovering it?
17  A.Yes.  That was a Sunday morning.  I believe that
18  was Palm Sunday.  I remember that one.
19  Q.What happened?
20  A.Same thing.  I went downstairs to get something,
21  and then the same situation as the first time.
22  Q.And by same situation do you mean you see a mist
23  throughout your basement?
24  A.Yes.
25  Q.And where in relation to the first leak was this?

Page 33

01  Could you tell where the water was coming from in this
02  case?
03  A.Yes.  Essentially the same area.
04  Q.Was it from an area farther away from or closer
05  to the water heater?
06  A.It was near the water heater.  Same thing.  The
07  water heater area again.
08  Q.And can you say one way or another whether it was
09  farther away or closer to the water heater from the
10  first one?
11  A.It was on the same line up.  I believe it was on
12  the same line.
13  Q.And would it have been farther away from the top
14  of the water heater or closer to the heater?
15  A.This one was high, because it was shooting into
16  the insulation.
17  Q.One of the reasons I'm trying to pin this down is
18  I'm guessing it wasn't on the section that had been
19  replaced the first time around.
20  A.It was on that section.  It was the same NIBCO
21  piping that was --- now that I'm thinking about it
22  maybe you have --- I think he just cut off the piece
23  and just reattached it, now that I'm thinking about
24  it.
25  Q.The first time around?

ROBERT PEPERNO                                    January 23, 2017

Page 34

01 A.Yes.  It was on the lower end and there was a lot
02 of slack, and he just cut it and attached it.  At that
03 time we didn't think of any problem, so it was the
04 same piece of piping.
05 Q.So let me make sure I understand.  The very first
06 repair that we talked about there was some slack in
07 the pipe where he didn't need to ---.
08 A.He just joined them back up I believe.
09 Q.Cut out the leaking part.
10 A.Right.
11 Q.And reattached it.
12 A.Reattached it.
13 Q.Interesting.  Okay.  So it could have been then
14 the same distance from the top of the water heater the
15 second time around approximately; right?
16 A.It was on the same pipe; yes.
17 Q.Okay.  Okay.
18 A.But it was definitely high, because it was going
19 into the insulation.
20 Q.Got you.  And again, like you said the first
21 time, a mist.
22 A.Same thing.  A mist.  Like a water coming out
23 like a mist.
24 Q.On the second time in April of 2014 do you
25 remember how long it took the plumber to get there?

Page 35

01 A.Same thing.  He was there relatively quick.  A
02 few hours, a couple hours.
03 Q.Well, going back to the first one, does looking
04 at this April invoice change your recollection of
05 whether the December 2013 incident was also on a
06 weekend?
07 A.I believe that was on a weekend, too.  I believe
08 that was a Saturday if I'm not mistaken.
09 Q.So first one, to the best of your recollection,
10 was Saturday.  The next one on a Sunday.
11 A.So I was off both days, and I ran into it, and I
12 know she was home.  I believe she was home, and my
13 father was home.  So they were both weekends.
14 Q.Got you.
15 A.This one was Palm Sunday.  I remember, because my
16 father was going to church and he came over.
17 Q.Okay.  Did he see this?
18 A.Yes.
19 Q.So he saw it.  Did he see the water spraying that
20 day?
21 A.Yes.
22 Q.Did you shut off --- well, when you saw the spray
23 happening the second time what was your immediate
24 reaction?
25 A.I shut the water off again.

Page 36

01 Q.And what did you do next?
02 A.We called the plumber.
03 Q.And at some point your father came by the house
04 that morning.  Is that right?
05 A.Uh-huh (yes).
06 Q.That's a yes?
07 A.Yes.  I'm sorry; yes.
08 Q.No problem.  What was your discussion with him as
09 best you can recall about the plumbing issue?
10 A.Well we were cleaning up, and then Lameo called
11 us back and he said he's going to be down whatever
12 time.  And that's when we first --- we asked him is
13 this unusual, and he said no.  That's when we started
14 pursuing everything, investigating.
15 Q.Do you know what Lameo did in terms of its repair
16 the second time?
17 A.That time he replaced the whole entire section.
18 Q.And did you observe him do that work?
19 A.Yes.  I saw him.
20 Q.When you say the entire section how much of a
21 section are we talking about?
22 A.Well, from the heater to the joint that starts
23 running the main line, which I don't know, 13 courses
24 a block, so I don't know about --- how wide, four
25 feet?  Four, five feet.

Page 37

01 Q.And did you give him, the plumber, any particular
02 instructions about how to do this work?
03 A.No.
04 Q.So you didn't tell him use XYZ type of materials?
05 A.No.
06 Q.And do you have any idea in materials used on the
07 second repair what Lameo used?
08 A.No, I don't.  I don't know.
09 Q.In both times --- well let me ask this.  The
10 second leak, I know you described it being higher up.
11 Could you see if there was any kind of a fitting,
12 joint, clamp, nearby it?
13 A.No.  It was in the middle.  It was in the middle
14 of a pipe.
15 Q.And it looks like this time they charged you $80.
16 Is that right?
17 A.Yes.
18 Q.And do you know, in this case, what happened to
19 the pipe that they removed?
20 A.That's the one, that went to NIBCO.  I believe
21 that definitely went to NIBCO.  Now the other piece,
22 I'm thinking there might have been a smaller piece.  I
23 think we sent two pieces, but I don't recall now.
24 Q.When you say the other one are you referring
25 to ---?

ROBERT PEPERNO                                    January 23, 2017

Page 38

01  A.That was the first time.  I'm refreshing my
02  memory now on all this.
03  Q.So you think you may have actually had a bit of
04  the pipe that was cut out from the first repair?
05  A.A possibility.
06  Q.As far as the second incident, was there --- did
07  the leak damage your home?
08  A.No.
09  Q.Okay.
10  ATTORNEY KENNEY:
11  Object to the form of the question.
12  Object to the extent it calls for expert testimony,
13  but from your own conclusion.
14  BY ATTORNEY WESLANDER:
15  Q.Well, did you see any damage to your home from
16  this second incident?
17  A.No.
18  Q.Did you have any personal belongings in the
19  basement that were damaged because of this?
20  A.No.
21  Q.Let's go ahead and look at the next page.  At the
22  bottom right I'm seeing number 006, and do you see
23  that it is another Lameo invoice dated June 7, 2014?
24  A.Yes.
25  Q.And I'm going to read again the descriptions just

Page 39

01  to get it in the record here.  Emergency call for
02  water leak in basement of home.  Found leak on PEX
03  piping hot water main.  Replaced a section of PEX
04  piping.  Did I read that accurately?
05  A.Yes.
06  Q.So let's talk about this incident.  We are now
07  about two months, not quite two months after the prior
08  repair from April 2014.  What do you remember about
09  this incident?
10  A.Again, I walked down.  As soon as I walked down I
11  felt humidity in the air and the mist in the basement
12  when I was coming down the steps.
13  Q.And what did you do then?
14  A.Same thing as I did before.  I shut the water
15  off.
16  Q.And obviously it looks like you called Lameo
17  again.
18  A.Correct.
19  Q.Do you remember though in relation to the two
20  prior incidents that we've looked at, where this leak
21  was occurring?
22  A.This one was in the main line now.
23  Q.Okay.  Describe that for me.
24  A.It was about five or six feet down the line,
25  where you had your tube that came off the water

Page 40

01  heater, and they made the connection to run the lines.
02  This one was in the line about five or six feet away
03  from the water heater.
04  Q.So it would have been a section of pipe that was
05  going horizontal.
06  A.Correct.
07  Q.And was it a --- with all of these three were
08  they all red?
09  A.Yes.
10  Q.So they appeared to be anyway a hot water line.
11  A.Yes.
12  Q.If you assumed that red is hot.
13  A.Right.  It was causing humidity in the air and
14  everything.
15  Q.Right.  You could feel the heat from it.
16  A.Right.
17  Q.And then in this one did you --- you said you
18  shut off the water waiting for Lameo to come again?
19  A.Yes.
20  Q.Was there anybody else here to witness this third
21  incident?
22  A.My father again.
23  Q.How did he come to be here to witness it?
24  A.I called him.
25  Q.What did you say?

Page 41

01  A.I got another water leak.  This is after we
02  received the letter from NIBCO denying anything.
03  Q.And so he came over to do what basically?
04  A.Help me clean up again.
05  Q.And is it on this incident that you took some
06  video to the best of your recollection?
07  A.I don't remember which one I took video of, but I
08  took video of one.
09  Q.When Lameo came on this third visit do you
10  remember how long it took them to get there?
11  A.He was there the same day, a few hours.
12  Q.And what did they do this time as far as the
13  repair?
14  A.I witnessed him cut that out and replace that
15  section.
16  Q.How long of a section?
17  A.I don't recall.
18  Q.And can you describe the leak on the horizontal
19  section of the pipe?  Was it near, again, any kind of
20  clamp or fitting?
21  A.No.
22  Q.And was this also a mist like you described
23  previously?
24  A.Yes.  It was going all over the wall and my
25  weights, which were maybe five feet away.

ROBERT PEPERNO                                    January 23, 2017

Page 42

01 Q.And what happened to the piece of piping removed
02 on this visit in June 2014?
03 A.I don't recall that.
04 Q.So to the best of your recollection what you
05 would have sent to NIBCO would have been a sample from
06 April 2014 and possibly ---.
07 A.Definitely from the second one.  Possibly the
08 first one was in there, too.
09 Q.Okay.
10 A.I don't recall that.
11 Q.And we'll look at those documents as well.  In
12 fact, we can probably just look at them right now as
13 long as we have this same exhibit in front of you.  So
14 I'm going to look at the very first page of this
15 Exhibit 2.  It should say Product Return Authorization
16 up at the top with a NIBCO logo there.  Do you see
17 that?
18 A.Okay.
19 Q.This is a document you produced to us.  I will
20 represent it's a kind of a form that NIBCO uses and
21 sends people when they're going to return a part.  Do
22 you remember getting a piece of paper like this and
23 sending it back to NIBCO?
24 A.I don't remember the paper.
25 Q.Do you remember how you first decided that you

Page 43

01 were going to contact NIBCO directly?
02 A.Can you repeat that please?
03 Q.At what point did you realize that you were going
04 to try to contact NIBCO?
05 A.After the second break, and the plumber said this
06 is not typical.
07 Q.So what did you do to the best of your
08 recollection as far as reaching out to NIBCO?
09 A.We called their 800 number, I believe it was, and
10 we explained the situation.  And they asked us to send
11 the piece of pipe, and we did.
12 Q.Let me back up on this third repair from June
13 2014.  Do you have any idea what Lameo did to repair
14 it in terms of selecting materials?
15 A.No.
16 Q.So they selected the materials.  You didn't give
17 them input on that.
18 A.No, I didn't.
19 Q.Let's look just briefly at page two of this
20 exhibit.  It has the 002 down in the small type in the
21 bottom right corner there.  This is a letter from
22 NIBCO, an Evaluation Response Letter.  Do you remember
23 receiving this?
24 A.I do remember this letter.
25 Q.What was your reaction to getting this?

