# EXHIBIT 30
# (Video to be delivered to the Court)