# EXHIBIT 31
# (Video to be delivered to the Court)