# EXHIBIT 32

Page 1

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY


KIMBERLY COLE, ALAN COLE,
JAMES MONICA, LINDA BOYD,
MICHAEL MCMAHON, RAY
SMINKEY, JAMES MEDDERS,          CIVIL ACTION NO.
JUDY MEDDERS, ROBERT
PEPERNO, SARAH PEPERNO and       13-cv-07871-FLW-TJB
KELLY MCCOY, on behalf of
themselves and all others
similarly situated,

          Plaintiffs,

     vs.

NIBCO, INC.,

          Defendant.
~~~~~~~~~~~~~~~~~~~~~~~~~~~


DEPOSITION OF

KELLY LEE MCCOY


January 16, 2017

8:54 a.m.


Hilton Marietta Hotel & Conference Center
500 Powder Springs Street
Marietta, Georgia


Deborah P. Longoria, RPR, CCR B-1557

KELLY MCCOY                                              January 16, 2017

---

Page 2

```
1                    APPEARANCES
2   On behalf of the Plaintiffs:
        LITE DEPALMA GREENBERG, LLC
3       JEREMY NASH, ESQ.
        570 Broad Street
4       Suite 1201
        Newark, New Jersey  07102
5       973.623.3000
        Jnash@litedepalma.com
6
    On behalf of the Defendant:
7       LATHROP & GAGE, LLP
        ERIC WESLANDER, ESQ.
8       2345 Grand Boulevard
        Suite 2200
9       Kansas City, Missouri  64108-2618
        816.460.5717
10      Eweslander@lathropgage.com
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 3

```
1              INDEX TO EXAMINATIONS
2   WITNESS:  Kelly Lee McCoy
3
4                                         Page
5   Examination by Mr. Weslander             4
6   Examination by Mr. Nash                101
7   Further Examination by Mr. Weslander   106
8
9
10             INDEX TO EXHIBITS
11  Defendant's
        Exhibit      Description          Page
12
13      1     Defendant's Notice of Deposition of
                  Kelly McCoy               67
14
        2     Second Amended Class Action Complaint  75
15
        3     Plaintiff Kelly McCoy's Objections and
16            Responses to Defendant NIBCO Inc.'s
              First Set of Interrogatories  85
17
        4     Invoices                      87
18
19      (Original Exhibits 1 through 4 have been
    attached to the original transcript.)
20
21
22
23
24
25
```

Page 4

```
1            Deposition of Kelly Lee McCoy
2                January 16, 2017
3                    - - -
4                KELLY LEE MCCOY,
5   having been first duly sworn or affirmed, testifies
6   as follows:
7                   EXAMINATION
8   BY MR. WESLANDER:
9       Q.    Mr. McCoy, good morning to you.
10            Could you please state your full name for
11  the record.
12      A.    Kelly Lee McCoy.
13      Q.    And what is your current residence,
14  Mr. McCoy?
15      A.    4401 Blackland Drive, Marietta.
16      Q.    And how many years have you lived there?
17      A.    46.
18      Q.    My name is Eric Weslander.  I represent
19  NIBCO.  And we met just a moment ago.
20            Have you ever given a deposition before?
21      A.    No, I have not.
22      Q.    Okay.  I will talk you through a few
23  ground rules that I hope will make things go more
24  smoothly here today.
25            First of all, do you understand that
```

Page 5

```
1   you're under oath today just as if you were sitting
2   in a courtroom in front of a judge and jury?
3       A.    Uh-huh, I do.
4       Q.    Okay.  And we have a court reporter here
5   who will be taking down all of my questions and your
6   answers, and the transcript of this deposition will
7   be prepared and could be used at trial.  Do you
8   understand that?
9       A.    I do.
10      Q.    Okay.  And we, because we have the court
11  reporter, should try not to talk over each other.  So
12  I'll try to not talk while you're talking, and if you
13  can let me finish a question before you give an
14  answer, that will help our record.  Fair enough?
15      A.    Uh-huh.
16      Q.    Okay.  And one other thing on this is,
17  because there's a record being prepared, try as best
18  you can to say yes or no, as opposed to uh-huh or
19  huh-uh, only because it will help get a clear record
20  down.
21      A.    Understood.
22      Q.    Okay.  If you don't understand a question,
23  just let me know.  I will do my best to rephrase it.
24  But if you answer, I'm going to assume that you
25  understood the question.  Okay?
```

KELLY MCCOY                                                    January 16, 2017

Page 6

1    A.    Yes.
2    Q.    Okay.  And if you need to take a break at
3  any time, a restroom break or to get a drink of water
4  or for any reason, will you let me know?
5    A.    Yes.
6    Q.    Okay.  Are you taking any medications or
7  do you have anything going on in your life today that
8  would prevent you from giving complete and truthful
9  answers to my questions?
10    A.    No.
11    Q.    Okay.  For your deposition today, what did
12  you do to prepare?
13    A.    I reviewed all my interrogatory answers I
14  gave some time back.  We met and have spoken, you
15  know, about what's going on.  And reviewed the other
16  documents that were sent to me; I can't remember what
17  they were called.  So I put some time into it.
18    Q.    Okay.  And when you say "we met," you mean
19  you met with Mr. Nash, your counsel?
20    A.    Yes, we spoke over the phone.
21    Q.    Okay.  Do you remember specifically -- you
22  mentioned a category of documents at the end.  Can
23  you describe specifically what those documents were?
24    A.    Well, like I said, the interrogatories,
25  and there's some documents outlining all the

Page 7

1  particulars of the case.  And those are the main ones
2  that I remember, those two.
3    Q.    Did you discuss your testimony with anyone
4  other than your attorney?
5    A.    I did not.
6    Q.    And as far as some terminology, I'll use
7  the term NIBCO, and do you understand that that
8  refers to the defendant in this lawsuit, that
9  manufactures plumbing systems and plumbing equipment?
10    A.    Yes.
11    Q.    And I'll probably use the term PEX.  Do
12  you understand that to refer to a type of plastic
13  tubing essentially used in plumbing systems?
14    A.    Yes.
15    Q.    Okay.  And I might use tubing and piping
16  interchangeably.
17    A.    Uh-huh.
18    Q.    And if I refer to PEX, I will try to
19  specify if I'm talking about PEX generally or a
20  particular brand or manufacturer's PEX, such as NIBCO
21  PEX.  Okay?
22    A.    Okay.  Uh-huh.
23    Q.    And do you understand, then, that you're a
24  plaintiff in a lawsuit against NIBCO?
25    A.    I do.

Page 8

1    Q.    And do you know what the allegations are
2  that you've made against NIBCO?
3    A.    Yes.
4    Q.    What are those?
5    A.    That they have a defective product that's
6  been put to market and in my home.
7    Q.    And when you say "defective," what do you
8  mean by that?
9    A.    Specifically, it splits, which no plumbing
10  should do, and leaks as a result of that split.
11    Q.    You mentioned you've lived in -- well, let
12  me ask this.  How old are you, sir?
13    A.    46.
14    Q.    Okay.  So you've lived in this house your
15  entire life?
16    A.    Uh-huh.
17    Q.    And that's a yes?
18    A.    Yes.
19    Q.    Okay.  So you've obviously grown up in
20  Marietta?
21    A.    Uh-huh.  Yes.
22    Q.    And were you born here in Marietta?
23    A.    Born in Atlanta.
24    Q.    Okay.  And you have other household
25  members other than yourself, correct?

Page 9

1    A.    Yes.
2    Q.    And who are they?
3    A.    My wife and two boys.
4    Q.    And what is your wife's name?
5    A.    Susan.
6    Q.    Same last name?
7    A.    Yes.
8    Q.    And your children are what age?
9    A.    They are 15 and 13.
10    Q.    Two boys?
11    A.    Yes.
12    Q.    Okay.  And what is your wife's occupation?
13    A.    A housewife.
14    Q.    Okay.  And what about yourself, can you
15  tell me what you do for a living?
16    A.    Uh-huh.  We wholesale swimming pool
17  equipment.
18    Q.    What kinds of equipment?
19    A.    Mostly for in-ground Gunite pools and
20  commercial swimming pools.
21    Q.    And how long have you been doing that?
22    A.    We have been running that business since
23  '91.
24    Q.    Okay.  What's the name of the business?
25    A.    Swimline.  It's one word, S-w-i-m-l-i-n-e.

KELLY MCCOY                                                  January 16, 2017

Page 10

1    Q.    And what is your educational background?
2    A.    I attended Georgia Southern University for
3  three years; and after that, attended Kennesaw State
4  University for two years.
5    Q.    What was your field of study in?
6    A.    General business.
7    Q.    Okay.  And do you have any experience with
8  construction?
9    A.    I do.
10   Q.    Can you tell me about that?
11   A.    Is there a specific type of construction?
12 Home construction?
13   Q.    Well, when you say you have experience
14 with construction, what are you referring to?
15   A.    Well, I have witnessed enough homes being
16 built and seen the reconstruction of my own to just
17 have a general understanding of it.
18   Q.    And so your experience comes from watching
19 construction happening?
20   A.    Observation.  Sure.
21   Q.    Okay.  Have you ever worked in the
22 construction field?
23   A.    I have not.
24   Q.    Okay.  And have you ever -- well, what
25 experience do you have with installing or repairing

Page 11

1  plumbing?
2    A.    Doing some of that myself in my own home.
3  Working on pool plumbing, you know, in order to learn
4  the trade a little bit.
5    Q.    And when you say doing some of that in
6  your own home, how much of installing or repairing
7  plumbing have you done in your own home?
8    A.    Quite a bit.  I've completely torn out and
9  remodeled a bathroom on my own, so I did all the
10 plumbing myself.
11   Q.    When was that?
12   A.    That was in -- let's see.  That was 2003.
13   Q.    Now, I understand that your home was
14 rebuilt in 2010 because of a fire, correct?
15   A.    Uh-huh, that's correct.
16   Q.    And that's a yes?
17   A.    Yes.
18   Q.    Okay.  Just to try and remind you on the
19 court reporter there.
20         Can you tell me what happened?
21   A.    The cause of the fire?
22   Q.    Yes.
23   A.    It was a mobile, one of those portable
24 air-conditioning units, the kind that's freestanding
25 and you vent the pipe through the window to get the

Page 12

1  heat out of it.  It was made by a company called
2  Haier, H-a-i-e-r.  And it was upstairs, running, one
3  evening and that's what caught fire, and so that was
4  the cause of the fire.
5    Q.    And this was approximately when?
6    A.    That was in June of 2009.
7    Q.    And so the rebuilding of the home occurred
8  beginning when?
9    A.    We were starting to rebuild by September.
10   Q.    Okay.  Of 2009?
11   A.    Yes.
12   Q.    And can you describe the configuration of
13 your house generally?
14   A.    Yeah.  It's a two-story traditional, wood
15 siding.  I'm not sure what else.
16   Q.    How many bedrooms?
17   A.    It is five bedrooms, three full baths.
18   Q.    And it has an attic -- or does it have an
19 attic?
20   A.    Does not have an attic.
21   Q.    Okay.  And it has a crawlspace, correct?
22   A.    Yes.
23   Q.    And does it have any portion of the home
24 with a basement, or is it all crawlspace?
25   A.    The way it is, there's a little bit of the

Page 13

1  slab down there and then crawlspace surrounding that,
2  so in that slab is where the water heater and the
3  HVAC and that kind of stuff are.
4    Q.    Okay.  So those components are actually
5  under the home?
6    A.    Yes.
7    Q.    Okay.  Is it different -- is the
8  configuration different from the home as it existed
9  prior to the fire?
10   A.    No.  It's the same.
11   Q.    And when you rebuilt, did you have to have
12 any plans drawn up by an architect?
13   A.    Uh-huh.  Yes, we did have plans.  Yes.
14   Q.    Okay.  Did those include plumbing?
15   A.    No.  No.  They were architectural plans.
16   Q.    Okay.  Who was the architect?
17   A.    The architect was Andrew Woodward.
18   Q.    Is that someone in Marietta?
19   A.    He is in Marietta, yes.
20   Q.    Okay.  But you say those plans did not
21 include plumbing, correct?
22   A.    To the best of my recollection, they did
23 not.
24   Q.    Do you still have a copy of those plans?
25   A.    No.

KELLY MCCOY                                                    January 16, 2017

---

Page 14

1     Q.    And who installed the plumbing in your new
2  home?
3     A.    Dupree Plumbing.
4     Q.    Tell me how you came to arrive at Dupree
5  as the plumber.
6     A.    He was the subcontractor used by my
7  general contractor for the home.
8     Q.    Did you select Dupree or did the general
9  contractor?
10    A.    The general contractor did.
11    Q.    Okay.  And did you actually select the
12 general contractor or was that through insurance or
13 something like that?
14    A.    I did select him.
15    Q.    And who was that?
16    A.    Roger Bridges.
17    Q.    How much input did you have into the
18 plumbing of your home as it was being prepared to be
19 rebuilt?
20    A.    Well, can you be more specific?
21    Q.    Sure.  Did you give the general contractor
22 direction regarding plumbing of the home?
23    A.    Only in regard to fixtures and, you know,
24 those kinds of things, finish features.  All else, we
25 did not.

---

Page 15

1     Q.    Okay.  So you did not select the plumber,
2  correct?
3     A.    Correct.  Yes.
4     Q.    And you did not select any of the
5  materials in terms of actual plumbing -- tubing,
6  fittings, et cetera -- that the plumber would use,
7  correct?
8     A.    Yes.
9     Q.    Correct that you did not?
10    A.    Correct that I did not.
11    Q.    Okay.  And did you know anything about the
12 experience or qualifications of Dupree Plumbing at
13 the time that it began work on your home?
14    A.    No, other than that I looked him up online
15 just to get a feel for what their areas of specialty
16 were.
17    Q.    And was that before they were hired for
18 your home, or after?
19    A.    Before.
20    Q.    Okay.  So how did that -- I'm trying to
21 imagine how that unfolded.  Can you take me through
22 the sequence of how you learned it was Dupree and
23 what you did to look into them?
24    A.    So the way Roger did a contract was he
25 would itemize the various phases of rebuilding the

---

Page 16

1  home in his bid.  So if he'd do plumbing, he would
2  have a dollar figure and who was going to do the job,
3  and that was it.  So I knew who was going to do the
4  job and just check them out online and see if, you
5  know, they looked good to me.  It was as simple as
6  that.
7     Q.    Okay.  What did you find about them when
8  you looked them up?
9     A.    Oh, they had a nice website; good,
10 legitimate business; lots of positive reviews and
11 things like that.  And I could see nothing wrong with
12 them.  They looked good to me.
13    Q.    Did you ever consider any other plumbers?
14    A.    I did, because I like to use people I have
15 experience with, and I did get a competitive bid but
16 he was too high and not as available and didn't have
17 the manpower.  So yes, I did seek out another
18 plumber, but I chose to use -- let Roger use Dupree.
19    Q.    And who was the other plumber that you
20 considered?
21    A.    A gentleman named Chad Thomas.
22    Q.    Okay.  And how do you know Mr. Thomas?
23    A.    We've had him do some plumbing repairs at
24 our business.
25    Q.    And do you recall -- you mentioned the bid

---

Page 17

1  was too high.  Do you recall how much it was?
2     A.    I remember percentage-wise it was at least
3  20 percent higher.
4     Q.    Okay.  You mentioned you looked at the
5  website for Dupree, kind of checked them out.
6     A.    Uh-huh.
7     Q.    Any other research that you did as far as
8  their qualifications?
9     A.    No.
10    Q.    Who selected PEX tubing for the plumbing
11 in your new -- in your home rebuild?
12    A.    Well, you know, I would -- I honestly
13 don't know.  I could only guess.
14    Q.    And do you have any reason why PEX was
15 selected?
16    A.    Again, I could only guess.  I mean, I
17 think I know the answer but it's not factual.  It's
18 just a good guess.
19    Q.    All right.  I won't ask you to guess.
20          And did you know what brand of PEX was
21 selected for the home, or brands?
22    A.    No.
23    Q.    Okay.  And did you have any input on which
24 brand or brands were used of PEX?
25    A.    No.

KELLY MCCOY                                              January 16, 2017

Page 18

1      Q.    It looks as though you have PEX for both
2  the supply lines, hot and cold, as well as for some
3  radiant heat; is that correct?
4      A.    Are you speaking about the in-floor
5  heating?
6      Q.    Correct.  Let me clarify.
7            At the time of your rebuild --
8      A.    Uh-huh.
9      Q.    -- I'm wondering if it's true that you had
10 some radiant heating with PEX, as well as PEX for the
11 supply lines.
12     A.    See, we don't have any radiant heating
13 that uses water.
14     Q.    Oh, okay.
15     A.    Yeah.  So we need to make that clear.
16     Q.    Tell me, you do have radiant heating in
17 your home, though, correct?
18     A.    Yeah, in some of the tile floors, we do.
19 It's wire.  It's electric.
20     Q.    Okay.  No hot-water heated radiant heating
21 underneath the floors of your home?
22     A.    There are none, no.
23     Q.    Okay.  Did you have any discussions -- at
24 the time Dupree was preparing to do the work on your
25 home, did you have any discussions with anyone from

Page 19

1  Dupree Plumbing?
2      A.    Not that I recall.
3      Q.    Did you see them there working at the
4  home?
5      A.    Yes, I did.
6      Q.    What did you see them doing; do you
7  recall?
8      A.    Oh, I watched them do the work.
9      Q.    Did you ask anyone from Dupree whether
10 they had used NIBCO PEX tubing before, at that time?
11     A.    No.
12     Q.    I'm sorry.  I cut you off.
13           You said you did not?
14     A.    Yes.  I did not.
15     Q.    Okay.  Did you ask Dupree or anyone from
16 Dupree any questions about NIBCO PEX?
17     A.    No.
18     Q.    And did you do any independent research on
19 whether PEX was right for your home?
20     A.    No.
21     Q.    Okay.  And so I'm guessing that you did
22 not do any specific research as to whether NIBCO PEX
23 was right for your home?
24     A.    That's correct.
25     Q.    What kind of plumbing did your home have

Page 20

1  before the fire?
2      A.    Copper.
3      Q.    Okay.  And, let's see, any idea how long
4  that copper plumbing had been in the home?
5      A.    Uh-huh.  Most of it had been all 40 --
6  let's say at that time, 40 years.
7      Q.    Okay.  How many leaks, pipe leaks, did you
8  have, in your recollection, prior to the fire in
9  2009?
10     A.    Prior to that, I recall one little pinhole
11 leak in the copper, and it was the copper down in the
12 crawlspace, so it was just, you know, not causing any
13 real problems.  And that was the only one.
14     Q.    After the plumbing was installed in your
15 rebuilt home, did you do anything to inspect it?
16     A.    Other than visual?  I mean, I would say I
17 visually inspected it.  I'm a real stickler for
18 watching people do work in my home and I did do that,
19 but that's all that I did.
20     Q.    And what was your visual inspection?
21     A.    It looked good.  I mean, everything was
22 tight and level and plumb, and they took care to do a
23 good job.
24     Q.    And did you have -- do you remember doing
25 -- sorry.  Let me rephrase.

Page 21

1            What color was the piping after it was
2  installed in the rebuilt home?
3      A.    Well, some was blue, some was red.  Of
4  course, blue, cold water; red, hot water.
5      Q.    Okay.  And did you have any white PEX
6  piping?
7      A.    There was some white down under the
8  crawlspace.
9      Q.    So we have red, white, and blue tubing at
10 the time of the rebuild.
11           Any others; any other colors that you
12 remember seeing at that point?
13     A.    Of PEX tubing?  No.
14     Q.    Okay.
15     A.    That's all there was.
16     Q.    And did you do anything -- in your visual
17 inspection, did you take note of how the joints of
18 the plumbing, for lack of a better term, were
19 constructed?
20     A.    Other than they were all the same.  They
21 use a special compression fitting with a little ring,
22 a little steel ring, and that's the way every fitting
23 was in the PEX tubing.  And they looked like they
24 were done properly, as far as I could tell.
25     Q.    And when did you first learn that your new

KELLY MCCOY                                          January 16, 2017

Page 22

1  plumbing of the rebuilt home included NIBCO PEX?
2      A.    Well, I remember seeing the name NIBCO on
3  the pipes as the home was being rebuilt.
4      Q.    Do you recall seeing any other brands of
5  PEX tubing or piping in the rebuilt home?
6      A.    No, I didn't see any other brand.
7      Q.    Do you have any idea what kind of training
8  or experience Dupree had with installing PEX?
9      A.    All I do know is that they, you know, when
10 we got into discussion after having some problems
11 with the pipe, that they said they had been
12 installing it for years, in many, many, many jobs,
13 and that it was nothing new, and I know that to be
14 true.
15     Q.    When you say "it was nothing new,"
16 meaning?
17     A.    It's not a new product they just started
18 using recently.  They've had experience with it.
19     Q.    And when was this discussion?
20     A.    During one of the repairs, repairing one
21 of the leaks, the NIBCO tubing.
22     Q.    Did Dupree or your general contractor give
23 you any information, at the time of your rebuild,
24 regarding NIBCO's products?
25     A.    During the time of the rebuild?

