**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| KIMBERLY COLE, ALAN COLE, JAMES MONICA, LINDA BOYD, MICHAEL MCMAHON, RAY SMINKEY, JAMES MEDDERS, JUDY MEDDERS, ROBERT PEPERNO, and SARAH PEPERNO, and KELLY MCCOY, on behalf of themselves and all others similarly situated, | : | Civil Action No. 13-7871 (FLW)(TJB) |
| *Plaintiffs*, | : | CLASS ACTION |
| v. | : | **DECLARATION OF BRUCE D. GREENBERG IN SUPPORT OF PLAINTIFFS' MOTION TO EXCLUDE TESTIMONY OF DR. ERIC R. WEISHAUPT** |
| NIBCO, Inc., | : | |
| *Defendant.* | : | |

I, Bruce D. Greenberg, declare the following:

1. I am counsel for the Plaintiffs in this matter and submit this Declaration in Support of Plaintiffs' Opposition to Defendant NIBCO, Inc.'s Motion for Partial Summary Judgment. This Declaration is based on my personal knowledge.

2. Attached hereto as **Exhibit 1** is a true and correct copy of the May 5, 2017 Investigative Report of Dr. Eric R. Weishaupt.

3. Attached hereto as **Exhibit 2** is a true and correct copy of the May 31, 2017 deposition of Eric R. Weishaupt taken in this matter.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 28, 2017.

*/s/ Bruce D. Greenberg*
Bruce D. Greenberg