# EXHIBIT 1

**Report by Robert F. Jalnos, CBD, Master Plumber**
**Texas Master Plumber License No. M-9355**

KIMBERLY COLE, ALAN COLE and JAMES MONICA,
on behalf of themselves and all others
similarly situated,

Plaintiffs,

v.

NIBCO, INC.,

Defendant

I understand that the products at issue are NIBCO, Inc.'s 1006 PEX pipe and certain fittings and clamps. The Complaint alleged damages caused by these products and seeks to itemize the cost of repair associated with repairing or replacing them.

I have been asked to review the validity of a one-price per fixture solution for repairs to premises from plumbing water leaks. I have over 40 years of plumbing experience and have prepared countless estimates for plumbing projects of all sizes. A "one size fits all approach" is not an appropriate mechanism or methodology for pricing plumbing projects, particularly when considering different plumbing and construction variables, like materials, home conditions, system logistics, and environmental conditions, not to mention geographic considerations like neighborhoods, municipalities, and states. Each of these variables, and this is a non-exclusive list, will necessarily affect price on a project-by-project basis.

There are many specific criteria that go into preparing a plumbing estimate, which I have used in my 40+ years of experience.

Housing plans vary wildly and each house presents a unique set of circumstances. Even in subdivisions built by a single builder, different floor plans exist, and each will find a different set of criteria that need to be assessed in preparing a plumbing estimate. A summary of the building process may be helpful.

Plans are drawn by Architects, and plumbing is designed by Mechanical Engineers to insure that the plumbing installations meet the quality, vision, and code compliance for each individual project. Variations in these plans make it impossible to prepare estimates without obtaining information specific to the home. Is the plumbing largely visible, like you see in the Medders'

home, or is the plumbing almost exclusively behind drywall, as seen in the Peperno home, or is it hidden behind or under some other building material or within the sub-floor, as in the Sminkey home? And even where some of the plumbing is exposed, such as in the attic of the Cole home, you can still have a substantial amount of the plumbing hidden behind drywall or flooring based on the design of the house. Access to the system plays an integral part in successfully and accurately bidding a project and approximating its cost because access controls what type of effort will be needed to repair or replace the system, and what cost will be associated with then repairing the home to its original state. It is not the standard of the industry to put a Flat-Rate price per fixture in bidding plumbing jobs, or in repairing a damaged system, particularly one that applies without adjustment across various geographic locations. I've heard of some plumbers relying on this technique, and most today are out of business.

A price per fixture system simply does not work. First of all, there are many types of homes. As noted above, the level of access to the system plays an important role in estimating the cost of repairing or replacing the plumbing system, but the type of home is equally, if not more important. Tract/Production homes, where a subdivision has several different models they repeat over and over again, and custom homes, which are individually designed homes that are built once to the specifications of the client/builder, both present different issues that must be considered.

For example, whatever the type of home, when assessing the cost to repair or replace a plumbing system, the plumber must consider:

- Is it a one or two-story home?
- Is there attic space?
- Is there a basement or no basement?
- How much demolition/labor is involved to gain access to replace piping?
- Is it a slab foundation or pier and beam foundation with sufficient crawl space?
- Are there high ceilings or steel beams in the way?
- Is insulation required?
- What level of materials were used in the original plumbing installation?
- Are there design features on the walls (wallpaper/texture/etc.) that would drive up repair costs?
- Are there expensive features of the home likely to be damaged in accessing or repairing the system, e.g., granite, marble, premium cabinets, etc.?
- The length of pipe?
- The number of fittings necessary for proper installation?
- The number of clamps?
- Do local codes and ordinances affect the installation requirements and therefore the price?
- Are other contractors (other than plumbers) required to complete some of the project?

These questions cannot be ignored in preparing an estimate to repair or replace a plumbing system, in large part because failing to consider these criteria will result in some estimates being far too low or far too high, but in any event completely inaccurate and unreliable. This is why many plumbers using this method have gone out of business. Employing this method as a way to calculate damages based on Mr. Slovak's method would leave certain projects extremely underfunded, and create a windfall for the others.

**Summary of Opinions Regarding the Report of Ed Slovak**

Moreover, according to the expert report of Ed Slovak, New Construction Manager/Repipes for Arizona Delta Mechanical, Inc. 6056 E. Baseline Road, Suite 155 Mesa, AZ 85206:

- Slovak claims the process for re-piping an existing plumbing system begins with a walkthrough of the premises.
- Slovak claims he has a methodology for determining the cost to re-pipe an existing plumbing system.
- Slovak claims he uses certain factors to increase or decrease the cost number.
- Slovak claims that the standard cost to repair a full plumbing fixture (hot & cold water) to be $600.00 per fixture and a half-fixture (hot or cold only) to be $300.00 per fixture.
- Slovak claims a larger building will require more plumbing fixtures which will increase the cost of the job.
- Slovak claims a smaller building will require less plumbing fixtures which will decrease the cost of the job.
- Slovak claims that unit cost methodology is a standard of the industry.
- Slovak claims the total cost coincides with a standard cost per each fixture for a structure of any size.

I agree that a jobsite visit should be made on each individual re-piping job. Indeed, a jobsite visit is necessary at a minimum to start to get a sense of the many variables that affect a price that I identify earlier in the report. The remainder of Mr. Slovak's methodology is unsound and unreliable.

Mr. Slovak claims he came up with a methodology in figuring out a common cost to re-pipe homes across the country, but he has no information whatsoever about any homes other than limited information about the homes belonging to the named Plaintiffs. Mr. Slovak's methodology would and could not be accurate. Applying it would be like playing horseshoes, or throwing hand grenades. It could be close for some homes, but it could be far off too. Who pays for the overruns? Who absorbs the cost associated with repairing foundations that are damaged to access tubing? Who absorbs the costs associated with removing or replacing cabinets, or premium building materials, or performing repairs on particularly challenging installations? Who pays for other unforeseen issues found once the job starts? These are only

examples of course. There is an abundance of job-specific complications and questions that Mr. Slovak's methodology both implicates and ignores.

Mr. Slovak claims he uses certain factors to increase or decrease the cost numbers from his flat-rate methodology, but identifies only a single one; namely, whether the fixture has both hot and cold water flowing to it. Each of the sample variables mentioned above has a direct effect on the actual cost either increasing or decreasing cost and applying Mr. Slovak's methodology to all homes prevents the consideration of these factors.

Mr. Slovak also claims that a larger home has more plumbing and a smaller home has less plumbing, but this is not always true. I've seen 10,000 square foot homes with 3 baths and 2,000 square foot homes with 3 baths. It's up to the builder or owner to decide how much plumbing goes into an individual home and has nothing to do with the size of the home. For this additional reason, individual homes must be treated as individual projects.

Mr. Slovak states that it is the Standard of the Industry to use unit cost methodology. As I mentioned before, most do not use this approach. I certainly do not. The some that do usually end up out of business because they don't keep track of rising cost of materials and labor or individual situations which require more materials or labor to be used to finish the job. In any event, it hardly is a "standard" and Mr. Slovak cites no support for this conclusion.

