**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **KIMBERLY COLE and ALAN COLE, *et al.*, on behalf of themselves and all others similarly situated,** | **CIVIL ACTION NO. 13-CV-07871-FLW-TJB** |
| **Plaintiffs,** | **Document Electronically Filed** |
| **v.** | **Oral Argument Requested** |
| **NIBCO INC., Defendant.** | |

**DEFENDANT NIBCO INC.'S NOTICE OF MOTION TO EXCLUDE EXPERT OPINIONS AND REPORT OF ED SLOVAK**

John McGahren
john.mcgahren@morganlewis.com
MORGAN, LEWIS & BOCKIUS, LLP
502 Carnegie Center
Princeton, NJ 08540-6289
Telephone: (609) 919-6600
Fax: (609) 9196701

J. Gordon Cooney, Jr. (*pro hac vice*)
gordon.cooney@morganlewis.com
Franco A. Corrado
franco.corrado@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
Telephone: (215) 963-5000
Fax: (215) 963-5001

Jean Paul Bradshaw (*pro hac vice*)
jbradshaw@lathropgage.com
J.A. Felton (*pro hac vice*)
jfelton@lathropgage.com
Kevin M. Kuhlman (*pro hac vice*)
kkuhlman@lathropgage.com
Rachel E. Stephens (*pro hac vice*)
rstephens@lathropgage.com
LATHROP & GAGE LLP
2345 Grand Boulevard, Suite 2800
Kansas City, MO 64108
Telephone: (816) 292-2000
Fax: (816) 292-2001

*Attorneys for Defendant NIBCO, INC.*

TO: Benjamin F. Johns
Steven A. Schwartz
Chimicles & Tikelllis, LLP
One Haverford Centre
361 West Lancaster Avenue
Haverford, PA 19041

Bruce Daniel Greenberg
Lite Depalma Greenberg, LLC
570 Broad Street, Suite 1201
Newark, NJ 07102

Joseph B. Kenney
Joseph G. Sauder
Matthew D. Schelkopf
McCune Wright, LLP
1055 Westlakes Drive
Berwyn, PA 19312

Kyle A. Shamberg
Lite Depalma Greenberg, LLC
211 W. Wacker Drive, Suite 500
Chicago, IL 60606

**PLEASE TAKE NOTICE** that on September 8, 2017 at 9:30 am, or as soon thereafter as counsel may be heard, pursuant to L. Civ. R. 5.3 and 7.1, the undersigned, Lathrop & Gage LLP and Morgan, Lewis & Bockius LLP, counsel for Defendant NIBCO Inc. ("NIBCO"), shall move this Court for an order excluding the report and opinions of Ed Slovak.

**PLEASE TAKE FURTHER NOTICE** that in support of this motion, NIBCO shall rely upon the accompanying Memorandum in Support and Declaration of Franco A. Corrado and exhibits thereto. A proposed order has been submitted with these papers.

**PLEASE TAKE FURTHER NOTICE** that NIBCO requests oral argument.

Dated: July 28, 2017

*/s/ Franco A. Corrado*

Jean Paul Bradshaw II (*pro hac vice*)
J. A. (Jay) Felton (*pro hac vice*)
Kevin M. Kuhlman (*pro hac vice*)
Rachel E. Stephens (*pro hac vice*)
2345 Grand Boulevard, Suite 2200
Kansas City, Missouri 64108-2618
Tel: (816) 460-5726; Fax: 816-292-2001
jbradshaw@lathropgage.com
jfelton@lathropgage.com
kkuhlman@lathropgage.com
rstephens@lathropgage.com

J. Gordon Cooney, Jr. (*pro hac vice*)
Franco A. Corrado
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, Pennsylvania 19103-2921
(215) 963-5000
gordon.cooney@morganlewis.com
franco.corrado@morganlewis.com

*Attorneys for Defendant NIBCO, INC.*