# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **KIMBERLY COLE and ALAN COLE,** *et al.*, on behalf of themselves and all others similarly situated, | : CIVIL ACTION NO.<br>: 13-CV-07871-FLW-TJB<br>:<br>: |
| Plaintiffs, | : Document Electronically<br>: Filed<br>: |
| v. | : Oral Argument Requested<br>: |
| **NIBCO Inc.,** | : |
| Defendant. | : |

## DEFENDANT NIBCO INC.'S NOTICE OF MOTION TO EXCLUDE
## EXPERT OPINIONS AND REPORT OF CYNTHIA SMITH

John McGahren
john.mcgahren@morganlewis.com
MORGAN, LEWIS & BOCKIUS, LLP
502 Carnegie Center
Princeton, NJ 08540-6289
Telephone:  (609) 919-6600
Fax:  (609) 9196701

J. Gordon Cooney, Jr. (*pro hac vice*)
gordon.cooney@morganlewis.com
Franco A. Corrado
franco.corrado@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA  19103
Telephone:  (215) 963-5000
Fax: (215) 963-5001

Jean Paul Bradshaw (*pro hac vice*)
jbradshaw@lathropgage.com
J.A. Felton (*pro hac vice*)
jfelton@lathropgage.com
Kevin M. Kuhlman (*pro hac vice*)
kkuhlman@lathropgage.com
Rachel E. Stephens (*pro hac vice*)
rstephens@lathropgage.com
LATHROP & GAGE LLP
2345 Grand Boulevard, Suite 2800
Kansas City, MO 64108
Telephone:  (816) 292-2000
Fax:  (816) 292-2001

*Attorneys for Defendant NIBCO Inc.*

TO: Benjamin F. Johns  
Steven A. Schwartz  
Chimicles & Tikelllis, LLP  
One Haverford Centre  
361 West Lancaster Avenue  
Haverford, PA 19041

Bruce Daniel Greenberg  
Lite Depalma Greenberg, LLC  
570 Broad Street, Suite 1201  
Newark, NJ 07102

Joseph B. Kenney  
Joseph G. Sauder  
Matthew D. Schelkopf  
McCune Wright, LLP  
1055 Westlakes Drive  
Berwyn, PA 19312

Kyle A. Shamberg  
Lite Depalma Greenberg, LLC  
211 W. Wacker Drive, Suite 500  
Chicago, IL 60606

**PLEASE TAKE NOTICE** that on September 8, 2017 at 9:30 am, or as soon thereafter as counsel may be heard, pursuant to L. Civ. R. 5.3 and 7.1, the undersigned, Lathrop & Gage LLP and Morgan, Lewis & Bockius LLP, counsel for Defendant NIBCO Inc. ("NIBCO"), shall move this Court for an order excluding the report and opinions of Cynthia Smith.

**PLEASE TAKE FURTHER NOTICE** that in support of this motion, NIBCO shall rely upon the accompanying Memorandum in Support and Declaration of Rachel Stephens and exhibits thereto. A proposed order has been submitted with these papers.

**PLEASE TAKE FURTHER NOTICE** that NIBCO requests oral argument.

Dated:  July 28, 2017

*/s/ Franco A. Corrado*
Jean Paul Bradshaw II (Admitted *Pro Hac Vice*)
J. A. (Jay) Felton (Admitted *Pro Hac Vice*)
Kevin M. Kuhlman (Admitted *Pro Hac Vice*)
Rachel E. Stephens  (Admitted *Pro Hac Vice*)
2345 Grand Boulevard, Suite 2200
Kansas City, Missouri  64108-2618
Tel:  (816) 460-5726; Fax:  816-292-2001
jbradshaw@lathropgage.com
jfelton@lathropgage.com
kkuhlman@lathropgage.com
rstephens@lathropgage.com

J. Gordon Cooney, Jr. (Admitted *Pro Hac Vice*)
Franco A. Corrado (Admitted *Pro Hac Vice*)
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, Pennsylvania  19103-2921
(215) 963-5000
gordon.cooney@morganlewis.com
franco.corrado@morganlewis.com

*Attorneys for Defendant NIBCO, INC.*