**UNITED STATE DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **KIMBERLY COLE and ALAN COLE,** ***et al.*****, on behalf of themselves and all others similarly situated,** | **CIVIL ACTION** **No. 14-cv-07871** |
| **Plaintiffs,** | **DECLARATION OF FRANCO A. CORRADO IN SUPPORT OF NIBCO'S MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFFS' MOTION TO EXCLUDE TESTIMONY OF DR. ERIC R. WEISHAUPT** |
| **v.** | |
| **NIBCO INC.,** | |
| **Defendant.** | |

I, Franco A. Corrado, declare the following:

1. I am a partner at the firm of Morgan, Lewis & Bockius LLP and counsel to defendant NIBCO INC. ("NIBCO") in the above-captioned action. I submit this Declaration in Support of NIBCO's Memorandum of Law in Opposition to Plaintiff's Motion to Exclude Testimony of Dr. Eric R. Weishaupt. This declaration is made based on my personal knowledge.

2. Attached hereto is **Exhibit A** is a true and correct copy of the Investigative Report of Dr. Eric R. Weishaupt dated May 5, 2017.

3. Attached hereto as **Exhibit B** is a true and correct copy of the excerpts from the transcript of the May 31, 2017 deposition of Dr. Eric R. Weishaupt.

4. Attached hereto as **Exhibit C** is a true and correct copy the Resume of Joe Grzetic.

5. Attached hereto as **Exhibit D** is a true and correct copy of the Expert Report of Cynthia Smith.

6. Attached hereto as **Exhibit E** is a true and correct copy of the ASTM F1807.

7. Attached hereto as **Exhibit F** is a true and correct copy of the ASTM F2098.

8. Attached hereto as **Exhibit G** is a true and correct copy of the NIBCO PEX Installation Manual, NIBCO-Cole 00035900-19.

9. Attached hereto as **Exhibit H** is a true and correct copy of the excerpts from the transcript of the July 12, 2017 deposition of Joe Grzetic.

10. Attached hereto as **Exhibit I** is a true and correct copy of the Declaration of Eric R. Weishaupt.

I declare under penalty of perjury in accordance with 28 U.S.C. § 1746 that the foregoing is true and correct.

Dated: August 18, 2017 By: *<u>/s/ Franco A. Corrado</u>*
Franco A. Corrado