# EXHIBIT A

## PART I

# Investigative Report

Cole v. NIBCO, Inc.
ESI Project: 50105A

ESI
1174 Oak Valley Drive
Ann Arbor, MI 48108

# Investigative Report

Cole v. NIBCO, Inc.
ESI Project: 50105A

**Report Prepared for:**

Lathrop & Gage LLP
2345 Grand Blvd.
Suite 2200
Kansas City, MO 64108-2618

**Submitted by:**

Eric R. Weishaupt, Ph.D., P.E.
Senior Consultant
Michigan P.E. | Expires: October 31, 2017

**Technical Review by:**

Jeffrey L. McDougall, P.E.
Senior Consultant
Georgia P.E. | Expires: December 31,2018

This report and its contents are the Work Product of Engineering Systems Inc. (ESI). This report should only be duplicated or distributed in its entirety. This report may contain confidential or court protected information; please contact an authorized entity prior to distributing. Conclusions reached and opinions offered in this report are based upon the data and information available to ESI at the time of this report, and may be subject to revision after the date of publication, as additional information or data becomes available.

Copyright ESI © 2017 - All Rights Reserved

**INTRODUCTION** ..... **3**

**BACKGROUND** ..... **3**

**BASIS FOR THIS REPORT** ..... **5**

**RECEIVED DOCUMENTS** ..... **5**
**LITERATURE REVIEWED** ..... **5**

**RESEARCH AND TESTING** ..... **6**

**LITERATURE SURVEY** ..... **6**
APPLICABLE STANDARDS ..... 6
MECHANISM OF BRASS DEZINCIFICATION ..... 8
**FACTORS AFFECTING CORROSION** ..... **12**
WATER CHEMISTRY ..... 12
TEMPERATURE ..... 13
STRESS ..... 13
SOLDER FLUX ..... 14
GALVANIC COUPLING ..... 15
GEOMETRIC FACTORS ..... 15
STRESS CORROSION CRACKING OF BRASS MATERIALS ..... 16
STRESS CORROSION CRACKING OF STAINLESS STEELS ..... 17
MATERIALS PERFORMANCE IN PLUMBING APPLICATIONS ..... 18

**ANALYSIS** ..... **20**

WORKMANSHIP ..... 21
BLOCKAGE STUDY ..... 26
DEPOSIT STUDY ..... 29
METALLOGRAPHIC INSPECTION ..... 34
BRASS PLUMBING COMPONENT CHEMICAL ANALYSIS SURVEY ..... 40

**FINDINGS PERTAINING TO HOMES WITH REPORTED FITTING ISSUES** ..... **42**

COLE RESIDENCE ..... 42
MONICA RESIDENCE ..... 48
MEDDERS RESIDENCE ..... 57
**SMITH'S OPINIONS LACK SCIENTIFIC RIGOR** ..... **62**
**REASONABLE ALTERNATIVE MATERIALS** ..... **65**
**STAINLESS STEEL CLAMP PERFORMANCE** ..... **66**
**SMITH'S SELECTIVE ANALYSIS ONLY DEMONSTRATES THE VARIATION AND INDIVIDUALIZED CIRCUMSTANCES BETWEEN THE FITTINGS AND CLAMPS FROM DIFFERENT HOMES** ..... **67**

**CONCLUSIONS** ..... **68**

## Introduction

The firm of Lathrop & Gage contacted Engineering Systems Inc. (ESI) in October of 2016 and requested that ESI investigate information and the physical evidence associated with residential plumbing components in the matter of Cole v. NIBCO INC.[1]

## Background

Engineering Systems Inc. was retained to investigate the root cause for the failures of NIBCO INC. (NIBCO) manufactured crosslinked polyethylene (PEX) plastic tubing, brass metal fittings, and stainless steel clamps used in domestic water supply in the residential homes of named plaintiffs in the Cole v. NIBCO INC. (Cole) litigation matter. The brass fittings and stainless steel clamp performance is addressed in this report.

Residential PEX plumbing systems are primarily composed of three main components: plastic pipe, fittings and a crimp or clamp. The plastic pipe comprises a majority of the plumbing system much like straight runs of rigid pipe comprise a majority of a traditional copper or PVC plumbing systems. Brass fittings are used to change direction, act as a transition to a different pipe material, etc. The brass fittings are inserted into the ends of the PEX and then crimped or clamped into position using a ring of material comprised of either a copper crimp ring or a stainless steel clamp. A representative figure of a typical connection is shown below in Figure 1.



**Figure 1. Demonstrative example of a PEX pipe, fitting and crimp connection.**

[1] Second Amended Class Action Complaint

The brass fittings at issue are made of a high zinc yellow brass. The stainless steel clamps at issue are an austenitic stainless steel type 304.

There are 8 named plaintiffs in the Cole matter: Boyd, Cole, McCoy, McMahon, Medders, Monica, Pepperno and Sminkey. ESI performed home inspections to understand the plumbing conditions at each of the residences.

At the time of ESI's home inspections, original plumbing was still functioning and utilized at five of the residences with numerous repairs allowing for only partial observation of the original installations and subsequent repairs. The Boyd, McMahon, and McCoy residences had already been re-plumbed at the time of ESI's inspection with a different plumbing system, prohibiting the evaluation of the original installation or any repairs to the original installation. During the residential home inspections, an attempt was made to identify locations of the repairs, observe the installation methods, analyze water chemistry, and obtain water samples. When possible, a plumber was used to collect samples of the plumbing components from each residence. Additional information, which was developed from these inspections, is presented in **Appendix A.**

Additional samples were also provided directly to Cynthia Smith of Paragon Polymer LLC for analysis. ESI inspected and examined the available plumbing components and performed a number of independent tests and analyses.

The Second Amended Class Action Complaint alleges that "…the PEX Fittings are predisposed to prematurely fail as a result of dezincification corrosion, and the PEX Clamps are predisposed to prematurely fail as a result of chloride-induced stress corrosion cracking... [2]

The allegations in the complaint closely mirror the opinions in the report authored by Cynthia Smith. In her report, Smith states that the fittings and the stainless steel clamps used in the NIBCO PEX system are defective as the result of the choice of materials and describes similar failure mechanisms.

To date, the investigation performed by ESI clearly demonstrates that the allegations asserted by the plaintiffs in this matter, as well as the opinions offered by Smith regarding the fittings and clamps at issue in this case have no merit.

ESI's investigation includes file review, site visits to each named plaintiff, documentation of the installation practice at these residences, documentation of the repair locations, examination of PEX plumbing components removed from service, metallographic inspection and testing of PEX plumbing components, examination of the fracture surfaces, as well as testing of water samples from the residences of the named plaintiffs involved in these two matters.

Based on this investigation as well as the education, training and experience of the authors of this report, ESI concludes that the choice of material for the fittings and the clamps is not inherently defective as alleged. Following this investigation, it is apparent that the performance of the brass fittings and stainless steel clamps is unique to the environment within which they are asked to perform.

[2] Second Amended Class Action Complaint, Page 3, para. 9

A thorough review of literature, in addition to the examination of the physical evidence in this matter and the author's experience, training and education all indicate that the performance of any given fitting and/or clamp will be unique. Within any given plumbing system, a variety of factors can influence the performance of a fitting or clamp, specifically relative to the corrosion performance. It is also important to recognize that individual components within a given plumbing system may also behave drastically different relative to corrosion based on factors such as water temperature, installation conditions, external influences and physical factors. In other words, not only can plumbing components behave differently from residence to residence but even within a given residence the performance of plumbing components can vary greatly, making not only each system unique but also each fitting and clamp unique.

