# EXHIBIT A

## PART II




**Figure 23. Metallographic image of PPX-102**




**Figure 24. Metallographic image of PPX-103**

Fittings form the Peperno residence were found to exhibit dezincification, with some observations of through-wall dezincification on the hot side of the system and significantly less dezincification present on the cold side. A representative image of PPX-91 a cold side fitting from the Peperno residence is shown below in Figure 25.




**Figure 25. Metallographic image of PPX-91**

Fittings from the Sminkey residence exhibited no significant dezincification penetration, specifically behind sealed surfaces from the interior to the exterior of the fittings. A representative image of fitting PPX-52C that displays no readily observable dezincification is shown below in Figure 26.




**Figure 26. Metallographic image of PPX-52C**

Similar observations were made in the McMahon and Cole residences; some uniform layer dezincification were observed from the interior to the exterior with no observation of through-wall dezincification noted. Figure 27 displays a representative image of the McMahon fittings while Figure 28 displays an image from fitting PPX-29 from the Cole residence.




**Figure 27. Metallographic image of PPX-73**




**Figure 28. Metallographic image of PPX-29**

Fittings from the Monica residence displayed drastic differences between the hot and cold sides in terms of dezincification penetration. While some through-wall dezincification was observed in the hot fittings from the Monica residence, the only fitting available from the cold side exhibited limited dezincification and certainly not through-wall penetration as shown in Figure 29.




**Figure 29. Metallographic image of PPX-5**

**Brass Plumbing Component Chemical Analysis Survey**

In order to survey the chemical composition of brasses used in the plumbing industry, ESI obtained an array of brass plumbing components including: faucets, pipe fittings, and hose connectors. All of these components are currently available for sale and in use in plumbing systems. A chemical analysis was performed on each of the plumbing components. The results are shown in Table 4.

**Table 4. Survey of plumbing component base material chemistry**

| Item | Manufacturer | Model | Cu | Zn | Pb | Sn | Fe | Ni | Ag | Bi | Sb | As |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| C360 | - | - | 60.0-63.0 | Rem. | 2.5-3.0 | - | Max 0.35 | - | - | - | - | - |
| C365 | - | - | 58.0-61.0 | Rem. | 0.25-0.7 | Max 0.25 | Max 0.15 | - | - | - | - | - |
| C377 | - | - | 58.0-61.0 | Rem. | 1.5-2.5 | - | Max 0.30 | - | - | - | - | - |
| Water Heater Hose Connector | BrassCraft | BWB20-18X XL | 58.6 | 40.8 | 0.4 | 0.060 | 0.09 | 0.031 | 0.005 | 0.003 | 0.024 | - |
| 3/4" x 3/4" Elbow | Uponor | - | 58.5 | 38.9 | 2.1 | 0.162 | 0.21 | 0.039 | 0.006 | 0.004 | 0.026 | - |
| 3/4" x 1/2" coupling | Gatorbite | 292774 | 62.3 | 35.4 | 2.0 | 0.038 | 0.05 | 0.015 | 0.003 | 0.003 | 0.022 | - |
| Dishwasher Connecctor Set Elbow | GE | PM28X319 | 60.7 | 36.1 | 2.8 | 0.217 | 0.10 | 0.054 | 0.014 | 0.006 | 0.034 | - |
| Brass elbow | Western Enterprises | BEL-4-4LP | 61.0 | 35.8 | 2.7 | 0.196 | 0.13 | 0.031 | 0.015 | 0.004 | 0.028 | - |
| NSF-ANSI61-G Ball Valve | Legend | 1" P-200NL | 57.2 | 42.2 | 0.1 | 0.211 | 0.20 | 0.011 | 0.005 | 0.003 | 0.022 | - |
| Faucet | Delta | 25995LF-CB-D | 58.5 | 37.6 | 2.2 | 0.582 | 0.56 | 0.374 | 0.024 | 0.009 | 0.043 | - |
| Chrome Bar Faucet | New Kindred | 115.0258.267 | 55.7 | 38.8 | 3.5 | 0.874 | 0.43 | 0.427 | 0.020 | 0.015 | 0.046 | - |
| Adler Chrome Single Handle Bathroom Faucet | Moen | CA84502 | 61.4 | 35.8 | 2.4 | 0.117 | 0.17 | 0.034 | 0.007 | 0.004 | 0.026 | - |
| 3/8" x 3/8" PEX Tee | Sharkbite | UC360A | 61.3 | 35.8 | 2.2 | 0.160 | 0.19 | 0.140 | 0.010 | - | 0.020 | 0.11 |
| Quick Connector Set | Gilmour | 09QC | 60.1 | 34.4 | 3.0 | 0.740 | 0.50 | 0.520 | 0.020 | - | 0.050 | - |

It is clear from this survey that high zinc yellow brasses, including the same alloys used in NIBCO PEX fittings, are currently being used ubiquitously throughout the plumbing industry and have been for many years. The history and performance of high zinc yellow brasses dictates that although failures relative to corrosion can occur, specifically when installed improperly or otherwise misused, yellow brasses are not inherently a poor choice for use in potable water systems.

