# EXHIBIT A

## PART III

# APPENDIX A

ESI

4215 Campus Drive
Aurora, IL 60504

**Boyd Residence Inspection on 8-17-16**
Boyd Residence
13467 Sanctuary Drive
Foley, AL 36533



Boyd Photo 1: The front view of the Boyd Residence. The Bradford White 40 gallon Electric water heater is located in the garage. The plumbing runs from the water heater to the attic and throughout the attic downward to the plumbing fixtures.

| Leak # | Leak Date | Sample | Location |
|---|---|---|---|
| 1 | March 26, 2013 | Hot | Coming off water heater in utility room next to garage |
| 2 | September 15, 2013 | Cold | Vertical section of pipe coming off water heater before pipe goes into wall |
| 3 | October 31, 2013 | Hot | Vertical section of pipe coming off water heater before pipe goes into wall |

Boyd Table 1: Boyd Leak Summary

Homeowner indicated 3 previous leaks in the plumbing system. The home owner did not provide any samples at the time of the inspection. The original plumbing in the house has been replaced with REAHU PEX. Both the cold and hot side were re-plumbed.

The REAHU PEX plumbing included use of tee fittings and elbows to limit bending of PEX. The visible REAHU PEX in the attic was photo-documented. The home has municipality

treated water and no additional water treatment filtration system is at the residence. A Bradford White 40 gallon Electric water heater is used to heat the water. There is no recirculating pump in the plumbing system. The Installation of the current PEX plumbing system appears to be performed with the use of elbows and tee fittings at transitions.



Boyd Photo 2: Re-plumbed plumbing lines in the attic show use of fittings.



Boyd Photo 3: Re-plumbed plumbing lines in the attic show use of fittings where tubing changes direction.



Boyd Photo 4: Re-plumbed plumbing lines in the attic show use of fittings.

**Water Chemistry on Site**

Hot and cold water chemistry on site included measurements of pH, Chlorine, Alkalinity, and Temperature using an AquaChek Tru Test meter and AquaChek Test Strips.

**Information from Meter**

| pH | Chlorine (cl) | Alkalinity | Temperature |
|---|---|---|---|
| 6.4 | 3.3 ppm | 040 | 83.8 F |
| 6.4 | 2.8 ppm | 040 | 126.6 F |

**Information from Test Strips**

| pH | Chlorine (cl) | Alkalinity | Water Source |
|---|---|---|---|
| >6.2 but <6.8 | About 5.0 ppm | 40 | Cold-side |
| >6.2 but <6.8 | 3 to 5 ppm | 40 | Hot-side |

Water samples were also collected for laboratory analysis.

**Water Pressure and Flow Measurements**

Pressure at out-side hose-bib fluctuated between 62-71 psi.

No Flow Measurements were done.

**Samples removed from the residence**

Photo below shows the six samples (Boyd #1-Boyd #6) that were removed and retained by Paragon. ESI took a sample from Boyd #2 identified as Boyd #2B. Three of the six samples were Terracotta NIBCO tubing found in the attic and the other 3 samples were replacement REHAU PEX tubing. None of these six samples from the Boyd residence exhibited any cracking on the outer surface, and none of the six were involved in any incident leaks.




Boyd #1
Boyd #2a
Boyd #2b (ESI)
Boyd #3
Boyd #4 Non-Nibco
Boyd #5 Non-Nibco
Boyd #6a Non-Nibco
Boyd #6b, 6c Non-Nibco

Boyd Photo 5: Overall appearance of the samples retained for examination from the Boyd residence.

Boyd 1: Found in attic. ½" inch NIBCO DuraPEX Terracotta color. 34 inch long. Paragon has this sample.

Boyd 2: Found in attic. ¾" inch NIBCO tubing Terracotta color. This sample was cut into two.

Boyd 2A: Paragon has this sample. A brass ¾ x ½ x ½ tee fitting with tubing. (22 x 2 x 5 in NIBCO Terracotta ). The brass tee fitting is Q-PEX marked brass Tee.
Boyd 2B: ESI has this sample. A brass ¾ x ¾ x ½ tee fitting (37 x 28 x 8 lengths of NIBCO terracotta tubing). The tee-fitting is marked with PEX-LX with a "V" symbol.

Boyd 3: Found in attic. ¾" X 1/2" x ½" Tee fitting with (25"x38"x4" Terracotta NIBCO) long tubing. The fitting is a brass TEE (MB PEX identification). Paragon has this sample.

Boyd 4: REHAU Tubing from Attic ¾" Blue 4 ½ inch long – Paragon has this sample

Boyd 5: REHAU Tubing from Attic ¾" Red 6 inch long- Paragon has this sample

Boyd 6: REHAU Tubing ¾" Blue and ¾" Red from water heater pressure relief valves (These samples most likely did not see pressure and/or water.)

**First Environmental Laboratories, Inc.**
IL ELAP / NELAC Accreditation # 100292
1600 Shore Road • Naperville, Illinois 60563 • Phone (630) 778-1200 • Fax (630) 778-1233

August 25, 2016

Mr. Joe Grzetic
**ESI**
4215 Campus Dr.
Aurora, IL 60504

Project ID: 50105A Boyd Res. PO# 01-00205A-74-0
First Environmental File ID: 16-4716
Date Received: August 18, 2016

Dear Mr. Joe Grzetic:

The above referenced project was analyzed as directed on the enclosed chain of custody record.

All Quality Control criteria as outlined in the methods and current IL ELAP/NELAP have been met unless otherwise noted. QA/QC documentation and raw data will remain on file for future reference. Our accreditation number is 100292 and our current certificate is number 003811: effective 02/17/2016 through 02/28/2017.

I thank you for the opportunity to be of service to you and look forward to working with you again in the future. Should you have any questions regarding any of the enclosed analytical data or need additional information, please contact me at (630) 778-1200.

Sincerely,

Stan Zaworski
Project Manager

First Environmental Laboratories, Inc.

IL ELAP / NELAC Accreditation # 100292

1600 Shore Road • Naperville, Illinois 60563 • Phone (630) 778-1200 • Fax (630) 778-1233

# Case Narrative

**ESI**

Project ID: **50105A Boyd Res. PO# 01-00205A-74-0**

Lab File ID: **16-4716**

Date Received: **August 18, 2016**

All quality control criteria, as outlined in the methods, have been met except as noted below or on the following analytical report.

