# EXHIBIT A

## PART IV



McCoy Photo 5: ½" Zurn White PEX tubing found leaking on the day of the inspection. The same line had a previous repair. This Zurn PEX tubing had a date code of 05/12/08 indicating that it was part of original install.

ESI was shown one subject Failure that occurred on 12-2-13.



McCoy Photo 6: Failure from 12-2-13 for McCoy Residence.

**Water Chemistry on Site**

Hot and cold water chemistry on site included measurements of pH, Chlorine, Alkalinity, and Temperature using a AquaChek Tru Test meter and AquaChek Test Strips. The measurements were made on water collected from the kitchen sink.

**Information from Meter**

| pH | Chlorine (cl) | Alkalinity | Temperature |
|---|---|---|---|
| 6.4 | 2.0 ppm | 040 | 77.0 F |
| 6.4 | 0.5 ppm | 040 | 119.6 F |

**Information from Test Strips**

| pH | Chlorine (cl) | Alkalinity | Water Source |
|---|---|---|---|
| <6.2 | 1-3 ppm | 040 | Cold-side |
| <6.2 | 1 ppm | 040 | Hot-side |

Water samples were also collected for laboratory analysis.

**Water Pressure and Flow Measurements**

Pressure at front hose-bib was 116 Psi. Inside the home was a pressure regulator set to 58 psi, which was measured at the rear hose-bib.

**Flow Measurements**

The hose had been re-plumbed with copper tubing.

| Location | Hot Side (liters/minute) | Cold Side (liters/minute) |
|---|---|---|
| Front Hose bib | | 19.2 |
| Kitchen sink | 6.9 | 7.6 |
| Back door-hose bib | | 24.9 |

**Samples removed from the residence**

The NIBCO PEX tubing from an incident leak shown in Photo 6, the leaking Zurn PEX tubing found on the day of the inspection shown in Photo 5, and another section of Zurn PEX without failure, were retained by Paragon for further analysis, as documented in Photo 7 below.




McCoy Photo 7: Overall appearance of the samples removed from McCoy residence.

McCoy 1: Left un-identified for a failed samples that may be with attorneys.

McCoy 2: Failure from 12-2-13 shown at the time of the inspection (3/4” Red Non-NIBCO going to plastic coupling to a ¾” inch Blue NIBCO, longitudinal split)

McCoy 3: ½” Zurn PEX White tubing from Crawl space 5 feet long (5-12-08 date code).

McCoy 4: ½” Zurn PEX White tubing a continuation of the same line as McCoy 3 which was found to be leaking on the date of the inspection.

**First Environmental Laboratories, Inc.**
IL ELAP / NELAC Accreditation # 100292
1600 Shore Road • Naperville, Illinois 60563 • Phone (630) 778-1200 • Fax (630) 778-1233

August 25, 2016

Mr. Joe Grzetic
**ESI**
4215 Campus Dr.
Aurora, IL 60504

Project ID: 50105A McCoy Res. PO# 01-00205A-74-0
First Environmental File ID: 16-4715
Date Received: August 18, 2016

Dear Mr. Joe Grzetic:

The above referenced project was analyzed as directed on the enclosed chain of custody record.

All Quality Control criteria as outlined in the methods and current IL ELAP/NELAP have been met unless otherwise noted. QA/QC documentation and raw data will remain on file for future reference. Our accreditation number is 100292 and our current certificate is number 003811: effective 02/17/2016 through 02/28/2017.

I thank you for the opportunity to be of service to you and look forward to working with you again in the future. Should you have any questions regarding any of the enclosed analytical data or need additional information, please contact me at (630) 778-1200.

Sincerely,

Stan Zaworski
Project Manager

First Environmental Laboratories, Inc.

IL ELAP / NELAC Accreditation # 100292

1600 Shore Road • Naperville, Illinois 60563 • Phone (630) 778-1200 • Fax (630) 778-1233

# Case Narrative

**ESI**

Project ID: **50105A McCoy Res. PO# 01-00205A-74-0**

Lab File ID: **16-4715**

Date Received: **August 18, 2016**

All quality control criteria, as outlined in the methods, have been met except as noted below or on the following analytical report.

The results in this report apply to the samples in the following table:

| Laboratory Sample ID | Client Sample Identifier | Date/Time Collected |
|---|---|---|
| 16-4715-001 | Kitchen (Cold) McCoy | 8/16/2016 10:30 |
| 16-4715-002 | Kitchen (Hot) McCoy | 8/16/2016 10:30 |
| 16-4715-003 | Front Hose Bib (Cold) McCoy | 8/16/2016 12:45 |

**Sample Batch Comments:**

Sample(s) was (were) received outside temperature compliance.

The following is a definition of flags that may be used in this report:

| Flag | Description | Flag | Description |
|---|---|---|---|
| < | Analyte not detected at or above the reporting limit. | L | LCS recovery outside control limits. |
| C | Sample received in an improper container for this test. | M | MS recovery outside control limits; LCS acceptable. |
| D | Surrogates diluted out; recovery not available. | P | Chemical preservation pH adjusted in lab. |
| E | Estimated result; concentration exceeds calibration range. | Q | Result was determined by a GC/MS database search. |
| G | Surrogate recovery outside control limits. | S | Analysis was subcontracted to another laboratory. |
| H | Analysis or extraction holding time exceeded. | W | Reporting limit elevated due to sample matrix. |
| J | Estimated result; concentration is less than routine RL but greater than MDL. | N | Analyte is not part of our NELAC accreditation or accreditation may not be available for this parameter. |
| RL | Routine Reporting Limit (Lowest amount that can be detected when routine weights/volumes are used without dilution.) | ND | Analyte was not detected using a library search routine; No calibration standard was analyzed. |

**First Environmental Laboratories, Inc.**

IL ELAP / NELAC Accreditation # 100292

1600 Shore Road • Naperville, Illinois 60563 • Phone (630) 778-1200 • Fax (630) 778-1233

# Analytical Report

**Client:** ESI
**Project ID:** 50105A McCoy Res. PO# 01-00205A-74-0
**Sample ID:** Kitchen (Cold) McCoy
**Sample No:** 16-4715-001

**Date Collected:** 08/16/16
**Time Collected:** 10:30
**Date Received:** 08/18/16
**Date Reported:** 08/25/16

| Analyte | | Result | R.L. | Units | Flags |
|---|---|---|---|---|---|
| **Alkalinity, Bicarbonate (CaCO3)** | **Method: 2320B 1997** | | | | |
| Analysis Date: 08/23/16 | | | | | |
| Alkalinity, Bicarbonate (CaCO3) | | 18 | 5 | mg/L | |
| **Alkalinity, Carbonate (CaCO3)** | **Method: 2320B 1997** | | | | |
| Analysis Date: 08/23/16 | | | | | |
| Alkalinity, Carbonate (CaCO3) | | < 5 | 5 | mg/L | |
| **Ammonia (as N)** | **Method: 350.1R2.0** | | | | |
| Analysis Date: 08/19/16 | | | | | |
| Ammonia (as N) | | < 0.10 | 0.10 | mg/L | |
| **Chloride** | **Method: 4500Cl, E 1997** | | | | |
| Analysis Date: 08/23/16 | | | | | |
| Chloride | | 16 | 5 | mg/L | |
| **Chlorine Residual, Free** | **Method: 4500Cl, G 2000** | | | | |
| Analysis Date: 08/19/16 10:00 | | | | | |
| Chlorine Residual, Free | | 0.86 | 0.05 | mg/L | H |
| **Chlorine Residual, Total** | **Method: 4500Cl, G 2000** | | | | |
| Analysis Date: 08/19/16 10:00 | | | | | |
| Chlorine Residual, Total | | 0.94 | 0.05 | mg/L | H |
| **Conductivity** | **Method: 2510B 1997** | | | | |
| Analysis Date: 08/22/16 13:00 | | | | | |
| Conductivity | | 147 | 5 | umhos/cm | |
| **Dissolved Oxygen** | **Method: 4500O,G 2001** | | | | |
| Analysis Date: 08/19/16 8:15 | | | | | |
| Dissolved Oxygen | | 8.68 | 1 | mg/L | N |
| **Fluoride** | **Method: 4500F,C 1997** | | | | |
| Analysis Date: 08/23/16 | | | | | |
| Fluoride | | 0.79 | 0.10 | mg/L | |
| **Nitrate + Nitrite (as N)** | **Method: 353.2R2.0** | | | | |
| Analysis Date: 08/24/16 | | | | | |
| Nitrate + Nitrite (as N) | | 1.71 | 0.10 | mg/L | |
| **Orthophosphate (as P)** | **Method: 4500P,E 1999** | | | | |
| Analysis Date: 08/19/16 14:00 | | | | | |
| Orthophosphate (as P) | | < 0.01 | 0.01 | mg/L | H |

