# EXHIBIT A

## PART VI

**IMR TEST LABS**
*A Curtiss-Wright Business Unit*
www.imrtest.com

131 Woodsedge Drive
Lansing, NY 14882
T: 1.607.533.7000 | F: 1.607.533.9210

# TEST REPORT

**IMR Report Number 201703135A**

## SUMMARY

**April 5, 2017**

Eric Weishaupt, Ph.D.
Engineering Systems Inc.-
Ann Arbor
1174 Oak Valley Dr.
Ann Arbor, MI 48108

One sample was received for chemical analysis.

No domestic specification matching the sample's chemical composition could be found.

The results are below.

**PO Number**
50105AERW

**Date Received**
March 29, 2017

**Sample ID**
PPX-33

**Material**
Yellow Brass

## CHEMISTRY

| Element | Sample |
|---|---|
| Ag | 0.01 |
| As | 0.01 |
| Cu[1] | 58.17 |
| Fe | 0.19 |
| Ni | 0.09 |
| Pb | 0.59 |
| Sb | 0.01 |
| Si | <0.01 |
| Sn | 0.13 |
| Zn | 40.80 |

[1]Determined by difference
Other elements tested (<0.01%): Al, B, Be, Bi, Cd, Co, Cr, Mg, Mn, Mo, Nb, P, Se, Te, Ti, V & Zr
Results in weight percent unless otherwise indicated
Method(s): CAP-017P (ICP-AES)

Reviewed by

Lisa M Wackowicz

Lisa Wackowicz
Technical Operations Coordinator

Reviewed by

Michael J. St. Phillips

Mike St. Phillips for
Andrew Ensign, Manager
Chemistry Department

ACCREDITED
Testing Cert # 1140.01 & 1140.02

Accredited Nadcap™
Materials Testing Lab
Non-Metallic Materials Testing

All procedures were performed in accordance with the IMR Quality Manual, current revision, and related procedures; and the PWA MCL Manual F 23 and related procedures. The information contained in this test report represents only the material tested and may not be reproduced, except in full, without the written approval of IMR Test Labs ("IMR"). IMR maintains a quality system in compliance with the ISO/IEC 17025 and is accredited by the American Association for Laboratory Accreditation (A2LA), certificates #1140.01 and #1140.02. IMR will perform all testing in good faith using the proper procedures, trained personnel, and equipment to accomplish the testing required. IMR's liability to the customer or any third party is limited at all times to the amount charged for the services provided. All samples will be retained for a minimum of 6 months and may be destroyed thereafter unless otherwise specified by the customer. The recording of false, fictitious, or fraudulent statements or entries on this document may be punished as a felony under federal statutes. IMR Test Labs is a GEAE S-400 approved lab (Supplier Code T3983).

**IMR TEST LABS**
*A Curtiss-Wright Business Unit*
www.imrtest.com

131 Woodsedge Drive
Lansing, NY 14882
**T**: 1.607.533.7000 | **F**: 1.607.533.9210

# TEST REPORT

**IMR Report Number 201703135B**

**April 5, 2017**

Eric Weishaupt, Ph.D.
Engineering Systems Inc.-
Ann Arbor
1174 Oak Valley Dr.
Ann Arbor, MI 48108

**PO Number**
50105AERW

**Date Received**
March 29, 2017

**Sample ID**
PPX 34

**Material**
Yellow Brass

## SUMMARY

One sample was received for chemical analysis.

No domestic specification matching the sample's chemical composition could be found.

The results are below.

## CHEMISTRY

| Element | Sample |
|---|---|
| Ag | 0.01 |
| As | 0.01 |
| Cu[1] | 58.91 |
| Fe | 0.25 |
| Ni | 0.12 |
| Pb | 2.92 |
| Sb | 0.01 |
| Si | <0.01 |
| Sn | 0.33 |
| Zn | 37.44 |

[1]Determined by difference
Other elements tested (<0.01%): Al, B, Be, Bi, Cd, Co, Cr, Mg, Mn, Mo, Nb, P, Se, Te, Ti, V & Zr
Results in weight percent unless otherwise indicated
Method(s): CAP-017P (ICP-AES)

