**UNITED STATE DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| **KIMBERLY COLE and ALAN COLE, *et al.*, on behalf of themselves and all others similarly situated,** | ) | **CIVIL ACTION No. 14-cv-07871** |
| **Plaintiffs,** | ) | **DECLARATION OF FRANCO A. CORRADO IN SUPPORT OF NIBCO'S MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFF'S MOTION TO EXCLUDE TESTIMONY OF DONALD E. DUVALL AND ANAND R. SHAH** |
| **v.** | ) | |
| **NIBCO INC.,** | ) | |
| **Defendant.** | ) | |

I, Franco A. Corrado, declare the following:

1. I am a partner at the firm of Morgan, Lewis & Bockius LLP and counsel to defendant NIBCO INC. ("NIBCO") in the above-captioned action. I submit this Declaration in Support of NIBCO's Memorandum of Law in Opposition to Plaintiff's Motion to Exclude Testimony of Donald E. Duvall and Anand R. Shah. This declaration is made based on my personal knowledge.

2. Attached hereto is **Exhibit A** is a true and correct copy of the Investigative Report of Dr. Donald E. Duvall and Anand R. Shah dated May 5, 2017.

3. Attached hereto as **Exhibit B** is a true and correct copy of the CV of Dr. Donald E. Duvall.

4. Attached hereto as **Exhibit C** is a true and correct copy the CV of Anand R. Shah.

5. Attached hereto as **Exhibit D** is a true and correct copy of the Resume of Joe Grzetic.

6. Attached hereto as **Exhibit E** is a true and correct copy of the NIBCO PEX Installation Manual, NIBCO-Cole 00035900-19.

7. Attached hereto as **Exhibit F** is a true and correct copy of the ASTM F876.

8. Attached hereto as **Exhibit G** is a true and correct copy of the of the excerpts from the transcript of the December 20, 2016 deposition of Ray Sminkey.

9. Attached hereto as **Exhibit H** is a true and correct copy of the Analysis of NIBCO PEX Plumbing Components of Cynthia Smith dated March 7, 2017.

10. Attached hereto as **Exhibit I** is a true and correct copy of the excerpts from the transcript of the June 6-7, 2017 deposition of Donald E. Duvall.

11. Attached hereto as **Exhibit J** is a true and correct copy of "A Survery of Methods for the Detection of Thermal Oxidation in High-Density Polyethylene Pipes," by U.W. Gedde, B. Terselius and J.-F. Jansson.

12. Attached hereto as **Exhibit K** is a true and correct copy of the Declaration of Donald E. Duvall.

13. Attached hereto as **Exhibit L** is a true and correct copy of "Surface Embrittlement of Polyethylene," by Sunwoon Choi.

14. Attached hereto as **Exhibit M** is a true and correct copy of the excerpts from the transcript of the July 12, 2017 deposition of Joe Grzetic.

I declare under penalty of perjury in accordance with 28 U.S.C. § 1746 that the foregoing is true and correct.

Dated: August 18, 2017

By: */s/ Franco A. Corrado*
Franco A. Corrado