# EXHIBIT A

## PART II

<u>Attachments</u>

Appendix A — Curricula Vitae of Authors
Appendix B — Testimony History of Authors
Appendix C — Home Inspections
Appendix D — Catalog of Available Samples for Examination
Appendix E — McCoy Laboratory Inspection
Appendix F — Cole Laboratory Inspection
Appendix G — Sminkey Laboratory Inspection
Appendix H — Boyd Laboratory Inspection
Appendix I — McMahon Laboratory Inspection
Appendix J — Peperno Laboratory Inspection
Appendix K — Medders Laboratory Inspection

# Appendix A

Curricula Vitae of Donald E. Duvall, Ph.D., P.E., and Anand R. Shah, M.S., M.B.A., P.E.,

4215 Campus Drive
Aurora, IL 60504

**DONALD E. DUVALL, Ph.D., P.E.**
**SENIOR MANAGING CONSULTANT**
**deduvall@engsys.com**

Dr. Duvall is a polymer materials scientist with more than 40 years experience in the plastics industry. He specializes in engineering, testing and failure analysis of products manufactured from polymeric materials, especially those intended for long-term, load bearing applications. Prior to joining ESI, Dr. Duvall was a project manager and Vice President of Plastics Technology for L. J. Broutman & Associates (LJBA), a consulting, contract research and testing organization located in Chicago, which specializes in work on polymeric materials and products made from them. He was responsible for managing projects involved with thermoplastic polymer materials, including plastic piping and geosynthetics. He also was in charge of setting up the plastic piping products testing laboratory at LJBA. Before joining Broutman & Associates, he was Technical Service Manager for the Plexco Division of Amsted Industries. There he was responsible for providing technical assistance to the company's sales and production staffs and to customers of their line of polyethylene pipe and fittings and pipeline corrosion coating system. Prior to Plexco, he was employed by Gould Incorporated in their Nickel/Zinc – Electric Vehicle project. Previous to that time, he was a research chemist for The Richardson Company, a manufacturer of thermoplastic molding and extrusion compounds.

Dr. Duvall has also been active in teaching in the fields of polymer science and failure analysis. He has been an adjunct instructor in the Metallurgical & Materials Engineering Department and the Mechanical, Materials & Aerospace Engineering Department at Illinois Institute of Technology in Chicago. He was one of the creators of the L. J. Broutman & Associates/Bodycote-Broutman Failure Analysis Seminar series presented in conjunction with the Society of Plastics Engineers. He has been a member of the associate staff of the US DOT Transportation Safety Institute since 1987, lecturing on plastic gas distribution piping system failure analysis.

## Areas of Specialization

Plastic, composite & rubber products for long-term, load bearing applications
Failure analysis of products manufactured from polymeric materials
Physical, mechanical and environmental testing of polymeric materials
Structure and properties of thermoplastic polymers, polymer alloys and blends
Synthesis of thermoplastic polymers and polymer compound formulation
Plastics processing methods
Analytical chemistry of organic chemical compounds

## Education

Ph.D., Metallurgical and Materials Engineering
Illinois Institute of Technology, 1993

M.S., Materials Science and Engineering
Northwestern University, 1981

B.S., Chemistry
Illinois Institute of Technology, 1971

## Licensed Professional Engineer (P.E.)

IL (062-050452)

January 2017

**Professional Affiliations/Honors**

Society of Plastics Engineers - Senior Member

- Engineering Properties & Structure Division Board of Directors, 1998 - 2004;
- Engineering Properties & Structure Division Chair-Elect, 2001-2002; Chair 2002 - 2003, Past Chair 2003 - 2004;
- Failure Analysis & Prevention Special Interest Group Technical Program Chair, 2004 - 2005, Chair 2005 - 2007; Past Chair 2007 - 2009; Board of Directors 2009 – present;
- Plastic Pipe & Fittings Special Interest Group Chair 2004 – 2006, 2012-2016; Technical Program Chair, 2010.

American Society of Testing and Materials (ASTM)

Member of Committees D20 on Plastics, D35 on Geosynthetics, G03 on Durability of Nonmetallic Materials, and F17 on Plastic Piping Systems; Chairman of Subcommittee F17.26 on Polyolefin Pipe (1986-1989)

American Water Works Association (AWWA)

Member, Polyolefin Pressure Pipe Standards Committee (1994-present)
Chairman, Subcommittee to Revise AWWA Standard C901 (1994-2000)

Listed in Who's Who in Plastic & Polymers, Technomic Publishing Co. (2000)

Listed in Marquis' Who's Who in Science and Engineering: Premier Edition (1992-1993)

Dr. Myer Ezrin Best Paper Award – Society of Plastics Engineers Annual Technical Conference, Failure Analysis and Prevention Special Interest Group, May 2011 (with Dale B. Edwards)

Dow Chemical Company Best Paper Award – Case Studies Category, Society of Plastics Engineers Annual Technical Conference, Failure Analysis and Prevention Special Interest Group, May 2002

Recognized for "Continued Superior Performance" by the U.S. Department of Transportation's Transportation Safety Institute (1989 and 1992)

Peer reviewer for technical journals Geotechnical Testing Journal (ASTM), Polymer Engineering & Science (SPE), Journal of Materials Science, and Journal of Failure Analysis and Prevention

**Continuing Education**

"Rheology of Polymers, Its Relation to Processing and Properties," Short Course sponsored by the Plastics Institute of America at Northwestern University, November 6-9, 1979

"Microencapsulation," short course presented by the Center for Professional Advancement, June 23-25, 1980

"Managing Technical Service," short course presented by the American Management Association, August 17-19, 1981

"Adhesion Principles & Practice for Coatings & Polymer Scientists," short course presented at the Rheology & Coatings Laboratory, Department of Chemistry, Kent State University, June 7-11, 1982

"Fundamentals of Lubricating Greases – Advanced Course," short course presented by the National Lubricating Grease Institute, Asheville, North Carolina, October 30-31, 2000

**Positions Held**

Engineering Systems Inc., Aurora, Illinois
Senior Managing Consultant
2010 to Present
Senior Consultant
1995 to 2010

Illinois Institute of Technology, Chicago, Illinois
Lecturer, MMAE Department, 2003-2013
Adjunct Associate Professor, MMAE Department, 1998-2003
Part-time Instructor, MMAE Department, 1996-1998
Part-time Instructor, METM Department, 1988-1996

L. J. Broutman & Associates, Chicago, Illinois
Vice President, Plastics Technology, 1990-1995
Manager, Piping Products Section, 1984-1990

Plexco Division, Amsted Industries, Franklin Park, Illinois
Manager, Technical Services, 1981-1983

Gould Incorporated, Rolling Meadows, Illinois
Research Scientist, 1978-1981

The Richardson Company, Melrose Park, Illinois
Research Chemist, 1973-1978

**Selected Publications**

"Oxidation Resistance of Polypropylene Random Copolymer Pipe to Chlorinated Water," Journal of Failure Analysis and Prevention **14**(3), 336-342 (2014).

"Thermal Degradation and Ignition Characteristics of Clothes Dryer Lint," Journal of Failure Analysis and Prevention, **12**(4), 341-347 (2012), with Thomas J. Bajzek and Ronald Pape

"Challenges in Investigating Chlorinated Polyvinyl Chloride Pipe Failures," Journal of ASTM International, 8(1), 1-12 (2011), with Michael D. Hayes, Michael L. Hanks, Frank E. Hagan, and Dale B. Edwards

"Failure Analysis of Cross-linked Polyethylene Chemical Storage Tanks," ANTEC 2008 – Proceedings of the Society of Plastics Engineers 66th Annual Technical Conference, pp. 1758-1762, May 2008, with Dale B. Edwards

"Analysis of Heating by Friction in Plastic Clothes Dryer Components," Journal of Failure Analysis & Prevention 7(6), pp. 400-406, 2007, with Thomas J. Bajzek and Richard N. Koopman

"Effect of Environment on Plastics Performance," ASM Handbook, Volume 11: Failure Analysis & Prevention, pp. 796-799, ASM International, Materials Park, Ohio (2002)

"Insight into the Mechanisms Controlling Creep Deformation of Polyethylene," Proceedings of the Society of Plastics Engineers 53rd Annual Technical Conference, 41, 1939 (1995)

"Environmental Degradation of PET and Its Potential Effect on Long Term Mechanical Properties of Oriented PET Products," Polymer Plastics: Technology and Engineering, 34(2), 227 (1995)

"Impact of Product Structure on the Stability and Durability of Coated Poly(ethylene terephthalate) Geogrids," Geotextiles and Geomembranes, 13(3), 133 (1994)

"Experimental Analysis of Stresses in Interference Fit Assemblies," Proceedings of the Society of Plastics Engineers 51st Annual Technical Conference, 39, 2367 (1993), with S. W. Choi, P. K. So and L. J. Broutman

"Estimates of the Dependence of Crack Velocity on the Molecular Weight of Polyethylene Pipe Material," Proceedings of the Society of Plastics Engineers 51st Annual Technical Conference, 39, 2000 (1993) with G. W. Kamykowski

"Creep of Polyethylene Sheet under Equal Biaxial Tensile Stresses," Journal of Reinforced Plastics and Composites, 12(3), 285 (1993).

"Effect of Molecular Weight on Slow Crack Growth in HDPE," Proceedings of the Society of Plastics Engineers 50th Annual Technical Conference, 38, 140 (1992), with P. K. So and L. J. Broutman

"Evaluation of Creep Rupture Properties of Geosynthetics," Proceedings of the 4th International Conference of Geotextiles and Geomembranes, Volume II, 678 (1990), with P. D. Egan

**Selected Technical Presentations**

"Plastics Failure Analysis Seminars", presented by Engineering Systems, Inc., June 8-12, 2015.

"Oxidative Degradation of High Density Polyethylene Pipes from Exposure to Drinking Water Disinfectants," California/Nevada Section, American Water Works Association Spring Conference, March 31, 2010

"Creep, Stress Rupture & Stress Relaxation in Design & Failure Analysis"
Society of Plastics Engineers Webinar presented June 11, 2009

"Water Water Everywhere – Failure Analysis of Plastic Toilet Valves"
ASM Materials Solutions 2003 Conference, Columbus, Ohio, 2003

"Failure Analysis of Plastic Gas Piping"
U.S. Department of Transportation, Transportation Safety Institute/PHMSA Seminars on Pipeline Failure Investigation Techniques, 1987-2016

"Failure Analysis Techniques for Polymeric Materials"
ASM International Failure Prevention through Education: Getting to the Root Cause program, May 22, 2000

"Betting the Company on 5¢ Worth of Plastic"
Failure Analysis/Medical Plastics Division Panel Discussion. Society of Plastics Engineering Annual Technical Conference, May 1996

"Plastics Failure Analysis" Seminars co-sponsored by L. J. Broutman & Associates and the Society of Plastics Engineers, 1986-1995

"Application-Induced Structural Changes in a Polymeric Battery Separator Membrane"
Symposium on Polymer Science in Energy Applications, 8th Rocky Mountain Regional ACS Meeting, Denver, Colorado, June 11, 1986

4215 Campus Drive
Aurora, IL 60504

**ANAND (ANDY) R. SHAH, M.S., M.B.A., P.E.**
**SENIOR MANAGING CONSULTANT**
arshah@engsys.com

As a Senior Managing Consultant and a Director of the Polymeric, Composite & Non-metallic Materials practice, Mr. Shah oversees materials and analysis personnel and related work across offices of Engineering Systems Inc.

Mr. Shah conducts and leads investigations on the performance of products made from plastics, composites, and elastomeric materials for use in diverse applications. He specializes in product failure analysis, material characterization testing, investigations on the appropriateness of the choice of materials for their intended application, evaluating the influence of processing parameters on product performance, and in evaluating product design. He has published his work in numerous technical journals and is a co-author of Fractography in Failure Analysis of Polymers book.

In his 20 years of experience, he has evaluated incidents related to product, systems, and component failures in plumbing, transportation, construction, electrical, oil and gas, chemical processing, medical, and consumer industry. His experience also includes investigating formulations of polymers in paints, coatings, adhesives, and in lubricants. He utilizes the study of interpretation of fracture surface features (Fractography) and principals of structure property relationship in polymers to provide solutions to plastic product performance and service life issues. Mr. Shah has provided testimony in matters pending before both state and federal courts.

## Areas of Specialization

- Plastic Failure Analysis
- Material Selection Consulting
- Product Design Evaluation
- Chemical Compatibility Testing
- Analytical Testing
- Mechanical Testing
- Environmental Stress Cracking in Plastics
- Fatigue and Fracture Mechanics
- Creep and Stress Rupture of Plastics
- Service Life Prediction
- Non-Destructive Testing and Inspection

## Education

B.S., Biomedical Engineering, Case Western Reserve University, Cleveland, Ohio, 1995
M.S., Macromolecular Science, Case Western Reserve University, Cleveland, Ohio, 1997
M.B.A., Business Administration, DeVry University, Chicago, Illinois, 2003

## Licensed Professional Engineer (P.E.)

IL (062.058788)

## Professional Affiliations

- Society of Plastics Engineers (SPE) Member
- American Society of Testing and Materials (ASTM) International Member
- Society for Biomaterials Member
- Society for Advancement of Materials and Processing Engineering (SAMPE) Member

## Honors and Awards

Chairman for Failure Analysis and Prevention Special Interest Group of Society of Plastics Engineers for Annual Technical Meeting in Orlando, Florida, 2014-2015

Technical Program Chair (TPC) for Failure Analysis and Prevention Special Interest Group of Society of Plastics Engineers for Annual Technical Meeting in Orlando, Florida, 2012-2013

Moderator of Failure Analysis and Prevention session at Society of Plastics Engineers (SPE) ANTEC meetings – 2000, 2009, 2010

Reviewed papers for Journal of Applied Polymer Science, Journal of Material Science, Society of Plastics Engineers and Society for Biomaterials conferences

## Positions Held

- Engineering Systems Inc., Aurora, Illinois
  Senior Managing Consultant, 2015 to Present
  Senior Consultant, 2010 to 2015

- Illinois Institute of Technology, Chicago, Illinois
  Adjunct Faculty, MMAE Department, 2014 – Current

- Packer Engineering, Inc., Naperville, Illinois
  Director, Materials Engineering, 2005 - 2010

- Bodycote Polymer Broutman Lab, Melrose Park, Illinois
  Manager, Materials Testing, 2000 – 2005

- Broutman and Associates, Chicago, Illinois
  Senior Research Engineer, 1997 - 2000

**Publications**

"Computed Tomography X-Ray Imaging – A Technique for Non-Destructive Examination of Plastic Products," Society of Plastics Engineers Annual Technical Conference, Orlando, Florida, March 2015, with J. G. Jordan and Dr. A. Richards

"Determination of Environmental Stress Cracking Failure Mode in Investigation of CPVC Fire-Suppression Sprinkler Pipe Failures," Proceedings of the Society of Plastics Engineers Annual Technical Conference, Orlando, Florida, April 1-4, 2012, with D. B. Edwards

"Failure Analysis of Plastic Crimp Fitting Assemblies," Proceedings of the Society of Plastics Engineers Annual Technical Conference, Boston, Massachusetts, May 1-5, 2011, with D. E. Duvall and D. B. Edwards

"A Discussion on Prevention of Plastic Product Failures," Society of Plastics Engineers Annual Technical Conference, Orlando, Florida, May 2010

"The Effect of Marking Paint on Walking Surface Slip Resistance," International Conference on Slips, Trips and Falls 2007: From Research to Practice, August 2007, with D. G. Curry, R. Reinke and J. Kidd

"Role of Finite Element Analysis – A Computer Aided Engineering Technique in Failure Analysis of Plastic Products," Proceedings of the 12th Annual International Conference on Industrial Engineering Theory, Applications, and Practice (IJIE'07), Cancún, Mexico, November 2007, with K. Nakamoto and B. Agarwal

"Characterization of Continuous Fiber Reinforced Chemically Bonded Ceramic Composites," Materials Science & Technology 2006: Ceramic Matrix Composites, Cincinnati, Ohio, October 2006, with M. Pareek, J. Rigsby and B. Agarwahl

"Significance of Creep Rupture and Stress Relaxation Data in Product Design and Material Suitability Evaluation," Annual Technical Conference of Society of Plastics Engineers, May 2005

"Prediction of Service Life in a Chemically Active Environment Using Stress Rupture Data," Journal of Applied Medical Polymers, Autumn 2000, Vol. 4, No. 2, pp. 88-93, with Dr. P. K. So and L. J. Broutman

"Mechanical Strength Properties of Silicone Gel Filled Breast Prosthesis after Explantation," Sixth World of Biomaterials Congress Meeting, Kamuela, Hawaii, May 2000

"An Alternative Method for Determining the Hydrostatic Design Basis for Plastic Pipe Materials," Proceedings of the International Plastic Pipe Symposium, Goteborg, Sweden, September 14-17, 1998, with L. J. Broutman, E. F. Palermo, and D. B. Edwards

"Stepwise Fatigue Crack Propagation in Polyethylene Resins of Different Molecular Structure," Journal of Polymer Science: Part B: Polymer Physics, Vol 36, pp. 2355-2369 (1998), with Dr. A. Hiltner and Dr. E. Baer

"Fatigue Acceleration of Slow Stepwise Crack Growth in Polyethylene Pipe Materials," International Symposium on Plastic Piping Systems for Gas Distribution, October 1997, with Dr. A. Hiltner and Dr. E. Baer

"Study of Polyethylene Pipe Resins by a Fatigue Test that Simulates Crack Propagation in Real Pipe," Journal of Materials Science, April 1997, with Dr. A. Hiltner and Dr. E. Baer

"Correlation of Fatigue Crack Propagation in Polyethylene Pipe Specimens of Different Geometries," International Journal of Fracture, September 1996, with Dr. A. Hiltner and Dr. E. Baer

"Correlation of Fatigue Crack Propagation between Compact Tension and Real-Pipe Geometry," Society of Plastics Engineers Annual Technical Conference, May 1996, with Dr. A. Hiltner and Dr. E. Baer

**Book Contribution**

"Fractography in Failure Analysis of Polymers," Elsevier ISBN 978-0-323-24272-1with Dr. Michael D. Hayes and Dale B. Edwards.

