# EXHIBIT A

## PART III




Photo 6: Inner surface of tensile specimens cut from the tubing sectioned. No evidence of crazing or cracking of the inner surface.

Hydrostatic Burst Pressure

The minimum burst pressure for PEX plastic tubing with 3/4 inch nominal tubing size SDR 9 at room temperature is 475 psi.

Measured burst pressure = 900 psig/59 seconds.




Photo 7: A sample prepared for hydrostatic burst strength testing.




Photo 8: Failure location in burst strength test sample. The burst occurred at 900 psig.

Density

PEX Tubing material shall have a minimum density of 0.926 g/cc.

Measured Density = 0.9428 g/cc.

Tensile Test

**Specimen Results:**

| Specimen # | Width in | Thickness in | Peak Load lbf | Peak Stress psi | Strain At Break % |
|---|---|---|---|---|---|
| 1 | 0.177 | 0.100 | 60.406 | 3416.2 | 620.761 |
| 2 | 0.177 | 0.099 | 63.955 | 3642.4 | 638.552 |
| 3 | 0.177 | 0.099 | 59.958 | 3414.8 | 617.374 |
| 4 | 0.177 | 0.101 | 56.374 | 3144.1 | 495.162 |
| 5 | 0.177 | 0.101 | 68.696 | 3850.3 | 587.434 |
| Mean | 0.177 | 0.100 | 61.878 | 3493.6 | 591.856 |
| Std. Dev. | 0.000 | 0.001 | 4.662 | 266.3 | 57.089 |




Figure 1




Photo 9 Tensile samples before and after testing.




Photo 10: Inner surface appearance at fracture for sample P-4.




Photo 11: Inner surface appearance after 495% elongation.

# Appendix G

## Laboratory Inspection Summary for Sminkey Residence

ESI

4215 Campus Drive
Aurora, IL 60504

ESI Project#: 50105A Cole v NIBCO
Plaintiff: Sminkey
PPX#: 42




Photo 1: Overall Appearance of the Sample.

General Information:
Date of Manufacturing:
Color, Size, and Service: 3/4 inch
Total length of sample: 4” x 1-3/8”
Crack Orientation: Has multiple internal longitudinal slits (Non-thru-wall)




Photo 2: Samples as received at ESI. Sample was slit by Paragon.



Photo 3: Inner surface showed multiple axial cracks at various locations around the circumference.



Photo 4: Close up of the axial cracks and surface crazes.


Photo 5: Same as Photo 4.


Photo 6: Same as Photo 4.



Photo 7: Sample was cut for FTIR Analysis

Workmanship: Tubing is homogenous throughout and free of visible cracks, holes, foreign inclusions or other defects except for the failure observed

Outside diameter (Requirement for 3/4 -inch tubing = 0.875 +/-0.004 inches)

Outer Diameter: 0.888 inches

Wall thickness
Measurements at 8 locations: Requirement for ¾" SDR 9 = 0.097 + 0.010 inches

| Wall Thickness (inches) |
|---|
| 0.1025 / 0.1006 |
| 0.1027 / 0.1006 |
| 0.1038 / 0.1015 |
| 0.1027 / 0.0995 |
| 0.1032 / 0.1001 |
| 0.1010 /0.1000 |
| 0.1023 / 0.1001 |
| 0.1010 / 0.1000 |

Optical Microscopy:




Photo 8: Inner surface shows axial micro-cracks present along the sample at various location relative to the circumference.




Photo 9: Same as Photo 8.

*PPX-42*




Photo 10: Same as photo 8.




Photo 11: Higher magnification shows the inner surface cracking and crazing.

ESI

FTIR

| | Carbonyl | Polymer | Carbonyl Index |
|---|---|---|---|
| **Sample** | **1710 to 1720 cm-1** | **1463 cm-1** | |
| Inner surface 0 to 0.03 mm | 0.0761 | 0.5786 | 0.1315 |
| Inner surface 0.03 to 0.06 mm | 0.03 | 1.1875 | 0.0253 |
| Inner surface 0.06 to 0.09 mm | 0.0152 | 1.3326 | 0.0114 |
| Core | 0.0219 | 1.5045 | 0.0146 |
| | | | |
| Outer Surface 0 to 0.03 mm | 0.0204 | 1.0312 | 0.0198 |
| Outer Surface 0.03 to 0.06 mm | 0.0134 | 1.3222 | 0.0101 |

Table 1

ESI

4215 Campus Drive
Aurora, IL 60504

ESI Project#: 50105A Cole v NIBCO
Plaintiff: Sminkey
PPX#: 43




Photo 1: Overall Appearance of the Sample.

<u>General Information:</u>
Date of Manufacturing: Not Available
Color, Size, and Service: 3/4 inch red
Total length of sample: 7 inches
Crack Orientation: Multiple internal longitudinal slits (non-thru-wall).




Photo 2: Sample as received at ESI. Paragon had slit the tubing.

Phone: (630) 851-4566 ■ Fax: (630) 851-4870



Photo 3: Axial cracks present on the inner surface.


Photo 4: View of the axial cracks present on the inner surface.



Photo 5: Axial cracks on the inner surface.

Workmanship: Tubing is homogenous throughout and free of visible cracks, holes, foreign inclusions or other defects except for the failure observed.

Outside diameter (Requirement for 3/4 -inch tubing = 0.875 +/-0.004 inches)

Outer Diameter: 0.885 inches

Wall thickness
Measurements at 8 locations: Requirement for ¾" SDR 9 = 0.097 + 0.010 inches

| Wall Thickness (inches) |
|---|
| 0.1025 / 0.1026 |
| 0.1022 / 0.1017 |
| 0.1023 / 0.1015 |
| 0.1024 / 0.1027 |
| 0.1030 / 0.1013 |
| 0.1006 / 0.1032 |
| 0.1032 / 0.1030 |
| 0.1029 / 0.1035 |

Optical Microscopy:



Photo 6: Axial crack present in the sample.



Photo 7: Inner surface exhibited significant crazing and micro-cracking.




Photo 8: Same as photo 7.




