**UNITED STATE DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **KIMBERLY COLE and ALAN COLE, et al., on behalf of themselves and all others similarly situated,** | ) **CIVIL ACTION** ) **No. 13-cv-07871** |
| **Plaintiffs,** | ) |
| **v.** | ) **DECLARATION OF FRANCO A. CORRADO IN SUPPORT OF NIBCO'S REPLY IN SUPPORT OF ITS MOTION TO EXCLUDE EXPERT OPINIONS AND REPORT OF CYNTHIA SMITH** |
| **NIBCO INC.,** | ) |
| **Defendant.** | ) |

I, Franco A. Corrado, declare the following:

1. I am a partner at the firm of Morgan, Lewis & Bockius LLP and counsel to defendant NIBCO INC. ("NIBCO") in the above-captioned action. I submit this Declaration in Support of NIBCO's Reply in Support of its Motion to Exclude Expert Opinion and Report of Cynthia Smith. This declaration is made based on my personal knowledge.

2. Attached hereto is **Exhibit U** is a true and correct copy of excerpts from the deposition of Cynthia Smith.

3. Attached hereto is **Exhibit V** is a true and correct copy of ESI's Investigative Report from *Christianson Air Conditioning and Plumbing, LLC v. NIBCO INC*.

I declare under penalty of perjury in accordance with 28 U.S.C. § 1746 that the foregoing is true and correct.

Dated: September 1, 2017 By: /s/ Franco A. Corrado
Franco A. Corrado