**UNITED STATES DISTRICT COURT**

DISTRICT OF NEW JERSEY

**(609) 989-2040**

CHAMBERS OF
**TONIANNE J. BONGIOVANNI**
UNITED STATES MAGISTRATE JUDGE

U.S. COURTHOUSE
402 E. STATE STREET, RM 6052
TRENTON, NJ 08608

October 12, 2017

## LETTER ORDER

Re:   **Cole, et al. v. NIBCO, Inc.**
      **Civil Action No. 13-7871 (FLW)**

Dear Counsel:

As this matter is currently in private mediation, the case shall be administratively terminated. The case can be re-opened if mediation is unsuccessful. Per the Court's previous letter order (Docket Entry No. 157), the parties are to submit a status update to the court by **November 10, 2017**.

     **IT IS SO ORDERED.**

                                                   s/ Tonianne J. Bongiovanni
                                        **TONIANNE J. BONGIOVANNI**
                                        **United States Magistrate Judge**