**LITE DEPALMA GREENBERG, LLC**
Bruce D. Greenberg
Susana Cruz Hodge
570 Broad Street, Suite 1201
Newark, New Jersey 07102
Tel: (973) 623-3000
Fax: (973) 623-0858
Email: bgreenberg@litedepalma.com
　　　　scruzhodge@litedepalma.com

*Counsel for Plaintiffs*

[Additional Counsel listed on signature page]

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| KIMBERLY COLE, ALAN COLE, JAMES MONICA, LINDA BOYD, MICHAEL MCMAHON, RAY SMINKEY, JAMES MEDDERS, JUDY MEDDERS, ROBERT PEPERNO, SARAH PEPERNO, KELLY MCCOY, LESA WATTS, CHAD MEADOW, JOHN PLISKO, SUSAN PLISKO, KENNETH McLAUGHLIN, RYAN KENNY, ALEXANDER DAVIS, and ANDREA DAVIS, on behalf of themselves and all others similarly situated, | Civil Action No. 3:13-cv-07871-FLW-TJB |
| *Plaintiffs*, | **PLAINTIFFS' NOTICE OF MOTION FOR PRELIMINARY SETTLEMENT APPROVAL AND RELATED RELIEF** |
| v. | |
| NIBCO, Inc., | |
| *Defendant*. | |

**PLEASE TAKE NOTICE** that on November 19, 2018 at 9:00 AM or as soon thereafter as the matter can be heard, Plaintiffs Kimberly Cole, Alan Cole, James Monica, Linda Boyd, Michael McMahon, Ray Sminkey, James Medders, Judy Medders, Robert Peperno, Sarah Peperno, Kelly McCoy, Lesa Watts, Chad Meadow, John Plisko, Susan Plisko, Kenneth

McLaughlin, Ryan Kenny, Alexander Davis, and Andrea Davis (together "Plaintiffs"), pursuant to Fed. R. Civ. P. 23(e), will move before Hon. Freda L. Wolfson, U.S.D.J., to enter the proposed Order Granting Preliminary Approval to Class Action Settlement (the "Preliminary Approval Order"). **Defendant does not oppose this motion.**

In support of this motion, Plaintiffs rely upon the accompanying Joint Declaration of Bruce D. Greenberg and Joseph G. Sauder ("Joint Decl."), Declaration of Shanon J. Carson, Declaration of Steven Weisbrot, and the brief submitted herewith.

Plaintiffs state as follows:

1. The Parties have entered into a Settlement Agreement, which is attached to the Joint Decl. as Exhibit A.

2. The relief requested in this motion is assented to by Defendant NIBCO, Inc.

3. Plaintiffs respectfully request that the Court:

   A. Grant preliminary approval to the Settlement Agreement as fair, adequate and reasonable;

   B. Preliminarily certify the Class as defined in the Settlement Agreement for purposes of settlement;

   C. Approve the Notice Plan in the Settlement Agreement and the proposed forms of notice, which are attached as Exhibits to the Settlement Agreement;

   D. Appoint Plaintiffs as Class Representatives and Sauder Schelkopf and Berger Montague PC as Co-Lead Class Counsel;

   E. Schedule a Final Approval Hearing to consider the fairness, reasonableness and adequacy of the Settlement Agreement and whether final approval should be granted, as well as the application for an award of attorneys' fees and reimbursement of expenses

and costs and service awards for the class representatives; and

      F.      Enter the proposed Preliminary Approval Order.

**LITE DEPALMA GREENBERG, LLC**

Dated: October 26, 2018

*/s/ Bruce D. Greenberg*
Bruce D. Greenberg
Susana Cruz Hodge
570 Broad Street, Suite 1201
Newark, New Jersey 07102
Telephone: (973) 623-3000
bgreenberg@litedepalma.com
scruzhodge@litedepalma.com

*and*

Kyle A. Shamberg
111 W. Washington Street, Suite 1240
Chicago, IL 60602
Telephone: (312) 750-1592
kshamberg@litedepalma.com


**SAUDER SCHELKOPF**
Joseph G. Sauder
Matthew D. Schelkopf
Joseph B. Kenney
555 Lancaster Avenue
Berwyn, PA 19312
Telephone: (610) 200-0583
jgs@sstriallawyers.com
mds@sstriallawyers.com
jbk@sstriallawyers.com

**BERGER MONTAGUE PC**
Shanon J. Carson
Lawrence Deutsch
Jacob M. Polakoff
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (215) 875-3000
scarson@bm.net
ldeutsch@bm.net
jpolakoff@bm.net

*Counsel for Plaintiffs*