# Morgan Lewis

**Franco A. Corrado**
215.963.5893
franco.corrado@morganlewis.com

November 7, 2018

**VIA CM/ECF**

Honorable Freda L. Wolfson
Honorable Tonianne J. Bongiovanni
U.S. District Court for the District of New Jersey

Re:     <u>Cole, et al. v. NIBCO Inc.</u>, Case No. 3:13-cv-07871-FLW/TJB

Dear Judges Wolfson and Bongiovanni:

We write on behalf of NIBCO Inc. ("NIBCO") to inform the Court that NIBCO does not oppose, and joins in seeking the order requested in Plaintiffs' Motion for Preliminary Settlement Approval and Related Relief (Dkt. No. 173).

Counsel for Plaintiffs and NIBCO have met and conferred, and all parties agree that a preliminary approval hearing is necessary only to the extent that the Court has questions for counsel. All counsel also are available at the Court's convenience to answer any questions.

Respectfully submitted,

*/s/ Franco A. Corrado*

Franco A. Corrado


cc:     All Counsel of Record (via CM/ECF)




**Morgan, Lewis & Bockius** LLP

1701 Market Street
Philadelphia, PA  19103-2921          +1.215.963.5000
United States                          +1.215.963.5001