**LITE DEPALMA GREENBERG, LLC**
Bruce D. Greenberg
Susana Cruz Hodge
570 Broad Street, Suite 1201
Newark, New Jersey 07102
Telephone: (973) 623-3000
bgreenberg@litedepalma.com
scruzhodge@litedepalma.com

*Counsel for Plaintiffs*

[Additional Counsel listed on signature page]

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| KIMBERLY COLE, ALAN COLE, JAMES MONICA, LINDA BOYD, MICHAEL MCMAHON, RAY SMINKEY, JAMES MEDDERS, JUDY MEDDERS, ROBERT PEPERNO, SARAH PEPERNO, KELLY MCCOY, LESA WATTS, CHAD MEADOW, JOHN PLISKO, SUSAN PLISKO, KENNETH McLAUGHLIN, RYAN KENNY, ALEXANDER DAVIS, and ANDREA DAVIS, on behalf of themselves and all others similarly situated, <br><br> *Plaintiffs*, <br><br> v. <br><br> NIBCO, Inc., <br><br> *Defendant*. | Civil Action No. 3:13-cv-07871-FLW-TJB <br><br><br> **PLAINTIFFS' NOTICE OF MOTION FOR AN AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES TO CLASS COUNSEL, AND FOR SERVICE <u>AWARDS TO PLAINTIFFS</u>** |

**PLEASE TAKE NOTICE** that on April 8, 2019 at 10:00 am, or as soon thereafter as counsel may be heard, Plaintiffs, on behalf of themselves and others similarly situated, shall move before Hon. Freda L. Wolfson, U.S.D.J., at the United States District Court for the District of New Jersey, Clarkson S. Fisher Federal Building and Courthouse, Room 5050, 402 East State Street, Trenton, New Jersey, for an award of attorneys' fees and reimbursement of expenses to

Class Counsel, and for service awards to Plaintiffs.

**PLEASE TAKE FURTHER NOTICE** that Plaintiffs will rely upon the accompanying brief and Declarations of Bruce D. Greenberg, Joseph G. Sauder, and Shanon J. Carson, with exhibits, in support of this motion. A proposed form of Order is attached.

**LITE DEPALMA GREENBERG, LLC**

Dated: January 28, 2019

*/s/ Bruce D. Greenberg*
Bruce D. Greenberg
Susana Cruz Hodge
570 Broad Street, Suite 1201
Newark, New Jersey 07102
Telephone: (973) 623-3000
bgreenberg@litedepalma.com
scruzhodge@litedepalma.com
*Class Counsel*

**SAUDER SCHELKOPF**
Joseph G. Sauder
Matthew D. Schelkopf
Joseph B. Kenney
555 Lancaster Avenue
Berwyn, PA 19312
Telephone: (610) 200-0583
jgs@sstriallawyers.com
mds@sstriallawyers.com
jbk@sstriallawyers.com
*Co-Lead Class Counsel*

**BERGER MONTAGUE PC**
Shanon J. Carson
Lawrence Deutsch
Jacob M. Polakoff
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (215) 875-3000
scarson@bm.net
deutsch@bm.net
polakoff@bm.net
*Co-Lead Class Counsel*