JANET L. GOLD, ESQUIRE
**EISENBERG, GOLD & AGRAWAL, P.C.**
1040 North Kings Highway, Suite 200
Cherry Hill, New Jersey 08034
Telephone: (856) 330-6200
Facsimile: (856) 330-6207
Email: jgold@egalawfirm.com
File No. PL-570-G
Attorney for Jeffrey Palmer

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| KIMBERLY COLE, ALAN COLE, JAMES MONICA, LINDA BOYD, MICHAEL MCMAHON, RAY SMINKEY, JAMES MEDDERS, JUDY MEDDERS, ROBERT PEPERNO, and SARAH PEPERNO, and KELLY MCCOY, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br>v.<br><br>NIBCO, INC.,<br><br>        Defendant. | Civil Action No. 3:13-cv-07871-FLW-TJB |

**ENTRY OF APPEARANCE**

Kindly enter my appearance on behalf of Jeffrey Palmer, an Objector.

Date:  February 27, 2019                                  */s/ Janet L. Gold*
                                                                             Janet L. Gold, Esquire

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 27, 2019, I caused to be filed the foregoing **Entry of Appearance** using the court's ECF system, which will provide a copy thereof to counsel who have entered appearances in this matter.

Date:  February 27, 2019              */s/ Janet L. Gold*
                                                                  Janet L. Gold, Esquire