Gavin J. Rooney
Craig Dashiell
**LOWENSTEIN SANDLER LLP**
One Lowenstein Drive
Roseland, New Jersey 07068
(973) 597-2500

Shelly D. Masters (*pro hac vice* admission pending)
Nicholas Y. Gavrizi (*pro hac vice* admission pending)
**COKINOS, BOSEIEN & YOUNG PC**
Las Cimas IV
900 S. Capital of Texas Hwy, Suite 425
Austin, Texas 78746
(512) 476-1080

*Attorneys for Objectors Christianson*
*Air Conditioning and Plumbing, LLC*
*and Dupree Plumbing Co., Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| KIMBERLY COLE, ALAN COLE, JAMES MONICA, LINDA BOYD, MICHAEL MCMAHON, RAY SMINKLEY, JAMES MEDDERS, JUDY MEDDERS, ROBERT PEPERNO, SARAH PEPERNO, and KELLY MCCOY, on behalf of themselves and all others similarly situated, | : : : : : : : : : : | **Civil Action No. 3:13-cv-07871 (FLW) (TJB)** **JOINDER TO CHRISTIANSON AIR CONDITIONING AND PLUMBING, LLC'S OBJECTION TO PROPOSED CLASS ACTION SETTLEMENT AND OPPOSITION TO FINAL SETTLEMENT APPROVAL AND RELATED RELIEF** |
| Plaintiffs, | : : | |
| v. | : : | |
| NIBCO, INC., | : : | |
| Defendant. | : | |

Objector Dupree Plumbing Co., Inc. hereby joins in the objection made by Christianson Air Conditioning and Plumbing, LLC ("Christianson") to the proposed class action settlement and in opposition to final settlement approval and related relief. For the reasons explained in Christianson's Memorandum of Law, the proposed settlement should not be approved by the court.

Dated: February 27, 2019

Respectfully submitted,

 s/ Gavin J. Rooney
**LOWENSTEIN SANDLER LLP**
Gavin J. Rooney
Craig Dashiell
One Lowenstein Drive
Roseland, New Jersey 07068
(973) 597-2500

*Attorneys for Objector Christianson Air Conditioning and Plumbing, LLC and Dupree Plumbing Co., Inc.*

# EXHIBIT A