

**Eisenberg, Gold & Agrawal**

*A Professional Corporation*

1040 N. Kings Highway
Suite 200
Cherry Hill, NJ 08034
Tel: (856) 330-6200
Fax: (856) 330-6207
Web: www.egalawfirm.com

Janet L. Gold *∆
Amar A. Agrawal *∆
Douglas J. Ferguson *∆
Andrew L. Unterlack *∆✺
Christopher J. Macchi *∆
Scott P. Shectman*∆✺
Mary B. Fisher *☐

William V. Eisenberg
(1935-2016)

Member of NJ Bar *
Member of PA Bar ∆
Member of NY Bar ✺
Of Counsel ☐

E-mail:
jgold@egalawfirm.com

Pennsylvania Office:
101 Greenwood Avenue
5th Floor
Jenkintown, PA 19046
Tel: (610) 454-7932

March 28, 2019

*Via Pacer and First Class Mail*

Hon. Freda L. Wolfson, U.S.D.J.
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

Re:  Cole, et al. vs. NIBCO, Inc.
 Our File No.: PL-570-G
 Docket No. 13-cv-7871 (FLW)(TJB)

Dear Judge Wolfson,

This firm represents objector Jeffrey Palmer in the above-matter. We note that this Court has entered an order allowing D.R. Horton to file an opposition to Plaintiff's Motion for Final Settlement Approval and Related Relief by April 1, 2019. In that Motion, Plaintiffs make assertions concerning Mr. Palmer's objection and recent deposition which we believe are sufficiently misleading as to also warrant a written opposition.

As such, we would respectfully request that we be permitted to file opposition to the same on or before April 1, 2019. Thank you for your kind consideration in this matter.

Respectfully Submitted,

EISENBERG, GOLD & AGRAWAL, P.C.

JANET L. GOLD, ESQUIRE

JLG/lg