UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| KIMBERLY COLE, ALAN COLE, JAMES MONICA, LINDA BOYD, MICHAEL MCMAHON, RAY SMINKEY, JAMES MEDDERS, JUDY MEDDERS, ROBERT PEPERNO, SARAH PEPERNO, KELLY MCCOY, LESA WATTS, CHAD MEADOW, JOHN PLISKO, SUSAN PLISKO, KENNETH McLAUGHLIN, RYAN KENNY, ALEXANDER DAVIS, and ANDREA DAVIS, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>NIBCO, Inc.,<br><br>Defendant. | Civil Action No. 13-7871-FLW-TJB<br><br><br><br><br><br>[~~PROPOSED~~] ORDER FOR *PRO HAC VICE* ADMISSION OF ERIC STEVEN STEWART |

This matter having been presented to the Court by Janet L. Gold, Eisenberg, Gold & Agrawal, P.C for the entry of an Order allowing the appearance *pro hac vice* of Eric Steven Stewart for all purposes in the above captioned matter, and the Court having reviewed the Certifications of Janet L. Gold and Eric Steven Stewart and it appearing that Eric Steven Stewart is Counsel with the firm of Huseman Law Firm, located at 615 N. Upper Broadway, Suite 2000, Corpus Christi, Texas


78401; and that Janet L. Gold, Eisenberg, Gold & Agrawal, P.C. has agreed to act as local counsel; and for good cause having been shown;

IT IS on this ___8th___ day of, April, 2019

**ORDERED**, that Eric Steven Stewart is hereby admitted *pro hac vice* for all purposes of representing Plaintiffs in the above entitled action, and it is

**FURTHER ORDERED** that, pursuant to Local Rule 101.1(c) Eric Steven Stewart shall make a payment to the New Jersey Lawyer's Fund for Client Protection as provided by New Jersey Court Rule 1:28-2(a) if they have not already made contributions,

**FURTHER ORDERED** that pursuant to Local Rule 101.1(c)(3), Eric Steven Stewart shall make a payment of $150.00, payable to the Clerk, United States District Court,

**FURTHER ORDERED** that Eric Steven Stewart shall be bound by the General and Admiralty Rules of the United States District Court for the District of New Jersey, including but not limited to the provisions of Local Rule 103.1, Judicial Ethics and Professional Responsibility, and the Local Rule 104.1, Discipline of Attorneys; and it is

**FURTHER ORDERED** that pursuant to Local Rule 101.1(c), Eric Steven Stewart shall be deemed to have agreed to take no fee in any tort case in excess of the New Jersey Court Contingency Fee Rule, Rule 1:27-7, as amended.


SO ORDERED:

_____
Hon. Tonianne J. Bongiovanni, U.S.M.J.

The Clerk of the Court is directed to terminate Docket Entry No. 196.