# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| KIMBERLY COLE, ALAN COLE, JAMES MONICA, LINDA BOYD, MICHAEL MCMAHON, RAY SMINKEY, JAMES MEDDERS, JUDY MEDDERS, ROBERT PEPERNO, SARAH PEPERNO, KELLY MCCOY, LESA WATTS, CHAD MEADOW, JOHN PLISKO, SUSAN PLISKO, KENNETH McLAUGHLIN, RYAN KENNY, ALEXANDER DAVIS, and ANDREA DAVIS, on behalf of themselves and all others similarly situated,<br><br>                                        Plaintiffs,<br><br>vs.<br><br>NIBCO, Inc.,<br><br>                                        Defendant. | Civil Action No. 13-7871-FLW-TJB |

**CLASS MEMBER JEFFREY PALMER'S NOTICE OF APPEAL**

Notice is hereby given that Class Member/Objector Jeffrey Palmer appeals to the United States Court of Appeals for the Third Circuit from the April 8, 2019 oral opinion (Doc. No. 234) certifying the class, finally approving the settlement, awarding class counsel attorneys' fees, finding Mr. Palmer lacks standing to object, rejecting his objection, and, to the extent contemplated in the opinion, striking his objection; and to all orders and opinions that merge therein. Mr. Palmer further appeals from the April 11, 2019 Order Granting Final Approval to Class Action Settlement and Certifying Settlement Class (Dkt. No. 227), including the order's certification of the class, final approval of the settlement, and the overruling of the objections, and all orders and opinions that merge therein. Mr. Palmer also appeals from any and all orders or judgments approving the class settlement, class counsel's attorneys' fees or expenses, and/or incentive awards to class representatives, and any order or judgment naming or identifying Mr. Palmer or his objection, and any order imposing sanctions or requiring an appeal bond, including any order entered or signed subsequent to this notice of appeal.

DATED: May 8, 2019                           Respectfully submitted,


                                             /s/ *Janet L. Gold, Esquire*
                                             Janet L. Gold, Esquire
                                             Eisenberg, Gold & Agrawal, P.C.
                                             1040 North Kings Highway, Suite 200
                                             Cherry Hill, New Jersey 08034
                                             Tel: (856) 330-6200
                                             Fax: (856) 330-6207
                                             jgold @egclawfirm.com


*Counsel for Objecting Class Member Jeffrey Palmer*

2

## Certificate of Service

The undersigned certifies that today she filed the foregoing notice of appeal on ECF which will send electronic notification to all attorneys registered for ECF-filing.

DATED: May 8, 2019

>/s/ *Janet L. Gold, Esquire*
>Janet L. Gold, Esquire
>Eisenberg, Gold & Agrawal, P.C.
>1040 North Kings Highway, Suite 200
>Cherry Hill, New Jersey 08034
>Tel: (856) 330-6200
>Fax: (856) 330-6207
>jgold @egclawfirm.com
>*Attorney for Objector/Class Member*