UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| KIMBERLY COLE, ALAN COLE, JAMES MONICA, LINDA BOYD, MICHAEL MCMAHON, RAY SMINKEY, JAMES MEDDERS, JUDY MEDDERS, ROBERT PEPERNO, SARAH PEPERNO, KELLY MCCOY, LESA WATTS, CHAD MEADOW, JOHN PLISKO, SUSAN PLISKO, KENNETH McLAUGHLIN, RYAN KENNY, ALEXANDER DAVIS, and ANDREA DAVIS, on behalf of themselves and all others similarly situated, <br><br>    Plaintiffs, <br><br>vs. <br><br>NIBCO, Inc., <br><br>    Defendant. | Civil Action No. 13-7871-FLW-TJB |

**NOTICE OF JEFFREY PALMER'S WITHDRAWAL OF OBJECTION**

Notice is hereby given that Jeffrey Palmer withdraws his objection to this class action settlement and class counsels' attorneys' fees. No payment or other consideration is being provided in exchange for this withdrawal. The parties have agreed to bear their own costs.

DATED:  May 15, 2019　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　/s/ *Janet L. Gold, Esquire*
　　　　　　　　　　　　　　　　　　Janet L. Gold, Esquire
　　　　　　　　　　　　　　　　　　Eisenberg, Gold & Agrawal, P.C.
　　　　　　　　　　　　　　　　　　1040 North Kings Highway, Suite 200
　　　　　　　　　　　　　　　　　　Cherry Hill, New Jersey 08034
　　　　　　　　　　　　　　　　　　Tel: (856) 330-6200
　　　　　　　　　　　　　　　　　　Fax: (856) 330-6207
　　　　　　　　　　　　　　　　　　jgold @egclawfirm.com

*Counsel for Objecting Class Member Jeffrey Palmer*

1

## Certificate of Service

The undersigned certifies that today she filed the foregoing notice of withdrawal on ECF which will send electronic notification to all attorneys registered for ECF-filing.

DATED: May 15, 2019

/s/ *Janet L. Gold, Esquire*
Janet L. Gold, Esquire
Eisenberg, Gold & Agrawal, P.C.
1040 North Kings Highway, Suite 200
Cherry Hill, New Jersey 08034
Tel: (856) 330-6200
Fax: (856) 330-6207
jgold @egclawfirm.com
*Attorney for Objector/Class Member*