**UNITED STATES DISTRICT COURT**

DISTRICT OF NEW JERSEY

**(609) 989-2040**

**CHAMBERS OF**
**TONIANNE J. BONGIOVANNI**
**UNITED STATES MAGISTRATE JUDGE**

**U.S. COURTHOUSE**
402 E. STATE STREET, RM 6052
TRENTON, NJ 08608

May 31, 2019

**LETTER ORDER**

**Re:** **Cole, et al. v. NIBCO, Inc.**
**Civil Action No. 13-7871 (FLW)**

Dear Parties:

Pending before the Court is Plaintiffs' Motion for Bond to Compel Objector-Appellant Jeffrey Palmer to Post an Appeal Bond Pursuant to Fed. R. App. P. 7. (Docket Entry No. 236). On May 15, 2019, Jeffrey Palmer filed a Notice of Withdrawal of Objection. (Docket Entry No. 238). In light of the withdrawal, Plaintiffs' Motion is DENIED AS MOOT.

**IT IS SO ORDERED.**

**The Clerk of the Court is directed to terminate Docket Entry No. 236.**

   s/ Tonianne J. Bongiovanni
**TONIANNE J. BONGIOVANNI**
**United States Magistrate Judge**