Page 44

01 A.Not happy.
02 Q.What did you do once you saw this?
03 ATTORNEY KENNEY:
04 Object to the form of the question.  You
05 can answer.
06 A.We pursued on getting a consult.
07 BY ATTORNEY WESLANDER:
08 Q.Have you done at any time --- and I'm not asking
09 about within this lawsuit, the things that your
10 Counsel may be doing, have you ever done any
11 independent testing or examination of the materials
12 that Lameo removed from your home, the PEX materials?
13 A.Me personally?
14 Q.Right.
15 A.No.
16 Q.On this third week from June 2014, did this leak
17 damage to your home?
18 ATTORNEY KENNEY:
19 Object to the extent it calls for expert
20 testimony or a legal conclusion, but you can answer.
21 A.No.
22 BY ATTORNEY WESLANDER:
23 Q.As far as personal property, the goods that you
24 had downstairs, did you have damage to anything like
25 that?

Page 45

01 A.No.
02 Q.Have you had any issues with your --- June of
03 2014 was the last repair we looked at.  And then I see
04 here on the very last page of this exhibit there's an
05 invoice from Lameo again, dated May 19th of 2016.  Do
06 you see that?
07 A.Yes.
08 Q.And that's been just within the past year, and
09 since this lawsuit has been pending.  And tell me what
10 you remember about this.  It refers to here work done
11 on April 25th of 2016.  Do you remember what that was?
12 A.Yes.  That's where it was dripping, a constant
13 drip, at one of the fittings.
14 Q.Where was this in the basement?
15 A.Same area; six/seven feet.  It was a little
16 further out, this one.  At the furthest point of any
17 of them.
18 Q.And when you say furthest you mean furthest from
19 that water heater.
20 A.Water heater, yes.
21 Q.And so was it in the same area as the previous
22 leak from June of 2014?  Just farther away from the
23 water heater?
24 A.Water heater; yes.  Farther down.
25 Q.And when you say it was near a fitting what do

ROBERT PEPERNO                                        January 23, 2017

Page 46

01  you mean by that?
02  A.One of the pipes was joined up.
03  Q.And the leak was actually occurring at a fitting?
04  A.It was dripping, dripping from the metal, yes.
05  Q.No spray or anything like that with this one?
06  A.No.
07  Q.How did you discover this one?
08  A.Going downstairs.
09  Q.You just happened to see the drip when you were
10  down in the basement?
11  A.I saw the water.
12  Q.Okay.
13  A.And then I looked and there it was dripping.
14  Q.What did Lameo tell you about this repair when
15  they came to your home?
16  A.I don't believe I was down there at the time.  He
17  came down and he fixed it and that was it.  I told him
18  I needed a receipt, and that's all he gave me.
19  Q.Did he tell you anything about his opinion of the
20  cause of it?
21  A.We discussed it many times.  I don't know if he
22  did or not at that time.  I know we've discussed it
23  prior to that.
24  Q.Did they say anything about in this incident from
25  May of 2016, it being a problem with the pipe or with

Page 47

01  the fitting?  I mean, did they give you any sense of
02  what the problem was?
03  A.I don't recall.
04  Q.And do you have any idea of what materials or
05  fittings he used to repair it this time?
06  A.No.
07  Q.Are you including --- I mean, this has happened
08  after this lawsuit has been filed.  Are you including
09  this as --- when I say this, this repair of May 2016,
10  as part of your allegations against NIBCO in this
11  case?
12  ATTORNEY KENNEY:
13      Object to the extent it calls for a
14  legal conclusion, but you can answer.
15  A.Yes.
16  BY ATTORNEY WESLANDER:
17  Q.On what basis do you believe that this is related
18  to NIBCO?
19  ATTORNEY KENNEY:
20      Same objection.  You can answer.
21  A.That was the original piping and fittings that
22  were put in the house.
23  BY ATTORNEY WESLANDER:
24  Q.And this was not an area that had been previously
25  repaired.

Page 48

01  A.No.
02  Q.But the plumber never told you there was a
03  problem with the pipe or a problem with the fitting in
04  this case from May 2016.
05  A.No.
06  Q.No, they never said that?
07  A.I don't believe he ever discussed any problems
08  specifically with the piping and fittings at that
09  point.
10  Q.I just want to clarify that.  At some point it
11  appears you may have --- well, have you ever replumbed
12  your basement?
13  A.No.
14  Q.So other than these repairs that we've looked at
15  today from May 2016, June 2014, April 2014, December
16  2013, have you had any work done on the plumbing in
17  your basement?
18  A.Yes.
19  Q.And what was that?
20  A.When they came to do the water testing.  They cut
21  a bunch of pipes out.
22  Q.Oh.  That was for the experts in this litigation.
23  A.That's correct.
24  Q.But you haven't gone in and pulled out all the
25  PEX and replaced it with something else.

Page 49

01  A.Haven't touched anything.
02  Q.Have you ever contacted the home builder to
03  either complain about the plumbing issues or ask who
04  installed the plumbing?
05  A.He went out of business a year after the house
06  was complete.
07  Q.And by the time you first had issues with the
08  plumbing he would have already been out of business by
09  then; correct?
10  A.That's correct.
11  Q.So I'm guessing that means no contact with the
12  home builder about this stuff.
13  A.That's correct.
14  Q.Have you had any other leaks or plumbing problems
15  that are not documented here in these documents that
16  we've looked at?  And when I ask about plumbing
17  problems, specifically at your home where you live
18  now?  Have you had any other plumbing problems that we
19  haven't talked about here?
20  A.I was putting away Christmas decorations and I'm
21  starting --- I see a water stain on the concrete and a
22  section of piping, and so I believe there's another
23  leak starting.
24  Q.When was this?
25  A.Just a few days ago.

ROBERT PEPERNO                                        January 23, 2017

Page 50

01  Q.Putting away decorations from Christmas 2016?
02  A.Yes.
03  Q.Did you see an actual leak or drip, though, based
04  on ---?
05  A.To water on the bottom.  I didn't see any water.
06  Q.So you saw a water spot, but you didn't actually
07  see the water dripping.
08  A.No.
09  Q.This last repair from May 2016, did this one
10  cause any damage that you know of to your home?
11  A.I'm sorry?
12  Q.Did this May 2016 cause any damage that you know
13  of to your home?
14  A.No.
15  Q.And any damage to personal property that you know
16  of?
17  A.No.
18  Q.Let's take a short break.
19  ATTORNEY KENNEY:
20  Sure.  Do you want me to step out?
21  ATTORNEY WESLANDER:
22  I mean, you don't have to.  I just want
23  to --- I'd like to call up --- let's off the record.
24  SHORT BREAK TAKEN
25  BY ATTORNEY WESLANDER:

Page 51

01  Q.Mr. Peperno, we are back on the record after a
02  short break.  Are you ready to proceed?
03  A.Yes.
04  Q.You realize you're still under oath.
05  A.Yes.
06  Q.Does your water heater have a pressure release
07  valve?
08  A.I don't know.
09  Q.After you moved into the home --- well, let me
10  ask you this way.  Have you done anything personally
11  to investigate or try to find out whether the plumber
12  installed your plumbing properly?
13  A.No.
14  Q.And you talked to Lameo Plumbing a few times
15  about the issues you were having.  Did they ever make
16  any comments regarding installation of the plumbing?
17  A.No.
18  Q.I'm sorry?
19  A.No.
20  Q.And they told you, I think you testified at one
21  point that it's not usual to have recurring problems
22  like this, but did they tell you anything else about
23  what they thought was the cause?
24  A.No; just it's not typical.
25  Q.Do you know of any other people in your

Page 52

01  community, friends, neighbors, who have had these
02  kinds of issues in their homes?
03  A.No.
04  Q.On the 2016, May 2016 repair that you described
05  with the fitting, just to clarify I can't remember
06  whether I asked, do you know what happened to the
07  fitting that was taken out in that case?
08  A.I don't recall that.
09  Q.To the best of your recollection on that May 2016
10  repair, did Lameo give you anything that they took
11  out?
12  A.I don't recall what happened to that, where it
13  is.
14  Q.You don't just have it sitting around to the best
15  of your knowledge, though.
16  A.No.  It's not sitting around.  It might be some
17  place, but it's not sitting around.
18  Q.Okay.  Let's look at a couple other documents,
19  and then I think we're close to wrapping up.  I'm
20  going to mark as Exhibit 3 a document that is yours
21  and your spouse's Answer to Interrogatories, basically
22  written questions.  Do you remember ever seeing these
23  prior to me handing them to you?
24  (Exhibit 3 marked for identification.)
25  A.Yes.

Page 53

01  BY ATTORNEY WESLANDER:
02  Q.If you turn to the very back we see there's a
03  signature page there on the very last page; sorry.  A
04  verification page, verifying the accuracy of the
05  answers, and your signature is there; correct?
06  A.Yes.
07  Q.Can you take a moment, and we can go off the
08  record to do this, but I'd like you to look through
09  briefly and just let me know whether to the best of
10  your knowledge once you've done that they are still
11  true and accurate and complete?  So let's go off the
12  record, and as much time as you need to take to do
13  that is fine.
14  SHORT BREAK TAKEN
15  BY ATTORNEY WESLANDER:
16  Q.Mr. Peperno, you've had a chance to go through
17  these Interrogatory answers again.  I know there's a
18  lot of legalize to get through there.  Did you see
19  anything in these that's jumped out at you as
20  inaccurate or incomplete?
21  A.No.
22  Q.Thank you for doing that.  Let me draw your
23  attention --- actually Lameo Plumbing.  How did you
24  know to call that particular company?
25  A.There was somebody we used in the past.  The

ROBERT PEPERNO                                      January 23, 2017

01  family used the plumber in the past.
02  Q.You didn't know them through anything other than
03  having done plumbing at your house before?
04  A.Up to that point; no.
05  Q.Do you know them socially or have any other
06  contact with them outside of repairs for plumbing on
07  your home?
08  A.Afterwards.  They have a daughter that's a few
09  years younger than ours.
10  Q.Okay.
11  A.Sporting events we see them, stuff like that.
12  Q.I got you.  Okay.  Let me draw your attention to
13  number 18 on this Exhibit 3 that you just looked at.
14  A.On page nine?
15  Q.Page nine; thank you.  Down in the bottom there's
16  a reference to videos taken about June 7th, 2014.
17  Does that refresh your memory as far as the timing of
18  when you would have taken video?
19  A.Yes.  I took a video.  I know I took a video.  I
20  didn't recall the date.
21  Q.And that would have been --- just plug it in with
22  our timeline of the documentation we're looking at ---
23  that would have been the time of the third repair.
24  First one in December '13.  Next on in April 2014.
25  Third, June of 2014.  Fair enough?