Page 23

1      Q.    Or afterwards.
2      A.    Or after?  No.
3      Q.    Okay.  So they did not give you any
4  information regarding NIBCO products.  Does that mean
5  that they did not give you any brochures,
6  installation guides or a warranty or anything like
7  that?
8      A.    Yes.  No paperwork or information, right.
9      Q.    All right.  And do you know what type of
10 fittings -- we talked -- I had asked about joints in
11 the plumbing earlier.
12           Do you know what type of fittings were
13 installed during this 2009 to 2010 rebuild?
14     A.    Fittings used with the NIBCO tubing?
15     Q.    Correct.  Correct.
16     A.    Well, when you buy that kind of tubing,
17 there's only one kind of fitting you can use because
18 it's specific to PEX tubing.  Now, I don't know if
19 NIBCO made the fitting or not, because on the
20 fittings, there's no print in the molding, but I just
21 know that they're PEX-specific fittings.
22     Q.    And who selected the PEX fittings, to the
23 best of your knowledge?
24     A.    That had to have been the plumber.
25     Q.    Okay.

Page 24

1      A.    You know, they go to their distributor and
2  can get all the supplies they need, and it had to
3  have been them.
4      Q.    But you did not play a role in selecting
5  fittings to go with this plumbing, correct?
6      A.    That is correct.
7      Q.    And it's my understanding your home has
8  some kind of a recirculation system with the water;
9  is that correct?
10     A.    Uh-huh.  Yes.
11     Q.    And tell me about that.  How did this
12 system come to be installed?
13     A.    At my request, they installed that.  Let's
14 see.  The system was existing prior to the house
15 fire, and so when we did the replumb, we just added
16 that feature back in because the equipment was
17 already there.  Now, that's where the white tubing
18 comes into play.
19     Q.    Okay.  Tell me more about that, then.  How
20 is the white tubing related to the recirculation
21 system?
22     A.    It's a separate circuit in the hot water
23 system.  So you have a line coming off the hot water
24 heater, travels to each point of use in the house and
25 then back.  And there's a little low-flow pump that

Page 25

1  just keeps it moving to all the faucets so you always
2  have hot water there.
3      Q.    And is that white tubing, to the best of
4  your knowledge, used anywhere else in the plumbing
5  system other than the recirculation?
6      A.    It is not used anywhere else.
7      Q.    And who installed that?
8      A.    Let's see.  Dupree did install that.
9      Q.    And do you know when?
10     A.    At the time of the rebuild, because they
11 had to have used new pipe and fittings to reconnect
12 to what we tore out.  So it's kind of like they did
13 the installations at the point of use but just
14 attached it to the old equipment.  Does that make
15 sense?
16     Q.    Well, I think so.  Let me ask this -- I
17 was going to ask, and I'm glad you brought it up.
18           Was there anything that survived the fire
19 in terms of the plumbing equipment or plumbing
20 system?
21     A.    Not much.  The water heater did, even
22 though I chose to replace it at my own cost, and the
23 recirculation pump which was right off of the water
24 heater, about a foot away.  Other than that, nothing
25 else made it.

KELLY MCCOY                                              January 16, 2017

Page 26

1    Q.    And the recirculation pump that is there
2  to this day, that is the one that existed prior to
3  the fire?
4    A.    Yes.
5    Q.    And do you know -- as far as the
6  recirculation system, do you know how often it runs
7  or what its settings are to run during the day?
8    A.    Uh-huh.  It's set to run about the time we
9  all get up out of bed, around -- I think I've got it
10  set to start running around 5:00 or 5:30 a.m.  And
11  then I think I've got it set to run again in the
12  evening.  And that's all.
13    Q.    And who decided the settings on this
14  system?
15    A.    I did.
16    Q.    Okay.  Do you ever adjust them?
17    A.    No.
18    Q.    Okay.  And so the settings they have now
19  would be the settings you first put in place after
20  the rebuild?
21    A.    Yes.
22    Q.    What about an expansion tank, does your
23  house have what's called an expansion tank?
24    A.    It does.  That's code.  You have to have
25  that.

Page 27

1    Q.    Okay.  And has it had that since you've
2  done the rebuild?
3    A.    Yes.
4    Q.    Where is that tank?
5    A.    It sits right over the water heater,
6  directly above.
7    Q.    And what is your understanding of the need
8  for an expansion tank?
9    A.    I think it's a safety feature so the water
10  has -- or the water vapor has somewhere to go in case
11  the water overheats in the tank.  It's to prevent the
12  tank from exploding, basically.
13    Q.    And what about a release valve on your --
14  do you have, I take it, a relief valve on the water
15  heater?
16    A.    Yes.
17    Q.    And do you ever do anything to check if
18  that's functioning properly?
19    A.    No, I do not.
20    Q.    Okay.  And you said that you had replaced
21  the actual water heater following the fire; is that
22  correct?
23    A.    Uh-huh.  It was replaced, you know, along
24  with all the other plumbing.
25    Q.    Okay.  And so what are the specifications

Page 28

1  of the water heater that you currently have?
2    A.    It's a 50-gallon tank.  Other than that, I
3  don't know.
4    Q.    Okay.  Did you previously have a tankless
5  system?
6    A.    We do and still do.
7    Q.    Okay.  Okay.  And how does the tankless
8  system operate with the tank?
9    A.    It functions when any faucet or shower is
10  turned on and it feeds directly into the hot water
11  tank.  So it's just one big loop.
12    Q.    Let's talk about what you remember of the
13  leaks that are alleged in the complaint.
14    A.    Uh-huh.
15    Q.    Take me through each of those, if you can,
16  starting with the first one.
17    A.    The first one was very close to the water
18  heater, and it was -- you know, of course, that's in
19  the crawlspace.  And it was a narrow split in one of
20  the return lines, and so it was in the hot water
21  line.
22         And I got -- and I think there's an
23  invoice that's been submitted as evidence, but Bill
24  Ewing replaced that for me at a cost of $150.
25    Q.    Okay.

Page 29

1    A.    And so that was the first one.
2    Q.    And who is Bill Ewing?
3    A.    He's a contractor I've had do numerous
4  jobs for me over the years but no plumbing under the
5  house.
6    Q.    Any reason you called him as opposed to
7  Dupree?
8    A.    Well, yeah, there is.  Because he was
9  already at my house one day, doing some other work,
10  and he can do everything, and I said, Bill, go take a
11  look at this leak.  And he just went to Home Depot,
12  got what he needed, and fixed it.
13    Q.    Okay.  And what is the approximate date of
14  this?
15    A.    That was within about -- I know it was
16  less than a year after the completion of the rebuild,
17  which was completed in April of 2010, and that's all
18  I can tell you there.
19    Q.    Okay.  And we have some documentation.  We
20  can look at that in a little bit.
21    A.    Okay.
22    Q.    This is not a memory contest.  I just
23  wanted to ask, you know, what you do recall as you
24  sit here today, so...
25    A.    Okay.

KELLY MCCOY                                              January 16, 2017

Page 30

1   Q.   And in this case, do you recall the color
2   and the size of the pipe that was repaired?
3       A.   Well, it wasn't a pipe.  The split was
4   about three-quarters of inch maybe.  And they make a
5   fitting, it's called a shark bite fitting, and it's
6   about that long (indicating).  So the replaced
7   section was just a fitting.  There was no other pipe
8   used there.
9           THE COURT REPORTER:  Shark what?
10          THE WITNESS:  Shark bite.
11          THE COURT REPORTER:  Oh.  Thank you.
12      Q.   (By Mr. Weslander)  So the split was --
13  help me out here.  The split was in the fitting and
14  not in the pipe?
15      A.   No.
16      Q.   Okay.
17      A.   The split was in the pipe.
18      Q.   Okay.
19      A.   Yeah, the PEX tubing.
20          THE COURT REPORTER:  What?
21          THE WITNESS:  The split was in the PEX
22  tubing.
23          THE COURT REPORTER:  The PEX tubing?
24          THE WITNESS:  Yes.
25          THE COURT REPORTER:  Thank you.

Page 31

1   Q.   (By Mr. Weslander)  And describe the PEX
2   tubing.  This was a return hot water line, so this
3   would have been a red pipe, correct?
4       A.   Uh-huh.  Yes.
5       Q.   Okay.  And do you know specifically that
6   this was a NIBCO pipe?
7       A.   Yes, I do.
8       Q.   And how do you know that?
9       A.   The print on the pipe.
10      Q.   Okay.  Do you know what Mr. Ewing did to
11  repair it?
12      A.   Uh-huh.  Yes.  He used that fitting I just
13  mentioned.
14      Q.   Okay.
15      A.   So he just cut the bad section out and put
16  this fitting in and it was fixed.
17      Q.   Okay.  And who selected the material, the
18  shark bite fitting, for this repair?
19      A.   Bill Ewing did.
20      Q.   What happened to the repaired pipe, the
21  section that he took out?
22      A.   It got thrown away.
23      Q.   Okay.  And what about the remaining piece
24  of the pipe, the repaired portion, if you will, is
25  that still in your home?

Page 32

1       A.   Yes, that is still there.
2       Q.   And it's still installed?
3       A.   Still installed.
4       Q.   Okay.  Have you had any subsequent leaks
5   there?
6       A.   Not at that particular section of the
7   pipe.
8       Q.   Okay.  And you said this was in the
9   crawlspace?
10      A.   Yes.
11      Q.   Close to the water heater, right?
12      A.   Uh-huh.
13      Q.   And that is a yes?
14          How far from the water heater, do you
15  think?
16      A.   It was not far at all.  I would say, I
17  mean, in a straight line, 18 inches, 2 feet.
18      Q.   Okay.  How did you notice it was leaking?
19      A.   Just a fine mist coming out of it.  It was
20  so fine you had to look right at it to see it.  And
21  you can hear it; you know, you could hear a little
22  hiss.
23      Q.   Did you just happen to be near it and spot
24  it, or had you noticed issues with the plumbing?
25      A.   Well, I was near it and spotted it, but

Page 33

1   also there was water on the floor.
2       Q.   Okay.  And did you do anything to document
3   the leak, take a photo of it or anything like that?
4       A.   No.
5       Q.   Okay.  You mentioned spraying onto the
6   ground.  Other than this repair to the pipe, did this
7   water coming from the pipe, did it damage your home
8   at all?
9       A.   That leak?  No.
10      Q.   And any personal property, I mean anything
11  you had down in the crawlspace that got damaged
12  because of it?
13      A.   Nothing that got damaged.  I caught it
14  early on, though.
15      Q.   How do you know that?
16      A.   How -- I'm sorry.  How do I know what?
17      Q.   That you caught it early.
18      A.   Because the puddle of water was so small
19  it couldn't have been leaking for long.
20      Q.   And I think -- we'll look at this invoice
21  in a bit, but I think you said it was somewhere
22  around $150 or so to repair it?
23      A.   Yes.
24      Q.   And did you pay for that out of pocket?
25      A.   Yes.

KELLY MCCOY                                                                January 16, 2017

Page 34

1    Q.    And did you do anything else regarding
2  this leak once you had it fixed by Bill Ewing?
3    A.    For that particular leak?  No.
4    Q.    Okay.  So you didn't make a warranty claim
5  or anything like that?
6    A.    No.
7    Q.    All right.  Do you remember the next leak?
8    A.    Uh-huh.
9    Q.    And is that a yes?
10    A.    Yes.
11    Q.    Okay.  Please tell me approximately when
12  that would have happened.
13    A.    It was within -- let's see here.  It was
14  within less than six months after the first leak,
15  which is pretty typical of all the successive leaks
16  after that.
17          And it was similar in nature, the same
18  sort of split but just further down the line, as the
19  water travels, a few feet.  And this point, we're
20  still under the crawlspace.
21    Q.    Okay.  So this is -- in relation to the
22  first leak, it's farther away from the water heater?
23    A.    Uh-huh.  Yes.  Yes.
24    Q.    And approximately how much farther?
25    A.    From the first leak, I would say 4, maybe

Page 35

1  5 feet.
2    Q.    Okay.  And is this in a section of pipe
3  that is going along horizontally, parallel to the
4  ground?
5    A.    Yes.
6    Q.    And how did you first notice this leak?
7    A.    This one, I could hear.
8    Q.    And where were you when you heard it?
9    A.    Standing in the -- on the slab in the
10  basement there.
11    Q.    Do you recall why you went into the
12  crawlspace on this occasion?
13    A.    I store, you know, yard maintenance stuff
14  down there.
15    Q.    And so I take it the color and size of the
16  pipe you saw leaking was the same as it was for the
17  first one, correct?
18    A.    Yes.
19    Q.    So what did you do when you saw -- well,
20  let me ask this:  Describe, if you could, what you
21  saw when you looked at the pipe.
22    A.    You had to look at it with a flashlight
23  because it's dark under there, but once you got the
24  light on, you could see a mist of spray coming out of
25  the PEX tubing.

Page 36

1    Q.    Could you see a split in the pipe or could
2  you only see the mist?
3    A.    You could only see the mist.
4    Q.    Okay.  And was that the case for the first
5  one as well?  I mean, when you looked at it -- when I
6  say "the first one," I mean the first leak.
7          When you looked at the pipe in that first
8  leak, could you see a split in the pipe or could you
9  only see a mist?
10    A.    You could only see the mist.
11    Q.    And so what did you do, then, in response
12  to the second leak you observed?
13    A.    That one, I called Dupree to fix that one.
14    Q.    Do you remember what you said when you
15  called him?
16    A.    I just reported that some of the PEX
17  tubing they had installed was leaking and they said,
18  We'll get out and fix it.
19    Q.    And how long did it take them to do that?
20    A.    That probably didn't take but maybe an
21  hour.
22    Q.    Sorry.  Let me clarify.  From the time you
23  called them until when they arrived at your home.
24    A.    Oh.  How long did it take to get to the
25  job?  Within two or three days.

Page 37

1    Q.    And did you do anything in the meantime to
2  try to stop the leak or prevent it from damaging
3  anything?
4    A.    No.
5    Q.    Okay.  So when they came to repair, did
6  you observe what they did?
7    A.    Yes.
8    Q.    Okay.  Do you recall who came from Dupree
9  Plumbing on this visit?
10    A.    No.
11    Q.    Do you remember if it was one person, two
12  people?
13    A.    This -- that trip, I recall it being one
14  person.
15    Q.    Okay.  And do you know what they did?
16    A.    They put a new section of pipe in.
17    Q.    How long of a section?
18    A.    I can't recall.
19    Q.    Did they tell you anything about what they
20  had found when they looked at the pipe?
21    A.    Yes.  They said there was a split in the
22  line.
23    Q.    And did they tell you that while they were
24  there at the scene of your home?
25    A.    Yes.

KELLY MCCOY                                          January 16, 2017

Page 38

1    Q.   Okay.  Do you know what materials they
2    used to do the repair?
3    A.   What pipe they used?
4    Q.   Well, let's start with the pipe, yeah.  Do
5    you know what pipe they used to do this repair?
6    A.   I don't know the brand.
7    Q.   Okay.
8    A.   I know it was PEX tubing but probably some
9    other brand.
10   Q.   Okay.  And describe what this PEX tubing
11   used to do this repair looked like.
12   A.   It looked the same as the old, but they
13   had told me -- I think by this time we were starting
14   to have some discussion about NIBCO PEX tubing and I
15   think they were using another brand of PEX tubing by
16   that time.
17   Q.   You said you had started to have some
18   discussions.  What were those discussions?
19   A.   I just asked them if they had had any
20   other troubles with any other PEX tubing they had
21   installed, and he said he could recall one house they
22   had some troubles in, but he didn't give me any
23   details.
24   Q.   And this was while the Dupree
25   representative was at your home?

Page 39

1    A.   Yes.  He was the plumber doing the work.
2    Q.   Okay.  So on this second repair, while the
3    plumber was at your home you brought up the subject
4    of NIBCO?
5    A.   Correct.
6    Q.   And do you -- he said that he had -- he
7    could recall one other instance or one other home
8    where he had had an issue with NIBCO but that was it?
9    A.   Yes.  He didn't -- he wasn't real clear on
10   that, so...
11   Q.   Okay.  And in terms of the materials used
12   to do this repair, do you know who selected those
13   materials?
14   A.   I would assume -- I don't know this, but I
15   would assume it would be Dupree Plumbing.
16   Q.   Do you know what happened to the portion
17   of pipe that was removed in this second repair?
18   A.   No.
19   Q.   So you did not retain that pipe or ask the
20   plumber --
21   A.   I did not.  Correct.  I did not.
22   Q.   And do you remember what you were charged,
23   approximately, for that repair work, the second
24   repair?
25   A.   They didn't charge me for the repairs.

Page 40

1    Q.   And do you know why that is?
2    A.   It was -- they warranty their work,
3    including the materials used.
4    Q.   This second leak, did it cause any damage
5    to your home, in terms of water damage?
6    A.   It wet the floor joists just above it, but
7    other than putting water in the crawlspace, as you
8    can imagine -- which dries out eventually, but it
9    still puts moistures in your basement and that's not
10   good -- no specific damage.
11   Q.   How big of an area of moisture did you see
12   on the -- in the floor of the crawlspace because of
13   this leak?
14   A.   Probably 2 or 3 square feet.
15   Q.   Okay.  And so you did not do anything,
16   though, to replace the joists or anything like that?
17   A.   No.
18   Q.   Okay.  And any personal property, personal
19   belongings, that you keep in the crawlspace damaged
20   because of this second leak?
21   A.   No.
22   Q.   Okay.  All right.  Well, let's see.
23   Moving on, do you remember, then, the next leak after
24   that?
25   A.   Yeah.  The next several leaks were all

Page 41

1    similar in nature and very similar in what we had to
2    do to fix them, but now the leaks were getting up
3    into the walls.  And so, again, it leaked for some
4    time, I don't know how long, before I realized that
5    we have a problem, because I don't go down in the
6    basement all that often.
7    So yeah, the next leak is up in the wall,
8    in the bathroom.
9    Q.   Okay.  So yeah, let's take them one at a
10   time, if we can.  And I probably just need to go
11   through in somewhat of a tedious fashion and separate
12   them out and ask you the questions about each of
13   them.
14   So to the best of your recollection, then,
15   following this second leak that we just described, do
16   you have any recollection of when the third leak
17   would have been?
18   A.   What I can tell you is that almost all
19   these leaks were within three to six months of one
20   another.
21   Q.   So to the best of your recollection, it
22   would be three to six months after the second leak?
23   A.   Correct.  Yes.
24   Q.   And again, we can look at the documents in
25   a bit, but...

KELLY MCCOY                                                    January 16, 2017

---

Page 42

1        Where was, then, the third leak in the
2  home?
3        A.    It was inside the wall but very close to
4  the floor.
5        Q.    And inside what wall?
6        A.    We have two baths right next to each
7  other.  You know, one is the kids' bath; the other
8  one is the master bath.  And there's just a wall in
9  between them.  That wall.
10       Q.    Okay.  And how did you find this leak?
11       A.    This one, I could hear.  I could hear it
12  in the wall.  And so I went down in the basement and
13  confirmed there was some water dripping through the
14  floor, and so that's how I knew we had that leak.
15       Q.    Where is this wall overall in your home
16  compared with, for example, in relation to the water
17  heater or the other leaks that we've been talking
18  about?  Give us a sense of where it's situated in the
19  home.
20       A.    From the water heater, it's about 7 to 8
21  feet towards the back of the house, running
22  perpendicular to the left-hand wall of the house.
23       Q.    And when you went down into the crawlspace
24  and saw this drip, could you actually see a pipe
25  leaking or did you only see the dripping?