Lastly, Mr. Slovak claims that total cost coincides with a standard cost per each fixture for a structure of any size. He adds a footnote that his calculations includes the cost to re-pipe a structure only. This contradicts his previous footnote number 1 that a price per fixture cost works in every situation to figure out the price to replace and repair the homes with leaks in them.

The proper and fair way for each individual homeowner to accurately assess the cost to re-plumb their home is to have the various subcontractors necessary, such as the plumber who will re-plumb the house and the other sub-contractors who will repair any damage to the home resulting from the re-plumb, put together estimates based on the individual needs of the systems at issue. Those estimates would reflect a more realistic total price to repair the system. A failure to account for the variables associated with actually performing significant plumbing jobs will result in inaccurate estimates. One may receive a windfall, but many others will not receive adequate funding to finish the job.

**Materials Reviewed**

- Expert Report of Ed Slovak
- Expert Report of Cynthia Smith
- Second Amended Class Action Complaint
- Plaintiffs' Initial Disclosures
- Plaintiffs' Responses and Objections to NIBCO's First Set of Interrogatories
- Deposition transcripts of parties deposed in this matter
- Inspection photographs ESI - Boyd, Cole, McCoy, McMahon, Medders, and Monica.
- NIBCO Installation manual
- 2009 Uniform Plumbing Code (UPC)
- 2009 International Plumbing Code (IPC)

***NIBCO Limited Warranty***

NIBCO INC. warrants that when NIBCO PEX pipe is used with NIBCO PEX fittings, and NIBCO valves and installation accessories, they will, under normal conditions, use and service in potable water and radiant heat systems, be free from defects in materials and workmanship for a period of twenty-five (25) years from the date of purchase when installed by a licensed professional contractor. The 25 year warranty is voided if any non-NIBCO products are used in the PEX system. NIBCO, INC. warrants NIBCO PEX pipe, when used under normal conditions, use and service in potable water and radiant heat systems with brass insert fittings meeting NSF/ANSI 61, ASTM F 1807 and ASTM F 877 to be free from defects in materials and workmanship for a period of ten (10) years from the date of purchase.

IN ORDER FOR THIS LIMITED WARRANTY TO APPLY, THE ABOVE REFERENCED PRODUCTS MUST BE INSTALLED BY A LICENSED PROFESSIONAL PLUMBER IN ACCORDANCE WITH NIBCO INSTALLATION INSTRUCTIONS AND IN COMPLIANCE WITH ALL APPLICABLE CODE REQUIREMENTS. FAILURE TO DO SO WILL VOID ALL APPLICABLE WARRANTIES.

This warranty does not apply and you do not have a right of reimbursement if the failure or resulting damage is caused by:

1) Breaks, tearing, kinking, gouges, punctures or other external damages before, during, or after installation.
2) Exposure to temperatures and pressures beyond the product ratings as specified on the product or in the NIBCO installation manual.
3) Exposure to damaging chemicals, substances or corrosive water conditions.
4) Damage from abnormal operating conditions.
5) Damage due to accident, abuse, misuse, or unauthorized modification or repair.
6) Improper installation due to worn, damaged, unauthorized or improperly calibrated tools.

7) Components in the plumbing system other than those manufactured or sold by NIBCO.
8) Not designing, installing, inspecting or testing the system in accordance with NIBCO installation instructions at the time of the installation.
9) Failure to follow applicable code requirements and good plumbing practices.

***Conclusion***

I do not agree with Mr. Slovak's methodology method as a means to calculate construction costs using a Flat Rate per plumbing fixture. There are too many variables making this methodology inherently inaccurate and unreliable. It will not approximate the actual cost to replumb any particular home. It also could lead to even more litigation when the homes are not being repaired properly.

I reserve the right to review or amend my above statements.

**Reasonable Cost of Remediation/Re-plumbing**

I will continue to refine my estimate of these costs based on any additional information produced in the future.

**Qualifications and Experience**

I currently sit on the Texas State Board of Plumbing Examiners. I was appointed by then-Governor Rick Perry for 8 years in the Plumbing Contractor's Position. I was just recently re-appointed by current Governor Greg Abbott term expiring 2022.

I am the Responsible Master Plumber of Steve's Plumbing Company and have worked in the industry for over 40 years. As a Responsible Master Plumber (RMP) (defined in the Texas Plumbing License Law Section 1301.002 definitions in 9-a and Plumbing Board Rules Section 367.3), it is my responsibility under the law to have all the skills and knowledge of the plumbing work that is being done by my employees and/or my plumbing sub-contractors. I have direct, personal experience in the installation of PEX piping and have received the training required to install it correctly. I have estimated thousands of jobs and projects in my career. Additional qualifications and experience are listed in my curriculum vitae (attached). Currently, my billing rate is $275 per hour.

Respectfully submitted,

Robert F. Jalnos, CBD
Master Plumber M-9355

Attachments: CV



**Robert F. Jalnos, CBD**
**Master Plumber M-9355**
**7344 Caribou**
**San Antonio, Texas 78238**
**210.681.8010 | 210.68108178 fax**

Robert F. Jalnos, CBD, is currently a Managing Partner, CEO, and Responsible Master Plumber (RMP) for Steve's Plumbing and Heating Company, Ltd. He is also President/CEO of JOBWARE, Inc. a plumbing estimating software firm and President and CEO of Acquasol America, LLC., a solar water heater and cleaning solution company. He has over 40 years of experience as a Licensed Master Plumber in the State of Texas. He currently holds a Master Plumber License (M-9355), a Master Medical Gas Endorsement and a Master Multipurpose Fire Sprinkler Endorsement with the Texas State Board of Plumbing Examiners. He is licensed and certified with the Texas Railroad Commission on the installation of LPG gas systems. He is certified in the installations of all PEX and CSST piping. He is a Certified Bathroom Designer (CBD) certified by the National Kitchen and Bath Association and also an expert in solar thermal radiation and capture.

Mr. Jalnos was appointed in 2004 by Governor Rick Perry to the Plumbing Contractor position on the Texas State Board of Plumbing Examiners term expired November 2010. He was appointed again in 2016 by Governor Greg Abbot term expiring 2022. He chaired the Medical Gas, Water Protection Specialist, Multi-purpose Fire Protection, Continuing Education, Legislative, Rules, and Personnel committees for the board. He is a Certified Green Plumber. Mr. Jalnos has also served as Past President of the Plumbing, Heating and Cooling Contractors (PHCC) of San Antonio. He also was a Plumbers Professional Continuing Education Certified Instructor with the Texas State Board of Plumbing Examiners. He has served as Chairman of the City of San Antonio Plumbing Appeals and Advisory Board for 12 years. Mr. Jalnos was appointed in March 2012 by Mayor Julian Castro and City Council to the newly formed Super Board in the Master Plumber position- Open Shop. Mr. Jalnos also served as a board member for the American Standard Companies worldwide from 1988 to 1996 and also served as the advisor to the board as it relates to plumbing design and regulations

Mr. Jalnos was past President of Congregation Agudas Achim in San Antonio. Mr. Jalnos is also on the Board of Governors of TMI- The Episcopal School of Texas chairing the FinFac committee and on the Board of Golden Manor Jewish Senior Services where he serves as Treasurer. .