## Basis for this Report

The opinions expressed by Eric R. Weishaupt, Ph.D., P.E. in this report are made to a reasonable degree of engineering probability and certainty and are based upon the author's education, training, and experience as well as the investigative findings presented in this report. The author's CV and testimony history are attached hereto as **Appendices B** and **C**, respectively. ESI charges $250.00 per hour for Dr. Weishaupt's time in 2017.

### Received Documents

To date, the items listed in **Appendix D** have been received and reviewed. This report is based on a review of the documents and literature as well as on the inspections performed and the subsequent analysis, including all inspection photos, data and images.

### Literature Reviewed

To date, the items listed in **Appendix E** have been reviewed.

# Research and Testing

## Literature Survey

ESI has performed an extensive review of the available literature for several technical topics relative to the investigation of the performance of the NIBCO PEX components.

### Applicable Standards

The fittings and clamps at issue in this matter are part of a system. The system utilizes cross-linked polyethylene, PEX, as the piping material. Instead of soldering or threading the joints together, a mechanical coupling or crimping process is used to secure a connection between the PEX and the fitting. The standards which all plumbing manufacturers using this type of connection must follow are ASTM F1807 and ASTM F2098.[3, 4]

NIBCO's F1807 fittings are made from various materials (brass, copper, plastic) and the fittings conform to the applicable plumbing codes, including the requirement that they be third party certified in accordance with applicable NSF 14 & 61 standards.[5, 6]

The F1807 and F2098 standards are a "consensus standard" and are developed by a committee consisting of manufacturers, users, consumers and general interest members. These committees are required to be balanced such that the number of voting manufacturers cannot exceed the number of voting users, consumers and general interest members. In this manner, a single interest group cannot dominate the standards process. Along with this balanced approach, every negative vote must be addressed by the committee prior to the publishing of a standard, further enhancing the "consensus" nature of the standard.

[3] ASTM F1807 "Standard Specification for Metal Insert Fitting Utilizing a Copper Crimp Ring for SDR9 Cross-linked Polyethylene (PEX) Tubing." (Several Editions of F1807 exist and it is consistently updated)
[4] ASTM F2098 "Standard Specification for Stainless Steel Clamps for Securing SDR9 Cross-linked Polyethylene (PEX) Tubing to Metal Insert and Plastic Insert Fittings" Several Editions of F2098 exist and it is consistently updated)
[5] NSF 14 – "Plastics Piping System Components & Related Materials"
[6] NSF 61 "Drinking Water Components – Health Effects"

Within F1807, specifications are given for the acceptable processing techniques and materials that may be used for the brass fittings. The two approved manufacturing processing types and the appropriate materials for each are shown below in Figure 2.[7]

5.1.3 *Machined Brass*—Machined brass fittings shall be made from material meeting the requirements of Specification B 140/B 140M copper alloy UNS C31400 or Specification B 16/B 16M copper alloy UNS C36000.

5.1.4 *Forged Brass*—Forged brass fittings shall be made from material meeting the requirements of Specification B 283, copper alloy UNS C37700 or UNS C36500.

**Figure 2. Excerpt from ASTM F1807-04**

Following the standard, NIBCO utilizes C36000 for the machined fittings and both C36500 and C37700 for the forgings. Both of these alloys are considered "yellow brasses," with nominal zinc content ranging from approximately 35-41 wt.%.[8]

Within F2098, specifications are given for the acceptable materials that may be used for the stainless steel clamps. The appropriate materials for the clamps are shown below in Figure 3.[9]

**5. Materials and Manufacture**

5.1 *Clamps*—Clamps shall be made from material meeting the requirements of Specification A240/A240M stainless steel UNS S304000.

**Figure 3. Excerpt from ASTM F2098-08**

Following the standard, NIBCO utilizes 304 stainless steel for the stainless steel clamps.

[7] ASTM F1807-04 "Standard Specification for Metal Insert Fitting Utilizing a Copper Crimp Ring for SDR9 Cross-linked Polyethylene (PEX) Tubing"
[8] Robinson, Properties of Wrought Coppers and Copper Alloys, Properties and Selection: Nonferrous Alloys and Special-Purpose Materials, Vol 2, ASM Handbook, ASM International, 1990.
[9] ASTM F2098-08 "Standard Specification for Stainless Steel Clamps for Securing SDR9 Cross-linked Polyethylene (PEX) Tubing to Metal Insert and Plastic Insert Fittings"

**Mechanism of Brass Dezincification**

Dezincification is a dealloying mechanism that most commonly occurs in brasses that contain less than 85% percent copper. For reference the ASM Materials dictionary definitions of dealloying and dezincification are presented below.[10]

***Dealloying*** – The selective corrosion of one or more components of a solid solution alloy.

***Dezincification*** – Corrosion in which zinc is selectively leached from zinc- containing alloys leaving a relatively weak layer of copper and copper oxide. Most commonly found in alloys containing less than 85% copper after extended service in water containing dissolved oxygen.

Another term used to describe removal of a certain element from an alloy during a corrosion process is the term selective leaching. Selective leaching of a specific element occurs across a number of alloys and in a variety of environments, specifically water. The ASM Dictionary defines selective leaching as follows:

***Selective Leaching*** - Corrosion in which one element is preferentially removed from an alloy, leaving a residue (often porous) of the elements that are more resistant to the particular environment. Also, called dealloying or parting.

A brief overview of select alloys that may be subject to selective leaching is shown below in Table 1.

**Table 1. Select examples of alloys that may experience selective leaching**

| Alloy | Environment | Element Removed |
|---|---|---|
| Brass | Many Waters | Zinc |
| Gray Iron | Soils, Many Waters | Iron |
| Silicon Bronze | Steam and acidic species | Silicon |
| Gold Alloys | Sulfide, Human Saliva | Copper, Silver |
| Copper Nickel | Hot brine or Steam | Nickel |
| Carbon Steels | Oxidizing or hydrogen atmospheres | Carbon |

[10] ASM Materials Dictionary

Dezincification is the primary mode of corrosion for yellow brasses in potable water.[11, 12, 13] Conflicting literature regarding the types of brass that can be affected by dezincification exists; however, the long-held belief that brasses with less than 15% of zinc are immune to dezincification has been disproven by more recent research.[14]

Many mechanisms have been proposed to describe the dezincification process that occurs in brass materials: all of the mechanisms proposed in the literature describe a selective dissolution of zinc from the bulk alloy. Several mechanisms have been documented in the literature, in general, the mechanisms proposed fall into the following classifications: [15, 16, 17]

- Selective leaching/preferential dissolution of zinc
- Dissolution of copper and zinc followed by re-deposition or "plating of copper"
- Layer-type dezincification, a relatively uniform attack
- Plug-type dezincification, a relatively localized form of attack commonly associated with occurrence beneath a surface film or deposit.
- Meringue-forming dezincification. Typically associated with plug type dezincification, the term meringue is borrowed from the culinary term due to the white, voluminous appearance of the corrosion product, this type of dezincification is observed in conditions where the zinc oxide is insoluble in water.