There is no panacea when it comes to materials selection for use in potable water systems. Every reasonable material choice for use in potable water plumbing systems is susceptible to degradation and failure. Yellow brasses are no different in this respect to copper, plastics, etc. To the extent yellow brasses do experience dezincification, the mere observation of the corrosion mechanism does not equate to a defect or a failure during a fitting's useful life.

There are several instances readily available in literature that demonstrate the fact that the mere observation of dezincification does not determine if a product has failed. Yellow brass fittings have been known to "self-seal" in cases where water reaches the exterior surface of a fitting through a porous structure that remains after dezincification.[74] Bulow discusses this ability for brass to recover, and attributes it to the formation of nodules or stalactites that may form from mineral matter that has been deposited on the exterior surface of the brass during "weeping." Bulow states that:

> *"In most instances, if these nodules or stalactites on the pipe line are not disturbed, the leaking may stop and the pipe continue to give service for many years after perforation of the pipe wall."*

Some have claimed through-wall dezincification should be considered to be the sole determination of failure in yellow brass used for potable water. In a widely-cited study, Oliphant observed that some fittings removed from a 20-year old system exhibited through-wall dezincification.[75] Oliphant notes that the system "will still function" and that the results of a through-wall penetration are "not necessarily catastrophic."

The presence of dezincification corrosion alone, regardless of depth, is not a sufficient qualification for failure. Dezincification is the known corrosion mechanism for yellow brass in potable water systems. It has been studied and written about for well over half of a century. According to existing literature, brass can suffer complete through-wall penetration due to dezincification and still fulfill its intended purpose.

A majority of the early work performed on the issue of dezincification corrosion, including Turner's work,[76,77] concentrated on dezincification as it relates to meringue formation. The accumulation of meringue deposits on the interior surfaces of yellow brass in plumbing systems can lead to an issue completely separate from the issue of water retention. Meringue deposits that build up and do not dislodge can lead to a reduction in the performance of the plumbing system by inhibiting flow.

The NIBCO yellow brass components harvested from the Cole plaintiff residences largely did not exhibit indications of significant meringue deposit accumulation. Only the hot water side of the Monica residence was found to support the formation of voluminous meringue. The investigation of the pressure and flow at that residence indicates that the meringue formation did not inhibit sufficient flow to the terminal locations, such as faucets, showerheads, etc.

Without meringue deposit formation, which leads to an occluded pipe, and in the absence of leaking fittings, the presence of dezincification corrosion does not constitute failure. It is again important to note that ESI also performed flow measurements at each of the named plaintiffs' residences and each plumbing system was found to behave as expected, with no significant flow restrictions noted.

---

[74] C.L. Bulow, "The Corrosion Handbook: Copper-Zinc Alloys" Ed. H.H. Uhlig. 1948 pp 69-70

[75] R. Oliphant, "Dezincification by Potable Water of Domestic Plumbing Fittings: Measurement and Control." Technical Report TR88. September 1978.

[76] M.E.D. Turner, "The Influence of Water Composition on the Dezincification of Duplex Brass Fittings," *Proc. Soc. Water Treat Exam*, 10, Number 2 (1961), pages 162-179

[77] M.E.D. Turner, "Further Studies on the Influence of Water Composition on the Dezincification of Duplex Brass Fittings," *Proc. Soc. Water Treat Exam*, 14, Number 2 (1961), pages 81-87

## Findings Pertaining to Homes with Reported Fitting Issues

### Cole Residence

Review and examination of testimony and the available documents indicates that the Cole residence experienced two leaks that occurred at a fitting connection.[78] Examination of the NIBCO fittings from the Cole residence show that the primary method of joining the PEX tubing with the fittings was the NIBCO sleeve connection. The NIBCO sleeves are not alleged to be defective in the complaint by the plaintiffs nor the plaintiffs' expert in this matter.[79, 80]

Evidence of the use of other manufacturer's products used with NIBCO products was also found in the Cole residence, as shown in Figure 30. Several instances of improper installation of the sleeves was also observed in the fittings, which were removed from the Cole residence, most notably sleeve connections that were installed with the crimp tool not aligned properly. An example of this type of improper connection is shown in Figure 31.