The results in this report apply to the samples in the following table:

| Laboratory Sample ID | Client Sample Identifier | Date/Time Collected |
|---|---|---|
| 16-4716-001 | Kitchen Cold (Boyd) | 8/17/2016 8:59 |
| 16-4716-002 | Kitchen Hot (Boyd) | 8/17/2016 9:10 |

**Sample Batch Comments:**

Sample(s) was (were) received outside temperature compliance.

The following is a definition of flags that may be used in this report:

| Flag | Description | Flag | Description |
|---|---|---|---|
| < | Analyte not detected at or above the reporting limit. | L | LCS recovery outside control limits. |
| C | Sample received in an improper container for this test. | M | MS recovery outside control limits; LCS acceptable. |
| D | Surrogates diluted out; recovery not available. | P | Chemical preservation pH adjusted in lab. |
| E | Estimated result; concentration exceeds calibration range. | Q | Result was determined by a GC/MS database search. |
| G | Surrogate recovery outside control limits. | S | Analysis was subcontracted to another laboratory. |
| H | Analysis or extraction holding time exceeded. | W | Reporting limit elevated due to sample matrix. |
| J | Estimated result; concentration is less than routine RL but greater than MDL. | N | Analyte is not part of our NELAC accreditation or accreditation may not be available for this parameter. |
| RL | Routine Reporting Limit (Lowest amount that can be detected when routine weights/volumes are used without dilution.) | ND | Analyte was not detected using a library search routine; No calibration standard was analyzed. |

First Environmental Laboratories, Inc.
IL ELAP / NELAC Accreditation # 100292
1600 Shore Road • Naperville, Illinois 60563 • Phone (630) 778-1200 • Fax (630) 778-1233

# Analytical Report

**Client:** ESI
**Project ID:** 50105A Boyd Res. PO# 01-00205A-74-0
**Sample ID:** Kitchen Cold (Boyd)
**Sample No:** 16-4716-001

**Date Collected:** 08/17/16
**Time Collected:** 8:59
**Date Received:** 08/18/16
**Date Reported:** 08/25/16

| Analyte | | Result | R.L. | Units | Flags |
|---|---|---|---|---|---|
| **Alkalinity, Bicarbonate (CaCO3)** | **Method: 2320B 1997** | | | | |
| Analysis Date: 08/23/16 | | | | | |
| Alkalinity, Bicarbonate (CaCO3) | | 6 | 5 | mg/L | |
| **Alkalinity, Carbonate (CaCO3)** | **Method: 2320B 1997** | | | | |
| Analysis Date: 08/23/16 | | | | | |
| Alkalinity, Carbonate (CaCO3) | | < 5 | 5 | mg/L | |
| **Ammonia (as N)** | **Method: 350.1R2.0** | | | | |
| Analysis Date: 08/19/16 | | | | | |
| Ammonia (as N) | | < 0.10 | 0.10 | mg/L | |
| **Chloride** | **Method: 4500Cl, E 1997** | | | | |
| Analysis Date: 08/23/16 | | | | | |
| Chloride | | 8 | 5 | mg/L | |
| **Chlorine Residual, Free** | **Method: 4500Cl, G 2000** | | | | |
| Analysis Date: 08/19/16 10:00 | | | | | |
| Chlorine Residual, Free | | 1.38 | 0.05 | mg/L | H |
| **Chlorine Residual, Total** | **Method: 4500Cl, G 2000** | | | | |
| Analysis Date: 08/19/16 10:00 | | | | | |
| Chlorine Residual, Total | | 1.45 | 0.05 | mg/L | H |
| **Conductivity** | **Method: 2510B 1997** | | | | |
| Analysis Date: 08/22/16 13:00 | | | | | |
| Conductivity | | 70 | 5 | umhos/cm | |
| **Dissolved Oxygen** | **Method: 4500O,G 2001** | | | | |
| Analysis Date: 08/19/16 8:15 | | | | | |
| Dissolved Oxygen | | 8.73 | 1 | mg/L | N |
| **Fluoride** | **Method: 4500F,C 1997** | | | | |
| Analysis Date: 08/23/16 | | | | | |
| Fluoride | | 0.46 | 0.10 | mg/L | |
| **Nitrate + Nitrite (as N)** | **Method: 353.2R2.0** | | | | |
| Analysis Date: 08/24/16 | | | | | |
| Nitrate + Nitrite (as N) | | 1.59 | 0.10 | mg/L | |
| **Orthophosphate (as P)** | **Method: 4500P,E 1999** | | | | |
| Analysis Date: 08/19/16 14:00 | | | | | |
| Orthophosphate (as P) | | 0.45 | 0.01 | mg/L | H |

First Environmental Laboratories, Inc.
IL ELAP / NELAC Accreditation # 100292
1600 Shore Road • Naperville, Illinois 60563 • Phone (630) 778-1200 • Fax (630) 778-1233

# Analytical Report

| | | | |
|---|---|---|---|
| **Client:** | ESI | **Date Collected:** | 08/17/16 |
| **Project ID:** | 50105A Boyd Res. PO# 01-00205A-74-0 | **Time Collected:** | 8:59 |
| **Sample ID:** | Kitchen Cold (Boyd) | **Date Received:** | 08/18/16 |
| **Sample No:** | 16-4716-001 | **Date Reported:** | 08/25/16 |