**First Environmental Laboratories, Inc.**

IL ELAP / NELAC Accreditation # 100292

1600 Shore Road • Naperville, Illinois 60563 • Phone (630) 778-1200 • Fax (630) 778-1233

# Analytical Report

**Client:** ESI
**Project ID:** 50105A McCoy Res. PO# 01-00205A-74-0
**Sample ID:** Kitchen (Cold) McCoy
**Sample No:** 16-4715-001

**Date Collected:** 08/16/16
**Time Collected:** 10:30
**Date Received:** 08/18/16
**Date Reported:** 08/25/16

| Analyte | | Result | R.L. | Units | Flags |
|---|---|---|---|---|---|
| **Phosphate (as PO4)**<br>Analysis Date: 08/23/16 | **Method: 4500P, B,E 1999** | | | | |
| Phosphate (as PO4) | | 0.21 | 0.01 | mg/L | |
| **pH @ 25°C**<br>Analysis Date: 08/19/16 | **Method: 4500H+,B 2000** | | | | |
| pH @ 25°C | | 7.52 | | Units | |
| **Silicon (as SiO2)**<br>Analysis Date: 08/23/16 | **Method: 200.7R4.4** | | **Preparation Method 200.7W**<br>Preparation Date: 08/19/16 | | |
| Silicon (as SiO2) | | 3.2 | 0.1 | mg/L | |
| **Sulfate**<br>Analysis Date: 08/22/16 | **Method: 375.2R2.0** | | | | |
| Sulfate | | 16 | 15 | mg/L | |
| **Total Dissolved Solids**<br>Analysis Date: 08/19/16 | **Method: 2540C 1997** | | | | |
| Total Dissolved Solids | | 100 | 10 | mg/L | |
| **Total Hardness, as CaCO3**<br>Analysis Date: 08/22/16 | **Method: 2340B 1997** | | | | |
| Total Hardness, as CaCO3 | | 31 | 5 | mg/L | |
| **Turbidity**<br>Analysis Date: 08/19/16 10:30 | **Method: 2130B 2001** | | | | |
| Turbidity | | 0.2 | 0.1 | NTU | H |
| **Total Metals**<br>Analysis Date: 08/23/16 | **Method: 200.7R4.4** | | **Preparation Method 200.7W**<br>Preparation Date: 08/19/16 | | |
| Aluminum | | < 0.10 | 0.10 | mg/L | |
| Calcium | | 8.8 | 0.5 | mg/L | |
| Copper | | 0.006 | 0.005 | mg/L | |
| Iron | | < 0.05 | 0.05 | mg/L | |
| Magnesium | | 2.3 | 0.5 | mg/L | |
| Zinc | | 0.031 | 0.01 | mg/L | |
| Arsenic | | < 0.010 | 0.010 | mg/L | |
| Lead | | < 0.005 | 0.005 | mg/L | |
| Manganese | | < 0.005 | 0.005 | mg/L | |
| Tin | | < 0.02 | 0.02 | mg/L | |

First Environmental Laboratories, Inc.
IL ELAP / NELAC Accreditation # 100292
1600 Shore Road • Naperville, Illinois 60563 • Phone (630) 778-1200 • Fax (630) 778-1233

# Analytical Report

**Client:** ESI
**Project ID:** 50105A McCoy Res. PO# 01-00205A-74-0
**Sample ID:** Kitchen (Hot) McCoy
**Sample No:** 16-4715-002

**Date Collected:** 08/16/16
**Time Collected:** 10:30
**Date Received:** 08/18/16
**Date Reported:** 08/25/16

| Analyte | | Result | R.L. | Units | Flags |
|---|---|---|---|---|---|
| **Alkalinity, Bicarbonate (CaCO3)** | **Method: 2320B 1997** | | | | |
| Analysis Date: 08/23/16 | | | | | |
| Alkalinity, Bicarbonate (CaCO3) | | 16 | 5 | mg/L | |
| **Alkalinity, Carbonate (CaCO3)** | **Method: 2320B 1997** | | | | |
| Analysis Date: 08/23/16 | | | | | |
| Alkalinity, Carbonate (CaCO3) | | < 5 | 5 | mg/L | |
| **Ammonia (as N)** | **Method: 350.1R2.0** | | | | |
| Analysis Date: 08/19/16 | | | | | |
| Ammonia (as N) | | < 0.10 | 0.10 | mg/L | |
| **Chloride** | **Method: 4500Cl, E 1997** | | | | |
| Analysis Date: 08/23/16 | | | | | |
| Chloride | | 16 | 5 | mg/L | |
| **Chlorine Residual, Free** | **Method: 4500Cl, G 2000** | | | | |
| Analysis Date: 08/19/16 10:00 | | | | | |
| Chlorine Residual, Free | | 0.51 | 0.05 | mg/L | H |
| **Chlorine Residual, Total** | **Method: 4500Cl, G 2000** | | | | |
| Analysis Date: 08/19/16 10:00 | | | | | |
| Chlorine Residual, Total | | 0.51 | 0.05 | mg/L | H |
| **Conductivity** | **Method: 2510B 1997** | | | | |
| Analysis Date: 08/22/16 13:00 | | | | | |
| Conductivity | | 145 | 5 | umhos/cm | |
| **Dissolved Oxygen** | **Method: 4500O,G 2001** | | | | |
| Analysis Date: 08/19/16 8:15 | | | | | |
| Dissolved Oxygen | | 8.96 | 1 | mg/L | N |
| **Fluoride** | **Method: 4500F,C 1997** | | | | |
| Analysis Date: 08/23/16 | | | | | |
| Fluoride | | 0.80 | 0.10 | mg/L | |
| **Nitrate + Nitrite (as N)** | **Method: 353.2R2.0** | | | | |
| Analysis Date: 08/24/16 | | | | | |
| Nitrate + Nitrite (as N) | | 1.72 | 0.10 | mg/L | |
| **Orthophosphate (as P)** | **Method: 4500P,E 1999** | | | | |
| Analysis Date: 08/19/16 14:00 | | | | | |
| Orthophosphate (as P) | | < 0.01 | 0.01 | mg/L | H |

First Environmental Laboratories, Inc.
IL ELAP / NELAC Accreditation # 100292
1600 Shore Road • Naperville, Illinois 60563 • Phone (630) 778-1200 • Fax (630) 778-1233

# Analytical Report

**Client:** ESI
**Project ID:** 50105A McCoy Res. PO# 01-00205A-74-0
**Sample ID:** Kitchen (Hot) McCoy
**Sample No:** 16-4715-002

**Date Collected:** 08/16/16
**Time Collected:** 10:30
**Date Received:** 08/18/16
**Date Reported:** 08/25/16

| Analyte | | Result | R.L. | Units | Flags |
|---|---|---|---|---|---|
| **Phosphate (as PO4)** | **Method: 4500P, B,E 1999** | | | | |
| Analysis Date: 08/23/16 | | | | | |
| Phosphate (as PO4) | | 0.18 | 0.01 | mg/L | |
| **pH @ 25°C** | **Method: 4500H+,B 2000** | | | | |
| Analysis Date: 08/19/16 | | | | | |
| pH @ 25°C | | 7.53 | | Units | |
| **Silicon (as SiO2)** | **Method: 200.7R4.4** | | **Preparation Method 200.7W** Preparation Date: 08/19/16 | | |
| Analysis Date: 08/23/16 | | | | | |
| Silicon (as SiO2) | | 3.1 | 0.1 | mg/L | |
| **Sulfate** | **Method: 375.2R2.0** | | | | |
| Analysis Date: 08/22/16 | | | | | |
| Sulfate | | < 15 | 15 | mg/L | |
| **Total Dissolved Solids** | **Method: 2540C 1997** | | | | |
| Analysis Date: 08/19/16 | | | | | |
| Total Dissolved Solids | | 55 | 10 | mg/L | |
| **Total Hardness, as CaCO3** | **Method: 2340B 1997** | | | | |
| Analysis Date: 08/22/16 | | | | | |
| Total Hardness, as CaCO3 | | 29 | 5 | mg/L | |
| **Turbidity** | **Method: 2130B 2001** | | | | |
| Analysis Date: 08/19/16 10:30 | | | | | |
| Turbidity | | 0.4 | 0.1 | NTU | H |
| **Total Metals** | **Method: 200.7R4.4** | | **Preparation Method 200.7W** Preparation Date: 08/19/16 | | |
| Analysis Date: 08/23/16 | | | | | |
| Aluminum | | < 0.10 | 0.10 | mg/L | |
| Calcium | | 8.2 | 0.5 | mg/L | |
| Copper | | 0.048 | 0.005 | mg/L | |
| Iron | | 0.07 | 0.05 | mg/L | |
| Magnesium | | 2.2 | 0.5 | mg/L | |
| Zinc | | 0.034 | 0.01 | mg/L | |
| Arsenic | | < 0.010 | 0.010 | mg/L | |
| Lead | | < 0.005 | 0.005 | mg/L | |
| Manganese | | 0.007 | 0.005 | mg/L | |
| Tin | | < 0.02 | 0.02 | mg/L | |