A2LA ACCREDITED Testing Cert # 1140.01 & 1140.02

Accredited Nadcap Materials Testing Lab Non-Metallic Materials Testing

Reviewed by

Lisa M Wackowicz

Lisa Wackowicz
Technical Operations Coordinator

Reviewed by

Michael J. St. Phillips

Mike St. Phillips for
Andrew Ensign, Manager
Chemistry Department

All procedures were performed in accordance with the IMR Quality Manual, current revision, and related procedures; and the PWA MCL Manual F 23 and related procedures. The information contained in this test report represents only the material tested and may not be reproduced, except in full, without the written approval of IMR Test Labs ("IMR"). IMR maintains a quality system in compliance with the ISO/IEC 17025 and is accredited by the American Association for Laboratory Accreditation (A2LA), certificates #1140.01 and #1140.02. IMR will perform all testing in good faith using the proper procedures, trained personnel, and equipment to accomplish the testing required. IMR's liability to the customer or any third party is limited at all times to the amount charged for the services provided. All samples will be retained for a minimum of 6 months and may be destroyed thereafter unless otherwise specified by the customer. The recording of false, fictitious, or fraudulent statements or entries on this document may be punished as a felony under federal statutes. IMR Test Labs is a GEAE S-400 approved lab (Supplier Code T3983).

**IMR TEST LABS**
*A Curtiss-Wright Business Unit*
www.imrtest.com

131 Woodsedge Drive
Lansing, NY 14882
T: 1.607.533.7000 | F: 1.607.533.9210

# TEST REPORT

**IMR Report Number 201703135C**

**April 5, 2017**

Eric Weishaupt, Ph.D.
Engineering Systems Inc.-
Ann Arbor
1174 Oak Valley Dr.
Ann Arbor, MI 48108

**PO Number**
50105AERW

**Date Received**
March 29, 2017

**Sample ID**
PPX-43

**Material**
Yellow Brass

**Specification(s)**
UNS-C-38000

## SUMMARY

One sample was received for chemical analysis.

The sample **meets** the chemical requirements of UNS-C-38000 for a leaded brass.

The results are below.

## CHEMISTRY

| Element | Sample | Specification |
|---|---|---|
| Al | <0.01 | 0.50 Maximum |
| Cu[1] | 59.31 | 55.0 - 60.0 |
| Fe | 0.12 | 0.35 Maximum |
| Pb | 1.86 | 1.5 - 2.5 |
| Sn | 0.26 | 0.30 Maximum |
| Zn | 38.38 | Remainder |
| Cu[1] + Named Elements | >99.5 | 99.5 Minimum |
| Ag | 0.01 | --- |
| As | <0.01 | --- |
| Ni | 0.06 | --- |
| Sb | <0.01 | --- |
| Si | <0.01 | --- |

[1]Determined by difference
Other elements tested (<0.01%): B, Be, Bi, Cd, Co, Cr, Mg, Mn, Mo, Nb, P, Se, Te, Ti, V & Zr
Results in weight percent unless otherwise indicated
Method(s): CAP-017P (ICP-AES)

A2LA ACCREDITED
Testing Cert # 1140.01 & 1140.02

Accredited Nadcap
Materials Testing Lab
Non-Metallic Materials Testing

Reviewed by

*Lisa M Wackowicz*

Lisa Wackowicz
Technical Operations Coordinator

Reviewed by

*Michael J. St. Phillips*

Mike St. Phillips for
Andrew Ensign, Manager
Chemistry Department

All procedures were performed in accordance with the IMR Quality Manual, current revision, and related procedures; and the PWA MCL Manual F 23 and related procedures. The information contained in this test report represents only the material tested and may not be reproduced, except in full, without the written approval of IMR Test Labs ("IMR"). IMR maintains a quality system in compliance with the ISO/IEC 17025 and is accredited by the American Association for Laboratory Accreditation (A2LA), certificates #1140.01 and #1140.02. IMR will perform all testing in good faith using the proper procedures, trained personnel, and equipment to accomplish the testing required. IMR's liability to the customer or any third party is limited at all times to the amount charged for the services provided. All samples will be retained for a minimum of 6 months and may be destroyed thereafter unless otherwise specified by the customer. The recording of false, fictitious, or fraudulent statements or entries on this document may be punished as a felony under federal statutes. IMR Test Labs is a GEAE S-400 approved lab (Supplier Code T3983).