"Strength of the PC-SAN Interface as Determined by Delamination of Polymer Microlayers," a chapter in Interfacial Aspects of Multicomponent Polymer Materials, with Dr. A. Hiltner and Dr. E. Baer

**Technical Presentations**

Instructor for Failure Analysis and Prevention Annual Seminar Course offered by Society of Plastics Engineers and Bodycote Materials Testing, 2000-2004

"Introduction to Fiber-Reinforced Plastic Composites" The Lewis University, Romeoville, Illinois Adjunct Professor, 2010 to 2013

"Failure Analysis of Plastic Gas Piping"
U.S. Department of Transportation, Transportation Safety Institute/PHMSA Seminars on Pipeline Failure Investigation Techniques, 2014 – 2016

Instructor for Failure Analysis and Prevention Annual Seminar Course offered by ESI, June 2015

# Appendix B

Testimony History for Donald E. Duvall, Ph.D., P.E., and Anand R. Shah, M.S., M.B.A., P.E.,

4215 Campus Drive
Aurora, IL 60504
Phone: 630-851-4566
Fax: 630-851-4870

**Donald E. Duvall**

**LIST OF EXPERT DEPOSITION AND TRIAL TESTIMONY**

**Donald E. Duvall's Billing Rate: 2017 - $410**

| Case Name | Deposition | Trial |
|---|---|---|
| **2013** | | |
| Daramic, LLC and MP Assets Corporation v. Entek International, LLC<br>Case No. 3:11-CV-676-FDW-DSC<br>United States District Court, Western District of North Carolina, Charlotte Division | X | |
| Frank H. Pitchler, et al. v. The East Ohio Gas Company, et al.<br>Case No. CV-11-745450<br>Court of Common Pleas, Cuyahoga County, Ohio | X | |
| Shane Walsh v. Triumph Motorcycles (America) Ltd.<br>Case No. 08-A557586<br>District Court, Clark County, Nevada | X | |
| Perez (Estate of Justin) v. Co-Ex Pipe Company<br>Case No. DC-10-207<br>District Court, 229th Judicial District, Duval County, TX | X | |

| Case Name | Deposition | Trial |
|---|---|---|
| **2014** | | |
| William Valichka v. Kettler International, Inc. et al.<br>Case No.1:13-cv-00618-RDB<br>United States District Court, District of Maryland, Baltimore Division | X | |
| James T. Moser, III and Natalie Moser v. Atmos Energy Corporation, et al.<br>Cause No. 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-CIV<br>Circuit Court, First Judicial District, Hinds County, Mississippi | X | |
| City of Newport Beach v. Cooley Incorporated, et al.<br>Case No. 30-2011-00528392-CU-BC-CJC<br>Superior Court of California, County of Orange | X | |

| Case Name | Deposition | Trial |
|---|---|---|
| **2015** | | |
| PQ Corporation v. Lexington Insurance Company<br>Case No.13-cv-03482<br>United States District Court, Northern District of Illinois, Eastern Division | X | |

| Case Name | Deposition | Trial |
|---|---|---|
| **2016** | | |
| Christianson Air Conditioning and Plumbing LLC v. Continental Homes of Texas, L.P. v.NIBCO, Inc., et al.<br>Case No. D-1-GN-14-000962<br>District Court of Travis County, Texas, 261st Judicial District | X | |

ESI

# ANAND R. SHAH, M.S., M.B.A., P.E.

## TESTIMONY LIST

Mr. Shah's 2017 billing rate is $350/hour

**January 14, 2013**
American Polymers Corporation v. Polystar Products, Inc. v. Mervis Industries, et al.
Superior Court of New Jersey, Law Division: Mercer County
Docket No: Mer-L-2149-08 **Consolidated** with Mer-L-617-09; Mid-L-7457-09;
and Bur-L-3854-09
Representing: American Polymers Corporation
Deposition Testimony

**March 15, 2013**
Donna Reed v. City of Georgetown, Kentucky, et al
Commonwealth of Kentucky, Scott Circuit Court, Division 1
Civil Action No: 07-CI-814
Representing: Buckhorn Inc.
Deposition Testimony

**April 30, 2013**
Meyer Chatfield Aviation Services LLC v. Cessna Aircraft Company
In the United States District Court, for the Eastern District of Pennsylvania
Civil Action No: 12-cv-03266-TJS
Representing: Cessna
Trial Testimony

**December 19, 2013**
Dan Wilson v. E&B Giftware LLC & Sports and Leisure Tech, et al.
In the Circuit Court of Cook County, Illinois, County Department, Law Division
Civil Action No: 10-L-3286
Representing: E&B Giftware
Deposition Testimony

**January 29, 2014**
Linda DeJana, et al. v. Marine Technology, Inc., et al.
United States District Court, Eastern District of Missouri
Case No. 4:11-CV-1690-JAR
Representing: Estate of Kevin Graff and Philip DeJana
Trial Testimony

**2015**
No Testimony

**TESTIMONY LIST**

Mr. Shah's 2017 billing rate is $350/hour

**March 23, 2016**
Christianson Air Conditioning and Plumbing LLC v. Continental Homes of Texas, L.P. v.NIBCO, Inc., et al.
In the District Court of Travis County, Texas, 261st Judicial District
Case No. D-1-GN-14-000962
Representing: NIBCO, Inc., et al.
Deposition Testimony

**December 14, 2016**
Keaschall (Julie), et al. v. Altec Industries, Inc., et al.
United States District Court, District of Nebraska
Civil Action No. 4:14-CV-03070
Representing: Altec Industries, Inc., et al.
Deposition Testimony

# Appendix C

## Home Inspections

4215 Campus Drive
Aurora, IL 60504

**Monica Inspection on 10-14-2015**

Monica Residence
12 Hillcrest Blvd.
Warren, NJ 07059



Monica Photo 1: Photo from Google Maps of Monica Residence

**Background**

The Monica home is a two story residence with a basement. At the inspection, three fittings were made available for inspection. One (an elbow) was reportedly from a leak in approximately 2012 and two tee fittings were reportedly from a more recent leak. Both leaks were reportedly removed from the family room, photos taken during the repairs were made available at the inspection.




Monica Photo 2: Elbow fitting reported at inspection to be from approx. 2012.




Monica Photo 3: Two tee fittings reported to be from a more recent leak.

Case 3:13-cv-07871-ZNQ-TJB Document 147-3 Filed 08/18/17 Page 22 of 208 PageID: 14621



Monica Photo 4: Repair location associated with leak in 2012.



Monica Photo 5: Photograph of more recent leak location.




Monica Photo 6: Clamps associated with fitting assembly from 2012 leak.

The water heater was found in the basement of the home and found to be set at "C". The hot water had a recirculating pump. An expansion tank was also located on the cold water supply side. The water heater is a natural gas A.O. Smith brand, model GPVX 75L 210, with a 75 gallon capacity. The water heater was manufactured in 6/29/2015. As second water heater that was no longer in service sat next to the water heater in service. That water heater was also an AO Smith brand.

The water is supplied from a municipality. A salt based water softener system was also located in the basement and supplied softened water to the home.


Monica Photo 7: In service and out of service water heater in basement.

## <u>Monica Leak Summary</u>

| Leak # | Leak Date | Sample | Location |
|---|---|---|---|
| 1 | November 2012 | Fitting | Basement ceiling |
| 2 | June 12, 2013 | Fitting | Mud room on first floor |
| 3 | July 25, 2013 | Elbow | Above family room |
| 4 | Fall 2013 | Tee fitting | Above family room |
| 5 | November 2013 | Fitting | Basement ceiling |

Monica Table 1: Leak History of Monica Home

Case 8:18-cv-07871-ZNQ-TJB Document 147-3 Filed 08/18/17 Page 26 of 208 PageID: 14625

## Water Pressure and Flow Measurements

The water pressure was measured to be 53 psi at the second floor guest shower-head.

## Flow Measurements

| Location | Hot Side (liters/minute) | Cold Side (liters/minute) |
|---|---|---|
| Kitchen sink (1st floor) | 7.0 | 7.2 |
| Island Sink (1st floor) | 9.0 | 9.2 |
| Hall Bath Sink (1st floor) | 9.0 | 9.2 |
| Wet Bar (1st floor) | 8.4 | 8.8 |
| Utility Sink (1st floor) | 12.8 | 13.2 |
| MB Sink 1L (2nd floor) | 5.6 | 7.2 |
| MB Sink 2R (2nd floor) | 5.6 | 6.0 |
| MB shower (2nd floor) mixing valve fully on | 23.2 | |
| MB Tub (2nd floor) | 21.2 | 22.8 |
| Guest Sink (2nd floor) | 12.6 | 12.6 |
| Guest Shower (2nd floor) | 11.2 | |
| Bath 3 Sink 1L (2nd floor) | 18.0 | 18.0 |
| Bath 3 Sink 2R (2nd floor) | 18.0 | 19.2 |
| Bath 3 Tub (2nd floor) | 14.6 | |
| Utility Sink (2nd floor) | 17.6 | 16.8 |

Monica Table 2: Flow Measurements made During inspection

## Water Chemistry on Site

Cold water chemistry on site included measurements of pH, Chlorine, Alkalinity, using a AquaChek Tru Test meter and temperature was recorded using a thermocouple.

### Information from Meter

| pH | Chlorine (cl) | Alkalinity | Temperature |
|---|---|---|---|
| 6.4 | 1.3 ppm | 100 | 122.8 F |

Water samples were also collected for laboratory analysis.

During flow testing it was noted that hot water from the Kitchen wet bar, the guest bathroom and the 3rd bathroom on the 2nd floor. Significant amounts of debris were also observed in faucet aerator screens.



Monica Photo 8: Discolored hot water.


Monica Photo 9: Large debris found in faucet screen



Monica Photo 10: Debris in aerator screen

**Samples available analysis**

No samples were removed from the home during the inspection nor were any samples retained by ESI at the time of inspection.

4215 Campus Drive
Aurora, IL 60504

**Cole Residence inspection on 8-15-2016**

Cole Residence
19150 Highway 79
Gadsden, TN 38337



Cole Photo 1: Overall appearance of the residence.



Cole Photo 2: Rear view of the Cole Residence. Attics are located on both sides of the home under the triangle shaped roof-line and plumbing tubing runs between the two floors (middle-section) of the residence.

**Background**

At the inspection, homeowner indicated that approximately 19 leaks in the NIBCO tubing of original installation had occurred. The leaks had occurred in both the hot and cold water lines. The homeowner had repaired the individual leaks and has replaced a significant amount of ¾" hot water main NIBCO PEX with a white color ¾" Non-NIBCO tubing. Based on the testimony and complaint, the below table documents the leak history for Cole Residence.

| Leak # | Leak Date | Sample | Location |
|---|---|---|---|
| 1 | End of 2009 | Elbow fitting | Fitting leading to showerhead in master bath |
| 2 | November 12, 2010 | Hot | Under kitchen sink |
| 3 | March 20, 2012 | Hot | Master bedroom |
| 4 | March 27, 2012 | Hot | Kitchen ceiling |
| 5 | October 2012 | Hot | Former laundry room (now foyer) |
| 6 | October 2012 | Hot | Former music room (now living room) |
| 7 | October 2014 | Hot | Master bathroom vanity |
| 8 | October 2014 | Cold | Upstairs bathroom by toilet |
| 9 | September 2014 | Tee fitting on cold side | Kitchen right side of sink |
| 10 | September 2015 | Unsure | Living room ceiling |
| 11 | December 2015 | Unsure | Living room ceilings and walls |
| 12 | June 2016 | Hot | Kitchen sink left side |
| 13 | June 2016 | Hot | Living room and entrance to living room (old laundry room) |
| 14 | July 2016 | Cold | Half bath by toilet and above vent in ceiling |
| 15 | August 2016 | Cold | Master bath, vanity sink wall closest to door |
| 16 | August 2016 | Hot | Half Bath/vanity ceiling and wall |
| 17 | September 2016 | Hot | Master bath ceiling |
| 18 | Unknown | Hot | Laundry room |
| 19 | Unknown | Hot | Laundry room |

Cole Table 1: Leak history for Cole residence.

According to the deposition testimony of Mr. Cole, the plumbing was installed by Mr. Cobb, father-in-law of Mr. Cole.

The leak locations and replacement locations were identifiable as the homeowners had not performed a complete re-plumbing of the original plumbing system. The water is supplied from a local municipality. There are two 50-gallon water heaters located in the attic. There is no recirculating pump in the plumbing system. There is no additional water treatment at the residence. The water pressures and flows were normal.

ESI identified seven locations of previously repaired leaks. The repairs are at locations where PEX tubing changed directions. The repairs were located at the header where piping transitions from the attic into the floor below. The repairs were done by the homeowner using shark-bite fittings and stainless steel shark bite flexible lines as shown in the Photos below.



Cole Photo 3: ESI repair location 1 & 2. Photo shows the tubing exposed in the wall of the first-floor laundry room. The tubing is coming down from the attic to the washer, (1/2” hot & cold).



Cole Photo 4: A close up of the plumbing repairs identified by ESI as repair locations 1 & 2. The tubing that failed was located at the header of the wall and in the ceiling of the laundry room. (1/2” hot & cold).



Cole Photo 5: A view of ESI repair locations identified as 3, 4 and 5 located in the kitchen ceiling. Notice the repairs occurred in the tubing sections that would be coming down from the ceiling.



Cole Photo 6: ESI Repair #3 and #4. Plumbing shown in the ceiling of kitchen suppling sink through the header. (photo 268). Repair 3 is performed with a sharkbite flex line shown in Photos below. Repair #4 is performed with white tubing.



Cole Photo 7: ESI Repair #3. Plumbing behind the kitchen wall supplying cold water to sink, (1/2” blue)




Cole Photo 8: ESI Repair #3. 1/2” cold, (blue) line in the sealing showing repair through the header.



Cole Photo 9: ESI Repair #5. Cold water ½" blue feeding the 2nd floor toilet located in the ceiling of the kitchen.



Cole Photo 10: ESI Repair #5. Severe bend in the flexible sharkbite line is required to connect the tubing from the tee fitting to the line suppling the 2nd floor toilet above the ceiling.

Case 3:13-cv-07871-ZNQ-TJB Document 147-3 Filed 08/18/17 Page 35 of 208 PageID: 14634



Cole Photo 11: ESI Repair #6. 1/2" (blue) repair in wall fixed using a flex Sharkbite.



Cole Photo 12: ESI Repair# 6. 1/2" (blue) repair in the wall performed with severe bending using flex Sharkbite.