Photo 9: Same as photo 7.




Photo 10: The partial fracture was manually bent open to expose the fracture surface. There is evidence of multiple crack origin and defined slow crack growth markings.



Photo 11: Higher magnification of Photo 10.




Photo 12: Microcracks opening up as a result of manually bending the tubing.




Photo 13: Close up of the fracture origin location.

FTIR

| | Carbonyl | Polymer | Carbonyl Index |
|---|---|---|---|
| **Sample** | **1710 to 1720 cm-1** | **1463 cm-1** | |
| Inner surface 0 to 0.03 mm | 0.0588 | 0.3632 | 0.1619 |
| Inner surface 0.03 to 0.06 mm | 0.0222 | 1.284 | 0.0173 |
| Inner surface 0.06 to 0.09 mm | 0.0153 | 1.3646 | 0.0112 |
| Core | 0.023 | 1.4722 | 0.0156 |
| | | | |
| Outer Surface 0 to 0.03 mm | 0.0217 | 0.5038 | 0.0431 |
| Outer Surface 0.03 to 0.06 mm | 0.0144 | 1.3294 | 0.0108 |

Table 1

4215 Campus Drive
Aurora, IL 60504

ESI Project#: 50105A Cole v NIBCO
Plaintiff: Sminkey
PPX#: 46



Photo 1: Overall Appearance of the Sample

<u>General Information:</u>
Date of Manufacturing: 09/01/09-2 (FR06-114-3-09)
Color, Size, and Service: 3/4 inch Red
Total length of sample: 36 inches
Crack Orientation: No apparent Failure – Has multiple internal longitudinal slits (non-through wall)

<u>Workmanship:</u> Tubing is homogenous throughout and free of visible cracks, holes, foreign inclusions or other defects.

<u>Outside diameter</u> (Requirement for 3/4 -inch tubing = 0.875 +/-0.004 inches)

Outer Diameter: 0.887 inches

Wall thickness

Measurements at 8 locations: Requirement for ¾" SDR 9 = 0.097 + 0.010 inches

| Wall Thickness (inches) |
|---|
| 0.1031 |
| 0.1030 |
| 0.1002 |
| 0.1030 |
| 0.1036 |
| 0.1037 |
| 0.1030 |
| 0.1040 |




Photo 2: The tubing was slit by Paragon.



Photo 3: Multiple non-through axial cracks in the tubing.



Photo 4: Multiple axial cracks. Non-continuous, jagged appearance.

ESI

4215 Campus Drive
Aurora, IL 60504

ESI Project#: 50105A Cole v NIBCO
Plaintiff: Sminkey
PPX#: 47



Photo 1: Overall appearance of the sample. Same section of tubing as PPX-46

General Information:
Date of Manufacturing: 09/01/09-2 (FR06-114-3-09)
Color, Size, and Service: 3/4 inch Red
Total length of sample:
Crack Orientation: Longitudinal slit. Has internal longitudinal slits the entire length



Photo 2: Long axial crack identified on the outer surface.

Workmanship: Tubing is homogenous throughout and free of visible cracks, holes, foreign inclusions or other defects except for the failure observed.

Outside diameter (Requirement for 3/4 -inch tubing = 0.875 +/-0.004 inches)

Outer Diameter: 0.885 inches

Wall thickness
Measurements at 8 locations: Requirement for ¾" SDR 9 = 0.097 + 0.010 inches

| Wall Thickness (inches) |
|---|
| 0.1039 |
| 0.1035 |
| 0.1046 |
| 0.1031 |
| 0.1029 |
| 0.1026 |
| 0.1033 |
| 0.1023 |

Optical Microscopy:



Photo 3: Outer surface at axial slit as examined under optical microscope.

4215 Campus Drive
Aurora, IL 60504

ESI Project#50105A Cole v NIBCO
Plaintiff: Sminkey
PPX#: 49



Photo 1: Overall appearance of the sample. Non-incident sample.

General Information:
Date of Manufacturing: 08/18/09-1 (FB04-173-4-09)
Size and Service: ½ inch Blue
Length: 12 inches
Crack orientation: No Apparent failure.




Photo 2: Sample removed for FTIR analysis.

Phone: (630) 851-4566 ▪ Fax: (630) 851-4870

www.esi-website.com

Workmanship: Tubing is homogenous throughout and free of visible cracks, holes, foreign inclusions or other defects.

Outside diameter (Requirement for ½ -inch tubing = 0.625 +/- 0.004 inches)

Outer Diameter: 0.633 inches

Wall thickness
Measurements at 8 locations: Requirement for ½" SDR 9 = minimum 0.070 + 0.010 inches

| Wall Thickness (inches) |
|---|
| 0.0775 |
| 0.0775 |
| 0.0762 |
| 0.0768 |
| 0.0753 |
| 0.0760 |
| 0.0762 |
| 0.0765 |

FTIR

| | **Carbonyl** | **Polymer** | **Carbonyl Index** |
|---|---|---|---|
| **Sample** | **1710 to 1720 cm-1** | **1463 cm-1** | |
| Inner surface 0 to 0.03 mm | 0.0138 | 1.0485 | 0.0132 |
| Inner surface 0.03 to 0.06 mm | 0.0096 | 1.232 | 0.00078 |
| Inner surface 0.06 to 0.09 mm | 0.0111 | 1.2347 | 0.0090 |
| Core | 0.013 | 1.336 | 0.0097 |
| | | | |
| Outer Surface 0 to 0.03 mm | 0.0158 | 0.2355 | 0.0671 |
| Outer Surface 0.03 to 0.06 mm | 0.0117 | 1.1312 | 0.0103 |

Table 1

ESI

4215 Campus Drive
Aurora, IL 60504

ESI Project#50105A Cole v NIBCO
Plaintiff: Sminkey
PPX#: 51



Photo 1: Overall appearance of the sample. Non-incident sample.

<u>General Information:</u>
Date of Manufacturing: 07/15/09-1 (FR04-115-4-06)
Size and Service: ½ inch Red
Length: 13 inches
Crack orientation: No Apparent failure.