01  A.Yes.
02  Q.So let's try to do this, and I have called up,
03  and I'll turn this around here and kind of start it
04  and stop it.  But I'd like to just try to make a
05  record as we go through this video.  I'm going to tell
06  you that this is a document that's been produced to us
07  electronically with the Bates label Peperno 000007,
08  and it is a video that we will start to play through
09  here if I can figure out what I'm doing.  And I just
10  want to ask you a few questions about it along the
11  way.
12      First of all, we're looking at the first
13  approximately five seconds of the video.  I paused it
14  at the five second mark.  What are we looking at here
15  in this video?
16  A.That's the water tank.
17  Q.Okay.
18  A.And that's the pipe that goes up from the water
19  tank.
20  Q.Okay.
21  A.And there was some kind of foam protector around
22  there.
23  Q.You can see up at the top frame of the video a
24  black/gray looking thing.  That may be the foam
25  protector you are referring to.

01  A.Right.
02  Q.And who took this video?  Do you remember?
03  A.Me.
04  Q.Okay.  What did you use?
05  A.Cell phone.
06  Q.Cell phone, okay.  And I don't think there's any
07  audio that I've been able to hear.  Does that sound
08  right to you?
09  A.There should have been, but I don't know.
10  Q.Okay.
11  A.I didn't stop the sound.
12  Q.If there's a version out there that has audio ---
13  the one that we have does not, unless I'm doing
14  something wrong --- can you go back and check and see
15  if you have one still with audio, and if so get with
16  your Counsel and let them know.
17  A.Okay.
18  Q.Just in case it has additional information.  All
19  right.  So I'm going to advance the frame forward now,
20  and it looks like I've gone another five seconds.
21  We're ten seconds in.  We can see some, what appears
22  to be water pooling on top of the water tank; right?
23  A.Yes.
24  Q.It looks like at the 19 second mark we just saw a
25  hand that was moving around this foam material that we

01  saw at the top of the frame earlier.  Do you know what
02  that was, or who that was?
03  A.That was me.
04  Q.What were you doing there?
05  A.The leak was obviously coming from inside the
06  foam somewhere.  At that point, now that I look at
07  this video --- I haven't seen it in a while --- that's
08  when I --- I didn't even know what that was until I
09  pulled it apart, and it was just a piece of foam that
10  was going from the top to the bottom.  And when I
11  opened that up that's when it started to spew out a
12  mist.
13  Q.We'll play ahead now a bit farther.  We're about
14  30 seconds now.  It looks like the camera's moving
15  around a little bit.  You're probably doing something
16  else.
17  A.Yeah.
18  Q.Now I'm pausing it at 41 seconds, and we're
19  looking at --- well, describe what we're seeing here
20  at 41 seconds.
21  A.That was a grainy area.  I believe I got the foam
22  off, and that's the spray in the middle of the pipe.
23  Q.So we're seeing something red that's taking up
24  the right half of the screen.  And that appears to be
25  the pipe as far as we can tell.

ROBERT PEPERNO                                          January 23, 2017

Page 58

01  A.Yes.
02  Q.And I was trying to figure out as I watched
03  this ---.
04  A.That's the water spraying.
05  Q.So we can see something from about the middle of
06  the screen, halfway from top to bottom, going out
07  horizontally, almost splitting the screen in the
08  middle if you go from left to right.  And that appears
09  to be the spray of water?
10  A.Keep going.  Yeah.  That's it.
11  Q.Okay.  Okay.
12  A.It was a flat spray.
13  Q.Let's see.  I'm going to pause it again at ---
14  well, we're coming up on a minute in, and there's some
15  more moving around of the camera.  I won't judge your
16  camera work.
17  A.I don't think I was videoing the whole thing.  It
18  was just my hand moving around.
19  Q.That's fair.  So we've gone --- for a moment we
20  saw at --- let me see if we can see it again here.
21  Okay.  I'm pausing it at a minute 16, and there
22  appears to be a red pipe and some other kind of a
23  pipe, a white or a ---.
24  A.I believe that's a gas pipe.
25  Q.That's what I was going to ask you.  What were

Page 59

01  you showing here to the best of your recollection?
02  A.Might have been just the camera, just going in my
03  hand.  I might not even been videoing at that time.
04  It just was on.  There's the leak again.
05  Q.We're at 125 through 128 approximately.  I've
06  paused it at 128, and you said there's the leak again.
07  We're looking at the same thing we saw earlier;
08  correct?
09  A.Right.
10  Q.In terms of the spray coming out sideways out of
11  the red pipe.  Do you remember --- I'll pause it here
12  at a minute 35 --- do you remember when you took this
13  where in the sequence of events it was in terms of
14  after you discovered this leak?  And what I'm trying
15  to ask is, you know, in the sequence of events of
16  calling the plumber, shutting the water off, I think
17  your father coming over, do you remember where this
18  was in that whole sequence?
19  A.No.
20  Q.We're playing it again.  We're about a minute 45
21  in, and coming to the end of the video here.  Okay.
22  Oh go ahead.  Go ahead.
23  A.No.  Go ahead.
24  Q.To the best of your recollection is that a true
25  and accurate depiction of what you filmed that day in

Page 60

01  the basement?
02  A.I don't think that's the proper date.
03  Q.What makes you think that?
04  A.That would have been the date in April.
05  Q.And what makes you say that?
06  A.Because it's the pipe that's attached to the
07  water heater.
08  Q.So it's the location of where it is in relation
09  to the water heater that makes you think it might be a
10  different date.
11  A.Yes.
12  Q.Let me do one more of these, and I think it's the
13  shorter of the two.  I'm going to open up what I have,
14  it's a file called Peperno 00008, and this is another
15  video file, and again, it's one that I don't think we
16  have audio for.  I'd ask that if you could check and
17  see if you have a version with audio if you would try
18  to get that to your Counsel.  We would appreciate it.
19  A.Okay.
20  Q.But here we are, 008, and I'm going to start
21  playing, and again, we'll probably pause it as I have
22  any questions.  So it looks as though --- I'm pausing
23  it at four seconds --- and it looks as though again in
24  the middle of the screen we have a spray of water
25  going from right to left.

Page 61

01  A.It's the same incident I believe.
02  Q.That's kind of wondering, if it was the same
03  location and same incident as the previous video we
04  watched.  And it appears to be so as far as you can
05  tell?
06  A.Yes.
07  Q.At approximately 12 to 13 seconds in the camera
08  goes upward at the ceiling.  What are we seeing there
09  as you look up?  I'll back it up here to 11 seconds.
10  I know this is a little tedious, but bear with me.
11  Okay, so it appears to be --- oh, and I should ask
12  you, is it you also taking this video?
13  A.Yes.
14  Q.You're going upward, appear to be panning the
15  camera upward from about 11 seconds to 13 seconds in.
16  What are you showing there, or what are we seeing in
17  this video as you do that?
18  A.Right there's the regulator I think.
19  Q.I'm paused at 14.  We have like a tank hanging
20  down in the middle of the screen there.
21  A.I think that's what that's called.
22  Q.And any particular reason you're showing that in
23  this video?
24  A.I think you asked me about a regulator before.
25  Q.Do you have any reason for why you were filming

ROBERT PEPERNO                                          January 23, 2017

Page 62

01  it on this particular day?
02  A.No.  I was just going --- I don't recall.  I just
03  filmed stuff.
04  Q.Fair enough.  I'm pausing it at 26 seconds.  It
05  looks like there were some buckets and things on the
06  floor here.
07  A.Here's the Christmas tree, so that was definitely
08  the one in I believe was April.
09  Q.We're paused at 29 seconds in.  Christmas tree on
10  the right.  What are we seeing here as we look at the
11  water heater?  Well let me ask it this way?  I'll back
12  it up to 28 seconds.  This configuration that we're
13  seeing right here as I pause the frame at 28 seconds.
14  We see your water heater or water tank.  Has that
15  configuration changed at all since the day you took
16  this video?
17  A.No.
18  Q.And is that the same configuration you'd had, as
19  far as you recall, from day one of this home?
20  A.Yes.
21  Q.All right.
22  A.It's the same water heater, too.
23  Q.The same water heater is still there today?
24  A.That's right.
25  Q.Anything that stands out at you about this

Page 63

01  particular scene or footage, or while you were doing
02  what you were doing with the camera at this moment,
03  and I'm looking at 32 seconds in now.
04  A.No.
05  Q.What is this on the top?  Do you know?
06  A.No.
07  Q.I'm paused at 37 seconds.  We see someone's hand
08  here in the video.
09  A.That's my father.
10  Q.There's your father.  He makes a cameo at 38
11  seconds in.  And I think that that's all of that
12  video.  Okay.  Thank you.  I don't have any more
13  questions about those.  Seeing that second video, did
14  that change your recollection about anything as far as
15  the sequence or timing of when this video would have
16  been taken?
17  A.I'm trying to place the dates between the
18  incidents.  That was not the second one.  That was
19  not, because he wasn't dressed, so that might have
20  been the June one.
21  Q.So is it possible --- were the two videos taken
22  on the same day?
23  A.Yes.
24  Q.So it's possible that it was ---.
25  A.That must have been in June.

Page 64

01  Q.Okay.
02  A.I'm having them confused.
03  Q.And it's been, I mean, we don't expect you to be
04  a robot that's been --- it's been a few years, and I
05  get that.  I just want to try to clarify.
06  A.Yeah, because he was definitely dressed in his
07  --- like I said it was Palm Sunday.  He was dressed.
08  He was not dressed there.  So I believe that might
09  have been the June 7th one, though.  I might have got
10  them confused, of the dates.
11  Q.Well let me ask as far as the type of a spray on
12  that.  That last one we saw, fair to say, for some of
13  these you described a mist, a fine mist.  That was
14  different from a fine mist, right, or was it?
15  A.That's how it was coming out.  It was like a
16  misty jet, like if you put your garden hose on a flat
17  mist.  That's how that looked, coming out.
18  Q.So what we saw there in terms of the way the
19  water was coming out, was it the same for every leak?
20  A.Yes; except for that one that was dripping.
21  Q.Other than the May 2016 ---.
22  A.They all looked like that.
23  Q.They all looked like we saw on the video.
24  A.That's correct.
25  Q.Got it.  Let me hand you one more exhibit.  That

Page 65

01  is the Second Amended Class Complaint.  I won't ask
02  you to read the whole thing.  It's 60 pages.  But I'm
03  going to mark it as Exhibit 4.  I'll ask you some
04  questions about specific pages.  So to the best of
05  your recollection did you see this Second Amended
06  Class Action Complaint before it was filed?
07  (Exhibit 4 marked for identification.)
08  A.Did I see it?
09  BY ATTORNEY WESLANDER:
10  Q.Before it was filed with the court here in June
11  of 2015, do you remember ever reviewing it prior to it
12  going final and filing it with the court?
13  A.I reviewed the stuff that had to do with my case.
14  Q.We'll page ahead to that.  I might ask you once
15  we've looked at those if you remember seeing them.  So
16  let's go to page 17 of this.  You'll see a page 17,
17  that your name starts --- your allegations start at
18  paragraph 91.  Do you see that?
19  A.Yes.
20  Q.And it looks like there are about two pages of
21  allegations, starting at 91 and going through
22  paragraph 103 on the next page, that relate to your
23  home.  Do those look familiar to you, those
24  allegations?
25  ATTORNEY KENNEY:

Page 66

01 You need to take a second to review
02 them?
03 ATTORNEY WESLANDER:
04 Sure.  Take as much time as you need.
05 A.I'm sorry.  What do you want me to read over?
06 BY ATTORNEY WESLANDER:
07 Q.Yeah.  Ninety-one (91) through the bottom of page
08 18.  So paragraph 91 through paragraph 103.  And I
09 would just ask when you've had a chance to look at
10 them my question is just do they seem familiar to you,
11 and have you seen them before today.
12 A.Yes.
13 Q.Let me ask about a couple in particular.  I'm
14 looking at paragraph 95 on page 17, and it states that
15 the Pepernos hired a licensed professional contractor
16 to install the plumbing system in their home.  Is that
17 accurate?
18 A.Me personally did not hire them.  I hired a
19 contractor.
20 Q.That contractor being the home builder.
21 A.That's correct.
22 Q.Paragraph 101 is on page 18, and it states, the
23 second sentence states that you quote, installed
24 replacement plumbing in their basement.  I wanted to
25 just clarify.  That's referring to the sections of

Page 67

01 pipe that were replaced or repaired by Lameo.
02 A.That's correct.
03 Q.Not an entire replumb.
04 A.No.  Just the sections that he deemed necessary
05 to correct the problem.
06 Q.Got it.  Okay.  Let's just page ahead briefly to
07 page number 36.  And at the very bottom of page 36
08 there's a paragraph number 166.  So are we on the same
09 page so to speak?
10 A.Thirty-six (36).  You said 36?
11 Q.Page 36; correct.
12 A.Okay.
13 Q.At the very last paragraph it states quote,
14 Plaintiffs and Plaintiffs' agents relied on the skill
15 and judgment of Defendant in using the PEX products.
16 Did you personally ever rely on NIBCO when deciding to
17 use a NIBCO product in your house?
18 A.No.
19 ATTORNEY KENNEY:
20 Object to the extent it calls for a
21 legal conclusion.
22 BY ATTORNEY WESLANDER:
23 Q.I'm going to jump ahead now to paragraph 46.
24 A.Page 46?
25 Q.I'm sorry.  Page 46; thank you.  There is a

Page 68

01 paragraph there, number 232 on page 46.  Let me know
02 when you're there.
03 A.Okay.  I got it.
04 Q.There's a reference to the condition of the NIBCO
05 PEX products.  Do you personally have any idea about
06 the condition that the PEX products were designed,
07 manufactured, assembled, distributed, marketed, or
08 sold in?
09 ATTORNEY KENNEY:
10 Object to the form of the question.  You
11 can answer.
12 A.No.
13 BY ATTORNEY WESLANDER:
14 Q.Do you understand the question?  I can ask again
15 if that was confusing.
16 A.Okay.  If you want to ask it go ahead.
17 Q.Do you have any information about the condition
18 that the NIBCO PEX products were designed in?
19 A.No.
20 Q.Any information about the condition they were
21 manufactured in?
22 A.No.
23 Q.Same question for how they were assembled.
24 A.No.
25 Q.No.  And no knowledge about how they were

Page 69

01 distributed, marketed, or sold, as far as the
02 condition they were in that time?
03 A.That is correct; no on anything to do with the
04 piping.
05 Q.Just making sure.  It sounds like, for the three
06 leaks that are described in this petition, and I'm
07 backing up now to page 18, just to be clear.  Sorry to
08 make you go back here, but back to page 18.  There's a
09 reference to three specific leaks that we've talked
10 about.
11 A.I'm sorry.  Which section?
12 Q.I'm on page 18 now.  I just want to cover this
13 last ---.
14 A.Okay.
15 Q.These three leaks that are mentioned in paragraph
16 97, 98, and 99.
17 A.Ninety-eight (98) and 99?
18 Q.Ninety-seven (97), 98.
19 A.Okay.  Got them.  Go ahead.
20 Q.Those three incidents, December of 2013, April
21 2014, June 2014, are you making any kind of an
22 allegation that there was an issue with NIBCO clamps
23 or fittings, or are those only relating to alleged
24 defects in the piping?
25 ATTORNEY KENNEY:

ROBERT PEPERNO                                              January 23, 2017

---

Page 70

01  Object to the extent it calls for a
02  legal conclusion.  You can answer if you understand.
03  BY ATTORNEY WESLANDER:
04  Q.Did you understand?
05  A.Yes.  I understand that.  Those particular
06  instances were all with the video, were pretty much
07  what the video showed in the middle of the piping.
08  Q.So you're not claiming that in connection with
09  these three there was an issue with fittings or clamps
10  being defective.
11  ATTORNEY KENNEY:
12  Same objection.  You can answer.
13  BY ATTORNEY WESLANDER:
14  Q.As far as you know.
15  A.No.  At that point; no.
16  Q.Do you have any reason to believe that your
17  father has done any independent investigation into the
18  allegations of your complaint?
19  A.No.  No independent; no.
20  Q.Okay.
21  A.He was the one who originally found that there
22  was a problem on the internet with them.
23  Q.So at some point he looked into it, and found
24  something online and notified you about what he had
25  found.

---

Page 71

01  A.That's correct.
02  Q.Did he discover any of the leaks himself?
03  A.No.  I discovered all of them.
04  Q.Let's go off the record again briefly.  Give me
05  one minute here.  I think I'm just about to wrap it
06  up.  I just want to make sure there wasn't something
07  that I ---.
08  ATTORNEY KENNEY:
09  Sure.  Do you want us to step out?
10  ATTORNEY WESLANDER:
11  You don't have to.  I mean, if you want
12  to, you can.
13  SHORT BREAK TAKEN
14  BY ATTORNEY WESLANDER:
15  Q.Other than taking the videos that we looked at,
16  did you do anything to document these leaks in any
17  way?  Photos, writing down notes, anything like that?
18  A.I don't recall if I took photos or not.  I might
19  have.  I don't recall though.
20  Q.Do you know that in response to a request for
21  information from the Defendants you were asked to help
22  gather documents and materials and information.
23  A.Yes.
24  Q.Can you go back and look and see if there's ---
25  well let me ask you this.  Do you feel comfortable

---

Page 72

01  that you've gathered everything that you have?
02  A.I believe I did.
03  Q.If there's anything that you realize that you
04  have that you had forgotten about or hadn't produced
05  will you let your attorneys know so they can give it
06  to us?
07  A.Yes.
08  Q.Okay.  Have you ever read the NIBCO warranty?
09  A.No.
10  Q.Mr. Peperno, thank you.  I don't have any other
11  questions at this time.
12  A.All right.  Thank you.
13  ATTORNEY KENNEY:
14  I have no questions.  We'll do a read
15  and sign.
16              * * * * * * * *
17        DEPOSITION CONCLUDED AT 10:38 A.M.
18              * * * * * * * *
19
20
21
22
23
24
25

---

Page 73

01  COMMONWEALTH OF PENNSYLVANIA  )
02  COUNTY OF MIFFLIN             )
03
04              CERTIFICATE
05  I, Lindsey Deann Richardson, a Notary Public in
06  and for the Commonwealth of Pennsylvania, do hereby
07  certify:
08  That the witness whose testimony appears in the
09  foregoing deposition, was duly sworn by me on said
10  date and that the transcribed deposition of said
11  witness is a true record of the testimony given by
12  said witness;
13  That the proceeding is herein recorded fully and
14  accurately;
15  That I am neither attorney nor counsel for, nor
16  related to any of the parties to the action in which
17  these depositions were taken, and further that I am
18  not a relative of any attorney or counsel employed by
19  the parties hereto, or financially interested in this
20  action.
21
22
23
24  Lindsey Deann Richardson,
25  Court Reporter

---

ROBERT PEPERNO

**$**

**$75** 31:15
**$80** 37:15

**(**

**(28)** 14:17
**(34)** 13:7
**(36)** 67:10
**(91)** 66:7
**(97)** 69:18
**(98)** 69:17

**0**

**000007** 55:7
**00008** 60:14
**002** 43:20
**004** 29:22
**005** 32:3
**006** 38:22
**008** 60:20

**1**

**1** 28:1,4
**101** 66:22
**103** 65:22 66:8
**10:38** 72:17
**11** 61:9,15
**12** 61:7
**125** 59:5
**128** 59:5,6
**13** 36:23 54:24
61:7,15

**14** 61:19
**15th** 29:25 30:14
**16** 58:21
**166** 67:8
**17** 65:16 66:14
**18** 54:13 66:8,22
69:7,8,12
**18518** 7:12
**19** 56:24
**19th** 45:5

**2**

**2** 29:5,9,11,13
42:15
**2,700** 16:13
**2007** 15:14
**2008** 15:15
**2013** 29:25 30:14,
21 31:10,23 35:5
48:16 69:20
**2014** 32:4 34:24
38:23 39:8 42:2,6
43:13 44:16 45:3,22
48:15 54:16,24,25
69:21
**2015** 65:11
**2016** 45:5,11
46:25 47:9 48:4,15
50:1,9,12 52:4,9
64:21
**232** 68:1
**25th** 45:11
**26** 62:4
**28** 14:19 62:12,13
**29** 62:9

**3**

**3** 52:20,24 54:13

**30** 7:19 57:14
**32** 63:3
**35** 7:19 59:12
**36** 67:7,10,11
**37** 63:7
**38** 63:10

**4**

**4** 65:3,7
**41** 57:18,20
**45** 59:20
**46** 67:23,24,25
68:1

**6**

**60** 65:2

**7**

**7** 38:23
**7th** 54:16 64:9

**8**

**800** 43:9

**9**

**91** 65:18,21 66:8
**95** 66:14
**97** 69:16
**98** 69:16,18
**99** 69:16,17

**A**

**A.'88.** 14:25

**A.901** 13:5
**A.915** 7:12
**A.a** 26:17 38:5
**A.actual** 16:20
**A.after** 19:11 21:2
43:5
**A.afterwards.**
54:8
**A.again** 22:7,14
39:10
**A.all** 72:12
**A.and** 46:13
55:18,21
**A.because**
24:25 60:6
**A.but** 34:18
**A.called** 23:12
**A.can** 43:2
**A.cell** 56:5
**A.correct.** 19:8
20:8 24:23 39:18
40:6
**A.definitely**
42:7
**A.did** 65:8
**A.do** 18:9
**A.everything**
22:16
**A.exercise** 24:3
**A.going** 46:8
**A.haven't** 49:1
**A.he** 13:24 14:3
26:23 34:8 41:11
49:5 70:21
**A.help** 41:4
**A.here's** 62:7
**A.high** 14:21
**A.hometown**
15:18 16:23 17:8

**A.i** 9:12 11:2 14:5
17:11 20:18 22:4
23:22 24:20 25:17
27:12 30:3,10 32:1
35:7,25 40:24 41:1,
7,14,17 42:3,10,24
43:24 46:11,16 47:3
48:7 49:20 51:8
52:8,12 56:11
58:17,24 60:2
61:21,24 65:13
71:18 72:2
**A.i'm** 14:7,9 50:11
63:17 64:2 66:5
69:11
**A.in** 12:23 15:14
**A.it** 7:18 23:18
25:11 27:10 31:20
32:14 33:6,11,20
34:16 39:24 46:4
58:12
**A.it's** 14:15 16:2
20:24 23:25 61:1
62:22
**A.just** 15:20 21:7
49:25
**A.keep** 58:10
**A.lameo** 30:13
**A.lameo.** 26:13
**A.M.** 72:17
**A.me** 44:13 66:18
**A.me.** 56:3
**A.might** 59:2
**A.my** 12:13 40:22
**A.nine** 13:3
**A.nine.** 13:14
**A.ninety-eight**
69:17
**A.no** 10:15 19:22
20:1 25:22 27:3
37:8 43:18 51:24
**A.no.** 9:9 13:16
15:7,24 17:1,16
18:3,6,16,19,23