---

Page 43

1        A.    You just see the dripping.
2        Q.    And is the bath on the -- what story of
3  the home is this bath on?
4        A.    Main level, so just above the crawlspace.
5        Q.    So it would have been dripping not all the
6  way from above, down to the crawlspace; but from the
7  main floor, down below?
8        A.    Uh-huh.  Correct.  Yes.
9        Q.    And so I guess -- I'm guessing that since
10  you couldn't see the leak at that time when you saw
11  the drip, you could not see the color and size of the
12  pipe it was coming from?
13       A.    Yes, that is correct.
14       Q.    Okay.  So on this particular repair, then,
15  what did you do when you discovered the drip?
16       A.    I called Dupree Plumbing.
17       Q.    And do you remember how long it took them
18  to get there?
19       A.    Not long.  They were out there within a
20  couple of days.
21       Q.    Okay.  Did you do anything in the meantime
22  to stop the leak?
23       A.    I did.  I turned off the -- I turned off
24  the water because it was a bad leak.
25       Q.    When you say "it was a bad leak," what do

---

Page 44

1  you mean?
2        A.    It was almost a stream of water coming
3  down into the crawlspace.
4        Q.    So you had your -- did you shut off the
5  water only going to the bathrooms or the entire --
6  the water for the entire home?
7        A.    I cut off the water for the entire home.
8        Q.    And so you were without running water for
9  a couple days?
10       A.    Well, I would go turn it on when we had to
11  take showers and then go turn it back off when we
12  were done.
13       Q.    Where is the main water shutoff for your
14  home?
15       A.    The main water shutoff is just within
16  inches of where the water main comes from the street
17  into the crawlspace on the southeast corner of the
18  house.
19       Q.    So when Dupree came to the home to repair
20  this third leak, what did they do?
21       A.    They had to tear down some tile in the
22  bathroom and expose the plumbing in the wall, and
23  then they did find a leaking section and replaced a
24  small section.
25       Q.    Did you observe them doing this work?

---

Page 45

1        A.    On and off.
2        Q.    Okay.  Did you see -- at the time that
3  they had opened up the wall to expose the plumbing,
4  did you see the pipe in the wall?
5        A.    Uh-huh.  I did, yes.
6        Q.    And you saw it before they removed it or
7  repaired it?
8        A.    Yes.
9        Q.    What did you see?
10       A.    I saw a section of pipe very similar to
11  what we'd seen before with the split.
12       Q.    How could you tell there was a split?
13       A.    It creates a little white, you know --
14  kind of like when you bend your fingernail backwards,
15  you get a white line on your fingernail; it's kind of
16  like that.  It's like an inconsistency.
17            So you have -- I can't remember if it was
18  red or if it was blue, but it's easy to spot once you
19  know what you're looking for.  It's like a stress
20  fracture.
21       Q.    So it was not just a mist this third time?
22       A.    Let's see.  It was -- I would say it was a
23  combination of a stream and some mist, so it was
24  really putting out some water.
25       Q.    Which way was the water going?  When you

---

U.S. Legal Support, Inc.
(312) 236-8352

KELLY MCCOY                                             January 16, 2017

Page 46

1  looked at the pipe, how was the stream spraying from
2  this one?
3       A.   It was spraying towards the tile wall.
4       Q.   And you said you weren't sure if it was
5  red or blue pipe that had the leak on this one?
6       A.   That is correct.
7       Q.   And do you know to this day whether this
8  third leak was in a blue or a red line?
9       A.   I think, the best I can recall, that it
10  was blue, because I kept that section.
11      Q.   Okay.  And would that have been the cold
12  water line, then?
13      A.   You know, by the time some of the plumbing
14  got up into the walls of the house, they were
15  alternating blue and red.
16      Q.   Okay.
17      A.   So because it was blue doesn't mean it was
18  a cold water line.
19      Q.   Okay.  Do you know if this one was a hot
20  or a cold?
21      A.   I think, to the best that I can recall, it
22  was hot.
23      Q.   And so what did they do to repair this?
24  What did Dupree do to repair this situation?
25      A.   So they took, I would say, maybe a 6-inch

Page 47

1  section out, replaced it with a new section of
2  non-NIBCO PEX tubing.
3       Q.   And when you say "non-NIBCO," do you know
4  what it was?
5       A.   I do not.
6       Q.   Do you know who selected those materials
7  for this repair?
8       A.   I'm only assuming that Dupree would have
9  selected that.
10      Q.   Did you tell them anything -- did you give
11  them any directions regarding the type of material
12  they were to use in the repair?
13      A.   Well, by that time I was onto what was
14  going on.  I did say, Don't use NIBCO, whatever you
15  do.
16      Q.   And then what was their response?
17      A.   They said, Understood.
18      Q.   And you said you kept this repaired pipe?
19      A.   Yes.
20      Q.   Okay.  And what happened to that pipe?
21      A.   I held onto it and Mr. Nash and his law
22  firm requested that I send it to them, and so that's
23  what I did.
24      Q.   And do you remember about when that was?
25      A.   It's been about a year and a half ago, I'm

Page 48

1  thinking.
2       Q.   What about the charge to you for this
3  particular repair; was there any charge from Dupree?
4       A.   There was none.
5       Q.   Did you pay any out-of-pocket amount in
6  relation to this third repair?
7       A.   No.
8       Q.   What about -- did this third leak cause
9  any damage to your home?
10      A.   It wet all the, you know, the studs on
11  either side of the leak; wet the framing below and
12  the floor and the floor joists underneath in the
13  crawlspace.
14      Q.   Did you -- oh.  Go ahead.
15      A.   We didn't replace any of that.  We just
16  did our best to dry it out.
17      Q.   Okay.  And any personal property, personal
18  belongings, damaged because of this?
19      A.   No.
20      Q.   Okay.  Let's see.  Okay.  Let's talk about
21  the next one then.  So this third leak, we are at
22  approximately a three- to six-month period after the
23  second leak?
24      A.   Uh-huh.
25      Q.   Do you recall how much longer after the

Page 49

1  repair of this third leak until you had another leak?
2       A.   That one, I'm a little more clear on.  It
3  was about four months after.
4       Q.   If you had to give a date range of this
5  one, what would it be?
6       A.   Oh, I've got to do the math from the first
7  one.  It's real foggy.  I'm unsure.
8       Q.   But about four months after the third
9  repair, to the best of your recollection?
10      A.   Yes.
11      Q.   And where was this leak in your home?
12      A.   This leak was in the same area, same
13  bathroom, same run of pipe, if you will, but just a
14  little further down the line, you know, as these
15  leaks tend to do.
16      Q.   A little further -- when you say "a little
17  further down the line," what do you mean?
18      A.   I'd say it was a foot away from the other
19  one.
20      Q.   Okay.  And farther -- closer to the
21  crawlspace or farther away?
22      A.   Further away, right.
23      Q.   All right.  And, I'm sorry, you said
24  approximately what distance from the third leak?
25      A.   About a foot.

KELLY MCCOY                                          January 16, 2017

Page 50

1    Q.    About a foot?
2    A.    Uh-huh.
3    Q.    Okay.  And was it in the same blue section
4    of pipe?
5    A.    Yes.
6    Q.    Okay.  I haven't asked this, but for the
7    first, second, and third repairs and for this one,
8    are we all talking about -- are we talking about the
9    same size of pipe for each of these leaks?
10   A.    Yes.
11   Q.    Okay.  And what size is that?
12   A.    I believe it is a three-quarter.
13   Q.    Okay.  Three-quarter inch?
14   A.    Yes.
15   Q.    So how did you discover this fourth leak?
16   A.    In the same way.  I could hear the sound
17   of water leaking in the walls.
18   Q.    And what did it sound like?
19   A.    Well, you could hear a combination of a
20   hissing sound inside the wall and you could hear
21   dripping in the crawlspace.
22   Q.    And so what did you do when you discovered
23   this fourth leak?
24   A.    Same as before.  I called Dupree Plumbing.
25   And it's really a carbon copy of the one before it.

Page 51

1    Q.    And when you say "it's a carbon copy,"
2    what do you mean?
3    A.    They followed the same steps.  We had to
4    tear out the same tiles in the bathroom.  They fixed
5    that section of pipe in a similar way, using
6    non-NIBCO tubing, and patched it all back up.
7    Q.    Okay.  And did you also observe this pipe
8    in the wall, the section of leaking pipe in the wall,
9    before it was removed?
10   A.    Yes.
11   Q.    Okay.  What did you see that time?
12   A.    The same thing as before.  You see a
13   little split in the pipe, about an inch long, I would
14   say, and I saw them cut it out.  No, we did not keep
15   that one.
16   Q.    Okay.  And why is that?
17   A.    Because I already had a sample.
18   Q.    Okay.  Do you remember if it was the same
19   person that had done the previous leak that came to
20   your home?
21   A.    Yes.
22   Q.    And do you remember who that was?
23   A.    I don't remember his name.
24   Q.    Can you describe him?
25   A.    He was a Mexican fellow.  Yeah.

Page 52

1    Q.    Okay.  Was he a different person who had
2    come for the second leak or was it the same all three
3    of these leaks?
4    A.    Leaks two, three and four are the same
5    guy, the same repairman.
6    Q.    Okay.  Obviously, the first one was Bill
7    Ewing?
8    A.    Right.  Correct.
9    Q.    And again, did you have any input in terms
10   of what they used to -- the material used to do this
11   fourth repair?
12   A.    Same as before.  I said, Just make sure to
13   use, you know, a PEX tubing that is not made by
14   NIBCO.
15   Q.    And did you inspect the work that they did
16   before they put it back into the wall or tiled it
17   over again?
18   A.    Yes.
19   Q.    And what did you see?
20   A.    I saw a freshly repaired section with two
21   new coupling fittings on each end.
22   Q.    Different colored pipe?
23   A.    Same color.  They used the same color.
24   Q.    Okay.  Did this leak damage your home at
25   all?

Page 53

1    A.    No.  It just wet the framing, which always
2    concerns me.  You know, you worry about mold and
3    things like that.  But no property damage.  Didn't
4    harm anything in the basement other than wetting the
5    framing.
6    Q.    Okay.  And again, any personal property,
7    personal belongings, that were damaged because of
8    this?
9    A.    No.
10   Q.    Okay.  And did you pay anything out of
11   pocket for this repair?
12   A.    No.
13   Q.    And is that for the same reason as for the
14   third?
15   A.    Yes.
16   Q.    How long were they at your home for
17   repairing this fourth leak?  When I say "they," I
18   mean Dupree.
19   A.    Dupree was there, I would say, a good four
20   or five hours.
21   Q.    And how does that compare with the third
22   leak?
23   A.    About the same.  About the same.
24   Q.    All right.  Okay.  Bear with me here, and
25   if we could, let's talk through the remaining two

KELLY MCCOY                                          January 16, 2017

Page 54

1    that you've alleged.
2            What was the next leak after this fourth
3    leak?
4        A.    The next leak after that one, again, was
5    further away from the water heater, in the same pipe,
6    just another about a foot, maybe a foot and a half
7    away.
8        Q.    And was it in the same area of the home?
9        A.    Yes, same bathroom, same wall cavity, same
10   run of pipe.
11       Q.    Okay.  And how did you notice -- well,
12   when was this?
13       A.    This was about three to four months after
14   -- what was the last leak?  Was that the third or the
15   fourth?
16       Q.    The last one we talked about was the
17   fourth.
18       A.    Okay.  So it was about three to four
19   months after that one.
20       Q.    Okay.  And how did you discover this leak?
21       A.    In a similar way.  I could hear the water
22   leaking in the wall.  You could hear it hitting the
23   wall.  It had some force behind it.
24       Q.    And could you hear this as you were
25   standing in the bathroom?

Page 55

1        A.    You could hear it in the next room over.
2        Q.    Which is?
3        A.    The master bedroom.
4        Q.    Okay.  And so this one -- and could you
5    also hear the previous leaks, the third and fourth
6    leaks, from a similar distance, or was it quiet for
7    those two?
8        A.    You could hear it from the same distance.
9        Q.    Okay.  So what did you do when you heard
10   this sound?
11       A.    I called Dupree as soon as I could get
12   ahold of a phone and they got out to fix it within
13   about two days, same as before.
14       Q.    Did you observe them doing the work this
15   time around?
16       A.    I did on and off.
17       Q.    And did you see at the point at which they
18   -- well, let me ask you this:  Did they have to
19   remove tile again as well?
20       A.    Yes.
21       Q.    So was it the same tile removed three
22   times?
23       A.    Yes, but we're moving up the wall at this
24   point.  So it's the same -- we're moving -- because
25   we don't know where it is, they removed more, you

Page 56

1    know.  So they kind of were trying to anticipate
2    where the leak is by that point.
3        Q.    Okay.  And is this a wall that's entirely
4    tiled --
5        A.    Yes.
6        Q.    -- from floor to ceiling?
7        A.    Yes.
8        Q.    Okay.  So the first two, how high on the
9    wall did they have to go in removing the tile?
10       A.    The first one was probably 6 inches off
11   the ground, and then the next one was probably a foot
12   to a foot and a half off the ground.
13       Q.    So for this one, how high up the wall are
14   we now in terms of having to remove the tile?
15       A.    At this point, we're probably 6 feet off
16   the ground.
17       Q.    And so Dupree removed the tile.  Did you
18   actually, then, observe the pipe in the wall before
19   they made their repair?
20       A.    This time I did not.
21       Q.    Okay.  And why is that?
22       A.    Because I had had my fill of watching
23   plumbing happen in my house.
24       Q.    Okay.  And so in terms of what they found
25   and what they saw in there, you have to rely on what

Page 57

1    Dupree tells you about that, correct?
2        A.    Correct.
3        Q.    Okay.  What did they tell you after this
4    repair?
5        A.    They -- once they got the wall opened up
6    and found the leak, then at that point I went to take
7    a look, and it's the same as it has been, just a
8    little split in a small area, just like all the
9    others.
10       Q.    And so you did see the leak in the wall
11   before it was repaired on this instance?
12       A.    Yes.
13       Q.    Okay.  And describe what you saw in terms
14   of water coming out of the pipe.
15       A.    Well, we had shut -- we'd -- what we do --
16   the way they do it is they shut off the water once
17   they are getting into the wall.  And then once
18   they've got into it, we go turn the water back on to
19   locate it.  Once we see it, we go turn the water back
20   off so, you know, we don't wet any more than we have
21   to.  And again, the same type of leak, same split and
22   white area on the pipe.
23       Q.    Any idea of the size of the leak -- the
24   split, rather?
25       A.    It was about half- to three-quarters of an

KELLY MCCOY                                              January 16, 2017

Page 58

1  inch.
2      Q.    Is that larger or smaller than the
3  previous?
4      A.    I would say a little bit smaller.
5      Q.    And when you say you see a split, you
6  described earlier seeing something that almost looked
7  like a fingerprint print or something like that or an
8  impression.
9      A.    Uh-huh.
10     Q.    Is that what you saw again, or could you
11 actually see an actual split in the pipe?
12          MR. NASH:  Objection.
13          THE WITNESS:  What you see is, when the
14          pressure is on the pipe, when the water is
15          turned on, you can visually see the water coming
16          out of the pipe, and these splits are always
17          lengthwise.  When the water goes off, the pipe
18          comes back together and you can't really see a
19          -- you don't see an opening but you just see a
20          white stress mark.
21     Q.    (By Mr. Weslander)  What did Dupree do to
22 repair this particular leak?
23     A.    They cut out a reasonable section and
24 spliced in a new section with non-NIBCO plumbing,
25 with couplings, the appropriate couplings.

Page 59

1      Q.    Did you give them any input on materials
2  on this fifth leak?
3      A.    Other than to not use NIBCO, that was all.
4      Q.    And in this case, what happened to the
5  pipe that was taken out of the wall?
6      A.    I believe it just got thrown away.
7      Q.    In any of the instances that we've talked
8  to up until now, did you take a photo of the pipe as
9  it either appeared in the wall or after it was cut
10 out?
11     A.    No.
12     Q.    And why not?
13     A.    I had my section that had a split in it,
14 and I believed that to be enough.
15     Q.    Did Dupree charge you for this fifth
16 repair work?
17     A.    They did not.
18     Q.    And did this leak damage your home at all
19 beyond wetting the joists or framing?
20     A.    No.
21     Q.    And again, any personal property damaged,
22 any personal belongings damaged, because of this?
23     A.    No.
24     Q.    Okay.  All right.  We are on the home
25 stretch here in terms of talking about these

Page 60

1  individual instances.
2          Let's talk about this sixth leak.  Do you
3  recall, then, after the one we just talked about, how
4  much more time went by until you had another leak?
5      A.    I think a little more time went by than
6  before.  At this point we're probably close to a
7  year, is what I remember.
8      Q.    Okay.  So it had been a year since the
9  fifth leak until you had another one, approximately?
10     A.    Approximately.
11     Q.    Okay.  Well, any idea where we are now in
12 terms of the year and month on this sixth leak?
13     A.    Let me recall.  It was about early spring
14 of '16, I would say, or maybe in late winter, March.
15 March '16 --
16     Q.    Okay.
17     A.    -- roughly.  Dupree will probably have
18 more accurate records on that.
19     Q.    Okay.  After this lawsuit had been filed,
20 though, certainly?
21     A.    Yes.
22     Q.    What did you see this time, in the sixth
23 leak?  Or what caused you to realize there was a
24 leak?  Let me ask it that way.
25     A.    Okay.  This time there was a slow drip

Page 61

1  into the basement.  That's the only sign that I had.
2  A slow drip into the crawlspace, I should say.
3      Q.    And how did you notice that?
4      A.    Visually, going into the basement one day.
5      Q.    And where was this drip coming from in
6  relation to some of the other features you've talked
7  about?
8      A.    A little further up the pipe, closer to
9  the ceiling now.
10     Q.    What section or area of your home was this
11 underneath?
12     A.    What section is it underneath?
13     Q.    Well, yeah.  This area of the crawlspace,
14 help me understand where this leak was occurring in
15 terms of the layout of your home.
16     A.    It was in the same -- in the same wall
17 cavity as the prior leaks, in the kids' bathroom on
18 the master level.
19     Q.    Okay.  So you saw a drip coming from the
20 same area that you had seen the other bathroom leaks
21 dripping into?
22     A.    Yes.
23     Q.    Okay.  And so what did you do this time?
24     A.    Again I called Dupree Plumbing to let them
25 know.

KELLY MCCOY                                         January 16, 2017

Page 62

1    Q.    And do you remember how long it took them
2  to come and fix it?
3    A.    Well, it took them longer, because by this
4  time we had decided to take out all of the NIBCO
5  tubing we could get to inside the home and replace
6  it.
7    Q.    Okay.  When did you make that decision?
8    A.    Over the phone, on that first phone call
9  about that particular leak.
10   Q.    Okay.  So if I understand this correctly,
11 you called Dupree to report that there was another
12 leak?
13   A.    Uh-huh.
14   Q.    And during the discussion, the subject of
15 replumbing the home came up?
16   A.    Yes.
17   Q.    And who suggested or who first mentioned
18 that, you or the Dupree representative?
19   A.    I did.
20   Q.    Okay.  What did you say?
21   A.    I said, basically, so that this doesn't
22 happen again and so that we don't have to go to any
23 more time and expense, because I felt that it would
24 keep happening, we just wanted to -- I wanted to and
25 they were agreeable to taking out all the PEX tubing

Page 63

1  that had been installed and putting in new.
2    Q.    Okay.  And so they did not come to address
3  this sixth leak until the time when they could do the
4  entire replumbing?
5    A.    Correct.
6    Q.    Okay.  So what input did you give them in
7  terms of materials for this replumbing project?
8    A.    Well, I didn't -- I didn't give them any
9  direction because I was sounding like a broken record
10 by that point, saying, Don't use NIBCO.  They knew.
11 They did not want to use NIBCO.  So we just had an
12 understanding that that would be so.
13   Q.    Did you use PEX on the replumb?
14   A.    Yes.
15   Q.    Okay.  And what was -- what factored into
16 your decision -- well, let me ask this: Was it your
17 decision to use PEX or Dupree's?
18   A.    It was Dupree's.
19   Q.    Okay.  And did you consider replumbing
20 with something other than PEX?
21   A.    I considered copper.
22   Q.    And why did you not go with copper
23 ultimately?
24   A.    They still said that altogether PEX was
25 the better choice.  Dupree advised me.