Mr. Jalnos is known as an industry expert on all plumbing, installation, and estimating from his peers and his many years in the trade. He has served as a plumbing expert witness many times. Billing rate is $275.00 per hour.

I have not authored any papers in the last 10 years.

**Expert Testimony**

**Holt vs. McIntosh**- Case dismissed on Summary Judgement
**Gallego/Rivas vs. Alcantar Apartments**- Case settled at the courthouse before trial
**Halff vs. Dovetail**- Case settled in Mediation
**Trawill vs. Lott Bros Const/Jim Stamport Plumbing**- Case is still ongoing. I gave my deposition on 9/14/2016
**Christianson vs. Nibco**- Gave my deposition on 3/9/2016 in Austin, Texas
**Pulte vs. Nibco**- Suit was dropped prior to my deposition

# EXHIBIT 2

UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

CHAD MEADOW, JOHN and SUSAN )
PLISKO and KENNETH MCLAUGHLIN, )
Individually and on behalf of )
All others similarly situated, )
)
Plaintiffs, )
)
vs. ) No. 3:15-cv-01124
)
NIBCO, INC., )
)
Defendant. )

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

KIMBERLY COLE, ALAN COLE, )
JAMES MONICA, LINDA BOYD, )
MICHAEL MCMAHON, RAY SMINKEY )No. 3:13-cv-07871
JAMES MEDDERS, JUDY MEDDERS ) FLW-TJB
ROBERT PPERNO, SARAH PEPERNO, )
And KELLY MCCOY, on behalf )
Of themselves and all others )
Similarly situated, )
)
Plaintiffs )
)
Vs. )
)
NIBCO, INC., )
)
Defendants. )

DEPOSITION OF ROBERT F. JALNOS

TAKEN ON BEHALF OF THE PLAINTIFFS

MAY 31, 2017

MR. KUHLMAN: Object to form.
THE WITNESS: Robert Jalnos an individual.
Q. (By Mr. Flannery) So in any of these cases, the expert report you're providing is not for Steve's Plumbing specifically; correct?
A. This has nothing to do with Steve's Plumbing. The check I receive for these services go into my account, not Steve's Plumbing.
Q. Tell the Jury what Steve's Plumbing is.
A. Steve's Plumbing is a 40-year-old plumbing contracting firm in San Antonio, Texas. We specialize in anything that's plumbing. We're one of the few plumbers that still does everything. We do new construction, residential and commercial work. We do new construction, I mean, remodel of commercial and residential work. We do service and repair on residential and commercial jobs. We do utility work. We do underground gas lines. Basically, if it has to do with plumbing, we do it all.
Q. Mr. Jalnos, has Steve's -- strike that, did you found Steve's Plumbing?
A. Yes.
Q. What year did you found it?
A. 1978.
Q. And it's still in business today?

deposition. And I want to make sure I understand -- I understand the testimony and understand it relating to what we just talked about. So there was a question asked and it's on Page 207, Kevin, of that transcript.

MR. KUHLMAN: Can you give me just a minute?

Q. (By Mr. Flannery) Sure. Line 17 is where I'm going to start; Line 17 of 207 to the first couple lines of 208. So Mr. Jalnos, here's the testimony that I want to ask you about. It was three questions and three answers. First question, "And have you ever repiped a PEX house?" Answer, "No." Question, "Let me make sure you understand my question. Has Steve's Plumbing ever hired -- Steve's Plumbing ever repiped a PEX house?" Answer, "No." Question, "Have you ever even seen a house, even driving by in the street, standing at curb, seen a house being repiped?" Answer, "No." So was that accurate at the time you gave that testimony?

A. No, it wasn't. I'm surprised we didn't correct that. That's not accurate at all.

Q. Tell me what's inaccurate about those three answers that you provided?

A. I can see maybe the first one have I ever repiped a PEX house, I took that as maybe personally

me repiping, so I would say no there. Have you ever seen -- well, I have been all through these houses in 40 years I have seen thousands of repipes. It's not like I have seen one; no. So that's inaccurate statement we should have caught. And then, I don't ever remember the question even driving by in the street, none of those statements are true. I don't know how they are in there or why we didn't catch them and correct them because they needed to be corrected.

Q. Okay.

A. And I can have physical evidence produced that shows I have seen repipes. I have been on projects all this kind of stuff prior to that deposition.

Q. Okay. So you think that the first question, have you ever repiped a PEX house, you think that's inaccurate or you think that's accurate because you thought it referred to you yourself?

A. Exactly.

Q. So you yourself have not ever personally repiped a house?

A. I have done piping, some of the piping in the house, but I haven't gone in with a work order that, Robbie Jalnos is going to repipe the house. Because I'm the owner of the company and I hired

your report in the Meadow case?

A. Okay.

Q. By the way, can you also pull up Exhibit 3, your report in the Cole case?

A. Got it.

Q. Can you tell me what differences there are between the two reports?

A. There is not much difference between the two because they both pertain to the same subject matter; and that was whether Mr. Slovak's one price fits all worked everywhere or not. And so there was a lot of similarities to them. Some of the items I changed the wording on because I did -- I believe I did Meadow first and then Cole. And, of course, I refer to Meadow as I was doing Cole and referring to what notes I had. And it was just a matter of I felt I could word some things a little differently so I did. But I also worded a lot of things exactly the same, too.

Q. If you will, looking at Exhibit 2, on Page 2 and also looking at Cole Exhibit 3 also on Page 2, you have the same line and I want to ask you about it. You state, "I have heard of some plumbers relying on this technique and most today are out of business." Do you see that?

A. Yes.
Q. And you said that in both reports?
A. Yes.
Q. Who are the "some plumbers" that you're referring to in that sentence?
A. The largest plumbing company that was in San Antonio, Master Craft Plumbing, that did a lot of tract plumbing homes. I'm sure they did Pulte's and Kay Bee's, all those types of homes because they were a very large company. I want to say they had no employees. They used subcontractors, but I think they wrote checks to 400 or 500 different people. They priced everything out by the fixture. And then when another competitor come in from Dallas and took a little bit of that volume away, which killed their cash flow because they realized they weren't making money on anything they were doing, they filed for bankruptcy.
Q. Other than Master Craft plumbing in San Antonio, who else are you referring to in the phrase "some plumbers relying on this technique"?
A. There have actually been many. The sad part is they go out of business and do a name change and come back in and do the same thing over again thinking the result would be different. I know of a

Murray Plumbing. I don't know if they went by Murray or Phoenix, but they were doing per fixture base price and it didn't work out for them.

Q. Where was Murray Plumbing located?

A. San Antonio.

Q. And the company that you referred to as Phoenix?

A. That was another -- this is a company that's been out of business, this individual has probably been out of business or declared bankruptcy more than four times and come back under a different name or LLC or something. So one of them was Phoenix. I guess he thought he was going to rise again.

Q. This was a San Antonio company?

A. Yes.

Q. The Master Craft Plumbing that you refer to earlier --

A. Yes.

Q. -- when were they in business in San Antonio?

A. They may have gone -- I know when they went out of business was two to three years ago. Prior to that probably 2001, 2, 3, they maybe came to town and started.

Q. So is it fair to say Master Craft Plumbing,

in your experience, had been in business a little over a decade, is that approximately right?