To the extent any dezincification was observed in NIBCO fittings associated with the Cole plaintiffs, it was largely a non-meringue-forming dezincification, with the exception of the Monica and Peperno residences. It is important to note that in the second amended complaint, the plaintiffs allege that blockage of fittings may occur. This is often associated with meringue-forming dezincification, a corrosion mechanism that results in a voluminous white corrosion product forming as a result of the corrosion mechanism. Meringue forming dezincification has been documented extensively in literature, most notably by Turner. [18, 19]

---

[11] D.M.F. Nicholas, D.J. Young, "Effect of Structure and Morphology on Dezincification Rates of Duplex Brass in Potable Water", Paper 33-17 from Corrosion and Prevention 1994 (November 21-25, 1993, Newcastle, Australia)

[12] *Internal Corrosion of Water Distribution Systems*. 2nd ed. Denver, CO: American Water Works Association Research Foundation, 1996.

[13] Sarver, Emily Allyn. *Insights into Non-uniform Copper and Brass Corrosion in Potable Water Systems*. Diss., Virginia Polytechnic Institute and State University, 2010. Blacksburg, VA: VPI, 2010.

[14] *Uhlig's Corrosion Handbook*. Hoboken, New Jersey: John Wiley & Sons, Inc., 2011.

[15] Sarver, Emily Allyn. *Insights into Non-uniform Copper and Brass Corrosion in Potable Water Systems*. Diss., Virginia Polytechnic Institute and State University, 2010. Blacksburg, VA: VPI, 2010.

[16] Toivanen, Risto Olavi. On the Mechanism of Dezincification of Brass (zinc, Boron, Surface Melting, Annealing). Thesis, Teknillinen Korkeakoulu, Finland, 1995. Helsinki, 1995.

[17] R. Oliphant, "Dezincification by potable water of domestic plumbing fittings: measurement and control", Water Research Centre, Technical Report TR 88, September 1978.

[18] Turner, M.E.D. "Further Studies on the Influence of Water Composition on the Dezincification of Duplex Brass Fittings." *Proc. Soc. Water Treat Exam* 14 (1965): pp. 81-87.

[19] Turner, M.E.D. "The Influence of Water Composition on the Dezincification of Duplex Brass Fittings." *Proc. Soc. Water Treat Exam* 10, no. 2 (1961): pp. 162-79.

Dezincification of yellow brass can result in porosity; however, the porosity formed as the result of dezincification is a function of the penetration distance. In short, the deeper the dezincification penetration, the less porosity that is expected to be observed. This general trend is shown in Figure 4 and Figure 5 which are plots from the research by Tretheway and Pinwill.[20] As the result of the dezincification, the porosity occurs primarily near the water/metal interface and the porosity decreases as a function of distance from the water/metal interface.

Both short term and long term studies of the penetration rates of dezincification in yellow brasses have consistently shown a trend that dezincification penetration is non-linear and decreasing with time.[21, 22, 23] The observation of non-linear dezincification rates is consistent with the observation that bulk diffusion is the rate-controlling step to dezincification.[24, 25] This finding is significant because it dictates that penetration will slow significantly with time, meaning the dezincification penetration rate will decrease with time rather than accelerate, as is the case with many autocatalytic corrosion mechanisms such as pitting. Furthermore, yellow brasses are capable of forming passivating layers, or protective films; the formation of these layers would also serve to further reduce the dezincification rates, were they to develop.[26, 27, 28] With this information it is critical to understand that one cannot analyze a fitting exhibiting dezincification and assume that the fitting will continue to corrode and experience similar dezincification in the future.

---

[20] K.R. Trethewey and I. Pinwill, "The Dezincification of Free-Machining Brasses in Sea-Water", Surface and Coatings Technology, 30 (1987), pp. 289-307

[21] Southwell, C. R., C. W. Hummer, Jr., and A. L. Alexander. *Corrosion of Metals in Tropical Environments Part 7 - Copper and Copper Alloys - Sixteen Years' Exposure*. Report no. NRL Report 6452. Washington, DC: Naval Research Laboratory, 1966.

[22] D.M.F. Nicholas, D.J. Young, "Effect of Structure and Morphology on Dezincification Rates of Duplex Brass in Potable Water", Paper 33-17 from Corrosion and Prevention '94 (November 21-25, 1993, Newcastle, Australia)

[23] K.R. Trethewey and I. Pinwill, "The Dezincification of Free-Machining Brasses in Sea-Water", Surface and Coatings Technology, 30 (1987), pp. 289-307

[24] E.E. Stansbury and R.A. Buchanan, "Kinetics of Coupled Half Cell Reactions", Fundamentals of Electrochemical Corrosion, pp. 127-181.

[25] Corcoran, Sean G. "Effects of Metallurgical Variables on Dealloying Corrosion." In *Corrosion: Fundamentals, Testing and Protection*, by Stephen D. Cramer and B. S. Covino, 287-96. Vol. 13A. ASM Handbook. Materials Park, OH: ASM International, 2003.

[26] Morales, J., P. Esparza, G. T. Fernandez, S. Gonzalez, J. E. Garcia, J. Caceres, R. C. Salvarezza, and A. J. Arvia. "A Comparative Study on the Passivation and Localized Corrosion of Alpha-brass and Beta-brass in Borate Buffer Solutions Containing Sodium Chloride--II. X-ray Photoelectron and Auger Electron Spectroscopy Data." *Corrosion Science* 37, no. 2 (1995): 231-39.

[27] Badawy, W. A., and F. M. Al-Kharafi. "Corrosion Behavior of Brass Alloys in Aqueous Solutions of Different PH." *Corrosion* 55, no. 3 (March 1999): 268-277.

[28] M.B. Valarce, S.R. de Sanchez, M. Vazquez; "Localized attack of copper and brass in tap water: the effect of Pseudomonas", *Corrosion Science,* V. 47 (2005) pp. 795-809




**Figure 4. Penetration depth vs. exposure time data reported by Trethewey & Pinwill**




**Figure 5. Porosity vs. dezincification penetration analysis reported by Trethewey & Pinwill**

## Factors Affecting Corrosion

There are several factors that can affect dezincification of brass materials that have been researched in-depth in the literature. Several of them are specifically identified and discussed in the following section.

### Water Chemistry

One of the most investigated factors that can influence dezincification of brasses is naturally the operating environment. In this case, the environment of interest is potable water. This subject has been researched extensively in the literature, most famously by Turner.[29, 30] More recently a survey of existing literature was performed by Sarver, which details many of the important aspects of water chemistry that have been studied and found to not only assist in increasing or decreasing dezincification rates but also inhibit dezincification.[31]

The following select characteristics of water chemistry have been shown in the literature to contribute to the dezincification performance of brass materials:

- pH
- Aeration
- Free Chlorine
- Chloramine
- Chlorides
- Sulfates
- Polyphosphate
- Conductivity
- Orthophosphate

For the purpose of this report, the metallurgical effects of these constituents are considered. There are numerous combinations of these key constituents that can exist. Water chemistry is a complex multi-faceted issue that can be influenced not only from the local water supply or water authority but can also change as a function of the water treatment within a residence. How these constituents are ultimately delivered to and become part of a given plumbing system is beyond the scope of this investigation.

[29] Turner, M.E.D. "The Influence of Water Composition on the Dezincification of Duplex Brass Fittings." *Proc. Soc. Water Treat Exam* 10, no. 2 (1961): 162-79.

[30] Turner, M.E.D. "Further Studies on the Influence of Water Composition

[31] Sarver, Emily Allyn. *Insights into Non-uniform Copper and Brass Corrosion in Potable Water Systems*. Diss., Virginia Polytechnic Institute and State University, 2010. Blacksburg, VA: VPI, 2010.

### Temperature

In multiple studies, temperature has been found to universally accelerate dezincification. [32, 33, 34] As with other forms of corrosion, dezincification is a complex electrochemical process that occurs as the result of chemical reactions. It follows that increased temperatures will result in increased corrosion rates.