**Figure 30. Photograph of PPX-32 a non-NIBCO fitting paired with NIBCO sleeves**

[78] Depositions of Kim and Alan Cole
[79] Second Amended Class Action Complaint
[80] Report of Cynthia Smith Dated March 7, 2017



**Figure 31. Photograph of PPX-33 top sleeve has severely misaligned crimp**

It is unclear whether any fittings that were reported to have leaked from the Cole home were made available for analysis in this matter as conflicting information exists regarding the number of fittings reported to have leaked and the fittings examined have not been strictly identified as leaks. Information from the report of Smith indicates that the Cole residence experienced only one leak from a fitting assembly. [81] The deposition testimony of Kim Cole indicates that there were two instances where a fitting assembly leaked.[82]

Additional information from the Kim Cole deposition indicates that photographs of a fitting shown in Cole 000476 are of a fitting assembly that was removed during a September 2014 leak. A photograph of PPX-29 is shown in Figure 32. A document with Paragon Polymer Consultants letterhead and identified as *Images Provided by Homeowner on US (sic) Drive Folder: "Leak Pics"* was presented as a deposition exhibit in the deposition of Kim Cole. In her deposition, Kim Cole identifies an image within this document (Cole 000476) as being the fitting assembly at issue in the September 2014 leak incident, this image is presented in Figure 33. It is likely that PPX-29 and the fitting assembly in the image from the September 2014 incident are the same fitting; however, if not the same, they each exhibit the same type of improper installation condition by having an off-center sleeve crimp. The installation of the sleeve connection in these fitting assemblies is improper and would have required removal and reinstallation, as stated in the NIBCO installation manual. The applicable sections of the installation manual are shown below in Figure 34.

Metallurgical examination of the fittings removed from the Cole residence show no indication of abnormal dezincification, let alone through-wall dezincification. A representative metallographic image from a fitting removed from the Cole residence, PPX-29 which is likely the fitting assembly that is reported to have leaked in September 2014, is shown below in Figure 35. It is apparent that water is not escaping the body of the fittings in the Cole residence and the leak path is simply attributable to improper installation, including the examples shown above which demonstrate severe misalignment of the sleeve crimp tool. In other words, the fitting did not fail, it was simply improperly installed.

[81] Report of Cynthia Smith pg.80
[82] Deposition of Kim Cole




**Figure 32. Photograph of PPX-29, note sleeve crimp off center**




Cole000476

**Figure 33. Photograph of fitting assembly from September 2014 leak, as identified by Kim Cole.**

**Step 4**

Center the sleeve tool jaws over the ring. Hold the tool at 90 degrees to the sleeve and close the jaws completely. Crimp only one time. If crimped more than once, you must cut out the connection and begin again at Step 1.



12

NIBCO INC. WORLD HEADQUARTERS • 1516 MIDDLEBURY ST. • ELKHART, IN 46516-4740 • USA • PH: 1.800.234.0227
TECH SERVICES PH: 1.888.446.4226 • FAX: 1.888.336.4226 • INTERNATIONAL OFFICE PH: +1.574.295.3327 • FAX: +1.574.295.3455
www.nibco.com

NIBCO-Cole 00003666

**Figure 34. Sleeve installation instructions regarding tool centering from NIBCO Installation Manual**




**Figure 35. Representative image of PPX-29**

**Monica Residence**

The Monica residence exhibited a number of peculiarities relative to the plumbing system. The most notable was the discovery of significant debris and discoloration of the water during ESI's inspection. An example of the water discoloration observed during the inspection is shown in Figure 36. Significant debris was also observed in most of the faucet screens that were inspected. Most debris appeared to be small, globular and multi-colored. A representative image of the debris observed is shown in Figure 37. In the case of the laundry room utility sink, a large piece of brown debris was found when the faucet aerator was removed. The debris appeared to be piece of wood, as shown below in Figure 38.




**Figure 36. Photograph of hot water from wet bar sink in Monica home, note brown discolored water.**



**Figure 37. Representative photograph of debris observed on faucet aerator screen in Monica residence**



**Figure 38. Large brown debris found in laundry utility sink aerator**

Examination of the fittings removed from the Monica residence indicated that a meringue-forming dezincification mechanism was occurring. ESI's investigation of the Monica residence, like all other Cole plaintiff residences involved an examination of flow rates associated with the plumbing system to determine if meringue that forms in the fittings affects performance of the plumbing system by preventing the flow of water. In the Monica residence, the results of the flow study found that water flow was not restricted and the supply of water to terminal locations was adequate.

Review of water chemistry data indicates that it is not surprising to observe meringue-forming dezincification in the Monica residence given the relatively high ratio of chloride to alkalinity. As noted in the literature review section of this report, the work of Turner largely focused on the issue of chloride ratio to temporary hardness, alkalinity, etc. Turner also found meringue formation in softened hot water systems that are held at elevated temperatures.[83,84, 85] This is consistent with the Monica residence due to the aforementioned chloride to alkalinity ratio and the hot water recirculation pump that is installed in the Monica residence. It is important to note that no meringue deposits were found on the interior of a cold-water tee that was removed and inspected from the Monica residence. Representative photographs comparing a hot water tee and a cold-water tee from the Monica residence is shown in Figure 39.