| Analyte | | Result | R.L. | Units | Flags |
|---|---|---|---|---|---|
| **Phosphate (as PO4)** | **Method: 4500P, B,E 1999** | | | | |
| Analysis Date: 08/23/16 | | | | | |
| Phosphate (as PO4) | | 2.64 | 0.01 | mg/L | |
| **pH @ 25°C** | **Method: 4500H+,B 2000** | | | | |
| Analysis Date: 08/19/16 | | | | | |
| pH @ 25°C | | 6.32 | | Units | |
| **Silicon (as SiO2)** | **Method: 200.7R4.4** | | **Preparation Method 200.7W** Preparation Date: 08/19/16 | | |
| Analysis Date: 08/23/16 | | | | | |
| Silicon (as SiO2) | | 6.3 | 0.1 | mg/L | |
| **Sulfate** | **Method: 375.2R2.0** | | | | |
| Analysis Date: 08/22/16 | | | | | |
| Sulfate | | < 15 | 15 | mg/L | |
| **Total Dissolved Solids** | **Method: 2540C 1997** | | | | |
| Analysis Date: 08/19/16 | | | | | |
| Total Dissolved Solids | | 30 | 10 | mg/L | |
| **Total Hardness, as CaCO3** | **Method: 2340B 1997** | | | | |
| Analysis Date: 08/22/16 | | | | | |
| Total Hardness, as CaCO3 | | 18 | 5 | mg/L | |
| **Turbidity** | **Method: 2130B 2001** | | | | |
| Analysis Date: 08/19/16 10:30 | | | | | |
| Turbidity | | 0.1 | 0.1 | NTU | |
| **Total Metals** | **Method: 200.7R4.4** | | **Preparation Method 200.7W** Preparation Date: 08/19/16 | | |
| Analysis Date: 08/23/16 | | | | | |
| Aluminum | | < 0.10 | 0.10 | mg/L | |
| Calcium | | 5.4 | 0.5 | mg/L | |
| Copper | | < 0.005 | 0.005 | mg/L | |
| Iron | | < 0.05 | 0.05 | mg/L | |
| Magnesium | | 1.1 | 0.5 | mg/L | |
| Zinc | | 0.054 | 0.01 | mg/L | |
| Arsenic | | < 0.010 | 0.010 | mg/L | |
| Lead | | < 0.005 | 0.005 | mg/L | |
| Manganese | | < 0.005 | 0.005 | mg/L | |
| Tin | | < 0.02 | 0.02 | mg/L | |

First Environmental Laboratories, Inc.
IL ELAP / NELAC Accreditation # 100292
1600 Shore Road • Naperville, Illinois 60563 • Phone (630) 778-1200 • Fax (630) 778-1233

# Analytical Report

| | | | |
|---|---|---|---|
| **Client:** | ESI | **Date Collected:** | 08/17/16 |
| **Project ID:** | 50105A Boyd Res. PO# 01-00205A-74-0 | **Time Collected:** | 9:10 |
| **Sample ID:** | Kitchen Hot (Boyd) | **Date Received:** | 08/18/16 |
| **Sample No:** | 16-4716-002 | **Date Reported:** | 08/25/16 |

| Analyte | | Result | R.L. | Units | Flags |
|---|---|---|---|---|---|
| **Alkalinity, Bicarbonate (CaCO3)** Analysis Date: 08/23/16 | **Method: 2320B 1997** | | | | |
| Alkalinity, Bicarbonate (CaCO3) | | 10 | 5 | mg/L | |
| **Alkalinity, Carbonate (CaCO3)** Analysis Date: 08/23/16 | **Method: 2320B 1997** | | | | |
| Alkalinity, Carbonate (CaCO3) | | < 5 | 5 | mg/L | |
| **Ammonia (as N)** Analysis Date: 08/19/16 | **Method: 350.1R2.0** | | | | |
| Ammonia (as N) | | < 0.10 | 0.10 | mg/L | |
| **Chloride** Analysis Date: 08/23/16 | **Method: 4500Cl, E 1997** | | | | |
| Chloride | | 8 | 5 | mg/L | |
| **Chlorine Residual, Free** Analysis Date: 08/19/16 10:00 | **Method: 4500Cl, G 2000** | | | | |
| Chlorine Residual, Free | | 1.20 | 0.05 | mg/L | H |
| **Chlorine Residual, Total** Analysis Date: 08/19/16 10:00 | **Method: 4500Cl, G 2000** | | | | |
| Chlorine Residual, Total | | 1.22 | 0.05 | mg/L | H |
| **Conductivity** Analysis Date: 08/22/16 13:00 | **Method: 2510B 1997** | | | | |
| Conductivity | | 71 | 5 | umhos/cm | |
| **Dissolved Oxygen** Analysis Date: 08/19/16 8:15 | **Method: 4500O,G 2001** | | | | |
| Dissolved Oxygen | | 9.76 | 1 | mg/L | N |
| **Fluoride** Analysis Date: 08/23/16 | **Method: 4500F,C 1997** | | | | |
| Fluoride | | 0.43 | 0.10 | mg/L | |
| **Nitrate + Nitrite (as N)** Analysis Date: 08/24/16 | **Method: 353.2R2.0** | | | | |
| Nitrate + Nitrite (as N) | | 0.94 | 0.10 | mg/L | |
| **Orthophosphate (as P)** Analysis Date: 08/19/16 14:00 | **Method: 4500P,E 1999** | | | | |
| Orthophosphate (as P) | | 0.59 | 0.01 | mg/L | H |

**First Environmental Laboratories, Inc.**

IL ELAP / NELAC Accreditation # 100292

1600 Shore Road • Naperville, Illinois 60563 • Phone (630) 778-1200 • Fax (630) 778-1233

# Analytical Report

| | | | |
|---|---|---|---|
| **Client:** | ESI | **Date Collected:** | 08/17/16 |
| **Project ID:** | 50105A Boyd Res. PO# 01-00205A-74-0 | **Time Collected:** | 9:10 |
| **Sample ID:** | Kitchen Hot (Boyd) | **Date Received:** | 08/18/16 |
| **Sample No:** | 16-4716-002 | **Date Reported:** | 08/25/16 |

| Analyte | | Result | R.L. | Units | Flags |
|---|---|---|---|---|---|
| **Phosphate (as PO4)** | **Method: 4500P, B,E 1999** | | | | |
| Analysis Date: 08/23/16 | | | | | |
| Phosphate (as PO4) | | 2.48 | 0.01 | mg/L | |
| **pH @ 25°C** | **Method: 4500H+,B 2000** | | | | |
| Analysis Date: 08/19/16 | | | | | |
| pH @ 25°C | | 7.83 | | Units | |
| **Silicon (as SiO2)** | **Method: 200.7R4.4** | | **Preparation Method 200.7W** Preparation Date: 08/19/16 | | |
| Analysis Date: 08/23/16 | | | | | |
| Silicon (as SiO2) | | 5.9 | 0.1 | mg/L | |
| **Sulfate** | **Method: 375.2R2.0** | | | | |
| Analysis Date: 08/22/16 | | | | | |
| Sulfate | | < 15 | 15 | mg/L | |
| **Total Dissolved Solids** | **Method: 2540C 1997** | | | | |
| Analysis Date: 08/19/16 | | | | | |
| Total Dissolved Solids | | 45 | 10 | mg/L | |
| **Total Hardness, as CaCO3** | **Method: 2340B 1997** | | | | |
| Analysis Date: 08/22/16 | | | | | |
| Total Hardness, as CaCO3 | | 18 | 5 | mg/L | |
| **Turbidity** | **Method: 2130B 2001** | | | | |
| Analysis Date: 08/19/16 10:30 | | | | | |
| Turbidity | | 0.2 | 0.1 | NTU | |
| **Total Metals** | **Method: 200.7R4.4** | | **Preparation Method 200.7W** Preparation Date: 08/19/16 | | |
| Analysis Date: 08/23/16 | | | | | |
| Aluminum | | < 0.10 | 0.10 | mg/L | |
| Calcium | | 5.0 | 0.5 | mg/L | |
| Copper | | < 0.005 | 0.005 | mg/L | |
| Iron | | < 0.05 | 0.05 | mg/L | |
| Magnesium | | 1.3 | 0.5 | mg/L | |
| Zinc | | 0.023 | 0.01 | mg/L | |
| Arsenic | | < 0.010 | 0.010 | mg/L | |
| Lead | | < 0.005 | 0.005 | mg/L | |
| Manganese | | < 0.005 | 0.005 | mg/L | |
| Tin | | < 0.02 | 0.02 | mg/L | |