**First Environmental Laboratories, Inc.**

IL ELAP / NELAC Accreditation # 100292

1600 Shore Road • Naperville, Illinois 60563 • Phone (630) 778-1200 • Fax (630) 778-1233

# Analytical Report

| | | | |
|---|---|---|---|
| **Client:** | ESI | **Date Collected:** | 08/16/16 |
| **Project ID:** | 50105A McCoy Res. PO# 01-00205A-74-0 | **Time Collected:** | 12:45 |
| **Sample ID:** | Front Hose Bib (Cold) McCoy | **Date Received:** | 08/18/16 |
| **Sample No:** | 16-4715-003 | **Date Reported:** | 08/25/16 |

| Analyte | | Result | R.L. | Units | Flags |
|---|---|---|---|---|---|
| **Alkalinity, Bicarbonate (CaCO3)** Analysis Date: 08/23/16 | **Method: 2320B 1997** | | | | |
| Alkalinity, Bicarbonate (CaCO3) | | 22 | 5 | mg/L | |
| **Alkalinity, Carbonate (CaCO3)** Analysis Date: 08/23/16 | **Method: 2320B 1997** | | | | |
| Alkalinity, Carbonate (CaCO3) | | < 5 | 5 | mg/L | |
| **Ammonia (as N)** Analysis Date: 08/19/16 | **Method: 350.1R2.0** | | | | |
| Ammonia (as N) | | < 0.10 | 0.10 | mg/L | |
| **Chloride** Analysis Date: 08/23/16 | **Method: 4500Cl, E 1997** | | | | |
| Chloride | | 15 | 5 | mg/L | |
| **Chlorine Residual, Free** Analysis Date: 08/19/16 10:00 | **Method: 4500Cl, G 2000** | | | | |
| Chlorine Residual, Free | | 0.85 | 0.05 | mg/L | H |
| **Chlorine Residual, Total** Analysis Date: 08/19/16 10:00 | **Method: 4500Cl, G 2000** | | | | |
| Chlorine Residual, Total | | 0.92 | 0.05 | mg/L | H |
| **Conductivity** Analysis Date: 08/22/16 13:00 | **Method: 2510B 1997** | | | | |
| Conductivity | | 146 | 5 | umhos/cm | |
| **Dissolved Oxygen** Analysis Date: 08/19/16 8:15 | **Method: 4500O,G 2001** | | | | |
| Dissolved Oxygen | | 8.48 | 1 | mg/L | N |
| **Fluoride** Analysis Date: 08/23/16 | **Method: 4500F,C 1997** | | | | |
| Fluoride | | 0.79 | 0.10 | mg/L | |
| **Nitrate + Nitrite (as N)** Analysis Date: 08/24/16 | **Method: 353.2R2.0** | | | | |
| Nitrate + Nitrite (as N) | | 1.73 | 0.10 | mg/L | |
| **Orthophosphate (as P)** Analysis Date: 08/19/16 14:00 | **Method: 4500P,E 1999** | | | | |
| Orthophosphate (as P) | | < 0.01 | 0.01 | mg/L | H |

**First Environmental Laboratories, Inc.**
IL ELAP / NELAC Accreditation # 100292
1600 Shore Road • Naperville, Illinois 60563 • Phone (630) 778-1200 • Fax (630) 778-1233

# Analytical Report

| | | | |
|---|---|---|---|
| **Client:** | ESI | **Date Collected:** | 08/16/16 |
| **Project ID:** | 50105A McCoy Res. PO# 01-00205A-74-0 | **Time Collected:** | 12:45 |
| **Sample ID:** | Front Hose Bib (Cold) McCoy | **Date Received:** | 08/18/16 |
| **Sample No:** | 16-4715-003 | **Date Reported:** | 08/25/16 |

| Analyte | | Result | R.L. | Units | Flags |
|---|---|---|---|---|---|
| **Phosphate (as PO4)** Analysis Date: 08/23/16 | **Method: 4500P, B,E 1999** | | | | |
| Phosphate (as PO4) | | 0.09 | 0.01 | mg/L | |
| **pH @ 25°C** Analysis Date: 08/19/16 | **Method: 4500H+,B 2000** | | | | |
| pH @ 25°C | | 7.56 | | Units | |
| **Silicon (as SiO2)** Analysis Date: 08/23/16 | **Method: 200.7R4.4** | | **Preparation Method 200.7W** Preparation Date: 08/19/16 | | |
| Silicon (as SiO2) | | 3.0 | 0.1 | mg/L | |
| **Sulfate** Analysis Date: 08/22/16 | **Method: 375.2R2.0** | | | | |
| Sulfate | | 15 | 15 | mg/L | |
| **Total Dissolved Solids** Analysis Date: 08/19/16 | **Method: 2540C 1997** | | | | |
| Total Dissolved Solids | | 82 | 10 | mg/L | |
| **Total Hardness, as CaCO3** Analysis Date: 08/22/16 | **Method: 2340B 1997** | | | | |
| Total Hardness, as CaCO3 | | 29 | 5 | mg/L | |
| **Turbidity** Analysis Date: 08/19/16 10:30 | **Method: 2130B 2001** | | | | |
| Turbidity | | 0.1 | 0.1 | NTU | H |
| **Total Metals** Analysis Date: 08/23/16 | **Method: 200.7R4.4** | | **Preparation Method 200.7W** Preparation Date: 08/19/16 | | |
| Aluminum | | < 0.10 | 0.10 | mg/L | |
| Calcium | | 8.2 | 0.5 | mg/L | |
| Copper | | 0.011 | 0.005 | mg/L | |
| Iron | | < 0.05 | 0.05 | mg/L | |
| Magnesium | | 2.2 | 0.5 | mg/L | |
| Zinc | | 0.031 | 0.01 | mg/L | |
| Arsenic | | < 0.010 | 0.010 | mg/L | |
| Lead | | < 0.005 | 0.005 | mg/L | |
| Manganese | | < 0.005 | 0.005 | mg/L | |
| Tin | | < 0.02 | 0.02 | mg/L | |

# CHAIN OF CUSTODY RECORD

Page___ of ___ pgs

First Environmental Laboratories, Inc.

First Environmental Laboratories
1600 Shore Road, Suite D
Naperville, Illinois 60563
Phone: (630) 778-1200 • Fax: (630) 778-1233
E-mail: firstinfo@firstenv.com
IEPA Certification #100292

Company Name: ENGINEERING SYSTEMS INC.
Street Address: 4215 CAMPUS DRIVE
City: AURORA State: IL Zip: 60504
Phone: 630-851-4566 e-mail: jfgrzetic@engsys.com
Send Report To: JOE GRZETIC
Sampled By: JOE GRZETIC

Project I.D.: 50105A McCoy RESIDENCE (8-16-16 INSPECTION)
P.O. #: 01-00205A-74-0

Matrix Codes: S = Soil W = Water O = Other

Analyses — Hold – Do Not Analyze

16-4715

| Date/Time Taken | Sample Description | Matrix | Comments | Lab I.D. |
|---|---|---|---|---|
| 8-16-16-10:30 | KITCHEN (COLD) McCoy | | 3 | 001 |
| 8-16-16-10:30 | KITCHEN (COLD) McCoy | | 3 | |
| 8-16-16-10:30 | KITCHEN (HOT) McCoy | | | 002 |
| 8-16-16-10:30 | KITCHEN (HOT) McCoy | | 3 | |
| 8-16-16-12:45 | FRONT HOSE BIB (COLD) McCoy | | | 003 |
| 8-16-16-12:45 | FRONT HOSE BIB (COLD) McCoy | | 3 | |

**FOR LAB USE ONLY:**

Cooler Temperature: 0.1-6ºC Yes__ No. ✓ 26 ºC
Received within 6 hrs. of collection: ____
Ice Present: Yes__ No ✓

Sample Refrigerated: Yes__ No__
Refrigerator Temperature: ____ ºC
5035 Vials Frozen: Yes__ No__
Freezer Temperature: ____ ºC

Program: ☐ TACO ☐ CCDD ☐ NPDES ☐ LUST

Notes and Special Instructions: ____

Relinquished By: Joe Grzetic Date/Time 8-18-16-13:50 Received By: [signature] Date/Time 8-18-16 1350
Relinquished By: ____ Date/Time ____ Received By: ____ Date/Time ____

Rev. 8/15

4215 Campus Drive
Aurora, IL 60504

**McMahon Residence Inspection on 8-23-16**
McMahon Residence
Rio Vista, Texas

**Background**
Home owner indicated the house was built in 2007-2008. There were 7 previous leaking failures all within several inches of the fittings. No failures were produced. The house was re-plumbed in April of 2014. The first leak occurred in December of 2013. ESI could not observe the plumbing as the house has no attic or basement. The plumbing was between floors and walls. The tubing found under the bathroom sink revealed UPONOR PEX both red and blue.