**IMR TEST LABS**
*A Curtiss-Wright Business Unit*
www.imrtest.com

131 Woodsedge Drive
Lansing, NY 14882
**T**: 1.607.533.7000 | **F**: 1.607.533.9210

# TEST REPORT

**IMR Report Number 201703135D**

**April 5, 2017**

Eric Weishaupt, Ph.D.
Engineering Systems Inc.-
Ann Arbor
1174 Oak Valley Dr.
Ann Arbor, MI 48108

**PO Number**
50105AERW

**Date Received**
March 29, 2017

**Sample ID**
PPX-50B

**Material**
Yellow Brass

**Specification(s)**
UNS-C-38000

## SUMMARY

One sample was received for chemical analysis.

The sample **meets** the chemical requirements of UNS-C-38000 for a leaded brass.

The results are below.

## CHEMISTRY

| Element | Sample | Specification |
|---|---|---|
| Al | <0.01 | 0.50 Maximum |
| Cu[1] | 58.78 | 55.0 - 60.0 |
| Fe | 0.14 | 0.35 Maximum |
| Pb | 1.84 | 1.5 - 2.5 |
| Sn | 0.30 | 0.30 Maximum |
| Zn | 38.85 | Remainder |
| Cu[1] + Named Elements | >99.5 | 99.5 Minimum |
| Ag | 0.01 | --- |
| As | <0.01 | |
| Ni | 0.08 | --- |
| P | <0.005 | --- |
| Sb | <0.01 | --- |
| Si | <0.01 | --- |

[1]Determined by difference
Other elements tested (<0.01%): B, Be, Bi, Cd, Co, Cr, Mg, Mn, Mo, Nb, P, Se, Te, Ti, V & Zr
Results in weight percent unless otherwise indicated
Method(s): CAP-017P (ICP-AES)

ACCREDITED
Testing Cert # 1140.01 & 1140.02

Accredited Nadcap™
Materials Testing Lab
Non-Metallic Materials Testing

Reviewed by

Lisa M Wackowicz

Lisa Wackowicz
Technical Operations Coordinator

Reviewed by

Michael J. St. Phillips

Mike St. Phillips for
Andrew Ensign, Manager
Chemistry Department

All procedures were performed in accordance with the IMR Quality Manual, current revision, and related procedures; and the PWA MCL Manual F 23 and related procedures. The information contained in this test report represents only the material tested and may not be reproduced, except in full, without the written approval of IMR Test Labs ("IMR"). IMR maintains a quality system in compliance with the ISO/IEC 17025 and is accredited by the American Association for Laboratory Accreditation (A2LA), certificates #1140.01 and #1140.02. IMR will perform all testing in good faith using the proper procedures, trained personnel, and equipment to accomplish the testing required. IMR's liability to the customer or any third party is limited at all times to the amount charged for the services provided. All samples will be retained for a minimum of 6 months and may be destroyed thereafter unless otherwise specified by the customer. The recording of false, fictitious, or fraudulent statements or entries on this document may be punished as a felony under federal statutes. IMR Test Labs is a GEAE S-400 approved lab (Supplier Code T3983).

**IMR TEST LABS**
*A Curtiss-Wright Business Unit*
www.imrtest.com

131 Woodsedge Drive
Lansing, NY 14882
T: 1.607.533.7000 | F: 1.607.533.9210

# TEST REPORT

**IMR Report Number 201703135E**

**April 5, 2017**

Eric Weishaupt, Ph.D.
Engineering Systems Inc.-
Ann Arbor
1174 Oak Valley Dr.
Ann Arbor, MI 48108

**PO Number**
50105AERW

**Date Received**
March 29, 2017

**Sample ID**
PPX-74

**Material**
Yellow Brass

## SUMMARY

One sample was received for chemical analysis.

No domestic specification matching the sample's chemical composition could be found.

The results are below.