*Cole Residence Home Inspection Summary*



Cole Photo 13: ESI Repair #6. 1/2" (blue).



Cole Photo 14: ESI Repair #7. Attic fed to rear hose bib, (1/2" cold)1/2" cold, (blue) repair through the header most likely due to severe bending using flex Sharkbite.



Cole Photo 15: ESI Repair #77. Attic fed to rear hose bib, (1/2" cold), 1/2" cold, (blue) repair through the header most likely due to severe bending using flex Sharkbite

The schematic below shows the leak locations found.



## Water Chemistry on Site

Hot and cold water chemistry on site included measurements of pH, Chlorine, Alkalinity, and Temperature using a AquaChek Tru Test meter and AquaChek Test Strips.

### Information from Meter

| pH | Chlorine (cl) | Alkalinity | Temperature |
|---|---|---|---|
| 6.4 | 0.6 ppm | 040 | 81.9 F |
| 6.4 | 0.9 ppm | 040 | 131.9 F |

### Information from Test Strips

| pH | Chlorine (cl) | Alkalinity | Water Source |
|---|---|---|---|
| 6.2 | 0.5 ppm | 040 | Cold-side |
| >6.2 but <6.8 | 0.5 to 1.0 ppm | 040 | Hot-side |

Water samples were also collected for laboratory analysis.

## Water Pressure and Flow Measurements

Pressure was taken at three locations. The pressures were as follows: 48-52 psi (main floor, master bath), 43-45 psi (upper level shower), 53-55 (Driveway hose bib)

## Flow Measurements

| Location | Hot Side (liters/minute) | Cold Side (liters/minute) |
|---|---|---|
| Laundry | 24.0 | 23.7 |
| Kitchen sink | 9.1 | 7.3 |
| Master-bath Sink #1 (left-side) | Shut-off valves were turned off | Shut-off valves were turned off |
| Master-bath Sink#2 (right-side) | 14.4 | 14.4 |
| Master bath shower | 12.0 (mixture of hot and Cold) | |
| Powder room (1st Floor) | 12.0 | 13.2 |
| Adjoining bathroom sink #1 | 11.4 | 12.0 |
| Adjoining bathroom sink #2 | 13.6 | 14.6 |
| Adjoining bathroom Shower | 17.0 (mixture of hot and Cold) | |
| Adjoining bathroom Tub | 14.2 (mixture of hot and cold) | |
| Hose bib by driveway | 22.2 | |

**Samples Removed**

There were a total of 12 Samples removed. 8 of 12 are in possession of Paragon Polymers. 4 of 12 are with ESI.

Cole 1: Sample with Paragon. ¾" NIBCO blue (cold main) tubing 73-inches long.

Cole 2: Sample with ESI. 3/4"x 3/4" x 1/2" tee fitting with attached NIBCO blue cold tubing (length of tubing 48"x6"x10")

Cole 3: Sample with Paragon ½" NIBCO Red tubing only 48-inches long.

Cole 4: Sample with Paragon ½"X ½"x ½" Homeowner repaired Sharkbite TEE fitting with attached tubing. (White Watts Tubing x White Watts Tubing x NIBCO red branch. See photo below.



Cole Photo 16: The overall appearance of sample identified as Cole 4.

Cole 5: Sample with ESI. 1/2" Red tubing 50-inches in length.

Cole 6: Sample with ESI ½"x1/2"x1/2" NIBCO TEE fitting with short lengths (5"inch) of tubing

Cole 7: Sample with Paragon. ½" NIBCO Blue tubing 40 inches in length.

Cole 8: Sample with Paragon. A repair line. A ½" Watts White tubing 18 inches in length. (Supplied hot water to powder room sink)

Cole 9: Sample with Paragon. A ½" blue cold water line NIBCO tubing 49 inches in length.

Cole 10: Sample with ESI. A ½" blue cold water line NIBCO tubing 58 inches in length.

Cole 11: Sample with Paragon. A ¾" x ¾" x ½" NIBCO Fitting with (5" inch) length of tubing on all sides.

Additional Sample taken by Paragon prior to ESI photo-documentation or sampling. A coil of removed Red NIBCO hot ¾" and ½" tubing of multiple lengths from the attic. Homeowner has replaced the ¾" main with White Watts PEX.

4215 Campus Drive
Aurora, IL 60504

**McCoy Residence Inspection on 8-16-16**
McCoy Residence
4401 Blackland Drive
Marietta , GA 30067



McCoy Photo 1: The front view of the McCoy residence. There is a crawl space located below the left side (as shown above) the home.

**Background**

Reportedly, there were 6 leaks on the hot water side of the plumbing system at this residence. Reportedly, failures were in tubing and were longitudinal near a fitting. ESI was shown one subject failure that occurred on 12-2-13. The water supply is municipality treated water and no additional water treatment is present at the residence. The residence was re-plumbed using copper tubing prior to the date of the inspection. One 50-gallon Rheem water heater is located in the crawl space. There is a Watts re-circulating pump set to be in the "on-position" during most of the day based on the settings, plumber indicated 7:30 a.m to 6:00 p.m. There are heated floors in two bathrooms.

| Leak # | Leak Date | Sample | Location |
|---|---|---|---|
| 1 | Early/mid-2010 (or 2013 – testimony and documents unclear) | Hot | Crawl space near hot water heater (May not be NIBCO related) |
| 2 | May 6, 2013 | Hot | Along same line as previous leak but further from water heater |
| 3 | September 15, 2013 | Hot | Between two showers on first floor |
| 4 | December 2, 2013 | Hot | Between two showers on first floor |
| 5 | April 7, 2016 | Hot | Between two showers on first floor |
| 6 | June 1, 2016 | Hot | Between two showers on first floor |

McCoy Table 1: McCoy Leak Summary



McCoy Photo 2: Entrance to the crawl space of McCoy residence from the left side of the home.



McCoy Photo 3: The original plumbing done with PEX tubing was replaced with copper tubing prior to the inspection. There is a Watts recirculating pump on the water heater. Also there is an Aqua star Automatic Instantaneous water heater which supplies the main 50-gallon Rheem gas water heater.



McCoy Photo 4: Red Sharkbite PEX repair on a White Zurn ½" inch line was found. An additional leak in the White Zurn PEX line (to the right of the repair as shown in this photo) was found on the date of the inspection.



McCoy Photo 5: ½" Zurn White PEX tubing found leaking on the day of the inspection. The same line had a previous repair. This Zurn PEX tubing had a date code of 05/12/08 indicating that it was part of original install.

ESI was shown one subject Failure that occurred on 12-2-13.



McCoy Photo 6: Failure from 12-2-13 for McCoy Residence.

## Water Chemistry on Site

Hot and cold water chemistry on site included measurements of pH, Chlorine, Alkalinity, and Temperature using a AquaChek Tru Test meter and AquaChek Test Strips. The measurements were made on water collected from the kitchen sink.

**Information from Meter**

| pH | Chlorine (cl) | Alkalinity | Temperature |
|---|---|---|---|
| 6.4 | 2.0 ppm | 040 | 77.0 F |
| 6.4 | 0.5 ppm | 040 | 119.6 F |

**Information from Test Strips**

| pH | Chlorine (cl) | Alkalinity | Water Source |
|---|---|---|---|
| <6.2 | 1-3 ppm | 040 | Cold-side |
| <6.2 | 1 ppm | 040 | Hot-side |

Water samples were also collected for laboratory analysis.

## Water Pressure and Flow Measurements

Pressure at front hose-bib was 116 Psi. Inside the home was a pressure regulator set to 58 psi, which was measured at the rear hose-bib.

## Flow Measurements

The hose had been re-plumbed with copper tubing.

| Location | Hot Side (liters/minute) | Cold Side (liters/minute) |
|---|---|---|
| Front Hose bib | | 19.2 |
| Kitchen sink | 6.9 | 7.6 |
| Back door-hose bib | | 24.9 |

**Samples removed from the residence**

The NIBCO PEX tubing from an incident leak shown in Photo 6, the leaking Zurn PEX tubing found on the day of the inspection shown in Photo 5, and another section of Zurn PEX without failure, were retained by Paragon for further analysis, as documented in Photo 7 below.




McCoy Photo 7: Overall appearance of the samples removed from McCoy residence.

McCoy 1: Left un-identified for a failed samples that may be with attorneys.

McCoy 2: Failure from 12-2-13 shown at the time of the inspection (3/4" Red Non-NIBCO going to plastic coupling to a ¾" inch Blue NIBCO, longitudinal split)

McCoy 3: ½" Zurn PEX White tubing from Crawl space 5 feet long (5-12-08 date code).

McCoy 4: ½" Zurn PEX White tubing a continuation of the same line as McCoy 3 which was found to be leaking on the date of the inspection.

ESI

4215 Campus Drive
Aurora, IL 60504

**Boyd Residence Inspection on 8-17-16**
Boyd Residence
13467 Sanctuary Drive
Foley, AL 36533



Boyd Photo 1: The front view of the Boyd Residence. The Bradford White 40 gallon Electric water heater is located in the garage. The plumbing runs from the water heater to the attic and throughout the attic downward to the plumbing fixtures.

| Leak # | Leak Date | Sample | Location |
|---|---|---|---|
| 1 | March 26, 2013 | Hot | Coming off water heater in utility room next to garage |
| 2 | September 15, 2013 | Cold | Vertical section of pipe coming off water heater before pipe goes into wall |
| 3 | October 31, 2013 | Hot | Vertical section of pipe coming off water heater before pipe goes into wall |

Boyd Table 1: Boyd Leak Summary

Homeowner indicated 3 previous leaks in the plumbing system. The home owner did not provide any samples at the time of the inspection. The original plumbing in the house has been replaced with REAHU PEX. Both the cold and hot side were re-plumbed.

The REAHU PEX plumbing included use of tee fittings and elbows to limit bending of PEX. The visible REAHU PEX in the attic was photo-documented. The home has municipality

treated water and no additional water treatment filtration system is at the residence. A Bradford White 40 gallon Electric water heater is used to heat the water. There is no recirculating pump in the plumbing system. The Installation of the current PEX plumbing system appears to be performed with the use of elbows and tee fittings at transitions.



Boyd Photo 2: Re-plumbed plumbing lines in the attic show use of fittings.



Boyd Photo 3: Re-plumbed plumbing lines in the attic show use of fittings where tubing changes direction.



Boyd Photo 4: Re-plumbed plumbing lines in the attic show use of fittings.

**<u>Water Chemistry on Site</u>**

Hot and cold water chemistry on site included measurements of pH, Chlorine, Alkalinity, and Temperature using an AquaChek Tru Test meter and AquaChek Test Strips.

**Information from Meter**

| pH | Chlorine (cl) | Alkalinity | Temperature |
|---|---|---|---|
| 6.4 | 3.3 ppm | 040 | 83.8 F |
| 6.4 | 2.8 ppm | 040 | 126.6 F |

**Information from Test Strips**

| pH | Chlorine (cl) | Alkalinity | Water Source |
|---|---|---|---|
| >6.2 but <6.8 | About 5.0 ppm | 40 | Cold-side |
| >6.2 but <6.8 | 3 to 5 ppm | 40 | Hot-side |

Water samples were also collected for laboratory analysis.

**<u>Water Pressure and Flow Measurements</u>**

Pressure at out-side hose-bib fluctuated between 62-71 psi.

No Flow Measurements were done.

**<u>Samples removed from the residence</u>**

Photo below shows the six samples (Boyd #1-Boyd #6) that were removed and retained by Paragon. ESI took a sample from Boyd #2 identified as Boyd #2B. Three of the six samples were Terracotta NIBCO tubing found in the attic and the other 3 samples were replacement REHAU PEX tubing. None of these six samples from the Boyd residence exhibited any cracking on the outer surface, and none of the six were involved in any incident leaks.




Boyd #1

Boyd #2a

Boyd #2b (ESI)

Boyd #3

Boyd #4 — Non-Nibco

Boyd #5 — Non-Nibco

Boyd #6a — Non-Nibco

Boyd #6b, 6c — Non-Nibco

Boyd Photo 5: Overall appearance of the samples retained for examination from the Boyd residence.

Boyd 1: Found in attic. ½" inch NIBCO DuraPEX Terracotta color. 34 inch long. Paragon has this sample.

Boyd 2: Found in attic. ¾" inch NIBCO tubing Terracotta color. This sample was cut into two.

Boyd 2A: Paragon has this sample. A brass ¾ x ½ x ½ tee fitting with tubing. (22 x 2 x 5 in NIBCO Terracotta ). The brass tee fitting is Q-PEX marked brass Tee.

Boyd 2B: ESI has this sample. A brass ¾ x ¾ x ½ tee fitting (37 x 28 x 8 lengths of NIBCO terracotta tubing). The tee-fitting is marked with PEX-LX with a "V" symbol.

Boyd 3: Found in attic. ¾" X 1/2" x ½" Tee fitting with (25"x38"x4" Terracotta NIBCO) long tubing. The fitting is a brass TEE (MB PEX identification). Paragon has this sample.

Boyd 4: REHAU Tubing from Attic ¾" Blue 4 ½ inch long – Paragon has this sample

Boyd 5: REHAU Tubing from Attic ¾" Red 6 inch long- Paragon has this sample

Boyd 6: REHAU Tubing ¾" Blue and ¾" Red from water heater pressure relief valves (These samples most likely did not see pressure and/or water.)

ESI

4215 Campus Drive
Aurora, IL 60504

**McMahon Residence Inspection on 8-23-16**
McMahon Residence
Rio Vista, Texas

**Background**
Home owner indicated the house was built in 2007-2008. There were 7 previous leaking failures all within several inches of the fittings. No failures were produced. The house was re-plumbed in April of 2014. The first leak occurred in December of 2013. ESI could not observe the plumbing as the house has no attic or basement. The plumbing was between floors and walls. The tubing found under the bathroom sink revealed UPONOR PEX both red and blue.

**McMahon Leak Summary**

| Leak # | Leak Date | Sample | Location |
|---|---|---|---|
| 1 | December 27, 2013 | Hot | Under third floor in garage at least 40 feet from hot water heater; split in pipe within 2 inches of fitting |
| 2 | January 6, 2014 | Hot | NW corner of garage above A/C duct work; 15 feet from hot water heater; horizontal run of pipe; split in pipe couple inches from fitting |
| 3 | February 3, 2014 | Hot | NW corner of garage, several feet from leak #2; above duct work; next to wall before it goes down to hot water heater; horizontal run of pipe |
| 4 | March 18, 2014 | Hot | Northside in garage under 3rd floor about 30 feet from hot water heater |
| 5 | March 30, 2014 | Hot | Close to leak #4; not sure if the same line or not; split in pipe within inches of fitting |
| 6 | March 31, 2014 | Hot | Behind wall above water heater; near ceiling between first and second floors |

McMahon Table 1



McMahon Photo 1: The hot water heater located on the first floor. The original plumbing has been replaced with copper plumbing. (Photos 127 and 128).

Municipality treated water, no additional water treatment at the residence. There is a TACO Cartridge recirculating pump from the water heater located at the lower level. The recirculating pump is a continuous duty pump. Home owner indicated the recirculating pump is replaced at the time of the re-plumb. The old pump was also a continuous recirculating pump. There is a Rheem 50 gallon gas water heater with a surge tank on top. The setting is mid-range at lower end of Hot.

**<u>Water Chemistry on Site</u>**

Hot and cold water chemistry on site included measurements of pH, Chlorine, Alkalinity, and Temperature using a AquaChek Tru Test meter and AquaChek Test Strips.

**Information from Meter**

| pH | Chlorine (cl) | Alkalinity | Temperature |
|---|---|---|---|
| 8.4 | 2.0 ppm | 140 | 79.3 F |
| 8.4 | 2.3 ppm | 120 | 118.3 F |

**Information from Test Strips**

| pH | Chlorine (cl) | Alkalinity | Water Source |
|---|---|---|---|
| >7.2 but <7.8 | 3 to 5.0 ppm | 80 to 120 | Cold-side |
| >7.2 but <7.8 | 1 to 3 ppm | 80 to 120 | Hot-side |

Water samples were also collected for laboratory analysis.

**Water Pressure and Flow Measurements**

Pressure at hose bib located at the front of the hose was 69 psi.

No Flow Measurements were done.