Photo 2: Sample marked for FTIR analysis.

*PPX-51*



Photo 3: Sample removed for FTIR Analysis.

Workmanship: Tubing is homogenous throughout and free of visible cracks, holes, foreign inclusions or other defects except for the failure observed.

Outside diameter (Requirement for ½ -inch tubing = 0.625 +/- 0.004 inches)

Outer Diameter: 0.636 inches

Wall thickness
Measurements at 8 locations: Requirement for ½" SDR 9 = minimum 0.070 + 0.010 inches

| Wall Thickness (inches) |
|---|
| 0.0767 |
| 0.0761 |
| 0.0761 |
| 0.0759 |
| 0.0756 |
| 0.0759 |
| 0.0759 |
| 0.0770 |

ESI

FTIR

| | Carbonyl | Polymer | Carbonyl Index |
|---|---|---|---|
| **Sample** | **1710 to 1720 cm-1** | **1463 cm-1** | |
| Inner surface 0 to 0.03 mm | 0.0187 | 0.9976 | 0.0187 |
| Inner surface 0.03 to 0.06 mm | 0.011 | 1.2571 | 0.0088 |
| Inner surface 0.06 to 0.09 mm | 0.0073 | 1.3073 | 0.0056 |
| Core | 0.0082 | 1.3904 | 0.0059 |
| | | | |
| Outer Surface 0 to 0.03 mm | 0.0108 | 0.2446 | 0.0442 |
| Outer Surface 0.03 to 0.06 mm | 0.0448 | 1.137 | 0.0394 |
| Outer Surface 0.06 to 0.09 mm | 0.0074 | 1.3091 | 0.0057 |

Table 1

# Appendix H

## Laboratory Inspection Summary for Boyd Residence

4215 Campus Drive
Aurora, IL 60504

ESI Project#50105A Cole v NIBCO
Plaintiff: Boyd
PPX#: 62



Photo 1: Overall appearance the sample. Non-incident sample.

General Information:
Date of Manufacturing: 01/22/08-2 (FT04-310-4-07)
Size and Service: ½ inch Terracotta
Length: 34 inches
Crack orientation: No apparent failure

Workmanship: Tubing is homogenous throughout and free of visible cracks, holes, foreign inclusions or other defects.

Outside diameter (Requirement for ½ -inch tubing = 0.625 +/- 0.004 inches)

Outer Diameter: 0.635 inches

<u>Wall thickness</u>
Measurements at 8 locations: Requirement for ½" SDR 9 = minimum 0.070 + 0.010 inches

| Wall Thickness (inches) |
|---|
| 0.0726 |
| 0.0726 |
| 0.0732 |
| 0.0742 |
| 0.0733 |
| 0.0724 |
| 0.0726 |
| 0.0726 |




Photo 2: Overall of sample from which tensile samples were cut.



Photo 3: Sample slit to obtain tensile specimen

Optical Microscopy



Photo 4: Overall appearance of the inner surfaces of the tensile samples (1 to 3) cut from the PPX-62.



Photo 5: Overall appearance of the inner surfaces of the tensile samples (4 and 5)cut from the PPX-62.

ESI

Hydrostatic Burst Pressure

The minimum burst pressure for PEX plastic tubing with ½ inch nominal tubing size SDR 9 at room temperature is 480 psi.

Measured burst pressure = 947 psig/61 seconds.




Photo 6: Overall appearance of burst specimen.




Photo 7: Close up of burst failure.

Density

PEX Tubing material shall have a minimum density of 0.926 g/cc.

Measured Density = 0.9387 g/cc.

Tensile Test

**Specimen Results:**

| Specimen # | Width in | Thickness in | Peak Load lbf | Peak Stress psi | Strain At Break % |
|---|---|---|---|---|---|
| 1 | 0.178 | 0.073 | 52.198 | 4011.6 | 659.549 |
| 2 | 0.178 | 0.074 | 45.939 | 3464.2 | 591.835 |
| 3 | 0.178 | 0.073 | 41.398 | 3168.6 | 542.969 |
| 4 | 0.178 | 0.074 | 47.439 | 3611.3 | 587.437 |
| 5 | 0.178 | 0.073 | 49.214 | 3803.1 | 617.391 |
| Mean | 0.178 | 0.074 | 47.238 | 3611.7 | 599.836 |
| Std. Dev. | 0.000 | 0.001 | 4.011 | 322.0 | 42.794 |

Table 1




Figure 1


Photo 8: Tensile samples before and after testing.

<u>Examination of Tensile Tested Sample</u>

Specimen #3 with 542% elongation to break in the tensile test were examined.



Photo 9: Inner surface after tensile testing.

*PPX-62*



Photo 10: Tensile fracture surface.

4215 Campus Drive
Aurora, IL 60504

ESI Project#: 50105A Cole v NIBCO
Plaintiff: Boyd
PPX#: 63



Photo 1: Overall appearance of PPX-63. Non-incident sample.

General Information:
Date of Manufacturing: 02-19-08-1 (FT06-022-2-08)
Color, Size, and Service: 3/4 inch Terracotta
Total length of sample: 22 ½ inches
Crack Orientation: No apparent failure.

Workmanship: Tubing is homogenous throughout and free of visible cracks, holes, foreign inclusions or other defects.

Outside diameter (Requirement for 3/4 -inch tubing = 0.875 +/-0.004 inches)

Outer Diameter: 0.880

Wall thickness

Measurements at 8 locations: Requirement for ¾" SDR 9 = 0.097 + 0.010 inches

| Wall Thickness (inches) |
|---|
| 0.0996 |
| 0.1001 |
| 0.1016 |
| 0.1035 |
| 0.1032 |
| 0.1030 |
| 0.1001 |
| 0.1000 |

Optical Microscopy




Photo 2: PPX 63inner surface of slit pipe



Photo 3: PPX 63inner surface of slit pipe at cut edge 2



Photo 4: PPX 63inner surface of slit pipe at cut edge




Photo 5: PPX 63inner surface of slit pipe 2

4215 Campus Drive
Aurora, IL 60504

ESI Project#: 50105A Cole v NIBCO
Plaintiff: Boyd
PPX#: 64



Photo 1: Overall appearance of the sample. Non-incident sample.