ROBERT PEPERNO

January 23, 2017
Index: A.nobody..black/gray

20:5,13,15 21:19
23:15 24:14 25:8
26:1,25 27:6,14,17,
19 28:5 37:3,5,13
38:8,17,20 41:21
43:15 44:15,21 45:1
46:6 47:6 48:1,5,13
50:8,14,17 51:13,
17,19 52:3,16 53:21
59:19,23 62:2,17
63:4,6 67:4,18
68:12,19,22,24
70:15,19 71:3 72:9

**A.nobody** 29:1

**A.none.** 15:10

**A.not** 44:1

**A.okay.** 8:9,22
11:11 27:24 28:8
30:1 42:18 56:17
60:19 67:12 68:3,16
69:14,19

**A.old** 14:23

**A.on** 54:14

**A.one** 46:2

**A.page** 67:24

**A.reattached**
34:12

**A.right** 61:18

**A.right.** 34:10
40:13,16 56:1 59:9

**A.robert** 7:10

**A.same** 32:20
34:22 35:1 39:14
45:15

**A.so** 25:5 35:11

**A.sporting**
54:11

**A.that** 30:24
36:17 38:1 47:21
57:3,21 60:4 63:25
69:3

**A.that's** 13:20
21:11 30:18 31:11,
16 37:20 48:23
49:10,13 55:16 58:4

62:24 63:9 64:15,24
66:21 67:2 71:1

**A.the** 9:17 15:3
17:4 20:21 57:5

**A.there** 53:25
56:9

**A.they** 64:22

**A.they're** 11:21

**A.thirty-four**
13:7

**A.thirty-six**
67:10

**A.this** 33:15
35:15 39:22

**A.three.** 16:16,18

**A.to** 12:4,7 50:5

**A.today** 10:13

**A.twenty-eight**
14:17

**A.two** 16:13

**A.uh-huh** 36:5

**A.up** 54:4

**A.water** 26:9
45:20,24

**A.we** 15:12 19:13
36:2 43:9 44:6
46:21

**A.well** 19:16
36:10,22

**A.what** 29:23

**A.when** 48:20

**A.wilkes-barre.**
14:12

**A.yeah** 64:6

**A.yeah.** 31:6
57:17

**A.yes** 9:21 23:8
64:20

**A.yes.** 7:16,21
8:3,15,25 9:3,14
10:10,17,22 11:14

12:18,25 13:12 16:9
17:21 19:5 21:16
22:2,21 24:16 26:15
29:19 32:6,11,17,24
33:3 34:1 35:18,21
36:7,19 37:17 38:24
39:5 40:9,11,19
41:24 45:7,12 47:15
48:18 50:2 51:3,5
52:25 53:6 54:19
55:1 56:23 58:1
60:11 61:6,13 62:20
63:23 65:19 66:12
70:5 71:23 72:7

**accuracy** 53:4

**accurate** 9:8
53:11 59:25 66:17

**accurately** 39:4

**action** 7:20 65:6

**actual** 11:9 15:3
17:4 25:24 50:3

**additional** 56:18

**address** 13:2,4

**advance** 56:19

**advice** 10:9

**affecting** 12:8

**agents** 67:14

**agreement**
21:14,15

**ahead** 14:14
27:20 38:21 57:13
59:22,23 65:14
67:6,23 68:16 69:19

**air** 39:11 40:13

**allegation** 69:22

**allegations**
11:16 12:16 47:10
65:17,21,24 70:18

**alleged** 69:23

**Amended** 65:1,5

**answers** 9:8
53:5,17

**anymore** 16:24

**appeared** 40:10

**appears** 48:11
56:21 57:24 58:8,22
61:4,11

**appliances** 24:6

**approximately**
34:15 55:13 59:5
61:7

**April** 22:7 30:20
32:4 34:24 35:4
39:8 42:6 45:11
48:15 54:24 60:4
62:8 69:20

**architects** 16:21

**area** 33:3,4,7
45:15,21 47:24
57:21

**ascent** 25:11

**assembled**
30:25 68:7,23

**assume** 9:1 11:2
18:9

**assumed** 40:12

**attached** 34:2
60:6

**attention** 53:23
54:12

**ATTORNEY** 7:7
9:23 10:1,5,7 11:17,
22,25 12:5,11,14
17:24 18:1 22:24
23:1,3 28:6,17,20,
22 29:10,12,14
30:4,6 38:10,14
44:3,7,18,22 47:12,
16,19,23 50:19,21,
25 53:1,15 65:9,25
66:3,6 67:19,22
68:9,13 69:25 70:3,
11,13 71:8,10,14
72:13

**attorney's** 10:8

**attorneys** 72:5

**audio** 56:7,12,15
60:16,17

**Authorization**
42:15

**aware** 12:15

**B**

**back** 27:8 31:25
34:8 35:3 36:11
42:23 43:12 51:1
53:2 56:14 61:9
62:11 69:8 71:24

**background**
12:21 14:20

**backing** 69:7

**based** 10:3 50:3

**basement** 22:8,
11 23:23,24 24:1
27:16 31:8 32:10,23
38:19 39:2,11 45:14
46:10 48:12,17 60:1
66:24

**bases** 19:19

**basically** 11:4,7
41:3 52:21

**basis** 47:17

**Bates** 55:7

**baths** 16:17

**bear** 61:10

**bedrooms**
16:11,15

**beginning** 27:22

**belongings**
38:18

**bids** 15:21 17:23
18:2

**bit** 7:14 9:10 16:10
20:9 38:3 57:13,15

**black/gray**
55:24

ROBERT PEPERNO

**block** 36:24

**bonus** 21:17

**born** 12:22 15:2

**bottom** 29:20,22 32:3 38:22 43:21 50:5 54:15 57:10 58:6 66:7 67:7

**bought** 18:11

**brand** 18:18

**break** 20:21 27:23 43:5 50:18,24 51:2 53:14 71:13

**breaking** 12:13

**briefly** 43:19 53:9 67:6 71:4

**brochures** 19:23

**broke** 15:14 19:14 23:8,9 25:12 31:1

**buckets** 62:5

**builder** 18:10 49:2,12 66:20

**builders** 15:18, 19,20 16:23 17:8

**built** 15:12,16,23 16:1,4,7 17:3 18:20

**bunch** 26:10 48:21

**business** 49:5,8

**busted** 19:11

**buy** 15:11

---

**C**

**call** 30:16 32:9 39:1 50:23 53:24

**called** 24:9,11 26:4 36:2,10 39:16 40:24 43:9 55:2 60:14 61:21

**calling** 24:13 59:16

**calls** 11:19 12:1 38:12 44:19 47:13 67:20 70:1

**cameo** 63:10

**camera** 58:15,16 59:2 61:7,15 63:2

**camera's** 57:14

**capital** 28:11

**case** 10:24 11:24 12:16 13:23 20:20 21:14,18 24:8 26:6 27:13 33:2 37:18 47:11 48:4 52:7 56:18 65:13

**causing** 40:13

**ceiling** 25:18 61:8

**challenge** 8:21

**chance** 29:16,18 53:16 66:9

**change** 35:4 63:14

**changed** 62:15

**charged** 31:14 37:15

**check** 56:14 60:16

**choose** 15:19

**Christmas** 24:3 30:25 31:1 49:20 50:1 62:7,9

**church** 35:16

**claiming** 70:8

**clamp** 37:12 41:20

**clamps** 69:22 70:9

**clarify** 8:17 18:24 30:21 48:10 52:5 64:5 66:25

**Class** 65:1,6

**clean** 41:4

**cleaning** 36:10

**clear** 69:7

**close** 25:13 52:19

**closer** 33:4,9,14

**clothing** 24:7

**cold** 17:10

**comfortable** 71:25

**comments** 51:16

**Commission** 14:5

**communications** 28:16,25

**community** 52:1

**company** 14:18 15:16 19:2 53:24

**compared** 12:10

**comparison** 25:14

**compensation** 11:23

**complain** 49:3

**complaint** 65:1, 6 70:18

**complete** 49:6 53:11

**CONCLUDED** 72:17

**conclusion** 11:19 12:2 38:13 44:20 47:14 67:21 70:2

**concrete** 49:21

**condition** 68:4, 6,17,20 69:2

**configuration** 16:10 62:12,15,18

**confused** 64:2, 10

**confusing** 68:15

**connect** 20:2

**connection** 40:1 70:8

**constant** 45:12

**construction** 15:6 20:4

**consult** 44:6

**consulted** 9:12

**contact** 21:3 43:1,4 49:11 54:6

**contacted** 49:2

**contractor** 66:15,19,20

**conversations** 19:3 28:15

**corner** 29:22 30:25 31:2 32:3 43:21

**correct** 10:6 13:11,20 20:8 21:11 29:13 30:18 31:11, 15,16 48:23 49:9, 10,13 53:5 59:8 64:24 66:21 67:2,5, 11 69:3 71:1