Page 64

1    Q.    Okay.  Did you give them any particular
2  direction in terms of how to go about the replumbing?
3    A.    No.
4    Q.    And you did not specifically tell them on
5  this sixth time, Don't use NIBCO?
6    A.    Correct.  Yes.
7    Q.    You believe that was implied?
8    A.    I believe so.
9    Q.    Okay.  Do you know what brand of PEX that
10 they used?
11   A.    No.
12   Q.    Can you describe what the new PEX looks
13 like compared with the old PEX?
14   A.    Very similar.  It looks the same.  You
15 can't tell the difference.
16   Q.    Have you done anything to verify what
17 brand it is?
18   A.    I was looking at the pipe and I cannot
19 recall what brand it is; but it wasn't NIBCO, I know
20 that.
21   Q.    And what color is the new pipe?
22   A.    Well, they replaced with like colors, blue
23 with blue, red with red.
24   Q.    And refresh my memory, the white PEX
25 piping in your home, if I recall correctly, only is

Page 65

1  -- is dedicated to the recirculation system, correct?
2    A.    Uh-huh.  Yes.  I'm sorry.
3    Q.    And did that change at all as part of this
4  replumbing?
5    A.    No.
6    Q.    For this sixth leak, was there ever a
7  diagnosis?  Even though you went with the replumbing,
8  was there ever a diagnosis of the origin of this
9  sixth leak?
10   A.    Did we know exactly where it was coming
11 from?
12   Q.    Correct.
13   A.    Yes, they found the leaking section.
14   Q.    Okay.  And how do you know that?
15   A.    They verbally told me.
16   Q.    Okay.  Did you see it?
17   A.    No, I did not see it.
18   Q.    Okay.  Did you at all -- well, what did
19 they tell you about where it was?
20   A.    They said -- they described it as being up
21 near the ceiling of the bath.
22   Q.    And so where would that be in relation to
23 the previous repairs that we've talked about that
24 involved taking out the tile?
25   A.    So I believe the last one we spoke of was

KELLY MCCOY                                          January 16, 2017

Page 66

1 about 6 feet off the ground.  This one, being close
2 to the ceiling, was probably between 7-1/2 and 8
3 feet.
4        Q.    Did they stop as they were doing -- well,
5 did they find this when they came to do the
6 replumbing?
7        A.    Yes.
8        Q.    Okay.  And when they found the source of
9 this leak, did they call it to your attention?
10       A.    Yes.
11       Q.    But at that time, you did not go to look
12 at it while it was still in the wall, correct?
13       A.    Correct.
14       Q.    Okay.  How long did it take to do the
15 replumbing?
16       A.    Just the plumbing portion only took
17 approximately 2-1/2 days.
18       Q.    Any damage to your home based on this
19 sixth leak, other than wetting joists or framing?
20       A.    No.
21       Q.    And any personal property, personal
22 belongings, damaged because of it?
23       A.    No, huh-uh.
24       Q.    And what was -- did Dupree charge you for
25 the replumbing?

Page 67

1        A.    No.
2        Q.    Have you paid any out-of-pocket repair
3 costs to fix these six leaks that we've talked about?
4        A.    No.
5              MR. WESLANDER:  Let's take a quick break.
6              THE WITNESS:  Okay.
7              (Recess from 10:07 a.m. to 10:17 a.m.)
8        Q.    (By Mr. Weslander)  Okay.  Mr. McCoy,
9 after a short break, are you ready to proceed?
10       A.    Yes.
11       Q.    And do you realize you're still under
12 oath?
13       A.    Yes.
14             (Defendant's Exhibit-1 was marked for
15             identification.)
16       Q.    (By Mr. Weslander)  I'm going to hand you
17 what I'm now marking as Defendant's Exhibit 1.  And
18 this is a notice for your deposition today.  I would
19 just ask if you'll take a moment and look at this and
20 then let me know if you have seen this document
21 before.
22       A.    I have seen this document before.
23       Q.    Okay.  And do you remember when that was?
24       A.    Approximately one week ago.
25       Q.    And do you recognize this to be a notice

Page 68

1 for your deposition today?
2        A.    Yes.
3        Q.    And you are appearing here in conjunction
4 with this notice, correct?
5        A.    Yes.
6        Q.    Okay.  And I'd ask you to take a look at
7 the names listed at the very top of this first page
8 of this document, starting with Kimberly Cole.  Do
9 you see the names listed there in all capital
10 letters?
11       A.    Yes.
12       Q.    And I'll ask, do you know any of these
13 people besides yourself?
14       A.    No.
15       Q.    Have you ever met any of them, to the best
16 of your knowledge?
17       A.    No, I have not.
18       Q.    And have you ever talked with any of them,
19 to the best of your knowledge?
20       A.    No.
21       Q.    Okay.  You can go ahead and set that aside
22 and we'll just keep them in a stack for the court
23 reporter.  And feel free, if you need to refer to any
24 of them, to do that at any time.
25             How did you come to be a plaintiff in this

Page 69

1 case?
2        A.    I first started having all the troubles
3 and then I got online to see if anyone else was
4 having similar troubles, found that it was the case,
5 that people were, and I came across the class action
6 lawsuit on the internet.
7        Q.    Okay.  When was this, approximately?
8        A.    I would say a little over a year and a
9 half ago, two years ago.  I'll bet it's close to two
10 years.
11       Q.    Have you signed any kind of agreement with
12 counsel to be part of this lawsuit?
13       A.    Yes.
14       Q.    Okay.  And does it -- has anyone, at any
15 time, offered you a bonus or incentive to become part
16 of this lawsuit, a monetary incentive to become part
17 of the lawsuit?
18       A.    No.
19       Q.    And did you -- there's a second amended
20 complaint in this case and I'm wondering:  Is that
21 something that you think you've seen?
22       A.    I don't know.
23       Q.    Okay.  Did you read a complaint in this
24 case before it was filed, to your knowledge?
25       A.    I believe that I did.

KELLY MCCOY                                                    January 16, 2017

---

Page 70

1   Q.   Okay.  We can -- we'll talk about that
2   more in a bit.
3        Did you have any discussions with your
4   spouse about whether she would be a plaintiff?
5   A.   No.
6   Q.   Okay.  And obviously, she is not a
7   plaintiff, correct?
8   A.   That's correct.
9   Q.   Do you know why that is?
10  A.   There's no reason for her to be.
11  Q.   And what do you mean by that?
12  A.   Well, she's -- you know, she's not -- she
13  doesn't keep up with the problems and repairs and
14  things in the house that I do, so I have the
15  information that it takes to do this and she just
16  doesn't.
17  Q.   Have you discussed the plumbing issues in
18  your home with her?
19  A.   Yes.
20  Q.   What have those discussions been?
21  A.   Detail of all the repairs we've had to
22  endure, you know, what the remedies are going to be.
23  She knows about the lawsuit and so on.
24  Q.   What are you seeking compensation for in
25  this lawsuit?

---

Page 71

1   A.   Well, I just want them to recognize that
2   they have a defective product on the market and
3   anybody that does -- has had to go to great expense
4   to repair it, I do want them to be compensated.  And
5   I haven't had to spend much money on this myself but
6   a lot of time away from work, which is worth
7   something.
8   Q.   So you're hoping that you'll be
9   compensated for time you were not able to spend
10  working?
11  A.   I think that would be acceptable.
12  Q.   Anything else?
13  A.   On a personal level?
14  Q.   No.  Any other compensation --
15  A.   Any other compensation?
16  Q.   -- that you're seeking?
17  A.   No.
18  Q.   Beyond time that you were not able to
19  spend working, is there anything that you think that
20  NIBCO should pay to you?
21       MR. NASH:  Objection.
22       THE WITNESS:  I believe they should pay
23  the $150 invoice that I did pay to Bill Ewing.
24  Q.   (By Mr. Weslander)  Do you know, at some
25  point, that there has been some of a brand of PEX

---

Page 72

1   called Zurn, Z-u-r-n, PEX installed at your home at
2   some point?
3   A.   I'm not aware.
4   Q.   Okay.  And so I'm guessing you probably
5   don't know who installed the Zurn PEX, right?
6   A.   True.  Yes.
7   Q.   Or when it was installed?
8   A.   Yes.
9   Q.   Did you know that there was Zurn PEX
10  tubing found to be leaking in the crawlspace as part
11  of an inspection of your home earlier this year for
12  this lawsuit?
13  A.   I do now.  I remember now, yes.
14       MR. NASH:  Objection.
15  Q.   (By Mr. Weslander)  What do you know about
16  that?
17  A.   They found -- you know, it was when they
18  came to do the inspection and test the water and so
19  on as a part of this case.  They -- and I can't -- I
20  don't know if it was a fitting or if it was pipe, I
21  don't know the details, but I know that they did find
22  a small leak, and that's all I know, and they fixed
23  it.
24  Q.   And "they" is who?
25  A.   The plumber that was on-site that day as

---

Page 73

1   part of the inspection.
2   Q.   Do you know where that plumber was from or
3   what business that plumber was affiliated with?
4   A.   I do not.  He was chosen by the
5   inspectors.
6   Q.   Okay.  I just didn't know if it was Dupree
7   or someone --
8   A.   I know --
9   Q.   -- who had been there before.
10       THE COURT REPORTER:  What did you say?
11       THE WITNESS:  It was not Dupree.
12       THE COURT REPORTER:  Thank you.
13       MR. WESLANDER:  Sorry, I talked over you.
14  I said that you shouldn't do that.
15       THE COURT REPORTER:  First time.
16  Q.   (By Mr. Weslander)  And just to be clear,
17  the leaks that we've talked about up until now, was
18  there any kind of pictures or video documentation
19  that you took of these in any way?
20  A.   No.
21  Q.   Do you know if anyone else took pictures
22  or video?  And I'm not talking about the inspection.
23  A.   Uh-huh.
24  Q.   But the six leaks we talked about earlier,
25  did anyone else document them in any way, to your

---

KELLY MCCOY                                                    January 16, 2017

Page 74

1   knowledge?
2       A.    Not that I know of.
3       Q.    Okay.  In terms of installing --
4   replumbing the home with the new PEX, did you do any
5   research as part of that decision, in terms of a
6   particular brand of PEX to choose?
7       A.    I did not, no.
8       Q.    And did you retain any documents; did you
9   keep anything about the replumb?
10      A.    No.  There was nothing to keep.
11      Q.    Okay.  And for any of the leaks that we've
12  talked about, did you contact NIBCO?
13      A.    No.
14      Q.    Why not?
15      A.    Because my warranty was with the plumber,
16  so that was my recourse.  There just didn't seem to
17  be a need to contact NIBCO.
18      Q.    Do you know if a contractor or plumber,
19  Dupree, or Bill Ewing, for that matter, ever
20  contacted NIBCO regarding the leaks in your home?
21      A.    I believe that they did.
22      Q.    And what are you basing that on?
23      A.    A phone conversation I had with Larry Reno
24  at Dupree early on when -- around leak No. 3, I
25  believe.

Page 75

1       Q.    And do you remember what he said?
2       A.    I believe he said, We've gotten in touch
3   with NIBCO and told them about our problems.  But he
4   didn't give any more detail than that.
5       Q.    And did Dupree ever discuss the terms of
6   the NIBCO warranty with you?
7       A.    No.
8       Q.    Did they ever give you a copy of the NIBCO
9   warranty?
10      A.    No.
11      Q.    And have you ever seen the NIBCO warranty?
12      A.    No.
13      Q.    Let's see.  And did you make any insurance
14  claims, in terms of a homeowner's claim on a
15  homeowner policy, related to any of these leaks?
16      A.    No.
17      Q.    Okay.  And why not?
18      A.    Because Dupree was covering the cost and
19  there was no money spent on my part.
20            (Defendant's Exhibit-2 was marked for
21            identification.)
22      Q.    (By Mr. Weslander)  Let me hand you what
23  I'm going to mark as Defendant's Exhibit 2.  This is
24  a copy of the Second Amended Class Action Complaint
25  in this action.  And I'll ask you to just take a

Page 76

1   moment and look at this.  I know it's a large
2   document, but I'm curious if you've ever seen this
3   before.
4       A.    I can't say that I have.
5       Q.    And do you see it's dated -- at the top of
6   the very first page of this document, there's a term
7   that says Filed June 19th of 2015?
8       A.    Uh-huh.
9       Q.    It actually says 6/19 of '15.
10      A.    Yes, I see.
11      Q.    Okay.  Let me just ask you about a couple
12  specific pieces of this.  Bear with me a second here.
13      A.    I think I have seen this document.  Sorry
14  to go back on you like that.
15      Q.    That's okay.  And what makes you say that?
16      A.    Well, pictures.
17      Q.    Seeing the pictures, it jumps out in your
18  mind?
19      A.    Yeah.  Very -- very...
20      Q.    Some people are visual; I get it.
21      A.    That's me.
22      Q.    Let's go to Page 19 of this document, and
23  so I'm looking at -- are you at Page 19?
24      A.    Yes.
25      Q.    Okay.  And do you see your name at the top

Page 77

1   there?
2       A.    Yes.
3       Q.    All right.  Looking at paragraph 107,
4   which is about halfway down the page, there's a
5   statement in this that Plaintiff McCoy, yourself,
6   quote, hired a licensed professional contractor to
7   install the plumbing system in his home, end quote.
8             Is that correct?
9       A.    Well, there's not a lot of information
10  there.  At what point?  What date?
11      Q.    Well, did you -- did you hire a licensed
12  professional contractor to install the NIBCO PEX
13  tubing in your home?
14      A.    Well, the plumbing contractor was chosen
15  by my general contractor, Roger Bridges, so I did not
16  directly hire them.
17      Q.    Okay.  And at paragraph 109 at the bottom
18  of the page, there is a reference to -- let's see.
19  It says that you have, quote, suffered an
20  ascertainable loss, end quote.  And I'm going on,
21  stating -- it states that this includes, quote, but
22  not limited to, out-of-pocket loss associated with
23  catastrophic plumbing failures and attempted repairs
24  of such within his home, end quote.
25            Beyond the $150 to Bill Ewing, is there

KELLY MCCOY                                              January 16, 2017

Page 78

1    any other out-of-pocket loss to you?
2        A.    No money spent.  Just, like I said, a lot
3    of time from work, a lot.
4        Q.    How many hours of work do you think you
5    missed because of --
6        A.    It's easier to count in days, because each
7    of the first -- each of Repairs 2 through 5 took most
8    of a day, so I had to take a whole day off work for
9    those; and then another whole day -- no, I'm sorry,
10   two whole days for the tile repair.  So each one of
11   those is three days off work.
12            And then the last plumbing replacement,
13   where we replaced all the plumbing in the house,
14   probably totaled about a week.
15            So we're talking a couple weeks -- let's
16   see, no, several weeks off of work for all of this.
17       Q.    Okay.  Paragraph 108 -- I'm backing up
18   now -- it states that, at the very beginning of
19   paragraph 108, that, quote, The NIBCO tubing
20   repeatedly failed, requiring six repairs.
21            Do you see that?
22       A.    Yes.
23       Q.    And so that would be six repairs prior to
24   the filing of this document in June of 2015, correct?
25       A.    Correct.

Page 79

1        Q.    Okay.  I'm going on now to the next page,
2    at paragraph 110.  So at the top of Page 20, you
3    should see paragraph 110, and it states, quote, On or
4    about May 28, 2015, Plaintiff McCoy provided NIBCO
5    with actual notice of the failures of its PEX
6    products.  And I'll stop there.  End quote.
7            Do you know what that is referring to?
8        A.    I think it must have been provided on
9    behalf of -- by Dupree on my behalf.  That's the only
10   explanation for that, because I did not send an
11   invoice directly.
12       Q.    You have never, yourself, given NIBCO
13   notice of anything in this case, right?
14       A.    Correct.
15       Q.    Okay.  And when it says that there was
16   notice that NIBCO failed to repair or replace the PEX
17   products within the McCoy home, did that ever happen?
18       A.    Are we on 111?
19       Q.    Same one.  110.  Sorry.
20       A.    110?
21       Q.    Same paragraph.  In the second part of
22   that sentence, you'll see, quote, NIBCO has failed to
23   repair or replace the PEX products within the McCoy
24   home.  Quote/end quote.
25            Has that ever happened?

Page 80

1        A.    I would say that is true, that never
2    happened --
3        Q.    Okay.
4        A.    -- that in so much that they never
5    repaired or replaced any PEX products in my home,
6    that's what I mean by that.
7        Q.    Okay.  Sure.  Well, let me make sure I'm
8    tracking you.
9            Is it true to say that NIBCO has -- so are
10   you saying that it's accurate to say that NIBCO has
11   failed to repair or replace the products because they
12   simply never did any repair or replacement work at
13   your home?
14       A.    That is true, yes.
15       Q.    Okay.  But you've never asked NIBCO to
16   repair or replace a product and they failed to do it,
17   have you?
18       A.    Not directly, but I believe that Dupree
19   did.  That's what they were seeking in contacting
20   NIBCO, was, you know:  Help us to repair this, give
21   us some pipe and fittings, help us out here.  And
22   they didn't get anything from them.
23       Q.    Okay.  And how do you know that?
24       A.    That conversation I told you earlier about
25   with Larry Reno.

Page 81

1        Q.    Okay.  That you're basing that on your
2    discussion with a representative of Dupree?
3        A.    Yes.
4        Q.    And in terms of otherwise fulfilling
5    warranty obligations, has there ever been an
6    obligation, a warranty -- have you ever asked NIBCO
7    to do anything under its warranty that it has not
8    done, you personally?
9        A.    No.
10       Q.    Okay.  Let me move ahead.  I'm looking at
11   Page 23 now.
12       A.    Okay.
13       Q.    Take your time to get there, and once you
14   do, it's the very first paragraph on that page,
15   numbered 123.  Do you see that?
16       A.    Yes.
17       Q.    It states, at the very beginning of this
18   paragraph, quote, Plaintiffs and the putative class
19   substantially complied with their obligations under
20   the NIBCO PEX warranty, end quote.
21            Do you have any idea of what your
22   obligations were under the NIBCO PEX warranty?
23       A.    I do not, no.
24       Q.    Okay.  Let's go ahead a bit of distance
25   now in this document to Page 47, and I'm looking at

KELLY MCCOY                                          January 16, 2017

Page 82

1   Page -- paragraph 242. And I realize there's a
2   reference to a couple different homes that are not
3   yours in this paragraph, but you'll see that this
4   count higher up on the page relates to Georgia
5   residents, so I'd like to ask you about it.
6          Do you have any idea -- I'm looking at
7   paragraph 242, again. There's a reference to the
8   products reaching homes, quote, without substantial
9   change in the conditions in which they were designed,
10  manufactured, assembled, distributed, marketed, and
11  sold by NIBCO, end quote.
12         Do you see that?
13  A.     Yes.
14  Q.     Do you have any idea about the conditions
15  in which NIBCO designed, manufactured, assembled,
16  distributed, marketed, and sold its products?
17  A.     The only thing I could say to that is that
18  I know they manufacture and sell direct to their
19  distributors, and then that's how they get to market.
20  The plumbers buy it from the distributors. Very much
21  like the pool business.
22  Q.     Okay. Any other information that you have
23  about these conditions?
24  A.     No.
25  Q.     Okay. I'm looking now at the next page,

Page 83

1   48, and I'm looking at paragraph 246. And I'm
2   looking there particularly at No. 1, item No. 1
3   within that paragraph, and it states that NIBCO PEX
4   products, quote, were not reasonably safe for
5   ordinary and intended use, end quote.
6          Do you believe that to be true, that these
7   products were not reasonably safe?
8   A.     Yes, I do.
9   Q.     And what do you base that on?
10  A.     All the failures that I've seen.
11  Q.     And under paragraph 248 there's a
12  reference to property damage. Have you, in fact,
13  suffered property damage?
14  A.     I -- I believe that mold in the walls is
15  property damage. I do agree with that.
16  Q.     And do you -- is it your testimony you
17  have mold in your walls?
18  A.     Yes, we have had mold on the walls.
19  Q.     And where is that?
20  A.     In the bathrooms where the leaks occurred.
21  Q.     Have you taken any actions to remediate
22  this mold?
23  A.     Yes.
24  Q.     What have you done?
25  A.     Dupree went to extensive length to dry the

Page 84

1   affected area, clean it with Clorox, and that's all
2   that I know that they have done.
3   Q.     Okay. And this is remedial work done by
4   Dupree --
5   A.     Yes.
6   Q.     -- Plumbing?
7   A.     Yes.
8   Q.     And do you know when this was done?
9   A.     On the last leak, which would be No. 6, I
10  believe, I know is when they did that.
11  Q.     Okay. And has their work, in your
12  opinion, repaired this damage?
13  A.     There's not -- when it comes to mold, it
14  can be in places you can't see. I can't answer that.
15  Q.     Okay. So if there is additional mold that
16  they did not remediate it, you don't know about it as
17  you sit here today?
18  A.     Yes.
19  Q.     Correct that you don't know about it?
20  A.     Yes.
21  Q.     Okay. So you can go ahead and set that
22  aside for now.
23         Let's see. I'm going to now hand you what
24  I'm marking as Exhibit 3, and these are your
25  responses to NIBCO's first set of interrogatories.