A. Yes. They probably, again, I have no clue. I don't know, my only contact with that business is that the owner -- I ran into the owner of the company one day. And he tried to act like we were big buddies. And he said, "You know, you should have kick me in the butt when I was trying to, you know, thought I could do all the plumbing work like you guys do." And it was his words, "I realize now we are 180 percent polar opposites when it comes to plumbing." And my comment back as I remember well was, "I've been in the tract business, and always felt you know unless you do tremendous volume and really watch what you're doing, you know, you're ready to lose your business. And I like my custom home side, my specialty commercial side because I get to estimate these jobs and make a fair profit and I know I'm going to stay in business." And then we talked a little bit about the estimating and he told me at the time that all his estimate or did all day long was plans came in, they would count up fixtures, count up gas piping, whatever. They had a sheet with dollar amount next to each one and that would be the bid. And I would shake my head and go, "You weren't nervous doing that? What

if, you know, it took the plumber four hours to do a job that you did one hour?" And his words back to me, he goes, "I bid two days and we were there three weeks." So, you know, the way the calculator came out. And I said, "It was an expensive lesson." And he goes, "It was."

Q. What was the name of Master Craft CEO who you're referring to?

A. I believe his name was Terry Zinna.

Q. And was Terry's statement to you about how his company did estimating the only way that you knew how Master Craft Plumbing did its estimating?

A. Correct. I would have not known anything about their company if it wasn't for Terry.

Q. And other than that single conversation you were talked about the estimating of Master Craft's jobs versus how Steve's Plumbing did it, did you have any other conversations with Terry Zinna about estimating of plumbing or repiping jobs?

A. Not with Terry Zinna, but with someone else in their company called me one day, and was asking me, I think on Terry's behalf, if I was in their shoes how would I estimate. And I didn't offer any answer. I said, "We're not competitors, but I'm going to run my business my way and you run yours. If you want to own

a business you need to figure it out."

Q. Do you know whether Terry was talking about original installations or repiping jobs when you were discussing?

A. I'm sure he is talking about original installation. You got to understand that repiping jobs, that's not a common -- that's not a common thing. Those are like epidemics, you know. You get one, it hits, it runs its course, and you may not see another one for ten years. It's like anything else. They come in spurts like Kytech came in spurts and did its damage and the company is gone from it. This stuff with NIBCO, has come up, there is all these opinions out there. I know myself as an expert who has installed, you know, hundreds of thousands of feet, if not millions of feet, of pipe, personally, I know what I'm seeing and I'm seeing horrible installation practices. And when I see that kind of stuff it makes me sick to my stomach that our trade has such unskilled workers or the owner of a company is only geared toward profit and not any training whatsoever. And all the depositions and stuff that I sat through or read, they confirmed all those they said no we never trained them, no we really didn't supervise them. And they are wondering why there is

leaks everywhere.

Q. And am I right that Steve's Plumbing has never installed NIBCO PEX; is that correct?

A. That's correct.

Q. Going back to your report in this case, and both of them I have heard of some plumbers relying on this technique you mention Master Craft Plumbing or Murray Plumbing or Phoenix as might be a different name. Can you identify any other plumbers who rely on this technique that Mr. Slovak has discussed?

A. I know of many, there was a JM or JB plumbing, one other -- the other was doing per fixture method. There was a Lyssey Plumbing; L-y-s-s-e-y, Lint, one of those -- it started with an "L" Plumbing did the same thing. And I know about these guys because I'm on the state plumbing board. In a way -- I'm not their boss but I'm the police man that kind of keeps them in line on their plumbing practice, to make sure that they do things the right way because Texas has some very, very tough plumbing license laws.

Q. JB Plumbing, where was that company located?

A. Everything I'm going to mention to you is a company that would be located in San Antonio. I wouldn't know what's happening in other cities.

for me any of those that are not out of business today?

MR. KUHLMAN: Object to form.

THE WITNESS: I wrote "most are out of business today". I can't identify a single one that's still in business that has used that process.

Q. (By Mr. Flannery) Can you go to the Page 3 of Exhibit 2 and Page 3 of Exhibit 3 as well?

A. I'm there.

Q. In the paragraph at the top, first full paragraph at the top of both those reports, there is a sentence that says, "This is why plumbers using this method have gone out of business." I'm sorry. I misred that. "This is why many plumbers using this method have gone out of business." Do you see that?

A. Yes.

Q. Other than the Master Craft, Murray plumbing/Phoenix, JB Plumbing, Lyssey or Lint, are there any other plumbers that have used the method discussed by Mr. Slovak that you're aware of have gone out of business?

MR. KUHLMAN: Object to form.

THE WITNESS: There are. And I don't -- I just don't recall the names, but I recall companies. And what I do recall, what stands out is that

typically that particular plumber went to Austin, got his master license, became an RMP and opened up his own business. And he remembers while he worked that the previous companies that they were charging $400 a fixture, $800 a fixture or whatever. He kept hearing this per fixture thing and figured, okay, it was good enough for them it is good enough for me. Of course, he didn't have the volume they had. He would go in business for himself and invest his life savings and he had been gone in a year.

These other companies eventually, like I said, it only takes a little change in your volume to make this stuff really show up. And those changes in volume, it's a very competitive market on this tract home business. So competitive -- that's why they don't have employees anymore. They want to be able to tell you I want to give you "X" dollars, they want to control the labor by controlling the labor. They don't do the proper training and stuff, but they are getting jobs, it's strictly volume thing. And I do know a lot of different companies. If I had my state books or whatever, license contractors book, and looked over several years I could give you a bunch of names of guys that are no longer in business. This is boom times and they are not in business.

Q. In the beginning of that answer you just gave me you were referring to specific company, I think. Can you give me the name of that company?

A. I can't remember. I picture the individual, but I can't remember what name he went under.

Q. Would that be another San Antonio plumbing company?

A. Yes. Everything I'm going to speak about is going to be San Antonio. I don't know what's going on in Dallas, Austin, Houston, and areas in between.

Q. Has Steve's Plumbing ever submitted a bid or estimate on a tract home project?

A. Yes.

MR. KUHLMAN: Object to form.

THE WITNESS: It used to be big part of our business.

Q. (By Mr. Flannery) Can you tell me when this was a big part of Steve's Plumbing's business?

A. In the 80s, when we had, you know, 25 or 30 trucks and a lot of employees, tract homes. We were going after the volume. The work was there, volume was there, and it was so -- it was so good, it was going so well that I started an electrical company. Because if I can do the plumbing work, they

you just described to me where someone asks you to ball park a room or a house?
A. Depending on the character of the individual you're asking, it's just based on experience.
Q. You call that an experience technique?
A. Experience.
Q. Any other technique that you're aware of out there for estimating a bid on a repiping projects, other than those three that we just talked about?
A. No. There is a lot of good estimating software. Most plumbers use that software; it's per piece, per basis type estimate.
Q. Off the record.
(Whereupon, a lunch break was taken.)
Q. (By Mr. Flannery) Mr. Jalnos, I want to go back to something we talked about earlier today. You identified for me I think, as I count them, four or possibly five companies that you think when we were talking about the companies that have used this method that have gone out of business. You identified, I think, Master Craft Plumbing, Murray Plumbing/Phoenix. It may have been that same company. JB Plumbing, Lyssey and Lint, who I believe are all San Antonio area companies; is that right?