### Stress

Several studies have examined the role of applied stress on the dezincification behavior of high zinc brasses. In general, these studies have found that increasing stresses will result in an increase in dezincification, specifically the dissolution of zinc. [35, 36, 37] The work by Namboordhiri explicitly shows this phenomenon existing both for loading in the linear elastic region of the material in addition to stresses beyond the yield stress. This data is shown below in Figure 6.




**Figure 6. Plot from Namoodhiri displaying increased corrosion rate with increased applied stress**

[32] Lucey, V. F., G. M. Bulman, and J. F. Phillips. Relationship between Water Composition and Dezincification of Duplex Brass. Final Report. Report no. A1802. BNF, 1973.
[33] Internal Corrosion of Water Distribution Systems. 2nd ed. Denver, CO: American Water Works Association Research Foundation, 1996.
[34] Nicholas, Dezincification of Brass in Potable Waters M. Dezincification of Brass in Potable Waters. Report. Melbourne, Australia: Urban Water Research Association, 1994.
[35] T.K.G. Namboodhiri and R.S. Tripathi, "The Stress-Assisted Dezincification of 70/30 Brass In Ammonia", Corrosion Science, V. 26, No. 10, pp. 745-756, (1986)
[36] R. S. Tripathi and T.K.G. Namboodhiri, "Mechanically Assisted Dezincification and Stress Corrosion Cracking of 60/40 Brass", Journal Electrochemical Society of India, V. 32, pp. 183-187
[37] E. Brandl et al., "Stress corrosion cracking and selective corrosion of copper-zinc alloys in drinking water installations" Materials and Corrosion v. 60 No. 4 (2009) pp. 251-258

## Solder Flux

Solder flux is an aggressive substance that is used to clean metal surfaces in preparation for soldering, a common method of joining plumbing components. Solder fluxes typically contain chlorides and zinc which are identifiable by energy dispersive spectroscopy (EDS).[38] The harmful effects of fluxes have also been noted to affect areas away from the point of flux application.[39]

The Unified Plumbing Code (UPC) states: "Careless workmanship, especially during flux applications, can result in corrosion..." The UPC recommends to guard against this type of danger by choosing a flux that is manufactured to the ASTM B 813 standard and that only a minimum amount of the flux be used. The full entry of the applicable code is displayed below: [40]

**2.2.4 Soldering Flux**

The functions of the soldering flux are to remove residual traces of oxides, to promote wetting and to protect the surfaces to be soldered from oxidation during heating. The flux should be applied to clean surfaces and only enough should be used to lightly coat the areas to be joined.

An oxide film may reform quickly on copper after it has been cleaned. Therefore, the flux should be applied as soon as possible after cleaning.

**CAUTION**

Careless workmanship, especially during flux applications, can result in corrosion of the tube long after the system has been installed. If excessive flux is used, the residue inside the tube can cause corrosion. In an extreme case, such residual flux can actually lead to perforation through the tube wall causing leakage. To guard against this danger, it is important (1) to choose a flux that is manufactured to ASTM B 813, and (2) to use only the minimum amount actually needed to make the joint.

**Figure 7. Caution from UPC regarding workmanship**

[38] Myers J.R. and Cohen A. Soldering Flux-Induced Pitting of Copper Water Lines. Materials Performance. October 1994
[39] Myers J.R. and Cohen A. Soldering Flux-Induced Pitting of Copper Water Lines. Materials Performance. October 1994
[40] Uniform Plumbing Code. International Association of Plumbing and Mechanical Officials. 2006.

The effect of poor workmanship, specifically related to the application of flux and the effect on the corrosion behavior on a plumbing system, have been documented extensively in the literature.[41, 42, 43, 44, 45] Solder fluxes have universally been shown to accelerate corrosion attack on plumbing components and the only mitigation identified is sparing use of flux and careful cleaning of excessive flux following use.

### Galvanic Coupling

When two dissimilar metals are electrically connected, and immersed or exposed to an electrolyte, the resultant galvanic couple will experience preferential corrosion of the less "noble" material. This has the potential to occur in residential plumbing systems when dissimilar materials are joined. In the case of a brass fitting joined to a copper line, the brass material would be expected to preferentially corrode. In many cases in the literature, this effect has been shown to influence the results of investigations and most famously in the work of Turner may lead to some misunderstanding of the use of the literature as a method of determining future performance.[46, 47]

### Geometric Factors

Individual plumbing configurations can lead to variations in the amount and type of corrosion (if any) that takes place on a given fitting. For example, water flow or stagnation of water has been shown to affect the rate and type of dezincification. A study by Oliphant shows that the same type of fittings, which are exposed to the same water usage patterns in the same line, showed significant differences in the appearance.[48] Other studies have shown that water flow may also have significant influence over the dezincification performance of brass fittings, for instance decreased flow over an anode surface or increased flow over the cathode surface will accelerate dezincification.[49] Furthermore, Sarver summarizes the effect of concentration cells that are capable of forming due to unique physical factors such as galvanic coupling, flow and under-deposit corrosion may also influence the dezincification performance of fittings.[50] In general, these factors involve examining the anode and cathode reactions under differing circumstances and the results presented show that dependent on several factors, dezincification can either increase or decrease for a single piece of brass in potable water.

---

41 Myers, J. R., and Arthur Cohen. "Soldering Flux-induced Pitting of Copper Water Lines." Materials Performance 33, no. 10 (October 1994): 62-63.

42 Myers, James R. "Copper-tube Corrosion in Domestic-water Systems." BSE, June 2005, 22-37.

43 Cohen, Arthur, and W. Stuart Lyman. "Service Experience with Copper Plumbing Tube." Materials Protection & Performance 11, no. 2 (February 1972): 48-52.

44 R.S. Charlton, "Failures of Copper Potable Water Piping Due to Design, Materials and Poor Workmanship" Corrosion 2001, Paper 1486, NACE International

45 M. Dinghe, "Corrosion of Brazed and Soldered Joints" in ASM Handbook, Volume 13B: Corrosion: Materials, S.D. Cramer and B.S. Covino, Jr., editors, p418-421

46 Turner, M.E.D. "The Influence of Water Composition on the Dezincification of Duplex Brass Fittings." *Proc. Soc. Water Treat Exam* 10, no. 2 (1961): 162-79.

47 Sarver, Emily Allyn. *Insights into Non-uniform Copper and Brass Corrosion in Potable Water Systems*. Diss., Virginia Polytechnic Institute and State University, 2010. Blacksburg, VA: VPI, 2010.

48 R. Oliphant, "Dezincification by Potable Water of Domestic Plumbing Fittings: Measurement and Control." Technical Report TR88. September 1978.

49 G. Kelly, G. Lesbanft, and J. Venning; "The Effects of Flow on Dezincification", Proceedings Of Australasian Corrosion Association Conference, (1980), H-3-1-14

50 Sarver, Emily Allyn. *Insights into Non-uniform Copper and Brass Corrosion in Potable Water Systems*. Diss., Virginia Polytechnic Institute and State University, 2010. Blacksburg, VA: VPI, 2010.

**Stress Corrosion Cracking of Brass Materials**

Stress corrosion cracking (SCC) of copper alloys, such as brasses is a topic that has been heavily researched in literature. To understand what gives rise to SCC, it is important to understand a few fundamental concepts regarding this complex fracture mechanism that involves both electrochemical reactions and thermomechanical interactions.

Stress corrosion cracking requires three components to initiate and propagate a crack, the three components are: tensile stresses, a susceptible material and a corrosive environment. A visual representation of the requirements for SCC are shown below in Figure 8.