**Figure 39. Comparison between hot water tee (top) and cold water tee (bottom) from the Monica residence, note no deposits on interior of cold fitting**

[83] Turner, M.E.D. "The Influence of Water Composition on the Dezincification of Duplex Brass Fittings." *Proc. Soc. Water Treat Exam* 10, no. 2 (1961): 162-79.

[84] Sarver, Emily Allyn. *Insights into Non-uniform Copper and Brass Corrosion in Potable Water Systems*. Diss., Virginia Polytechnic Institute and State University, 2010. Blacksburg, VA: VPI, 2010.

[85] Turner, M.E.D. "Further Studies on the Influence of Water Composition on the Dezincification of Duplex Brass Fittings." Proc. Soc. Water Treat Exam 14 (1965): 81-87.

The workmanship study performed by ESI revealed that all the Monica fittings submitted for analysis were found to exhibit some form of improper installation. Many of the connections in the residence were made with stainless steel clamps, the one crimp connection noted was installed incorrectly. Several other instances of improper workmanship were found throughout the residence during the inspection as shown below in Figure 40 and Figure 41. As identified previously, improper clamp installation can result in leaks due to inadequate sealing and may promote corrosion.



**Figure 40. Photograph depicting improper crimp placement above water heater and PEX used within 12" of water heater**



**Figure 41. Diagram depicting cold water tee with improper crimp placement and PEX not fully inserted**

The Monica residence is the only known residence to experience a clamp fracture. The clamp fractures are consistent with a stress corrosion cracking mechanism, as the result of water stagnation on the exterior of the clamp. The cracked clamps all emanated from the hot water side. As noted above in the literature review section of this report, stress corrosion cracking of stainless steels can occur when chlorides are allowed to concentrate specifically at elevated temperatures above 120° F, similar to the temperature of the hot water at the Monica residence. The salt-based water softener system used in combination with a hot water recirculation system would contribute to the increased chloride and temperatures, respectively.

While through-wall dezincification was observed in some of the Monica fittings, the observation was limited to the hot water side. Aluminum was observed on the interior and exterior of the Monica residence fittings, Aluminum is not an element that is typically found in NIBCO fittings or clamps. Aluminum is a material that is typically used for water heater anodes. It should be noted that a new water heater was recently installed at the Monica residence prior to ESI's inspection of the plumbing system. As shown in Figure 42, the old water heater from the Monica residence was still in the basement at the time of ESI's inspection. Aluminum or aluminum oxide that deposits on the surface of a fitting has the potential to promote dezincification. The observation of significant aluminum on the exterior of a fitting directly adjacent to a clamp is shown below in Figure 43.




**Figure 42. Photograph showing newly replaced water heater and out of service water heater**




**Figure 43. EDS spectrum from PPX-10 from exterior of fitting**

The improper clamping of the Monica fittings resulted in a competent leak path for water. The presence of exterior corrosion product on the fittings is cited as proof by Smith that water is escaping the fittings. Rather, it is water that has leaked from an insufficient connection that allows water to escape the plumbing system and stagnate on the exterior surface of the fittings. As shown in Figure 44, PPX-11 is a fitting that experienced a fractured clamp and there is white corrosion product on the exterior of the fitting; however, there is no observation of through-wall dezincification, specifically in the fitting body. Smith's entire theory regarding the fracture of clamps is fatally flawed because it completely disregards the influence of improper workmanship. All of the fittings from the Monica residence examined were installed improperly, and some do not exhibit through-wall dezincification, let alone through-wall porosity. It is clear that the mechanism proposed by Smith cannot account for all of the observable physical evidence.




**Figure 44. Photograph of PPX-11**

**Medders Residence**

The Medders residence is the only residence to report a failure of a fitting that resulted in a separation of the fitting. The water at the Medders residence is supplied by well rather than a treated municipal source. It is apparent from the inspection by ESI and the deposition of James Medders that the well water source was also untreated at the home. Water chemistry has been shown in the previous literature review section to impact the corrosion performance of brass materials with respect to both SCC and dezincification. The Medders residence is an excellent example of just how quantifiably different the environments can be between residences, as shown in Table 5.