# CHAIN OF CUSTODY RECORD

Page____ of ____ pgs

First Environmental Laboratories, Inc.

**First Environmental Laboratories**
1600 Shore Road, Suite D
Naperville, Illinois 60563
Phone: (630) 778-1200 • Fax: (630) 778-1233
E-mail: firstinfo@firstenv.com
IEPA Certification #100292

Company Name: ENGINEERING SYSTEMS INC
Street Address: 4215 CAMPUS DRIVE
City: AURORA State: IL Zip: 60504
Phone: 630-851-4566 e-mail: jfgrzetic@engsys.com
Send Report To: JOE GRZETIC
Sampled By: JOE GRZETIC

Project I.D.: 50105 A BOYD RESIDENCE (8-17-16 INSPECTION)

P.O. #: 01-00205A-74-0

Matrix Codes: S = Soil W = Water O = Other

Analyses

| Date/Time Taken | Sample Description | Matrix | | | | | | | | Hold – Do Not Analyze | Comments | Lab I.D. 16-4716 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8-17-16-08:59 | KITCHEN COLD (BOYD) | | | | | | | | | | 3 | 001 |
| 8-17-16-08:59 | KITCHEN COLD (BOYD) | | | | | | | | | | | |
| 8-17-16-09:10 | KITCHEN HOT (BOYD) | | | | | | | | | | 3 | 002 |
| 8-17-16-09:10 | KITCHEN HOT (BOYD) | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |

**FOR LAB USE ONLY:**

Cooler Temperature: 0.1-6ºC Yes__ No. ✓ 2.6 ºC
Received within 6 hrs. of collection: ____
Ice Present: Yes ✓ No ✓

Sample Refrigerated: Yes__ No__
Refrigerator Temperature:______ºC
5035 Vials Frozen: Yes__ No__
Freezer Temperature:______ºC

Program: ☐ TACO ☐ CCDD ☐ NPDES ☐ LUST

Notes and Special Instructions: ____

Relinquished By: [signature] Date/Time 8-18-16-13:50 Received By: [signature] Date/Time 8-18-16 1350
Relinquished By: ______ Date/Time ______ Received By: ______ Date/Time ______

Rev. 8/15

4215 Campus Drive
Aurora, IL 60504

**Cole Residence inspection on 8-15-2016**
Cole Residence
19150 Highway 79
Gadsden, TN 38337



Cole Photo 1: Overall appearance of the residence.



Cole Photo 2: Rear view of the Cole Residence. Attics are located on both sides of the home under the triangle shaped roof-line and plumbing tubing runs between the two floors (middle-section) of the residence.

**Background**
At the inspection, homeowner indicated that approximately 19 leaks in the NIBCO tubing of original installation had occurred. The leaks had occurred in both the hot and cold water lines. The homeowner had repaired the individual leaks and has replaced a significant amount of ¾" hot water main NIBCO PEX with a white color ¾" Non-NIBCO tubing. Based on the testimony and complaint, the below table documents the leak history for Cole Residence.

| Leak # | Leak Date | Sample | Location |
|---|---|---|---|
| 1 | End of 2009 | Elbow fitting | Fitting leading to showerhead in master bath |
| 2 | November 12, 2010 | Hot | Under kitchen sink |
| 3 | March 20, 2012 | Hot | Master bedroom |
| 4 | March 27, 2012 | Hot | Kitchen ceiling |
| 5 | October 2012 | Hot | Former laundry room (now foyer) |
| 6 | October 2012 | Hot | Former music room (now living room) |
| 7 | October 2014 | Hot | Master bathroom vanity |
| 8 | October 2014 | Cold | Upstairs bathroom by toilet |
| 9 | September 2014 | Tee fitting on cold side | Kitchen right side of sink |
| 10 | September 2015 | Unsure | Living room ceiling |
| 11 | December 2015 | Unsure | Living room ceilings and walls |
| 12 | June 2016 | Hot | Kitchen sink left side |
| 13 | June 2016 | Hot | Living room and entrance to living room (old laundry room) |
| 14 | July 2016 | Cold | Half bath by toilet and above vent in ceiling |
| 15 | August 2016 | Cold | Master bath, vanity sink wall closest to door |
| 16 | August 2016 | Hot | Half Bath/vanity ceiling and wall |
| 17 | September 2016 | Hot | Master bath ceiling |
| 18 | Unknown | Hot | Laundry room |
| 19 | Unknown | Hot | Laundry room |

Cole Table 1: Leak history for Cole residence.

According to the deposition testimony of Mr. Cole, the plumbing was installed by Mr. Cobb, father-in-law of Mr. Cole.

The leak locations and replacement locations were identifiable as the homeowners had not performed a complete re-plumbing of the original plumbing system. The water is supplied from a local municipality. There are two 50-gallon water heaters located in the attic. There is no recirculating pump in the plumbing system. There is no additional water treatment at the residence. The water pressures and flows were normal.

ESI identified seven locations of previously repaired leaks. The repairs are at locations where PEX tubing changed directions. The repairs were located at the header where piping transitions from the attic into the floor below. The repairs were done by the homeowner using shark-bite fittings and stainless steel shark bite flexible lines as shown in the Photos below.