**McMahon Leak Summary**

| Leak # | Leak Date | Sample | Location |
|---|---|---|---|
| 1 | December 27, 2013 | Hot | Under third floor in garage at least 40 feet from hot water heater; split in pipe within 2 inches of fitting |
| 2 | January 6, 2014 | Hot | NW corner of garage above A/C duct work; 15 feet from hot water heater; horizontal run of pipe; split in pipe couple inches from fitting |
| 3 | February 3, 2014 | Hot | NW corner of garage, several feet from leak #2; above duct work; next to wall before it goes down to hot water heater; horizontal run of pipe |
| 4 | March 18, 2014 | Hot | Northside in garage under 3rd floor about 30 feet from hot water heater |
| 5 | March 30, 2014 | Hot | Close to leak #4; not sure if the same line or not; split in pipe within inches of fitting |
| 6 | March 31, 2014 | Hot | Behind wall above water heater; near ceiling between first and second floors |

McMahon Table 1




McMahon Photo 1: The hot water heater located on the first floor. The original plumbing has been replaced with copper plumbing. (Photos 127 and 128).

Municipality treated water, no additional water treatment at the residence. There is a TACO Cartridge recirculating pump from the water heater located at the lower level. The recirculating pump is a continuous duty pump. Home owner indicated the recirculating pump is replaced at the time of the re-plumb. The old pump was also a continuous recirculating pump. There is a Rheem 50 gallon gas water heater with a surge tank on top. The setting is mid-range at lower end of Hot.

**Water Chemistry on Site**

Hot and cold water chemistry on site included measurements of pH, Chlorine, Alkalinity, and Temperature using a AquaChek Tru Test meter and AquaChek Test Strips.

**Information from Meter**

| pH | Chlorine (cl) | Alkalinity | Temperature |
|---|---|---|---|
| 8.4 | 2.0 ppm | 140 | 79.3 F |
| 8.4 | 2.3 ppm | 120 | 118.3 F |

**Information from Test Strips**

| pH | Chlorine (cl) | Alkalinity | Water Source |
|---|---|---|---|
| >7.2 but <7.8 | 3 to 5.0 ppm | 80 to 120 | Cold-side |
| >7.2 but <7.8 | 1 to 3 ppm | 80 to 120 | Hot-side |

Water samples were also collected for laboratory analysis.

**Water Pressure and Flow Measurements**
Pressure at hose bib located at the front of the hose was 69 psi.

No Flow Measurements were done.

**Samples removed from the residence**
The removed plumbing sections were shown in the garage by the home owner and made available for sampling. ESI took 7 samples and Paragon took 8 samples.




McMahon Photo 2: Overall appearance of samples retained by Paragon and ESI. None of these samples were involved in incident leaks. McMahon #14 and McMahon#15 are Uponor PEX.

<u>McMahon 1-McMahon 7 are in ESI's possession.</u>

McMahon 1: ¾" tubing 65 inch long Terracotta 04-03-07-1

Mc Mahon 2: ¾" tubing 2 ½" long with an elbow. 25 inch long tubing Terracotta 04-03-07-1

McMahon 3: ¾ x ¾ x ½ brass CPI DuraPEX tee fitting. 4 inch long x 34 inch long x 2 inch long Terracotta (04-03-07-1)

McMahon 4: An assembly with three fittings (2 tees, and 1 elbow) CPI DuraPEX. ¾" Terracotta tubing 42 inch long 04-03-07-1

McMahon 5: CPI DuraPEX brass ½" elbow. ½" Terracotta tubing 55 inch long (04-05-07-1)

McMahon 6: ½" tubing into an elbow in to a tubing. CPI DuraPex brass. 4 inch terracotta pipe and 48 inch long terracotta (04-05-07-1)

McMahon 7: ¾ x ½ x 1/2" CPI DuraPEX Brass. 23 inch long ½" diameter PEX. (04-05-07-1) with hot written on it.

<u>McMahon 8-McMahon 15 are in Paragon's possession.</u>

McMahon 8: A CPI DuraPEX brass Elbow fitting with pipes on each end. (22 inch x 23 inch Terracotta NIBCO PEX.)

McMahon 9: 1-inch diameter Terracotta NIBCO PEX (35 inch in length) into a one-inch MATCO Shutoff valve. Out of Valve is a 1-inch diameter Terracotta NIBCO PEX (3 inch long) with a reducing brass coupling 1" X 3/4" with a 2-inch long ¾" inch blue.

McMahon 10: A ¾" diameter Terracotta NIBCO tubing 32 inches long.

McMahon 11: A ¾" diameter Terracotta NIBCO tubing 58 inches long.

McMahon 12: A ¾" diameter Terracotta NIBCO tubing 62 inches long.

McMahon 13: A ½" tubing 84 inches long with an Elbow covered in Foam insulation. The second ½" tubing is 8 inches long.

McMahon 14: A ½" diameter Uponor tubing about 8 inch long supplying cold water to kitchen sink.

McMahon 15: A ½" diameter Uponor tubing about 12 inches long supplying hot water to the kitchen sink.

First
Environmental
Laboratories, Inc.

IL ELAP / NELAC Accreditation # 100292

1600 Shore Road • Naperville, Illinois 60563 • Phone (630) 778-1200 • Fax (630) 778-1233

September 01, 2016

Mr. Joe Grzetic
**ESI**
4215 Campus Dr.
Aurora, IL 60504

Project ID: 50105A McMahon Residence 01-00205A-74-0
First Environmental File ID: 16-4836
Date Received: August 25, 2016

Dear Mr. Joe Grzetic:

The above referenced project was analyzed as directed on the enclosed chain of custody record.

All Quality Control criteria as outlined in the methods and current IL ELAP/NELAP have been met unless otherwise noted. QA/QC documentation and raw data will remain on file for future reference. Our accreditation number is 100292 and our current certificate is number 003811: effective 02/17/2016 through 02/28/2017.

I thank you for the opportunity to be of service to you and look forward to working with you again in the future. Should you have any questions regarding any of the enclosed analytical data or need additional information, please contact me at (630) 778-1200.

Sincerely,

Neal Cleghorn
Project Manager

First Environmental Laboratories, Inc.

IL ELAP / NELAC Accreditation # 100292

1600 Shore Road • Naperville, Illinois 60563 • Phone (630) 778-1200 • Fax (630) 778-1233

# Case Narrative

**ESI**

Lab File ID: **16-4836**

Project ID: **50105A McMahon Residence 01-00205A-74**

Date Received: **August 25, 2016**

All quality control criteria, as outlined in the methods, have been met except as noted below or on the following analytical report.

The results in this report apply to the samples in the following table:

| Laboratory Sample ID | Client Sample Identifier | Date/Time Collected |
|---|---|---|
| 16-4836-001 | Kitchen (Cold) | 08/23/16 15:00 |
| 16-4836-002 | Kitchen (Hot) | 08/23/16 15:03 |

**Sample Batch Comments:**

Sample(s) received past hold time. Data flagged where applicable.