## CHEMISTRY

| Element | Sample |
|---|---|
| Ag | 0.01 |
| As | 0.01 |
| Cu[1] | 60.04 |
| Fe | 0.22 |
| Ni | 0.08 |
| Pb | 0.67 |
| Sb | 0.01 |
| Si | <0.01 |
| Sn | 0.16 |
| Zn | 38.80 |

[1]Determined by difference
Other elements tested (<0.01%): Al, B, Be, Bi, Cd, Co, Cr, Mg, Mn, Mo, Nb, P, Se, Te, Ti, V & Zr
Results in weight percent unless otherwise indicated
Method(s): CAP-017P (ICP-AES)

Reviewed by

Lisa M Wackowicz

Lisa Wackowicz
Technical Operations Coordinator

Reviewed by

Michael J. St. Phillips

Mike St. Phillips for
Andrew Ensign, Manager
Chemistry Department

ACCREDITED
Testing Cert # 1140.01 & 1140.02

Accredited Nadcap
Materials Testing Lab
Non-Metallic Materials Testing

All procedures were performed in accordance with the IMR Quality Manual, current revision, and related procedures; and the PWA MCL Manual F 23 and related procedures. The information contained in this test report represents only the material tested and may not be reproduced, except in full, without the written approval of IMR Test Labs ("IMR"). IMR maintains a quality system in compliance with the ISO/IEC 17025 and is accredited by the American Association for Laboratory Accreditation (A2LA), certificates #1140.01 and #1140.02. IMR will perform all testing in good faith using the proper procedures, trained personnel, and equipment to accomplish the testing required. IMR's liability to the customer or any third party is limited at all times to the amount charged for the services provided. All samples will be retained for a minimum of 6 months and may be destroyed thereafter unless otherwise specified by the customer. The recording of false, fictitious, or fraudulent statements or entries on this document may be punished as a felony under federal statutes. IMR Test Labs is a GEAE S-400 approved lab (Supplier Code T3983).

**IMR TEST LABS**
*A Curtiss-Wright Business Unit*
www.imrtest.com

131 Woodsedge Drive
Lansing, NY 14882
**T**: 1.607.533.7000 | **F**: 1.607.533.9210

# TEST REPORT

**IMR Report Number 201703135F**

**April 5, 2017**

Eric Weishaupt, Ph.D.
Engineering Systems Inc.-
Ann Arbor
1174 Oak Valley Dr.
Ann Arbor, MI 48108

**PO Number**
50105AERW

**Date Received**
March 29, 2017

**Sample ID**
PPX 99

**Material**
Yellow Brass

## SUMMARY

One sample was received for chemical analysis.

No domestic specification matching the sample's chemical composition could be found.

The results are below.

## CHEMISTRY

| Element | Sample |
|---|---|
| Ag | <0.01 |
| As | <0.01 |
| Cu[1] | 59.65 |
| Fe | 0.04 |
| Ni | 0.02 |
| P | 0.058 |
| Pb | 0.05 |
| Sb | 0.37 |
| Si | 0.61 |
| Sn | 0.03 |
| Zn | 39.17 |

[1]Determined by difference
Other elements tested (<0.01%): Al, B, Be, Bi, Cd, Co, Cr, Mg, Mn, Mo, Nb, Se, Te, Ti, V & Zr
Results in weight percent unless otherwise indicated
Method(s): CAP-017P (ICP-AES)

Reviewed by

Lisa M Wackowicz

Lisa Wackowicz
Technical Operations Coordinator

Reviewed by

Michael J. St. Phillips

Mike St. Phillips for
Andrew Ensign, Manager
Chemistry Department

A2LA ACCREDITED Testing Cert # 1140.01 & 1140.02

Accredited Nadcap™ Materials Testing Lab Non-Metallic Materials Testing

All procedures were performed in accordance with the IMR Quality Manual, current revision, and related procedures; and the PWA MCL Manual F 23 and related procedures. The information contained in this test report represents only the material tested and may not be reproduced, except in full, without the written approval of IMR Test Labs ("IMR"). IMR maintains a quality system in compliance with the ISO/IEC 17025 and is accredited by the American Association for Laboratory Accreditation (A2LA), certificates #1140.01 and #1140.02. IMR will perform all testing in good faith using the proper procedures, trained personnel, and equipment to accomplish the testing required. IMR's liability to the customer or any third party is limited at all times to the amount charged for the services provided. All samples will be retained for a minimum of 6 months and may be destroyed thereafter unless otherwise specified by the customer. The recording of false, fictitious, or fraudulent statements or entries on this document may be punished as a felony under federal statutes. IMR Test Labs is a GEAE S-400 approved lab (Supplier Code T3983).