**Samples removed from the residence**

The removed plumbing sections were shown in the garage by the home owner and made available for sampling. ESI took 7 samples and Paragon took 8 samples.




McMahon Photo 2: Overall appearance of samples retained by Paragon and ESI. None of these samples were involved in incident leaks. McMahon #14 and McMahon#15 are Uponor PEX.

McMahon 1-McMahon 7 are in ESI's possession.

McMahon 1: ¾" tubing 65 inch long Terracotta 04-03-07-1

Mc Mahon 2: ¾" tubing 2 ½" long with an elbow. 25 inch long tubing Terracotta 04-03-07-1

McMahon 3: ¾ x ¾ x ½ brass CPI DuraPEX tee fitting. 4 inch long x 34 inch long x 2 inch long Terracotta (04-03-07-1)

McMahon 4: An assembly with three fittings (2 tees, and 1 elbow) CPI DuraPEX. ¾" Terracotta tubing 42 inch long 04-03-07-1

McMahon 5: CPI DuraPEX brass ½" elbow. ½" Terracotta tubing 55 inch long (04-05-07-1)

McMahon 6: ½" tubing into an elbow in to a tubing. CPI DuraPex brass. 4 inch terracotta pipe and 48 inch long terracotta (04-05-07-1)

McMahon 7: ¾ x ½ x 1/2" CPI DuraPEX Brass. 23 inch long ½" diameter PEX. (04-05-07-1) with hot written on it.

McMahon 8-McMahon 15 are in Paragon's possession.

McMahon 8: A CPI DuraPEX brass Elbow fitting with pipes on each end. (22 inch x 23 inch Terracotta NIBCO PEX.)

McMahon 9: 1-inch diameter Terracotta NIBCO PEX (35 inch in length) into a one-inch MATCO Shutoff valve. Out of Valve is a 1-inch diameter Terracotta NIBCO PEX (3 inch long) with a reducing brass coupling 1" X 3/4" with a 2-inch long ¾" inch blue.

McMahon 10: A ¾" diameter Terracotta NIBCO tubing 32 inches long.

McMahon 11: A ¾" diameter Terracotta NIBCO tubing 58 inches long.

McMahon 12: A ¾" diameter Terracotta NIBCO tubing 62 inches long.

McMahon 13: A ½" tubing 84 inches long with an Elbow covered in Foam insulation. The second ½" tubing is 8 inches long.

McMahon 14: A ½" diameter Uponor tubing about 8 inch long supplying cold water to kitchen sink.

McMahon 15: A ½" diameter Uponor tubing about 12 inches long supplying hot water to the kitchen sink.

ESI

4215 Campus Drive
Aurora, IL 60504

**Medders Residence Inspection on 8-24-2016**
James & Judy Medders Residence
3557 County Road
Stephenville, TX 76401



Medders Photo 1: Overall appearance of the Medders residence

**Background**

Reportedly, there were 3 locations of leaks. The failures were in fittings. One above the kitchen ceiling, the other two in Master bath suppling the sinks. No failures were produced. Background information showed two fittings failures (Coupler and a Tee).

| Leak # | Leak Date | Sample | Location |
|---|---|---|---|
| 1 | December 5, 2013 | Tee fitting | Attic above utility room |
| 2 | May 31, 2014 | Nipple fitting | Behind wall in master bedroom |
| 3 | June 10, 2014 | Tee fitting | Attic above master bathroom |

Medders Table 1: Medders Leak Summary

The water is supplied from a water well. No additional water treatment. The hot water heater was on the main floor of a ranch residence. The water heater is an A.O Smith electric 50 gallon water heater. No recirculating pumps or surge tank.

The repair locations were photo documented.



Medders Photo 2:The repairs in the fittings located in the attic were performed with one plastic tee fitting (3/4 x ¾ x ½) on the cold side and one brass (3/4”) coupling on the hot supply to master bath. The home owner indicated that the tubing was re-routed at the time of repair.



Medders Photo 3: Another repair location.

## Water Chemistry on Site

Hot and cold water chemistry on site included measurements of pH, Chlorine, Alkalinity, and Temperature using a AquaChek Tru Test meter and AquaChek Test Strips.

**Information from Meter**

| pH | Chlorine (cl) | Alkalinity | Temperature |
|---|---|---|---|
| 7.1 | 0.0 ppm | 160 | 76.1 F |
| 7.3 | 0.0 ppm | 100 | 130.8 F |

**Information from Test Strips**

| pH | Chlorine (cl) | Alkalinity | Water Source |
|---|---|---|---|
| >6.2 but <6.8 | 0.0 ppm | 120 to 180 | Cold-side |
| >6.2 but <6.8 | 0.0 ppm | 120 to 180 | Hot-side |

Water samples were also collected for laboratory analysis.

## Water Pressure and Flow Measurements

Pressure at hose bib located at the side of the hose was 40 psi.

## Flow Measurements

| Location | Hot Side (liters/minute) | Cold Side (liters/minute) |
|---|---|---|
| Laundry | 20.1 | 23.4 |
| Kitchen sink | 8.4 | 9.2 |
| Master-bath Sink #1 (left-side) | 8.8 | 10.0 |
| Master-bath Sink#2 (right-side) | 9.2 | 8.6 |
| Guest bathroom | 5.2 | 5.6 |

**Samples removed from the residence**

There were 15 samples taken from the Medders residence at the time of the inspection. Photo below shows the overall appearance of the samples that were removed, majority of the samples contained fitting samples for analysis. There were four tubing samples removed. There was no evidence of any cracking associated with these samples.




Medders Photo 4: Overall appearance of samples taken from Medders residence.

Medders 1: Sample was split between Paragon and ESI.

Medders 1-1: ESI has the sample. It is a ½ x ½ x ½ inch brass Tee NIBCO Fitting removed from attic. The length of NIBCO blue PEX on each is approximately 4 x 4 x 1 inches.

Medders 1-2: Paragon has the sample. It is a ½ inch brass NIBCO elbow. The length of Blue NIBCO tubing on each side is 4” x 2”.

Medders 2: Paragon has the sample. It is a ¾" non-NIBCO red tubing (6" long) repair into a ¾" non-NIBCO brass coupling into ¾" terra cotta tubing (43" long).

Medders 3: Paragon has the sample. It is a ¾ x ¾ x ½ inch brass NIBCO tee. The length of Terra Cotta NIBCO tubing on each side is 6" x 6" x 6".

Medders 4: Paragon has the sample. It is a ¾ x ¾ x ½ inch brass NIBCO tee. The length of Blue NIBCO tubing on each side is 41" x 6" x 4".

Medders 5: Paragon has the sample. It is a ¾ x ¾ x ½ inch brass NIBCO tee. The length of Blue NIBCO tubing on each side is 6" x 6" x 8".

Medders 6: Paragon has the sample. It is a ¾ x ¾ x ½ inch brass NIBCO tee. The length of Blue NIBCO tubing on each side is 6" x 7" x 6".

Medders 7: Paragon has the sample. It is a ¾ x ¾ x ½ inch brass NIBCO tee. The length of Blue NIBCO tubing on each side is 12" x 6" x 6".

Medders 8: Paragon has the sample. It is a ¾ x ¾ x ½ inch brass NIBCO tee. The length of Terra Cotta NIBCO tubing on each side is 5" x 13", and the ½" Blue NIBCO tubing is 5".

Medders 9: ESI has the sample. It is a ¾ x ¾ x ½ inch brass NIBCO tee. The length of Terra Cotta NIBCO tubing on each side is 13" x 4" x 4".

Medders 10: Paragon has the sample. It is a ¾ x ¾ x ½ inch brass NIBCO tee. The length of Blue NIBCO tubing on each side is 5" x 5" x 7".

Medders 11: Paragon has the sample. A repair assembly taken from above the kitchen in the attic, where a ½" cold supply line was repaired with a ¾ x ¾ x ½ plastic tee fitting to a ½" blue to an ½" elbow to a ½ inch blue to a plastic coupler fitting, also a ¾ x ¾ x ½ inch brass NIBCO tee was removed with this assembly with misc. lengths of tubing.

Medders 12: Shared by Paragon & ESI. ½ Blue NIBCO tubing 63" long kitchen supply.

Medders 13: Shared by Paragon & ESI. ½ Terra Cotta NIBCO tubing 57" long kitchen supply.

Medders 14: ESI has the sample. ¾ Blue NIBCO tubing 66" long (main line).

Medders 15: ESI has the sample. ¾ Terra Cotta NIBCO tubing 52" long main line)

ESI

4215 Campus Drive
Aurora, IL 60504

**Peperno Inspection on 10-17-2016**
Peperno Residence
915 Moosic Rd.
Old Forge, PA 18518



Peperno Photo 1: Photo from Google Earth

**Background**

Reportedly, there were 4 locations of leaks in tubing within 15 feet of the water heater. The plumbing schematic below shows the locations of the leaks and locations of the samples obtained from the inspection by Paragon and ESI.

| Leak # | Leak Date | Sample | Location |
|---|---|---|---|
| 1 | December 13, 2013 | Hot | Vertical pipe coming off water heater, near joint |
| 2 | April 19, 2014 | Hot | Horizontal section of pipe coming off water heater |
| 3 | June 7, 2014 | Hot | Horizontal section of pipe off water heater; 5-6 feet from water heater |
| 4 | April 25, 2016 | Hot | Horizontal section of pipe coming off water heater; further from water heater than previous leaks |

Peperno Table 1 Peperno Leak Summary

Below is a schematic documenting the leak locations.




Background information provided prior to attending the inspection contained a video file documenting a leak at repair #1 location in Red PEX tubing located just above the water heater. The water heater is a Rudd Powervent. A red tubing connected to the drain of the water heater is visible and the valve is in the open position.



Peperno Photo 2: Water leak location. Still photo taken from video provided prior to attending the inspection.



Peperno Photo 3: Plumbing lines in the basement away from the water heater.




Peperno Photo 4: Water heater.




Peperno Photo 5: Lines connected to the water heater drain.



Peperno Photo 6: Location of repair #1. Hot water outlet from water heater located just above the water heater.



Peperno Photo 7: Tracing the hot, cold, and line from water heater drain. Repair #2 shown by arrow. The failure may have been at a bracket.



Peperno Photo 8: Continuous from photo 7. Tracing the hot, cold, and line from water heater drain.



Peperno Photo 9: Continuous from photo 8. Tracing the hot, cold, and line from water heater drain.



Peperno Photo 10: Continuous from photo 9. Tracing the hot, cold, and line from water heater drain.




Peperno Photo 11: Continuous from photo 10. Tracing the hot, cold, and line from water heater drain. Location of Repair #3.

Mr. Peperno provided two pieces of tubing as photo documented below. The long sample contained a longitudinal crack, and the short piece did not contain any cracking and was not collected by Paragon.



Peperno Photo 12: Peperno retained samples. The long section contained a longitudinal crack and the failure is from repair #3 location.




Peperno Photo 13: Leak location confirmed for the Peperno retained samples. The longitudinal split in the tubing was located at a clamp.

The water is supplied from a municipality. No additional water treatment. The hot water heater was located in unfinished basement. The water heater is natural gas RUDD PowerVent 75 gallon water heater. The water heater was manufactured in 11/2007 model PVP75FW. No recirculating pumps, however there is a red PEX line attached to the drain with a valve that was going upward from the water heater but could not be traced to determine what it was supplying. The valve was in the close position at the time of the inspection.

There is an expansion tank on the cold water supply inlet side of the tank. The manufacture of the tank is Arrow Industries, BackStop part #12-A-102. The manufacturing code is 200710 (Possibly October 2007).

**Water Chemistry on Site**

Hot and cold water chemistry on site included measurements of pH, Chlorine, Alkalinity, and Temperature using a AquaChek Tru Test meter and AquaChek Test Strips.

**Information from Meter**

| pH | Chlorine (cl) | Alkalinity | Temperature |
|---|---|---|---|
| 7.3 | 4.6 ppm | 70 | 64.2 F |
| 7.5 | 0.0 ppm | 50 | 136.9 F |

**Information from Test Strips**

| pH | Chlorine (cl) | Alkalinity | Water Source |
|---|---|---|---|
| >6.8 but <7.2 | 3.0 to 5.0 ppm | 0 to 40 | Cold-side |
| >7.2 but <7.8 | 0.0 to 0.5 ppm | 40 to 80 | Hot-side |

Water samples were also collected for laboratory analysis.

**Water Pressure and Flow Measurements**

Pressure at a shower-head on 2nd floor is 55 psi.

**Flow Measurements**

| Location | Hot Side (liters/minute) | Cold Side (liters/minute) |
|---|---|---|
| Laundry | 21.3 | 24 |
| Kitchen sink | 8.0 | 7.8 |
| Master-bath Sink | 9.0 | 9.9 |
| Master bath shower | 9.9 | |
| Master bath Tub | 20.7 | 21.3 |
| 1st Floor Bathroom Sink | 7.9 | 8.2 |
| 2nd Floor bathroom Sink | 9.6 | 10.9 |
| 2nd Floor bathroom shower | 8.7 | |
| 2nd Floor bathroom tub | 9.3 | |

**<u>Samples removed from the residence (Total 11 samples taken, Paragon has 7 and ESI has 4)</u>**




Peperno Photo 14: Overall appearance of samples retained by Paragon and ESI.

Peperno 1: Paragon has the sample. ¾" Red (Hot) Tubing only. 35 inches in length 07/02/07-2 FR06-043-1-07

Peperno 2: Paragon has the sample. ¾" Red (Hot) Tubing only. 21 inches in length. Sample retained by Peperno. Longtidunial slit failure under a hold down bracket. 07/02/07-2 FR06-041-1-07. Repair was made on April 25, 2016.

Peperno 3: Paragon has the sample. ¾" Blue (Cold) Tubing only. 30 inches in length. 02/27/07-2 FB06-030-1-07.

Peperno 4: Paragon has the sample. ¾" x ¾" x ½" Brass Tee fitting from Red (Hot) supply. CPI DuraPex with calcium deposits. Tubing lengths 1" x 2"x 16 inch. Approximately 20 feet from water heater.

Peperno 5: Paragon has the sample. ¾" x ¾" x ½" Brass Tee fitting from Blue (Cold) supply. CPI Durapex. Tubing lengths 1.5"X2"x9 inches. Approximately 20 feet from water heater.

Peperno 6: Paragon has the sample. ¾" Red (24.5 inches long with date code 07/02/07-2 FR06-043-1-07) to ¾" Elbow (Brass M B PEX) ¾" Red (5 inch long) to ¾" x ¾" x1/2"Brass CPI Tee to ¾" Red (2" long) and ½" Red (28 " long manufacturing date code 02/28/07-2 FR04-015-4-07)
Peperno 7: ¾" X ¾" x1/2" Brass CPI DuraPEX Tee with (6" Long 02/27/07-2 FB06-030-1-07 x 6.5"long x 17" long 06/21/07-2 FB04-100-2-07) blue (cold) Tubing

ESI #1: ESI has the sample. ¾" Blue (cold) Tubing only 61 inches in length. 02/27/07-2 FB06-030-1-07 supply to water heater.

ESI #2: ESI has the sample. ¾" RED (hot) Tubing only 58 inches in length. 07/02/07-2 FR06-043-1-07. Hot supply. Mates with Peperno 8.

ESI #3: ESI has the sample. ¾" Red Hot Tubing only. 28 inches in length. 07/02/07-2 FR06-041-1-07. Mates with Peperno 7.

ESI#4: ESI has the sample. ½" Red Hot tubing. 50 inches in length. 02/28/07-2 FR04-015-4-07. Line from water heater drain.

4215 Campus Drive
Aurora, IL 60504

**Sminkey Inspection on 11-14-2016**
Sminkey Residence
1235 Red Rock Drive
Elgin, OK 73538



Sminkey Photo 1: The overall appearance of the Sminkey residence.



Sminkey Photo 2: Overall appearance of the garage. The water heater, an expansion tank, and a water softener were present.

**Background**

The home is ranch (one floor) constructed over a slab and the plumbing runs from the water heater located in the garage to under the slab to terminals. There have been repairs performed but the home has original plumbing.

| Leak # | Leak Date | Sample | Location |
|---|---|---|---|
| 1 | November 5, 2013 | Hot | Pipe coming out of top of water heater |
| 2 | Following week | Hot | Pipe running under water heater |
| 3 | Couple days after leak #2 | Hot | Run of pipe in wall off water heater |

Sminkey Table 1: Sminkey Leak Summary

Mr. Sminkey provided 4 pieces of tubing at the time of the inspection.