General Information:
Date of Manufacturing: Not available
Color, Size, and Service: 3/4 inch Terracotta
Total length of sample: 25 inches
Crack Orientation: No apparent failure

Workmanship: Tubing is homogenous throughout and free of visible cracks, holes, foreign inclusions or other defects.

Outside diameter (Requirement for 3/4 -inch tubing = 0.875 +/-0.004 inches)

Outer Diameter: Not available

Phone: (630) 851-4566 ▪ Fax: (630) 851-4870

www.esi-website.com

Wall thickness

Measurements at 8 locations: Requirement for ¾" SDR 9 = 0.097 + 0.010 inches

| Wall Thickness (inches) |
|---|
| 0.1028 |
| 0.1029 |
| 0.1075 |
| 0.1099 |
| 0.1034 |
| 0.1028 |
| 0.1010 |
| 0.1013 |

Optical Microscopy:



Photo 2: Overall appearance of sample received at ESI

*PPX-64*



Photo 3: Close up of inner surface



Photo 4: No evidence of crazing on inner surface

PPX-64



Photo 5: No evidence of crazing on inner surface



Photo 6: No evidence of crazing on inner surface



Photo 7: No evidence of crazing on inner surface



Photo 8: No evidence of crazing on mating inner surface



Photo 9: No evidence of crazing on mating inner surface



Photo 10: Tensile Specimen



Photo 11: Tensile Specimen

<u>Hydrostatic Burst Pressure</u>

The minimum burst pressure for PEX plastic tubing with 3/4 inch nominal tubing size SDR 9 at room temperature is 475 psi.

Measured burst pressure = 950 psig/62 seconds.



Photo12: Overall appearance of the burst test specimen



Photo 13: Failure in burst testing

Density

PEX Tubing material shall have a minimum density of 0.926 g/cc.

Measured Density = 0.9377 g/cc.

Tensile Test

**Specimen Results:**

| Specimen # | Width in | Thickness in | Peak Load lbf | Peak Stress psi | Strain At Break % |
|---|---|---|---|---|---|
| 1 | 0.178 | 0.101 | 54.258 | 3030.0 | 468.503 |
| 2 | 0.178 | 0.100 | 61.324 | 3431.5 | 584.055 |
| 3 | 0.178 | 0.100 | 57.062 | 3202.5 | 567.439 |
| 4 | 0.178 | 0.103 | 67.466 | 3683.4 | 645.191 |
| 5 | 0.178 | 0.102 | 61.447 | 3387.7 | 596.330 |
| Mean | 0.178 | 0.101 | 60.311 | 3347.0 | 572.304 |
| Std. Dev. | 0.000 | 0.001 | 5.018 | 246.6 | 64.858 |




Figure 1



Photo 14: Tensile samples before and after testing.




Photo 15: Inner surface appearance after tensile testing

*PPX-64*




Photo 16: Tensile fracture.




Photo 17: Inner surface at tensile failure location.

# Appendix I

## Laboratory Inspection Summary for McMahon Residence

4215 Campus Drive
Aurora, IL 60504

ESI Project#: 50105A Cole v NIBCO
Plaintiff: McMahon
PPX#: 70



Photo 1: Overall appearance of the sample.

General Information:
Date of Manufacturing: 04/03/07-1 (FT06-073-1-07)
Color, Size, and Service: 3/4 inch Terra Cotta
Total length of sample: 72 inches
Crack Orientation: Longitudinal slit



Photo 2: A close up of the axial crack visible on the outer surface.




Photo 3: The tubing was slit by Paragon.



Photo 4: Close up of the axial slit from the inner surface.

Workmanship: Tubing is homogenous throughout and free of visible cracks, holes, foreign inclusions or other defects except for the failure observed.

Outside diameter (Requirement for 3/4 -inch tubing = 0.875 +/-0.004 inches)

Outer Diameter: 0.886 inches

Wall thickness

Measurements at 8 locations: Requirement for ¾" SDR 9 = 0.097 + 0.010 inches

| Wall Thickness (inches) |
|---|
| 0.1015 |
| 0.1012 |
| 0.1010 |
| 0.0996 |
| 0.0996 |
| 0.1004 |
| 0.0989 |
| 0.0987 |

Optical Microscopy:




Photo 5: Fracture was exposed open by Paragon. The fracture resulted from single crack origin. The elliptical shape crack front markings indicate crack propagation from slow crack growth mechanism. Ductile deformation of material observed when crack is manually bent open.

*PPX-70*




Photo 6: Higher magnification of the crack origin.




Photo 7: Elliptical shaped crack front markings resulting from slow crack growth

*PPX-70*




Photo 8: Elliptical shaped crack front markings resulting from slow crack growth




Photo 9: Mating half of fracture.




Photo 10: No cracking or crazing of the inner surface.




Photo 11: Higher magnification of the single crack origin area.



Photo 12: Small micro-cracks developing on the inner surface of the tubing.



Photo 13: Another small surface micro-crack present on the inner surface.



Photo 14: Other small surface micro-cracks present on the inner surface.

Density

PEX Tubing material shall have a minimum density of 0.926 g/cc.

Measured Density = 0.9440 g/cc.

FTIR

| | **Carbonyl** | **Polymer** | **Carbonyl Index** |
|---|---|---|---|
| **Sample** | **1710 to 1720 cm-1** | **1463 cm-1** | |
| Inner surface 0 to 0.03 mm | 0.0231 | 0.445 | 0.0519 |
| Inner surface 0.03 to 0.06 mm | 0.023 | 1.1489 | 0.0200 |
| Inner surface 0.06 to 0.09 mm | 0.0016 | 1.2171 | 0.0013 |
| Core | 0.006 | 1.0597 | 0.0057 |
| | | | |
| Outer Surface 0 to 0.03 mm | 0.0067 | 0.8457 | 0.0079 |
| Outer Surface 0.03 to 0.06 mm | 0.0078 | 0.9807 | 0.0080 |

Table 1

Hydrostatic Burst Pressure

The minimum burst pressure for PEX plastic tubing with 3/4 inch nominal tubing size SDR 9 at room temperature is 475 psi.