**correctly** 31:23 32:10

**corrects** 30:13

**Counsel** 9:20 10:11 21:14,15 29:7 44:10 56:16 60:18

**couple** 8:6 14:14 16:2 20:10 26:17 27:21 35:2 52:18 66:13

**courses** 36:23

**court** 8:4,21 65:10,12

**courtroom** 8:2

**cover** 7:23 19:19 69:12

**covering** 19:18

**crack** 26:2

**current** 13:2 15:11

**cut** 27:9 33:22 34:2 38:4 41:14 48:20

---

**D**

**damage** 27:13 38:7,15 44:17,24 50:10,12,15

**damaged** 38:19

**date** 22:4 30:22,24 54:20 60:2,4,10

**dated** 29:25 32:4 38:23 45:5

**dates** 22:14 63:17 64:10

**daughter** 13:10 54:8

**day** 23:16,17 35:20 41:11 59:25 62:1,15,19 63:22

**days** 14:14 35:11 49:25

**December** 29:25 30:14,21 31:10,22 35:5 48:15 54:24 69:20

**decided** 16:7 42:25

**deciding** 67:16

**decorations** 24:3 49:20 50:1

**deemed** 67:4

**defective** 70:10

**defects** 69:24

**Defendant** 10:19,24 67:15

**Defendants** 71:21

**denying** 41:2

**depiction** 59:25

**deposition** 7:15
8:20 9:10 28:2,9
72:17

**describe** 39:23
41:18 57:19

**describing**
22:17 30:15

**description**
32:8

**descriptions**
38:25

**design** 16:20

**designed** 16:19
68:6,18

**details** 21:21

**differ** 8:19

**difficulty** 21:21

**directly** 25:2 43:1

**discover** 23:13
46:7 71:2

**discovered**
23:15 59:14 71:3

**discovering**
32:16

**discuss** 9:19

**discussed**
46:21,22 48:7

**discussion**
18:25 36:8

**dishes** 24:6

**distance** 34:14

**distributed** 68:7
69:1

**document** 28:3
42:19 52:20 55:6
71:16

**documentation**
19:20 21:22 54:22

**documented**
49:15

**documents**
9:13 22:5,16 29:6,8
42:11 49:15 52:18
71:22

**door** 13:24,25

**downstairs**
22:8,18 23:5,20,22
32:20 44:24 46:8

**draw** 53:22 54:12

**dressed** 63:19
64:6,7,8

**drip** 45:13 46:9
50:3

**dripping** 45:12
46:4,13 50:7 64:20

**DULY** 7:3

---

**E**

**earlier** 57:1 59:7

**easier** 29:2 31:13

**educational**
14:20

**electronically**
55:7

**emergency**
30:16 32:8 39:1

**end** 34:1 59:21

**ending** 29:22

**entered** 21:12

**entire** 36:17,20
67:3

**equipment** 24:3

**Eric** 7:13

**essentially**
12:16 22:8 33:3

**Evaluation**
43:22

**events** 54:11
59:13,15

**exact** 22:4

**examination**
7:6 44:11

**examining** 26:3

**exhibit** 28:1,4
29:4,9,11,13 42:13,
15 43:20 45:4
52:20,24 54:13
64:25 65:3,7

**exhibits** 27:21

**expansion**
20:16

**expect** 64:3

**experience**
15:6,8 17:19 18:21

**expert** 12:2 38:12
44:19

**experts** 48:22

**explained** 43:10

**extent** 11:18,20
12:1,3 14:1 38:12
44:19 47:13 67:20
70:1

---

**F**

**fact** 24:12 26:18
42:12

**fair** 8:7,14 9:2
17:20 19:3 20:7
31:9 54:25 58:19
64:12

**familiar** 29:1
65:23 66:10

**family** 54:1

**farther** 12:20
33:4,9,13 45:22,24
57:13

**fast** 26:18,21

**father** 13:18,21
19:16 35:13,16 36:3

40:22 59:17 63:9,10
70:17

**February** 15:15

**feel** 40:15 71:25

**feet** 36:25 39:24
40:2 41:25 45:15

**felt** 39:11

**figure** 55:9 58:2

**file** 60:14,15

**filed** 47:8 65:6,10

**filing** 65:12

**filmed** 59:25 62:3

**filming** 61:25

**final** 65:12

**find** 24:12 29:5
51:11

**fine** 53:13 64:13,
14

**finished** 23:25

**fitting** 37:11
41:20 45:25 46:3
47:1 48:3 52:5,7

**fittings** 20:2
45:13 47:5,21 48:8
69:23 70:9

**fix** 27:5

**fixed** 46:17

**flat** 58:12 64:16

**flexibility** 11:3

**floor** 17:14,15
22:11 26:11 62:6

**foam** 55:21,24
56:25 57:6,9,21

**follow** 10:8

**footage** 63:1

**Forge** 7:12 13:5
14:23 15:4

**forgotten** 72:4

**form** 17:25 22:25
28:18 38:11 42:20
44:4 68:10

**formality** 28:7

**forward** 56:19

**found** 21:4 39:2
70:21,23,25

**fourth** 29:24

**frame** 55:23 56:19
57:1 62:13

**friends** 52:1

**front** 8:2 31:13
42:13

**full** 9:7

**furniture** 24:4

**furthest** 45:16,18

---

**G**

**garden** 64:16

**gas** 58:24

**gather** 71:22

**gathered** 72:1

**gave** 46:18

**generally** 28:19

**give** 16:13 27:4,8
37:1 43:16 47:1
52:10 71:4 72:5

**giving** 9:7

**Glenwood** 13:5

**goods** 44:23

**graduated** 14:24

**grainy** 57:21

**ground** 7:23
15:14 16:5

**grounds** 9:24

**guess** 13:22
16:20

ROBERT PEPERNO

January 23, 2017
Index: guessing..lawyer

**guessing** 17:18
18:17 33:18 49:11

**guides** 19:24

**guy** 13:25 14:3

---

**H**

**half** 26:17 57:24

**halfway** 58:6

**hand** 27:25 56:25
58:18 59:3 63:7
64:25

**handing** 52:23

**hanging** 61:19

**happen** 23:20

**happened** 23:22
26:19 27:7,11 32:19
37:18 42:1 46:9
47:7 52:6,12

**happening**
23:11 35:23

**happy** 44:1

**head** 8:13 14:9

**hear** 23:21 56:7

**heat** 17:12 40:15

**heater** 24:22
25:3,7,10,15,16
30:17 33:5,6,7,9,14
34:14 36:22 40:1,3
45:19,20,23,24 51:6
60:7,9 62:11,14,22,
23

**high** 14:22 33:15
34:18

**higher** 37:10

**hire** 17:17 66:18

**hired** 17:6 66:15,
18

**home** 12:17 15:6,
11,16 16:7,11,19
17:3,9 18:8,20 19:2,
10,20 20:7,10 22:1,

23 23:7 27:13
35:12,13 38:7,15
39:2 44:12,17 46:15
49:2,12,17 50:10,13
51:9 54:7 62:19
65:23 66:16,20

**homes** 15:22
52:2

**Hometown**
15:19 16:22 18:10

**hope** 14:13

**horizontal** 40:5
41:18

**horizontally**
58:7

**hose** 64:16

**hospital** 15:3

**hot** 17:10,14 39:3
40:10,12

**hour** 26:5,16,17

**hours** 26:17 35:2
41:11

**house** 17:12
24:18 36:3 47:22
49:5 54:3 67:17

**household**
13:1,8

**houses** 15:21

**humidity** 39:11
40:13

---

**I**

**ice** 14:13

**idea** 18:14 37:6
43:13 47:4 68:5

**identification**
28:4 29:9 52:24
65:7

**identity** 19:1

**inaccurate**
53:20

**incentive** 21:18

**inches** 25:15

**incident** 21:25
31:22 32:13 35:5
38:6,16 39:6,9
40:21 41:5 46:24
61:1,3

**incidents** 39:20
63:18 69:20

**including** 47:7,8

**incomplete**
53:20

**independent**
44:11 70:17,19

**indication** 22:19
23:6

**individual** 12:20
29:17

**information**
56:18 68:17,20
71:21,22

**injury** 7:18

**input** 18:17 20:3,6
27:4 43:17

**inside** 57:5

**inspect** 24:12

**install** 66:16

**installation**
51:16

**installed** 12:17
17:2 20:7 49:4
51:12 66:23

**installing** 15:8

**instance** 23:10
27:8

**instances** 12:20
70:6

**instruct** 9:25

**instructing** 10:2

**instructions**
37:2

**insulation** 19:23
33:16 34:19

**interchangeably** 11:6

**internet** 21:7
70:22

**Interrogatories**
52:21

**Interrogatory**
53:17

**investigate**
51:11

**investigating**
36:14

**investigation**
70:17

**invoice** 29:25
30:11 32:4,12 35:4
38:23 45:5

**involved** 13:22

**involvement**
13:18

**issue** 22:20,22
23:6 24:9 30:23
36:9 69:22 70:9

**issues** 45:2 49:3,
7 51:15 52:2

---

**J**

**jet** 64:16

**Jim** 13:18

**job** 31:21

**joined** 34:8 46:2

**joint** 25:21 36:22
37:12

**judge** 8:2 58:15

**judgment** 67:15

**jump** 67:23

**jumped** 53:19

**insulation** 19:23
33:16 34:19

**June** 38:23 42:2
43:12 44:16 45:2,22
48:15 54:16,25
63:20,25 64:9 65:10
69:21

**jury** 8:2

---

**K**

**KENNEY** 9:23
10:5 11:17,25 12:11
17:24 22:24 28:17
29:10 30:4 38:10
44:3,18 47:12,19
50:19 65:25 67:19
68:9 69:25 70:11
71:8 72:13

**kind** 21:10,13,17
22:19 25:20 27:1
28:7 30:7 37:11
41:19 42:20 55:3,21
58:22 61:2 69:21

**kinds** 52:2

**knew** 25:5 26:19
28:24

**knowledge**
52:15 53:10 68:25

---

**L**

**label** 55:7

**labeled** 29:7 32:3

**lack** 11:4

**Lameo** 26:12
29:25 30:11,12
36:10,15 37:7 38:23
39:16 40:18 41:9
43:13 44:12 45:5
46:14 51:14 52:10
53:23 67:1

**lawsuit** 10:19
11:13 19:6 20:25
21:5,8 28:24 44:9
45:9 47:8

**lawyer** 9:12

ROBERT PEPERNO

**lawyers** 30:8

**laying** 31:20

**leaf** 29:15

**leak** 30:16,19 32:9,25 37:10 38:7 39:2,20 41:1,18 44:16 45:22 46:3 49:23 50:3 57:5 59:4,6,14 64:19

**leaked** 12:17

**leaking** 25:9 34:9

**leaks** 21:20 49:14 69:6,9,15 71:2,16

**learn** 19:9,12

**led** 21:10

**left** 8:4 27:10 31:20 58:8 60:25

**legal** 11:19 12:2 44:20 47:14 67:21 70:2

**legalize** 53:18

**letter** 9:17 21:2,3 41:2 43:21,22,24

**letters** 28:11

**licensed** 66:15

**life** 9:7 12:24 15:4

**lines** 40:1

**list** 29:1

**listed** 28:23

**litigation** 48:22

**live** 49:17

**lived** 12:24 13:2 15:3

**lives** 13:24

**location** 14:10 15:25 16:6 24:18 60:8 61:3

**logo** 42:16

**long** 13:1,6 14:16 34:25 41:10,16

42:13

**looked** 22:9 26:7 39:20 45:3 46:13 48:14 49:16 54:13 64:17,22,23 65:15 70:23 71:15

**lot** 15:22 16:2,7 34:1 53:18

**lots** 16:2,3

**lower** 34:1

**M**

**machine** 7:18,19

**made** 12:4 25:11 40:1

**main** 24:19,20 32:9 36:23 39:3,22

**maintenance** 14:7,9

**make** 7:24 19:19 21:14 25:18,25 29:2 34:5 51:15 55:4 69:8 71:6

**makes** 60:3,5,9 63:10

**making** 11:16 69:5,21

**manufacture** 10:20

**manufactured** 11:10 19:10 68:7,21

**March** 22:7 30:20

**marital** 9:25 10:3

**mark** 27:20 29:4 52:20 55:14 56:24 65:3

**marked** 28:4 29:9 52:24 65:7

**marketed** 68:7 69:1

**marking** 28:1

**material** 11:3,4 27:1 56:25

**materials** 10:21 18:7,15 27:5 37:4,6 43:14,16 44:11,12 47:4 71:22

**matter** 13:17 26:18

**matters** 12:21

**means** 17:18 49:11

**medications** 9:6

**members** 13:8

**memory** 38:2 54:17

**mention** 27:22

**mentioned** 69:15

**met** 7:14 28:15

**metal** 46:4

**middle** 30:15 32:8 37:13 57:22 58:5,8 60:24 61:20 70:7

**minute** 58:14,21 59:12,20 71:5

**mist** 22:9,11,18 23:5 26:9 31:7 32:22 34:21,22,23 39:11 41:22 57:12 64:13,14,17

**mistaken** 35:8

**misty** 64:16

**mixed** 30:9

**moment** 28:12 29:15 30:19,23 53:7 58:19 63:2

**months** 39:7

**Moosic** 7:12

**morning** 7:8 23:18 32:17 36:4

**moved** 31:21 51:9

**moving** 18:21 56:25 57:14 58:15, 18

**multiple** 17:23

**N**

**name's** 7:13

**names** 28:11,12, 14

**nearby** 37:12

**needed** 46:18

**neighbors** 52:1

**NIBCO** 7:14 9:18 10:19,23 11:9,10, 16,23 12:16 18:22 19:10 21:3,7,8 27:12 31:19,25 33:20 37:20,21 41:2 42:5,16,20,23 43:1, 4,8,22 47:10,18 67:16,17 68:4,18 69:22 72:8