Page 85

1          (Defendant's Exhibit-3 was marked for
2          identification.)
3   Q.     (By Mr. Weslander) I'll ask you to take a
4   moment and look at those and let me know when you've
5   had a chance to glance through it.
6   A.     I'm not going to read them all, but I
7   remember giving those answers.
8   Q.     Okay. And that was actually my next
9   question, is -- it doesn't look like we have here,
10  attached to this version anyway, a verification page.
11  Do you recall signing a sworn statement that verified
12  that this information was accurate?
13  A.     Uh-huh. Yes, I do.
14  Q.     Okay. And to the best of your knowledge,
15  is that, in fact, true; are these answers true and
16  accurate, to the best of your knowledge?
17  A.     As long as they're consistent with the
18  answers I gave, then yes. Like I said, if you want
19  to give me time to read them all, I will. It's up to
20  you.
21  Q.     Well, why don't you take a moment to do
22  that. Let's go off the record --
23  A.     Okay.
24  Q.     -- and just take your time. I do want to
25  make sure that you satisfy yourself on that.

KELLY MCCOY                                                    January 16, 2017

Page 86

1    A.    Okay.
2          MR. WESLANDER:  So let's go off the record
3    briefly and give Mr. McCoy a chance to read
4    these.
5          (Discussion off the record.)
6          THE WITNESS:  Okay.
7    Q.    (By Mr. Weslander)  Okay.  Mr. McCoy, we
8    had a short break and during that time, I know you've
9    been reading through answers to NIBCO's first
10   interrogatories which I just handed you as Exhibit 3.
11   Have you had a chance to fully review those?
12   A.    Yes.
13   Q.    Is there anything in those, upon review,
14   that you find to be inaccurate?
15   A.    No.
16   Q.    Okay.  I'm looking at the answer to
17   interrogatory No. 13, and there's a reference in the
18   answer to Larry Reno of Dupree Plumbing stating that
19   he has knowledge regarding your issues at your home.
20         Is that based on the discussion that you
21   mentioned earlier with Mr. Reno?
22   A.    Yes, it is.
23   Q.    Okay.  Any other basis that Mr. Reno may
24   have, to your knowledge, to have information about
25   your repairs?

Page 87

1    A.    No.
2    Q.    Okay.  You can set that one aside.  Thank
3    you.
4    A.    Uh-huh.
5    Q.    And let me give you now what I'm marking
6    as Exhibit 4.
7          (Defendant's Exhibit-4 was marked for
8          identification.)
9    Q.    (By Mr. Weslander)  So here is Exhibit 4,
10   and I'll ask you to look at these and tell me if you
11   recognize these documents.
12   A.    (Witness complies.)
13   Q.    Okay.  Have you finished looking through
14   those?
15   A.    Yes.
16   Q.    And do you recognize these?
17   A.    I have a copy of this invoice from Bill
18   Ewing.  And I do not have copies of all the Dupree
19   documents; I have not seen them before.
20   Q.    Okay.  I was going to ask:  Are you aware
21   that you were asked to locate and produce various
22   documents and information as part of this litigation?
23   A.    Yes.
24   Q.    And these are documents that have been
25   produced to us as your documents.  But if I

Page 88

1    understand what you're saying, you don't think that
2    you've ever had a copy of Pages 2, 3, 4 and 5 of this
3    exhibit?
4    A.    That is correct.
5    Q.    Okay.  Do you have any idea where these
6    came from?
7    A.    I would say I probably -- I may have
8    called Dupree and had them send them or e-mail them,
9    I don't recall.  But, I mean, even though these are
10   correct, I'm just not the one -- they didn't come
11   directly from me.
12   Q.    You may have asked Dupree to --
13   A.    I may have asked them to fax them or
14   e-mail them.
15   Q.    Okay.  So do you believe you have any
16   additional relevant documents, beyond these five
17   pages, anything related to your leaks or damages that
18   you're claiming that have not been produced to
19   attorneys?
20   A.    No.  I have been thorough in my search for
21   those.
22   Q.    And it sounds as though the only document
23   that you personally came up with is this very first
24   page from Bill Ewing?
25   A.    Yes.

Page 89

1    Q.    Okay.  And that's -- when I say "the first
2    page," I mean the first page of Exhibit 4?
3    A.    Yes.
4    Q.    Okay.  This one -- let's talk about these
5    maybe in chronological order, if we could.
6          The very first of these five pages is
7    shown as being a service invoice.  And I'm looking at
8    McCoy 00005, which is the number in the bottom
9    right-hand corner.  It is a service invoice from
10   Dupree Plumbing, and the date in the middle of the
11   page says scheduled 4/23/2013.
12         Do you see that in the middle of the page,
13   roughly?
14   A.    Yes, I do.
15   Q.    Okay.  And it states here under Notes,
16   quote, Technician made repair on 3-inch PVC drain
17   line serving washing machine that was leaking --
18   A.    Uh-huh.
19   Q.    -- dash, bad pipe.
20         Did I read that correctly?
21   A.    Yes.
22   Q.    Is this -- do you have any idea what
23   repair this is referring to?
24   A.    Yes.
25   Q.    What is that?

KELLY MCCOY                                        January 16, 2017

Page 90

1     A.    That is -- well, it's exactly what it says
2  it is.  It's a -- they had a repair line where a glue
3  joint came loose at an elbow and water was coming out
4  of there.  But that is not really related to the PEX,
5  so maybe they just -- I don't know.  But that's what
6  it's for.
7     Q.    Okay.  So that's what I was getting at.
8  This is unrelated to PEX, as far as you can tell?
9     A.    As far as I can tell.
10    Q.    Okay.  Let's look at the next one in
11 chronological order, which would be the previous
12 page, which is labeled 00004 at the bottom.  Do you
13 see there this appears to be another invoice from
14 Dupree Plumbing, and this time the scheduled date is
15 April -- sorry, May 6, 2013?
16    A.    Yes, I see.
17    Q.    Okay.  And under that, notes state, quote,
18 Technician had to repair leak on PEX line that was
19 leaking at the water heater area.
20          Did I read that correctly?
21    A.    Yes.
22    Q.    Do you know which -- of the repairs that
23 we talked about earlier, 1 through 6, do you know
24 which one this is referring to?
25    A.    I could only guess.  I don't know exactly

Page 91

1  which one, no.
2     Q.    Okay.  And I think you said you had two
3  repairs, I believe it was second and the third, that
4  were near the water heater in the crawlspace; is that
5  correct?
6     A.    Yes.  This would have to be one of those
7  two.
8     Q.    Okay.  Got it.  But you can't say
9  independently based on your memory and looking at
10 this document whether it was the first of those
11 repairs or the second?
12    A.    That's correct.
13    Q.    Okay.  Okay.  And we talked about that,
14 whether it's the, we'll call it, repair No. 2 or
15 repair No. 3, we talked about those earlier.
16          Let's look at the next one, in
17 chronological order would be the first page, which is
18 the Bill Ewing invoice.
19    A.    Uh-huh.
20    Q.    And it's listed as -- the date at the top
21 right I see is 9/3/13; although it looks like there's
22 an extra 13 there.  But --
23    A.    Uh-huh.
24    Q.    -- it sure appears to be 9/3 of '13,
25 correct?

Page 92

1     A.    Right.
2     Q.    And this one refers to cracked NIBCO PEX
3  water line, in the middle of the page.  Do you see
4  that?
5     A.    Yes.
6     Q.    Do you know what this is referring to,
7  given that I believe your testimony earlier was that
8  Mr. Ewing did the very first repair on your home?
9     A.    Well, I know what that was, but he had to
10 -- I believe it's dated kind of odd because I think
11 he did this invoice later on in time.
12    Q.    Do you know why he would have done that?
13    A.    Huh-uh, I don't.
14    Q.    Did you ask him to create that invoice?
15    A.    No.
16    Q.    Do you have any idea when you first saw or
17 received this invoice?
18    A.    You know, I want to say it was around that
19 time, because I know the leaks started happening not
20 too far after the completion of the house, and that
21 was the middle of 2010, early 2010.
22          You know, he probably -- builders, the way
23 they are, they're disorganized as they can be.  He
24 probably, even though I paid him then, he probably
25 had to create another invoice and just, you know,

Page 93

1  gave it to me on the date that he did the invoice.
2  That's just a guess, though.
3     Q.    Okay.  So Mr. Ewing, though, has only come
4  to your home to do plumbing repair the one instance
5  that you identified earlier in your testimony, right?
6     A.    Correct.
7     Q.    Okay.  And so if this invoice is dated 9/3
8  of '13, it's actually referring to a repair done as
9  many as two or three years earlier?
10    A.    Yes.  Yes, that is true.
11    Q.    But just to be clear, you don't know
12 Mr. Ewing's reasoning for making the invoice on the
13 date that's shown on this document?
14    A.    No, I do not.
15    Q.    Okay.  So let's look at now the next one
16 in chronological order, which would be the one that
17 is at the bottom right-hand of the page marked McCoy
18 00003.  And that is also a service invoice from
19 Dupree Plumbing, correct?
20    A.    Yes.
21    Q.    Okay.  And do you see the scheduled date
22 there is, in the middle of the page, 9/15/2013?
23    A.    Yes.
24    Q.    And I'm going to read the Notes section
25 underneath that, which states, quote, Pipe burst in

KELLY MCCOY                                                    January 16, 2017

Page 94

1    wall between two tile showers; dash, took out tile to
2    make repair on PEX; dash, three-quarter PEX was
3    split; dash, Mr. McCoy to send us repair bills.
4           Did I read that correctly?
5    A.    Yes.
6    Q.    And to the best of your knowledge, does
7    this refer to the first instance where there had to
8    be tile removed?
9    A.    I do not know if it was the first instance
10   or not.
11   Q.    Okay.  But one -- I think we talked about
12   three cases earlier of bathroom-related repairs and
13   tile having to be removed, correct?
14   A.    Yes.
15   Q.    And to the best of your knowledge, this is
16   one of those, right?
17   A.    Yes.
18   Q.    Not an additional repair that we didn't
19   talk about before?
20   A.    Yes.
21   Q.    Okay.  Let's see here.  And it states,
22   Mr. McCoy to send us repair bills.
23          Do you know if you did that?
24   A.    I know that I did not do that, because the
25   bills they're referring to are the tile repair, and

Page 95

1    it turned out that the tile contractor sent the bills
2    directly to Dupree --
3    Q.    Okay.
4    A.    -- so there was nothing for me to send.
5    Q.    So after this repair, the tile contractor
6    that had originally done the tile in your rebuilt
7    home came back?
8    A.    Uh-huh, yes.
9    Q.    Okay.  And to your knowledge, they sent
10   their bills directly to Dupree?
11   A.    That is correct.
12   Q.    Okay.  You never saw them?
13   A.    Correct.
14   Q.    All right.  The next in this series will
15   be at -- excuse me here.
16          We're on September 15th, 2013.  Now I'm
17   going to look at the only remaining page we have not
18   looked at, by process of elimination, as Page 2 of
19   this exhibit.  Down on the bottom right, do you see
20   it's marked McCoy 00002?
21   A.    Yes.
22   Q.    And this is again a service invoice from
23   Dupree Plumbing.
24   A.    Uh-huh.
25   Q.    And the scheduled date here in the middle

Page 96

1    of the page states 12/2 of 2013.  Do you see that?
2    A.    Yes.
3    Q.    Okay.  And I will once again read the
4    Notes page for this one, and it states, quote:
5    Technician had to remove tile again to make repair on
6    NIBCO PEX pipe that was leaking.  Second trip for
7    another leak.
8    A.    Uh-huh.
9    Q.    And did I read that correctly?
10   A.    Yes.
11   Q.    Okay.  So does this refresh your memory in
12   terms of the sequence of these repairs?
13   A.    Not much.  I mean, I can only assume.
14          So by this time, if they had to make a
15   tile repair, that means by that time the leak was up
16   in the wall.  And Bill Ewing did the first repair;
17   Dupree did the second and the third one, to my
18   memory, that were all under the house; and then
19   everything else was up in the house.
20          So this second trip for another leak, I
21   mean, I don't know how that -- which leak that was.
22   I just know this is an invoice for one of those
23   series of leaks that was -- but you can't say which
24   one it was.
25   Q.    Okay.  Were there --

Page 97

1    A.    But because this is December of '13 and
2    the one before it was September, this means that it
3    was up in the wall and there was tile repair
4    involved, so that means it was not the second trip.
5    So I think that's just a -- just a mistake.
6    Q.    Okay.  It could be that this is the second
7    that required removing tile --
8    A.    That could be.  That's possible.
9    Q.    -- but maybe Dupree's third visit to the
10   home --
11   A.    It could be very possible.
12   Q.    -- for repairs?
13   A.    Uh-huh.
14   Q.    Well, so we have -- in these five pages of
15   documents, each page relates to a separate repair,
16   and we have one page that relates to a non-PEX issue,
17   which is the final page, Page No. 5.
18   A.    Uh-huh.
19   Q.    Would you agree?
20   A.    Yes.
21   Q.    Okay.  So if we take out that last page,
22   there are four PEX-related repairs?
23   A.    Uh-huh.
24   Q.    And I know that as of -- well, you
25   testified earlier that the sixth repair would have

KELLY MCCOY                                          January 16, 2017

---

Page 98

1  been in early 2016.  What I'm trying to figure out is
2  how we get to six repairs identified in the second
3  amended complaint as of its filing in 2015.
4       A.   Well, there's more trips to my home to
5  make repairs than are reflected in these invoices.  I
6  know that to be a fact.  And I think getting with
7  Dupree, digging a little harder in their computer
8  system or files or whatever could fix that problem.
9       Q.   Okay.  So seeing these documents doesn't
10  change your -- well, let me ask:  Does seeing these
11  documents change at all your recollection of the
12  sequence of the six that we talked about earlier?
13      A.   No.
14      Q.   You feel confident about those six in
15  terms of roughly the time frame and the order in
16  which they occurred?
17      A.   I do.
18      Q.   Okay.  Let's see.  You can set that one
19  aside for now.  Let's see.
20           Are you making any -- do you have any
21  information to believe that NIBCO fittings in your
22  home failed?
23      A.   And fittings being separate from pipe?
24      Q.   Correct.
25      A.   No, I do not.

---

Page 99

1       Q.   And are you making any claims that the
2  NIBCO clamps used to secure the pipe to the fitting
3  failed?
4       A.   No.
5       Q.   Okay.  Your claims, as they relate to
6  NIBCO, are solely to the quality or manufacture of
7  the tubing itself; is that fair?
8       A.   Yes.
9           MR. NASH:  Objection.
10      Q.   (By Mr. Weslander)  Do you have any idea
11  what store or distributor the NIBCO PEX tubing that
12  was installed in your home came from?
13      A.   I do not.
14      Q.   Okay.  Do you have any idea how it was
15  stored after it left NIBCO?
16      A.   I do not.
17      Q.   Any idea how it was stored by Dupree
18  Plumbing?
19      A.   No.
20      Q.   And just to be clear, you have never
21  personally purchased any of the NIBCO piping that was
22  installed in your home, right?
23      A.   Yes, that is correct.
24      Q.   And prior to the installation of NIBCO
25  tubing in your home, had you -- had you reviewed any

---

Page 100

1  literature or information about NIBCO products?
2       A.   No.
3           MR. WESLANDER:  Let's go off the record.
4           (Discussion off the record.)
5       Q.   (By Mr. Weslander)  Just to clarify, in
6  terms of looking for documentation related to these
7  repairs and leaks, tell me what you have done
8  personally to try to ensure that you have provided
9  everything to your attorneys by way of documentation.
10      A.   Well, I went through everything.  When I
11  did the rebuild of the home, I kept everything --
12  everything that I had, every bid, every spec sheet,
13  you know, just anything that had to do with the
14  rebuild, I kept.
15           So that was the first thing I did, is pore
16  through there to see what I could find.  And that's
17  -- if anything was going to be able to be used, it
18  would be there.  So I found Bill Ewing's invoice and
19  that was all that I found regarding information about
20  repairs or the plumbing.
21      Q.   And did you personally contact Dupree and
22  ask them to gather documents?
23      A.   I don't recall.
24           MR. WESLANDER:  I do not have any more
25  questions at this time.  I thank you for your

---

Page 101

1  time, Mr. McCoy.
2           THE WITNESS:  You're welcome.
3                        EXAMINATION
4  BY MR. NASH:
5       Q.   Mr. McCoy, I have a few questions for you.
6  The first thing I want to do is go back to some
7  testimony you gave earlier describing white marks
8  around the splits in the tubing in your home that
9  failed.
10      A.   Uh-huh.
11      Q.   Did you see any indication of a kink near
12  those white marks?
13      A.   None whatsoever.
14      Q.   Any indication of a sharp bend?
15      A.   No.
16           MR. WESLANDER:  Object to the form.
17      Q.   (By Mr. Nash)  Any indication that the
18  tubing in that area was improperly installed, to the
19  best of your knowledge?
20           MR. WESLANDER:  Again objection to form as
21  vague --
22           THE WITNESS:  No.  No indication.
23           THE COURT REPORTER:  Vague and --
24           MR. WESLANDER:  -- ambiguous.
25           THE COURT REPORTER:  Thank you.

---

KELLY MCCOY                                                    January 16, 2017

Page 102

1        Sir, if you will just let him get his
2    objection out before you answer, then I won't
3    have to interrupt.
4            THE WITNESS:  I'm sorry.
5            THE COURT REPORTER:  That's okay.
6            THE WITNESS:  Understood.
7        Q.    (By Mr. Nash)  When the NIBCO PEX tubing
8    was installed in your home during the rebuild, you
9    testified earlier that you were present and visually
10   inspected the installation, for the most part?
11       A.    Yes.
12       Q.    And you were also present for some or all
13   of each of the repairs following each of the failures
14   of that tubing?
15           MR. WESLANDER:  Objection;
16       mischaracterizes his testimony.
17           THE WITNESS:  Yes.
18       Q.    (By Mr. Nash)  Did you understand my
19   question prior?
20       A.    Yes.
21       Q.    Based on your personal visual
22   observations, do you have any reason to believe that
23   any of the NIBCO PEX tubing at issue in this case was
24   improperly installed?
25       A.    I do not.