MR. KUHLMAN: Objection to form.
THE WITNESS: That's correct. I'm not sure about exact name. JB might be JM, you know, I just recall letters. It's been a while.
Q. (By Mr. Flannery) Okay. For any of those companies, do you have direct knowledge of why each of those companies went out of business?
A. The only direct knowledge I have is what I hear from the supply houses; that they didn't have the money to pay their bills, and suppliers would file liens on the property they were working on because they didn't have money, their cash flow and such.
Q. So when you say "the supply house", who are you referring to?
A. Ferguson, Moore, HD.
Q. And would it be fair to call these middle men who provide products to those other plumbing companies like Master Craft, JB or JM, Lyssey, Lint, and Murray Plumbing?
A. That's the only way you can get product. NIBCO won't sell to me. They'll sell to Ferguson who will sell to me. You're forced to go to a plumbing wholesaler, is what they are, to buy product.
Q. So other than the information you may have gotten from some of those wholesalers, did you have

any direct knowledge from the companies themselves, Master Craft, Murray Plumbing, JB or JM Plumbing, Lyssey, or Lint, that told you or led you to understand why those companies had gone out of business?

A. Only Master Craft, I spoke with Terry Zinna, who said, "I got to go up on my unit pricing." He used the word "unit".

Q. And did he say that to tell you to explain why they had gone out of business?

A. This was prior to going out of business. This was explaining how he doesn't know certain markets well enough and should not be trying to compete in those markets.

Q. How long was Master Craft Plumbing in business, to your knowledge?

A. I have no clue. I would say they are around seven to ten years maybe, if that much.

Q. Okay. And how long was Murray Plumbing in business?

A. Short periods of time. They kept coming and going coming and going.

Q. How about JB Plumbing, how long were they in business?

A. I think he was in business for a while, for

ten plus years.

Q. And how long were Lyssey or Lint in business?

A. I don't know.

Q. So would you agree with me if a company that was using the cost per fixture method was keeping track of rising costs in terms and labor and keeping track of or accounting for individual situations that require more materials and labor, if they were doing that, that using that estimation technique would work?

MR. KUHLMAN: Object to form; incomplete hypothetical.

THE WITNESS: Yeah. I don't know if I -- I mean, yes and no. Whatever means you can figure out cost by. So to figure out cost, they are having to put a bill of materials together which is the right way to do an estimate. They can't lump sum that. So here they are going to the effort after the fact, why not go to it from the beginning and ensure that you're going to cover your ground.

Q. (By Mr. Flannery) In your report, I'm going to refer specifically to Exhibit 2 on Page 3.

A. Okay.

Q. So you say here that at the top in that paragraph, "These questions can not be ignored in

large sale situation. I just know that price per fixture variation is used, but you never see it used by really the software companies that make estimating software. And you never see it used by what I call successful plumbing businesses that I have seen that have been in business ten plus years or more.

Q. When you say most don't, are you referring specifically and only to the San Antonio area?

A. Yes.

Q. Okay. Are you familiar with a company called Delta Mechanical?

A. No.

Q. You did read Mr. Slovak's report; correct?

A. Correct.

Q. If I represented to you that he works for a company called Delta Mechanical, would that refresh your recollection about Delta Mechanical?

A. Yes. I know he worked there or was getting maybe a paycheck from there or what. I was never really clear what he actually did there or how long he was there.

Q. Do you know whether Delta Mechanical uses the cost per fixture methodology to draft estimates?

A. I do not know firsthand other than what Mr. Slovak says.

Q. Are you familiar with a company called Sagewater?
A. No.
Q. Are you familiar with a company called Plumbing Express?
A. There is a lot of Plumbing Expresses.
Q. Any large companies that you know as Plumbing Express?
A. I know a service company in San Antonio, I believe, called Plumbing Express.
Q. Are they a competitor of yours on repiping projects?
A. No.
Q. Are you aware of company called repiping that's called AMA repipe?
A. No.
Q. If you would, in the Meadow report, at Pages 5 through 6, 5 and 6, there is a section on the applicable laws rules and regulations in the state of Tennessee. Do you see that?
A. Yes.
Q. Why did you include that?
A. That's a cut and paste straight out of their law book because I was on the assumption that the Meadow case took place in Tennessee. And I wanted

# EXHIBIT 3

Page 1

CAUSE NO. D-1-GN-14-000962

| | | |
|---|---|---|
| CHRISTIANSON AIR CONDITIONING AND PLUMBING, LLC, Plaintiff, | ) | IN THE DISTRICT COURT |
| VS. | ) | OF TRAVIS COUNTY, TEXAS |
| NIBCO, INC., MRK MANUFACTURER'S SALES, INC., WESTWAY SALES, INC. AND MORRISON SUPPLY COMPANY, LLC, Defendants. | ) | 261ST JUDICIAL DISTRICT |

*******************************************

ORAL/VIDEO DEPOSITION OF
ROBERT JALNOS
MARCH 9, 2016

*******************************************

ORAL/VIDEO DEPOSITION OF ROBERT JALNOS, produced as a witness at the instance of the Plaintiff, was duly sworn, was taken in the above-styled and numbered cause on MARCH 9, 2016, from 9:10 a.m. to 6:00 p.m., before Chris Carpenter, CSR, in and for the State of Texas, reported by machine shorthand, at the offices of Germer, Beaman and Brown, 301 Congress Avenue, Suite 1700, Austin, Texas 78701, pursuant to the Texas Rules of Civil Procedure and the provisions stated on the record or attached hereto.

Page 2

A P P E A R A N C E S

FOR THE PLAINTIFF:
J. Gordon McHaney
CHAMBERLAIN*MCHANEY
301 Congress, Suite 2100
Austin, TX 78701
(512) 474-9124
gmchaney@chmc-law.com

Shelly D. Masters
COKINOS, BOSIEN & YOUNG
1210 Nueces Street
Austin, TX 78701
(512) 476-1980
smasters@cbylaw.com

David A. Wright
DAVIS & WRIGHT, P.C.
5113 SW Parkway
Suite 115
Austin, TX 78735
(512) 482-0614
dwright@dwlaw.com

FOR THE DEFENDANTS NIBCO, INC. AND MRK MANUFACTURER'S SALES, INC.:
Kevin M. Kuhlman
LTHROP & GAGE, LLP
2345 Grand Blvd., Suite 2200
Kansas City, MO 64108-2618
(816) 460-5710
kkuhlman@lathropgage.com

FOR THE DEFENDANT MORRISON SUPPLY COMPANY:
Kyle D. Weynand
LECLAIR RYAN
1233 West Loop South, Suite 100
Houston, TX 77027
(713) 654-1111
kyle.weynand@leclairryan.com

Page 3

FOR INTERVENOR CONTINENTAL HOMES OF TEXAS, L.P.:
Carl R. "Bo" Dawson
RYAN & DAWSON
770 S. Post Oak Ln., Suite 500
Houston, TX 77056
(713) 960-1555
cdawson@rdlaw.com

ALSO PRESENT:
Trent Christianson, Plaintiff's representative
Norman Wiley, Videographer