**Figure 8. Venn diagram of SCC requirements**

It is important to note that there are no hard threshold values for individual component influence on the development of SCC. For example, ASM Handbook Vol 13B states "In general, the higher the stress, the weaker the corroding medium must be to cause SCC. The reverse is also true: The stronger the corrosive medium, the lower the required stress."[51]

Similar to dezincification, stress corrosion cracking mechanisms can be affected by several environmental factors. For example, pH, oxygen content and temperature, etc. may influence the threshold stress required to initiate a stress corrosion cracking mechanism in yellow brass.[52] Much like dezincification, SCC of brasses can also be dependent on installation, again much like dezincification, SCC of brasses has been shown to be dependent on applied stresses such as those that may be attributable to improper installation.[53]

[51] ASM Handbook Vol 13B
[52] ASM Handbook Vol 13B
[53] E. Brandl, R. Malke, T. Beck, A. Wanner, T. Hack, "Stress corrosion cracking and selective corrosion of copper-zinc alloys for the drinking water installation," Materials and Corrosion, 2009.

**Stress Corrosion Cracking of Stainless Steels**

Type 304 stainless steel is one of the most widely used austenitic stainless steels because of its corrosion resistance and ease of which it can be formed. Typical uses for type 304 stainless steel include chemical and food processing equipment, cookware, household and hospital appliances, and building trim.[54] Under certain conditions, type 304 stainless steel can become susceptible to pitting corrosion as well as a phenomenon known as stress corrosion cracking or SCC. As previously explained, SCC is a mechanical-chemical process that results in cracking below the tensile strength of the material.[55]

In order for SCC to affect a susceptible material, such as type 304 stainless steel, there must exist a tensile stress and an aggressive environment. The aggressive environment for type 304 stainless steel would likely involve elevated temperatures and the presence of chlorides. The tensile stress required to produce cracking can either be applied or residual stresses.[56] Type 304 stainless steel may not necessarily experience cracking if either the tensile stress, temperature, or chloride concentration is below the threshold level. With sufficient chloride concentration, SCC of Type 304 stainless steel can occur at room temperature. The susceptibility to SCC increases with temperature, tensile stress, and chloride concentration. For example, with lower temperatures and chloride concentrations, pitting may only occur. SCC will manifest itself via fine branched transgranular cracking in elevated temperatures and chloride concentrations. SCC tends to favor intergranular paths under less aggressive conditions.[57] Metallographic evaluation is typically utilized to confirm the presence of SCC; however, SEM fractography can also be utilized.

Elimination of the factors contributing to SCC is not simple. The level of chlorides required to produce SCC can be as low as a few parts per million (ppm) and as water evaporates, concentrations of chlorides can increase on surfaces of susceptible materials. Water temperatures as low as 120°F can induce SCC in the presence of chlorides.

[54] Smith, William F., Structures and Properties of Engineering Alloys, 2nd Ed., ©1993 McGraw-Hill, Inc., pp. 312-313
[55] Roberge, Pierre R., Corrosion Engineering Principles and Practice, ©2008 McGraw-Hill, pp. 200-201.
[56] Aaskeland, Donald R., The Science and Engineering of Materials ©1994 by PWS Publishing, p.762.
[57] Jones, Denny A., Principles and Prevention of Corrosion, 2nd Ed, ©1996, Prentice-Hall Inc., pp. 257-258.

**Materials Performance in Plumbing Applications**

A variety of materials are used in potable water plumbing systems. Table 2 shows a list of commonly used materials, along with the related corrosion mechanism and typical method of deterioration.[58] Based on this table, it is clear that all of the materials commonly used in plumbing systems will corrode in a potable water environment, though the corrosion mechanisms may vary with the material. It would be unreasonable to expect otherwise.[59]

Copper, one of the most widely used domestic plumbing materials, is notably susceptible to various forms of corrosion in water. Although used in service for decades, research shows that copper piping is vulnerable to pitting corrosion. There has also been a rise in the occurrence of pinhole leaks in copper piping, an increase that has been attributed to changes in water chemistry over time.[60, 61, 62, 63, 64] In recent years, there have been extensive efforts to determine the root cause of the pinhole leaks. In some cases, it has been documented that copper exhibits an autogenous healing mechanism that involves evaporated solids from the water and corrosion products acting in a synergistic manner to effectively occlude a pinhole leak.[65] Given copper's long history of use in plumbing applications, these efforts clearly highlight the complicated and ever-changing nature of plumbing system corrosion.

A national survey of homeowners found that approximately 56% of total leaks occurred in copper plumbing.[66] In a related study, a survey regarding willingness to pay for a 50-year leak-free materials option found that less than half of respondents were willing to pay some amount of money. It was also found that just over 25% of respondents would not pay any amount for 50-year leak-free materials.[67] These statistics further reinforce the complex nature defining the total cost and value of various plumbing components.

---

[58] G. Koch, M. Brongers, N. Thompson, Y. Virmani, and J. Payer; "Corrosion Cost and Preventative Strategies in the United States", Report No. FHWA-RD-01-156, September 30, 2001.
[59] H. Cruse, "Cooperation Helps Prevent Pipe Corrosion", American Water Works Association, 2000
[60] H. Cruse and R.D. Pomeroy, "Corrosion of Copper Pipes", Journal AWWA, August 1974
[61] L.W. Dalton, "Pinhole Leaks Plague Copper Pipes", Chemical and Engineering News, August 2003
[62] O. Farooqi, "An Assessment and Modeling of Copper Plumbing Pipe Failures Due to Pinhole Leaks", Master's Thesis, Virginia Polytechnic Institute and State University, May 2006
[63] Task Force to Study Final Report: Pinhole Leaks in Copper Plumbing, Maryland Department of Housing and Community Development, December 2004.
[64] M. Veazey, "New Research May Explain Pinholes in Copper Tubing", Materials Performance, May 2004
[65] Lytle, Darren A. Nadagouda, Mallikarjuna N. "A Comprehensive investigation of Copper Pitting Corrosion in a Drinking Water Distribution System" Corrosion Science. Vol. 52 1927-1938. 2010
[66] P. Scardina, M. Edwards, D. J. Bosch, G. V. Loganathan, S. K. Dwyer. "Assessment of Non-Uniform Corrosion in Copper", AWWA Research Foundation. 2008.
[67] P. Scardina, M. Edwards, D. J. Bosch, G. V. Loganathan, S. K. Dwyer. "Assessment of Non-Uniform Corrosion in Copper", AWWA Research Foundation. 2008.

**Table 2. Common corrosion mechanisms encountered in potable water systems (from Koch et al.)[68]**

| MATERIAL | CORROSION TYPE | TAP WATER QUALITY DETERIORATION |
|---|---|---|
| Cast Iron | Uniform Corrosion | Rust Tubercles (Blockage of Pipe) |
| Ductile Iron | Graphitization and Pitting Under Unprotective Scale | Iron and Suspended Particles Release |
| Steel | Pitting | Rust Tubercles (Blockage of Pipe) and Iron and Suspended Particles Release |
| Galvanized Steel | General Corrosion | Excessive Zinc, Lead, Cadmium, and Iron Release and Blockage of Pipe |
| Asbestos Cement* | Uniform Corrosion | Calcium Dissolution, Possible Asbestos Fibers, and Increased pH |
| Concrete | Uniform Corrosion | Calcium Dissolution and Increased pH |
| Cement Mortar** | Uniform Corrosion | Calcium Dissolution and Increased pH |
| Copper | Uniform Corrosion | Copper Release |
| | Localized Attack | Perforation of Pipe and Leakage |
| | Microbiologically Influenced Corrosion (MIC) | Leakage From Pipes |
| | Corrosion Fatigue | Rupture of Pipe and Leakage |
| | Erosion-Corrosion | Leakage From Pipes |
| Lead Pipe | Uniform Corrosion | Lead Release |
| Lead-Tin Solder | Uniform Corrosion | Lead and Tin Release |
| Brass | Erosion and Impingement | Penetration Failures |
| | Dezincification | Blockage of Pipe |
| | Stress Corrosion Cracking (SCC) | Lead and Zinc Release |
| Plastic | Degradation by sunlight and microorganisms? | Taste and Odor |

*No internal lining (e.g., tar).
**Used as internal lining of iron and steel materials.