**Table 5. Summary of Water Chemistry Differences Between Medders, Cole and Monica Residences**

| | Medders (Cold) | Cole (Cold) | Monica (Hot) | Monica (Cold) |
|---|---|---|---|---|
| Alkalinity, Bicarbonate (mg/L) | 318 | 12 | 60 | 50 |
| Total Hardness as $CaCO_3$ (mg/L) | 366 | 10 | 7 | < 5 |
| Chloride (mg/L) | 31 | 9 | 70 | 68 |
| Sulfate (mg/L) | 99 | < 15 | 60 | 62 |
| Total Dissolved Solids (mg/L) | 509 | 46 | 278 | 285 |
| Conductivity (umhos/cm) | 791 | 67 | 474 | 471 |

The results from the water chemistry testing performed at three of the named plaintiffs' residences shows that the plumbing environment is demonstrably different than the other residences, many of the values presented above display differences by an order of magnitude. It is also worth noting that the water sample from the Medders' residence is not compliant with the EPA's National Secondary Drinking Water Regulations (NSDWRs).[86]

From the EPA's website, the secondary standards are described as follows:

> *In addition, EPA has established National Secondary Drinking Water Regulations (NSDWRs) that set non-mandatory water quality standards for 15 contaminants. EPA does not enforce these "secondary maximum contaminant levels" (SMCLs). They are established as guidelines to assist public water systems in managing their drinking water for aesthetic considerations, such as taste, color, and odor. These contaminants are not considered to present a risk to human health at the SMCL.*

[86] www.epa.gov (https://www.epa.gov/dwstandardsregulations/secondary-drinking-water-standards-guidance-nuisance-chemicals#what-are-secondary)

The EPA goes on to explain that these secondary standards are largely designed to address three types of problems: [87]

- Aesthetic Effects
- Cosmetic Effects
- Technical Effects

The EPA further defines technical effects as the following:

> *Corrosivity, and staining related to corrosion, not only affect the aesthetic quality of water, but may also have significant economic implications. Other effects of corrosive water, such as the corrosion of iron and copper, may stain household fixtures and impart objectionable metallic taste and red or blue-green color to the water supply. Corrosion of distribution system pipes can reduce water flow.*
>
> *Standards related to corrosion and staining: Chloride, Copper, Corrosivity, Iron, Manganese, pH, Total Dissolved Solids, Zinc*
>
> *Scaling and sedimentation are other processes which have economic impacts. Scale is a mineral deposit which builds up on the insides of hot water pipes, boilers, and heat exchangers, restricting or even blocking water flow. Sediments are loose deposits in the distribution system or home plumbing.*
>
> *Standards related to scale and sediments: Iron, pH, Total Dissolved Solids, Aluminum*

The total dissolved solids found in the cold-water sample from the Medders residence was found to be 509 mg/L while the limit established by the EPA is 500 mg/L. Despite this observation in Smith's report she states the following: [88]

> *"The water chemistry was consistently found to be typical for potable water, with all tested parameters falling well within the expected ranges for potable water in the United States."*

It is unclear how Smith developed this determination and what Smith considers to be the typical range for potable water in the United States.

It is unsurprising that the mechanism of degradation for the Medders residence is different than that of other residences analyzed. In the Medders residence, the fittings examined displayed characteristics consistent with an SCC fracture mechanism as opposed to dezincification alone. PPX-99 is a fitting that completely separated. Analysis of this fitting shows that it was installed improperly, as shown in Figure 45. In addition to improper crimping, it appears that the fitting was installed with a corresponding section of tubing that was bent and subsequently rerouted during repair. An annotated photo of the repair location associated with PPX-99 is shown below in Figure 46.

---

[87] www.epa.gov (https://www.epa.gov/dwstandardsregulations/secondary-drinking-water-standards-guidance-nuisance-chemicals#what-are-secondary)
[88] Smith Report Dated March 7, 2017. Page 73



**Figure 45. Photograph of PPX-99 in the as-received condition, note crimp placement too close to end of PEX, PEX not cut straight**



**Figure 46. Photograph of repair performed at the reported location of PPX-99, note red dashed line is approximation of prior tee connection without the elbow connection.**

Both installation conditions outlined above have the tendency to increase the tensile stresses at the location of the observed fracture for PPX-99. As detailed previously, tensile stresses are one of the requirements for SCC. Metallographic inspection of PPX-99 found that the crack originated on the bottom of the tee (opposite the 1/2" outlet branch). SEM examination of the fracture surface revealed the presence of multiple cracks that converged into one crack that propagated across the cross-section of the fitting, as shown in Figure 47.




**Figure 47. SEM image of the fracture surface of PPX-99**

Increased stresses as the result of installation directly contributed to the fracture mechanism in PPX-99. It is obvious that the fittings in the Medders residence are performing differently than those examined in the broader population of the Cole plaintiffs. An additional contributing factor to the performance and observed fracture of fittings in the Medders residence is the base material composition of the fittings.