Cole Photo 3: ESI repair location 1 & 2. Photo shows the tubing exposed in the wall of the first-floor laundry room. The tubing is coming down from the attic to the washer, (1/2" hot & cold).



Cole Photo 4: A close up of the plumbing repairs identified by ESI as repair locations 1 & 2. The tubing that failed was located at the header of the wall and in the ceiling of the laundry room. (1/2" hot & cold).



Cole Photo 5: A view of ESI repair locations identified as 3, 4 and 5 located in the kitchen ceiling. Notice the repairs occurred in the tubing sections that would be coming down from the ceiling.



Cole Photo 6: ESI Repair #3 and #4. Plumbing shown in the ceiling of kitchen suppling sink through the header. (photo 268). Repair 3 is performed with a sharkbite flex line shown in Photos below. Repair #4 is performed with white tubing.



Cole Photo 7: ESI Repair #3. Plumbing behind the kitchen wall supplying cold water to sink, (1/2” blue)




Cole Photo 8: ESI Repair #3. 1/2” cold, (blue) line in the sealing showing repair through the header.



Cole Photo 9: ESI Repair #5. Cold water ½" blue feeding the 2nd floor toilet located in the ceiling of the kitchen.



Cole Photo 10: ESI Repair #5. Severe bend in the flexible sharkbite line is required to connect the tubing from the tee fitting to the line suppling the 2nd floor toilet above the ceiling.



Cole Photo 11: ESI Repair #6. 1/2” (blue) repair in wall fixed using a flex Sharkbite.



Cole Photo 12: ESI Repair# 6. 1/2” (blue) repair in the wall performed with severe bending using flex Sharkbite.



Cole Photo 13: ESI Repair #6. 1/2” (blue).



Cole Photo 14: ESI Repair #7. Attic fed to rear hose bib, (1/2” cold)1/2” cold, (blue) repair through the header most likely due to severe bending using flex Sharkbite.



Cole Photo 15: ESI Repair #77. Attic fed to rear hose bib, (1/2" cold), 1/2" cold, (blue) repair through the header most likely due to severe bending using flex Sharkbite

The schematic below shows the leak locations found.



**Water Chemistry on Site**

Hot and cold water chemistry on site included measurements of pH, Chlorine, Alkalinity, and Temperature using a AquaChek Tru Test meter and AquaChek Test Strips.

**Information from Meter**

| pH | Chlorine (cl) | Alkalinity | Temperature |
|---|---|---|---|
| 6.4 | 0.6 ppm | 040 | 81.9 F |
| 6.4 | 0.9 ppm | 040 | 131.9 F |

**Information from Test Strips**

| pH | Chlorine (cl) | Alkalinity | Water Source |
|---|---|---|---|
| 6.2 | 0.5 ppm | 040 | Cold-side |
| >6.2 but <6.8 | 0.5 to 1.0 ppm | 040 | Hot-side |

Water samples were also collected for laboratory analysis.

**Water Pressure and Flow Measurements**

Pressure was taken at three locations. The pressures were as follows: 48-52 psi (main floor, master bath), 43-45 psi (upper level shower), 53-55 (Driveway hose bib)

**Flow Measurements**

| Location | Hot Side (liters/minute) | Cold Side (liters/minute) |
|---|---|---|
| Laundry | 24.0 | 23.7 |
| Kitchen sink | 9.1 | 7.3 |
| Master-bath Sink #1 (left-side) | Shut-off valves were turned off | Shut-off valves were turned off |
| Master-bath Sink#2 (right-side) | 14.4 | 14.4 |
| Master bath shower | 12.0 (mixture of hot and Cold) | |
| Powder room (1st Floor) | 12.0 | 13.2 |
| Adjoining bathroom sink #1 | 11.4 | 12.0 |
| Adjoining bathroom sink #2 | 13.6 | 14.6 |
| Adjoining bathroom Shower | 17.0 (mixture of hot and Cold) | |
| Adjoining bathroom Tub | 14.2 (mixture of hot and cold) | |
| Hose bib by driveway | 22.2 | |

**Samples Removed**
There were a total of 12 Samples removed. 8 of 12 are in possession of Paragon Polymers. 4 of 12 are with ESI.

Cole 1: Sample with Paragon. ¾" NIBCO blue (cold main) tubing 73-inches long.

Cole 2: Sample with ESI. 3/4"x 3/4" x 1/2" tee fitting with attached NIBCO blue cold tubing (length of tubing 48"x6"x10")

Cole 3: Sample with Paragon ½" NIBCO Red tubing only 48-inches long.

Cole 4: Sample with Paragon ½"X ½"x ½" Homeowner repaired Sharkbite TEE fitting with attached tubing. (White Watts Tubing x White Watts Tubing x NIBCO red branch. See photo below.




Cole Photo 16: The overall appearance of sample identified as Cole 4.

Cole 5: Sample with ESI. 1/2" Red tubing 50-inches in length.

Cole 6: Sample with ESI ½"x1/2"x1/2" NIBCO TEE fitting with short lengths (5"inch) of tubing

Cole 7: Sample with Paragon. ½" NIBCO Blue tubing 40 inches in length.

Cole 8: Sample with Paragon. A repair line. A ½" Watts White tubing 18 inches in length. (Supplied hot water to powder room sink)

Cole 9: Sample with Paragon. A ½" blue cold water line NIBCO tubing 49 inches in length.

Cole 10: Sample with ESI. A ½" blue cold water line NIBCO tubing 58 inches in length.

Cole 11: Sample with Paragon. A ¾" x ¾" x ½" NIBCO Fitting with (5" inch) length of tubing on all sides.

Additional Sample taken by Paragon prior to ESI photo-documentation or sampling. A coil of removed Red NIBCO hot ¾" and ½" tubing of multiple lengths from the attic. Homeowner has replaced the ¾" main with White Watts PEX.

**First Environmental Laboratories, Inc.**
IL ELAP / NELAC Accreditation # 100292
1600 Shore Road • Naperville, Illinois 60563 • Phone (630) 778-1200 • Fax (630) 778-1233

August 25, 2016

Mr. Joe Grzetic
**ESI**
4215 Campus Dr.
Aurora, IL 60504

Project ID: 50105A Cole Res. PO# 01-00205A-74-0
First Environmental File ID: 16-4714
Date Received: August 18, 2016

Dear Mr. Joe Grzetic:

The above referenced project was analyzed as directed on the enclosed chain of custody record.