The following is a definition of flags that may be used in this report:

| Flag | Description | Flag | Description |
|---|---|---|---|
| < | Analyte not detected at or above the reporting limit. | L | LCS recovery outside control limits. |
| C | Sample received in an improper container for this test. | M | MS recovery outside control limits; LCS acceptable. |
| D | Surrogates diluted out; recovery not available. | P | Chemical preservation pH adjusted in lab. |
| E | Estimated result; concentration exceeds calibration range. | Q | Result was determined by a GC/MS database search. |
| G | Surrogate recovery outside control limits. | S | Analysis was subcontracted to another laboratory. |
| H | Analysis or extraction holding time exceeded. | W | Reporting limit elevated due to sample matrix. |
| J | Estimated result; concentration is less than routine RL but greater than MDL. | N | Analyte is not part of our NELAC accreditation or accreditation may not be available for this parameter. |
| RL | Routine Reporting Limit (Lowest amount that can be detected when routine weights/volumes are used without dilution.) | ND | Analyte was not detected using a library search routine; No calibration standard was analyzed. |

**First Environmental Laboratories, Inc.**

IL ELAP / NELAC Accreditation # 100292

1600 Shore Road • Naperville, Illinois 60563 • Phone (630) 778-1200 • Fax (630) 778-1233

# Analytical Report

| | | | |
|---|---|---|---|
| **Client:** | ESI | **Date Collected:** | 08/23/16 |
| **Project ID:** | 50105A McMahon Residence 01-00205A-74-0 | **Time Collected:** | 15:00 |
| **Sample ID:** | Kitchen (Cold) | **Date Received:** | 08/25/16 |
| **Sample No:** | 16-4836-001 | **Date Reported:** | 09/01/16 |

| Analyte | Result | R.L. | Units | Flags |
|---|---|---|---|---|
| **Alkalinity, Bicarbonate (CaCO3)** **Method: 2320B 1997** | | | | |
| Analysis Date: 08/31/16 11:45 | | | | |
| Alkalinity, Bicarbonate (CaCO3) | 312 | 5 | mg/L | |
| **Alkalinity, Carbonate (CaCO3)** **Method: 2320B 1997** | | | | |
| Analysis Date: 08/31/16 11:45 | | | | |
| Alkalinity, Carbonate (CaCO3) | < 5 | 5 | mg/L | |
| **Ammonia (as N)** **Method: 350.1R2.0** | | | | |
| Analysis Date: 08/31/16 | | | | |
| Ammonia (as N) | 0.12 | 0.10 | mg/L | |
| **Chloride** **Method: 4500Cl, E 1997** | | | | |
| Analysis Date: 08/29/16 | | | | |
| Chloride | 28 | 5 | mg/L | |
| **Conductivity** **Method: 2510B 1997** | | | | |
| Analysis Date: 08/30/16 | | | | |
| Conductivity | 790 | 5 | umhos/cm | |
| **Dissolved Oxygen** **Method: 4500O,G 2001** | | | | |
| Analysis Date: 08/25/16 11:30 | | | | |
| Dissolved Oxygen | 8.43 | 1 | mg/L | N |
| **Fluoride** **Method: 4500F,C 1997** | | | | |
| Analysis Date: 08/31/16 13:30 | | | | |
| Fluoride | 0.31 | 0.10 | mg/L | |
| **Nitrate + Nitrite (as N)** **Method: 353.2R2.0** | | | | |
| Analysis Date: 08/29/16 | | | | |
| Nitrate + Nitrite (as N) | < 0.10 | 0.10 | mg/L | |
| **Orthophosphate (as P)** **Method: 4500P,E 1999** | | | | |
| Analysis Date: 08/25/16 14:30 | | | | |
| Orthophosphate (as P) | < 0.01 | 0.01 | mg/L | |
| **Oxidation-Reduction Potential** **Method: SM2580B** | | | | |
| Analysis Date: 08/30/16 | | | | |
| Oxidation-Reduction Potential (Eh) | 605 | 0.1 | mV | N S |
| **Phosphate (as PO4)** **Method: 4500P, B,E 1999** | | | | |
| Analysis Date: 08/26/16 | | | | |
| Phosphate (as PO4) | 0.09 | 0.01 | mg/L | |

**First Environmental Laboratories, Inc.**
IL ELAP / NELAC Accreditation # 100292
1600 Shore Road • Naperville, Illinois 60563 • Phone (630) 778-1200 • Fax (630) 778-1233

# Analytical Report

**Client:** ESI
**Project ID:** 50105A McMahon Residence 01-00205A-74-0
**Sample ID:** Kitchen (Cold)
**Sample No:** 16-4836-001

**Date Collected:** 08/23/16
**Time Collected:** 15:00
**Date Received:** 08/25/16
**Date Reported:** 09/01/16

| Analyte | | Result | R.L. | Units | Flags |
|---|---|---|---|---|---|
| **pH @ 25°C** | **Method: 4500H+,B 2000** | | | | |
| Analysis Date: 08/26/16 13:00 | | | | | |
| pH @ 25°C | | 8.34 | | Units | |
| **Silicon (as SiO2)** | **Method: 200.7R4.4** | | **Preparation Method 200.7W** | | |
| Analysis Date: 08/26/16 | | | Preparation Date: 08/25/16 | | |
| Silicon (as SiO2) | | 10.7 | 0.1 | mg/L | |
| **Sulfate** | **Method: 375.2R2.0** | | | | |
| Analysis Date: 08/29/16 | | | | | |
| Sulfate | | 85 | 15 | mg/L | |
| **Total Dissolved Solids** | **Method: 2540C 1997** | | | | |
| Analysis Date: 08/30/16 | | | | | |
| Total Dissolved Solids | | 494 | 10 | mg/L | |
| **Total Hardness, as CaCO3** | **Method: 2340B 1997** | | | | |
| Analysis Date: 08/26/16 | | | | | |
| Total Hardness, as CaCO3 | | 9 | 5 | mg/L | |
| **Turbidity** | **Method: 2130B 2001** | | | | |
| Analysis Date: 08/25/16 14:45 | | | | | |
| Turbidity | | < 0.1 | 0.1 | NTU | |
| **Total Metals** | **Method: 200.7R4.4** | | **Preparation Method 200.7W** | | |
| Analysis Date: 08/26/16 | | | Preparation Date: 08/25/16 | | |
| Aluminum | | < 0.10 | 0.10 | mg/L | |
| Calcium | | 1.9 | 0.5 | mg/L | |
| Copper | | 0.007 | 0.005 | mg/L | |
| Iron | | < 0.05 | 0.05 | mg/L | |
| Magnesium | | 1.0 | 0.5 | mg/L | |
| Zinc | | 0.013 | 0.01 | mg/L | |
| Arsenic | | < 0.010 | 0.010 | mg/L | |
| Lead | | < 0.005 | 0.005 | mg/L | |
| Manganese | | < 0.005 | 0.005 | mg/L | |
| Tin | | < 0.02 | 0.02 | mg/L | |

First Environmental Laboratories, Inc.
IL ELAP / NELAC Accreditation # 100292
1600 Shore Road • Naperville, Illinois 60563 • Phone (630) 778-1200 • Fax (630) 778-1233

# Analytical Report

| | | | |
|---|---|---|---|
| **Client:** | ESI | **Date Collected:** | 08/23/16 |
| **Project ID:** | 50105A McMahon Residence 01-00205A-74-0 | **Time Collected:** | 15:03 |
| **Sample ID:** | Kitchen (Hot) | **Date Received:** | 08/25/16 |
| **Sample No:** | 16-4836-002 | **Date Reported:** | 09/01/16 |

| Analyte | Result | R.L. | Units | Flags |
|---|---|---|---|---|
| **Alkalinity, Bicarbonate (CaCO3)** **Method: 2320B 1997** | | | | |
| Analysis Date: 08/31/16 11:45 | | | | |
| Alkalinity, Bicarbonate (CaCO3) | 320 | 5 | mg/L | |
| **Alkalinity, Carbonate (CaCO3)** **Method: 2320B 1997** | | | | |
| Analysis Date: 08/31/16 11:45 | | | | |
| Alkalinity, Carbonate (CaCO3) | < 5 | 5 | mg/L | |
| **Ammonia (as N)** **Method: 350.1R2.0** | | | | |
| Analysis Date: 08/31/16 | | | | |
| Ammonia (as N) | 0.12 | 0.10 | mg/L | |
| **Chloride** **Method: 4500Cl, E 1997** | | | | |
| Analysis Date: 08/29/16 | | | | |
| Chloride | 28 | 5 | mg/L | |
| **Conductivity** **Method: 2510B 1997** | | | | |
| Analysis Date: 08/30/16 | | | | |
| Conductivity | 802 | 5 | umhos/cm | |
| **Dissolved Oxygen** **Method: 4500O,G 2001** | | | | |
| Analysis Date: 08/25/16 11:30 | | | | |
| Dissolved Oxygen | 8.66 | 1 | mg/L | N |
| **Fluoride** **Method: 4500F,C 1997** | | | | |
| Analysis Date: 08/31/16 13:30 | | | | |
| Fluoride | 0.31 | 0.10 | mg/L | |
| **Nitrate + Nitrite (as N)** **Method: 353.2R2.0** | | | | |
| Analysis Date: 08/29/16 | | | | |
| Nitrate + Nitrite (as N) | < 0.10 | 0.10 | mg/L | |
| **Orthophosphate (as P)** **Method: 4500P,E 1999** | | | | |
| Analysis Date: 08/25/16 14:30 | | | | |
| Orthophosphate (as P) | 0.01 | 0.01 | mg/L | |
| **Oxidation-Reduction Potential** **Method: SM2580B** | | | | |
| Analysis Date: 08/30/16 | | | | |
| Oxidation-Reduction Potential (Eh) | 592 | 0.1 | mV | N S |
| **Phosphate (as PO4)** **Method: 4500P, B,E 1999** | | | | |
| Analysis Date: 08/26/16 | | | | |
| Phosphate (as PO4) | 0.09 | 0.01 | mg/L | |