**IMR TEST LABS**
*A Curtiss-Wright Business Unit*
www.imrtest.com

131 Woodsedge Drive
Lansing, NY 14882
**T**: 1.607.533.7000 | **F**: 1.607.533.9210

# TEST REPORT

**IMR Report Number 201703135G**

**SUMMARY**

**April 5, 2017**

Eric Weishaupt, Ph.D.
Engineering Systems Inc.-
Ann Arbor
1174 Oak Valley Dr.
Ann Arbor, MI 48108

One sample was received for chemical analysis.

No domestic specification matching the sample's chemical composition could be found.

The results are below.

**CHEMISTRY**

| Element | Sample |
|---|---|
| Ag | <0.01 |
| As | <0.01 |
| Cu[1] | 59.80 |
| Fe | 0.05 |
| Ni | 0.02 |
| P | 0.056 |
| Pb | 0.05 |
| Sb | 0.36 |
| Si | 0.51 |
| Sn | 0.03 |
| Zn | 39.12 |

[1]Determined by difference
Other elements tested (<0.01%): Al, B, Be, Bi, Cd, Co, Cr, Mg, Mn, Mo, Nb, Se, Te, Ti, V & Zr
Results in weight percent unless otherwise indicated
Method(s): CAP-017P (ICP-AES)

**PO Number**
50105AERW

**Date Received**
March 29, 2017

**Sample ID**
PPX-102

**Material**
Yellow Brass

Reviewed by

Lisa M Wackowicz

Lisa Wackowicz
Technical Operations Coordinator

Reviewed by

Michael J. St. Phillips

Mike St. Phillips for
Andrew Ensign, Manager
Chemistry Department

ACCREDITED
Testing Cert # 1140.01 & 1140.02

Accredited Nadcap™
Materials Testing Lab
Non-Metallic Materials Testing

All procedures were performed in accordance with the IMR Quality Manual, current revision, and related procedures; and the PWA MCL Manual F 23 and related procedures. The information contained in this test report represents only the material tested and may not be reproduced, except in full, without the written approval of IMR Test Labs ("IMR"). IMR maintains a quality system in compliance with the ISO/IEC 17025 and is accredited by the American Association for Laboratory Accreditation (A2LA), certificates #1140.01 and #1140.02. IMR will perform all testing in good faith using the proper procedures, trained personnel, and equipment to accomplish the testing required. IMR's liability to the customer or any third party is limited at all times to the amount charged for the services provided. All samples will be retained for a minimum of 6 months and may be destroyed thereafter unless otherwise specified by the customer. The recording of false, fictitious, or fraudulent statements or entries on this document may be punished as a felony under federal statutes. IMR Test Labs is a GEAE S-400 approved lab (Supplier Code T3983).

**IMR TEST LABS**
*A Curtiss-Wright Business Unit*
www.imrtest.com

131 Woodsedge Drive
Lansing, NY 14882
T: 1.607.533.7000 | F: 1.607.533.9210

# TEST REPORT

**IMR Report Number 201703135H**

**April 5, 2017**

Eric Weishaupt, Ph.D.
Engineering Systems Inc.-
Ann Arbor
1174 Oak Valley Dr.
Ann Arbor, MI 48108

**PO Number**
50105AERW

**Date Received**
March 29, 2017

**Sample ID**
PPX-104

**Material**
Yellow Brass

## SUMMARY

One sample was received for chemical analysis.

No domestic specification matching the sample's chemical composition could be found.

The results are below.

## CHEMISTRY

| Element | Sample |
|---|---|
| Ag | <0.01 |
| As | <0.01 |
| Cu[1] | 60.92 |
| Fe | 0.04 |
| Ni | 0.01 |
| P | 0.066 |
| Pb | 0.05 |
| Sb | 0.39 |
| Si | 0.46 |
| Sn | 0.03 |
| Zn | 38.03 |

[1]Determined by difference
Other elements tested (<0.01%): Al, B, Be, Bi, Cd, Co, Cr, Mg, Mn, Mo, Nb, Se, Te, Ti, V & Zr
Results in weight percent unless otherwise indicated
Method(s): CAP-017P (ICP-AES)