Sminkey Photo 3: Two of the four samples provided had a brass elbow with short pieces of tubing.



Sminkey Photo 4: Two of the four samples provided were short pieces of ¾" red tubing. No markings were found on the samples shown on left side. Markings on the other samples indicated NIBCO, no date code present on the pieces.

Four Samples of red tubing were provided by the home owner. Of the four sample provided only Sample 4 had a through wall slit. The other three samples did not have a through wall failure. Only accessible plumbing was what was visible at the water heater and below the water heater prior to plumbing going inside the slab of the house.

The water is supplied from a municipality. There is no pressure reducing valve. There is a water softener manufactured by GE on a separate supply line. The plumbing indicated that only the cold water supply is running through the water softener.

A separate cold water supply line is plumbed to the water heater. The water heater was located in the garage. The water heater is a 50 gallon gas water heater. The ProMax water heater was manufactured by A. O Smith in 11/25/2009 model GCV 50 200. No recirculating pump. The water heater temperature setting was set to “A”.

There is an expansion tank on the cold water supply inlet side of the tank. The manufacture of the tank is Watts Industries.



Sminkey Photo 5: A close up of the water heater.

Sminkey Residence Home Inspection Summary




Sminkey Photo 6: Tap in to cold water supply line.




Sminkey Photo 7: Plumbing below the platform of the water heater. Top blue is supply line to water heater. The curved lowest blue line is hot water supply from the water heater. The two blue lines supply and return water from the water softener located to the right of the water heater.




Sminkey Photo 8: Plumbing below the platform of the water heater. A possible location of a repair shown by the arrow. A sharkbite coupling fitting was used for the repair. This is a hot water line from the water heater.

## Water Chemistry on Site

Hot and cold water chemistry on site included measurements of pH, Chlorine, Alkalinity, and Temperature using a AquaChek Tru Test meter and AquaChek Test Strips.

### Information from Meter

| pH | Chlorine (cl) | Alkalinity | Temperature |
|---|---|---|---|
| 8.4 | 0.0 ppm | 170 | 64.5 F |
| 8.4 | 0.0 ppm | 140 | 139.2 F |

### Information from Test Strips

| pH | Chlorine (cl) | Alkalinity | Water Source |
|---|---|---|---|
| >7.2 but <7.8 | 0.0 to 0.5 ppm | 120 to 180 | Cold-side |
| >6.8 but <7.2 | 0.0 to 0.5 ppm | 120 to 180 | Hot-side |

Water samples were also collected for laboratory analysis.

## Water Pressure and Flow Measurements

Pressure at a front of the house at the hose bib is 57 psi. Pressure at Master shower fully on is 55 psi.

**Flow Measurements**

| Location | Hot Side (liters/minute) | Cold Side (liters/minute) |
|---|---|---|
| Kitchen sink | 8.4 | 7.9 |
| Master-bath Sink (left) | 10.6 | 10.6 |
| Master-bath Sink (right) | 9.3 | 9.3 |
| Master bath shower | 11.6 | |
| Master bath Tub | 17.7 | 18.6 |
| Guest Bathroom Sink | 7.9 | 9.0 |
| Guest Shower | 12.3 | |
| Guest Tub | 13.3 | |
| Front hose bib | 22.8 | |

**Samples removed from the residence (Total 11 samples taken, Paragon has all 11)**




Sminkey Photo 9: Overall appearance of the samples selected by Paragon.

Sminkey #1: ¾" Red tubing with ¾" Nibco Brass elbow with ¾" Red tubing.

Sample shown in Photo 2 left.

Sminkey #2: ¾" Red tubing with ¾" Nibco brass elbow with ¾" Red tubing.

Sample shown in Photo 2 right.

Sminkey #3: ¾" Red Tubing only. Sample shown in Photo 3 left.

Sminkey #4: ¾" Red Tubing only. Sample shown in photo 3 right.

Sminkey #5: ¾"21.5 inches long unused tubing. Blue tubing from Sharkbite. Supposedly a replacement tubing. This sample was found in homeowners garage.

Sminkey #6: Blue tubing Assembly as shown below.

Sminkey #7: Red Tubing assembly as shown below.

Sminkey #8,9,10: Removed from Jacuzzi in master bath.

Sminkey #11: Cold water supply to water heater and expansion tank to the right of the water heater.

# Appendix D

## Catalog of Available Samples for Examination

| ID# | Manufacturer | Fitting / Tubing | Material | Hot/Cold | Size (in.) | Length (in.) |
|---|---|---|---|---|---|---|
| McCoy (PPX-1) | Nibco | Tubing only | PEX | Blue | 3/4 | 16-1/2" |
| McCoy (PPX-2) | Nibco | Tubing & fitting | PEX | Blue/Red | 3/4 | 2-1/2", 1-1/2" |
| McCoy (PPX-3) | Zurn | Tubing only | PEX | White | 1/2 | 59" |
| McCoy #4 (PPX-4) | Zurn | Tubing only | PEX | White | 1/2 | 59" |
| Monica (PPX-5) | Nibco | Tubing & fitting | PEX | Blue | 1 x 1 x 3/4 | 5", 1-5/8", 3" |
| Monica (PPX-6) | Nibco | Tubing & fitting | PEX | Red | 3/4 | 3-1/2" |
| Monica (PPX-7) | Nibco | Tubing & fitting | PEX | Red | 1 x 3/4 x 3/4 | 0, 2", 2" |
| Monica (PPX-8) | Nibco | Tubing & fitting | PEX | Red | 3/4 | 2-1/4", 1-3/4" |
| Monica (PPX-9) | N/A | Tubing & fitting | PEX | Red | 3/4 x 1/2 x 1/2 | 3/4" x 1/2" x 1/2" |
| Monica (PPX-10) | N/A | Tubing & fitting | PEX | Red | 3/4 x 3/4 x 3/4 | 3/4" x 3/4" x 3/4" |
| Monica (PPX-11) | N/A | Tubing & fitting | PEX | Red | 3/4 x 3/4 | 3/4" |
| Cole #1 (PPX-15) | Nibco | Tubing only | PEX | Blue | 3/4 | 73" |
| Cole #2a(PPX-16) | Nibco | Tubing & Fitting | PEX | Red | 3/4x3/4x1/2 | 1", 16", 1" |
| Cole #3 (PPX-17) | Nibco | Tubing only | PEX | Red | 1/2 | 47" |
| Cole #4 (PPX-18) | Sharkbite | Tubing & Fitting | PEX | White/Red | 1/2 | 6", 5", 2" |
| Cole #7 (PPX-19) | Nibco | Tubing only | PEX | Blue | 1/2 | 40" |
| Cole #8 (PPX-20) | Watts | Tubing only | PEX | White | 1/2 | 18" |
| Cole #9 (PPX-21) | Nibco | Tubing only | PEX | Blue | 1/2 | 49" |
| Cole #11 (PPX-22) | Nibco | Tubing & Fitting | PEX | Blue | 3/4x3/4x1/2 | 6", 6", 6" |
| Cole #12 (PPX-23) | Nibco | Tubing only | PEX | Blue | 3/4 | 4-1/2" |
| Cole #13 (PPX-24) | Nibco | Tubing only | PEX | Blue | 3/4 | 5" |
| Cole #14 (PPX-25) | Nibco | Tubing only | PEX | Blue | 1/2 | 12" |
| Cole #15 (PPX-26) | Nibco | Tubing only | PEX | Blue | 1/2 | 12" |
| Cole #16 (PPX-27) | Nibco | Tubing only | PEX | Blue | 1/2 | 15" |
| Cole #17 (PPX-28) | Nibco | Tubing only | PEX | Blue | 1/2 | 11" |
| Cole #18 (PPX-29) | Nibco | Tubing & Fitting | PEX | Blue | 3/4x3/4x1/2 | 1/4", 1/4", 1/2" |
| Cole #19 (PPX-30) | Nibco | Tubing only | PEX | Red | 3/4 | 17" |
| Cole #20 (PPX-31) | Nibco | Tubing only | PEX | Red | 1/2 | 14" |
| Cole #21 (PPX-32) | Nibco | Tubing & Fitting | PEX | Red | 3/4 x 1/2 x 1/2 | 1/4", 1/4", 1/4" |
| Cole #22 (PPX-33) | Nibco | Tubing & Fitting | PEX | Red | 3/4x3/4 | 1/4", 1/8" |
| Cole #23 (PPX-34) | Nibco | Tubing & Fitting | PEX | Red | 1/2x1/2 | 1" |
| Cole #24 (PPX-35) | Nibco | Tubing only | PEX | Red | 1/2 | 23-3/4" |
| Cole #25 (PPX-36) | Nibco | Tubing only | PEX | Red | 1/2 | 10" |
| Cole #26 (PPX-37) | Nibco | Tubing only | PEX | Red | 1/2 | 10" |
| Cole #27 (PPX-38) | Nibco | Tubing only | PEX | Red | 1/2 | 4" |
| Cole #28 (PPX-39) | Nibco | Tubing only | PEX | Blue | 1/2 | 11-1/2" |
| McCoy (PPX-40) | Nibco | Tubing only | PEX | Terra Cotta | 3/4 | 21-1/2" |
| Sminkey #1 (PPX-42) | Nibco | Tubing & fitting | PEX | Red | 3/4 | 3-3/4", 1-1/2" |
| Sminkey #2 (PPX-43) | Nibco | Tubing & fitting | PEX | Red | 3/4 | 7", 1" |
| Sminkey #3 (PPX-44) | N/A | Tubing only | PEX | Red | 3/4 | 10" |
| Sminkey #4 (PPX-45) | Nibco | Tubing only | PEX | Red | 3/4 | 16" |
| Sminkey #4a (PPX-46) | Nibco | Tubing only | PEX | Red | 3/4 | 36" |
| Sminkey #4b (PPX-47) | Nibco | Tubing only | PEX | Red | 3/4 | 35" |
| Sminkey #5 (PPX-48) | Sharkbite | Tubing only | PEX | Blue | 3/4 | 21-1/2" |
| Sminkey #6 (PPX-49) | Nibco | Tubing & (4) fittings | PEX | Blue | 3/4 & 1/2 | 1-1/2", 1-1/2", 5", 3", 3-3/4", 1-1/2, 4", 11-1/2" |
| Sminkey #7a (PPX-50) | Nibco | Tubing & (2) fittings | PEX | Red | 3/4 & 1/2 | 2", 2", 1" |
| Sminkey #7b (PPX-51) | Nibco | Tubing only | PEX | Red | 1/2 | 13" |
| Sminkey #8 (PPX-52) | Nibco | Tubing & (3) fittings | PEX | Blue / Red | 1/2 | 3/4", 1/2", 1-1/2", 9-1/2", 2-1/2" |
| Sminkey #9 (PPX-53) | Nibco | Tubing & fitting | PEX | Red | 1/2 | 8", 1" |
| Sminkey #10 (PPX-54) | Nibco | Tubing & fitting | PEX | Blue | 1/2 | 14", 1" |
| Sminkey #11 (PPX-55) | Nibco | Tubing & (3) fittings | PEX | Blue / Red | 3/4 | 2", 4", 3", 2", 1-1/4" |
| Boyd (PPX-56) | Nibco | Tubing only | PEX | Terra Cotta | 1/2 | 16" |
| Boyd (PPX-57) | Nibco | Tubing only | PEX | Terra Cotta | 3/4 | 13-3/4" |
| Boyd (PPX-58) | Nibco | Tubing only | PEX | Terra Cotta | 3/4 | 13-3/4" |
| Boyd (PPX-59) | Nibco | Tubing only | PEX | Terra Cotta | 3/4 | 16-1/4" |
| Boyd (PPX-60) | Nibco | Tubing only | PEX | Terra Cotta | 1/2 | 17" |
| Boyd (PPX-61) | Nibco | Tubing only | PEX | Terra Cotta | 3/4 | 12-1/4" |
| Boyd #1 (PPX-62) | Nibco | Tubing only | PEX | Terra Cotta | 1/2 | 34" |
| Boyd #2 (PPX-63) | Nibco | Tubing & fitting | PEX | N/A | 3/4x1/2x1/2 | 22-1/2", 5", 2" |
| Boyd #3 (PPX-64) | Nibco | Tubing & fitting | PEX | Terra Cotta | 3/4x1/2x1/2 | 25", 38", 4" |
| Boyd #4 (PPX-65) | Rehau | Tubing only | PEX | Blue | 3/4 | 4-1/2" |
| Boyd #5 (PPX-66) | Rehau | Tubing only | PEX | Red | 3/4 | 6" |
| Boyd #6a (PPX-67) | Rehau | Tubing & fitting | PEX | Red | 3/4x3/4 | 24", 11" |
| Boyd #6b (PPX-68) | Rehau | Tubing & (3) fittings | PEX | Blue/Terra Cotta | 3/4 | 2", 2-1/2",18", 27-1/4" |
| Boyd #6c (PPX-69) | Rehau | Tubing only | PEX | Blue | 3/4 | 17" |
| McMahon (PPX-70) | Nibco | Tubing only | PEX | Terra Cotta | 3/4 | 72" |
| McMahon (PPX-71) | Nibco | Tubing & fitting | PEX | Terra Cotta | 1/2x1/2 | 3", 1" |
| McMahon (PPX-72) | Nibco | Tubing & (2) fittings | PEX | Terra Cotta | 3/4 | 1", 2-1/4", 1" |
| McMahon (PPX-73) | Nibco | Tubing & fitting | PEX | Terra Cotta | 3/4x3/4x3/4 | 5/8", 7/8", 1-1/8" |
| McMahon (PPX-74) | Nibco | Tubing & fitting | PEX | Terra Cotta | 3/4x3/4x1/2 | 5/8", 7/8", 5/8" |
| McMahon (PPX-75) | Nibco | Tubing & fitting | PEX | Terra Cotta | 3/4x3/4x1/2 | 3/4"x3/4"x5/8" |