Measured burst pressure = 942 psig/61 seconds.




Photo 15: Overall appearance of the specimen prepared for burst strength testing.



Photo 16: A close up of the failure in the burst strength test.

Tensile Test

**Specimen Results:**

| Specimen # | Width in | Thickness in | Peak Load lbf | Peak Stress psi | Strain At Break % |
|---|---|---|---|---|---|
| 1 | 0.178 | 0.100 | 60.361 | 3404.7 | 616.320 |
| 2 | 0.178 | 0.099 | 63.308 | 3588.9 | 649.608 |
| 3 | 0.178 | 0.099 | 53.878 | 3051.2 | 475.119 |
| 4 | 0.178 | 0.099 | 55.724 | 3149.5 | 510.723 |
| 5 | 0.178 | 0.099 | 55.131 | 3131.7 | 520.758 |
| Mean | 0.178 | 0.099 | 57.680 | 3265.2 | 554.506 |
| Std. Dev. | 0.000 | 0.000 | 3.989 | 224.3 | 74.538 |

Table 2




Figure 1




Photo 17: Inner surface of tensile specimens 1, 2 and 3. Small axial micro-cracks present on the surface opened slightly when samples were prepared for tensile testing.




Photo 18: Inner Surface of tensile specimen 4 and 5.




Photo 19: Tensile samples before and after testing.




Photo 20: Inner surface after tensile testing.

4215 Campus Drive
Aurora, IL 60504

ESI Project#: 50105A Cole v NIBCO
Plaintiff: McMahon
PPX#: 77

General Information:
Date of Manufacturing: Not available
Color, Size, and Service: 3/4 inch Terra Cotta
Total length of sample: 23 inches
Crack Orientation: No apparent Failure



Photo 1: PPX 77 as received at ESI. Non-incident sample.



Photo 2: The inner surface exhibited multiple axial micro-cracks at varying locations relative to circumference.

Workmanship: Tubing is homogenous throughout and free of visible cracks, holes, foreign inclusions or other defects.

Outside diameter (Requirement for 3/4 -inch tubing = 0.875 +/-0.004 inches)

Outer Diameter: Not available

Wall thickness
Measurements at 8 locations: Requirement for ¾" SDR 9 = 0.097 + 0.010 inches

| Wall Thickness (inches) |
|---|
| 0.1013 |
| 0.1003 |
| 0.0996 |
| 0.0992 |
| 0.0992 |
| 0.1000 |
| 0.1005 |
| 0.1007 |

FTIR

| | **Carbonyl** | **Polymer** | **Carbonyl Index** |
|---|---|---|---|
| **Sample** | **1710 to 1720 cm-1** | **1463 cm-1** | |
| Inner surface 0 to 0.03 mm | 0.0544 | 0.3553 | 0.1531 |
| Inner surface 0.03 to 0.06 mm | 0.0219 | 1.1268 | 0.0194 |
| Inner surface 0.06 to 0.09 mm | 0.0047 | 1.0171 | 0.0046 |
| Core | 0.0255 | 1.3526 | 0.0189 |
| | | | |
| Outer Surface 0 to 0.03 mm | 0.0103 | 0.2918 | 0.0353 |
| Outer Surface 0.03 to 0.06 mm | 0.0101 | 1.1584 | 0.0087 |

Table 1

ESI

4215 Campus Drive
Aurora, IL 60504

ESI Project#50105A Cole v NIBCO
Plaintiff: McMahon
PPX#: 81



Photo 1: Overall appearance of the sample. Non-incident sample.

General Information:
Date of Manufacturing: 04/05/07-1 (FT04-008-4-07)
Size and Service: ½ inch Terracotta
Length: 32" / 16"
Crack orientation: No apparent failure



Photo 2: Tubing as received at ESI

Phone: (630) 851-4566 ▪ Fax: (630) 851-4870

www.esi-website.com




Photo 3: No evidence of any micro cracks on the inner surface.



Photo 4: Same as Photo 3.

Workmanship: Tubing is homogenous throughout and free of visible cracks, holes, foreign inclusions or other defects.

Outside diameter (Requirement for ½ -inch tubing = 0.625 +/- 0.004 inches)

Outer Diameter: 0.632 inches / 0.635"

Wall thickness

Measurements at 8 locations: Requirement for ½" SDR 9 = minimum 0.070 + 0.010 inches

| Wall Thickness (inches) |
|---|
| 0.0732 / 0.0741 |
| 0.0739 / 0.0739 |
| 0.0742 / 0.0743 |
| 0.0749 / 0.0734 |
| 0.0759 / 0.0747 |
| 0.0726 / 0.0734 |
| 0.0726 / 0.0756 |
| 0.0733 / 0.0752 |

FTIR

| | **Carbonyl** | **Polymer** | **Carbonyl Index** |
|---|---|---|---|
| **Sample** | **1710 to 1720 cm-1** | **1463 cm-1** | |
| Inner surface 0 to 0.03 mm | 0.0321 | 0.654 | 0.0491 |
| Inner surface 0.03 to 0.06 mm | 0.0071 | 1.2181 | 0.0058 |
| Inner surface 0.06 to 0.09 mm | 0.0038 | 1.2492 | 0.0030 |
| Core | 0.0053 | 1.2371 | 0.0043 |
| | | | |
| Outer Surface 0 to 0.03 mm | 0.0156 | 0.6732 | 0.0232 |
| Outer Surface 0.03 to 0.06 mm | 0.0065 | 1.2755 | 0.0051 |

Table 1

# Appendix J

## Laboratory Inspection Summary for Peperno Residence

ESI

4215 Campus Drive
Aurora, IL 60504

ESI Project#: 50105A Cole v NIBCO
Plaintiff: Peperno
PPX#84



Photo 1: Overall Appearance of the Sample. The sample was connected directly to the outlet of the water heater at Peperno residence.