**Ninety-one** 66:7

**note** 32:7

**notes** 71:17

**notice** 28:2,9

**notified** 70:24

**number** 38:22 43:9 54:13 67:7,8 68:1

**numberings** 29:21

**numbers** 30:7

**O**

**oath** 7:25 51:4

**object** 9:24 11:18 12:1 17:25 22:25 28:18 38:11,12

**objection** 47:20 70:12

**objections** 12:12

**observations** 25:25

**observe** 36:18

**occasionally** 24:6

**occupation** 14:4

**occurring** 39:21 46:3

**online** 70:24

**open** 16:4 60:13

**opened** 13:25 57:11

**opinion** 46:19

**original** 47:21

**originally** 9:17 70:21

**P**

**P-E-X** 11:1

**pages** 30:9 65:2, 4,20

**Palm** 32:18 35:15 64:7

**panning** 61:14

**paper** 42:22,24

**paragraph** 65:18,22 66:8,14 67:8,13,23 68:1 69:15

**part** 21:1,14,18 28:10 34:9 42:21 47:10

**past** 45:8 53:25 54:1

ROBERT PEPERNO

January 23, 2017
Index: patio..Q.for

**patio** 24:3

**pause** 58:13
59:11 60:21 62:13

**paused** 55:13
59:6 61:19 62:9
63:7

**pausing** 57:18
58:21 60:22 62:4

**pending** 45:9

**Pennsylvania**
7:12 14:5

**people** 28:15
42:21 51:25

**Peperno** 7:3,10,
13 51:1 53:16 55:7
60:14 72:10

**Pepernos** 66:15

**person** 14:7
16:24 19:2

**personal** 12:21
27:15 38:18 44:23
50:15

**personally** 18:9
44:13 51:10 66:18
67:16 68:5

**petition** 69:6

**PEX** 10:25 11:8,9,
10 17:9 18:21 25:11
30:16 32:9,10 39:2,
3 44:12 48:25 67:15
68:5,6,18

**phone** 56:5,6

**photos** 71:17,18

**picked** 16:6 18:7

**piece** 16:4 27:8,
11 33:22 34:4
37:21,22 42:1,22
43:11 57:9

**pieces** 31:2 37:23

**pin** 33:17

**pipe** 11:3,7 19:11,
13 22:10 25:2,24,25
26:8 27:2,8,11

30:16 31:18,19,23
34:7,16 37:14,19
38:4 40:4 41:19
43:11 46:25 48:3
55:18 57:22,25
58:22,23,24 59:11
60:6 67:1

**pipes** 12:13 20:21
46:2 48:21

**piping** 11:6,9
12:17 17:9 18:18
20:3 21:7 22:22
23:7 32:10 33:21
34:4 39:3,4 42:1
47:21 48:8 49:22
69:4,24 70:7

**place** 15:23 52:17
63:17

**Plaintiff** 7:20
11:12 20:20

**Plaintiffs** 28:12,
23 67:14

**Plaintiffs'** 67:14

**plants** 16:21

**plastic** 11:4

**play** 55:8 57:13

**playing** 59:20
60:21

**plug** 54:21

**plumbed** 19:2

**plumber** 17:4,7,
17,18 18:10 19:1
23:12 24:10,13 26:1
27:4 34:25 36:2
37:1 43:5 48:2
51:11 54:1 59:16

**plumber's** 17:19

**plumbers** 13:25
17:22,23 18:2,5

**plumbing** 10:20
11:5,8 15:9 17:2
18:8 19:9,21,25
20:1,9 21:25 22:22
26:14 30:12,14 36:9
48:16 49:3,4,8,14,

16,18 51:12,14,16
53:23 54:3,6 66:16,
24

**point** 20:25 21:24
26:3 36:3 43:3
45:16 48:9,10 51:21
54:4 57:6 70:15,23

**pool** 24:4,5

**pooling** 56:22

**position** 12:7,9,
10 14:16,18

**possession**
15:15

**possibility** 38:5

**possibly** 42:6,7

**potentially**
13:22

**prepare** 9:11

**pressure** 51:6

**pretty** 32:14 70:6

**prevent** 9:7

**previous** 45:21
61:3

**previously**
41:23 47:24

**prior** 13:4 18:20
28:24 39:7,20 46:23
52:23 65:11

**privilege** 9:25
10:4

**problem** 8:12
34:3 36:8 46:25
47:2 48:3 67:5
70:22

**problems** 21:8,
12 48:7 49:14,17,18
51:21

**proceed** 51:2

**produced** 42:19
55:6 72:4

**product** 42:15
67:17

**products** 12:8
19:10 67:15 68:5,6,
18

**professional**
66:15

**promised** 21:17

**pronunciation**
30:13

**proper** 60:2

**properly** 51:12

**property** 27:15
44:23 50:15

**protector** 55:21,
25

**pulled** 48:24 57:9

**pump** 20:11

**pursued** 44:6

**pursuing** 36:14

**put** 16:2 47:22
64:16

**puts** 28:9

**putting** 49:20

---

**Q**

**Q.a** 30:19

**Q.after** 51:9

**Q.all** 17:17 21:13
62:21

**Q.and** 7:13 8:4,
10,16,23 10:8,23
11:15,23 12:6,19
13:4,6,13,17 15:1,
16 16:10,15,17
17:6,9,22 18:13,17
19:12 21:10 22:12
23:13,23 24:1,24
25:13,23 26:6,12,16
27:4 31:7,17 32:7,
22,25 33:8,13 34:11
36:1,3,18 37:1,6,15,
18 38:25 39:13,16
40:7,17 41:3,5,12,

18,22 42:1,11 45:8,
18,21,25 46:3 47:4,
24 48:19 49:7 50:15
51:14,20 54:21 56:2
58:2 60:5 61:22
62:18 64:3 65:20

**Q.any** 68:20

**Q.anyone** 10:11

**Q.anything**
62:25

**Q.
approximately.**
22:6

**Q.are** 10:16 30:2
47:7

**Q.as** 13:8 38:6
44:23 70:14

**Q.at** 19:6 20:25
43:3 61:7 67:13

**Q.before** 65:10

**Q.but** 9:4 18:24
48:2,24 60:20

**Q.can** 7:17 12:9
13:21 29:15 53:7
71:24

**Q.cell** 56:6

**Q.cut** 34:9

**Q.damage** 27:15

**Q.did** 9:13,19
18:2,4 19:17 23:20
24:15 25:6 26:24
35:22 38:18 46:19,
24 50:3,12 70:4
71:2

**Q.do** 16:24 17:2,
12 18:7 21:6 25:20
27:1,7 32:16 36:15
39:19 42:25 51:25
54:5 61:25 68:14,17
70:16 71:20

**Q.does** 51:6

**Q.fair** 62:4

**Q.for** 27:25

Q.good 7:8
Q.good. 31:12
Q.got 14:4,20 34:20 35:14 64:25 67:6
Q.had 18:20
Q.have 20:14 21:17 44:8 45:2 49:2,14
Q.how 14:16 15:19 40:23 41:16 46:7
Q.i 15:5 16:6 29:2 48:10 54:12
Q.i'm 22:22 27:18 51:18 61:19 63:7 67:23,25 69:12
Q.if 40:12 53:2 56:12 72:3
Q.in 27:13 37:9 59:10
Q.interesting. 34:13
Q.it 12:15 28:9 29:24 56:24
Q.it's 28:7
Q.just 56:18 69:5
Q.lameo 26:14 30:14
Q.let 20:22 43:12 60:12 66:13
Q.let's 9:10 21:20 29:20 32:2 38:21 43:19 50:18 58:13 71:4
Q.like 14:8
Q.mr. 51:1 53:16 72:10
Q.nine 13:15
Q.ninety-seven 69:18
Q.no 20:6 27:20

36:8 46:5 48:6
Q.no. 68:25
Q.not 67:3
Q.now 13:1 57:18
Q.oh 12:24 14:11
Q.oh. 48:22
Q.okay. 9:1 14:2 15:13 22:15 23:16 24:17 25:4 34:17 35:17 38:9 39:23 42:9 46:12 52:18 54:10 55:17,20 56:4,10 58:11 64:1 70:20 72:8
Q.on 34:24 44:16 47:17 52:4
Q.one 33:17
Q.other 64:21 71:15
Q.page 54:15 67:11
Q.paragraph 66:22
Q.previously 10:14
Q.putting 50:1
Q.remember 14:24
Q.right. 40:15 44:14
Q.same 68:23
Q.so 7:22 11:12 19:9,23 24:8 30:11 31:22 34:5 35:9,19 37:4 38:3 39:6 40:4, 10 42:4 43:7,16 48:14 49:11 50:6 55:2 57:23 58:5 60:8 63:21,24 64:18 70:8,23
Q.some 10:18
Q.sure. 22:17

Q.tell 15:25 20:9
Q.thank 53:22
Q.that 26:21 66:20
Q.that's 36:6 58:19,25 61:2
Q.the 28:23 33:25 62:23
Q.there's 63:10 68:4
Q.these 69:15
Q.they 64:23
Q.they're 30:7
Q.this 23:4 42:19 50:9
Q.those 69:20
Q.to 20:19 52:9 59:24
Q.was 15:22 33:4 40:20
Q.we'll 57:13 65:14
Q.we're 59:5,20 62:9
Q.well 14:13 35:3 38:15 64:11
Q.were 7:20
Q.what 7:11 9:15, 22 14:6 15:8 20:2, 16 23:10 27:11 32:12,19 40:25 43:25 44:2 46:14 57:4 60:3 63:5
Q.when 16:22 19:15 22:3 36:20 37:24 41:9 49:24
Q.where 14:22 45:14
Q.who 16:19
Q.yeah. 11:4 66:7

Q.you 24:22 31:5 46:9 51:4 52:14 54:2 55:23
Q.you're 61:14
Q.your 15:11
qualifications 17:20 18:4
question 8:24 17:6 22:25 38:11 44:4 66:10 68:10, 14,23
questions 9:8 10:19 18:25 29:17 52:22 55:10 60:22 63:13 65:4 72:11,14
quick 35:1
quote 32:8 66:23 67:13