Page 103

1        Q.    Do you have any reason to believe that it
2    was improperly stored prior to installation?
3        A.    No, I don't.
4        Q.    Do you have any reason to believe that any
5    of it was damaged prior to the installation?
6        A.    No.
7        Q.    Any reason to believe that any of it was
8    kinked or bent or punctured or otherwise similarly
9    damaged prior to installation?
10       A.    No, I don't.
11       Q.    Any reason to believe that any of the
12   tubing in the home was improperly installed?
13       A.    No.
14       Q.    Earlier you testified that you believed
15   your only recourse for the damages you experienced at
16   your home was to Dupree Plumbing; is that correct?
17       A.    Yes.
18       Q.    Are you an attorney?
19       A.    No.
20       Q.    Are you aware that the NIBCO products
21   installed in your home came with a warranty?
22       A.    I was not aware.
23       Q.    Do you have any reason to believe that
24   they did not come with a warranty?
25       A.    No.

Page 104

1        Q.    Do you understand today that you may have
2    recourse against NIBCO in addition to Dupree
3    Plumbing?
4            MR. WESLANDER:  Objection to form on
5        various grounds.  It calls for a legal
6        conclusion.  It's leading.
7        Q.    (By Mr. Nash)  You can answer.
8        A.    Yes, I do.
9        Q.    Earlier you also testified to property
10   damage in your home, including mold, which was
11   remediated by Dupree Plumbing; is that correct?
12       A.    Yes.
13       Q.    You also testified that there's a
14   possibility, in your mind, there may still be
15   additional mold that is as of yet undiscovered?
16       A.    Yes.
17       Q.    Is it possible that there may be other
18   forms of property damage that are also as of yet
19   undiscovered?
20           MR. WESLANDER:  Objection, calls for
21       speculation.
22           THE WITNESS:  Yes, there could easily be.
23       Q.    (By Mr. Nash)  Had you known during the
24   rebuild that the NIBCO tubing and fittings and clamps
25   that were installed in your home may have been

Page 105

1    predisposed to the types of failures you actually
2    experienced, would you have permitted them to be
3    installed in your home?
4            MR. WESLANDER:  Objection, assumes facts
5        not in evidence and leading.
6            THE WITNESS:  Absolutely not.
7        Q.    (By Mr. Nash)  Would you have paid any
8    money whatsoever to have them installed?
9            MR. WESLANDER:  Object.  Same objection.
10       That also calls for a legal conclusion.
11       Q.    (By Mr. Nash)  You can answer.
12       A.    No, I would not have.
13       Q.    Knowing what you know today about those
14   products that were installed in your home, do you
15   believe that you overpaid in any amount for the
16   remodel of your home, which, naturally, included the
17   installation of those products?
18           MR. WESLANDER:  Objection to form;
19       leading, calls for a legal conclusion.
20           THE WITNESS:  I believe that is true.
21       Q.    (By Mr. Nash)  If the judge presiding over
22   this case eventually certifies a class and appoints
23   you as a class representative of that class, will you
24   honestly and faithfully advance the interests of all
25   members of that class?

KELLY MCCOY                                          January 16, 2017

Page 106

1          MR. WESLANDER:  Objection; leading, calls
2      for speculation, and calls for a legal
3      conclusion.
4          THE WITNESS:  Yes, I would.
5          MR. NASH:  Thank you very much.  That's
6      all I have.
7              FURTHER EXAMINATION
8      BY MR. WESLANDER:
9      Q.    Just briefly, Mr. McCoy, you were asked
10     about the potential existence of mold that you don't
11     know about or other property damage that you don't
12     know about.  To the extent that you're testifying
13     about that, you are just speculating at this point,
14     correct?
15     A.    Yes.
16         MR. WESLANDER:  Nothing further.
17         (Deposition concluded at 11:15 a.m.)
18         (Pursuant to Rule 30(e) of the Federal
19     Rules of Civil Procedure and/or O.C.G.A.
20     9-11-30(e), signature of the witness has been
21     reserved.)
22
23
24
25

Page 107

1          COURT REPORTER CERTIFICATE
2
3      STATE OF GEORGIA:
4      COUNTY OF COBB:
5
6          I hereby certify that the foregoing
7      transcript was reported, as stated in the caption,
8      and the questions and answers thereto were reduced to
9      typewriting under my direction; that the foregoing
10     pages represent a true, complete, and correct
11     transcript of the evidence given upon said
12     deposition, and I further certify that I am not of
13     kin or counsel to the parties in the case; am not in
14     the employ of counsel for any of said parties; nor am
15     I in any way interested in the result of said case.
16
17         This, the 28th day of January 2017.
18
19         _Deborah P. Longoria_
20
21         Deborah P. Longoria, RPR, CCR-B-1557
22
23
24
25

Page 108

1          DISCLOSURE
2
      STATE OF GEORGIA
3
      COUNTY OF COBB
4
5      DEPOSITION OF:  Kelly Lee McCoy
6      DATE OF DEPOSITION:  January 16, 2017
7
8          Pursuant to Article 8.b. of the Rules and
      Regulations of the Board of Court Reporting of the
9      Judicial Council of Georgia, I make the following
      disclosure:
10
11         I, Deborah Longoria, am a Georgia Certified
      Court Reporter.  I am here as an independent
      contractor for U.S. Legal Support, Inc.
12
13         U.S. Legal Support, Inc., was contacted by the
      offices of Lathrop & Gage, LLP, to provide court
14     reporting services for this deposition.  The firm
      will not be taking this deposition under any contract
15     that is prohibited by O.C.G.A. 15-14-37 (a) and (b).
16         U.S. Legal Support, Inc., has an agreement to
      provide reporting services with Lathrop & Gage, LLP,
17     the terms of which are as follows:  Any and all
      special rates and/or services are available to all
18     parties involved in this litigation.
19         _Deborah P. Longoria_
20
          DEBORAH P. LONGORIA, RPR, CCR B-1557
21
22
23
24
25

95:18

**$**

**$150** 28:24 33:22
71:23 77:25

**0**

**00002** 95:20

**00003** 93:18

**00004** 90:12

**00005** 89:8

**1**

**1** 67:17 83:2 90:23

**107** 77:3

**108** 78:17,19

**109** 77:17

**10:07** 67:7

**10:17** 67:7

**110** 79:2,3,19,20

**111** 79:18

**11:15** 106:17

**12/2** 96:1

**123** 81:15

**13** 9:9 86:17 91:22,
24 93:8 97:1

**15** 9:9 76:9

**15th** 95:16

**16** 4:2 60:14,15

**18** 32:17

**19** 76:22,23

**19th** 76:7

**2**

**2** 32:17 40:14 75:23
78:7 88:2 91:14

**2-1/2** 66:17

**20** 17:3 79:2

**2003** 11:12

**2009** 12:6,10 20:9
23:13

**2010** 11:14 23:13
29:17 92:21

**2013** 90:15 95:16
96:1

**2015** 76:7 78:24
79:4 98:3

**2016** 98:1

**2017** 4:2

**23** 81:11

**242** 82:1,7

**246** 83:1

**248** 83:11

**28** 79:4

**3**

**3** 40:14 74:24 84:24
86:10 88:2 91:15

**3-inch** 89:16

**30(e)** 106:18

**4**

**4** 34:25 87:6,9 88:2
89:2

**4/23/2013** 89:11

**40** 20:5,6

**4401** 4:15

**46** 4:17 8:13

**47** 81:25

**48** 83:1

**5**

**5** 35:1 78:7 88:2
97:17

**50-gallon** 28:2

**5:00** 26:10

**5:30** 26:10

**6**

**6** 56:10,15 66:1
84:9 90:15,23

**6-inch** 46:25

**6/19** 76:9

**7**

**7** 42:20

**7-1/2** 66:2

**8**

**8** 42:20 66:2

**9**

**9-11-30(e)**
106:20

**9/15/2013** 93:22

**9/3** 91:24 93:7

**9/3/13** 91:21

**91** 9:23

**A**

**a.m.** 26:10 67:7
106:17

**Absolutely**
105:6

**acceptable**
71:11

**accurate** 60:18
80:10 85:12,16

**action** 69:5 75:24,
25

**actions** 83:21

**actual** 15:5 27:21
58:11 79:5

**added** 24:15

**addition** 104:2

**additional** 84:15
88:16 94:18 104:15

**address** 63:2

**adjust** 26:16

**advance** 105:24

**advised** 63:25

**affected** 84:1

**affiliated** 73:3

**affirmed** 4:5

**age** 9:8

**agree** 83:15 97:19

**agreeable** 62:25

**agreement**
69:11

**ahead** 48:14
68:21 81:10,24
84:21

**ahold** 55:12

**air-
conditioning**
11:24

**allegations** 8:1

**alleged** 28:13
54:1

**alternating**
46:15

**altogether** 63:24

**ambiguous**
101:24

**amended** 69:19
75:24 98:3

**amount** 48:5
105:15

**and/or** 106:19

**Andrew** 13:17

**answers** 5:6 6:9,
13 85:7,15,18 86:9

**anticipate** 56:1

**appeared** 59:9

**appearing** 68:3

**appears** 90:13
91:24

**appoints** 105:22

**approximate**
29:13

**approximately**
12:5 34:11,24 39:23
48:22 49:24 60:9,10
66:17 67:24 69:7

**April** 29:17 90:15

**architect** 13:12,
16,17

**architectural**
13:15

**area** 40:11 49:12
54:8 57:8,22 61:10,
13,20 84:1 90:19
101:18

**areas** 15:15

**arrive** 14:4

**arrived** 36:23

**ascertainable**
77:20

**assembled**
82:10,15

**assume** 5:24
39:14,15 96:13

**assumes** 105:4

**assuming** 47:8

KELLY MCCOY

January 16, 2017
Index: Atlanta..compared

**Atlanta** 8:23

**attached** 25:14
85:10

**attempted** 77:23

**attended** 10:2,3

**attention** 66:9

**attic** 12:18,19,20

**attorney** 7:4
103:18

**attorneys** 88:19
100:9

**aware** 72:3 87:20
103:20,22

**B**

**back** 6:14 24:16,
25 42:21 44:11 51:6
52:16 57:18,19
58:18 76:14 95:7
101:6

**background**
10:1

**backing** 78:17

**backwards**
45:14

**bad** 31:15 43:24,
25 89:19

**base** 83:9

**based** 66:18
86:20 91:9 102:21

**basement** 12:24
35:10 40:9 41:6
42:12 53:4 61:1,4

**basically** 27:12
62:21

**basing** 74:22
81:1

**basis** 86:23

**bath** 42:7,8 43:2,3
65:21

**bathroom** 11:9
41:8 44:22 49:13
51:4 54:9,25 61:17,
20

**bathroom-
related** 94:12

**bathrooms** 44:5
83:20

**baths** 12:17 42:6

**Bear** 53:24 76:12

**bed** 26:9

**bedroom** 55:3

**bedrooms**
12:16,17

**began** 15:13

**beginning** 12:8
78:18 81:17

**behalf** 79:9

**believed** 59:14
103:14

**belongings**
40:19 48:18 53:7
59:22 66:22

**bend** 45:14
101:14

**bent** 103:8

**bet** 69:9

**bid** 16:1,15,25
100:12

**big** 28:11 40:11

**Bill** 28:23 29:2,10
31:19 34:2 52:6
71:23 74:19 77:25
87:17 88:24 91:18
96:16 100:18

**bills** 94:3,22,25
95:1,10

**bit** 11:4,8 12:25
29:20 33:21 41:25
58:4 70:2 81:24

**bite** 30:5,10 31:18

**Blackland** 4:15

**blue** 21:3,4,9
45:18 46:5,8,10,15,
17 50:3 64:22,23

**bonus** 69:15

**born** 8:22,23

**bottom** 77:17
89:8 90:12 93:17
95:19

**boys** 9:3,10

**brand** 7:20 17:20,
24 22:6 38:6,9,15
64:9,17,19 71:25
74:6

**brands** 17:21,24
22:4

**break** 6:2,3 67:5,9
86:8

**Bridges** 14:16
77:15

**briefly** 86:3 106:9

**brochures** 23:5

**broken** 63:9

**brought** 25:17
39:3

**builders** 92:22

**built** 10:16

**burst** 93:25

**business** 9:22,
24 10:6 16:10,24
73:3 82:21

**buy** 23:16 82:20

**C**

**call** 62:8 66:9
91:14

**called** 6:17 12:1
26:23 29:6 30:5
36:13,15,23 43:16
50:24 55:11 61:24
62:11 72:1 88:8

**calls** 104:5,20
105:10,19 106:1,2

**capital** 68:9

**carbon** 50:25
51:1

**care** 20:22

**case** 7:1 27:10
30:1 36:4 59:4 69:1,
4,20,24 72:19 79:13
102:23 105:22

**cases** 94:12

**catastrophic**
77:23

**category** 6:22

**caught** 12:3
33:13,17

**caused** 60:23

**causing** 20:12

**cavity** 54:9 61:17

**ceiling** 56:6 61:9
65:21 66:2

**certifies** 105:22

**cetera** 15:6

**Chad** 16:21

**chance** 85:5
86:3,11

**change** 65:3 82:9
98:10,11

**charge** 39:25
48:2,3 59:15 66:24

**charged** 39:22

**check** 16:4 27:17

**checked** 17:5

**children** 9:8

**choice** 63:25

**choose** 74:6

**chose** 16:18
25:22

**chosen** 73:4
77:14

**chronological**
89:5 90:11 91:17
93:16

**circuit** 24:22

**Civil** 106:19

**claim** 34:4 75:14

**claiming** 88:18

**claims** 75:14
99:1,5

**clamps** 99:2
104:24

**clarify** 18:6 36:22
100:5

**class** 69:5 75:24
81:18 105:22,23,25

**clean** 84:1

**clear** 5:19 18:15
39:9 49:2 73:16
93:11 99:20

**Clorox** 84:1

**close** 28:17 32:11
42:3 60:6 66:1 69:9

**closer** 49:20 61:8

**code** 26:24

**cold** 18:2 21:4
46:11,18,20

**Cole** 68:8

**color** 21:1 30:1
35:15 43:11 52:23
64:21

**colored** 52:22

**colors** 21:11
64:22

**combination**
45:23 50:19

**commercial**
9:20

**company** 12:1

**compare** 53:21

**compared** 42:16
64:13

**compensated**
71:4,9

**compensation**
70:24 71:14,15

**competitive**
16:15

**complaint** 28:13
69:20,23 75:24 98:3

**complete** 6:8

**completed**
29:17

**completely** 11:8

**completion**
29:16 92:20

**complied** 81:19

**complies** 87:12

**components**
13:4

**compression**
21:21

**computer** 98:7

**concerns** 53:2

**concluded**
106:17

**conclusion**
104:6 105:10,19
106:3

**conditions**
82:9,14,23

**confident** 98:14

**configuration**
12:12 13:8

**confirmed** 42:13

**conjunction**
68:3

**considered**
16:20 63:21

**consistent**
85:17

**constructed**
21:19

**construction**
10:8,11,12,14,19,22

**contact** 74:12,17
100:21

**contacted** 74:20

**contacting**
80:19

**contest** 29:22

**contract** 15:24

**contractor** 14:7,
9,10,12,21 22:22
29:3 74:18 77:6,12,
14,15 95:1,5

**conversation**
74:23 80:24

**copies** 87:18

**copper** 20:2,4,11
63:21,22

**copy** 13:24 50:25
51:1 75:8,24 87:17
88:2

**corner** 44:17 89:9

**correct** 8:25
11:14,15 12:21
13:21 15:2,3,7,9,10
18:3,6,17 19:24
23:15 24:5,6,9
27:22 31:3 35:17
39:5,21 41:23 43:8,
13 46:6 52:8 57:1,2
63:5 64:6 65:1,12
66:12,13 68:4 70:7,
8 77:8 78:24,25
79:14 84:19 88:4,10
91:5,12,25 93:6,19
94:13 95:11,13
98:24 99:23 103:16
104:11 106:14

**correctly** 62:10
64:25 89:20 90:20
94:4 96:9

**cost** 25:22 28:24
75:18

**costs** 67:3

**counsel** 6:19
69:12

**count** 78:6 82:4

**couple** 43:20
44:9 76:11 78:15
82:2

**coupling** 52:21

**couplings** 58:25

**court** 5:4,10 11:19
30:9,11,20,23,25
68:22 73:10,12,15
101:23,25 102:5

**courtroom** 5:2

**covering** 75:18

**cracked** 92:2

**crawlspace**
12:21,24 13:1 20:12
21:8 28:19 32:9
33:11 34:20 35:12
40:7,12,19 42:23
43:4,6 44:3,17
48:13 49:21 50:21
61:2,13 72:10 91:4

**create** 92:14,25

**creates** 45:13

**curious** 76:2

**current** 4:13

**cut** 19:12 31:15
44:7 51:14 58:23
59:9

## D

**damage** 33:7
40:4,5,10 48:9
52:24 53:3 59:18
66:18 83:12,13,15
84:12 104:10,18
106:11

**damaged** 33:11,
13 40:19 48:18 53:7
59:21,22 66:22
103:5,9

**damages** 88:17
103:15

**damaging** 37:2

**dark** 35:23

**dash** 89:19 94:1,2,
3

**date** 29:13 49:4
77:10 89:10 90:14
91:20 93:1,13,21
95:25

**dated** 76:5 92:10
93:7

**day** 26:2,7 29:9
46:7 61:4 72:25
78:8,9

**days** 36:25 43:20
44:9 55:13 66:17
78:6,10,11

**December** 97:1

**decided** 26:13
62:4

**decision** 62:7
63:16,17 74:5

**dedicated** 65:1

**defective** 8:5,7
71:2

**defendant** 7:8

**defendant's**
67:14,17 75:20,23
85:1 87:7

**deposition** 4:1,
20 5:6 6:11 67:18
68:1 106:17

**Depot** 29:11

**describe** 6:23
12:12 31:1 35:20
38:10 51:24 57:13
64:12

**describing**
101:7

**designed** 82:9,
15

**detail** 70:21 75:4

**details** 38:23
72:21

**diagnosis** 65:7,
8

**difference** 64:15

**digging** 98:7

**direct** 82:18

**direction** 14:22
63:9 64:2

**directions** 47:11

**directly** 27:6
28:10 77:16 79:11
80:18 88:11 95:2,10

**discover** 50:15
54:20

**discovered**
43:15 50:22

**discuss** 7:3 75:5

**discussed**
70:17

**discussion**
22:10,19 38:14
62:14 81:2 86:5,20
100:4

**discussions**
18:23,25 38:18
70:3,20

**disorganized**
92:23

**distance** 49:24
55:6,8 81:24

**distributed**
82:10,16

**distributor** 24:1
99:11

**distributors**
82:19,20

**document** 33:2
67:20,22 68:8 73:25
76:2,6,13,22 78:24
81:25 88:22 91:10
93:13

**documentation** 29:19 73:18 100:6,9

**documents** 6:16,22,23,25 41:24 74:8 87:11,19,22, 24,25 88:16 97:15 98:9,11 100:22

**dollar** 16:2

**drain** 89:16

**drawn** 13:12

**dries** 40:8

**drink** 6:3

**drip** 42:24 43:11, 15 60:25 61:2,5,19

**dripping** 42:13, 25 43:1,5 50:21 61:21

**Drive** 4:15

**dry** 48:16 83:25

**duly** 4:5

**Dupree** 14:3,4,8 15:12,22 16:18 17:5 18:24 19:1,9,15,16 22:8,22 25:8 29:7 36:13 37:8 38:24 39:15 43:16 44:19 46:24 47:8 48:3 50:24 53:18,19 55:11 56:17 57:1 58:21 59:15 60:17 61:24 62:11,18 63:25 66:24 73:6,11 74:19,24 75:5,18 79:8 80:18 81:2 83:25 84:4 86:18 87:18 88:8,12 89:10 90:14 93:19 95:2, 10,23 96:17 98:7 99:17 100:21 103:16 104:2,11