Page 4

INDEX

Appearances......................................2
ROBERT JALNOS
Examination by Mr. McHaney..................6
Examination by Mr. Dawson.................195
Examination by Mr. Weynand................236
Further Examination by Mr. McHaney........239
Signature and Changes.........................249
Reporter's Certificate........................251

EXHIBITS

| NO. | DESCRIPTION | PAGE MARKED |
|---|---|---|
| 270 | Notice of Deposition | 8 |
| 271 | Jalnos Report and CV | 24 |
| 272 | NIBCO Dura-PEX Piping Systems Installation Manual | 113 |
| 273 | Jalnos File with Various Documents | 120 |
| 274 | Jalnos Report on Pulte Case | 120 |
| 275 | PEX pipe (Retained by counsel) | 132 |
| 276 | Drawing | 145 |
| 277 | Color Photos | 174 |
| 278 | Color Photos | 175 |
| 279 | Color Photos | 179 |
| 280 | Color Photos | 181 |
| 281 | Color Photo | 182 |
| 282 | Color Photos | 182 |
| 283 | Color Photos | 184 |
| 284 | Color Photos | 185 |

Page 205

Q. Is moving furniture to access the places you've got to cut holes in the walls, is that reasonable?
A. Yes.
Q. Is putting plastic down and otherwise trying to protect the interior the house that's not being worked on reasonable?
A. Yes.
Q. Is moving cabinets and appliances and drawers so that you can access the areas to repipe reasonable?
A. When necessary, yes.
Q. Is -- occasionally is it -- if you need to reroute the waterline under the foundation, is tunneling and other plumbing to get the waterline into the house necessary and reasonable?
A. Yes.
Q. Is -- you have to remove the old PEX, the existing NIBCO PEX from all of the fixtures, correct?
A. Yes.
Q. Including the hot water heater --
A. Yes.
Q. -- that's reasonable, right?
A. Yes.
Q. And it's reasonable then that you've got to run new non NIBCO PEX so maybe a brand like you use, Uponor or Viega, it's reasonable to run that, right, to replace

Page 206

the potable water system?
A. Yes.
Q. Got to -- you've got to hook it all back up to the fixtures, correct?
A. Yes.
Q. Is it reasonable to have the water system pressure tested?
A. Yes.
Q. In fact that's required, isn't it?
A. Yes.
Q. Is it reasonable to have to redo drywall and paint?
A. Yes.
Q. Now if you're dealing with a house that's say like maybe the homeowners we've had to, that's in a five or six year-old house, a lot of times you're going to have repaint an entire wall because you're not going to get a perfect paint match, right?
A. Yes.
Q. And that's reasonable, it's not -- it's not fair to tell the homeowner to tell them, "We're just going to patch a little 2-by-2 area and it's going to look completely different than the rest of your wall; it's not fair, is it?
A. No.

Page 207

Q. It's reasonable that you're going to have to pay someone to clean up after you do all this work, right?
A. Yes.
Q. Do you offer any of those services, you being Steve's Plumbing, aside from doing the actual repipe, putting the pipe back in, do you do any of that?
A. No.
Q. So that would all be something that you would hire someone, you would outsource it, right?
A. I wouldn't outsource it. We do plumbing.
Q. Aside from plumbing, everything else that you and I just talked about that you've agreed is reasonable in a repipe, you would hire someone else to do, correct?
A. Like I said, I wouldn't hire someone but someone could hire someone that's doing the job.
Q. And have you ever repiped a PEX house?
A. No.
Q. Let me make sure you understand my question. Has Steve's Plumbing ever hired -- Steve's Plumbing ever repiped a PEX house?
A. No.
Q. Have you ever even seen a house, even driving by on the street, standing at the curb, seen a house being repiped?

Page 208

A. No.
Q. So the sum total of your experience of a repipe is Mr. Martinez sending you a report of a house that we don't know who built being repiped at some point, and he took some pictures?
A. He was just looking at paint, Sheetrock and repair, that's all.
Q. Do you know how he got into that house?
A. No.
Q. Do you know if he had permission to go in that house?
A. I would assume so since he -- whoever Tony is. I don't have any -- I don't even know who Tony is but he mentions Tony a couple of times.
Q. What if he didn't have permission to be in that house, what would you think of about all of that -- all of his -- his conduct?
A. Well, then we were given bad information because that's the information we were given of the house to go to be checked.
Q. If I can see from a permit that you're doing work somewhere, is it okay if just send some people over to walk through and check it out?
A. Sure, unless there's some no trespassing signs, whatever.

# EXHIBIT 4

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| KIMBERLY COLE, ALAN COLE, JAMES MONICA, LINDA BOYD, MICHAEL MCMAHON, RAY SMINKEY, JAMES MEDDERS, JUDY MEDDERS, ROBERT PEPERNO, SARAH PEPERNO and KELLY MCCOY, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>NIBCO, INC.,<br><br>Defendant. | CIVIL ACTION<br><br>NO.<br>13-cv-07871-FLW-TJB |

AND

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CHAD MEADOW, JOHN and SUSAN PLISKO and KENNETH McLAUGHLIN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br>v.<br><br>NIBCO INC.,<br><br>Defendant. | Case No.<br>3:15-cv-1124<br><br>Judge Campbell<br><br>Magistrate<br>Judge Holmes<br><br>JURY DEMAND |

DEPOSITION OF EDWARD SLOVAK

May 18, 2017
8:26 a.m.
201 East Washington Street
Phoenix, Arizona

Prepared by: Carolyn T. Sullivan, RPR
Arizona CR No. 50528

Page 146

the document says what it says. I understand that.
MR. FLANNERY: But it's important to read it accurately, Counsel. Plural and singular is actually fairly important.
Q. BY MS. STEPHENS: Okay. Let me read it again, sir.
Do you see in the middle of page 4 that it reads --
MR. FLANNERY: There's no need to shout, Counsel.
MS. STEPHENS: Thanks for getting that into the record, Mike. I appreciate that.
MR. FLANNERY: You're welcome. But there's no need to shout at the witness. I pointed out what I thought was an error in how you read it. That's what I was trying to point out. I think it's important that we be accurate on this particular issue. Singular and plural matter here.
Q. BY MS. STEPHENS: I'm going to read it again, hopefully, accurately.
Do you see in the middle of the page where it says: The values in the following fixture count, which labels fixtures as a half-fixture or whole fixture, determining the cost of a job.
And then it lists things from A to letter S.