68 G. Koch, M. Brongers, N. Thompson, Y. Virmani, and J. Payer; "Corrosion Cost and Preventative Strategies in the United States", Report No. FHWA-RD-01-156, September 30, 2001.

## Analysis

ESI performed home inspections of the eight named Cole plaintiffs, for simplicity the homes are referred to using each owner's last name (Boyd, Cole, McCoy, McMahon, Medders, Monica, Pepperno, Sminkey). The inspections of the residences were designed to yield information about each plumbing system and the environment within which the plumbing components were asked to perform, as summarized in Table 3.

**Table 3. Overview of Cole Plaintiff Home Plumbing Systems**

| Claimant/ Address | Date of Inspection | House Construction Type | Type of Install | Plastic/ Metal Fittings | Crimp Ring Type | Water Softener | Recirculating Pump | Expansion Tank | Pressure (psi) | Re-plumbed |
|---|---|---|---|---|---|---|---|---|---|---|
| (Monica), 12 Hillcrest Blvd., Warren, NJ 07059 | 10/14/15 | Two Story with full basement | Trunk & Branch | Brass | S.S. Clamp & Copper Crimp Rings | Yes | Yes | Yes | 55 | No |
| (Cole), 19150 Hwy. 79, Gadsden, TN 38337 | 8/15/16 | Two Story | Trunk & Branch | Brass | S.S. Press Sleeve | No | No | No | 50/44/54 (49 Avg.) | No |
| (McCoy), 4401 Blackland Drive, Marietta, GA 30067 | 8/16/16 | Two Story with Crawl | Trunk & Branch | N/A, (Re-plumbed) | N/A, (Re-plumbed) | No | Yes | Yes | 60 (116 at isolated front hose bib) | Yes, (95%) |
| (Boyd), 13467 Sanctuary Drive, Foley, AL 36535 | 8/17/16 | Ranch | Trunk & Branch | Brass | Copper Crimp Rings | No | No | No | 62/71 (66.5 Avg.) | Yes |
| (McMahon), 5101 Dusty Trail, Rio Vista, TX 76093 | 8/23/16 | Two/Three Story | N/A | Brass | Copper Crimp Rings | No | Yes | Yes | 69 | Yes |
| (Medders), 3557 County Road 132, Stephenville, TX 76401 | 8/24/2016, 8/25/2016 | Ranch | Trunk & Branch | Brass | Copper Crimp Rings | No | No | No | 40 | No |
| (Peperno), 915 Moosic Road, Old Forge, PA 18518 | 10/17/16 | Two Story with full basement | Trunk & Branch | Brass | S.S. Clamp | No | No | Yes | 55 | No |
| (Sminkey), 1235 Red Rock Drive, Elgin, OK 73538 | 11/14/16 | Ranch | Trunk & Branch | Brass | S.S. Clamp | Yes | No | Yes | 57 | No |

Each home was found to provide a unique environment for the plumbing components. Water conditions can also change with time as the system source water chemistry can be altered due to municipal water treatment, individual water treatment, etc. The focus of this report is largely the performance of metallic components of the NIBCO PEX system, specifically brass fittings and stainless steel clamps in the Cole, McMahon, Medders, Monica, Peperno and Sminkey homes. Because the McCoy home was replumbed before ESI's inspection, there was no physical evidence remaining to evaluate relative to the fittings and/or crimps or clamps that may have been used.[69] Several brass fittings were harvested from the Boyd home; however, they were found to be from other manufacturers and the only NIBCO fitting harvested from this home was a black polymer fitting.

#### Workmanship

ESI evaluated the workmanship associated with the installation of each fitting that was removed from named plaintiff homes. A large majority of the F1807 fittings examined during the workmanship study were found to be improperly installed, not only for the NIBCO fittings that were examined, but also for other manufacturers' fittings and products as well. This finding suggests widespread installation issues that were prevalent in the named plaintiff homes. (Again, there was no evidence available to evaluate the original installation at the McCoy home.) **Appendix F** contains the measurements from the workmanship study performed. As noted in the literature review section of this report, factors such as increased applied stresses and other geometric factors that can increase corrosion of fittings are influenced by the installation conditions of the copper crimp rings or stainless steel clamps. For example, out of roundness, over-crimping or improper crimp placement may result in locally high stresses.

[69] Deposition testimony from Mr. McCoy indicated that he has no information to indicate any of the fittings or clamps contributed to the leaks in the home.

ASTM standards, F1807 and F2098 indicate that the crimps and clamps, respectively, should be installed at a distance of 1/8" - 1/4" from the end of the PEX pipe.[70, 71, 72] Figure 9 and Figure 10 display the applicable sections from ASTM F1807 and F2098. The NIBCO installation manual includes the same advice. An excerpt from the NIBCO installation manual is shown below in Figure 11. Placing the crimp or clamp too close to the end of the PEX pipe and the fitting shoulder may affect the seal between the pipe and the fitting resulting in water loss at the connection.[73] ASTM F1807 and the NIBCO installation manual also outline measurements for the maximum and minimum diameters for completed crimp connections. It was found that 97% of the F1807 fitting assemblies examined, which utilized either a copper crimp ring or stainless steel clamp, exhibited some form of improper connections. As outlined above, these type of crimp or clamp installation issues may act to promote corrosion and have the potential to directly contribute to a loss of water which may result in a leak. The simplest example of an improper installation contributing to a leak directly is the case of undercrimping or underclamping which leads to insufficient sealing between the pipe and the fitting allowing water to freely flow around the fitting barbs. Figure 12 contains an excerpt from the NIBCO installation manual that depicts how to check for proper crimping.

[70] ASTM International. *Standard Specification for Metal Insert Fittings Utilizing a Copper Crimp Ring for SDR9 Cross-Linked* Polyethylene *(PEX) Tubing*, ASTM F1807.
[71] ASTM International. Standard Specification for Stainless Steel Clamps for Securing SDR9 Cross-Linked Polyethylene (PEX) Tubing to Metal Insert and Plastic Insert Fittings, ASTM F2098.
[72] NIBCO DURA-PEX Piping Systems Installation Manual
[73] Plastic Pipe and Fittings Association. Design Guide. Residential PEX Water Supply Plumbing Systems. Second Edition

ASTM INTERNATIONAL Designation: F1807 – 08

An American National Standard

**Standard Specification for Metal Insert Fittings Utilizing a Copper Crimp Ring for SDR9 Cross-linked Polyethylene (PEX) Tubing[1]**

This standard is issued under the fixed designation F1807; the number immediately following the designation indicates the year of original adoption or, in the case of revision, the year of last revision. A number in parentheses indicates the year of last reapproval. A superscript epsilon (ε) indicates an editorial change since the last revision or reapproval.