Three samples of fittings were submitted for chemical analysis from the Medders residence: PPX-99, PPX-102, and PPX-104 with results reported in Table 6. All three samples were found to have a base material chemistry that is not consistent with any of the materials known to be used by NIBCO to manufacture F1807 brass fittings. This is consistent with reporting in NIBCO's response to an earlier leak claim by the Medders' insurance company.[89]

[89] Cole – NIBCO 00122476

**Table 6. Medders fitting chemical analysis results**

| Sample ID | Al | Ag | As | Cu | Fe | Ni | P | Pb | Sb | Si | Sn | Zn | Alloy |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PPX-99 | - | <0.01 | <0.01 | 59.65 | 0.04 | 0.02 | 0.058 | 0.05 | 0.37 | 0.61 | 0.03 | 39.17 | No match to F1807 |
| PPX-102 | - | <0.01 | <0.01 | 59.80 | 0.05 | 0.02 | 0.056 | 0.05 | 0.36 | 0.51 | 0.03 | 39.12 | No match to F1807 |
| PPX-104 | - | <0.01 | <0.01 | 60.92 | 0.04 | 0.01 | 0.066 | 0.05 | 0.39 | 0.46 | 0.03 | 38.03 | No match to F1807 |

It is clear from the examination performed by ESI that all of the fittings in the Medders residence, which that have been examined to determine base material, are demonstrably different than the bulk of fittings that were manufactured by NIBCO because these fittings are a different material. The reduction of lead (Pb) in the fittings can make these out-of-specification fittings more difficult to manufacture, specifically during machining, when compared to other yellow brasses with higher lead contents.[90] Increased difficulty while machining of the brass can lead to surface finish issues, higher residual stresses in the part, etc. that will increase the materials susceptibility to SCC. [91]

[90] Machining of Copper and Copper Alloys, *Machining*, Vol 16, *ASM Handbook*, ASM International, 1989, p 805–819
[91] A New Perspective of Residual Stress Induced by Machining and Grinding; C.R. Liu and X. Yang; MED-Vol. 10, Manufacturing Science and Engineering - 1999

## Smith's Opinions Lack Scientific Rigor

ESI was provided a copy of a report dated March 7, 2017 authored by Cynthia Smith. Smith's opinions regarding the performance of NIBCO fittings and clamps are based on a flawed, selective and incomplete analysis. Smith's analysis of the available physical evidence is often self-contradictory. With regard to issues relative to workmanship and installation the analysis presented by Smith is false.

Smith completely ignores the role of improper installation on not only the rate of corrosion but also the initiation of corrosion mechanisms, specifically SCC. As detailed earlier in this report, SCC is a function of three key constituents: a susceptible material, environment, and tensile stresses. It is not possible to perform a complete and accurate scientific analysis of any SCC issue without considering the role of the environment and tensile stresses. A review of Smith's report makes it clear that no significant consideration was given to either of these constituents when discussing the SCC mechanism for fittings or clamps.

For SCC to initiate in a brass fitting, a combination of an aggressive environment and sufficient tensile stresses must exist. The installation of an individual fitting has the capability to influence both constituents. Several different environmental factors can influence the aggressiveness of the environment to which a brass fitting may be exposed. Information such as the water chemistry to which the fitting is exposed, the presence of foreign substances on the external surface of the fitting such as solder flux, foreign objects or solids from upstream sources of the plumbing system in addition to any number of other factors can contribute to the environment.

Installation can largely influence the tensile stresses expected for the fitting as well. Larger than nominal tensile stress may exist as a result of placement of the crimp or clamp relative to the fitting i.e. placing a crimp at the shoulder of the fitting as opposed to the proper location, over-crimping the connection, and externally applied stresses as the result of installation can also increase tensile stresses. It is clear from a simple visual examination of the Medders' fitting that this fitting was installed improperly with the crimp ring not placed over the sealing barbs. Rather, the Medders' fitting was installed on or directly adjacent to the shoulder of the fitting, contrary to ASTM standards and the NIBCO installation manual. This condition is shown in Figure 48.


**Figure 48. Photograph of Fitting PPX-99, note improper installation of crimp rings**

Smith's report in this matter not only ignores the fact that the fitting is installed improperly, the report goes as far as to falsely state that the "copper crimp ring was properly crimped".[92] The Smith report goes out of the way to make the point that this specific crimp is installed properly, when in fact it is not, per both ASTM F 1807 and the NIBCO installation manual. Smith's figure which illustrates her misunderstanding of the applicable standards and installation procedures is shown in Figure 49.