All Quality Control criteria as outlined in the methods and current IL ELAP/NELAP have been met unless otherwise noted. QA/QC documentation and raw data will remain on file for future reference. Our accreditation number is 100292 and our current certificate is number 003811: effective 02/17/2016 through 02/28/2017.

I thank you for the opportunity to be of service to you and look forward to working with you again in the future. Should you have any questions regarding any of the enclosed analytical data or need additional information, please contact me at (630) 778-1200.

Sincerely,

Stan Zaworski
Project Manager

First Environmental Laboratories, Inc.

IL ELAP / NELAC Accreditation # 100292

1600 Shore Road • Naperville, Illinois 60563 • Phone (630) 778-1200 • Fax (630) 778-1233

# Case Narrative

**ESI**

Lab File ID: **16-4714**

Project ID: **50105A Cole Res. PO# 01-00205A-74-0**

Date Received: **August 18, 2016**

All quality control criteria, as outlined in the methods, have been met except as noted below or on the following analytical report.

The results in this report apply to the samples in the following table:

| Laboratory Sample ID | Client Sample Identifier | Date/Time Collected |
|---|---|---|
| 16-4714-001 | Kitchen (Cold) Cole | 8/15/2016 9:53 |
| 16-4714-002 | Kitchen (Hot) Cole | 8/15/2016 10:34 |

**Sample Batch Comments:**

Sample(s) was (were) received outside temperature compliance.

The following is a definition of flags that may be used in this report:

| Flag | Description | Flag | Description |
|---|---|---|---|
| < | Analyte not detected at or above the reporting limit. | L | LCS recovery outside control limits. |
| C | Sample received in an improper container for this test. | M | MS recovery outside control limits; LCS acceptable. |
| D | Surrogates diluted out; recovery not available. | P | Chemical preservation pH adjusted in lab. |
| E | Estimated result; concentration exceeds calibration range. | Q | Result was determined by a GC/MS database search. |
| G | Surrogate recovery outside control limits. | S | Analysis was subcontracted to another laboratory. |
| H | Analysis or extraction holding time exceeded. | W | Reporting limit elevated due to sample matrix. |
| J | Estimated result; concentration is less than routine RL but greater than MDL. | N | Analyte is not part of our NELAC accreditation or accreditation may not be available for this parameter. |
| RL | Routine Reporting Limit (Lowest amount that can be detected when routine weights/volumes are used without dilution.) | ND | Analyte was not detected using a library search routine; No calibration standard was analyzed. |

First Environmental Laboratories, Inc.
IL ELAP / NELAC Accreditation # 100292
1600 Shore Road • Naperville, Illinois 60563 • Phone (630) 778-1200 • Fax (630) 778-1233

# Analytical Report

**Client:** ESI
**Project ID:** 50105A Cole Res. PO# 01-00205A-74-0
**Sample ID:** Kitchen (Cold) Cole
**Sample No:** 16-4714-001

**Date Collected:** 08/15/16
**Time Collected:** 9:53
**Date Received:** 08/18/16
**Date Reported:** 08/25/16

| Analyte | | Result | R.L. | Units | Flags |
|---|---|---|---|---|---|
| **Alkalinity, Bicarbonate (CaCO3)** | **Method: 2320B 1997** | | | | |
| Analysis Date: 08/23/16 | | | | | |
| Alkalinity, Bicarbonate (CaCO3) | | 12 | 5 | mg/L | |
| **Alkalinity, Carbonate (CaCO3)** | **Method: 2320B 1997** | | | | |
| Analysis Date: 08/23/16 | | | | | |
| Alkalinity, Carbonate (CaCO3) | | < 5 | 5 | mg/L | |
| **Ammonia (as N)** | **Method: 350.1R2.0** | | | | |
| Analysis Date: 08/19/16 | | | | | |
| Ammonia (as N) | | < 0.10 | 0.10 | mg/L | |
| **Chloride** | **Method: 4500Cl, E 1997** | | | | |
| Analysis Date: 08/23/16 | | | | | |
| Chloride | | 9 | 5 | mg/L | |
| **Chlorine Residual, Free** | **Method: 4500Cl, G 2000** | | | | |
| Analysis Date: 08/19/16 10:00 | | | | | |
| Chlorine Residual, Free | | 0.85 | 0.05 | mg/L | H |
| **Chlorine Residual, Total** | **Method: 4500Cl, G 2000** | | | | |
| Analysis Date: 08/19/16 10:00 | | | | | |
| Chlorine Residual, Total | | 0.86 | 0.05 | mg/L | H |
| **Conductivity** | **Method: 2510B 1997** | | | | |
| Analysis Date: 08/22/16 13:00 | | | | | |
| Conductivity | | 67 | 5 | umhos/cm | |
| **Dissolved Oxygen** | **Method: 4500O,G 2001** | | | | |
| Analysis Date: 08/19/16 8:15 | | | | | |
| Dissolved Oxygen | | 9.34 | 1 | mg/L | N |
| **Fluoride** | **Method: 4500F,C 1997** | | | | |
| Analysis Date: 08/22/16 | | | | | |
| Fluoride | | < 0.10 | 0.10 | mg/L | |
| **Nitrate + Nitrite (as N)** | **Method: 353.2R2.0** | | | | |
| Analysis Date: 08/24/16 | | | | | |
| Nitrate + Nitrite (as N) | | 1.10 | 0.10 | mg/L | |
| **Orthophosphate (as P)** | **Method: 4500P,E 1999** | | | | |
| Analysis Date: 08/19/16 14:00 | | | | | |
| Orthophosphate (as P) | | < 0.01 | 0.01 | mg/L | H |

**First Environmental Laboratories, Inc.**

IL ELAP / NELAC Accreditation # 100292

1600 Shore Road • Naperville, Illinois 60563 • Phone (630) 778-1200 • Fax (630) 778-1233

# Analytical Report

**Client:** ESI
**Project ID:** 50105A Cole Res. PO# 01-00205A-74-0
**Sample ID:** Kitchen (Cold) Cole
**Sample No:** 16-4714-001