First Environmental Laboratories, Inc.
IL ELAP / NELAC Accreditation # 100292
1600 Shore Road • Naperville, Illinois 60563 • Phone (630) 778-1200 • Fax (630) 778-1233

# Analytical Report

**Client:** ESI
**Project ID:** 50105A McMahon Residence 01-00205A-74-0
**Sample ID:** Kitchen (Hot)
**Sample No:** 16-4836-002

**Date Collected:** 08/23/16
**Time Collected:** 15:03
**Date Received:** 08/25/16
**Date Reported:** 09/01/16

| Analyte | | Result | R.L. | Units | Flags |
|---|---|---|---|---|---|
| **pH @ 25°C** | **Method: 4500H+,B 2000** | | | | |
| Analysis Date: 08/26/16 13:00 | | | | | |
| pH @ 25°C | | 8.64 | | Units | |
| **Silicon (as SiO2)** | **Method: 200.7R4.4** | | **Preparation Method 200.7W** | | |
| Analysis Date: 08/26/16 | | | Preparation Date: 08/25/16 | | |
| Silicon (as SiO2) | | 10.5 | 0.1 | mg/L | |
| **Sulfate** | **Method: 375.2R2.0** | | | | |
| Analysis Date: 08/29/16 | | | | | |
| Sulfate | | 86 | 15 | mg/L | |
| **Total Dissolved Solids** | **Method: 2540C 1997** | | | | |
| Analysis Date: 08/30/16 | | | | | |
| Total Dissolved Solids | | 481 | 10 | mg/L | |
| **Total Hardness, as CaCO3** | **Method: 2340B 1997** | | | | |
| Analysis Date: 08/26/16 | | | | | |
| Total Hardness, as CaCO3 | | 14 | 5 | mg/L | |
| **Turbidity** | **Method: 2130B 2001** | | | | |
| Analysis Date: 08/25/16 14:45 | | | | | |
| Turbidity | | < 0.1 | 0.1 | NTU | |
| **Total Metals** | **Method: 200.7R4.4** | | **Preparation Method 200.7W** | | |
| Analysis Date: 08/26/16 | | | Preparation Date: 08/25/16 | | |
| Aluminum | | < 0.10 | 0.10 | mg/L | |
| Calcium | | 1.6 | 0.5 | mg/L | |
| Copper | | 0.029 | 0.005 | mg/L | |
| Iron | | < 0.05 | 0.05 | mg/L | |
| Magnesium | | 2.4 | 0.5 | mg/L | |
| Zinc | | 0.011 | 0.01 | mg/L | |
| Arsenic | | < 0.010 | 0.010 | mg/L | |
| Lead | | < 0.005 | 0.005 | mg/L | |
| Manganese | | < 0.005 | 0.005 | mg/L | |
| Tin | | < 0.02 | 0.02 | mg/L | |

# CHAIN OF CUSTODY RECORD

Page___ of ___ pgs

**First Environmental Laboratories, Inc.**

**First Environmental Laboratories**
1600 Shore Road, Suite D
Naperville, Illinois 60563
Phone: (630) 778-1200 • Fax: (630) 778-1233
E-mail: firstinfo@firstenv.com
IEPA Certification #100292

Company Name: ENGINEERING SYSTEMS INC.
Street Address: 4215 CAMPUS DRIVE
City: AURORA State: IL Zip: 60504
Phone: 630-851-4566 e-mail: jfgrzetic@engsys.com
Send Report To: JOE GRZETIC
Sampled By: JOE GRZETIC

Project I.D.: 50105A
P.O. #: 01-00205A-74-0
McMAHON RESIDENCE
Matrix Codes: S = Soil W = Water O = Other

16-4836-

| Date/Time Taken | Sample Description | Matrix | Analyses | | | | | | | Hold – Do Not Analyze | Comments | Lab I.D. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8-23-16-3:00p.m | KITCHEN (COLD) | | | | | | | | | | 3 | 001 |
| " " | " " | | | | | | | | | | | |
| " " | " " | | | | | | | | | | | |
| " " | " " | | | | | | | | | | | |
| | | | | | | | | | | | | |
| 8-23-16-3:03p.m. | KITCHEN (HOT) | | | | | | | | | | 3 | 002 |
| " " | " " | | | | | | | | | | | |
| " " | " " | | | | | | | | | | | |
| " " | " " | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |

**FOR LAB USE ONLY:**

Cooler Temperature: 0.1-6ºC Yes ✓ No.___ 1.9 ºC
Received within 6 hrs. of collection:______
Ice Present: Yes ✓ No__

Sample Refrigerated: Yes__ No__
Refrigerator Temperature:_______ºC
5035 Vials Frozen: Yes__ No__
Freezer Temperature:_____ºC

Program: ☐ TACO ☐ CCDD ☐ NPDES ☐ LUST

Notes and Special Instructions: ______________________

Relinquished By: [signature] Joe Grzetic Date/Time 8-24-2016-2:00 PM. Received By: [signature] Date/Time 8/24/2016 2:00 PM

Relinquished By: [signature] Date/Time 8/25/2016 10:40 AM Received By: [signature] Date/Time 8/25/16 1040

Rev. 8/15

4215 Campus Drive
Aurora, IL 60504

**Medders Residence Inspection on 8-24-2016**

James & Judy Medders Residence
3557 County Road
Stephenville, TX 76401



Medders Photo 1: Overall appearance of the Medders residence

**Background**

Reportedly, there were 3 locations of leaks. The failures were in fittings. One above the kitchen ceiling, the other two in Master bath suppling the sinks. No failures were produced. Background information showed two fittings failures (Coupler and a Tee).

| Leak # | Leak Date | Sample | Location |
|---|---|---|---|
| 1 | December 5, 2013 | Tee fitting | Attic above utility room |
| 2 | May 31, 2014 | Nipple fitting | Behind wall in master bedroom |
| 3 | June 10, 2014 | Tee fitting | Attic above master bathroom |

Medders Table 1: Medders Leak Summary

The water is supplied from a water well. No additional water treatment. The hot water heater was on the main floor of a ranch residence. The water heater is an A.O Smith electric 50 gallon water heater. No recirculating pumps or surge tank.

The repair locations were photo documented.



Medders Photo 2:The repairs in the fittings located in the attic were performed with one plastic tee fitting (3/4 x ¾ x ½) on the cold side and one brass (3/4”) coupling on the hot supply to master bath. The home owner indicated that the tubing was re-routed at the time of repair.



Medders Photo 3: Another repair location.

**Water Chemistry on Site**

Hot and cold water chemistry on site included measurements of pH, Chlorine, Alkalinity, and Temperature using a AquaChek Tru Test meter and AquaChek Test Strips.

**Information from Meter**

| pH | Chlorine (cl) | Alkalinity | Temperature |
|---|---|---|---|
| 7.1 | 0.0 ppm | 160 | 76.1 F |
| 7.3 | 0.0 ppm | 100 | 130.8 F |

**Information from Test Strips**

| pH | Chlorine (cl) | Alkalinity | Water Source |
|---|---|---|---|
| >6.2 but <6.8 | 0.0 ppm | 120 to 180 | Cold-side |
| >6.2 but <6.8 | 0.0 ppm | 120 to 180 | Hot-side |

Water samples were also collected for laboratory analysis.

**Water Pressure and Flow Measurements**

Pressure at hose bib located at the side of the hose was 40 psi.

**Flow Measurements**

| Location | Hot Side (liters/minute) | Cold Side (liters/minute) |
|---|---|---|
| Laundry | 20.1 | 23.4 |
| Kitchen sink | 8.4 | 9.2 |
| Master-bath Sink #1 (left-side) | 8.8 | 10.0 |
| Master-bath Sink#2 (right-side) | 9.2 | 8.6 |
| Guest bathroom | 5.2 | 5.6 |

## Samples removed from the residence

There were 15 samples taken from the Medders residence at the time of the inspection. Photo below shows the overall appearance of the samples that were removed, majority of the samples contained fitting samples for analysis. There were four tubing samples removed. There was no evidence of any cracking associated with these samples.




Medders Photo 4: Overall appearance of samples taken from Medders residence.

Medders 1: Sample was split between Paragon and ESI.