Reviewed by

Lisa Wackowicz
Technical Operations Coordinator

Reviewed by

Mike St. Phillips for Andrew Ensign,
Manager
Chemistry Department

ACCREDITED Testing Cert # 1140.01 & 1140.02

Accredited Nadcap Materials Testing Lab Non-Metallic Materials Testing

All procedures were performed in accordance with the IMR Quality Manual, current revision, and related procedures; and the PWA MCL Manual F 23 and related procedures. The information contained in this test report represents only the material tested and may not be reproduced, except in full, without the written approval of IMR Test Labs ("IMR"). IMR maintains a quality system in compliance with the ISO/IEC 17025 and is accredited by the American Association for Laboratory Accreditation (A2LA), certificates #1140.01 and #1140.02. IMR will perform all testing in good faith using the proper procedures, trained personnel, and equipment to accomplish the testing required. IMR's liability to the customer or any third party is limited at all times to the amount charged for the services provided. All samples will be retained for a minimum of 6 months and may be destroyed thereafter unless otherwise specified by the customer. The recording of false, fictitious, or fraudulent statements or entries on this document may be punished as a felony under federal statutes. IMR Test Labs is a GEAE S-400 approved lab (Supplier Code T3983).

**IMR TEST LABS**
*A Curtiss-Wright Business Unit*
www.imrtest.com

131 Woodsedge Drive
Lansing, NY 14882
T: 1.607.533.7000 | F: 1.607.533.9210

# TEST REPORT

**IMR Report Number 201703138**

## SUMMARY

**April 03, 2017**

Eric Weishaupt, Ph.D.
Engineering Systems Inc.-
Ann Arbor
1174 Oak Valley Dr.
Ann Arbor, MI 48108

Two samples were received for chemical analysis.

The samples **meet** the chemical requirements of UNS-S-30400 for an AISI 304 chromium-nickel stainless steel.

The results are below.

**PO Number**
50105AERW2

**Date Received**
March 29, 2017

**Sample ID**
PPX-43
PPX-91 Outlet C

**Specification(s)**
UNS-S-30400

## CHEMISTRY

| Element | Sample PPX-43 | Sample PPX-91 Outlet C | Specification |
|---|---|---|---|
| C[1] | 0.07 | 0.06 | 0.08 Maximum |
| Cr | 18.06 | 18.04 | 18.00 - 20.00 |
| Mn | 1.65 | 1.14 | 2.00 Maximum |
| Ni | 8.16 | 8.04 | 8.00 - 10.50 |
| P | 0.034 | 0.039 | 0.045 Maximum |
| S[1] | 0.001 | <0.001 | 0.030 Maximum |
| Si | 0.51 | 0.39 | 1.00 Maximum |
| Cu | 0.35 | 0.51 | --- |
| Mo | 0.30 | 0.44 | --- |

[1]Determined by combustion-infrared absorbance
Results in weight percent unless otherwise indicated
Method(s): CAP-017P (ICP-AES) and ASTM E 1019-11 (Comb./IGF)

Reviewed by

Lisa M Wackowicz

Lisa Wackowicz
Technical Operations Coordinator

Reviewed by

Andrew Ensign, Manager
Chemistry Department

ACCREDITED
Testing Cert # 1140.01 & 1140.02

Accredited Nadcap
Materials Testing Lab
Non-Metallic Materials Testing

All procedures were performed in accordance with the IMR Quality Manual, current revision, and related procedures; and the PWA MCL Manual F 23 and related procedures. The information contained in this test report represents only the material tested and may not be reproduced, except in full, without the written approval of IMR Test Labs ("IMR"). IMR maintains a quality system in compliance with the ISO/IEC 17025 and is accredited by the American Association for Laboratory Accreditation (A2LA), certificates #1140.01 and #1140.02. IMR will perform all testing in good faith using the proper procedures, trained personnel, and equipment to accomplish the testing required. IMR's liability to the customer or any third party is limited at all times to the amount charged for the services provided. All samples will be retained for a minimum of 6 months and may be destroyed thereafter unless otherwise specified by the customer. The recording of false, fictitious, or fraudulent statements or entries on this document may be punished as a felony under federal statutes. IMR Test Labs is a GEAE S-400 approved lab (Supplier Code T3983).