| | | | | | | |
|---|---|---|---|---|---|---|
| McMahon #10 (PPX-76) | Nibco | Tubing only | PEX | Terra Cotta | 3/4 | 32" |
| McMahon #11 (PPX-77) | Nibco | Tubing only | PEX | Terra Cotta | 3/4 | 58" |
| McMahon #9 (PPX-78) | Nibco | Tubing & (3) fittings | PEX | Blue/Terra Cotta | 1x3/4 | 35-1/2", 3", 2" |
| McMahon #12 (PPX-79) | Nibco | Tubing only | PEX | N/A | 3/4 | 62" |
| McMahon #13 (PPX-80) | Nibco | Tubing & fitting | PEX | Terra Cotta | 1/2x1/2 | 83", 8" |
| McMahon #8a (PPX-81) | Nibco | Tubing & fitting | PEX | N/A | 1/2 | 32", 16" |
| McMahon #14 (PPX-82) | Uponor | Tubing only | PEX | Blue | 1/2 | 8-1/2" |
| McMahon #15 (PPX-83) | Uponor | Tubing only | PEX | Red | 1/2 | 10-1/2" |
| Peperno (a) Elbow (PPX-84) | N/A | Tubing & (3) Fittings | PEX | Red | 3/4 | 3", 7-3/8", 21-3/4", 1" |
| Peperno (b) Valve (PPX-84) | N/A | Tubing & (3) Fittings | PEX | Red | 3/4 | 3", 7-3/8", 21-3/4", 1" |
| Peperno (c) Transition (PPX-84) | N/A | Tubing & (3) Fittings | PEX | Red | 3/4 | 3", 7-3/8", 21-3/4", 1" |
| Peperno #1 (PPX-85) | Nibco | Tubing only | PEX | Red | 3/4 | 35" |
| Peperno #2 (PPX-86) | Nibco | Tubing only | PEX | Red | 3/4 | 21" |
| Peperno #3 (PPX-87) | Nibco | Tubing only | PEX | Blue | 3/4 | 30" |
| Peperno #4 (PPX-88) | Nibco | Tubing & fitting | PEX | Red | 3/4x3/4x1/2 | 1", 2", 16" |
| Peperno #5 (PPX-89) | Nibco | Tubing & fitting | PEX | Blue | 3/4x3/4x1/2 | 2", 1-1/2", 9" |
| Peperno #6 (PPX-90) | Nibco | Tubing & fitting | PEX | Red | 3/4x3/4x1/2 | 5", 2", 29" |
| Peperno #7 (PPX-91) | Nibco | Tubing & fitting | PEX | Blue | 3/4x3/4x1/2 | 6-1/2", 6", 17" |
| Peperno (PPX-92) | Oatey | Hold Down Bracket | | | | |
| Medders (PPX-93) | Nibco | Tubing & fitting | PEX | Terra Cotta / Blue | 3/4 x 1/2 x 1/2 | 4-1/2", 6-1/2", 4-1/2" |
| Medders (PPX-94) | Nibco | Tubing & fitting | PEX | Blue | 1/2 | 3", 2-1/2", 3-3/4" |
| Medders (PPX-95) | Nibco | Tubing & fitting | PEX | Terra Cotta | 3/4 x 3/4 | 6", 4-1/2" |
| Medders (PPX-96) | Nibco | Tubing & fitting | PEX | Blue | 3/4 x 3/4 | 4-3/4", 4-3/8" |
| Medders (PPX-97) | Nibco | Tubing & fitting | PEX | Blue | 3/4 x 1/2 x 1/2 | 3", 6-1/4", 2-1/4" |
| Medders (PPX-98) | Nibco | Tubing & fitting | PEX | Blue | 3/4 x 3/4 x 3/4 | 5-1/2", 6", 6-1/2" |
| Medders (PPX-99) | Nibco | Tubing & fitting | PEX | Blue | 3/4 x 3/4 x 1/2 | 1/2", 1/2", 1" |
| Medders #1 (PPX-100) | Nibco | Tubing & fitting | PEX | Blue | 1/2x1/2 | 4-1/2", 2-1/4" |
| Medders #2 (connected to #3) (PPX-101) | Nibco | Tubing & fitting | PEX | Terra Cotta / Red | 3/4 | 6-1/2", 21" |
| Medders #3 (connected to #2) (PPX-102) | Nibco | Tubing & fitting | PEX | Terra Cotta | 3/4 x 3/4 x 1/2 | 21", 6", 5" |
| Medders #4 (PPX-103) | Nibco | Tubing & fitting | PEX | Blue | 3/4 x 3/4 x 1/2 | 41-1/2", 6", 4-1/2" |
| Medders #7 (PPX-104) | Nibco | Tubing & fitting | PEX | Blue | 3/4 x 3/4 x 1/2 | 12-1/2", 6", 6-1/4" |
| Medders #12 (PPX-105) | Nibco | Tubing only | PEX | Blue | 1/2 | 33" |
| Medders #13 (PPX-106) | Nibco | Tubing only | PEX | Terra Cotta | 1/2 | 28" |
| Medders #10 (PPX-107) | Nibco | Tubing & fitting | PEX | Blue | 3/4 x 3/4 x 3/4 | 7", 5-1/2", 5" |
| Medders #8 (PPX-108) | Nibco | Tubing & fitting | PEX | Terra Cotta / Blue | 3/4x3/4x1/2 | 9-1/2", 5", 5" |
| Medders #6 (PPX-109) | Nibco | Tubing & fitting | PEX | Blue | 3/4 x 3/4 x 1/2 | 7", 6", 6-1/2" |
| Medders #5 (PPX-110) | Nibco | Tubing & fitting | PEX | Blue | 3/4 x 3/4 x 1/2 | 6-1/2", 6-1/2", 8" |
| Medders #11-1 assy. (PPX-111) | Nibco & Repl. | Tubing & fitting | PEX | Blue | 3/4x3/4x1/2 | 6", 4-1/2", 13" |
| Medders #11-2 assy. (PPX-112) | Replacement | Tubing & fitting | PEX | Blue | 1/2x1/2 | 13", 7" |
| Medders #11-3 assy. (PPX-113) | Nibco & Repl. | Tubing & fitting | PEX | Blue | 1/2x1/2 | 7", 4" |
| Medders #11-4 assy. (PPX-114) | Nibco | Tubing & fitting | PEX | Blue | 3/4x3/4x1/2 | 5-1/4", 4-1/2, 6" |
| Cole (PPX-171) | Nibco | Tubing & fitting | PEX | Red | 3/4 | 49" |
| Cole (PPX-172) | Nibco | Tubing only | PEX | Red | 3/4 | 80-1/2" |
| Cole (PPX-173) | Nibco | Tubing only | PEX | Red | 3/4 | 69" |
| Cole (PPX-174) | Nibco | Tubing only | PEX | Red | 3/4 | 38" |
| Cole (PPX-175) | Sharkbite | Tubing only | PEX | Red | 3/4 | 25" |
| Cole (PPX-176) | Nibco | Tubing only | PEX | Red | 3/4 | 26-1/2" |
| Cole (PPX-177) | Nibco | Tubing only | PEX | Red | 3/4 | 25" |
| Cole (PPX-178) | N/A | Tubing only | PEX | Red | 3/4 | 20" |
| Cole (PPX-179) | Nibco | Tubing only | PEX | Red | 3/4 | 18" |
| Cole (PPX-180) | Nibco | Tubing only | PEX | Red | 3/4 | 60" |
| Cole (PPX-181) | Nibco | Tubing only | PEX | Red | 1/2 | 57" |
| Cole (PPX-182) | Nibco | Tubing only | PEX | Red | 1/2 | 10' Coil |
| Cole (PPX-183) | Nibco | Tubing only | PEX | Red | 1/2 | 20' Coil |

# Appendix E

## Laboratory Inspection Summary for McCoy Residence

ESI

4215 Campus Drive
Aurora, IL 60504

ESI Project#: 50105A Cole v NIBCO
Plaintiff: McCoy
PPX#: 1



Photo 1: Overall Appearance of the Sample.

General Information:
Date of Manufacturing: Not available (????-208-1-09)
Color, Size, and Service: 3/4 inch Blue
Total length of sample: 16-1/2 inches
Crack Orientation: Longitudinal slit at tubing end ~1 1/4:" long



Photo 2: Appearance of the axial slit on the outer surface.




Photo 3: Sample was slit by Paragon.

<u>Workmanship</u>: Tubing is homogenous throughout and free of visible cracks, holes, foreign inclusions or other defects except for the failure observed.

<u>Outside diameter</u> (Requirement for 3/4 -inch tubing = 0.875 +/-0.004 inches)

Outer Diameter: 0.887 inches

<u>Wall thickness</u>
Measurements at 8 locations: Requirement for ¾" SDR 9 = 0.097 + 0.010 inches

| Wall Thickness (inches) |
|---|
| 0.1012 |
| 0.1024 |
| 0.1021 |
| 0.1011 |
| 0.1017 |
| 0.0999 |
| 0.1017 |
| 0.1028 |

<u>Optical Microscopy:</u>

Fracture was not exposed, sample identified by Paragon as Court Exhibit.



Photo 4: Appearance of the axial slit on the inner surface.




Photo 5: Appearance of the inner surface show no evidence of crazing.



Photo 6: The axial crack runs the entire length of the tubing.



Photo 7: The axial crack runs the entire length of the tubing.

ESI



Photo 8: Mating half did not have any cracking



Photo 9: Same as Photo 8

FTIR

| | **Carbonyl** | **Polymer** | **Carbonyl Index** |
|---|---|---|---|
| **Sample** | **1710 to 1720 cm-1** | **1463 cm-1** | |
| Inner surface 0 to 0.03 mm | 0.038 | 0.7315 | 0.0519 |
| Inner surface 0.03 to 0.06 mm | 0.0137 | 1.2632 | 0.0108 |
| Inner surface 0.06 to 0.09 mm | 0.0147 | 1.3386 | 0.0110 |
| Core | 0.0297 | 1.4691 | 0.0202 |
| | | | |
| Outer Surface 0 to 0.03 mm | 0.0381 | 1.1379 | 0.0335 |
| Outer Surface 0.03 to 0.06 mm | 0.0297 | 1.2862 | 0.0231 |
| Outer Surface 0.06 to 0.09 mm | 0.0163 | 1.3346 | 0.0122 |

Table 1

ESI

4215 Campus Drive
Aurora, IL 60504

ESI Project#: 50105A Cole v NIBCO
Plaintiff: McCoy
PPX#: 2




Photo 1: Overall Appearance of the Sample.

<u>General Information:</u>
Date of Manufacturing: Not available
Color, Size, and Service: 3/4 inch Blue/Red
Total length of sample: 2-1/2 inches/1-1/2 inches
Crack Orientation: Longitudinal slit at end of blue tubing




Photo 2: Longitudinal slit present on blue ¾" tubing.



Photo 3: The sample was slit and manually bent open to expose the crack. A longitudinal crack was present along the length of the sample.



Photo 4: The fracture resulted from multiple crack initiation points along the length of the tubing. Adjacent cracks coalesced as crack propagated from slow crack growth mechanism. There is ductile deformation and stress whitening of material from manually bending the sample observed ahead of the crack that developed in the field.

ESI



Photo 5: Same as Photo 4.

Workmanship: Tubing is homogenous throughout and free of visible cracks, holes, foreign inclusions or other defects except for the failure observed.

Outside diameter (Requirement for 3/4 -inch tubing = 0.875 +/-0.004 inches)

Outer Diameter: 0.885 inches (Blue) / 0.883 inches (Red)

Wall thickness
Measurements at 8 locations: Requirement for ¾" SDR 9 = 0.097 + 0.010 inches

| Wall Thickness (inches) | |
|---|---|
| Blue | Red |
| 0.1012 | 0.1045 |
| 0.1021 | 0.1035 |
| 0.1020 | 0.1035 |
| 0.1016 | 0.1035 |
| 0.1006 | 0.1032 |
| 0.1001 | 0.1038 |
| 0.1006 | 0.1038 |
| 0.1015 | 0.1047 |

Optical Microscopy:




Photo 6: Fracture surface features show evidence of multiple initiations relatively close to each other along with micro-ductility and stress whitening resulting from slow crack growth bands. No evidence of surface crazing below the fracture.




Photo 7: Fracture surface features show evidence of multiple initiations relatively close to each other along with micro-ductility and stress whitening resulting from slow crack growth bands. No evidence of surface crazing below the fracture.

*PPX-2*




Photo 8: Fracture surface features show evidence of multiple initiations relatively close to each other along with micro-ductility and stress whitening resulting from slow crack growth bands.




Photo 9: Fracture surface features show evidence of multiple initiations relatively close to each other along with micro-ductility and stress whitening resulting from slow crack growth bands.

ESI




Photo 10: The repair in this tubing was made after a crack had already developed on the internal surface. This indicates that this section of tubing may be continuous from PPX-1 sample.




Photo 11: Additional micro-cracks present located 180 degrees to the axial slit. No additional crazing present on the inner surface.




Photo 12: Higher magnification of the small micro-cracks located 180 degrees to the main axial slit.

FTIR

| | Carbonyl | Polymer | Carbonyl Index |
|---|---|---|---|
| Sample | 1710 to 1720 cm-1 | 1463 cm-1 | |
| Inner surface 0 to 0.03 mm | 0.0313 | 0.9788 | 0.0826 |
| Inner surface 0.03 to 0.06 mm | 0.0133 | 1.3023 | 0.0102 |
| Inner surface 0.06 to 0.09 mm | 0.0174 | 1.3587 | 0.0128 |
| Core | 0.0201 | 1.3963 | 0.0144 |
| | | | |
| Outer Surface 0 to 0.03 mm | 0.0076 | 1.0285 | 0.0074 |
| Outer Surface 0.03 to 0.06 mm | 0.0058 | 1.2292 | 0.0047 |

Table 1

4215 Campus Drive
Aurora, IL 60504

ESI Project#50105A Cole v NIBCO
Plaintiff: McCoy
PPX#4

Overall appearance of the sample



Photo 1: Overall appearance of the Zurn tubing that failed at McCoy residence on the day of the home inspection.

Date of Manufacturing: 05/12/08-18:21
Size and Service: ½ inch White
Length: 59 inches
Crack orientation: Longitudinal slit on side wall



Photo 2: Close up of the axial slit that developed in the tubing.



Photo 3: Same as Photo 2.

<u>Outside diameter</u> (Requirement for ½ -inch tubing = 0.625 +/- 0.004 inches)

Outer Diameter: 0.637 inches

<u>Wall thickness</u>
Measurements at 8 locations: Requirement for ½" SDR 9 = minimum 0.070 + 0.010 inches

| Wall Thickness (inches) |
|---|
| 0.0758 |
| 0.0756 |
| 0.0752 |
| 0.0746 |
| 0.0745 |
| 0.0767 |
| 0.0754 |
| 0.0776 |

Optical Microscopy:




Photo 4: Microscope image of the axial slit.




Photo 5: Microscope image of the axial slit. The crack on the inner surface may be longer than the through wall axial slit as evidenced by axial depression near the crack.

# Appendix F

## Laboratory Inspection Summary for Cole Residence

4215 Campus Drive
Aurora, IL 60504

ESI Project#: 50105A Cole v NIBCO
Plaintiff: Cole
PPX#: 15



Photo 1: Overall appearance of the sample. No apparent failure.

General Information:
Date of Manufacturing: 02/18/08-2 (FB06-032-1-08
Color, Size, and Service: 3/4 inch Blue
Total length of sample: 73 inches
Crack Orientation: No apparent failure.

Workmanship: Tubing is homogenous throughout and free of visible cracks, holes, foreign inclusions or other defects.

Outside diameter (Requirement for 3/4 -inch tubing = 0.875 +/-0.004 inches)

Outer Diameter: 0.881 inches

Wall thickness

Measurements at 8 locations: Requirement for ¾" SDR 9 = 0.097 + 0.010 inches

| Wall Thickness (inches) |
| --- |
| 0.1013 |
| 0.1022 |
| 0.1015 |
| 0.1010 |
| 0.1001 |
| 0.1029 |
| 0.1011 |
| 0.1007 |

ESI

Optical Microscopy



Photo 2: Tubing slit by Paragon. No evidence of any cracking or crazing on the inner surface.


Photo 3: No evidence of any cracking or crazing on the inner surface.

ESI

<u>Hydrostatic Burst Pressure</u>

The minimum burst pressure for PEX plastic tubing with 3/4 inch nominal tubing size SDR 9 at room temperature is 475 psi.

Measured burst pressure = 970 psig/62 seconds.




Photo 4: Sample prepared for burst strength testing.




Photo 5: A close up of the failure location from hydrostatic burst strength testing.

Density

PEX Tubing material shall have a minimum density of 0.926 g/cc.

Measured Density = 0.9285 g/cc.

Tensile Test




Photo 6: Inner surface of tensile samples cut from the tubing. No evidence of any cracking or crazing was found.




Photo 7: Inner surface of tensile samples cut from the tubing. No evidence of any cracking or crazing found on the inner surface.

*PPX-15*

**Specimen Results:**

| Specimen # | Width<br>in | Thickness<br>in | Peak Load<br>lbf | Peak Stress<br>psi | Strain At Break<br>% |
|---|---|---|---|---|---|
| 1 | 0.178 | 0.101 | 60.112 | 3340.3 | 576.230 |
| 2 | 0.178 | 0.101 | 59.679 | 3316.3 | 590.743 |
| 3 | 0.178 | 0.102 | 62.355 | 3447.9 | 607.383 |
| 4 | 0.178 | 0.100 | 58.660 | 3308.7 | 517.424 |
| 5 | 0.178 | 0.100 | 57.449 | 3217.8 | 525.174 |
| Mean | 0.178 | 0.101 | 59.651 | 3326.2 | 563.391 |
| Std. Dev. | 0.000 | 0.001 | 1.827 | 82.4 | 40.068 |




Figure 1



Photo 8: Tensile samples before and after testing.



Photo 9: Inner surface of sample after 517% elongation to break in tensile testing.



Photo 10: The appearance of inner surface at fracture location.

ESI

4215 Campus Drive
Aurora, IL 60504

ESI Project#50105A Cole v NIBCO
Plaintiff: Cole
PPX#: 21



Photo 1: Overall appearance of the sample as received at ESI. Non-incident sample.

General Information:
Date of Manufacturing: 07/21/08-1 (FB04-177-4-08)
Size and Service: ½ inch Blue
Length: 49 inches
Crack orientation: No Apparent failure.



Photo 2: The tubing was slit by Paragon. Inner surface showed no evidence of crazing or cracking.