General Information:
Date of Manufacturing: Not available
Color, Size, and Service: 3/4 inch Red
Total length of sample: 10-3/8”, 21-3/4”, 1”
Crack Orientation: (2) Longitudinal slits located 1" away from the Transition fitting which was installed on top of the water heater




Photo 2: Sample as received at ESI.

Workmanship: Tubing is homogenous throughout and free of visible cracks, holes, foreign inclusions or other defects except for the failure observed.

Outside diameter (Requirement for 3/4 -inch tubing = 0.875 +/-0.004 inches)

Outer Diameter: 0.885 inches

Wall thickness
Measurements at 8 locations: Requirement for ¾" SDR 9 = 0.097 + 0.010 inches

| Wall Thickness (inches) 10 3/8" piece |
| --- |
| 0.0977 |
| 0.0998 |
| 0.0981 |
| 0.0981 |
| 0.1000 |
| 0.0995 |
| 0.0998 |
| 0.0995 |

Optical Microscopy:




Photo 3: Appearance of axial slits on the outer surface of the tubing.



Photo 4: Appearance of two axial cracks on the inner surface.



Photo 5: Higher magnification of the two axial slits on the inner surface.



Photo 6: The tubing away from the fracture was slit. Locations of inner surface axial micro-cracks were marked. Axial micro-cracks concentrated toward the end of pipe that is closer to the fracture and near the water heater outlet.



Photo 7: Example of axial inner surface micro-cracking present.




Photo 8: Higher-magnification of Photo 6.




Photo 9: Tensile samples prepared from the slit tubing. Axial surface microcracks present on inner surface opened up on sample #3.



Photo 10: Tensile samples prepared from the slit tubing.

Density

PEX Tubing material shall have a minimum density of 0.926 g/cc.

Measured Density = 0.9464 g/cc.

Tensile Test

**Specimen Results:**

| Specimen # | Width in | Thickness in | Peak Load lbf | Peak Stress psi | Strain At Break % |
|---|---|---|---|---|---|
| 1 | 0.179 | 0.098 | 60.968 | 3461.4 | 635.164 |
| 2 | 0.179 | 0.099 | 53.665 | 3034.5 | 482.946 |
| 3 | 0.179 | 0.098 | 55.529 | 3155.8 | 570.678 |
| 4 | 0.179 | 0.100 | 63.609 | 3560.7 | 602.969 |
| 5 | 0.179 | 0.098 | 53.481 | 3039.4 | 467.390 |
| Mean | 0.179 | 0.099 | 57.450 | 3250.4 | 551.829 |
| Std. Dev. | 0.000 | 0.001 | 4.585 | 245.4 | 73.807 |

Table 1

ESI




Figure 1




Photo 11: Tensile samples before and after testing.



Photo 12: Inner surface of specimen #2 after tensile testing.



Photo 13: Inner surface at tensile fracture location.

FTIR

| | **Carbonyl** | **Polymer** | **Carbonyl Index** |
|---|---|---|---|
| **Sample** | **1710 to 1720 cm-1** | **1463 cm-1** | |
| Inner surface 0 to 0.03 mm | 0.0422 | 0.6492 | 0.0650 |
| Inner surface 0.03 to 0.06 mm | 0.0111 | 1.319 | 0.0084 |
| Inner surface 0.06 to 0.09 mm | 0.0062 | 1.6156 | 0.0038 |
| Core | 0.0073 | 1.8862 | 0.0039 |
| | | | |
| Outer Surface 0 to 0.03 mm | 0.0223 | 1.1578 | 0.0193 |
| Outer Surface 0.03 to 0.06 mm | 0.0216 | 1.5997 | 0.0135 |

Table 2

4215 Campus Drive
Aurora, IL 60504

ESI Project#: 50105A Cole v NIBCO
Plaintiff: Peperno
PPX#: 86



Photo 1: Overall Appearance of the Sample. Shiny appearance on outer surface at crack location from holding bracket.

General Information:
Date of Manufacturing: 07/02/07-2 (FR06-043-1-07)
Color, Size, and Service: 3/4 inch Red
Total length of sample: 21 inches
Crack Orientation: Longitudinal slit. Matched up with where a hold down bracket was.

Workmanship: Tubing is homogenous throughout and free of visible cracks, holes, foreign inclusions or other defects except for the failure observed.

Outside diameter (Requirement for 3/4 -inch tubing = 0.875 +/-0.004 inches)

Outer Diameter: 0.884 inches

Wall thickness

Measurements at 8 locations: Requirement for ¾" SDR 9 = 0.097 + 0.010 inches

| Wall Thickness (inches) |
|---|
| 0.0969 |
| 0.1006 |
| 0.1006 |
| 0.1008 |
| 0.1015 |
| 0.0994 |
| 0.0990 |
| 0.0990 |


Photo 2: A close up of the axial slit on outer surface of pipe.




Photo 3: The tubing was slit at Paragon.



Photo 4: Appearance of the axial slit on the inner surface. There are multiple cracks initiated on the inner surface.




Photo 5: Appearance of sample as received at ESI.




Photo 6: The section with axial slit was cut and manually bent open to expose the fracture by Paragon. The sample was previously gold coated for examination by Paragon.

Optical Microscopy:




Photo 7: Overall appearance of the fracture surface.




Photo 8: The fracture occurred from multiple cracks that originated on the inner surface coalesced and propagated toward the outer surface.




Photo 9: Overall appearance of the fracture surface. The fracture occurred from multiple cracks that originated on the inner surface coalesced and propagated toward the outer surface.




Photo 10: Higher magnification view of the fracture surface crack propagation resulting from slow crack growth mechanism.




Photo 11: Same as Photo 10




Photo 12: Inner surface did not show any evidence of crazing or micro-cracking.




Photo 13: Inner surface did not show any evidence of crazing or micro-cracking.




Photo 14: Inner surface did not show any evidence of crazing or micro-cracking.



Photo 15: Inner surface did not show any evidence of crazing or micro-cracking.



Photo 16: Inner surface of samples 1 to 3 prepared for tensile testing.