R

radiant 17:12
ran 35:11
randomly 15:20
reaching 43:8
reaction 35:24 43:25
read 28:13 32:7,10 38:25 39:4 65:2 66:5 72:8,14
ready 51:2
realize 20:25 31:12 43:3 51:4 72:3
reason 8:6 27:25 61:22,25 70:16
reasons 33:17
reattached 33:23 34:11
recall 25:17 36:9 37:23 41:17 42:3,10 47:3 52:8,12 54:20 62:2,19 71:18,19

recalling 21:21
receipt 46:18
receive 19:20
received 21:2 29:6 41:2
receiving 43:23
recirculation 20:11
recollection 9:16 20:19 35:4,9 41:6 42:4 43:8 52:9 59:1,24 63:14 65:5
record 7:9 8:10, 17 10:2 29:8 39:1 50:23 51:1 53:8,12 55:5 71:4
records 29:3,7
recurring 51:21
red 24:25 40:8,12 57:23 58:22 59:11
refer 10:23 11:9 21:22
reference 54:16 68:4 69:9
referring 11:8 30:8 37:24 55:25 66:25
refers 45:10
refresh 54:17
refreshing 38:1
regulator 61:18, 24
rejecting 21:3
relate 65:22
related 19:6,20, 24 47:17
relating 69:23
relation 32:25 39:19 60:8
release 51:6

ROBERT PEPERNO

January 23, 2017
Index: relied..stuff

**relied** 67:14

**rely** 17:19 67:16

**remember** 15:1, 5 17:4 21:6,24 22:7, 14 23:16 24:9,17 25:13,20 30:24 32:12,16,18 34:25 35:15 39:8,19 41:7, 10 42:22,24,25 43:22,24 45:10,11 52:5,22 56:2 59:11, 12,17 65:11,15

**remembered** 31:4

**removed** 37:19 42:1 44:12

**repair** 26:21 34:6 36:15 37:7 38:4 39:8 41:13 43:12,13 45:3 46:14 47:5,9 50:9 52:4,10 54:23

**repaired** 47:25 67:1

**repairing** 15:9

**repairs** 29:4 48:14 54:6

**repeat** 43:2

**rephrase** 9:5 23:2 28:21

**replace** 27:2 41:14

**replaced** 26:23 32:9 33:19 36:17 39:3 48:25 67:1

**replacement** 66:24

**replumb** 67:3

**replumbed** 48:11

**reporter** 8:4

**represent** 7:14 29:5 42:20

**representation** 21:15

**request** 29:8 71:20

**research** 19:13 21:4,6

**residence** 7:11 13:6

**response** 29:8 43:22 71:20

**rest** 29:4

**return** 42:15,21

**returned** 31:18

**review** 9:13 66:1

**reviewed** 65:13

**reviewing** 65:11

**right-hand** 29:22 32:3

**Road** 7:12 13:5

**ROBERT** 7:3

**robot** 64:4

**Rocko** 7:10

**room** 13:10

**rude** 8:17

**rules** 7:23

**run** 25:19 40:1

**running** 17:14 36:23

---

**S**

**sample** 42:5

**Sarah** 13:9

**Saturday** 35:8, 10

**scene** 63:1

**school** 14:21,22

**Scranton** 12:23 15:3

**screen** 57:24 58:6,7 60:24 61:20

**searching** 21:7

**season** 24:7

**seconds** 55:13 56:20,21 57:14,18, 20 60:23 61:7,9,15 62:4,9,12,13 63:3,7, 11

**section** 26:23 31:19 32:7,8,9 33:18,20 36:17,20, 21 39:3 40:4 41:15, 16,19 49:22 69:11

**sections** 66:25 67:4

**seeking** 11:23

**selected** 16:1 18:14 20:4,6 43:16

**selecting** 43:14

**send** 43:10

**sending** 42:23

**sends** 42:21

**sense** 47:1

**sentence** 66:23

**sequence** 59:13, 15,18 63:15

**set** 23:24 31:2

**shaking** 8:13

**shelving** 24:5

**shooting** 33:15

**shop** 7:19

**short** 50:18,24 51:2 53:14 71:13

**shorter** 60:13

**showed** 70:7

**showing** 59:1 61:16,22

**shut** 24:15,18,19, 20,21 25:5,24 26:1, 4,6 35:22,25 39:14 40:18

**shutting** 59:16

**side** 26:10 31:20

**sideways** 59:10

**sign** 21:18 72:15

**signature** 53:3,5

**signed** 21:13

**Similarly** 8:11

**single** 15:25

**sir** 7:8 12:22

**sit** 21:24

**site** 16:8 21:10,11

**sitting** 52:14,16, 17

**situation** 32:21, 22 43:10

**six/seven** 45:15

**skill** 67:14

**slack** 34:2,6

**sleeping** 26:20

**small** 30:7 43:20

**smaller** 37:22

**smoothly** 7:24

**snow** 14:13

**soaking** 31:3

**socially** 54:5

**sold** 68:8 69:1

**someone's** 63:7

**something's** 23:9

**sort** 21:9

**sound** 56:7,11

**sounds** 12:15 19:17 69:5

**speak** 67:9

**specific** 20:22 65:4 69:9

**shutting** 59:16

**specifically** 11:10 17:13 48:8 49:17

**spew** 57:11

**spewing** 22:10 26:9

**splitting** 58:7

**spot** 50:6

**spouse** 10:11 28:14

**spouse's** 52:21

**spray** 35:22 46:5 57:22 58:9,12 59:10 60:24 64:11

**spraying** 31:8 35:19 58:4

**spring** 22:13

**stain** 49:21

**standing** 11:21

**stands** 11:2 62:25

**start** 55:3,8 60:20 65:17

**started** 19:13 20:21 25:12 36:13 57:11

**starting** 49:21,23 65:21

**starts** 36:22 65:17

**state** 7:8

**states** 66:14,22, 23 67:13

**step** 50:20 71:9

**steps** 39:12

**stickers** 29:5

**stop** 55:4 56:11

**store** 24:2

**stories** 16:11,13

**stuff** 24:4,5,7 49:12 54:11 62:3

ROBERT PEPERNO

January 23, 2017
Index: subcontractor..younger

65:13

**subcontractor** 17:5

**subdivision** 15:22

**substance** 9:22

**summer** 24:5

**Sunday** 23:19 32:17,18 35:10,15 64:7

**SWORN** 7:3

**system** 20:9,12 66:16

---

**T**

**taking** 8:5 9:5 57:23 61:12 71:15

**talk** 8:7 9:10 12:19 21:20 29:3 39:6

**talked** 10:12 19:18 34:6 49:19 51:14 69:9

**talking** 8:11 31:9 36:21

**tank** 20:16 24:21 25:18 55:16,19 56:22 61:19 62:14

**tedious** 61:10

**ten** 56:21

**term** 10:24,25 11:5

**terminology** 10:18

**terms** 36:15 43:14 59:10,13 64:18

**testified** 7:4 51:20

**testimony** 8:1, 18,19,21 9:11,19 10:12 12:2 38:12 44:20

**testing** 44:11 48:20

**thing** 32:14,20 33:6 34:22 35:1 39:14 55:24 58:17 59:7 65:2

**things** 7:24 8:6 16:11 19:18 20:10 24:2 30:8 44:9 62:5

**thinking** 30:22 33:21,23 37:22

**thought** 51:23

**time** 8:23 22:17,23 23:4,6,16 24:8,10 31:5 32:21 33:19,25 34:3,15,21,24 35:23 36:12,16,17 37:15 38:1 41:12 44:8 46:16,22 47:5 49:7 53:12 54:23 59:3 66:4 69:2 72:11

**timeline** 54:22

**times** 37:9 46:21 51:14

**timing** 54:17 63:15

**title** 14:6

**today** 7:24 8:1,19 9:7,11 13:9 21:24 22:1 28:2,3,10 48:15 62:23 66:11

**told** 46:17 48:2 51:20

**top** 25:15 28:10 31:20 33:13 34:14 42:16 55:23 56:22 57:1,10 58:6 63:5

**touched** 49:1

**town** 15:4

**transcript** 8:20

**tree** 30:25 31:1 62:7,9

**trial** 8:19

**true** 53:11 59:24

**tube** 39:25

**tubing** 11:5,6,8 25:11,14

**turn** 29:20 32:2 53:2 55:3

**Turnpike** 14:5

**type** 11:5 37:4 43:20 64:11

**typical** 43:6 51:24

---

**U**

**uh-huh** 8:14

**understand** 7:25 8:18,23 9:4 10:20 11:12,20 30:10 31:23 34:5 68:14 70:2,4,5

**understanding** 11:15

**understood** 9:2

**unusual** 36:13

**upward** 61:8,14, 15

**usual** 51:21

---

**V**

**valve** 51:7

**vapor** 22:10,18

**verification** 53:4

**verifying** 53:4

**version** 56:12 60:17

**viaduct** 22:9

**video** 41:6,7,8 54:18,19 55:5,8,13, 15,23 56:2 57:7 59:21 60:15 61:3, 12,17,23 62:16

63:8,12,13,15 64:23 70:6,7

**videoing** 58:17 59:3

**videos** 54:16 63:21 71:15

**visit** 41:9 42:2

---

**W**

**waited** 26:1

**waiting** 40:18

**walked** 39:10

**wall** 26:10 41:24

**wanted** 66:24

**warm** 17:15

**warranty** 11:21 19:24 72:8

**watch** 26:24

**watched** 58:2 61:4

**water** 11:7 17:10, 14 22:10,11 24:15, 19,20,21,22 25:2,6, 10,15,16 26:4,7,9, 10 30:16 32:9 33:1, 5,6,7,9,14 34:14,22 35:19,25 39:2,3,14, 25 40:3,10,18 41:1 45:19,23 46:11 48:20 49:21 50:5,6, 7 51:6 55:16,18 56:22 58:4,9 59:16 60:7,9,24 62:11,14, 22,23 64:19

**waterline** 17:13

**week** 23:17 44:16

**weekend** 23:19 35:6,7

**weekends** 35:13

**weights** 41:25

**Weslander** 7:7, 13 10:1,7 11:22

12:5,14 18:1 23:1,3 28:6,20,22 29:12,14 30:6 38:14 44:7,22 47:16,23 50:21,25 53:1,15 65:9 66:3,6 67:22 68:13 70:3,13 71:10,14

**wet** 31:3

**white** 14:15 58:23

**wide** 36:24

**wife** 9:21 13:9 26:19

**winter** 14:15 24:4

**witnessed** 41:14

**wondering** 61:2

**work** 14:5 26:24 36:18 37:2 45:10 48:16 58:16

**working** 13:24

**wrap** 71:5

**wrapping** 52:19

**writing** 71:17

**written** 52:22

**wrong** 56:14

---

**X**

**XYZ** 37:4

---

**Y**

**year** 14:18,24 31:5 45:8 49:5

**years** 7:19 13:3,7 14:17,19 31:14 54:9 64:4

**younger** 54:9