**Dupree's** 63:17, 18 97:9

---

**E**

**e-mail** 88:8,14

**earlier** 23:11 58:6 72:11 73:24 80:24 86:21 90:23 91:15 92:7 93:5,9 94:12 97:25 98:12 101:7 102:9 103:14 104:9

**early** 33:14,17 60:13 74:24 92:21 98:1

**easier** 78:6

**easily** 104:22

**easy** 45:18

**educational** 10:1

**elbow** 90:3

**electric** 18:19

**elimination** 95:18

**end** 6:22 52:21 77:7,20,24 79:6 81:20 82:11 83:5

**endure** 70:22

**ensure** 100:8

**entire** 8:15 44:5,6, 7 63:4

**equipment** 7:9 9:17,18 24:16 25:14,19

**Eric** 4:18

**essentially** 7:13

**evening** 12:3 26:12

**eventually** 40:8 105:22

**evidence** 28:23 105:5

**Ewing** 28:24 29:2 31:10,19 34:2 52:7

71:23 74:19 77:25 87:18 88:24 91:18 92:8 93:3 96:16

**Ewing's** 93:12 100:18

**EXAMINATION** 4:7 101:3 106:7

**excuse** 95:15

**exhibit** 67:17 75:23 84:24 86:10 87:6,9 88:3 89:2 95:19

**Exhibit-1** 67:14

**Exhibit-2** 75:20

**Exhibit-3** 85:1

**Exhibit-4** 87:7

**existed** 13:8 26:2

**existence** 106:10

**existing** 24:14

**expansion** 26:22,23 27:8

**expense** 62:23 71:3

**experience** 10:7,13,18,25 15:12 16:15 22:8,18

**experienced** 103:15 105:2

**explanation** 79:10

**exploding** 27:12

**expose** 44:22 45:3

**extensive** 83:25

**extent** 106:12

**extra** 91:22

---

**F**

**fact** 83:12 85:15

98:6

**factored** 63:15

**facts** 105:4

**factual** 17:17

**failed** 78:20 79:16,22 80:11,16 98:22 99:3 101:9

**failures** 77:23 79:5 83:10 102:13 105:1

**fair** 5:14 99:7

**faithfully** 105:24

**farther** 34:22,24 49:20,21

**fashion** 41:11

**faucet** 28:9

**faucets** 25:1

**fax** 88:13

**feature** 24:16 27:9

**features** 14:24 61:6

**Federal** 106:18

**feeds** 28:10

**feel** 15:15 68:23 98:14

**feet** 32:17 34:19 35:1 40:14 42:21 56:15 66:1,3

**fellow** 51:25

**felt** 62:23

**field** 10:5,22

**figure** 16:2 98:1

**filed** 60:19 69:24 76:7

**files** 98:8

**filing** 78:24 98:3

**fill** 56:22

**final** 97:17

**find** 16:7 42:10 44:23 66:5 72:21 86:14 100:16

**fine** 32:19,20

**fingernail** 45:14, 15 58:7

**finish** 5:13 14:24

**finished** 87:13

**fire** 11:14,21 12:3, 4 13:9 20:1,8 24:15 25:18 26:3 27:21

**firm** 47:22

**fitting** 21:21,22 23:17,19 30:5,7,13 31:12,16,18 72:20 99:2

**fittings** 15:6 23:10,12,14,20,21, 22 24:5 25:11 52:21 80:21 98:21,23 104:24

**fix** 36:13,18 41:2 55:12 62:2 67:3 98:8

**fixed** 29:12 31:16 34:2 51:4 72:22

**fixtures** 14:23

**flashlight** 35:22

**floor** 33:1 40:6,12 42:4,14 43:7 48:12 56:6

**floors** 18:18,21

**foggy** 49:7

**foot** 25:24 49:18, 25 50:1 54:6 56:11, 12

**force** 54:23

**form** 101:16,20 104:4 105:18

**forms** 104:18

**found** 37:20

56:24 57:6 65:13
66:8 69:4 72:10,17
100:18,19

**fourth** 50:15,23
52:11 53:17 54:2,
15,17 55:5

**fracture** 45:20

**frame** 98:15

**framing** 48:11
53:1,5 59:19 66:19

**free** 68:23

**freestanding**
11:24

**freshly** 52:20

**front** 5:2

**fulfilling** 81:4

**full** 4:10 12:17

**fully** 86:11

**functioning**
27:18

**functions** 28:9

———————

**G**

**gather** 100:22

**gave** 6:14 85:18
93:1 101:7

**general** 10:6,17
14:7,8,10,12,21
22:22 77:15

**generally** 7:19
12:13

**gentleman**
16:21

**Georgia** 10:2
82:4

**get all** 24:2

**give** 5:13 14:21
22:22 23:3,5 38:22
42:18 47:10 49:4
59:1 63:6,8 64:1
75:4,8 80:20 85:19

86:3 87:5

**giving** 6:8 85:7

**glad** 25:17

**glance** 85:5

**glue** 90:2

**good** 4:9 16:5,9,
12 17:18 20:21,23
40:10 53:19

**great** 71:3

**ground** 4:23 33:6
35:4 56:11,12,16
66:1

**grounds** 104:5

**grown** 8:19

**guess** 17:13,16,
18,19 43:9 90:25
93:2

**guessing** 19:21
43:9 72:4

**guides** 23:6

**Gunite** 9:19

**guy** 52:5

———————

**H**

**H-A-I-E-R** 12:2

**Haier** 12:2

**half** 47:25 54:6
56:12 69:9

**half-** 57:25

**halfway** 77:4

**hand** 67:16 75:22
84:23

**handed** 86:10

**happen** 32:23
56:23 62:22 79:17

**happened** 11:20
31:20 34:12 39:16
47:20 59:4 79:25
80:2

**happening**
10:19 62:24 92:19

**harder** 98:7

**harm** 53:4

**hear** 32:21 35:7
42:11 50:16,19,20
54:21,22,24 55:1,5,
8

**heard** 35:8 55:9

**heat** 12:1 18:3

**heated** 18:20

**heater** 13:2 24:24
25:21,24 27:5,15,21
28:1,18 32:11,14
34:22 42:17,20 54:5
90:19 91:4

**heating** 18:5,10,
12,16,20

**held** 47:21

**high** 16:16 17:1
56:8,13

**higher** 17:3 82:4

**hire** 77:11,16

**hired** 15:17 77:6

**hiss** 32:22

**hissing** 50:20

**hitting** 54:22

**home** 8:6 10:12
11:2,6,7,13 12:7,23
13:5,8 14:2,7,18,22
15:13,18 16:1
17:11,21 18:17,21,
25 19:4,19,23,25
20:4,15,18 21:2
22:1,3,5 24:7 29:11
31:25 33:7 36:23
37:24 38:25 39:3,7
40:5 42:2,15,19
43:3 44:6,7,14,19
48:9 49:11 51:20
52:24 53:16 54:8
59:18,24 61:10,15
62:5,15 64:25 66:18
70:18 72:1,11 74:4,
20 77:7,13,24

79:17,24 80:5,13
86:19 92:8 93:4
95:7 97:10 98:4,22
99:12,22,25 100:11
101:8 102:8 103:12,
16,21 104:10,25
105:3,14,16

**homeowner**
75:15

**homeowner's**
75:14

**homes** 10:15
82:2,8

**honestly** 17:12
105:24

**hope** 4:23

**hoping** 71:8

**horizontally**
35:3

**hot** 18:2 21:4
24:22,23 25:2
28:10,20 31:2
46:19,22

**hot-water** 18:20

**hour** 36:21

**hours** 53:20 78:4

**house** 8:14 12:13
24:14,24 26:23
29:5,9 38:21 42:21,
22 44:18 46:14
56:23 70:14 78:13
92:20 96:18,19

**household** 8:24

**housewife** 9:13

**huh-uh** 5:19
66:23 92:13

**HVAC** 13:3

———————

**I**

**idea** 20:3 22:7
57:23 60:11 81:21
82:6,14 88:5 89:22
92:16 99:10,14,17

**identification**
67:15 75:21 85:2
87:8

**identified** 93:5
98:2

**imagine** 15:21
40:8

**implied** 64:7

**impression**
58:8

**improperly**
101:18 102:24
103:2,12

**in-floor** 18:4

**in-ground** 9:19

**inaccurate**
86:14

**incentive** 69:15,
16

**inch** 30:4 50:13
51:13 58:1

**inches** 32:17
44:16 56:10

**include** 13:14,21

**included** 22:1
105:16

**includes** 77:21

**including** 40:3
104:10

**inconsistency**
45:16

**independent**
19:18

**independently**
91:9

**indicating** 30:6

**indication**
101:11,14,17,22

**individual** 60:1

**information**
22:23 23:4,8 70:15
77:9 82:22 85:12

86:24 87:22 98:21
100:1,19

**input** 14:17 17:23
52:9 59:1 63:6

**inside** 42:3,5
50:20 62:5

**inspect** 20:15
52:15

**inspected** 20:17
102:10

**inspection**
20:20 21:17 72:11,
18 73:1,22

**inspectors** 73:5

**install** 25:8 77:7,
12

**installation**
23:6 99:24 102:10
103:2,5,9 105:17

**installations**
25:13

**installed** 14:1
20:14 21:2 23:13
24:12,13 25:7 32:2,
3 36:17 38:21 63:1
72:1,5,7 99:12,22
101:18 102:8,24
103:12,21 104:25
105:3,8,14

**installing** 10:25
11:6 22:8,12 74:3

**instance** 39:7
57:11 93:4 94:7,9

**instances** 59:7
60:1

**insurance** 14:12
75:13

**intended** 83:5

**interchangeabl
y** 7:16

**interests** 105:24

**internet** 69:6

**interrogatories**
6:24 84:25 86:10

**interrogatory**
6:13 86:17

**interrupt** 102:3

**invoice** 28:23
33:20 71:23 79:11
87:17 89:7,9 90:13
91:18 92:11,14,17,
25 93:1,7,12,18
95:22 96:22 100:18

**invoices** 98:5

**involved** 65:24
97:4

**issue** 39:8 97:16
102:23

**issues** 32:24
70:17 86:19

**item** 83:2

**itemize** 15:25

**J**

**January** 4:2

**job** 16:2,4 20:23
36:25

**jobs** 22:12 29:4

**joint** 90:3

**joints** 21:17 23:10

**joists** 40:6,16
48:12 59:19 66:19

**judge** 5:2 105:21

**jumps** 76:17

**June** 12:6 76:7
78:24

**jury** 5:2

**K**

**Kelly** 4:1,4,12

**Kennesaw** 10:3

**kids'** 42:7 61:17

**Kimberly** 68:8

**kind** 11:24 13:3
17:5 19:25 22:7
23:16,17 24:8 25:12
45:14,15 56:1 69:11
73:18 92:10

**kinds** 9:18 14:24

**kink** 101:11

**kinked** 103:8

**knew** 16:3 42:14
63:10

**Knowing** 105:13

**knowledge**
23:23 25:4 68:16,19
69:24 74:1 85:14,16
86:19,24 94:6,15
95:9 101:19

**L**

**labeled** 90:12

**lack** 21:18

**large** 76:1

**larger** 58:2

**Larry** 74:23 80:25
86:18

**late** 60:14

**law** 47:21

**lawsuit** 7:8,24
60:19 69:6,12,16,17
70:23,25 72:12

**layout** 61:15

**leading** 104:6
105:5,19 106:11

**leak** 20:11 29:11
33:3,9 34:2,3,7,14,
22,25 35:6 36:6,8,
12 37:2 40:4,13,20,
23 41:7,15,16,22
42:1,10,14 43:10,

22,24,25 44:20
46:5,8 48:8,11,21,
23 49:1,11,12,24
50:15,23 51:19
52:2,24 53:17,22
54:2,3,4,14,20 56:2
57:6,10,21,23 58:22
59:2,18 60:2,4,9,12,
23,24 61:14 62:9,12
63:3 65:6,9 66:9,19
72:22 74:24 84:9
90:18 96:7,15,20,21

**leaked** 41:3

**leaking** 32:18
33:19 35:16 36:17
42:25 44:23 50:17
51:8 54:22 65:13
72:10 89:17 90:19
96:6

**leaks** 8:10 20:7
22:21 28:13 32:4
34:15 40:25 41:2,19
42:17 49:15 50:9
52:3,4 55:5,6 61:17,
20 67:3 73:17,24
74:11,20 75:15
83:20 88:17 92:19
96:23 100:7

**learn** 11:3 21:25

**learned** 15:22

**Lee** 4:1,4,12

**left** 99:15

**left-hand** 42:22

**legal** 104:5
105:10,19 106:2

**legitimate** 16:10

**length** 83:25

**lengthwise**
58:17

**letters** 68:10

**level** 20:22 43:4
61:18 71:13

**licensed** 77:6,11

**life** 6:7 8:15

**light** 35:24

**limited** 77:22

**lines** 18:2,11
28:20

**listed** 68:7,9
91:20

**literature** 100:1

**litigation** 87:22

**lived** 4:16 8:11,14

**living** 9:15

**locate** 57:19
87:21

**long** 9:21 20:3
30:6 33:19 36:19,24
37:17 41:4 43:17,19
51:13 53:16 62:1
66:14 85:17

**longer** 48:25 62:3

**looked** 15:14
16:5,8,12 17:4
20:21 21:23 35:21
36:5,7 37:20 38:11,
12 46:1 58:6 95:18

**loop** 28:11

**loose** 90:3

**loss** 77:20,22 78:1

**lot** 71:6 77:9 78:2,3

**lots** 16:10

**low-flow** 24:25

**M**

**machine** 89:17

**made** 8:2 12:1
23:19 25:25 52:13
56:19 89:16

**main** 7:1 43:4,7
44:13,15,16

**maintenance**
35:13

KELLY MCCOY

January 16, 2017
Index: make..parallel

**make** 4:23 18:15 25:14 30:4 34:4 52:12 62:7 75:13 80:7 85:25 94:2 96:5,14 98:5

**makes** 76:15

**making** 93:12 98:20 99:1

**manpower** 16:17

**manufacture** 82:18 99:6

**manufactured** 82:10,15

**manufacturer's** 7:20

**manufactures** 7:9

**March** 60:14,15

**Marietta** 4:15 8:20,22 13:18,19

**mark** 58:20 75:23

**marked** 67:14 75:20 85:1 87:7 93:17 95:20

**market** 8:6 71:2 82:19

**marketed** 82:10, 16

**marking** 67:17 84:24 87:5

**marks** 101:7,12

**master** 42:8 55:3 61:18

**material** 31:17 47:11 52:10

**materials** 15:5 38:1 39:11,13 40:3 47:6 59:1 63:7

**math** 49:6

**matter** 74:19

**Mccoy** 4:1,4,9,12, 14 67:8 77:5 79:4, 17,23 86:3,7 89:8 93:17 94:3,22 95:20 101:1,5 106:9

**meaning** 22:16

**means** 96:15 97:2,4

**meantime** 37:1 43:21

**medications** 6:6

**members** 8:25 105:25

**memory** 29:22 64:24 91:9 96:11,18

**mentioned** 6:22 8:11 16:25 17:4 31:13 33:5 62:17 86:21

**met** 4:19 6:14,18, 19 68:15

**Mexican** 51:25

**middle** 89:10,12 92:3,21 93:22 95:25

**mind** 76:18 104:14

**mischaracterizes** 102:16

**missed** 78:5

**mist** 32:19 35:24 36:2,3,9,10 45:21, 23

**mistake** 97:5

**mobile** 11:23

**moisture** 40:11

**moistures** 40:9

**mold** 53:2 83:14, 17,18,22 84:13,15 104:10,15 106:10

**molding** 23:20

**moment** 4:19 67:19 76:1 85:4,21

**monetary** 69:16

**money** 71:5 75:19 78:2 105:8

**month** 60:12

**months** 34:14 41:19,22 49:3,8 54:13,19

**morning** 4:9

**move** 81:10

**moving** 25:1 40:23 55:23,24

**N**

**named** 16:21

**names** 68:7,9

**narrow** 28:19

**Nash** 6:19 47:21 58:12 71:21 72:14 99:9 101:4,17 102:7,18 104:7,23 105:7,11,21 106:5

**naturally** 105:16

**nature** 34:17 41:1

**needed** 29:12

**NIBCO** 4:19 7:7, 20,24 8:2 19:10,16, 22 22:1,2,21 23:4, 14,19 31:6 38:14 39:4,8 47:14 52:14 59:3 62:4 63:10,11 64:5,19 71:20 74:12,17,20 75:3,6, 8,11 77:12 78:19 79:4,12,16,22 80:9, 10,15,20 81:6,20,22 82:11,15 83:3 92:2 96:6 98:21 99:2,6, 11,15,21,24 100:1 102:7,23 103:20 104:2,24

**NIBCO's** 22:24

84:25 86:9

**nice** 16:9

**non-nibco** 47:2, 3 51:6 58:24

**non-pex** 97:16

**note** 21:17

**notes** 89:15 90:17 93:24 96:4

**notice** 32:18 35:6 54:11 61:3 67:18,25 68:4 79:5,13,16

**noticed** 32:24

**number** 89:8

**numbered** 81:15

**numerous** 29:3

**O**

**O.C.G.A.** 106:19

**oath** 5:1 67:12

**Object** 101:16 105:9

**objection** 58:12 71:21 72:14 99:9 101:20 102:2,15 104:4,20 105:4,9,18 106:1

**obligation** 81:6

**obligations** 81:5,19,22

**Observation** 10:20

**observations** 102:22

**observe** 37:6 44:25 51:7 55:14 56:18

**observed** 36:12

**occasion** 35:12

**occupation** 9:12

**occurred** 12:7 83:20 98:16

**occurring** 61:14

**odd** 92:10

**offered** 69:15

**on-site** 72:25

**online** 15:14 16:4 69:3

**opened** 45:3 57:5

**opening** 58:19

**operate** 28:8

**opinion** 84:12

**opposed** 5:18 29:6

**order** 11:3 89:5 90:11 91:17 93:16 98:15

**ordinary** 83:5

**origin** 65:8

**originally** 95:6

**out-of-pocket** 48:5 67:2 77:22 78:1

**outlining** 6:25

**overheats** 27:11

**overpaid** 105:15

**P**

**pages** 88:2,17 89:6 97:14

**paid** 67:2 92:24 105:7

**paperwork** 23:8

**paragraph** 77:3, 17 78:17,19 79:2,3, 21 81:14,18 82:1,3, 7 83:1,3,11

**parallel** 35:3

KELLY MCCOY

**part** 65:3 69:12,15, 16 72:10,19 73:1 74:5 75:19 79:21 87:22 102:10

**particulars** 7:1

**patched** 51:6

**pay** 33:24 48:5 53:10 71:20,22,23

**people** 16:14 20:18 37:12 68:13 69:5 76:20

**percent** 17:3

**percentage-wise** 17:2

**period** 48:22

**permitted** 105:2

**perpendicular** 42:22

**person** 37:11,14 51:19 52:1

**personal** 33:10 40:18 48:17 53:6,7 59:21,22 66:21 71:13 102:21

**personally** 81:8 88:23 99:21 100:8, 21

**PEX** 7:11,18,19, 20,21 17:10,14,20, 24 18:1,10 19:10, 16,19,22 21:5,13,23 22:1,5,8 23:18,22 30:19,21,23 31:1 35:25 36:16 38:8, 10,14,15,20 47:2 52:13 62:25 63:13, 17,20,24 64:9,12, 13,24 71:25 72:1,5, 9 74:4,6 77:12 79:5, 16,23 80:5 81:20,22 83:3 90:4,8,18 92:2 94:2 96:6 99:11 102:7,23

**PEX-RELATED** 97:22

**PEX-SPECIFIC** 23:21

**phases** 15:25

**phone** 6:20 55:12 62:8 74:23

**photo** 33:3 59:8

**pictures** 73:18, 21 76:16,17

**piece** 31:23

**pieces** 76:12

**pinhole** 20:10

**pipe** 11:25 20:7 22:11 25:11 30:2,3, 7,14,17 31:3,6,9,20, 24 32:7 33:6,7 35:2, 16,21 36:1,7,8 37:16,20 38:3,4,5 39:17,19 42:24 43:12 45:4,10 46:1, 5 47:18,20 49:13 50:4,9 51:5,7,8,13 52:22 54:5,10 56:18 57:14,22 58:11,14, 16,17 59:5,8 61:8 64:18,21 72:20 80:21 89:19 93:25 96:6 98:23 99:2