Page 147

Do you see that?
A. Yes.
Q. And you prepared this report; is that correct?
A. Yes.
Q. Did you come up with this list of fixtures yourself or half fixture?
A. Yes.
Q. Now, we discussed earlier the Kitec settlement, and they had certain fixtures listed out.
A. Uh-huh.
Q. Would you agree that you've added some other fixtures to this list --
MR. FLANNERY: Objection to the form.
Q. BY MS. STEPHENS: -- beyond what was listed in the Kitec settlement?
MR. FLANNERY: Same objection.
THE WITNESS: Yes.
Q. BY MS. STEPHENS: Why did you do that?
MR. FLANNERY: Objection to the form.
THE WITNESS: My experience. I was using this system long before I ever started doing work for Total Class Solutions. And with anything, you make it better as time goes on with experience and history. Bidets. Like I said, I run into bidets. I run into pot fillers and different things that may not have been

Page 148

addressed in the past. Some of the homes are done better nowadays with more stuff.
Q. BY MS. STEPHENS: So I'm just trying to figure out how you get to a total estimate for a house under your methodology. You get to a total -- you said the average is 13 and a half based on this system that you've outlined on page 4; is that correct?
MR. FLANNERY: Objection to the form.
THE WITNESS: In the IPEX case, the average was usually 13 and a half. And you're looking at two and a half bathrooms most homes. I think that's -- I think most repipe companies would agree, that's pretty much a national average.
Q. BY MS. STEPHENS: And so you used this either half fixture or whole fixture numbers, and you get to a total; is that correct?
A. Yes.
Q. And then you take that total times 600 under the cost-per-fixture basis?
A. Yes. And it's worked for 30 years.
Q. Have you been using that methodology for 30 years?
A. Since 1987. 30 years. Yes, 30 years, I've been using this method.
Q. When did you first learn that method?

Page 149

A. At Classic Plumbing in 1987.
Q. Can you flip to page 2, please, of this report. Again, I'm looking at that middle paragraph. And it says: If NIBCO's PEX products are defective as alleged. And then it continues on.
Do you see that sentence?
A. Let me get my glasses on.
I see the paragraph. And then where did you start? Okay. Plumbing is so much easier than this.
Q. That first clause of that sentence says: If NIBCO's PEX products are defective as alleged.
Do you have any opinion on whether the NIBCO PEX products are defective as alleged?
MR. FLANNERY: Objection to the form. Outside the scope.
THE WITNESS: Not really.
Q. BY MS. STEPHENS: So for purposes of this report, you assumed that they're defective?
A. No. I was just doing my standard model for any repipe. I could care if it was NIBCO or IPEX, anything.
Q. I understand that. I'm just trying to say, you're assuming that the NIBCO PEX products are alleged -- you're assuming for purposes of your report that the NIBCO PEX products are defective as alleged?
A. On the -- basing my price on that.

Page 182

smokers in the house.
Q. BY MS. STEPHENS: You might know about that.
A. I don't smoke in the house.
Q. Good for you.
A. I actually quit for six years.
Q. I would encourage you to do so again, just for your own health.
A. Yes. Sometimes nicotine is a bad addiction.
Q. The plumbers that are employed by Delta Mechanical to do these repipe jobs, are they paid by the hour or are they paid a salary?
A. Per fixture.
Q. So their compensation is also based on a per-fixture basis; correct?
A. Yes.
Q. Are all of the plumbers who do this repipe work on a per-fixture basis paid the same amount?
MR. FLANNERY: Objection to the form.
THE WITNESS: Yes.
Q. BY MS. STEPHENS: And what's that rate?
A. It depends if it's a single family, multifamily. They get paid more for a single family than multifamily.
Q. What's the current rate for single family?
A. I think it's 175 a fixture. It depends because

Page 183

sometimes, I think, some of our supervisors, we have multiple guys. So it just depends how many guys we've got doing the work, because they've got to split the fixture amount.
Q. So if there are two plumbers working on a single house, they still just get the 175 per fixture, and they have to split it?
A. Yes.
Q. And is the rate for multifamily repipe jobs higher for the plumbers?
A. Lower.
Q. Lower. And what's that rate?
A. Usually about 145. It just depends how much -- in that situation, a multifamily, we have a lot of work, so I'll probably raise that rate because we're busy with multifamily repipes right now.
Q. Are the repipes that you're bidding on for Delta Mechanical right now in your current role, are they repipes because of product issues, typically, or are they repipes because of age, like that Hawaii project that we talked about that you worked on for another company?
MR. FLANNERY: Objection to the form.
THE WITNESS: Mostly because of age.
Q. BY MS. STEPHENS: And what plumbing materials are kind of aging out?

Page 184

A. Galvanized, CPVC, polyethylene, polybutylene, copper.
Q. Are you usually replacing those systems with a PEX system?
A. Yes.
Q. Is there a grade for PEX, like a commercial grade PEX products, that are sold?
A. No. I think it's based on we talked about, A PEX, B PEX, that we discussed previously.
Q. Is Delta Mechanical the largest company in the country doing repipe work?
A. I don't know for sure. We were for many years.
Q. Who's your main competitor?
A. SageWater, Plumbing Express, and AMA Repipe.
Q. Where is SageWater based?
A. Virginia. They're actually doing a lot of work in Hawaii.
Q. Do you have any idea whether, when you're bidding against these main competitors on behalf of Delta Mechanical, are your prices at Delta typically lower or higher?
A. They're comparable. There's really no secrets in the repiping industry.
Q. Do you think they're all about at the $600 cost per fixture?

Page 185

A. Yes.
Q. Go to page 5, please, of your report in Exhibit 3.
A. I'm there.
Q. The first sentence of the first paragraph: Between 2006 and 2014, I helped develop protocols for and supervised replumbing efforts related to the Kitec PEX class action settlement in Nevada and Arizona.
Just to be clear, you're referring to the state court Kitec settlement that was related to Nevada; is that correct?
A. Yes. They was trying -- they was looking at doing some repipes in Arizona, but I think that did not happen. And that was going to be like the model for the national case.
Q. That says in the next sentence: My work included: developing a scope of work for the replumbing.
Is that -- are you referring to the scope of work that we talked about this morning?
A. Yes.
Q. What did you develop that scope of work with? Because you said you only provided input.
A. At that time, I was with Dynamic Plumbing Systems. I did it with Delta Mechanical; Repipe Specialists; Plumbing Express; Kemp, Jones & Coulthard,

# EXHIBIT 5

March 7, 2017

# Expert Report Concerning Methodology to Calculate Damages and Installation of NIBCO PEX Products

*Cole, et al. v. NIBCO, Inc.*
Civil Action No. 3:13-cv-07871-FLW-TJB (D.N.J.)


Prepared by:

Ed Slovak
New Construction Manager/Repipes
Arizona Delta Mechanical, Inc.
6056 E. Baseline Road, Suite 155
Mesa, AZ 85206
Telephone: (602) 903-2420
Email: eds@deltamechanical.com

Recipients:

Bruce D. Greenberg
Lite DePalma Greenberg, LLC
570 Broad Street, Suite 1201
Newark, New Jersey 07102
Telephone: (973) 623-3000
Email: bgreenberg@litedepalma.com

Joseph G. Sauder
McCune Wright Arevalo LLP
1055 Westlakes Drive, Suite 300
Berwyn, PA 19312
Telephone: (610) 200-0580
Email: jgs@mccunewright.com

Kyle A. Shamberg
Lite DePalma Greenberg, LLC
211 W. Wacker Drive, Suite 500
Chicago, IL 60606
Telephone: (312) 750-1265
Email: kshamberg@litedepalma.com

## INTRODUCTION

I am over 18 years of age. I have knowledge of the facts I state, and I am competent to testify about these facts. I am a Master Plumber residing in Las Vegas, Nevada. I submit this report in support of Plaintiffs' claims against the Defendant, NIBCO, Inc., which manufactures, warrants, markets and sells a line of cross-linked polyethylene ("PEX") plumbing tubing/pipes, fittings which connect the PEX tubing together, and crimps and clamps which join the PEX tubing and fittings for use throughout the United States.