**1. Scope***

1.1 This specification covers metal insert fittings and copper crimp rings for use with cross-linked polyethylene (PEX) tubing in ⅜, ½, ⅝, ¾, and 1 in. and 1 ¼ nominal diameters that meet the requirements for Specifications F876 and F877. These fittings are intended for use in 100 psi (689.5 kPa) cold- and hot-water distribution systems operating at temperatures up to, and including, 180°F (82°C). The requirements for materials, workmanship, dimensions, and markings to be used on the fittings and rings are also included.

1.2 The values stated in inch-pound units are to be regarded as the standard. The values given in parentheses are mathematical conversions to SI units which are provided for information only and are not considered the standard.

1.3 Compliance with this specification requires that these fittings be tested and certified to Specification F877.

1.4 *This standard does not purport to address all of the safety concerns, if any, associated with its use. It is the responsibility of the user of this standard to establish appropriate safety and health practices and determine the applicability of regulatory limitations prior to use.*

**2. Referenced Documents**

2.1 *ASTM Standards:*[2]

A269 Specification for Seamless and Welded Austenitic Stainless Steel Tubing for General Service
A276 Specification for Stainless Steel Bars and Shapes
A312/A312M Specification for Seamless, Welded, and Heavily Cold Worked Austenitic Stainless Steel Pipes
B16/B16M Specification for Free-Cutting Brass Rod, Bar and Shapes for Use in Screw Machines
B62 Specification for Composition Bronze or Ounce Metal Castings
B75 Specification for Seamless Copper Tube
B88 Specification for Seamless Copper Water Tube
B140/B140M Specification for Copper-Zinc-Lead (Red Brass or Hardware Bronze) Rod, Bar, and Shapes
B283 Specification for Copper and Copper-Alloy Die Forgings (Hot-Pressed)
B371/B371M Specification for Copper-Zinc-Silicon Alloy Rod
B584 Specification for Copper Alloy Sand Castings for General Applications
D1600 Terminology for Abbreviated Terms Relating to Plastics
D2122 Test Method for Determining Dimensions of Thermoplastic Pipe and Fittings
E18 Test Methods for Rockwell Hardness of Metallic Materials
F412 Terminology Relating to Plastic Piping Systems
F876 Specification for Crosslinked Polyethylene (PEX) Tubing
F877 Specification for Crosslinked Polyethylene (PEX) Plastic Hot- and Cold-Water Distribution Systems

2.2 *ASME Standards:*[3]

B1.20.1 Pipe Threads General Purpose (Inch)
B16.18 Cast Copper Alloy Solder Joint Pressure Fittings
B16.22 Wrought Copper and Copper Alloy Solder Joint Pressure Fittings

2.3 *Manufacturer's Standardization Society Standard:*[4]

SP-104 Wrought Copper Solder Joint Pressure Fittings

2.4 *NSF International Standard:*[5]

Standard No. 14 for Plastic Piping Components and Related Materials
Standard No. 61 for Drinking Water System Components-Health Effects

[1] This standard is under the jurisdiction of ASTM Committee F17 on Plastic Piping Systems and is the direct responsibility of Subcommittee F17.10 on Fittings.
Current edition approved March 1, 2008. Published March 2008. Originally approved in 1997. Last previous edition approved in 2007 as F1807 – 07a^ε1. DOI: 10.1520/F1807-08.

[2] For referenced ASTM standards, visit the ASTM website, www.astm.org, or contact ASTM Customer Service at service@astm.org. For *Annual Book of ASTM Standards* volume information, refer to the standard's Document Summary page on the ASTM website.

[3] Available from American Society of Mechanical Engineers (ASME), ASME International Headquarters, Three Park Ave., New York, NY 10016-5990, http://www.asme.org.

[4] Available from Manufacturers Standardization Society of the Valve and Fittings Industry (MSS), 127 Park St., NE, Vienna, VA 22180-4602, http://www.mss-hq.com.

[5] Available from NSF International, P.O. Box 130140, 789 N. Dixboro Rd., Ann Arbor, MI 48113-0140, http://www.nsf.org.

***A Summary of Changes section appears at the end of this standard.**

Copyright © ASTM International, 100 Barr Harbor Drive, PO Box C700, West Conshohocken, PA 19428-2959, United States.

1

9.1.1 *Crimping Procedure*—The crimping procedure shall be as follows: slide the crimp ring onto the tubing, insert the ribbed end of the fitting into the end of the tubing until the tubing contacts the shoulder of the fitting or tube stop. The crimp ring shall then be positioned on the tubing so the edge of

the crimp ring is ⅛ to ¼ in. (3.2 to 6.4 mm) from the end of the tube. The jaws of the crimping tool shall be centered over

**Figure 9. Excerpt from ASTM F1807**

ASTM INTERNATIONAL Designation: F2098 – 08

**Standard Specification for Stainless Steel Clamps for Securing SDR9 Cross-linked Polyethylene (PEX) Tubing to Metal Insert and Plastic Insert Fittings[1,2]**

This standard is issued under the fixed designation F2098; the number immediately following the designation indicates the year of original adoption or, in the case of revision, the year of last revision. A number in parentheses indicates the year of last reapproval. A superscript epsilon (ε) indicates an editorial change since the last revision or reapproval.

**1. Scope**

1.1 This specification covers stainless steel clamps for use with four sizes of insert fittings that comply with F1807, and cross-linked polyethylene (PEX) plastic tubing that complies with F876 or F877. These clamps are intended as an alternative to the copper-alloy crimp-rings of Specifications F1807 or F2159 for use in 100 psi (689.5 kPa) cold- and hot-water distribution systems operating at temperatures up to and including 180°F (82°C). Included are requirements for materials, workmanship, dimensions and marking of the stainless steel clamps; requirements for deforming the clamps; which apply to assemblies of PEX tubing and Specifications F1807 and F2159, insert fittings secured with deformed clamps per this specification.

1.2 The values stated in inch-pound units are to be regarded as the standard. The SI values stated in parentheses are provided for information purposes.

1.3 *This standard does not purport to address all of the safety concerns, if any, associated with its use. It is the responsibility of the user of this standard to establish appropriate safety and health practices and determine the applicability of regulatory limitations prior to use.*

**2. Referenced Documents**

2.1 *ASTM Standards:*[3]

A240/A240M Specification for Chromium and Chromium-Nickel Stainless Steel Plate, Sheet, and Strip for Pressure Vessels and for General Applications
D618 Practice for Conditioning Plastics for Testing
D1598 Test Method for Time-to-Failure of Plastic Pipe Under Constant Internal Pressure
D1599 Test Method for Resistance to Short-Time Hydraulic Pressure of Plastic Pipe, Tubing, and Fittings
D1600 Terminology for Abbreviated Terms Relating to Plastics
D2122 Test Method for Determining Dimensions of Thermoplastic Pipe and Fittings
E18 Test Methods for Rockwell Hardness of Metallic Materials
F412 Terminology Relating to Plastic Piping Systems
F876 Specification for Crosslinked Polyethylene (PEX) Tubing
F877 Specification for Crosslinked Polyethylene (PEX) Hot- and Cold-Water Distribution Systems
F1807 Specification for Metal Insert Fittings Utilizing a Copper Crimp Ring for SDR9 Cross-linked Polyethylene (PEX) Tubing and SDR9 Polyethylene of Raised Temperature (PE-RT) Tubing
F2159 Specification for Plastic Insert Fittings Utilizing a Copper Crimp Ring for SDR9 Cross-linked Polyethylene (PEX) Tubing and SDR9 Polyethylene of Raised Temperature (PE-RT) Tubing

**3. Terminology**

3.1 Definitions are in accordance with Terminology F412 and abbreviations are in accordance with Terminology D1600, unless otherwise indicated.