[92] Smith Report page 37




Figure 8: (A, B) Front and back views of an incident fractured brass fitting from the Medders residence (Medders Sample PPX-99), shown in the as-received condition. One outlet from this fitting had completely fractured away from the rest of the fitting during service, resulting in an appreciable loss of water. (C) Separation fractures (arrows) from the incident brass fitting, and (D) PEX Go-no-go gauge demonstrating that the copper crimp ring was properly crimped. This fracture was found to have resulted from the combined effects of transgranular stress corrosion cracking and dezincification corrosion.

**Figure 49. Figure 8 from Smith report, erroneously stating that PPX-99 is properly crimped**

This observation made in the Smith report underscores the unreliable and flawed conclusions Smith puts forth. It is clear that Smith lacks an understanding of not only the NIBCO installation practices but also broader industry-wide standards relative to the installation of the fittings. There are several important aspects to installing PEX fittings that go beyond checking the final crimp diameter which may not only serve to promote corrosion but may also directly lead to a leak due to insufficient sealing.[93] Smith overlooks the important task of evaluating and analyzing the effect of installation on the performance of PEX systems in general. This method of analysis has yielded unreliable conclusions.

---

[93] Plastic Pipe and Fittings Association. Design Guide. Residential PEX Water Supply Plumbing Systems. Second Edition

Smith attempts to decouple the material from both the environment and the stress components of the SCC issue, which ignores reality. The example from the Medders' residence that Smith uses as evidence of SCC exhibited demonstrable signs of improper installation. Smith not only selectively ignored some aspects of the installation but also misinterpreted the measurements that were made incorrectly.

## Reasonable Alternative Materials

Smith's report fails to identify a reasonable alternative material that would not fulfill her own definition of defectiveness. Smith indicates that brasses with over 15% zinc are "susceptible" to failure by dezincification and SCC and that stainless steels clamps are "vulnerable" to SCC which Smith concludes render each material choice defective.[94] Smith's criticism of the alloy choice includes the mention of alternative choices for fittings including red brass and bronze which Smith states "…are generally regarded as *immune* to both dezincification and stress corrosion cracking".[95] Red brass, in particular, is susceptible to both dezincification and stress corrosion in potable water.[96,97,98] As noted above, all reasonable material choices for plumbing materials are susceptible to some form of degradation, including the examples presented in Smith's report. There is no ubiquitous solution to the issue of plumbing system degradation, but the Smith report has even failed to identify plumbing materials which do not experience the same modes of degradation which is alleged to be defective. It should also be noted at this point that the use of yellow brasses is not only common within the industry but the specific alloys used by NIBCO for ASTM F1807 fittings are approved for use in the F1807 standard.

[94] Smith March 7, 2017 report
[95] Smith March 7, 2017 report
[96] Hoffmann, R. A. Corrosion Failures of Copper/Copper Alloy Piping in Building Piping Systems. Corrosion 98. Paper No. 709. 1998
[97] Porte, Howard A. A Potentiostatic Dezincification Study. Technical paper no. - 105. Port Hueneme, CA: Naval Civil Engineering Laboratory, 1969.
[98] *Uhlig's Corrosion Handbook*. Hoboken, New Jersey: John Wiley & Sons, Inc., 2011.

## Stainless Steel Clamp Performance

Smith applies the same logic to her treatment of the stainless steel clamps at issue in the Cole case. Again, her allegation of the stainless steel clamp being defective due the potential for SCC based on the material selection cannot be decoupled from both the environment in which it is exposed to and the specifics of how the clamp is installed and used. It is important to note that clamps were only found in the Monica, Peperno and Sminkey residences.

Each clamp installation has the potential to be unique, specifically relative to the installation parameters surrounding each clamp, external factors such as aggressive solutions, improper clamping and damage prior to or following installation can significantly affect the performance of a stainless steel clamp. All of these factors can change not only from residence to residence, but even clamp to clamp in a residence.

The failure mechanism that Smith opines *might* happen if the clamps were installed in all of the Cole plaintiffs' residences requires the evaluation of three components to even begin to examine the performance of the clamp in any given home: susceptible material, environment, tensile stresses.

The observation of chlorides on the surface of the clamps, specifically in areas on and adjacent to the cracks, indicates that chlorides concentrated at the surface of the clamps in the presence of moisture and allowed a SCC mechanism to initiate and propagate cracks until the subject fractured clamps completely separated, resulting in an uncontrolled loss of water. The improper installation of the clamps can contribute to both the presence of moisture on the exterior of the fitting assembly and may also assist in the initiation and propagation of the SCC mechanism. Chlorides in the presence of moisture are capable of initiating a stress corrosion cracking mechanism in stainless steels, specifically 304 stainless steel, which is specified as the material choice for clamps in ASTM F2098.[99, 100]

It is important to note that the clamps which were found to have fractured and presented in Smith's report, came from only one of the residences at issue in this matter – the Monica residence. Moreover, these clamps were found to have been installed improperly and in a manner contrary to ASTM standards and the NIBCO installation manual. Improper installation can not only lead to increases in stress to the clamps but also can lead to an ineffective seal. There is evidence, specifically from the Monica residence, that improper installation, rather than through-wall dezincification was the competent leak mechanism which gave rise to water being present on the exterior of the fittings.