**Date Collected:** 08/15/16
**Time Collected:** 9:53
**Date Received:** 08/18/16
**Date Reported:** 08/25/16

| Analyte | | Result | R.L. | Units | Flags |
|---|---|---|---|---|---|
| **Phosphate (as PO4)** | **Method: 4500P, B,E 1999** | | | | |
| Analysis Date: 08/23/16 | | | | | |
| Phosphate (as PO4) | | 0.06 | 0.01 | mg/L | |
| **pH @ 25°C** | **Method: 4500H+,B 2000** | | | | |
| Analysis Date: 08/19/16 | | | | | |
| pH @ 25°C | | 6.87 | | Units | |
| **Silicon (as SiO2)** | **Method: 200.7R4.4** | | **Preparation Method 200.7W** | | |
| Analysis Date: 08/23/16 | | | Preparation Date: 08/19/16 | | |
| Silicon (as SiO2) | | 6.9 | 0.1 | mg/L | |
| **Sulfate** | **Method: 375.2R2.0** | | | | |
| Analysis Date: 08/22/16 | | | | | |
| Sulfate | | < 15 | 15 | mg/L | |
| **Total Dissolved Solids** | **Method: 2540C 1997** | | | | |
| Analysis Date: 08/19/16 | | | | | |
| Total Dissolved Solids | | 46 | 10 | mg/L | |
| **Total Hardness, as CaCO3** | **Method: 2340B 1997** | | | | |
| Analysis Date: 08/22/16 | | | | | |
| Total Hardness, as CaCO3 | | 10 | 5 | mg/L | |
| **Turbidity** | **Method: 2130B 2001** | | | | |
| Analysis Date: 08/19/16 10:30 | | | | | |
| Turbidity | | 0.2 | 0.1 | NTU | II |
| **Total Metals** | **Method: 200.7R4.4** | | **Preparation Method 200.7W** | | |
| Analysis Date: 08/23/16 | | | Preparation Date: 08/19/16 | | |
| Aluminum | | < 0.10 | 0.10 | mg/L | |
| Calcium | | 2.6 | 0.5 | mg/L | |
| Copper | | 0.028 | 0.005 | mg/L | |
| Iron | | < 0.05 | 0.05 | mg/L | |
| Magnesium | | 1.0 | 0.5 | mg/L | |
| Zinc | | 0.014 | 0.01 | mg/L | |
| Arsenic | | < 0.010 | 0.010 | mg/L | |
| Lead | | < 0.005 | 0.005 | mg/L | |
| Manganese | | < 0.005 | 0.005 | mg/L | |
| Tin | | < 0.02 | 0.02 | mg/L | |

First Environmental Laboratories, Inc.

IL ELAP / NELAC Accreditation # 100292

1600 Shore Road • Naperville, Illinois 60563 • Phone (630) 778-1200 • Fax (630) 778-1233

# Analytical Report

**Client:** ESI
**Project ID:** 50105A Cole Res. PO# 01-00205A-74-0
**Sample ID:** Kitchen (Hot) Cole
**Sample No:** 16-4714-002

**Date Collected:** 08/15/16
**Time Collected:** 10:34
**Date Received:** 08/18/16
**Date Reported:** 08/25/16

| Analyte | | Result | R.L. | Units | Flags |
|---|---|---|---|---|---|
| **Alkalinity, Bicarbonate (CaCO3)** | **Method: 2320B 1997** | | | | |
| Analysis Date: 08/23/16 | | | | | |
| Alkalinity, Bicarbonate (CaCO3) | | 14 | 5 | mg/L | |
| **Alkalinity, Carbonate (CaCO3)** | **Method: 2320B 1997** | | | | |
| Analysis Date: 08/23/16 | | | | | |
| Alkalinity, Carbonate (CaCO3) | | < 5 | 5 | mg/L | |
| **Ammonia (as N)** | **Method: 350.1R2.0** | | | | |
| Analysis Date: 08/19/16 | | | | | |
| Ammonia (as N) | | < 0.10 | 0.10 | mg/L | |
| **Chloride** | **Method: 4500Cl, E 1997** | | | | |
| Analysis Date: 08/23/16 | | | | | |
| Chloride | | 9 | 5 | mg/L | |
| **Chlorine Residual, Free** | **Method: 4500Cl, G 2000** | | | | |
| Analysis Date: 08/19/16 10:00 | | | | | |
| Chlorine Residual, Free | | 0.64 | 0.05 | mg/L | H |
| **Chlorine Residual, Total** | **Method: 4500Cl, G 2000** | | | | |
| Analysis Date: 08/19/16 10:00 | | | | | |
| Chlorine Residual, Total | | 0.64 | 0.05 | mg/L | H |
| **Conductivity** | **Method: 2510B 1997** | | | | |
| Analysis Date: 08/22/16 13:00 | | | | | |
| Conductivity | | 69 | 5 | umhos/cm | |
| **Dissolved Oxygen** | **Method: 4500O,G 2001** | | | | |
| Analysis Date: 08/19/16 8:15 | | | | | |
| Dissolved Oxygen | | 9.07 | 1 | mg/L | N |
| **Fluoride** | **Method: 4500F,C 1997** | | | | |
| Analysis Date: 08/23/16 | | | | | |
| Fluoride | | < 0.10 | 0.10 | mg/L | |
| **Nitrate + Nitrite (as N)** | **Method: 353.2R2.0** | | | | |
| Analysis Date: 08/24/16 | | | | | |
| Nitrate + Nitrite (as N) | | 1.14 | 0.10 | mg/L | |
| **Orthophosphate (as P)** | **Method: 4500P,E 1999** | | | | |
| Analysis Date: 08/19/16 14:00 | | | | | |
| Orthophosphate (as P) | | < 0.01 | 0.01 | mg/L | H |

First Environmental Laboratories, Inc.
IL ELAP / NELAC Accreditation # 100292
1600 Shore Road • Naperville, Illinois 60563 • Phone (630) 778-1200 • Fax (630) 778-1233

# Analytical Report

**Client:** ESI
**Project ID:** 50105A Cole Res. PO# 01-00205A-74-0
**Sample ID:** Kitchen (Hot) Cole
**Sample No:** 16-4714-002