> Medders 1-1: ESI has the sample. It is a ½ x ½ x ½ inch brass Tee NIBCO Fitting removed from attic. The length of NIBCO blue PEX on each is approximately 4 x 4 x 1 inches.
>
> Medders 1-2: Paragon has the sample. It is a ½ inch brass NIBCO elbow. The length of Blue NIBCO tubing on each side is 4" x 2".

Medders 2: Paragon has the sample. It is a ¾" non-NIBCO red tubing (6" long) repair into a ¾" non-NIBCO brass coupling into ¾" terra cotta tubing (43" long).

Medders 3: Paragon has the sample. It is a ¾ x ¾ x ½ inch brass NIBCO tee. The length of Terra Cotta NIBCO tubing on each side is 6” x 6” x 6".

Medders 4: Paragon has the sample. It is a ¾ x ¾ x ½ inch brass NIBCO tee. The length of Blue NIBCO tubing on each side is 41” x 6” x 4".

Medders 5: Paragon has the sample. It is a ¾ x ¾ x ½ inch brass NIBCO tee. The length of Blue NIBCO tubing on each side is 6” x 6” x 8".

Medders 6: Paragon has the sample. It is a ¾ x ¾ x ½ inch brass NIBCO tee. The length of Blue NIBCO tubing on each side is 6” x 7” x 6".

Medders 7: Paragon has the sample. It is a ¾ x ¾ x ½ inch brass NIBCO tee. The length of Blue NIBCO tubing on each side is 12” x 6” x 6".

Medders 8: Paragon has the sample. It is a ¾ x ¾ x ½ inch brass NIBCO tee. The length of Terra Cotta NIBCO tubing on each side is 5” x 13”, and the ½" Blue NIBCO tubing is 5".

Medders 9: ESI has the sample. It is a ¾ x ¾ x ½ inch brass NIBCO tee. The length of Terra Cotta NIBCO tubing on each side is 13” x 4" x 4”.

Medders 10: Paragon has the sample. It is a ¾ x ¾ x ½ inch brass NIBCO tee. The length of Blue NIBCO tubing on each side is 5” x 5” x 7".

Medders 11: Paragon has the sample. A repair assembly taken from above the kitchen in the attic, where a ½” cold supply line was repaired with a ¾ x ¾ x ½ plastic tee fitting to a ½” blue to an ½” elbow to a ½ inch blue to a plastic coupler fitting, also a ¾ x ¾ x ½ inch brass NIBCO tee was removed with this assembly with misc. lengths of tubing.

Medders 12: Shared by Paragon & ESI. ½ Blue NIBCO tubing 63" long kitchen supply.

Medders 13: Shared by Paragon & ESI. ½ Terra Cotta NIBCO tubing 57" long kitchen supply.

Medders 14: ESI has the sample. ¾ Blue NIBCO tubing 66" long (main line).

Medders 15: ESI has the sample. ¾ Terra Cotta NIBCO tubing 52" long main line)

**First Environmental Laboratories, Inc.**

IL ELAP / NELAC Accreditation # 100292

1600 Shore Road • Naperville, Illinois 60563 • Phone (630) 778-1200 • Fax (630) 778-1233

September 01, 2016

Mr. Joe Grzetic
**ESI**
4215 Campus Dr.
Aurora, IL 60504

Project ID: 50105A Medders Residence 01-00205A-74-1
First Environmental File ID: 16-4835
Date Received: August 25, 2016

Dear Mr. Joe Grzetic:

The above referenced project was analyzed as directed on the enclosed chain of custody record.

All Quality Control criteria as outlined in the methods and current IL ELAP/NELAP have been met unless otherwise noted. QA/QC documentation and raw data will remain on file for future reference. Our accreditation number is 100292 and our current certificate is number 003811: effective 02/17/2016 through 02/28/2017.

I thank you for the opportunity to be of service to you and look forward to working with you again in the future. Should you have any questions regarding any of the enclosed analytical data or need additional information, please contact me at (630) 778-1200.

Sincerely,

Neal E Cleghorn

Neal Cleghorn
Project Manager

**First Environmental Laboratories, Inc.**

IL ELAP / NELAC Accreditation # 100292

1600 Shore Road • Naperville, Illinois 60563 • Phone (630) 778-1200 • Fax (630) 778-1233

# Case Narrative

**ESI**

Lab File ID: **16-4835**

Project ID: **50105A Medders Residence 01-00205A-74-**

Date Received: **August 25, 2016**

All quality control criteria, as outlined in the methods, have been met except as noted below or on the following analytical report.

The results in this report apply to the samples in the following table:

| Laboratory Sample ID | Client Sample Identifier | Date/Time Collected |
|---|---|---|
| 16-4835-001 | Kitchen (Cold) | 08/24/16 09:24 |
| 16-4835-002 | Kitchen (Hot) | 08/24/16 09:25 |

**Sample Batch Comments:**

Sample(s) received past hold time. Data flagged where applicable.

The following is a definition of flags that may be used in this report:

| Flag | Description | Flag | Description |
|---|---|---|---|
| < | Analyte not detected at or above the reporting limit. | L | LCS recovery outside control limits. |
| C | Sample received in an improper container for this test. | M | MS recovery outside control limits; LCS acceptable. |
| D | Surrogates diluted out; recovery not available. | P | Chemical preservation pH adjusted in lab. |
| E | Estimated result; concentration exceeds calibration range. | Q | Result was determined by a GC/MS database search. |
| G | Surrogate recovery outside control limits. | S | Analysis was subcontracted to another laboratory. |
| H | Analysis or extraction holding time exceeded. | W | Reporting limit elevated due to sample matrix. |
| J | Estimated result; concentration is less than routine RL but greater than MDL. | N | Analyte is not part of our NELAC accreditation or accreditation may not be available for this parameter. |
| RL | Routine Reporting Limit (Lowest amount that can be detected when routine weights/volumes are used without dilution.) | ND | Analyte was not detected using a library search routine; No calibration standard was analyzed. |

**First Environmental Laboratories, Inc.** IL ELAP / NELAC Accreditation # 100292
1600 Shore Road • Naperville, Illinois 60563 • Phone (630) 778-1200 • Fax (630) 778-1233

# Analytical Report

| | | | |
|---|---|---|---|
| **Client:** | ESI | **Date Collected:** | 08/24/16 |
| **Project ID:** | 50105A Medders Residence 01-00205A-74-1 | **Time Collected:** | 09:24 |
| **Sample ID:** | Kitchen (Cold) | **Date Received:** | 08/25/16 |
| **Sample No:** | 16-4835-001 | **Date Reported:** | 09/01/16 |

| Analyte | | Result | R.L. | Units | Flags |
|---|---|---|---|---|---|
| **Alkalinity, Bicarbonate (CaCO3)** Analysis Date: 08/31/16 11:45 | **Method: 2320B 1997** | | | | |
| Alkalinity, Bicarbonate (CaCO3) | | 318 | 5 | mg/L | |
| **Alkalinity, Carbonate (CaCO3)** Analysis Date: 08/31/16 11:45 | **Method: 2320B 1997** | | | | |
| Alkalinity, Carbonate (CaCO3) | | < 5 | 5 | mg/L | |
| **Ammonia (as N)** Analysis Date: 08/31/16 | **Method: 350.1R2.0** | | | | |
| Ammonia (as N) | | < 0.10 | 0.10 | mg/L | |
| **Chloride** Analysis Date: 08/29/16 | **Method: 4500Cl, E 1997** | | | | |
| Chloride | | 31 | 5 | mg/L | |
| **Conductivity** Analysis Date: 08/30/16 | **Method: 2510B 1997** | | | | |
| Conductivity | | 831 | 5 | umhos/cm | |
| **Dissolved Oxygen** Analysis Date: 08/25/16 11:30 | **Method: 4500O,G 2001** | | | | |
| Dissolved Oxygen | | 10.70 | 1 | mg/L | N |
| **Fluoride** Analysis Date: 08/31/16 13:30 | **Method: 4500F,C 1997** | | | | |
| Fluoride | | 0.38 | 0.10 | mg/L | |
| **Nitrate + Nitrite (as N)** Analysis Date: 08/29/16 | **Method: 353.2R2.0** | | | | |
| Nitrate + Nitrite (as N) | | 0.15 | 0.10 | mg/L | |
| **Orthophosphate (as P)** Analysis Date: 08/25/16 14:30 | **Method: 4500P,E 1999** | | | | |
| Orthophosphate (as P) | | < 0.01 | 0.01 | mg/L | |
| **Oxidation-Reduction Potential** Analysis Date: 08/30/16 | **Method: SM2580B** | | | | |
| Oxidation-Reduction Potential (Eh) | | 253 | 0.1 | mV | N S |
| **Phosphate (as PO4)** Analysis Date: 08/26/16 | **Method: 4500P, B,E 1999** | | | | |
| Phosphate (as PO4) | | 0.06 | 0.01 | mg/L | |