Phone: (630) 851-4566 ▪ Fax: (630) 851-4870

www.esi-website.com

Workmanship: Tubing is homogenous throughout and free of visible cracks, holes, foreign inclusions or other defects.

Outside diameter (Requirement for ½ -inch tubing = 0.625 +/- 0.004 inches)

Outer Diameter: 0.636 inches

Wall thickness
Measurements at 8 locations: Requirement for ½" SDR 9 = minimum 0.070 + 0.010 inches

| Wall Thickness (inches) |
|---|
| 0.0735 |
| 0.0753 |
| 0.0737 |
| 0.0745 |
| 0.0741 |
| 0.0747 |
| 0.0736 |
| 0.0736 |

Density

PEX Tubing material shall have a minimum density of 0.926 g/cc.

Measured Density = 0.9410 g/cc.

Hydrostatic Burst Pressure

The minimum burst pressure for PEX plastic tubing with ½ inch nominal tubing size SDR 9 at room temperature is 480 psi.

Measured burst pressure = 974 psig/61 seconds.




Photo 3: Overall appearance of sample prepared for hydrostatic burst strength testing.




Photo 4: Failure at 974 psig in room temperature burst strength testing.



Photo 5: Close up of burst strength test failure.

Tensile Test




Photo 6: Inner surface of tensile samples cut from sectioned tubing.




Photo 7: Inner surface of tensile samples cut from sectioned tubing.

**Specimen Results:**

| Specimen # | Width<br>in | Thickness<br>in | Peak Load<br>lbf | Peak Stress<br>psi | Strain At<br>Break<br>% |
|---|---|---|---|---|---|
| 1 | 0.180 | 0.074 | 39.909 | 3016.5 | 477.363 |
| 2 | 0.180 | 0.075 | 48.390 | 3574.9 | 595.120 |
| 3 | 0.180 | 0.075 | 51.624 | 3829.1 | 636.234 |
| 4 | 0.180 | 0.074 | 44.345 | 3320.2 | 548.544 |
| 5 | 0.180 | 0.075 | 49.750 | 3704.9 | 605.129 |
| Mean | 0.180 | 0.074 | 46.804 | 3489.1 | 572.478 |
| Std. Dev. | 0.000 | 0.001 | 4.691 | 324.6 | 61.772 |

Table 1




Figure 1




Photo 8: Inner surface appearance after 477% elongation in tensile testing.




Photo 9: Inner surface appearance after 477% elongation in tensile testing.

ESI

4215 Campus Drive
Aurora, IL 60504

ESI Project#50105A Cole v NIBCO
Plaintiff: Cole
PPX#23



Photo 1: Overall appearance of the sample

General Information:
Date of Manufacturing: 02/18/0?
Size and Service: 3/4 inch Blue
Length: 4-1/2 inches
Crack orientation: Longitudinal slit with noticeable sharkbite teethmarks at the pipe end. Has inner surface longitudinal micro cracks



Photo 2: Close up of the axial slit.



Photo 3: The sample was slit open by Paragon.


Photo 4: Multiple axial cracks on the inner surface.

<u>Workmanship:</u> Tubing is homogenous throughout and free of visible cracks, holes, foreign inclusions or other defects except for the failure observed.

<u>Outside diameter</u> (Requirement for 3/4 -inch tubing = 0.875 +/-0.004 inches)

Outer Diameter: 0.882 inches

Wall thickness

Measurements at 8 locations: Requirement for ¾" SDR 9 = 0.097 + 0.010 inches

| Wall Thickness (inches) |
| --- |
| 0.1024 |
| 0.1019 |
| 0.1023 |
| 0.1021 |
| 0.0999 |
| 0.1012 |
| 0.1018 |
| 0.1018 |

Optical Microscopy



Photo 5: Axial Cracks were manually bent to exposed the fracture surface.

*PPX-23*




Photo 6: Through wall crack developed from multiple cracks initiating from the inner surface. Presence of elliptical shaped crack growth markings indicate failure resulted from propagation by slow crack growth mechanism.




Photo 7: Mating half of fracture. Shows evidence inner surface micro-cracking below the fracture location.




Photo 8: Same as 7




Photo 9: Higher magnification of crack origin and slow crack growth features.



Photo 10: Mating half of fracture shows evidence of axial surface crazes and micro-cracking on the inner surface below the fracture location.



Photo 11: Inner surface of mating half of tubing also exhibited axial crazes and micro-cracking

ESI



Photo 12: Same as Photo 11



Photo 13: Same as Photo 11



Photo 14: Same as Photo 11



Photo 15: Same as Photo 11

FTIR

| | **Carbonyl** | **Polymer** | **Carbonyl Index** |
|---|---|---|---|
| **Sample** | **1710 to 1720 cm-1** | **1463 cm-1** | |
| Inner surface 0 to 0.03 mm | 0.1043 | 0.7897 | 0.1321 |
| Inner surface 0.03 to 0.06 mm | 0.0545 | 1.3564 | 0.0402 |
| Inner surface 0.06 to 0.09 mm | 0.0415 | 1.4123 | 0.0294 |
| Core | 0.0363 | 1.498 | 0.0242 |
| | | | |
| Outer Surface 0 to 0.03 mm | 0.0483 | 0.5714 | 0.0845 |
| Outer Surface 0.03 to 0.06 mm | 0.0363 | 1.3301 | 0.0273 |
| Outer Surface 0.06 to 0.09 mm | 0.0394 | 1.3616 | 0.0289 |

Table 1

ESI

4215 Campus Drive
Aurora, IL 60504

ESI Project#50105A Cole v NIBCO
Plaintiff: Cole
PPX#24




Photo 1: Overall appearance of the sample.

General Information:
Date of Manufacturing: Not available
Color, Size, and Service: 3/4 inch Blue
Total length of sample: 5 inches
Crack Orientation: Multiple internal longitudinal slits




Photo 2: The tubing was slit by Paragon.

Phone: (630) 851-4566 ▪ Fax: (630) 851-4870



Photo 3: Axial crack present on the inner surface.

Workmanship: Tubing is homogenous throughout and free of visible cracks, holes, foreign inclusions or other defects except for the failure observed.

Outside diameter (Requirement for 3/4 -inch tubing = 0.875 +/-0.004 inches)

Outer Diameter: 0.881 inches

Wall thickness
Measurements at 8 locations: Requirement for ¾" SDR 9 = 0.097 + 0.010 inches

| Wall Thickness (inches) |
|---|
| 0.1021 |
| 0.1012 |
| 0.1008 |
| 0.1000 |
| 0.1019 |
| 0.1019 |
| 0.1015 |
| 0.1012 |

Optical Microscopy




Photo 4: Small section with the axial slit was cut and manually bent open by Paragon to expose the fracture surface. Other smaller axial slits observed below the fracture location.




Photo 5: Fracture developed from single crack origin.




Photo 6: Mating half also had smaller axial slits below the fracture.




Photo 7: Higher magnification of the fracture origin and slow crack growth features.




Photo 8: Other side of the slit tubing also showed presence of axial surface cracking.




Photo 9: Other side of the slit tubing also showed presence of axial surface cracking.

FTIR

| | Carbonyl | Polymer | Carbonyl Index |
|---|---|---|---|
| **Sample** | **1710 to 1720 cm-1** | **1463 cm-1** | |
| Inner surface 0 to 0.03 mm | 0.0718 | 1.026 | 0.0700 |
| Inner surface 0.03 to 0.06 mm | 0.0183 | 1.4541 | 0.0126 |
| Inner surface 0.06 to 0.09 mm | 0.0123 | 1.4912 | 0.0082 |
| Core | 0.0281 | 1.6124 | 0.0174 |
| | | | |
| Outer Surface 0 to 0.03 mm | 0.012 | 1.2302 | 0.0098 |
| Outer Surface 0.03 to 0.06 mm | 0.0143 | 1.5173 | 0.0094 |

Table 1

4215 Campus Drive
Aurora, IL 60504

ESI Project#50105A Cole v NIBCO
Plaintiff: Cole
PPX#: 25




Photo 1: Overall appearance of the sample.

General Information:
Date of Manufacturing: Not available
Size and Service: ½ inch Blue
Length: 6 inches
Crack orientation: Circumferential slit on outer bend radius

Optical Microscopy




Photo 2: Circumferential cracking on the outer bend radius.

Outside diameter (Requirement for ½ -inch tubing = 0.625 +/- 0.004 inches)

Outer Diameter: 0.632 inches

Wall thickness
Measurements at 8 locations: Requirement for ½" SDR 9 = minimum 0.070 + 0.010 inches

| Wall Thickness (inches) |
|---|
| 0.0747 |
| 0.0735 |
| 0.0745 |
| 0.0758 |
| 0.0778 |
| 0.0772 |
| 0.0769 |
| 0.0758 |

4215 Campus Drive
Aurora, IL 60504

ESI Project#50105A Cole v NIBCO
Plaintiff: Cole
PPX#: 26




Photo 1: Overall appearance of the sample.

<u>General Information:</u>
Date of Manufacturing: Not available
Color, Size, and Service: ½ inch Blue
Total length of sample: 12 inches
Crack Orientation: Circumferential slit on outer bend radius. Cole returns.



Photo 2: Multiple circumferential cracks present at the outer band of tubing.

Phone: (630) 851-4566 ▪ Fax: (630) 851-4870

www.esi-website.com



Photo 3: The sample was slit by Paragon. Multiple axial slits over 2.5 inch length of tubing. The rest of the tubing shows no cracking or crazing.



Photo 4: Same as photo 3.

<u>Workmanship:</u> Tubing is homogenous throughout and free of visible cracks, holes, foreign inclusions or other defects except for the failure observed.

<u>Outside diameter</u> (Requirement for ½ -inch tubing = 0.625 +/- 0.004 inches)

Outer Diameter: 0.633 inches

Wall thickness
Measurements at 8 locations: Requirement for ½" SDR 9 = minimum 0.070 + 0.010 inches

| Wall Thickness (inches) |
|---|
| 0.0750 |
| 0.0750 |
| 0.0752 |
| 0.0742 |
| 0.0738 |
| 0.0732 |
| 0.0738 |
| 0.0745 |

Optical Microscopy:




Photo 5: Circumferential cracks forming relatively close and joining. Significant crazing at edges of cracks.



Photo 6: Higher magnification shows crazing at edges of cracks.



Photo 7: Away from this localized area no evidence of surface crazing or cracking.

*PPX-26*



Photo 8: Away from this localized area no evidence of surface crazing or cracking. (1 of 5)



Photo 9: Away from this localized area no evidence of surface crazing or cracking. (2 of 5)




Photo 10: Away from this localized area no evidence of surface crazing or cracking. (3 of 5)




Photo 11: Away from this localized area no evidence of surface crazing or cracking. (4 of 5)




Photo 12: Away from this localized area no evidence of surface crazing or cracking. (5 of 5)

ESI

4215 Campus Drive
Aurora, IL 60504

ESI Project#50105A Cole v NIBCO
Plaintiff: Cole
PPX#: 27




Photo 1: Overall appearance of the sample. Tubing is kinked.

<u>General Information:</u>
Date of Manufacturing: Not available
Size and Service: ½ inch Blue
Length: 15 inches
Crack orientation: (2) Circumferential slits on outer bend radius



Photo 2: Two circumferential slits.


Photo 3: Kink in the tubing.

Workmanship: Tubing is homogenous throughout and free of visible cracks, holes, foreign inclusions or other defects except for the failure observed.

Outside diameter (Requirement for ½ -inch tubing = 0.625 +/- 0.004 inches)

Outer Diameter: 0.630 inches

Wall thickness
Measurements at 8 locations: Requirement for ½” SDR 9 = minimum 0.070 + 0.010 inches

| Wall Thickness (inches) |
|---|
| 0.0741 |
| 0.0749 |
| 0.0762 |
| 0.0745 |
| 0.0741 |
| 0.0744 |
| 0.0734 |
| 0.0741 |

Optical Microscopy:




Photo 4: Higher magnification of kink location.




Photo 5: Higher magnification of another kink location.




Photo 6: Higher magnification of 3rd kink location.




Photo 7: Tool marks on the outer surface of the tubing.




Photo 8: Tool marks on the outer surface of the tubing.




Photo 9: Tool marks on the outer surface of the tubing.

ESI

4215 Campus Drive
Aurora, IL 60504

ESI Project#50105A Cole v NIBCO
Plaintiff: Cole
PPX#: 28




Photo 1: Overall appearance of the sample.

General Information:
Date of Manufacturing: Not available
Size and Service: ½ inch Blue
Length: 11 inches
Crack orientation: Circumferential slit on outer bend radius



Photo 2: Appearance of the circumferential slit on the outer surface.




Photo 3: Tubing was slit by Paragon.



Photo 4: Multiple circumferential cracks found over the length of one side of the sample. No cracking on the other half.

<u>Workmanship</u>: Tubing is homogenous throughout and free of visible cracks, holes, foreign inclusions or other defects except for the failure observed.

<u>Outside diameter</u> (Requirement for ½ -inch tubing = 0.625 +/- 0.004 inches)

Outer Diameter: 0.634 inches

Wall thickness

Measurements at 8 locations: Requirement for ½" SDR 9 = minimum 0.070 + 0.010 inches

| Wall Thickness (inches) |
|---|
| 0.0742 |
| 0.0742 |
| 0.0740 |
| 0.0744 |
| 0.0764 |
| 0.0761 |
| 0.0764 |
| 0.0748 |

Optical Microscopy:




Photo 5: Incident circumferential fracture surface. Crack originated from a single crack origin.




Photo 6: Higher magnification of the crack origination region and evidence of slow crack growth. The elliptical crack front markings have concave shape relative to inner surface.




Photo 7: Same as Photo 6.



Photo 8: Same as Photo 6.



Photo 9: Fracture features on the mating fracture.




Photo 10: Slow crack growth markings.




Photo 11: Slow crack growth markings.




Photo 12: Inner surface of side with circumferential cracking 1 of 10.




Photo 13: Inner surface of side with circumferential cracking 2 of 10.

*PPX-28*




Photo 14: Inner surface of side with circumferential cracking 3 of 10.




Photo 15: Inner surface of side with circumferential cracking 4 of 10.




Photo 16: Inner surface of side with circumferential cracking 5 of 10.




Photo 17: Inner surface of side with circumferential cracking 6 of 10.




Photo 18: Inner surface of side with circumferential cracking 7 of 10.




Photo 19: Inner surface of side with circumferential cracking 8 of 10.




Photo 20: Inner surface of side with circumferential cracking 9 of 10.




Photo 21: Inner surface of side with circumferential cracking 10 of 10.



Photo 22: Inner surface of opposite side without any circumferential cracking 1 of 9.



Photo 23: Inner surface of opposite side without any circumferential cracking 2 of 9.




Photo 24: Inner surface of opposite side without any circumferential cracking 3 of 9.




Photo 25: Inner surface of opposite side without any circumferential cracking 4 of 9.




Photo 26: Inner surface of opposite side without any circumferential cracking 5 of 9.




Photo 27: Inner surface of opposite side without any circumferential cracking 6 of 9.




Photo 28: Inner surface of opposite side without any circumferential cracking 7 of 9.




Photo 29: Inner surface of opposite side without any circumferential cracking 8 of 9.




Photo 30: Inner surface of opposite side without any circumferential cracking 9 of 9.

FTIR

| | Carbonyl | Polymer | Carbonyl Index |
|---|---|---|---|
| **Sample** | **1710 to 1720 cm-1** | **1463 cm-1** | |
| Inner surface 0 to 0.03 mm | 0.0213 | 0.8252 | 0.0258 |
| Inner surface 0.03 to 0.06 mm | 0.0241 | 1.3219 | 0.0182 |
| Inner surface 0.06 to 0.09 mm | 0.0218 | 1.37 | 0.0159 |
| Core | 0.0213 | 1.4743 | 0.0144 |
| | | | |
| Outer Surface 0 to 0.03 mm | 0.0131 | 1.1109 | 0.0118 |
| Outer Surface 0.03 to 0.06 mm | 0.0224 | 1.3102 | 0.0171 |

Table 1

ESI

4215 Campus Drive
Aurora, IL 60504

ESI Project#50105A Cole v NIBCO
Plaintiff: Cole
PPX#: 31



Photo 1: Overall appearance of the sample.

General Information:
Date of Manufacturing: Not available
Size and Service: ½ inch Red
Length: 14 inches
Crack orientation: Longitudinal slit at inner bend radius, shiny appearance at fracture due to stud rub



Photo 2: Longitudinal slit on the inner side of bend radius.