Photo 17: Inner surface of samples 4 and 5 prepared for tensile testing.

Density

PEX Tubing material shall have a minimum density of 0.926 g/cc.

Measured Density = 0.9422 g/cc.

Tensile Test

**Specimen Results:**

| Specimen # | Width in | Thickness in | Peak Load lbf | Peak Stress psi | Strain At Break % |
|---|---|---|---|---|---|
| 1 | 0.178 | 0.101 | 74.519 | 4161.5 | 712.961 |
| 2 | 0.178 | 0.098 | 61.882 | 3547.5 | 627.438 |
| 3 | 0.178 | 0.101 | 58.809 | 3284.2 | 606.276 |
| 4 | 0.178 | 0.099 | 58.424 | 3302.1 | 526.320 |
| 5 | 0.178 | 0.098 | 56.853 | 3252.6 | 499.614 |
| Mean | 0.178 | 0.099 | 62.098 | 3509.5 | 594.522 |
| Std. Dev. | 0.000 | 0.001 | 7.179 | 382.9 | 85.012 |

Table 1

*PPX-86*




Figure 1




Photo 18: Tensile samples before and after testing.




Photo 19: Inner surface of sample PPX-86, P-4 after tensile testing.




Photo 20: Inner surface of sample PPX-86, P-4 after tensile testing.




Photo 21: Inner surface of sample PPX-86, P-4 after tensile testing.




Photo 22: Inner surface of sample PPX-86, P-5 after tensile testing.

FTIR

| | Carbonyl | Polymer | Carbonyl Index |
|---|---|---|---|
| **Sample** | **1710 to 1720 cm-1** | **1463 cm-1** | |
| Inner surface 0 to 0.03 mm | 0.0891 | 0.6844 | 0.1302 |
| Inner surface 0.03 to 0.06 mm | 0.0372 | 1.4326 | 0.0260 |
| Inner surface 0.06 to 0.09 mm | 0.0243 | 1.5568 | 0.0156 |
| Core | 0.0054 | 1.4595 | 0.0037 |
| | | | |
| Outer Surface 0 to 0.03 mm | 0.092 | 0.4973 | 0.1850 |
| Outer Surface 0.03 to 0.06 mm | 0.0194 | 1.3477 | 0.0144 |

Table 2

4215 Campus Drive
Aurora, IL 60504

ESI Project#50105A Cole v NIBCO
Plaintiff: Peperno
PPX#: 88



Photo 1: Overall appearance of the sample as received at ESI. The tubing had been slit by Paragon. Non incident sample



Photo 2: No evidence of cracking or crazing on the inner surface.

Phone: (630) 851-4566 ▪ Fax: (630) 851-4870

www.esi-website.com

General Information:
Date of Manufacturing: 02/28/07-2 (FR04-015-4-07)
Size and Service: ½ inch Red
Length: 12 inches
Crack orientation: No apparent failure.

Workmanship: Tubing is homogenous throughout and free of visible cracks, holes, foreign inclusions or other defects.

Outside diameter (Requirement for ½ -inch tubing = 0.625 +/- 0.004 inches)

Outer Diameter: Not available

Wall thickness
Measurements at 8 locations: Requirement for ½" SDR 9 = minimum 0.070 + 0.010 inches

| Wall Thickness (inches) |
|---|
| 0.0722 |
| 0.0723 |
| 0.0730 |
| 0.0729 |
| 0.0735 |
| 0.0739 |
| 0.0728 |
| 0.0739 |



Photo 3: Sample marked for cutting out ½" of tubing for FTIR Analysis.



Photo 4: A close up of the inner surface.



Photo 5: Same as Photo 4.



Photo 6: The inner surface at other end of the tubing.


Photo 7: A close up shows no evidence of crazing or cracking of the inner surface.

FTIR

| | Carbonyl | Polymer | Carbonyl Index |
|---|---|---|---|
| **Sample** | **1710 to 1720 cm-1** | **1463 cm-1** | |
| Inner surface 0 to 0.03 mm | 0.0673 | 0.4759 | 0.1414 |
| Inner surface 0.03 to 0.06 mm | 0.0129 | 1.1488 | 0.0112 |
| Inner surface 0.06 to 0.09 mm | 0.0115 | 1.1785 | 0.0098 |
| Core | 0.0077 | 1.2907 | 0.0060 |
| | | | |
| Outer Surface 0 to 0.03 mm | 0.009 | 0.8284 | 0.0109 |
| Outer Surface 0.03 to 0.06 mm | 0.0026 | 1.2334 | 0.0021 |

Table 1

4215 Campus Drive
Aurora, IL 60504

ESI Project#50105A Cole v NIBCO
Plaintiff: Peperno
PPX#: 91



Photo 1: Overall appearance of the sample. Non incident sample.



Photo 2: Overall appearance of the sample as received at ESI.

General Information:
Date of Manufacturing: 06/21/07-2 (FB04-100-2-07)
Size and Service: ½ inch Blue
Length: 13 ½ inches
Crack orientation: No apparent failure.



Photo 3: Inner surface shows discoloration from poor water quality.

Workmanship: Tubing is homogenous throughout and free of visible cracks, holes, foreign inclusions or other defects.

Outside diameter (Requirement for ½ -inch tubing = 0.625 +/- 0.004 inches)

Outer Diameter: Not available

Wall thickness
Measurements at 8 locations: Requirement for ½" SDR 9 = minimum 0.070 + 0.010 inches

| Wall Thickness (inches) |
|---|
| 0.0727 |
| 0.0747 |
| 0.0732 |
| 0.0738 |
| 0.0759 |
| 0.0743 |
| 0.0747 |
| 0.0761 |



Photo 4: A half inch section cut for FTIR analysis.