**pipes** 22:3

**piping** 7:15 21:1, 6 22:5 64:25 99:21

**place** 26:19

**places** 84:14

**plaintiff** 7:24 68:25 70:4,7 77:5 79:4

**Plaintiffs** 81:18

**plans** 13:12,13, 15,20,24

**plastic** 7:12

**play** 24:4,18

**plumb** 20:22

**plumber** 14:5 15:1,6 16:18,19

**plumbers** 16:13 82:20

**plumbing** 7:9,13 8:9 11:1,3,7,10 13:14,21 14:1,3,18, 22 15:5,12 16:1,23 17:10 19:1,25 20:4, 14 21:18 22:1 23:11 24:5 25:4,19 27:24 29:4 32:24 37:9 39:15 43:16 44:22 45:3 46:13 50:24 56:23 58:24 61:24 66:16 70:17 77:7, 14,23 78:12,13 84:6 86:18 89:10 90:14 93:4,19 95:23 99:18 100:20 103:16 104:3,11

**pocket** 33:24 53:11

**point** 21:12 24:24 25:13 34:19 55:17, 24 56:2,15 57:6 60:6 63:10 71:25 72:2 77:10 106:13

**policy** 75:15

**pool** 9:16 11:3 82:21

**pools** 9:19,20

**pore** 100:15

**portable** 11:23

**portion** 12:23 31:24 39:16 66:16

**positive** 16:10

**possibility** 104:14

**potential** 106:10

**predisposed** 105:1

**prepare** 6:12

**prepared** 5:7,17 14:18

**preparing** 18:24

**present** 102:9,12

**presiding** 105:21

**pressure** 58:14

**pretty** 34:15

**prevent** 6:8 27:11 37:2

**previous** 51:19 55:5 58:3 65:23 90:11

**previously** 28:4

**print** 23:20 31:9 58:7

**prior** 13:9 20:8,10 24:14 26:2 61:17 78:23 99:24 102:19 103:2,5,9

**problem** 41:5 98:8

**problems** 20:13 22:10 70:13 75:3

**Procedure** 106:19

**proceed** 67:9

**process** 95:18

**produce** 87:21

**produced** 87:25 88:18

**product** 8:5 22:17 71:2 80:16

**products** 22:24 23:4 79:6,17,23 80:5,11 82:8,16 83:4,7 100:1 103:20 105:14,17

**professional** 77:6,12

**project** 63:7

**properly** 21:24 27:18

**property** 33:10 40:18 48:17 53:3,6 59:21 66:21 83:12, 13,15 104:9,18 106:11

**provided** 79:4,8 100:8

**puddle** 33:18

**pump** 24:25 25:23 26:1

**punctured** 103:8

**purchased** 99:21

**pursuant** 106:18

**put** 6:17 8:6 26:19 31:15 37:16 52:16

**putative** 81:18

**puts** 40:9

**putting** 40:7 45:24 63:1

**PVC** 89:16

**Q**

**qualifications** 15:12 17:8

**quality** 99:6

**question** 5:13, 22,25 85:9 102:19

**questions** 5:5 6:9 19:16 41:12 100:25 101:5

**quick** 67:5

**quiet** 55:6

**quote** 77:6,7,19, 20,21,24 78:19 79:3,6,22,24 81:18, 20 82:8,11 83:4,5 89:16 90:17 93:25 96:4

KELLY MCCOY

**Quote/end**
79:24

---

**R**

**radiant** 18:3,10, 12,16,20

**range** 49:4

**reaching** 82:8

**read** 69:23 85:6,19 86:3 89:20 90:20 93:24 94:4 96:3,9

**reading** 86:9

**ready** 67:9

**real** 20:13,17 39:9 49:7

**realize** 60:23 67:11 82:1

**realized** 41:4

**reason** 6:4 17:14 29:6 53:13 70:10 102:22 103:1,4,7, 11,23

**reasonable** 58:23

**reasoning** 93:12

**rebuild** 12:9 17:11 18:7 21:10 22:23,25 23:13 25:10 26:20 27:2 29:16 100:11,14 102:8 104:24

**rebuilding** 12:7 15:25

**rebuilt** 11:14 13:11 14:19 20:15 21:2 22:1,3,5 95:6

**recall** 16:25 17:1 19:2,7 20:10 22:4 29:23 30:1 35:11 37:8,13,18 38:21 39:7 46:9,21 48:25 60:3,13 64:19,25 85:11 88:9 100:23

**received** 92:17

**recently** 22:18

**recess** 67:7

**recirculation** 24:8,20 25:5,23 26:1,6 65:1

**recognize** 67:25 71:1 87:11,16

**recollection** 13:22 20:8 41:14, 16,21 49:9 98:11

**reconnect** 25:11

**reconstruction** 10:16

**record** 4:11 5:14, 17,19 63:9 85:22 86:2,5 100:3,4

**records** 60:18

**recourse** 74:16 103:15 104:2

**red** 21:3,4,9 31:3 45:18 46:5,8,15 64:23

**refer** 7:12,18 68:23 94:7

**reference** 77:18 82:2,7 83:12 86:17

**referring** 10:14 79:7 89:23 90:24 92:6 93:8 94:25

**refers** 7:8 92:2

**reflected** 98:5

**refresh** 64:24 96:11

**regard** 14:23

**relate** 99:5

**related** 24:20 75:15 88:17 90:4 100:6

**relates** 82:4 97:15,16

**relation** 34:21 42:16 48:6 61:6 65:22

**release** 27:13

**relevant** 88:16

**relief** 27:14

**rely** 56:25

**remaining** 31:23 53:25 95:17

**remedial** 84:3

**remediate** 83:21 84:16

**remediated** 104:11

**remedies** 70:22

**remember** 6:16, 21 7:2 17:2 20:24 21:12 22:2 28:12 34:7 36:14 37:11 39:22 40:23 43:17 45:17 47:24 51:18, 22,23 60:7 62:1 67:23 72:13 75:1 85:7

**remind** 11:18

**remodel** 105:16

**remodeled** 11:9

**remove** 55:19 56:14 96:5

**removed** 39:17 45:6 51:9 55:21,25 56:17 94:8,13

**removing** 56:9 97:7

**Reno** 74:23 80:25 86:18,21,23

**repair** 31:11,18 33:6,22 37:5 38:2,5, 11 39:2,12,17,23,24 43:14 44:19 46:23, 24 47:7,12 48:3,6 49:1,9 52:11,13 56:19 57:4 58:22 59:16 67:2 71:4

78:10 79:16,23 80:11,12,16,20 89:16,23 90:2,18 91:14,15 92:8 93:4, 8 94:2,3,18,22,25 95:5 96:5,15,16 97:3,15,25

**repaired** 30:2 31:20,24 45:7 47:18 52:20 57:11 80:5 84:12

**repairing** 10:25 11:6 22:20 53:17

**repairman** 52:5

**repairs** 16:23 22:20 39:25 50:7 65:23 70:13,21 77:23 78:7,20,23 86:25 90:22 91:3,11 94:12 96:12 97:12, 22 98:2,5 100:7,20 102:13

**repeatedly** 78:20

**rephrase** 5:23 20:25

**replace** 25:22 40:16 48:15 62:5 79:16,23 80:11,16

**replaced** 27:20, 23 28:24 30:6 44:23 47:1 64:22 78:13 80:5

**replacement** 78:12 80:12

**replumb** 24:15 63:13 74:9

**replumbing** 62:15 63:4,7,19 64:2 65:4,7 66:6,15, 25 74:4

**report** 62:11

**reported** 36:16

**reporter** 5:4,11 11:19 30:9,11,20, 23,25 68:23 73:10,

12,15 101:23,25 102:5

**represent** 4:18

**representative** 38:25 62:18 81:2 105:23

**request** 24:13

**requested** 47:22

**required** 97:7

**requiring** 78:20

**research** 17:7 19:18,22 74:5

**reserved** 106:21

**residence** 4:13

**residents** 82:5

**response** 36:11 47:16

**responses** 84:25

**restroom** 6:3

**result** 8:10

**retain** 39:19 74:8

**return** 28:20 31:2

**review** 86:11,13

**reviewed** 6:13, 15 99:25

**reviews** 16:10

**right-hand** 89:9 93:17

**ring** 21:21,22

**Roger** 14:16 15:24 16:18 77:15

**role** 24:4

**room** 55:1

**roughly** 60:17 89:13 98:15

**Rule** 106:18

**rules** 4:23 106:19

KELLY MCCOY

**run** 26:7,8,11
49:13 54:10

**running** 9:22
12:2 26:10 42:21
44:8

**runs** 26:6

---

**S**

**S-W-I-M-L-I-N-E** 9:25

**safe** 83:4,7

**safety** 27:9

**sample** 51:17

**satisfy** 85:25

**scene** 37:24

**scheduled**
89:11 90:14 93:21
95:25

**search** 88:20

**section** 30:7
31:15,21 32:6 35:2
37:16,17 44:23,24
45:10 46:10 47:1
50:3 51:5,8 52:20
58:23,24 59:13
61:10,12 65:13
93:24

**secure** 99:2

**seek** 16:17

**seeking** 70:24
71:16 80:19

**select** 14:8,11,14
15:1,4

**selected** 17:10,
15,21 23:22 31:17
39:12 47:6,9

**selecting** 24:4

**sell** 82:18

**send** 47:22 79:10
88:8 94:3,22 95:4

**sense** 25:15
42:18

**sentence** 79:22

**separate** 24:22
41:11 97:15 98:23

**September** 12:9
95:16 97:2

**sequence** 15:22
96:12 98:12

**series** 95:14
96:23

**service** 89:7,9
93:18 95:22

**serving** 89:17

**set** 26:8,10,11
68:21 84:21,25 87:2
98:18

**settings** 26:7,13,
18,19

**shark** 30:5,9,10
31:18

**sharp** 101:14

**sheet** 100:12

**short** 67:9 86:8

**shower** 28:9

**showers** 44:11
94:1

**shown** 89:7 93:13

**shut** 44:4 57:15,16

**shutoff** 44:13,15

**side** 48:11

**siding** 12:15

**sign** 61:1

**signature**
106:20

**signed** 69:11

**signing** 85:11

**similar** 34:17
41:1 45:10 51:5
54:21 55:6 64:14

69:4

**similarly** 103:8

**simple** 16:5

**simply** 80:12

**sir** 8:12 102:1

**sit** 29:24 84:17

**sits** 27:5

**sitting** 5:1

**situated** 42:18

**situation** 46:24

**six-month** 48:22

**sixth** 60:2,12,22
63:3 64:5 65:6,9
66:19 97:25

**size** 30:2 35:15
43:11 50:9,11 57:23

**slab** 13:1,2 35:9

**slow** 60:25 61:2

**small** 33:18 44:24
57:8 72:22

**smaller** 58:2,4

**smoothly** 4:24

**sold** 82:11,16

**solely** 99:6

**sort** 34:18

**sound** 50:16,18,
20 55:10

**sounding** 63:9

**sounds** 88:22

**source** 66:8

**southeast** 44:17

**Southern** 10:2

**speaking** 18:4

**spec** 100:12

**special** 21:21

**specialty** 15:15

**specific** 10:11
14:20 19:22 23:18
40:10 76:12

**specifically**
6:21,23 8:9 31:5
64:4

**specifications**
27:25

**speculating**
106:13

**speculation**
104:21 106:2

**spend** 71:5,9,19

**spent** 75:19 78:2

**spliced** 58:24

**split** 8:10 28:19
30:3,12,13,17,21
34:18 36:1,8 37:21
45:11,12 51:13
57:8,21,24 58:5,11
59:13 94:3

**splits** 8:9 58:16
101:8

**spoke** 6:20 65:25

**spoken** 6:14

**spot** 32:23 45:18

**spotted** 32:25

**spouse** 70:4

**spray** 35:24

**spraying** 33:5
46:1,3

**spring** 60:13

**square** 40:14

**stack** 68:22

**standing** 35:9
54:25

**start** 26:10 38:4

**started** 22:17
38:17 69:2 92:19

**starting** 12:9
28:16 38:13 68:8

**state** 4:10 10:3
90:17

**statement** 77:5
85:11

**states** 77:21
78:18 79:3 81:17
83:3 89:15 93:25
94:21 96:1,4

**stating** 77:21
86:18

**steel** 21:22

**steps** 51:3

**stickler** 20:17

**stop** 37:2 43:22
66:4 79:6

**store** 35:13 99:11

**stored** 99:15,17
103:2

**story** 43:2

**straight** 32:17

**stream** 44:2
45:23 46:1

**street** 44:16

**stress** 45:19
58:20

**stretch** 59:25

**studs** 48:10

**study** 10:5

**stuff** 13:3 35:13

**subcontractor**
14:6

**subject** 39:3
62:14

**submitted** 28:23

**subsequent**
32:4

**substantial**
82:8

**substantially**
81:19

**successive** 34:15

**suffered** 77:19 83:13

**suggested** 62:17

**supplies** 24:2

**supply** 18:2,11

**surrounding** 13:1

**survived** 25:18

**Susan** 9:5

**Swimline** 9:25

**swimming** 9:16, 20

**sworn** 4:5 85:11

**system** 24:8,12, 14,21,23 25:5,20 26:6,14 28:5,8 65:1 77:7 98:8

**systems** 7:9,13

---

**T**

**takes** 70:15

**taking** 5:5 6:6 62:25 65:24

**talk** 4:22 5:11,12 28:12 48:20 53:25 60:2 70:1 89:4 94:19

**talked** 23:10 54:16 59:7 60:3 61:6 65:23 67:3 68:18 73:13,17,24 74:12 90:23 91:13, 15 94:11 98:12

**talking** 5:12 7:19 42:17 50:8 59:25 73:22 78:15

**tank** 26:22,23 27:4,8,11,12 28:2,8, 11

**tankless** 28:4,7

**tear** 44:21 51:4

**Technician** 89:16 90:18 96:5

**tedious** 41:11

**tells** 57:1

**tend** 49:15

**term** 7:7,11 21:18 76:6

**terminology** 7:6

**terms** 15:5 25:19 39:11 40:5 52:9 56:14,24 57:13 59:25 60:12 61:15 63:7 64:2 74:3,5 75:5,14 81:4 96:12 98:15 100:6

**test** 72:18

**testified** 97:25 102:9 103:14 104:9, 13

**testifies** 4:5

**testifying** 106:12

**testimony** 7:3 83:16 92:7 93:5 101:7 102:16

**thing** 5:16 51:12 82:17 100:15 101:6

**things** 4:23 14:24 16:11 53:3 70:14

**thinking** 48:1

**Thomas** 16:21, 22

**three-** 48:22

**three-quarter** 50:12,13 94:2

**three-quarters** 30:4 57:25

**thrown** 31:22 59:6

**tight** 20:22

**tile** 18:18 44:21 46:3 55:19,21 56:9, 14,17 65:24 78:10 94:1,8,13,25 95:1,5, 6 96:5,15 97:3,7

**tiled** 52:16 56:4

**tiles** 51:4

**time** 6:3,14,17 15:13 18:7,24 19:10 20:6 21:10 22:23,25 25:10 26:8 36:22 38:13,16 41:4,10 43:10 45:2,21 46:13 47:13 51:11 55:15 56:20 60:4,5,22,25 61:23 62:4,23 63:3 64:5 66:11 68:24 69:15 71:6,9,18 73:15 78:3 81:13 85:19,24 86:8 90:14 92:11,19 96:14,15 98:15 100:25 101:1

**times** 55:22

**today** 4:24 5:1 6:7,11 29:24 67:18 68:1 84:17 104:1 105:13

**told** 38:13 65:15 75:3 80:24

**top** 68:7 76:5,25 79:2 91:20

**tore** 25:12

**torn** 11:8

**totaled** 78:14

**touch** 75:2

**tracking** 80:8

**trade** 11:4

**traditional** 12:14

**training** 22:7

**transcript** 5:6

**travels** 24:24 34:19

**trial** 5:7

**trip** 37:13 96:6,20 97:4

**trips** 98:4

**troubles** 38:20, 22 69:2,4

**true** 18:9 22:14 72:6 80:1,9,14 83:6 85:15 93:10 105:20

**truthful** 6:8

**tubing** 7:13,15 15:5 17:10 19:10 21:9,13,23 22:5,21 23:14,16,18 24:17, 20 25:3 30:19,22,23 31:2 35:25 36:17 38:8,10,14,15,20 47:2 51:6 52:13 62:5,25 72:10 77:13 78:19 99:7,11,25 101:8,18 102:7,14, 23 103:12 104:24

**turn** 44:10,11 57:18,19

**turned** 28:10 43:23 58:15 95:1

**two-story** 12:14

**type** 7:12 10:11 23:9,12 47:11 57:21

**types** 105:1

**typical** 34:15

---

**U**

**uh-huh** 5:3,15,18 7:17,22 8:16,21 9:16 11:15 13:13 17:6 18:8 20:5 24:10 26:8 27:23 28:14 31:4,12 32:12 34:8,23 43:8 45:5 48:24 50:2 58:9 62:13 65:2 73:23 76:8 85:13 87:4 89:18 91:19,23 95:8,24 96:8 97:13,

18,23 101:10

**ultimately** 63:23

**underneath** 18:21 48:12 61:11, 12 93:25

**understand** 4:25 5:8,22 7:7,12, 23 11:13 61:14 62:10 88:1 102:18 104:1

**understanding** 10:17 24:7 27:7 63:12

**understood** 5:21,25 47:17 102:6

**undiscovered** 104:15,19

**unfolded** 15:21

**units** 11:24

**University** 10:2, 4

**unrelated** 90:8

**unsure** 49:7

**upstairs** 12:2

---

**V**

**vague** 101:21,23

**valve** 27:13,14

**vapor** 27:10

**vent** 11:25

**verbally** 65:15

**verification** 85:10

**verified** 85:11

**verify** 64:16

**version** 85:10

**video** 73:18,22

**visit** 37:9 97:9

KELLY MCCOY

**visual** 20:16,20 21:16 76:20 102:21

**visually** 20:17 58:15 61:4 102:9

---

## W

**wall** 41:7 42:3,5,8, 9,12,15,22 44:22 45:3,4 46:3 50:20 51:8 52:16 54:9,22, 23 55:23 56:3,9,13, 18 57:5,10,17 59:5, 9 61:16 66:12 94:1 96:16 97:3

**walls** 41:3 46:14 50:17 83:14,17,18

**wanted** 29:23 62:24

**warranty** 23:6 34:4 40:2 74:15 75:6,9,11 81:5,6,7, 20,22 103:21,24

**washing** 89:17

**watched** 19:8

**watching** 10:18 20:18 56:22

**water** 6:3 13:2 18:13 21:4 24:8,22, 23 25:2,21,23 27:5, 9,10,11,14,21 28:1, 10,17,20 31:2 32:11,14 33:1,7,18 34:19,22 40:5,7 42:13,16,20 43:24 44:2,5,6,7,8,13,15, 16 45:24,25 46:12, 18 50:17 54:5,21 57:14,16,18,19 58:14,15,17 72:18 90:3,19 91:4 92:3

**website** 16:9 17:5

**week** 67:24 78:14

**weeks** 78:15,16

**Weslander** 4:8, 18 30:12 31:1 58:21 67:5,8,16 71:24 72:15 73:13,16 75:22 85:3 86:2,7 87:9 99:10 100:3,5, 24 101:16,20,24 102:15 104:4,20 105:4,9,18 106:1,8, 16

**wet** 40:6 48:11 53:1 57:20

**wet all** 48:10

**wetting** 53:4 59:19 66:19

**whatsoever** 101:13 105:8

**white** 21:5,7,9 24:17,20 25:3 45:13,15 57:22 58:20 64:24 101:7, 12

**wholesale** 9:16

**wife** 9:3

**wife's** 9:4,12

**window** 11:25

**winter** 60:14

**wire** 18:19

**witnessed** 10:15

**wondering** 18:9 69:20

**wood** 12:14

**Woodward** 13:17

**word** 9:25

**work** 15:13 18:24 19:8 20:18 29:9 39:1,23 40:2 44:25 52:15 55:14 59:16 71:6 78:3,4,8,11,16 80:12 84:3,11

**worked** 10:21

**working** 11:3

19:3 71:10,19

**worry** 53:2

**worth** 71:6

**wrong** 16:11

---

## Y

**yard** 35:13

**year** 29:16 47:25 60:7,8,12 69:8 72:11

**years** 4:16 10:3,4 20:6 22:12 29:4 69:9,10 93:9

---

## Z

**Z-U-R-N** 72:1

**Zurn** 72:1,5,9