In the *Cole* case, I have been asked to review the allegations made by the Plaintiffs and provide a methodology to calculate repair or repiping costs for Plaintiffs and class members. Based on the allegations in the Amended Complaint, Plaintiffs allege that the NIBCO PEX products are defective. If NIBCO's PEX products are defective as alleged, it is my professional opinion that a complete replumb (also known as a repipe) of Plaintiffs' and class members' homes and other structures containing NIBCO's PEX products is necessary because it is the only way to prevent the NIBCO PEX products from failing and causing catastrophic damage to the structures and personal property. This opinion is based on my 36 years of education, training and experience in construction, primarily in plumbing (including PEX installations and repipes) and related installations (e.g., gas pipes, sprinkler systems, etc.), along with industry standards and practices.

I am currently employed as the New Construction Manager/Repipes with Delta Mechanical, Inc. located in Mesa, Arizona. I currently hold a Master Plumber License in the State of Nevada, #1300060447 NBOPE. I am certified in most major PEX potable water systems available for purchase and installation including: Viega, REHAU, Uponor and Zurn. I have provided plumbing and repiping estimates for a wide variety of projects including single family residential projects, multi-family high-rise structures, military structures and commercial buildings

located in various states including Arizona, Nevada, Hawaii, California and others, and have followed through on such projects. Attached as "Exhibit A" is a copy of my current resume.

**CALCULATING REPIPING COSTS:**
**ESTIMATES ON A PER FIXTURE BASIS**

Based on accepted industry standards and practices, the process for repiping an existing plumbing system is as follows. The contractor begins with a walkthrough of the premises to discover the affected areas. The contractor then removes the drywall and the existing plumbing system (the NIBCO PEX system in this case) from the affected areas. The contractor then installs a new code-compliant potable water piping system and inspects the plumbing system to ensure proper function. The contractor next resets and re-textures all the drywall previously removed and performs any necessary painting and cleanup work. The contractor finally performs a walkthrough of the premises with the owner to obtain the owner's approval of the repiping.

The standard methodology for determining the cost to repipe an existing plumbing system is to calculate the number of plumbing fixtures in the residence, using certain factors (like whether the fixture has both hot and cold water) to increase or decrease that number, as explained below. The standard cost is $600 per full plumbing fixture (e.g., bathtub, shower, water heater, etc.)[1] and $300 per half-fixture (e.g., toilet, icemaker, etc.). Half-fixtures require either only cold or hot water piping, whereas full plumbing fixtures require both cold and hot water piping. A larger

[1] The $600 per full plumbing fixture cost is based on past experiences and job costing of these completed jobs. The approximate cost breakdown of materials and labor for each full plumbing fixture, based on averages, is as follows:

- Cost of protection of floors, walls and additional items that may be impacted – $50 per plumbing fixture,
- Drywall removal at plumbing fixtures for removal of existing water piping system – $50 per plumbing fixture,
- Removal of existing water piping system – $50 per plumbing fixture,
- Installation of new potable water system – $310 per plumbing fixture,
- Drywall replacement and other needed repairs, including texture and paint – $125 per plumbing fixture (paint colors need to be specially matched to previously applied paint), and
- Cleaning of all areas where repiping was performed to previously existing condition – $15 per plumbing fixture.

building will require more plumbing fixtures, which will increase the total cost of the job, and a smaller building will have fewer plumbing fixtures, which will decrease the total cost of the job. Unit cost methodology is a standard of the industry and commonly used by plumbers across the country. Thus, the total cost coincides with a standard cost per each fixture for a structure of any size.[2]

The values in the following fixture count, which labels fixtures as a half-fixture or whole fixture, determine the cost of a job:

a. Water Closet / Toilet – ½
b. Bathtub – 1
c. Bathtub with Shower Head – 1
d. Shower – 1
e. Lavatory Sink – 1
f. Washing Machine Faucets – 1
g. Icemaker Line – ½
h. Hose Bib / Water Hose Faucet – ½
i. Water Heater – 1
j. Dishwasher – ½
k. Water Softener Loop – 1
l. Hot Water Circulating Loop – 1
m. Pot Filler – ½
n. Bidet – 1
o. Laundry Sink – 1
p. Vegetable Sink – 1
q. Wash Sink – 1
r. Bar Sink – 1
s. Main Line if Outside the Residence if NIBCO PEX – 1

Based on my opinion as professional plumber, a cost-per-fixture methodology accurately estimates the cost to replumb structures and can be used to calculate the costs for Plaintiffs and all class members. A similar method was used in the Kitec class action settlement (see below) to calculate the class members' repair costs or settlement benefits to be awarded and it was efficient and accurate. Further, Delta Mechanical uses this method in its everyday business.

[2] This calculation only includes the cost to repipe a structure with NIBCO PEX products currently installed, and does not include the damages associated with past failures of the products in a particular structure.

## PRIOR CLASS ACTION REPIPING EXPERIENCE

Between 2006 and 2014, I helped develop protocols for and supervised replumbing efforts related to the Kitec PEX class action settlement in Nevada and Arizona. My work included: developing a scope of work for the replumbing, scheduling and coordinating approximately 60 plumbers to complete replumbing in the Nevada and Arizona region, developing a methodology or procedure for estimating materials and costs for replumbing as required for the class settlement, coordinating subcontractors, coordinating project clean-up, and overseeing the replumbing of class members' properties including communicating with the attorneys who were coordinating and overseeing the implementation of the requirements of the settlement.

## INSTALLATION OF PEX PRODUCTS

In preparing this report, I reviewed NIBCO's PEX Installation Manuals. My decades of plumbing experience, including as a Master Plumber, along with my review of these NIBCO Manuals, qualifies me to give my opinion on any installation questions that may arise in expert discovery in this case.

## CONCLUSIONS

Based on my opinion as Master Plumber with decades of plumbing and repiping experience, repiping damages can be calculated class-wide at $600 per fixture unit, as described above. If the allegations concerning NIBCO's PEX products in the Amended Complaint are accurate, completely repiping all NIBCO PEX installations with new potable water systems is the only remedy I can suggest.

Ed Slovak

# APPENDIX

1. In preparing this report, I reviewed and considered the following materials:

    - Second Amended Class Action Complaint, *Cole, et al. v. NIBCO, Inc.*, Civil Action No. 3:13-cv-07871-FLW-TJB (D.N.J.)
    - NIBCO DURA-PEX Piping Systems Installation Manuals, produced by NIBCO
    - NIBCO DURA-PEX Piping Systems Home Run Manifold Installation Manuals, produced by NIBCO
    - Uniform Plumbing Code (UPC)
    - International Plumbing Code (IPC)
    - Viega, REHAU and Uponor PEX installation manuals
    - Materials from IPEX/Kitec settlement (www.kitecsettlement.com, www.plumbingdefect.com)

2. In the past 10 years, I have not authored any publications.

3. In the past 4 years, I have not testified as an expert at trial or by deposition.

4. I am being compensated at a rate of $175 per hour for my time preparing for and writing this report and any testimony I may give in this case.