**4. Classification**

4.1 This specification covers one class of stainless steel clamps in four sizes suitable for securing PEX tubing that meets the requirements of Specifications F876 or F877 to insert fittings that meet the requirements of Specifications F1807 and F2159.

**5. Materials and Manufacture**

5.1 *Clamps*—Clamps shall be made from material meeting the requirements of Specification A240/A240M stainless steel UNS S304000.

[1] This specification is under the jurisdiction of ASTM Committee F17 on Plastic Piping Systems and is the direct responsibility of Subcommittee F17.10 on Fittings.
Current edition approved March 1, 2008. Published March 2008. Originally approved 2001. Last previous edition approved in 2004 as F2098-04^ε1. DOI: 10.1520/F2098-08.

[2] The stainless steel clamp described in this standard is covered by a patent. Interested parties are invited to submit information regarding the identification of an alternative to this patented item to ASTM Headquarters. Your comments will receive careful consideration at a meeting of F17, which you may attend.

[3] For referenced ASTM standards, visit the ASTM website, www.astm.org, or contact ASTM Customer Service at service@astm.org. For *Annual Book of ASTM Standards* volume information, refer to the standard's Document Summary page on the ASTM website.

Copyright © ASTM International, 100 Barr Harbor Drive, PO Box C700, West Conshohocken, PA 19428-2959. United States
Copyright by ASTM Int'l (all rights reserved); Wed Dec 9 16:55:23 EST 2015
Downloaded/printed by
Engineering Systems Inc. (Engineering Systems Inc.) pursuant to License Agreement. No further reproductions authorized.

1

9.1.1 *Clamping Procedure*—The clamping procedure shall be as follows: slide the clamp onto the tubing, insert the ribbed end of the fitting into the end of the tubing until the tubing contacts the shoulder of the fitting or tube stop. The clamp shall then be positioned on the tubing so the edge of the clamp is ⅛ to ¼ in. (3.2 to 6.4 mm) from the end of the tube. The ratcheting clamping tool shall be used to close the clamp. The tool will not release until the clamp is properly closed. Ratcheting hand tools shall conform to the dimensional requirements of Fig. 3.

**Figure 10. Excerpt from ASTM F2098**

**Step 3**

Push the fitting into the pipe until it touches the fitting shoulder. Position the clamp ring 1/8" - 1/4" from the end of the tube. This distance ensures that the clamp ring is positioned directly over the ribs on the barb.




**Figure 11. Excerpt from NIBCO Installation Manual**

**Step 5**

Use the go/no-go gauge to check every crimp joint. Push the gauge at a 90 degree angle over the crimp ring. If the crimp ring fits through the "go" slot and can rotate around the circumference of the crimp ring, then the joint was made correctly. Mark fitting as good and proceed. If the joint doesn't fit through the "go" slot then the joint was not formed correctly. An improper crimp has been formed when (1) the "go" side does not fit over the ring or, (2) the "no" side does fit over the ring. If the joint fails either of these two tests then cut out the joint and return to Step 1.








A micrometer can be used to measure the correct dimensions of a crimp ring after a proper, single crimp per the following table:

| **Tube Size** | **Min** | **Max** |
|---|---|---|
| 3/8" | 0.580" | 0.595" |
| 1/2" | 0.700" | 0.715" |
| 3/4" | 0.945" | 0.960" |
| 1" | 1.175" | 1.190" |
| 1-1/4" | 1.430" | 1.445" |

**Figure 12. Excerpt from NIBCO installation Manual**

**Blockage Study**

As a portion of the home inspections, pressure and flow measurements were performed to determine if meringue deposits as the result of dezincification were affecting the performance of the plumbing. In all homes inspected where the original plumbing still existed, flow was not restricted and the supply flow to terminal locations was found to be adequate. The Peperno and Monica homes displayed evidence of meringue forming dezincification; however, on site examination of the homes indicated that the flow to the terminal locations was adequate.

Representative images of the interior appearance of the two NIBCO fittings removed from the Monica and Peperno homes are shown below in Figure 13 and Figure 14. For comparison representative images of the interior of fittings from the Sminkey, McMahon, and Medders homes are shown below in Figures 15-17, respectively. No meringue was found in the fittings from Sminkey, McMahon, and Medders. This observation alones indicates that there is clearly different corrosion mechanisms taking place for fittings dependent on the environment in which they are asked to perform.



**Figure 13. Photograph of NIBCO elbow fitting from Monica home**



**Figure 14. Photograph of NIBCO tee fitting from Peperno residence**




**Figure 15. Representative photograph of NIBCO fitting from Sminkey residence, note no meringue**



**Figure 16. Representative photograph of NIBCO fitting from McMahon residence, note no meringue**



**Figure 17. Representative photograph of NIBCO fitting from Medders residence, note no meringue**

**Deposit Study**

Many of the available NIBCO fittings from the Cole plaintiff homes were examined using Scanning Electron Microscopy (SEM) equipped with Energy Dispersive Spectroscopy (EDS). The results of the SEM/EDS analysis show that the surface deposits that have formed on the exterior and interior of fittings.

In general, fittings from the Monica home were found to have a significant amount of aluminum on both the interior and exterior. The EDS shown in Figure 18 indicates that aluminum (Al) was detected on the interior of fitting PPX-11. Aluminum is an element that is not present in any appreciable amount in any of the NIBCO PEX products at issue in this matter and can act to promote corrosion. Significant amounts of chlorine were also found to be associated with the Monica fittings. Significant amounts of both aluminum and chlorine were also found on the exterior of a fitting from the Monica residence as shown in Figure 19.

Analysis of a NIBCO fitting from the Cole home found limited deposits on the interior; however, small light–colored surface deposits were found to contain silicon (Si) and aluminum, as displayed in Figure 20. Blue-green deposits on the interior of PPX-52A from the Sminkey residence were found to contain significant aluminum and silicon; again, aluminum is not present in any appreciable amount in the NIBCO PEX products at issue. An EDS spectrum of PPX-52A is shown in Figure 21.







**Figure 18. SEM/EDS Analysis of Fitting PPX-11 Area C**




**Figure 19. EDS Spectrum of exterior deposit of PPX-10**






**Figure 20. EDS spectrum of deposit on interior of PPX-33 from the Cole home**




**Figure 21. EDS spectrum of blue-green deposit from PPX-52A**

**Metallographic Inspection**

Samples from each of the plaintiff homes with available NIBCO brass products were selected for metallographic examination in order to identify and quantify dezincification that may be occurring. Prior to sectioning, the fittings were examined radiographically in order to document the fittings and detect areas of dezincification. Figure 22 displays a representative radiographic image of fitting PPX-110 from the Medders residence. Several fittings and a clamp were also subject to induced coupled plasma (ICP) to determine base material chemistry. **Appendix G** contains the data from the chemical analysis.




**Figure 22. Representative radiograph used to document fitting condition**

In addition to corrosion degradation which resulted in the complete loss of material, metallographic inspection of the fittings from the Medders residence revealed dezincification degradation. Figure 23 displays a fitting removed from the Medders residence, PPX-102, where dezincification was observed compared to that of fitting PPX-103, Figure 24, where total material removal is observed. It is of interest to note that Fitting PPX-102 is from the hot side of the Medders residence and PPX-103 is from the cold side of the Medders residence. The two sides, hot and cold, within this single home were observed to exhibit different modes of corrosion.