---

[99] Grubb, J.F., T. DeBold and J. D. Fritz, Corrosion of Wrought Stainless Steels, *Corrosion: Materials*, Vol 13B, *ASM Handbook*, ASM International, 2005, p 54–77

[100] ASTM International. *Standard Specification for Stainless Steel Clamps for Securing SDR9 Cross-Linked Polyethylene (PEX) Tubing to Metal Insert and Plastic Insert Fittings,* ASTM F2098.

## Smith's Selective Analysis Only Demonstrates The Variation and Individualized Circumstances Between the Fittings and Clamps from Different Homes

In order to understand the influence of the environment and installation techniques, one does not need to look any further than Smith's own report. Smith presents evidence from primarily two residences, the Monica and Medders residences. Most notably, Smith presents evidence of dezincification from a residence she did not visit nor observe the plumbing system (i.e., the Monica residence). This in and of itself demonstrates that the conditions are not certain to occur, and that each fitting and clamp would need to be analyzed independently.

Smith could not find evidence to match her opinions from all the named plaintiffs' residences, opting instead to present evidence from residences that represent completely different environments and installation conditions. Specifically, all of the fitting assemblies examined in both the Medders and Monica residences were determined to have some form of installation error. This fact was not only overlooked by Smith to develop unreliable opinions, but is clearly not even understood. Furthermore, the Medders fittings examined were found to have an out-of-specification base material composition which makes them demonstrably different than the broader population of F1807 fittings.

These points only underscore the fact that each residence may present its own unique environment within which the plumbing components are asked to perform, and clearly there exists a difference in the performance of the components from residence to residence. Smith's investigation in the Cole matter lacks a coherent scientific methodology and her opinions are built upon a series of flawed bases that inherently yield invalid conclusions.

## Conclusions

The following conclusions are stated to a reasonable degree of engineering certainty based upon ESI's inspection of the physical evidence, analysis conducted to date and outlined in the report as well as prior professional experience:

- The typical corrosion mechanism for yellow brasses immersed in water is dezincification. None of the reasonable choices for metallic plumbing materials are immune to corrosion in potable water systems. To the extent yellow brasses do experience dezincification, the observation of this corrosion mechanism does not equate to a defect or a failure during a fitting's useful life.

- There is no panacea when it comes to materials selection for use in potable water systems. Every reasonable material choice for use in potable water plumbing systems is susceptible to degradation and failure. Yellow brasses are no different in this respect to copper, plastics, etc.

- Both dezincification and stress corrosion cracking involve complex electrochemical processes that are dependent on a number of environmental and installation related factors.

- NIBCO'S choice of yellow brass, specifically C360, C365 and C377, and 304 stainless steel are not inherently defective and were appropriate. PEX systems that utilize these materials are not at a disproportionate risk for failure specifically when they are used and installed properly.

- There is no evidence to support the assertion that dezincification corrosion of the fittings allowed water to escape the interior body of the fitting to the exterior of the fitting in the Cole plaintiff homes, or that water would escape during the fittings' useful life.

- The allegations of the plaintiffs and the opinions of Smith do not match the available physical evidence examined from the named plaintiffs' residences.

- Analysis of the available physical evidence revealed that all but two fitting assemblies from the Cole Plaintiffs' residences were installed improperly per ASTM F1807, ASTM F2098 and installation information from NIBCO. Improper installation can promote corrosion.

- Improper installation of the fittings and clamps can serve to promote corrosion and reduce the service life of individual fittings or clamps including allowing water and chlorides to concentrate on the exterior surface of the clamps and fitting body.

- All reasonable alternative plumbing materials are well documented to experience failure in select potable water systems, none are immune to failure in potable water systems.

- The mere observation of the occurrence of dezincification does not equate to a failure of a fitting. Information available in the literature indicates that even in the case of the observation of through-wall dezincification, brass fittings are still capable of performing their intended function.

*ESI reserves the right to amend or supplement this report and the opinions contained herein if additional information becomes available.*

⋱ End of Report Text ⫽

APPENDICES:

Appendix A – Inspection Summaries
Appendix B — CV of Eric R. Weishaupt, Ph.D., P.E.
Appendix C — Testimony History of Eric R. Weishaupt, Ph.D., P.E.
Appendix D — Documents received and reviewed
Appendix E – Literature reviewed
Appendix F – Fitting Measurements
Appendix G – Chemical Analysis