**Date Collected:** 08/15/16
**Time Collected:** 10:34
**Date Received:** 08/18/16
**Date Reported:** 08/25/16

| Analyte | | Result | R.L. | Units | Flags |
|---|---|---|---|---|---|
| **Phosphate (as PO4)** | **Method: 4500P, B,E 1999** | | | | |
| Analysis Date: 08/23/16 | | | | | |
| Phosphate (as PO4) | | 0.06 | 0.01 | mg/L | |
| **pH @ 25°C** | **Method: 4500H+,B 2000** | | | | |
| Analysis Date: 08/19/16 | | | | | |
| pH @ 25°C | | 6.87 | | Units | |
| **Silicon (as SiO2)** | **Method: 200.7R4.4** | | **Preparation Method 200.7W** Preparation Date: 08/19/16 | | |
| Analysis Date: 08/23/16 | | | | | |
| Silicon (as SiO2) | | 6.9 | 0.1 | mg/L | |
| **Sulfate** | **Method: 375.2R2.0** | | | | |
| Analysis Date: 08/22/16 | | | | | |
| Sulfate | | < 15 | 15 | mg/L | |
| **Total Dissolved Solids** | **Method: 2540C 1997** | | | | |
| Analysis Date: 08/19/16 | | | | | |
| Total Dissolved Solids | | 59 | 10 | mg/L | |
| **Total Hardness, as CaCO3** | **Method: 2340B 1997** | | | | |
| Analysis Date: 08/22/16 | | | | | |
| Total Hardness, as CaCO3 | | 11 | 5 | mg/L | |
| **Turbidity** | **Method: 2130B 2001** | | | | |
| Analysis Date: 08/19/16 10:30 | | | | | |
| Turbidity | | 0.2 | 0.1 | NTU | H |
| **Total Metals** | **Method: 200.7R4.4** | | **Preparation Method 200.7W** Preparation Date: 08/19/16 | | |
| Analysis Date: 08/23/16 | | | | | |
| Aluminum | | < 0.10 | 0.10 | mg/L | |
| Calcium | | 2.4 | 0.5 | mg/L | |
| Copper | | 0.028 | 0.005 | mg/L | |
| Iron | | < 0.05 | 0.05 | mg/L | |
| Magnesium | | 1.1 | 0.5 | mg/L | |
| Zinc | | < 0.010 | 0.01 | mg/L | |
| Arsenic | | < 0.010 | 0.010 | mg/L | |
| Lead | | < 0.005 | 0.005 | mg/L | |
| Manganese | | < 0.005 | 0.005 | mg/L | |
| Tin | | < 0.02 | 0.02 | mg/L | |

# CHAIN OF CUSTODY RECORD

Page___ of ___ pgs

First Environmental Laboratories, Inc.

**First Environmental Laboratories**
1600 Shore Road, Suite D
Naperville, Illinois 60563
Phone: (630) 778-1200 • Fax: (630) 778-1233
E-mail: firstinfo@firstenv.com
IEPA Certification #100292

Company Name: ENGINEERING SYSTEMS INC.
Street Address: 4215 CAMPUS DRIVE
City: AURORA State: IL Zip: 60504
Phone: 630-851-4566 e-mail: jfgrzetic@engsys.com
Send Report To: JOE GRZETIC
Sampled By: JOE GRZETIC

Project I.D.: 50105A COLE RESIDENCE (8-15-16) INSPECTION
P.O. #: 01-00205A-74-0

Matrix Codes: S = Soil W = Water O = Other

Analyses

16-4714

| Date/Time Taken | Sample Description | Matrix | Hold – Do Not Analyze | Comments | Lab I.D. |
|---|---|---|---|---|---|
| 8-15-16-09:53 | KITCHEN (COLD) COLE | | | 3 | 001 |
| 8-15-16-09:53 | KITCHEN (COLD) COLE | | | | |
| 8-15-16-10:34 | KITCHEN (HOT) COLE | | | 3 | 002 |
| 8-15-16-10:34 | KITCHEN (HOT) COLE | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**FOR LAB USE ONLY:**

Cooler Temperature: 0.1-6ºC Yes__ No. ✓ 26 ºC
Received within 6 hrs. of collection:______
Ice Present: Yes__ No ✓

Sample Refrigerated: Yes__ No__
Refrigerator Temperature:______ºC
5035 Vials Frozen: Yes__ No__
Freezer Temperature:______ºC

Program: ☐ TACO ☐ CCDD ☐ NPDES ☐ LUST

Notes and Special Instructions: ____________________

Relinquished By: [signature] Date/Time 8-18-16-13:50 Received By: [signature] Date/Time 8-18-16 1350
Relinquished By: ______ Date/Time ______ Received By: ______ Date/Time ______

Rev. 8/15

ESI

4215 Campus Drive
Aurora, IL 60504

**McCoy Residence Inspection on 8-16-16**
McCoy Residence
4401 Blackland Drive
Marietta , GA 30067



McCoy Photo 1: The front view of the McCoy residence. There is a crawl space located below the left side (as shown above) the home.

**Background**

Reportedly, there were 6 leaks on the hot water side of the plumbing system at this residence. Reportedly, failures were in tubing and were longitudinal near a fitting. ESI was shown one subject failure that occurred on 12-2-13. The water supply is municipality treated water and no additional water treatment is present at the residence. The residence was re-plumbed using copper tubing prior to the date of the inspection. One 50-gallon Rheem water heater is located in the crawl space. There is a Watts re-circulating pump set to be in the "on-position" during most of the day based on the settings, plumber indicated 7:30 a.m to 6:00 p.m. There are heated floors in two bathrooms.

| Leak # | Leak Date | Sample | Location |
|---|---|---|---|
| 1 | Early/mid-2010 (or 2013 – testimony and documents unclear) | Hot | Crawl space near hot water heater (May not be NIBCO related) |
| 2 | May 6, 2013 | Hot | Along same line as previous leak but further from water heater |
| 3 | September 15, 2013 | Hot | Between two showers on first floor |
| 4 | December 2, 2013 | Hot | Between two showers on first floor |
| 5 | April 7, 2016 | Hot | Between two showers on first floor |
| 6 | June 1, 2016 | Hot | Between two showers on first floor |

McCoy Table 1: McCoy Leak Summary



McCoy Photo 2: Entrance to the crawl space of McCoy residence from the left side of the home.



McCoy Photo 3: The original plumbing done with PEX tubing was replaced with copper tubing prior to the inspection. There is a Watts recirculating pump on the water heater. Also there is an Aqua star Automatic Instantaneous water heater which supplies the main 50-gallon Rheem gas water heater.



McCoy Photo 4: Red Sharkbite PEX repair on a White Zurn ½” inch line was found. An additional leak in the White Zurn PEX line (to the right of the repair as shown in this photo) was found on the date of the inspection.