**First Environmental Laboratories, Inc.**
IL ELAP / NELAC Accreditation # 100292
1600 Shore Road • Naperville, Illinois 60563 • Phone (630) 778-1200 • Fax (630) 778-1233

# Analytical Report

| | | | |
|---|---|---|---|
| **Client:** | ESI | **Date Collected:** | 08/24/16 |
| **Project ID:** | 50105A Medders Residence 01-00205A-74-1 | **Time Collected:** | 09:24 |
| **Sample ID:** | Kitchen (Cold) | **Date Received:** | 08/25/16 |
| **Sample No:** | 16-4835-001 | **Date Reported:** | 09/01/16 |

| Analyte | | Result | R.L. | Units | Flags |
|---|---|---|---|---|---|
| **pH @ 25°C** | **Method: 4500H+,B 2000** | | | | |
| Analysis Date: 08/26/16 13:00 | | | | | |
| pH @ 25°C | | 7.34 | | Units | |
| **Silicon (as SiO2)** | **Method: 200.7R4.4** | | **Preparation Method 200.7W** | | |
| Analysis Date: 08/26/16 | | | Preparation Date: 08/25/16 | | |
| Silicon (as SiO2) | | 15.7 | 0.1 | mg/L | |
| **Sulfate** | **Method: 375.2R2.0** | | | | |
| Analysis Date: 08/29/16 | | | | | |
| Sulfate | | 99 | 15 | mg/L | |
| **Total Dissolved Solids** | **Method: 2540C 1997** | | | | |
| Analysis Date: 08/31/16 | | | | | |
| Total Dissolved Solids | | 509 | 10 | mg/L | |
| **Total Hardness, as CaCO3** | **Method: 2340B 1997** | | | | |
| Analysis Date: 08/26/16 | | | | | |
| Total Hardness, as CaCO3 | | 366 | 5 | mg/L | |
| **Turbidity** | **Method: 2130B 2001** | | | | |
| Analysis Date: 08/25/16 14:45 | | | | | |
| Turbidity | | < 0.1 | 0.1 | NTU | |
| **Total Metals** | **Method: 200.7R4.4** | | **Preparation Method 200.7W** | | |
| Analysis Date: 08/26/16 | | | Preparation Date: 08/25/16 | | |
| Aluminum | | < 0.10 | 0.10 | mg/L | |
| Calcium | | 79.5 | 0.5 | mg/L | |
| Copper | | 0.070 | 0.005 | mg/L | |
| Iron | | < 0.05 | 0.05 | mg/L | |
| Magnesium | | 40.7 | 0.5 | mg/L | |
| Zinc | | 0.024 | 0.01 | mg/L | |
| Arsenic | | < 0.010 | 0.010 | mg/L | |
| Lead | | < 0.005 | 0.005 | mg/L | |
| Manganese | | < 0.005 | 0.005 | mg/L | |
| Tin | | < 0.02 | 0.02 | mg/L | |

First Environmental Laboratories, Inc.
IL ELAP / NELAC Accreditation # 100292
1600 Shore Road • Naperville, Illinois 60563 • Phone (630) 778-1200 • Fax (630) 778-1233

# Analytical Report

**Client:** ESI
**Project ID:** 50105A Medders Residence 01-00205A-74-1
**Sample ID:** Kitchen (Hot)
**Sample No:** 16-4835-002

**Date Collected:** 08/24/16
**Time Collected:** 09:25
**Date Received:** 08/25/16
**Date Reported:** 09/01/16

| Analyte | | Result | R.L. | Units | Flags |
|---|---|---|---|---|---|
| **Alkalinity, Bicarbonate (CaCO3)** Analysis Date: 08/31/16 11:45 | **Method: 2320B 1997** | | | | |
| Alkalinity, Bicarbonate (CaCO3) | | 298 | 5 | mg/L | |
| **Alkalinity, Carbonate (CaCO3)** Analysis Date: 08/31/16 11:45 | **Method: 2320B 1997** | | | | |
| Alkalinity, Carbonate (CaCO3) | | < 5 | 5 | mg/L | |
| **Ammonia (as N)** Analysis Date: 08/31/16 | **Method: 350.1R2.0** | | | | |
| Ammonia (as N) | | 0.11 | 0.10 | mg/L | |
| **Chloride** Analysis Date: 08/29/16 | **Method: 4500Cl, E 1997** | | | | |
| Chloride | | 31 | 5 | mg/L | |
| **Conductivity** Analysis Date: 08/30/16 | **Method: 2510B 1997** | | | | |
| Conductivity | | 791 | 5 | umhos/cm | |
| **Dissolved Oxygen** Analysis Date: 08/25/16 11:30 | **Method: 4500O,G 2001** | | | | |
| Dissolved Oxygen | | 9.46 | 1 | mg/L | N |
| **Fluoride** Analysis Date: 08/31/16 13:30 | **Method: 4500F,C 1997** | | | | |
| Fluoride | | 0.36 | 0.10 | mg/L | |
| **Nitrate + Nitrite (as N)** Analysis Date: 08/29/16 | **Method: 353.2R2.0** | | | | |
| Nitrate + Nitrite (as N) | | 0.15 | 0.10 | mg/L | |
| **Orthophosphate (as P)** Analysis Date: 08/25/16 14:30 | **Method: 4500P,E 1999** | | | | |
| Orthophosphate (as P) | | < 0.01 | 0.01 | mg/L | |
| **Oxidation-Reduction Potential** Analysis Date: 08/30/16 | **Method: SM2580B** | | | | |
| Oxidation-Reduction Potential (Eh) | | 286 | 0.1 | mV | N S |
| **Phosphate (as PO4)** Analysis Date: 08/26/16 | **Method: 4500P, B,E 1999** | | | | |
| Phosphate (as PO4) | | 0.06 | 0.01 | mg/L | |

First Environmental Laboratories, Inc.
IL ELAP / NELAC Accreditation # 100292
1600 Shore Road • Naperville, Illinois 60563 • Phone (630) 778-1200 • Fax (630) 778-1233

# Analytical Report

**Client:** ESI
**Project ID:** 50105A Medders Residence 01-00205A-74-1
**Sample ID:** Kitchen (Hot)
**Sample No:** 16-4835-002

**Date Collected:** 08/24/16
**Time Collected:** 09:25
**Date Received:** 08/25/16
**Date Reported:** 09/01/16

| Analyte | | Result | R.L. | Units | Flags |
|---|---|---|---|---|---|
| **pH @ 25°C** | **Method: 4500H+,B 2000** | | | | |
| Analysis Date: 08/26/16 13:00 | | | | | |
| pH @ 25°C | | 7.21 | | Units | |
| **Silicon (as SiO2)** | **Method: 200.7R4.4** | | **Preparation Method 200.7W** | | |
| Analysis Date: 08/26/16 | | | Preparation Date: 08/25/16 | | |
| Silicon (as SiO2) | | 16.1 | 0.1 | mg/L | |
| **Sulfate** | **Method: 375.2R2.0** | | | | |
| Analysis Date: 08/29/16 | | | | | |
| Sulfate | | 104 | 15 | mg/L | |
| **Total Dissolved Solids** | **Method: 2540C 1997** | | | | |
| Analysis Date: 08/31/16 | | | | | |
| Total Dissolved Solids | | 475 | 10 | mg/L | |
| **Total Hardness, as CaCO3** | **Method: 2340B 1997** | | | | |
| Analysis Date: 08/26/16 | | | | | |
| Total Hardness, as CaCO3 | | 384 | 5 | mg/L | |
| **Turbidity** | **Method: 2130B 2001** | | | | |
| Analysis Date: 08/25/16 14:45 | | | | | |
| Turbidity | | < 0.1 | 0.1 | NTU | |
| **Total Metals** | **Method: 200.7R4.4** | | **Preparation Method 200.7W** | | |
| Analysis Date: 08/26/16 | | | Preparation Date: 08/25/16 | | |
| Aluminum | | < 0.10 | 0.10 | mg/L | |
| Calcium | | 87.8 | 0.5 | mg/L | |
| Copper | | < 0.005 | 0.005 | mg/L | |
| Iron | | < 0.05 | 0.05 | mg/L | |
| Magnesium | | 40.1 | 0.5 | mg/L | |
| Zinc | | 0.026 | 0.01 | mg/L | |
| Arsenic | | < 0.010 | 0.010 | mg/L | |
| Lead | | < 0.005 | 0.005 | mg/L | |
| Manganese | | < 0.005 | 0.005 | mg/L | |
| Tin | | < 0.02 | 0.02 | mg/L | |