Photo 3: Appearance of the axial crack from the inner surface. Cracking and crazes were localized to one small area around the crack.

Workmanship: Tubing is homogenous throughout and free of visible cracks, holes, foreign inclusions or other defects except for the failure observed.

Outside diameter (Requirement for ½ -inch tubing = 0.625 +/- 0.004 inches)

Outer Diameter: 0.637 inches

Wall thickness
Measurements at 8 locations: Requirement for ½" SDR 9 = minimum 0.070 + 0.010 inches

| Wall Thickness (inches) |
|---|
| 0.0726 |
| 0.0726 |
| 0.0725 |
| 0.0771 |
| 0.0741 |
| 0.0745 |
| 0.0736 |
| 0.0725 |

Optical Microscopy:




Photo 4: The axial crack was cut and manually bent open by Paragon. Also gold coated for SEM examination. The fracture resulted from multiple cracks propagating from inner surface toward the outer surface by slow crack growth mechanism.




Photo 5: Higher magnification of the fracture surface features.

ESI

*PPX-31*




Photo 6: Same as Photo 5




Photo 7: Axial crazes localized to area below the fracture surface.



Photo 8: Axial crazes localized to area below the fracture surface.



Photo 9: Mating fracture surface.




Photo 10: Axial crazes localized to area just below the fracture.




Photo 11: No evidence of extensive crazes or micro-cracking on the inner surface.




Photo 12: Small circumferential crack on the inner surface on the opposite side of the axial crack. This would be in the region of maximum bending.

FTIR

| | **Carbonyl** | **Polymer** | **Carbonyl Index** |
|---|---|---|---|
| **Sample** | **1710 to 1720 cm-1** | **1463 cm-1** | |
| Inner surface 0 to 0.03 mm | 0.0372 | 0.9712 | 0.0383 |
| Inner surface 0.03 to 0.06 mm | 0.0323 | 1.2816 | 0.0252 |
| Inner surface 0.06 to 0.09 mm | 0.0292 | 1.3156 | 0.0222 |
| Core | 0.0412 | 1.5062 | 0.0274 |
| | | | |
| Outer Surface 0 to 0.03 mm | 0.054 | 0.4642 | 0.1163 |
| Outer Surface 0.03 to 0.06 mm | 0.0319 | 1.2816 | 0.0249 |

Table 1

4215 Campus Drive
Aurora, IL 60504

ESI Project#50105A Cole v NIBCO
Plaintiff: Cole
PPX#: 35



Photo 1: Overall appearance of the sample.

General Information:
Date of Manufacturing: Not available
Size and Service: ½ inch Red
Length: 23-3/4 inches
Crack orientation: Longitudinal slit on outer bend radius inside circled area



Photo 2: Close up of the longitudinal slit.

Phone: (630) 851-4566 ▪ Fax: (630) 851-4870

www.esi-website.com




Photo 3: The tubing sample was slit by Paragon.



Photo 4: The appearance of the axial crack from the inner surface.

Workmanship: Tubing is homogenous throughout and free of visible cracks, holes, foreign inclusions or other defects except for the failure observed.

Outside diameter (Requirement for ½ -inch tubing = 0.625 +/- 0.004 inches)

Outer Diameter: 0.637 inches

Wall thickness
Measurements at 8 locations: Requirement for ½" SDR 9 = minimum 0.070 + 0.010 inches

| Wall Thickness (inches) |
|---|
| 0.0725 |
| 0.0727 |
| 0.0721 |
| 0.0739 |
| 0.0738 |
| 0.0734 |
| 0.0734 |
| 0.0722 |

Optical Microscopy:




Photo 5: The sample with axial slit was cut and manually bent open by Paragon to expose the fracture surface. Overall appearance of the fracture surface. The failure initiated from a single origin.




Photo 6: Higher magnification of crack origin.




Photo 7: Higher magnification showing slow crack growth features.



Photo 8: No evidence of significant crazes or micro-cracking below the fracture.



Photo 9: Same as Photo 8.




Photo 10: Mating fracture surface.




Photo 11: Close up of the fracture origin location.

*PPX-35*

FTIR

| | **Carbonyl** | **Polymer** | **Carbonyl Index** |
|---|---|---|---|
| **Sample** | **1710 to 1720 cm-1** | **1463 cm-1** | |
| Inner surface 0 to 0.03 mm | 0.0553 | 0.3803 | 0.1454 |
| Inner surface 0.03 to 0.06 mm | 0.031 | 1.288 | 0.0241 |
| Inner surface 0.06 to 0.09 mm | 0.0199 | 1.3373 | 0.0149 |
| Core | 0.0215 | 1.4094 | 0.0153 |
| | | | |
| Outer Surface 0 to 0.03 mm | 0.019 | 0.8292 | 0.0229 |
| Outer Surface 0.03 to 0.06 mm | 0.0245 | 1.3026 | 0.0188 |
| Outer Surface 0.06 to 0.09 mm | 0.029 | 1.3411 | 0.0216 |

Table 1

ESI

4215 Campus Drive
Aurora, IL 60504

ESI Project#50105A Cole v NIBCO
Plaintiff: Cole
PPX#: 36



Photo 1: Overall appearance of the sample.

<u>General Information:</u>
Date of Manufacturing: Not available
Size and Service: ½ inch Red
Length: 10 inches
Crack orientation: Longitudinal slit at inner bend radius, shiny appearance at fracture due to stud rub


Photo 2: Close up of the axial crack at inner band radius.

Workmanship: Tubing is homogenous throughout and free of visible cracks, holes, foreign inclusions or other defects except for the failure observed.

Outside diameter (Requirement for ½ -inch tubing = 0.625 +/- 0.004 inches)

Outer Diameter: 0.637 inches

Wall thickness
Measurements at 8 locations: Requirement for ½" SDR 9 = minimum 0.070 + 0.010 inches

| Wall Thickness (inches) |
|---|
| 0.0728 |
| 0.0734 |
| 0.0737 |
| 0.0743 |
| 0.0740 |
| 0.0744 |
| 0.0740 |
| 0.0739 |




Photo 3: The tubing was slit by Paragon. Multiple circumferential cracks located opposite side of the axial crack. Circumferential cracks located in the region of maximum bend.

ESI



Photo 4: Close up of axial crack. Inner surface has axial crazing at the fracture.



Photo 5: Series of circumferential cracks opposite the axial crack at the maximum bend.



Photo 6: Close up of Photo 5.

Optical Microscopy:




Photo 7: Section with axial crack was cut and manually bent open to expose the fracture surface. The crazes on the inner surface were localized to below the crack.




Photo 8: Same as Photo 7.




Photo 9: Significant stress whitening observed on the fracture surface indicating high stress associated with crack propagation.




Photo 10: Mating fracture surface.




Photo 11: Stress whitening of the material observed at origin and in the slow crack growth features associated with crack propagation.




Photo 12: Same as Photo 11.




Photo 13: Same as Photo 11.

FTIR

| | **Carbonyl** | **Polymer** | **Carbonyl Index** |
|---|---|---|---|
| **Sample** | **1710 to 1720 cm-1** | **1463 cm-1** | |
| Inner surface 0 to 0.03 mm | 0.0409 | 0.5667 | 0.0722 |
| Inner surface 0.03 to 0.06 mm | 0.0367 | 1.3619 | 0.0269 |
| Inner surface 0.06 to 0.09 mm | 0.0295 | 1.402 | 0.0210 |
| Core | 0.0268 | 1.3557 | 0.0198 |
| | | | |
| Outer Surface 0 to 0.03 mm | 0.0456 | 1.1073 | 0.0412 |
| Outer Surface 0.03 to 0.06 mm | 0.031 | 1.3001 | 0.0238 |

Table 1

ESI
4215 Campus Drive
Aurora, IL 60504

ESI Project#50105A Cole v NIBCO
Plaintiff: Cole
PPX#: 37




Photo 1: Overall appearance of the sample.

<u>General Information:</u>
Date of Manufacturing: Not available
Size and Service: ½ inch Red
Length: 10 inches
Crack orientation: Longitudinal slit at inner bend radius, shiny appearance at fracture due to stud rub



Photo 2 Longitudinal slit at inner bend radius, shiny appearance at fracture due to surface contact.

<u>Workmanship:</u> Tubing is homogenous throughout and free of visible cracks, holes, foreign inclusions or other defects except for the failure observed.

<u>Outside diameter</u> (Requirement for ½ -inch tubing = 0.625 +/- 0.004 inches)

Outer Diameter: 0.638 inches

<u>Wall thickness</u>
Measurements at 8 locations: Requirement for ½" SDR 9 = minimum 0.070 + 0.010 inches

| Wall Thickness (inches) |
|---|
| 0.0731 |
| 0.0733 |
| 0.0740 |
| 0.0737 |
| 0.0743 |
| 0.0743 |
| 0.0724 |
| 0.0730 |



Photo 3: Sample tubing was slit by Paragon.



Photo 4: Appearance of the axial crack on the inner surface.



Photo 5: A close up of the axial crack.



Photo 6: A close up of the angled cracks on opposite side of the fracture.

Optical Microscopy




Photo 7: A section of the axial crack was cut and manually bent open by Paragon to expose the fracture surface. Fracture originated from multiple small crack origin locations and coalesced as crack propagated toward the outer surface.




Photo 8: Higher magnification of the crack origins area.




Photo 9: There is stress whitening associated with slow crack growth features indicating high localized stress associated with crack propagation.

*PPX-37*




Photo 10: There is stress whitening associated with slow crack growth features indicating high localized stress associated with crack propagation.




Photo 11: Mating inner surface.



Photo 12: Crazing on inner surface observed limited to material below the axial crack.



Photo 13: Same as Photo 9.




Photo 14: Inner surface appearance.




Photo 15: Close up of two angled micro-cracks initiating on the opposite side of the axial slit.

FTIR

| | Carbonyl | Polymer | Carbonyl Index |
|---|---|---|---|
| **Sample** | **1710 to 1720 cm-1** | **1463 cm-1** | |
| Inner surface 0 to 0.03 mm | 0.1326 | 0.4382 | 0.3026 |
| Inner surface 0.03 to 0.06 mm | 0.0218 | 1.3173 | 0.0165 |
| Inner surface 0.06 to 0.09 mm | 0.0205 | 1.3717 | 0.0149 |
| Core | 0.0432 | 1.5508 | 0.0279 |
| | | | |
| Outer Surface 0 to 0.03 mm | 0.0313 | 0.9348 | 0.0335 |
| Outer Surface 0.03 to 0.06 mm | 0.0441 | 1.2683 | 0.0348 |
| Outer Surface 0.06 to 0.09 mm | 0.0391 | 1.3491 | 0.0290 |

Table 1

ESI

4215 Campus Drive
Aurora, IL 60504

ESI Project#50105A Cole v NIBCO
Plaintiff: Cole
PPX#: 39




Photo 1: Overall appearance of the sample.

<u>General Information:</u>
Date of Manufacturing: 07/21/08-1 (FB04-177-4-08)
Size and Service: ½ inch Blue
Length: 11-1/2 inches
Crack orientation: Multiple circumferential slits on outer bend radius, shiny appearance opposite fracture due to stud rub or a bracket



Photo 2: A close up of the circumferential cracks at the maximum bend location.

Phone: (630) 851-4566 ▪ Fax: (630) 851-4870

www.esi-website.com



Photo 3: Depression on the outer surface indicating other circumferential cracks have developed in the vicinity of the through wall circumferential cracks.

Workmanship: Tubing is homogenous throughout and free of visible cracks, holes, foreign inclusions or other defects except for the failure observed.

Wall thickness
Measurements at 8 locations: Requirement for ½" SDR 9 = minimum 0.070 + 0.010 inches

| Wall Thickness (inches) |
|---|
| 0.0737 |
| 0.0747 |
| 0.0754 |
| 0.0751 |
| 0.0748 |
| 0.0749 |
| 0.0751 |
| 0.0748 |



Photo 4: A series of circumferential cracks found on the inner surface at location of maximum bend radius.

Optical Microscopy:




Photo 5: Fracture surface shows fracture resulted from multiple cracks developing and coalescing around the circumference.




Photo 6: Fracture surface shows fracture resulted from multiple cracks developing and coalescing around the circumference.




Photo 7: Angled appearance of cracks just below the fracture. Other series of circumferential cracks located within short distance from the fracture and in the section associated with the bending of the tubing.

ESI



Photo 8: Mating fracture was gold coated by Paragon for Scanning Electron Microscope Imaging.

<u>FTIR</u>

| | Carbonyl | Polymer | Carbonyl Index |
|---|---|---|---|
| **Sample** | **1710 to 1720 cm-1** | **1463 cm-1** | |
| Inner surface 0 to 0.03 mm | 0.0246 | 1.0418 | 0.0236 |
| Inner surface 0.03 to 0.06 mm | 0.0262 | 1.2834 | 0.0204 |
| Inner surface 0.06 to 0.09 mm | 0.0215 | 1.3099 | 0.0164 |
| Core | 0.0184 | 1.4056 | 0.0131 |
| | | | |
| Outer Surface 0 to 0.03 mm | 0.0206 | 0.6115 | 0.0337 |
| Outer Surface 0.03 to 0.06 mm | 0.0384 | 1.2368 | 0.0310 |

Table 1

ESI

4215 Campus Drive
Aurora, IL 60504

ESI Project#: 50105A Cole v NIBCO
Plaintiff: Cole
PPX#171



Photo 1: Overall appearance of the sample.

General Information:
Date of Manufacturing: 01/04/08-2 (FR06-161-1-07)
Color, Size, and Service: 3/4 inch Red
Total length of sample: 49 inches
Crack Orientation: Longitudinal slit at the Sharkbite style coupling.



Photo 2: Longitudinal crack observed on outer surface.




Photo 3: Tubing was slit by Paragon. Axial crack longer on the inside surface

Workmanship:

Outside diameter (Requirement for 3/4 -inch tubing = 0.875 +/-0.004 inches)

Outer Diameter: 0.884 inches

Wall thickness
Measurements at 8 locations: Requirement for ¾" SDR 9 = 0.097 + 0.010 inches

| Wall Thickness (inches) |
|---|
| 0.0986 |
| 0.1004 |
| 0.1000 |
| 0.1002 |
| 0.1010 |
| 0.1005 |
| 0.1012 |
| 0.0990 |

ESI

Optical Microscopy:




Photo 4: Axial crack appearance from the outer surface.




Photo 5: Appearance of axial crack on the outer surface at crack arrest.




Photo 6: Same as Photo 5.




Photo 7: Axial crack on the inner surface 1 of 6.

PPX-171




Photo 8: Axial crack on the inner surface 2 of 6.




Photo 9: Axial crack on the inner surface 3 of 6.

*PPX-171*



Photo 10: Axial crack on the inner surface 4 of 6.



Photo 11: Axial crack on the inner surface 5 of 6.



Photo 12: Axial crack on the inner surface 6 of 6.

ESI

4215 Campus Drive
Aurora, IL 60504

ESI Project#: 50105A Cole v NIBCO
Plaintiff: Cole
PPX#: 173



Photo 1: Overall Appearance of the Sample. Non incident

General Information:
Date of Manufacturing: 01/04/08-2 (FR06-161-1-07)
Color, Size, and Service: 3/4 inch Red
Total length of sample: 69 inches
Crack Orientation: No apparent failure.




Photo 2: Tubing section cut for preparing tensile specimens.




Photo 3: Cut tubing was sectioned to obtain tensile specimens.



Photo 4: Inner surface of the tubing section.

Workmanship: Tubing is homogenous throughout and free of visible cracks, holes, foreign inclusions or other defects.

Outside diameter (Requirement for 3/4 -inch tubing = 0.875 +/-0.004 inches)

Outer Diameter: 0.880 inches

Wall thickness
Measurements at 8 locations: Requirement for ¾" SDR 9 = 0.097 + 0.010 inches

| Wall Thickness (inches) |
|---|
| 0.1004 |
| 0.1006 |
| 0.1007 |
| 0.1026 |
| 0.1021 |
| 0.1043 |
| 0.1016 |
| 0.1007 |

<u>Optical Microscopy</u>




Photo 5: Inner surface of tensile specimens cut from the tubing sectioned. No evidence of crazing or cracking of the inner surface.