FTIR

| | Carbonyl | Polymer | Carbonyl Index |
|---|---|---|---|
| Sample | 1710 to 1720 cm-1 | 1463 cm-1 | |
| Inner surface 0 to 0.03 mm | 0.0217 | 0.8731 | 0.0249 |
| Inner surface 0.03 to 0.06 mm | 0.0154 | 1.0204 | 0.0151 |
| Inner surface 0.06 to 0.09 mm | 0.0056 | 1.0576 | 0.0053 |
| Core | 0.002 | 1.1145 | 0.0018 |
| | | | |
| Outer Surface 0 to 0.03 mm | 0.0041 | 0.5198 | 0.0079 |
| Outer Surface 0.03 to 0.06 mm | 0.0003 | 1.0011 | 0.0003 |

Table 1

4215 Campus Drive
Aurora, IL 60504

ESI Project#: 50105A Cole v NIBCO
Plaintiff: Peperno
ESI-2



Photo 1: Overall appearance of the sample.

General Information:
Date of Manufacturing: 07/02/07-2 (FR06-043-1-07)
Color, Size, and Service: 3/4 inch Red
Total length of sample: 54 inches
Crack Orientation: No apparent failure.

Workmanship: Tubing is homogenous throughout and free of visible cracks, holes, foreign inclusions or other defects.

Outside diameter (Requirement for 3/4 -inch tubing = 0.875 +/-0.004 inches)

Outer Diameter: 0.884 inches

Wall thickness

Measurements at 8 locations: Requirement for ¾" SDR 9 = 0.097 + 0.010 inches

| Wall Thickness (inches) |
|---|
| 0.1007 |
| 0.0998 |
| 0.0997 |
| 0.1015 |
| 0.1037 |
| 0.0999 |
| 0.1018 |
| 0.1001 |

Hydrostatic Burst Pressure

The minimum burst pressure for PEX plastic tubing with 3/4 inch nominal tubing size SDR 9 at room temperature is 475 psi.

Measured burst pressure = 961 psig/62 seconds.




Photo 2: Over all appearance of the sample prepared for burst strength testing.




Photo 3: Appearance of the failure in burst strength testing.



Photo 4: A close up of the failure in the burst strength testing.

# Appendix K

## Laboratory Inspection Summary for Medders Residence

4215 Campus Drive
Aurora, IL 60504

ESI Project#: 50105A Cole v NIBCO
Plaintiff: Medders
PPX#: 103



Photo 1: Overall appearance of the sample. Non-incident sample.

General Information:
Date of Manufacturing: 07/12/11-1 (FB06-201-3-11)
Color, Size, and Service: 3/4 inch Blue
Total length of sample: 41 ½ inches
Crack Orientation: No apparent Failure

Workmanship: Tubing is homogenous throughout and free of visible cracks, holes, foreign inclusions or other defects.

Outside diameter (Requirement for 3/4 -inch tubing = 0.875 +/-0.004 inches)

Outer Diameter: Not Available

Wall thickness

Measurements at 8 locations: Requirement for ¾" SDR 9 = 0.097 + 0.010 inches

| Wall Thickness (inches) |
|---|
| 0.1039 |
| 0.1030 |
| 0.1034 |
| 0.1021 |
| 0.1026 |
| 0.1040 |
| 0.1029 |
| 0.1028 |

Optical Microscopy




Photo 2: Appearance of inner surface after sample was slit. No evidence of inner surface crazing or micro-cracks.




Photo 3: Appearance of inner surface after sample was slit. No evidence of inner surface crazing or micro-cracks.




Photo 4: Appearance of inner surface after sample was slit. No evidence of inner surface crazing or micro-cracks.




Photo 5: Appearance of inner surface after sample was slit. No evidence of inner surface crazing or micro-cracks.




Photo 6: Appearance of inner surface mating side after sample was slit. No evidence of inner surface crazing or micro-cracks.

ESI




Photo 7: Appearance of inner surface after sample was slit. No evidence of inner surface crazing or micro-cracks.

4215 Campus Drive
Aurora, IL 60504

ESI Project#50105A Cole v NIBCO
Plaintiff: Medders
PPX#: 106



Photo 1: Overall appearance of the sample. Non-incident sample.

General Information:
Date of Manufacturing: 05/25/11 (FT04-084-2-11)
Size and Service: ½ inch Terracotta
Length: 28 inches
Crack orientation: No apparent failure

Workmanship: Tubing is homogenous throughout and free of visible cracks, holes, foreign inclusions or other defects.

Outside diameter (Requirement for ½ -inch tubing = 0.625 +/- 0.004 inches)

Outer Diameter: 0.633 inches

Phone: (630) 851-4566 ▪ Fax: (630) 851-4870

www.esi-website.com

Wall thickness

Measurements at 8 locations: Requirement for ½" SDR 9 = minimum 0.070 + 0.010 inches

| Wall Thickness (inches) |
|---|
| 0.0752 |
| 0.0766 |
| 0.0744 |
| 0.0749 |
| 0.0743 |
| 0.0754 |
| 0.0751 |
| 0.0749 |



Photo 2: Sample removed for FTIR analysis.

Optical Microscopy




Photo 3 Inner Surface shows no evidence of crazing. No evidence of inner surface crazing or micro-cracks.




Photo 4 Inner Surface shows no evidence of crazing. No evidence of inner surface crazing or micro-cracks.




Photo 5: Inner Surface shows no evidence of crazing. No evidence of inner surface crazing or micro-cracks.




Photo 6: Inner Surface shows no evidence of crazing. No evidence of inner surface crazing or micro-cracks.

ESI




Photo 7: Inner Surface shows no evidence of crazing. No evidence of inner surface crazing or micro-cracks.

FTIR

| | **Carbonyl** | **Polymer** | **Carbonyl Index** |
|---|---|---|---|
| **Sample** | **1710 to 1720 cm-1** | **1463 cm-1** | |
| Inner surface 0 to 0.03 mm | 0.003 | 0.3761 | 0.0080 |
| Inner surface 0.03 to 0.06 mm | 0.0113 | 1.3537 | 0.0083 |
| Inner surface 0.06 to 0.09 mm | 0.0049 | 1.3617 | 0.0036 |
| Core | 0 | 1.4691 | 0 |
| | | | |
| Outer Surface 0 to 0.03 mm | 0.006 | 1.2576 | 0.0048 |

Table 1